UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

United States Department of Justice
Office of the United States Trustee
Andrew R. Vara, U.S. Trustee, Regions 3 & 9
Alexandria Nikolinos, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: alexandria.nikolinos@usdoj.gov

In Re:

Bed Bath & Beyond Inc.,
                Debtor(s).

Case No.: 23-13359

Chapter: 11

Judge: VFP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __the United States Trustee__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Alexandria Nikolinos, Esq.
United States Department of Justice, Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 04-23-23

/s/ Alexandria Nikolinos
Signature

*new.8/1/15*