**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Telephone.: (973) 424-2037
Email: msbauer@duanemorris.com

*Counsel for Sixth Street Specialty Lending, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF APPEARANCE, DEMAND FOR**
**NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that Morris S. Bauer, Esq., of the law firm Duane Morris LLP, hereby appears in the above-captioned case as Co-Counsel to **Sixth Street Specialty Lending, Inc**. ("Sixth Street"), in its capacity as the Administrative Agent (as defined in the Senior Secured Super-Priority Debtor-In-Possession Term Loan Credit Agreement), and FILO Agent (as defined in the Amended and Restated Credit Agreement, dated as of August 9, 2021) pursuant to Bankruptcy Rules 2002 and 9010(b), and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned attorney at the address set forth below:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DM3\9600771.2

>Morris S. Bauer, Esq.
>**DUANE MORRIS LLP**
>One Riverfront Plaza
>1037 Raymond Blvd., Suite 1800
>Newark, New Jersey 07102
>Telephone: (973) 424-2037
>E-mail: msbauer@duanemorris.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, discovery, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which relate to the above-captioned case and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Sixth Street's: (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Sixth Street is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DOCUMENTS:

X     All notices entered pursuant to Fed. R. Bankr. P. 2002.

X     All documents and pleadings of any nature, including claim objections.

Respectfully submitted,

Dated: April 23, 2023

/s/ Morris S. Bauer
Morris S. Bauer, Esq.
**DUANE MORRIS LLP**
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Phone: (973) 424-2037
Email: msbauer@duanemorris.com

*Counsel to Sixth Street Specialty Lending, Inc.*

DM3\9600771.2