**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Telephone:  (973) 424-2037
Email:  msbauer@duanemorris.com

Sommer L. Ross, Esq.
1940 Route 70 East, Suite 100
Cherry Hill, New Jersey 08003-2171
Telephone:  (856) 874-4200
Email:  slross@duanemorris.com

*Counsel to Sixth Street Specialty Lending, Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

### ORDER GRANTING ADMISSION
### PRO HAC VICE OF DAVID HILLMAN, ESQUIRE

The relief set forth on the following pages 2-3 is hereby **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DM3\9602200.3

Proposed Order    Page 2 of 3

(Page 2)
Debtors:           Bed Bath & Beyond Inc., *et al.*
Case No.           23-13359 (VFP)
Caption of Order:  Order Granting Admission Pro Hac Vice of David Hillman, Esq.

**THIS MATTER** having been brought before the Court on Application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant and certification of out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED,** that David Hillman, Esq., of the law firm of Proskauer Rose, LLP (the "Admittee"), shall be permitted to appear pro hac vice in the above-captioned case and any related adversary proceeding; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleading may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearance for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED,** that the Admittee shall arrange with the New Jersey Lawyers' Fund for Client Protection (the "Fund") for payment of the annual fee, for this year and for each year during each Admittee's involvement in this case, in accordance with New Jersey Court Rule 1:28-2 and DNJ L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED,** that the Admittee shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L.Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of check must be

DM3\9602200.3

(Page 3)

| | |
|---|---|
| Debtors: | Bed Bath & Beyond Inc., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order Granting Admission Pro Hac Vice of David Hillman, Esq. |

payable to "Clerk, USDC" and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey at the following Address, for forwarding by the Clerk to the District Court:  United States Bankruptcy Court, District of New Jersey, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, N.J. 07102, *Attention: Pro Hac Vice Admission*; and it is further

**ORDERED,** that the Clerk shall forward a copy of this Order to the Fund within 5 days of its date of entry.