**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Telephone:  (973) 424-2037
Email: msbauer@duanemorris.com

Sommer L. Ross, Esq.
1940 Route 70 East, Suite 100
Cherry Hill, New Jersey 08003-2171
Telephone:  (856) 874-4200
Email: slross@duanemorris.com

*Counsel to Sixth Street Specialty Lending, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

**APPLICATION FOR PRO HAC VICE ADMISSION OF**
<u>**CHARLES DALE, ESQUIRE**</u>

To: The Honorable Vincent F. Papalia

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission *pro hac vice* of Charles Dale,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DM3\9602206.3

Esquire of the law firm Proskauer Rose LLP, to represent Sixth Street Specialty Lending, Inc., in its capacity as the Administrative Agent (as defined in the Senior Secured Super-Priority Debtor-In-Possession Term Loan Credit Agreement), and FILO Agent (as defined in the Amended and Restated Credit Agreement, dated as of August 9, 2021) in the above-captioned chapter 11 case and any related adversary proceedings.

Respectfully submitted,

Dated: April 23, 2023

/s/ Morris S. Bauer
Morris S. Bauer, Esq.
**DUANE MORRIS LLP**
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Phone: (973) 424-2037
Email: msbauer@duanemorris.com

-and-

Sommer L. Ross, Esq.
**DUANE MORRIS LLP**
1940 Route 70 East, Suite 100
Cherry Hill, New Jersey 08003-2171
Tel.: (856) 874-4200
Email: SLRoss@duanemorris.com

*Counsel to Sixth Street Specialty Lending, Inc.*