UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
E-mail:heilmanl@ballardspahr.com
　　　　roglenl@ballardspahr.com

*Counsel for Brixmor Operating Partnership LP*

In Re:

BED BATH & BEYOND INC., *et al.*[1]

　　　　　Debtor.

Case No.:  23-13359 (VFP)

Chapter 11

Judge Vincent F. Papalia

(Joint Administration Requested)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of Brixmor Operating Partnership LP. Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

> Leslie C. Heilman, Esquire
> Laurel D. Roglen, Esquire
> BALLARD SPAHR LLP
> 919 N. Market Street, 11th Floor
> Wilmington, Delaware 19801-3034
> Telephone: (302) 252-4465
> Facsimile: (302) 252-4466

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

E-mail: heilmanl@ballardspahr.com
roglenl@ballardspahr.com

DOCUMENTS:

 x    All notices entered pursuant to Fed. R. Bankr. P. 2002.

 x    All documents and pleadings of any nature.

Date: April 23, 2023                    Respectfully Submitted,

                                              */s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
E-mail:heilmanl@ballardspahr.com
roglenl@ballardspahr.com

*Counsel for Brixmor Operating Partnership LP*