| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail: heilmanl@ballardspahr.com<br>         roglenl@ballardspahr.com<br><br>*Counsel for Brixmor Operating Partnership LP* | |
| In Re:<br><br>BED BATH & BEYOND INC, *et al.*[1]<br><br>        Debtor. | Case No.:  23-13359 (VFP)<br><br>Chapter 11<br><br>Judge Vincent F. Papalia<br><br>(Joint Administration Requested) |

### APPLICATION OF LAUREL D. ROGLEN
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "<u>Local Rules</u>"), Brixmor Operating Partnership LP (the "<u>Landlord</u>"), by and through the undersigned counsel, respectfully moves this Court for entry of an Order granting Laurel D. Roglen permission to appear *pro hac vice* as counsel on behalf of the Landlord in the above-captioned case and all matters arising therein or related thereto.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Annexed hereto as <u>Exhibit A</u> is a Declaration of Attorney Roglen, which conforms to Local Rule 9010-1(b).

Unless requested by other parties, no oral argument is requested.

A proposed form of order is submitted herewith.

WHEREFORE, the Landlords respectfully request that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: April 23, 2023                     */s/ Leslie C. Heilman*
                Leslie C. Heilman, Esquire
                BALLARD SPAHR LLP
                919 N. Market Street, 11th Floor
                Wilmington, DE 19801
                Telephone: (302) 252-4465
                Facsimile: (302) 252-4466
                Email: heiflmanl@ballardspahr.com

# **EXHIBIT A**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail: heilmanl@ballardspahr.com<br>           roglenl@ballardspahr.com<br><br>*Counsel for Brixmor Operating Partnership LP* | |
| In Re:<br><br>BED BATH & BEYOND INC, *et al.*[2]<br><br>                    Debtor. | Case No.: 23-13359 (VFP)<br><br>Chapter 11<br><br>Judge Vincent F. Papalia<br><br>(Joint Administration Requested) |

### CERTIFICATION OF LAUREL D. ROGLEN
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Laurel D. Roglen hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am of counsel at the law firm of Ballard Spahr LLP. My office is located at 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801.

2. I was admitted to practice law in the States of Delaware and New York in 2012. In addition, I am admitted to practice before the following courts:

   U.S. Court of Appeals, 3rd Circuit

---

[2] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

U.S. District Court for the District of Delaware

U.S. District Court for the Eastern District of New York

U.S. District Court for the Southern District of New York

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

6. I agree to be bound by the Rules of this Court upon my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 23, 2023

*/s/ Laurel D. Roglen*
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: roglenl@ballardspahr.com