| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail:heilmanl@ballardspahr.com<br>           roglenl@ballardspahr.com<br><br>*Counsel for Brixmor Operating Partnership LP* | |
| In Re:<br><br>BED BATH & BEYOND INC, *et al.*[1]<br><br>                    Debtor. | Case No.:  23-13359 (VFP)<br><br>Chapter 11<br><br>Judge Vincent F. Papalia<br><br>(Joint Administration Requested) |

## CERTIFICATION OF SERVICE

1. I, Leslie C. Heilman:

    ☒ represent Brixmor Operating Partnership LP and Federal Realty OP LP in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text.in this case and am representing myself.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

2. On April 23, 2023, I cause a copy of the following pleading and/or document to be served electronically on those parties requesting electronic service through the Court's CM/EFF system.

- Application of Laurel D. Roglen for Admission *Pro Hac Vice*

3. I certify under penalty of perjury that the above document was sent using the mode of service described herein.

Dated: April 23, 2023

*/s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: heilmanl@ballardspahr.com

*rev.8/1/16*