UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STARK & STARK, P.C.
Joseph H. Lemkin, Esq.
P.O. Box 5315
Princeton NJ 08543-5315
(609) 896-9060
Attorneys for Levin Management Corp.

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.

Case No.: 23-13359(VFP)

Chapter: 11

Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Levin Management Corp. . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Stark & Stark, P.C.
Attn: Joseph H. Lemkin, Esq
P.O. Box 5315
Princeton NJ 08543-5315
Jlemkin@stark-stark.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 23, 2023

/s/ Joseph H. Lemkin Esquire
Signature

*new.8/1/15*