Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 23−13359−VFP  
Chapter: 11  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
  Bed Bath & Beyond Inc.  
  650 Liberty Avenue  
  Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/24/23 at 02:00 PM

to consider and act upon the following:

**5** − Motion for Joint Administration for the following cases: 23−13360, 23−13361, 23−13362, 23−13363, 23−13364, 23−13365, 23−13366, 23−13367, 23−13368, 23−13369, 23−13370, 23−13371, 23−13372, 23−13373, 23−13374, 23−13375, 23−13376, 23−13377, 23−13378, 23−13379, 23−13380, 23−13381, 23−13382, 23−13383, 23−13384, 23−13385, 23−13386, 23−13387, 23−13388, 23−13389, 23−13390, 23−13391, 23−13392, 23−13393, 23−13394, 23−13395, 23−13396, 23−13397, 23−13398, 23−13399, 23−13400, 23−13401, 23−13402, 23−13403, 23−13404, 23−13405, 23−13406, 23−13407, 23−13408, 23−13409, 23−13410, 23−13411, 23−13412, 23−13413, 23−13414, 23−13415, 23−13416, 23−13417, 23−13418, 23−13419, 23−13420, 23−13421, 23−13422, 23−13423, 23−13424, 23−13425, 23−13426, 23−13427, 23−13428, 23−13429, 23−13430, 23−13431, 23−13432 Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

**6** − Motion for an Order Authorizing Debtor to Retain a Claims and Noticing Agent Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

**7** − Motion re: Debtors' Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

**8** − Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File A Consolidated List of the Debtors' 30 Largest Unsecured Creditors (B) File A Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable Information, (II) Waiving the Requirement to File a List of Equity Holders and Provide Notices Directly to Equity Security Holders, and (III) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

**9** − Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 11) filed by Debtor Bed Bath & Beyond Inc.) Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*11* – Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*12* – Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*18* – Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records, (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees Associated with the Cash Management System, and (D) Continue Performance of Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, and (III) Waiving Certain U.S. Trustee Requirements for a Period Not to Exceed Thirty Days Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*20* – Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*21* – Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services, (III) Approving the Debtors Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*22* – Motion re: Debtors' Motion for Entry or Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Secured Claims of Critical Lien Claimants, (II) Confirming Administrative Expense Priority of Critical Outstanding Orders, and (III) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*23* – Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock (II) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*24* – Motion re: Debtors' Motion for Entry of an Order Implementing a Procedural Protocol for the Administration of Cross–Border Insolvency Proceedings Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*25* – Motion re: Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*28* – Motion re: For Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreements, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*29* – Motion re: Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures; (B) Approving Stalking Horse Bid Protections; (C) Scheduling Bid Deadlines and an Auction; (D) Approving the Form and Manner of Notice Thereof; (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets, and (D) Granting Related Relief Filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Attachments: # 1 Declaration of David Kurtz in Support of the Debtors' Motion for Entry of Orders # 2 Declaration of Elise S. Frejka in Support of the Debtors' Motion for Entry of Orders) (Sirota, Michael)

Dated: 4/23/23

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court