| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704.6350<br>Fax:         (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Douglas D. Herrmann<br>Marcy J. McLaughlin Smith<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777.6500<br>Fax:         (866) 422.3027<br>Email: douglas.herrmann@troutman.com<br>            marcy.smith@troutman.com<br>- and -<br>**RIEMER & BRAUNSTEIN, LLP**<br>Steven E. Fox<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>Tel: (212) 789-3150<br>Fax: (212) 719-0140<br>Email:  sfox@riemerlaw.com<br>*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC* |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] |

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

## **NOTICE OF APPEARANCE**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

151393537v2

Please take notice that in accordance with Fed. R. Bankr. P. 2002, 3017, 4001, 9007 and 9010(b) the undersigned enter an appearance in these cases on behalf of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC. Request is made that the documents filed in these cases and identified below be served on the undersigned at the following addresses:

ADDRESSES:

**RIEMER & BRAUNSTEIN, LLP**
Steven E. Fox
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Tel: (212) 789-3150
Fax: (212) 719-0140
Email: sfox@riemerlaw.com

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Douglas D. Herrmann
Marcy J. McLaughlin Smith
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Fax: (866) 422.3027
Email: douglas.herrmann@troutman.com
marcy.smith@troutman.com

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 10022
Fax: (212) 704.6288
Email: jessica.mikhailevich@troutman.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

151393537v2

☒ All documents and pleadings of any nature.

Dated:  April 23, 2023                                    Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Jessica D. Mikhailevich
Jessica D. Mikhailevich
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6350
Facsimile: (212) 704-6288
Email: jessica.mikhailevich@troutman.com

- and -

Douglas D. Herrmann
Marcy J. McLaughlin Smith (*pro hac vice* pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:            (866) 422.3027
Email: douglas.herrmann@troutman.com
           marcy.smith@troutman.com

- and -

**RIEMER & BRAUNSTEIN, LLP**
Steven E. Fox (*pro hac vice* pending)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY10036
Tel: (212) 789-3150
Fax: (212) 719-0140
Email:  sfox@riemerlaw.com

*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*