|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 1002<br>Telephone: (212) 704.6350<br>Fax:         (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Douglas D. Herrmann<br>Marcy J. McLaughlin Smith<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777.6500<br>Fax:         (866) 422.3027<br>Email: douglas.herrmann@troutman.com<br>         marcy.smith@troutman.com<br>-and-<br>**RIEMER & BRAUNSTEIN, LLP**<br>      Steven E. Fox<br>      Times Square Tower<br>      Seven Times Square, Suite 2506<br>      New York, NY10036<br>      Tel: (212) 789-3150<br>      Fax: (212) 719-0140<br>      Email:  sfox@riemerlaw.com<br>*Counsel for Hilco Merchant Resources, LLC*<br>_____<br><br>In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Joint Administration Requested) |

## CERTIFICATE OF SERVICE

1.      I, Susan Henry:

              ☐ represent _____ in the above-captioned cases.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

151406310v1

☒ am the paralegal for Jessica D. Mikhailevich, who represents Hilco Merchant Resources, LLC, in the above-captioned cases.

☐ am the _____ in the above case and am representing myself.

2. On April 23, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

*Notice of Appearance*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  April 23, 2023                                  */s/ Susan Henry*
                                                       Susan Henry

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Alexandria Nikolinos, Esq.<br>United States Department of Justice,<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Fran B. Steele, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| **DUANE MORRIS LLP**<br>Sommer L. Ross, Esq.<br>1940 Route 70 East, Suite 100<br>Cherry Hill, New Jersey 08003-2171<br>SLRoss@duanemorris.com | Counsel for Sixth Street Specialty Lending, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF) |

151406310v1

|  |  | ☐ Other _____ (as authorized by the Court or rule) |
|---|---|---|
| **BALLARD SPAHR LLP**<br>Leslie C. Heilman, Esq.<br>Laurel D. Roglen, Esq.<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Counsel for Brixmor Operating Partnership LP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| **STARK & STARK, P.C.**<br>Joseph H. Lemkin, Esq.<br>Thomas Onder, Esq.<br>P.O. Box 5315<br>Princeton NJ 08543-5315<br>Jlemkin@stark-stark.com<br>tonder@stark-stark.com | Counsel for Levin Management Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

151406310v1