UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

TROUTMAN PEPPER HAMILTON SANDERS LLP
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 1002
Telephone: (212) 704.6350
Fax:           (212) 704.6288
Email: Jessica.Mikhailevich@troutman.com
-and
Douglas D. Herrmann
Marcy J. McLaughlin Smith
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:           (866) 422.3027
Email: douglas.herrmann@troutman.com
           marcy.smith@troutman.com
- and -
**RIEMER & BRAUNSTEIN, LLP**
Steven E. Fox
Times Square Tower
Seven Times Square, Suite 2506
New York, NY10036
Tel: (212) 789-3150
Fax: (212) 719-0140
Email:  sfox@riemerlaw.com
*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

In re:

BED BATH & BEYOND INC., *et al*.,

Debtors.[1]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

151391192v2

### APPLICATION FOR ADMISSION *PRO HAC VICE* OF
### STEVEN E. FOX, ESQ.

To: The Honorable Vincent F. Papalia

Hilco Merchant Resources, LLC ("Hilco") and Gordon Brothers Retail Partners, LLC ("GBRP"), by and through their undersigned counsel, make this application for entry of an order approving admission of attorney Steven E. Fox, Esq. ("Mr. Fox") *pro hac vice*, pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1 of the United States District Court for the District of New Jersey (the "Application"), and in support thereof respectfully avers as follows:

1. Mr. Fox is an attorney with the law firm of Riemer & Braunstein LLP ("Riemer"), resident in the New York, New York office of Riemer, located at Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036.

2. Mr. Fox is a member in good standing of the bar of the State of New York (admitted 1987). Further, Mr. Fox is a member in good standing in, and is admitted to practice before, the following courts:

| Court | Year of Admission |
|---|---|
| U.S. District Court, Southern District of New York | 1/14/1987 |
| U.S. District Court, Eastern District of New York | 10/25/1993 |
| U.S. District Court, Northern District of New York | 7/2/2012 |
| U.S. District Court, Northern District of Illinois | 10/23/2002 |
| U.S. District Court, Southern District of Ohio | 2/5/2004 |

3. Mr. Fox is not under suspension or disbarment by any court.

4. Mr. Fox desires to appear in these cases *pro hac vice* on behalf of Hilco and GBRP.

5. The statements made in paragraphs 1 through 4 of this Application are made in reliance upon the Certification of Steven E. Fox, Esq., submitted herewith, and upon Mr. Fox's personal knowledge.

151391192v2

6. In accordance with Local Bankruptcy Rule 9010-1 and Local Civil Rule 101.1, Jessica D. Mikhailevich shall continue to appear as counsel of record for Hilco and GBRP.

WHEREFORE, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC respectfully request entry of an order in the form attached hereto granting the admission *pro hac vice* of Steven E. Fox, Esq., of Riemer & Braunstein, LLP, to appear and participate in the above-captioned cases before this Court.

Dated: April 23, 2023

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: *Jessica D. Mikhailevich*
Jessica D. Mikhailevich
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6350
Facsimile: (212) 704-6288
Email: jessica.mikhailevich@troutman.com

- and -

Douglas D. Herrmann
Marcy J. McLaughlin Smith (*pro hac vice* pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:       (866) 422.3027
Email: douglas.herrmann@troutman.com
           marcy.smith@troutman.com

- and -

**RIEMER & BRAUNSTEIN, LLP**
Steven E. Fox (*pro hac vice* pending)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Tel: (212) 789-3150
Fax: (212) 719-0140
Email: sfox@riemerlaw.com

*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*