# PRELIMINARY WIND DOWN FORECAST - EXHIBIT

| Forecast Week #               $M | 1      | 2     | 3      | 4      | 5      | Total   |
|---|---|---|---|---|---|---|
| Fiscal Month                     | May-23 | May-23| May-23 | May-23 | May-23 |         |
| Week Ending                      | 29-Apr | 6-May | 13-May | 20-May | 27-May | 5 weeks |
| Go Forward Collections           | $ 10   | -     | -      | -      | -      | $ 10    |
| Release of restricted cash       | -      | -     | -      | -      | -      | -       |
| Store liquidation sales          | 43     | 75    | 87     | 83     | 75     | 363     |
| Sales Tax / Other Receipts       | 3      | 15    | 12     | 12     | 11     | 54      |
| **Total Collections**            | **56** | **90**| **99** | **95** | **86** | **427** |
| Merchandise Vendor Payments      | -      | -     | -      | -      | -      | -       |
| Payroll, Taxes & Medical         | (42)   | (2)   | (19)   | (2)    | (17)   | (81)    |
| Rent                             | (26)   | -     | -      | -      | -      | (26)    |
| Non Merch Vendor Expense         | (14)   | (25)  | (15)   | (15)   | (15)   | (83)    |
| Sales Tax                        | -      | -     | -      | -      | -      | -       |
| Hilco payments                   | (4)    | (12)  | (5)    | (5)    | (5)    | (30)    |
| **Total Operating Disbursements**| **(86)**| **(39)**| **(39)**| **(21)**| **(36)**| **(221)**|
| **Total Operating Cash Flow**    | **(30)**| **51** | **61** | **74** | **50** | **206** |
| Equity Proceeds                  | -      | -     | -      | -      | -      | -       |
| DIP Interest                     | -      | -     | -      | -      | -      | -       |
| FILO paydown                     | -      | -     | -      | -      | -      | -       |
| ABL Interest                     | -      | (1)   | -      | -      | (0)    | (1)     |
| FILO Interest                    | -      | (4)   | -      | -      | -      | (4)     |
| Unsec. Notes Interest            | -      | -     | -      | -      | -      | -       |
| **Net Cash Flow Before Rx items**| **(30)**| **46** | **61** | **74** | **50** | **200** |
| Professional fees                | (4)    | -     | -      | -      | -      | (4)     |
| DIP flows                        | 40     | -     | -      | -      | (8)    | 32      |
| Other Rx flows                   | -      | -     | (30)   | (3)    | (0)    | (33)    |
| Supplemental items               | (1)    | (1)   | (1)    | (1)    | (1)    | (4)     |
| **Net Cash Flow**                | **4**  | **45**| **30** | **70** | **42** | **191** |
| **Ending Cash**                  | $ 10   | $ 10  | $ 10   | $ 10   | $ 10   | $ 10    |
| ABL Balance                      | (82)   | (36)  | (7)    | -      | -      |         |
| LC Balance                       | (103)  | (103) | (103)  | (41)   | -      |         |