UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333 (Facsimile)

*Co-counsel to JPMorgan Chase Bank, N.A., as
Administrative Agent*

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond Inc., *et al.*,<br><br>Debtors. [1] | Case No.:     23-13359 (VFP)<br><br>Chapter:     11<br><br>Joint Administration Requested |

### DECLARATION OF MARSHALL S. HUEBNER, ESQ. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

MARSHALL S. HUEBNER, ESQ., of full age, hereby certifies as follows:

1.      I am an attorney-at-law and a partner of the law firm of Davis Polk & Wardwell LLP, which maintains offices at, among other places, 450 Lexington Avenue, New York, NY 10017.  Because of my familiarity with the facts and circumstances relevant to the above-captioned pending matter, JPMorgan Chase Bank, N.A. ("**Chase**"), a secured creditor of the debtors in the above-captioned cases (the "**Debtors**") and administrative agent to the Debtors' prepetition revolving loan facility, requests that I be allowed to appear *pro hac vice* for the purposes of representing Chase in connection with the above-captioned bankruptcy case.  I

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

submit this Certification in support of the application for my admission *pro hac vice*.

2.      I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of Michigan, and the United States Supreme Court.  I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.

3.      If the Application is granted, I agree to abide by this Court's local rules, to submit myself to the disciplinary jurisdiction of this Court, and to make payment to the New Jersey Lawyer's Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to the District Court under L. Civ. R. 101.1(c)(3).

4.      For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 23, 2023

                                                    */s/* Marshall S. Huebner
                                                    Marshall S. Huebner

2