| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GREENBERG TRAURIG, LLP**<br>Alan J. Brody, Esq.<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>(973) 443-3543 (Telephone)<br>(973) 295-1333 (Facsimile)<br><br>*Co-counsel to JPMorgan Chase Bank, N.A., as Administrative Agent* |
| In re:<br><br>Bed Bath & Beyond Inc., *et al.*,<br><br>                              Debtors.[1] |

Case No.:     23-13359 (VFP)

Chapter:     11

Joint Administration Requested

# ORDER GRANTING *PRO HAC VICE* <u>ADMISSION OF MARSHALL S. HUEBNER, ESQ.</u>

The relief set forth on the following page, numbered 2 is hereby **ORDERED.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Page:     2
Debtor:   In re: Bed Bath & Beyond Inc., *et al.*
Case No.: 23–13359 (VFP)
Caption:  Order Granting Pro Hac Vice Admission of Marshall S. Huebner, Esq.

---

This matter having been brought before the Court on application (the "**Application**") for entry of an Order admitting Marshall S. Huebner, Esq., *pro hac vice*; and the Court having considered the Application and the Declaration of Marshall S. Huebner, Esq.; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Marshall S. Huebner, Esq. is permitted to appear *pro hac vice* in the above-captioned matter pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c).

2. All pleadings, briefs, and other papers filed with the Court shall be signed by Alan J. Brody or another attorney who is admitted to practice in this Court and the Courts of the State of New Jersey from the firm of Greenberg Traurig, LLP, co-counsel for JPMorgan Chase Bank, N.A. ("**Chase**") as secured creditor of the debtors in the above-captioned cases (the "**Debtors**") and administrative agent of the Debtors' prepetition revolving loan facility, who shall be held responsible for said papers and for the conduct of the attorneys admitted hereby.

3. Marshall S. Huebner, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection (the "**Fund**") in accordance with New Jersey Court Rule 1:28-2 and shall pay the fee required by L. Civ. R. 101.1(c)(3).

4. Marshall S. Huebner, Esq. shall be bound by the Local Rules of the United States Bankruptcy Court for the District of New Jersey and the Local Civil Rules of the United States District Court for the District of New Jersey.

5. The Clerk shall forward a copy of this Order to the Treasurer of the Fund within five (5) days of the hereof.