| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN \| STEADY, LLC**<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Water Tower Square Associates | |
| In re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>                Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF PAPERS PURSUANT TO § 1109(b) OF THE**
**BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

NOTICE IS HEREBY GIVEN, pursuant to §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Jeffrey Kurtzman, Esquire of Kurtzman | Steady, LLC hereby appears on behalf of Water Tower Square Associates in the above-captioned Chapter 11 cases.

NOTICE IS FURTHER GIVEN that Kurtzman | Steady, LLC requests that all notices given or required to be given in the above-captioned case be served upon the following:

    Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
Telephone: (215) 839-1222
Email:  kurtzman@kurtzmansteady.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtors or debtors-in-possession or the property of such debtors or the debtors' cases.

Dated:  April 24, 2023                    **KURTZMAN | STEADY, LLC**

                                        By:   */s/ Jeffrey Kurtzman*
                                            Jeffrey Kurtzman, Esquire
                                            2 Kings Highway West, Suite 102
                                            Haddonfield, NJ  08033
                                            Telephone: (856) 428-1060
                                            Email:  kurtzman@kurtzmansteady.com

Attorneys for Water Tower Square Associates