| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 1002<br>Telephone: (212) 704.6350<br>Fax:          (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Douglas D. Herrmann<br>Marcy J. McLaughlin Smith<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777.6500<br>Fax:          (866) 422.3027<br>Email: douglas.herrmann@troutman.com<br>           marcy.smith@troutman.com<br>- and -<br>**RIEMER & BRAUNSTEIN, LLP**<br>Steven E. Fox<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY10036<br>Tel: (212) 789-3150<br>Fax: (212) 719-0140<br>Email:  sfox@riemerlaw.com<br>*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC* | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Joint Administration Requested) |
| In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>Debtors.[1] | |

# APPLICATION FOR ADMISSION *PRO HAC VICE* OF
# MARCY J. MCLAUGHLIN SMITH, ESQ.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

151361511v2

To: The Honorable Vincent F. Papalia

Hilco Merchant Resources, LLC ("Hilco") and Gordon Brothers Retail Partners, LLC ("GBRP"), by and through their undersigned counsel, make this application for entry of an order approving admission of attorney Marcy J. McLaughlin Smith, Esq. ("Ms. Smith") *pro hac vice*, pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1 of the United States District Court for the District of New Jersey (the "Application"), and in support thereof respectfully avers as follows:

1. Ms. Smith is an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman"), resident in the Wilmington, Delaware office of Troutman, located at Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801.

2. Ms. Smith is a member in good standing of the bars of the State of Delaware (admitted in 2015) and the Commonwealth of Pennsylvania (admitted in 2016). Further, Ms. Smith is a member in good standing in, and is admitted to practice before, the United States District Court for the District of Delaware (admitted in 2016) and the United States Court of Appeals for the Third Circuit (admitted in 2020).

3. Ms. Smith is not under suspension or disbarment by any court.

4. Ms. Smith desires to appear in these cases *pro hac vice* on behalf of Hilco and GBRP.

5. The statements made in paragraphs 1 through 4 of this Application are made in reliance upon the Certification of Marcy J. McLaughlin Smith, Esq., submitted herewith, and upon Ms. Smith's personal knowledge.

6. In accordance with Local Bankruptcy Rule 9010-1 and Local Civil Rule 101.1, Jessica D. Mikhailevich shall continue to appear as counsel of record for Hilco and GBRP.

151361511v2

WHEREFORE, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC respectfully request entry of an order in the form attached hereto granting the admission *pro hac vice* of Marcy J. McLaughlin Smith, Esq., of Troutman Pepper Hamilton Sanders LLP, to appear and participate in the above-captioned cases before this Court.

Dated: April 24, 2023

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Jessica D. Mikhailevich*
Jessica D. Mikhailevich
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6350
Facsimile: (212) 704-6288
Email: jessica.mikhailevich@troutman.com

- and -

Douglas D. Herrmann
Marcy J. McLaughlin Smith (*pro hac vice* pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:        (866) 422.3027
Email: douglas.herrmann@troutman.com
       marcy.smith@troutman.com

- and -

**RIEMER & BRAUNSTEIN, LLP**
Steven E. Fox (*pro hac vice* pending)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY10036
Tel: (212) 789-3150
Fax: (212) 719-0140
Email: sfox@riemerlaw.com

*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*

151361511v2