UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-13359 |
| BED BATH & BEYOND INC. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF MESQUITE**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on  24th  day of   April  ,2023, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MICHAEL D. SIROTA
25 MAIN STREET
POST OFFICE BOX 800 HACKEN-
SACK, NJ 07602-0800

US TRUSTEE (NJ)
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

**GRIMES & LINEBARGER, LLP**
120 W. MAIN, SUITE 201
MESQUITE, TX 75149
Telephone: (972) 289-0827
Email:      dallas.bankruptcy@lgbs.com


By: */s/ John K. Turner*
    John K. Turner
    SBN: 00788563 TX