**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Creditor, Salmar Properties, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., | Case No. 23-13359 (VFP) |
| Debtor. | |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Creditor, Salmar Properties, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Sari B. Placona, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
973-622-1800 (phone)
Email:  splacona@msbnj.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

*/s/ Sari B. Placona*
Sari B. Placona

Dated: April 24, 2023