IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | Bankruptcy No. 23-13359-VFP |
|---|---|
| BED BATH & BEYOND INC. | Chapter 11 |
| Debtor(s) | |

**REQUEST FOR
SERVICE OF NOTICES**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

BERNSTEIN-BURKLEY, P.C.
Attn: Keri P. Ebeck
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way, of Levin Management Corporation in the above-captioned matter.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
(admitted in the District of New Jersey)
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

Attorney for Creditor,
Duquesne Light Company

Dated: April 24, 2023