| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>John S. Mairo, Esq. (JSMairo@pbnlaw.com)<br>*Counsel for Sama Plastics Corp. and Sama Wood LLC* |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] |

Chapter: 11

Case No.: 23-13359 (VFP)

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Sama Plastics Corp. and Sama Wood LLC in the above-captioned chapter 11 case. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS    John S. Mairo, Esq.
                             Porzio, Bromberg & Newman, P.C.
                             100 Southgate Parkway
                             Morristown, New Jersey 07962
                             (973) 538-4006
                             (973) 538-5146 Facsimile
                             JSMairo@pbnlaw.com

    DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

7328381

☒All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Sama Plastics Corp. and Sama Wood LLC's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Sama Plastics Corp. and Sama Wood LLC are or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  April 24, 2023                              **PORZIO, BROMBERG & NEWMAN, P.C.**

                                                    By  */s/ John S. Mairo*
                                                        John S. Mairo, Esq.

                                                    *Counsel for Sama Plastics Corp. and Sama Wood LLC*

7328381