| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BELKIN BURDEN GOLDMAN, LLP<br>60 East 42nd Street, 16th Floor<br>New York, New York 10165<br>Telephone: (212) 867-4466<br>Jay B. Solomon, Esq.<br>JSolomon@bbgllp.com<br>*Attorneys for Creditor Mastic Associates of New York LLC* |

| | |
|---|---|
| In re:<br><br>         BED BATH & BEYOND INC.,<br><br>                                 Debtor. | Chapter 11<br><br>CASE NO. 23-13359 (VFP) |

### NOTICE OF APPEARANCE BY BELKIN BURDEN GOLDMAN, LLP, AND REQUEST FOR SERVICE OF DOCUMENTS AND NOTICES

**PLEASE TAKE NOTICE,** that pursuant to Bankruptcy Rules 2002 and 9010, Jay B. Solomon, Esq., of Belkin Burden Goldman, LLP, as attorneys for Mastic Associates of New York LLC, a creditor and a party in interest, hereby appears in the above-captioned case and requests that notice of all matters arising therein and all papers and other documents filed therein, including, but not limited to, orders, reports, pleadings, motions, applications, petitions, disclosure statements, plans, and answering and reply papers, and all notices required by Bankruptcy Rule 2002, be served upon the undersigned attorneys.

Dated:  New York, New York
            April 24, 2023

                                              **BELKIN BURDEN GOLDMAN, LLP**

                                    By: _____
                                              Jay B. Solomon, Esq.
                                              Attorneys for Creditor One Penn Plaza LLC
                                              60 East 42nd Street, 16th Floor
                                              New York, New York 10165
                                              (212) 867-4466

JSOLOMON/3826.0575/4168914.1