| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| WINNE, BANTA, BASRALIAN & KAHN, P.C.<br>Gary S. Redish, Esq.<br>Court Plaza South-East Wing<br>21 Main Street, Suite 101<br>Hackensack, New Jersey 07601<br>(201) 487-3800 (Telephone)<br>gredish@winnebanta.com (Email)<br><br>*Attorneys for AJG Enterprises, LLC,*<br>*Landlord/Unsecured Creditor* | |
| In re:<br><br>Bed Bath & Beyond, Inc. *et al.*,<br><br>Debtors. | Case No.:    23-13359 (VFP)<br><br>Chapter:    11<br><br>Joint Administration Requested |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), counsel, on behalf of AJG Enterprises, LLC having a place of business at 1105 Arcadian Way, Fort Lee, New Jersey 07024, as Landlord of the Harmons Store located at 145 Route 4, Paramus, New Jersey, by and through the attorneys set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the above-captioned debtor, and/or any other parties- in-interest, be given to and served upon the following:

#785837v1 * 04790-00024

Gary S. Redish, Esq.<br>
Winne, Banta, Basralian & Kahn, P.C.<br>
Court Plaza South-East Wing<br>
Hackensack, New Jersey 07601<br>
Telephone: (201) 487-3800<br>
Email: gredish@winnebanta.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without prejudice to the rights, remedies and claims of AJG Enterprises, LLC against other entities or any objection by AJG Enterprises, LLC that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit AJG Enterprises, LLC to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: April 24, 2023

**WINNE, BANTA, BASRALIAN & KAHN, P.C.**

By: _/s/ Gary S. Redish_
Gary S. Redish, Esq.

#785837v1 * 04790-00024