# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **In Re:** | § | **CASE NO. 23-13359** |
| | § | |
| **BED BATH & BEYOND, INC.** | § | |
| | § | **CHAPTER 11** |
| | § | |
| **DEBTOR(S).** | § | |

### TRAVIS COUNTY'S NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

        **Respectfully submitted,**

        **DELIA GARZA**
        Travis County Attorney
        P.O. Box 1748
        Austin, TX  78767
        (512) 854-9092 Telephone
        (512) 854-9316 Telecopier

By:    /s/ Jason A. Starks
        **JASON A. STARKS**
        Assistant County Attorney
        Texas Bar No. 24046903
        Jason.Starks@traviscountytx.gov

1123134-1

# CERTIFICATE OF SERVICE

I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **24th** day of **April, 2023** and mailed by United States First Class Mail to any party listed below that is not registered.

/s/ Jason A. Starks
JASON A. STARKS

**DEBTOR**
Bed Bath & Beyond, Inc.
650 Liberty Avenue
Union, NJ 07083

**DEBTOR'S ATTORNEYS**
Michael D. Sirota
Warren A. Usatine
COLE SCHOTZ, P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
(served electronically)

**U.S. TRUSTEE**
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
(served electronically)

1123134-1