UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.,* | Case No. 23-13359 (VFP) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of SharkNinja Operating LLC, in the above captioned cases and proceedings, and pursuant to rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et. sec. (the "Bankruptcy Code"), respectfully requests that notices, pleadings and other papers served or required to be served also be served, electronically or otherwise on:

> Kizzy L. Jarashow
> Meredith L. Mitnick
> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018-1405
> Tel: (212) 813-8800
> Email: kjarashow@goodwinlaw.com
>         mmitnick@goodwinlaw.com

> with a copy to

> Beverly R. Porway
> SharkNinja Operating LLC
> SVP/Deputy General Counsel
> 89 A Street
> Needham MA 02494
> Tel: (617) 904-7489
> bporway@sharkninja.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notice of all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, hand-delivery, telephone, facsimile transmission, email or otherwise made with regard to the above captioned cases and proceedings.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 24, 2023
New York, New York

    Respectfully submitted,
    By: /s/ *Meredith L. Mitnick*
    Kizzy L. Jarashow
    Meredith L. Mitnick (NJ Bar No. 337002020)
    GOODWIN PROCTER LLP
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018-1405
    Tel: (212) 813-8800
    Email: kjarashow@goodwinlaw.com
           mmitnick@goodwinlaw.com

    Attorneys for SharkNinja Operating LLC