# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY (NEWARK)

**IN RE:**

Bed Bath & Beyond Inc.                                  Bankruptcy No. 23-13359-VFP
                                                        Honorable Vincent F. Papalia
        Debtor.                       Chapter 11

_____/

## NOTICE OF APPEARANCE
## AND REQUEST TO BE ADDED TO THE MATRIX

**NOW COMES** Kevin C. Calhoun and the firm of Calhoun & Di Ponio, PLC and hereby enter their Appearance as attorneys for Creditor, Oakland County Treasurer, in the above-entitled matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

                              Respectfully submitted,

                              /s/*Kevin C. Calhoun*
                              Kevin C. Calhoun (P55592)
                              Calhoun & Di Ponio, PLC
                              Attorneys for the Oakland County Treasurer
                              29828 Telegraph Road
                              Southfield, Michigan 48034-1338
                              kevin@lawyermich.com
Dated: April 25, 2023           (248) 228-2200

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

**IN RE:**

Bed Bath & Beyond Inc.  Bankruptcy No. 23-13359-VFP
  Honorable Vincent F. Papalia
 Debtor.  Chapter 11
_____/

**PROOF OF SERVICE**

      Kevin C. Calhoun certifies that on April 25, 2023 he filed, using the ECF filing system of the United States Bankruptcy Court for the Eastern District of Michigan a **Notice Of Appearance and Request to be added to the Matrix** in the above listed case and this **Proof of Service** electronically causing the following entities/persons to receive these documents:

| | |
|---|---|
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Debtor's Attorneys | Office of the U.S. Trustee |

      */s/Kevin C. Calhoun*
      Kevin C. Calhoun
      Calhoun & Di Ponio, PLC
      Attorneys for the Oakland County Treasurer
      29828 Telegraph Road
      Southfield, Michigan 48034-1338
      kevin@lawyermich.com
      (248) 228-2200