| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McGuireWoods LLP**<br>Philip A. Goldstein, Esq.<br>1251 Avenue of the Americas, 20th Floor<br>New York, New York 10020<br>Telephone: (212) 548-2167<br>E-mail: pagoldstein@mcguirewoods.com<br><br>*Counsel to Britax Child Safety, Inc.,* |
| In re:<br><br>Bed Bath & Beyond, Inc. *et al.*,<br><br>              Debtors.[1] |

Chapter 11

Case No. 23-13359 (VFP)

Joint Administration Requested

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), Britax Child Safety, Inc., by and through the attorneys set forth below, hereby respectfully submits this Notice of Appearance and Request for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the above-captioned debtor, and/or any other parties in- interest, be given to and served upon the following:

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond, Inc.'s principal place of business and the Debtor's service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

**McGuireWoods LLP**
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Philip A. Goldstein, Esq.
Telephone: (212) 548-2167
E-mail: pagoldstein@mcguirewoods.com

**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Douglas M. Foley, Esq.
Jacob M. Weiss, Esq.
Telephone: (804) 775-1000
E-mail: dfoley@mcguirewoods.com
E-mail: jmweiss@mcguirewoods.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for service of papers is without prejudice to the rights, remedies and claims of Britax Child Safety, Inc., against other entities or any objection by Britax Child Safety, Inc. that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Britax Child Safety, Inc., to the jurisdiction of the Court. All rights, remedies and claims

are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: April 25, 2023

Respectfully Submitted,

/s/ Philip A. Goldstein
**McGuireWoods LLP**
Philip A. Goldstein, Esq.
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Telephone: (212) 548-2167
E-mail: pagoldstein@mcguirewoods.com

*Counsel to Britax Child Safety, Inc.,*

173501078