UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Stradley, Ronon, Stevens & Young LLP**
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey 08002
(856) 321-2400
Daniel M. Pereira
dpereira@stradley.com
*Counsel to Commerce Technologies LLC*

In re:

BED BATH & BEYOND INC., et al.

        Debtors.

Case No. 23-13359 (VFP)

Chapter 11

Hon. Vincent F. Papalia

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Daniel M. Pereira, Esquire, of Stradley Ronon Stevens & Young, LLP, attorneys for Commerce Technologies LLC d/b/a CommerceHub ("CommerceHub"), hereby enters his appearance in the above-captioned case on behalf of CommerceHub, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §1109(b), and hereby demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon him at the address set forth below:

> Daniel M. Pereira
> Stradley, Ronon, Stevens & Young, LLP
> 2005 Market Street, Suite 2600
> Philadelphia, PA 19103-7098
> (215) 564-8000
> dpereira@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure

together with all orders and notices of applications, motions, petitions, pleadings, complaints, or other documents which, in any way, affect the above-captioned debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that CommerceHub does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of CommerceHub to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of CommerceHub to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of CommerceHub to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which CommerceHub is or may be entitled.

**STRADLEY RONON STEVENS & YOUNG, LLP**

*/s/ Daniel M. Pereira*
Daniel M. Pereira (No. 119862014)
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7098
(215) 564-8000
(215) 564-8120 (fax)
dpereira@stradley.com

*Attorneys for Commerce Technologies LLC d/b/a CommerceHub*

Dated:  August 25, 2023

4494387v.1