UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
VALINOTI, SPECTER & DITO, LLP
Jeffrey A. Dito, Esq.
301 Junipero Serra Blvd., Suite 200
San Francisco, CA 94127
Telephone: (415) 769-4243
Fax: (650) 745-1126
jdito@valinoti-dito.com

In Re:
Bed, Bath & Beyond, Inc., et al.

Debtors

Case No.: 23-13359 (VFP)
Chapter: 11
Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Commons at Issaquah, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Jeffrey A. Dtio, Esq.
Valinoti, Specter & Dito, LLP
301 Junipero Serra Blvd., Suite 200
San Francisco, CA 94127
jdito@valinoti-dito.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 25, 2023

//s//Jeffrey A. Dito
Signature

new.8/1/15