| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>**RUBIN LLC**<br>Paul Rubin<br>11 Broadway, Suite 715<br>New York, New York 10004<br>212-390-8054<br>*Attorneys for Regent Shopping Center Inc. and*<br>*Castle Ridge Plaza LLC* |

| | |
|---|---|
| In re: | Case No. 23-13359 (VFP) |
| BED BATH & BEYOND INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Adminstered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE the undersigned hereby appears as counsel for Regent Shopping Center Inc. and Castle Ridge Plaza LLC (the "Notice Parties"), parties in interest in the above-captioned case. Pursuant to section 342 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Notice Parties request that all notices given or that are required to be given and all pleadings and orders that are served or required to be served in the above-captioned chapter 11 cases, or in proceedings related thereto, be served at the following address:

> Rubin LLC
> 11 Broadway, Suite 715
> New York, New York 10004
> Tel: 212. 390.8054
> Fax: 212.390.8064
> Attention: Paul A. Rubin
> E-mail: prubin@rubinlawllc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, pleadings, orders, and other papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers,

applications, motions, petitions, pleadings, requests, complaints, answering or reply papers, plans, disclosure statements, reports, and demands, including all amendments to the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the chapter 11 cases or any proceedings related thereto, the above-captioned Debtors, property in their possession, custody, or control, the administration of the Debtors' bankruptcy cases, or the rights of creditors or other parties in interest, or which affects the Notice Parties.

PLEASE TAKE FURTHER NOTICE that the Notice Parties do not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Papers, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i) their rights to have a United States District Judge determine de novo all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) their rights to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) their rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the District of New Jersey, for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which they are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies the Notice Parties expressly reserve.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be construed as an appointment of any person or entity as authorized agents of the Notice Parties,

either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 25, 2023

                                          RUBIN LLC

                                          By:   */s/ Paul A. Rubin*
                                                  Paul A. Rubin
                                        11 Broadway, Suite 715
                                        New York, New York 10004
                                        Tel: 212.390.8054
                                        prubin@rubinlawllc.com

                                        *Regent Shopping Center Inc. and*
                                        *Castle Ridge Plaza LLC*