| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**SAUL EWING LLP**<br>Monique B. DiSabatino, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6806<br>monique.disabatino@saul.com<br><br>-and-<br><br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>*Counsel for College Plaza Station LLC, Town & Country (CA) Station L.P. and Phillips Edison & Company* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al*.[1]<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 23-13359 (VFP) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of College Plaza Station LLC, Town & Country (CA) Station

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

41499660.2

L.P. and Phillips Edison & Company. Request is made that the documents filed in this case and identified below be served on the undersigned at the following addresses:

| **SAUL EWING LLP** | **SAUL EWING LLP** |
|---|---|
| Monique B. DiSabatino, Esquire | Turner N. Falk, Esquire |
| 1201 North Market Street, Suite 2300 | Centre Square West |
| P.O. Box 1266 | 1500 Market Street, 38th Floor |
| Wilmington, DE 19899 | Philadelphia, PA 19102 |
| Telephone: (302) 421-6806 | Telephone: (215) 972-8415 |
| Email: monique.disabatino@saul.com | Email: turner.falk@saul.com |

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: April 25, 2023

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Facsimile: (302) 421-6813
Email: monique.disabatino@saul.com

*Counsel for College Plaza Station LLC, Town & Country (CA) Station L.P. and Phillips Edison & Company*

41499660.2