| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**SAUL EWING LLP**<br>Monique B. DiSabatino, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6806<br>monique.disabatino@saul.com<br><br>*Counsel for College Plaza Station LLC, Town & Country (CA) Station L.P. and Phillips Edison & Company* |
| In re:<br><br>BED BATH & BEYOND INC., *et al*.<br><br>Debtors. |

Chapter 11
(Jointly Administered)

Case No. 23-13359 (VFP)

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I did cause the foregoing *Notice of Appearance* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6806

41499660.2