IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-13359 |
| | § | (Chapter 11) |
| BED BATH & BEYOND INC., *et al* | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

HUMBLE INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT AND PASADENA INDEPENDENT SCHOOL DISTRICT

> c/o Owen M. Sonik
> Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> 1235 North Loop West
> Suite 600
> Houston, TX 77008
> (713) 862-1860
> (713) 862-1429 FAX
> osonik@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant

By:  /s/Owen M. Sonik

Owen M. Sonik
Bar No: 18847250

## CERTIFICATE OF SERVICE

I Owen M. Sonik do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 25th day of April, 2023.

ATTORNEY FOR DEBTORS
Michael D. Sirota                          Email: msirota@coleschotz.com
Warren A. Usatine                        Email: wusatine@coleschotz.com
Felice R. Yudkin                           Email: fyudkin@coleschotz.com
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602

OFFICE OF THE US TRUSTEE
Alexandria Nikolinos                   Email: alexandria.nikolinos@usdoj.gov
Fran B. Steele                             Email: Fran.B.Steele@usdoj.gov
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102

 /s/Owen M. Sonik

Owen M. Sonik
Bar No: 18847250

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2