**LOCKE LORD LLP**
Andrew Braunstein
Jonathan W. Young
Hanna J. Redd
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
Tel:212-415-8600
andrew.braunstein@lockelord.com
jonathan.young@lockelord.com
hanna.redd@lockelord.com

*Counsel to Commission Junction LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors. | Jointly Administered |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

**NOTICE IS HEREBY GIVEN**, that pursuant to Fed. R. Bankr. P. 9010(b), Locke Lord

LLP hereby appears as counsel for and on behalf of Commission Junction LLC and any applicable

affiliates (collectively "***Commission Junction***") a party in interest and creditor with respect to the

above captioned case.

**NOTICE IS FURTHER GIVEN**, that pursuant to Fed. R. Bankr. P. 2002, it is requested

that all notices given or required to be given in this case, including but not limited to, all papers

filed and served in all adversary proceedings in this case and all notices mailed to any statutory

committees or their authorized agents, be given to and served upon:

Andrew Braunstein
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street, 20th Floor

132812311v.1

New York, NY 10281
Tel: 212-415-8600
Fax: 212-303-2754
andrew.braunstein@lockelord.com

and

Jonathan W. Young (*pro hac vice forthcoming*)
LOCKE LORD LLP
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Tel: 202-220-6900
Fax: 202-220-6945
jonathan.young@lockelord.com

and

Hanna J. Redd (*pro hac vice forthcoming*)
LOCKE LORD LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199
Tel: 617-239-0100
Fax: 617-227-4420
hanna.redd@lockelord.com

**NOTICE IS FURTHER GIVEN**, that the foregoing request includes not only notices and

papers referred to in Fed. R. Bankr. P. 2002, 3017 and 9007, but also includes, without limitation,

all orders and notices of applications, hearing notices, motions, petitions, pleadings, requests,

complaints, demands and other documents brought before the Court whether transmitted or

conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the Debtors,

the property of the Debtors or their estate.

**NOTICE IS FURTHER GIVEN**, that neither this Notice of Appearance nor any

subsequent appearance, pleading, claim, or suit (unless expressly stated otherwise therein) is

intended to waive (i) Commission Junction's right to have final orders in non-core matters entered

only after *de novo* review by a district judge, (ii) Commission Junction's right to trial by jury in

any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) the

132812311v.1

right to have the reference withdrawn by the District Court in any matter subject to mandatory or

discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments to which Commission Junction may be entitled to in law or in equity, all of which

such rights, claims, actions, defenses, setoffs, and recoupments Commission Junction expressly

reserves.

Dated: April 25, 2023                         Respectfully submitted,

                                              /s/ Andrew Braunstein

                                              **LOCKE LORD LLP**
                                              Andrew Braunstein
                                              Brookfield Place, 200 Vesey Street, 20th Floor
                                              New York, NY 10281
                                              Tel: 212-415-8600
                                              Fax: 212-303-2754
                                              andrew.braunstein@lockelord.com

132812311v.1