UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Enid Two, LLC*

In Re:

BED, BATH & BEYOND INC.,

              Debtor.

Case No.: 23-13359 (VFP)

Chapter 11

Judge:    Hon. Vincent F. Papalia

## NOTICE OF APPEARANCE

    Please take notice that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of **ENID TWO, LLC.**  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10,
Woodbridge, New Jersey  07095
Attn:  David H. Stein, Esq.
Telephone:  732-855-6126
Facsimile:  732-726-6570
E-mail:  dstein@wilentz.com

DOCUMENTS:
☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒    All documents and pleadings of any nature.

Date: April 25, 2023

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for Enid Two, LLC*

        */s/ David H. Stein*
By:_____
    DAVID H. STEIN, ESQ.

#13794452.1 180078.001