|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert L. LeHane, Esq.<br>Jennifer D. Raviele, Esq.<br>Connie Choe, Esq.<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  rlehane@kelleydrye.com<br>           jraviele@kelleydrye.com<br>           cchoe@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for Benderson Development Company, Blumenfeld Development Group, Ltd., Brookfield Properties Retail, Inc., Kite Realty Group, Lerner Properties, Oak Street Real Estate, Nuveen Real Estate, Regency Centers, L.P., ShopCore Properties, and SITE Centers Corp.* |  |
| BED BATH & BEYOND INC., *at al.,*<br><br><br>Debtors[1]. | Chapter 11<br><br>Case Number: 23-13359(VFP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned cases on behalf of landlords, *Counsel for Benderson Development Company, Blumenfeld Development Group, Ltd., Brookfield Properties Retail, Inc., Kite Realty Group, Lerner Properties, Oak Street Real Estate, Nuveen Real Estate, Regency Centers, L.P., ShopCore Properties, and SITE Centers Corp.,* (each a "Landlord" and collectively, the "Landlords").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Landlords request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses and further request to be added to any Master Service List maintained in these cases:

> Robert L. LeHane, Esq.
> Jennifer D. Raviele, Esq.
> Connie Choe, Esq.
> **KELLEY DRYE & WARREN LLP**
> 3 World Trade Center
> 175 Greenwich Street
> New York, NY 10007
> Tel:  212-808-7800
> Fax: 212-808-7897
> Email:  rlehane@kelleydrye.com
> jraviele@kelleydrye.com
> cchoe@kelleydrye.com
> kdwbankruptcydepartment@kelleydrye.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the

Landlord's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated: April 26, 2023

                    **KELLEY DRYE & WARREN LLP**

                By: */s/ Robert L. LeHane*
                    Robert L. LeHane, Esq.
                    Jennifer D. Raviele, Esq.
                    Connie Choe, Esq.
                    3 World Trade Center
                    175 Greenwich Street
                    New York, NY 10007
                    Tel: 212-808-7800
                    Fax: 212-808-7897
                    Email: rlehane@kelleydrye.com
                                  jraviele@kelleydrye.com
                                  cchoe@kelleydrye.com

                    *Counsel for Benderson Development Company, Blumenfeld Development Group, Ltd., Brookfield Properties Retail, Inc., Kite Realty Group, Lerner Properties, Oak Street Real Estate, Nuveen Real Estate, Regency Centers, L.P., ShopCore Properties, and SITE Centers Corp.*