UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James S. Carr, Esq.
Maeghan J. McLoughlin, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: jcarr@kelleydrye.com
       mmcloughlin@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Ryder Integrated Logistics, Inc.*

---

BED BATH & BEYOND INC., *at al.,*

Debtors[1].

Chapter 11

Case Number: 23-13359(VFP)

(Jointly Administered)

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned cases on behalf of *Ryder Integrated Logistics, Inc.* ("Ryder"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, Ryder requests that all notices given or required to be given and all papers served in these

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

cases be delivered to and served upon the parties identified below at the following addresses and further request to be added to any Master Service List maintained in these cases:

James S. Carr, Esq.
Maeghan J. McLoughlin, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: mmcloughlin@kelleydrye.com
kdwbankruptcydepartment@kelleydrye.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Ryder's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Ryder may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated:  April 26, 2023

                                      **KELLEY DRYE & WARREN LLP**

                              By:  */s/ James S. Carr*
                                    James S. Carr, Esq.
                                    Maeghan J. McLoughlin, Esq.
                                    3 World Trade Center
                                    175 Greenwich Street
                                    New York, NY 10007
                                    Tel:  212-808-7800
                                    Fax: 212-808-7897

                                    *Counsel for Ryder Integrated Logistics, Inc.*