IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BED BATH & BEYOND, INC., et al., | § | CASE NO. 23-13359 |
| | § | |
| DEBTORS | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that **HCL Texas Avenue, LLC,** a creditor in the above-captioned and numbered case, hereby requests pursuant to 11 U.S.C. § 1109(b) and rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the ***"Bankruptcy Rules"***) that notices given or required to be given in these cases or in any proceeding herein and all papers served or required to be served in these cases or in any proceeding herein be given to and served upon the following:

Richard L. Fuqua
Fuqua & Associates, P.C.
8558 Katy Freeway, Suite 119
Houston, TX  77024
Telephone: (713) 960-0277
Facsimile: (713) 960-1064
Email: fuqua@fuqualegal.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules above but also includes without limitation, copies of any orders (including orders to show cause) and notices of any application, motion, petition, complaint, demand, hearing, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopier, or otherwise.

DATED this 26th day of April, 2023.

FUQUA & ASSOCIATES, P.C.

By:     */s/ Richard L. Fuqua*
        Richard L. Fuqua
        Texas Bar #07552300
        8558 Katy Freeway, Suite 119
        Houston, Texas 77024
        Telephone (713) 960-0277
        Telecopier (713) 960-1064
        Email: fuqua@fuqualegal.com

        Attorneys for Creditor and Party in Interest
        HCL Texas Avenue, LLC

**CERTIFICATE OF SERVICE**

This is to certify that on April 26, 2023, a copy of the above and foregoing instrument was forwarded to all parties entitled to receive notice through the Court's ECF system in this case.

*/s/ Richard L. Fuqua*
Richard L. Fuqua