UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
(973) 597-9119 (Fax)
Jay L. Lubetkin
*Counsel to Mad River Development LLC*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC.,<br><br>                         Debtor. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>Judge: Honorable Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters

an appearance in this case on behalf of Mad River Development LLC. Request is made that the

documents filed in this case and identified below be served on the undersigned at this address:

Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
Attention:  Jay L. Lubetkin, Esq.
(973) 597-9100 phone
(973) 597-9119 fax
jlubetkin@rltlawfirm.com

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

_____4/26/2023_____                    _____/s/ Jay L. Lubetkin_____
Date                                                        Signature