UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BED BATH & BEYOND INC., *et al.*, | § | Case No. 23-13359 (VFP) |
| | § | |
| DEBTORS.[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that **PTC TX Holdings, LLC,** a creditor of Buy Buy Baby, Inc., Debtor, Case No. 23-13400, being jointly administered under the main Case No. 23-13359, hereby requests pursuant to 11 U.S.C. § 1109(b) and rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*) that notices given or required to be given in these cases or in any proceeding herein and all papers served or required to be served in these cases or in any proceeding herein be given to and served upon the following:

Richard L. Fuqua
Fuqua & Associates, P.C.
8558 Katy Freeway, Suite 119
Houston, TX 77024
Telephone: (713) 960-0277
Facsimile: (713) 960-1064
Email: fuqua@fuqualegal.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules above but also includes without limitation, copies of any orders (including orders to show cause) and notices of any application, motion, petition, complaint, demand, hearing, pleading or request, whether formal or informal, whether written or oral, and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopier, or otherwise.

DATED this 26th day of April, 2023.

FUQUA & ASSOCIATES, P.C.

By: */s/ Richard L. Fuqua*
Richard L. Fuqua
Texas Bar #07552300
8558 Katy Freeway, Suite 119
Houston, Texas 77024
Telephone (713) 960-0277
Telecopier (713) 960-1064
Email: fuqua@fuqualegal.com

Attorneys for Creditor and Party in Interest
PTC TX Holdings, LLC

**CERTIFICATE OF SERVICE**

This is to certify that on April 26, 2023, a copy of the above and foregoing instrument was forwarded to all parties entitled to receive notice through the Court's ECF system in this case.

*/s/ Richard L. Fuqua*
Richard L. Fuqua