**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   23-13359 |
| BED BATH & BEYOND INC. | § | |
| DEBTORS(S), | § | CHAPTER  11 |

<u>**NOTICE OF REQUEST FOR SERVICE OF**</u>
<u>**NOTICES AND PLEADINGS**</u>

PLEASE TAKE NOTICE that the undersigned hereby enters a notice of request for service of notices and pleadings on behalf of:

| | | |
|---|---|---|
| NUECES COUNTY | CAMERON COUNTY | HIDALGO COUNTY |
| CITY OF MCALLEN | MCLENNAN COUNTY | VICTORIA COUNTY |
| SAN MARCOS CISD | | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>26th</u> day of  <u>April, 2023</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MICHAEL D. SIROTA
25 MAIN STREET
POST OFFICE BOX 800
HACKENSACK, NJ 07602-0800

US TRUSTEE (NJ)
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
AUSTIN, TX 78760-7428
Telephone:  (512) 447-6675
Facsimile:   (512) 443-5114
Email:        austin.bankruptcy@lgbs.com


By: /s/ Diane W. Sanders
Diane W. Sanders
SBN: 16415500 TX