UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
CERTILMAN BALIN ADLER & HYMAN, LLP.
Jaspreet S. Mayall, Esq.
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Telephone Number: (516) 296-7000
jmayall@certilmanbalin.com
Attorneys for 3600 Long Beach Road, LLC.

In Re:
Bed Bath & Beyond Inc. et al.[1]

Debtor-in-Possession.

Case No.: 23-13359-VFP
Chapter: 11
Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of 3600 Long Beach Road LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: CERTILMAN BALIN ADLER & HYMAN, LLP.
Jaspreet S. Mayall, Esq.
90 Merrick Avenue
East Meadow, New York 11554

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 26, 2023

/s/ Jaspreet S. Mayall
Signature

new.8/1/15

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CERTILMAN BALIN ADLER & HYMAN, LLP.
Jaspreet S. Mayall, Esq.
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Telephone Number: (516) 296-7000
jmayall@certilmanbalin.com
Attorneys for 3600 Long Beach Road, LLC

Case No.: 23-13359-VFP

Chapter: 11

In Re:

Bed Bath & Beyond Inc, et al.[1]

Debtor-in-Possession.

Adv. No.:

Hearing Date:

Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, ___Jaspreet S. Mayall___ :

    ☒ represent ___3600 Long Beach Road, LLC___ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 26, 2023

/s/ Jaspreet S. Mayall
Signature

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alexandria Nikolinos, Esq.<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz, P.C.<br>25 Main Street<br>Hackensack, New Jersey 07601 | Attorney for the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, New Jersey 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |