**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **In re:**<br><br>**BED BATH & BEYOND INC._, et al._,**<br><br>Debtors.[1] | **Chapter 11**<br>**Case No. 23-13359 (VFP)**<br>**(Jointly Administered)** |

### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned appears as counsel for **ISM Holdings, Inc., the lessor of the Debtors' location in Auburn, Massachusetts (the "Landlord")** and, pursuant to Bankruptcy Rules 9010, 3017 and 2002 and Bankruptcy Code Section 1109(b), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise: (1) which may directly, or indirectly, affect or seek to affect any rights or interests of the Landlord with respect to (a) the Debtors, (b) property or proceeds thereof in which the Debtors may claim an interest, or (c) property or proceeds thereof in possession, custody or control of the Landlord, which the Debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Landlord; or (3) which may otherwise affect the Debtors or the property of the Debtors.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

{Client Matter 13067/00041/A8282645.DOC}

      This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of New Jersey, and does not constitute a waiver of any rights including the right to trial by jury.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ISM HOLDINGS, INC. |
|  | By its counsel, |
|  | /s/ Paul W. Carey<br>Paul W. Carey, BBO #566865<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608<br>Phone: 508.791.8500<br>Fax:    508.791.8502 |
| Dated:  April 27, 2023 | Email: pcarey@mirickoconnell.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2023, the foregoing document was filed with the United States Bankruptcy Court – District of New Jersey and served upon all parties entitled to receive notice of filings in the above-captioned proceeding via the Bankruptcy Court's Electronic Case Filing (ECF) system.

|  |  |
|---|---|
| Dated:  April 27, 2023 | /s/ Paul W. Carey<br>Paul W. Carey, Esq. |

{Client Matter 13067/00041/A8282645.DOC}