IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT Robert S. Westermann and Brittany B. Falabella of the law firm of Hirschler Fleischer, P.C. hereby enter their appearance as counsel of record for The Brink's Company, including, but not limited to, Brink's, Inc., Brink's Capital, and all other divisions, subsidiaries, and related entities ("Brink's") in the above-captioned case, and pursuant to section 1109(b) of Title 11 of the United States Code, and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully request that copies of all pleadings, motions, notices, and other papers filed or served in these bankruptcy cases be served on the undersigned counsel to Brink's at the following address:

> Robert S. Westermann, Esq.
> Brittany B. Falabella, Esq.
> Hirschler Fleischer, P.C.
> 2100 East Cary Street
> Richmond, Virginia 23223
> Email: rwestermann@hirschlerlaw.com
>         bfalabella@hirschlerlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s Principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, email, or otherwise that affects or seeks to affect in any way, any rights or interests of any creditor or party-in-interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that Brink's intends that neither this Notice of Appearance and Request for Service, nor any later appearance, claim or suit shall waive (1) its right to have final orders of non-core matters entered only after *de novo* review by a District Judge; or (2) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:  April 27, 2023                                              Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
2100 East Cary Street
Richmond, Virginia 23223
Telephone:  (804) 771-9500
Facsimile:  (804) 644-0957
Email: rwestermann@hirschlerlaw.com
         bfalabella@hirschlerlaw.com

*Counsel for Brink's*

## CERTIFICATE OF SERVICE

       The undersigned certifies that on April 27, 2023, a true and correct copy of the foregoing Notice was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's ECF system.

                                                               */s/ Robert S. Westermann*
                                             Robert S. Westermann (VSB No. 43294)
                                             Brittany B. Falabella (VSB No. 80131)
                                             HIRSCHLER FLEISCHER, P.C.
                                             2100 East Cary Street
                                             Richmond, Virginia 23223
                                             Telephone: (804) 771-9500
                                             Facsimile: (804) 644-0957
                                             Email: rwestermann@hirschlerlaw.com
                                                           bfalabella@hirschlerlaw.com

*Counsel for Brink's*