| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**BARCLAY DAMON LLP**<br>Scott L. Fleischer, Esq.<br>1270 Avenue of the Americas, Suite 501<br>New York, NY 10020<br>Telephone: (212) 784-5810<br>sfleischer@barclaydamon.com<br><br>Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>Telephone: (315) 413-7115<br>knewman@barclaydamon.com<br><br>Niclas A. Ferland, Esq.<br>545 Long Wharf Drive, Ninth Floor<br>New Haven, CT 06511<br>Telephone: (202) 672-2667<br>nferland@barclaydamon.com<br><br>*Counsel for RPT Realty, L.P., Inland Commercial Real Estate Services, L.L.C., DLC Management Corp., Rivercrest Realty Associates, LLC, National Realty & Development Corp., Westfield LLC, and Mission Valley Shoppingtown LLC* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge: Vincent F. Papalia<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE NOTICE**, that the undersigned are appearing as counsel for RPT Realty, L.P., Inland Commercial Real Estate Services, L.L.C., DLC Management Corp., Rivercrest Realty Associates, LLC, National Realty & Development Corp., Westfield LLC, and Mission Valley Shoppingtown LLC (the "Creditors") in the above captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. Rules 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

>Scott L. Fleischer
>Barclay Damon LLP
>1270 Avenue of the Americas, Suite 501
>New York, New York 10020
>Telephone:  (212) 784-5810
>Facsimile:  (212) 784-5799
>Email:  sfleischer@barclaydamon.com
>
>Kevin M. Newman, Esq.
>Barclay Damon LLP
>Barclay Damon Tower
>125 East Jefferson Street
>Syracuse, NY 13202
>Telephone:  (315) 413-7115
>Facsimile:  (315) 703-7349
>Email:  knewman@barclaydamon.com
>
>Niclas A. Ferland, Esq.
>Barclay Damon LLP
>545 Long Wharf Drive, Ninth Floor
>New Haven, CT 06511
>Telephone:  (202) 672-2667
>Facsimile:  (202) 654-3274
>Email:  nferland@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the names and addresses set forth above be added to any service list in the cases.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of rights of Creditors to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which Creditors may be entitled, which they expressly reserve.

Dated: April 27, 2023
New York, New York

**BARCLAY DAMON LLP**

By: */s/Scott L. Fleischer*
Scott L. Fleischer, Esq.
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5810
Facsimile: (212) 784-5799
Email: sfleischer@barclaydamon.com

Kevin M. Newman, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7115
Facsimile: (315) 703-7349
Email: knewman@barclaydamon.com

Niclas A. Ferland, Esq.
645 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Telephone: (202) 672-2667
Facsimile: (202) 654-3274
Email: nferland@barclaydamon.com

*Counsel for RPT Realty, L.P., Inland Commercial Real Estate Services, L.L.C., DLC Management Corp., Rivercrest Realty Associates, LLC, National Realty & Development Corp., Westfield LLC, and Mission Valley Shoppingtown LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on April 26, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey.

                                         */s/Scott L. Fleischer*
                                         Scott L. Fleischer