**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street
New York, NY 10005
Telephone: (212) 238-8724
E-mail: trivigno@clm.com

*Counsel for The Bank of New York Mellon, as Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.* | Lead Case No.: 23-13359 (VFP) |
| Debtors.[1] | Joint Administration Request |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that pursuant to Rule 2002 of the Bankruptcy Rules, Carter Ledyard & Milburn LLP, counsel for The Bank of New York Mellon, as Trustee (the "Trustee") under the Indenture dated as of July 17, 2014, as supplemented by the Supplemental Indenture dated as of July 17, 2014 (collectively, the "Indenture") pursuant to which the 3.749% Senior Notes due 2024, the 4.915% Senior Notes due 2034 and the 5.165% Senior Notes due 2044 were issued, requests that all notices given or required to be given and all papers served or required to

---

[1] The last four digits of Debtor Bed bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

11179898.1

be served in these cases be given to and served upon the following:

>   Carter Ledyard & Milburn LLP
>   Counsel for The Bank of New York Mellon, as Trustee
>   28 Liberty Street, 41st Floor
>   New York, NY 10005
>   Attention: Aaron R. Cahn
>   Telephone: (212) 238-8629
>   Facsimile: (212) 732-3232
>   bankruptcy@clm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any notices of orders, pleadings, motions, applications, complaints, demands, hearings, plans, disclosure statements, requests, petitions, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these cases.

**PLEASE TAKE FURTHER NOTICE** that this request and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive the Trustee's (i) right to have final orders in non-core matters entered only after *de novo* reviewed by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Trustee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

DOCUMENTS:

- ☒ All Notices entered pursuant to Fed. R. Bankr. P. 2002.
- ☒ All documents and pleadings of any nature.

11179898.1

Dated: New York, New York
April 27, 2023

**CARTER LEDYARD & MILBURN LLP**

*/s/ Aaron R. Cahn*
Aaron R. Cahn
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: (212) 238-8629
Facsimile: (212) 732-3232
bankruptcy@clm.com

Counsel for *The Bank of New York Mellon,* as Trustee

-3-

11179898.1