| |
|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
David P. Primack, Esq.
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
Telephone: (302) 300-4515
E-mail: dprimack@mdmc-law.com

*Attorneys for TKG Biscayne, LLC, TKG Paxton Towne Center Development, LP, TKG-Manchester Highland, TKG Coral North, LLC, Manhattan Marketplace SC LLC, THF Harrisonburg Crossing, LLC, Carson Valley Center, LLC, Dreamland Shopping Center, SLO Promenade DE LLC, MCS-Lancaster DE LP, TKG Monroe Louisiana 2 LLC, Shreve Center DE LLC, TKG Logan Town Centre LP, TKG Mountain View Plaza, LLC, TKG Woodmen Commons, LLC, GKT Shoppes at Legacy Park, GKT Gallatin Shopping Center, THF/MRP Tiger Town, LLC, Grand Mesa Center, LLC, The Shoppes at Wilton, LLC, and Epps Bridge Centre Property Co, LLC*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.[1],<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 23-13359 (VFP) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that David P. Primack of McElroy, Deutsch, Mulvaney & Carpenter, LLP hereby enters his appearance as attorney for TKG Biscayne, LLC, TKG Paxton Towne Center Development, LP, TKG-Manchester Highland, TKG Coral North, LLC, Manhattan Marketplace SC LLC, THF Harrisonburg Crossing, LLC, Carson Valley Center,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

LLC, Dreamland Shopping Center, SLO Promenade DE LLC, MCS-Lancaster DE LP, TKG Monroe Louisiana 2 LLC, Shreve Center DE LLC, TKG Logan Town Centre LP, TKG Mountain View Plaza, LLC, TKG Woodmen Commons, LLC, GKT Shoppes at Legacy Park, GKT Gallatin Shopping Center, THF/MRP Tiger Town, LLC, Grand Mesa Center, LLC, The Shoppes at Wilton, LLC, and Epps Bridge Centre Property Co, LLC (collectively, the "TKG Entities") in the above-captioned bankruptcy case under the United States Bankruptcy Code and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules, requests that any and all notices given or required to be given in the above-captioned case, be given to and served upon the undersigned at the address and telephone number set forth below:

> David P. Primack
> McElroy, Deutsch, Mulvaney
> & Carpenter, LLP
> 300 Delaware Ave., Suite 1014
> Wilmington, DE 19801
> Telephone: (302) 300-4515
> E-mail: dprimack@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that, pursuant Rules 2002 and 9010 the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, *ex Parte* or on notice written or oral and whether transmitted to conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise which affect or seek to affect in any way the Debtor or the property of the Debtor or any rights or interest of the aforementioned parties-in-interest with respect to the Debtor or its property.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the TKG Entities' right to have final orders in non-core matters entered only after *de novo* review by a District Judge; or the right to trial by

jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory of discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which the TKG Entities is or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

|  |  |
|---|---|
|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated: April 27, 2023 | */s/ David P. Primack* <br> David P. Primack, Esq. <br> 300 Delaware Ave., Suite 1014 <br> Wilmington, DE 19801 <br> Telephone: (302) 300-4515 <br> Facsimile: (302) 654-4031 <br> E-mail: dprimack@mdmc-law.com <br><br> *Attorneys for TKG Biscayne, LLC, TKG Paxton Towne Center Development, LP, TKG-Manchester Highland, TKG Coral North, LLC, Manhattan Marketplace SC LLC, THF Harrisonburg Crossing, LLC, Carson Valley Center, LLC, Dreamland Shopping Center, SLO Promenade DE LLC, MCS-Lancaster DE LP, TKG Monroe Louisiana 2 LLC, Shreve Center DE LLC, TKG Logan Town Centre LP, TKG Mountain View Plaza, LLC, TKG Woodmen Commons, LLC, GKT Shoppes at Legacy Park, GKT Gallatin Shopping Center, THF/MRP Tiger Town, LLC, Grand Mesa Center, LLC, The Shoppes at Wilton, LLC, and Epps Bridge Centre Property Co, LLC* |