LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Suite 120
Roseland, New Jersey 07068
(973) 226-2700
rzucker@lasserhochman.com
sguryan@lasserhochman.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:                                                                          Case No. 23-13359-VFP

                                                                                Chapter 11

BED BATH & BEYOND, INC.,

    Debtor.

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Lasser Hochman, L.L.C., attorneys for Taft Associates, hereby enters its appearance in this matter.

PLEASE TAKE FURTHER NOTICE that request is hereby made, pursuant to Section 1109(b) of the Bankruptcy Code (if applicable) and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices given and required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

| | |
|---|---|
| Richard L. Zucker, Esq. | Sheppard A. Guryan, Esq. |
| Lasser Hochman, L.L.C. | Lasser Hochman, L.L.C. |
| 75 Eisenhower Parkway | 75 Eisenhower Parkway |
| Suite 120 | Suite 120 |
| Roseland, New Jersey  07068 | Roseland, New Jersey 07068 |
| (973) 226-2700 | (973) 226-2700 |
| (973) 226-0844 (FAX) | (973) 226-0844 (FAX) |
| rzucker@lasserhochman.com | sguryan@lasserhochman.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of Taft Associates with respect to the above-captioned Debtor, or any related entity, or property or proceeds in which the Debtor may claim an interest.

LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Suite 120
Roseland, New Jersey  07068
(973) 226-2700
Attorneys for Taft Associates


DATED: April 27, 2023                By:/s/  Richard L. Zucker
                                     RICHARD L. ZUCKER, ESQ.

                                     LASSER HOCHMAN, L.L.C.
                                     75 Eisenhower Parkway
                                     Suite 120
                                     Roseland, New Jersey  07068
                                     (973) 226-2700
                                     Attorneys for Taft Associates


DATED: April 27, 2023                By:/s/ Sheppard A. Guryan
                                     SHEPPARD A. GURYAN, ESQ.


P:\Docs\SEC\RLZ\BANKR DOCS\Bed Bath & Beyond\Pleadings\Notice of Appearance for RLZ.wpd