| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ARENTFOX SCHIFF LLP<br>Brett D. Goodman, Esq. (Bar ID No. 034422006)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Email: Brett.Goodman@afslaw.com | |
| In Re:<br><br>BED BATH & BEYOND, INC., *et al*. | Case No.:     23-13359<br><br>Chapter:      11<br><br>Judge:        Vincent F. Papalia |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Airport Plaza, LLC; C T Center S.C., LP; CFH Realty III/Sunset Valley, L.P.; Chico Crossroads, L.P.; Conroe Marketplace S.C., L.P.; Flagler S.C., LLC; Franklin Park S.C., LLC; Kimco Realty OP, LLC; Kimco Riverview, LLC; KIR Brandon 011, LLC; KIR Bridgewater 573, LLC; KIR MONTGOMERY 049, LLC; KIR Pasadena II L.P.; KIR Soncy L.P.; KIR Tukwila L.P.; KSI Cary 483, LLC; Mooresville Crossing, LP; PL Dulles LLC; Price/Baybrook Ltd.; Redfield Promenade, LP; Talisman Towson Limited Partnership; Weingarten Nostat, LLC; WRI Mueller, LLC; WRI/Raleigh L.P.; and WRI-URS South Hill, LLC (collectively, the "Kimco Landlords"). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   ArentFox Schiff LLP
Attn: Brett D. Goodman, Esq.
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Email: Brett.Goodman@afslaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 27, 2023                    */s/ Brett D. Goodman*
                                         Signature