UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire (#019621997)
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com
*Attorney for Closter Marketplace (EBA), LLC*

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.* Debtors[1] | Case No. 23-13359 (VFP) Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance for Closter Marketplace (EBA), LLC in the above-captioned action.

*Dana S. Plon*
_____
DANA S. PLON, ESQUIRE

April 28, 2023

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.