---

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HUSCH BLACKWELL LLP**
David Stauss (NJ I.D. #013862005)
1801 Wewatta Street, Suite 1000
Denver, CO  80202
Telephone: 303.749.7200
Facsimile: 303.749.7272
Email: david.stauss@huschblackwell.com

--and—

Caleb T. Holzaepfel, *pro hac vice pending*
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN  37402
Telephone: 423.266.5500
Facsimile: 423.266.5499
E-mail caleb.holzaepfel@huschblackwell.com

*Counsel to CBL & Associates Management, Inc.*

---

| | |
|---|---|
| In Re: | Chapter 11 |
| Bed Bath & Beyond, Inc., *et al.*,[1] | Case No. 23-13359 |
| Debtors. | Hon. Judge Vincent F. Papalia |
| | Jointly Administered |

**APPLICATION FOR ADMISSION OF CALEB T. HOLZAEPFEL *PRO HAC VICE***

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Caleb T. Holzaepfel of the Law Firm of Husch Blackwell LLP, to practice before this Court in connection with the above-captioned proceeding. This application (the "Application") is submitted pursuant

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

to rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the undersigned hereby represents as follows:

1. I am an attorney with Husch Blackwell LLP ("Husch"), which law firm maintains an office at 1801 Wewatta Street, Suite 1000, Denver, CO 80202. Husch has been retained to serve as counsel for CBL & Associates Management, Inc. in connection with the above-captioned bankruptcy case.

2. I am an attorney-at-law of the State of New Jersey and am admitted to practice before the United States District Courts for New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission, *Pro Hac Vice*, of Caleb T. Holzaepfel ("Mr. Holzaepfel").

4. Mr. Holzaepfel is an attorney with the firm of Husch Blackwell LLP, which maintains an address of 736 Georgia Avenue, Suite 300, Chattanooga, TN 37402.

5. Attached hereto as **Exhibit A** is a certification of Mr. Holzaepfel in which he certifies that he is, and has been, a member in good standing in the below jurisdiction:

| Court | Admission Date |
|---|---:|
| Tennessee | 11/3/2014 |
| Illinois | 6/27/2019 |
| US Bankruptcy CD IL | 8/29/2019 |
| US Bankruptcy ED TN | 12/15/2015 |
| US Bankruptcy MD TN | 6/27/2016 |
| US Bankruptcy ND IL | 9/26/2019 |
| US Bankruptcy SD IL | 8/22/2019 |
| US Bankruptcy WD TN | 2/2/2018 |

| | |
|---|---|
| US District Court CD IL | 8/29/2019 |
| US District Court ED TN | 10/15/2015 |
| US District Court MD TN | 6/27/2016 |
| US District Court ND IL | 9/26/2019 |
| US District Court SD IL | 8/22/2019 |
| US District Court WD TN | 2/2/2018 |

Additionally, Mr. Holzaepfel certifies that he is, and has remained, a member in good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

6.      Mr. Holzaepfel is familiar with the circumstances surrounding the above-captioned proceeding and applicable law, and his presence will serve the best interests of CBL & Associates Management, Inc.

7.      Mr. Holzaepfel is familiar with the Local Rules of practice of this Court.

WHEREFORE, the undersigned respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Caleb T. Holzaepfel to represent CBL & Associates Management, Inc. as counsel in connection with the above-captioned proceeding.

Dated: April 28, 2023.

HUSCH BLACKWELL LLP

*/s/ David Stauss*
David Stauss (NJ I.D. #013862005)
1801 Wewatta Street, Suite 1000
Denver, CO  80202
Telephone: 303.749.7200
Facsimile: 303.749.7272
Email: david.stauss@huschblackwell.com
*Counsel to CBL & Associates Management, Inc.*