# EXHIBIT A

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> HUSCH BLACKWELL LLP <br> David Stauss (NJ I.D. #013862005) <br> 1801 Wewatta Street, Suite 1000 <br> Denver, CO  80202 <br> Telephone: 303.749.7200 <br> Facsimile: 303.749.7272 <br> Email: david.stauss@huschblackwell.com <br><br> --and— <br><br> Caleb T. Holzaepfel, *pro hac vice pending* <br> Husch Blackwell LLP <br> 736 Georgia Avenue, Suite 300 <br> Chattanooga, TN  37402 <br> Telephone: 423.266.5500 <br> Facsimile: 423.266.5499 <br> E-mail caleb.holzaepfel@huschblackwell.com <br><br> *Counsel to CBL & Associates Management, Inc.* | |
| In Re: <br><br> Bed Bath & Beyond, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-13359 <br><br> Hon. Judge Vincent F. Papalia <br><br> Jointly Administered |

### CERTIFICATION OF CALEB T. HOLZAEPFEL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Caleb T. Holzaepfel here certifies as follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. I am a partner in the firm of Husch Blackwell LLP, which maintains an address of 736 Georgia Avenue, Suite 300, Chattanooga, Tennessee 37402.

2. I make this certification in support of my Application pursuant to rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. Husch Blackwell LLP has been retained to serve as counsel to CBL & Associates Management, Inc. in connection with the above-captioned proceedings.

3. I am admitted to practice and ma in good standing in the following jurisdictions:

| Court | Admission Date |
| --- | --- |
| Tennessee | 11/3/2014 |
| Illinois | 6/27/2019 |
| US Bankruptcy CD IL | 8/29/2019 |
| US Bankruptcy ED TN | 12/15/2015 |
| US Bankruptcy MD TN | 6/27/2016 |
| US Bankruptcy ND IL | 9/26/2019 |
| US Bankruptcy SD IL | 8/22/2019 |
| US Bankruptcy WD TN | 2/2/2018 |
| US District Court CD IL | 8/29/2019 |
| US District Court ED TN | 10/15/2015 |
| US District Court MD TN | 6/27/2016 |
| US District Court ND IL | 9/26/2019 |
| US District Court SD IL | 8/22/2019 |
| US District Court WD TN | 2/2/2018 |

4. I am, and have remained, a member in good standing of said bar at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned bankruptcy cases and applicable law, and my presence will serve the best interests of CBL & Associates Management, Inc.

6. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this proceeding.

7. I have never been denied admission or disciplined in accordance with the Local Rules, nor have I been denied admission to any other Court.

8. I am in possession of and have reviewed a copy of the Local Rules of this Court.

9. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 28 2023.                               _____
                                                    Caleb T. Holzaepfel