CERTILMAN BALIN ADLER & HYMAN, LLP
Jaspreet S. Mayall, Esq.
New Jersey Attorney ID #037711991
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Telephone: (516) 296-7000
Fax: (516) 296-7111
jmayall@certilmanbalin.com
*Attorneys for 3600 Long Beach Road, LLC and Serota Islip NC, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond, Inc.[1]<br><br>Debtor-in-Possession. | Hon. Vincent F. Papalia<br><br>No. 23-13359-VFP<br><br>Chapter 11 |

## APPLICATION FOR AN ORDER FOR ADMISSION
## *PRO HAC VICE* OF RICHARD J. MCCORD

Pursuant to Rule 101.1 of the Local Civil Rules for the U.S. District Court for the District of New Jersey and Rule 9010-1 of the U.S. Bankruptcy Court for the District of New Jersey, the undersigned counsel hereby seeks entry of an ordering granting the admission *pro hac vice* of Richard J. McCord, of the law firm Certilman Balin Adler & Hyman, LLP, to represent 3600 Long Beach Road, LLC and Serota Islip NC LLC, in the above-captioned chapter 11 case.

In support of the application, counsel submits the attached Certification of Richard J. McCord, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted and a member in good standing of the U.S. District Court for the District of New Jersey.

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bby. The location of the Debtor Bed Bath & Beyond, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

8024660.1

Unless requested by other parties, no oral argument is requested.

DATED: April 26, 2023

/s/ *Jaspreet S. Mayall*
Jaspreet S. Mayall, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Telephone: (516) 296-7000
jmayall@certilmanbalin.com

*Attorneys for 3600 Long Beach Road, LLC and Serota Islip, NC, LLC*

8024660.1