CERTILMAN BALIN ADLER & HYMAN, LLP
Jaspreet S. Mayall, Esq.
New Jersey Attorney ID #037711991
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Telephone: (516) 296-7000
Fax: (516) 296-7111
jmayall@certilmanbalin.com
*Attorneys for 3600 Long Beach Road LLC and Serota Islip, NC LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond, Inc., et al.[1]<br><br>Debtor-in-Possession. | Hon. Vincent F. Papalia<br><br>No. 23-13359-VFP<br><br>Chapter 11 |

**CERTIFIED STATEMENT OF RICHARD J. MCCORD IN
SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey ("L.B.R."), in support of his application for admission *pro hac vice*, Richard J. McCord, certifies as follows:

1. I am admitted to practice in the Eastern, Western and Southern Districts of New York and have been a member in good standing of the bar for the State of New York since 1981.

2. I have been admitted Pro Hac Vice before this Court in the matter, Robert J. Hemsing, Debtor-in-Possession, Case Number 23-10037-KCF, by Order For Admission Pro Hac Vice entered on January 25, 2023 by the Honorable Kathryn C. Ferguson.

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bby. The location of the Debtor Bed Bath & Beyond, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083

8024911.1

Debtor-in-Possession, Case Number 23-11467-VFP, by Order for Admission Pro Hac Vice entered on March 14, 2023 by the Honorable Vincent F. Papalia.

4. There are no disciplinary proceedings pending against me.

5. Discipline has not been imposed on me during the five-year period preceding this application.

6. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules. I will comply with all court and ethical rules governing the practice of law before this court.

7. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 26, 2023

/s/Richard J.McCord_____
Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
9th Floor
East Meadow, New York 11554
Telephone: 516-296-7000
rmccord@certilmanbalin.com

*Attorneys for 3600 Long Beach Road LLC and Serota Islip, NC LLC*

2

8024911.1