# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | CHAPTER 11 |
| BED BATH & BEYOND INC., et al., ) | |
| ) | Case No. 23-13359 (VFP) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PLEADINGS

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Jennifer V. Doran and the law firm of Hinckley, Allen & Snyder LLP, as counsel for NPP Development LLC.  The undersigned requests that notices of all matters be served as follows:

> Jennifer V. Doran, Esq.
> Hinckley, Allen & Snyder LLP
> 28 State Street
> Boston, MA 02109
> Telephone: (617) 345-9000
> Facsimile: (617) 345-9020
> Email: jdoran@hinckleyallen.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or  informal, whether written or oral, and whether transmitted or

63730664 v1

conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the

Debtor or the property of the Debtor filed by any party in the above-captioned case.

                                            NPP DEVELOPMENT LLC

                                            By its attorneys,

/s/ *Jennifer V. Doran*
Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000 (Phone)
(617) 345-9020 (Fax)
jdoran@hinckleyallen.com

Dated: April 28, 2023

## CERTIFICATE OF SERVICE

    I, Jennifer V. Doran, attorney for NPP Development LLC hereby certify that I have this 28th day of April, 2023, served a copy on the parties in this proceeding via ECF.

/s/ *Jennifer V. Doran*

63730664 v1