**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | Bed Bath and Beyond Inc., et al. | EIN: 11-2250488 |
| | Name | |

United States Bankruptcy Court for the District of New Jersey

Date cases filed for chapter 11: 04 / 23/ 2023
MM / DD / YYYY

Case number:    23-13359, Jointly Administered

## Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Cases
02/20

**For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered for each Debtor. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected on the website created by Claims and Noticing Agent Kroll Restructuring Administration LLC ("Kroll") for these chapter 11 cases at https://restructuring.ra.kroll.com/bbby, the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Telephonic inquiries may be directed to Kroll at (833) 570-5355 (toll-free), (646) 440-4806 (international).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | |
|---|---|
| **1.** **Debtors' full names:** | |
| See **Schedule I**, annexed hereto. | |

| | |
|---|---|
| **2.** **All other names used in the last 8 years** | N/A |

| | |
|---|---|
| **3.** **Address Applicable to all Debtors** | 650 Liberty Avenue, Union, New Jersey 07083 |

**4.** **Debtors' attorneys**

MICHAEL SIROTA, ESQ. (NJ BAR NO. 014321986)
WARREN A. USATINE, ESQ. (NJ BAR NO. 025881995)
FELICE R. YUDKIN, ESQ. (NJ BAR NO. 014962005)
COLE SCHOTZ PC
25 MAIN STREET
HACKENSACK, NEW JERSEY 07601
MSIROTA@COLESCHOTZ.COM
WUSATINE@COLESCHOTZ.COM
FYUDKIN@COLESCHOTZ.COM

JOSHUA A. SUSSBERG, P.C.
EMILY E. GEIER, P.C.
DEREK I. HUNTER
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
JSUSSBERG@KIRKLAND.COM
EMILY.GEIER@KIRKLAND.COM
DEREK.HUNTER@KIRKLAND.COM

**Debtors' notice and claims agent (for court documents and case information inquiries):**

**KROLL**

Website: **https://restructuring.ra.kroll.com/bbby**

Email Inquiries: **BBBYInfo@ra.kroll.com**

Hotlines:
Toll Free - (833) 570-5355; International - (646) 440-4806

**Information to identify the case:**

| | | | |
|---|---|---|---|
| 5. | **Bankruptcy clerk's office**<br>Documents in these cases may be filed at this address. You may also inspect all records filed in these cases at this office or online at www.pacer.gov, or free of charge on the website for these chapter 11 cases at https://www.njb.uscourts.gov | Clerk of the U.S.<br>Bankruptcy Court<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | **Hours:** Mon-Fri. 8:30 a.m.-4:00 p.m. (ET)<br><br>**Contact phone:** Please contact Kroll, the court-appointed claims agent, by calling (833) 570-5355 (toll-free), (646) 440-4806 (international). |

| | | |
|---|---|---|
| 6. | **Meeting of creditors**<br>The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **Monday, June 5, 2023  at  11:00 a.m. (ET)**<br><br>**BY TELEPHONE: dial in - 888-946-3502; passcode - 1016092**<br><br>The 341 meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The audio of the meeting of creditors will be made available upon request. |

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim**<br>**For all creditors (except a governmental unit):**<br>**For a governmental unit:** | Not yet set. If a deadline is set, the court or Kroll will send you another notice. |

| | |
|---|---|
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at **https://restructuring.ra.kroll.com/bbby**. Completed proofs of claim may be submitted to Kroll, as the official claims agent for these cases.<br><br>**If by First-Class Mail:**<br><br>Bed Bath & Beyond Inc. Claims Processing Center<br><br>c/o Kroll Restructuring Administration, LLC<br><br>850 3rd Avenue, Suite 412<br><br>Brooklyn, NY 11232<br><br>**If by overnight courier or hand delivery:**<br><br>Same address as above.<br><br>**Or you may file your claim electronically on the case website:**<br>**https://restructuring.ra.kroll.com/bbby or with the bankruptcy court at the following website:**<br>**www.njb.uscourts.gov and clicking on "Proof of Claim Filing"**<br><br>Your claim will be allowed in the amount scheduled unless:<br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office, the case website at **https://restructuring.ra.kroll.com/bbby** or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.  Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |

| | | |
|---|---|---|
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** N/A |

| Information to identify the case: | | |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Schedule I**
**Debtor's Full Names**

