**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name: | **Bed Bath & Beyond Inc, et al.** |
| United States Bankruptcy Court for the | **District of New Jersey** (State) |
| Case number (*If known*): | **23-13359 (VFP)** |

☒ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BNY MELLON 500 ROSS ST 12TH FLOOR PITTSBURGH, PA 15262 | CLAYTON COLQUITT (412)-236-5807 CLAYTON.COLQUITT@BNYMELLON.COM | UNSECURED BONDS | | | | $1,184,694,000.00 |
| 2 | RYDER INTEGRATED LOGISTICS c/o KELLEY DRYE & WARREN LLP 3 WORLD TRADE CENTER 175 GREENWICH STREET NEW YORK, NY 10007 | JAMES CARR (212)-808-7955 JCARR@KELLEYDRYE.COM | TRADE PAYABLE | | | | $45,236,238.00 |
| 3 | PERSONALIZATIONMALL 51 SHORE DR BURR RIDGE, IL 60527 | ROBERT TURNER (630)-910-6000 ROBERTT@PMALL.COM | TRADE PAYABLE | | | | $11,095,721.42 |
| 4 | INTERSOFT DATA LABS INC 1330 W FULTON MARKET CHICAGO, IL 60607 | RALPH LIUZZO (410)-461-4723 RALPH.LIUZZO@INTSOF.COM | TRADE PAYABLE | | | | $6,836,763.63 |
| 5 | FEDERAL HEATH SIGN COMPANY LLC P.O. BOX 678203 TAMPA, FL 33626 | SUSAN ALDRIDGE (800)-342-2597 SALDRIDGE@FEDERALHEATH.COM | TRADE PAYABLE | | | | $6,770,268.26 |
| 6 | KDM POPSOLUTIONS GROUP 10450 MEDALLION CINCINNATI, OH 45241 | BILL ZIMMERMAN (513)-769-3500 B.ZIMMERMAN@KDMPOP.COM | TRADE PAYABLE | | | | $6,641,012.24 |
| 7 | COMMISSION JUNCTION INC 530 E. MONTECITO STREET #106 SANTA BARBARA, CA 93103 | SOPHIE RAMOS (805)-971-3037 CJAR@CJ.COM | TRADE PAYABLE | | | | $6,162,076.79 |

