**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that RetailMeNot, Inc. ("RetailMeNot") hereby appears in the above-captioned cases through its counsel Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

> **ASHBY & GEDDES, P.A.**
> Gregory A. Taylor (DE Bar No. 4008)
> Don A. Beskrone (DE Bar No. 4380)
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19801
> Tel: (302) 654-1888
> Fax: (302) 654-2067
> Email: GTaylor@ashbygeddes.com
> DBeskrone@ashbygeddes.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s Principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

{01902226;v1 }

cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that RetailMeNot intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of New Jersey (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which RetailMeNot is or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

| | |
|---|---|
| Dated: May 1, 2023<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Don A. Beskrone*<br>Gregory A. Taylor (DE Bar No. 4008)<br>Don A. Beskrone (DE Bar No. 4380)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: GTaylor@ashbygeddes.com<br>       DBeskrone@ashbygeddes.com<br><br>*Counsel to RetailMeNot, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of May 2023, a copy of the *Notice of Appearance and Request for Service of Papers* was served on all parties of record via CM/ECF.

Dated: May 1, 2023

*/s/ Don A. Beskrone*
Don A. Beskrone (DE Bar No. 4380)