ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 MAY -1 P 3:18
JEANNE A. NAUGHTON
BY: DReaves
DEPUTY CLERK

In re:

Bed Bath & Beyond Inc

_____/
Debtor (s)

Case No: 23-13359-VFP

Chapter: 11

### REQUEST FOR NOTICES

I HEREBY FILE this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

> Michelle Leeson, Paralegal, Collections Specialist, CFCA
> KEN BURTON, JR., Manatee County Tax Collector
> 1001 3RD Ave W, Suite 240
> Bradenton, FL 34205-7863
> Phone: 941.741.4835
> Facsimile: 941.708.4934
> e-mail: legal@taxcollector.com

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 28th day of April, 2023 to the following:

**Debtor:**  Bed Bath & Beyond Inc.
650 Liberty Avenue, Union, NJ 07083

**Attorney for Debtor:**  Michael D. Sirota
25 Main St, Hackensack, NJ 07601

**Trustee:**  N/A

/s/Michelle Leeson
Michelle Leeson, Paralegal, Collections Specialist, CFCA
KEN BURTON, JR., TAX COLLECTOR
MANATEE COUNTY, FLORIDA
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
(941) 741-4835



M. Leeson
**Post Office Box 25300**
**Bradenton, FL 34206-5300**



Manatee County
*Tax Collector*

**Ken Burton Jr.**
*Innovating Better Ways to Serve*

**IMPORTANT INFORMATION**
**READ IMMEDIATELY**

United States Bankruptcy Court
District of New Jersey
Clerk's Office - MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102