| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |  |
| OFFIT KURMAN, P.A.<br>By: Paul J. Winterhalter, Esquire (006961986)<br>100 Eagle Rock Avenue, Suite 105<br>East Hanover, NJ 07936<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>*Counsel for Saul Holdings Limited Partnership* |  |
| In re:<br><br>BED BATH & BEYOND, INC. *et al.*,<br><br>              *Debtors* | Chapter 11<br><br>Case No. 23-13359<br><br>Judge: Vincent F. Papalia<br><br>(Jointly Administered) |
|  | **NOTICE OF APPEARANCE<br>AND<br>REQUEST FOR SERVICE OF PAPERS** |

      **PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for Saul Holdings Limited Partnership, in the above-captioned chapter 11 case pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and hereby request that all notices given or required to be given and all papers served in these

case be delivered to and served upon the parties identified below at the following addresses:

Paul J. Winterhalter, Esquire
**OFFIT KURMAN, P.A.**
100 Eagle Rock Avenue, Suite 105
East Hanover, NJ 07936
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under

any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                        Respectfully submitted,

                        **OFFIT KURMAN, P.A.**

                        By: */s/ P.J. Winterhalter*
                        PAUL J. WINTERHALTER
                        100 Eagle Rock Road, Suite 105
                        East Hanover, NJ 07936
                        Telephone: (267) 338-1370
                        Facsimile: (267) 338-1300
                        E-mail: pwinterhalter@offitkurman.com

                          *Counsel for Saul Holdings Limited Partnership (French Market Mall Shopping Center) (Store #164)*

Dated:  May 1, 2023