KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212) 661-9397-fax
Daniel N. Zinman, Esq.
dzinman@kandfllp.com

*Attorneys for W.B.P. Central Associates, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY(NEWARK)
-------------------------------------------------------------X
                                                                    :
In re:                                                              :    Chapter 11
                                                                    :
    Bed Bath & Beyond Inc,                        :    Case No. 23-13359-VFP
                                                                    :
                   Debtor.    :
-------------------------------------------------------------X

**NOTICE OF APPEARANCE OF KRISS & FEUERSTEIN, LLP AS ATTORNEYS FOR W.B.P. CENTRAL ASSOCIATES, LLC, PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO <u>BANKRUPTCY RULE 2002</u>**

      **NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, appears for and on behalf of W.B.P. Central Associates, LLC, creditor in this bankruptcy case.

      **NOTICE IS FURTHER GIVEN,** that pursuant to Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

                KRISS & FEUERSTEIN LLP
                Daniel N. Zinman, Esq.
                360 Lexington Avenue, Suite 1200
                New York, New York 10017
                (212) 661-2900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or of the debtor's estate.

Dated: New York, New York
       May 2, 2023

                KRISS & FEUERSTEIN LLP
                *Attorneys for W.B.P. Central Associates, LLC*

                By: /s/ Daniel N. Zinman
                  Daniel N. Zinman, Esq.
                  360 Lexington Avenue, Suite 1200
                  New York, NY 10017
                  (212) 661-2900
                  (212) 661-9397 fax
                  dzinman@kandfllp.com

To:

Bed Bath & Beyond Inc. - *Debtor*
650 Liberty Avenue
Union, NJ 07083

Michael D. Sirota, Esq. – *Attorney for Debtor*
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601

Warren A. Usatine, Esq.
Cole Schotz P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800

Felice R. Yudkin, Esq.
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602

*U.S. Trustee*
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Alexandria Nikolinos
DOJ-Ust
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102

Fran B. Steele
U.S. Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5504