---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GENOVA BURNS, LLC.**
110 Allen Road, Suite 304
Basking Ridge, New Jersey  07920
Phone:  (973) 533-0777
Fax: (973) 533-1112
Co-Counsel for the Ad Hoc Committee of Bondholders
DANIEL M. STOLZ, ESQ.
GREGORY S. KINOIAN, ESQ.

---

In Re:

BED BATH & BEYOND INC., *et al.,*

| | |
|---|---|
| Case No.: | 23-13359 VFP |
| Chapter: | 11 |
| Judge: | Hon. Vincent F. Papalia |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the Ad Hoc Committee of Bondholders.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Gregory S. Kinoian, Esq.
Genova Burns, LLC.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Tel: 973-533-0777
Fax:  973-533 1112
gkinoian@genovaburns.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: May 2, 2023.                    */s/ Gregory S. Kinoian*