|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#019621997)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>*Attorney for Middletown Shopping Center I, L.P.* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br>Debtors[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Dana S. Plon, Esquire, hereby enters her appearance for Middletown Shopping Center I, L.P. and in accordance with Federal Rule of Bankruptcy Procedure 2002(i), respectfully requests that all notices, pleadings and other papers filed in the above captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Identification No. 019621997
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
dplon@sirlinlaw.com

*Dana S. Plon*
_____
DANA S. PLON, ESQUIRE
*Attorney for Creditor,*
*Middletown Shopping Center I, L.P.*

May 2, 2023

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.