**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

BED BATH & BEYOND, INC.      §      CASE NO. 23-13359
     §      2023 MAY 2 P 2: 31 (Chapter 11)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

> LUBBOCK CENTRAL APPRAISAL DISTRICT
> MIDLAND COUNTY
>
> > c/o LAURA J. MONROE
> > Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> > P.O. Box 817
> > LUBBOCK, TX 79408
> > (806) 744-5091; (806) 744-9953 FAX
> > lmbkr@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

> Respectfully Submitted,
> **PERDUE, BRANDON, FIELDER,**
> **COLLINS & MOTT, L.L.P.**
> P.O. Box 817
> LUBBOCK, TX 79408
> (806) 744-5091; (806) 744-9953 FAX
> Attorney for Claimants
>
> By: _Laura J Monroe_
>      LAURA J. MONROE
>      Bar No: 14272300

## CERTIFICATE OF SERVICE

I LAURA J. MONROE do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below, and on the Court's ECF transmission list, in this case via ECF e-notice, fax or U.S. mail, on this 24th day of April, 2023.

*Laura J. Monroe*

LAURA J. MONROE
Bar No: 14272300

Michael D. Sirota
Cole Schotz P.C.
25 Main Street
Court Plaza North
Hackensack, NJ 07601

Joshua A. Sussberg
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
**Debtor's Counsel**

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102
**Trustee**

Howard Perdue
(1933-2005)
Larry Brandon
(1939-2012)
James O. Collins
R. Bruce Medley
Jeanmarie Baer
Laura J. Monroe
Michael J. Darlow
Joseph T. Longoria
Donald B. Roseman
Carl O. Sandin
Jason Bailey
Owen M. Sonik
R. Gregory East
Elizabeth Banda Calvo
Yolanda M. Humphrey
John T. Banks
Sandra Griffin
Sergio E. Garcia
E. Stephen Lee
D'Layne Carter
Hiram A. Gutierrez
Michael J. Siwierka
Thelma Banduch
Christopher S. Jackson
Eboney Cobb-McCain
Adam J. Walker
Leslie M. Schkade
W. Tracy Crites, Jr.
Guy A. "Tony" Fidelie, Jr.
Carol Barton
Otilia R. Gonzales
Elizabeth Wiehle

# PB | PERDUE BRANDON
## FIELDER COLLINS & MOTT LLP
*ATTORNEYS AT LAW*

**a:** P.O. Box 817, Lubbock, Texas 79408 | **p:** 806-744-5091 | **f:** 806-744-9953

William C. Pinkham
J. Douglas Burnside
Justin J. Brom
Kyle T. Dickson
Dylan Wood
Carlos Arce
Elena N. Fernandez
Blake H. Newton
Erin Minett Hutto
Melissa E. Valdez
David B. Tabor
Linda D. Reece
Patrick K. Woods
R. Douglas Jordan
Brenda Lira
Mollie Lerew
Tara R. Mulanax
Justin Barlow
Jonathan Galley
Meme L. Thomas
Patrick S. McArthur
Andrew Brink
Janelle V. Caso
Eric C. Farrar
Will Rutledge
Damion J. Millington
Emily Brown
Hayden P. Bartley
Benjamin P. Gifford
Adam P. Dockery
Sydna H. Gordon **
Robert Mott *
*Of Counsel
**Special Counsel

April 24, 2023

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr., Federal Bldg.
50 Walnut Street, # 3017
Newark, NJ 07102

Re:   *In re* Bed Bath & Beyond, Inc.
      U.S. Bankruptcy Court, District of New Jersey
      Chapter 11 Case No. 23-13359

Dear Sir or Madame:

Here is an original and one copy of the Notice of Appearance for the Lubbock Central Appraisal District and Midland County in the above referenced bankruptcy case. Please file the original and return the copy to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance.

Sincerely,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

*Laura J. Monroe*

Laura J. Monroe

Enclosure:

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW

P.O. BOX 817
LUBBOCK, TEXAS 79408






Preson
First Class Mail
ComBasPrice

US POSTAGE PITNEY BOWES

ZIP 79401 $ 000.54⁶
02 4W
0000388559 APR 24 2023

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr., Federal Bldg.
50 Walnut Street, # 3017
Newark, NJ 07102