Darwin H. Bingham, #7810
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
Attorneys for Boyer Spring Creek, L.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Facsimile: (801) 326-4669
E-mail: dbingham@scalleyreading.net

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 MAY -2 P 2: 27
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | |
|---|---|
| BED BATH & BEYOND, INC., | Bankruptcy Case No. 23-13359<br>Chapter 11 |
| Debtor. | |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT:

Please take notice that Darwin H. Bingham of the law firm of SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. hereby enters his appearance on behalf of Boyer Spring Creek, L.C., a creditor. This appearance is intended solely for the purpose of receiving notices to include, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone or otherwise which affect or seek to affect in any way any rights or interest of Boyer Spring Creek, L.C. and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

DATED this 26 day of April, 2023.

SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.

_____
Darwin H. Bingham
Attorneys for Creditor

SCALLEY READING BATES
HANSEN & RASMUSSEN
A PROFESSIONAL CORPORATION
15 WEST SO. TEMPLE, STE. 600
SALT LAKE CITY, UT 84101

SALT LAKE CITY UT 841
27 APR 2023 PM 3 L



United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut St. # 3017
Newark, NJ 07102



07102-355657