| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Law Offices of Andy Winchell, P.C.<br>90 Washington Valley Road<br>Bedminster, New Jersey 07921<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for Creditor | |
| In Re:<br><br>Bed, Bath & Beyond, Inc., et al.<br><br>　　　　　　　　　Debtors | Case No.: 23-13359 (VFP)<br><br>Chapter: 11<br><br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Dong Koo Kim and Jong Ok Kim, Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

　　　　　　　Law Offices of Andy Winchell, P.C.
　　　　　　　90 Washington Valley Road
　　　　　　　Bedminster, New Jersey 07921

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Dated this the 2nd day of May, 2023.

/s/ Andy Winchell
Law Offices of Andy Winchell, PC
90 Washington Valley Road
Bedminster, New Jersey 07921
973-457-4710
andy@winchlaw.com
Attorney for Creditor Dong Koo Kim and Jong Ok Kim, Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996