| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Kristen P. Watson, Esquire (No. 270832018)<br>**BURR & FORMAN LLP**<br>420 N. 20th Street, 3400<br>Birmingham, AL  35203<br>(205) 458-5169<br>kwatson@burr.com<br><br>*Counsel for Comenity Capital Bank* | |
| In re:<br><br>Bed Bath & Beyond, Inc., *et al.,*[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-13359-VFP<br><br>(Joint Administration Requested) |

# NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN, pursuant to § 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Burr & Forman LLP hereby appears on behalf of Comenity Capital Bank ("Comenity Capital Bank"), in the above-captioned case.

NOTICE IS FURTHER GIVEN that Burr & Forman LLP requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees of their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

50706875 v1

Kristen P. Watson, Esquire
James H. Haithcock III, Esquire
**BURR & FORMAN LLP**
420 N. 20th Street, 3400
Birmingham, AL  35203
Telephone:  (205) 458-5169
Email:  kwatson@burr.com
      jhaithcock@burr.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or debtor-in-possession or the property of such debtor or the debtor's case.

Dated: May 2, 2023             **BURR & FORMAN LLP**

By: /s/ *Kristen P. Watson*
Kristen P. Watson (No. 270832018)
420 N. 20th Street, 3400
Birmingham, AL  35203
Telephone:  (205) 458-5169
Email:  kwatson@burr.com

*Attorneys for Comenity Capital Bank*