| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Kristen Watson, Esquire (No. 270832018)<br>**BURR & FORMAN LLP**<br>420 N. 20th Street, 3400<br>Birmingham, AL  35203<br>(205) 458-5169<br>kwatson@burr.com<br><br>*Counsel for Comenity Capital Bank* | |
| In re:<br><br>Bed Bath & Beyond, Inc., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359-VFP<br><br>(Joint Administration Requested) |

## APPLICATION OF JAMES H. HAITHCOCK, III FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey ("D.N.J. LBR"), Comenity Capital Bank ("Comenity Capital Bank"), by and through the undersigned counsel, respectfully moves this Court for entry of an Order granting James H. Haithcock, III, permission to appear pro hac vice as counsel on behalf of Comenity Capital Bank in the above-captioned bankruptcy case and all matters arising therein or related thereto.

Annexed hereto as Exhibit A is a Declaration of Attorney Haithcock, which conforms with D.N.J. LBR 9010-1(b).

Unless requested by other parties, no oral argument is requested.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

50708008 v1

A proposed form of order is submitted herewith.

**WHEREFORE,** Comenity Capital Bank respectfully requests that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: May 2, 2023								**BURR & FORMAN LLP**

By: /s/ *Kristen Watson*
Kristen Watson
New Jersey Bar No. 270832018
420 N. 20th Street, 3400
Birmingham, Al 35203
Telephone: (205) 458-5169
Email: kwatson@burr.com

*Attorneys Comenity Capital Bank*

50708008 v1                                                                 2