| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Kristen Watson, Esquire (No. 270832018)<br>**BURR & FORMAN LLP**<br>420 N. 20th Street, 3400<br>Birmingham, AL  35203<br>(205) 458-5169<br>kwatson@burr.com<br><br>*Counsel for Comenity Capital Bank* | |
| In re:<br><br>Bed Bath & Beyond, Inc., *et al.,*[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-13359-VFP<br><br>(Joint Administration Requested) |

### CERTIFICATION OF JAMES H. HAITHCOCK III
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

James H. Haithcock III hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1.  I respectfully submit this Certification in support of the Application for an Order pursuant to D.N.J. LBR 9010-1(b) for admission *pro hac vice* to appear as counsel on behalf of Comenity Capital Bank, in the above-captioned case and all matters arising therein or related thereto.

2.  I am a partner with the law firm of Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203.

3.  I was admitted to the bar of the State of Alabama in 2007 (bar registration no. ASB-0937-J56H) and to the bar of the State of South Carolina in 2009 (bar registration no. 78536).

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

50708015 v1

4. I have also been admitted to the following courts:

| Court | Year of Admission |
|---|---|
| U.S. Bankruptcy Court for the Northern District of Alabama | 2007 |
| U.S. Bankruptcy Court for the Middle District of Alabama | 2007 |
| U.S. Bankruptcy Court for the Southern District of Alabama | 2007 |

5. I am currently a member in good standing in all of the foregoing courts.

6. I have no pending disciplinary complaints or proceedings filed against me, nor have I ever been subject to any disciplinary proceedings by any court.

7. I have fully reviewed and familiarized myself with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

8. I hereby submit to the disciplinary jurisdiction of this District and agree to be bound by the Rules of Professional Conduct of this District and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2023　　　　　　　　　　　　　　*/s/James H. Haithcock III*
　　　　　　　　　　　　　　　　　　　　　　　James H. Haithcock III