DocuSign Envelope ID: 6B8DAF39-669D-4EE3-9E87-B00D53159054

# Schedule 2

## Disclosures

IN RE: BED BATH & BEYOND INC., ET AL

## SCHEDULE 2

a)  GBRP's affiliate, 1903 Partners, LLC, is a lender under the Debtors' "first-in, last-out" term loan facility provided for under that certain Amended and Restated Credit Agreement, dated as of August 9, 2021 (as amended from time to time), pursuant to which JPMorgan Chase Bank, N.A. is the administrative agent and collateral agent and Sixth Street Specialty Lending, Inc. is the "first-in, last-out" agent.

b)  GBRP provides store closing, inventory liquidation, and other related services to various retailers.  GBRP, from time to time, engages in business on a joint venture basis with other nationally recognized retail liquidation firms, including without limitation, Hilco Merchant Resources, LLC, Tiger Capital Group, LLC and B. Riley Retail Solutions, LLC, and with other strategic partners.  GBRP is engaged in a joint venture with Hilco Merchant Resources, LLC, Tiger Capital Group, LLC, and B. Riley Retail Solutions, LLC under the Consulting Agreements.

c)  Gordon Brothers has a corporate banking relationship with a syndicate of lenders led by Bank of America, N.A.

d)  In matters unrelated to the Debtors and these chapter 11 cases, GBRP and/or affiliates of Gordon Brothers currently provide or have previously provided asset valuation, furniture, fixture & equipment disposition services, real estate advisory, real estate appraisal, enterprise valuation services, inventory liquidation services, and/or retail advisory services for (or related to) the following entities: (i) AlixPartners LLP, (ii) Ares Management, (iii) Bank of America Merrill Lynch Proprietary Trading, (iv) Bank of America, N.A., (v) Bank of Montreal, (vi) BB&T, n/k/a Truist Bank, (vii) Blue Torch Capital, (viii) Capital One, National Association, (ix) Centerbridge Partners, (x) Citi and Citibank Commercial Banking, Citibank, N.A, Citigroup Inc., Citizens Bank, Citizens Business Capital, (xi) Citigroup Global Markets, Inc., (xii) CSC Generation, Inc., (xiii) Deutsche Bank Securities, Inc., (xiv) Fifth Third, (xv) FTI Consulting Inc., (xvi) Gibson Overseas, Inc., (xvii) J.P. Morgan Investment Management, Inc., JPMorgan Chase Bank, N.A., JPMorgan Commercial Banking, J.P. Morgan Asset Based Lending, JPMorgan Equipment Finance, JPMorgan Securities, LLC (xviii) Key Bank and Key Equipment Finance, (xix) Mattel Inc., (xx) Michaels Stores, Inc., (xxi) MidCap Financial, (xxii) MUFG Union Bank, N.A., (xxiii) PNC Bank, N.A., PNC Financial Services Group, Inc., PNC Business Credit, (xxiv) Pros Choice Beauty Care Inc, (xxv) ReStore Capital, (xxvi) Sawgrass, (xxvii) SB360 Capital Partners, (xxviii) Scotia Bank, (xxix) Sycamore Partners, (xxx) TD Bank, N.A., (xxxi) Truist Bank, (xxxii) Union Bank, (xxxiii) US Bank, (xxxiv) Webster Bank, Webster Business Credit; and, (xxxv) Wells Fargo and/or Wells Fargo Bank, National Association,

Wells Fargo Capital Finance, Wells Fargo Commercial Services Group, Wells Fargo Equipment Finance.