**Schedule 2**

**Disclosures**

Tiger has no connections with the Debtors or other Parties in Interest shown on Schedule 1 except as set forth below:

    (a)  Beginning October 2020, Tiger subsidiary Tiger Valuation Services, LLC ("Valuation") provided appraisal services with respect to the Debtors for lender JPMorgan Chase Bank N.A. ("Chase"). The most recent such appraisal provided to Chase was issued as of December 27, 2022. Valuation also provides appraisal services to Chase for entities unrelated to the Debtors.

    (b)  In the past, on matters unrelated to the Debtors, Valuation has provided appraisal and/consulting services to certain parties listed as Lenders, Letter of Credit Providers, or Depository Banks or Trade on Schedule 1.

    (c)  Tiger subsidiary Tiger Finance LLC has been or may currently be a co-lender or participant in transactions unrelated to the Debtors with parties listed on Schedule 1 including Restore Capital, SB360, and Sleep Country.

    (d)  In the past, on matters unrelated to the Debtors, Tiger (or its subsidiaries or affiliates) may have provided liquidation, appraisal and/consulting services in matters involving creditors or interested parties of the Debtors.

    (e)  Similarly, in the past, on matters unrelated to the Debtors, Tiger (or its subsidiaries or affiliates) has provided liquidation, appraisal and/consulting services in matters in matters in which professionals in these cases were also involved. To my knowledge, no such services are currently ongoing.

154047319v2

(f) In the past, Kimco Realty Corporation and/or its affiliates or officers ("Kimco") have been participants in transactions or investments with Tiger, its affiliates or members in transactions unrelated to this case. Tiger has no transactions currently in which Kimco participates. Kimco Savannah and DeRito/Kimco Riverview are listed as landlords of the Debtors and may be affiliates of Kimco.

(g) Macerich Lakewood is shown as a landlord for the Debtors. Albert Nassi, a member of Tiger, owns a minority limited partnership of less than one percent in Macerich Partnership L.P., which may be an affiliate of Macerich Lakewood.

(h) From time to time, on matters unrelated to the Debtors, Tiger is joint venture partner with other nationally recognized liquidation firms including the other members of the Consultant under the Consulting Agreements and SB360 listed as an Interested Party.

154047319v2