ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
(562) 698-9771; (562) 309-8063 Fax
Ernie.park@bewleylaw.com

Attorneys for Creditor HUNTINGTON OAKS DELAWARE
PARTNERS, LLC, a Delaware limited liability company

U.S. BANKRUPTCY COURT
FILED
2023 MAY -3 A 11:04

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (NEWARK)

| In re | CASE NO. 23-13359-VFP |
|---|---|
| BED BATH & BEYOND INC., | Chapter: 11 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS |

Please enter my appearance as attorney for Huntington Oaks Delaware Partners, LLC, a Delaware limited liability company, creditors and parties-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002 (g), 2015(c), and 3017(a), the undersigned request that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served

///

///

///

///

upon the following:

Ernie Zachary Park

BEWLEY, LASSLEBEN & MILLER, LLP

13215 E. Penn St., Suite 510

Whittier, CA 90602

(562) 698-9771; (562) 309-8063 Fax

ernie.park@bewleylaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telex, telecopy, facsimile or otherwise, which affects the debtor or the property of the debtor. The undersigned consents to electronic service.

Date: April 24, 2023

BEWLEY, LASSLEBEN & MILLER, LLP

By: _____
Ernie Zachary Park
Attorneys for Creditor HUNTINGTON OAKS DELAWARE PARTNERS, LLC, a Delaware limited liability company

## PROOF OF SERVICE
### Code of Civil Procedure §§1013(a), 2015.5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 13215 E. Penn Street, Suite 510, Whittier, CA 90602.

On April 25, 2023, I served the foregoing document(s) described as NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| Michael D. Sirota<br>Cole Schotz PC<br>25 Main St.<br>Hackensack, NJ 07601 | Alexandria Nikolinos<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102 |
|---|---|
| US. Trustee<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Fran B. Steel<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 |

[X]  **[BY U.S. MAIL]** The envelope was mailed with postage thereon fully paid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\*    Executed on April 25, 2023, at Whittier, California.

[X]    (State)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐    (Federal)    I declare that I am employed in the office of a member of the bar of the above-entitled court at whose direction this service was made.

_K. Ibarra_
K. Ibarra

## BEWLEY, LASSLEBEN & MILLER, LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
SUITE 510 WHITTIER SQUARE
13215 EAST PENN STREET
WHITTIER, CALIFORNIA 90602-1797

E-Mail: Ernie.Park@Bewleylaw.com

April 25, 2023

J. TERRENCE MOOSCHEKIAN
ERNIE ZACHARY PARK*
RICHARD L. DEWBERRY*
KEVIN P. DUTHOY
JOSEPH A. VINATIERI
JASON C. DEMILLE
LEIGHTON M. ANDERSON
MICHAEL T. LEBEAU
DAVID A. BRADY
PATRICIA VERDUGO
WALTER PEÑA

*A PROFESSIONAL CORPORATION

J. TERRENCE MOOSCHEKIAN
CERTIFIED SPECIALIST,
TAXATION LAW
CALIFORNIA BOARD OF
SPECIALIZATION

(562)698-9771
(323)723-8062
(714)994-5131
FACSIMILE (562)696-6357

THOMAS W. BEWLEY
(1903-1986)
WILLIAM M. LASSLEBEN, JR.
(1923-2013)
EDWARD L. MILLER
RETIRED 2012
JEFFREY S. BAIRD
RETIRED 2016

WRITER'S DIRECT FAX NUMBER
(562) 309-8063

[Stamp: U.S. BANKRUPTCY COURT FILED NEWARK, NJ 2023 MAY -2 P 2:34 JEANNE A. NAUGHTON BY: _____ DEPUTY CLERK]

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:  Festival (Huntington Oaks) v. BB&B
     In Re Bed Bath & Beyond
     Bankruptcy Case No. 23-13359-VFP

Dear Sir/Madam:

I enclose herewith, in connection with the above-referenced matter, an original and photocopy of the Notice of Appearance and Request for All Notice and Pleadings. Please process and return to us a conformed photocopy of the same in the self-addressed stamped envelope included. Thank you.

Very truly yours,

BEWLEY, LASSLEBEN & MILLER, LLP

Karla Ibarra,
For Ernie Zachary Park

Encls.

**BEWLEY, LASSLEBEN & MILLER, LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
SUITE 510 WHITTIER SQUARE
13215 EAST PENN STREET
WHITTIER, CALIFORNIA 90602

SANTA ANA CA 926
25 APR 2023 PM 2 L

FIRST-CLASS

US POSTAGE Pitney Bowes
ZIP 90602
02 7H
0001354130
$000.840

07102-355039

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102