| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>A Delaware Limited Liability Partnership<br>Brian P. Morgan, Esq.<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>(212) 248-3140 (Telephone)<br>(212) 248-3141 (Facsimile)<br>brian.morgan@faegredrinker.com<br>*Counsel to Prologis; Prologis USLF NV II, LLC; and PRW Urban Renewal 1, LLC.* |

| | |
|---|---|
| In re: | Chapter 7 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters and appearance in these proceedings on behalf of Prologis; Prologis USLF NV II, LLC; and PRW Urban Renewal 1, LLC (collectively, "Prologis") and that, the undersigned respectfully demands that all notices given or required to be given be served upon the office, address and e- mail address set forth below:

> Brian P. Morgan
> Faegre Drinker Biddle & Reath LLP
> 1177 Avenue of the Americas, 41st Floor
> New York, New York 10036
> Telephone: (212) 248-3140
> Facsimile: (212) 248-3141
> Email: Brian.Morgan@faegredrinker.com

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

US.357266923.01

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes all notices entered pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedures and all documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to be (i) a waiver of Prologis's rights (a) to have final orders entered only after *de novo* review by a United States District Court, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of these cases, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs or recoupments, as appropriate, to which Prologis is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Prologis expressly reserves.

Dated: May 3, 2023                              **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brian P. Morgan*
Brian P. Morgan
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
(212) 248-3140 (Telephone)
(212) 248-3141 (Facsimile)
Brian.Morgan@faegredrinker.com

*Counsel to Prologis; Prologis USLF NV II, LLC;
and PRW Urban Renewal 1, LLC*

US.357266923.01

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>A Delaware Limited Liability Partnership<br>Brian P. Morgan, Esq.<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>(212) 248-3140 (Telephone)<br>(212) 248-3141 (Facsimile)<br>brian.morgan@faegredrinker.com<br>*Counsel to Prologis; Prologis USLF NV II, LLC; and PRW Urban Renewal 1, LLC.* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I Brian P. Morgan, of the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for Prologis, hereby certify the following:

2. On May 3, 2023, I filed the original copy of *Notice of Appearance and Demand for Service of Papers* for Prologis via the CM/ECF filing system, which triggered Notice of Electronic Filing to the electronic filers in this action.

I certify under penalty of perjury, that the above documents were sent using the mode of service indicated.

Date: May 3, 2023         */s/ Brian P. Morgan*
                                        Brian P. Morgan