UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBERG TRAURIG, LLP**
Paul Schafhauser, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3233 (Telephone)
(973) 301-8410 (Facsimile)

Nancy A. Peterman, Esq.
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 458410 (Telephone)
(312) 456-8435 (Facsimile)

*Counsel to IKEA Property, Inc.*

In re:

Bed Bath & Beyond, Inc. *et al.*,

Debtors.[1]

Case No.:   23-13359 (VFP)

Chapter:    11

Joint Administration Requested

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), counsel to IKEA Property, Inc., by and through the attorneys set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the above-captioned debtor, and/or any other parties-in-interest, be given to and served upon the following:

| | |
|---|---|
| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| 500 Campus Drive | 77 West Wacker Drive, Suite 3100 |
| Florham Park, New Jersey 07932 | Chicago, Illinois 60601 |
| Paul Schafhauser, Esq. | Nancy A. Peterman, Esq. |
| Telephone: (973) 443-3233 | Telephone: (312) 456-8410 |
| Email: paul.schafhauser@gtlaw.com | Email: petermann@gtlaw.com |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without prejudice to the rights, remedies and claims of IKEA Property, Inc. against other entities or any objection by IKEA Property, Inc. that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit IKEA Property, Inc. to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: May 3, 2023

**GREENBERG TRAURIG, LLP**

By: /s/ Paul Schafhauser
    Paul Schafhauser, Esq.
500 Campus Drive
Florham Park, New Jersey 07932
Telephone: (973) 443-3233
Email: paul.schafhauser@gtlaw.com

- and –

Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8410
Email: petermann@gtlaw.com

*Counsel to IKEA Property, Inc.*