Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Boston, Massachusetts
May 2, 2023

        GORDON BROTHERS GROUP, LLC


        By: /s/ David Braun
           David Braun
           Director, Senior Corporate Counsel