| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with N.J.N. JBR 9004-2(c)**<br>Ronald S. Gellert (No. 019321997)<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, DE  19801<br>Telephone: (302) 425-5800<br>Facsimile:  (302) 425-5814<br>Email: rgellert@gsbblaw.com<br>*Counsel to Seritage SRC Finance LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., et al., [1]<br><br>    Debtors. | Chapter 11<br>Case No. 23-13359 (VFP)<br>(Jointly Administered)<br><br>Judge Vincent F. Papalia |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of Seritage SRC Finance LLC.

Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

Ronald S. Gellert (No. 019321997)
Michael Busenkell, Esq.
Amy D. Brown, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
rgellert@gsbblaw.com
mbusenkell@gsbblaw.com
abrown@gsbblaw.com

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083

DOCUMENTS:

    x  All notices entered pursuant to Fed. R. Bankr. P. 2002.

    x  All documents and pleadings of any nature.

Dated: May 3, 2023                GELLERT SCALI BUSENKELL & BROWN, LLC

                                By:    */s/ Ronald S. Gellert*
                                        Ronald S. Gellert (No. 019321997)
                                        1201 North Orange Street, Suite 300
                                        Wilmington, DE  19801
                                        Telephone: (302) 425-5800
                                        Facsimile:  (302) 425-5814
                                        Email: rgellert@gsbblaw.com

                                        *Counsel to Seritage SRC Finance LLC*