| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>A Delaware Limited Liability Partnership<br>Frank F. Velocci, Esq.<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>(973) 549-7078 (Telephone)<br>(973) 360-9831 (Facsimile)<br>frank.velocci@faegredrinker.com<br>*Counsel to Prologis; Prologis USLF NV II, LLC; and PRW Urban Renewal 1, LLC.* |

| | |
|---|---|
| In re: | Chapter 7 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I Frank F. Velocci, of the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for Prologis, hereby certify the following:

2. On May 3, 2023, I filed the original copy of *Notice of Appearance and Demand for Service of Papers* for Prologis via the CM/ECF filing system, which triggered Notice of Electronic Filing to the electronic filers in this action.

I certify under penalty of perjury, that the above documents were sent using the mode of service indicated.

Date:  May 3, 2023                           */s/ Frank F. Velocci*
                                              Frank F. Velocci

US.357267228.01