COHEN SEGLIAS PALLAS
GREENHALL & FURMAN PC
William R. Firth, III, Esq.
One Newark Center
1085 Raymond Boulevard, 21st Floor
Newark, NJ 07102
Telephone: 973-474-5003
Email: wfirth@cohenseglias.com

*Counsel to The Chen Liu and*
*Shu Fen Lie Revocable Trust*
and *DT-SGW, LLC*

COHEN SEGLIAS PALLAS
GREENHALL & FURMAN PC
Evan W. Rassman, Esq.
500 Delaware Avenue, Suite 730
Wilmington, DE 19801
Telephone: 302-425-5089
Email: erassman@cohenseglias.com

*Proposed Pro Hac Vice Admission as*
*Counsel to The Chen Liu and Shu Fen Lie*
*Revocable Trust* and *DT-SGW, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors. | (Joint Administration Requested) |

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF**
**<u>EVAN W. RASSMAN, ESQUIRE</u>**

To: The Honorable Vincent F. Papalia

      Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the

District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District

Court for the District of New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission *pro hac vice* of Evan W. Rassman, Esquire, of the law firm of Cohen Seglias Pallas Greenhall & Furman PC, to represent The Chen Liu and Shu Fen Lie Revocable Trust and DT-SGW, LLC, incorrectly identified by Debtors in Document No. 79 as DTL-SGW LLC and DTRIC-SGW LLC, in the above-captioned chapter 11 case and any related adversary proceedings.

                                                    Respectfully submitted,

Dated: May 3, 2023                                  /s/ *William R. Firth, III*
                                                    William R. Firth, III, Esq.
                                                    COHEN SEGLIAS PALLAS
                                                    GREENHALL & FURMAN PC
                                                    One Newark Center
                                                    1085 Raymond Boulevard, 21st Floor
                                                    Newark, NJ 07102
                                                    Telephone: 973-474-5003

                                                    *Counsel to The Chen Liu and Shu Fen Lie*
                                                    *Revocable Trust* and *DT-SGW, LLC*

8376373.1 57138-0002