COHEN SEGLIAS PALLAS
GREENHALL & FURMAN PC
William R. Firth, III, Esq.
One Newark Center
1085 Raymond Boulevard, 21st Floor
Newark, NJ 07102
Telephone: 973-474-5003
Email: wfirth@cohenseglias.com

*Counsel to The Chen Liu and*
*Shu Fen Lie Revocable Trust*
and *DT-SGW, LLC*

COHEN SEGLIAS PALLAS
GREENHALL & FURMAN PC
Evan W. Rassman, Esq.
500 Delaware Avenue, Suite 730
Wilmington, DE 19801
Telephone: 302-425-5089
Email: erassman@cohenseglias.com

*Proposed Pro Hac Vice Admission as*
*Counsel to The Chen Liu and Shu Fen Lie*
*Revocable Trust* and
*DT-SGW, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors. | (Joint Administration Requested) |

**CERTIFICATION OF EVAN W. RASSMAN, ESQUIRE, IN
SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to LBR 9010-1 and 7007-1, I, **Evan W. Rassman, Esquire**, hereby certify as follows in support of my application for admission *pro hac vice* that has been filed on my behalf:

1. I am a partner with the law firm Cohen Seglias Pallas Greenhall & Furman PC, with my office located at 500 Delaware Avenue, Suite 730, Wilmington, Delaware. My telephone number is 302-425-5089, my facsimile number is (302) 425-5097, and my email address is erassman@cohenseglias.com.

2. I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

| State of Federal Jurisdiction | Admission Date |
|---|---|
| Delaware | March, 2015 |
| Pennsylvania | May, 2021 |
| Colorado | May, 2019 |

3. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with the New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my application.

I declare under penalty that the foregoing is true and correct.

/s/ *Evan W. Rassman*
Evan W. Rassman, Esq.

Dated: May 3, 2023

8376441.1 57138-0002