| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 574-1200<br>Counsel For Kepler Group LLC<br>ROBERT J. GAYDA ESQ.<br>ANDREW J. MATOTT ESQ.<br><br>In Re:<br><br>BED BATH & BEYOND INC., *et al.*, | Case No.: 23-13359 VFP<br><br>Chapter: 11<br><br>Judge: Hon. Vincent F. Papalia |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Kepler Group LLC pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases or any adversary proceeding related to these cases, be transmitted to:

> Ruchi Prasad
> **Kepler Group LLC**
> 6 East 32nd St., 9th Floor
> New York, NY 10016
> Email: ruchi.prasad@keplergrp.com

Robert J. Gayda
Andrew J. Matott
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Email:  gayda@sewkis.com
matott@sewkis.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that ONLY ONE set of physical documents be sent to the undersigned when there are physical mailings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Kepler Group LLC to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (e) to have documents served in accordance with Rule 7004 of the Bankruptcy Rules and Rule 4 of the Federal Rule of Civil Procedure or (f) any other rights, claims, actions, defenses, setoffs or recoupments, under

agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 3, 2023
      New York, NY

                        **SEWARD & KISSEL LLP**

                        By: */s/ Robert J. Gayda*
                        Robert J. Gayda
                        Andrew J. Matott
                        **SEWARD & KISSEL LLP**
                        One Battery Park Plaza
                        New York, NY 10004
                        Telephone: (212) 574-1200
                        Email: gayda@sewkis.com
                                    matott@sewkis.com

                        *Counsel to Kepler Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, a copy of the foregoing Notice of Appearance and Request for Service of All Pleadings was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

*/s/ Robert J. Gayda*
Counsel