CROSS & SIMON, LLC
KEVIN S. MANN, ESQ. (N.J. Bar No. 0079002007)
1105 N. Market Street, Suite 901
Wilmington, DE  19801
(302) 777-4200
kmann@crosslaw.com

*Attorneys for NP Royal Ridge LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors. | (Joint Administration Requested) |

## APPLICATION FOR PRO HAC VICE ADMISSION OF
## VINCENT J. PISEGNA, ESQUIRE AND JASON B. CURTIN, ESQUIRE

To: The Honorable Vincent F. Papalia

　　　Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the

District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District

Court for the District of New Jersey, Federal Rules of Civil Procedure 78, and the attached

certification, the undersigned hereby moves for the admission pro hac vice of Vincent J. Pisegna,

Esquire and Jason B. Curtin, Esquire of the law firm of Krokidas & Bluestein LLP, to represent

NP Royal Ridge LLC, successor-in-interest to OCW Retail – Nashua, LLC, in the above-captioned

chapter 11 case and any related adversary proceedings.

Respectfully submitted,

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Kevin S. Mann, Esquire

*Counsel for NP Royal Ridge LLC*

Dated: May 5, 2023