**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Joint Administration Requested) |

**CERTIFICATION OF JASON B. CURTIN, ESQUIRE, IN**
**SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

      Pursuant to LBR 9010-1 and 7007-1, I, **Jason B. Curtin, Esquire**, hereby certify as follows in support of my application for admission *pro hac vice* that has been filed on my behalf:

      1.      I am a partner with the law firm Krokidas & Bluestein LLP, with my office located at 600 Atlantic Avenue, Floor 19, Boston, Massachusetts. My telephone number is 617-482-7211, my facsimile number is 617-482-7212, and my email address is jcurtin@kb-law.com.

      2.      I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars: Massachusetts and United States District Court for the District of Massachusetts.

      3.      There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

      4.      I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with the New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my application.

6. I declare under penalty that the foregoing is true and correct.

*/s/ Jason B. Curtin*
Jason B. Curtin, Esq.

Dated: May 5, 2023