**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors. | (Joint Administration Requested) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF**
**VINCENT J. PISEGNA, ESQUIRE AND JASON B. CURTIN, ESQUIRE**

The relief set forth on the following pages 2-3 is hereby ORDERED.

(Page 2)
Debtors: Bed Bath & Beyond Inc., *et al.*
Case No.: 23-13359 (VFP)
Caption of Order: Order Granting Admission *Pro Hac Vice* of
Vincent J. Pisegna, Esq. and Jason B. Curtin, Esq.

**THIS MATTER** having been brought before the Court on Application for an Order for

Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicants and

certifications of out-of-state attorneys, and considered this matter pursuant to Fed.R.Civ.Proc.78,

D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED**, that Vincent J. Pisegna, Esq. and Jason B. Curtin, Esq., of the law firm of Krokidas

& Bluestein LLP (the "Admittees"), shall be permitted to appear *pro hac vice* in the above-

captioned case and any related adversary proceeding; provided that pursuant to D.N.J. L.Civ. R.

101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this

Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify

the out-of-state attorneys of their receipt. Only an attorney at law of this Court may file papers,

enter appearance for parties, sign stipulations, or sign and receive payments on judgments, decrees

or orders, and it is further

**ORDERED**, that the Admittees shall arrange with the New Jersey Lawyers' Fund for Client

Protection (the "Fund") for payment of the annual fee, for this year and for each year during each

Admittees' involvement in this case, in accordance with New Jersey Court Rule 1:28-2 and D.N.J.

L.Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this

Order; and it is further

**ORDERED**, that the Admittees shall be bound by the Local Rules of the United States

District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the

District of New Jersey; and it is further

(Page 3)
Debtors: Bed Bath & Beyond Inc., *et al*.
Case No.: 23-13359 (VFP)
Caption of Order: Order Granting Admission *Pro Hac Vice* of
Vincent J. Pisegna, Esq. and Jason B. Curtin, Esq.


**ORDERED**, that the $150.00 fee required by D.N.J. L.Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court: United States Bankruptcy Court, District of New Jersey, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, *Attention: Pro Hac Vice Admission*; and it is further

**ORDERED**, that the Clerk shall forward a copy of this Order to the Fund within five (5) days of its date of entry.


BY THE COURT:

Dated:


_____
THE HON. VINCENT F. PAPALIA
UNITED STATES BANKRUPTCY JUDGE