## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  BED BATH & BEYOND, *et al.*
      Debtors                                                   Case No. 2313359 (VFP)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Richard W. Ward files this Notice of Appearance and Request of Service of Pleadings as counsel for Keurig Dr Pepper in the above referenced case pursuant to Bankruptcy Rules of Procedure 2002 and 9010 and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be sent to it at the following address:

    Richard W. Ward
    6304 Teal Ct.
    Plano, TX 75024
    Telephone: 214-769-8639
    Email: rwward@airmail.net

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of papers referred to in the Bankruptcy Rules including, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, filed in the case.

                                                        Respectfully submitted,

                                                        <u>/s/ Richard W. Ward</u>
                                                       Richard W. Ward
                                                       Texas Bar No. 20846350
                                                       6304 Teal Ct.
                                                       Plano, TX 75024
                                                       Telephone: 214-769-8639
                                                       ATTORNEY FOR KEURIG DR PEPPER