# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312–2 | User: admin | Date Created: 5/5/2023 |
| Case: 23–13359–VFP | Form ID: orderntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Joshua Sussberg    joshua.sussberg@kirkland.com

TOTAL: 1