UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Fran B. Steele, Esq.
Alexandria Nikolinos, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Fran.B.Steele@usdoj.gov
       Alexandria.Nikolinos@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Bed Bath & Beyond, Inc., *et al*., | : | Case No. 23-13359 (VFP) |
| | : | The Honorable Vincent F. Papalia |
| Debtors. | : | |

### NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints, effective **May 5, 2023**, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case:

Ryder Integrated Logistics, Inc.
Attn: Michael Mandell
11690 NW 105th St.
Miami, FL 33178
Ph: 954-439-4477
**Chairperson**

The Bank of New York Mellon
Attn:  Alex Chang
240 Greenwich Street
New York, NY 10686
Ph: 212-815-2816

Intersoft Data Labs Inc.
Attn: Ralph Liuzzo
5850 Waterloo Road, Ste. 245
Columbia, MD 21045
Ph: 443-203-4218

KDM P.O.P. Solutions Group
Attn: Bill Kissel
10450 N. Medallion Drive
Cincinnati, OH 45241
Ph: 513-403-8206

Page 2
**Bed Bath & Beyond, Inc.**, *et al.*,
**Appointment of Official Committee of Unsecured Creditors**

Shark Ninja Operating LLC
Attn: Paul Carbone
89 A Street
Needham, MA 02494
Ph: 614-806-7129

Lenox Corporation
Attn: Bob Burbank
1414 Radcliff Street
Bristol, PA 19007
Ph: 508-341-1238

SITE Centers Corp.
Attn: Hilary Michael
3300 Enterprise Parkway
Beachwood, OH 44122
Ph: 216-755-5513

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

Fran B. Steele
Trial Attorney

Alexandria Nikolinos
Trial Attorney

Date: May 5, 2023