UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Courtney M. Brown
VEDDER PRICE P.C.
1633 Broadway, 31st Floor
New York, New York 10019
Tel.: (212)407-7700
Email: cmbrown@vedderprice.com

*Counsel for CMR Limited Partnership*

| | |
|---|---|
| In re: | Case No. 23-13359 (VFP) |
| BED BATH & BEYOND INC., *et al.*, | Chapter 11 |
| Debtor. | Judge Vincent F. Papalia |
| | (Joint Administration Requested) |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CMR Limited Partnership. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Courtney M. Brown
VEDDER PRICE P.C.
1633 Broadway, 31st Floor
New York, New York 10019
Tel.: (212) 407-7700
Email: cmbrown@vedderprice.com

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

Dated: May 8, 2023　　　　　　　　　　　By:　*/s/ Courtney M. Brown*
　　　　　　　　　　　　　　　　　　　　　　Courtney M. Brown