| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney M. Brown<br>VEDDER PRICE P.C.<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Tel.: (212)407-7700<br>Email: cmbrown@vedderprice.com<br><br>*Counsel for CMR Limited Partnership* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtor. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>Judge Vincent F. Papalia<br><br>(Joint Administration Requested) |

## **CERTIFICATION OF SERVICE**

1. I, Courtney M. Brown, represent CMR Limited Partnership in this matter.

2. On May 8, 2023, I caused a copy of the following pleadings and/or documents to be served electronically on those parties requesting electronic service through the Court's CM/EFF system.

   - Application for Pro Hac Vice Admission of David L. Kane, Esq.;
   - Declaration of David L. Kane, Esq. and Exhibit A thereto; and
   - Order for Admission.

3. I certify under penalty of perjury that the above documents were sent using the mode of service described herein.

Dated: May 8, 2023                                    Respectfully submitted,

                                                      By:   /s/ Courtney M. Brown