| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Michael Kwiatkowski<br>CULLEN AND DYKMAN LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>T: (516) 357-3700<br>F: (516) 357-3792<br>mkwiatkowski@cullenllp.com<br><br>and<br><br>Russell R. Johnson III<br>John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, Virginia 23103<br>T: (804) 749-8861<br>russell@russelljohnsonlawfirm.com<br>jcraig@russelljohnsonlawfirm.com<br><br>*Co-Counsel for American Electric Power, et al.,* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATION OF JOHN M. CRAIG IN
## SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

John M. Craig certifies, pursuant to 28 U.S.C. § 1746, as follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. I am an attorney with the Law Firm of Russell R. Johnson III, PLC, which maintains a business address of 2258 Wheatlands Drive, Manakin-Sabot, VA 23103.

2. I make this certification in support of my application (the "**Application**") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. I request to be admitted *pro hac vice* to serve as co-counsel for American Electric Power, Arizona Public Service Company, Georgia Power Company, Salt River Project, San Diego Gas and Electric Company, Southern California Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Pennsylvania Power Company, Monongahela Power Company, Potomac Edison Company, West Penn Power Company, Jersey Central Power & Light Company, The Connecticut Light & Power Company, Yankee Gas Service Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar Electric Company, Western Massachusetts, Tampa Electric Company, Peoples Gas System, Inc., Rochester Gas & Electric Corporation, PSEG Long Island, Tucson Electric Power Company, UNS Gas, Inc., Consolidated Edison Company of New York, Inc., Baltimore Gas and Electric Company, Florida Power & Light Company, Boston Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, The East Ohio Gas Company d/b/a Dominion Energy Ohio, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, NV Energy, Inc., Public Service Electric and Gas Company, New York State Electric and Gas Corporation and Commonwealth Edison Company (collectively, the "**Utilities**") in connection with the Matters.

3. I am and have been a member in good standing of the bar of the State of Virginia since 1991 and the bar of the District of Columbia since 1992. I also certify that I have been admitted to practice in the following courts: District of Columbia (1991); U.S. Court of Appeals for the Fourth Circuit (1992); U.S. District Court for the Eastern District of Virginia (1992); U.S. District Court for the District of Columbia (2000); U.S. Bankruptcy Court for the Eastern District of Virginia (1992); and U.S. Bankruptcy Court for the Western District of Virginia (2005).

4. I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the Matters and applicable facts and law.

6. I am not admitted to practice in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in connection with the Matters.

7. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

8. I agree to (i) abide by the Court Rules for the United States District Court and United States Bankruptcy Court for the District of New Jersey, (ii) immediately notify this Court of any matter affecting my standing in any court to which I am admitted; and (iii) have all pleadings, briefs, and other papers filed with this Court signed by an attorney of record authorized to practice in the State of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: May 5, 2023

_____
John M. Craig