| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Michael Kwiatkowski<br>CULLEN AND DYKMAN LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>T: (516) 357-3700<br>F: (516) 357-3792<br>mkwiatkowski@cullenllp.com<br><br>and<br><br>John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, Virginia 23103<br>T: (804) 749-8861<br>jcraig@russelljohnsonlawfirm.com<br><br>*Co-Counsel for American Electric Power, et al.,* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Cullen and Dykman hereby appears in the above-captioned chapter 11 case as co-counsel for American Electric Power, Arizona Public Service Company, Georgia Power Company, Salt River Project, San Diego Gas and Electric Company, Southern California Edison Company, The Cleveland Electric Illuminating Company, Toledo

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Edison Company, Ohio Edison Company, Pennsylvania Power Company, Monongahela Power Company, Potomac Edison Company, West Penn Power Company, Jersey Central Power & Light Company, The Connecticut Light & Power Company, Yankee Gas Service Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar Electric Company, Western Massachusetts, Tampa Electric Company, Peoples Gas System, Inc., Rochester Gas & Electric Corporation, PSEG Long Island, Tucson Electric Power Company, UNS Gas, Inc., Consolidated Edison Company of New York, Inc., Baltimore Gas and Electric Company, Florida Power & Light Company, Boston Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, The East Ohio Gas Company d/b/a Dominion Energy Ohio, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, NV Energy, Inc., Public Service Electric and Gas Company, New York State Electric and Gas Corporation, and Commonwealth Edison Company, creditors and parties-in-interest.

     **PLEASE TAKE FURTHER NOTICE** that Cullen and Dykman LLP requests that, pursuant to Sections 102(1) and 342 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), copies of all notices give or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
T: (516) 357-3700
F: (516) 357-3792
<u>Attn</u>: Michael Kwiatkowski
mkwiatkowski@cullenllp.com

**PLEASE THAT FURTHER NOTICE** that the foregoing request includes not only the notices of papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or information, whether written or oral and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telex, electronically or otherwise filed with regard to these cases and proceeding therein.

**PLEASE THAT FURTHER NOTICE** that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to trial by jury in any case, controversy or proceeding; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions,

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

defenses, setoffs and recoupments are expressly reserved.

Dated: May 8, 2023

                              Respectfully Submitted,

                              */s/ Michael Kwiatkowski*
                              Michael Kwiatkowski
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
T: (516) 357-3700
mkwiatkowski@cullenllp.com

                              and

John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
T: (804) 749-8861
jcraig@russelljohnsonlawfirm.com

*Co-Counsel for American Electric Power, Arizona Public Service Company, Georgia Power Company, Salt River Project, San Diego Gas and Electric Company, Southern California Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Pennsylvania Power Company, Monongahela Power Company, Potomac Edison Company, West Penn Power Company, Jersey Central Power & Light Company, The Connecticut Light & Power Company, Yankee Gas Service Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar Electric Company, Western Massachusetts, Tampa Electric Company, Peoples Gas System, Inc., Rochester Gas & Electric Corporation, PSEG Long Island, Tucson Electric Power Company, UNS Gas, Inc., Consolidated Edison Company of New York, Inc., Baltimore Gas and Electric Company, Florida Power & Light Company, Boston Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation,  Virginia Electric and Power Company d/b/a Dominion Energy*

*Virginia, The East Ohio Gas Company d/b/a Dominion Energy Ohio, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, NV Energy, Inc., Public Service Electric and Gas Company, New York State Electric and Gas Corporation and Commonwealth Edison Company*