UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
T: (516) 357-3700
F: (516) 357-3792
mkwiatkowski@cullenllp.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
T: (804) 749-8861
russell@russelljohnsonlawfirm.com
jcraig@russelljohnsonlawfirm.com

*Co-Counsel for American Electric Power, et al.,*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I caused a true and correct copy of (i) *Application for Admission of John M. Craig Pro Hac Vice, Certification of John M. Craig in Support of Application Pro Hac Vice*, and proposed *Order for Admission Pro Hac Vice of John M. Craig* [ECF No. 259], and (ii) *Notice of Appearance and Request for Notices and Service of Papers*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases are 650 Liberty Avenue, Union, New Jersey 07083.

[ECF No. 260] to be served via the Court's ECF System upon persons receiving notice thereby and by first-class mail, postage prepaid, upon the following:

Alexandria Nikolinos, Esq.
Office of the United States Trustee
U.S. Department of Justice
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102

Fran B. Steele, Esq.
Office of the United States Trustee
U.S. Department of Justice
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102

Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Cole Schotz P.C.
25 Main Street
Hackensack, NY 07601
*Co-Counsel for the Debtor*

Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Derek I. Hunter, Esq.
Ross Fiedler, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
*Co-Counsel for the Debtor*

Charles B. Sterrett, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Newark, NJ 07102
*Co-Counsel for the Debtor*

        */s/ Michael Kwiatkowski*
Michael Kwiatkowski

2