IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------- x
                                                            :
In re:                                                      :
                                                            :  Chapter 11
BED BATH & BEYOND, *et al.*,                                :
                                                            :  Case No. 23-13359 (VFP)
                   Debtors.                                 :
                                                            :
----------------------------------------------------------- x

**<u>NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002 and 9010(b), Cahill Gordon & Reindel LLP hereby appears in these Chapter 11 cases on behalf of 1-800-Flowers.com, Inc. ("<u>1-800-Flowers</u>"), a creditor of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Local Rule 9013-1(d), all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in these cases should be given and served upon Cahill Gordon & Reindel LLP, 32 Old Slip, New York, New York 10005 (Attn: Joel H. Levitin, Esq., and Richard A. Stieglitz Jr., Esq., at jlevitin@cahill.com and rstieglitz@cahill.com) on behalf of 1-800-Flowers.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with these cases is intended to be or shall be construed as (a) a waiver of 1-800 Flowers' right to assert that 28 U.S.C. § 157(b) is unconstitutional; (b) consent or submission by 1-800-Flowers, or waiver of 1-800 Flowers' right to object to, the jurisdiction of this Court for any purpose; (c) a waiver of 1-800-Flowres' right to have final orders in non-core matters entered only after *de novo* review by a District Court; (d) a waiver of any right of 1-800-Flowers to trial by jury; (e) a waiver of 1-800-Flowers' right to have the reference withdrawn by a District Court for any matter involving 1-800-Flowers or to assert that the reference has already been withdrawn; or (f) 1-800-Flowers' right to have any unliquidated portions of any claim determined by an applicable state court, all of which rights are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this notice is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any of the Debtors or any other entity either in these cases or in any other action are expressly reserved.

| | |
|---|---|
| Dated: New York, New York<br>      May 8, 2023 | Respectfully submitted,<br><br>/s/ Richard A. Stieglitz Jr.<br><br>CAHILL GORDON & REINDEL LLP<br>32 Old Slip<br>New York, New York  10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br>jlevitin@cahill.com<br>rstieglitz@cahill.com<br><br>*Attorneys for 1-800-Flowers.com, Inc.* |