UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SKLAR KIRSH, LLP
IAN S. LANDSBERG (SBN 137431)
Email: ilandsberg@sklarkirsh.com
1880 Century Park East, Ste. 300
Los Angeles, California 90067
Telephone: (310) 845-6416
Facsimile: (310) 929-4469

In Re:

BED BATH & BEYOND INC., et al.

Case No.: 23-13359-(VFP)

Chapter: 7

Judge: VFP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CNA Enterprises, Inc. (Property Owner: Scottsdale Fiesta Retail Center, LLC), Newmark Merrill Companies, Inc. (Property Owner: UAP Grand Plaza; WPI Grand Plaza fka Grand Las Posas, LLC) (Property Owner: Triangle Town Center NW, LLC), and Rolling Hills Plaza, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Sklar Kirsh, LLP
Attn: Ian S. Landsberg
1880 Century Park East, Ste. 300
Los Angeles, California 90067
Email: ilandsberg@sklarkirsh.com

DOCUMENTS:

✓ All notices entered pursuant to Fed. R. Bankr. P. 2002.

All documents and pleadings of any nature.

Date: May 8, 2023

*/s/ Ian S. Landsberg*
Signature

new.8/1/15