**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Proposed Counsel for the Official Committee of*
*Unsecured Creditors*

|  |  |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                Debtors. | Case No.:    23-13359-VFP<br><br>Chapter:    11<br><br>Judge:    Vincent F. Papalia<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

(the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors")

hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ").  PSZJ hereby enters

its appearance pursuant to section 1109(b) of title 11 of the United States Code

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

(the "<u>Bankruptcy Code</u>"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and requests that the undersigned be added to the official mailing matrix and service lists in these chapter 11 cases.  PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these chapter 11 cases, whether formal or informal, written or oral, and whether

served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise

filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and*

*Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a

waiver of any of the rights of the Committee, including, without limitation, to: (i) have final orders

in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any

proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this

case; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary

withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the

Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses,

setoffs, and recoupments are expressly reserved.


Date:  May 8, 2023                                **PACHULSKI STANG ZIEHL & JONES LLP**

                                                  */s/ Bradford J. Sandler*
                                                  Robert J. Feinstein
                                                  Bradford J. Sandler
                                                  Paul J. Labov
                                                  Colin R. Robinson
                                                  780 Third Avenue, 34th Floor
                                                  New York, NY 10017
                                                  Telephone:  (212) 561-7700
                                                  Facsimile:  (212) 561-7777
                                                  rfeinstein@pszjlaw.com
                                                  bsandler@pszjlaw.com
                                                  plabov@pszjlaw.com
                                                  crobinson@pszjlaw.com

                                                  *Proposed Counsel for the Official Committee of*
                                                  *Unsecured Creditors*