UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with **D.N.J. LBR 9004-1(b)**

Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
T: (516) 357-3700
F: (516) 357-3792
mkwiatkowski@cullenllp.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
T: (804) 749-8861
russell@russelljohnsonlawfirm.com

*Co-Counsel for American Electric Power, et al.,*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Honorable Vincent F. Papalia |

**VERIFIED STATEMENT PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

A. American Electric Power
Attn: Jason Reid
1 Riverside Plaza, 13th Floor
Columbus, Ohio 43215

B. Arizona Public Service Company
Gisel Morales
Building M – M.S 3209
2043 W. Cheryl Drive
Phoenix, Arizona 85021-1915

C. Georgia Power Company
Attn: Daundra Fletcher
2500 Patrick Henry Parkway
McDonough, GA 30253

D. Salt River Project
Attn: Breanna Holmes, Customer Credit Services ISB232
2727 E Washington St
Phoenix AZ 85034-1403

E. San Diego Gas & Electric Company
Attn: Kelli S. Davenport, Bankruptcy Specialist
8326 Century Park Court
San Diego, CA 92123

F. Southern California Edison Company
Attn: Jeffrey S. Renzi, Esq.
Director and Managing Attorney
Southern California Edison Company, Law Department
2244 Walnut Grove Avenue
Rosemead, California 91770

G. The Connecticut Light & Power Company
Yankee Gas Services Company
Public Service Company of New Hampshire
Eversource Gas of Massachusetts
NStar Electric Company, Western Massachusetts
Attn: Honor S. Heath, Esq.
Eversource Energy
107 Selden Street
Berlin, Connecticut 06037

H. The Cleveland Electric Illuminating Company
Toledo Edison Company
Ohio Edison Company
Pennsylvania Power Company
Monongahela Power Company
Potomac Edison Company
West Penn Power Company
Jersey Central Power & Light Company
Attn: Kathy M. Hofacre
FirstEnergy Corp.
76 S. Main St., A-GO-15
Akron, Ohio 44308

I. Tampa Electric Company
Peoples Gas System, Inc.
Attn: Barbara Taulton FRP, CAP, Florida Registered Paralegal
Tampa Electric Company
702 N. Franklin Street
Tampa, Florida 33602

J. New York State Electric and Gas Corporation
Rochester Gas and Electric Corporation
Attn: Kelly Potter
James A. Carrigg Center
Bankruptcy Department
18 Link Drive
Binghamton, NY 13904

K. PSEG Long Island
Attn: Michael Sedlak
15 Park Drive
Melville, New York 11747

L. Tucson Electric Power Company
UNS Gas, Inc.
Attn: Adam D. Melton, Esq.
Senior Attorney – Litigation
88 E. Broadway Blvd.
Tucson, Arizona 85701

M. Consolidated Edison Company of New York, Inc.
Attn: Bankruptcy
Customer Operations, Specialized Activities, 9th Floor
4 Irving Place
New York, New York 10003

N. Atlantic City Electric Company
Delmarva Power & Light Company
Baltimore Gas and Electric Company
PECO Energy Company
Commonwealth Edison Company
Attn: Lynn R. Zack, Esq.
Assistant General Counsel
Exelon Corporation
2301 Market Street, S23-1
Philadelphia, Pennsylvania 19103

O. Florida Power & Light Company
Attn: Alexandre Ximenes
Revenue Recovery Department RRD/LFO
4200 W Flagler St
Coral Gables, Florida 33134

P. Boston Gas Company
Colonial Gas Cape Cod
KeySpan Energy Delivery Long Island
KeySpan Energy Delivery New York
Massachusetts Electric Company
Narragansett Electric Company
Niagara Mohawk Power Corporation
Attn: Vicki Piazza, D-1
National Grid
300 Erie Boulevard West
Syracuse, NY 13202

Q. Virginia Electric and Power Company d/b/a Dominion Energy Virginia
Attn: Sherry Ward
600 East Canal Street, 16th floor
Richmond, Virginia 23219

R. The East Ohio Gas Company d/b/a Dominion Energy Ohio
Attn: Delores G. Fury, Bankruptcy Representative
Dominion Energy Ohio
2100 Eastwood Avenue
Akron, Ohio 44305

S. NV Energy, Inc.
Attn: Zelalem Bogale, Esq.
Senior Attorney
6100 Neil Road
Reno, Nevada 89511

T. Public Service Electric and Gas Company
Attn: Matthew Cooney, Bankruptcy Department
80 Park Plaza, T5D
Newark, New Jersey 07102

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage: American Electric Power, Georgia Power Company, San Diego Gas and Electric Company, Southern California Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Pennsylvania Power Company, Monongahela Power Company, Potomac Edison Company, West Penn Power Company, Jersey Central Power & Light Company, The Connecticut Light & Power Company, Yankee Gas Service Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar Electric Company, Western Massachusetts, Rochester Gas & Electric Corporation, PSEG Long Island, Consolidated Edison Company of New York, Inc., Baltimore Gas and Electric Company, Florida Power & Light Company, Boston Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, The East Ohio Gas Company d/b/a Dominion Energy Ohio, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, NV Energy, Inc., Public Service Electric and Gas Company, New York State Electric and Gas Corporation and

Commonwealth Edison Company

(b) Arizona Public Service Company, Salt River Project, Tucson Electric Power Company, UNS Gas, Inc., Tampa Electric Company, Peoples Gas System, Inc. and Virginia Electric and Power Company d/b/a Dominion Energy Virginia, each held prepetition deposits that wholly secured prepetition debt.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in April and May 2023. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III

Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com