UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | ) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |

U.S. BANKRUPTCY COURT FILED 2023 MAY -8 P 2: 40

## REQUEST TO RECEIVE NOTICES

NOW COMES, J. David Folds and the firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC and hereby enter their appearance as attorneys for HART Miracle Marketplace, LLC in the above-referenced matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

The Clerk of Court and any other party that the Court may direct to send notices are requested to show J. David Folds on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:   //s/ David Folds
J. David Folds
901 K Street NW
Suite 900
Washington, D.C. 20001
Telephone: 202-508-3441
dfolds@bakerdonelson.com

May 5, 2023

# BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC

2235 Gateway Access Point
SUITE 220
Raleigh, NC 27607
PHONE: 984.844.7920
www.bakerdonelson.com

SAVANNAH E. LAVENDER, ASSOCIATE
E-Mail Address: slavender@bakerdonelson.com

May 5, 2023



**Via Federal Express**

United States Bankruptcy Court
District of New Jersey (Newark)
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re: Bed Bath and Beyond Request for Notices

Please find enclosed a request to be added to the mailing matrix / request for notices for the Bed, Bath, and Beyond Bankruptcy Case No. 23-13359 for the Creditor / landlord in this case HART Miracle Marketplace, LLC.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Savannah E. Lavender

c:

4855-3745-0060




ORIGIN ID:SOPA  (919) 208-6998
SAVANNAH E. LAVENDER

2235 GATEWAY ACCESS POINT
SUITE 220
RALEIGH, NC 27607
UNITED STATES US

SHIP DATE: 05MAY23
ACTWGT: 0.50 LB
CAD: 104595092/INET4610

BILL SENDER

TO  MARTIN LUTHER KING JR. FED BUILDING
US BANKRUPTCY COURT OF NEW JERSEY
50 WALNUT STREET

NEWARK NJ 07102
(919) 208-6998
REF: 0 5789 2932603 000C25
DEPT



MON - 08 MAY 10:30A
PRIORITY OVERNIGHT

TRK# 7720 5974 2278
0201

ASR
07102
NJ-US  EWR

XE VAKA

