UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| IN RE:<br><br>Bed Bath & Beyond, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 23-13359-VFP |

U.S. BANKRUPTCY COURT
FILED
2023 MAY -8 P 2: 40
[ ]ANRE A. NAUGHTON

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the parties in this action listed below with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same today by United States Mail, postage prepaid, to the following address(es):

Pleadings: Request to Receive Notices

Parties Served:
United States Bankruptcy Court
District of New Jersey (Newark)
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Via FedEx*

Bed Bath & Beyond Inc.
650 Liberty Avenue,
Union, New Jersey 07083

Michael D. Sirota
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601

Warren A. Usatine
Cole Schotz P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800

Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602

US Trustee's Office
One Newark Center Ste 2100
Newark, NJ 07102

DATE OF SERVICE: May 5, 2023

                                                          BAKER, DONELSON, BEARMAN,
                                                          CALDWELL & BERKOWITZ, PC

                                                  By:    /s/    J. David Folds