UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VEDDER PRICE P.C.
Courtney M. Brown
1633 Broadway, 31st Floor
New York, New York 10019
Tel.: (212) 407-7700
Fax:
Email: cmbrown@vedderprice.com

Counsel for CMR Limited Partnership

| | |
|---|---|
| Case No.: | 23-13359 (VFP) |
| Chapter: | 11 |

In Re:

BED BATH & BEYOND INC., et al.,

Debtor.

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | May 16, 2023 |
| Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Courtney M. Brown :

   ☒ represent CMR Limited Partnership in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 9, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Limited Objection of CMR Limited Partnership to Debtors' Motion for Interim & Final Orders (I) Authorizing Debtors to Assume Consulting Agreements, (II) Authorizing & Approving Conduct of Store Closing Sales Free & Clear of All Liens, Claims, & Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, & (IV) Granting Rel. Relief

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 9, 2023

/s/ Courtney M. Brown
Signature

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| **KIRKLAND & ELLIS LLP** **KIRKLAND & ELLIS INTERNATIONAL LLP** Joshua A. Sussberg, P.C. Emily E. Geier, P.C. Derek I. Hunter 601 Lexington Avenue New York, New York 10022 joshua.sussberg@kirkland.com emily.geier@kirkland.com derek.hunter@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☒ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |
| **COLE SCHOTZ P.C.** Michael D. Sirota, Esq. Warren A. Usatine, Esq. Felice R. Yudkin, Esq. Court Plaza North, 25 Main Street Hackensack, New Jersey 07601 msirota@coleschotz.com wusatine@coleschotz.com fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☒ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |
| Alexandria Nikolinos, Esq. United States Department of Justice, Office of the United States Trustee One Newark Center, Suite 2100 Newark, NJ 07102 alexandria.nikolinos@usdoj.gov | US Trustee | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☒ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |
| Fran B. Steele, Esq. **Office of the United States Trustee** One Newark Center, Suite 2100 Newark, NJ  07102 Fran.B.Steele@usdoj.gov | US Trustee | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☒ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |
| Bradford J. Sandler **Pachulski Stang Ziehl & Jones, LLP** 919 N. Market Street 17th Floor Wilmington, DE 19801 bsandler@pszjlaw.com | Official Committee Of Unsecured Creditors | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☒ E-mail ☒ Notice of Electronic Filing (NEF) |