LAW OFFICES OF LISA M. SOLOMON
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
Attn: Lisa M. Solomon
(212) 471-0067; Fax 212-980-6965
Lisa.solomon@att.net

Counsel for VF Center Associates, L.P.
(Caption in compliance with D.N.J. LBR 9004-1(b))

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                              :    Chapter 11
                                                         Case No. 23-13359 (VFP)
                                                         (Jointly Administered)

BED BATH & BEYOND INC., et al.,[1]
                                                    :
Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

      PLEASE TAKE NOTICE that Law Offices of Lisa M. Solomon hereby appears in the above-captioned case (the "Case") as counsel for creditor landlord VF Center Associates, L.P. ("Landlord"). Counsel requests that its name be added to the mailing list by the Clerk with respect to the above-captioned Case, and that the Clerk and all other parties in interest in these proceedings provide all notices and all papers served on any party, filed with the Court or delivered to the office of counsel listed directly below:

      Law Offices of Lisa M. Solomon
      One Grand Central Place
      305 Madison Avenue, Suite 4700
      New York, New York 10165
      Attn: Lisa M. Solomon, Esq.
      Tel. No. (212) 471-0067

---

[1] The last four digits of Debtor Bed Bath & Beyond Incl's tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

      Fax. No. (212) 980-6965
      Email: lisa.solomon@att.net

Counsel further requests that the Debtors' Noticing Agent add this Notice of Appearance to the Master Service List in the Case.

  PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced case and the proceedings herein. Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Landlord's (i) right to have final orders in noncore matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
   May 8, 2023

            LAW OFFICES OF LISA M. SOLOMON
            Counsel for VF Center Associates, L.P.


            By:   /s/ Lisa M. Solomon
              Lisa M. Solomon
            One Grand Central Place
            305 Madison Avenue, Suite 4700
            New York, New York 10165
            (212) 471-0067
            Lisa.solomon@att.net