UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Alec P. Ostrow, Esq.
Walter E. Swearingen, Esq.
299 Park Avenue, 16th Floor
New York, New York 10017
(212) 888-3033
aostrow@beckerglynn.com
wswearingen@beckerglynn.com
Attorneys for TF Cornerstone Inc. and
  200-220 West 26 LLC

In Re:

BED BATH & BEYOND INC., et al.,

                                       Debtors.

Case No.:    23-13359
Chapter:     11
Judge:       (VFP)

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of TF Cornerstone Inc. & 200-220 West 26 LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Alec P. Ostrow, Esq.
           Walter E. Swearingen, Esq.
           BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
           299 Park Avenue, 16th Floor
           New York, New York 10017

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: May 9, 2023

*s/Walter E. Swearingen*
Signature

*new.8/1/15*