IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-13359 (VFP) |
| | § | |
| BED BATH & BEYOND, INC., *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

CERTIFICATION OF SERVICE

1. I am a Legal Assistant employed by the Firm of Ansell Grimm & Aaron, P.C., attorneys for Creditors, the Texas Taxing Authorities in the above-entitled matter.

2. On May 9, 2023, I sent for filing, via the Court's ECF system, Limited Joint Objection of the Texas Taxing Authorities to the Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to Assume the Consulting Agreements, (ii) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims and Encumbrances, (iii) Authorizing Customary Bonuses to Employees of Closing Stores, and (iv) Granting Related Relief Creditors, and Joint Objection of the Texas Taxing Authorities to the Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Utilize Cash Collateral, (ii) Granting Liens and Super-Priority Administrative Expense Claims, (iii) Granting Adequate Protection, (iv) Modifying the Automatic Stay, (v) Scheduling a Final Hearing, and (vi) Granting Related Relief, via the Court's ECF system and email to Debtors' counsel, Ross Fiedler, Esq. ross.fiedler@kirkland.com; Emily E. Geier, Esq., Emily.geier@kirkland.com; Derek I. Hunter, Esq., derek.hunter@kirkland.com; Michael D. Sirota, Esq., msirota@coleschotz.com; Charles B. Sterrett, Esq., Charles.sterrett@kirkland.com; Joshua Sussberg, Esq., Joshua.sussberg@kirkland.com; Warren A. Usatine, Esq.; wusatine@coleschotz.com; US. Trustee, Alexandria Nikolinos,

Alexandria.nikolinos@usdoj.gov; Fran B. Steele, fran.b.steele@usdog.gov and Creditor Committee, Bradford J. Sandler, Esq., bsandler@pszjlaw.com.

3. I certify that the foregoing statements made by me are true. I am aware that should any of the foregoing statements made by me be willfully false, I am subject to punishment.

Dated: May 10, 2023

*Carol A. Sheridan*

Carol A. Sheridan