Morris Schlaf, Esq. - 016152012
SACCO & FILLAS, LLP
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
(718) 269-2226
mschlaf@saccofillas.com
*Counsel for Creditor Eleni Zervos*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Bed Bath & Beyond, Inc., et al.,<br><br>                              Debtors. | Hon. Vincent F. Papalia<br><br>Case No. 23-13359-VFP<br><br>Chapter 11 |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ELENI ZERVOS, a creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> Morris J. Schlaf, Esq.
> SACCO & FILLAS, LLP
> 31-19 Newtown Avenue, Seventh Floor
> Astoria, New York 11102
> (718) 269-2226
> mschlaf@saccofillas.com

**PLEASE TAKE FURTHER NOTICE** that this request includes all notices entered pursuant to FRBP 2002 and all documents and pleadings of any nature.

Dated: May 10, 2023

/s/ Morris J. Schlaf
By:    Morris Schlaf, Esq.
       SACCO & FILLAS, LLP
       31-19 Newtown Avenue, Seventh Floor
       Astoria, New York 11102
       (718) 269-2226
       mschlaf@saccofillas.com