James S. Yu
SEYFARTH SHAW LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 218-5524
Facsimile: (917) 344-1339
Email: jyu@seyfarth.com

*Attorneys for 36 Monmouth Plaza, LLC and*
*CA-5-15 West 125th LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | Jointly Administered |

**APPLICATION FOR ADMISSION OF M. RYAN PINKSTON *PRO HAC VICE***

Pursuant to D.N.J. LBR 9010-1(b)(1) and the attached certification, counsel moves for the admission *pro hac vice* of M. Ryan Pinkston to represent creditors *36 Monmouth Plaza, LLC and CA-5-15 West 125th LLC* in the above-captioned Chapter 11 cases.

---

[1] The last four digits of Debtor Bad Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s Principal place of business and the Debtor's service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: May 10, 2023  SEYFARTH SHAW LLP
      New York, New York

By: /s/ *James S. Yu*
    James S. Yu
    SEYFARTH SHAW LLP
    620 8th Avenue
    New York, NY  10018
    Telephone:  (212) 218-5524
    Facsimile:  (917) 344-1339
    Email: jyu@seyfarth.com

*Attorneys for 36 Monmouth Plaza, LLC and CA-5-15 West 125th LLC*

# CERTIFICATION OF M. RYAN PINKSTON IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, M. Ryan Pinkston, hereby certify and state as follows:

1. I am a partner at Seyfarth Shaw LLP, counsel for 36 Monmouth Plaza, LLC and CA-5-15 West 125th LLC in the above-captioned cases.

2. I submit this Certification in support of the Application for the Pro Hac Vice Admission of M. Ryan Pinkston ("Application") for my admission *pro hac vice* in the above captioned case.

3. I am a member in good standing of the bars of California and Illinois.

4. I am also a member in good standing of the United States District and Bankruptcy Courts for the Northern District of California, the Central District of California, the Eastern District of California, the Southern District of California, the Northern District of Illinois, the Central District of Illinois, and the Southern District of Illinois.

5. There are no disciplinary proceedings pending against me in any of the jurisdictions in which I am admitted to practice law. There has likewise been no discipline imposed against me in any of the jurisdictions in which I am admitted to practice in the five-year period preceding the filing of the Application. In the event there is any disciplinary proceeding instituted against me, I will promptly advise the Court.

6. I understand and agree that, if the Application is granted, I will be subject to the disciplinary jurisdiction of the District Court and will be bound by the Rules of Professional Conduct.

7. If the Application is granted, I further agree to abide by this Court's local rules and to make the payment to the New Jersey Lawyer's Fund for Client Protection required by the Local Rules and the Order approving the Application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: May 10, 2023  
San Francisco, California

/s/ *M. Ryan Pinkston*  
M. Ryan Pinkston  
SEYFARTH SHAW LLP  
560 Mission Street, Suite 3100  
San Francisco, CA 94105  
Telephone: (415) 544-1013  
Facsimile: (415) 397-2823  
Email: rpinkston@seyfarth.com

*Attorneys for 36 Monmouth Plaza, LLC and CA-5-15 West 125th LLC*