Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bed Bath & Beyond Inc.
  650 Liberty Avenue
  Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
  11−2250488

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on May 8, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 265 − 150
Order Granting Application To Allow Attorney Jonathan W. Young, to Appear Pro Hac Vice (Related Doc # 150). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 5/8/2023. (mcp)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 8, 2023
JAN: mcp

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13359-VFP |
| Bed Bath & Beyond Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 13 |
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jonathan W. Young, Locke Lord LLP, 701 8th Street N.W., Suite 500,, Washington, DC 20001-3965 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com CourtMail@clm.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com NJLitDock@gtlaw.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Allen J Barkin | on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com sandyr@sbmesq.com |
| Andrew Braunstein | on behalf of Creditor Commission Junction LLC andrew.braunstein@lockelord.com |
| Andy Winchell | on behalf of Creditor Dong Koo Kim and Jong Ok Kim Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996 andy@winchlaw.com, |

| District/off: 0312-2 | User: admin | Page 2 of 13 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Anthony Sodono, III

on behalf of Creditor Salmar Properties LLC asodono@msbnj.com

Brett D. Goodman

on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573 LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor CFH Realty III/Sunset Valley L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Airport Plaza LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor WRI Mueller LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor C T Center S.C. LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KSI Cary 483 LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR MONTGOMERY 049 LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Kimco Riverview LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Redfield Promenade LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Conroe Marketplace S.C. L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Mooresville Crossing LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Franklin Park S.C. LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Flagler S.C. LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Chico Crossroads L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Brandon 011 LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brian Morgan

on behalf of Creditor PRW Urban Renewal 1 LLC brian.morgan@faegredrinker.com

Case 23-13359-VFP    Doc 298    Filed 05/10/23    Entered 05/11/23 00:14:09    Desc
Imaged Certificate of Notice    Page 4 of 14

| District/off: 0312-2 | User: admin | Page 3 of 13 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

Brian Morgan
    on behalf of Creditor Prologis brian.morgan@faegredrinker.com

Brian Morgan
    on behalf of Creditor Prologis USLF NV II LLC brian.morgan@faegredrinker.com

Brian I. Kantar
    on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brittany B Falabella
    on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com rhenderson@hirschlerlaw.com

Courtney Brown
    on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com

Dana S. Plon
    on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Middletown Shopping Center I L.P. dplon@sirlinlaw.com

Daniel Stolz
    on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira
    on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman
    on behalf of Creditor W.B.P. Central Associates LLC dzinman@kandfllp.com, skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com

David H. Stein
    on behalf of Creditor Enid Two LLC dstein@wilentz.com, ciarkowski@wilentz.com

David M Stauss
    on behalf of Creditor CBL & Associates Management Inc. david.stauss@huschblackwell.com, serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David P. Primack
    on behalf of Creditor TKG Paxton Towne Center Development LP dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor GKT Gallatin Shopping Center dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor SLO Promenade DE LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG-Manchester Highland dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Coral North LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Epps Bridge Centre Property Co LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Carson Valley Center LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Dreamland Shopping Center dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Shreve Center DE LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Logan Town Centre LP dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor The Shoppes at Wilton LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Mountain View Plaza LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor MCS-Lancaster DE LP dprimack@mdmc-law.com kpatterson@mdmc-law.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 13 |
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

David P. Primack
    on behalf of Creditor Grand Mesa Center LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Biscayne LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor THF/MRP Tiger Town LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Woodmen Commons LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor THF Harrisonburg Crossing LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mdmc-law.com kpatterson@mdmc-law.com

Diane Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don A. Beskrone
    on behalf of Creditor RetailMeNot Inc. dbeskrone@ashby-geddes.com, rpalacio@ashbygeddes.com;snewman@ashbygeddes.com;ahrycak@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com

Edmond P O'Brien
    on behalf of Creditor RXR 620 Master Lessee LLC eobrien@cszlaw.com jrich@cszlaw.com

Felice R. Yudkin
    on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com fpisano@coleschotz.com

Fernand L Laudumiey, IV
    on behalf of Creditor Richards Clearview LLC laudumiey@chaffe.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Frank F. Velocci
    on behalf of Creditor Prologis frank.velocci@faegredrinker.com brian.morgan@dbr.com

Frank F. Velocci
    on behalf of Creditor Prologis USLF NV II LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com

Gary S. Redish
    on behalf of Creditor AJG Enterprises LLC gredish@winnebanta.com

Gregory S. Kinoian
    on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Jaclyn Dopke
    on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com jdopke@fleischerlaw.com

James S. Carr
    on behalf of Creditor Ryder Integrated Logistics Inc. KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Jamese Suozzo
    on behalf of Interested Party 250 Hudson Street LLC james.suozzo@rivkin.com, matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jaspreet S. Mayall
    on behalf of Creditor 3600 Long Beach Road LLC , jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
    on behalf of Creditor Serota Islip NC LLC jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
    on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
    on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jeffrey Kurtzman
    on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey A. Lester
    on behalf of Interested Party Western Carriers Inc. jlester@bllaw.com

