RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: Peter Muthig
Deputy County Attorney
State Bar No. 018526
MCAO Firm No. 00032000
E-mail: muthigk@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-1923

*Attorneys for Maricopa County Treasurer*

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 MAY 12 A 9: 59

JEANNE A. NAUGHTON

BY: [signature]
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Bed Bath & Beyond Inc., *et al.*,<br><br>Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Hearing Date: May 16, 2023<br>Hearing Time: 2:00 p.m. (ET)<br><br>**[Relates to Docket No. 25]** |

### MARICOPA COUNTY TREASURER'S OBJECTION TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) GRANTING ADEQUATE PROTECTION, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through its undersigned counsel, hereby objects to the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain PostPetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and SuperPriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling A Final*

*Hearing, And (VI) Granting Related Relief.* (DE 25) (the "Motion"). **MCT was not provided notice of the Motion or the related final hearing.** MCT objects to the Motion for the reasons set forth below.

### 1. MCT's Claims:

On May 11, 2023, MCT filed a Secured Tax Proof of Claim (the "MCT Claim") in the case of Bed Bath & Beyond Inc. in the estimated amount of $35,478.08 representing the estimated 2023 personal property taxes on Debtors' property located in Maricopa County, Arizona. Interest accrues, or will accrue, at the statutory rate of 16% per year simple, if not timely paid, until paid in full. *See* 11 U.S.C. § 511 and Arizona Revised Statutes ("A.R.S.") § 42-18053.

On May 11, 2023, MCT filed a Secured Tax Proof of Claim (the "MCT Claim") in the case of Buy Buy Baby, Inc. in the estimated amount of $4,947.83 representing the estimated 2023 personal property taxes on Debtors' property located in Maricopa County, Arizona. Interest accrues, or will accrue, at the statutory rate of 16% per year simple, if not timely paid, until paid in full. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

### 2. Objection:

MCT objects to the Motion to the extent that it seeks to prime MCT's tax liens on Debtors' personal property located in Maricopa County, Arizona. Arizona law provides the following.

    a. The personal property tax liens attached on January 1 of the respective tax year and the taxes are not discharged until the taxes and interest are paid in full or title to the property vests in a purchaser of the property for taxes. A.R.S. §§ 42-17153 and 42-19106. Accordingly, the liens for personal property taxes encumbering the property cannot be removed until the personal property taxes

are paid in full.

b. The tax liens are "prior and superior to any other liens of every kind and description regardless of when another lien attached." A.R.S. § 42-17153 and 42-19106.

c. Interest accrues at the statutory rate of 16% per annum until the taxes are paid in full. 11 U.S.C. § 511 and A.R.S. § 42-18053.

WHEREFORE, MCT objects to the Motion to the extent that it seeks to prime any MCT tax liens.

RESPECTFULLY SUBMITTED this 11th day of May, 2023.

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

        BY: /s/ Peter Muthig
        PETER MUTHIG
        Deputy County Attorney
        *Attorney for Maricopa County Treasurer*

ORIGINAL of the foregoing filed by overnight mail this 11th day of May, 2023, with:

Clerk, United States Bankruptcy Court
District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

COPY of the foregoing mailed/e-mailed, this 11th day of May, 2023, to:

Alexandria Nikolinos
Fran B. Steele
U.S. Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5504
Email: alexandria.nikolinos@usdoj.gov
Email: Fran.B.Steele@usdoj.gov

3

```
 1
     Ross Fiedler
 2   Emily E. Geier
     Derek I. Hunter
     Joshua Sussberg
 3   Kirklnd & Ellis LLP
     601 Lexington Avenue
 4   New York, NY 10022
     Email: ross.fiedler@kirkland.com
 5   Email: emily.geier@kirkland.com
     Email: derek.hunter@kirkland.com
 6   Email: joshua.sussberg@kirkland.com
     Attorneys for Debtors

 7
     Charles B. Sterrett
     Richard U.S. Howell, P.C
 8   Casey McGushin
     Kirkland & Ellis
 9   300 North LaSalle Street
     Chicago, IL 60654
     Email: charles.sterrett@kirkland.com
10   Email: Richard.howell@kirkland.com
     Email: casey.mcgushin@kirkland.com
11   Attorneys for Debtors

12   Michael D. Sirota
     Warren A. Usatine
     Felice R. Yudkin
13   Cole Schotz P.C.
     25 Main Street
14   Hackensack, NJ 07601
     Email: msirota@coleschotz.com
15   Email: wusatine@coleschotz.com
     Email: fyudkin@coleschotz.com
16   Attorneys for Debtors

17   _____

18

19

20

21

22

23

24
                                    4
```

[FedEx Express airbill, rotated, tracking number 8083 7155 2119, handwritten shipping label addressed to District of New Jersey bankruptcy court, weight 2 lbs, First Overnight service]