Barbra R. Parlin, Esq.
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Phone: (212) 513-3200
Fax: (212) 385-9010
Email: barbra.parlin@hklaw.com

*Attorneys for ALTO Northpoint, LP*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| In Re: | |
| BED BATH & BEYOND INC., *et al.*, | Chapter 11 |
| | Case No. 23-13359 (VFP) |
| | (Jointly Administered |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF NOTICES AND OTHER DOCUMENTS</u>**

PLEASE TAKE NOTICE that ALTO Northpoint, LP ("**ALTO Northpoint**"), by and through its attorneys, Holland & Knight LLP, hereby enters its appearance in the above captioned case and request under F.R.B.P 9010 (b), F.R.B.P. 2002(g) that all notices be served upon ALTO Northpoint at the addresses indicated below:

Barbra R. Parlin, Esq.
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Phone: (212) 513-3200
Fax:    (212) 385-9010
Email: barbra.parlin@hklaw.com

and

>ALTO Northpoint, LP
>2093 Philadelphia Pike #1971
>Claymont, Delaware 19703
>Email:  dor@alto-inv.com
>　　　　 yissachar@alto-inv.com
>　　　　 nitay@alto-inv.com

PLEASE TAKE FURTHER NOTICE THAT ALTO Northpoint requests under F.R.B.P. 2002(i) that it receive at the above addresses copies of everything filed in these cases, including without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a), F.R.B.P. 2002(b), and F.R.B.P. 2002(f).

Dated: May 12, 2023

>HOLLAND & KNIGHT LLP
>
>By:  /s/ Barbra R. Parlin
>　　　 Barbra R. Parlin, Esq.
>　　　 31 West 52nd Street
>　　　 New York, New York 10019
>　　　 Telephone:  (212) 513-3200
>　　　 Facsimile:  (212) 385-9010