RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:  Peter Muthig
     Deputy County Attorney
     State Bar No. 018526
     MCAO Firm No. 00032000
     E-mail: muthigk@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona  85003
Telephone (602) 506-1923

*Attorneys for Maricopa County Treasurer*

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 MAY 12 A 9:58

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Bed Bath & Beyond Inc., *et al.*,<br><br>Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**[Relates to Docket No. 79]** |

**MARICOPA COUNTY TREASURER'S OBJECTION TO DEBTORS' MOTION FOR ENTRY AN ORDER (I) AUTHORIZING (A) REJECTION OF CERTAIN UNEXPIRED LEASES AND (B) ABANDONMENT OF ANY PERSONAL PROPERTY, EFFECTIVE AS OF THE REJECTION DATE AND (II) GRANTING RELATED RELIEF**

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through its undersigned counsel, hereby objects to the *Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief.* (DE 79) (the "Motion"). **MCT was not provided notice of the Motion or of any final hearing.** MCT does not object to the rejection of the leases *per se*, but objects because Debtors' Motion seeks to abandon personal property free and clear of the MCT tax liens.

**1. MCT's Claims**:

On May 11, 2023, MCT filed a Secured Tax Proof of Claim (the "MCT Claim") in the case of Bed Bath & Beyond Inc. in the estimated amount of $35,478.08 representing the estimated 2023 personal property taxes on Debtors' property located in Maricopa County, Arizona. Interest accrues, or will accrue, at the statutory rate of 16% per year simple, if not timely paid, until paid in full. *See* 11 U.S.C. § 511 and Arizona Revised Statutes ("A.R.S.") § 42-18053.

On May 11, 2023, MCT filed a Secured Tax Proof of Claim (the "MCT Claim") in the case of Buy Buy Baby, Inc. in the estimated amount of $4,947.83 representing the estimated 2023 personal property taxes on Debtors' property located in Maricopa County, Arizona. Interest accrues, or will accrue, at the statutory rate of 16% per year simple, if not timely paid, until paid in full. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

**2. Objection:**

MCT objects to the Motion because it seeks to abandon personal property free and clear of the MCT tax liens. The Bankruptcy Code authorizes the Debtors to abandon the remaining personal property, but does not authorize the abandonment of the remaining personal property free and clear of any tax liens, claims, interests or other encumbrances. The MCT tax liens, claims, interests or encumbrances on the personal property should remain attached to any abandoned personal property until the taxes and interest are paid in full. As set forth above, the personal property tax liens are "prior and superior to any other liens of every kind and description regardless of when another lien attached." A.R.S. § 42-19106 and 42-17153. Further, "[i]t is unlawful for the owner, a lienholder, a conditional vendor or any other person to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." A.R.S. §

2

42-19107. The personal property tax liens on the property to be sold are not discharged until the taxes are paid or the title to the property vests in a purchaser of the property for taxes. A.R.S. § 42-19106 and 42-17153. Accordingly, the liens for personal property taxes encumbering the property cannot be removed until the personal property taxes and interest are paid in full.

WHEREFORE, Maricopa County objects to the Motion unless the order provides that the personal property is not abandoned free and clear of the MCT tax liens and the landlord, or any other creditor, cannot use or dispose of the personal property without liability for payment of the related taxes.

RESPECTFULLY SUBMITTED this 11th day of May, 2023.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: *(signature)*
PETER MUTHIG
Deputy County Attorney
*Attorney for Maricopa County Treasurer*

ORIGINAL of the foregoing filed by overnight mail this 11th day of May, 2023, with:

Clerk, United States Bankruptcy Court
District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

COPY of the foregoing mailed/e-mailed, this 11th day of May, 2023, to:

Alexandria Nikolinos
Fran B. Steele
U.S. Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5504
Email: alexandria.nikolinos@usdoj.gov

| | |
|---|---|
| 1 | Email: Fran.B.Steele@usdoj.gov |
| 2 | Ross Fiedler<br>Emily E. Geier |
| 3 | Derek I. Hunter<br>Joshua Sussberg |
| 4 | Kirklnd & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| 5 | Email: ross.fiedler@kirkland.com<br>Email: emily.geier@kirkland.com |
| 6 | Email: derek.hunter@kirkland.com<br>Email: joshua.sussberg@kirkland.com |
| 7 | *Attorneys for Debtors* |
| 8 | Charles B. Sterrett<br>Richard U.S. Howell, P.C<br>Casey McGushin |
| 9 | Kirkland & Ellis<br>300 North LaSalle Street |
| 10 | Chicago, IL 60654<br>Email: charles.sterrett@kirkland.com<br>Email: Richard.howell@kirkland.com |
| 11 | Email: casey.mcgushin@kirkland.com<br>*Attorneys for Debtors* |
| 12 | |
| 13 | Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin |
| 14 | Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07601 |
| 15 | Email: msirota@coleschotz.com<br>Email: wusatine@coleschotz.com |
| 16 | Email: fyudkin@coleschotz.com<br>*Attorneys for Debtors* |
| 17 | _____ |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |


