| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP<br>Alec P. Ostrow, Esq. (*pro hac vice* admission requested)<br>Walter E. Swearingen, Esq.<br>299 Avenue, 16th Floor<br>New York, NY  10171<br>Phone: (212) 888-3033<br>aostrow@beckerglynn.com<br>wswearingen@beckerglynn.com<br><br>*Attorneys for TF Cornerstone Inc. and 200-220 West 26 LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>                      Debtors. | Case No.:  23-13359 (VFP)<br><br>Chapter:  11<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION OF
## ALEC P. OSTROW *PRO HAC VICE*

      Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), TF Cornerstone Inc. and 200-220 West 26 LLC, by and through the undersigned counsel, respectfully moves this Court for entry of an Order granting Alec P. Ostrow permission to appear pro hac vice as counsel on behalf of TF Cornerstone Inc. and 200-220 West 26 LLC in the above-captioned case and all matters arising therein or related thereto.

      This application is supported by the Declaration of Alec P. Ostrow, which complies with Local Rule 9010-1(b).

      Pursuant to Local Rule 9013-1(a)(3), a memorandum is not necessary for the application because the application involves no issue of law.

1

Unless requested by other parties, no oral argument is requested.

A proposed form of order is submitted herewith.

WHEREFORE, TF Cornerstone Inc. and 200-220 West 26 LLC respectfully request that the Court grant this Application, enter the proposed Order submitted herewith, and grant of TF Cornerstone Inc. and 200-220 West 26 LLC such other and further relief as is just.

Dated:  May 15, 2023

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

        By:  s/Walter E. Swearingen
        Walter E. Swearingen
        299 Avenue, 16th Floor
        New York, NY  10171
        Phone: (212) 888-3033
        wswearingen@beckerglynn.com
        aostrow@beckerglynn.com

        *Attorneys for TF Cornerstone Inc. and 200-220 West 26 LLC*