|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP<br>Alec P. Ostrow, Esq. (*pro hac vice* admission requested)<br>Walter E. Swearingen, Esq.<br>299 Avenue, 16th Floor<br>New York, NY  10171<br>Phone: (212) 888-3033<br>aostrow@beckerglynn.com<br>wswearingen@beckerglynn.com<br><br>*Attorneys for TF Cornerstone Inc. and 200-220 West 26 LLC* |

| In re: | Case No.:  23-13359 (VFP) |
|---|---|
| BED BATH & BEYOND INC., *et al.*, | Chapter:  11 |
| Debtors. | (Jointly Administered) |

## DECLARATION OF ALEC P. OSTROW

ALEC P. OSTROW hereby declares under penalty of perjury as follows:

1. I am a member of Becker, Glynn, Muffly, Chassin & Hosinski LLP, attorneys for TF Cornerstone Inc. and 200-220 West 26 LLC in the above-captioned proceeding. I submit this Declaration in support of their application for my admission *pro hac vice* pursuant to Local Rule 9010-1.

2. I am a member in good standing of the bar of the courts of the State of New York.  I was admitted to the bar in 1981.  The roll of the members of the bar is maintained by the Clerk of the Court, Supreme Court of the State of New York, Appellate Division, First Department, 27 Madison Avenue, New York, New York 10010.

3. In addition, I am admitted to practice before the following courts:

   U.S. District Court for the Northern District of New York

1

      U.S. District Court for the Southern District of New York

      U.S. District Court for the Eastern District of New York

      U.S. District Court for the Western District of New York

      U.S. District Court for the District of Connecticut

      U.S. Court of Appeals for the Second Circuit

   4.  TF Cornerstone Inc. and 200-220 West 26 LLC have requested that I represent them in this proceeding.

   5.  No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

   6.  If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing verification is true and correct. Executed in New York, New York on May 15, 2023.

               _s/Alec P. Ostrow_____
               Alec P. Ostrow