# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS, LLC.**<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Phone: (973) 533-0777<br>Fax: (973) 533-1112<br>DANIEL M. STOLZ, ESQ.<br>GREGORY S. KINOIAN, ESQ.<br>*Counsel for the Ad Hoc Committee of Bondholders*<br><br>Andrew K. Glenn (*pro hac vice* pending)<br>Kurt Mayr (*pro hac vice* pending)<br>Shai Schmidt (*pro hac vice* pending)<br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>aglenn@glennagre.com<br>kmayr@glennagre.com<br>sschmidt@glennagre.com<br>*Counsel for the Ad Hoc Committee of Bondholders* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>Debtors. | Case No.:   23-13359 VFP<br>Chapter:     11<br>Judge:       Hon. Vincent F. Papalia |

## CERTIFICATION OF NAZNEN RAHMAN

I, Naznen Rahman, Esq., hereby certify as follows:

1. I am an Associate of the law firm of Glenn Agre Bergman & Fuentes LLP, proposed co-counsel to the Ad Hoc Committee of Bondholders. My office is located at 1185 Avenue of the Americas, 22nd Floor, New York, New York 10036. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 2021. I am admitted to practice before the following courts:

   - United States District Court for the Southern District of New York

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 12, 2023

/s/ Naznen Rahman_____
Naznen Rahman

Email: nrahman@glennagre.com

*Counsel for the Ad Hoc Committee of Bondholders*