# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GENOVA BURNS, LLC.**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 533-0777
Fax: (973) 533-1112
DANIEL M. STOLZ, ESQ.
GREGORY S. KINOIAN, ESQ.
*Counsel for the Ad Hoc Committee of Bondholders*

Andrew K. Glenn (*pro hac vice* pending)
Kurt Mayr (*pro hac vice* pending)
Shai Schmidt (*pro hac vice* pending)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
*Counsel for the Ad Hoc Committee of Bondholders*

---

In re:

BED BATH & BEYOND INC., *et al.,*

Debtors.[1]

Case No.:     23-13359 VFP

Chapter:      11

Judge:        Hon. Vincent F. Papalia

---

[1] 1 The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

## APPLICATION FOR AN ORDER FOR ADMISSION
## *PRO HAC VICE* OF RICHARD C. RAMIREZ

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Richard C. Ramirez of the law firm of Glenn Agre Bergman & Fuentes LLP, to represent the Ad Hoc Committee of Bondholders in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Richard C. Ramirez, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date: May 12, 2023

/s/ Daniel M. Stolz           .
Daniel M. Stolz
GENOVA BURNS
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Fax: (973) 533-1112
Email: DStolz@genovaburns.com

*Counsel for the Ad Hoc Committee of Bondholders*