COHEN SEGLIAS PALLAS
GREENHALL & FURMAN PC
William R. Firth, III, Esq.
One Newark Center

1085 Raymond Boulevard, 21st Floor
Newark, NJ 07102
Telephone:  973-474-5003
Email:  wfirth@cohenseglias.com

COHEN SEGLIAS PALLAS
GREENHALL & FURMAN PC Evan
W. Rassman, Esq.
500 Delaware Avenue, Suite 730
Wilmington, DE 19801 Telephone:
302-425-5089
Email:  erassman@cohenseglias.com

*Counsel to The Chen Liu and
Shu Fen Lie Revocable Trust
And DT-SGW, LLC*



**Order Filed on May 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors. | (Joint Administration Requested) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF EVAN W. RASSMAN, ESQUIRE

The relief set forth on the following pages 2-3 is hereby ORDERED.

**DATED: May 12, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtors:              Bed Bath & Beyond Inc., *et al*.
Case No.:             23-13359 (VFP)
Caption of Order:     Order Granting Admission *Pro Hac Vice* of Evan W. Rassman, Esq.

**THIS MATTER** having been brought before the Court on Application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant and certification of out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED**, that Evan W. Rassman, Esq., of the law firm of Cohen Seglias Pallas Greenhall & Furman, PC (the "Admittee"), shall be permitted to appear *pro hac vice* in the above-captioned case and any related adversary proceeding; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearance for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED**, that the Admittee shall arrange with the New Jersey Lawyers' Fund for Client Protection (the "Fund") for payment of the annual fee, for this year and for each year during each Admittee's involvement in this case, in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED**, that the Admittee shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

8376612.1 57138-0002

(Page 3)

Debtors:                    Bed Bath & Beyond Inc., *et al*.
Case No.:                   23-13359 (VFP)
Caption of Order:           Order Granting Admission *Pro Hac Vice* of Evan W. Rassman, Esq.

**ORDERED**, that the $150.00 fee required by D.N.J. L.Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court:  United States Bankruptcy Court, District of New Jersey, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, *Attention:  Pro Hac Vice Admission*; and it is further

**ORDERED**, that the Clerk shall forward a copy of this Order to the Fund within five (5) days of its date of entry.