| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> David L. Bruck, Esq. <br> Greenbaum, Rowe, Smith & Davis LLP <br> Metro Corporate Campus One <br> P.O. Box 5600 <br> Woodbridge, New Jersey 07095 <br> dbruck@greenbaumlaw.com <br> (732) 476-2442 <br><br> Attorneys for Triple B Mission Viejo LLC | |
| In re: <br><br> **BED BATH & BEYOND INC., et al.,** <br><br> Debtors. | Chapter 11 Proceeding <br><br> **Case No.: 23-13359 (VFP)** <br><br> (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANRUPTCY RULES 9010 AND 2002**

**NOTICE IS HEREBY GIVEN**, pursuant to §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that David L. Bruck, Esquire of Greenbaum, Rowe, Smith & Davis LLP hereby appears on behalf of Triple B Mission Viejo LLC (successor to The 1031 National Exchange Corporation) in the above-captioned Chapter 11 cases.

**NOTICE IS FURTHER GIVEN** that Greenbaum, Rowe, Smith & Davis LLP requests that all notices given or required to be given in the above-captioned case be served upon the following:

> **GREENBAUM, ROWE, SMITH & DAVIS LLP**
> 99 Wood Avenue South
> Iselin, New Jersey 08830
> Attention:  David L. Bruck, Esq.
> Telephone:  (732) 476-2442
> Telecopy:   (732) 549-1881
> Email: dbruck@greenbaumlaw.com

7700188.1

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rule 2002, but also incudes, without limitation, orders and notices of any application, motion petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telex or otherwise, that affect the above-captioned debtors or debtors-in-position or the property of such debtors or the debtors' cases.

                                              **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                              Counsel for Triple B Mission Viejo LLC (successor to the 1031 National Exchange Corporation)

                                              By:*/s/ David L. Bruck*

Date: May 15, 2023                          David L. Bruck, Esq.

7700188.1