UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption In Compliance with D.N.J. LBR 9004-1**

Mark C. Errico, Esq.
Squire Patton Boggs (US) LLP
382 Springfield Ave., Suite 300
Summit, NJ 07901
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

Mark A. Salzberg, Esq. (admitted *pro hac vice*)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: mark.salzberg@squirepb.com

*Counsel for Blue Yonder, Inc.*

*In re*:

Bed Bath & Beyond Inc., et al.,[1]

    Debtor.

Case No. 23-13359 (VFP)

Chapter 11 (Jointly Administered)

Judge Vincent F. Papalia

**APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF
MARK A. SALZBERG**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the

District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Mark A. Salzberg of the law firm of Squire Patton Boggs (US) LLP, to represent Blue Yonder, Inc. in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Mark A. Salzberg, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that Mr. Salzberg is admitted, practicing, and a member in good standing with the Bars of the District of Columbia and the State of Florida.

Dated:  May 15, 2023                                                SQUIRE PATTON BOGGS (US) LLP


*/s/ Mark C. Errico*
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07901
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

*Counsel to Blue Yonder, Inc.*