| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption In Compliance with D.N.J. LBR 9004-1**<br><br>Mark C. Errico, Esq.<br>Squire Patton Boggs (US) LLP<br>382 Springfield Ave., Suite 300<br>Summit, NJ 07901<br>Telephone: (973) 848-5600<br>Facsimile: (973) 848-5601<br>Email: mark.errico@squirepb.com<br><br>Mark A. Salzberg, Esq. (admitted *pro hac vice*)<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>Telephone: (202) 457-6000<br>Facsimile: (202) 457-6315<br>Email: mark.salzberg@squirepb.com<br><br>*Counsel for Blue Yonder, Inc.* |

| | |
|---|---|
| *In re*:<br><br>Bed Bath & Beyond Inc., et al., [1]<br><br>    Debtor. | Case No. 23-13359 (VFP)<br><br>Chapter 11 (Jointly Administered)<br><br>Judge Vincent F. Papalia |

**CERTIFICATION OF MARK A. SALZBERG**

I, Mark A. Salzberg, Esq., hereby certify as follows:

    1.    I am a Partner of the law firm of Squire Patton Boggs (US) LLP, counsel to Blue Yonder, Inc. My office is located at 2550 M Street, NW, Washington, DC 20037. I make this

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

    2.    I admitted to practice before and am in good standing with the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the District of Columbia, the United States District Court for the District of Columbia, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, and the United States Supreme Court.

    3.    I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

    4.    No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

    5.    I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

    6.    I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

May 15, 2023                                                 *s/ Mark A. Salzberg*
                                                                   MARK A. SALZBERG