| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption In Compliance with D.N.J. LBR 9004-1**<br><br>Mark C. Errico, Esq.<br>Squire Patton Boggs (US) LLP<br>382 Springfield Ave., Suite 300<br>Summit, NJ 07901<br>Telephone: (973) 848-5600<br>Facsimile: (973) 848-5601<br>Email: mark.errico@squirepb.com<br><br>Mark A. Salzberg, Esq. (*pro hac vice pending*)<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>Telephone: (202) 457-6000<br>Facsimile: (202) 457-6315<br>Email: mark.salzberg@squirepb.com<br><br>*Counsel for Blue Yonder, Inc.* |

| | |
|---|---|
| *In re*:<br><br>Bed Bath & Beyond Inc., et al., [1]<br><br>     Debtor. | Case No. 23-13359 (VFP)<br><br>Chapter 11 (Jointly Administered)<br><br>Judge Vincent F. Papalia |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS PURSUANT TO §§ 102(1) AND 342 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010 WITH RESPECT TO BLUE YONDER, INC.**

**PLEASE TAKE NOTICE** that Squire Patton Boggs (US) LLP hereby appears in the

above-captioned case (the "Chapter 11 Cases") pursuant to 11 U.S.C. §§ 102(1) and 342 and Rules

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for and on behalf of Blue Yonder, Inc. ("Blue Yonder"), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017(a), 4001, 6006(c), 9007, 9010 and 9013, and 11 U.S.C.§§ 102(1) and 342, that all notices given or required to be given in the Chapter 11 Cases and copies of all papers or pleadings served or required to be served in the Chapter 11 Cases be given to and served upon the undersigned at the following addresses:

Mark C. Errico, Esq.
Squire Patton Boggs (US) LLP
382 Springfield Ave., Suite 300
Summit, NJ 07901
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

Mark A. Salzberg, Esq. (*pro hac vice pending*)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: mark.salzberg@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules and the Local Bankruptcy Rules for this District, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, schedule, plan, disclosure statement, request, complaint, demand, answer, reply, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, electronic mail, overnight courier, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtors (the "Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed a waiver of Blue Yonder's rights (i) to have final orders in

noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) to have the District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, defenses setoffs or recoupments, under agreements, in law or in equity, or otherwise, to which Blue Yonder is or may be entitled, all of which rights, claims, actions, defenses, setoffs and recoupments Blue Yonder expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of Blue Yonder for such purpose.

Dated:  May 15, 2023                                  SQUIRE PATTON BOGGS (US) LLP

*/s/ Mark C. Errico*
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07901
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

Mark A. Salzberg, Esq. (*pro hac vice pending*)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: mark.salzberg@squirepb.com

*Counsel to Blue Yonder, Inc.*