| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **BETANCOURT, GRECO & EVANS LLC**<br>John Greco, Esq.<br>151 Bodman Place - Suite 200<br>Red Bank, New Jersey 07701<br>Telephone:  732-530-4646<br>E-mail: jgreco@bge-law.com<br><br>*Counsel for Evergreen Shipping Agency<br>(America) Corporation* |
| In re:<br><br>Bed Bath & Beyond, Inc. *et al.*,<br><br>Debtors.[1] |

Case No.:     23-13359 (VFP)

Chapter 11

Joint Administration Requested

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Fed. R. Bank. P. 9010(b) the below counsel enters an appearance in this case on behalf of Evergreen Shipping Agency (America) Corporation and its affiliates, a creditor and party-in-interest in the above captioned bankruptcy case.  Request is made that the documents filed in this case and identified below be served on the undersigned counsel at the following address:

> John Greco
> Betancourt, Greco & Evans LLC
> 151 Bodman Place - Suite 200
> Red Bank, NJ 07701
> Tel: 732-530-4646   -   Fax: 732-530-9536
> E-mail: jgreco@bge-law.com

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained o nthe website of the Dentors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

DOCUMENTS:

<u>  x  </u>   All notices entered pursuant to Fed. R. Bank. P. 2002.

<u>  x  </u>   All documents and pleadings of any nature.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as a waiver of Evergreen's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding to which such right exists herein or in any case, controversy or proceeding related thereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or venue in an related proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Evergreen is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: May 15, 2023
Red Bank, New Jersey

BETANCOURT, GRECO & EVANS LLC
Attorneys for Evergreen Shipping Agency
 (America) Corporation

　　　　/s/ John Greco
By:    John Greco (JG-8586)
151 Bodman Place - Suite 201
Red Bank, New Jersey 07701
Telephone: 732-530-4646
Telefax: 732-530-9536
E-mail: jgreco@bge-law.com