Faye C. Rasch
Wenokur Riordan PLLC
600 Stewart Street, Suite 1300
Seattle, WA 98101
Phone: (646) 279-9627
Email: faye@wrlawgroup.com

*Attorneys for Stratford Hall, Inc.*

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF NEW JERSEY*

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

BED BATH & BEYOND INC., *et al.*,　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　　Case No. 23-13359 (VFP)
　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

　　　　　　　　　　　　Debtors.

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Stratford Hall, Inc. ("**Stratford Hall**"), by and through its attorneys, Wenokur Riordan PLLC, hereby enters its appearance in the above captioned case and request under F.R.B.P 9010 (b), F.R.B.P. 2002(g) that all notices be served upon Stratford at the addresses indicated below:

　　　　　　　　Faye C. Rasch
　　　　　　　　Wenokur Riordan PLLC
　　　　　　　　600 Stewart Street, Suite 1300
　　　　　　　　Seattle, WA 98101
　　　　　　　　Email: faye@wrlawgroup.com

PLEASE TAKE FURTHER NOTICE THAT Stratford Hall requests under F.R.B.P. 2002(i) that it receive at the above addresses copies of everything filed in these cases, including without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a), F.R.B.P. 2002(b), and F.R.B.P. 2002(f).

Dated: May 15, 2023

                                        Wenokur Riordan PLLC

                                        By:    /s/ Faye C. Rasch
                                                   Faye C. Rasch
                                                   600 Stewart St, Suite 1300
                                                   Seattle, WA 98101
                                                   Telephone: (646) 279-9627