**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 3, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 List attached hereto as **Exhibit A**:

- Signature Page of Declaration of David Braun in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreements, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No.186]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: May 10, 2023

                                              */s/ Amy Castillo*
                                              Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 10, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 69404

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COURT-APPOINTED MONITOR | ALVAREZ & MARSAL CANADA INC. | ATTN: AL HUTCHENS, RYAN GRUNEIR, NATE FENNEMA & CONNOR GOOD<br>200 BAY STREET<br>TORONTO ON M5J 2J1 CANADA | AHUTCHENS@ALVAREZANDMARSAL.COM<br>RGRUNEIR@ALVAREZANDMARSAL.COM<br>NFENNEMA@ALVAREZANDMARSAL.COM<br>CGOOD@ALVAREZANDMARSAL.COM | Email |
| MONITOR TO THE CCAA PROCEEDING AND COUNSEL | ALVAREZ & MARSAL LLP | ATTN: AL HUTCHENS<br>SOUTH TOWER 200 BAY STREET<br>SUITE 2900 P.O. BOX 22<br>TORONTO ON M5J 2J1 CANADA | AHUTCHENS@ALVAREZANDMARSAL.COM | Email |
| COUNSEL TO AIRPORT PLAZA, LLC, C T CENTER S.C., LP, CFH REALTY III/SUNSET VALLEY, L.P., CHICO CROSSROADS, L.P., CONROE MARKETPLACE S.C., L.P., FLAGLER S.C., LLC, FRANKLIN PARK S.C., LLC, KIMCO REALTY OP, LLC, KIMCO RIVERVIEW, LLC, KIR BRANDON 011, LLC, KIR BRIDGEWATER 573, LLC, KIR MONTGOMERY 049, LLC, KIR PASADENA II L.P., KIR SONCY L.P., KIR TUKWILA L.P., KSI CARY 483, LLC, MOORESVILLE CROSSING, LP, PL DULLES LLC, PRICE/BAYBROOK LTD., REDFIELD PROMENADE, LP, TALISMAN TOWSON LIMITED PARTNERSHIP, WEINGARTEN NOSTAT, LLC, WRI MUELLER, LLC, WRI/RALEIGH L.P., AND WRI-URS SOUTH HILL, LLC (COLLECTIVELY, THE "KIMCO LANDLORDS") | ARENTFOX SCHIFF LLP | ATTN: BRETT D. GOODMAN, ESQ.<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 | BRETT.GOODMAN@AFSLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | ARTSANA USA INC | ATTN: STEVE RUBIN<br>1826 WILLIAM PENN WAY<br>LANCASTER PA 17601 | STEVE.RUBIN@ARTSANA.COM | Email |
| COUNSEL TO RETAILMENOT, INC. | ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & DON A. BESKRONE<br>500 DELAWARE AVENUE<br>8TH FLOOR<br>WILMINGTON DE 19801 | GTAYLOR@ASHBYGEDDES.COM<br>DBESKRONE@ASHBYGEDDES.COM | Email |
| COUNSEL TO RETAILMENOT, INC. | ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & DON A. BESKRONE<br>P.O. BOX 1150<br>WILMINGTON DE 19801 | GTAYLOR@ASHBYGEDDES.COM<br>DBESKRONE@ASHBYGEDDES.COM | Email |
| COUNSEL TO BRIXMOR OPERATING PARTNERSHIP LP. | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, ESQ. & LAUREL D. ROGLEN, ESQ.<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON DE 19801-3034 | HEILMANL@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM | Email |
| INDENTURE TRUSTEE TO THE DEBTORS' SENIOR UNSECURED NOTES | BANK OF NEW YORK MELLON | ATTN: CORPORATE TRUST UNIT<br>101 BARCLAY STREET<br>NEW YORK NY 10286 | | First Class Mail |
| INDENTURE TRUSTEE TO THE DEBTORS' SENIOR UNSECURED NOTES | BANK OF NEW YORK MELLON | ATTN: PRESIDENT OR GENERAL COUNSEL<br>240 GREENWICH STREET<br>NEW YORK NY 10286 | | First Class Mail |
| STATE OF NEW JERSEY ATTORNEY GENERAL | BANKRUPTCY DEPARTMENT | ATTN: RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | BANKRUPTCY DEPARTMENT | ATTN: RJ HUGHES JUSTICE COMPLEX<br>P.O. BOX 080<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN, ESQ.<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | KNEWMAN@BARCLAYDAMON.COM | Email |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND, ESQ.<br>545 LONG WHARF DRIVE<br>NINTH FLOOR<br>NEW HAVEN CT 06511 | NFERLAND@BARCLAYDAMON.COM | Email |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | ATTN: SCOTT L. FLEISCHER<br>1270 AVENUE OF THE AMERICAS<br>SUITE 501<br>NEW YORK NY 10020 | SFLEISCHER@BARCLAYDAMON.COM | Email |
