| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>dbruck@greenbaumlaw.com<br>(732) 476-2442<br><br>Attorneys for Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc. |
| In re:<br><br>**BED BATH & BEYOND INC., et al.,**<br>**BUY BUY BABY, INC.**<br><br>                    Debtors. |

Chapter 11 Proceeding

**Case No.: 23-13359 (VFP)**
**Case No: 23-13400 (VFP)**

(Joint Administration Requested)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANRUPTCY RULES 9010 AND 2002

**NOTICE IS HEREBY GIVEN**, pursuant to §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that David L. Bruck, Esquire of Greenbaum, Rowe, Smith & Davis LLP hereby appears on behalf of Brothers International Holding Corporation in the above-captioned Chapter 11 cases and Almaden Plaza Shopping Center Inc. in the jointly administered cases of Bed Bath & Beyond Inc. and Buy Buy Baby Inc. Case # 23-13400 (VFP)

**NOTICE IS FURTHER GIVEN** that Greenbaum, Rowe, Smith & Davis LLP requests that all notices given or required to be given in the above-captioned case be served upon the following:

        **GREENBAUM, ROWE, SMITH & DAVIS LLP**
        99 Wood Avenue South
        Iselin, New Jersey 08830
        Attention:  David L. Bruck, Esq.

8481628.1

        Telephone:  (732) 476-2442
        Telecopy:   (732) 549-1881
        Email: dbruck@greenbaumlaw.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rule 2002, but also incudes, without limitation, orders and notices of any application, motion petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telex or otherwise, that affect the above-captioned debtors or debtors-in-position or the property of such debtors or the debtors' cases.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Counsel for Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.

By: */s/ David L. Bruck*
    David L. Bruck, Esq.

Date: May 16, 2023

2

8481628.1