HANSON BRIDGETT LLP
JORDAN A. LAVINSKY, SBN 192215
jlavinsky@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Creditor
MARIN COUNTRY MART, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

| In re | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC, et al., | Case No. 23-13359 |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that creditor, MARIN COUNTRY MART, LLC, appearing through its counsel, Hanson Bridgett LLP, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned, as follows:

Hanson Bridgett LLP
Attn: Jordan A. Lavinsky
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jlavinsky@hansonbridgett.com

DATED: May 15, 2023            HANSON BRIDGETT LLP

*Jordan A. Lavinsky*
Jordan A. Lavinsky
Attorneys for Creditor
MARIN COUNTRY MART, LLC