**GRAFF SILVERSTEIN LLP**
David Graff, Esq.
Matthew J. Silverstein, Esq.
3 Middle Patent Road
Armonk, NY 10504
Telephone: (212)-381-6055
dgraff@graffsilversteinllp.com
msilverstein@graffsilversteinllp.com

*Counsel for Telegraph Marketplace Partners II, LLC*

## UNITED STATES BANKRUPTCY
## COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

### NOTICE OF APPEARANCE, DEMAND FOR
### NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that David Graff, Esq., of the law firm Graff Silverstein

LLP, hereby appears in the above-captioned case as counsel to Telegraph Marketplace Partners

II, LLC ("Telegraph Partners"), a creditor and landlord of the debtors in the above captioned

cases, pursuant to Bankruptcy Rules 2002 and 9010(b), and requests that all notices given or

required to be given in this case, and all papers served or required to be served in this case, be

given to and served upon the undersigned attorney at the address set forth below:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

David Graff, Esq.
**GRAFF SILVERSTEIN LLP**
3 Middle Patent Road
Armonk, NY 10504
Telephone: (212)-381-6055
E-mail: dgraff@graffsilversteinllp.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, discovery, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which relate to the above-captioned case and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Telegraph Partner's (i) right to have final orders in non-core matters entered only after de novo review by higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Telegraph is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DOCUMENTS:

X      All notices entered pursuant to Fed. R. Bankr. P. 2002.

X      All documents and pleadings of any nature, including claim objections.

2

Respectfully submitted,

Dated: May 13, 2023

/s/ David Graff
David Graff
GRAFF SILVERSTEIN LLP
3 Middle Patent Road
Armonk, NY 10504
Phone: (212)-381-6055
Email: dgraff@graffsilversteinllp.com
**Counsel to** *Telegraph Marketplace*
*Partners II, LLC*