**COUNTY OF KERN, STATE OF CALIFORNIA**
c/o Treasurer/Tax Collector's Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579
Telephone: 661-868-3451
E-Mail: bankruptcy@kerncounty.com

Creditor

**FILED**
JEANNE A. NAUGHTON, CLERK
MAY 16 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

| | |
|---|---|
| In re | Case No. 23-13359 |
| **Debtor** Bed Bath & Beyond Inc Debtor. | Chapter 11 |
| Address: 650 Liberty Ave Union, NJ 07083 City, State Zip: | **REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS** |
| Tax ID: | |

NOTICE IS HEREBY GIVEN that Jordan Kaufman, Treasurer/Tax Collector for the County of Kern, by Rachel Medrano, , serves as claims representative for the County of Kern, a creditor and a party in interest in the above captioned bankruptcy case. This office hereby requests that the Office of the Treasurer/Tax Collector be added to the master mailing list. Pursuant to the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that special notice of all matters that may come before the Court be made as follows:

**KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE**
**ATTN: BANKRUPTCY DIVISION**
c/o Rachel Medrano
P.O. BOX 579
BAKERSFIELD, CA 93302-0579
Email: bankruptcy@kerncounty.com

The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

This Request for Notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: 05/12/2023

Respectfully submitted,

JORDAN KAUFMAN, TREASURER/TAX COLLECTOR

By /s/ Rachel Medrano
Rachel Medrano
Kern County Treasurer and Tax Collector Office