1  COUNTY OF KERN, STATE OF CALIFORNIA

2  c/o Treasurer/Tax Collector's Office
   Attn: Bankruptcy Division
3  P.O. Box 579
   Bakersfield, CA 93302-0579
4  Telephone: 661-868-3451
   E-Mail: bankruptcy@kerncounty.com
5

6  Creditor

7

8                    UNITED STATES BANKRUPTCY COURT

9                         District of New Jersey

10

11  In re                                    )   Case No.
                                             )   23-13359
12  Debtor                                   )
    Bed Bath & Beyond Inc                    )   Chapter 11
13                           Debtor.         )
                                             )   PROOF OF SERVICE OF
14  Address: 650 Liberty Ave                 )   REQUEST FOR NOTICE OF ALL
    Union, NJ  07083                         )   PLEADINGS AND HEARINGS
15                                           )
                                             )
16  Tax ID:                                  )

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24

25  / / /

26  / / /

27  / / /

28

1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On May 12, 2023, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:**   I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on May 12, 2023, at Bakersfield, California.

_/s/ Angelica Leon_
Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Cole Schotz PC
25 Main Street
Hackensack, NJ 07601

,

```
JORDAN KAUFMAN
TREASURER AND TAX COLLECTOR
COUNTY OF KERN
1115 TRUXTUN AVENUE, 2ND FLOOR
BAKERSFIELD, CALIFORNIA 93301-4639

TEMP-RETURN SERVICE REQUESTED
```

SANTA CLARITA CA 913 neopost
05/12/2023
US POSTAGE $000.84⁰
FIRST-CLASS MAIL
ZIP 93301
041L1205143

12 MAY 2023PM 3 L

CLERK OF THE US BANKRUPTCY COURT
CLARKSON S FISHER US
COURTHOUSE
402 EAST STATE STREET
TRENTON, NJ 08608

08608-150705