UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(a)

JERROLD S. KULBACK
ARCHER & GREINER
A Professional Corporation
1025 Laurel Oak Road
Voorhees, NJ 08043
Phone:  (856) 795-2121
Fax:  (856) 795-0574
*Counsel for Hingham Launch Property, LLC
and CP Venture Five – AV, LLC*

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Case No.:     23-13359 (VFP)
              (Jointly Administered)

Chapter:      11

Judge:        Hon. Vincent F. Papalia

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that HINGHAM LAUNCH PARTY, LLC ("Hingham") and CP

VENTURE FIVE – AV, LLC ("CP Venture") are creditors or parties-in-interest in the above

referenced case and hereby appears by its counsel, Archer & Greiner, A Professional Corporation

("Archer") and Goulston & Storrs PC ("Goulston").  Archer and Goulston enters their appearance

pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C.

§§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Bankruptcy Code Sections 342 and 1109(b), Archer and Goulston request that they be added to the service list in this case as follows and that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses:

**ARCHER & GREINER, P.C.**
Jerrold S. Kulback, Esq.
1025 Laurel Oak Road
Voorhees, NJ 08043-3506
Phone: (856) 795-2121
Fax:  (856) 795-0574
jkulback@archerlaw.com

**GOULSTON & STORRS PC**
Vanessa P. Moody, Esq.
Brendan M. Gage, Esq.
400 Atlantic Avenue
Boston, MA 02110
Phone: (617) 482-1776
Fax: (617) 574-4112
vmoody@goulstonstorrs.com
bgage@goulstonstorrs.com

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceedings referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of HINGHAM and CP VENTURE's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments HINGHAM and CP VENTURE are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

Date:  May 16, 2023

**ARCHER & GREINER, P.C.**

*/s/ Jerrold S. Kulback*
Jerrold S. Kulback, Esq.
1025 Laurel Oak Road
Voorhees, NJ 08043-3506
Phone: (856) 795-2121
Fax:  (856) 795-0574
jkulback@archerlaw.com

**GOULSTON & STORRS PC**
Vanessa P. Moody, Esq.
Brendan M. Gage, Esq.
400 Atlantic Avenue
Boston, MA 02110
Phone: (617) 482-1776
Fax: (617) 574-4112
vmoody@goulstonstorrs.com
bgage@goulstonstorrs.com

3