UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ONE LLP
Lawrence J. Hilton
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
Email: lhilton@onellp.com
Attorney for Creditor HRTC I, LLC

In Re:
BED BATH & BEYOND INC., et al.

Case No.: 23-13359 (VFP)
Chapter: 11
Judge: Vincent F. Papalia

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____HRTC I, LLC_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: One LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Email: lhilton@onellp.com; lthomas@onellp.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: May 16, 2023

/s/ Lawrence J. Hilton
Signature

*new.8/1/15*