UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ARCHER & GREINER, P.C.**
Jerrold S. Kulback
1025 Laurel Oak Road
Voorhees, NJ  08043-3506
(856) 795-2121
(856) 795-0574 (fax)
jkulback@archerlaw.com
*Counsel for Hingham Launch Property, LLC and CP Venture Fire – AV, LLC*

In re:

BED BATH & BEYOND INC., *et al.,*

Debtors.[1]

Case No.:  23-13359 (VFP)
(Jointly Administered)

Chapter:  11

Judge:  Hon. Vincent F. Papalia

### APPLICATION FOR AN ORDER FOR ADMISSION
### *PRO HAC VICE* OF BRENDAN M. GAGE

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Brendan M. Gage of the law firm of Goulston & Storrs PC, to represent Hingham Launch Property, LLC and CP Venture Fire – AV, LLC in the above-captioned chapter 11 case.  In support of this application, counsel submits the attached Certification of Brendan M. Gage, and requests that the proposed form of order submitted herewith be entered.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

227194326 v1

Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

| | |
|---|---|
| Date: May 16, 2023 | */s/ Jerrold S. Kulback* <br> Jerrold S. Kulback <br> ARCHER & GREINER, P.C. <br> 1025 Laurel Oak Road <br> Voorhees, NJ  08043-3506 <br> (856) 795-2121 <br> (856) 795-0574 (fax) <br> E-mail:  jkulback@archerlaw.com <br><br> *Counsel for Hingham Launch Property, LLC and CP Venture Fire – AV, LLC* |