| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>JERROLD S. KULBACK<br>ARCHER & GREINER<br>A Professional Corporation<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>Phone: (856) 795-2121<br>Fax: (856) 795-0574<br>*Counsel for Hingham Launch Property, LLC and CP Venture Five – AV, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Case No.:    23-13359 (VFP)<br>(Jointly Administered)<br><br>Chapter:    11<br><br>Judge:    Hon. Vincent F. Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matters identified below have been:

☐ Settled        ☒ Withdrawn

Matters:  (i) *Application for an Order for Admission* Pro Hac Vice *of Vanessa P. Moody* [D.I. 365] and (ii) *Application for an Order for Admission* Pro Hac Vice *of Brendan M. Gage* [D.I. 366]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

227199607 v1

| | |
|---|---|
| Date: May 17, 2023 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Jerrold S. Kulback*<br>Jerrold S. Kulback, Esq.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043-3506<br>Phone: (856) 795-2121<br>Fax:  (856) 795-0574<br>jkulback@archerlaw.com<br><br>**GOULSTON & STORRS PC**<br>Vanessa P. Moody, Esq. (*pro hac vice* to be filed)<br>Brendan M. Gage, Esq. (*pro hac vice* to be filed)<br>400 Atlantic Avenue<br>Boston, MA 02110<br>Phone: (617) 482-1776<br>Fax: (617) 574-4112<br>vmoody@goulstonstorrs.com<br>bgage@goulstonstorrs.com |