|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ARCHER & GREINER, P.C.**<br>Jerrold S. Kulback<br>1025 Laurel Oak Road<br>Voorhees, NJ  08043-3506<br>(856) 795-2121<br>(856) 795-0574 (fax)<br>jkulback@archerlaw.com<br>*Counsel for Hingham Launch Property, LLC and CP Venture Five – AV, LLC* |   |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>Debtors.[1] | Case No.:   23-13359 (VFP)<br>(Jointly Administered)<br><br>Chapter:   11<br><br>Judge:   Hon. Vincent F. Papalia |

## CERTIFICATION OF BRENDAN M. GAGE

I, Brendan M. Gage, Esquire, hereby certify as follows:

1. I am an associate of the law firm of Goulston & Storrs PC, counsel to Hingham Launch Property, LLC and CP Venture Five – AV, LLC.  My office is located at 400 Atlantic Avenue, Boston, Massachusetts 02110.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in (i) the Commonwealth of Massachusetts in 2011; (ii) the State of New York in 2012; and (iii) the State of Illinois in 2015.  I am admitted to practice before the following courts:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

227194326 v2

- District of Massachusetts;
- Eastern District of New York;
- Southern District of New York; and
- Northern District of Illinois

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: May 16, 2023

Brendan M. Gage
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
(617) 574-3535
E-mail: bgage@goulstonstorrs.com

*Counsel for Hingham Launch Property, LLC and CP Venture Five – AV, LLC*