| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KeyBank National Association<br>Nolan Heller Kauffman LLP<br>Attn: Francis J. Brennan, Esq.<br>80 State Street, 11th Floor<br>Albany, New York 12207<br>Telephone: (518) 449-3300<br>Email: fbrennan@nhkllp.com<br><br>U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br>2023 MAY 17 P 2: 11<br>JEANNE A. NAUGHTON<br>BY: _____ DEPUTY CLERK | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

In re

BED BATH & BEYOND INC. *et al.*,[1]

Debtors.

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that **KEYBANK NATIONAL ASSOCIATION**, appears herein by its counsel, Nolan Heller Kauffman LLP, and demands, pursuant to Bankruptcy Rules 2002(g), 9007, 9010(b) and Bankruptcy Code §§102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below:

**NOLAN HELLER KAUFFMAN LLP**
Francis J. Brennan, Esq.
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300
fbrennan@nhkllp.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.
NH2023-2106082335-776800_0.4

mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way any rights or interests of **KEYBANK NATIONAL ASSOCIATION,** with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by **KEYBANK NATIONAL ASSOCIATION.**

Dated: May 9, 2023
Albany, New York

NOLAN HELLER KAUFFMAN LLP
*Attorneys for*
*KeyBank National Association*

By: _____
Francis J. Brennan, Esq.
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300
fbrennan@nhkllp.com

NH2023-2106082335-776800_0.4

# NOLAN HELLER KAUFFMAN LLP

ATTORNEYS AT LAW

80 STATE STREET, 11TH FLOOR
ALBANY, NY 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

*www.nhkllp.com*

FRANCIS J. BRENNAN, ESQ.
Direct Dial: (518) 432-3159
Email: fbrennan@nhkllp.com

May 15, 2023

**VIA FEDERAL EXPRESS**
United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Att:   Diane Chrzanowski, Case Administration Specialist

Re:    Bed Bath & Beyond
       Case No.: 23-13359 (VFP)

Dear Ms. Chrzanowski:

Enclosed for filing is the original Notice of Appearance and Demand for Service of Papers with respect to the above matter.

Please do not hesitate to contact me with any questions.

Very truly yours,

NOLAN HELLER KAUFFMAN LLP

Francis J. Brennan

FJB/slp

Encl.