**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Kurt F. Vote, # 160496
kvote@wjhattorneys.com

Attorneys for Creditor River Park Properties II, LP

**FILED**
JEANNE A. NAUGHTON, CLERK

MAY 17 2023

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>Debtors. | Case No. 23-13359 (VFP)<br><br>**APPLICATION FOR ORDER FOR ADMISSION PRO HAC VICE** |

Pursuant to D.N.J. L.Civ. R. 101.1(c)(1) and D.N.J. L.Civ. R. 101(c)(3) of the Local Rules of Court for the United States District Court and the United States Bankruptcy Court for the District of New Jersey, Kurt F. Vote hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Creditor River Park Properties II, LP, a California limited partnership, successor in interest to CCRP, a California limited partnership.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the bars of the following courts: the Supreme Court of the State of California and all inferior courts therein; the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States Bankruptcy Courts for the Central and Eastern Districts of California; the United States Bankruptcy Court for the Southern

District of Texas; the Courts of Appeal for the Fifth and Ninth Circuits of the United States; and the Supreme Court of the United States.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I have read and am familiar with Local Rules of Court for the United States Bankruptcy Court District of New Jersey.

8. By seeking admission to practice before this Court, I acknowledge responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: May 12, 2023

By: _____
Kurt F. Vote
(Admitted in California, Bar No. 160496)
Wanger Jones Helsley PC
265 E. River Park Cir., Ste. 310
Fresno, California 93720
Ph: (559) 233-4800
kvote@wjhattorneys.com

{7108/052/01601538.DOCX}    2
MOTION FOR ADMISSION *PRO HAC VICE*

