UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

IN RE: ) Chapter 11
) Case No. 23-13359-VFP
Bed Bath & Beyond, Inc., *et al.*, )
)
)
DEBTOR. )
)

U.S. BANKRUPTCY COURT
FILED
NJ
2023 MAY 18  A 10: 56
JEANNE A. HAUGHTON
BY: _____
DEPUTY CLERK

## REQUEST TO RECEIVE NOTICES

NOW COMES, J. David Folds and the firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC and hereby enter their appearance as attorneys for Cobb Place Property, LLC in the above-referenced matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

The Clerk of Court and any other party that the Court may direct to send notices are requested to show J. David Folds on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: //s/ David Folds
J. David Folds
901 K Street NW
Suite 900
Washington, D.C. 20001
Telephone: 202-508-3441
dfolds@bakerdonelson.com

May 17, 2023

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| IN RE: | ) Chapter 11<br>) Case No. 23-13359-VFP<br>) |
| Bed Bath & Beyond, Inc., *et al.*, | )<br>)<br>) |
| DEBTOR. | )<br>) |

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the parties in this action listed below with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same today by United States Mail, postage prepaid, to the following address(es):

Pleadings:        Request to Receive Notices

Parties Served:   Bed Bath & Beyond Inc.
650 Liberty Avenue,
Union, New Jersey 07083

Michael D. Sirota
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601

Warren A. Usatine
Cole Schotz P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800

Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602

US Trustee's Office
One Newark Center Ste 2100
Newark, NJ 07102

DATE OF SERVICE: May 17, 2023

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:   /s/Savannah E. Lavender

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

2235 GATEWAY ACCESS POINT
SUITE 220
RALEIGH, NC 27607

PHONE: 984-844-7920

www.bakerdonelson.com

SAVANNAH E. LAVENDER, ASSOCIATE
Direct Dial: 984-844-7920
E-Mail Address: slavender@bakerdonelson.com

May 17, 2023

United States Bankruptcy Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  23-13359 Request for Notices for Bed, Bath, & Beyond Bankruptcy

To Whom it May Concern:

Enclosed please find a Request to receive notices on behalf of Cobb Place Property, LLC, creditor in the case.

Thank you in advance for your assistance. If you have any questions or concerns, I can be reached at slavender@bakerdonelson.com or 984-844-7920.

Sincerely,

Savannah E. Lavender, Assocaite

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • NORTH CAROLINA •
SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

