Robert J. Sproul (VSB #92536)
Assistant County Attorney
COUNTY OF LOUDOUN
ONE HARRISON STREET, S.E.(DELIVERIES)
P.O. BOX 7000 (MAIL)
Leesburg, VA 20177-7000
Telephone:		(571) 258-3135
Telecopier:		(703) 771-5025

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Newark)**

IN RE:

**BED BATH & BEYOND INC.,**	Case No. 23-13359-VFP
			Chapter 11
*Debtor*

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. Pro. 9010, the COUNTY OF LOUDOUN, VIRGINIA ("the County"), creditor of the above-captioned Debtors, hereby appears in this case as represented by the County Attorney.

    REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(g) and 9007 that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case shall be directed to undersigned counsel. Specifically requested is anything filed in relation to the sale of assets and Chapter 11 Plan.

                                      Respectfully submitted,
                                      The COUNTY of LOUDOUN, VIRGINIA
                                      By counsel

JOHN R. ROBERTS
COUNTY ATTORNEY

By	/s/ Robert J. Sproul
    Robert J. Sproul (VSB #92536)
    Assistant County Attorney
    One Harrison Street, S.E.
    P.O. Box 7000
    Leesburg, Virginia 20177-7000
    Telephone:	(571) 258-3135
    Telecopier:	(703) 771-5025
    E-mail:	robert.sproul@loudoun.gov

## CERTIFICATE OF MAILING

      I hereby certify that on May 18, 2023, a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

| | |
|---|---|
| Michael D. Sirota<br>msirota@coleschotz.com<br>*Counsel for Debtor*<br><br>Warren A. Usatine<br>wusatine@coleschotz.com<br>*Counsel for Debtor*<br><br>Felice R. Yudkin<br>fyudkin@coleschotz.com<br>*Counsel for Debtor* | Alexandria Nikolinos<br>alexandria.nikolinos@usdoj.gov<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>*U.S. Trustee*<br><br>Fran B. Steele<br>Fran.B.Steele@usdoj.gov<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>*U.S. Ttustee* |

                                             /s/ Robert J. Sproul