| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J.<br>LBR 9004-2(c) |
| Gary S. Redish, Esq.<br>**WINNE, BANTA, BASRALIAN &<br>KAHN, P.C.**<br>Court Plaza South-East Wing<br>21 Main Street, Suite 101<br>Hackensack, New Jersey 07601<br>(201) 487-3800 (Telephone)<br>gredish@winnebanta.com (Email)<br>*Attorneys for AJG Enterprises, LLC,<br>Landlord/Unsecured Creditor* |

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond, Inc., *et al.*<br><br>Debtors.[1] | Chapter 11<br>Case No.: 23-13359 (VFP)<br>Jointly Administered |

## NOTICES OF WITHDRAWAL OF APPEARANCE

The matters involving my client having been resolved by the Court's Order entered on May 17, 2023, kindly withdraw my appearance for AJG Enterprises, LLC in the above captioned action.

                                          **WINNE, BANTA, BASRALIAN &
KAHN, PC.**

                                          By: /s/ *Gary S. Redish*
                                              Gary S. Redish, Esq.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and notice agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

#795125v1 * 04790-00024