| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**THOMPSON HINE LLP**<br>Louis F. Solimine, Esq.<br>312 Walnut Street – Suite 1400<br>Cincinnati, Ohio 45202-4029<br>(513) 352-6700<br>(513) 241-4771 (fax)<br>Email:  Louis.Solimine@ThompsonHine.com<br><br>*Attorneys for IMI Huntsville LLC* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.,* | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enters his appearance in these proceedings as counsel of record for IMI Huntsville LLC and pursuant to Bankruptcy Rules 2002, 9007 and 9010, hereby requests that copies of all notices, applications, motions, petitions, pleadings, orders, filings and other mailings and documents in this case from and after this date be delivered to him at the address listed below:

> Louis F. Solimine, Esq.
> THOMPSON HINE LLP
> 312 Walnut Street – Suite 2000
> Cincinnati, Ohio 45202-4029
> (513) 352-6700
> (513) 241-4771 (fax)
> Louis.Solimine@ThompsonHine.com

     Neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over the aforesaid party in interest or to waive:  (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so

triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the aforesaid party in interest is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments hereby are expressly reserved.

/s/ Louis F. Solimine
Louis F. Solimine, Esq.
THOMPSON HINE LLP
312 Walnut Street – Suite 2000
Cincinnati, Ohio 45202-4029
(513) 352-6700
(513) 241-4771 (fax)
Louis.Solimine@ThompsonHine.com

*Attorneys for IMI Huntsville LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices was served this 19th day of May, 2023 electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case:

/s/ Louis F. Solimine

4859-5732-2085.1