**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 28, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Consumer Protection Agencies Service List attached hereto as **Exhibit A**, and on the State Consumer Protection Agencies Service List attached hereto as **Exhibit B**:

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreements, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of all Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 28]

- Interim Order (I) Authorizing the Debtors to Assume the Consulting Agreements, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 102]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: May 8, 2023

                                            */s/ Melissa Diaz*
                                            Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 8, 2023, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**<u>Exhibit A</u>**

Exhibit A
Consumer Protection Agencies Service List
Served via first class mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| PC_0196286 | ADA COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 954 W. JEFFERSON, 2ND FLOOR | | | BOISE | ID | 83720 | |
| PC_0196287 | ADAMS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 4430 SOUTH ADAMS COUNTY PARKWAY | | | BRIGHTON | CO | 80601 | |
| PC_0196288 | ALACHUA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 12 SE 1ST STREET | | | GAINESVILLE | FL | 32601 | |
| PC_0196289 | ALAMEDA COUNTY | CITY HALL | 2263 SANTA CLARA AVENUE | | | ALAMEDA | CA | 94501 | |
| PC_0196290 | ALBANY COUNTY | ATTN: CONSUMER PROTECTION DIVISION | JOHN DEYOE, DIRECTOR | HAROLD L. JOYCE ALBANY COUNTY OFFICE BUILDING | 112 STATE STREET | ROOM 1212 | ALBANY | NY | 12207 | |
| PC_0196291 | ALBEMARLE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 401 MCINTIRE ROAD | | | CHARLOTTESVILLE | VA | 22902 | |
| PC_0196292 | ALLEGHENY COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 436 GRANT STREET | | | PITTSBURGH | PA | 15219 | |
| PC_0196293 | ANCHORAGE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 632 W 6TH AVENUE | | | ANCHORAGE | AK | 99501 | |
| PC_0196294 | ANDERSON COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 293 GREYSTONE BOULEVARD, STE. 400 | | | COLUMBIA | SC | 29210 | |
| PC_0196295 | ANNE ARUNDEL COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 44 CALVERT STREET | | | ANNAPOLIS | MD | 21401 | |
| PC_0196296 | ARAPAHOE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | ADMINISTRATION BUILDING | 5334 S. PRINCE STREET | | LITTLETON | CO | 80120-1136 | |
| PC_0196297 | ATHENS-CLARKE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 325 EAST WASHINGTON STREET | SUITE 170 | | ATHENS | GA | 30601 | |
| PC_0196298 | BALDWIN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 312 COURTHOUSE SQUARE, SUITE 12 | | | BAY MINETTE | AL | 36507 | |
| PC_0196299 | BALTIMORE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 400 WASHINGTON AVENUE | | | TOWSON | MD | 21204 | |
| PC_0196300 | BARNSTABLE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 3195 MAIN STREET | | | BARNSTABLE | MA | 02630 | |
| PC_0196301 | BAY COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 840 W 11TH STREET | | | PANAMA CITY | FL | 32401 | |
| PC_0196302 | BEAUFORT COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 100 RIBAUT ROAD | | | BEAUFORT | SC | 29902 | |
| PC_0196303 | BENTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 215 E. CENTRAL AVE. | | | BENTONVILLE | AR | 72712 | |
| PC_0196304 | BERGEN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | ONE BERGEN COUNTY PLAZA | | | HACKENSACK | NJ | 07601-7076 | |
| PC_0196305 | BERNALILLO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | ONE CIVIC PLAZA NW 6TH FLOOR | | | ALBUQUERQUE | NM | 87102 | |
| PC_0196306 | BEXAR COUNTY | ATTN: CONSUMER PROTECTION DIVISION | BEXAR COUNTY COURTHOUSE | 100 DOLOROSA | | SAN ANTONIO | TX | 78205 | |
| PC_0196307 | BONNEVILLE COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 954 W. JEFFERSON, 2ND FLOOR | | | BOISE | ID | 83720 | |
| PC_0196308 | BOULDER COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 1777 6TH ST. | | | BOULDER | CO | 80302 | |
| PC_0196309 | BRAZOS COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 300 W. 15TH STREET | | | AUSTIN | TX | 78701 | |
| PC_0196310 | BREVARD COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 2725 JUDGE FRAN JAMIESON WAY VIERA | | | MELBOURNE | FL | 32940 | |
| PC_0196311 | BROWARD COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 115 S. ANDREWS AVE., ROOM 409 | | | FORT LAUDERDALE | FL | 33301-1872 | |
| PC_0196312 | BROWN COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 2811 AGRICULTURE DR. | VIERA, FL 32940 | | MADISON | WI | 53708-8911 | |
| PC_0196313 | BUCKS COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 55 E COURT STREET | 2ND FLOOR | | DOYLESTOWN | PA | 18901 | |
| PC_0196314 | BUNCOMBE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 COLLEGE STREET, SUITE 300 | | | ASHEVILLE | NC | 28801 | |
| PC_0196315 | CABARRUS COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 114 WEST EDENTON STREET | | | RALEIGH | NC | 27603 | |
| PC_0196316 | CAMDEN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | COURTHOUSE, SUITE 306 | 520 MARKET STREET | | CAMDEN | NJ | 08102 | |
| PC_0196317 | CAPE MAY COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 4 MOORE RD | | | CAPE MAY COURT HOUSE | NJ | 08210 | |
| PC_0196318 | CARTERET COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 65 CHURCH ST S | | | CONCORD | NC | 28025 | |
