# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew K. Glenn (*pro hac vice* pending)<br>Kurt Mayr (*pro hac vice* pending)<br>Shai Schmidt (*pro hac vice* pending)<br>Agustina G. Berro (*pro hac vice* pending)<br>Naznen Rahman (*pro hac vice* pending)<br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>aglenn@glennagre.com<br>kmayr@glennagre.com<br>sschmidt@glennagre.com<br>aberro@glennagre.com<br>nrahman@glennagre.com<br>*Counsel for the Ad Hoc Committee of Bondholders* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>Debtors.[1] | Case No.:   23-13359-VFP<br><br>Chapter:    11<br><br>Judge:      Hon. Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the Ad Hoc Committee of Bondholders. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Naznen Rahman

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1623
nrahman@glennagre.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: May 22, 2023                    */s/ Naznen Rahman*_____