**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

SAUL EWING LLP
Mark Minuti, Esquire (*pro hac vice* pending)
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Office: (215) 972-7777
Fax: (215) 972-7725
mark.minuti@saul.com
turner.falk@saul.com

*Counsel for Loja WTP, LLC*

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

Jointly Administered

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters

an appearance in this case on behalf of Loja WTP, LLC.  Request is made that the documents filed

in this case and identified below be served on the undersigned at the following addresses:

| | |
|---|---|
| **SAUL EWING LLP** | **SAUL EWING LLP** |
| Mark Minuti, Esquire | Turner N. Falk, Esquire |
| 1201 North Market Street, Suite 2300 | Centre Square West |
| P.O. Box 1266 | 1500 Market Street, 38th Floor |
| Wilmington, DE 19899 | Philadelphia, PA 19102 |
| Telephone: (302) 421-6840 | Telephone: (215) 972-8415 |
| Email: mark.minuti@saul.com | Email: turner.falk@saul.com |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.


Respectfully submitted,


Dated:  May 23, 2023                    SAUL EWING LLP

                                        */s/ Turner N. Falk*
                                        Mark Minuti (*pro hac vice* pending)
                                        Turner N. Falk, Esquire
                                        Centre Square West
                                        1500 Market Street, 38th Floor
                                        Philadelphia, PA 19102-2186
                                        Office: (215) 972-7777
                                        Fax: (215) 972-7725
                                        mark.minuti@saul.com
                                        turner.falk@saul.com
                                        *Attorneys for Loja WTP, LLC*