| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Mark Minuti, Esquire (*pro hac vice* pending)<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Office: (215) 972-7777<br>Fax: (215) 972-7725<br>mark.minuti@saul.com<br>turner.falk@saul.com<br><br>*Counsel for Loja WTP, LLC* |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*[1]<br><br>                        Debtors. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I did cause the foregoing *Notice of Appearance* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

                                **SAUL EWING LLP**

                                */s/ Turner N. Falk*
                                Turner N. Falk, Esquire
                                Centre Square West
                                1500 Market Street, 38th Floor
                                Philadelphia, PA 19102
                                Telephone: (215) 972-8415

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.