**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
Drew S. McGehrin, Esquire
30 South 17th Street
Philadelphia, PA 19103
(215) 979-7334

*Counsel to NP New Castle, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

**APPLICATION FOR PRO HAC VICE ADMISSION OF
<u>LAWRENCE J. KOTLER, ESQUIRE</u>**

To: The Honorable Vincent F. Papalia

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission *pro hac vice* of Lawrence J. Kotler, Esquire of the law firm Duane Morris LLP, to represent NP New Castle, LLC, in its capacity as

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

the landlord in the above-captioned chapter 11 cases and any related adversary proceedings.

Respectfully submitted,

Dated: May 23, 2023

/s/ Drew S. McGehrin

Drew S. McGehrin, Esquire
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Phone: (215) 979-7334
Email: dsmcgehrin@duanemorris.com

*Counsel to NP New Castle, LLC.*

**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
Drew S. McGehrin, Esquire
30 South 17th Street
Philadelphia, PA  19103
(215) 979-7334

*Counsel to NP New Castle, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

### CERTIFICATION OF LAWRENCE J. KOTLER, ESQUIRE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to LBR 9010-1 and 7007-1, I, **Lawrence J. Kotler, Esquire** hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

1. I am an attorney with the law firm Duane Morris LLP, with my office located at 30 South 17th Street, Philadelphia, Pennsylvania.  My telephone number is (215) 979-1514, my facsimile number is (215) 979-1020, and my email address is ljkotler@duanemorris.com.

2. I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| Pennsylvania | 1989 |
| Delaware | 2002 |
| New York | 2001 |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| United States District Court for Eastern District of PA | 1990 |
| United States District Court for Middle District of PA | 1996 |
| Court of Appeals 3rd Circuit | 1994 |
| United States District Court for Southern District of New York | 2002 |
| United States District Court for Eastern District of New York | 2006 |
| United States District Court for Western District of New York | 2019 |
| Court of Appeals 2nd Circuit | 2009 |
| United States District Court for the District of Delaware | 2002 |

3. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

I declare under penalty that the foregoing is true and correct.

*/s/ Lawrence J. Kotler*
*Lawrence J. Kotler*, Esquire

Dated: May 23, 2023

3

**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
Drew S. McGehrin, Esquire
30 South 17th Street
Philadelphia, PA 19103
(215) 979-7334

*Counsel NP New Castle, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[3] | (Joint Administration Requested) |

**ORDER GRANTING ADMISSION**
**PRO HAC VICE OF LAWRENCE J. KOTLER, ESQUIRE**

The relief set forth on the following pages 2-3 is hereby **ORDERED**.

**THIS MATTER** having been brought before the Court on Application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant and certification of out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED,** that Lawrence J. Kotler, Esq., of the law firm of Duane Morris LLP (the "Admittee"), shall be permitted to appear pro hac vice in the above-captioned case and any related adversary proceeding; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all

---

[3] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DM3\9672155.1

notices, orders and pleading may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearance for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED,** that the Admittee shall arrange with the New Jersey Lawyers' Fund for Client Protection (the "Fund") for payment of the annual fee, for this year and for each year during each Admittee's involvement in this case, in accordance with New Jersey Court Rule 1:28-2 and DNJ L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED,** that the Admittee shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L.Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey at the following Address, for forwarding by the Clerk to the District Court: United States Bankruptcy Court, District of New Jersey, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, N.J. 07102, *Attention: Pro Hac Vice Admission*; and it is further

**ORDERED,** that the Clerk shall forward a copy of this Order to the Fund within 5 days of its date of entry.

5

DM3\9672155.1