James S. Yu
SEYFARTH SHAW LLP
620 8th Avenue
New York, NY  10018
Telephone:  (212) 218-5524
Facsimile:  (917) 344-1339
Email: jyu@seyfarth.com

*Attorneys for 36 Monmouth Plaza, LLC and*
*CA-5-15 West 125th LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned bankruptcy cases on behalf of secured creditors 36 Monmouth Plaza, LLC and CA-5-15 West 125th LLC and, pursuant to 11 U.S.C. § 1109, Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, and any other applicable statute or rule, requests that notice of all matters that may come before the Court and all papers served or required to be served in these cases be given to:

James S. Yu
SEYFARTH SHAW LLP
620 8th Avenue
New York, NY  10018
Telephone:  (212) 218-5524
Facsimile:  (917) 344-1339
Email: jyu@seyfarth.com

---

[1] The last four digits of Debtor Bad Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY.  The location of Debtor Bed Bath & Beyond Inc.'s Principal place of business and the Debtor's service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

The foregoing request includes, without limitation, all notices, papers, pleadings, motions, proposed orders, applications, petitions, plans of reorganization or liquidation, disclosure statements, and any other documents or requests for relief submitted to the Court or required to be served, whether formal or informal, whether written or oral, and regardless how transmitted. If notice or service of any paper is provided only to a limited service list, the undersigned hereby requests inclusion in such limited service list.

This notice of appearance and request for service shall not constitute a waiver of and is without prejudice to: (1) 36 Monmouth Plaza, LLC's and CA-5-15 West 125th LLC's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, with respect to the above-captioned Debtors and any other entities, either in these cases or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved; (2) 36 Monmouth Plaza, LLC's and CA-5-15 West 125th LLC's right to trial by jury in any proceeding so triable; (3) 36 Monmouth Plaza, LLC's and CA-5-15 West 125th LLC's right to seek withdrawal of the reference of these cases or any related proceedings; and (4) any objection to the jurisdiction or authority of this Court for any purpose other than with respect to the notice. This notice of appearance and request for special notice shall not constitute, in any way, submission to the jurisdiction or authority of this Court for any particular issues or proceedings and shall not constitute an election of remedies.

| | |
|---|---|
| Dated: May 23, 2023<br>New York, New York | SEYFARTH SHAW LLP<br><br>By: /s/ *James S. Yu*<br>James S. Yu<br>SEYFARTH SHAW LLP<br>620 8th Avenue<br>New York, NY  10018<br>Telephone:  (212) 218-5524<br>Facsimile:  (917) 344-1339<br>Email: jyu@seyfarth.com<br><br>*Attorneys for 36 Monmouth Plaza, LLC and*<br>*CA-5-15 West 125th LLC* |

3