UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (Admitted *pro hac vice*)
Emily E. Geier, P.C. (Admitted *pro hac vice*)
Derek I. Hunter (Admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

## ORDER SHORTENING TIME PERIOD FOR NOTICE AND HEARING DATE

.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

(Page 2)
Debtors:              BED BATH & BEYOND INC., *et al.*
Case No.              23-13359 (VFP)
Caption of Order:     ORDER SHORTENING TIME PERIOD FOR NOTICE

Upon review of the Debtors' Application for Order Shortening Time (the "Application"),2 of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entryof an order (this "Order") requesting that the time period for the *Debtors' Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 and Section 365 Approving the Lease Termination Agreement with 31535 Southfield Road, LLC* (the "Motion"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

### IT IS HEREBY ORDERED THAT:

1.      A hearing will be conducted on the Motion on <u>May 31, 2023 at 2:30 p.m. (E.T.)</u>, before the Honorable Vincent F. Papalia, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3B, Newark, New Jersey 07102.

2.      The Debtors must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

2a.     A Certificate of Service must be filed prior to the hearing date.

3.      Service must be made within __1__ days of the date of this Order.

4.      Notice by telephone is not required.

5.      Any objections to the Motion should be filed and served on all
parties in interest by electronic or overnight mail by <u>May 30, 2023</u>.

6.      Information to participate in the hearing via zoom can be found at

www.njb.uscourts.gov/bbb#zoom

---

2   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.