

May 22, 2023

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY   10022

Cole Schotz P.C.
Court Plaza North, 25 Main Street
Hackensack, NJ   07601

US Bankruptcy Court
District of New Jersey
PO Box 1352
Newark, NJ 07101-1352

RE:  Bed Bath & Beyond Inc. Case No. 23-13359 Claim: 141

Dear all:

We are a vendor to Bed Bath & Beyond, Buy Buy Baby, and Bed Bath & Beyond Canada. Our technology and infrastructure serves all video content across these sites. This means that any consumer shopping on these sites will consume content related to the product(s) they are browsing/considering for purchase directly because our service is up and running. Throughout our multi-year engagement, our service has generated millions of dollars in online sales monthly.

At present, we are owed $125,760 for the service delivered from August 2022 to date. Prior to entering bankruptcy, we were working with Bed Bath & Beyond management who continuously communicated to us that they are actively working to address payment, and therefore asked us to keep the service running.  It was on this understanding that we continued to run the service for almost a year without payment and have suffered significant costs that have not been recouped.

Taking down the service would have an immense negative impact on the Bed Bath businesses. This is important to understand as you work through the bankruptcy and auction proceedings. If we were to stop the service today, it would result in many parts of the website being broken, severely harming the ability for the site to engage with consumers and carry out transactions. The impact is likely to result in millions of dollars lost to the business, almost immediately. We are therefore reaching out to you so that the matter can be addressed responsibly. We simply cannot continue to serve the experience on our own dime.

We are not trying to circumvent any process, but do want to highlight that most vendors would have already shut down the service. We want to provide an opportunity for this matter to be discussed and for there to be a path towards resolution before taking any such step. Please note that we are willing to settle on a portion of the $125,760 owed just to cover our losses.



We believe that it is important to keep the site intact as a buyer of the assets would likely see the online store as a key part of the value they'd be acquiring. We would not want any of that to be jeopardized.

We thank you for addressing this matter with the appropriate urgency.

Sincerely,

Allon Caidar, CEO
allon@creatable.io

CC: Via Email

Michael D. Sirota - msirota@coleschotz.com
Warren A. Usatine - wusatine@coleschotz.com
Felice R. Yudkin - fyudkin@coleschotz.com

Joshua A. Sussberg - joshua.sussberg@kirkland.com
Emily E. Geier - emily.geier@kirkland.com
Derek I. Hunter - derek.hunter@kirkland.com

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

# PRIORITY MAIL EXPRESS®

## FOR DOMESTIC AND INTERNATIONAL USE
### PLACE MAILING LABEL HERE

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( )

Creatable
6887 Nancy Ridge
S.D. CA 92121

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )

US Bankruptcy Ct
District of NJ
P.O. Box 1352
Newark NJ
07101-1352

EI 678 708 270 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 92126
Scheduled Delivery Date (MM/DD/YY): 5/25/23
Postage: $28.75

Date Accepted (MM/DD/YY): 5/22/23
Scheduled Delivery Time: ☐ 3:00 PM ☒
Insurance Fee: $
COD Fee: $

Time Accepted: 12:10 ☐ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Weight: lbs. ozs.
☒ Flat Rate
Acceptance Employee Initials: TD
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY): 5/24  Time: 6:56 ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY): 5/24  Time: 8:05 ☐ AM ☐ PM  Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996




FLAT RATE ENVELOPE
RATE ■ ANY WEIGHT

Schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006