IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

IN RE:                                          )
                                                )
                                                )
BED BATH & BEYOND, INC., ET AL.,                )    Case No. BK: 23-13359
                                                )    Chapter   11
                                                )
Debtor.                                         )

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 MAY 24 P 2: 58

JEANNE A. NAUGHTON
DEPUTY CLERK

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

> Tammy Jones, Pro Se
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 307
> Oklahoma City, Okla.  73102
> (405)-713-1324
> tammy.jones@oklahomacounty.org

Dated: MAY 19, 2023

Respectfully submitted,

OKLAHOMA COUNTY TREASURER
By:

_____
Tammy Jones, Pro Se
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, Okla.  73102
(405)-713-1324
tammy.jones@oklahomacounty.org

## CERTIFICATE OF SERVICE

I hereby certify that on the ___19TH___ day of ___MAY___, 2023 a true and correct copy of the above and foregoing was mailed, postage prepaid, to the following:

ROSS FIEDLER
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

RICHARD U.S. HOWELL, P.C.
KIRKLAND & ELLIS LLP
300 NORTH LASALLE STREET
CHICAGO, IL 60654

CASEY MCGUSHIN
3101 OLD JACKSONVILLE RD
SPRINGFIELD, IL 62704

MICHAEL D. SIROTA
COLE SCHOTZ P.C.
25 MAIN STREET
HACKENSACK, NJ 07601

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102

U.S. BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)
MARTIN LUTHER KING, JR. FEDERAL BLDG
50 WALNUT STREET
NEWARK, NY 07102

_____
Tammy Jones