**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Christian Carbajal, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 10, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on Springfield Plaza, Bell Tower Shopping Center & Dulles Landing, c/o Bregman, Berbert, Schwartz & Gilday LLC, Attn: Catherine B. Harrington charrington@bregmanlaw.com, and Attn: Katie Wilson kwilson@bregmanlaw.com:

- Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 21] ("***Utilities Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreements, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 28] ("***Store Closing Motion***")

- Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 79] ("***Lease Rejection Motion***")

- Interim Order (I) Authorizing the Debtors to Assume the Consulting Agreements, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 102] ("***Interim Store Closing Order***")

- Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 104] ("***Interim Utility Order***")

On May 11, 2023, at my direction and under my supervision, employees of Kroll caused the Utilities Motion, Store Closing Motion, Lease Rejection Motion, Interim Store Closing Order, and Interim Utility Order to be served via first class mail on Springfield Plaza, Bell Tower Shopping Center & Dulles Landing, c/o Bregman, Berbert, Schwartz & Gilday LLC, Attn: Catherine B. Harrington, 7315 Wisconsin Avenue Suite 800, West Bethesda, MD 20814:

Dated: May 17, 2023

*/s/ Christian Carbajal*
Christian Carbajal

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 17, 2023, by Christian Carbajal, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025