# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312–2 | User: admin | Date Created: 5/26/2023 |
| Case: 23–13359–VFP | Form ID: ntchrgbk | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Felice R. Yudkin    fyudkin@coleschotz.com

TOTAL: 1