UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

TROUTMAN PEPPER HAMILTON SANDERS LLP
Stephanie L. Jonaitis, Esq.
301 Carnegie Center, Suite 400
Princeton, NJ  08543-5276
Telephone: (609) 452-0808
Fax:       (609) 452-1147
Email:     stephanie.jonaitis@troutman.com
-and-
Henry J. Jaffe
(*pro hac vice* application to be submitted)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777.6500
Fax:       (302) 421.8390
Email:     henry.jaffe@troutman.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 2002, 3017, 4001, 9007 and 9010(b) the undersigned enter an appearance in these cases on behalf of OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. Request is made that the documents filed in these cases and identified below be served on the undersigned at the following addresses:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

157150062v1

ADDRESSES:

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br> Stephanie L. Jonaitis, Esq. <br> 301 Carnegie Center, Suite 400 <br> Princeton, NJ 08543-5276 <br> Telephone: (609) 452-0808 <br> Fax: (609) 452-1147 <br> Email: stephanie.jonaitis@troutman.com | **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br> Henry J. Jaffe <br> Hercules Plaza, Suite 5100 <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Telephone: (302) 777.6500 <br> Fax: (302) 421.8390 <br> Email: henry.jaffe@troutman.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated:  May 26, 2023

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Stephanie L. Jonaitis*
Stephanie L. Jonaitis, Esq.
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Telephone: (609) 452-0808
Fax:          (609) 452-1147
Email:       stephanie.jonaitis@troutman.com

- and -

-2-

157150062v1

Henry J. Jaffe
(*pro hac vice* application to be submitted)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777.6500
Fax:	(302) 421.8390
Email: henry.jaffe@troutman.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*