LAW OFFICES OF LISA M. SOLOMON
Lisa M. Solomon
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
(212) 471-0067; Fax 212-980-6965
Lisa.Solomon@att.net

SCARINCI & HOLLENBECK, LLC
David Edelberg, Esq.
150 Clove Road, 9th Fl.
Little Falls, New Jersey  07424
201-896-4100; Fax 201-896-8660
DEdelberg@sh-law.com

*Attorneys for DC USA Operating Co., LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No.:  23-13359 (VPF)<br><br>Jointly Administered<br><br>Hearing Date:  Not Applicable |

**APPLICATION FOR ORDER APPROVING THE ADMISSION,
*PRO HAC VICE*, OF LISA M. SOLOMON, ESQ.**

David Edelberg (the "Movant"), a member in good standing of the Bar of the State of New Jersey, an attorney admitted to practice before the United States District Court for the District of New Jersey, and an attorney and Member of the law firm of Scarinci & Hollenbeck, LLC, hereby

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

applies to the Court pursuant to District of New Jersey Local Bankruptcy Rule ("D.N.J. LBR") 9010-1 and the District of New Jersey Local Civil Rule ("D.N.J. L.Civ.R.") 101 for an Order admitting Lisa M. Solomon, Esq. *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey in the above matter. In support thereof, based upon the accompanying certification of Lisa M. Solomon, Movant respectfully represents to the Court as follows:

1. Upon information and belief, Lisa M. Solomon is a member in good standing of the Bar of the State of New York (admitted 1985) and admitted to practice before, inter alia, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit. Lisa M. Solomon is an owner of the Law Offices of Lisa M. Solomon, which maintains offices at One Grand Central Place, 305 Madison Avenue, Suite 4700, New York, New York 10165.

2. Lisa M. Solomon is and has remained a member in good standing of each of the foregoing bars at all times and is not under suspension or disbarment by any court.

3. Law Offices of Lisa M. Solomon has been retained to serve as primary counsel (together with Scarinci & Hollenbeck, LLC as local counsel), on behalf of DC USA Operating Co., LLC in connection with the pending case.

4. No previous application for the relief requested herein has been made to this Court.

WHEREFORE, for the reasons set forth herein, the Movant respectfully requests that the Court enter the Order in the form submitted herewith granting the admission of Lisa M. Solomon,

Esq. *pro hac vice* to appear and participate in the above-captioned matter.

Dated: May __, 2023

                                              SCARINCI & HOLLENBECK, LLC
                                              150 Clove Road, 9th Fl.
                                              Little Falls, New Jersey 07424
                                              201-896-4100


                                              By:   /s/ David Edelberg
                                                    David Edelberg