LAW OFFICES OF LISA M. SOLOMON
Lisa M. Solomon, Esq.
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
(212) 471-0067; Fax 212-980-6965
Lisa.Solomon@att.net

SCARINCI & HOLLENBECK, LLC
David Edelberg, Esq.
150 Clove Road, 9th Fl.
Little Falls, New Jersey 07424
201-896-4100; Fax 201-896-8660
DEdelberg@sh-law.com

*Attorneys for DC USA Operating Co., LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>BED BATH & BEYOND INC., et al., [1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-13359 (VFP)<br>Jointly Administered<br><br>Hearing Date: Not Applicable |
|---|---|

**CERTIFICATION OF LISA M. SOLOMON, ESQ., IN SUPPORT OF
ORDER APPROVING ADMISSION *PRO HAC VICE***

I, Lisa M. Solomon, Esq., certify under penalty of perjury as follows:

1. I am a member in good standing of the Bar of the State of New York (admitted 1985)

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

and admitted to practice before, inter alia, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit. I am an owner of the Law Offices of Lisa M. Solomon, which maintains offices at One Grand Central Place, 305 Madison Avenue, Suite 4700, New York, New York 10165.

2. I am and have remained a member in good standing of each of the foregoing bars at all times and am not under suspension or disbarment by any court.

3. Law Offices of Lisa M. Solomon has been retained to serve as primary counsel (together with Scarinci & Hollenbeck, LLC as local counsel), on behalf of DC USA Operating Co., LLC in connection with the pending case.

4. I submit this Certification in support of my application for admission, *pro hac vice*, pursuant to District of New Jersey Local Bankruptcy Rule 9010-1 and District of New Jersey Local Civil Rule 101.

5. I am in possession of a copy of Local Civ. R. 101.1 of the United States District Court for the District of New Jersey, the Local Rules of the United States Bankruptcy Court for the District of New Jersey and have reviewed same and agree to be bound by the disciplinary rules applicable to attorneys admitted to practice before this Court.

6. I have made no prior written application to be admitted to this Court in connection with this proceeding.

WHEREFORE, it is respectfully requested that this Court grant my request for admission

*pro hac vice* to appear and participate in the above-captioned matter.

Dated: May __, 2023

                                                               /s/ Lisa M. Solomon
Law Offices of Lisa M. Solomon
One Grand Central Place
305 Madison Avenue, Ste. 4700
New York, New York 10165
(212) 471-0067