## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Ordinary Course Professional Service List attached hereto as **Exhibit A**:

- Declaration of Brian Zenk, on Behalf of Proposed Ordinary Course Professional PricewaterhouseCoopers LLP [Docket No. 444]

- Declaration of Roger E. O'Donnell, on Behalf of Proposed Ordinary Course Professional KPMG LLP [Docket No. 445]

On May 24, 2023, at my direction and under my supervision, employees of Kroll caused the following document, attached hereto as **Exhibit B**, to be served by the method set forth on the Ordinary Course Professional Service List attached hereto as **Exhibit A**:

- PWC BBB Ordinary Course Professionals Retention Questionnaire

On May 24, 2023, at my direction and under my supervision, employees of Kroll caused the following document, attached hereto as **Exhibit C**, to be served by the method set forth on the Ordinary Course Professional Service List attached hereto as **Exhibit A**:

- KPMG LLP BBB Ordinary Course Professionals Retention Questionnaire

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: May 26, 2023

*/s/ Humas Ali*
Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 26, 2023, by Humas Ali, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 70002

## Exhibit A

Exhibit A
Ordinary Course Professional Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ALTO NORTHPOINT, LP | ALTO NORTHPOINT, LP | ATTN: GENERAL COUNSEL<br>2093 PHILADELPHIA PIKE # 1971<br>CLAYMONT DE 19703 | DOR@ALTO-INV.COM<br>YISSACHAR@ALTO-INV.COM<br>NITAY@ALTO-INV.COM | First Class Mail and Email |
| COUNSEL TO THE TEXAS TAXING AUTHORITIES "BEXAR COUNTY, CAMERON COUNTY, CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY, CITY OF EL PASO, FORT BEND COUNTY WCID #02, FORT BEND COUNTY, CITY OF FRISCO, GRAYSON COUNTY, GREGG COUNTY, HARRIS COUNTY, HIDALGO COUNTY, JEFFERSON COUNTY, LEWISVILLE INDEPENDENT SCHOOL DISTRICT, CITY OF MCALLEN, MCLENNAN COUNTY, CITY OF MESQUITE, MONTGOMERY COUNTY, NUECES COUNTY, PARKER CAD, ROCKWALL CAD, SAN MARCOS CISD, SMITH COUNTY, TARRANT COUNTY, TOM GREEN CAD, VICTORIA COUNTY, WICHITA COUNTY TAX OFFICE, RANDALL COUNTY TAX OFFICE, BRAZORIA COUNTY, BRAZORIA COUNTY SPECIAL ROAD & BRIDGE, ALVIN INDEPENDENT SCHOOL DISTRICT, ALVIN COMMUNITY COLLEGE, BRAZORIA COUNTY DRAINAGE DISTRICT #4, PEARLAND MUNICIPAL MANAGEMENT, BRAZORIA MUNICIPAL UTILITY DISTRICT #06, WOODLANDS METRO MUNICIPAL UTILITY DISTRICT, WOODLANDS ROAD UTILITY DISTRICT, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, HUMBLE INDEPENDENT SCHOOL DISTRICT, PASADENA INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, LUBBOCK CENTRAL APPRAISAL DISTRICT, MIDLAND COUNTY, CITY OF LAKE WORTH, CROWLEY INDEPENDENT SCHOOL DISTRICT, GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT, FRISCO INDEPENDENT SCHOOL DISTRICT, PLANO INDEPENDENT SCHOOL DISTRICT, BELL COUNTY TAX APPRAISAL DISTRICT, BOWIE CENTRAL APPRAISAL DISTRICT, BRAZOS COUNTY, DENTON COUNTY, GUADALUPE COUNTY, HAYS COUNTY, MIDLAND CENTRAL APPRAISAL DISTRICT, TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT, CITY OF WACO, WACO INDEPENDENT SCHOOL DISTRICT AND WILLIAMSON COUNTY" | ANSELL GRIMM & AARON, P.C. | ATTN: JOSHUA S. BAUCHNER<br>365 RIFLE CAMP ROAD<br>WOODLAND PARK NJ 07424 | JB@ANSELLGRIMM.COM | First Class Mail and Email |
| COUNSEL TO HINGHAM LAUNCH PROPERTY, LLC AND CP VENTURE FIVE – AV, LLC | ARCHER & GREINER, P.C. | ATTN: JERROLD S. KULBACK<br>1025 LAUREL OAK ROAD<br>VOORHEES NJ 08043-3506 | JKULBACK@ARCHERLAW.COM | First Class Mail and Email |
| COUNSEL TO AIRPORT PLAZA, LLC, C T CENTER S.C., LP, CFH REALTY III/SUNSET VALLEY, L.P., CHICO CROSSROADS, L.P., CONROE MARKETPLACE S.C., L.P., FLAGLER S.C., LLC, FRANKLIN PARK S.C., LLC, KIMCO REALTY OP, LLC, KIMCO RIVERVIEW, LLC, KIR BRANDON 011, LLC, KIR BRIDGEWATER 573, LLC, KIR MONTGOMERY 049, LLC, KIR PASADENA II L.P., KIR SONCY L.P., KIR TUKWILA L.P., KSI CARY 483, LLC, MOORESVILLE CROSSING, LP, PL DULLES LLC, PRICE/BAYBROOK LTD., REDFIELD PROMENADE, LP, TALISMAN TOWSON LIMITED PARTNERSHIP, WEINGARTEN NOSTAT, LLC, WRI MUELLER, LLC, WRI/RALEIGH L.P., AND WRI-URS SOUTH HILL, LLC (COLLECTIVELY, THE "KIMCO LANDLORDS") | ARENTFOX SCHIFF LLP | ATTN: BRETT D. GOODMAN, ESQ.<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 | BRETT.GOODMAN@AFSLAW.COM | First Class Mail and Email |
| COUNSEL TO RETAILMENOT, INC. | ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & DON A. BESKRONE<br>500 DELAWARE AVENUE 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19801 | GTAYLOR@ASHBYGEDDES.COM<br>DBESKRONE@ASHBYGEDDES.COM | First Class Mail and Email |
| COUNSEL TO THE COUNTY OF LOUDOUN, VIRGINIA | ASSISTANT COUNTY ATTORNEY | ATTN: ROBERT J. SPROUL<br>ONE HARRISON STREET, S.E.<br>P.O. BOX 7000<br>LEESBURG VA 20177-7000 | ROBERT.SPROUL@LOUDOUN.GOV | First Class Mail and Email |
| COUNSEL TO HART MIRACLE MARKETPLACE, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: J. DAVID FOLDS<br>901 K STREET NW<br>SUITE 900<br>WASHINGTON DC 20001 | DFOLDS@BAKERDONELSON.COM | First Class Mail and Email |
| COUNSEL TO BRIXMOR OPERATING PARTNERSHIP LP. | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, ESQ. & LAUREL D. ROGLEN, ESQ.<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON DE 19801-3034 | HEILMANL@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM | First Class Mail and Email |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN, ESQ.<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | KNEWMAN@BARCLAYDAMON.COM | First Class Mail and Email |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND, ESQ.<br>545 LONG WHARF DRIVE<br>NINTH FLOOR<br>NEW HAVEN CT 06511 | NFERLAND@BARCLAYDAMON.COM | First Class Mail and Email |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | ATTN: SCOTT L. FLEISCHER<br>1270 AVENUE OF THE AMERICAS<br>SUITE 501<br>NEW YORK NY 10020 | SFLEISCHER@BARCLAYDAMON.COM | First Class Mail and Email |

