Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bed Bath & Beyond Inc.
   650 Liberty Avenue
   Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
   11−2250488

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 25, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 453 − 369
Order Granting Application To Allow Attorney Vanessa P. Moody to Appear Pro Hac Vice (Related Doc # 369). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 5/25/2023. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 25, 2023
JAN: jf

                                                                                                                 Jeanne Naughton
                                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 23-13359-VFP
Bed Bath & Beyond Inc.                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                      Page 1 of 14
Date Rcvd: May 25, 2023             Form ID: orderntc              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Vanessa P. Moody, Goulston 7 Storrs PC, 400 Atlantic Avenue, Boston, MA 02110-3331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com CourtMail@clm.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com NJLitDock@gtlaw.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Allen J Barkin | |

Case 23-13359-VFP    Doc 480    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 3 of 15

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com sandyr@sbmesq.com |
| Andrew Braunstein | on behalf of Creditor Commission Junction LLC andrew.braunstein@lockelord.com |
| Andy Winchell | on behalf of Creditor Dong Koo Kim and Jong Ok Kim Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996 andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Angela L Mastrangelo | on behalf of Interested Party CTC Phase II LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Angela L Mastrangelo | on behalf of Interested Party Valley Square I L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Angela L Mastrangelo | on behalf of Interested Party Christiana Town Center LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Anthony Sodono, III | on behalf of Creditor Salmar Properties LLC asodono@msbnj.com |
| Barbra Rachel Parlin | on behalf of Creditor ALTO Northpoint LP barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lsc@pszjlaw.com |
| Brett D. Goodman | on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor C T Center S.C. LP brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Bridgewater 573 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor CFH Realty III/Sunset Valley L.P. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Airport Plaza LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor WRI Mueller LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Kimco Realty OP LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KSI Cary 483 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR MONTGOMERY 049 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Kimco Riverview LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Redfield Promenade LP brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Conroe Marketplace S.C. L.P. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Mooresville Crossing LP brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor WRI-URS South Hill LLC brett.goodman@afslaw.com, john.murphy@troutman.com |

Case 23-13359-VFP    Doc 480    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 4 of 15

| District/off: 0312-2 | User: admin | Page 3 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Brett D. Goodman | on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Franklin Park S.C. LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Flagler S.C. LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Chico Crossroads L.P. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Weingarten Nostat LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Brandon 011 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brian Morgan | on behalf of Creditor PRW Urban Renewal 1 LLC brian.morgan@faegredrinker.com |
| Brian Morgan | on behalf of Creditor Prologis brian.morgan@faegredrinker.com |
| Brian Morgan | on behalf of Creditor Prologis USLF NV II LLC brian.morgan@faegredrinker.com |
| Brian I. Kantar | on behalf of Creditor Arch Insurance Company bkantar@csglaw.com |
| Brittany B Falabella | on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com |
| Courtney Brown | on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com |
| Dana S. Plon | on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com |
| Dana S. Plon | on behalf of Creditor Middletown Shopping Center I L.P. dplon@sirlinlaw.com |
| Daniel Stolz | on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel M Pereira | on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com |
| Daniel N. Zinman | on behalf of Creditor W.B.P. Central Associates LLC dzinman@kandfllp.com, skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com |
| David Graff | on behalf of Creditor Telegraph Marketplace Partners II LLC dgraff@graffsilversteinllp.com |
| David H. Stein | on behalf of Creditor Enid Two LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| David L. Bruck | on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com |
| David L. Bruck | on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc. bankruptcy@greenbaumlaw.com |
| David M Stauss | on behalf of Creditor CBL & Associates Management Inc. david.stauss@huschblackwell.com, serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com |
| David P. Primack | on behalf of Creditor THF Harrisonburg Crossing LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mdmc-law.com  kpatterson@mdmc-law.com |

| District/off: 0312-2 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

David P. Primack
    on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor SLO Promenade DE LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor GKT Gallatin Shopping Center dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG-Manchester Highland dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Coral North  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Carson Valley Center  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Dreamland Shopping Center dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Shreve Center DE LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Logan Town Centre LP dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor MCS-Lancaster DE LP dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor Grand Mesa Center  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Biscayne  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

