| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>James S. Yu<br>SEYFARTH SHAW LLP<br>620 8th Avenue<br>New York, NY  10018<br>Telephone:  (212) 218-5524<br>Facsimile:  (917) 344-1339<br>Email: jyu@seyfarth.com | Order Filed on May 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>BED BATH & BEYOND INC., et al. | Case No.:  23-13359 (VFP)<br>Adv. No.:<br>Chapter:  11<br>Judge:  Vincent F. Papalia |

### ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: May 25, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that  M. Ryan Pinkston                                    be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-13359-VFP
Bed Bath & Beyond Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 14
Date Rcvd: May 25, 2023      Form ID: pdf903      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron R. Cahn | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

|  |  |
|---|---|
|  | on behalf of Creditor The Bank of New York Mellon cahn@clm.com CourtMail@clm.com |
| Alan J. Brody |  |
|  | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com NJLitDock@gtlaw.com |
| Alexandria Nikolinos |  |
|  | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Allen J Barkin |  |
|  | on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com sandyr@sbmesq.com |
| Andrew Braunstein |  |
|  | on behalf of Creditor Commission Junction LLC andrew.braunstein@lockelord.com |
| Andy Winchell |  |
|  | on behalf of Creditor Dong Koo Kim and Jong Ok Kim Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996 andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Angela L Mastrangelo |  |
|  | on behalf of Interested Party CTC Phase II LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Angela L Mastrangelo |  |
|  | on behalf of Interested Party Valley Square I L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Angela L Mastrangelo |  |
|  | on behalf of Interested Party Christiana Town Center LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Anthony Sodono, III |  |
|  | on behalf of Creditor Salmar Properties LLC asodono@msbnj.com |
| Barbra Rachel Parlin |  |
|  | on behalf of Creditor ALTO Northpoint LP barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Bradford J. Sandler |  |
|  | on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lsc@pszjlaw.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor KIR Brandon 011 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor Chico Crossroads L.P. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor KIR Bridgewater 573 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor CFH Realty III/Sunset Valley L.P. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor Airport Plaza LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor WRI Mueller LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor C T Center S.C. LP brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor KSI Cary 483 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor KIR MONTGOMERY 049 LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor Kimco Realty OP LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor Kimco Riverview LLC brett.goodman@afslaw.com, john.murphy@troutman.com |

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 5 of 16

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

| | |
|---|---|
| Brett D. Goodman | on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Redfield Promenade  LP brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Conroe Marketplace S.C.  L.P. brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Mooresville Crossing  LP brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Franklin Park S.C.  LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor WRI-URS South Hill  LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Flagler S.C.  LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor Weingarten Nostat  LLC brett.goodman@afslaw.com, john.murphy@troutman.com |
| Brett D. Goodman | on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com  john.murphy@troutman.com |
| Brian Morgan | on behalf of Creditor PRW Urban Renewal 1  LLC brian.morgan@faegredrinker.com |
| Brian Morgan | on behalf of Creditor Prologis brian.morgan@faegredrinker.com |
| Brian Morgan | on behalf of Creditor Prologis USLF NV II  LLC brian.morgan@faegredrinker.com |
| Brian I. Kantar | on behalf of Creditor Arch Insurance Company bkantar@csglaw.com |
| Brittany B Falabella | on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com |
| Courtney Brown | on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com |
| Dana S. Plon | on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com |
| Dana S. Plon | on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com |
| Daniel Stolz | on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel M Pereira | on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com |
| Daniel N. Zinman | on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com, skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com |
| David Graff | on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com |
| David H. Stein | on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| David L. Bruck | on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com |
| David L. Bruck | on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc. bankruptcy@greenbaumlaw.com |
| David M Stauss | |

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 6 of 16

| District/off: 0312-2 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Creditor CBL & Associates Management Inc. david.stauss@huschblackwell.com, serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com |
| David P. Primack | on behalf of Creditor THF Harrisonburg Crossing LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Paxton Towne Center Development LP dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor GKT Gallatin Shopping Center dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG-Manchester Highland dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor SLO Promenade DE LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Coral North LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor Epps Bridge Centre Property Co LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor Carson Valley Center LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor Dreamland Shopping Center dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor Shreve Center DE LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Logan Town Centre LP dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor The Shoppes at Wilton LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Mountain View Plaza LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor MCS-Lancaster DE LP dprimack@mdmc-law.com kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor Grand Mesa Center LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Biscayne LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor THF/MRP Tiger Town LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Woodmen Commons LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| Diane Sanders | on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com |

