**Fill in this information to identify the case:**

Debtor Name  Bed Bath & Beyond Inc., et al.

United States Bankruptcy Court for the: _____ District of  New Jersey
(State)

Case number:  23-13359 (Jointly Administered)

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of  February 25, 2023  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3.  For purposes of this form, "Debtor" shall include the estate of such Debtor.

The Debtors hold a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| BBB Mexico L.L.C. | 100% owned by Bed Bath & Beyond Inc. | |
| Oak Insurance Company Inc. | 100% owned by Bed Bath & Beyond Inc. | |
| BBB Canada Ltd. | 100% owned by Bed Bath & Beyond Inc. | |
| Bed Bath & Beyond of Norman Inc. | 100% owned by bed 'n bath Stores Inc. | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

| | |
|---|---|
| Debtor Name  Bed Bath & Beyond Inc., et al. | Case number  23-13359 (Jointly Administered) |

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | |
|---|---|
| **For non-individual Debtors:** | ✗  /s/  Holly Etlin<br>Signature of Authorized Individual<br><br>Holly Etlin, Chief Restructuring Officer<br>Printed name of Authorized Individual<br><br>Date  05/30/2023<br>       MM / DD  / YYYY |
| **For individual Debtors:** | ✗ _____             ✗ _____<br>Signature of Debtor 1                              Signature of Debtor 2<br><br>Printed name of Debtor 1                       Printed name of Debtor 2<br><br>Date _____                              Date _____<br>       MM / DD  / YYYY                                   MM / DD  / YYYY |

| Debtor Name | Bed Bath & Beyond Inc., et al. | Case number | 23-13359 (Jointly Administered) |

## Exhibit A: Financial Statements for Each Controlled Non-Debtor Entity

The financial statements attached in this Exhibit A are unaudited. The financial statements do not conform to the requirements for the presentation of financial statements of the United States' generally accepted accounting principles ("GAAP") and do not include all of the information and disclosures required by GAAP. Additionally, the financial statements are subject to further review and potential adjustment.

Controlled Non-Debtor Entities BBB Mexico L.L.C., BBB Canada Ltd., and Bed Bath & Beyond of Norman Inc. do not produce stand-alone financial statements. Accordingly, no financial statements are included in this Periodic Report for these Controlled Non-Debtor Entities.

Debtor Name  Bed Bath & Beyond Inc., et al.    Case number  23-13359 (Jointly Administered)

**Exhibit A-1: Balance Sheet for Oak Insurance Company Inc. as of February 25, 2023**

|  | Oak Insurance Company |
|---|---:|
| **ASSETS** | |
| Cash and Cash Equivalents | 9,156,900 |
| Due From Affiliates | (4,621,548) |
| Other Current Assets | 41,847 |
| Current Assets | 4,577,199 |
| Non Current Restricted Cash | 15,262,433 |
| Long Term Assets | 15,262,433 |
| **Total Assets** | **19,839,632** |
| **LIABILITIES & SHAREHOLDERS EQUITY** | |
| Accrued Expenses & Other Current Liabilities | 10,083,530 |
| Income Tax Payable | (23,207) |
| Current Liabilities | 10,060,323 |
| Other Non Current Liabilities | 9,466,135 |
| Non Current Liabilities | 9,466,135 |
| **Total Liabilities** | **19,526,458** |
| SHAREHOLDERS' EQUITY | |
| Retained Earnings Prior | (92,154) |
| Net Earnings | 405,327 |
| RE and Dividends | 313,174 |
| **Total Equity** | **313,174** |
| **Total Liabilities and Equity** | **19,839,632** |

Debtor Name  Bed Bath & Beyond Inc., et al.                         Case number  23-13359 (Jointly Administered)

**Exhibit A-1: Balance Sheet for Oak Insurance Company Inc. as of February 26, 2022**

|  | Oak Insurance Company |
|---|---:|
| **ASSETS** | |
| Cash and Cash Equivalents | 18,007,048 |
| Due From Affiliates | (13,616,109) |
| Other Current Assets | 41,847 |
| Current Assets | 4,432,786 |
| Non Current Restricted Cash | 15,001,518 |
| Long Term Assets | 15,001,518 |
| **Total Assets** | **19,434,304** |
| **LIABILITIES & SHAREHOLDERS EQUITY** | |
| Accrued Expenses & Other Current Liabilities | 10,083,530 |
| Income Tax Payable | (23,207) |
| Current Liabilities | 10,060,323 |
| Other Non Current Liabilities | 9,466,135 |
| Non Current Liabilities | 9,466,135 |
| **Total Liabilities** | **19,526,458** |
| SHAREHOLDERS' EQUITY | |
| Retained Earnings Prior | (87,303) |
| Net Earnings | (4,851) |
| RE and Dividends | (92,154) |
| Total Equity | (92,154) |
| **Total Liabilities and Equity** | **19,434,304** |

Debtor Name  Bed Bath & Beyond Inc., et al.          Case number  23-13359 (Jointly Administered)

