**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

TO:   HONORABLE VINCENT F. PAPALIA
        United States Bankruptcy Judge

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

65548/0001-45454444v1

The above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, hereby submit this application in lieu of motion (the "Application"), pursuant to D.N.J. LBR 9021-1(b), seeking the approval and entry of the proposed *Confidentiality Stipulation and Protective Order* (the "Proposed Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and respectfully state as follows:

1. On April 23, 2023 (the "Petition Date"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on April 24, 2023 [D.I. 75].

2. On May 5, 2023, the Office of the United States Trustee for the District of New Jersey appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code [D.I. 218].

3. Since the Committee was appointed, and in furtherance of its duties to the Debtors' unsecured creditors, the Committee has requested that the Debtors provide diligence on a variety of matters pertinent to these Chapter 11 Cases. The Debtors agreed to comply with the Committee's information requests, subject to the negotiation and execution of a confidentiality agreement to protect certain Confidential and Highly Confidential Discovery Material from public disclosure. Accordingly, the Debtors and the Committee negotiated the terms of the Proposed Stipulation to govern the exchange of Discovery Material in these Chapter 11 Cases and related adversary proceedings. Both the Debtors and the Committee have executed the Proposed

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Proposed Stipulation.

Stipulation and agreed to abide by its terms subject to Court approval.

4. This Application is submitted pursuant to D.N.J. LBR 9021-1(b) in lieu of a motion in support of the Debtors' request that the Court enter the Proposed Stipulation as presented. The Debtors submit that the Proposed Stipulation is in the best interests of the Debtors and their estates as it will facilitate the prompt exchange and review of documents with the Committee, while maintaining the confidential nature of such documents.

5. No previous application for the relief sought herein has been made to this or any other Court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Stipulation and grant such other relief as the Court deems just and appropriate under the circumstances.

Dated: May 30, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
   wusatine@coleschotz.com
   fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:  josuha.sussberg@kirkland.com
   emily.geier@kirkland.com
   derek.hunter@kirkland.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*