LAW OFFICES OF LISA M. SOLOMON
Lisa M. Solomon
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
(212) 471-0067; Fax 212-980-6965
Lisa.Solomon@att.net

SCARINCI & HOLLENBECK, LLC
David Edelberg, Esq.
150 Clove Road, 9th Fl.
Little Falls, New Jersey  07424
201-896-4100; Fax 201-896-8660
DEdelberg@sh-law.com
*Attorneys for DC USA Operating Co., LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.:  23-13359 (VPF)<br><br>Jointly Administered |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

4869-0250-0967, v. 1

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

TO: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. Section 1109 (b) and Federal Rules of Bankruptcy Procedure 2002(i) and 9010(b), DC USA Operating Co., LLC, through its co-counsel, SCARINCI HOLLENBECK, LLC, hereby appears in the above captioned proceeding and requests that all notices and all papers served or required to be served in these cases be served upon the following:

David Edelberg, Esq.
**SCARINCI HOLLENBECK, LLC**
150 Clove Road
Little Falls, NJ 07424
Phone: (201) 896-7701
Telecopier; (201) 896-8660
Email:  dedelberg@sh-law.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent pleading, claim, or suit is intended and shall not be deemed or construed to be a waiver of the rights of the foregoing party: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal,

or (4) any other right, claim, action, setoff, or recoupment to which the above mentioned party may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                                    **SCARINCI HOLLENBECK, LLC**
                                    Counsel to DC USA Operating Co., LLC

                                By: /s/ David Edelberg

Dated: May 31, 2023                           David Edelberg, Esq.