THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE: Bed Bath & Beyond Inc., Debtor(s).　　　　　　　　　Case No. 23-13359 VFP
650 Liberty Avenue　　　　　　　　　　　　　　　　　　　　Chapter 11
Union, NJ 07083

XXX-XX-

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Jonathan Skrmetti
　　　　　　　　　　　　　　　　　　　　Attorney General and Reporter

　　　　　　　　　　　　　　　　　　　　*/s/ Gina Baker Hantel*
　　　　　　　　　　　　　　　　　　　　Gina Baker Hantel
　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　BPR No. 018019
　　　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　BANKRUPTCY DIVISION
　　　　　　　　　　　　　　　　　　　　P O BOX 20207
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37202-0207
　　　　　　　　　　　　　　　　　　　　Phone: (615) 532-8928    Fax: 615-741-3334
　　　　　　　　　　　　　　　　　　　　Email: gina.hantel@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on May 31, 2023 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

　　　　　　　　　　　　　　　　　　　　*/s/ Gina Baker Hantel*
　　　　　　　　　　　　　　　　　　　　Gina Baker Hantel
　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General

Office of the U.S. Trustee　　　　　　　　　　　　　　　Michael D. Sirota
One Newark Center　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)
Suite 2100　　　　　　　　　　　　　　　　　　　　　　Cole Schotz P.C.
Newark, New Jersey 07102　　　　　　　　　　　　　　25 Main Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601