# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:

BED BATH & BEYOND INC., *et al.*[1]

    Debtors.

Chapter 11

Case No. 23-13359 (VFP)

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE THAT Creditor Waldorf Shoppers' World, LLC ("Waldorf"), by and through undersigned counsel, enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served as follows:

Jami B. Nimeroff, Esquire
BROWN McGARRY NIMEROFF LLC
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102
Email: jnimeroff@bmnlawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Waldorf's right (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Waldorf is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: May 31, 2023

                                      BROWN McGARRY NIMEROFF LLC

                                By: */s/ Jami B. Nimeroff*
                                     Jami B. Nimeroff, Esquire
                                     BROWN McGARRY NIMEROFF LLC
                                     Two Penn Center, Suite 610
                                     1500 John F. Kennedy Boulevard
                                     Philadelphia, PA  19102
                                     (267) 861-5330 T
                                     Email: jnimeroff@bmnlawyers.com

                                     *Attorneys for Waldorf Shoppers' World, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP) |

## **CERTIFICATE OF SERVICE**

I, Jami B. Nimeroff, hereby certify that on this 31st day of May, 2023 I caused a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers to be served first class U.S. Mail upon the following:

Joshua A. Sussberg, Esquire
Emily E. Geier, Esquire
Derek I. Hunter, Esquire
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY   10022
*Joshua.sussberg@kirkland.com*
*Emily.geier@kirkland.com*
*Derek.hunter@kirkland.com*

Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Felice R. Yudkin, Esquire
**Cole Schotz P.C.**
Court Plaza North, 25 Main Street
Hackensack, NJ   07601
*msirota@coleschotz.com*
*wusatine@coleschotz.com*
*fyudkin@coleschotz.com*

                                            */s/ Jami B. Nimeroff*
                                            Jami B. Nimeroff