UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

IN RE:                                          )    Chapter 11
                                                )    Case No. 23-13359-VFP
Bed Bath & Beyond, Inc., *et al.*,              )
                                                )
                                                )
            DEBTOR.                             )
                                                )

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 MAY 32  A 10: 48
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

## REQUEST TO RECEIVE NOTICES

NOW COMES, J. David Folds and the firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC and hereby enter their appearance as attorneys for HART TC I-III, LLC in the above-referenced matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

The Clerk of Court and any other party that the Court may direct to send notices are requested to show J. David Folds on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

                              BAKER, DONELSON, BEARMAN,
                              CALDWELL & BERKOWITZ, PC

                    By:       //s/ David Folds
                              J. David Folds
                              901 K Street NW
                              Suite 900
                              Washington, D.C. 20001
                              Telephone: 202-508-3441
                              dfolds@bakerdonelson.com

May 30, 2023

```
ORIGIN ID:SOPA   (919) 208-6998        SHIP DATE: 15MAY23
SAVANNAH E LAVENDER                    ACTWGT: 0.50 LB
                                       CAD: 104595092/INET4610
2235 GATEWAY ACCESS POINT
SUITE 220
RALEIGH, NC 27607                      BILL SENDER
UNITED STATES US
TO  MARTIN LUTHER KING JR. FED BUILDING
    US BANKRUPTCY COURT OF NEW JERSEY
    50 WALNUT STREET

    NEWARK NJ 07102
(919) 208-6998           REF: 015788 2932603-000025
INV:
PO:                                    DEPT:
```

PEEL HERE
FedEx Ship Manager - Print Your Label(s)

FedEx Express

TUE - 16 MAY 10:30A
TRK# 0201 7721 2721 8829
PRIORITY OVERNIGHT
                                       ASR
                                       07102

THU - 01 JUN AA
TRK# 0201 7721 2721 8829
PRIORITY OVERNIGHT
                                       ASR
XE VAKA                                07102
                                       NJ-US
                                       EWR

1790296 31May2023 RZZA 581G2/29AB/C0B8

5/12/23, 10:07 AM