UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

IN RE:                                                      ) Chapter 11
                                                            ) Case No. 23-13359-VFP
Bed Bath & Beyond, Inc., *et al.*,                          )
                                                            )
                                                            )
              DEBTOR.                                       )
                                                            )

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ  2023 MAY 32  A 10: 48  JEANNE A. NAUGHTON  BY: [signature]  DEPUTY CLERK*

### CERTIFICATE OF SERVICE

I do hereby certify that I have served the parties in this action listed below with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same today by United States Mail, postage prepaid, to the following address(es):

Pleadings:        Request to Receive Notices

Parties Served:   Bed Bath & Beyond Inc.
                  650 Liberty Avenue,
                  Union, New Jersey 07083

                  Michael D. Sirota
                  Cole Schotz P.C.
                  25 Main St.
                  Hackensack, NJ 07601

                  Warren A. Usatine
                  Cole Schotz P.C.
                  25 Main Street
                  PO Box 800
                  Hackensack, NJ 07602-0800

                  Felice R. Yudkin
                  Cole Schotz P.C.
                  25 Main Street
                  Hackensack, NJ 07602

                  US Trustee's Office
                  One Newark Center Ste 2100
                  Newark, NJ 07102

DATE OF SERVICE: May 30, 2023

                                            BAKER, DONELSON, BEARMAN,
                                            CALDWELL & BERKOWITZ, PC

                            By:    /s/Savannah E. Lavender