UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 MAY 32  A 10: 49
JEANNE A. NAUGHTON
BY: [signature]
DEPUTY CLERK

## REQUEST TO RECEIVE NOTICES

NOW COMES, J. David Folds and the firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC and hereby enter their appearance as attorneys for Bayer Development Company, LLC in the above-referenced matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

The Clerk of Court and any other party that the Court may direct to send notices are requested to show J. David Folds on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

                                                BAKER, DONELSON, BEARMAN,
                                                CALDWELL & BERKOWITZ, PC

                    By:    //s/ David Folds
                            J. David Folds
                            901 K Street NW
                            Suite 900
                            Washington, D.C. 20001
                            Telephone: 202-508-3441
                            dfolds@bakerdonelson.com

May 30, 2023

