UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

IN RE:                                        ) Chapter 11
                                              ) Case No. 23-13359-VFP
Bed Bath & Beyond, Inc., et al.,              )
                                              )
                                              )
         DEBTOR.                              )
                                              )

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 MAY 32  A 10: 49
JEANNE A. NAUGHTON
BY: _____
    DEPUTY CLERK

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the parties in this action listed below with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same today by United States Mail, postage prepaid, to the following address(es):

Pleadings:          Request to Receive Notices

Parties Served:     Bed Bath & Beyond Inc.
                    650 Liberty Avenue,
                    Union, New Jersey 07083

                    Michael D. Sirota
                    Cole Schotz P.C.
                    25 Main St.
                    Hackensack, NJ 07601

                    Warren A. Usatine
                    Cole Schotz P.C.
                    25 Main Street
                    PO Box 800
                    Hackensack, NJ 07602-0800

                    Felice R. Yudkin
                    Cole Schotz P.C.
                    25 Main Street
                    Hackensack, NJ 07602

                    US Trustee's Office
                    One Newark Center Ste 2100
                    Newark, NJ 07102

DATE OF SERVICE: May 30, 2023

                                        BAKER, DONELSON, BEARMAN,
                                        CALDWELL & BERKOWITZ, PC

                        By:    /s/Savannah E. Lavender