| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Elliot D. Ostrove, Esq.<br>EPSTEIN OSTROVE LLC<br>200 Metroplex Drive<br>Suite 304<br>Edison, New Jersey 08817<br>Tel: (732) 828- 8600<br>Fax: (732) 828- 8601<br>e.ostrove@epsteinostrove.com<br>Attorneys for Iris Software, Inc. | |
| In Re:<br>BED BATH & BEYOND INC. et al., | Case No.: 23-13359<br>Chapter: 11<br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  IRIS SOFTWARE, INC.  . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Elliot D. Ostrove, Esq.
EPSTEIN OSTROVE, LLC
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: June 1, 2023

_____
Signature

*new.8/1/15*