UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Vahbiz P. Karanjia, Esq.
EPSTEIN OSTROVE LLC
200 Metroplex Drive
Suite 304
Edison, New Jersey 08817
Tel: (732) 828- 8600
Fax: (732) 828- 8601
v.karanjia@epsteinostrove.com
Attorneys for Iris Software, Inc.

In Re:
BED BATH & BEYOND INC. et al.,

Case No.: 23-13359
Chapter: 11
Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __IRIS SOFTWARE, INC.__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Vahbiz P. Karanjia, Esq.
EPSTEIN OSTROVE, LLC
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: June 1, 2023

*Vahbiz P. Karanjia*
Signature

*new.8/1/15*