**LAW OFFICES OF KENNETH L. BAUM LLC**
201 W. Passaic Street, Suite 104
Rochelle Park, New Jersey 07662
(201) 853-3030
(201) 584-0297 Facsimile
kbaum@kenbaumdebtsolutions.com
Attorneys for Columbus Park Crossing, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BED BATH & BEYOND, *et al.*, | : |
| | : Case No. 23-13359 (VFP) |
| Debtors. | : |
| | : |
| | : |
| | : |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**</u>

**PLEASE TAKE NOTICE** that Columbus Park Crossing, LLC ("<u>Columbus</u>"), hereby appears by and through its undersigned counsel, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"). Columbus, by and through its counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 9007, 9010, and the applicable Local Rules, that all notices given or required to be given on it, and all papers served or required to be served it in this proceeding, be given to and served upon the following:

> Kenneth L. Baum, Esq.
> Law Offices of Kenneth L. Baum LLC
> 201 W. Passaic Street, Suite 104
> Rochelle Park, New Jersey 07662
> Telephone: (201) 853-3030
> Facsimile: (201) 584-0297
> E-mail: <u>kbaum@kenbaumdebtsolutions.com</u>

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs or recoupments to which Columbus is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

                                      LAW OFFICES OF KENNETH L. BAUM LLC
                                      Attorneys for Columbus Park Crossing, LLC

                                      By:     */s/ Kenneth L. Baum*
                                                Kenneth L. Baum
                                                201 W. Passaic Street, Suite 104
                                                Rochelle Park, New Jersey 07662
                                                (201) 853-3030
                                                (201) 584-0297 Facsimile

Dated: June 1, 2023