**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: rmalone@gibbonslaw.com
　　　　　btheisen@gibbonslaw.com
　　　　　kmcevilly@gibbonslaw.com

*Proposed Special Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | (Hon. Vincent F. Papalia)<br><br>Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Gibbons P.C. ("**Gibbons**") proposed special counsel for the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Bed Bath & Beyond, Inc., *et. al.*, the above-captioned debtors and debtors in possession herein (the "**Debtors**"), hereby enters an appearance for and on behalf of the Creditors' Committee.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101-1532, *et seq.* (the "**Bankruptcy Code**") and Federal Rules

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

of Bankruptcy Procedure 2002, 9007 and 9010 (the "**Bankruptcy Rules**") it is hereby requested that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following:

> Robert K. Malone, Esq.
> Brett S. Theisen, Esq.
> Kyle P. McEvilly, Esq.
> **GIBBONS P.C.**
> One Gateway Center
> Newark, New Jersey 07102-5310
> Telephone: (973) 596-4500
> Facsimile: (973) 596-0545
> E-mail: rmalone@gibbonslaw.com
> btheisen@gibbonslaw.com
> kmcevilly@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail or otherwise, that (1) affects or seeks to affect in any way any rights or interests of the Creditors' Committee or any creditor or party-in-interest in this case with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the Debtors may seek to sue; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the notice parties thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Creditors' Committee of rights:  (i) to have final orders in "non-core" matters, as well as statutory core matters in which the court lacks the constitutional authority to enter a final order absent the consent of the parties, entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which the Creditors' Committee is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: June 2, 2023<br>Newark, New Jersey | **GIBBONS P.C.**<br><br>By: */s/ Robert K. Malone*<br>   Robert K. Malone, Esq.<br>   Brett S. Theisen, Esq.<br>   Kyle P. McEvilly, Esq.<br>   One Gateway Center<br>   Newark, New Jersey 07102-5310<br>   Telephone:  (973) 596-4500<br>   Facsimile:   (973) 596-0545<br>   E-mail:  rmalone@gibbonslaw.com<br>         btheisen@gibbonslaw.com<br>         kmcevilly@gibbonslaw.com<br><br>*Proposed Special Counsel for the Official Committee of Unsecured Creditors* |