**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ANSELL GRIMM & AARON, P.C.**
Joshua S. Bauchner, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel: 973.247.9000
jb@ansellgrimm.com
*Attorneys for the Texas Taxing Authorities*

**PERDUE BRANDON FIELDER COLLINS & MOTT, LLP**
Melissa E. Valdez, Esq (*pro hac vice* pending)
1255 North Loop West, Suite 600
Houston, Texas 77008
Tel: 713.862.1860
mvaldez@pbfcm.com
*Attorneys for the Texas Taxing Authorities*

In re:

BED BATH & BEYOND INC., et al.

Debtors.[1]

Case No. 23-13359 VFP

Chapter 11

Honorable Vincent F. Papalia

## APPLICATION FOR AN ORDER FOR ADMISSION PRO HAC VICE OF MELISSA E. VALDEZ

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court,

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting the admission *pro hac vice* of Melissa E. Valdez, Esq. of the law firm of Perdue Brandon Fielder Collins & Mott, LLP, to represent the Texas Taxing Authorities[2] in the above-captioned Chapter 11 case. In support of this application, counsel submits the attached Certification of Melissa E. Valdez, Esq., and requests that the proposed form of Order submitted herewith be entered. Counsel certifies that he is admitted, practicing and a member in good standing with the Bar of the State of New Jersey.

Dated:  June 5, 2023

*s/Joshua S. Bauchner*
Joshua S. Bauchner, Esq.
ANSELL GRIMM & AARON, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel:  973.247.9000
Email: jb@ansellgrimm.com

*Attorneys for the Texas Taxing Authorities*

---

[2] Including but not limited to: Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, City of El Paso, Fort Bend County WCID #02, Fort Bend County, City of Frisco, Grayson County, Gregg County, Harris County, Hidalgo County, Jefferson County, Lewisville Independent School District, City of McAllen, McLennan County, City of Mesquite, Montgomery County, Nueces County, Parker CAD, Rockwall CAD, San Marcos CISD, Smith County, Tarrant County, Tom Green CAD, Victoria County, Wichita County Tax Office, Randall County Tax Office, Brazoria County, Brazoria County Special Road & Bridge, Alvin Independent School District, Alvin Community College, Brazoria County Drainage District #4, Pearland Municipal Management, Brazoria Municipal Utility District #06, Woodlands Metro Municipal Utility District, Woodlands Road Utility District, Clear Creek Independent School District, Humble Independent School District, Pasadena Independent School District, Spring Branch Independent School District, City of Houston, Lubbock Central Appraisal District, Midland County, City of Lake Worth, Crowley Independent School District, Grapevine-Colleyville Independent School District, Frisco Independent School District, Plano Independent School District, Bell County Tax Appraisal District, Bowie Central Appraisal District, Brazos County, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, Taylor County Central Appraisal District, City of Waco, Waco Independent School District and Williamson County.