## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### SUPPLEMENTAL DECLARATION OF
### HOLLY F. ETLIN OF AP SERVICES, LLC

Pursuant to 28 U.S.C. § 1746, I, Holly F. Etlin, state under penalty of perjury, that:

1.      I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.      I am duly authorized to execute this declaration as an authorized representative of AP Services, LLC ("APS"), an affiliate of AlixPartners.

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4.      I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated May 15, 2023 [Docket No. 350] (the "Original Declaration").  In addition to the entities searched and disclosed in the Original Declaration, APS searched its electronic database for the additional entities listed on **Schedule 1** attached hereto.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2]    Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

5.      Unless otherwise noted, references to AP below collectively refer to AlixPartners,

AP Holdings, APS, and each of their respective subsidiaries. APS wishes to disclose the following:

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties.  In response, the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

  o      IVC — no investments in the Investor Search Parties.

  o      CDPQ — debt investment in Bank of America Corp., Bank of Montreal, Goldman Sachs Group Inc., JPMorgan Chase & Co., and Toronto-Dominion Bank, in each case representing less than one percent (1%) of total assets under management; equity investment in Bank of America Corp., Bank of Montreal, Goldman Sachs Group Inc., JPMorgan Chase & Co., Toronto-Dominion Bank, Truist Financial Corp., Webster Financial Corp., and BlackRock Inc., in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

  o      PSP — investment in Bank of America Corp., Bank of Montreal, Capital One Financial Corp., Goldman Sachs Group Inc., JP Morgan Chase & Co., Sixth Street Specialty Lending Inc., Toronto-Dominion Bank, Truist Financial Corp., Webster Financial Corp., Wells Fargo & Co., and BlackRock Inc., in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

- Bart Sichel, a current officer to the Debtors, had a former professional relationship with a current AP employee.

- Carol Flaton, a director to the Debtors, is a current AP client in matters unrelated to the Debtors.  Carol Flaton is a former AP employee.

- Jeffrey Kirwan, a director to the Debtors, is the spouse of a current AP employee who is not working on this matter.

- Jones Lang LaSalle Americas, Inc. ("JLL"), a professional to the Debtors, is an associated company, lessor, litigation party, and professional to current and former AP clients in matters unrelated to the Debtors.  JLL is a former AP client in matters unrelated to the Debtors.  JLL is a vendor to AP.

- Pamela Corrie, a director to the Debtors, is a director to a former AP client in matters unrelated to the Debtors.

- Sherman Edmiston, a director to the Debtors, is a director to current and former AP clients in matters unrelated to the Debtors.

- Tyco Integrated Security LLC, a trade vendor to the Debtors, and affiliates ("Tyco") are litigation parties to current AP clients in matters unrelated to the Debtors.  Tyco is a current AP client in matters unrelated to the Debtors.

5.      APS does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement APS' disclosures in the event that APS discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, APS will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: June 5, 2023                                    AP Services, LLC
       New York, NY


                                                       */s/ Holly F. Etlin*
                                                       Holly F. Etlin
                                                       Authorized Representative

# SCHEDULE 1

### List of Schedules

| **Schedule** | **Category** |
|---|---|
| 1(a) | Director/Officer |
| 1(b) | Debtor Professional |
| 1(c) | Office of the United States Trustee & Judge |

## SCHEDULE 1(a)

### **Director/Officer**

Corrie, Pamela
Edmiston, Sherman
Etlin, Holly
Flaton, Carol

# SCHEDULE 1(b)

## **Debtor Professional**

Jones Lang LaSalle Americas, Inc.

# SCHEDULE 1(c)

## **Office of the United States Trustee & Judge**

Altenburg, Andrew B., Jr., Judge
Clausen, Joanne E.
Dugan, Dianne P.
Ferguson, Kathryn C., Judge
Gambardella, Rosemary, Judge
Gravelle, Christine M., Judge
Kaplan, Michael B., Judge
Meisel, Stacey L., Judge
Papalia, Vincent F., Judge
Poslusny, Jerrold N., Jr., Judge
Sherwood, John K., Judge
Vara, Andrew R.