Shmuel Klein, Esq.
Attorney for NPLHC
Law Office of Shmuel Klein PA
316 Prospect Avenue #3J
Hackensack, NJ 07601
845.425.2510

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
BED BATH & BEYOND INC.,
et al.,
Debtors                                                                    Chapter 11
_____                      Case No. 23-13359 (VFP)
                                                                                  (Joint Administration Requested)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of No Place Like Home Corp. (NPLHC), and requests that copies of any and all notices, pleadings of any nature, motions, orders to show cause, applications, presentments, petitions, memoranda, affdavits, declarations, orders, disclosure statement(s), bids, and plan(s) of reorganization, and any other documents, including notices entered pursuant to Fed. R. Bankr. P. 2002, filed or entered in this case, be served on the undersigned:

Shmuel Klein, Esq.
Attorney for NPLHC
Law Office of Shmuel Klein PA
316 Prospect Avenue #3J
Hackensack, NJ 07601
Email: shmuel.klein@verizon.net

DATED: June 5, 2023
Mahwah, NJ                                   /s/ Shmuel Klein
                                                       Shmuel Klein