UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Shmuel Klein, Esq.
Attorney for NPLHC
Law Office of Shmuel Klein PA
316 Prospect Avenue #3J
Hackensack, NJ 07601
845.425.2510

Case No.: 23-13359 (VFP)

Chapter: 11

In Re:

BED BATH & BEYOND INC., et al.,
Debtors

Adv. No.: 

Hearing Date: 

Judge: VFP

## CERTIFICATION OF SERVICE

1. I, **Mendel Klein**:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Law Office of Shmuel Klein PA**, who represents **No Place Like Home Corp.** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **6-5-23**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6-5-23

/s/ Mendel Klein
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bed Bath & Beyond Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ross Fiedler<br>Kirklnd & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: ross.fiedler@kirkland.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601<br>Email: msirota@coleschotz.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |