UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

IN RE:                                    )    Chapter 11
                                          )    Case No. 23-13359-VFP
Bed Bath & Beyond, Inc., *et al.*,        )
                                          )
                                          )
                DEBTOR.                   )
                                          )

## REQUEST TO RECEIVE NOTICES

NOW COMES, J. David Folds and the firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC and hereby enter their appearance as attorneys for Bayer Development Company, LLC in the above-referenced matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

The Clerk of Court and any other party that the Court may direct to send notices are requested to show J. David Folds on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

 

                                          BAKER, DONELSON, BEARMAN,
                                          CALDWELL & BERKOWITZ, PC

                    By:    //s/ David Folds
                            J. David Folds
                            901 K Street NW
                            Suite 900
                            Washington, D.C. 20001
                            Telephone: 202-508-3441
                            dfolds@bakerdonelson.com

May 30, 2023



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | |
| DEBTOR. | |

U.S. BANKRUPTCY COURT
FILED
23-13359-VFP, NJ
2023 MAY 22  A 10:49
JEA...
BY: /s/
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the parties in this action listed below with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same today by United States Mail, postage prepaid, to the following address(es):

Pleadings:         Request to Receive Notices

Parties Served:    Bed Bath & Beyond Inc.
                   650 Liberty Avenue,
                   Union, New Jersey 07083

                   Michael D. Sirota
                   Cole Schotz P.C.
                   25 Main St.
                   Hackensack, NJ 07601

                   Warren A. Usatine
                   Cole Schotz P.C.
                   25 Main Street
                   PO Box 800
                   Hackensack, NJ 07602-0800

                   Felice R. Yudkin
                   Cole Schotz P.C.
                   25 Main Street
                   Hackensack, NJ 07602

                   US Trustee's Office
                   One Newark Center Ste 2100
                   Newark, NJ 07102

DATE OF SERVICE: May 30, 2023

                                        BAKER, DONELSON, BEARMAN,
                                        CALDWELL & BERKOWITZ, PC

                        By:    /s/Savannah E. Lavender