UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
JUNE 1
2023 MAY -2 A 10: 48
JEANNE A. NAUGHTON
BY: [signature]
DEPUTY CLERK

## REQUEST TO RECEIVE NOTICES

NOW COMES, J. David Folds and the firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC and hereby enter their appearance as attorneys for HART TC I-III, LLC in the above-referenced matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

The Clerk of Court and any other party that the Court may direct to send notices are requested to show J. David Folds on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

 

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:    //s/ David Folds
J. David Folds
901 K Street NW
Suite 900
Washington, D.C. 20001
Telephone: 202-508-3441
dfolds@bakerdonelson.com

May 30, 2023



ORIGIN ID:SOPA  (919) 208-6998
SAVANNAH E LAVENDER
2235 GATEWAY ACCESS POINT
SUITE 220
RALEIGH, NC 27607
UNITED STATES US

SHIP DATE: 15MAY23
ACTWGT: 0.50 LB
CAD: 102595092/INET4610

BILL SENDER

TO: MARTIN LUTHER KING JR. FED BUILDING
US BANKRUPTCY COURT OF NEW JERSEY
50 WALNUT STREET
NEWARK NJ 07102
(919) 208-6998
INV:
PO:    REF: 015788 2932603-000025
DEPT:



TUE - 16 MAY 10:30A
TRK# 0201 7721 2721 8829   PRIORITY OVERNIGHT

ASR
07102

XE VAKA



THU - 01 JUN AA
TRK# 0201 7721 2721 8829   PRIORITY OVERNIGHT
ASR
07102
NJ-US
EWR

XE VAKA



1790295  31May2023  RZZA  581G2/29AB/C0B8

5/12/23, 10:07 AM



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the parties in this action listed below with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same today by United States Mail, postage prepaid, to the following address(es):

Pleadings:         Request to Receive Notices

Parties Served:    Bed Bath & Beyond Inc.
650 Liberty Avenue,
Union, New Jersey 07083

Michael D. Sirota
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601

Warren A. Usatine
Cole Schotz P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800

Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602

US Trustee's Office
One Newark Center Ste 2100
Newark, NJ 07102

DATE OF SERVICE: May 30, 2023

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:    /s/Savannah E. Lavender