BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Kenneth M. Klemm
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
504.566.5258
kklemm@bakerdonelson.com

J. David Folds
901 K Street NW; Suite 900
Washington, D.C. 20001
(202) 508-3441
dfolds@bakerdonelson.com

*Attorneys for Cobb Place Property, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, ) | |
| ) | |
| ) | |
| DEBTOR. ) | |
| ) | |

REQUEST TO RECEIVE NOTICES

NOW COMES, Kenneth M. Klemm and the firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC and hereby enter their appearance as attorneys for Cobb Place Property, LLC in the above-referenced matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

The Clerk of Court and any other party that the Court may direct to send notices are requested to show Kenneth M. Klemm on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

          BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, PC

By: <u>//s/Kenneth M. Klemm</u>
   Kenneth M. Klemm
   NJ Bar No: 033451990
   201 St. Charles Avenue, 36th Floor
   New Orleans, Louisiana 70170
   504.566.5258
   kklemm@bakerdonelson.com

June 6, 2023

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the parties in this action listed below with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same today by United States Mail, postage prepaid, to the following address(es):

Pleadings:         Request to Receive Notices

Parties Served:    Bed Bath & Beyond Inc.
                   650 Liberty Avenue,
                   Union, New Jersey 07083

                   Michael D. Sirota
                   Cole Schotz P.C.
                   *Via cm/ecf*

                   Warren A. Usatine
                   Cole Schotz P.C.
                   *Via cm/ecf*

                   Felice R. Yudkin
                   Cole Schotz P.C.
                   *Via cm/ecf*

                   US Trustee's Office
                   *Via cm/ecf*

DATE OF SERVICE: June 6, 2023

                                        BAKER, DONELSON, BEARMAN,
                                        CALDWELL & BERKOWITZ, PC

                        By:    /s/Savannah E. Lavender