UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | ) | |
|---|---|---|
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BED BATH & BEYOND INC., *et al.*[1] | ) | Case No. 23-13359 (VFP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Robert P. Franke and Audrey L. Hornisher of the firm of CLARK HILL PLC represent Canton Corners/Ford Road LLC, A&W Acquisitions, CPT Louisville I LLC, Santan MP, LP, VPQCM, LLC, Weingarten Realty Investors and Surprise Marketplace Holdings, LLC (the "Parties") in the above-styled and numbered case. The undersigned attorneys and law firm hereby enter their appearance pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of the Parties and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f). All such notices should be addressed to the following:

> Robert P. Franke
> Audrey L. Hornisher
> **CLARK HILL PLC**
> 901 Main Street, Suite 6000
> Dallas, Texas 75202-3794
> (214) 651-4300
> (214) 651-4330 (fax)
> bfranke@clarkhill.com
> ahornisher@clarkhill.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, including, electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**                                                                                       Page 1
ClarkHill\H0002\D17948\271723927.v1-5/31/23

therein. The Parties additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

Dated: June 6, 2023

                                              Respectfully submitted,

*/s/ Audrey L. Hornisher*
Robert P. Franke
TX State Bar No. 07371200
Audrey L. Hornisher
TX State Bar No. 24094369
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
(214) 651-4300
(214) 651-4330 (fax)
bfranke@clarkhill.com
ahornisher@clarkhill.com

**ATTORNEYS FOR CANTON CORNERS/FORD ROAD LLC, A&W ACQUISITIONS, CPT LOUISVILLE I LLC, SANTAN MP, LP, VPQCM, LLC, WEINGARTEN REALTY INVESTORS AND SURPRISE MARKETPLACE HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 6th day of June, 2023.

*/s/ Audrey L. Hornisher*
Audrey L. Hornisher