UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LISA M. SOLOMON
Lisa M. Solomon
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
(212) 471-0067; Fax 212-980-6965
Lisa.Solomon@att.net

SCARINCI & HOLLENBECK, LLC
David Edelberg, Esq.
150 Clove Road, 9th Fl.
Little Falls, New Jersey 07424
201-896-4100; Fax 201-896-8660
DEdelberg@sh-law.com

*Attorneys for DC USA Operating Co., LLC*

Order Filed on June 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br>BED BATH & BEYOND INC., et al.,[1]<br>Debtors. | Chapter 11<br>Case No.: 23-13359 (VFP)<br>Jointly Administered |

**ORDER FOR ADMISSION *PRO HAC VICE* OF LISA M. SOLOMON, ESQ.**

The relief set forth on the following pages is hereby ORDERED.

**DATED: June 5, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

THIS MATTER having been brought before the Court on application for an Order For Admission *Pro Hac Vice* and the Court having read and considered the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, good cause having been shown;

ORDERED that Lisa M. Solomon, Esq., of the Law Offices of Lisa M. Solomon be permitted to appear *pro hac vice* and participate as primary counsel for DC USA Operating Co., LLC in connection with the above matter, in accordance with D.N.J. LBR 9010-1 and D.N.J. L. Civ. R. 101.1; and it is further

ORDERED that an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

ORDERED that Lisa M. Solomon, Esq. shall make payment of the annual fee to the New Jersey Lawyers' Fund for Client Protection (the "Fund") for this year and for each year during the duration of his representation of a client in this case, in accordance with New Jersey Court Rule 1:28-2, and L.Civ.R.101.1(c), said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that the $150 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of the entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Attention: Pro Hac Vice Admissions

and it is further ORDERED that Lisa M. Solomon, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED, that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.