

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

June 5, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

6/5/2023, NY & NATL, pg B3

_Larnyce Tabron_



Digitally signed by John McGill
Date: 2023.06.05 17:06:57 -04'00'

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re:                          Chapter 11
BED BATH & BEYOND INC., et al.,  Case No. 23-13359 (VFP)
Debtors.[1]                     (Jointly Administered)

**NOTICE OF (I) DISCLOSURE PROCEDURES APPLICABLE TO CERTAIN HOLDERS OF COMMON STOCK OR PREFERRED STOCK, (II) DISCLOSURE PROCEDURES FOR TRANSFERS OF COMMON STOCK AND PREFERRED STOCK**

TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF THE COMMON STOCK (THE "COMMON STOCK") OR SERIES A CONVERTIBLE PREFERRED STOCK (THE "PREFERRED STOCK") OF BED BATH & BEYOND INC.:

**PLEASE TAKE NOTICE** that on April 23, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed petitions with the United States Bankruptcy Court for the District of New Jersey (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the _Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (II) Granting Related Relief_ [Docket No. 23] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on May 31, 2023, the Court entered the _Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (II) Granting Related Relief_ [Docket No. 587] (the "Final Order") approving procedures for certain transfers of Common Stock and Preferred Stock set forth in Exhibit 1 attached to the Final Order (the "Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock or Preferred Stock, Beneficial Ownership of Common Stock or Preferred Stock, in violation of the Procedures, and any such transaction in violation of the Procedures shall be null and void _ab initio_.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, the Procedures shall apply to the holding and transfers of Common Stock or Preferred Stock, or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, upon the request of any entity, the proposed noticing, claims, and solicitation agent for the Debtors, Kroll Restructuring Administration LLC, will provide a copy of the Final Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. Such declarations are also available via PACER on the Court's website at https://ecf.njb.uscourts.gov/ for a fee or free of charge by accessing the Debtors' restructuring website at https://restructuring.ra.kroll.com/bbby.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, failure to follow the procedures set forth in the Final Order shall constitute a violation of, among other things, the automatic stay provisions of section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that nothing in the Final Order shall preclude any person desirous of acquiring any Common Stock or Preferred Stock from requesting relief from the Final Order from this Court, subject to the Debtors' and the other Notice Parties' rights to oppose such relief.

**PLEASE TAKE FURTHER NOTICE** that other than to the extent that the Final Order expressly conditions or restricts trading in Common Stock or Preferred Stock, nothing in the Final Order or in the Motion shall, or shall be deemed to, prejudice, impair, or otherwise alter or affect the rights of any holders of Common Stock or Preferred Stock, including in connection with the treatment of any such stock under any chapter 11 plan or any applicable bankruptcy court order.

**PLEASE TAKE FURTHER NOTICE** that any prohibited purchase, sale, other transfer of Common Stock or Preferred Stock, or the Beneficial Ownership thereof in violation of the Final Order is prohibited and shall be null and void _ab initio_ and may be subject to additional sanctions as this court may determine.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Final Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated: May 31, 2023, /s/ Michael D. Sirota, **COLE SCHOTZ P.C.,** Michael D. Sirota, Esq., Warren A. Usatine, Esq., Felice R. Yudkin, Esq., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Telephone: (201) 489-3000, Email: msirota@coleschotz.com, wusatine@coleschotz.com, fyudkin@coleschotz.com -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP,** Joshua A. Sussberg, P.C. (admitted pro hac vice), Emily E. Geier, P.C. (admitted pro hac vice), Derek I. Hunter (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: joshua.sussberg@kirkland.com, emily.geier@kirkland.com, derek.hunter@kirkland.com, _Proposed Co-Counsel for Debtors and Debtors in Possession_

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Interim Order or the Motion, as applicable.

# Turkey's Lira Erodes as a Re-elected Erdogan Pursues Risky Policies



The Grand Bazaar in Kayseri, Turkey, in April. Analysts believe President Recep Tayyip Erdogan's policies have fueled inflation and cut the value of the lira. SERGEY PONOMAREV FOR THE NEW YORK TIMES

FROM FIRST BUSINESS PAGE

medicine, energy, fertilizer and automobile parts — rises, making it more expensive for consumers to afford daily costs. And it raises the size of debt payments for businesses and households that have borrowed money from foreign lenders.

