**STARK & STARK**
A Professional Corporation
Thomas S. Onder, Esquire
PO Box 5315
Princeton, NJ 08543-5315
(609) 896-9060
*Attorneys for Richards Clearview, LLC*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., et al., [1]<br><br>Debtors, | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No.: 23-13359 (VFP)<br><br>Judge: Vincent F. Papalia |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF FERNAND L. LAUDUMIEY, IV

To: The Honorable Vincent F. Papalia

Undersigned counsel hereby makes this application for entry of an order approving admission of attorney Fernand L. Laudumiey, IV, Esquire ("Mr. Laudumiey") *pro hac vice*, pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R.") and Local Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey, and in support thereof avers as follows:

1.   Mr. Laudumiey is an attorney with the law firm of Chaffe McCall, LLP, located at 1100 Poydras Street, Suite 2300, New Orleans, LA 70163.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

4893-5096-5609, v. 3

2. Mr. Laudumiey is a member in good standing of the bar of the State of Louisiana. Further, Mr. Laudumiey is a member in good standing, and is admitted to practice, before the following courts:

| Court | Year of Admission |
| --- | --- |
| Louisiana State Courts | 1996 |
| U.S. District and Bankruptcy Courts for the Eastern, Middle and Western Districts of Louisiana | 1996 |
| U.S. Fifth Circuit Court of Appeals | 1996 |

3. Mr. Laudumiey is not under suspension or disbarment of any court and there are no disciplinary proceedings pending against Mr. Laudumiey in any jurisdiction.

4. Mr. Laudumiey desires to appear in this case *pro hac vice* on behalf of Richards Clearview, LLC.

5. If admitted *pro hac vice*, Mr. Laudumiey has represented that he will adhere to the disciplinary jurisdiction of this Court. Mr. Laudumiey also has represented that he will arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the applicable annual fee under New Jersey Court Rule 1:28-2(a) and shall pay the fee required by L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to this Court

6. The statements made in paragraphs 1 through 5 of this Application are made in reliance upon the Certification of Fernand L. Laudumiey, IV, Esq., submitted herewith, and upon Mr. Laudumiey's personal knowledge.

7. In accordance with L.B.R. 9010-1 and Local Civil Rule 101.1, Thomas S. Onder will appear as counsel of record for Richards Clearview, LLC.

4893-5096-5609, v. 3

**WHEREFORE,** undersigned counsel respectfully requests entry of an order in the form attached hereto granting the *pro hac vice* admission of Fernand L. Laudumiey, IV, Esq. of Chaffe McCall, to appear and participate in the above-captioned chapter 11 case and any related adversary proceedings on behalf Richard Clearview, LLC.

                                                    Respectfully Submitted,

Date:  June 8, 2023                        */s/  Thomas S. Onder*
                                              **STARK & STARK**
                                              A Professional Corporation
                                              Thomas S. Onder, Esquire
                                              PO Box 5315
                                              Princeton, NJ 08543-5315
                                              (609) 896-9060
                                              Email: tonder@stark-stark.com
                                              *Counsel for Richards Clearview, LLC*

4893-5096-5609, v. 3