**STARK & STARK**
A Professional Corporation
Thomas S. Onder, Esquire
PO Box 5315
Princeton, NJ 08543-5315
(609) 896-9060
*Attorneys for Richards Clearview, LLC*

| | |
|---|---|
| In re: | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| BED BATH & BEYOND, INC., et al.,[1] | Chapter 11 |
| | Case No.: 23-13359 (VFP) |
| Debtors, | Judge: Vincent F. Papalia |

### CERTIFICATION OF FERNAND L. LAUDUMIEY, IV, ESQUIRE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **Fernand L. Laudumiey, Esq.**, of full age, do hereby certify as follows:

1. I am an attorney and partner with the law firm of Chaffe McCall, LLP proposed co-counsel to Richards Clearview, LLC. My office is located at 1100 Poydras Street, Suite 2300, New Orleans, LA 70163-2300. My phone number is (504) 585-7052, my facsimile number is (504) 544-6093, and my e-mail address is laudumiey@chaffe.com.

2. I submit this certification in support of the application for my admission *pro hac vice* in the above-captioned matter and any related adversary proceedings.

3. I am eligible for admission to this Court. I was admitted to practice law in the State of Louisiana in 1996. I am admitted to practice before the following courts:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

4854-1002-3785, v. 3

| Court | Year of Admission |
|---|---|
| Louisiana State Courts | 1996 |
| U.S. District and Bankruptcy Courts for the Eastern, Middle and Western Districts of Louisiana | 1996 |
| U.S. Fifth Circuit Court of Appeals | 1996 |

4. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

5. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has ever been imposed against me. I have never been suspended or disbarred from the practice of law.

6. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey.

7. I further agree to notify the Court immediately of any matters affecting my standing at the Bar of any other court and to submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

8. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

4854-1002-3785, v. 3

9.  I respectfully request the Court approve my admission *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 8, 2023

>  */s/ Fernand L. Laudumiey, IV*
> FERNAND L. LAUDUMIEY, IV
>
> *Counsel for Richards Clearview, LLC*

4854-1002-3785, v. 3