UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Stephanie L. Jonaitis, Esq.
301 Carnegie Center, Suite 400
Princeton, NJ  08543-5276
Telephone: (609) 452-0808
Fax:          (609) 452-1147
Email:     stephanie.jonaitis@troutman.com
-and-
Henry J. Jaffe
(*pro hac vice* application pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777.6500
Fax:          (302) 421.8390
Email:     henry.jaffe@troutman.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF
## HENRY J. JAFFE, ESQ.

To: The Honorable Vincent F. Papalia

OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. by and through their undersigned counsel, make this application for entry of an order approving admission of attorney Henry J. Jaffe, Esq. ("Mr. Jaffe") *pro hac vice*, pursuant to Local Bankruptcy

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1 of the United States District Court for the District of New Jersey (the "Application"), and in support thereof respectfully avers as follows:

1. Mr. Jaffe is an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman"), resident in the Wilmington, Delaware office of Troutman, located at Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801.

2. Mr. Jaffe is a member in good standing of the bars of the State of Delaware (admitted in 1991) and the Commonwealth of Pennsylvania (admitted in 1995). Further, Mr. Jaffe is a member in good standing in, and is admitted to practice before, the United States District Court for the District of Delaware (admitted in 1992); the United States District Court for the Eastern District of Pennsylvania (admitted in 1995); and the United States District Court for the Middle District of Pennsylvania (admitted in 2001).

3. Mr. Jaffe is not under suspension or disbarment by any court.

4. Mr. Jaffe desires to appear in these cases *pro hac vice* on behalf of OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.

5. The statements made in paragraphs 1 through 4 of this Application are made in reliance upon the Certification of Henry J. Jaffe, Esq., submitted herewith, and upon Mr. Jaffe's personal knowledge.

6. In accordance with Local Bankruptcy Rule 9010-1 and Local Civil Rule 101.1, Stephanie L. Jonaitis, or other Troutman attorney who is a member of this bar, shall continue to appear as counsel of record for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.

WHEREFORE, OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. respectfully request entry of an order in the form attached hereto granting the admission *pro hac vice* of Henry J. Jaffe, Esq., of Troutman Pepper Hamilton Sanders LLP, to appear and participate in the above-captioned cases before this Court.

Dated:  June 9, 2023

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Stephanie L. Jonaitis*
Stephanie L. Jonaitis, Esq.
301 Carnegie Center, Suite 400
Princeton, NJ  08543-5276
Telephone: (609) 452-0808
Fax:         (609) 452-1147
Email:     stephanie.jonaitis@troutman.com

- and -

Henry J. Jaffe
(*pro hac vice* pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777.6500
Fax:         (302) 421.8390
Email:     henry.jaffe@troutman.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*