UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Stephanie L. Jonaitis, Esq.
301 Carnegie Center, Suite 400
Princeton, NJ  08543-5276
Telephone: (609) 452-0808
Fax:          (609) 452-1147
Email:     stephanie.jonaitis@troutman.com
-and-
Henry J. Jaffe
(*pro hac vice* pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777.6500
Fax:          (302) 421.8390
Email:     henry.jaffe@troutman.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*

In re:

BED BATH & BEYOND INC., *et al*.,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

**CERTIFICATION OF HENRY J. JAFFE, ESQ.
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Henry J. Jaffe, of full age, does hereby certify as follows:

1. I am an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman").

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

2. I submit this Certification in support of the application by OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. seeking to have me admitted *pro hac vice* in the above-captioned bankruptcy cases.

3. I am a member in good standing of the bars of the State of Delaware (admitted in 1991) and the Commonwealth of Pennsylvania (admitted in 1995). Further, I am a member in good standing in, and am admitted to practice before, the United States District Court for the District of Delaware (admitted in 1992); the United States District Court for the Eastern District of Pennsylvania (admitted in 1995); and the United States District Court for the Middle District of Pennsylvania (admitted in 2001).

4. I agree to associate in this matter with New Jersey counsel, Stephanie L. Jonaitis of Troutman, or other Troutman attorney who is qualified to practice pursuant to Local Civil Rule 1:21-1.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I agree to:

   a. Abide by all New Jersey disciplinary rules;

   b. Consent to the appointment of the Clerk of the Supreme Court as the agent upon whom service may be made for all actions against me or my firm that may arise out of my participation in this matter;

   c. Notify the Court immediately of any matters affecting my standing at the Bar of any other Court;

   d. Have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey; and

   e. Comply with Local Civil Rule 1:20-l(b), Local Civil Rule 1:28-2 and Local Civil Rule 1:28B-l(e) during the period of my admission.

7. If admitted, I agree to pay such fees as shall have been prescribed by the Court.

8. I respectfully request that the Court grant the application of OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. seeking my admission *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 9, 2023

*[signature]*
Henry J. Jaffe, Esq.