UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Stephanie L. Jonaitis, Esq.
301 Carnegie Center, Suite 400
Princeton, NJ  08543-5276
Telephone: (609) 452-0808
Fax:         (609) 452-1147
Email:      stephanie.jonaitis@troutman.com
-and-
Henry J. Jaffe
(*pro hac vice* application pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 777.6500
Fax:         (302) 421.8390
Email:      henry.jaffe@troutman.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*

In re:

BED BATH & BEYOND INC., *et al*.,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

**CERTIFICATE OF SERVICE**

1.      I, Susan Henry:

☐ represent _____ in the above-captioned cases.

☑ am the paralegal for Stephanie L. Jonaitis, who represents OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. in the above-captioned cases.

☐ am the _____ in the above case and am representing myself.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

2.    On June 7, 2023, I sent a copy of the following pleadings and/or documents to the parties

listed in the chart below:

*Application for Admission Pro Hac Vice of Henry J. Jaffe, Esq.*

3.    I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

Date:    June 9, 2023

Susan Henry

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
| --- | --- | --- |
| Ross Fiedler<br>Emily E. Geier<br>Derek I. Hunter<br>Joshua Sussberg<br>Kirklnd & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>ross.fiedler@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>joshua.sussberg@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Charles B. Sterrett<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>charles.sterrett@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Alexandria Nikolinos<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.go | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

157650364v2

| | | |
|---|---|---|
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>Fran.B.Steele@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Robert K. Malone, Esq.<br>Brett S. Theisen, Esq.<br>Kyle P. McEvilly, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Gregory S. Kinoian<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>gkinoian@genovaburns.com | Counsel for the Ad Hoc Committee of Bondholders | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Daniel M. Stolz, Esq.<br>Genova Burns, LLC.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com | Counsel for the Ad Hoc Committee of Bondholders | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

157650364v2

| Agustina G. Berro<br>Glenn Agre Bergman & Fuentes, LLP<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, NY 10036 | Counsel for the Ad Hoc Committee of Bondholders | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

157650364v2