| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Emily E. Geier, P.C. (admitted *pro hac vice*)<br>Derek I. Hunter (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com |

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

### NOTICE OF FURTHER EXTENSION OF DATES AND DEADLINES RELATED TO THE DEBTORS' BIDDING PROCEDURES

**PLEASE TAKE NOTICE** that on April 23, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

*Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief* [Docket No. 29] (the "Bidding Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on April 25, 2023, the Court entered the *Order (I) Approving the Auction and Bidding Procedures, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 92] (the "Bidding Procedures Order"). The approved bidding procedures (the "Bidding Procedures") were attached as Exhibit 1 to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on May 18, 2023, the Debtors filed a *Notice of Extension of Dates and Deadlines Related to the Debtors' Bidding Procedures* [Docket No. 392] extending certain dates and deadlines relating to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that on June 1, 2023, the Debtors filed a *Notice of Further Extension of Dates and Deadlines Related to the Debtors' Bidding Procedures* [Docket No. 597] further extending certain dates and deadlines relating to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that on June 8, 2023, the Debtors filed a *Notice of Further Extension of Dates and Deadlines Related to the Debtors' Bidding Procedures* [Docket No. 665] further extending certain dates and deadlines relating to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors reserve the right to modify the Sale Schedule and Auction date with consultation of the Consultation Parties and upon notice to the Court. Given the need for additional time to ensure the most value maximizing transaction is achieved, and in accordance with the Bidding Procedures

---

[2] Capitalized terms used herein but not otherwise defined shall have meanings ascribed to them in the Bidding Procedures Motion.

2

Order and following consultation with the Consultation Parties, the Debtors have modified the Bidding Procedures to extend the timeline thereunder. The Debtors reserve their rights to further modify the Bidding Procedures in their reasonable business judgment, after consultation with the Consultation Parties, in a manner consistent with the exercise of their fiduciary duties, and in any manner that will best promote the goals of the Bidding Procedures. The Debtors have modified the Bidding Procedures to extend the timeline thereunder as follows:

<b><u>Sale Timeline</u></b>

| Action | Description | Previous Deadline | New Deadline |
|---|---|---|---|
| Stalking Horse Deadline | The deadline by which the Debtors, in consultation with the Consultation Parties, may select one or more Stalking Horse Bidders with respect to some or all of the Debtors' assets. | June 11, 2023 at 5:00 p.m., prevailing Eastern Time | **June 12, 2023 at 5:00 p.m., prevailing Eastern Time** |
| Notice of Potentially Assumed Contracts and Unexpired Leases | The deadline by which the Debtors must file a notice of potentially assumed executory contracts and unexpired leases and associated cure costs | June 12, 2023 at 5:00 p.m. prevailing Eastern Time | **June 13, 2023 at 5:00 p.m., prevailing Eastern Time** |
| Final Bid Deadline | The deadline by which all binding bids must be actually received pursuant to the Bidding Procedures. | June 16, 2023 at 12:00 p.m. prevailing Eastern Time | **June 16, 2023 at 12:00 p.m., prevailing Eastern Time** |
| Auction | The date and time of the Auction, if one is needed, which will be held at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022. | June 21, 2023 at 10:00 a.m. prevailing Eastern Time, if needed | **June 21, 2023 at 10:00 a.m., prevailing Eastern Time, if needed** |
| Sale Objection Deadline | The deadline by which objections to the entry of an order by the Court approving the Sale must be filed with the Court and served so as to be actually received by the appropriate notice parties (the "<u>Sale Objection Deadline</u>"). | June 26, 2023 at 9:00 a.m., prevailing Eastern Time | **June 26, 2023 at 9:00 a.m., prevailing Eastern Time** |

| Action | Description | Previous Deadline | New Deadline |
|---|---|---|---|
| Sale Hearing | The hearing before the Court to consider approval of the successful bid or bids, pursuant to which the Debtors and the winning bidder or bidders will consummate the Sale. | June 27, 2023 or as soon thereafter as the Debtors may be heard | **June 27, 2023 at 2:30 p.m., prevailing Eastern Time** |

The Debtors believe these limited extensions are appropriate and necessary to keep these cases progressing efficiently, while not precluding adequate evaluation of new indications of interest.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors have consulted with the Official Committee of Unsecured Creditors, the DIP Lenders, the Prepetition FILO Agent, the Prepetition ABL Agent, and the United States Trustee, all of whom are supportive of this modest extension.

**PLEASE TAKE FURTHER NOTICE** that copies of any pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Kroll at http://www.cases.kroll.com/bbby. You may also obtain copies of any pleadings by visiting the Court's website at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Dated: June 12, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    joshua.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*