| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **ANSELL GRIMM & AARON, P.C.** <br> Joshua S. Bauchner, Esq. <br> Ansell Grimm & Aaron, P.C. <br> 365 Rifle Camp Road <br> Woodland Park, New Jersey 07424 <br> Tel:  973.247.9000 <br> jb@ansellgrimm.com <br> *Attorneys for the Texas Taxing Authorities* <br><br> **PERDUE BRANDON FIELDER COLLINS & MOTT, LLP** <br> Mollie Lerew, Esq (*pro hac vice* pending) <br> 900 8th Street, Suite 1100 <br> Wichita Falls, Texas  76301 <br> Tel: 940.723.4323 <br> mlerew@pbfcm.com <br> *Attorneys for the Texas Taxing Authorities* | |
| In re: <br><br> BED BATH & BEYOND INC., et al. <br><br> Debtors.[1] | Case No. 23-13359 VFP <br><br> Chapter 11 <br><br> Honorable Vincent F. Papalia |

## CERTIFICATION OF MOLLIE LEREW

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.   The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

I, Mollie Lerew, Esq., certify that I am a member of the law firm of Perdue Brandon Fielder Collins & Mott, LLP, proposed counsel to the Texas Taxing Authorities.[2]  My office is located at 900 8th Street, Suite 1100, Wichita Falls, Texas 76301.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

1. I was admitted to practice law in the State of Texas in 2015. I am admitted to practice before the following courts:

   - Northern District of Texas
   - Southern District of Texas
   - Eastern District of Texas

2. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

---

[2] Including but not limited to: Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, City of El Paso, Fort Bend County WCID #02, Fort Bend County, City of Frisco, Grayson County, Gregg County, Harris County, Hidalgo County, Jefferson County, Lewisville Independent School District, City of McAllen, McLennan County, City of Mesquite, Montgomery County, Nueces County, Parker CAD, Rockwall CAD, San Marcos CISD, Smith County, Tarrant County, Tom Green CAD, Victoria County, Wichita County Tax Office, Randall County Tax Office, Brazoria County, Brazoria County Special Road & Bridge, Alvin Independent School District, Alvin Community College, Brazoria County Drainage District #4, Pearland Municipal Management, Brazoria Municipal Utility District #06, Woodlands Metro Municipal Utility District, Woodlands Road Utility District, Clear Creek Independent School District, Humble Independent School District, Pasadena Independent School District, Spring Branch Independent School District, City of Houston, Lubbock Central Appraisal District, Midland County, City of Lake Worth, Crowley Independent School District, Grapevine-Colleyville Independent School District, Frisco Independent School District, Plano Independent School District, Bell County Tax Appraisal District, Bowie Central Appraisal District, Brazos County, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, Taylor County Central Appraisal District, City of Waco, Waco Independent School District and Williamson County.

3. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

5. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 12, 2023

**PERDUE BRANDON FIELDER COLLINS & MOTT, LLP**

*s/ Mollie Lerew*
Mollie Lerew Esq.

*Attorneys for the Texas Taxing Authorities*