# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Moon Sung Gwak, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 25, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Master Mailing List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 156]

- Partner Cover Note of Notice of Commencement, a copy of which is attached hereto as **Exhibit B**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: June 9, 2023

/s/ *Moon Sung Gwak*
Moon Sung Gwak

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 9, 2023, by Moon Sung Gwak, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 70035

**Exhibit A**

Exhibit A
Supplemental Master Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| BANK OF MONTREAL | 1 First Canadian Place | 100 King Street West | 21st Floor | | Toronto | ON | M5X 1A1 | Canada |
| INSURANCE COMPANY OF BRITISH COLUMBIA (ICBC) | 151 West Esplanade | | | | North Vancouver | BC | V7M 3H9 | Canada |
| CONTRARIUS INVESTMENT MANAGEMENT LTD | 2 Bond Street St | | | | Helier | | JE2 3NP | JERSEY |
| BARCLAYS PLC | 1 Churchill Place | | | | London | | E14 5HP | United Kingdom |
| LMR PARTNERS LLP | 1 Mayfair Pl | Devonshire House | 9th Floor | | London | | W1J 8AJ | United Kingdom |
| MARSHALL WACE | 131 Sloane Street | George House | | | London | | SW1X 9AT | United Kingdom |
| 1900ATLATTNY- ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. NY IOLA | 875 THIRD AVENUE | 9TH FLOOR | | | NEW YORK | NY | 10022 | |
| 210 DEVELOPMENT, LLC RNT3143p2 | 3726 LAS CASITAS | | | | SAN ANTONIO | TX | 78261-2813 | |
| ALLIED FIRE AND SAFETY | 517 GREEN GROVE RD | | | | NEPTUNES | NJ | 07754- | |
| AMERICAN ALTERNATIVE INSURANCE | 555 COLLEGE RD E | | | | PRINCETON | NJ | 08540 | |
| AMERICAN SCISSOR LIFTS | 3847 DUCK CREEK DR | | | | STOCKTON | CA | 95215 | |
| BANK OF AMERICA ATTN: SCRANTON STANDBY TRADE OPERATIONS PA6-580-02-30 | 1 FLEET WAY | | | | SCRANTON | PA | 18507 | |
| BANK OF AMERICA CORP | 100 North Tryon Street | | | | Charlotte | NC | 28255 | |
| Bank of America LC | 100 NORTH TRYON STREET | | | | CHARLOTTE | NC | 28255 | |
| BANK OF AMERICA, N.A. | 100 North Tryon Street | | | | Charlotte | NC | 28255 | |
| BANK OF NEW YORK MELLON CORP | 240 Greenwich Street | | | | New York | NY | 10286 | |
| BBBY FACILITIES DEPARTMENT | 650 LIBERTY AVE | | | | UNION | NJ | 07083 | |
| BIG ANT ELECTRIC, INC. | 405 LEXINGTON AVE, 26TH FLOOR | | | | NEW YORK | NY | 10174 | |
| BLACKROCK INC | 50 Hudson Yards | | | | New York | NY | 10001 | |
| BRIXMOR PROPERTY GROUP | LATO, JOHN, PROPERTY MANAGER | 450 Lexington Ave | Floor 13 | | New York | NY | 10017 | |
| BROOKFIELD PROPERTIES RETAIL GROUP | ROBISON, RHETT, GENERAL MANAGER | EASTRIDGE MALL | 250 Vesey Street | 15th Floor | New York | NY | 10281 | |
| BURNS & SCHAFFER TRUST ACCOUNT | 599 Springfield Ave | | | | Berkeley Heights | NJ | 07922 | |
| Callodine Commercial Finance SPV, LLC | TWO INTERNATIONAL PLACE | | | | BOSTON | MA | 02110 | |
| Callodine Perpetual ABL Fund SPV, LLC | TWO INTERNATIONAL PLACE | | | | BOSTON | MA | 02110 | |
| CAMBRIA INVESTMENT MANAGEMENT LP | 3300 Highland Ave | | | | Manhattan Beach | CA | 90266 | |
| CAPITAL ONE, NATIONAL ASSOCIATION | 1680 Capital One Drive | | | | McLean | VA | 22102-3491 | |
