**TRENK ISABEL SIDDIQI
 & SHAHDANIAN P.C.**
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rroglieri@trenkisabel.law

**GOODWIN PROCTER LLP**
Alexander J. Nicas, Esq. (*pro hac vice pending*)
Debora A. Hoehne, Esq. (*pro hac vice pending*)
Artem Skorostensky, Esq. (*pro hac vice pending*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Email: ANicas@goodwinlaw.com
Email: DHoehne@goodwinlaw.com
Email: ASkorostensky@goodwinlaw.com

*Attorneys for World Market, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> BED BATH & BEYOND INC., et al. <br><br> Debtors. [1] | Chapter 11 <br><br> Case No. 23-13359 (VFP) |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of World Market, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

Robert S. Roglieri, Esq.
Trenk Isabel Siddiqi & Shahdanian P.C.
290 W. Mt. Pleasant Avenue, Suite 2370
Livingston, NJ 07039
973-533-1000 (phone)
Email:  rroglieri@trenkisabel.law

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

                                              */s/ Robert S. Roglieri*
                                               ROBERT S. ROGLIERI

Dated:  June 12, 2023