**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rroglieri@trenkisabel.law

**GOODWIN PROCTER LLP**
Alexander J. Nicas, Esq.  (*pro hac vice pending*)
Debora A. Hoehne, Esq.  (*pro hac vice pending*)
Artem Skorostensky, Esq.  (*pro hac vice pending*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Email:  ANicas@goodwinlaw.com
Email:  DHoehne@goodwinlaw.com
Email:  ASkorostensky@goodwinlaw.com

*Attorneys for World Market, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 23-13359 (VFP) |

### CERTIFICATION OF ROBERT S. ROGLIERI, ESQ.
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Robert S. Roglieri, in support of the Application seeking the admission of Debora A.

Hoehne, Esq. of Goodwin Procter, LLC before this Court *pro hac vice* as co-counsel for World

Market, LLC ("World Market"), pursuant to Local Rule 9010-1(b), hereby certify and state as

follows:

---

[1]  The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

CASE HEADER

1.      I am an attorney-at-law of the State of New Jersey and a partner at the law firm of Trenk Isabel Siddiqi & Shahdanian P.C. in Livingston, New Jersey.

2.      I have entered my appearance in the above-referenced bankruptcy case on behalf of World Market.

3.      I am a member in good standing of the bar of the State of New Jersey (admitted 2014).  I am also a member in good standing of the bar of the United States District Court for the District of New Jersey.

4.      I am not under suspension, disbarment, or discipline in any court and have not been the subject of any disciplinary action by any court or administrative body.

5.      The Certification of Debora A. Hoehne, Esq. establishing her qualifications to be considered for admission to this Court *pro hac vice* was filed contemporaneously herewith.

I certify under penalty of perjury that the foregoing statements are true and correct.


 Dated: June 12, 2023                    /s/ Robert S. Roglieri, Esq.
                                            ROBERT S. ROGLIERI, Esq.