UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TRENK ISABEL SIDDIQI
 & SHAHDANIAN P.C.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rroglieri@trenkisabel.law

In Re:
BED BATH & BEYOND INC.,

Case No.: 23-13359
Chapter: 11
Adv. No.:
Hearing Date:
Judge: VFP

## CERTIFICATION OF SERVICE

1. I, Marybeth Massoud :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Robert S. Roglieri, who represents World Market, LLC in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On June 12, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Application for Admission Pro Hac Vice of Debora A. Hoehne (the "Application"), Certifications filed in support of the Application and proposed form of order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/12/2023

/s/ Marybeth Massoud
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ross Fiedler, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Joshua Sussberg, Esq.<br>Kirklnd & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07601 | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria Nikolinos<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | On behalf of the US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504 | On behalf of the US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |