**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rroglieri@trenkisabel.law

**GOODWIN PROCTER LLP**
Alexander J. Nicas, Esq.  (*pro hac vice pending*)
Debora A. Hoehne, Esq.  (*pro hac vice pending*)
Artem Skorostensky, Esq.  (*pro hac vice pending*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Email:  ANicas@goodwinlaw.com
Email:  DHoehne@goodwinlaw.com
Email:  ASkorostensky@goodwinlaw.com

*Attorneys for World Market, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 23-13359 (VFP) |

**APPLICATION FOR ADMISSION *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 9010-1(b)**

World Market, LLC ("World Market") hereby respectfully makes this application to the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), pursuant to Local Bankruptcy Rule 9010-1(b), for the admission *pro hac vice* of Artem Skorostensky,

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

Esquire of Goodwin Procter LLP, to serve as co-counsel for World Market in the above-captioned bankruptcy case (the "Bankruptcy Case") with Robert S. Roglieri as the attorney practicing with the firm of Trenk Isabel Siddiqi & Shahdanian P.C.  Mr. Roglieri has previously entered his appearance on behalf of World Market in the Bankruptcy Case.

As indicated in the Certifications filed in support of this Application, Mr. Skorostensky is qualified to be admitted *pro hac vice* before the Bankruptcy Court in this case.

Pursuant to Local Bankruptcy Rule 9010-1(b), notice of this Application has been provided to counsel the above-captioned debtors and to the Office of the United States Trustee.  Absent an objection to this Application within seven (7) days, World Market respectfully requests that the Application be granted and that the enclosed Order be entered by the Bankruptcy Court admitting Mr. Skorostensky p*ro hac vice* for purpose of serving as co-counsel with Mr. Roglieri in this case.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: June 12, 2023 | **TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.** |
| | */s/ Robert S. Roglieri, Esq.* |
| | Robert S. Roglieri, Esq. |
| | 290 W. Mt. Pleasant Avenue, Suite 2370 |
| | Livingston, New Jersey 07039 |
| | Telephone: (973) 533-1000 |
| | *Attorneys for World Market, LLC* |