**TRENK ISABEL SIDDIQI**
  **& SHAHDANIAN P.C.**
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rroglieri@trenkisabel.law

**GOODWIN PROCTER LLP**
Alexander J. Nicas, Esq.  (*pro hac vice pending*)
Debora A. Hoehne, Esq.  (*pro hac vice pending*)
Artem Skorostensky, Esq.  (*pro hac vice pending*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Email:  ANicas@goodwinlaw.com
Email:  DHoehne@goodwinlaw.com
Email:  ASkorostensky@goodwinlaw.com

*Attorneys for World Market, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re:                          | Chapter 11                  |
|---------------------------------|-----------------------------|
| BED BATH & BEYOND INC., et al.  | Case No. 23-13359 (VFP)     |
| Debtors. [1]                    |                             |

**CERTIFICATION OF ARTEM SKOROSTENSKY., ESQ.
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Artem Skorostensky, Esq., in support of the Application seeking my admission before this Court *pro hac vice* as co-counsel for World Market, LLC ("World Market"), pursuant to Local Rule 9010-1(b), hereby certify and state as follows:

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

1. I am an Associate at the law firm of Goodwin Procter LLP. I maintain my regular office for the practice of law in New York, New York.

2. I am an attorney licensed to practice law in the State of New York. I was admitted to practice law in the State of New York in 2017. I am admitted to practice before the following courts: United States District Court for the Southern District of New York and United States District Court, Eastern District of New York.

3. I am not under suspension or disbarment in any court, and I have not ever been subject to any disciplinary action by any court or administrative body. I am aware of my obligation to promptly notify this court in the event a disciplinary proceeding against me is instituted.

4. Co-counsel for World Market in this matter will be Robert S. Roglieri, Esq., a partner at the law firm of Trenk Isabel Siddiqi & Shahdanian P.C., whose offices are located in Livingston, New Jersey.

5. I have familiarized myself with the Local Rules of the United States Bankruptcy Court, District of New Jersey, and will at all times conduct myself in accordance with such Rules during the conduct of this case.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28 and shall immediately comply with that requirement upon my admission *pro hac vice*.

7. All notices, orders and pleadings may be served upon Robert S. Roglieri, Esq. at the Trenk Isabel Siddiqi & Shahdanian P.C. in Livingston, New Jersey. I understand that only an attorney-at- law of this Court may sign papers, enter appearances for parties, sign stipulations or sign and receive payments on judgments, decrees or orders.

4867-8442-9417, v. 1

8. I understand that if I am admitted *pro hac vice* to this Court, I am within the disciplinary jurisdiction of the United States District Court for the District of New Jersey and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated: June 12, 2023　　　　　　　　　　**GOODWIN PROCTER LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Artem Skorostensky*
　　　　　　　　　　　　　　　　　　Alexander J. Nicas, Esq. (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　Debora A. Hoehne, Esq. (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　Artem Skorostensky, Esq. (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10018

　　　　　　　　　　　　　　　　　　*Attorneys for World Market, LLC*