Daniel M. Stolz, Esq.
Gregory S. Kinoian, Esq.
**GENOVA BURNS, LLC.**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 533-0777
Fax: (973) 533-1112

- and -

Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Shai Schmidt (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
Naznen Rahman (admitted *pro hac vice*)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to the Unsecured Noteholders Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 23-13359 (VFP) |
| BED BATH & BEYOND INC., *et al.*, | ) |
|  | ) (Jointly Administered) |
| Debtors.[1] | ) |
|  | ) |

**VERIFIED STATEMENT OF THE UNSECURED**
**NOTEHOLDERS GROUP PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the above-captioned Chapter 11 cases (the "Chapter 11 Cases") of the

above-captioned debtors (the "Debtors"), Glenn Agre Bergman & Fuentes LLP ("Glenn Agre),

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

counsel to the ad hoc group (the "Unsecured Noteholders Group") of certain holders of the 3.479%

Senior Notes due 2024 (the "2024 3.749% Notes"), the 4.915% Senior Notes due 2034 (the "2034

4.915% Notes") and the 5.165% Senior Notes due 2044 (the "2044 5.165% Notes"), each issued

by Bed Bath & Beyond, Inc. on July 17, 2014, submits this verified statement (the "Verified

Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy

Rule 2019"), and respectfully states as follows:

1.      On or around April 24, 2023, the Unsecured Noteholders Group retained Glenn

Agre to represent certain bondholders in connection with the Chapter 11 Cases.

2.      From time to time thereafter, certain additional members have joined the Unsecured

Noteholders Group.  As of the date of this Verified Statement, Glenn Agre represents the

bondholders set forth in Exhibit A.

3.      As of the date of this Verified Statement, Glenn Agre represents the Unsecured

Noteholders Group and does not represent or purport to represent any entities other than the

Unsecured Noteholders Group in connection with the Chapter 11 Cases.  In addition, neither the

Unsecured Noteholders Group nor any member of the Unsecured Noteholders Group represents

or purports to represent any other entities in connection with these Chapter 11 Cases.

4.      The members of the Unsecured Noteholders Group have indicated to Glenn Agre

that they hold disclosable economic interests or act as investment managers to funds and/or

accounts that hold disclosable economic interests in relation to the Debtors.  In accordance with

Bankruptcy Rule 2019 and based upon information provided to Glenn Agre by each member of

the Unsecured Noteholders Group, attached hereto as Exhibit A is a list of the names, addresses,

nature, and amount of all disclosable economic interests of each present member of the Unsecured

Noteholders Group in relation to the Debtors.

5.      Nothing contained in this Verified Statement (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Unsecured Noteholders Group or Glenn Agre to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these Chapter 11 Cases.

6.      The members of the Unsecured Noteholders Group and Glenn Agre reserve the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

7.      The undersigned verify that the foregoing is true and correct to the best of their knowledge.

*[Signature on Next Page]*

Dated: June 12, 2023
New York, New York

*/s/ Daniel M. Stolz*

Daniel M. Stolz, Esq.
Gregory S. Kinoian, Esq.
**GENOVA BURNS**
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Fax: (973) 533-1112
Email: DStolz@genovaburns.com

- and -

Andrew K. Glenn
Kurt A. Mayr
Shai Schmidt
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com (admitted *pro hac vice*)
kmayr@glennagre.com (admitted *pro hac vice*)
sschmidt@glennagre.com (admitted *pro hac vice*)
aberro@glennagre.com (admitted *pro hac vice*)
nrahman@glennagre.com (admitted *pro hac vice*)

*Counsel to the Unsecured Noteholders Group*

**Exhibit A**[1]

| Name[2] | Address | 2024 3.749% Notes | 2034 4.915% Notes | 2044 5.165% Notes | Other Disclosable Economic Interests |
|---|---|---|---|---|---|
| Alexandre Zyngier IRA | c/o Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, New York, NY 10036 | $ -- | $ -- | $4,000,000 | $ -- |
| B. Riley Financial | 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025 | $ -- | $ -- | $5,150,000 | $ -- |
| Diamond Family Investments LLC | 9553 Harding Ave #307, Surfside, FL 33154 | $ -- | $3,199,000 | $6,500,000 | $ -- |
| KORE Capital | 1501 Corporate Drive, Suite 120, Boynton Beach, FL 33426 | $350,000 | $ -- | $21,008,000 | $ -- |
| Riva Ridge Capital Management LP | 55 5th Avenue, Suite 1810, New York, NY 10003 | $4,210,000 | $ -- | $39,448,000 | $ -- |
| Whitebox Advisors LLC | 3033 Excelsior Blvd, Suite 500, Minneapolis, MN 55416 | $ -- | $1,762,000 | $30,776,000 | $ -- |
| Whitefort Capital Management, LP | 12 East 49th Street, 40th Floor, New York, NY 10017 | $18,408,000 | $8,534,000 | $23,385,000 | $ -- |

---

[1]    To the best of Glenn Agre's knowledge, the information herein is accurate as of June 12, 2023.

[2]    Each entity on this Exhibit A is listed either in its principal capacity or in its capacity as agent, investment advisor, or investment manager for certain investment funds or accounts or their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.