| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**A.Y. STRAUSS LLC**<br>Eric H. Horn, Esq.<br>Heike M. Vogel<br>101 Eisenhower Parkway, Suite 412<br>Roseland, New Jersey 07068<br>Tel. (973) 287-5006<br>Fax (973) 226-4104<br><br>*Counsel to Leonard Feinstein*<br>*and Warren Eisenberg* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>　　　　　　Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICES, PLEADINGS, AND ORDERS

**PLEASE TAKE NOTICE**, that A.Y. Strauss LLC, counsel to Leonard Feinstein and Warren Eisenberg, hereby enters its appearance in the above-captioned case pursuant to 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), 2002 and 9007, and requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Eric H. Horn, Esq.
Heike M. Vogel, Esq.
101 Eisenhower Parkway, Suite 412
Roseland, New Jersey 07068
Tel. (973) 287-5006
Fax (973) 226-4104
ehorn@aystrauss.com
hvogel@aystrauss.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of All Notices, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by the above creditors of their: (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and / or (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

*[remainder of page intentionally left blank]*

Dated: June 13, 2023

                                  **A.Y. STRAUSS LLC**

                              By:   */s/ Eric H. Horn*
                              Eric H. Horn, Esq.
                              Heike M. Vogel, Esq.
                              101 Eisenhower Parkway, Suite 412
                              Roseland, New Jersey 07068
                              Tel. (973) 287-5006
                              Fax (973) 226-4104

                              *Counsel to Leonard Feinstein*
                              *and Warren Eisenberg*