**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

# SUPPLEMENTAL DECLARATION OF DAVID KNEE OF JONES LANG LASALLE AMERICAS, INC.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

I, David Knee, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing statements are true and correct.

1. I am a Vice Chairman of Jones Lang LaSalle Americas, Inc. ("JLL"), a professional services firm with numerous offices throughout the country. I am authorized to make this supplemental declaration (the "Declaration") on behalf of JLL. Except as otherwise indicated in this Declaration, all statements in this Declaration are based upon my personal knowledge or relate to matters within the personal knowledge of other professionals at JLL and are based on information provided by such professionals. If called as a witness, I could and would testify thereto.

2. On May 15, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Jones Lang LaSalle Americas, Inc. as Real Estate Advisor and Consultant to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of JLL's Employment, (III) Waiving Certain Timekeeping Requirements, and (IV) Granting Related Relief* [Docket No. 347] (the "Application").[2] In support of the Application, the Debtors filed the *Declaration of David Knee in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Jones Lang LaSalle Americas, Inc. as Real Estate Advisor and Consultant to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of JLL's Employment, and (III) Granting Related Relief* (the "Initial Declaration") attached as Exhibit B to the Application. On June 5, 2023, the Court entered an order granting the Application [Docket No. 615].

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3. I submit this supplemental declaration to supplement the disclosures set forth in the Initial Declaration.

4. Upon further review of the parties in interest (attached as Schedule 1 to the Initial Declaration), JLL has determined that it may work with and/or represent a number of such parties, including, without limitation, the list set forth below. However, none of the individual parties in interest account for more than one percent (1%) of the income of JLL as verified to me by our finance group.

- BlackRock Inc
- Vanguard Group Inc
- JPMorgan Chase Bank, N.A.
- PNC Bank, National Association
- Wells Fargo Bank, National Association
- Bank of America, N.A.
- TD Bank, N.A.
- Capital One, National Association
- Truist Bank
- Goldman Sachs Bank USA
- J.B. HUNT TRANSPORT, INC.
- Invesco Capital Management, LLC
- PGIM, Inc.
- AIG
- Ikea Property, Inc
- Federal Realty Investment Trust
- Federal Express
- Hudson Bay Capital
- PWC
- Deloitte
- KPMG
- Brixmor
- RXR

5. Additionally, Senior Managing Director of JLL, Seth Geldzahler, was previously employed by the Debtors from 1997 to 2020 as Vice President of Real Estate, prior to his employment by JLL.

6. JLL does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement JLL's disclosures in the event JLL discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, JLL will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

[*Remainder of the page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2023

>*/s/ David Knee*
>Name: David Knee
>Title: Vice Chairman
>Jones Lang LaSalle Americas, Inc.