**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF CHRISTINE SHANG**

Bed Bath & Beyond Inc. and its affiliated debtors in possession (the "Debtors"), by and through their counsel, Cole Schotz P.C. respectfully submit this application (the "Application"), for the *pro hac vice* admission of Christine Shang, Esq. and represents as follows:

1. On April 23, 2023, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

KE 97653099

2. Christine Shang, an associate in the firm of Kirkland & Ellis LLP has represented the Debtors in connection with these matters. Because of her familiarity with the facts and circumstances relevant to the Debtors in these matters, the Debtors request that Ms. Shang be allowed to appear *pro hac vice* in the within matters.

3. As set forth in the Certification of Ms. Shang, annexed hereto as **Exhibit A**, Ms. Shang is a member in good standing of the bar of the State of New York, the State of Texas, and the State of Hawaii. Ms. Shang is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Ms. Shang has represented that she will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Debtors' Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matters.

Respectfully submitted,

COLE SCHOTZ P.C.
Co-Counsel for Bed Bath & Beyond Inc.

By:  /s/ *Michael D. Sirota*
      Michael D. Sirota

Date: June 14, 2023

KE 97653099