|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**DUANE MORRIS LLP**<br>Wendy M. Simkulak (wmsimkulak@duanemorris.com)<br>Roxanne J. Indelicato (rindelicato@duanemorris.com)<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: (215) 979-1000<br>Facsimile: (215) 979-1020<br><br>*Attorneys for the Chubb Companies* |

| In re:<br><br>BED BATH & BEYOND INC. *et al.*,[1]<br><br><br>Debtor | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Honorable Vincent F. Papalia |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Wendy M. Simkulak:

   ☒ represent the Chubb Companies in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in the case and am representing myself.

2. On June 14, 2023, I sent a copy of the following pleading and/or documents to the parties listed in the chart below:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

    a. *Reservation Of Rights Of The Chubb Companies To The Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 15, 2023                  */s/ Wendy M. Simkulak*
                                                                       Wendy M. Simkulak, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.,<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota<br>(msirota@coleschotz.com)<br>Warren A. Usatine<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin<br>(fyudkin@coleschotz.com) | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Lazard Frères & Co, LLC<br>300 N. LaSalle Street, 23rd Floor<br>Chicago, Illinois 60654<br>Attn: David S. Kurtz<br>(david.kurtz@lazard.com) | Debtors' Investment Banker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Lazard Frères & Co, LLC<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Attn: Jason Wooten<br>(jason.wooten@lazard.com)<br>Christian Tempke<br>(christian.tempke@lazard.com) | Debtors' Investment Banker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |

DM3\9657973.2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall Huebner (marshall.huebner@davispolk.com)<br>Natasha Tsiouris (Natasha.tsiouris@davispolk.com)<br>Adam Shpeen (adam.shpeen@davispolk.com)<br>Michael Pera (Michael.pera@davispolk.com)<br>Steven Z. Szanzer (steven.szanzer@davispolk.com) | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman (DHillman@proskauer.com)<br>Megan R. Volin (MVolin@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| U.S. Trustee for the Region 3, District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102<br>Attn: Fran. B Steele, Esq. (fran.b.steele@usdoj.gov)<br>Alexandria Nikolinos (alexandria.nikolinos@usdoj.gov)<br>Ustpregion03.ne.ecf@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |

DM3\9657973.2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Attn: Robert K. Malone (rmalone@gibbonslaw.com)<br>Brett S. Theisen (btheisen@gibbonslaw.com)<br>Kyle P. McEvilly (kmcevilly@gibbonslaw.com) | Proposed Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Robert R. Feinstein (RFEINSTEIN@PSZJLAW.COM)<br>Bradford J. Sandler (BSANDLER@PSZJLAW.COM)<br>Paul J. Labov (PLABOV@PSZJLAW.COM)<br>Colin R. Robinson (CROBINSON@PSZJLAW.COM) | Proposed Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Attn: Scott K. Charles (SKCharles@wlrk.com)<br>Michael S. Benn (MSBenn@wlrk.com)<br>Gordon S. Moodie (GSMoodie@wlrk.com) | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody (BRODYA@GTLAW.COM) | Counsel to JP Morgan Chase Bank N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |

DM3\9657973.2