# EXHIBIT "B"

**Fill in this information to identify the case:**

Debtor 1: BED BATH & BEYOND, INC.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of New Jersey

Case number: 23-13359 (VFP)

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
WATER TOWER SQUARE ASSOCIATES
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Jeffrey Kurtzman, Esquire
Name
101 N. Washington Avenue, Suite 4A
Number    Street
Margate            NJ        08402
City              State     ZIP Code

Contact phone (215) 839-1222

Contact email kurtzman@kurtzmansteady.com

Where should payments to the creditor be sent? (if different)

Michael Mortimer, Senior Vice President
Name
630 Sentry Parkway, Suite 300
Number    Street
Blue Bell           PA        19422
City              State     ZIP Code

Contact phone (610) 260-1449

Contact email mmortimer@goldenberggroup.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                          page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 21,204.80 . **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Lease obligations

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____

Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☐ No
☑ Yes. Amount necessary to cure any default as of the date of the petition.    $ 21,204.90

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410     Proof of Claim     page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. Check one:  | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies. | $    4,947.81 |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/19/2023
                   MM / DD / YYYY

_/s/ Michael Mortimer_
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Michael | | Mortimer |
| | First name | Middle name | Last name |
| Title | Senior Vice President Retail Asset Management | | |
| Company | Goldenberg Management, Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 630 Sentry Parkway, Suite 300 | | |
| | Number    Street | | |
| | Blue Bell | PA | 19422 |
| | City | State | ZIP Code |
| Contact phone | (610) 260-1449 | Email mmortimer@goldenberggroup.com | |

| 5/18/2023 | | GOLDENBERG MANAGEMENT, INC. | | 8:22:12AM |
|---|---|---|---|---|
| User: MIKE | | | | Page 4 of 4 |

## OCCUPANT LEDGER

Unit Reference Number : 301-4B					Occupant Name/Type : BUY BUY BABY / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|---|---|---|---:|---:|
| 01/01/2023 | RET | Real Estate Tax Escrow | 4,508.00 | 11,679.73 |
| 01/01/2023 | RNT | Minimum Rent | 21,160.33 | 32,840.06 |
| 01/01/2023 | CAM | Common Area Maintenance | 3,137.00 | 35,977.06 |
| 01/03/2023 | CAM | Pymt. Batch 244 Check A-010323 | -28,805.33 | 7,171.73 |
| 01/04/2023 | C21 | Pymt. Batch 206 Check 237256A | -78.71 | 7,093.02 |
| 01/11/2023 | C21 | Water-11.29.2022-01.03.2023 | 78.71 | 7,171.73 |
| 02/01/2023 | RET | Real Estate Tax Escrow | 4,508.00 | 11,679.73 |
| 02/01/2023 | RNT | Minimum Rent | 21,160.33 | 32,840.06 |
| 02/01/2023 | CAM | Common Area Maintenance | 3,137.00 | 35,977.06 |
| 02/09/2023 | C21 | Water 01.03.2023-02.01.2023 | 80.98 | 36,058.04 |
| 02/09/2023 | CAM | Pymt. Batch 616 Check A-020923 | -28,805.33 | 7,252.71 |
| 02/27/2023 | C21 | Pymt. Batch 773 Check 349128 | -78.71 | 7,174.00 |
| 03/01/2023 | RET | Real Estate Tax Escrow | 4,508.00 | 11,682.00 |
| 03/01/2023 | RNT | Minimum Rent | 21,160.33 | 32,842.33 |
| 03/01/2023 | CAM | Common Area Maintenance | 3,137.00 | 35,979.33 |
| 03/02/2023 | RCM | 2022 CAM Recovery | -9,497.77 | 26,481.56 |
| 03/09/2023 | CAM | Pymt. Batch 855 Check A-030923 | -28,805.33 | -2,323.77 |
| 03/13/2023 | C21 | Water 02.01.23 to 03.02.23 | 84.47 | -2,239.30 |
| 04/01/2023 | RET | Real Estate Tax Escrow | 4,508.00 | 2,268.70 |
| 04/01/2023 | RNT | Minimum Rent | 21,160.33 | 23,429.03 |
| 04/01/2023 | CAM | Common Area Maintenance | 3,137.00 | 26,566.03 |
| 04/05/2023 | C21 | Pymt. Batch 206 Check 423353-B | -80.98 | 26,485.05 |
| 04/11/2023 | C21 | Water 03.02.2023-03.31.2023 | 80.98 | 26,566.03 |
| 04/24/2023 | C21 | Pymt. Batch 348 Check 463934 | -84.47 | 26,481.56 |
| 05/01/2023 | RET | Real Estate Tax Escrow | 4,508.00 | 30,989.56 |
| 05/01/2023 | RNT | Minimum Rent | 21,160.33 | 52,149.89 |
| 05/01/2023 | CAM | Pymt. Batch 514 Check A-050123 | -7,681.41 | 44,468.48 |
| 05/01/2023 | CAM | Common Area Maintenance | 3,137.00 | 47,605.48 |
| 05/02/2023 | RNT | Pymt. Batch 538 Check A-050223 | -19,307.56 | 28,297.92 |
| 05/10/2023 | C21 | Water 03.31.23 to 04.28.23 | 84.47 | 28,382.39 |