**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP** Joshua A. Sussberg, P.C. (admitted *pro hac vice*) Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

Order Filed on June 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

## ORDER AUTHORIZING THE DEBTORS
## TO ASSUME AND ASSIGN CERTAIN UNEXPIRED LEASES

The relief set forth on the following pages, numbered two (2) through six (6), is **ORDERED**.

**DATED: June 15, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN UNEXPIRED LEASES |

---

Upon the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign Certain Leases* (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to assume and assign the WM Leases to World Market, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page | 3)
Debtors:          BED BATH & BEYOND INC., *et al.*
Case No.          23-13359-VFP
Caption of Order: ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN UNEXPIRED LEASES

---

2. The Debtors are authorized to (i) assume and assign the WM Leases as set forth on **Schedule 1**, and in accordance with the terms of this Order hereby assume the WM Leases and assign such to World Market free and clear of any and all liens, claims, and encumbrances, and (ii) execute and deliver such documents or other instruments as is reasonably necessary to assign the WM Leases to World Market.

3. The Motion shall be adjourned solely with respect to that certain lease located at 195 Yale Street, Houston, Texas, 77007, denoted "Store Number 6383" in Schedule 1 to Exhibit A to the Motion at Docket No. 428 (the "Store Number 6383 Lease"). The Debtors may seek entry of an order substantially in the form of this Order assuming and assigning the Store Number 6383 Lease upon reasonable notice to the landlord thereof, which notice shall be at least fourteen (14) days before the adjourned hearing and landlord's objection deadline shall be seven (7) days before the adjourned hearing (unless extended by agreement of the parties).

4. Notwithstanding anything herein to the contrary, World Market shall pay all accrued charges and payments arising under or pursuant to the WM Leases, including but not limited to fees, charges, adjustments, or reconciliations for taxes, insurance, CAM, and other charges, whether billed or unbilled, due or not due (each a "True-Up Charge") regardless of whether such True-Up Charge relates to a period of time prior to the assignment of such WM Leases, in the ordinary course as and when such True-Up Charge becomes due and payable. If World Market disputes any alleged True-Up Charge and the parties are unable to come to an agreement regarding the amount actually owed, the dispute may be adjudicated by the Bankruptcy Court upon proper notice.

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN UNEXPIRED LEASES |

5. World Market shall pay, directly or indirectly, any applicable cure amounts for the WM Leases. Payment of the applicable cure amount by World Market, directly or indirectly, shall constitute the cure of all defaults arising under the WM Leases that are required to be cured by section 365(b)(1)(A) of the Bankruptcy Code (after giving effect to section 365(b)(2) of the Bankruptcy Code).

6. The Debtors have demonstrated adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1)(C) of the Bankruptcy Code with respect to the WM Leases. For the avoidance of doubt and notwithstanding section 365(l) of the Bankruptcy Code, the landlords to the WM Leases may not require and World Market shall have no obligation to provide any deposit, letter of credit, guarantee, or other security for the performance of the Debtors' obligations under the WM Leases.

7. There shall be no rent accelerations, assignment fees, increases or any other fees charged to World Market or the Debtors as a result of the assumption and assignment of the WM Leases.

8. Any provisions in the WM Leases that prohibit or condition the assignment of such WM Leases or allow the landlords to the WM Leases to terminate, declare a breach or default, recapture, impose any penalty, condition any renewal or extension, or modify any term of condition, as a result of the assignment of the WM Leases constitute unenforceable anti-assignment provisions and are void and of no force and effect as against the Debtors and World Market in connection with the assumption and assignment of the WM Leases. The WM

(Page | 5)
Debtors:         BED BATH & BEYOND INC., *et al*.
Case No.         23-13359-VFP
Caption of Order: ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN UNEXPIRED LEASES

Leases shall remain in full force and effect, without existing defaults, subject only to payment by the Debtors of the appropriate cure amount, if any.

