**MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C.**
James W. McCartney, Esq.
2500 Plaza 5, Harborside Financial Center
Jersey City, New Jersey 07311
(201) 521-3170
JMcCartney@mcwpc.com
Counsel for Caparra Center Associates LLC

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### APPLICATION FOR AN ORDER FOR ADMISSION PRO HAC VICE OF
### CRISTINA A. FERNÁNDEZ RODRÍGUEZ

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting the admission *pro hac vice* of Cristina A. Fernández Rodríguez, Esq. of the law firm of MCD LAW LLC, to represent Caparra Center Associates LLC in the above-captioned Chapter 11 case. In support of this application, counsel submits the attached Certification of Cristina A. Fernández Rodríguez, Esq., and requests that the proposed form of Order

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

submitted herewith be entered. Counsel certifies that he is admitted, practicing and a member in good standing with the Bar of the State of New Jersey.

Dated: June 15, 2023

s/ James W. McCartney
James W. McCartney, Esq.
(N.J.D.C. No. JM-4571)
(NJ Bar ID # 046801990)
MARSHALL CONWAY BRADLEY
GOLLUB & WEISSMAN, P.C.
2500 Plaza 5, Harborside Financial Center
Jersey City, New Jersey 07311
Tel.: (201) 521-3170
Fax: (201) 521-3180
Email: JMcCartney@mcwpc.com

*Attorneys for Caparra Center Associates LLC*
