MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C.
James W. McCartney, Esq.
2500 Plaza 5, Harborside Financial Center
Jersey City, New Jersey 07311
(201) 521-3170
JMcCartney@mcwpc.com
Counsel for Caparra Center Associates LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

CERTIFICATION OF CRISTINA A FERNÁNDEZ RODRÍGUEZ

I, Cristina A. Fernández Rodríguez, am a member of the law firm of MCD LAW LLC, proposed counsel for Caparra Center Associates LLC. My office is located at 416 Ponce de Leon Avenue, Suite 1002, San Juan, Puerto Rico 00918. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

1. I was admitted to practice law in the Commonwealth of Puerto Rico in 2002. I am also admitted to practice before the following courts:

- US Courts of Appeals for the First Circuit, since 2002
- US District Court, District of Puerto Rico, since 2003

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

- Supreme Court of the United States of America, since 2009

2. I am a member in good standing in each of the jurisdictions where I am admitted to practice.

3. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

5. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 15, 2023



Counsel for Caparra Center Associates LLC
PO BOX 191732
SAN JUAN PR 00919-1732
Tel. (787) 200-7876

s/ Cristina A. Fernández Rodríguez
Cristina A. Fernández Rodríguez
USDC-PR 219611
caf@mcdlawllc.com