Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bed Bath & Beyond Inc.
    650 Liberty Avenue
    Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
    11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/27/23 at 02:30 PM

to consider and act upon the following:

*714* − Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*727* − Objection to to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:714 Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Jeffrey Kurtzman on behalf of Water Tower Square Associates. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Kurtzman, Jeffrey)

Dated: 6/16/23

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court