**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin
*Counsel to Mad River Development LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>Jointly Administered |

### OBJECTION OF MAD RIVER DEVELOPMENT LLC TO THE PROPOSED CURE AMOUNT IDENTIFIED BY DEBTORS IN THE NOTICE CONSTITUTING DOCUMENT 714 RESPECTING LEASE BETWEEN <u>BED BATH & BEYOND INC. AND MAD RIVER DEVELOPMENT LLC</u>

Mad River Development LLC (the "Landlord"), by and through its attorneys, Rabinowitz, Lubetkin & Tully, LLC, hereby objects to the Notice of the proposed cure amount submitted by the Debtors, constituting document number 714 on the docket maintained by the Clerk of the Court herein, respecting the lease between the Landlord and Bed Bath & Beyond Inc. (the "Debtor"), and respectfully shows as follows:

1. The Landlord and the Debtor are parties to a lease agreement dated October 29, 2004 respecting the premises located at 404 Route 3 West, Clifton, New Jersey (the "Lease"). A copy of the Lease and subsequent Amendment to the Lease is attached hereto as Exhibit "A."

2. Pursuant to the provisions of the Lease, in addition to its obligation to pay fixed rent, the Debtor is also obligated to pay real estate taxes and common area maintenance ("CAM") charges.

3. On May 1, 2023, in the ordinary course of the Landlord's business, the Landlord submitted to the Debtor its reconciliation of CAM and insurance charges and property taxes.

4. Pursuant to that billing, the Debtor owes $29,138.47 in CAM charges and $12,730.64 in real estate taxes, for an aggregate amount of $41,869.11.

5. A copy of the billing respecting such charges is attached hereto as Exhibit "B."

6. No portion of the amounts set forth on the billing attached as Exhibit "B" have been paid by the Debtor as of the filing of this Objection.

7. On June 13, 2023, the Debtor filed its Notice to Contract Parties to Potentially Assume Executory Contracts and Unexpired Leases which, *inter alia*, identified what the Debtor asserts is the cure amount associated with the various leases which may be the subject of a subsequent assumption and assignment request.

8. As concerns the Lease between the Debtor and the Landlord, the Notice indicates no cure amount whatsoever is purportedly due and owing from the Debtor to the Landlord.

9. As set forth above, as of the filing of the within Objection, there is a cure amount due and owing to the Landlord from the Debtor for the full amount of the May 1, 2023 billing for CAM charges and property taxes of $41,869.11.

10. To the extent the Debtor seeks Bankruptcy Court approval to assume and assign the Lease at any period of time from and after July 1, 2023, the Landlord reserves its right to further amend its Objection to the Debtor's assertion of a cure amount to the extent of any unpaid rent and other charges which may become due and owing under the Lease arising for

periods of time from and after July 1, 2023. The Landlord also reserves all other potential objections to the assumption and assignment of the Lease.

**WHEREFORE,** Mad River Development LLC respectfully requests entry of a Bankruptcy Court Order determining the cure obligation due and owing by the Debtor to Mad River Development LLC as of the filing of the within Objection to be in the amount of $41,869.11.

        Respectfully submitted,

        **RABINOWITZ, LUBETKIN & TULLY, LLC**
        *Counsel for Mad River Development LLC*

Dated: June 16, 2023

        By:   /s/ Jay L. Lubetkin
              JAY L. LUBETKIN