# Exhibit B

*Bed Bath + Beyond*
*#1096 Clifton, NJ*

# MAD RIVER DEVELOPMENT LLC

PO Box 707
Ridgewood, NJ 07451
(201) 836-4500
Fax (201) 836-4545

May 1, 2023

Memorandum:   River Front Center Tenants
Route 3 West
Clifton, NJ 07014

Re:   **2022 CAM & Insurance Reconciliation**
**2022 Property Tax Reconciliation**

Attn: Lease Accounting

Enclosed please find your CAM & Tax Reconciliation for the 2022 calendar year. Kindly remit payment. Recognizing you are in a Chapter 11 bankruptcy proceeding, this memo is not an attempt to collect a pre-petition debt. Pursuant to the lease provisions, the CAM and Tax Reconciliations are due upon billing and thus constitute a post-petition claim.

In accordance with the lease terms we have enclosed your estimated CAM, Tax and Insurance payment in the form of additional rent for the calendar year 2023. Please commence new payments upon acceptance of the reconciliation.

In addition, some tenants provide certain services at their own cost and expense (i.e. fire alarm, trash and cardboard) as a result these line items have adjusted pro-rata shares for those services. Please see the accompanying spreadsheet for those items and shares.

If you should have any questions, please contact the undersigned.

Sincerely,
**Mad River Development LLC**

Jim Walsh
jimwalsh@thealtagroup.net

Mad River Development LLC
PO Box 707
Ridgewood, NJ 07451

# INVOICE

| | |
|---|---|
| Date | 5/1/23 |
| Invoice # | 100 |
| For | Prop. Tax |

201-836-4500
201-836-4545 fax

Bill To:
Bed Bath & Beyond
650 Liberty Ave
Union, NJ 07083
Attn: Lease Accounting Department

| DESCRIPTION | AMOUNT |
|---|---|
| Property Tax Invoice for 2022 | |
| Store #1096 | |
| 404 Route 3 West | |
| Clifton, NJ 07014 | |
| Block 72.07 Lot 7.01 | |
| Annual Property Tax:    $ 863,626.05 | |
| Square Footage              24,080 | |
| Pro Rata Share              21.030% | $ 181,620.56 |
| Less Payments Received | $ 168,889.92 |
| 2022 Estimated monthly tax payment    $ 15,135.05 | |
| TOTAL | $ 12,730.64 |

Make all check(s) payable to: Mad River Development LLC
If you have questions concerning this invoice, contact Jim Walsh, 201-836-4500

The information contained herein is certified to be true and accurate.

Mad River Development LLC  
240 Paramus Road  
PO Box 707  
Ridgewood, NJ 07451  

201-836-4500  
201-836-4545 fax  

# INVOICE

| | |
|---|---|
| Date | 5/1/23 |
| Invoice # | 101 |
| For | CAM |

Bill To:  
Bed Bath & Beyond  
650 Liberty Avenue  
Union, NJ 07083  
Attn: Ari Dauti  

| DESCRIPTION | AMOUNT |
|---|---|
| CAM Invoice for 2022 | |
| Store #1096 | |
| 404 Route 3 West | |
| Clifton, NJ 07014 | |
| Total CAM & Insurance for Center    $ 410,576.86 | |
| Annual Pro-Rata CAM:   $ 123,957.47 | |
| CAM Paid                $   94,819.00 | |
| Amount Due                   29,138.47 | $ 29,138.47 |
| Cost per Square foot    $       3.59 | |
| 2023 Estimated monthly CAM payment    $  7,194.99 | |
| TOTAL | $ 29,138.47 |

Make all check(s) payable to: Mad River Development LLC  
If you have questions concerning this invoice, contact Jim Walsh, 201-836-4500  

The information contained herein is certified to be true and accurate.

Bed Bath & Beyond # 1096
Clifton, NJ
2022 CAM Reconciliation

| CAPPED EXPENSES | Billed | Deductions | Audit |
|---|---|---|---|
| Snow | $ 64,033.63 | $ - | $ 64,033.63 |
| Electric | 27,077.72 | - | 27,077.72 |
| Water | 11,483.66 | - | 11,483.66 |
| Insurance |  | - | - |
| Repairs | 43,056.52 | - | 43,056.52 |
| Security | 58,757.27 | - | 58,757.27 |
| Sidewalk | 3,465.31 | - | 3,465.31 |
| Telephone | 3,901.17 | - | 3,901.17 |
| Site Lighting | 3,160.00 | - | 3,160.00 |
| Parking Lot Maintenance |  | - | - |
| Landscaping | 62,010.76 | - | 62,010.76 |
| Site Cleaning | 34,814.11 | - | 34,814.11 |
| Trash * | 50,047.39 | - | 50,047.39 |
| Signage |  | - | - |
| Maintenance Supplies | 5,061.48 | - | 5,061.48 |
| Pest Control | 859.43 | - | 859.43 |
| Compactor Rental * | 7,199.81 | - | 7,199.81 |
| Fire Alarm Maintenance |  | - | - |

| | | |
|---|---|---|
| Subtotal | $ | 374,928.26 |
| Admin Fees (5%) | $ | 16,818.34 |
| Total capped Expenses | $ | 391,746.60 |
| Pro Rata Share 21.03% | $ | 70,148.74 |
| Pro Rata Share 27.73% * | $ | 15,874.65 |
| Total Capped Expenses (per | $ | 86,023.39 |
| 2021 Capped Expenses | $ 100,121.15 | |
| 2022 CAP | $ | 105,127.21  CAP |

Add Increase in Uncapped expenses

| | | |
|---|---|---|
| Snow | $ | 4,835.56 |
| Admin Fee on Snow | $ | 241.78 |
| Electric | $ | (103.64) |
| Water | $ | 1,038.15 |
| Insurance | $ | 12,818.42 |
| | $ | 18,830.26 |
| Total Amount due for the 2022 CAM Rec | $ | 123,957.47 |
| Audit Fee | $ | (250.00) |
| Less Amount paid | $ | (94,569.00) |
| Total Amount due to LL for the 2022 CAM Rec | | $ 29,138.47 |

| | Snow | Electric | Water | Insurance |
|---|---|---|---|---|
| 2008 | $ 41,040.00 | $ 27,570.54 | $ 6,547.15 | $ 59,349.00 |
| 2022 | $ 64,033.63 | $ 27,077.72 | $ 11,483.66 | $ 120,302.00 |
|  | $ 22,993.63 | $ (492.82) | $ 4,936.51 | $ 60,953.00 |
| Pro Rata Share | 21% | 21% | 21% | 21% |
|  | $ 4,835.56 | $ (103.64) | $ 1,038.15 | $ 12,818.42 |

Prepared By R.Vann

Case 23-13359-VFP    Doc 744-2    Filed 06/16/23    Entered 06/16/23 14:26:17    Desc
Exhibit B    Page 6 of 19

