|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Jay L. Lubetkin<br>*Counsel to Mad River Development LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>　　　　　　　　　　　Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Rachel Gaydos:

    ☐ represent _____ in the above-captioned matter.

    ☒ I am the secretary/paralegal for Jay L. Lubetkin, Esq., who represents Mad River Development LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On June 16, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Objection of Mad River Development LLC to the Proposed Cure Amount Identified by Debtors in the Notice Constituting Document 714 Respecting Lease Between Bed Bath & Beyond Inc. and Mad River Development LLC.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:　　June 16, 2023　　　　　　　　　　　/s/ Rachel Gaydos
　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022 | Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | Co–Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 | Counsel to the DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Robert J. Feinstein, Esq.<br>Alan J. Kornfeld, Esq.<br>Beth E. Levine, Esq.<br>Colin R. Robinson, Esq.<br>Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Counsel to Creditors Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other:     ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Robert Malone, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Creditors Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other:     ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

3