**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF EXTENSION OF DATES AND DEADLINES**
**RELATED TO THE DEBTORS' LEASE SALE PROCEDURES**

**PLEASE TAKE NOTICE** that on May 3, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Establishing Procedures to Sell Certain Leases, and (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* [Docket No. 193] (the "Lease Sales Procedures Motion").[2]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Capitalized terms used herein but not otherwise defined shall have meanings ascribed to them in the Lease Sales Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that on May 22, 2023, the Court entered the *Order (I) Establishing Procedures to Sell Certain Leases, and (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* [Docket No. 422] (the "Lease Sales Procedures Order"). The approved bidding procedures (the "Lease Sales Procedures") were attached as Exhibit 1 to the Lease Sales Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Lease Sales Procedures Order, the Debtors, in consultation with the Consultation Parties, are authorized to adjourn certain dates and deadlines relating to the Lease Sale Auctions upon notice to the Court. Given the need for additional time to ensure the most value maximizing transaction is achieved, and in accordance with the Lease Sales Procedures Order and following consultation with the Consultation Parties, the Debtors have adjourned certain dates and deadlines thereunder. The Debtors reserve their rights to further modify the Lease Sales Procedures or adjourn other dates and deadlines pursuant to the Lease Sales Procedures Order in their reasonable business judgment, after consultation with the Consultation Parties, in a manner consistent with the exercise of their fiduciary duties, and in any manner that will best promote the goals of the Lease Sales Procedures. The Debtors have adjourned certain dates and deadlines relating to the Phase 1 Lease Auction pursuant to the Lease Sales Procedures as follows:

**Lease Sale Timeline**

| Action | Description | Previous Deadline | New Deadline |
|---|---|---|---|
| Phase 1 Stalking Horse Deadline | The deadline by which the Debtors, in consultation with the Consultation Parties, may choose a Stalking Horse Bidder with respect to the Phase 1 Lease Sale Process. | June 16, 2023, at 5:00 p.m., prevailing Eastern Time | **June 20, 2023 at 5:00 p.m., prevailing Eastern Time** |

| Action | Description | Previous Deadline | New Deadline |
|---|---|---|---|
| Phase 1 Bid Deadline | The deadline by which all binding Bids with respect to the Phase 1 Lease Sale Process must be actually received. | June 22, 2023, at 5:00 p.m., prevailing Eastern Time | **Unchanged** |
| Notice of Phase 1 Qualified Bids | The deadline by which the Debtors shall notify the Bidders for Lease Assets with respect to the Phase 1 Lease Sale Process whether their Bids are Qualified Bids. | June 24, 2023, at 5:00 p.m., prevailing Eastern Time | **Unchanged** |
| Phase 1 Lease Auction | The date and time by which the Auction with respect to the Phase 1 Lease Sale Process, if one is needed, will be held at the offices of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York, 10022. | June 26, 2023, at 5:00 p.m., prevailing Eastern Time | **Unchanged** |
| File Phase 1 Assumption and Assignment Notice | The deadline by which the Debtors shall file an Assignment and Assumption Notice with respect to contracts to be assumed in connection with any proposed Phase 1 Lease Sales. | June 30, 2023, at 5:00 p.m., prevailing Eastern Time | **Unchanged** |
| Phase 1 Lease Sale Objection Deadline | The deadline to object to a sale of any Phase 1 Lease Sale. | July 11, 2023, at 5:00 p.m., prevailing Eastern Time | **Unchanged** |
| Phase 1 Assumption Objection Deadline | If applicable, the deadline to object to the proposed assumption and assignment and/or the Successful Bidder's proposed form of adequate assurance of future performance with respect to Lease Assets proposed to be sold or transferred pursuant to a Phase 1 Lease Sale. | July 11, 2023, at 5:00 p.m., prevailing Eastern Time | **Unchanged** |
| Phase 1 Lease Sale Hearing | The hearing before the Court to consider approval of any proposed Phase 1 Lease Sales. | July 18, 2023, at 2:30 p.m., prevailing Eastern Time | **Unchanged** |

The Debtors believe these adjournments are appropriate and necessary to evaluate potential Stalking Horse Bidders without delaying the other dates and deadlines relating to the Phase 1 Lease Auction.

3

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Lease Sales Procedures Order, the Debtors have consulted with the Consultation Parties, all of whom are supportive of this modest extension.

**PLEASE TAKE FURTHER NOTICE** that copies of any pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Kroll at http://www.cases.kroll.com/bbby.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Dated: June 16, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:       msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:       joshua.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and
Debtors in Possession*