Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, New Jersey 07631-3507
Telephone Number (201) 871-1333
Telecopier Number (201) 871-3161
*Counsel to Creditor*, 101 & Scottsdale, LLC c/o Yam Properties
By: John O'Boyle, Esq. (JO 6337)

|  |  |
|---|---|
| In Re:<br><br>**BED BATH and BEYOND INC. et al**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 11<br><br>Case No. 23-13359 VFP |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

The undersigned attorney for the above-captioned creditor hereby notices his appearance and requests service of all notices, pleadings, and other documents pursuant to the Federal Rules of Bankruptcy Procedure.

Please serve all notices, regardless of form, on:

**Norgaard, O'Boyle & Hannon**
**184 Grand Avenue**
**Englewood, New Jersey 07631-3507**

Nothing herein shall relieve any party from service required by due process of law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Rules of practice. This demand requires additional notice and does not alter or modify the responsibility of any entity to provide notice and/or service otherwise required.

                                            Norgaard, O'Boyle & Hannon
                                            Counsel to Creditor, 101 & Scottsdale, LLC c/o Yam Properties


                                            By   /s/ John O'Boyle, Esq.
                                                John O'Boyle, Esq.

Dated: June 19, 2023