**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AMENDMENT OF DATES AND DEADLINES
RELATED TO THE DEBTORS' BIDDING PROCEDURES**

**PLEASE TAKE NOTICE** that on April 25, 2023, the Court entered the *Order (I) Approving the Auction and Bidding Procedures, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 92] (the "Bidding Procedures Order").[2] The

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Capitalized terms used herein but not otherwise defined shall have meanings ascribed to them in the Debtors' motion to approve the Bidding Procedures Order [Docket No. 29] (the "Bidding Procedures Motion").

approved bidding procedures (the "Bidding Procedures") were attached as Exhibit 1 to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on May 18, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a *Notice of Extension of Dates and Deadlines Related to the Debtors' Bidding Procedures* [Docket No. 392] extending certain dates and deadlines relating to the Bidding Procedures, which were further extended at Docket Nos. 597, 665, and 692.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the *Notice of Further Extension of Dates and Deadlines Related to the Debtors' Bidding Procedures* [Docket No. 692], **the Auction of all Assets other than buybuy BABY Assets[3] will proceed as scheduled on June 21, 2023, at 10:00 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, have scheduled a separate Auction for the buybuy BABY Assets in accordance with the terms hereof, to occur on June 28, 2023, at 10:00 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors reserve the right to modify the Sale Schedule and Auction date in consultation with the Consultation Parties and upon notice to the Court. Given the need for additional time to ensure the most value maximizing transaction is achieved, and in accordance with the Bidding Procedures Order and following consultation with the Consultation Parties, the Debtors have modified the

---

[3] As used herein "buybuy BABY Assets" refers to all assets owned and operated by the Debtors' buybuy BABY business segment.

Bidding Procedures to extend the timeline **with respect to the buybuy BABY Assets only**, as set forth below.[4]

### buybuy BABY Sale Timeline

| Action | Description | Previous Deadline | New buybuy BABY Deadline |
|---|---|---|---|
| Auction | The date and time of the Auction, if one is needed, which will be held at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 or by video conference. | June 21, 2023 at 10:00 a.m. prevailing Eastern Time, if needed | **June 28, 2023 at 10:00 a.m., prevailing Eastern Time, if needed (*buybuy BABY Assets only*)** |
| Sale Objection Deadline | The deadline by which objections to the entry of an order by the Court approving the Sale must be filed with the Court and served so as to be actually received by the appropriate notice parties. | June 26, 2023 at 9:00 a.m., prevailing Eastern Time | **July 5, 2023 at 9:00 a.m., prevailing Eastern Time (*buybuy BABY Assets only*)** |
| Sale Hearing | The hearing before the Court to consider approval of the successful bid or bids, pursuant to which the Debtors and the winning bidder or bidders will consummate the Sale. | June 27, 2023 at 2:30 p.m., prevailing Eastern Time | **July 11, 2023 at 2:00 p.m., prevailing Eastern Time (*buybuy BABY Assets only*)** |

The Debtors believe these limited extensions are appropriate and necessary to keep these cases progressing efficiently, while not precluding adequate evaluation of new indications of interest.

**PLEASE TAKE FURTHER NOTICE** that copies of any pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Kroll at http://www.cases.kroll.com/bbby. You may also obtain copies of any pleadings by visiting the Court's website at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[4] The Debtors reserve their rights to further modify the Bidding Procedures in their reasonable business judgment, after consultation with the Consultation Parties, in a manner consistent with the exercise of their fiduciary duties, and in any manner that will best promote the goals of the Bidding Procedures.

3

Dated: June 19, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:   joshua.sussberg@kirkland.com
         emily.geier@kirkland.com
         derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*