# CERTIFICATE OF SERVICE

I, David P. Primack, certify that on June 20, 2023, I caused to be served, true and correct copies of the foregoing document upon the parties listed on the attached service list in the manner indicated and on all parties via CM/ECF:

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ David P. Primack*
David P. Primack, Esq. (#230612016)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone:  302-300-4515
Facsimile: 302-645-4031
E-mail: dprimack@mdmc-law.com

*Counsel to Wedgewood Hills, Inc.*

## Service List
*(All Parties Served Via E-Mail Delivery, Unless Otherwise Indicated)*

| | |
|---|---|
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>**Cole Schotz, P.C.**<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Counsel to Debtors* | Joshua A. Sussberg<br>Emily E. Geier<br>Derek I. Hunter<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br><br>*Co-Counsel to Debtors* |
| Alexandria Nikolinos<br>Fran B. Steele<br>**U.S. Department of Justice**<br>Alexandria.nikolinos@usdoj.gov<br>fran.b.steele@usdoj.gov<br><br>*U.S. Trustee* | Beth E. Levine<br>Colin R. Robinson<br>Bradford J. Sandler<br>**Pachulski Stang Ziehl & Jones, LLP**<br>blevine@pszjlaw.com<br>crobinson@pszjlaw.com<br>bsandler@pszjlaw.com<br><br>*Counsel to Official Committee of Unsecured Creditors* |