| | |
|---|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* | |
| **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** <br> David P. Primack, Esq. <br> Bar I.D. No. 230612016 <br> 1300 Mt. Kemble Avenue <br> P.O. Box 2075 <br> Morristown, NJ 07962 <br> Telephone: (302) 300-4515 <br> E-mail: dprimack@mdmc-law.com <br><br> *Attorneys for Wedgewood Hills, Inc.* | |
| In re: <br><br> BED BATH & BEYOND INC., *et al.*, [1] <br><br> Debtors. | Chapter 11 <br> (Jointly Administered) <br><br> Case No. 23-13359 (VFP) |

## APPLICATION FOR ADMISSION OF JULIE BETH TEICHER, ESQ. *PRO HAC VICE*

Pursuant to D.N.J. LBR 9010-1(b)(1) and the attached certification, counsel moves for the admission *pro hac vice* of Julie Beth Teicher, Esq. to represent landlord creditor Wedgewood Hills, Inc. in the above-captioned chapter 11 cases.

                                        **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: June 20, 2023          */s/ David P. Primack*
                                        David P. Primack, Esq. (#230612016)
                                        300 Delaware Avenue, Suite 1014
                                        Wilmington, DE 19801
                                        Telephone:  302-300-4515
                                        Facsimile: 302-645-4031
                                        E-mail: dprimack@mdmc-law.com

                                        *Counsel to Wedgewood Hills, Inc.*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.