# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D.N.J. LBR 9010-1(b)(2), I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the State Bar of Michigan (admitted 1982), and am admitted to practice in the following jurisdictions and courts: U.S. District Court, Eastern and Western Districts of Michigan; and the U.S. Court of Appeals, Sixth and Eighth Circuits.

I have not been subject to disciplinary proceedings, and discipline has not been imposed on me by any bar of which I am now or have been a member, in the ten-year period preceding submission of this application. I am not under suspension or disbarment by any Court and am not subject to any disciplinary proceedings. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules and to submit myself to the disciplinary jurisdiction of this Court.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Respectfully submitted,

**MADDIN, HAUSER, ROTH & HELLER, P.C.**

Dated: June 20, 2023

*/s/ Julie Beth Teicher*
Julie Beth Teicher
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
Telephone: (248) 354-4030
E-mail: jteicher@maddinhauser.com

*Counsel for Wedgewood Hills, Inc.*