**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP**
David P. Primack, Esq.
Bar I.D. No. 230612016
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
Telephone: (302) 300-4515
E-mail: dprimack@mdmc-law.com

*Attorneys for Wedgewood Hills, Inc.*

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11
(Jointly Administered)

Case No. 23-13359 (VFP)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 20, 2023, the Application for *Pro Hac Vice* Admission of Julie Beth Teicher was filed with the United States Bankruptcy Court for the District of New Jersey via CM/ECF and served on all counsel registered to receive notifications of such filings.

**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**

Dated: June 20, 2023

*/s/ David P. Primack*
David P. Primack, Esq. (#230612016)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone:  302-300-4515
Facsimile: 302-645-4031
E-mail: dprimack@mdmc-law.com

*Counsel to Wedgewood Hills, Inc.*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.