

6/15/2023 3:00 PM

## Aging Detail as of 6/14/23

| Property | Lease | Charge Code | Date | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| **Southaven Towne Center (100-0392)** | | | | | | | | | | |
| **Bed Bath & Beyond (l0008197)** | | | | | | | | | | |
| 100-0392 | Bed Bath & Beyond | camadj | 2/10/2023 | 419.53 | 0.00 | 0.00 | 0.00 | 419.53 | 0.00 | 419.53 |
| 100-0392 | Bed Bath & Beyond | retadj | 3/16/2023 | 74.24 | 0.00 | 0.00 | 0.00 | 74.24 | 0.00 | 74.24 |
| | **Bed Bath & Beyond** | | | **493.77** | **0.00** | **0.00** | **0.00** | **493.77** | **0.00** | **493.77** |
| **100-0392** | | | | **493.77** | **0.00** | **0.00** | **0.00** | **493.77** | **0.00** | **493.77** |
| **The Shoppes at Hamilton Place, LLC (100-0556)** | | | | | | | | | | |
| **Bed Bath & Beyond (l0020324)** | | | | | | | | | | |
| 100-0556 | Bed Bath & Beyond | lateint | 2/2/2023 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| 100-0556 | Bed Bath & Beyond | camadj | 2/21/2023 | 6,284.08 | 0.00 | 0.00 | 0.00 | 6,284.08 | 0.00 | 6,284.08 |
| | **Bed Bath & Beyond** | | | **6,484.08** | **0.00** | **0.00** | **0.00** | **6,484.08** | **0.00** | **6,484.08** |
| **100-0556** | | | | **6,484.08** | **0.00** | **0.00** | **0.00** | **6,484.08** | **0.00** | **6,484.08** |
| **Coastal Grand Mall (110-0347)** | | | | | | | | | | |
| **Bed Bath & Beyond (l0005665)** | | | | | | | | | | |
| 110-0347 | Bed Bath & Beyond | ancbase | 4/1/2023 | 22,367.46 | 0.00 | 0.00 | 22,367.46 | 0.00 | 0.00 | 22,367.46 |
| 110-0347 | Bed Bath & Beyond | ca-anch | 4/1/2023 | 721.53 | 0.00 | 0.00 | 721.53 | 0.00 | 0.00 | 721.53 |
| 110-0347 | Bed Bath & Beyond | camfixan | 4/1/2023 | 7,388.94 | 0.00 | 0.00 | 7,388.94 | 0.00 | 0.00 | 7,388.94 |
| | **Bed Bath & Beyond** | | | **30,477.93** | **0.00** | **0.00** | **30,477.93** | **0.00** | **0.00** | **30,477.93** |
| **110-0347** | | | | **30,477.93** | **0.00** | **0.00** | **30,477.93** | **0.00** | **0.00** | **30,477.93** |
| **Grand Total** | | | | **37,455.78** | **0.00** | **0.00** | **30,477.93** | **6,977.85** | **0.00** | **37,455.78** |