**Exhibit A**

**(Aging Reports)**

41741858.1

| Database: | MRI_PROD | | | | | Tenant Ledger Detail Report | | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Date: | 6/14/2023 |
| Charges (Debit) | 938,903.87 | | | | | TOWN & COUNTRY (CA) STATION L.P. | | | | | | Time: | 10:12 AM |
| Reciepts (Credit) | -762,814.88 | | | | | Bed Bath & Beyond- (Pre-BK) | | | | | | | |
| Prepaid | 0.00 | | | | | Transactions From 11/12/2021 To 6/8/2023 | | | | | | | |
| Net Balance | 176,088.99 | | | | | | | | | | | | |
| Security Deposit | 0.00 | | | | | | | | | | | | |

| Date | Batch | BldgId | LeasId | Cat. | Type | Description | Debit | Credit | Open | Balance | Cash Ty | Chk # Invoice | Rec Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/2021 | 00546216 | 010221 | 029137 | CAM | CH | AUTOCHRG @T11/30/2021 @R | 2,669.39 | | | 2,669.39 | | | |
| 11/12/2021 | 00546216 | 010221 | 029137 | INS | CH | AUTOCHRG @T11/30/2021 @R | 273.60 | | | 2,942.99 | | | |
| 11/12/2021 | 00546216 | 010221 | 029137 | RNT | CH | AUTOCHRG @T11/30/2021 @R | 12,223.33 | | | 15,166.32 | | | |
| 11/12/2021 | 00547392 | 010221 | 029137 | PMT | CR | Cash at Close | | -15,166.33 | -4,623.34 | -0.01 | TR | CLOSE | CSH |
| 11/18/2021 | 00546271 | 010221 | 029137 | RNT | NC | Rnt adj 11/21 | | -4,623.33 | | -4,623.34 | | | |
| 11/18/2021 | 00546267 | 010221 | 029137 | LC | CH | LATE FEE | 863.03 | | | -3,760.31 | | | |
| 12/1/2021 | 00547375 | 010221 | 029137 | CAM | CH | AUTOCHRG @T12/31/2021 | 4,214.83 | | | 454.52 | | | |
| 12/1/2021 | 00547375 | 010221 | 029137 | INS | CH | AUTOCHRG @T12/31/2021 | 432.00 | | | 886.52 | | | |
| 12/1/2021 | 00547375 | 010221 | 029137 | RNT | CH | AUTOCHRG @T12/31/2021 | 12,000.00 | | | 12,886.52 | | | |
| 12/1/2021 | 00548320 | 010221 | 029137 | LC | NC | Late Fee Removal | | -863.03 | | 12,023.49 | | | |
| 12/1/2021 | 00548320 | 010221 | 029137 | LC | CR | CreditApply | | -863.03 | | 11,160.46 | TR | | APL |
| 12/1/2021 | 00548320 | 010221 | 029137 | LC | PR | CreditApply | 863.03 | | | 12,023.49 | TR | | APL |
| 1/1/2022 | 00567587 | 010221 | 029137 | CAM | CH | AUTOCHRG @T1/31/2022 | 4,214.83 | | | 16,238.32 | | | |
| 1/1/2022 | 00567587 | 010221 | 029137 | INS | CH | AUTOCHRG @T1/31/2022 | 432.00 | | | 16,670.32 | | | |
| 1/1/2022 | 00567587 | 010221 | 029137 | RNT | CH | AUTOCHRG @T1/31/2022 | 12,000.00 | | | 28,670.32 | | | |
| 1/4/2022 | 00581745 | 010221 | 029137 | PMT | CR | Receipt | | -54,578.28 | | -25,907.96 | TR | 5194186 | CHK |
| 2/1/2022 | 00588389 | 010221 | 029137 | CAM | CH | AUTOCHRG @T2/28/2022 | 4,214.83 | | | -21,693.13 | | | |
| 2/1/2022 | 00588389 | 010221 | 029137 | INS | CH | AUTOCHRG @T2/28/2022 | 432.00 | | | -21,261.13 | | | |
| 2/1/2022 | 00588389 | 010221 | 029137 | RNT | CH | AUTOCHRG @T2/28/2022 | 12,000.00 | | | -9,261.13 | | | |
| 2/1/2022 | 00592082 | 010221 | 029137 | TBB | CH | 11/16/21-1/21/22 50011242621 | 313.06 | | 313.06 | -8,948.07 | | | |
| 2/4/2022 | 00597942 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -25,594.90 | TR | 5194356 | CHK |
| 2/8/2022 | 00598148 | 010221 | 029137 | TBB | CR | CreditApply | | -313.06 | | -25,907.96 | TR | 5194356 | APL |
| 2/8/2022 | 00598148 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -30,122.79 | TR | 5194356 | APL |
| 2/8/2022 | 00598148 | 010221 | 029137 | INS | CR | CreditApply | | -118.94 | | -30,241.73 | TR | 5194356 | APL |
