# Exhibit B

# (Tax Reconciliation Detail)

41741858.1



RE: 2022 Year Reconciliation
01/01/2022-12/31/2022

**Town & Country (CA) Station L.P.**　　　　　　　　　　　Bldg ID: 010221
**Bed Bath & Beyond**　　　　　　　　　　　　　　　　　Lease ID: 029137
　　　　　　　　　　　　　　　　　　　　　Master Occupant ID: 00024748

| Code | Description | Amount |
|---|---|---:|
| CMP | Prior Year Cam | -3,806.76 |
| INP | Prior Year Insurance | 0.00 |
| TRP | Prior Year Trash | 0.00 |
| UTP | Prior Year CAM-Uncapped | 44,202.78 |
| TXP | Prior Year Real Estate Tax | 88,963.52 |
|  | Total | 129,359.53 |
|  | Sales Tax |  |
|  | **Balance** | **129,359.53** |

### RECONCILIATION SUMMARY

| EXPENSE CATEGORY | CMP | INP | TRP | UTP | TXP | Total |
|---|---:|---:|---:|---:|---:|---:|
| Net Expense | 542,160.44 | - | - | 444,925.91 | 598,677.76 | 1,585,764.11 |
| Tenant PRS | 11.10% | 0.00% | 0.00% | 11.10% | 14.86% |  |
| Reconciliation Amount | 60,179.81 | - | - | 49,386.78 | 88,963.52 | 198,530.10 |
| Cumulative CAP | 46,771.20 | - | - | - | - |  |
| Capped Recon Amt | 46,771.20 | - | - | 49,386.78 | 88,963.52 | 185,121.49 |
| Occupancy % | 100.00% | 0.00% | 0.00% | 100.00% | 100.00% |  |
| Total Reconciliation | 46,771.20 | - | - | 49,386.78 | 88,963.52 | 185,121.49 |
| Total Estimates Billed | 50,577.96 | - | - | 5,184.00 | - | 55,761.96 |
| Calculated Amt Due | (3,806.76) | - | - | 44,202.78 | 88,963.52 | 129,359.53 |
| Manual Adjustment | 0 | 0 | 0 | 0 | 0 | 0 |
| Reconciliation Billed | (3,806.76) | - | - | 44,202.78 | 88,963.52 | 129,359.53 |



RE: 2023 Year Reconciliation
01/01/2023-4/30/2023

**Town & Country (CA) Station L.P.**  Bldg ID: 010221
**Bed Bath & Beyond- Pre-BK**  Lease ID: 029137
Master Occupant ID: 00024748

| Code | Description | Amount |
|---|---|---:|
| CMP | Prior Year Cam | -666.07 |
| INP | Prior Year Insurance | 0.00 |
| TRP | Prior Year Trash | 0.00 |
| UTP | Prior Year CAM-Uncapped | 10,736.85 |
| TXP | Prior Year Real Estate Tax | 27,089.59 |
|  | Total | 37,160.37 |
|  | Sales Tax |  |
|  | **Balance** | **37,160.37** |

### RECONCILIATION SUMMARY

| EXPENSE CATEGORY | CMP | INP | TRP | UTP | TXP | Total |
|---|---:|---:|---:|---:|---:|---:|
| Net Expense | 176,535.51 | - | - | 119,205.11 | 195,320.07 | 491,060.69 |
| Tenant PRS | 11.10% | 0.00% | 0.00% | 11.10% | 14.86% |  |
| Reconciliation Amount | 19,595.44 | - | - | 13,231.77 | 29,024.56 | 61,851.77 |
| Cumulative CAP | 15,069.30 | - | - | - | - |  |
| Capped Recon Amt | 16,146.25 | - | - | 13,232.24 | 29,025.60 | 58,404.09 |
| Occupancy % | 93.33% | 0.00% | 0.00% | 93.33% | 93.33% |  |
| Total Reconciliation | 15,069.30 | - | - | 12,349.65 | 27,089.59 | 54,508.54 |
| Total Estimates Billed | 15,735.37 | - | - | 1,612.80 | - | 17,348.17 |
| Calculated Amt Due | (666.07) | - | - | 10,736.85 | 27,089.59 | 37,160.37 |
| Manual Adjustment | 0 | 0 | 0 | 0 | 0 | 0 |
| Reconciliation Billed | (666.07) | - | - | 10,736.85 | 27,089.59 | 37,160.37 |