# EXHIBIT C

| SUMMARY OF CLAIMS | | |
|---|---|---|
| | < 4/23/23 | > 4/23/23 |
| Item | Pre Bankruptcy | Post Bankruptcy |
| Davaco Lien | 343,380.00 | |
| Interior Experts Lien | 17,708.00 | |
| HOA Fees | 2,575.73 | 929.21 |
| Landlord Late Charges/Interest | 6,200.12 | |
| Attorneys Fees (ML) | 10,000.00 | |
| Totals | 379,863.85 | 929.21 |