| Case No. | Debtor Name | EIN |
|----------|-------------|-----|
| 23-13359 | Bed Bath & Beyond Inc. | 11-2250488 |
| 23-13360 | Alamo Bed Bath & Beyond Inc. | 22-3520408 |
| 23-13361 | BBB Canada LP Inc. | 26-1607777 |
| 23-13362 | BBB Value Services Inc. | 45-1775809 |
| 23-13363 | BBBY Management Corporation | 22-3259534 |
| 23-13364 | BBBYCF LLC | 81-0835533 |
| 23-13365 | BBBYTF LLC | 81-1726838 |
| 23-13396 | bed 'n bath Stores Inc. | 22-2732034 |
| 23-13366 | Bed Bath & Beyond of Annapolis, Inc. | 22-3048488 |
| 23-13367 | Bed Bath & Beyond of Arundel Inc. | 22-3732626 |
| 23-13368 | Bed Bath & Beyond of Baton Rouge Inc. | 22-3694076 |
| 23-13369 | Bed Bath & Beyond of Birmingham Inc. | 22-3520327 |
| 23-13370 | Bed Bath & Beyond of Bridgewater Inc. | 22-3665533 |
| 23-13371 | Bed Bath & Beyond of California Limited Liability Company | 22-3612362 |
| 23-13372 | Bed Bath & Beyond of Davenport Inc. | 22-3694074 |
| 23-13373 | Bed Bath & Beyond of East Hanover Inc. | 22-3531176 |
| 23-13374 | Bed Bath & Beyond of Edgewater Inc. | 22-3463618 |
| 23-13375 | Bed Bath & Beyond of Falls Church, Inc. | 22-3282908 |
| 23-13376 | Bed Bath & Beyond of Fashion Center, Inc. | 22-3207852 |
| 23-13377 | Bed Bath & Beyond of Frederick, Inc. | 22-3590889 |
| 23-13378 | Bed Bath & Beyond of Gaithersburg Inc. | 22-3366406 |
| 23-13379 | Bed Bath & Beyond of Gallery Place L.L.C. | 26-2188791 |
| 23-13380 | Bed Bath & Beyond of Knoxville Inc. | 22-3520403 |
| 23-13381 | Bed Bath & Beyond of Lexington Inc. | 22-3590888 |
| 23-13382 | Bed Bath & Beyond of Lincoln Park Inc. | 22-3308893 |
| 23-13383 | Bed Bath & Beyond of Louisville Inc. | 22-3732624 |
| 23-13384 | Bed Bath & Beyond of Mandeville Inc. | 22-3665531 |
| 23-13397 | Bed, Bath & Beyond of Manhattan, Inc. | 22-3152956 |
| 23-13385 | Bed Bath & Beyond of Opry Inc. | 22-3700264 |
| 23-13386 | Bed Bath & Beyond of Overland Park Inc. | 22-3366404 |
| 23-13387 | Bed Bath & Beyond of Palm Desert Inc. | 22-3320152 |
| 23-13388 | Bed Bath & Beyond of Paradise Valley Inc. | 22-3386576 |
| 23-13389 | Bed Bath & Beyond of Pittsford Inc. | 22-3476881 |
| 23-13390 | Bed Bath & Beyond of Portland Inc. | 22-3518153 |
| 23-13391 | Bed Bath & Beyond of Rockford Inc. | 22-3451065 |
| 23-13392 | Bed Bath & Beyond of Towson Inc. | 22-3321854 |
| 23-13393 | Bed Bath & Beyond of Virginia Beach Inc. | 22-3452326 |
| 23-13394 | Bed Bath & Beyond of Waldorf Inc. | 22-3590890 |
| 23-13395 | Bed Bath & Beyond of Woodbridge Inc. | 22-3531179 |
| 23-13398 | Buy Buy Baby of Rockville, Inc. | 52-1966272 |
| 23-13399 | Buy Buy Baby of Totowa, Inc. | 26-2198098 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-13400 | Buy Buy Baby, Inc. | 52-1942010 |
| 23-13401 | BWAO LLC | 45-5291562 |
| 23-13402 | Chef C Holdings LLC | 81-5106069 |
| 23-13403 | Decorist, LLC | 46-1344917 |
| 23-13404 | Deerbrook Bed Bath & Beyond Inc. | 22-3590895 |
| 23-13405 | Harmon of Brentwood, Inc. | 22-3044214 |
| 23-13406 | Harmon of Caldwell, Inc. | 22-2971648 |
| 23-13407 | Harmon of Carlstadt, Inc. | 51-0459065 |
| 23-13408 | Harmon of Franklin, Inc. | 30-0109738 |
| 23-13409 | Harmon of Greenbrook II, Inc. | 30-0109743 |
| 23-13410 | Harmon of Hackensack, Inc. | 22-3124535 |
| 23-13411 | Harmon of Hanover, Inc. | 22-2985485 |
| 23-13412 | Harmon of Hartsdale, Inc. | 16-1622588 |
| 23-13413 | Harmon of Manalapan, Inc. | 22-2717942 |
| 23-13414 | Harmon of Massapequa, Inc. | 22-3819949 |
|  | a/k/a Massapequa II, Inc. |  |
| 23-13415 | Harmon of Melville, Inc. | 22-3785648 |
|  | a/k/a Melville II, Inc. |  |
| 23-13416 | Harmon of New Rochelle, Inc. | 32-0114673 |
|  | a/k/a Rochelle II, Inc. |  |
| 23-13417 | Harmon of Newton, Inc. | 30-0119775 |
| 23-13418 | Harmon of Old Bridge, Inc. | 22-2822762 |
| 23-13419 | Harmon of Plainview, Inc. | 30-0244515 |
| 23-13420 | Harmon of Raritan, Inc. | 22-3785646 |
| 23-13421 | Harmon of Rockaway, Inc. | 22-2822765 |
| 23-13422 | Harmon of Shrewsbury, Inc. | 22-3248849 |
| 23-13423 | Harmon of Totowa, Inc. | 22-3044269 |
| 23-13424 | Harmon of Wayne, Inc. | 22-3044316 |
| 23-13425 | Harmon of Westfield, Inc. | 20-0002851 |
| 23-13426 | Harmon of Yonkers, Inc. | 56-6620371 |
| 23-13427 | Harmon Stores, Inc. | 22-2036555 |
| 23-13428 | Liberty Procurement Co. Inc. | 52-2279383 |
|  | a/k/a BBB Procurement Co. Inc. |  |
| 23-13429 | Of a Kind, Inc. | 27-2056492 |
| 23-13430 | One Kings Lane LLC | 27-1434759 |
| 23-13431 | San Antonio Bed Bath & Beyond Inc. | 22-3504701 |
| 23-13432 | Springfield Buy Buy Baby, Inc. | 26-2198387 |