---

[1] On a consolidated basis. The information herein shall not constitute an admission of liability by, nor is it binding on, and Debtors with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | IDX<br>101 RIVER RIDGE<br>JEFFERSONVILLE, IN 47130 | ROBERT GIOVINO<br>(800)-939-4170<br>ROBERT.GIOVINO@IDXCORPORATION.COM | TRADE PAYABLE | | | | $4,920,884.34 |
| 9 | NATIONAL TREE COMPANY<br>2 COMMERCE DRIVE<br>CRANFORD, NJ 07016 | DONNA CYRIL<br>(800)-280-8733<br>DONNA@NATIONALTREE.COM | TRADE PAYABLE | | | | $4,527,134.54 |
| 10 | NORTH AMERICAN CORPORATION<br>2101 CLAIRE COURT<br>GLENVIEW, IL 60025 | KRISTIE SCHNIER<br>(847)-832-4000<br>KSCHNIER@NA.COM | TRADE PAYABLE | | | | $4,384,027.43 |
| 11 | KEECO LLC<br>30736 WIEGMAN ROAD<br>HAYWARD, CA 94544 | ANDREA GRASSI<br>(212)-685-9077<br>ANDREAG@GRASSIASSOCIATESINC.COM | TRADE PAYABLE | | | | $4,231,687.55 |
| 12 | FEDEX<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250 | GREGORY DI SESSA<br>(201)-787-0091<br>GJDISESSA@FEDEX.COM | TRADE PAYABLE | | | | $3,884,415.89 |
| 13 | TEMPUR-PEDIC<br>2 COMMERCE DRIVE<br>CRANFORD, NJ 07016 | CINDY TREAGER<br>(859)-455-2483<br>CINDY.TREAGER@TEMPURSEALY.COM | TRADE PAYABLE | | | | $3,733,616.10 |
| 14 | FACEBOOK, INC.<br>15161 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | MARVIN ROBLES<br>(512)-543-2942<br>IDOAN@FACEBOOK.COM | TRADE PAYABLE | | | | $3,428,867.98 |
| 15 | ARTSANA USA INC<br>1826 WILLIAM PENN WAY<br>LANCASTER, PA 17601 | STEVE RUBIN<br>(877)-424-4226<br>STEVE.RUBIN@ARTSANA.COM | TRADE PAYABLE | | | | $3,323,738.80 |
| 16 | LIFETIME BRANDS INC<br>150 EAST 58TH STREET<br>NEW YORK, NY 10155 | CAROL MARKS<br>(609)-241-7321<br>CAROL.MARKS@LIFETIMEBRANDS.COM | TRADE PAYABLE | | | | $3,279,438.28 |
| 17 | KEPLER GROUP LLC<br>P O BOX 419271<br>BOSTON, MA 02241 | HANNAH GROBMYER<br>(646)-524-6896<br>HGROBMYER@KEPLERGRP.COM | TRADE PAYABLE | | | | $3,260,123.50 |
| 18 | WILLIAM CARTER CO.<br>3438 PEACHTREE ROAD NE<br>ATLANTA, GA 30326 | VANNESCIA WATKINS-BANKS<br>(646)-677-0866<br>VANNESCIA.WATKINS-BANKS@CARTERS.COM | TRADE PAYABLE | | | | $3,143,426.77 |
| 19 | TESTRITE PRODUCTS CORP.<br>1900 S BURGUNDY PLACE<br>ONTARIO, CA 91761 | CLAUDIA VEGA<br>(909)-605-9899<br>CLAUDIA.V@TESTRITE-USA.COM | TRADE PAYABLE | | | | $3,051,808.69 |
| 20 | VERIZON BUSINESS NETWORK<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920 | NORMA MCEWAN<br>(866)-925-0077<br>NORMA.MCEWAN@VERIZON.COM | TRADE PAYABLE | | | | $2,962,792.95 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Pinterest, Inc. 651 BRANNAN ST SAN FRANCISCO, CA 94107 | COLE REUTTER (415)-62-7100 AR@PINTEREST.COM | TRADE PAYABLE | | | | $2,839,480.57 |
| 22 | BRIDGETREE LLC 133 NORTH MAIN STREET MOORESVILLE, NC 28115 | MICHELE BOVE (704)-604-8708 MBOVE@BRIDGETREE.COM | TRADE PAYABLE | | | | $2,658,031.85 |
| 23 | CITRUS AD INTERNATIONAL INC P.O. BOX 7410138 Chicago, IL 60674 | STEPHANIE RICHMOND (813)-451-4794 STEPHANIE.RICHMOND@CITRUSAD.COM | TRADE PAYABLE | | | | $2,639,065.54 |
| 24 | KEURIG GREEN MOUNTAIN INC. PO BOX 414159 BOSTON, MA 02241 | ANDREW ARCHAMBAULT (781)-460-4507 ARCHAMBAULT@KEURIG.COM | TRADE PAYABLE | | | | $2,637,919.04 |
| 25 | THE KNOT WORLDWIDE INC PO BOX 32177 NEW YORK, NY 10087 | ASHLEY BERGEN (877)-331-7752 ABERGEN@THEKNOTWW.COM | TRADE PAYABLE | | | | $2,628,538.02 |
| 26 | SHARKNINJA SALES COMPANY 89 A STREET NEEDHAM, MA 02494 | CAROL WEINBERG (855)-427-5127 CWEINBERG@SHARKNINJA.COM | TRADE PAYABLE | | | | $2,622,349.48 |
| 27 | LENOX CORPORATION 1414 RADCLIFFE STREET BRISTOL, PA 19007 | CYNTHIA LAFFERTY (732)-642-7332 CYNTHIA_LAFFERTY@LENOX.COM | TRADE PAYABLE | | | | $2,578,451.71 |
| 28 | BLUE YONDER INC 15059 N SCOTTSDALE RD SCOTTSDALE, AZ 85254 | DEBORAH COLEY (480)-308-3000 DEBORAH.COLEY@BLUEYONDER.COM | TRADE PAYABLE | | | | $2,483,355.00 |
| 29 | F 3 METALWORX INC 12069 EAST MAIN ROAD NORTH EAST, PA 16428 | LORENA UNTALAN (716)-439-8771 LUNTALAN@F3METALWORX.COM | TRADE PAYABLE | | | | $2,480,004.13 |
| 30 | MADIX INC. 500 AIRPORT RD TERRELL, TX 75160 | SCOTT SCHERBAK (800)-527-2129 SSCHERBA@MADIXINC.COM | TRADE PAYABLE | | | | $2,453,870.05 |