Jessica Deborah Mikhailevich
    on behalf of Other Prof. Hilco Merchant Resources LLC and Gordon Brothers Retail Partners, LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
    on behalf of Interested Party B. Riley Retail Solutions LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
    on behalf of Interested Party Tiger Capital Group LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
    on behalf of Interested Party Gordon Brothers Retail Partners LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Kendrick Turner
    on behalf of Creditor Smith County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tom Green Cad john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John S. Mairo
    on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jordan Seth Blask
    on behalf of Creditor WPG Legacy LLC jblask@fbtlaw.com, jpatchan@fbtlaw.com

Joseph H Baldiga
    on behalf of Creditor Running Hill SP LLC jbaldiga@mirickoconnell.com

Joseph H. Lemkin
    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joshua Sussberg
    on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com ecf-00163ec7e7ea@ecf.pacerpro.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin C Calhoun
    on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin Scott Mann
    on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kristen Peters Watson
    on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Lee Squitieri
    on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee Squitieri
    on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Leslie Carol Heilman
    on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Meredith Mitnick
    on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Michael Kwiatkowski
    on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

| District/off: 0312-2 | User: admin | Page 6 of 13 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

Michael Kwiatkowski
    on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor PECO Energy Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Boston Gas Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor NV Energy  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor West Penn Power Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski

Case 23-13359-VFP    Doc 298    Filed 05/10/23    Entered 05/11/23 00:14:09    Desc
Imaged Certificate of Notice    Page 8 of 14

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 13 |
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Georgia Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor American Electric Power mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor PSEG Long Island mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Hackensack Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Buy Buy Baby of Totowa Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Falls Church Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 8 of 13 |
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

Michael D. Sirota
    on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 9 of 13 |
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Fashion Center Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Melville Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Hartsdale Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Massapequa Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Carlstadt Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Springfield Buy Buy Baby Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon Stores Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 10 of 13 |
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BWAO LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of New Rochelle  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Caldwell  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

| | |
|---|---|
| Michael D. Sirota | on behalf of Debtor Decorist LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Rockaway Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Monique Bair DiSabatino | on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com robyn.warren@saul.com |
| Morris S. Bauer | on behalf of Other Prof. Sixth Street Specialty Lending Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Owen M. Sonik | on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Humble Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor City of Houston osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Paul Rubin | on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com |
| Paul Rubin | on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com hhuynh@rubinlawllc.com |
| Paul Hans Schafhauser | on behalf of Creditor IKEA Property Inc. schafhauserp@gtlaw.com |
| Paul J. Winterhalter | on behalf of Creditor Saul Holdings Limited Partnership pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul W Carey | on behalf of Creditor Running Hill SP LLC pcarey@mirickoconnell.com |
| Paul W Carey | on behalf of Creditor ISM Holdings Inc. pcarey@mirickoconnell.com |
| Richard L Fuqua, II | on behalf of Creditor PTCTX Holdings LLC fuqua@fuqualegal.com |
| Richard L Fuqua, II | on behalf of Creditor HCL Texas Avenue LLC fuqua@fuqualegal.com |
| Richard L. Zucker | on behalf of Creditor Taft Associates rzucker@lasserhochman.com |
| Richard L. Zucker | on behalf of Interested Party Taft Associates rzucker@lasserhochman.com |
| Robert L. LeHane | on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brookfield Properties Retail Inc rlehane@kelleydrye.com, |

Case 23-13359-VFP    Doc 298    Filed 05/10/23    Entered 05/11/23 00:14:09    Desc
Imaged Certificate of Notice    Page 13 of 14

| District/off: 0312-2 | User: admin | Page 12 of 13 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Blumenfeld Development Group Ltd rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Lerner Properties rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert S. Westermann | on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com rhenderson@hirschlerlaw.com |
| Ronald S. Gellert | on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com abrown@gsbblaw.com |
| Sari Blair Placona | on behalf of Creditor Salmar Properties LLC splacona@msbnj.com |
| Scott Fleischer | on behalf of Creditor Inland Commercial Real Estate Services L.L.C. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Rivercrest Realty Associates LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com |
| Scott A. Zuber | on behalf of Creditor Arch Insurance Company szuber@csglaw.com ecf@csglaw.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sommer Leigh Ross | on behalf of Other Prof. Sixth Street Specialty Lending Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Steven P. Kartzman | on behalf of Creditor Farley Real Estate Associates LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Thomas S. Onder | on behalf of Creditor Levin Management Corporation tonder@stark-stark.com |
| Turner Falk | on behalf of Creditor College Plaza Station LLC turner.falk@saul.com coleen.schmidt@obermayer.com |

| District/off: 0312-2 | User: admin | Page 13 of 13 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: orderntc | Total Noticed: 1 |

Turner Falk
 on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  coleen.schmidt@obermayer.com

Turner Falk
 on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com  coleen.schmidt@obermayer.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

Warren A. Usatine
 on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com

William Firth, III
 on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust wfirth@cohenseglias.com

William Firth, III
 on behalf of Creditor DT-SGW  LLC wfirth@cohenseglias.com

William G. Wright
 on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

TOTAL: 281