| COUNSEL TO MASTIC ASSOCIATES OF NEW YORK LLC | BELKIN BURDEN GOLDMAN, LLP | ATTN: JAY B. SOLOMON, ESQ.<br>60 EAST 42ND STREET, 16TH FLOOR<br>NEW YORK NY 10165 | JSOLOMON@BBGLLP.COM | Email |
| MONITOR TO THE CCAA PROCEEDING AND COUNSEL | BENNETT JONES FIRM | ATTN: MIKE SHAKRA, JOSH FOSTER<br>3400 ONE FIRST CANADIAN PLACE<br>P.O. BOX 130<br>TORONTO ON M5X 1A4 CANADA | SHAKRAM@BENNETTJONES.COM<br>FOSTERJ@BENNETTJONES.COM | Email |
| COUNSEL TO COURT-APPOINTED MONITOR | BENNETT JONES LP | ATTN: KEVIN ZYCH, SEAN ZWEIG, MICHAEL SHAKRA & JOSHUA FOSTER<br>3400 ONE FIRST CANADIAN PLACE<br>P.O. BOX 130<br>TORONTO ON M5X 1A4 CANADA | ZYCHK@BENNETTJONES.COM<br>ZWEIGS@BENNETTJONES.COM<br>SHAKRAM@BENNETTJONES.COM<br>FOSTERJ@BENNETTJONES.COM | Email |
| COUNSEL TO DUQUESNE LIGHT COMPANY | BERNSTEIN-BURKLEY, P.C. | ATTN: KERI P. EBECK<br>601 GRANT STREET, 9TH FLOOR<br>PITTSBURGH PA 15219 | KEBECK@BERNSTEINLAW.COM | Email |
| ATTORNEY FOR HUNTINGTON OAKS DELAWARE PARTNERS, LLC | BEWLEY, LASSLEBEN & MILLER, LLP | ATTN: ERNIE ZACHARY PARK<br>13215 E. PENN ST.<br>SUITE 510<br>WHITTIER CA 90602 | ERNIE.PARK@BEWLEYLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | BLUE YONDER INC | ATTN: DEBORAH COLEY, JONATHAN AMPHLETT, PREETI IYER<br>15059 N SCOTTSDALE RD<br>SCOTTSDALE AZ 85254 | DEBORAH.COLEY@BLUEYONDER.COM<br>JONATHAN.AMPHLETT@BLUEYONDER.COM<br>PREETI.IYER@BLUEYONDER.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | BNY MELLON | ATTN: CLAYTON COLQUITT<br>500 ROSS ST 12TH FLOOR<br>PITTSBURGH PA 15262 | CLAYTON.COLQUITT@BNYMELLON.COM | Email |
| TOP 30 UNSECURED CREDITOR | BRIDGETREE LLC | ATTN: MICHELE BOVE<br>133 NORTH MAIN STREET<br>MOORESVILLE NC 28115 | MBOVE@BRIDGETREE.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO COMENITY CAPITAL BANK | BURR & FORMAN LLP | ATTN: KRISTEN P. WATSON, ESQ.<br>420 N. 20TH STREET, 3400<br>BIRMINGHAM AL 35203 | KWATSON@BURR.COM | Email |
| COUNSEL TO OAKLAND COUNTY TREASURER | CALHOUN & DI PONIO, PLC | ATTN: KEVIN C. CALHOUN<br>29828 TELEGRAPH ROAD<br>SOUTHFIELD MI 48034-1338 | KEVIN@LAWYERMICH.COM | Email |
| COUNSEL TO ARC INTERNATIONAL NORTH AMERICA, LLC | CAPEHART & SCATCHARD, P.A. | ATTN: WILLIAM G. WRIGHT, ESQ.<br>8000 MIDLANTIC DRIVE<br>SUITE 300 S<br>MT. LAUREL NJ 08054 | WWRIGHT@CAPEHART.COM | Email |
| COUNSEL TO THE BANK OF NEW YORK MELLON, AS TRUSTEE | CARTER LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN<br>28 LIBERTY STREET<br>41ST FLOOR<br>NEW YORK NY 10005 | BANKRUPTCY@CLM.COM | Email |
| COUNSEL TO SEROTA ISLIP, NC LLC | CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, ESQ.<br>90 MERRICK AVENUE<br>EAST MEADOW NY 11554 | JMAYALL@CERTILMANBALIN.COM | Email |
| COUNSEL TO 3600 LONG BEACH ROAD, LLC | CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, ESQ.<br>90 MERRICK AVENUE<br>EAST MEADOW NY 11554 | JMAYALL@CERTILMANBALIN.COM | Email |
| COUNSEL TO RICHARDS CLEARVIEW, LLC | CHAFFE MCCALL, LLP | ATTN: FERNAND L. LAUDUMIEY, IV<br>2300 ENERGY CENTRE<br>1100 POYDRAS STREET<br>NEW ORLEANS LA 70163-2300 | LAUDUMIEY@CHAFFE.COM | Email |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: BRIAN KANTAR, ESQ.<br>105 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | BKANTAR@CSGLAW.COM | Email |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, BRIAN KANTAR<br>105 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | BKANTAR@CSGLAW.COM<br>SZUBER@CSGLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | CITRUS AD INTERNATIONAL INC | ATTN: STEPHANIE RICHMOND<br>P.O. BOX 7410138<br>CHICAGO IL 60674 | STEPHANIE.RICHMOND@CITRUSAD.COM | Email |