| PC_0196319 | CASS COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 1200 MEMORIAL HIGHWAY | | | BISMARCK | ND | 58504 | |
| PC_0196320 | CHARLES COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | |
| PC_0196321 | CHARLESTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 4045 BRIDGE VIEW DRIVE | | | NORTH CHARLESTON | SC | 29405 | |
| PC_0196322 | CHARLOTTE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 18500 MURDOCK CIRCLE | | | PORT CHARLOTTE | FL | 33948 | |
| PC_0196323 | CHATHAM COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 2 MARTIN LUTHER KING JR. DR., SUITE 356 | | | ALTANTA | GA | 30334-9077 | |
| PC_0196324 | CHESTER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 313 WEST MARKET STREET | | | WEST CHESTER | PA | 19380 | |
| PC_0196325 | CHESTERFIELD COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 9901 LORI ROAD | | | CHESTERFIELD | VA | 23832 | |
| PC_0196326 | CHITTENDEN COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 109 STATE ST | | | MONTPELIER | | 05609 | |
| PC_0196327 | CLACKAMAS COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 1162 COURT STREET NE | | | SALEM | OR | 97301 | |
| PC_0196328 | CLARK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 500 S. GRAND CENTRAL PKWY. | | | LAS VEGAS | NV | 89155 | |
| PC_0196329 | COBB COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 100 CHEROKEE STREET | | | MARIETTA | GA | 30090 | |
| PC_0196330 | COLLIER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 3299 TAMIAMI TRAIL EAST | | | NAPLES | FL | 34112 | |
| PC_0196331 | COLLIN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 2300 BLOOMDALE RD., SUITE 4192 | | | MCKINNEY | TX | 75071 | |
| PC_0196332 | CONTRA COSTA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 651 PINE STREET | | | MARTINEZ | CA | 94553 | |
| PC_0196333 | COOK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 118 N. CLARK STREET | | | CHICAGO | IL | 60602 | |
| PC_0196334 | CUMBERLAND COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 142 FEDERAL ST. | | | PORTLAND | ME | 04101 | |
| PC_0196335 | CUYAHOGA COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 2079 EAST NINTH STREET | | | CLEVELAND | OH | 44115 | |
| PC_0196336 | DAKOTA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1590 HIGHWAY 55 | | | HASTINGS | MN | 55033 | |
| PC_0196337 | DALLAS COUNTY | CITY HALL | 1500 MARILLA STREET | | | DALLAS | TX | 75201 | |
| PC_0196338 | DANE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | CITY-COUNTY BUILDING, ROOM 425 | 210 MARTIN LUTHER KING JR. BLVD. | | MADISON | WI | 53703 | |
| PC_0196339 | DAUPHIN COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 15TH FLOOR, STRAWBERRY SQUARE | | | HARRISBURG | PA | 17120 | |
| PC_0196340 | DAVIDSON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | ONE PUBLIC SQUARE, SUITE 204 | | | NASHVILLE | TN | 37219 | |
| PC_0196341 | DEKALB COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1300 COMMERCE DRIVE | | | DECATUR | GA | 30030 | |
| PC_0196342 | DENTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | COURTHOUSE-ON-THE-SQUARE | 110 WEST HICKORY, 3RD FLOOR | | DENTON | TX | 76201-4168 | |
| PC_0196343 | DESCHUTES COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1300 NW WALL ST., BEND | | | BEND | OR | 97701 | |
| PC_0196344 | DESOTO COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 550 HIGH STREET | | | JACKSON | MS | 39201 | |
| PC_0196345 | DISTRICT OF COLUMBIA | ATTN: CONSUMER PROTECTION AGENCY | 400 6TH STREET, NW | | | WASHINGTON | DC | 20001 | |
| PC_0196346 | DOUGLAS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 100 THIRD STREET | | | CASTLE ROCK | CO | 80104 | |
| PC_0196347 | DUPAGE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 421 N. COUNTY FARM ROAD | | | WHEATON | IL | 60187 | |
| PC_0196348 | DURHAM COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 E MAIN STREET | | | DURHAM | NC | 27701 | |
| PC_0196349 | DUVAL COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 1300 RIVERPLACE BLVD. | SUITE 405 | | JACKSONVILLE | FL | 32207 | |
| PC_0196350 | EAST BATON ROUGE PARISH | ATTN: CONSUMER PROTECTION DIVISION | P.O. BOX 94005 | | | BATON ROUGE | LA | 70804-9005 | |
| PC_0196351 | EL PASO COUNTY | ATTN: CONSUMER PROTECTION AGENCY | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FLOOR | | DENVER | CO | 80203 | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 4

Exhibit A
Consumer Protection Agencies Service List
Served via first class mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| PC_0196352 | EMMET COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 525 W. OTTAWA ST. | | | LANSING | MI | 48906 | |
| PC_0196353 | ERIE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | EDWARD A. RATH COUNTY OFFICE BUILDING | 95 FRANKLIN STREET | | BUFFALO | NY | 14202 | |
| PC_0196354 | ESCAMBIA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 221 PALAFOX PLACE | | | PENSACOLA | FL | 32502 | |
| PC_0196355 | ESSEX COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 501 BOYLSTON STREET, SUITE 5100 | | | BOSTON | MA | 02116 | |
| PC_0196356 | FAIRFAX COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 12000 GOVERNMENT CENTER PKWY | | | FAIRFAX | VA | 22035 | |
| PC_0196357 | FAIRFIELD COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 611 OLD POST ROAD | | | FAIRFIELD | CT | 06824 | |
| PC_0196358 | FAYETTE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 140 STONEWALL AVENUE WEST | SUITE 100 | | FAYETTEVILLE | GA | 30214 | |