Exhibit A

Ordinary Course Professional Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | ATTN: ALEC P. OSTROW, WALTER E. SWEARINGEN 299 PARK AVENUE 16TH FLOOR NEW YORK NY 10017 | AOSTROW@BECKERGLYNN.COM WSWEARINGEN@BECKERGLYNN.COM | First Class Mail and Email |
| DEBTORS | BED BATH & BEYOND INC., ET AL. | ATTN: DAVID KASTIN 650 LIBERTY AVENUE UNION NJ 7083 | DAVID.KASTIN@BEDBATH.COM | First Class Mail and Email |
| COUNSEL TO MASTIC ASSOCIATES OF NEW YORK LLC | BELKIN BURDEN GOLDMAN, LLP | ATTN: JAY B. SOLOMON, ESQ. 60 EAST 42ND STREET, 16TH FLOOR NEW YORK NY 10165 | JSOLOMON@BBGLLP.COM | First Class Mail and Email |
| COUNSEL TO DUQUESNE LIGHT COMPANY | BERNSTEIN-BURKLEY, P.C. | ATTN: KERI P. EBECK 601 GRANT STREET, 9TH FLOOR PITTSBURGH PA 15219 | KEBECK@BERNSTEINLAW.COM | First Class Mail and Email |
| COUNSEL FOR EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION | BETANCOURT, GRECO & EVANS LLC | ATTN: JOHN GRECO 151 BODMAN PLACE SUITE 200 RED BANK NJ 07701 | JGRECO@BGE-LAW.COM | First Class Mail and Email |
| ATTORNEY FOR HUNTINGTON OAKS DELAWARE PARTNERS, LLC | BEWLEY, LASSLEBEN & MILLER, LLP | ATTN: ERNIE ZACHARY PARK 13215 E. PENN ST. SUITE 510 WHITTIER CA 90602 | ERNIE.PARK@BEWLEYLAW.COM | First Class Mail and Email |
| COUNSEL TO VALLEY SQUARE I, L.P., CHRISTIANA TOWN CENTER, LLC & CTC PHASE II, LLC | BIELLI & KLAUDER, LLC | ATTN: ANGELA L. MASTRANGELO, DAVID M. KLAUDER 1905 SPRUCE STREET PHILADELPHIA PA 19103 | MASTRANGELO@BK-LEGAL.COM DKLAUDER@BK-LEGAL.COM | First Class Mail and Email |
| COUNSEL TO WESTERN CARRIERS, INC. | BRAVERMAN & LESTER | ATTN: JEFFERY A. LESTER, ESQ. 374 MAIN STREET HACKENSACK NJ 07601 | | First Class Mail |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET STREET SUITE 2900 SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | First Class Mail and Email |
| COUNSEL TO COMENITY CAPITAL BANK | BURR & FORMAN LLP | ATTN: KRISTEN P. WATSON, ESQ. 420 N. 20TH STREET, 3400 BIRMINGHAM AL 35203 | KWATSON@BURR.COM | First Class Mail and Email |
| COUNSEL TO 1-800-FLOWERS.COM, INC. ("1-800-FLOWERS") | CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, ESQ., AND RICHARD A. STIEGLITZ JR., ESQ. 32 OLD SLIP NEW YORK NY 10005 | JLEVITIN@CAHILL.COM RSTIEGLITZ@CAHILL.COM | First Class Mail and Email |
| COUNSEL TO OAKLAND COUNTY TREASURER | CALHOUN & DI PONIO, PLC | ATTN: KEVIN C. CALHOUN 29828 TELEGRAPH ROAD SOUTHFIELD MI 48034-1338 | KEVIN@LAWYERMICH.COM | First Class Mail and Email |
| COUNSEL TO ARC INTERNATIONAL NORTH AMERICA, LLC | CAPEHART & SCATCHARD, P.A. | ATTN: WILLIAM G. WRIGHT, ESQ. 8000 MIDLANTIC DRIVE SUITE 300 S MT. LAUREL NJ 08054 | WWRIGHT@CAPEHART.COM | First Class Mail and Email |
| COUNSEL TO THE BANK OF NEW YORK MELLON, AS TRUSTEE | CARTER LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN 28 LIBERTY STREET 41ST FLOOR NEW YORK NY 10005 | BANKRUPTCY@CLM.COM | First Class Mail and Email |
| COUNSEL TO SEROTA ISLIP, NC LLC, AND 3600 LONG BEACH ROAD, LLC | CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, ESQ. 90 MERRICK AVENUE EAST MEADOW NY 11554 | JMAYALL@CERTILMANBALIN.COM | First Class Mail and Email |
| COUNSEL TO RICHARDS CLEARVIEW, LLC | CHAFFE MCCALL, LLP | ATTN: FERNAND L. LAUDUMIEY, IV 2300 ENERGY CENTRE 1100 POYDRAS STREET NEW ORLEANS LA 70163-2300 | LAUDUMIEY@CHAFFE.COM | First Class Mail and Email |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: BRIAN KANTAR, ESQ. 105 EISENHOWER PARKWAY ROSELAND NJ 07068 | BKANTAR@CSGLAW.COM | First Class Mail and Email |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, BRIAN KANTAR 105 EISENHOWER PARKWAY ROSELAND NJ 07068 | BKANTAR@CSGLAW.COM SZUBER@CSGLAW.COM | First Class Mail and Email |