Diane Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don A. Beskrone
    on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com,

|  |  |
|---|---|
|  | rpalacio@ashbygeddes.com;snewman@ashbygeddes.com;ahrycak@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com |
| Drew S. McGehrin | on behalf of Creditor NP New Castle LLC dsmcgehrin@duanemorris.com |
| Edmond P O'Brien | on behalf of Creditor RXR 620 Master Lessee LLC eobrien@cszlaw.com  jrich@cszlaw.com |
| Felice R. Yudkin | on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com |
| Fernand L Laudumiey, IV | on behalf of Creditor Richards Clearview LLC laudumiey@chaffe.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Frank F. Velocci | on behalf of Creditor Prologis frank.velocci@faegredrinker.com  brian.morgan@dbr.com |
| Frank F. Velocci | on behalf of Creditor Prologis USLF NV II LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com |
| Gregory S. Kinoian | on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com |
| Jaclyn Dopke | on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com  jdopke@fleischerlaw.com |
| James S. Carr | on behalf of Creditor Ryder Integrated Logistics Inc. KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| James S. Yu | on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com |
| James S. Yu | on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com |
| Jamese Suozzo | on behalf of Interested Party 250 Hudson Street LLC james.suozzo@rivkin.com, matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Jaspreet S. Mayall | on behalf of Creditor 3600 Long Beach Road LLC , jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com |
| Jaspreet S. Mayall | on behalf of Creditor Serota Islip NC LLC jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com |
| Jay B. Solomon | on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com |
| Jay L. Lubetkin | on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com |
| Jeffrey Kurtzman | on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com |
| Jeffrey A. Lester | on behalf of Interested Party Western Carriers Inc. jlester@bllaw.com |
| Jerrold S. Kulback | on behalf of Creditor Hingham Launch Property LLC jkulback@archerlaw.com, chansen@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor CP Venture Five - AV LLC jkulback@archerlaw.com, chansen@archerlaw.com |
| Jessica Deborah Mikhailevich | on behalf of Other Prof. Hilco Merchant Resources LLC and Gordon Brothers Retail Partners, LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party B. Riley Retail Solutions LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Tiger Capital Group LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Gordon Brothers Retail Partners LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |

John Greco
    on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John David Folds
    on behalf of Creditor Hart Miracle Marketplace LLC dfolds@bakerdonelson.com

John David Folds
    on behalf of Creditor Cobb Place Property LLC dfolds@bakerdonelson.com

John Kendrick Turner
    on behalf of Creditor Smith County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tom Green Cad john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John S. Mairo
    on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jsmairo@pbnlaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jordan Seth Blask
    on behalf of Creditor WPG Legacy LLC jblask@fbtlaw.com, jpatchan@fbtlaw.com

Joseph H Baldiga
    on behalf of Creditor Running Hill SP LLC jbaldiga@mirickoconnell.com

Joseph H. Lemkin
    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joshua Sussberg
    on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner
    on behalf of Creditor Texas Taxing Authorities jb@ansellgrimm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin C Calhoun
    on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin Scott Mann
    on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kristen Peters Watson
    on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kurt F Vote
    on behalf of Creditor River Park Properties II LP kvote@wjhattorneys.com, kdodd@wjhattorneys.com

Lee Squitieri
    on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee Squitieri
    on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Leslie Carol Heilman
    on behalf of Creditor GC Ambassador Courtyard LLC heilmanl@ballardspahr.com,
    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor 210 Development LLC heilmanl@ballardspahr.com,
    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Agua Mansa Commerce Phase I LLC heilmanl@ballardspahr.com,
    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor PF Portfolio 2 LP heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor MGP XII Magnolia LLC heilmanl@ballardspahr.com,
    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com
    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Mark Christopher Errico
    on behalf of Interested Party Blue Yonder Inc. mark.errico@squirepb.com,
    maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.
    com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

Meredith Mitnick
    on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Michael Kwiatkowski
    on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor PECO Energy Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Boston Gas Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski

Case 23-13359-VFP    Doc 480    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 9 of 15

| District/off: 0312-2 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor NV Energy Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor West Penn Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Georgia Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor PSEG Long Island mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor American Electric Power mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Salt River Project mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Caldwell Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Decorist LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com |

Case 23-13359-VFP    Doc 480    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 10 of 15

| District/off: 0312-2 | User: admin | Page 9 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |