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 7 of 16

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

Don Stecker
    on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don A. Beskrone
    on behalf of Creditor RetailMeNot Inc. DBeskrone@ashbygeddes.com, rpalacio@ashbygeddes.com;snewman@ashbygeddes.com;ahrycak@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com

Drew S. McGehrin
    on behalf of Creditor NP New Castle LLC dsmcgehrin@duanemorris.com

Edmond P O'Brien
    on behalf of Creditor RXR 620 Master Lessee LLC eobrien@cszlaw.com jrich@cszlaw.com

Felice R. Yudkin
    on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com fpisano@coleschotz.com

Fernand L Laudumiey, IV
    on behalf of Creditor Richards Clearview LLC laudumiey@chaffe.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Frank F. Velocci
    on behalf of Creditor Prologis frank.velocci@faegredrinker.com brian.morgan@dbr.com

Frank F. Velocci
    on behalf of Creditor Prologis USLF NV II LLC frank.velocci@faegredrinker.com, brian.morgan@dbr.com

Gregory S. Kinoian
    on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Jaclyn Dopke
    on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com jdopke@fleischerlaw.com

James S. Carr
    on behalf of Creditor Ryder Integrated Logistics Inc. KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
    on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
    on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jamese Suozzo
    on behalf of Interested Party 250 Hudson Street LLC james.suozzo@rivkin.com, matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jaspreet S. Mayall
    on behalf of Creditor Serota Islip NC LLC jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
    on behalf of Creditor 3600 Long Beach Road LLC , jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
    on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
    on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jeffrey Kurtzman
    on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey A. Lester
    on behalf of Interested Party Western Carriers Inc. jlester@bllaw.com

Jerrold S. Kulback
    on behalf of Creditor Hingham Launch Property LLC jkulback@archerlaw.com, chansen@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor CP Venture Five - AV LLC jkulback@archerlaw.com, chansen@archerlaw.com

Jessica Deborah Mikhailevich
    on behalf of Other Prof. Hilco Merchant Resources LLC and Gordon Brothers Retail Partners, LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 8 of 16

| District/off: 0312-2 | User: admin | Page 6 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

| | |
|---|---|
| Jessica Deborah Mikhailevich | on behalf of Interested Party B. Riley Retail Solutions LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Tiger Capital Group LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Gordon Brothers Retail Partners LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| John Greco | on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com |
| John David Folds | on behalf of Creditor Hart Miracle Marketplace LLC dfolds@bakerdonelson.com |
| John David Folds | on behalf of Creditor Cobb Place Property LLC dfolds@bakerdonelson.com |
| John Kendrick Turner | on behalf of Creditor Smith County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Tom Green Cad john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John S. Mairo | on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Jordan Seth Blask | on behalf of Creditor WPG Legacy LLC jblask@fbtlaw.com, jpatchan@fbtlaw.com |
| Joseph H Baldiga | on behalf of Creditor Running Hill SP LLC jbaldiga@mirickoconnell.com |
| Joseph H. Lemkin | on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com |
| Joshua Sussberg | on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua S. Bauchner | on behalf of Creditor Texas Taxing Authorities jb@ansellgrimm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin C Calhoun | on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com |
| Kevin Scott Mann | on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com smacdonald@crosslaw.com;mjoyce@crosslaw.com |
| Kristen Peters Watson | on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com |
| Kurt F Vote | on behalf of Creditor River Park Properties II LP kvote@wjhattorneys.com, kdodd@wjhattorneys.com |
| Lee Squitieri | on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com |
| Lee Squitieri | on behalf of Creditor Judith Cohen lee@sfclasslaw.com |
| Leslie Carol Heilman | on behalf of Creditor 210 Development LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor GC Ambassador Courtyard LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Agua Mansa Commerce Phase I LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor PF Portfolio 2 LP heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor MGP XII Magnolia LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 9 of 16

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

| | |
|---|---|
| Leslie Carol Heilman | on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Mark Christopher Errico | on behalf of Interested Party Blue Yonder Inc. mark.errico@squirepb.com, maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com |
| Meredith Mitnick | on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com |
| Michael Kwiatkowski | on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor PSEG Long Island mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor UNS Gas Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Consolidated Edison Company of New York Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor PECO Energy Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Peoples Gas System Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael Kwiatkowski | on behalf of Creditor Boston Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |

| District/off: 0312-2 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

Michael Kwiatkowski
    on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenanddykman.com
    mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenanddykman.com,
    mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor NV Energy  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor West Penn Power Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenanddykman.com
    mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Georgia Power Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael Kwiatkowski
    on behalf of Creditor American Electric Power mkwiatkowski@cullenanddykman.com  mkwiatkowski@msek.com

Michael D. Sirota
    on behalf of Debtor Harmon of Caldwell  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Decorist  LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 9 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 12 of 16