**Exhibit A-2: Statement of Income (*Loss*) for Oak Insurance Company Inc. for period ending February 25, 2023**

|  | Oak Insurance Company |
|---|---:|
| Net Sales | 0 |
| Costs of Goods Sold | 0 |
| Gross Profit | 0 |
| **OPERATING EXPENSES** | |
| Credit Card and Banking Fees | 8,678 |
| Total Selling, G&A Expenses | 8,678 |
| Operating Income | (8,678) |
| Interest (Income)/Expense | (414,005) |
| Total Other Income and Expense | (414,005) |
| Total Pre Tax Income | 405,327 |
| Net Earnings | 405,327 |

| Debtor Name | Bed Bath & Beyond Inc., et al. | Case number | 23-13359 (Jointly Administered) |

**Exhibit A-2: Statement of Income (Loss) for Oak Insurance Company Inc. for period ending February 26, 2022**

|  | Oak Insurance Company |
|---|---:|
| Net Sales | 0 |
| Costs of Goods Sold | 0 |
| Gross Profit | 0 |
| **OPERATING EXPENSES** | |
| Credit Card and Banking Fees | 291 |
| Total Selling, G&A Expenses | 291 |
| Operating Income | (291) |
| Interest (Income)/Expense | (386) |
| Total Other Income and Expense | (386) |
| Total Pre Tax Income | 95 |
| Net Earnings | 95 |

Debtor Name  Bed Bath & Beyond Inc., et al.                         Case number  23-13359 (Jointly Administered)

### Exhibit A-3: Statement of Cash Flows for the Controlled Non-Debtor Entities

Unaudited statements of cash flows are not included as the Controlled Non-Debtor Entities do not prepare unaudited statements of cash flows in the ordinary course of business.

| Debtor Name | Bed Bath & Beyond Inc., et al. | Case number | 23-13359 (Jointly Administered) |

| **Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for the Controlled Non-Debtor Entities** |

Unaudited statements of changes in shareholders' equity are not included as the Controlled Non-Debtor Entities do not prepare unaudited statements of changes in shareholders' equity in the ordinary course of business.

Debtor Name  Bed Bath & Beyond Inc., et al.                                   Case number  23-13359 (Jointly Administered)

### Exhibit B: Description of Operations for the Controlled Non-Debtor Entities

**BBB Mexico L.L.C.** is a wholly owned subsidiary of Bed Bath & Beyond Inc. This entity is a 50% owner in a joint venture, Bed Bath & Beyond Mexico, S. de R.L. de C.V., which is continuing to operate 12 stores in Mexico and an e-commerce business. The Debtors were informed that the independent management of Bed Bath & Beyond Mexico, S. de R.L. de C.V. is currently developing transition plans from reliance on the Debtors for back-office and IT systems support services. For the tax year ended February 26, 2022, Bed Bath & Beyond, Inc. reported its 50% profit-sharing income from the joint venture of $926,912.00.

**Oak Insurance Company Inc.** is a wholly owned subsidiary of Bed Bath & Beyond Inc. This entity is a captive insurance provider that administers certain of the Debtors' historical workers' compensation and medical stop loss policies.

**BBB Canada Ltd.** is a wholly owned subsidiary of Bed Bath & Beyond Inc. This entity is a 99% owner and general partner of Bed Bath & Beyond Canada L.P., a Non-Debtor entity with operations in Canada. On February 10, 2023, BBB Canada Ltd. was granted protection under Canada's Companies' Creditors Arrangement Act "CCAA" pursuant to an initial order (the "Initial Order") of the Ontario Superior Court of Justice (Court File No.: CV-23-00694493-00CL). The Initial Order also extended a stay of proceedings and other benefits, restrictions and protections of the CCAA to Bed Bath & Beyond Canada L.P, a limited partnership formed under the laws of the Province of Ontario. Under protections provided in the CCAA, BBB Canada Ltd. and Bed Bath & Beyond Canada L.P. commenced an orderly wind-down of their entire business, consisting of 65 leased stores, and liquidation of remaining inventory. As of the date of this filing, all 65 stores have been closed; leases for its stores, office, and warehouse are in the process of being, or already have been, either assigned, disclaimed or surrendered. Any proceeds remaining from the orderly wind-down through the CCAA proceedings will continue to be remitted to Bed Bath & Beyond Inc. Legal and financial disclosures are currently available on the website of Canada's Office of the Superintendent of Bankruptcy, Court File No.: CV-23-00694493-00CL.

**Bed Bath & Beyond of Norman Inc.** is a wholly owned subsidiary of bed 'n bath Stores Inc. This entity is inactive and in the process of dissolution.

Debtor Name  Bed Bath & Beyond Inc., et al.                         Case number  23-13359 (Jointly Administered)

## Exhibit C: Description of Intercompany Claims

No intercompany claims exist between the Controlled Non-Debtor Entities.

Debtor Name   Bed Bath & Beyond Inc., et al.                                   Case number  23-13359 (Jointly Administered)

## Exhibit D: Allocation of Tax Liabilities and Assets

No federal, state, or local taxes, or any tax attributes, refunds, or other benefits, have been allocated between the Controlled Non-Debtor Entities and the Debtors.

Debtor Name   Bed Bath & Beyond Inc., et al.                             Case number  23-13359 (Jointly Administered)

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

No payments otherwise payable by the Debtors have been paid by any Controlled Non-Debtor Entity.