The national budget is also coming under increasing strains. The destructive earthquakes in February that ripped up swaths of southern Turkey are estimated to have caused more than a billion dollars in damage, roughly 9 percent of the country's annual economic output.

At the same time, Mr. Erdogan went on a pre-election spending spree to attract voters, increasing salaries for public sector workers and payouts for retirees and offering households a month of free natural gas. The expenditures pushed up growth, but economists fear that such outlays will feed inflation.

An effort to encourage Turks to keep their savings in lira by guaranteeing their balances against currency depreciations further adds to the government's potential liabilities.

Critics of the president's economic approach were somewhat heartened by reports that Mr. Erdogan was expected over the weekend to appoint Mehmet Simsek, a former finance minister and deputy prime minister, to the cabinet. Mr. Simsek is well thought of in financial circles and has previously supported a tighter monetary policy.

"What Turkey really needs now is more exports and more foreign direct investment, and for that you have to send a signal," said Henri Barkey, an international relations professor at Lehigh University. One signal could be Mr. Simsek's appointment, he said.

Mr. Barkey argues that Mr. Erdogan will have no choice but to make a U-turn on policy by winter, when energy import costs rise and some debt payments are due.

Others are more skeptical that Mr. Erdogan will back down from his insistence that high interest rates fuel inflation. Kadri Tastan, a senior fellow at the German Marshall Fund, a public policy think tank based in Brussels, said that regardless of the cabinet's makeup, he didn't believe a policy turnaround was imminent.

"I'm quite pessimistic about an enormous change, of course," he said.

To deal with the large external deficit and depleted central bank reserves, Mr. Erdogan has been relying on allies like Russia, Qatar and Saudi Arabia to help bolster its reserves by depositing dollars with the central bank or extending payment deadlines and discounts for imported goods like natural gas.

In a note to investors last week, Capital Economics wrote that any optimism about a policy shift was likely to be short-lived: "While policymakers like Simsek would probably pursue more restrained fiscal policy than we had envisaged, we doubt Erdogan would give the central bank license to hike policy rates to restore balance to the economy."

Turkey's more than $900 billion economy makes it the eighth largest in Europe. And Mr. Erdogan's efforts to position himself as a power broker between Russia and the European allies since the war in Ukraine began has further underscored Turkey's geopolitical influence.

Mr. Erdogan, who has been in power for two decades, built his electoral success on growth-oriented policies that lifted millions of Turks into the middle class. But the pumped-up expansion wasn't sustainable.

The borrowing frenzy drove up prices, spurring a cost-of-living crisis. Still, Mr. Erdogan persisted in lowering interest rates and fired central bank chiefs who disagreed with him. The pandemic exacerbated problems by reducing demand for Turkish exports and limiting tourism, a large source of income.

Mr. Erdogan is likely to keep up his expansionary policies until the next local elections take place next year. Until then, Hakan Kara, the former chief economist of the Central Bank of Turkey, said the country would probably just "muddle through."

"Turkish authorities will have to make tough decisions after the local elections, as something has to give in eventually," Mr. Kara said. "Turkey has to either switch back to conventional policies, or further deviate from the free market economy where the central authority manages the economy through micro-control measures."

"In either case," he added, "the adjustment is likely to be painful."

# Major Oil Producers Say They Are Cutting Output To Stem a Slide in Prices

FROM FIRST BUSINESS PAGE

quotas of several countries, with the United Arab Emirates gaining and some others losing production levels. "This is definitely not a clean and simple deal," said Richard Bronze, head of geopolitics at Energy Aspects, a research firm.

The agreement includes a voluntary cut of 500,000 barrels a day that Moscow announced in February.

Comments at the news conference after the meeting revealed skepticism that Russia was abiding by those lower production levels. High Russian production levels, and its increased share of Asian markets including India, often at the expense of Middle East oil producers, have become a sensitive issue in the group.

Some of the data "from Russia just does not add up," said Suhail al Mazrouei, the oil minister of the United Arab Emirates. He said Russian officials "are reaching out to explain the numbers."

OPEC Plus, in a statement, said that it was acting " to achieve and sustain a stable oil market," and that it was continuing its recent approach of being "proactive, and pre-emptive."