| CARDINAL PROPERTIES | OVER/PRIME LANDLORD | 320 South Second | | | Hamilton | MT | 59840 | |
| CARUTH PROTECTION SERVICES | 2611 N BELTLINE RD | SUITE 113 | | | SUNNYVALE | TX | 75182 | |
| CBL & ASSOCIATES MANAGEMENT, INC. | BOHLMANN, KURT, GENERAL MANAGER | MALL MANAGEMENT OFFICE | 2030 Hamilton Place Blvd. | CBL Center, Suite 500 | Chattanooga | TN | 37421 | |
| CBL & ASSOCIATES MANAGEMENT, INC. | SOMERVELL, PAIGE, ASSISTANT PROPERTY MANAGER | MALL MANAGEMENT OFFICE | 2030 Hamilton Place Blvd. | CBL Center, Suite 500 | Chattanooga | TN | 37421 | |
| CBL & ASSOCIATES MANAGEMENT, INC. | WHALEY, BRANDY, PROPERTY MANAGER | MALL MANAGEMENT OFFICE | 2030 Hamilton Place Blvd. | CBL Center, Suite 500 | Chattanooga | TN | 37421 | |
| CBRE | BAINS, PAVAN, R.E. SERVICES ADMINISTRATOR | 2100 McKinney Avenue | Suite 1250 | | Dallas | TX | 75201 | |
| CBRE | CABERA, CHRISTY, SENIOR REAL ESTATE MANAGER | 2100 McKinney Avenue | Suite 1250 | | Dallas | TX | 75201 | |
| CBRE | CABERA, CHRISTY, SENIOR REAL ESTATE MANAGER | 2100 McKinney Avenue | Suite 1250 | | Dallas | TX | 75201 | |
| CBRE INC | 2100 MCKINNEY AVE #700 | SUITE 1250 | | | DALLAS | TX | 75201 | |
| CHARLES SCHWAB CORP | 3000 Schwab Way | | | | Westlake | TX | 76262 | |
| CITADEL ADVISORS LLC | 200 S. Biscayne Blvd. | Suite 3300 | | | Miami | FL | 33131 | |
| CITY COMMERCIAL | VILLANUEVA, MICHELLE, ASST PROPERTY MANAGER | P.O. Box 548 | | | Rancho Cucamonga | CA | 91729-0548 | |
| COLLINS BARGIONE & VUCKOVICH CLIENT TRUST FUND ACCOUNT | One North LaSalle Street | Suite 300 | | | Chicago | IL | 60602 | |
| COMMERCIAL PAINTING COMPANY, INC | 2863 SUMMER AVE | | | | MEMPHIS | TN | 38112 | |
| COMMISSIONER OF LABOR AND WORKFORCE DEVELOPMENT | 250 Schermerhorn St 1st Floor | | | | Brooklyn | NY | 11201 | |
| CONTENDER FIRE SPRINKLER | 9711 S MASON RD STE 125-404 | | | | RICHMOND | TX | 77407 | |
| DELBORRELLO FINANCIAL SERVICES LLC | 1123 S. Broad Street | | | | Philadelphia | PA | 19147 | |
| DIMENSION DATA NORTH AMERICA, INC. | 12708 RIATA VISTA CIRCLE | STE A-124 | | | Austin | TX | 78727 | |
| EASTERN SHORE CENTRE/SEVEN BRIDGES MANAGEMENT | KINARD, JAN | 9 W 57th St 29th floor | | | New York | NY | 10019 | |
| ELLIOT ELECTRIC SUPPLY, INC | 2526 N STALLINGS DR | | | | NACOGDOCHES | TX | 75964-2614 | |
| ENGLEWOOD CONSTRUCTION | 80 MAIN STREET | | | | LEMONT | IL | 60439 | |
| FEDERATED HERMES INC | 1001 Liberty Avenue | | | | Pittsburgh | PA | 15222 | |
| FOUNDATION BUILDING MATERIALS | 2520 RED HILL AVENUE | | | | SANTA ANA | CA | 92705 | |
| FRED ALGER MANAGEMENT LLC | 100 Pearl St | | | | New York | NY | 10004 | |
| FREEMAN CAPITAL MGMT LLC | 2015 Ayrsley Town Blvd | Ste 202 | | | Charlotte | NC | 28273-4068 | |
| GB Funding, LLC | 1800 NE 114 STREET SUITE 1909 | | | | MIAMI | FL | 33181 | |
| GEODE CAPITAL MANAGEMENT LLC | 100 Summer Street | 12th Floor | | | Boston | MA | 02110 | |
| GILLIS FAMILY PARTNERSHIP | 1940 CENTURY PARK EAST | STE 400 | | | LOS ANGELES | CA | 90067 | |
| GOLDMAN SACHS & CO. LLC (BROKER) | 200 West Street | | | | New York | NY | 10282 | |
| GOLDMAN SACHS BANK USA | 200 West Street | | | | New York | NY | 10282 | |
| GOLDMAN SACHS GROUP INC | 200 West Street | | | | New York | NY | 10282 | |
| GREAT AMERICAN INSURANCE COMPANY | P.O. Box 5425 | | | | Cincinnati | OH | 45201-5425 | |