9. Upon payment of the applicable cure amount, the landlords to the WM Leases are hereby barred and permanently enjoined from asserting against the Debtors or World Market any default, claim, or liability existing, accrued, arising, or relating to the WM Leases for the period prior to the entry of this Order.

10. Upon entry of this Order, the Debtors shall submit a written instruction to Wells Fargo Bank, N.A. to permanently reduce the Wells Fargo LC to $1,000,000. The Debtors shall also submit a written instruction to Wells Fargo Bank N.A. to permanently cancel the Wells Fargo LC no later than three (3) business days, or as soon as reasonably practicable, after all Specified Leases extant as of the Petition Date with Bed Bath & Beyond Inc. as tenant thereunder, have either (a) been assigned to World Market or (b) been rejected, in each instance, pursuant to an order of this Court.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this order. The provisions of this Order authorizing the assignment of the WM Leases shall be self-executing, and neither the Debtors nor World Market shall be required to execute or file assignments, consents or other instruments in order to effectuate, consummate and/or implement provisions of this Order. Each and every federal, state, and local governmental agency or department is hereby authorized to accept any and all documents and instruments necessary and appropriate to effect, consummate, and/or implement the transactions contemplated by this Order. A certified copy of this Order may be filed with the appropriate clerk and/or

(Page | 6)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN UNEXPIRED LEASES |

recorded with the recorder to act to effectuate, consummate, and/or implement to the extent necessary the provisions of this Order.

12. The requirements set forth in Bankruptcy Rule 6003(c) are satisfied by the contents of the Motion or otherwise deemed waived.

13. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

14. Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

15. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules 6004(a) and 6006(c) and the Local Rules are satisfied by such notice.

16. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

17. Nothing in this Order shall be deemed a waiver of any rights, remedies or defenses that any party has or may have under applicable bankruptcy and non-bankruptcy law, under any related agreements or any rights, remedies, or defenses of the Debtors with respect thereto.

18. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Assigned WM Leases

| Store Number | Lease Description | Counterparty | Cure Costs | Effective Assignment Date |
|---|---|---|---|---|
| 6216 | Lease for premises located at the West Ashley Shoppes, 946 Orleans Road, #E-2, Charleston, SC 29407 | CR West Ashley, LLC | $75,176.04 | May 31, 2023 |
| 6387 | Lease for premises located at The Shoppes at Legacy Park, 1320 McFarland Blvd E, Tuscaloosa, AL 35401 | Tidal Town Tuscaloosa, LLC | $0 | May 31, 2023 |
| 6038 | Lease for premises located at 15600 N.E. 8th Street, Bellevue, WA 98008 | Terranomics Crossroads Associates | $13,152 | May 31, 2023 |
| 6194 | Lease for premises located at 1445 New Britain Avenue, West Hartford, CT 06110 | SF WH Property Owner LLC | $0 | May 31, 2023 |
| 6307 | Lease for premises located at The Avenue Viera, 2221 Town Center Ave, Suite 135, Melbourne, FL 32940 | CP Venture Five - AV LLC | $0 | May 31, 2023 |
| 6369 | Lease for premises located at Bridgepointe Shopping Center, 3000 Bridgepoint Parkway, San Mateo CA 94404 | TREA 3010 Bridgepointe Parkway LLC | $0 | May 31, 2023 |
| 6382 | Lease for premises located at Mission Viejo Freeway Center, 25262 El Paseo, Mission Viejo, CA 92691 | Che Chen and Shu Fen Liu Revocable Trust dated October 9, 2012 | $0 | May 31, 2023 |

| Store Number | Lease Description | Counterparty | Cure Costs | Effective Assignment Date |
|---|---|---|---|---|
| 96886 | Lease for premises located at 1151 Marina Village Parkway, Alameda, CA 94501 | G&I IX Marina Village Office Park LP | $0 | May 31, 2023 |
| 96990 | Lease for premises located at 1201 Marina Village Parkway, Alameda, CA 94501 | G&I IX Marina Village Office Park LP | $0 | May 31, 2023 |

2