12:11 PM
03/07/23
Accrual Basis

# MAD River Development LLC
## Account QuickReport
### January through December 2022

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **6300 Common Area Maintenance** | | | | | | |
| **6301 Repairs** | | | | | | |
| Check | 02/01/2022 | 1145 | Gates Flag & Bann... | 208368 | 1001 Mad Riv... | 469.15 |
| Check | 03/04/2022 | 1182 | Barcia Bros. Fence ... | 6890 | 1001 Mad Riv... | 3,400.00 |
| Check | 04/28/2022 | 1259 | Barcia Bros. Fence ... | 7055 damaged rail entra... | 1001 Mad Riv... | 4,150.00 |
| Check | 08/08/2022 | 1363 | CS Stucco & Plaste... | 18689 | 1001 Mad Riv... | 11,600.00 |
| Check | 08/08/2022 | 1364 | CS Stucco & Plaste... | 18689 | 1001 Mad Riv... | 3,300.00 |
| Check | 08/24/2022 | 1387 | Zoltan Bekefi | Masonry repair | 1001 Mad Riv... | 1,600.00 |
| Check | 09/27/2022 | 1436 | Barcia Bros. Fence ... | 7415 wooden guide rail | 1001 Mad Riv... | 4,080.00 |
| Check | 10/26/2022 | 1462 | Amercian Express | Chair/Astanti | 1001 Mad Riv... | 181.25 |
| Check | 11/03/2022 | 1466 | CertaPro Painters o... | 4099-3817 | 1001 Mad Riv... | 9,089.78 |
| Check | 11/03/2022 | 1468 | Gates Flag & Bann... | New Flag | 1001 Mad Riv... | 486.96 |
| Check | 11/10/2022 | 1488 | CertaPro Painters o... | 4099-3846 | 1001 Mad Riv... | 799.69 |
| Check | 12/08/2022 | 1510 | Gates Flag & Bann... | 212521 winter decorations | 1001 Mad Riv... | 799.69 |
| Check | 12/29/2022 | 1541 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 1,550.00 |
| Check | 12/29/2022 | 1542 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 1,550.00 |
| **Total 6301 Repairs** | | | | | | **43,056.52** |
| **6302 Sidewalks** | | | | | | |
| **6302D Site Lights** | | | | | | |
| Check | 02/01/2022 | 1147 | Ming Electric Inc. | 4309 | 1001 Mad Riv... | 3,160.00 |
| **Total 6302D Site Lights** | | | | | | **3,160.00** |
| **Total 6302 Sidewalks** | | | | | | **3,160.00** |
| **6303 - Security** | | | | | | |
| Check | 01/14/2022 | 1132 | S.E.M. Security Sy... | 103051 | 1001 Mad Riv... | 606.43 |
| Check | 01/17/2022 | 1133 | Canyon Capital Cor... | Nov'21 | 1001 Mad Riv... | 3,003.68 |
| Check | 02/24/2022 | 1171 | Canyon Capital Cor... | Jan'22 | 1001 Mad Riv... | 4,041.10 |
| Check | 03/04/2022 | 1196 | S.E.M. Security Sy... | 103051 | 1001 Mad Riv... | 7,810.64 |
| Check | 03/31/2022 | 1235 | S.E.M. Security Sy... | 103051 | 1001 Mad Riv... | 266.56 |
| Check | 03/31/2022 | 1236 | S.E.M. Security Sy... | 103051 | 1001 Mad Riv... | 221.25 |
| Check | 03/31/2022 | 1242 | Canyon Capital Cor... | Feb'22 | 1001 Mad Riv... | 4,001.99 |
| Check | 04/27/2022 | 1257 | Canyon Capital Cor... | Mar'22 | 1001 Mad Riv... | 6,905.04 |
| Check | 06/21/2022 | 1327 | Canyon Capital Cor... | May'22 | 1001 Mad Riv... | 7,068.84 |
| Check | 07/01/2022 | 1338 | Canyon Capital Cor... | May'22 | 1001 Mad Riv... | 3,907.77 |
| Check | 08/08/2022 | 1373 | Canyon Capital Cor... | Aug'22 | 1001 Mad Riv... | 9,724.68 |
| Check | 09/14/2022 | 1418 | Canyon Capital Cor... | Aug'22 | 1001 Mad Riv... | 3,977.11 |
| Check | 10/13/2022 | 1445 | Canyon Capital Cor... | Sept'22 | 1001 Mad Riv... | 7,222.18 |
| **Total 6303 - Security** | | | | | | **58,757.27** |
| **6390 Utilities** | | | | | | |
| **Electric** | | | | | | |
| Check | 01/10/2022 | 1122 | PSE & G | House | 1001 Mad Riv... | 1,669.22 |
| Check | 01/10/2022 | 1123 | PSE & G | House | 1001 Mad Riv... | 631.48 |
| Check | 02/01/2022 | 1148 | PSE & G | House | 1001 Mad Riv... | 649.17 |
| Check | 02/01/2022 | 1150 | PSE & G | House | 1001 Mad Riv... | 1,705.62 |
| Check | 03/04/2022 | 1192 | PSE & G | House | 1001 Mad Riv... | 575.58 |
| Check | 03/04/2022 | 1193 | PSE & G | House | 1001 Mad Riv... | 1,488.26 |
| Check | 03/31/2022 | 1232 | PSE & G | House | 1001 Mad Riv... | 641.33 |
| Check | 03/31/2022 | 1233 | PSE & G | House | 1001 Mad Riv... | 1,595.78 |
| Check | 04/28/2022 | 1261 | PSE & G | House | 1001 Mad Riv... | 683.98 |
| Check | 04/28/2022 | 1262 | PSE & G | House | 1001 Mad Riv... | 1,779.55 |
| Check | 06/07/2022 | 1304 | PSE & G | House | 1001 Mad Riv... | 1,048.68 |
| Check | 06/07/2022 | 1305 | PSE & G | House | 1001 Mad Riv... | 611.51 |
| Check | 07/01/2022 | 1334 | PSE & G | House | 1001 Mad Riv... | 1,230.22 |
| Check | 07/01/2022 | 1335 | PSE & G | House | 1001 Mad Riv... | 643.55 |
| Check | 08/08/2022 | 1369 | PSE & G | House | 1001 Mad Riv... | 1,261.81 |
| Check | 08/08/2022 | 1370 | PSE & G | House | 1001 Mad Riv... | 516.91 |
| Check | 09/09/2022 | 1403 | PSE & G | House | 1001 Mad Riv... | 1,263.28 |
| Check | 09/09/2022 | 1404 | PSE & G | House | 1001 Mad Riv... | 518.82 |
| Check | 09/27/2022 | 1440 | PSE & G | House | 1001 Mad Riv... | 509.47 |
| Check | 09/27/2022 | 1441 | PSE & G | House | 1001 Mad Riv... | 1,556.73 |
| Check | 11/03/2022 | 1475 | PSE & G | House | 1001 Mad Riv... | 411.88 |
| Check | 11/03/2022 | 1476 | PSE & G | House | 1001 Mad Riv... | 988.21 |
| Check | 12/08/2022 | 1516 | PSE & G | House | 1001 Mad Riv... | 421.79 |
| Check | 12/08/2022 | 1517 | PSE & G | House | 1001 Mad Riv... | 1,081.74 |