| 2/8/2022 | 00598148 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -42,241.73 | TR | 5194356 | APL |
| 2/8/2022 | 00598148 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -25,594.90 | TR | 5194356 | APL |
| 2/28/2022 | 00605794 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -42,241.73 | TR | 5194524 | CHK |
| 3/1/2022 | 00601746 | 010221 | 029137 | CAM | CH | AUTOCHRG @T3/31/2022 | 4,214.83 | | | -38,026.90 | | | |
| 3/1/2022 | 00601746 | 010221 | 029137 | INS | CH | AUTOCHRG @T3/31/2022 | 432.00 | | | -37,594.90 | | | |
| 3/1/2022 | 00601746 | 010221 | 029137 | RNT | CH | AUTOCHRG @T3/31/2022 | 12,000.00 | | | -25,594.90 | | | |
| 3/2/2022 | 00607687 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -29,809.73 | TR | 5194524 | APL |
| 3/2/2022 | 00607687 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -30,241.73 | TR | 5194524 | APL |
| 3/2/2022 | 00607687 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -42,241.73 | TR | 5194524 | APL |
| 3/2/2022 | 00607687 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -25,594.90 | TR | 5194524 | APL |
| 3/11/2022 | 00612881 | 010221 | 029137 | PMT | CR | Credit Received at Close | | -1,814.79 | -1,814.79 | -27,409.69 | TR | CLOSE A | CSH |
| 3/17/2022 | 00614312 | 010221 | 029137 | TBB | PR | CreditApply | 313.06 | | | -27,096.63 | TR | 5194356 | CHK |
| 3/17/2022 | 00614312 | 010221 | 029137 | PMT | CC | CreditApply | | -313.06 | | -27,409.69 | TR | 5194356 | CHK |
| 3/17/2022 | 00614336 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -31,624.52 | TR | 5194186 | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -32,056.52 | TR | 5194186 | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -44,056.52 | TR | 5194186 | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | INS | CR | CreditApply | | -273.60 | | -44,330.12 | TR | CLOSE | APL |

| Date | Ref | Code1 | Code2 | Type | TC | Description | Amount1 | Amount2 | Amount3 | Balance | | Ref2 | Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/17/2022 | 00614336 | 010221 | 029137 | CAM | CR | CreditApply | | -2,669.39 | | -46,999.51 | TR | CLOSE | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | RNT | CR | CreditApply | | -7,600.00 | | -54,599.51 | TR | CLOSE | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | INS | CR | CreditApply | | -313.06 | | -54,912.57 | TR | 5194356 | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -38,265.74 | TR | 5194186 | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | PMT | PR | CreditApply | 10,542.99 | | | -27,722.75 | TR | CLOSE | APL |
| 3/17/2022 | 00614336 | 010221 | 029137 | PMT | PR | CreditApply | 313.06 | | | -27,409.69 | TR | 5194356 | APL |
| 3/17/2022 | 00614339 | 010221 | 029137 | PMT | CR | Move to Correct LID 029137 | | -16,646.83 | | -44,056.52 | TR | CLOSE B | CSH |
| 3/17/2022 | 00614341 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -44,488.52 | TR | CLOSE B | |
| 3/17/2022 | 00614341 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -48,703.35 | TR | CLOSE B | APL |
| 3/17/2022 | 00614341 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -60,703.35 | TR | CLOSE B | APL |
| 3/17/2022 | 00614341 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -44,056.52 | TR | CLOSE B | APL |
| 3/23/2022 | 00615444 | 010221 | 029137 | TBB | CH | 1/22/22-3/21/22 50011242621 | 284.25 | | | -43,772.27 | | | |
| 4/1/2022 | 00615581 | 010221 | 029137 | CAM | CH | AUTOCHRG @T4/30/2022 | 4,214.83 | | | -39,557.44 | | | |