| COUNSEL TO DT-SGW, LLC | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: EVAN W. RASSMAN, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 730<br>WILMINGTON DE 19801 | ERASSMAN@COHENSEGLIAS.COM | Email |
| COUNSEL TO CHEN LIU AND SHU FEN LIE REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: EVAN W. RASSMAN, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 730<br>WILMINGTON DE 19801 | ERASSMAN@COHENSEGLIAS.COM | Email |
| COUNSEL TO DT-SGW, LLC | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: WILLIAM R. FIRTH, III, ESQ.<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, 21ST FLOOR<br>NEWARK NJ 07102 | WFIRTH@COHENSEGLIAS.COM | Email |
| COUNSEL TO CHEN LIU AND SHU FEN LIE REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: WILLIAM R. FIRTH, III, ESQ.<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, 21ST FLOOR<br>NEWARK NJ 07102 | WFIRTH@COHENSEGLIAS.COM | Email |
| COUNSEL TO THE DEBTORS | COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, & FELICE R. YUDKIN<br>COURT PLAZA NORTH<br>25 MAIN STREET<br>HACKENSACK NJ 7601 | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM | Email |
| TOP 30 UNSECURED CREDITOR | COMMISSION JUNCTION INC | ATTN: SOPHIE RAMOS<br>530 E. MONTECITO STREET #106<br>SANTA BARBARA CA 93103 | CJAR@CJ.COM | Email |
| COMMONWEALTH OF PUERTO RICO | COMMONWEALTH OF PUERTO RICO | ATTENTION BANKRUPTCY DEPT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | | First Class Mail |
| COUNSEL TO RXR 620 MASTER LESSEE LLC | CYRULI, SHANKS & ZIZMOR, LLP | ATTN: EDMOND P. O'BRIEN<br>420 LEXINGTON AVENUE<br>SUITE 2320<br>NEW YORK NY 10170 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO JPMORGAN CHASE BANK N.A. | DAVIS POLK & WARDWELL, LLC | ATTN: MARSHAL S. HUEBNER, ESQ. & ADAM L. SHPEEN, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | MASHALL.HUEBNER@DAVISPOLK.COM<br>ADAM.SHPEEN@DAVISPOLK.COM | Email |
| COUNSEL TO THE PREPETITION ABL AGENT | DAVIS POLK & WARDWELL, LLP | ATTN: MARSHALL HUEBNER, NATASHA TSIOURIS, ADAM SHPEEN, & MICHAEL PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | MARSHALL.HUEBNER@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>ADAM.SHPEEN@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM | Email |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | ATTN: MORRIS S. BAUER & SOMMER L. ROSS, ESQ.<br>ONE RIVERFRONT PLAZA<br>1037 RAYMOND BLVD., SUITE 1800<br>NEWARK NJ 07102 | MSBAUER@DUANEMORRIS.COM<br>SLROSS@DUANEMORRIS.COM | Email |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | ATTN: SOMMER L. ROSS<br>1940 ROUTE 70 EAST<br>SUITE 100<br>CHERRY HILL NJ 08003-2171 | SLROSS@DUANEMORRIS.COM | Email |
| TOP 30 UNSECURED CREDITOR | F 3 METALWORX INC | ATTN: LORENA UNTALAN<br>12069 EAST MAIN ROAD<br>NORTH EAST PA 16428 | LUNTALAN@F3METALWORX.COM | Email |
| TOP 30 UNSECURED CREDITOR | FACEBOOK, INC. | ATTN: MARVIN ROBLES<br>15161 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | IDOAN@FACEBOOK.COM | Email |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: BRIAN P. MORGAN<br>1177 AVENUE OF THE AMERICAS<br>41ST FLOOR<br>NEW YORK NY 10036 | BRIAN.MORGAN@FAEGREDRINKER.COM | Email |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: FRANK F. VELOCCI<br>600 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | FRANK.VELOCCI@FAEGREDRINKER.COM | Email |
| TOP 30 UNSECURED CREDITOR | FEDERAL HEATH SIGN COMPANY LLC | ATTN: SUSAN ALDRIDGE<br>P.O. BOX 678203<br>TAMPA FL 33626 | SALDRIDGE@FEDERALHEATH.COM | Email |
| TOP 30 UNSECURED CREDITOR | FEDEX | ATTN: GREGORY DI SESSA<br>P.O. BOX 371461<br>PITTSBURGH PA 15250 | GJDISESSA@FEDEX.COM | Email |