| PC_0196359 | FLATHEAD COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 555 FULLER AVENUE | | | HELENA | MT | 59601-3394 | |
| PC_0196360 | FORSYTH COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 114 WEST EDENTON STREET | | | RALEIGH | NC | 27603 | |
| PC_0196361 | FORT BEND COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 301 JACKSON STREET SUITE 514 | | | RICHMOND | TX | 77469 | |
| PC_0196362 | FRANKLIN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 373 S. HIGH ST. | LOBBY LEVEL | | COLUMBUS | OH | 43215 | |
| PC_0196363 | FREDERICK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 12 E. CHURCH ST. | | | FREDERICK | MD | 21701 | |
| PC_0196364 | FRESNO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 2281 TULARE ST ROOM 304 | | | FRESNO | CA | 93721 | |
| PC_0196365 | FULTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 141 PRYOR STREET SW, 10TH FLOOR | | | ATLANTA | GA | 30303 | |
| PC_0196366 | GALLATIN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 311 WEST MAIN STREET | | | BOZEMAN | MT | 59715 | |
| PC_0196367 | GLOUCESTER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1011 COOPER STREET | | | DEPTFORD | NJ | 08096 | |
| PC_0196368 | GRAND TRAVERSE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 400 BOARDMAN AVENUE | | | TRAVERSE CITY | MI | 49684 | |
| PC_0196369 | GREENE COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 207 W. HIGH ST. | | | JEFFERSON CITY | MO | 65102 | |
| PC_0196370 | GREENVILLE COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 1000 ASSEMBLY STREET, ROOM 519 | | | COLUMBIA | SC | 29201 | |
| PC_0196371 | GREGG COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 101 EAST METHVIN | | | LONGVIEW | TX | 75601 | |
| PC_0196372 | GUILFORD COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 301 WEST MARKET STREET | | | GREENSBORO | NC | 27401 | |
| PC_0196373 | GWINNETT COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 75 LANGLEY DRIVE | | | LAWRENCEVILLE | GA | 30046 | |
| PC_0196374 | HAMILTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1 HAMILTON COUNTY SQUARE | SUITE 157 | | NOBLESVILLE | IN | 46060 | |
| PC_0196375 | HARRIS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1019 CONGRESS, 15TH FLOOR | | | HOUSTON | TX | 77002 | |
| PC_0196376 | HARRISON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | HARRISON COUNTY JUDICIAL 1 | 1801 23RD AVE | | GULFPORT | MS | 39501 | |
| PC_0196377 | HARTFORD COUNTY | DEPARTMENT OF CONSUMER PROTECTION | 450 COLUMBUS BLVD. | SUITE 901 | | HARTFORD | CT | 06103 | |
| PC_0196378 | HAYS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 712 S. STAGECOACH TRAIL | | | SAN MARCOS | TX | 78666 | |
| PC_0196379 | HENNEPIN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 300 SOUTH SIXTH STREET | | | MINNEAPOLIS | MN | 55487 | |
| PC_0196380 | HENRICO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | POST OFFICE BOX 90775 | | | HENRICO | VA | 23273-0775 | |
| PC_0196381 | HENRY COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 140 HENRY PARKWAY | | | MCDONOUGH | GA | 30253 | |
| PC_0196382 | HIDALGO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 100 NORTH CLOSNER | | | EDINBURG | TX | 78539 | |
| PC_0196383 | HILLSBOROUGH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 410 30TH STREET SE | STE. 104 | | RUSKIN | FL | 33570 | |
| PC_0196384 | HONOLULU COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 530 S. KING STREET, RM. 300 | | | HONOLULU | HI | 96813 | |
| PC_0196385 | HORRY COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 1301 2ND AVE | | | CONWAY | SC | 29526 | |
| PC_0196386 | HOUSTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 CARL VINSON PARKWAY | | | WARNER ROBINS | GA | 31088 | |
| PC_0196387 | HOWARD COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 9830 PATUXENT WOODS DRIVE | | | COLUMBIA | MD | 21046 | |
| PC_0196388 | HUDSON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 567 PAVONIA AVENUE, FOURTH FLOOR | | | JERSEY CITY | NJ | 07306 | |
| PC_0196389 | HUMBOLDT COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 825 5TH STREET | | | EUREKA | CA | 95501 | |
| PC_0196390 | INDIAN RIVER COUNTY | | 1801 27TH STREET | | | VERO BEACH | FL | 32960-3365 | |
| PC_0196391 | IREDELL COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 226 STOCKTON ST | | | STATESVILLE | NC | 28677 | |
| PC_0196392 | JACKSON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 415 E 12TH STREET, 2ND FLOOR | | | KANSAS CITY | MO | 64106 | |
| PC_0196393 | JEFFERSON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 716 RICHARD ARRINGTON JR. BLVD. | | | BIRMINGHAM | AL | 35203 | |
| PC_0196394 | JEFFERSON PARISH | ATTN: CITIZENS' AFFAIRS | JOSEPH S. YENNI BUILDING | 1221 ELMWOOD PARK BLVD. | SUITE 403 | JEFFERSON | LA | 70123 | |
| PC_0196395 | JOHNSON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 86 W. COURT ST. | | | FRANKLIN | IN | 46131 | |
| PC_0196396 | KENNEBEC COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 125 STATE STREET | 2ND FLOOR | | AUGUSTA | ME | 04330 | |
| PC_0196397 | KENT COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 300 MONROE AVENUE NW | | | GRAND RAPIDS | MI | 49503 | |
| PC_0196398 | KENTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1840 SIMON KENTON WAY | SUITE 5200 | | COVINGTON | KY | 41011 | |
| PC_0196399 | KERN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1115 TRUXTUN AVENUE | FIFTH FLOOR | | BAKERSFIELD | CA | 93301 | |
| PC_0196400 | KING COUNTY | ATTN: CONSUMER PROTECTION DIVISION | KING COUNTY CHINOOK BUILDING | 401 5TH AVE. SUITE 800 | | SEATTLE | WA | 98104 | |