Exhibit A
Ordinary Course Professional Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DT-SGW, LLC, AND CHEN LIU AND SHU FEN LIE REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: EVAN W. RASSMAN, ESQ. 500 DELAWARE AVENUE SUITE 730 WILMINGTON DE 19801 | ERASSMAN@COHENSEGLIAS.COM | First Class Mail and Email |
| COUNSEL TO DT-SGW, LLC, AND CHEN LIU AND SHU FEN LIE REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: WILLIAM R. FIRTH, III, ESQ. ONE NEWARK CENTER 1085 RAYMOND BOULEVARD, 21ST FLOOR NEWARK NJ 07102 | WFIRTH@COHENSEGLIAS.COM | First Class Mail and Email |
| COUNSEL TO THE DEBTORS | COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, & FELICE R. YUDKIN COURT PLAZA NORTH 25 MAIN STREET HACKENSACK NJ 7601 | MSIROTA@COLESCHOTZ.COM WUSATINE@COLESCHOTZ.COM FYUDKIN@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO AMERICAN ELECTRIC POWER, ARIZONA PUBLIC SERVICE COMPANY, GEORGIA POWER COMPANY, SALT RIVER PROJECT, SAN DIEGO GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, THE CLEVELAND ELECTRIC ILLUMINATING COMPANY, TOLEDO EDISON COMPANY, OHIO EDISON COMPANY, PENNSYLVANIA POWER COMPANY, MONONGAHELA POWER COMPANY, POTOMAC EDISON COMPANY, WEST PENN POWER COMPANY, JERSEY CENTRAL POWER & LIGHT COMPANY, THE CONNECTICUT LIGHT & POWER COMPANY, YANKEE GAS SERVICE COMPANY, PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, EVERSOURCE GAS OF MASSACHUSETTS, NSTAR ELECTRIC COMPANY, WESTERN MASSACHUSETTS, TAMPA ELECTRIC COMPANY, PEOPLES GAS SYSTEM, INC., ROCHESTER GAS & ELECTRIC CORPORATION, PSEG LONG ISLAND, TUCSON ELECTRIC POWER COMPANY, UNS GAS, INC., CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., BALTIMORE GAS AND ELECTRIC COMPANY, FLORIDA POWER & LIGHT COMPANY, BOSTON GAS COMPANY, COLONIAL GAS CAPE COD, KEYSPAN ENERGY DELIVERY LONG ISLAND, KEYSPAN ENERGY DELIVERY NEW YORK, MASSACHUSETTS ELECTRIC COMPANY, NARRAGANSETT ELECTRIC COMPANY, NIAGARA MOHAWK POWER CORPORATION, VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, THE EAST OHIO GAS COMPANY D/B/A DOMINION ENERGY OHIO, PECO ENERGY COMPANY, DELMARVA POWER & LIGHT COMPANY, ATLANTIC CITY ELECTRIC COMPANY, NV ENERGY, INC., PUBLIC SERVICE ELECTRIC AND GAS COMPANY, NEW YORK STATE ELECTRIC AND GAS CORPORATION, AND COMMONWEALTH EDISON COMPANY | CULLEN AND DYKMAN LLP | ATTN: MICHAEL KWIATKOWSKI 100 QUENTIN ROOSEVELT BOULEVARD GARDEN CITY NY 11530 | MKWIATKOWSKI@CULLENLLP.COM | First Class Mail and Email |
| COUNSEL TO RXR 620 MASTER LESSEE LLC | CYRULI, SHANKS & ZIZMOR, LLP | ATTN: EDMOND P. O'BRIEN 420 LEXINGTON AVENUE SUITE 2320 NEW YORK NY 10170 | | First Class Mail |
| COUNSEL TO JPMORGAN CHASE BANK N.A. | DAVIS POLK & WARDWELL, LLC | ATTN: MARSHAL S. HUEBNER, ESQ. & ADAM L. SHPEEN, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017 | ADAM.SHPEEN@DAVISPOLK.COM | First Class Mail and Email |
| COUNSEL FOR CONTINENTAL REALTY CORPORATION, AND WM SUNSET & VINE LLC | DLA PIPER LLP (US) | ATTN: AARON S. APPLEBAUM 1201 NORTH MARKET STREET SUITE 2100 WILMINGTON DE 19801 | AARON.APPLEBAUM@US.DLAPIPER.COM | First Class Mail and Email |
| COUNSEL FOR CONTINENTAL REALTY CORPORATION, AND WM SUNSET & VINE LLC | DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN THE MARBURY BUILDING 6225 SMITH AVENUE BALTIMORE MD 21209-3600 | RICHARD.KREMEN@DLAPIPER.COM | First Class Mail and Email |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | ATTN: MORRIS S. BAUER & SOMMER L. ROSS, ESQ. ONE RIVERFRONT PLAZA 1037 RAYMOND BLVD., SUITE 1800 NEWARK NJ 07102 | MSBAUER@DUANEMORRIS.COM SLROSS@DUANEMORRIS.COM | First Class Mail and Email |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | ATTN: SOMMER L. ROSS 1940 ROUTE 70 EAST SUITE 100 CHERRY HILL NJ 08003-2171 | SLROSS@DUANEMORRIS.COM | First Class Mail and Email |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: BRIAN P. MORGAN 1177 AVENUE OF THE AMERICAS 41ST FLOOR NEW YORK NY 10036 | BRIAN.MORGAN@FAEGREDRINKER.COM | First Class Mail and Email |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: FRANK F. VELOCCI 600 CAMPUS DRIVE FLORHAM PARK NJ 07932 | FRANK.VELOCCI@FAEGREDRINKER.COM | First Class Mail and Email |