Case 23-13359-VFP    Doc 480    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 11 of 15

| District/off: 0312-2 | User: admin | Page 10 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Harmon of Plainview Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Shrewsbury Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Wayne Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Hanover Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Melville Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Fashion Center Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Hartsdale Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BBBYCF LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Massapequa Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Carlstadt Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Springfield Buy Buy Baby Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |

Michael D. Sirota
        on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor BWAO LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor BBBYTF LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
        on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Case 23-13359-VFP    Doc 480    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 13 of 15

| District/off: 0312-2 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Michael D. Sirota | on behalf of Debtor Harmon of Manalapan Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Greenbrook II Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Newton Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of New Rochelle Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Rockaway Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Monique Bair DiSabatino | on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com robyn.warren@saul.com |
| Morris J. Schlaf | on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com mschlaf@recap.email |
| Morris S. Bauer | on behalf of Other Prof. Sixth Street Specialty Lending Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Naznen Rahman | on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com |
| Owen M. Sonik | on behalf of Creditor City of Houston osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Humble Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Paul Rubin | on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com |
| Paul Rubin | on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com hhuynh@rubinlawllc.com |
| Paul Hans Schafhauser | on behalf of Creditor IKEA Property Inc. schafhauserp@gtlaw.com |
| Paul J. Winterhalter | on behalf of Creditor Saul Holdings Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com |
| Paul W Carey | on behalf of Creditor ISM Holdings Inc. pcarey@mirickoconnell.com |
| Paul W Carey | on behalf of Creditor Running Hill SP LLC pcarey@mirickoconnell.com |
| Richard L Fuqua, II | on behalf of Creditor PTCTX Holdings LLC fuqua@fuqualegal.com |
| Richard L Fuqua, II | |

|   |   |
|---|---|
| | on behalf of Creditor HCL Texas Avenue LLC fuqua@fuqualegal.com |
| Richard L. Zucker | on behalf of Creditor Taft Associates rzucker@lasserhochman.com |
| Richard L. Zucker | on behalf of Interested Party Taft Associates rzucker@lasserhochman.com |
| Robert J Sproul | on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov |
| Robert L. LeHane | on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brookfield Properties Retail Inc rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Blumenfeld Development Group Ltd rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Lerner Properties rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert S. Westermann | on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com rhenderson@hirschlerlaw.com |
| Ronald S. Gellert | on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com abrown@gsbblaw.com |
| Sari Blair Placona | on behalf of Creditor Salmar Properties LLC splacona@msbnj.com |
| Scott Fleischer | on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Inland Commercial Real Estate Services L.L.C. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Rivercrest Realty Associates LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com |
| Scott A. Zuber | on behalf of Creditor Arch Insurance Company szuber@csglaw.com ecf@csglaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 14 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

Shai Schmidt
    on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sommer Leigh Ross
    on behalf of Other Prof. Sixth Street Specialty Lending Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Steven A. Jayson
    on behalf of Creditor Farley Real Estate Associates LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Creditor Farley Real Estate Associates LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Stuart D. Gavzy
    on behalf of Creditor Township of Rockaway stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;ecf123@casedriver.com

Thomas S. Onder
    on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Turner Falk
    on behalf of Creditor College Plaza Station LLC turner.falk@saul.com catherine.santangelo@saul.com

Turner Falk
    on behalf of Creditor Phillips Edison & Company turner.falk@saul.com catherine.santangelo@saul.com

Turner Falk
    on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com catherine.santangelo@saul.com

Turner Falk
    on behalf of Interested Party Loja WTP LLC turner.falk@saul.com, catherine.santangelo@saul.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Walter E. Swearingen
    on behalf of Creditor TF Cornerstone Inc. wswearingen@beckerglynn.com aostrow@beckerglynn.com;hlin@beckerglynn.com

Walter E. Swearingen
    on behalf of Creditor 200-220 West 26 LLC wswearingen@beckerglynn.com aostrow@beckerglynn.com;hlin@beckerglynn.com

Warren A. Usatine
    on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com fpisano@coleschotz.com

William Firth, III
    on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust wfirth@cohenseglias.com ddanielson@cohenseglias.com

William Firth, III
    on behalf of Creditor DT-SGW LLC wfirth@cohenseglias.com, ddanielson@cohenseglias.com

William G. Wright
    on behalf of Creditor ARC International North America LLC wwright@capehart.com, jlafferty@capehart.com

TOTAL: 319