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 10 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Buy Buy Baby Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Old Bridge Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Plainview Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Shrewsbury Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Wayne Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Hanover Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Fashion Center Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BBBYCF LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Massapequa Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 13 of 16

| District/off: 0312-2 | User: admin | Page 11 of 14 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

Michael D. Sirota
on behalf of Debtor Harmon of Carlstadt Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Springfield Buy Buy Baby Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Melville Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Hartsdale Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon Stores Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Frederick Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Brentwood Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor BWAO LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Buy Buy Baby of Rockville Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Franklin Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBBYTF LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 12 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

Michael D. Sirota
    on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Annapolis Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Manalapan Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Greenbrook II Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of New Rochelle Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Monique Bair DiSabatino
    on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com robyn.warren@saul.com

Morris J. Schlaf
    on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com mschlaf@recap.email

Morris S. Bauer
    on behalf of Other Prof. Sixth Street Specialty Lending Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Naznen Rahman
    on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Owen M. Sonik
    on behalf of Creditor City of Houston osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
    on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
    on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
    on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
    on behalf of Creditor Humble Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Paul Rubin
    on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com

Paul Rubin
    on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com hhuynh@rubinlawllc.com

Paul Hans Schafhauser
    on behalf of Creditor IKEA Property Inc. schafhauserp@gtlaw.com

Paul J. Winterhalter
    on behalf of Creditor Saul Holdings Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul W Carey
    on behalf of Creditor ISM Holdings Inc. pcarey@mirickoconnell.com

Case 23-13359-VFP    Doc 481    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc
Imaged Certificate of Notice    Page 15 of 16

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 13 of 14 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 7 |

Paul W Carey
    on behalf of Creditor Running Hill SP LLC pcarey@mirickoconnell.com

Richard L Fuqua, II
    on behalf of Creditor PTCTX Holdings LLC fuqua@fuqualegal.com

Richard L Fuqua, II
    on behalf of Creditor HCL Texas Avenue LLC fuqua@fuqualegal.com

Richard L. Zucker
    on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Richard L. Zucker
    on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Robert J Sproul
    on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov

Robert L. LeHane
    on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Brookfield Properties Retail Inc rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Blumenfeld Development Group Ltd rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert S. Westermann
    on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com rhenderson@hirschlerlaw.com

Ronald S. Gellert
    on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com abrown@gsbblaw.com

Sari Blair Placona
    on behalf of Creditor Salmar Properties LLC splacona@msbnj.com

Scott Fleischer
    on behalf of Creditor Inland Commercial Real Estate Services L.L.C. sfleischer@barclaydamon.com

Scott Fleischer
    on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com

Scott Fleischer
    on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com

Scott Fleischer
    on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com

Scott Fleischer
    on behalf of Creditor Rivercrest Realty Associates LLC sfleischer@barclaydamon.com

Scott Fleischer

| | |
|---|---|
| | on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com |
| Scott Fleischer | |
| | on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com |
| Scott A. Zuber | |
| | on behalf of Creditor Arch Insurance Company szuber@csglaw.com ecf@csglaw.com |
| Shai Schmidt | |
| | on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sommer Leigh Ross | |
| | on behalf of Other Prof. Sixth Street Specialty Lending Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Steven A. Jayson | |
| | on behalf of Creditor Farley Real Estate Associates LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Creditor Farley Real Estate Associates LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Stuart D. Gavzy | |
| | on behalf of Creditor Township of Rockaway stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;ecf123@casedriver.com |
| Thomas S. Onder | |
| | on behalf of Creditor North Village Associates tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Gator Investments tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Levin Management Corporation tonder@stark-stark.com |
| Turner Falk | |
| | on behalf of Interested Party Loja WTP LLC turner.falk@saul.com, catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor College Plaza Station LLC turner.falk@saul.com catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com catherine.santangelo@saul.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Walter E. Swearingen | |
| | on behalf of Creditor TF Cornerstone Inc. wswearingen@beckerglynn.com aostrow@beckerglynn.com;hlin@beckerglynn.com |
| Walter E. Swearingen | |
| | on behalf of Creditor 200-220 West 26 LLC wswearingen@beckerglynn.com aostrow@beckerglynn.com;hlin@beckerglynn.com |
| Warren A. Usatine | |
| | on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com fpisano@coleschotz.com |
| William Firth, III | |
| | on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust wfirth@cohenseglias.com ddanielson@cohenseglias.com |
| William Firth, III | |
| | on behalf of Creditor DT-SGW LLC wfirth@cohenseglias.com, ddanielson@cohenseglias.com |
| William G. Wright | |
| | on behalf of Creditor ARC International North America LLC wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 319