As far as the markets are concerned, the key feature of the agreement is the additional production cut by Saudi Arabia, which would bring its daily output to about nine million barrels a day. The Saudi oil minister, Prince Abdulaziz bin Salman, called the move "the Saudi lollipop" while announcing it during the news conference.

After suggesting that cuts were in the offing before the meeting, Prince Abdulaziz wound up being the only official to agree to take an immediate hit.

He may have won some long-term concessions. With this agreement, OPEC Plus is trying to address longstanding discrepancies that have made some of the group's production decisions almost incomprehensible. For instance, some oil producing countries including Nigeria and Angola have for yearsnot been able to meet their targets because of insufficient investment and other issues. They are taking hits to their quotas, starting in 2024.

At the same time, the United Arab Emirates, which is investing billions to increase its capacity to produce oil, was a modest winner on Sunday, gaining an increased quota of 200,000 barrels a day, beginning in 2024. The United Arab Emirates has long sought to produce more oil, even staging a rare public fight with the Saudis in 2021 and suggesting it might leave OPEC.

With oil vital to the economies and governments of many of these countries, it was not surprising that the tricky issue of addressing quotas produced a meeting that ran well into the evening in Vienna.

Mr. Bronze of Energy Aspects said the agreement tried to tackle issues that had bedeviled the group. "I do think as the market digests the details, there is real substance here," he said.

The oil officials met over the weekend to decide what to do about markets that had weakened in recent weeks. Prince Abdulaziz had been particularly vocal about warning that the group might cut production to shore up prices and trip up traders betting on lower prices.

Other producers, including Russia, have been less enthusiastic about scaling back production.

Sunday's meeting occurred only two months after OPEC Plus announced an earlier round of cuts. Those trims began in May and have had little time to make an impact. Analysts also say that the oil markets — where prices have slipped about 12 percent since mid-April — have been heavily influenced by broader economic factors, including China's weaker-than-expected economic growth since the end of its "zero Covid" policies. That could lessen the impact of supply cuts.

On Thursday and Friday, after Washington reached a deal on the debt ceiling, prices for Brent crude, the international benchmark, rose about $3 a barrel to about $76, but prices remain slightly below their levels on the eve of the April cut.

Saudi Arabia's announcement comes a couple of days before the U.S. Secretary of State Antony Blinken is scheduled to visit the country for talks with Saudi leaders.

Saudi Arabia is the de facto leader of OPEC Plus, and under Prince Abdulaziz and his younger half brother, Crown Prince Mohammed bin Salman, the country has become more aggressive in its oil policies than in the past, preferring to make cuts in an effort to keep a floor under prices rather than letting markets take their course.

Crown Prince Mohammed, the kingdom's main policymaker, wants high oil revenues to finance his ambitious development plans.

Although OPEC does not publish price targets and its officials say they take a long-term view, analysts say the Saudis are now uncomfortable with prices below $80 a barrel for Brent crude. With OPEC Plus producing more than 40 percent of global oil supplies, the group can exert considerable sway over markets if it tries hard enough.

In the past, Saudi-led OPEC trims have set off friction with the Biden administration, which wants to keep oil prices down to ease pressure on American drivers and to avoid putting a brake on the already weak global economy.



Prince Abdulaziz bin Salman, the Saudi oil minister and co-chairman of OPEC Plus. The group also includes Russia. LEONHARD FOEGER/REUTERS

[Legal notices: IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE — In re: PWM Property Management LLC, et al., Debtors, Chapter 11, Case No. 21-11445 (MFW), Docket No. 1300, NOTICE OF AUCTION; and UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY — In re: BED BATH & BEYOND INC., et al., Debtors, Chapter 11, Case No. 23-13359 (VFP), NOTICE OF (I) DISCLOSURE PROCEDURES APPLICABLE TO CERTAIN HOLDERS OF COMMON STOCK OR PREFERRED STOCK, (II) DISCLOSURE PROCEDURES FOR TRANSFERS OF COMMON STOCK AND PREFERRED STOCK; and NOTICE OF BAR DATES FOR SUBMITTING PROOFS OF CLAIM AND CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE AGAINST THE DEBTORS.]

The New York Times — On campus. Out in the world. Provide faculty and students at your school with digital access to The Times. Learn more at nytimes.com/oncampus