Exhibit A
Supplemental Master Mailing List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| HORIZON CONSTRUCTION | 5201 EAST TERRACE DRIVE, SUITE 300 | | | | MADISON | WI | 53718 | |
| INTERIOR EXPERTS GENERAL BUILDERS | 4534 CARTER CT | | | | CHINO | CA | 91710 | |
| INVESCO LTD | Two Peachtree Pointe | 1555 Peachtree Street N.E. | Suite 1800 | | Atlanta | GA | 30309 | |
| J&J EXTERIOR SOLUTIONS | 15309 BASSWOOD CT | | | | ROCKVILLE | MD | 20853-1801 | |
| J&S CONTRACTOR SERVICES, LLC | 11703 ENCHANTED WOODS WAY | | | | FREDERICKSBURG | VA | 22407 | |
| JBL SAVANNAH CENTRE NM-TIMBERSTONE, LLC-RNT529p2 | 7400 ABERCORN ST | | | | SAVANNAH | GA | 31406 | |
| JONES LANG LASALLE | CUMMING, ANNE, PROPERTY MANAGER | 200 East Randolph Drive | Floor 43-48 | | Chicago | IL | 60601 | |
| JONES LANG LASALLE | KOUCOUTHAKIS, JESSICA, PROPERTY MANAGER | 200 East Randolph Drive | Floor 43-48 | | Chicago | IL | 60601 | |
| JONES LANG LASALLE | ROBERTS, MATT, PROPERTY MANAGER | 200 East Randolph Drive | Floor 43-48 | | Chicago | IL | 60601 | |
| JONES LANG LASALLE | SIRNI, JOE, PROPERTY MANAGER | 200 EAST RANDOLPH DRIVE | FL 43-48 | | CHICAGO | IL | 60601 | |
| JONES LANG LASALLE | THERBERGE, JESSICA , SENIOR PROPERTY MANAGER | 200 EAST RANDOLPH DRIVE | FL 43-48 | | CHICAGO | IL | 60601 | |
| JONES LANG LASALLE INC. | THERBERGE, JESSICA, PROPERTY MANAGER | 200 EAST RANDOLPH DRIVE | FL 43-48 | | CHICAGO | IL | 60601 | |
| JP ACOUSTICS & DRYWALL | 200 E. BELT LINE, SUITE 202 | | | | COPPELL | TX | 75019 | |
| JPMORGAN CHASE & CO | 383 Madison Avenue | | | | New York | NY | 10017 | |
| JTS CAPITAL REALTY 2, LLC-RNT849p2 | 3208 GREENLEAF DRIVE | | | | WACO | TX | 76710-1453 | |
| KEPLER COMPANY | KEPLER, VERN, PROPERTY MANAGER | 112 UNIVERSITY DR. N | SUITE 302 | | FARGO | ND | 58102 | |
| KIMCO REALTY CORPORATION | JOHNSON, LEVIE, PROPERTY MANAGER | 2600 CITADEL PLAZA DR. | SUITE 125 | | HOUSTON | TX | 77008 | |
| KITE REALTY | HUGHES, JOSEPH, PROPERTY MANAGER | 30 S. MERIDIAN ST | SUITE 1100 | | INDIANAPOLIS | IN | 46204 | |
| KONOVER COMMERCIAL CORPORATION | DONOVAN, BRENDAN, PROPERTY MANAGER | DAY TO DAY MANAGEMENT | 342 NORTH MAIN STREET | SUITE 200 | WEST HARTFORD | CT | 06117 | |
| KONOVER COMMERCIAL CORPORATION | DONOVAN, BRENDAN, PROPERTY MANAGER | ON SITE MGMT COMPANY | 342 NORTH MAIN STREET | SUITE 200 | WEST HARTFORD | CT | 06117 | |