12:11 PM  
03/07/23  
Accrual Basis

# MAD RIVER DEVELOPMENT LLC
## Account QuickReport
### January through December 2022

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| Check | 12/29/2022 | 1548 | PSE & G | VOID: | 1001 Mad Riv... | 0.00 |
| Check | 12/29/2022 | 1547 | PSE & G | House | 1001 Mad Riv... | 1,505.33 |
| Check | 12/29/2022 | 1548 | PSE & G | House | 1001 Mad Riv... | 1,505.33 |
| Check | 12/29/2022 | 1549 | PSE & G | House | 1001 Mad Riv... | 582.49 |
| **Total Electric** | | | | | | **27,077.72** |
| **Fireline** | | | | | | |
| Check | 03/04/2022 | 1188 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 1,207.14 |
| Check | 03/04/2022 | 1189 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 1,207.14 |
| Check | 03/11/2022 | 1200 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 1,816.88 |
| Check | 03/11/2022 | 1201 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 1,816.88 |
| Check | 07/25/2022 | 1346 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 609.74 |
| Check | 07/25/2022 | 1348 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 609.74 |
| Check | 09/09/2022 | 1401 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 609.74 |
| Check | 09/09/2022 | 1402 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 609.74 |
| Check | 09/23/2022 | 1427 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 1,219.48 |
| Check | 09/23/2022 | 1428 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 1,219.48 |
| Check | 12/08/2022 | 1512 | Passaic Valley Wat... | 159186 | 1001 Mad Riv... | 609.74 |
| Check | 12/08/2022 | 1513 | Passaic Valley Wat... | 159206 | 1001 Mad Riv... | 609.74 |
| Check | 12/15/2022 | 1533 | Passaic Valley Wat... | 9186 | 1001 Mad Riv... | 609.74 |
| Check | 12/15/2022 | 1534 | Passaic Valley Wat... | 9206 | 1001 Mad Riv... | 1,219.48 |
| **Total Fireline** | | | | | | **13,974.66** |
| **Telephone** | | | | | | |
| Check | 01/25/2022 | 1136 | Spectrotel | Inv: 10691540 | 1001 Mad Riv... | 189.27 |
| Check | 02/17/2022 | 1167 | Verizon | 953-152-153-0001-18 | 1001 Mad Riv... | 142.98 |
| Check | 03/02/2022 | 1179 | Spectrotel | Inv: 10743073 | 1001 Mad Riv... | 189.36 |
| Check | 03/28/2022 | 1216 | Spectrotel | Inv: 10796360 | 1001 Mad Riv... | 189.32 |
| Check | 03/31/2022 | 1238 | Verizon | 953-152-153-0001-18 | 1001 Mad Riv... | 142.98 |
| Check | 04/26/2022 | 1256 | Spectrotel | Inv: 10854560 | 1001 Mad Riv... | 188.33 |
| Check | 04/28/2022 | 1265 | Verizon | 953-152-153-0001-18 | 1001 Mad Riv... | 285.96 |
| Check | 05/24/2022 | 1295 | Spectrotel | 413155/10906916 | 1001 Mad Riv... | 188.17 |
| Check | 06/21/2022 | 1323 | Verizon | 953-152-153-0001-18 | 1001 Mad Riv... | 142.98 |
| Check | 06/21/2022 | 1326 | Spectrotel | 10960538 | 1001 Mad Riv... | 188.08 |
| Check | 07/25/2022 | 1354 | Verizon | 953-152-153-0001-18 | 1001 Mad Riv... | 142.98 |
| Check | 07/26/2022 | 1358 | Spectrotel | 11016117 | 1001 Mad Riv... | 201.38 |
| Check | 08/15/2022 | 1385 | Verizon | 953-152-153-0001-18 | 1001 Mad Riv... | 142.98 |
| Check | 08/24/2022 | 1390 | Spectrotel | 413155 | 1001 Mad Riv... | 200.97 |
| Check | 09/21/2022 | 1420 | Spectrotel | 11130806 | 1001 Mad Riv... | 201.14 |
| Check | 09/23/2022 | 1431 | Verizon | 953-152-153-0001-18 | 1001 Mad Riv... | 142.98 |
| Check | 10/17/2022 | 1456 | Verizon | 953-152-153-0001-18 10... | 1001 Mad Riv... | 142.98 |
| Check | 11/02/2022 | 1464 | Spectrotel | 11186704 | 1001 Mad Riv... | 197.38 |
| Check | 11/22/2022 | 1501 | Spectrotel | 11240866 | 1001 Mad Riv... | 197.61 |
| Check | 11/22/2022 | 1502 | Verizon | 953152153000118 | 1001 Mad Riv... | 142.98 |
| Check | 12/15/2022 | 1535 | Verizon | 953152153000118 | 1001 Mad Riv... | 142.98 |
| Check | 12/28/2022 | 1539 | Spectrotel | 11295278 | 1001 Mad Riv... | 197.38 |
| **Total Telephone** | | | | | | **3,901.17** |
| **Water** | | | | | | |
| Check | 03/04/2022 | 1190 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 262.00 |
| Check | 03/31/2022 | 1229 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 395.89 |
| Check | 06/07/2022 | 1302 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 184.50 |
| Check | 06/21/2022 | 1318 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 134.95 |
| Check | 06/21/2022 | 1319 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 622.08 |
| Check | 06/21/2022 | 1320 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 704.12 |
| Check | 06/21/2022 | 1321 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 622.08 |
| Check | 07/25/2022 | 1347 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 1,399.48 |
| Check | 07/25/2022 | 1349 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 133.89 |
| Check | 08/15/2022 | 1379 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 2,860.74 |
| Check | 08/15/2022 | 1380 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 265.42 |
| Check | 09/23/2022 | 1429 | Passaic Valley Wat... | 0201929159204 | 1001 Mad Riv... | 170.34 |
| Check | 11/03/2022 | 1473 | Passaic Valley Wat... | 0201929159204 #384 | 1001 Mad Riv... | 1,314.94 |
| Check | 11/03/2022 | 1474 | Passaic Valley Wat... | | 1001 Mad Riv... | 131.53 |