| 4/1/2022 | 00615581 | 010221 | 029137 | INS | CH | AUTOCHRG @T4/30/2022 | 432.00 | | | -39,125.44 | | | |
| 4/1/2022 | 00615581 | 010221 | 029137 | RNT | CH | AUTOCHRG @T4/30/2022 | 12,000.00 | | | -27,125.44 | | | |
| 4/14/2022 | 00627662 | 010221 | 029137 | PMT | CR | Receipt | | -17,933.76 | -1,286.93 | -45,059.20 | TR | 101104 | CHK |
| 4/19/2022 | 00628077 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -49,274.03 | TR | 101104 | APL |
| 4/19/2022 | 00628077 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -49,706.03 | TR | 101104 | APL |
| 4/19/2022 | 00628077 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -61,706.03 | TR | 101104 | APL |
| 4/19/2022 | 00628077 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -45,059.20 | TR | 101104 | APL |
| 4/20/2022 | 00628595 | 010221 | 029137 | INS | PR | CreditApply | 432.00 | | | -44,627.20 | TR | 101104 | CHK |
| 4/20/2022 | 00628595 | 010221 | 029137 | RNT | PR | CreditApply | 12,000.00 | | | -32,627.20 | TR | 101104 | CHK |
| 4/20/2022 | 00628595 | 010221 | 029137 | PMT | CC | CreditApply | | -12,432.00 | | -45,059.20 | TR | 101104 | CHK |
| 4/20/2022 | 00628596 | 010221 | 029137 | CAM | PR | CreditApply | 4,214.83 | | | -40,844.37 | TR | 101104 | CHK |
| 4/20/2022 | 00628596 | 010221 | 029137 | PMT | CC | CreditApply | | -4,214.83 | | -45,059.20 | TR | 101104 | CHK |
| 4/21/2022 | 00628738 | 010221 | 029137 | PMT | CR | Receipt | | -284.25 | | -45,343.45 | TR | 194233A | CHK |
| 4/21/2022 | 00628740 | 010221 | 029137 | TBB | CR | CreditApply | | -284.25 | | -45,627.70 | TR | 194233A | APL |
| 4/21/2022 | 00628740 | 010221 | 029137 | PMT | PR | CreditApply | 284.25 | | | -45,343.45 | TR | 194233A | APL |
| 5/1/2022 | 00628884 | 010221 | 029137 | CAM | CH | AUTOCHRG @T5/31/2022 | 4,214.83 | | | -41,128.62 | | | |
| 5/1/2022 | 00628884 | 010221 | 029137 | INS | CH | AUTOCHRG @T5/31/2022 | 432.00 | | | -40,696.62 | | | |
| 5/1/2022 | 00628884 | 010221 | 029137 | RNT | CH | AUTOCHRG @T5/31/2022 | 12,000.00 | | | -28,696.62 | | | |
| 5/9/2022 | 00639876 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -45,343.45 | TR | 102243 | CHK |
| 5/12/2022 | 00640383 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -49,558.28 | TR | 102243 | APL |
| 5/12/2022 | 00640383 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -49,990.28 | TR | 102243 | APL |
| 5/12/2022 | 00640383 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -61,990.28 | TR | 102243 | APL |
| 5/12/2022 | 00640383 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -45,343.45 | TR | 102243 | APL |
| 6/1/2022 | 00642941 | 010221 | 029137 | CAM | CH | AUTOCHRG @T6/30/2022 | 4,214.83 | | | -41,128.62 | | | |
| 6/1/2022 | 00642941 | 010221 | 029137 | INS | CH | AUTOCHRG @T6/30/2022 | 432.00 | | | -40,696.62 | | | |
| 6/1/2022 | 00642941 | 010221 | 029137 | RNT | CH | AUTOCHRG @T6/30/2022 | 12,000.00 | | | -28,696.62 | | | |
| 6/1/2022 | 00643878 | 010221 | 029137 | TBB | CH | 3/22/22-5/21/22 50011242621 | 284.25 | | 284.25 | -28,412.37 | | | |
| 6/3/2022 | 00651068 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -45,059.20 | TR | 103292 | CHK |
| 6/7/2022 | 00651609 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -49,274.03 | TR | 103292 | APL |
| 6/7/2022 | 00651609 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -49,706.03 | TR | 103292 | APL |
| 6/7/2022 | 00651609 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -61,706.03 | TR | 103292 | APL |