| COUNSEL TO FEDERAL SERVICE SOLUTIONS | FLEISCHER, FLEISCHER & SUGLIA, P.C. | ATTN: JACLYN SCARDUZIO DOPKE, ESQ.<br>FOUR GREEN TREE CENTRE<br>601 ROUTE 73 N., SUITE 305<br>MARLTON NJ 08053 | JDOPKE@FLEISCHERLAW.COM | Email |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | ATTN: JORDAN S. BLASK<br>501 GRANT STREET<br>SUITE 800<br>PITTSBURGH PA 15219 | JBLASK@FBTLAW.COM | Email |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | ATTN: RONALD E. GOLD<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | RGOLD@FBTLAW.COM | Email |
| COUNSEL TO HCL TEXAS AVENUE, LLC | FUQUA & ASSOCIATES, P.C. | ATTN: RICHARD L. FUQUA<br>8558 KATY FREEWAY<br>SUITE 119<br>HOUSTON TX 77024 | FUQUA@FUQUALEGAL.COM | Email |
| ATTORNEYS FOR CREDITOR AND PARTY IN INTEREST PTC TX HOLDINGS, LLC | FUQUA & ASSOCIATES, P.C. | ATTN: RICHARD L. FUQUA<br>8558 KATY FREEWAY<br>SUITE 119<br>HOUSTON TX 77024 | FUQUA@FUQUALEGAL.COM | Email |
| COUNSEL TO SERITAGE SRC FINANCE LLC | GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT, MICHAEL BUSENKELL, ESQ., AMY D. BROWN, ESQ.<br>1201 NORTH ORANGE STREET<br>SUITE 300<br>WILMINGTON DE 19801 | RGELLERT@GSBBLAW.COM<br>MBUSENKELL@GSBBLAW.COM<br>ABROWN@GSBBLAW.COM | Email |
| COUNSEL TO AD HOC COMMITTEE OF BONDHOLDERS | GENOVA BURNS, LLC | ATTN: DANIEL M. STOLZ, ESQ., GREGORY S. KINOIAN<br>110 ALLEN ROAD<br>SUITE 304<br>BASKING RIDGE NJ 07920 | DSTOLZ@GENOVABURNS.COM<br>GKINOIAN@GENOVABURNS.COM | Email |
| COUNSEL TO SHARKNINJA OPERATING LLC | GOODWIN PROCTER LLP | ATTN: KIZZY L. JARASHOW, MEREDITH L. MITNICK<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018-1405 | KJARASHOW@GOODWINLAW.COM<br>MMITNICK@GOODWINLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | GRANITE TELECOMMUNICATIONS LLC | ATTN: LISA BURTON<br>P.O. BOX 983119<br>BOSTON MA 02298 | LMARIEBURTON@GRANITENET.COM | Email |
| COUNSEL TO JPMORGAN CHASE BANK N.A. | GREENBERG TRAURIG, LLP | ATTN: ALAN J. BRODY, ESQ.<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | BRODYA@GTLAW.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | ATTN: NANCY A. PETERMAN, ESQ.<br>77 WEST WACKER DRIVE<br>SUITE 3100<br>CHICAGO IL 60601 | PETERMANN@GTLAW.COM | Email |
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | ATTN: PAUL SCHAFHAUSER, ESQ.<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | PAUL.SCHAFHAUSER@GTLAW.COM | Email |
| COUNSEL TO CITY OF MESQUITE ("SECURED CREDITORS") | GRIMES & LINEBARGER, LLP | ATTN: JOHN K. TURNER<br>120 W. MAIN, SUITE 201<br>MESQUITE TX 75149 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO NPP DEVELOPMENT LLC | HINCKLEY, ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN, ESQ.<br>28 STATE STREET<br>BOSTON MA 02109 | JDORAN@HINCKLEYALLEN.COM | Email |
| COUNSEL TO THE BRINK'S COMPANY, INCLUDING BUT NOT LIMITED TO, BRINK'S, INC., BRINK'S CAPITAL, AND ALL OTHER DIVISIONS, SUBSIDIARIES, AND RELATED ENTITIES ("BRINK'S") | HIRSCHLER FLEISCHER, P.C. | ATTN: ROBERT S. WESTERMANN, ESQ. & BRITTANY B. FALABELLA, ESQ.<br>2100 EAST CARY STREET<br>RICHMOND VA 23223 | RWESTERMANN@HIRSCHLERLAW.COM<br>BFALABELLA@HIRSCHLERLAW.COM | Email |
| COUNSEL TO CBL & ASSOCIATES MANAGEMENT, INC. | HUSCH BLACKWELL LLP | ATTN: DAVID STAUSS<br>1801 WEWATTA STREET<br>SUITE 1000<br>DENVER CO 80202 | DAVID.STAUSS@HUSCHBLACKWELL.COM | Email |
| TOP 30 UNSECURED CREDITOR | IDX | ATTN: ROBERT GIOVINO<br>101 RIVER RIDGE<br>JEFFERSONVILLE IN 47130 | ROBERT.GIOVINO@IDXCORPORATION.COM | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | INTERSOFT DATA LABS INC | ATTN: RALPH LIUZZO<br>1330 W FULTON MARKET<br>CHICAGO IL 60607 | RALPH.LIUZZO@INTSOF.COM | Email |
| TOP 30 UNSECURED CREDITOR | KDM POPSOLUTIONS GROUP | ATTN: BILL ZIMMERMAN<br>10450 MEDALLION<br>CINCINNATI OH 45241 | B.ZIMMERMAN@KDMPOP.COM | Email |
| TOP 30 UNSECURED CREDITOR | KEECO LLC | ATTN: ANDREA GRASSI<br>30736 WIEGMAN ROAD<br>HAYWARD CA 94544 | ANDREAG@GRASSIASSOCIATESINC.COM | Email |