| PC_0196401 | KITSAP COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 614 DIVISION ST. MS - 7 | | | PORT ORCHARD | WA | 98366 | |
| PC_0196402 | KNOX COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 400 MAIN STREET | | | KNOXVILLE | TN | 37902 | |
| PC_0196403 | KOOTENAI COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 954 W. JEFFERSON, 2ND FLOOR | | | BOISE | ID | 83720 | |
| PC_0196404 | LA PLATA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1101 EAST 2ND AVENUE | | | DURANGO | CO | 81301 | |
| PC_0196405 | LAFAYETTE PARISH | ATTN: CONSUMER PROTECTION DIVISION | 705 WEST UNIVERSITY AVENUE | | | LAFAYETTE | LA | 70506 | |
| PC_0196406 | LAKE COUNTY | CITY HALL | ATTN: CONSUMER PROTECTION AGENCY | 315 W. MAIN ST. | | TAVARES | FL | 32778 | |
| PC_0196407 | LANCASTER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 555 SOUTH 10TH STREET | | | LINCOLN | NE | 68508 | |
| PC_0196408 | LANE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 125 EAST 8TH AVENUE | | | EUGENE | OR | 97401 | |
| PC_0196409 | LARIMER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 W. OAK STREET | | | FORT COLLINS | CO | 80521 | |
| PC_0196410 | LEE COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 710 AVENUE F | | | FORT MADISON | IA | 52627 | |
| PC_0196411 | LEHIGH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 17 SOUTH 7TH ST. | | | ALLENTOWN | PA | 18101 | |
| PC_0196412 | LEON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 301 S. MONROE ST. | | | TALLAHASSEE | FL | 32301 | |
| PC_0196413 | LEXINGTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 111 MAIDEN LANE | | | LEXINGTON | SC | 29072 | |
| PC_0196414 | LIVINGSTON PARISH | ATTN: CONSUMER PROTECTION DIVISION | 20399 GOVERNMENT BLVD. | | | LIVINGSTON | LA | 70754 | |
| PC_0196415 | LOS ANGELES COUNTY | DEPARTMENT OF CONSUMER AND BUSINESS AFFAIRS | 500 W. TEMPLE ST. ROOM B96 | | | LOS ANGELES | CA | 90012 | |
| PC_0196416 | LOUDOUN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | P.O. BOX 7000 | | | LEESBURG | VA | 20177-7000 | |
| PC_0196417 | LUBBOCK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1314 AVENUE K | | | LUBBOCK | TX | 79401 | |

Exhibit A
Consumer Protection Agencies Service List
Served via first class mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| PC_0196418 | LUCAS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1 GOVERNMENT CENTER | | | TOLEDO | OH | 43604 | |
| PC_0196419 | LUZERNE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 N RIVER STREET | | | WILKES-BARRE | PA | 18711 | |
| PC_0196420 | MACOMB COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1 S MAIN, 8TH FLOOR | | | MOUNT CLEMENS | MI | 48043 | |
| PC_0196421 | MADISON COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 100 NORTH SIDE SQUARE | SUITE 700 | | HUNTSVILLE | AL | 35801 | |
| PC_0196422 | MAHONING COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 120 MARKET STREET | | | YOUNGSTOWN | OH | 44503 | |
| PC_0196423 | MANATEE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1112 MANATEE AVENUE WEST | | | BRADENTON | FL | 34205 | |
| PC_0196424 | MARICOPA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 301 W JEFFERSON ST | | | PHOENIX | AZ | 85003 | |
| PC_0196425 | MARION COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 601 SE 25TH AVE | | | OCALA | FL | 34471 | |
| PC_0196426 | MARTIN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 2401 SE MONTEREY RD | | | STUART | FL | 34996 | |
| PC_0196427 | MCHENRY COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 2200 NORTH SEMINARY AVE. | | | WOODSTOCK | IL | 60098 | |
| PC_0196428 | MCLENNAN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 501 WASHINGTON AVENUE | | | WACO | TX | 76701 | |
| PC_0196429 | MECKLENBURG COUNTY | ATTN: CONSUMER PROTECTION DIVISION | CHARLOTTE MECKLENBURG GOVERNMENT CENTER | 600 EAST 4TH STREET | | CHARLOTTE | NC | 28202 | |
| PC_0196430 | MERCER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 640 S BROAD ST. | | | TRENTON | NJ | 08650 | |
| PC_0196431 | MERRIMACK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 6 BABOOSIC LAKE ROAD | | | MERRIMACK | NH | 03054 | |
| PC_0196432 | MIAMI-DADE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | STEPHEN P. CLARK CENTER | 111 NW 1ST STREET | 29TH FLOOR | MIAMI | FL | 33128 | |
| PC_0196433 | MIDDLESEX COUNTY | CITY HALL | 200 TRADE CENTER, 2ND FLOOR | | | WOBURN | MA | 01801 | |
| PC_0196434 | MIDLAND COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 300 N LORAINE | | | MIDLAND | TX | 79701 | |
| PC_0196435 | MILWAUKEE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | MILWAUKEE COUNTY COURTHOUSE | ROOM 306 | 901 N. 9TH STREET | MILWAUKEE | WI | 53233 | |
| PC_0196436 | MILWAUKEE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | MILWAUKEE COUNTY COURTHOUSE | ROOM 306 | 901 N. 9TH STREET | MILWAUKEE | WI | 53233 | |
| PC_0196437 | MINNEHAHA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 415 N. DAKOTA AVE. | | | SIOUX FALLS | SD | 57104 | |
| PC_0196438 | MISSOULA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 W BROADWAY | | | MISSOULA | MT | 59802 | |
| PC_0196439 | MONMOUTH COUNTY | DIVISION OF CONSUMER AFFAIRS | HALL OF RECORDS ANNEX -1ST FLOOR | 1 E. MAIN STREET | | FREEHOLD | NJ | 07728 | |
| PC_0196440 | MONROE COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 16TH FLOOR, STRAWBERRY SQUARE | | | HARRISBURG | PA | 17120 | |
| PC_0196441 | MONTGOMERY COUNTY | ATTN: CONSUMER PROTECTION DIVISION | EXECUTIVE OFFICE BUILDING | 101 MONROE STREET, 2ND FLOOR | | ROCKVILLE | MD | 20850 | |