Exhibit A
Ordinary Course Professional Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FEDERAL SERVICE SOLUTIONS | FLEISCHER, FLEISCHER & SUGLIA, P.C. | ATTN: JACLYN SCARDUZIO DOPKE, ESQ. FOUR GREEN TREE CENTRE 601 ROUTE 73 N., SUITE 305 MARLTON NJ 08053 | JDOPKE@FLEISCHERLAW.COM | First Class Mail and Email |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | ATTN: JORDAN S. BLASK 501 GRANT STREET SUITE 800 PITTSBURGH PA 15219 | JBLASK@FBTLAW.COM | First Class Mail and Email |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | ATTN: RONALD E. GOLD 3300 GREAT AMERICAN TOWER 301 EAST FOURTH STREET CINCINNATI OH 45202 | RGOLD@FBTLAW.COM | First Class Mail and Email |
| COUNSEL TO HCL TEXAS AVENUE, LLC & PTC TX HOLDINGS, LLC | FUQUA & ASSOCIATES, P.C. | ATTN: RICHARD L. FUQUA 8558 KATY FREEWAY SUITE 119 HOUSTON TX 77024 | FUQUA@FUQUALEGAL.COM | First Class Mail and Email |
| COUNSEL FOR ROCKAWAY TOWNSHIP AND TAX COLLECTOR, ROCKAWAY TOWNSHIP | GAVZY LAW | ATTN: STUART D. GAVZY 8171 E. DEL BARQUERO DRIVE SCOTTSDALE AZ 85258 | STUART@GAVZYLAW.COM | First Class Mail and Email |
| COUNSEL TO SERITAGE SRC FINANCE LLC | GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT, MICHAEL BUSENKELL, ESQ., AMY D. BROWN, ESQ. 1201 NORTH ORANGE STREET SUITE 300 WILMINGTON DE 19801 | RGELLERT@GSBBLAW.COM MBUSENKELL@GSBBLAW.COM ABROWN@GSBBLAW.COM | First Class Mail and Email |
| COUNSEL TO AD HOC COMMITTEE OF BONDHOLDERS | GENOVA BURNS, LLC | ATTN: DANIEL M. STOLZ, ESQ., GREGORY S. KINOIAN 110 ALLEN ROAD SUITE 304 BASKING RIDGE NJ 07920 | DSTOLZ@GENOVABURNS.COM GKINOIAN@GENOVABURNS.COM | First Class Mail and Email |
| COUNSEL TO AD HOC COMMITTEE OF BONDHOLDERS | GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, KURT MAYR, SHAI SCHMIDT, | AGLENN@GLENNAGRE.COM | First Class Mail and Email |
| COUNSEL TO SHARKNINJA OPERATING LLC | GOODWIN PROCTER LLP | ATTN: KIZZY L. JARASHOW, MEREDITH L. MITNICK THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018-1405 | KJARASHOW@GOODWINLAW.COM MMITNICK@GOODWINLAW.COM | First Class Mail and Email |
| COUNSEL TO HINGHAM LAUNCH PROPERTY, LLC AND CP VENTURE FIVE – AV, LLC | GOULSTON & STORRS PC | ATTN: VANESSA P. MOODY, BRENDAN M. GAGE 400 ATLANTIC AVENUE BOSTON MA 02110 | VMOODY@GOULSTONSTORRS.COM BGAGE@GOULSTONSTORRS.COM | First Class Mail and Email |
| COUNSEL TO TELEGRAPH MARKETPLACE PARTNERS II, LLC | GRAFF SILVERSTEIN LLP | ATTN: DAVID GRAFF, MATTHEW J. SILVERSTEIN 3 MIDDLE PATENT ROAD ARMONK NY 10504 | DGRAFF@GRAFFSILVERSTEINLLP.COM MSILVERSTEIN@GRAFFSILVERSTEINLLP.COM | First Class Mail and Email |
| COUNSEL TO TRIPLE B MISSION VIEJO LLC (SUCCESSOR TO THE 1031 NATIONAL EXCHANGE CORPORATION) & BROTHERS INTERNATIONAL HOLDING CORPORATION | GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK 99 WOOD AVENUE SOUTH ISELIN NJ 08830 | DBRUCK@GREENBAUMLAW.COM | First Class Mail and Email |
| COUNSEL TO BROTHERS INTERNATIONAL HOLDING CORPORATION AND ALMADEN PLAZA SHOPPING CENTER INC | GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK P.O. BOX 5600 WOODBRIDGE NJ 07095 | DBRUCK@GREENBAUMLAW.COM | First Class Mail and Email |
| COUNSEL TO JPMORGAN CHASE BANK N.A. | GREENBERG TRAURIG, LLP | ATTN: ALAN J. BRODY, ESQ. 500 CAMPUS DRIVE SUITE 400 FLORHAM PARK NJ 07932 | BRODYA@GTLAW.COM | First Class Mail and Email |
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | ATTN: NANCY A. PETERMAN, ESQ. 77 WEST WACKER DRIVE SUITE 3100 CHICAGO IL 60601 | PETERMANN@GTLAW.COM | First Class Mail and Email |
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | ATTN: PAUL SCHAFHAUSER, ESQ. 500 CAMPUS DRIVE SUITE 400 FLORHAM PARK NJ 07932 | PAUL.SCHAFHAUSER@GTLAW.COM | First Class Mail and Email |
| COUNSEL TO CITY OF MESQUITE ("SECURED CREDITORS") | GRIMES & LINEBARGER, LLP | ATTN: JOHN K. TURNER 120 W. MAIN, SUITE 201 MESQUITE TX 75149 | DALLAS.BANKRUPTCY@LGBS.COM | First Class Mail and Email |