| L&L DESIGN BUILDERS | 9670 DALLAS ST | UNIT G | | | HENDERSON | CO | 80640 | |
| LINK LOGISTICS REAL ESTATE | BUESO, LAURA, ASST PROPERTY MANAGER | LAS VEGAS CORPORATE CENTER #18 | 3200 EAST GOWAN ROAD | | NORTH LAS VEGAS | NV | 89030 | |
| LINK LOGISTICS REAL ESTATE | SCHNERINGER, PENNY , SR. PROPERTY MANAGER | Valley Oak Logistics Center at Depot Park | 6101 MIDWAY STREET | | SACRAMENTO | CA | 95828 | |
| LINK LOGISTICS REAL ESTATE | WALKER, SHYLA, PROPERTY MANAGER | LAS VEGAS CORPORATE CENTER #18 | 3200 EAST GOWAN ROAD | | NORTH LAS VEGAS | NV | 89030 | |
| M&L ENTERPRISE GROUP INC | 777 US HIGHWAY 202 | | | | RARITAN | NJ | 08869 | |
| MADALTA ENTERPRISES, LLC | POST OFFICE BOX 72 | | | | STANTON | NJ | 08885 | |
| METRO COMMERCIAL MANAGEMENT SERVICES | SCHWEIZER, SAMANTHA, PROPERTY ACCOUNTANT | 660 West Germantown Pike | Suite LL 200 (Lower Level) | | Plymouth Meeting | PA | 19462 | |
| METRO MECHANICAL SERVICES, INC | 5910 INGALLS ST STE B | | | | ARVADA | CO | 80003-5685 | |
| MIDAMERICA | BARTON, SAM , PROPERTY MANAGER | 410 NORTH MICHIGAN AVENUE | SUITE 1100 | | CHICAGO | IL | 60611 | |
| MID-AMERICA GROUP | LEE, TONY, PROPERTY MANAGER | 600 N. PLANKINTON AVE | SUITE 301 | | MILWAUKEE | WI | 53203 | |
| MOORE SUPPLY CO. - GM | 11925 N STEMMONS STE 100 | | | | DALLAS | TX | 75234 | |
| MUFG UNION BANK, N.A. | 1251 Avenue of the Americas | | | | New York | NY | 10020-1104 | |
| PRINCIPAL FINANCIAL GROUP INC | 711 High Street | | | | Des Moines | IA | 50392-0150 | |
| RAMEY LLP | 5020 MONTROSE BLVD | SUITE 800 | | | HOUSTON | TX | 77006 | |
| RETAIL PROPERTIES GROUP | WELDON, JERRI, PROPERTY MANAGER | 4635 SOUTHWEST FREEWAY | SUITE 950 | | HOUSTON | TX | 77027 | |
| RETAIL ZIPLINE, INC | 2370 Market St Ste 436 | | | | San Francisco | CA | 94114-1696 | |
| ROTAVELE ELEVATOR | ELEVATOR, ROTAVELE, ELEVATOR CONTRACTOR | LL RESPONSIBLE FORFIRST 5 YEARS | 414 SENECA AVE | RIDGEWOOD | NEW YORK | NY | 11385 | |
| ROTAVELE ELEVATOR | TORTORELLA, FRANK, ELEVATOR CONTRACTOR OWNER | LL RESPONSIBLE FORFIRST 5 YEARS | 414 SENECA AVE | RIDGEWOOD | NEW YORK | NY | 11385 | |
| ROYAL PAINTING, INC | 2445 MCIVER LN | STE 110 | | | CARROLLTON | TX | 75006-6549 | |
| RTL REIT | 650 FIFTH AVENUE | 30TH FL | | | NEW YORK | NY | 10019 | |