12:11 PM
03/07/23
Accrual Basis

# MAD RIVER Development LLC
## Account QuickReport
### January through December 2022

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 11/10/2022 | 1494 | Passaic Valley Wat... | 0201929159204 #384 | 1001 Mad Riv... | 2,016.28 |
| Check | 12/15/2022 | 1532 | Passaic Valley Wat... | | 1001 Mad Riv... | 265.42 |
| **Total Water** | | | | | | **11,483.66** |
| **Total 6390 Utilities** | | | | | | **56,437.21** |
| **6400 Maintenance** | | | | | | |
| **6401 Landscaping** | | | | | | |
| Check | 02/01/2022 | 1151 | Scenic Landscapin... | 0067898-in | 1001 Mad Riv... | 4,131.72 |
| Check | 02/17/2022 | 1165 | Scenic Landscapin... | 0068084-in | 1001 Mad Riv... | 478.75 |
| Check | 03/04/2022 | 1194 | Scenic Landscapin... | 0068084-in | 1001 Mad Riv... | 449.00 |
| Check | 04/28/2022 | 1264 | Scenic Landscapin... | 0068438 | 1001 Mad Riv... | 2,248.01 |
| Check | 05/10/2022 | 1275 | Scenic Landscapin... | 0068469-In | 1001 Mad Riv... | 2,505.69 |
| Check | 05/19/2022 | 1285 | Scenic Landscapin... | 0068551IN | 1001 Mad Riv... | 4,900.00 |
| Check | 05/23/2022 | 1290 | Scenic Landscapin... | 0068588IN | 1001 Mad Riv... | 2,248.01 |
| Check | 05/23/2022 | 1291 | Scenic Landscapin... | 68629IN | 1001 Mad Riv... | 1,236.85 |
| Check | 06/07/2022 | 1306 | Scenic Landscapin... | 0068843IN | 1001 Mad Riv... | 2,248.01 |
| Check | 07/01/2022 | 1333 | Paramount Lawn S... | 20220477 | 1001 Mad Riv... | 2,120.00 |
| Check | 07/25/2022 | 1350 | Scenic Landscapin... | 0069156-IN | 1001 Mad Riv... | 8,396.72 |
| Check | 07/25/2022 | 1351 | Scenic Landscapin... | 02069143-IN | 1001 Mad Riv... | 3,210.00 |
| Check | 07/25/2022 | 1352 | Scenic Landscapin... | 0069106-IN | 1001 Mad Riv... | 2,248.01 |
| Check | 08/15/2022 | 1378 | Paramount Lawn S... | 20220618 | 1001 Mad Riv... | 1,395.00 |
| Check | 08/15/2022 | 1382 | Scenic Landscapin... | 0069395-IN | 1001 Mad Riv... | 2,248.01 |
| Check | 09/09/2022 | 1407 | Scenic Landscapin... | 0069637-IN | 1001 Mad Riv... | 2,248.01 |
| Check | 10/17/2022 | 1452 | Scenic Landscapin... | 0069869-IN | 1001 Mad Riv... | 2,248.01 |
| Check | 10/17/2022 | 1453 | Scenic Landscapin... | 0069955-IN | 1001 Mad Riv... | 1,599.38 |
| Check | 11/03/2022 | 1471 | Live Oak Tree Serv... | 2932 | 1001 Mad Riv... | 1,279.50 |
| Check | 11/03/2022 | 1478 | Scenic Landscapin... | 0070016-IN | 1001 Mad Riv... | 5,731.09 |
| Check | 11/10/2022 | 1496 | Scenic Landscapin... | 00700111-IN | 1001 Mad Riv... | 2,248.01 |
| Check | 12/08/2022 | 1518 | Scenic Landscapin... | 0070386--IN | 1001 Mad Riv... | 2,248.01 |
| Check | 12/29/2022 | 1550 | Scenic Landscapin... | 0070533--IN | 1001 Mad Riv... | 4,344.97 |
| **Total 6401 Landscaping** | | | | | | **62,010.76** |
| **6402 Site Cleaning** | | | | | | |
| Check | 01/10/2022 | 1125 | TSS Facility Services | 107567 | 1001 Mad Riv... | 2,351.08 |
| Check | 02/17/2022 | 1166 | TSS Facility Services | 108232 | 1001 Mad Riv... | 2,351.08 |
| Check | 03/11/2022 | 1202 | TSS Facility Services | 108825 | 1001 Mad Riv... | 2,586.19 |
| Check | 04/14/2022 | 1246 | TSS Facility Services | 109453 | 1001 Mad Riv... | 2,586.19 |
| Check | 05/19/2022 | 1286 | TSS Facility Services | 110023 | 1001 Mad Riv... | 2,351.08 |
| Check | 06/07/2022 | 1308 | TSS Facility Services | 110505 | 1001 Mad Riv... | 1,679.34 |
| Check | 06/21/2022 | 1322 | TSS Facility Services | 110619 | 1001 Mad Riv... | 2,351.08 |
| Check | 07/25/2022 | 1353 | TSS Facility Services | 111185 | 1001 Mad Riv... | 2,351.08 |
| Check | 08/15/2022 | 1384 | TSS Facility Services | 112169 | 1001 Mad Riv... | 2,351.08 |
| Check | 08/15/2022 | 1383 | TSS Facility Services | 111733 | 1001 Mad Riv... | 1,785.97 |
| Check | 09/09/2022 | 1409 | TSS Facility Services | 112375 | 1001 Mad Riv... | 2,351.08 |
| Check | 10/17/2022 | 1455 | TSS Facility Services | 112992 | 1001 Mad Riv... | 2,351.08 |
| Check | 11/10/2022 | 1497 | TSS Facility Services | 113586 | 1001 Mad Riv... | 2,351.08 |
| Check | 12/08/2022 | 1521 | TSS Facility Services | 114092 | 1001 Mad Riv... | 2,665.62 |
| Check | 12/12/2022 | 1528 | TSS Facility Services | 114256 | 1001 Mad Riv... | 2,351.08 |
| **Total 6402 Site Cleaning** | | | | | | **34,814.11** |
| **6403 Trash** | | | | | | |
| Check | 01/10/2022 | 1116 | Direct Waste Servi... | 0001214211 | 1001 Mad Riv... | 980.38 |
| Check | 01/10/2022 | 1117 | Direct Waste Servi... | 0001215005 | 1001 Mad Riv... | 1,714.33 |
| Check | 02/01/2022 | 1143 | Direct Waste Servi... | 0001222526 | 1001 Mad Riv... | 1,465.70 |
| Check | 02/16/2022 | 1158 | Direct Waste Servi... | 0001224069 | 1001 Mad Riv... | 1,121.76 |
| Check | 03/04/2022 | 1183 | Direct Waste Servi... | 0001232413 | 1001 Mad Riv... | 1,612.93 |
| Check | 03/04/2022 | 1184 | Direct Waste Servi... | 0001231664 | 1001 Mad Riv... | 930.66 |
| Check | 03/11/2022 | 1204 | Direct Waste Servi... | 0001220920/1230195/12... | 1001 Mad Riv... | 3,683.87 |
| Check | 03/31/2022 | 1220 | Direct Waste Servi... | 0001241332 | 1001 Mad Riv... | 1,357.47 |
| Check | 03/31/2022 | 1221 | Direct Waste Servi... | 0001240531 | 1001 Mad Riv... | 1,008.66 |
| Check | 05/10/2022 | 1271 | Direct Waste Servi... | 0001249113 | 1001 Mad Riv... | 1,447.86 |
| Check | 05/10/2022 | 1272 | Direct Waste Servi... | 0001250603 | 1001 Mad Riv... | 1,159.92 |
| Check | 05/10/2022 | 1273 | Direct Waste Servi... | 0001243356 | 1001 Mad Riv... | 1,143.35 |
| Check | 05/19/2022 | 1282 | Direct Waste Servi... | 0001257364 | 1001 Mad Riv... | 1,931.32 |
| Check | 05/23/2022 | 1289 | Direct Waste Servi... | 0001258115 | 1001 Mad Riv... | 934.95 |
| Check | 06/07/2022 | 1300 | Direct Waste Servi... | 0001259713 | 1001 Mad Riv... | 2,125.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12:11 PM | | | **Mad River Development LLC** | | | |
| 03/07/23 | | | **Account QuickReport** | | | |
| Accrual Basis | | | January through December 2022 | | | |