| 6/7/2022 | 00651609 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -45,059.20 | TR | 103292 | APL |
| 7/1/2022 | 00655754 | 010221 | 029137 | CAM | CH | AUTOCHRG @T7/31/2022 | 4,214.83 | | | -40,844.37 | | | |
| 7/1/2022 | 00655754 | 010221 | 029137 | INS | CH | AUTOCHRG @T7/31/2022 | 432.00 | | | -40,412.37 | | | |
| 7/1/2022 | 00655754 | 010221 | 029137 | RNT | CH | AUTOCHRG @T7/31/2022 | 12,000.00 | | | -28,412.37 | | | |
| 7/1/2022 | 00658548 | 010221 | 029137 | POC | CH | 2021 POC Annual Reconciliation | 2,504.32 | | 2,504.32 | -25,908.05 | | | |
| 7/1/2022 | 00658548 | 010221 | 029137 | CMP | NC | 2021 CMP Annual Reconciliation | | -6,884.22 | -6,884.22 | -32,792.27 | | | |

| Date | Ref | | | Type | CR/CH | Description | Charge | Credit | Applied | Balance | | Check | Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2022 | 00658548 | 010221 | 029137 | POI | CH | 2021 POI Annual Reconciliation | 3,233.49 | | 3,233.49 | -29,558.78 | | | |
| 7/1/2022 | 00658548 | 010221 | 029137 | UTP | CH | 2021 UTP Annual Reconciliation | 2,617.92 | | 2,617.92 | -26,940.86 | | | |
| 7/5/2022 | 00663994 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -43,587.69 | TR | 104459 | CHK |
| 7/7/2022 | 00664154 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -44,019.69 | TR | 104459 | APL |
| 7/7/2022 | 00664154 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -48,234.52 | TR | 104459 | APL |
| 7/7/2022 | 00664154 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -60,234.52 | TR | 104459 | APL |
| 7/7/2022 | 00664154 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -43,587.69 | TR | 104459 | APL |
| 7/20/2022 | 00668042 | 010221 | 029137 | LC | CH | LATE FEE | 104.72 | | 104.72 | -43,482.97 | | | |
| 7/21/2022 | 00668303 | 010221 | 029137 | TBB | CH | 5/22/22-7/21/22 50011242621 | 284.25 | | 284.25 | -43,198.72 | | | |
| 8/1/2022 | 00668905 | 010221 | 029137 | CAM | CH | AUTOCHRG @T8/31/2022 | 4,214.83 | | | -38,983.89 | | | |
| 8/1/2022 | 00668905 | 010221 | 029137 | INS | CH | AUTOCHRG @T8/31/2022 | 432.00 | | | -38,551.89 | | | |
| 8/1/2022 | 00668905 | 010221 | 029137 | RNT | CH | AUTOCHRG @T8/31/2022 | 12,000.00 | | | -26,551.89 | | | |
| 8/1/2022 | 00675396 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -43,198.72 | TR | 105516 | CHK |
| 8/3/2022 | 00675945 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -43,630.72 | TR | 105516 | APL |
| 8/3/2022 | 00675945 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -47,845.55 | TR | 105516 | APL |
| 8/3/2022 | 00675945 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -59,845.55 | TR | 105516 | APL |
| 8/3/2022 | 00675945 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -43,198.72 | TR | 105516 | APL |
| 8/16/2022 | 00680443 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -47,413.55 | TR | 101104 | APL |
| 8/16/2022 | 00680443 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -47,845.55 | TR | 101104 | APL |
| 8/16/2022 | 00680443 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -59,845.55 | TR | 101104 | APL |
| 8/16/2022 | 00680443 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -43,198.72 | TR | 101104 | APL |
| 9/1/2022 | 00682202 | 010221 | 029137 | CAM | CH | AUTOCHRG @T9/30/2022 | 4,214.83 | | | -38,983.89 | | | |
| 9/1/2022 | 00682202 | 010221 | 029137 | INS | CH | AUTOCHRG @T9/30/2022 | 432.00 | | | -38,551.89 | | | |