| COUNSEL TO BENDERSON DEVELOPMENT COMPANY, BLUMENFELD DEVELOPMENT GROUP, LTD., BROOKFIELDPROPERTIES RETAIL, INC., KITE REALTY GROUP, LERNERPROPERTIES, OAK STREET REAL ESTATE, NUVEEN REALESTATE, REGENCY CENTERS, L.P., SHOPCOREPROPERTIES, SITE CENTERS CORP. AND RYDER INTEGRATED LOGISTIC, INC. (TOP 30 UNSECURED CREDITOR) | KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, JENNIFER D. RAVIELE, CONNIE CHOE, JAMES S. CARR, MAEGHAN J. MCLOUGHLIN<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRYE.COM<br>CCHOE@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>MMCLOUGHLIN@KELLEYDRYE.COM<br>JCARR@KELLEYDRYE.COM | Email |
| TOP 30 UNSECURED CREDITOR | KEPLER GROUP LLC | ATTN: HANNAH GROBMYER<br>P O BOX 419271<br>BOSTON MA 02241 | HGROBMYER@KEPLERGRP.COM | Email |
| TOP 30 UNSECURED CREDITOR | KEURIG GREEN MOUNTAIN INC. | ATTN: ANDREW ARCHAMBAULT<br>PO BOX 414159<br>BOSTON MA 02241 | ARCHAMBAULT@KEURIG.COM | Email |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, EMILY E. GEIER, DEREK I. HUNTER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | JOSHUA.SUSSBERG@KIRKLAND.COM<br>EMILY.GEIER@KIRKLAND.COM<br>DEREK.HUNTER@KIRKLAND.COM | Email |
| COUNSEL TO W.B.P. CENTRAL ASSOCIATES, LLC | KRISS & FEUERSTEIN LLP | ATTN: DANIEL N. ZINMAN, ESQ.<br>360 LEXINGTON AVENUE<br>SUITE 1200<br>NEW YORK NY 10017 | DZINMAN@KANDFLLP.COM | Email |
| COUNSEL TO WATER TOWER SQUARE ASSOCIATES | KURTZMAN STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQ.<br>101 N. WASHINGTON AVENUE, SUITE 4A<br>MARGATE NJ 08407 | KURTZMAN@KURTZMANSTEADY.COM | Email |
| COUNSEL TO FOR TAFT ASSOCIATES | LASSER HOCHMAN, L.L.C. | ATTN: RICHARD L. ZUCKER & SHEPPARD A. GURYAN<br>75 EISENHOWER PARKWAY<br>SUITE 120<br>ROSELAND NJ 07068 | RZUCKER@LASSERHOCHMAN.COM<br>SGURYAN@LASSERHOCHMAN.COM | Email |
| ATTORNEY FOR DONG KOO KIM AND JONG OK KIM, TRUSTEES OF THE DONG KOO KIM AND JONG OK KIM FAMILY TRUST | LAW OFFICES OF ANDY WINCHELL, P.C. | ATTN: ANDY WINCHELL<br>90 WASHINGTON VALLEY ROAD<br>BEDMINSTER NJ 07921 | ANDY@WINCHLAW.COM | Email |
| COUNSEL TO 36 MONMOUTH PLAZA LLC AS SUCCESSOR IN INTEREST TO HENDON/DDR/BP LLC & CAC ATLANTIC LLC (THE "NOTICE PARTIES") | LAZARUS & LAZARUS, P.C. | ATTN: HARLAN M. LAZARUS<br>240 MADISON AVE<br>8TH FLOOR<br>NEW YORK NY 10016 | HLAZARUS@LAZARUSANDLAZARUS.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | LENOX CORPORATION | ATTN: CYNTHIA LAFFERTY<br>1414 RADCLIFFE STREET<br>BRISTOL PA 19007 | CYNTHIA_LAFFERTY@LENOX.COM | Email |
| TOP 30 UNSECURED CREDITOR | LIFETIME BRANDS INC | ATTN: CAROL MARKS<br>150 EAST 58TH STREET<br>NEW YORK NY 10155 | CAROL.MARKS@LIFETIMEBRANDS.COM | Email |
| COUNSEL TO NUECES COUNTY, CITY OF MCALLEN, SAN MARCOS CISD, CAMERON COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY & VICTORIA COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO BEXAR COUNTY & CITY OF EL PASO | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER<br>112 E. PECAN STREET<br>SUITE 2200<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO PARKER CAD, GRAYSON COUNTY, DALLAS COUNTY, SMITH COUNTY, TARRANT COUNTY, LEWISVILLE ISD, ROCKWALL CAD, CITY OF FRISCO, GREGG COUNTY ("SECURED CREDITORS"), TOM GREEN CAD | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CYRPRESS-FAIRBANKS ISD, ANGELINA COUNTY, HARRIS COUNTY, FORT BEND CO WCID #02, MONTGOMERY COUNTY, JEFFERSON COUNTY, AND FORT BEND COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>P.O. BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ATTN: ANDREW BRAUNSTEIN<br>BROOKFIELD PLACE<br>200 VESEY STREET, 20TH FLOOR<br>NEW YORK NY 10281 | ANDREW.BRAUNSTEIN@LOCKELORD.COM | Email |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ATTN: HANNA J. REDD<br>111 HUNTINGTON AVE<br>9TH FLOOR<br>BOSTON MA 02199 | HANNA.REDD@LOCKELORD.COM | Email |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG<br>701 8TH STREET, N.W.<br>SUITE 500<br>WASHINGTON D.C. 20001 | JONATHAN.YOUNG@LOCKELORD.COM | Email |