| PC_0196442 | MOORE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1 COURTHOUSE SQUARE | | | CARTHAGE | NC | 28327 | |
| PC_0196443 | MORRIS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | PO BOX 900 | | | MORRISTOWN | NJ | 07963-0900 | |
| PC_0196444 | MUSCOGEE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 100 10TH STREET | | | COLUMBUS | GA | 31901 | |
| PC_0196445 | NASSAU COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 240 OLD COUNTRY RD | 3RD FLOOR | | MINEOLA | NY | 11501 | |
| PC_0196446 | NEW CASTLE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 87 READ'S WAY | | | NEW CASTLE | DE | 19720 | |
| PC_0196447 | NEW HANOVER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 230 GOVERNMENT CENTER DRIVE | | | WILMINGTON | NC | 28403 | |
| PC_0196448 | NEW YORK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 42 BROADWAY | | | NEW YORK | NY | 10004 | |
| PC_0196449 | NEWPORT COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 43 BROADWAY | | | NEWPORT | RI | 02840 | |
| PC_0196450 | NEWPORT NEWS | ATTN: CONSUMER PROTECTION DIVISION | 2400 WASHINGTON AVENUE | | | NEWPORT NEWS | VA | 23607 | |
| PC_0196451 | NORFOLK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 614 HIGH STREET | | | DEDHAM | MA | 02027-0310 | |
| PC_0196452 | NORTHAMPTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 669 WASHINGTON STREET | | | EASTON | PA | 18042 | |
| PC_0196453 | NUECES COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 901 LEOPARD ST. | | | CORPUS CHRISTI | TX | 78401 | |
| PC_0196454 | OAKLAND COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1200 N. TELEGRAPH ROAD | | | PONTIAC | MI | 48341 | |
| PC_0196455 | OCEAN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 101 HOOPER AVENUE | | | TOMS RIVER | NJ | 08753 | |
| PC_0196456 | OKALOOSA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 302 N. WILSON ST. - SUITE 302 | | | CRESTVIEW | FL | 32536 | |
| PC_0196457 | OKLAHOMA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 320 ROBERT S. KERR AVENUE | | | OKLAHOMA CITY | OK | 73102 | |
| PC_0196458 | ONSLOW COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 234 NW CORRIDOR BOULEVARD | | | JACKSONVILLE | NC | 28540 | |
| PC_0196459 | ORANGE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 401 CIVIC CENTER DRIVE WEST | | | SANTA ANA | CA | 92701 | |
| PC_0196460 | OSCEOLA COUNTY | ADMINISTRATION BUILDING - COUNTY ATTORNEY | ATTN: CONSUMER PROTECTION UNIT | 1 COURTHOUSE SQUARE, SUITE 4200 | | KISSIMMEE | FL | 34741 | |
| PC_0196461 | PALM BEACH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 301 N. OLIVE AVENUE | | | WEST PALM BEACH | FL | 33401 | |
| PC_0196462 | PASCO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 8731 CITIZENS DRIVE | | | NEW PORT RICHEY | FL | 34654 | |
| PC_0196463 | PASSAIC COUNTY | ATTN: CONSUMER PROTECTION DIVISION | DEPARTMENT OF LAW & PUBLIC SAFETY | DIVISION OF WEIGHTS & MEASURES | 1310 ROUTE 23 N. | WAYNE | NJ | 07470 | |
| PC_0196464 | PENNINGTON COUNTY | CITY HALL | ATTN: CONSUMER PROTECTION UNIT | 130 KANSAS CITY ST | SUITE 300 | RAPID CITY | SD | 57701 | |
| PC_0196465 | PENOBSCOT COUNTY | PENOBSCOT COUNTY GOVERNMENT OFFICES | ATTN: CONSUMER PROTECTION UNIT | 97 HAMMOND ST | | BANGOR | ME | 04401 | |
| PC_0196466 | PIERCE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 930 TACOMA AVENUE S | | | TACOMA | WA | 98402 | |
| PC_0196467 | PIMA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 130 W. CONGRESS ST. | | | TUCSON | AZ | 85701 | |
| PC_0196468 | PINELLAS COUNTY | CONSUMER PROTECTION | 14250 49TH STREET NORTH | SUITE 1000, RM 2 | | CLEARWATER | FL | 33762 | |
| PC_0196469 | PLACER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 175 FULWEILER AVENUE | | | AUBURN | CA | 95603 | |
| PC_0196470 | PLYMOUTH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 26 COURT STREET | | | PLYMOUTH | MA | 02360 | |
| PC_0196471 | POLK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 330 W. CHURCH ST. | | | BARTOW | FL | 33830 | |
| PC_0196472 | POTTER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 500 S. FILLMORE | | | AMARILLO | TX | 79101 | |
| PC_0196473 | PRINCE WILLIAM COUNTY | ATTN: CONSUMER PROTECTION DIVISION | JAMES J. MCCOART ADMINISTRATION BUILDING | 1 COUNTY COMPLEX COURT | | PRINCE WILLIAM | VA | 22192 | |
| PC_0196474 | PULASKI COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 323 CENTER STREET, SUITE 200 | | | LITTLE ROCK | AR | 72201 | |
| PC_0196475 | QUEENS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | QUEENS BOROUGH HALL | 120-55 QUEENS BOULEVARD | | KEW GARDENS | NY | 11424 | |
| PC_0196476 | RANKIN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 211 E. GOVERNMENT ST | | | BRANDON | MS | 39042 | |
| PC_0196477 | RICHMOND COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1401 FAYETTEVILLE ROAD | | | ROCKINGHAM | NC | 28379 | |
| PC_0196478 | RIVERSIDE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 4080 LEMON STREET | | | RIVERSIDE | CA | 92501 | |
| PC_0196479 | ROCKINGHAM COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 20 EAST GAY STREET | | | HARRISONBURG | VA | 22802 | |
| PC_0196480 | ROCKWALL COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 101 E. RUSK ST. | | | ROCKWALL | TX | 75087 | |
| PC_0196481 | RUTHERFORD COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 5093 MURFREESBORO ROAD | | | LA VERGNE | TN | 37086 | |
| PC_0196482 | RUTLAND COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1 STRONGS AVENUE | | | RUTLAND | VT | 05702 | |