Exhibit A
Ordinary Course Professional Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MARIN COUNTRY MART, LLC | HANSON BRIDGETT LLP | ATTN: JORDAN A. LAVINSKY<br>425 MARKET STREET<br>26TH FLOOR<br>SAN FRANCISCO CA 94105 | JLAVINSKY@HANSONBRIDGETT.COM | First Class Mail and Email |
| COUNSEL TO NPP DEVELOPMENT LLC | HINCKLEY, ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN, ESQ.<br>28 STATE STREET<br>BOSTON MA 02109 | JDORAN@HINCKLEYALLEN.COM | First Class Mail and Email |
| COUNSEL TO THE BRINK'S COMPANY, INCLUDING BUT NOT LIMITED TO, BRINK'S, INC., BRINK'S CAPITAL, AND ALL OTHER DIVISIONS, SUBSIDIARIES, AND RELATED ENTITIES ("BRINK'S") | HIRSCHLER FLEISCHER, P.C. | ATTN: ROBERT S. WESTERMANN, ESQ. & BRITTANY B. FALABELLA, ESQ.<br>2100 EAST CARY STREET<br>RICHMOND VA 23223 | RWESTERMANN@HIRSCHLERLAW.COM<br>BFALABELLA@HIRSCHLERLAW.COM | First Class Mail and Email |
| COUNSEL TO ALTO NORTHPOINT, LP | HOLLAND & KNIGHT LLP | ATTN: BARBRA R. PARLIN, ESQ.<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 | BARBRA.PARLIN@HKLAW.COM | First Class Mail and Email |
| COUNSEL TO CBL & ASSOCIATES MANAGEMENT, INC. | HUSCH BLACKWELL LLP | ATTN: DAVID STAUSS<br>1801 WEWATTA STREET<br>SUITE 1000<br>DENVER CO 80202 | DAVID.STAUSS@HUSCHBLACKWELL.COM | First Class Mail and Email |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | INTERSOFT DATA LABS INC. | ATTN: RALPH LIUZZO<br>5850 WATERLOO ROAD<br>SUITE 245<br>COLUMBIA MD 21045 | | First Class Mail |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KDM P.O.P. SOLUTIONS GROUP | ATTN: BILL KISSEL<br>10450 N. MEDALLION DRIVE<br>CINCINNATI OH 45241 | | First Class Mail |
| COUNSEL TO BENDERSON DEVELOPMENT COMPANY,BLUMENFELD DEVELOPMENT GROUP, LTD., BROOKFIELDPROPERTIES RETAIL, INC., KITE REALTY GROUP, LERNERPROPERTIES, OAK STREET REAL ESTATE, NUVEEN REALESTATE, REGENCY CENTERS, L.P., SHOPCOREPROPERTIES, SITE CENTERS CORP. AND RYDER INTEGRATED LOGISTIC, INC. (TOP 30 UNSECURED CREDITOR) | KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, JENNIFER D. RAVIELE, CONNIE CHOE, JAMES S. CARR, MAEGHAN J. MCLOUGHLIN<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRYE.COM<br>CCHOE@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>MMCLOUGHLIN@KELLEYDRYE.COM<br>JCARR@KELLEYDRYE.COM | First Class Mail and Email |
| COUNSEL TO JORDAN KAUFMAN, TREASURER/TAX OF COLLECTOR | KEN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION<br>C/O RACHEL MEDRANO<br>P.O. BOX 579<br>BAKERSFIELD CA 93302-0579 | BANKRUPTCY@KERNCOUNTY.COM | First Class Mail and Email |
| COUNSEL TO KEPLER GROUP LLC | KEPLER GROUP LLC | ATTN: RUCHI PRASAD<br>6 EAST 32ND STREET<br>9TH FLOOR<br>NEW YORK NY 10016 | RUCHI.PRASAD@KEPLERGRP.COM | First Class Mail and Email |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, EMILY E. GEIER, DEREK I. HUNTER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | JOSHUA.SUSSBERG@KIRKLAND.COM<br>EMILY.GEIER@KIRKLAND.COM<br>DEREK.HUNTER@KIRKLAND.COM | First Class Mail and Email |
| COUNSEL TO W.B.P. CENTRAL ASSOCIATES, LLC | KRISS & FEUERSTEIN LLP | ATTN: DANIEL N. ZINMAN, ESQ.<br>360 LEXINGTON AVENUE<br>SUITE 1200<br>NEW YORK NY 10017 | DZINMAN@KANDFLLP.COM | First Class Mail and Email |
| COUNSEL TO WATER TOWER SQUARE ASSOCIATES | KURTZMAN STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQ.<br>101 N. WASHINGTON AVENUE, SUITE 4A<br>MARGATE NJ 08402 | KURTZMAN@KURTZMANSTEADY.COM | First Class Mail and Email |
| COUNSEL TO FOR TAFT ASSOCIATES | LASSER HOCHMAN, L.L.C. | ATTN: RICHARD L. ZUCKER & SHEPPARD A. GURYAN<br>75 EISENHOWER PARKWAY<br>SUITE 120<br>ROSELAND NJ 07068 | RZUCKER@LASSERHOCHMAN.COM<br>SGURYAN@LASSERHOCHMAN.COM | First Class Mail and Email |
| ATTORNEY FOR DONG KOO KIM AND JONG OK KIM, TRUSTEES OF THE DONG KOO KIM AND JONG OK KIM FAMILY TRUST | LAW OFFICES OF ANDY WINCHELL, P.C. | ATTN: ANDY WINCHELL<br>90 WASHINGTON VALLEY ROAD<br>BEDMINSTER NJ 07921 | ANDY@WINCHLAW.COM | First Class Mail and Email |
| COUNSEL FOR DC USA OPERATING CO., LLC (CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-1(B)) & VF CENTER ASSOCIATES, L.P. (CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-1(B)) | LAW OFFICES OF LISA M. SOLOMON | ATTN: LISA M. SOLOMON<br>ONE GRAND CENTRAL PLACE<br>305 MADISON AVENUE, SUITE 4700<br>NEW YORK NY 10165 | LISA.SOLOMON@ATT.NET | First Class Mail and Email |

Exhibit A

Ordinary Course Professional Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO 36 MONMOUTH PLAZA LLC AS SUCCESSOR IN INTEREST TO HENDON/DDR/BP LLC & CAC ATLANTIC LLC (THE "NOTICE PARTIES") | LAZARUS & LAZARUS, P.C. | ATTN: HARLAN M. LAZARUS 240 MADISON AVE 8TH FLOOR NEW YORK NY 10016 | HLAZARUS@LAZARUSANDLAZARUS.COM | First Class Mail and Email |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | LENOX CORPORATION | ATTN: BOB BURBANK 1414 RADCLIFF STREET BRISTOL PA 19007 | | First Class Mail |
| COUNSEL TO NUECES COUNTY, CITY OF MCALLEN, SAN MARCOS CISD, CAMERON COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY & VICTORIA COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | First Class Mail and Email |
| COUNSEL TO BEXAR COUNTY & CITY OF EL PASO | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER 112 E. PECAN STREET SUITE 2200 SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | First Class Mail and Email |
| COUNSEL TO PARKER CAD, GRAYSON COUNTY, DALLAS COUNTY, SMITH COUNTY, TARRANT COUNTY, LEWISVILLE ISD, ROCKWALL CAD, CITY OF FRISCO, GREGG COUNTY ("SECURED CREDITORS"), TOM GREEN CAD | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | First Class Mail and Email |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, ANGELINA COUNTY, HARRIS COUNTY, FORT BEND CO WCID #02, MONTGOMERY COUNTY, JEFFERSON COUNTY, AND FORT BEND COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER P.O. BOX 3064 HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | First Class Mail and Email |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ATTN: ANDREW BRAUNSTEIN BROOKFIELD PLACE 200 VESEY STREET, 20TH FLOOR NEW YORK NY 10281 | ANDREW.BRAUNSTEIN@LOCKELORD.COM | First Class Mail and Email |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ATTN: HANNA J. REDD 111 HUNTINGTON AVE 9TH FLOOR BOSTON  MA 02199 | HANNA.REDD@LOCKELORD.COM | First Class Mail and Email |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG 701 8TH STREET, N.W. SUITE 500 WASHINGTON D.C. 20001 | JONATHAN.YOUNG@LOCKELORD.COM | First Class Mail and Email |
| COUNSEL TO KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR | MANATEE COUNTY TAX COLLECTOR | ATTN: MICHELLE LEESON, PARALEGAL COLLECTIONS SPECIALIST, CFCA 1001 3RD AVE W, SUITE 240 BRADENTON FL 34205-7863 | LEGAL@TAXCOLLECTOR.COM | First Class Mail and Email |
| ATTORNEY FOR TKG BISCAYNE, LLC, TKG PAXTON TOWNE CENTER DEVELOPMENT, LP, TKG-MANCHESTER HIGHLAND, TKG CORAL NORTH, LLC, MANHATTAN MARKETPLACE SC LLC, THF HARRISONBURG CROSSING, LLC, CARSON VALLEY CENTER, LLC, DREAMLAND SHOPPING CENTER, SLO PROMENADE DE LLC, MCS-LANCASTER DE LP, TKG MONROE LOUISIANA 2 LLC, SHREVE CENTER DE LLC, TKG LOGAN TOWN CENTRE LP, TKG MOUNTAIN VIEW PLAZA, LLC, TKG WOODMEN COMMONS, LLC, GKT SHOPPES AT LEGACY PARK, GKT GALLATIN SHOPPING CENTER, THF/MRP TIGER TOWN, LLC, GRAND MESA CENTER, LLC, THE SHOPPES AT WILTON, LLC, AND EPPS BRIDGE CENTRE PROPERTY CO, LLC (COLLECTIVELY, THE "TKG ENTITIES") | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: DAVID P. PRIMACK, ESQ. 300 DELAWARE AVE. SUITE 1014 WILMINGTON DE 19801 | DPRIMACK@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | ATTN: DOUGLAS M. FOLEY, ESQ., JACOB M. WEISS, ESQ. GATEWAY PLAZA 800 EAST CANAL STREET RICHMOND VA 23219 | DFOLEY@MCGUIREWOODS.COM JMWEISS@MCGUIREWOODS.COM | First Class Mail and Email |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | ATTN: PHILIP A. GOLDSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 | PAGOLDSTEIN@MCGUIREWOODS.COM | First Class Mail and Email |
| COUNSEL TO  SALMAR PROPERTIES, LLC. | MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN: ANTHONY SODONO, III, ESQ., SARI B. PLACONA, ESQ. 75 LIVINGSTON AVENUE, STE. 201 ROSELAND NJ 07068 | ASODONO@MSBNJ.COM SPLACONA@MSBNJ.COM | First Class Mail and Email |
| COUNSEL TO FARLEY REAL ESTATE ASSOCIATES, LLC | MELLINGER KARTZMAN LLC | ATTN: STEVEN P. KARTZMAN 101 GIBRALTAR DRIVE, SUITE 2F MORRIS PLAINS NJ 07950 | SKARTZMAN@MSKLAW.NET | First Class Mail and Email |