| Second Avenue Capital Partners LLC | 75 2ND AVE #550 | | | | NEEDHAM | MA | 02494 | |
| SIXTH STREET LENDING PARTNERS | 2100 McKinney Avenue | Suite 1500 | | | Dallas | TX | 75201 | |
| STATE STREET CORP | Box 5501 | | | | Boston | MA | 02206 | |
| STATE WIDE HEATING & COOLING | 58 CLINTON RD | | | | FAIRFIELD | NJ | 07004 | |
| STR BUSINESS | BODENHAMER, CRAIG, PROPERTY MANAGER | 2221 W. LINDSEY ST | STE 201 | | NORMAN | OK | 73069 | |
| SYSTEMS, LLC | W194 N11481 MCCORMICK DR | | | | GERMANTOWN | WI | 53022 | |
| TEVA CONSTRUCTION, LLC | 1600 CR 134 | | | | HUTTO | TX | 78634 | |
| THE CIT GROUP/COMMERCIAL SERVICES | 11 WEST 42ND STREET | | | | NEW YORK | NY | 10036 | |
| TIMBERSTONE, LLC | 31 Anderson Rd | | | | Sherman | CT | 06784 | |
| TOWN OF FRISCO CLERK AND FINANCE, SALES TAX DIVISION | PO Box 4100 | 1 East Main Street | | | Frisco | CO | 80443 | |
| TRIUMPH HOTELS | HORN, SHIMMIE, PROPERTY MANAGER | 1633 BROADWAY | 46TH FL | | NEW YORK | NY | 10019 | |
| UNITED STATES FIDELITY AND GUARANTY | 801 GRAND AVE. SUITE 2600 | | | | DES MOINES | IA | 50309 | |
| VANGUARD GROUP INC | 100 Vanguard Blvd | | | | Malvern | PA | 19355-2331 | |
| VONDRICK ELECTRIC LLC | 3301 CONFLANS RD #307 | | | | IRVING | TX | 75061 | |
| WALDEN ELECTRIC, INC | 516 W FOUR MILE RD | | | | CHEYENNE | WY | 82009-1627 | |
| WALLACE, RICARDSON, SONTAG & LE, LLP | 16520 Bake Parkway | Suite 280 | | | Irvine | CA | 92618 | |
| WhiteHawk Finance LLC | 11601 WILSHIRE BLVD. SUITE 1250 | | | | LOS ANGELES | CA | 90025 | |

**Exhibit B**

# Bed Bath & Beyond Inc.

May 25, 2023

Dear Valued Partner,

In connection with Bed Bath & Beyond Inc.'s recent Chapter 11 filing, please find enclosed a "Notice of Commencement." This notice serves to inform you of the start of our cases in the U.S. Bankruptcy Court for the District of New Jersey.

Chapter 11 is a transparent process, and, as part of standard procedures during our Chapter 11 cases, you may receive information directly from our claims agent, Kroll. Additional information regarding our Chapter 11 process is available at **https://restructuring.ra.kroll.com/bbby**. If you have questions, you may call Kroll at (833) 570-5355 or **email BBBYInfo@ra.kroll.com**.

We will continue to provide updates as we progress.

Thank you.