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 06/21/2022 | 1316 | Direct Waste Servi... | 0001267164 | 1001 Mad Riv... | 1,296.25 |
| Check | 07/01/2022 | 1330 | Direct Waste Servi... | VOID: | 1001 Mad Riv... | 0.00 |
| Check | 07/25/2022 | 1341 | Direct Waste Servi... | 0001268693 | 1001 Mad Riv... | 2,082.82 |
| Check | 07/25/2022 | 1342 | Direct Waste Servi... | 0001271200 | 1001 Mad Riv... | 1,237.47 |
| Check | 07/25/2022 | 1343 | Direct Waste Servi... | 0001276416 | 1001 Mad Riv... | 1,823.47 |
| Check | 08/08/2022 | 1365 | Direct Waste Servi... | 0001280138 | 1001 Mad Riv... | 2,783.26 |
| Check | 08/08/2022 | 1366 | Direct Waste Servi... | 0001277974 | 1001 Mad Riv... | 1,464.92 |
| Check | 09/09/2022 | 1397 | Direct Waste Servi... | 001285824 | 1001 Mad Riv... | 1,201.80 |
| Check | 09/09/2022 | 1398 | Direct Waste Servi... | 0001287425 | 1001 Mad Riv... | 1,478.51 |
| Check | 09/09/2022 | 1399 | Direct Waste Servi... | 0001293693 | 1001 Mad Riv... | 1,206.67 |
| Check | 09/23/2022 | 1422 | Direct Waste Servi... | 0001290653 | 1001 Mad Riv... | 495.10 |
| Check | 09/23/2022 | 1423 | Direct Waste Servi... | 0001296553 | 1001 Mad Riv... | 564.83 |
| Check | 09/27/2022 | 1437 | Direct Waste Servi... | 0001297323 | 1001 Mad Riv... | 1,275.41 |
| Check | 10/17/2022 | 1448 | Direct Waste Servi... | 0001304360 | 1001 Mad Riv... | 1,612.33 |
| Check | 11/03/2022 | 1467 | Direct Waste Servi... | 0001305922 | 1001 Mad Riv... | 1,936.03 |
| Check | 11/10/2022 | 1489 | Direct Waste Servi... | 0001312991 | 1001 Mad Riv... | 1,683.50 |
| Check | 12/08/2022 | 1506 | Direct Waste Servi... | 0001315343 | 1001 Mad Riv... | 1,303.25 |
| Check | 12/08/2022 | 1507 | Direct Waste Servi... | 001314559 | 1001 Mad Riv... | 1,278.34 |
| Check | 12/12/2022 | 1524 | Direct Waste Servi... | 0001320626 | 1001 Mad Riv... | 188.34 |
| Check | 12/15/2022 | 1530 | Direct Waste Servi... | | 1001 Mad Riv... | 1,430.43 |
| Check | 12/29/2022 | 1540 | Direct Waste Servi... | 0001327578 | 1001 Mad Riv... | 1,085.78 |
| **Total 6403 Trash** | | | | | | **50,047.39** |
| **6405 Pest Control** | | | | | | |
| Check | 01/10/2022 | 1118 | Force Termite & Pe... | 181067 | 1001 Mad Riv... | 66.11 |
| Check | 02/16/2022 | 1161 | Force Termite & Pe... | 181455 | 1001 Mad Riv... | 66.11 |
| Check | 03/31/2022 | 1222 | Force Termite & Pe... | 181810 | 1001 Mad Riv... | 66.11 |
| Check | 04/14/2022 | 1243 | Force Termite & Pe... | 182178 | 1001 Mad Riv... | 66.11 |
| Check | 05/19/2022 | 1284 | Force Termite & Pe... | 182653 | 1001 Mad Riv... | 66.11 |
| Check | 07/01/2022 | 1331 | Force Termite & Pe... | 183277 | 1001 Mad Riv... | 66.11 |
| Check | 07/25/2022 | 1344 | Force Termite & Pe... | 183897 | 1001 Mad Riv... | 66.11 |
| Check | 08/15/2022 | 1376 | Force Termite & Pe... | 184489 | 1001 Mad Riv... | 132.22 |
| Check | 09/23/2022 | 1424 | Force Termite & Pe... | 185624 | 1001 Mad Riv... | 66.11 |
| Check | 10/17/2022 | 1450 | Force Termite & Pe... | 186143 | 1001 Mad Riv... | 66.11 |
| Check | 11/10/2022 | 1491 | Force Termite & Pe... | 186603 | 1001 Mad Riv... | 66.11 |
| Check | 12/08/2022 | 1509 | Force Termite & Pe... | 187005 | 1001 Mad Riv... | 66.11 |
| **Total 6405 Pest Control** | | | | | | **859.43** |
| **6407 Maintenance Supplies** | | | | | | |
| Check | 03/09/2022 | 1198 | Home Depot | | 1001 Mad Riv... | 26.78 |
| Check | 04/28/2022 | 1260 | Imperial Dade | 10825491 | 1001 Mad Riv... | 815.14 |
| Check | 05/10/2022 | 1274 | Imperial Dade | 10868328 | 1001 Mad Riv... | 305.29 |
| Check | 06/15/2022 | 1313 | Home Depot | | 1001 Mad Riv... | 189.74 |
| Check | 08/08/2022 | 1361 | Capital One | JW 7537 | 1001 Mad Riv... | 2,040.30 |
| Check | 08/24/2022 | 1388 | Capital One | JW 7537 | 1001 Mad Riv... | 135.61 |
| Check | 09/07/2022 | 1394 | Home Depot | 601582 | 1001 Mad Riv... | 55.32 |
| Check | 11/03/2022 | 1469 | Imperial Dade | 12155811 | 1001 Mad Riv... | 747.89 |
| Check | 11/10/2022 | 1492 | Imperial Dade | 12205412 | 1001 Mad Riv... | 346.87 |
| Check | 12/12/2022 | 1523 | Home Depot | 6035322534601582 | 1001 Mad Riv... | 398.54 |
| **Total 6407 Maintenance Supplies** | | | | | | **5,061.48** |
| **6408 Compactor Rental** | | | | | | |
| Check | 01/10/2022 | 1127 | Equipment Resourc... | 37730 | 1001 Mad Riv... | 570.44 |
| Check | 02/16/2022 | 1159 | Eagle Equipment C... | 103380 | 1001 Mad Riv... | 354.53 |
| Check | 03/09/2022 | 1197 | Equipment Resourc... | 37895 | 1001 Mad Riv... | 570.44 |
| Check | 03/31/2022 | 1239 | Equipment Resourc... | 38060 | 1001 Mad Riv... | 570.44 |
| Check | 04/14/2022 | 1247 | Equipment Resourc... | 38225 | 1001 Mad Riv... | 570.44 |
| Check | 05/23/2022 | 1292 | Equipment Resourc... | 38391 | 1001 Mad Riv... | 570.44 |
| Check | 07/01/2022 | 1337 | Equipment Resourc... | 38560 | 1001 Mad Riv... | 570.44 |
| Check | 07/25/2022 | 1356 | Equipment Resourc... | 38725 | 1001 Mad Riv... | 570.44 |
| Check | 09/09/2022 | 1412 | Equipment Resourc... | 38898 | 1001 Mad Riv... | 570.44 |
| Check | 09/23/2022 | 1432 | Equipment Resourc... | 39066 | 1001 Mad Riv... | 570.44 |
| Check | 11/03/2022 | 1482 | Equipment Resourc... | 39235 | 1001 Mad Riv... | 570.44 |