| 9/1/2022 | 00682202 | 010221 | 029137 | RNT | CH | AUTOCHRG @T9/30/2022 | 12,000.00 | | | -26,551.89 | | | |
| 9/2/2022 | 00689879 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -43,198.72 | TR | 106593 | CHK |
| 9/7/2022 | 00690268 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -47,413.55 | TR | 106593 | APL |
| 9/7/2022 | 00690268 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -47,845.55 | TR | 106593 | APL |
| 9/7/2022 | 00690268 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -59,845.55 | TR | 106593 | APL |
| 9/7/2022 | 00690268 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -43,198.72 | TR | 106593 | APL |
| 10/1/2022 | 00693909 | 010221 | 029137 | CAM | CH | AUTOCHRG @T10/31/2022 | 4,214.83 | | | -38,983.89 | | | |
| 10/1/2022 | 00693909 | 010221 | 029137 | INS | CH | AUTOCHRG @T10/31/2022 | 432.00 | | | -38,551.89 | | | |
| 10/1/2022 | 00693909 | 010221 | 029137 | RNT | CH | AUTOCHRG @T10/31/2022 | 12,000.00 | | | -26,551.89 | | | |
| 10/3/2022 | 00700261 | 010221 | 029137 | TBB | CH | 7/22/22-9/21/22 50011242621 | 284.25 | | 284.25 | -26,267.64 | | | |
| 10/4/2022 | 00701821 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -42,914.47 | TR | 107003 | CHK |
| 10/6/2022 | 00702100 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -43,346.47 | TR | 107003 | APL |
| 10/6/2022 | 00702100 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -47,561.30 | TR | 107003 | APL |
| 10/6/2022 | 00702100 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -59,561.30 | TR | 107003 | APL |
| 10/6/2022 | 00702100 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -42,914.47 | TR | 107003 | APL |
| 10/31/2022 | 00710402 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | | -59,561.30 | TR | 108047 | CHK |
| 11/1/2022 | 00706134 | 010221 | 029137 | CAM | CH | AUTOCHRG @T11/30/2022 | 4,214.83 | | | -55,346.47 | | | |
| 11/1/2022 | 00706134 | 010221 | 029137 | INS | CH | AUTOCHRG @T11/30/2022 | 432.00 | | | -54,914.47 | | | |
| 11/1/2022 | 00706134 | 010221 | 029137 | RNT | CH | AUTOCHRG @T11/30/2022 | 12,000.00 | | | -42,914.47 | | | |
| 11/2/2022 | 00712914 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | -43,346.47 | TR | 108047 | APL |
| 11/2/2022 | 00712914 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | -47,561.30 | TR | 108047 | APL |
| 11/2/2022 | 00712914 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | | -59,561.30 | TR | 108047 | APL |
| 11/2/2022 | 00712914 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | | -42,914.47 | TR | 108047 | APL |
| 11/18/2022 | 00718378 | 010221 | 029137 | TBB | CH | 9/22/22-11/21/22 50011242621 | 284.25 | | 284.25 | -42,630.22 | | | |
| 12/1/2022 | 00718722 | 010221 | 029137 | CAM | CH | AUTOCHRG @T12/31/2022 | 4,214.83 | | | -38,415.39 | | | |
| 12/1/2022 | 00718722 | 010221 | 029137 | INS | CH | AUTOCHRG @T12/31/2022 | 432.00 | | | -37,983.39 | | | |
| 12/1/2022 | 00718722 | 010221 | 029137 | RNT | CH | AUTOCHRG @T12/31/2022 | 12,000.00 | | | -25,983.39 | | | |

| Date | Ref | | | Type | Cd | Description | Charge | Credit | Balance | Check | Method |
|---|---|---|---|---|---|---|---:|---:|---:|---|---|
| 12/5/2022 | 00727056 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | -42,630.22 TR | 109153 | CHK |
| 12/7/2022 | 00727466 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | -43,062.22 TR | 109153 | APL |
| 12/7/2022 | 00727466 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | -47,277.05 TR | 109153 | APL |