| TOP 30 UNSECURED CREDITOR | MADIX INC. | ATTN: SCOTT SCHERBAK<br>500 AIRPORT RD<br>TERRELL TX 75160 | SSCHERBA@MADIXINC.COM | Email |
| COUNSEL TO CREDITOR KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR | MANATEE COUNTY TAX COLLECTOR | ATTN: MICHELLE LEESON, PARALEGAL<br>COLLECTIONS SPECIALIST, CFCA<br>1001 3RD AVE W, SUITE 240<br>BRADENTON FL 34205-7863 | LEGAL@TAXCOLLECTOR.COM | Email |
| ATTORNEY FOR TKG BISCAYNE, LLC, TKG PAXTON TOWNE CENTER DEVELOPMENT, LP, TKG-MANCHESTER HIGHLAND, TKG CORAL NORTH, LLC, MANHATTAN MARKETPLACE SC LLC, THF HARRISONBURG CROSSING, LLC, CARSON VALLEY CENTER, LLC, DREAMLAND SHOPPING CENTER, SLO PROMENADE DE LLC, MCS-LANCASTER DE LP, TKG MONROE LOUISIANA 2 LLC, SHREVE CENTER DE LLC, TKG LOGAN TOWN CENTRE LP, TKG MOUNTAIN VIEW PLAZA, LLC, TKG WOODMEN COMMONS, LLC, GKT SHOPPES AT LEGACY PARK, GKT GALLATIN SHOPPING CENTER, THF/MRP TIGER TOWN, LLC, GRAND MESA CENTER, LLC, THE SHOPPES AT WILTON, LLC, AND EPPS BRIDGE CENTRE PROPERTY CO, LLC (COLLECTIVELY, THE "TKG ENTITIES") | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: DAVID P. PRIMACK, ESQ.<br>300 DELAWARE AVE.<br>SUITE 1014<br>WILMINGTON DE 19801 | DPRIMACK@MDMC-LAW.COM | Email |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | ATTN: DOUGLAS M. FOLEY, ESQ., JACOB M. WEISS, ESQ.<br>GATEWAY PLAZA<br>800 EAST CANAL STREET<br>RICHMOND VA 23219 | DFOLEY@MCGUIREWOODS.COM<br>JMWEISS@MCGUIREWOODS.COM | Email |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | ATTN: PHILIP A. GOLDSTEIN, ESQ.<br>1251 AVENUE OF THE AMERICAS, 20TH FLOOR<br>NEW YORK NY 10020 | PAGOLDSTEIN@MCGUIREWOODS.COM | Email |
| COUNSEL TO SALMAR PROPERTIES, LLC. | MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN: ANTHONY SODONO, III, ESQ., SARI B. PLACONA, ESQ.<br>75 LIVINGSTON AVENUE, STE. 201<br>ROSELAND NJ 07068 | ASODONO@MSBNJ.COM<br>SPLACONA@MSBNJ.COM | Email |
| COUNSEL TO FARLEY REAL ESTATE ASSOCIATES, LLC | MELLINGER KARTZMAN LLC | ATTN: STEVEN P. KARTZMAN<br>101 GIBRALTAR DRIVE, SUITE 2F<br>MORRIS PLAINS NJ 07950 | SKARTZMAN@MSKLAW.NET | Email |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: JOSEPH H. BALDIGA<br>1800 WEST PARK DRIVE<br>SUITE 400<br>WESTBOROUGH MA 01581 | JBALDIGA@MIRICKOCONNELL.COM | Email |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") & ISM HOLDINGS, INC., THE LESSOR OF THE DEBTORS' LOCATION IN AUBURN, MASSACHUSETTS (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: PAUL W. CAREY<br>100 FRONT STREET<br>WORCESTER MA 01608 | PCAREY@MIRICKOCONNELL.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| TOP 30 UNSECURED CREDITOR | NATIONAL TREE COMPANY | ATTN: DONNA CYRIL<br>2 COMMERCE DRIVE<br>CRANFORD NJ 07016 | DONNA@NATIONALTREE.COM | Email |
| TOP 30 UNSECURED CREDITOR | NORTH AMERICAN CORPORATION | ATTN: KRISTIE SCHNIER<br>2101 CLAIRE COURT<br>GLENVIEW IL 60025 | KSCHNIER@NA.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SAUL HOLDINGS LIMITED PARTNERSHIP (FRENCH MARKET MALL SHOPPING CENTER | OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER, ESQ.<br>100 EAGLE ROCK AVENUE<br>SUITE 105<br>EAST HANOVER NJ 07936 | PWINTERHALTER@OFFITKURMAN.COM | Email |
| DEBTORS' CANADIAN COUNSEL | OSLER | ATTN: MARC WASSERMAN, DAVE ROSENBLAT<br>100 KING STREET WEST<br>1 FIRST CANADIAN PLACE SUITE 6200, P.O. BOX 50<br>TORONTO ON M5X 1B8 CANADA | MWASSERMAN@OSLER.COM | Email |
| COUNSEL TO LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE<br>P.O. BOX 817<br>LUBBOCK TX 79408 | LMBKR@PBFCM.COM | Email |