| PC_0196483 | SACRAMENTO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 901 G STREET | | | SACRAMENTO | CA | 95814 | |

Exhibit A
Consumer Protection Agencies Service List
Served via first class mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| PC_0196484 | SAINT CHARLES COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 N SECOND STREET | | | SAINT CHARLES | MO | 63301 | |
| PC_0196485 | SAINT JOHNS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 500 SAN SEBASTIAN VIEW | | | ST. AUGUSTINE | FL | 32084 | |
| PC_0196486 | SAINT JOSEPH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 227 WEST JEFFERSON BLVD | SUITE 722 | | SOUTH BEND | IN | 46601 | |
| PC_0196487 | SAINT LOUIS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 41 SOUTH CENTRAL | | | CLAYTON | MO | 63105 | |
| PC_0196488 | SALT LAKE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | PO BOX 146704 | | | SALT LAKE CITY | UT | 84114-6704 | |
| PC_0196489 | SAN BERNARDINO COUNTY | OFFICE OF CONSUMER AND FAMILY AFFAIRS | 385 N. ARROWHEAD AVENUE | | | SAN BERNARDINO | CA | 92415 | |
| PC_0196490 | SAN DIEGO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | COUNTY ADMINISTRATION CENTER | 1600 PACIFIC HIGHWAY, RM 166 | | SAN DIEGO | CA | 92101 | |
| PC_0196491 | SAN JUAN CITY | ATTN: CONSUMER PROTECTION DIVISION | P.O. BOX 4355 | | | SAN JUAN | PR | 00901 | |
| PC_0196492 | SAN MATEO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 400 COUNTY CENTER | | | REDWOOD CITY | CA | 94063 | |
| PC_0196493 | SANTA BARBARA COUNTY | ATTN: CHRISTOPHER DALBEY | 1112 SANTA BARBARA ST | | | SANTA BARBARA | CA | 93101 | |
| PC_0196494 | SANTA CLARA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1555 BERGER DRIVE | BUILDING 2, 3RD FLOOR | | SAN JOSE | CA | 95112 | |
| PC_0196495 | SANTA CRUZ COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 701 OCEAN STREET, ROOM 200 | | | SANTA CRUZ | CA | 95060 | |
| PC_0196496 | SANTA FE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 102 GRANT AVE | | | SANTA FE | NM | 87501-2061 | |
| PC_0196497 | SARASOTA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1660 RINGLING BLVD. | | | SARASOTA | FL | 34236 | |
| PC_0196498 | SEDGWICK COUNTY | CITY HALL | CONSUMER PROTECTION DIVISION | 520 N. COMMERCIAL | | SEDGWICK | KS | 67135 | |
| PC_0196499 | SEMINOLE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1101 EAST FIRST STREET | | | SANFORD | FL | 32771 | |
| PC_0196500 | SHELBY COUNTY | ATTN: CONSUMER PROTECTION DIVISION | VASCO A. SMITH, JR. COUNTY ADMINISTRATION BUILDING | 160 N MAIN STREET | | MEMPHIS | TN | 38103 | |
| PC_0196501 | SKAGIT COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1800 CONTINENTAL PLACE | SUITE 100 | | MOUNT VERNON | WA | 98273 | |
| PC_0196502 | SMITH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 200 E FERGUSON ST. | | | TYLER | TX | 75702 | |
| PC_0196503 | SNOHOMISH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 3000 ROCKEFELLER AVE. | | | EVERETT | WA | 98201 | |
| PC_0196504 | SOMERSET COUNTY | OFFICE OF CONSUMER PROTECTION | PO BOX 3000 | | | SOMERSET | NJ | 08876 | |
| PC_0196505 | SONOMA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1 THE PLZ | | | SONOMA | CA | 95476 | |
| PC_0196506 | SPOKANE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1116 W. BROADWAY AVENUE | | | SPOKANE | WA | 99260 | |
| PC_0196507 | SPOTSYLVANIA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 9104 COURTHOUSE ROAD | | | SPOTSYLVANIA | VA | 22553 | |
| PC_0196508 | STANISLAUS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1010 10TH STREET #6400 | | | MODESTO | CA | 95354 | |
| PC_0196509 | STARK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 115 CENTRAL PLAZA NORTH | SUITE 101 | | CANTON | OH | 44702 | |
| PC_0196510 | SUFFOLK COUNTY | ATTN: CONSUMER PROTECTION DIVISION | P.O. BOX 6100 | | | HAUPPAUGE | NY | 11788 | |
| PC_0196511 | SUSSEX COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 33711 S COASTAL LN | | | FRANKFORD | DE | 19945 | |
| PC_0196512 | TARRANT COUNTY | ATTN: CONSUMER PROTECTION AGENCY | 33 CAPITOL STREET | | | CONCORD | NH | 03301 | |
| PC_0196513 | TAYLOR COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 201 E. GREEN ST. | | | PERRY | FL | 32347 | |
| PC_0196514 | THURSTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 3000 PACIFIC AVENUE SE | | | OLYMPIA | WA | 98501 | |
| PC_0196515 | TRAVIS COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 314 WEST 11TH STREET | ROOM 300 | | AUSTIN | TX | 78701 | |
| PC_0196516 | TULSA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 218 W. 6TH ST. | | | TULSA | OK | 74119-1004 | |
| PC_0196517 | TUSCALOOSA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | TUSCALOOSA COUNTY COURTHOUSE | 714 GREENSBORO AVE | | TUSCALOOSA | AL | 35401 | |
| PC_0196518 | UTAH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 100 EAST CENTER STREET | | | PROVO | UT | 84606 | |
| PC_0196519 | VANDERBURGH COUNTY | ATTN: CONSUMER PROTECTION DIVISION | CIVIC CENTER COMPLEX | 1 NW MARTIN LUTHER KING JR BLVD | | EVANSVILLE | IN | 47708 | |
| PC_0196520 | VENTURA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 800 S. VICTORIA AVE. | | | VENTURA | CA | 93009 | |
| PC_0196521 | VIRGINIA BEACH CITY | ATTN: CONSUMER PROTECTION DIVISION | 2401 COURTHOUSE DR | | | VIRGINIA BEACH | VA | 23456 | |
| PC_0196522 | VOLUSIA COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 123 W. INDIANA AVE. | | | DELAND | FL | 32720 | |
| PC_0196523 | WAKE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 316 FAYETTEVILLE ST. MALL | | | RALEIGH | NC | 27601 | |