Exhibit A
Ordinary Course Professional Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CHARLES COUNTY, MARYLAND | MEYERS, RODBELL & ROSENBAUM, P.A. | ATTN: NICOLE C. KENWORTHY<br>6801 KENILWORTH AVENUE<br>SUITE 400<br>RIVERDALE MD 20737-1385 | | First Class Mail |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: JOSEPH H. BALDIGA<br>1800 WEST PARK DRIVE<br>SUITE 400<br>WESTBOROUGH MA 01581 | JBALDIGA@MIRICKOCONNELL.COM | First Class Mail and Email |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") & ISM HOLDINGS, INC., THE LESSOR OF THE DEBTORS' LOCATION IN AUBURN, MASSACHUSETTS (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: PAUL W. CAREY<br>100 FRONT STREET<br>WORCESTER MA 01608 | PCAREY@MIRICKOCONNELL.COM | First Class Mail and Email |
| COUNSEL TO KEYBANK NATIONAL ASSOCIATION | NOLAN HELLER KAUFFMAN LLP | ATTN: FRANCIS J. BRENNAN<br>80 STATE STREET<br>11TH FLOOR<br>ALBANY  NY 12207 | FBRENNAN@NHKLLP.COM | First Class Mail and Email |
| COUNSEL TO SAUL HOLDINGS LIMITED PARTNERSHIP (FRENCH MARKET MALL SHOPPING CENTER) | OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER, ESQ.<br>100 EAGLE ROCK AVENUE<br>SUITE 105<br>EAST HANOVER NJ 07936 | PWINTERHALTER@OFFITKURMAN.COM | First Class Mail and Email |
| COUNSEL TO HRTC I, LLC | ONE LLP | ATTN: LAWRENCE J. HILTON<br>23 CORPORATE PLAZA<br>SUITE 150-105<br>NEWPORT BEACH CA 92660 | LHILTON@ONELLP.COM | First Class Mail and Email |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERT J. FEINSTEIN, BRADFORD J. SANDLER, PAUL J. LABOV, COLIN R. ROBINSON<br>780 THIRD AVENUE, 34TH FLOOR<br>NEW YORK NY 10017 | RFEINSTEIN@PSZJLAW.COM<br>BSANDLER@PSZJLAW.COM<br>PLABOV@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE<br>P.O. BOX 817<br>LUBBOCK TX 79408 | LMBKR@PBFCM.COM | First Class Mail and Email |
| COUNSEL TO HUMBLE INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT AND PASADENA INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | OSONIK@PBFCM.COM | First Class Mail and Email |
| COUNSEL TO SAMA PLASTICS CORP. AND SAMA WOOD LLC | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO, ESQ.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN NJ 07962 | JSMAIRO@PBNLAW.COM | First Class Mail and Email |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC. ("SIXTH STREET") | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ.<br>ONE INTERNATIONAL PLACE<br>BOSTON MA 02110-2600 | CDALE@PROSKAUER.COM | First Class Mail and Email |
| COUNSEL TO DIP AGENTS AND SIXTH STREET SPECIALTY LENDING, INC., | PROSKAUER ROSE LLP | ATTN: DAVID M. HILLMAN, ESQ., MEGAN VOLIN, ESQ. & REUVEN C. KLEIN, ESQ.<br>ELEVEN TIMES SQUARE<br>EIGHTH AVENUE & 41ST STREET<br>NEW YORK NY 10036-8299 | DHILLMAN@PROSKAUER.COM<br>DHILLMAN@PROSKAUER.COM<br>MVOLIN@PROSKAUER.COM<br>RKLEIN@PROSKAUER.COM | First Class Mail and Email |
| COUNSEL TO MAD RIVER DEVELOPMENT LLC | RABINOWITZ, LUBETKIN & TULLY, LLC | ATTN: JAY L. LUBETKIN, ESQ.<br>293 EISENHOWER PARKWAY<br>SUITE 100<br>LIVINGSTON NJ 07039 | JLUBETKIN@RLTLAWFIRM.COM | First Class Mail and Email |
| COUNSEL TO KEURIG DR PEPPER | RICHARD W. WARD LAW OFFICE | ATTN: RICHARD W. WARD<br>6304 TEAL CT.<br>PLANO TX 75024 | RWWARD@AIRMAIL.NET | First Class Mail and Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | RIEMER & BRAUNSTEIN, LLP | ATTN: STEVEN E. FOX<br>TIMES SQUARE TOWER<br>SEVEN TIMES SQUARE TOWER, SUITE 2506<br>NEW YORK NY 10036 | SFOX@RIEMERLAW.COM | First Class Mail and Email |
| COUNSEL TO 250 HUDSON STREET, LLC | RIVKIN RADLER LLP | ATTN: JAMES C. SUOZZO, ESQ.<br>25 MAIN STREET<br>COURT PLAZA NORTH, SUITE 501<br>HACKENSACK NJ 07601-7082 | JAMES.SUOZZO@RIVKIN.COM | First Class Mail and Email |