12:11 PM
03/07/23
Accrual Basis

# Mad River Development LLC
## Account QuickReport
### January through December 2022

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| Check | 11/22/2022 | 1503 | Equipment Resourc... | 39406 | 1001 Mad Riv... | 570.44 |
| Check | 12/29/2022 | 1552 | Equipment Resourc... | 39573 | 1001 Mad Riv... | 570.44 |
| Total 6408 Compactor Rental | | | | | | 7,199.81 |
| **6409 Snow Removal** | | | | | | |
| Check | 01/18/2022 | 1134 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 15,705.85 |
| Check | 01/24/2022 | 1135 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 9,383.01 |
| Check | 02/01/2022 | 1144 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 1,332.81 |
| Check | 02/16/2022 | 1162 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 18,494.10 |
| Check | 03/04/2022 | 1185 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 3,923.80 |
| Check | 03/31/2022 | 1223 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 1,961.90 |
| Check | 03/31/2022 | 1224 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 9,937.45 |
| Check | 03/31/2022 | 1225 | Gallen Contracting,... | 12172069 | 1001 Mad Riv... | 3,294.71 |
| Total 6409 Snow Removal | | | | | | 64,033.63 |
| **6410 Fire Alarm Maintenance** | | | | | | |
| Check | 01/10/2022 | 1115 | Affordable Fire Prot... | 2020-0792 | 1001 Mad Riv... | 2,103.18 |
| Check | 03/31/2022 | 1230 | Prestige Security S... | R2180 | 1001 Mad Riv... | 639.75 |
| Check | 03/31/2022 | 1231 | Prestige Security S... | R2180 | 1001 Mad Riv... | 639.75 |
| Check | 08/15/2022 | 1381 | Prestige Security S... | R2180 | 1001 Mad Riv... | 1,967.23 |
| Check | 09/23/2022 | 1430 | Prestige Security S... | R2180 | 1001 Mad Riv... | 101.29 |
| Check | 12/12/2022 | 1527 | Prestige Security S... | R2180 | 1001 Mad Riv... | 2,303.63 |
| Total 6410 Fire Alarm Maintenance | | | | | | 7,754.83 |
| **6411 Cardboard** | | | | | | |
| Check | 05/19/2022 | 1283 | Direct Waste Servi... | 0001253145 | 1001 Mad Riv... | 1,482.57 |
| Check | 10/17/2022 | 1449 | Direct Waste Servi... | 0001299929 | 1001 Mad Riv... | 2,440.79 |
| Check | 12/15/2022 | 1531 | Direct Waste Servi... | | 1001 Mad Riv... | 2,440.79 |
| Total 6411 Cardboard | | | | | | 6,364.15 |
| Total 6400 Maintenance | | | | | | 238,145.59 |
| Total 6300 Common Area Maintenance | | | | | | 399,556.59 |
| **TOTAL** | | | | | | **399,556.59** |

**MAD RIVER DEVELOPMENT LLC**
TAX ACCOUNT
January - December 2022

**6600-Taxes**
    **Property Taxes**

| Date | | Amount |
|---|---|---|
| 2/8/2022 | $ | 207,020.71 |
| 5/4/2022 | $ | 207,020.69 |
| 8/1/2022 | $ | 209,667.54 |
| 10/26/2022 | $ | 239,917.11 |
| Sub-Total | $ | 863,626.05 |
| | | |
| **Total Taxes** | $ | 863,626.05 |

```
All information provided herein is subject to verification by the Tax Collector
                      PROPERTY TAX RECORD CITY OF CLIFTON
                   Page  1    Tue Feb 14 09:22:55 EST 2023
```

### Property Information

```
               Block : 72.07      Lot: 7.01     Qualification :        Deductions:
Tax Account Number : 219340                                            Senior:          0
         Dimension : 22.19 ACRES                                       Vet    :         0
 Property location : 390 RTE 3                                         Widow  :         0
    Property Class : 4A                                                Survivor:        0
         Bank code :                  RAM TAX LIEN FUND LP             Disabled:        0
Building Descript : RETAIL CENTER                                      Deduction amount:  0.00
   Additional lots :
```

### Owner Information

```
            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
            XXXXXXXXXXXXXXXXXXXXXXXXXX
            XXXXXXXXXXXXXX  XX XXXXX
```

### Property Tax Information

```
2021 Net Tax :    828,082.79                                  Land value:        5,247,900
2022 Net Tax :    863,626.05                           Improvement value:        9,876,900
2022 Total Tax:   863,626.05                           Net taxable value:       15,124,800

Special Tax codes :                    Special Tax Amount :          0.00
```

### Tax Lien Information: 2022

```
Lien Type : Subequent payment
Lien held by : RAM TAX LIEN FUND LP       Type    Cert #    Sale Date   Sale Amount    Prem Rec
               P.O. BOX 8401              SUB    2021-255   10/13/22      2,517.22         0.00
               CAROL STREAM, IL 60197

                                         Inter Rate   Int Accrued   Redem Rate   Redem Costs   Other Fees   Total Due
Amount required to redeem on  2/07/23       0.18         143.48         0.00         0.00         0.00         0.00
Payment recieved on          11/10/22   In the amount of   2,660.70

For informational purposes only! Total Due shown may not be accurate.
Lien payoffs MUST be confirmed with the Tax Office.
```

### Tax Quarter History: 2022

```
           Due Feb. 1st    Due May 1st    Due Aug. 1st    Due Nov. 1st
           1st Quarter     2nd Quarter    3rd Quarter     4th Quarter     1/2 next yr
Tax Due:   207,020.71      207,020.69     209,667.54      239,917.11      431,813.02
Tax Paid:  207,020.71-     207,020.69-    209,667.54-     239,917.11-          0.00

Balance:         0.00            0.00           0.00            0.00      431,813.02
NOTE: NOTES
```

### 2022 Balance Summary

```
Totals Due:   863,626.05   Paid :   863,626.05   Adjust:    0.00   Bal:   0.00
```

All information provided herein is subject to verification by the Tax Collector
PROPERTY TAX RECORD CITY OF CLIFTON
Page 2  Tue Feb 14 09:22:55 EST 2023

## Tax Lien Information: 2021

Lien Type : Subsequent payment
Lien held by : RAM TAX LIEN FUND LP
P.O. BOX 8401
CAROL STREAM, IL 60197

| Type | Cert # | Sale Date | Sale Amount | Prem Rec |
|---|---|---|---|---|
| SUB | 2021-255 | 12/16/21 | 1,672.90 | 0.00 |

| | Inter Rate | Int Accrued | Redem Rate | Redem Costs | Other Fees | Total Due |
|---|---|---|---|---|---|---|
| Amount required to rediem on 2/07/23 | 0.18 | 343.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payment recieved on 11/10/22 In the amount of | 2,016.68 | | | | | |

For informational purposes only! Total Due shown may not be accurate.
Lien payoffs MUST be confirmed with the Tax Office.