| 12/7/2022 | 00727466 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | -59,277.05 TR | 109153 | APL |
| 12/7/2022 | 00727466 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | -42,630.22 TR | 109153 | APL |
| 1/1/2023 | 00731094 | 010221 | 029137 | CAM | CH | AUTOCHRG @T1/31/2023 | 4,214.83 | | -38,415.39 | | |
| 1/1/2023 | 00731094 | 010221 | 029137 | INS | CH | AUTOCHRG @T1/31/2023 | 432.00 | | -37,983.39 | | |
| 1/1/2023 | 00731094 | 010221 | 029137 | RNT | CH | AUTOCHRG @T1/31/2023 | 12,000.00 | | -25,983.39 | | |
| 1/3/2023 | 00738114 | 010221 | 029137 | PMT | CR | Receipt | | -16,646.83 | -42,630.22 TR | 110167 | CHK |
| 1/5/2023 | 00738749 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | -46,845.05 TR | 110167 | APL |
| 1/5/2023 | 00738749 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | -47,277.05 TR | 110167 | APL |
| 1/5/2023 | 00738749 | 010221 | 029137 | RNT | CR | CreditApply | | -12,000.00 | -59,277.05 TR | 110167 | APL |
| 1/5/2023 | 00738749 | 010221 | 029137 | PMT | PR | CreditApply | 16,646.83 | | -42,630.22 TR | 110167 | APL |
| 1/24/2023 | 00742972 | 010221 | 029137 | TBB | CH | 11/22/22-1/21/23 50011242621 | 284.25 | 284.25 | -42,345.97 | | |
| 2/1/2023 | 00743296 | 010221 | 029137 | CAM | CH | AUTOCHRG @T2/28/2023 | 4,214.83 | | -38,131.14 | | |
| 2/1/2023 | 00743296 | 010221 | 029137 | INS | CH | AUTOCHRG @T2/28/2023 | 432.00 | | -37,699.14 | | |
| 2/1/2023 | 00743296 | 010221 | 029137 | RNT | CH | AUTOCHRG @T2/28/2023 @R | 14,000.00 | | -23,699.14 | | |
| 2/14/2023 | 00754392 | 010221 | 029137 | PMT | CR | Receipt | | -18,646.83 | -42,345.97 TR | 111812 | CHK |
| 2/16/2023 | 00754481 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | -42,777.97 TR | 111812 | APL |
| 2/16/2023 | 00754481 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | -46,992.80 TR | 111812 | APL |
| 2/16/2023 | 00754481 | 010221 | 029137 | RNT | CR | CreditApply | | -14,000.00 | -60,992.80 TR | 111812 | APL |
| 2/16/2023 | 00754481 | 010221 | 029137 | PMT | PR | CreditApply | 18,646.83 | | -42,345.97 TR | 111812 | APL |
| 3/1/2023 | 00755365 | 010221 | 029137 | CAM | CH | AUTOCHRG @T3/31/2023 | 4,214.83 | | -38,131.14 | | |
| 3/1/2023 | 00755365 | 010221 | 029137 | INS | CH | AUTOCHRG @T3/31/2023 | 432.00 | | -37,699.14 | | |
| 3/1/2023 | 00755365 | 010221 | 029137 | RNT | CH | AUTOCHRG @T3/31/2023 | 14,000.00 | | -23,699.14 | | |
| 3/14/2023 | 00766682 | 010221 | 029137 | PMT | CR | Receipt | | -18,646.83 | -42,345.97 TR | 112269 | CHK |
| 3/16/2023 | 00766816 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | -46,560.80 TR | 112269 | APL |
| 3/16/2023 | 00766816 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | -46,992.80 TR | 112269 | APL |
| 3/16/2023 | 00766816 | 010221 | 029137 | RNT | CR | CreditApply | | -14,000.00 | -60,992.80 TR | 112269 | APL |
| 3/16/2023 | 00766816 | 010221 | 029137 | PMT | PR | CreditApply | 18,646.83 | | -42,345.97 TR | 112269 | APL |
| 3/16/2023 | 00766917 | 010221 | 029137 | PMT | RF | | 37,931.45 | | -4,414.52 TR | 5194186 | CHK |
| 3/21/2023 | 00767787 | 010221 | 029137 | TBB | CH | 1/22/23-3/21/23 50011242621 | 284.25 | 284.25 | -4,130.27 | | |
| 4/1/2023 | 00768362 | 010221 | 029137 | CAM | CH | AUTOCHRG @T4/30/2023 | 4,214.83 | 3,090.88 | 84.56 | | |
| 4/1/2023 | 00768362 | 010221 | 029137 | INS | CH | AUTOCHRG @T4/30/2023 | 432.00 | 316.80 | 516.56 | | |