| COUNSEL TO HUMBLE INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT AND PASADENA INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | OSONIK@PBFCM.COM | Email |
| TOP 30 UNSECURED CREDITOR | PERSONALIZATIONMALL | ATTN: ROBERT TURNER<br>51 SHORE DR<br>BURR RIDGE IL 60527 | ROBERTT@PMALL.COM | Email |
| TOP 30 UNSECURED CREDITOR | PINTEREST, INC. | ATTN: COLE REUTTER<br>651 BRANNAN ST<br>SAN FRANCISCO CA 94107 | AR@PINTEREST.COM | Email |
| COUNSEL TO SAMA PLASTICS CORP. AND SAMA WOOD LLC | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO, ESQ.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN NJ 07962 | JSMAIRO@PBNLAW.COM | Email |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC. ("SIXTH STREET") | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ.<br>ONE INTERNATIONAL PLACE<br>BOSTON MA 02110-2600 | CDALE@PROSKAUER.COM | Email |
| COUNSEL TO DIP AGENTS AND SIXTH STREET SPECIALTY LENDING, INC., | PROSKAUER ROSE LLP | ATTN: DAVID M. HILLMAN, ESQ., MEGAN VOLIN, ESQ. & REUVEN C. KLEIN, ESQ.<br>ELEVEN TIMES SQUARE<br>EIGHTH AVENUE & 41ST STREET<br>NEW YORK NY 10036-8299 | DHILLMAN@PROSKAUER.COM<br>DHILLMAN@PROSKAUER.COM<br>MVOLIN@PROSKAUER.COM<br>RKLEIN@PROSKAUER.COM | Email |
| COUNSEL TO MAD RIVER DEVELOPMENT LLC | RABINOWITZ, LUBETKIN & TULLY, LLC | ATTN: JAY L. LUBETKIN, ESQ.<br>293 EISENHOWER PARKWAY<br>SUITE 100<br>LIVINGSTON NJ 07039 | JLUBETKIN@RLTLAWFIRM.COM | Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | RIEMER & BRAUNSTEIN, LLP | ATTN: STEVEN E. FOX<br>SEVEN TIMES SQUARE TOWER<br>SUITE 2506<br>NEW YORK NY 10036 | SFOX@RIEMERLAW.COM | Email |
| COUNSEL TO 250 HUDSON STREET, LLC | RIVKIN RADLER LLP | ATTN: JAMES C. SUOZZO, ESQ.<br>25 MAIN STREET<br>COURT PLAZA NORTH, SUITE 501<br>HACKENSACK NJ 07601-7082 | JAMES.SUOZZO@RIVKIN.COM | Email |
| COUNSEL TO REGENT SHOPPING CENTER INC. AND CASTLE RIDGE PLAZA LLC | RUBIN LLC | ATTN: PAUL RUBIN<br>11 BROADWAY<br>SUITE 715<br>NEW YORK NY 10004 | PRUBIN@RUBINLAWLLC.COM | Email |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQ.<br>1201 NORTH MARKET STREET, SUITE 2300<br>WILMINGTON  DE 19899 | MONIQUE.DISABATINO@SAUL.COM | Email |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQ.<br>P.O. BOX 1266<br>WILMINGTON  DE 19899 | MONIQUE.DISABATINO@SAUL.COM | Email |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | ATTN: TURNER N. FALK, ESQ.<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA  PA 19102-2186 | TURNER.FALK@SAUL.COM | Email |
| COUNSEL TO THE COMMONS AT SUGAR HOUSE, L.C., A CREDITOR | SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM<br>15 WEST SOUTH TEMPLE<br>SUITE 600<br>SALT LAKE CITY UT 84101 | DBINGHAM@SCALLEYREADING.NET | Email |
| COUNSEL TO BOYER SPRING CREEK, L.C. | SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM<br>15 WEST SOUTH TEMPLE<br>SUITE 600<br>SALT LAKE CITY UT 84101 | DBINGHAM@SCALLEYREADING.NET | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO KEPLER GROUP LLC | SEWARD & KISSEL LLP | ATTN: ROBERT J. GAYDA, ANDREW J. MATOTT<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | GAYDA@SEWKIS.COM<br>MATOTT@SEWKIS.COM | Email |
| COUNSEL TO SHARKNINJA OPERATING LLC | SHARKNINJA OPERATING LLC | ATTN: BEVERLY R. PORWAY<br>SVP/DEPUTY GENERAL COUNSEL<br>89 A STREET<br>NEEDHAM MA 02494 | BPORWAY@SHARKNINJA.COM | Email |
| TOP 30 UNSECURED CREDITOR | SHARKNINJA SALES COMPANY | ATTN: CAROL WEINBERG<br>89 A STREET<br>NEEDHAM MA 02494 | CWEINBERG@SHARKNINJA.COM | Email |
| COUNSEL TO SIMON PROPERTY GROUP, INC. | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | RTUCKER@SIMON.COM | Email |
| COUNSEL TO CLOSTER MARKETPLACE (EBA), LLC | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON<br>123 SOUTH BROAD STREET<br>SUITE 2100<br>PHILADELPHIA PA 19109 | DPLON@SIRLINLAW.COM | Email |