| PC_0196524 | WARREN COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 406 JUSTICE DRIVE | | | LEBANON | OH | 45036 | |
| PC_0196525 | WASHINGTON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 280 N COLLEGE AVE | | | FAYETTEVILLE | AR | 72701 | |
| PC_0196526 | WASHOE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1001 E. NINTH STREET | | | RENO | NV | 89512 | |
| PC_0196527 | WAUKESHA COUNTY | CITY HALL | 201 DELAFIELD ST | | | WAUKESHA | WI | 53188 | |
| PC_0196528 | WAUKESHA COUNTY | CITY HALL | 201 DELAFIELD ST | | | WAUKESHA | WI | 53188 | |
| PC_0196529 | WAYNE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 525 W. OTTAWA ST. | | | LANSING | MI | 48906 | |
| PC_0196530 | WEBER COUNTY | ATTN: CONSUMER PROTECTION AGENCY | ATTN: CONSUMER PROTECTION UNIT | 2380 WASHINGTON BLVD SUITE #230 | | OGDEN | UT | 84401 | |
| PC_0196531 | WESTCHESTER COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 148 MARTINE AVENUE, ROOM 407 | | | WHITE PLAINS | NY | 10601 | |
| PC_0196532 | WILL COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 302 N. CHICAGO STREET | | | JOLIET | IL | 60432 | |
| PC_0196533 | WILLIAMSON COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1320 W MAIN STREET | | | FRANKLIN | TN | 37064 | |
| PC_0196534 | WINNEBAGO COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 404 ELM STREET | | | ROCKFORD | IL | 61101 | |
| PC_0196535 | WORCESTER COUNTY | CITY HALL | 455 MAIN STREET | | | WORCESTER | MA | 01608 | |
| PC_0196536 | YAVAPAI COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 1015 FAIR STREET | | | PRESCOTT | AZ | 86305 | |
| PC_0196537 | YELLOWSTONE COUNTY | ATTN: CONSUMER PROTECTION DIVISION | 217 NORTH 27TH STREET | | | BILLING | MT | 59101 | |

**Exhibit B**

Case 23-13359-VFP    Doc 417    Filed 05/21/23    Entered 05/21/23 19:32:55    Desc Main
Document    Page 8 of 9

Exhibit B
State Consumer Protection Agencies Service List
Served via first class mail

| PCID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| PC_0178783 | GUAM CONSUMER PROTECTION AGENCY | OFFICE OF THE ATTORNEY GENERAL OFFICE OF GUAM | CONSUMER PROTECTION DIVISION | FRED NISHIHIRA, DEPUTY ATTORNEY GENERAL | 590 S. MARINE CORPS DRIVE, SUITE 901 | TAMUNING | GU | 96913 | |
| PC_0178865 | PUERTO RICO CONSUMER PROTECTION AGENCY | DEPARTMENT OF JUSTICE | JOSE A. FUENTES-AGOSTINI, SECRETARY | P.O. BOX 902192 | | SAN JUAN | PR | 902 | |
| PC_0178867 | PUERTO RICO CONSUMER PROTECTION AGENCY | DEPARTMENT OF CONSUMER AFFAIRS | JOSE ANTONIO ALICIA RIVERA, SECRETARY | P.O. BOX 41059 | | SANTURCE | PR | 00940-1059 | |
| PC_0178874 | STATE OF ALABAMA CONSUMER PROTECTION DIVISION | OFFICE OF THE ATTORNEY GENERAL | POST OFFICE BOX 300152 | | | MONTGOMERY | AL | 36130 | |
| PC_0178886 | STATE OF ALASKA CONSUMER PROTECTION UNIT | OFFICE OF THE ATTORNEY GENERAL | 1031 W. 4TH AVE., SUITE 200 | | | ANCHORAGE | AK | 99501-5903 | |
| PC_0178896 | STATE OF ARIZONA CONSUMER INFORMATION AND COMPLAINTS | ARIZONA OFFICE OF THE ATTORNEY GENERAL- TUCSON | 400 W. CONGRESS ST. SOUTH BLDG., SUITE 315 | | | TUCSON | AZ | 85701-1367 | |
| PC_0178908 | STATE OF ARKANSAS CONSUMER PROTECTION DIVISION | ARKANSAS OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST., SUITE 200 | | | LITTLE ROCK | AR | 72201 | |
| PC_0178918 | STATE OF CALIFORNIA CONSUMER INFORMATION DIVISION | CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS | 1625 N. MARKET BLVD., SUITE N 112 | | | SACRAMENTO | CA | 95834 | |
| PC_0178928 | STATE OF COLORADO CONSUMER PROTECTION SECTION | COLORADO OFFICE OF THE ATTORNEY GENERAL | 1300 BROADWAY, 10TH FLOOR | | | DENVER | CO | 80203 | |
| PC_0178938 | STATE OF CONNECTICUT CONSUMER PROTECTION DIVISION | DEPARTMENT OF CONSUMER PROTECTION | 165 CAPITOL AVE. | | | HARTFORD | CT | 06106-1630 | |
| PC_0178948 | STATE OF DELAWARE CONSUMER PROTECTION DIVISION | DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING | 820 N. FRENCH ST., 5TH FLOOR | | WILMINGTON | DE | 19801 | |
| PC_0178973 | STATE OF FLORIDA CONSUMER PROTECTION DIVISION | FLORIDA OFFICE OF THE ATTORNEY GENERAL | PL-01 THE CAPITOL | | | TALLAHASSEE | FL | 32399-1050 | |
| PC_0178983 | STATE OF GEORGIA CONSUMER PROTECTION DIVISION | GEORGIA GOVERNORS OFFICE OF CONSUMER AFFAIRS | 2 MARTIN LUTHER KING, JR. DR., SE SUITE 356 | | | ATLANTA | GA | 30334-9077 | |
| PC_0178994 | STATE OF HAWAII CONSUMER PROTECTION DIVISION | HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS | OFFICE OF CONSUMER PROTECTION | LEIOPAPA A KAMEHAMEHA BUILDING | 235 S. BERETANIA ST., SUITE 801 | HONOLULU | HI | 96813 | |
| PC_0179004 | STATE OF IDAHO CONSUMER PROTECTION DIVISION | IDAHO ATTORNEY GENERALS OFFICE | 954 W. JEFFERSON, 2ND FLOOR | | | BOISE | ID | 83720 | |
| PC_0179019 | STATE OF ILLINOIS CONSUMER FRAUD BUREAU | ILLINOIS OFFICE OF THE ATTORNEY GENERAL -CHICAGO | 100 W. RANDOLPH ST. | | | CHICAGO | IL | 60601 | |
| PC_0179027 | STATE OF INDIANA CONSUMER PROTECTION DIVISION | OFFICE OF THE ATTORNEY GENERAL | GOVERNMENT CENTER SOUTH, 5TH FLOOR | 302 W. WASHINGTON ST. | | INDIANAPOLIS | IN | 46204 | |
| PC_0178510 | STATE OF IOWA CONSUMER PROTECTION DIVISION | IOWA OFFICE OF THE ATTORNEY GENERAL | 1305 E. WALNUT ST. | | | DES MOINES | IA | 50319 | |
| PC_0178525 | STATE OF KANSAS CONSUMER PROTECTION DIVISION | OFFICE OF KANSAS ATTORNEY | 120 S.W. 10TH ST., SUITE 430 | | | TOPEKA | KS | 66612-1597 | |
| PC_0178537 | STATE OF KENTUCKY CONSUMER PROTECTION DIVISION | KENTUCKY OFFICE OF THE ATTORNEY GENERAL | 1024 CAPITAL CENTER DR. | | | FRANKFORT | KY | 40601 | |