Exhibit A

Ordinary Course Professional Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO REGENT SHOPPING CENTER INC. AND CASTLE RIDGE PLAZA LLC | RUBIN LLC | ATTN: PAUL RUBIN<br>11 BROADWAY<br>SUITE 715<br>NEW YORK NY 10004 | PRUBIN@RUBINLAWLLC.COM | First Class Mail and Email |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | RYDER INTEGRATED LOGISTICS, INC. | ATTN: MICHAEL MANDELL<br>11690 NW 105TH STREET<br>MIAMI FL 33178 | | First Class Mail |
| COUNSEL FOR CREDITOR ELENI ZERVOS | SACCO & FILLAS, LLP | ATTN: MORRIS SCHLAF<br>31-19 NEWTOWN AVENUE<br>SEVENTH FLOOR<br>ASTORIA NY 11102 | MSCHLAF@SACCOFILLAS.COM | First Class Mail and Email |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | ATTN: MARK MINUTI<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON  DE 19899 | MARK.MINUTI@SAUL.COM | First Class Mail and Email |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQ.<br>1201 NORTH MARKET STREET, SUITE 2300<br>WILMINGTON  DE 19899 | MONIQUE.DISABATINO@SAUL.COM | First Class Mail and Email |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQ.<br>P.O. BOX 1266<br>WILMINGTON  DE 19899 | MONIQUE.DISABATINO@SAUL.COM | First Class Mail and Email |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | ATTN: TURNER N. FALK<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA PA 19102 | TURNER.FALK@SAUL.COM | First Class Mail and Email |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | ATTN: TURNER N. FALK, ESQ.<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA  PA 19102-2186 | TURNER.FALK@SAUL.COM | First Class Mail and Email |
| COUNSEL TO THE COMMONS AT SUGAR HOUSE, L.C., A CREDITOR | SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM<br>15 WEST SOUTH TEMPLE<br>SUITE 600<br>SALT LAKE CITY UT 84101 | DBINGHAM@SCALLEYREADING.NET | First Class Mail and Email |
| COUNSEL TO BOYER SPRING CREEK, L.C. | SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM<br>15 WEST SOUTH TEMPLE<br>SUITE 600<br>SALT LAKE CITY UT 84101 | DBINGHAM@SCALLEYREADING.NET | First Class Mail and Email |
| COUNSEL TO WN ACQUISTION DELAWARE, LLC | SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM<br>15 WEST SOUTH TEMPLE<br>SUITE 600<br>SALT LAKE CITY UT 84101 | DBINGHAM@SCALLEYREADING.NET | First Class Mail and Email |
| COUNSEL TO LOGIXAL INC. | SCHWARTZ BARKIN & MITCHELL | ATTN: ALLEN J. BARKIN, ESQ.<br>1110 SPRINGFIELD RD<br>PO BOX 1339<br>UNION NJ 07083-1339 | ABARKIN@SBMESQ.COM | First Class Mail and Email |
| COUNSEL TO KEPLER GROUP LLC | SEWARD & KISSEL LLP | ATTN: ROBERT J. GAYDA, ANDREW J. MATOTT<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | GAYDA@SEWKIS.COM<br>MATOTT@SEWKIS.COM | First Class Mail and Email |
| COUNSEL TO 36 MONMOUTH PLAZA LLC AND CA-5-15 WEST 125TH LLC | SEYFARTH SHAW LLP | ATTN: JAMES S. YU<br>620 8TH AVENUE<br>NEW YORK NY 10018 | JYU@SEYFARTH.COM | First Class Mail and Email |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SHARK NINJA OPERATING LLC | ATTN: PAUL CARBONE<br>89 A STREET<br>NEEDHAM MA 02494 | | First Class Mail |
| COUNSEL TO SHARKNINJA OPERATING LLC | SHARKNINJA OPERATING LLC | ATTN: BEVERLY R. PORWAY<br>SVP/DEPUTY GENERAL COUNSEL<br>89 A STREET<br>NEEDHAM MA 02494 | BPORWAY@SHARKNINJA.COM | First Class Mail and Email |
| COUNSEL TO SIMON PROPERTY GROUP, INC. | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | RTUCKER@SIMON.COM | First Class Mail and Email |

Exhibit A

Ordinary Course Professional Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SIMSBURY COMMONS LLC; MIDDLETOWN SHOPPING CENTER I, L.P. | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQ. 123 SOUTH BROAD STREET SUITE 2100 PHILADELPHIA PA 19109 | DPLON@SIRLINLAW.COM | First Class Mail and Email |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SITE CENTERS CORP. | ATTN: HILARY MICHAEL 3300 ENTERPRISE PARKWAY BEACHWOOD OH 44122 | | First Class Mail |
| COUNSEL TO CNA ENTERPRISES, INC. (PROPERTY OWNER: SCOTTSDALE FIESTA RETAIL CENTER, LLC), NEWMARK MERRILL COMPANIES, INC. (PROPERTY OWNER: UAP GRAND PLAZA; WPI GRAND PLAZA FKA GRAND LAS POSAS, LLC) (PROPERTY OWNER: TRIANGLE TOWN CENTER NW, LLC), AND ROLLING HILLS PLAZA, LLC | SKLAR KIRSH, LLP | ATTN: IAN S. LANDSBERG 1880 CENTURY PARK EAST, STE. 300 LOS ANGELES CA 90067 | ILANDSBERG@SKLARKIRSH.COM | First Class Mail and Email |
| COUNSEL FOR BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK A. SALZBERG 2550 M STREET, NW WASHINGTON DC 20037 | MARK.SALZBERG@SQUIREPB.COM | First Class Mail and Email |
| COUNSEL FOR BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK C. ERRICO 382 SPRINGFIELD AVE. SUITE 300 SUMMIT NJ 07901 | MARK.ERRICO@SQUIREPB.COM | First Class Mail and Email |
| COUNSEL TO LEVIN MANAGEMENT CORPORATION | STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQ. & THOMAS ONDER, ESQ. P.O. BOX 5315 PRINCETON NJ 08543-5315 | JLEMKIN@STARK-STARK.COM TONDER@STARK-STARK.COM | First Class Mail and Email |
| COUNSEL TO COMMERCE TECHNOLOGIES LLC D/B/A COMMERCEHUB | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA 2005 MARKET STREET, SUITE 2600 PHILADELPHIA PA 19103-7098 | DPEREIRA@STRADLEY.COM | First Class Mail and Email |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | THE BANK OF NEW YORK MELLON | ATTN: ALEX CHANG 240 GREENWICH STREET NEW YORK NY 10686 | | First Class Mail |
| COUNSEL TO IMI HUNTSVILLE LLC | THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE, ESQ. 312 WALNUT STREET – SUITE 2000 CINCINNATI OH 45202-4029 | LOUIS.SOLIMINE@THOMPSONHINE.COM | First Class Mail and Email |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS P.O. BOX 1748 AUSTIN TX 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | First Class Mail and Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DOUGLAS D. HERMANN & MARCY J. MCLAUGHLIN SMITH 1313 N. MARKET STREET, HERCULES PLAZA SUITE 5100 WILMINGTON DE 19801 | DOUGLAS.HERRMANN@TROUTMAN.COM MARCY.SMITH@TROUTMAN.COM | First Class Mail and Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: JESSICA D. MILHAILEVICH 875 THIRD AVENUE NEW YORK NY 10022 | JESSICA.MIKHAILEVICH@TROUTMAN.COM | First Class Mail and Email |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. ONE NEWARK CENTER 1085 RAYMOND BOULEVARD, SUITE 2100 NEWARK NJ 07102 | USTPREGION03.NE.ECF@USDOJ.GOV FRAN.B.STEELE@USDOJ.GOV ALEXANDRIA.NIKOLINOS@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO COMMONS AT ISSAQUAH, INC. | VALINOTI, SPECTER & DTIO, LLP | ATTN: JEFFREY A. DTIO 301 JUNIPERO SERRA BLVD SUITE 200 SAN FRANCISCO CA 94127 | JDITO@VALINOTI-DITO.COM | First Class Mail and Email |
| COUNSEL TO CMR LIMITED PARTNERSHIP | VEDDER PRICE P.C. | ATTN: COURTNEY M. BROWN 1633 BROADWAY, 31ST FLOOR NEW YORK NY 10019 | CMBROWN@VEDDERPRICE.COM | First Class Mail and Email |
| COUNSEL TO HAWTHORNE INVESTORS 1 LLC | WANGER JONES HELSLEY | ATTN: RILEY C. WALTER 265 E. RIVER PARK CIRCLE, SUITE 310 FRESNO CA 93720 | RWALTER@WJHATTORNEYS.COM | First Class Mail and Email |
| COUNSEL TO STRATFORD HALL, INC. | WENOKUR RIORDAN PLLC | ATTN: FAYE C. RASCH 600 STEWART STREET SUITE 1300 SEATTLE WA 98101 | FAYE@WRLAWGROUP.COM | First Class Mail and Email |