### Tax Quarter History: 2021

| | Due Feb. 1st 1st Quarter | Due May 1st 2nd Quarter | Due Aug. 1st 3rd Quarter | Due Nov. 1st 4th Quarter | 1/2 next yr |
|---|---|---|---|---|---|
| Tax Due: | 207,701.32 | 207,701.30 | 207,701.32 | 204,978.85 | 414,041.39 |
| Tax Paid: | 207,701.32- | 207,701.30- | 207,701.32- | 204,978.85- | 0.00 |
| Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 414,041.39 |

NOTE: Corelogic Commercial Division (ee)

### 2021 Balance Summary

Totals Due: 828,082.79  Paid : 828,082.79  Adjust: 0.00  Bal: 0.00

## Tax Lien Information: 2020

Lien Type : Outside holder
Lien held by : RAM TAX LIEN FUND LP
P.O. BOX 8401
CAROL STREAM, IL 60197

| Type | Cert # | Sale Date | Sale Amount | Prem Rec |
|---|---|---|---|---|
| OTS | 2021-255 | 11/18/21 | 3,170.16 | 14,100.00 |

| | Inter Rate | Int Accrued | Redem Rate | Redem Costs | Other Fees | Total Due |
|---|---|---|---|---|---|---|
| Amount required to rediem on 2/07/23 | 0.00 | 0.00 | 0.02 | 63.40 | 67.00 | 0.00 |
| Payment recieved on 11/10/22 In the amount of | 3,300.56 | | | | | |

For informational purposes only! Total Due shown may not be accurate.
Lien payoffs MUST be confirmed with the Tax Office.

### Tax Quarter History: 2020

| | Due Feb. 1st 1st Quarter | Due May 1st 2nd Quarter | Due Aug. 1st 3rd Quarter | Due Nov. 1st 4th Quarter | 1/2 next yr |
|---|---|---|---|---|---|
| Tax Due: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Paid: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

NOTE: Corelogic Commercial Division (ee)

### 2020 Balance Summary

Totals Due: 0.00  Paid : 0.00  Adjust: 0.00  Bal: 0.00

All information provided herein is subject to verification by the Tax Collector
PROPERTY TAX RECORD CITY OF CLIFTON
Page   3    Tue Feb 14 09:22:55 EST 2023

## Transaction History

| Tax Year | Tax Due | Tax Paid | Interest | Date Paid | Total Paid | Dep# |
|---|---|---|---|---|---|---|
| **2020 Tax Year** | | | | | | |
| Bal Forward | 0.00 | | | | | |
| 1st Quarter | 0.00 | | | | | |
| 2nd Quarter | 0.00 | | | | | |
| 3rd Quarter | 0.00 | | | | | |
| 4th Quarter | 0.00 | | | | | |
| **Ending Bal** | 0.00 | | | | | |
| | | | | | | |
| **2021 Tax Year** | | | | | | |
| Bal Forward | 0.00 | | | | | |
| 1st Quarter | 207,701.32 | 207,701.32 | 0.00 | 2/05/21 | 207,701.32 | 82 |
| 2nd Quarter | 207,701.30 | 207,701.30 | 0.00 | 5/04/21 | 207,701.30 | 319 |
| 3rd Quarter | 207,701.32 | 207,701.32 | 0.00 | 8/04/21 | 207,701.32 | 605 |
| 4th Quarter | 204,978.85 | 204,978.85 | 0.00 | 11/08/21 | 204,978.85 | 939 |
| **Ending Bal** | 0.00 | | | | | |
| | | | | | | |
| **2022 Tax Year** | | | | | | |
| Bal Forward | 0.00 | | | | | |
| 1st Quarter | 207,020.71 | 207,020.71 | 0.00 | 2/08/22 | 207,020.71 | 117 |
| 2nd Quarter | 207,020.69 | 207,020.69 | 0.00 | 5/04/22 | 207,020.69 | 434 |
| 3rd Quarter | 209,667.54 | 209,667.54 | 0.00 | 8/01/22 | 209,667.54 | 779 |
| 4th Quarter | 239,917.11 | 239,917.11 | 0.00 | 10/26/22 | 239,917.11 | 1124 |
| **Ending Bal** | 0.00 | | | | | |

## (219340-AAAAAB(

Summary of Transactions for All Years Listed Above By Dates:

| mode | paid | tax | int | date |
|---|---|---|---|---|
| | 207,020.71 | 207,020.71 | | 2/08/22 |
| | 207,020.69 | 207,020.69 | | 5/04/22 |
| | 209,667.54 | 209,667.54 | | 8/01/22 |
| | 239,917.11 | 239,917.11 | | 10/26/22 |
| | 207,701.32 | 207,701.32 | | 2/05/21 |
| | 207,701.30 | 207,701.30 | | 5/04/21 |
| | 207,701.32 | 207,701.32 | | 8/04/21 |
| | 204,978.85 | 204,978.85 | | 11/08/21 |

**MAD RIVER DEVELOPMENT LLC**
**INSURANCE ACCOUNT**
January through December 2022

**6380-Insurance**
    **Liability Insurance**

| Date | Type | Amount |
|---|---|---|
| 2/20/2022 | Property | $ 107,735.00 |
| 12/6/2022 | Flood | $ 12,100.00 |
| 11/24/2022 | Terrorism | $ 467.00 |

    **Total Liablility Insurance**　　　　$ 120,302.00

**THE HARTFORD**

Billing Company:
Hartford Fire Insurance Company

Insurance Bill                    Page 1

Bill Date: 01/31/22

## Pay The Minimum By The Due Date

| Bill Account Number | 11865206 |
|---|---|
| Due Date | 02/20/22 |
| Minimum Due | $107,735.00 |
| Balance | $107,735.00 |

## Your Upcoming Bill Installments

| Due Date | Minimum Due |
|---|---|
| 02/20/22 | $107,735.00 |

### Need Help?

Visit **business.thehartford.com** to pay bills, view policy documents, get certificates, and more.

Talk to us online using live chat, or call us at 1-866-467-8730 weekdays from 8:00 AM to 8:00 PM ET.