| 4/1/2023 | 00768362 | 010221 | 029137 | RNT | CH | AUTOCHRG @T4/30/2023 | 14,000.00 | 10,266.67 | 14,516.56 | | |
| 4/24/2023 | 00783604 | 010221 | 029137 | PMT | CR | Receipt | | -18,646.83 | -4,130.27 TR | 113133 | CHK |
| 4/26/2023 | 00784022 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | -4,562.27 TR | 113133 | APL |
| 4/26/2023 | 00784022 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | -8,777.10 TR | 113133 | APL |
| 4/26/2023 | 00784022 | 010221 | 029137 | RNT | CR | CreditApply | | -14,000.00 | -22,777.10 TR | 113133 | APL |
| 4/26/2023 | 00784022 | 010221 | 029137 | PMT | PR | CreditApply | 18,646.83 | | -4,130.27 TR | 113133 | APL |
| 4/27/2023 | 00785573 | 010221 | 029137 | INS | PR | CreditApply | 432.00 | | -3,698.27 TR | 113133 | CHK |
| 4/27/2023 | 00785573 | 010221 | 029137 | CAM | PR | CreditApply | 4,214.83 | | 516.56 TR | 113133 | CHK |
| 4/27/2023 | 00785573 | 010221 | 029137 | RNT | PR | CreditApply | 14,000.00 | | 14,516.56 TR | 113133 | CHK |
| 4/27/2023 | 00785573 | 010221 | 029137 | PMT | CC | CreditApply | | -18,646.83 | -4,130.27 TR | 113133 | CHK |
| 4/27/2023 | 00785594 | 010221 | 029137 | PMT | NS | NSF Declined Check #113133 | 18,646.83 | | 14,516.56 TR | 113133 | CHK |
| 5/1/2023 | 00782645 | 010221 | 029137 | CAM | CH | AUTOCHRG @T5/31/2023 | 4,214.83 | | 18,731.39 | | |
| 5/1/2023 | 00782645 | 010221 | 029137 | INS | CH | AUTOCHRG @T5/31/2023 | 432.00 | | 19,163.39 | | |
| 5/1/2023 | 00782645 | 010221 | 029137 | RNT | CH | AUTOCHRG @T5/31/2023 | 14,000.00 | | 33,163.39 | | |
| 5/1/2023 | 00785618 | 010221 | 029137 | RCK | CH | NSF Fee Declined CK#113133 | 25.00 | 25.00 | 33,188.39 | | |
| 5/3/2023 | 00790216 | 010221 | 029137 | RNT | NC | Remove RNT 4/23/23-5/31/23 | | -17,733.33 | 15,455.06 | | |

| Date | Ref1 | Ref2 | Ref3 | Code | Type | Description | Debit | Credit | Balance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/3/2023 | 00790216 | 010221 | 029137 | RNT | CR | CreditApply | | -14,000.00 | | 1,455.06 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | RNT | CR | CreditApply | | -3,733.33 | | -2,278.27 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | RNT | PR | CreditApply | 17,733.33 | | | 15,455.06 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | INS | NC | Remove INS 4/23/23-5/31/23 | | -547.20 | | 14,907.86 | |
| 5/3/2023 | 00790216 | 010221 | 029137 | INS | CR | CreditApply | | -432.00 | | 14,475.86 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | INS | CR | CreditApply | | -115.20 | | 14,360.66 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | INS | PR | CreditApply | 547.20 | | | 14,907.86 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | CAM | NC | Remove CAM 4/23/23-5/31/23 | | -5,338.78 | | 9,569.08 | |
| 5/3/2023 | 00790216 | 010221 | 029137 | CAM | CR | CreditApply | | -4,214.83 | | 5,354.25 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | CAM | CR | CreditApply | | -1,123.95 | | 4,230.30 TR | APL |
| 5/3/2023 | 00790216 | 010221 | 029137 | CAM | PR | CreditApply | 5,338.78 | | | 9,569.08 TR | APL |
| 6/8/2023 | 00806886 | 010221 | 029137 | CMP | NC | 2022 Final Reconciliation | | -3,806.76 | -3,806.76 | 5,762.32 | |
| 6/8/2023 | 00806886 | 010221 | 029137 | TXP | CH | 2022 Final Reconciliation | 88,963.52 | | 88,963.52 | 94,725.84 | |
| 6/8/2023 | 00806886 | 010221 | 029137 | INS | CH | 2023 Final Reconciliation | 10,736.85 | | 10,736.85 | 105,462.69 | |