| COUNSEL TO SIMSBURY COMMONS LLC | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQ.<br>123 SOUTH BROAD STREET<br>SUITE 2100<br>PHILADELPHIA PA 19109 | DPLON@SIRLINLAW.COM | Email |
| COUNSEL TO MIDDLETOWN SHOPPING CENTER I, L.P. | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQ.<br>123 SOUTH BROAD STREET<br>SUITE 2100<br>PHILADELPHIA PA 19109 | DPLON@SIRLINLAW.COM | Email |
| AGENTS UNDER THE DEBTORS PREPETITION SECURED FACILITIES AND COUNSEL THERETO | SIXTH STREET SPECIALTY LENDING, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>2100 MCKINNEY AVENUE<br>SUITE 1500<br>DALLAS TX 75201 | IRTSLX@SIXTHSTREET.COM | Email |
| COUNSEL TO LEVIN MANAGEMENT CORPORATION | STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQ. & THOMAS ONDER, ESQ.<br>P.O. BOX 5315<br>PRINCETON NJ 08543-5315 | JLEMKIN@STARK-STARK.COM<br>TONDER@STARK-STARK.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333-0000 | CONSUMER.MEDIATION@MAINE.GOV | Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | AGO@STATE.MA.US | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | CONSUMER.AFFAIRS@TN.GOV | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV | Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO COMMERCE TECHNOLOGIES LLC D/B/A COMMERCEHUB | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA<br>2005 MARKET STREET, SUITE 2600<br>PHILADELPHIA PA 19103-7098 | DPEREIRA@STRADLEY.COM | Email |
| TOP 30 UNSECURED CREDITOR | TEMPUR-PEDIC | ATTN: CINDY TREAGER<br>2 COMMERCE DRIVE<br>CRANFORD NJ 07016 | CINDY.TREAGER@TEMPURSEALY.COM | Email |
| TOP 30 UNSECURED CREDITOR | TESTRITE PRODUCTS CORP. | ATTN: CLAUDIA VEGA<br>1900 S BURGUNDY PLACE<br>ONTARIO CA 91761 | CLAUDIA.V@TESTRITE-USA.COM | Email |
| TOP 30 UNSECURED CREDITOR | THE KNOT WORLDWIDE INC | ATTN: ASHLEY BERGEN<br>PO BOX 32177<br>NEW YORK NY 10087 | ABERGEN@THEKNOTWW.COM | Email |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS<br>P.O. BOX 1748<br>AUSTIN TX 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DOUGLAS D. HERMANN & MARCY J. MCLAUGHLIN SMITH<br>1313 N. MARKET STREET, HERCULES PLAZA<br>SUITE 5100<br>WILMINGTON DE 19801 | DOUGLAS.HERMANN@TROUTMAN.COM<br>MARCY.SMITH@TROUTMAN.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: JESSICA D. MILHAILEVICH<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | JESSICA.MIKHAILEVICH@TROUTMAN.COM | Email |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | ATTN: PHILIP R. SELLINGER<br>970 BROAD STREET<br>7TH FLOOR<br>NEWARK NJ 07102 | USANJ.COMMUNITYOUTREACH@USDOJ.GOV | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ.<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK NJ 07102 | USTPREGION03.NE.ECF@USDOJ.GOV<br>FRAN.B.STEELE@USDOJ.GOV<br>ALEXANDRIA.NIKOLINOS@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO COMMONS AT ISSAQUAH, INC. | VALINOTI, SPECTER & DTIO, LLP | ATTN: JEFFREY A. DTIO<br>301 JUNIPERO SERRA BLVD<br>SUITE 200<br>SAN FRANCISCO CA 94127 | JDITO@VALINOTI-DITO.COM | Email |
| TOP 30 UNSECURED CREDITOR | VERIZON BUSINESS NETWORK | ATTN: NORMA MCEWAN<br>ONE VERIZON WAY<br>BASKING RIDGE NJ 07920 | NORMA.MCEWAN@VERIZON.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO ENID TWO, LLC | WILENTZ, GOLDMAN & SPITZER | ATTN: DAVID H. STEIN<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE NJ 07095 | DSTEIN@WILENTZ.COM | Email |
| TOP 30 UNSECURED CREDITOR | WILLIAM CARTER CO. | ATTN: VANNESCIA WATKINS-BANKS<br>3438 PEACHTREE ROAD NE<br>ATLANTA GA 30326 | VANNESCIA.WATKINS-BANKS@CARTERS.COM | Email |
| COUNSEL TO AJG ENTERPRISES, LLC | WINNE, BANTA, BASRALIAN & KAHN, P.C. | ATTN: GARY S. REDISH, ESQ.<br>COURT PLAZA SOUTH-EAST WING<br>21 MAIN STREET, SUITE 101<br>HACKENSACK NJ 07601 | GREDISH@WINNEBANTA.COM | Email |