| PC_0178547 | STATE OF LOUISIANA CONSUMER PROTECTION SECTION | LOUISIANA OFFICE OF THE ATTORNEY GENERAL | 1885 N. 3RD ST. | | | BATON ROUGE | LA | 70802 | |
| PC_0178557 | STATE OF MAINE CONSUMER PROTECTION DIVISION | BUREAU OF CONSUMER CREDIT PROTECTION | 35 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | |
| PC_0178567 | STATE OF MARYLAND CONSUMER PROTECTION DIVISION | MARYLAND OFFICE OF THE ATTORNEY GENERAL | 200 SAINT PAUL PL. | | | BALTIMORE | MD | 21202 | |
| PC_0178577 | STATE OF MASSACHUSETTS CONSUMER PROTECTION DIVISION | MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | PUBLIC INQUIRY AND ASSISTANCE CENTER | ONE ASHBURTON PL., 18TH FLOOR | | BOSTON | MA | 02108-1518 | |
| PC_0178587 | STATE OF MICHIGAN CONSUMER PROTECTION DIVISION | OFFICE OF THE ATTORNEY GENERAL | PO BOX 30213 | | | LANSING | MI | 48909-7713 | |
| PC_0178597 | STATE OF MINNESOTA CONSUMER SERVICES DIVISION | OFFICE OF THE ATTORNEY GENERAL | 1400 BREMER TOWER 445 MINNESOTA ST. | | | ST. PAUL | MN | 55101 | |
| PC_0178607 | STATE OF MISSISSIPPI CONSUMER PROTECTION DIVISION | MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | PO BOX 22947 | | | JACKSON | MS | 39225-2947 | |
| PC_0178617 | STATE OF MISSOURI CONSUMER PROTECTION UNIT | MISSOURI ATTORNEY GENERAL'S OFFICE | PO BOX 899 | | | JEFFERSON CITY | MO | 65102 | |
| PC_0178631 | STATE OF MONTANA OFFICE OF CONSUMER PROTECTION | MONTANA DEPARTMENT OF JUSTICE | 2225 11TH AVE. PO BOX 200151 | | | HELENA | MT | 59620-0151 | |
| PC_0178639 | STATE OF NEBRASKA CONSUMER PROTECTION DIVISION | NEBRASKA OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| PC_0178649 | STATE OF NEVADA CONSUMER PROTECTION DIVISION | NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY | FIGHT FRAUD TASK FORCE | 555 E. WASHINGTON AVE. | | LAS VEGAS | NV | 89101 | |
| PC_0178661 | STATE OF NEW HAMPSHIRE CONSUMER PROTECTION AND ANTITRUST BUREAU | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | 33 CAPITOL ST. | | | CONCORD | NH | 03301 | |
| PC_0178671 | STATE OF NEW JERSEY CONSUMER AFFAIRS DIVISION | DEPARTMENT OF LAW AND PUBLIC SAFETY | 124 HALSEY ST. | | | NEWARK | NJ | 07102 | |
| PC_0178681 | STATE OF NEW MEXICO CONSUMER PROTECTION DIVISION | OFFICE OF ATTORNEY GENERAL | PO DRAWER 1508 | | | SANTA FE | NM | 87504-1508 | |
| PC_0178691 | STATE OF NEW YORK CONSUMER PROTECTION DIVISION | NEW YORK STATE DEPARTMENT OF STATE | CONSUMER ASSISTANCE UNIT | 99 WASHINGTON AVENUE | | ALBANY | NY | 12231 | |
| PC_0178699 | STATE OF NORTH CAROLINA CONSUMER PROTECTION DIVISION | NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | MAIL SERVICE CENTER 9001 | | | RALEIGH | NC | 27699-9001 | |
| PC_0178707 | STATE OF NORTH DAKOTA CONSUMER PROTECTION AND ANTITRUST DIVISION | OFFICE OF THE ATTORNEY GENERAL | GATEWAY PROFESSIONAL CENTER | 1050 E. INTERSTATE AVE., SUITE 200 | | BISMARCK | ND | 58503-5574 | |
| PC_0178717 | STATE OF OHIO CONSUMER PROTECTION SECTION | OHIO ATTORNEY GENERALS OFFICE | 30 E. BROAD ST., 14TH FLOOR | | | COLUMBUS | OH | 43215-3400 | |
| PC_0178727 | STATE OF OKLAHOMA CONSUMER PROTECTION DIVISION | OKLAHOMA ATTORNEY GENERAL | PUBLIC PROTECTION UNIT | 313 N.E. 21ST ST. | | OKLAHOMA CITY | OK | 73105 | |
| PC_0178740 | STATE OF OREGON FINANCIAL FRAUD/CONSUMER PROTECTION SECTION | OREGON DEPARTMENT OF JUSTICE | 1162 COURT ST., NE | | | SALEM | OR | 97301-4096 | |
| PC_0178746 | STATE OF PENNSYLVANIA BUREAU OF CONSUMER PROTECTION | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE, 15TH FLOOR | | | HARRISBURG | PA | 17120 | |
| PC_0178758 | STATE OF RHODE ISLAND CONSUMER PROTECTION UNIT | RHODE ISLAND DEPARTMENT OF THE ATTORNEY GENERAL | 150 S. MAIN ST. | | | PROVIDENCE | RI | 02903 | |
| PC_0178766 | STATE OF SOUTH CAROLINA CONSUMER PROTECTION DIVISION | SOUTH CAROLINA DEPARTMENT OF CONSUMER AFFAIRS | PO BOX 5757 | | | COLUMBIA | SC | 29250 | |
| PC_0178776 | STATE OF SOUTH DAKOTA CONSUMER PROTECTION DIVISION | SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | 1302 E. HWY. 14, SUITE 3 | | | PIERRE | SD | 57501-8503 | |
| PC_0178788 | STATE OF TENNESSEE CONSUMER AFFAIRS DIVISION | TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | 500 JAMES ROBERTSON PKWY., 12TH FLOOR | | | NASHVILLE | TN | 37243-0600 | |
| PC_0178799 | STATE OF TEXAS CONSUMER PROTECTION DIVISION | TEXAS OFFICE OF THE ATTORNEY GENERAL | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | |
| PC_0178808 | STATE OF UTAH CONSUMER PROTECTION DIVISION | UTAH DEPARTMENT OF COMMERCE | 160 E. 300 S, 2ND FLOOR | | | SALT LAKE CITY | UT | 84114-6704 | |
| PC_0178821 | STATE OF VERMONT CONSUMER PROTECTION DIVISION | VERMONT OFFICE OF THE ATTORNEY GENERAL | CONSUMER ASSISTANCE PROGRAM | 146 UNIVERSITY PL. | | BURLINGTON | VT | 05405 | |
| PC_0178829 | STATE OF VIRGINIA CONSUMER PROTECTION SECTION | VIRGINIA OFFICE OF THE ATTORNEY GENERAL | 900 E. MAIN ST | | | RICHMOND | VA | 23219 | |
| PC_0178839 | STATE OF WASHINGTON CONSUMER PROTECTION DIVISION | WASHINGTON OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 1125 WASHINGTON ST., SE | | | OLYMPIA | WA | 98504-0100 | |
| PC_0178855 | STATE OF WEST VIRGINIA CONSUMER PROTECTION DIVISION | OFFICE OF THE ATTORNEY GENERAL | PO BOX 1789 | | | CHARLESTON | WV | 25326-1789 | |
| PC_0178864 | STATE OF WISCONSIN CONSUMER BUREAU OF CONSUMER PROTECTION | WISCONSIN DEPARTMENT OF AGRICULTURE, TRADE AND CONSUMER PROTECTION | PO BOX 8911 | | | MADISON | WI | 53708-8911 | |
| PC_0178879 | STATE OF WYOMING CONSUMER PROTECTION UNIT | OFFICE OF THE ATTORNEY GENERAL | 123 STATE CAPITOL 200 W. 24TH ST. | | | CHEYENNE | WY | 82002 | |