Exhibit A

Ordinary Course Professional Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ENID TWO, LLC | WILENTZ, GOLDMAN & SPITZER | ATTN: DAVID H. STEIN<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE NJ 07095 | DSTEIN@WILENTZ.COM | First Class Mail and Email |
| COUNSEL TO AJG ENTERPRISES, LLC | WINNE, BANTA, BASRALIAN & KAHN, P.C. | ATTN: GARY S. REDISH, ESQ.<br>COURT PLAZA SOUTH-EAST WING<br>21 MAIN STREET, SUITE 101<br>HACKENSACK NJ 07601 | GREDISH@WINNEBANTA.COM | First Class Mail and Email |

## **Exhibit B**

SRF 70002

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BED BATH & BEYOND INC., | ) |
| | ) Case No. 23-13359 (VFP) |
| Debtors.[1] | ) |
| | ) (Jointly Administered) |

## <u>RETENTION QUESTIONNAIRE</u>

## TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL EMPLOYED BY THE DEBTORS

### Do not file this Questionnaire with the Court. Please return it to:

**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Emily E. Geier, P.C. (*pro hac vice* pending)
Derek I. Hunter (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*

If more space is needed, please complete on a separate page and attach.

1.      Name and address of firm:
        PricewaterhouseCoopers LLP
        300 Madison Avenue
        New York, N.Y. 10017

2. Date of retention:

   March 8, 2023 is the date in which an agreement was signed to perform the services described
   below.

3. Type of services provided (accounting, legal, etc.):

   Accounting and Valuation Advisory Services

4. Brief description of services to be provided:

   PricewaterhouseCoopers LLP will perform near-term accounting and valuation advisory
   services related to ongoing audit matters and Bed Bath and Beyond Inc.'s Form 10-K

5. Arrangements for compensation (hourly, contingent, etc.):

   Fees are based on the time required to complete the engagement and is billed based on a
   weekly run rate.  The weekly run rate may be revised based on the number of full-time
   equivalents required to complete the engagement.

6. Prepetition claims against the Debtors held by the firm (if any):

 (a) Average hourly rate (if applicable): N/A

 (b) Estimated average monthly compensation: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional
employee of the firm:

   None

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to its
estate with respect to the matters on which the above-named firm is to be employed:

   None

9. Name and title of individual completing this Retention Questionnaire:

    Brian Zenk, Partner


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.


Dated: May 24, 2023


        /s/ *Brian Zenk*
        Partner
        PricewaterhouseCoopers LLP

## Exhibit C

SRF 70002

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

<u>**RETENTION QUESTIONNAIRE**</u>

**TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL**
**EMPLOYED BY THE DEBTORS**

<u>**Do not file**</u> **this Questionnaire with the Court.  Please return it to:**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at <u>https://restructuring.ra.kroll.com/bbby</u>.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

**1. Name and address of firm:**

KPMG LLP
345 Park Avenue
New York, NY 10154-0102

**2. Date of retention:**

April 23, 2023

**3. Type of services provided:**

Audit Services

**4. Brief description of services to be provided:**

Integrated audit of consolidated balance sheets of Bed Bath & Beyond Inc. as of February 25, 2023 and February 26, 2022, the related consolidated statements of operations, shareholders' equity, comprehensive loss, and cash flows for each of the years in the three-year period ended February 25, 2023 and the related notes to the financial statements and audit of internal control over financial reporting as of February 25, 2023.

**5. Arrangements for compensation:**

KPMG LLP is providing the Debtors with near-term services relating to ongoing audit matters. KPMG's fee for its audit services is a one-time payment of up to $550,000.[2]

**6. Prepetition claims against the Debtors held by the firm (if any):**

None

  (a)  Average hourly rate (if applicable):

      Not Applicable

  (b)  Estimated average monthly compensation:

      Not Applicable

**7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:**

---

[2]    KPMG LLP is providing the Debtors with near-term services relating to ongoing audit matters. While the Debtors anticipate KPMG LLP to incur fees in the month following entry of the Order, the Debtors do not expect KPMG LLP to incur any fees thereafter.

None

**8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to its estate with respect to the matters on which the above-named firm is to be employed:**

None

**9. Name and title of individual completing this Retention Questionnaire:**

Roger E. O'Donnell

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: <u>May 24, 2023</u>

*/s/ Roger E. O'Donnell*
Roger E. O'Donnell
Partner
KPMG LLP