**Named Insured:** MAD RIVER DEVELOPMENT LLC
**Agent:** SEEMAN HOLTZ PROP AND CAS LLC
**Agent Phone Number:** 1-201-794-7200
For policy changes please contact your agent.

## Important Messages:

- If you didn't intend to buy or renew this policy, let us know as soon as possible.
- When your policy renews, your installment fee will be $8. You can avoid installment fees when you pay in full.
- Please make sure to pay the minimum due by the due date on your invoice. Otherwise, you'll be charged a $35.00 late fee.

## Billing Details For Your Policies

| Policy Number | Policy Type | Policy Period | Policy Status | Bill Plan | Balance | Minimum Due |
|---|---|---|---|---|---|---|
| 13RHUJV2994 | Umbrella | 01/29/22-01/29/23 | Down Payment Billing | Full Pay | $20,163.00 | $20,163.00 |
| 13UUNVU1405 | Business Owners | 01/29/22-01/29/23 | Down Payment Billing | Full Pay | $87,572.00 | $87,572.00 |
| | | | | TOTALS | $107,735.00 | $107,735.00 |

---

Pay your bill online at business.thehartford.com. Make a one-time payment, or sign up for Autopay and never worry about missing a payment.

Please detach here and insert with your payment. Write the account number on the check and make payable to The Hartford.

Account Number: 11865206

Amount Enclosed: _____

| Payment Due Date | 02/20/22 |
|---|---|
| Minimum Due | $107,735.00 |
| Balance | $107,735.00 |

Mail Payments To:

The Hartford
P O Box 660916
Dallas, TX 75266-0916

5430
MAD RIVER DEVELOPMENT LLC
T/A RIVER FRONT CENTER
PO BOX 309
TEANECK, NJ 07666

131186520657659038000107735000010773500810009

10368774 01/31/22 29 13 1186520607 NU57

Case 23-13359-VFP    Doc 744-2    Filed 06/16/23    Entered 06/16/23 14:26:17    Desc
Exhibit B    Page 17 of 19

## Transactions And Other Charges Since Your Last Bill

| Transaction Date | Transaction Detail | Policy Number | Policy Type | Payments and Activity | Billing Fees |
|---|---|---|---|---|---|
| 03/10/21 | Payment Received | | | -$102,019.00 | |
| 03/10/21 | Late Fee Reversed | | | -$10.00 | |
| 01/31/22 | Renewal | 13UUNVU1405 | Business Owners | $87,572.00 | |
| | Renewal Premium: $87,050.00 | | | | |
| | NJPLIGA: $522.00 | | | | |
| 01/31/22 | Renewal | 13RHUJV2994 | Umbrella | $20,163.00 | |
| | Renewal Premium: $20,043.00 | | | | |
| | NJPLIGA: $120.00 | | | | |

*Payments and Activity amount may include premium and surcharges/fees. Please see the Transaction Detail column for complete breakdown.*

## Ways To Pay Your Bill

- **Pay online** at business.thehartford.com. Some policies may not be available in our automated system.
- **Set up AutoPay** to make automatic payments from your bank account. Never worry about missing a payment. Enroll at business.thehartford.com.
- **Pay by phone** with a one-time payment from your bank account. Call our automated system at 1-866-467-8730. Some policies may not be available in our automated system.
- **Pay by mail** with the enclosed envelope. Include only your bill stub and payment. Allow atleast 10 days for delivery. If you have other correspondence to send, do not send it with your payment. Mail it separately to: The Hartford, 301 Woods Park Drive, Clinton, NY 13323.
- To mail **Overnight/Express** payments, send payments only to: Deluxe - The Hartford Box #916, 3000 Kellway Drive Suite 120, Carrollton, TX 75006.

## Payment Rules And Bill Definitions

**Payment Application:** We will apply payments received in the following order:
- Past due and audit premium on expired or canceled policies
- Past due premium on active policies
- Past due fees, then
- Current account changes

Alternate payment instructions with your check will not be honored. When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic transfer from your bank account or process your payment as a check transaction.

**Installment Fee:** We charge this fee with each installment, except where prohibited by law.
**Late Fee:** You will be charged $35.00 when the minimum amount due isn't paid by the due date.
**New Fees:** The total of all fees assessed on the current bill.

Geisenheimer Insurance Agency
A Div of SHPC LLC
299 Market Street, Suite 145
Saddle Brook, NJ 07663
Phone: 201-794-7200   Fax: 201-291-9800

| INVOICE N O28111 | | Page 1 |
|---|---|---|
| ACCOUNT NO.  OP | | DATE |
| RIVER-8    AS | | 12/05/2022 |
| Excess Flood | | |
| POLICY # | | LOAN # |
| PXOOP000126000000-05 | | |
| COMPANY | | |
| Philadelphia Insurance Co | | |
| PRODUCER | | |
| Alan Geisenheimer | | |
| EFFECTIVE   EXPIRATION | | BALANCE DUE ON |
| 12/08/2021   12/08/2022 | | 12/05/2022 |
| AMOUNT PAID | | AMOUNT DUE |
| | | $12,100.00 |

River Front Center
P.O. Box 707
Ridgewood, NJ 07451-0707

| Itm # | Due Date | Trn | Type | Description | Amount |
|---|---|---|---|---|---|
| 911032 | 12/05/22 | MEM | EFLD | Renewal Excess Flood for Bldg | $11,500.00 |
| 911033 | 12/05/22 | MEM | EFLD | NJ Tax and Co fee for ExcFlood | $600.00 |
| | | | | Invoice Balance: | $12,100.00 |

Please email or fax the front of your check to our
office and we will deposit. No need to mail.    Thank you!

**ACCOUNT OF:**

MAD RIVER DEVELOPMENT LLC T/A
RIVER FRONT CENTER
PO BOX 707C / O CANYON CAPITAL
RIDGEWOOD NJ  07451

**COMPANY     ACCOUNT**

01    800518810

AGENT CODE: 2920285
TELEPHONE: (201) 794-7200
SEEMAN HOLTZ PROPERTY & CASUALTY, LLC
299 MARKET ST STE 200
SADDLE BROOK NJ  07663-5316

Please be advised that this is second notification of balance due. Our records indicate that the amount due as indicated has not been paid. If the balance is still unpaid after 15 days, the account may be placed in collections.

If payment has been sent, please disregard this notice.

Customer Accounting - Direct Bill

| POLICY NUMBER | PREMIUM/FEES | AUDIT ADJUSTMENT/ CANCEL CREDIT | CREDITS/ PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| XWS58189837 | 831.00 | | 364.00- | 467.00 |
| ACCOUNT SUMMARY | 831.00 | | 364.00- | 467.00 |

**STATEMENT ISSUED TO:**

MAD RIVER DEVELOPMENT LLC T/A
RIVER FRONT CENTER
PO BOX 707C / O CANYON CAPITAL
RIDGEWOOD NJ  07451

To pay your outstanding balance or for billing inquiries, please visit: mybusinessonline.libertymutual.com or call 866-290-2920.

114311