| 6/8/2023 | 00806886 | 010221 | 029137 | UTP | CH | 2022 Final Reconciliation | 44,202.78 | | 44,202.78 | 149,665.47 | |
| 6/8/2023 | 00806886 | 010221 | 029137 | CAM | NC | 2023 Final Reconciliation | | -666.07 | -666.07 | 148,999.40 | |
| 6/8/2023 | 00806886 | 010221 | 029137 | PTX | CH | 2023 Final Reconciliation | 27,089.59 | | 27,089.59 | 176,088.99 | |

| Database: | MRI_PROD | | | | | Tenant Ledger Detail Report | | | | | | Page: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | Date: | 6/14/2023 |
| Charges (Debit) | 84,748.42 | | | | | TOWN & COUNTRY (CA) STATION L.P. | | | | | | Time: | 10:12 AM |
| Reciepts (Credit) | -84,396.06 | | | | | Bed Bath & Beyond- (Post-BK) | | | | | | | |
| Prepaid | 0.00 | | | | | Transactions From 5/3/2023 To 6/13/2023 | | | | | | | |
| Net Balance | 352.36 | | | | | | | | | | | | |
| Security Deposit | 0.00 | | | | | | | | | | | | |

| Date | Batch | BldgId | LeasId | Cat. | Type | Description | Debit | Credit | Open | Balance | Cash Ty | Chk # Invoice | Rec Type |
| --- | --- | --- | --- | --- | --- | --- | ---: | ---: | ---: | ---: | --- | --- | --- |
| 5/3/2023 | 00790216 | 010221 | 032910 | RNT | CH | RNT 4/23/23-5/31/23 | 17,733.33 | | 51.14 | 17,733.33 | | | |
| 5/3/2023 | 00790216 | 010221 | 032910 | INS | CH | INS 4/23/23-5/31/23 | 547.20 | | 16.97 | 18,280.53 | | | |
| 5/3/2023 | 00790216 | 010221 | 032910 | CAM | CH | CAM 4/23/23-5/31/23 | 5,338.78 | | | 23,619.31 | | | |
| 5/5/2023 | 00792820 | 010221 | 032910 | PMT | CR | Receipt | | -18,646.83 | | 4,972.48 | TR | 113900 | CHK |
| 5/15/2023 | 00795258 | 010221 | 032910 | PMT | CR | Receipt | | -4,904.37 | | 68.11 | TR | 113982 | CHK |
| 5/22/2023 | 00796289 | 010221 | 032910 | RNT | CR | CreditApply | | -3,682.19 | | -3,614.08 | TR | 113982 | APL |
| 5/22/2023 | 00796289 | 010221 | 032910 | CAM | CR | CreditApply | | -1,222.18 | | -4,836.26 | TR | 113982 | APL |
| 5/22/2023 | 00796289 | 010221 | 032910 | PMT | PR | CreditApply | 4,904.37 | | | 68.11 | TR | 113982 | APL |
| 5/24/2023 | 00796987 | 010221 | 032910 | INS | CR | CreditApply | | -530.23 | | -462.12 | TR | 113900 | APL |
| 5/24/2023 | 00796987 | 010221 | 032910 | RNT | CR | CreditApply | | -14,000.00 | | -14,462.12 | TR | 113900 | APL |
| 5/24/2023 | 00796987 | 010221 | 032910 | CAM | CR | CreditApply | | -4,116.60 | | -18,578.72 | TR | 113900 | APL |
| 5/24/2023 | 00796987 | 010221 | 032910 | PMT | PR | CreditApply | 18,646.83 | | | 68.11 | TR | 113900 | APL |
| 6/1/2023 | 00797401 | 010221 | 032910 | CAM | CH | AUTOCHRG @T6/30/2023 | 4,214.83 | | | 4,282.94 | | | |
| 6/1/2023 | 00797401 | 010221 | 032910 | INS | CH | AUTOCHRG @T6/30/2023 | 432.00 | | | 4,714.94 | | | |
| 6/1/2023 | 00797401 | 010221 | 032910 | RNT | CH | AUTOCHRG @T6/30/2023 | 14,000.00 | | | 18,714.94 | | | |
| 6/5/2023 | 00806099 | 010221 | 032910 | PMT | CR | Receipt | | -18,646.83 | | 68.11 | TR | 114460 | CHK |
| 6/7/2023 | 00806417 | 010221 | 032910 | INS | CR | CreditApply | | -432.00 | | -363.89 | TR | 114460 | APL |
| 6/7/2023 | 00806417 | 010221 | 032910 | CAM | CR | CreditApply | | -4,214.83 | | -4,578.72 | TR | 114460 | APL |
| 6/7/2023 | 00806417 | 010221 | 032910 | RNT | CR | CreditApply | | -14,000.00 | | -18,578.72 | TR | 114460 | APL |
| 6/7/2023 | 00806417 | 010221 | 032910 | PMT | PR | CreditApply | 18,646.83 | | | 68.11 | TR | 114460 | APL |
| 6/13/2023 | 00808388 | 010221 | 032910 | TBB | CH | 3/22/23-5/21/23 50011242621 | 284.25 | | 284.25 | 352.36 | | | |