# EXHIBIT E

# Easy Law Construction Notices
### *A Division of Easy Law, Inc.*
1777 East Los Angeles Avenue, Suite 203, Simi Valley, CA 93065-2021
Tel (805) 306-0020 · Fax (805) 306-0040 · Toll Free (800) 327-9529
staff@easylawinc.com · www.easylawinc.com
Legal Document Assistant: Registration # 73 · Ventura County, CA · Exp. December 29, 2023

December 1, 2022

To: Owner, Reputed Owner, or Owner's Agent:

Triple B Mission Viejo, LLC
c/o Mack Company
One Bridge Plaza North, Suite 660
Fort Lee, NJ 07024

Certified Mail Return Receipt No.:
9214 7969 0099 9790 1645 5433 27

To: Tenant:

Bed Bath & Beyond, Inc.
650 Liberty Ave.
Union, NJ 07083

Certified Mail Return Receipt No.:
9214 7969 0099 9790 1645 5433 58

To: Direct Contractor:

Davaco, Inc.
4050 Valley View Lane Suite 150
Irving, TX 75038

**Certified Mail Return Receipt No.:**     9214 7969 0099 9790 1645 5433 89

| | |
|---|---|
| Re: | Interior Experts General Builders, Inc. vs. Triple B Mission Viejo, LLC |
| Property Address: | Bed Bath & Beyond, 25732 El Paseo, Mission Viejo, CA 92691 |
| Principal Due: | $17,235.00 |
| Interest To-Date: | $     198.32 |
| Collection Fee: | $     275.00 |
| Total Now Due: | $17,708.32 |

This office has been requested by Interior Experts General Builders, Inc. to record the enclosed mechanics lien against the above-referenced property in the records of the Orange County Recorder's Office. The following is an important message mandated by California law.

### NOTICE OF MECHANICS - LIEN ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.**

**The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.**

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTOR'S STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

If you dispute this debt, the law gives you 30-days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the debt within that period, we will assume the debt is valid. If you do dispute it, by notifying me in writing to that effect, we will obtain verification from our client and will mail you verification of the debt. The law does not require our client to wait until the end of the 30-day period before suing you to collect this debt. If, however, you request proof of the debt within the 30-day period that begins with your receipt of this letter, the law requires that collection efforts (through litigation or otherwise) to collect the debt be suspended until the requested information is mailed to you. **This is an attempt to collect a debt and any information will be used for that purpose.**

Please Contact Adriana Zamora with Interior Experts General Builders, Inc. at 909-203-4922 for any questions or comments regarding this matter.

Very truly yours,

EASY LAW CONSTRUCTION NOTICES

Salina Morales

Enclosure

cc:   Client;
      Triple B Mission Viejo, LLC c/o Davaco, 4050 Valley View Lane Suite 150, Irving, TX 75038

**RECORDING REQUESTED BY:**
Easy Law Construction Notices

**WHEN RECORDED MAIL TO:**
Easy Law Construction Notices
1777 East Los Angeles Avenue, Suite 203
Simi Valley, CA 93065

## CALIFORNIA MECHANICS LIEN

The undersigned, Interior Experts General Builders, Inc. whose address is 4534 Carter Court Chino, CA 91710 referred to in this Claim of Lien as the Claimant, claims a mechanics lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of Orange, State of California, and described as follows:

Bed Bath & Beyond, 25732 El Paseo, Mission Viejo, CA 92691
APN: 784-661-42 **AND** 784-661-47

After deducting all just credits and offsets, the sum of $17,235.00 together with interest thereon at the rate of seven percent per annum from September 30, 2022, is due the Claimant for the following labor, services, equipment and/or materials furnished by Claimant: Installation of drywall and steel studs.

The name and address of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services equipment and/or materials are: Davaco, Inc., 4050 Valley View Lane Suite 150, Irving, TX 75038, 214-706-6603.

The names and addresses of the owners or reputed owners of the real property are Triple B Mission Viejo, LLC c/o Mack Company, One Bridge Plaza North. Suite 660, Fort Lee, NJ 07024 **AND** Bed Bath & Beyond, Inc., 650 Liberty Avenue, Union, NJ 07083.

Dated: December 1, 2022        Interior Experts General Builders, Inc. by Easy Law Construction
                                                        Notices

_____, as (his/her/its) Attorney-in-fact
Salina Morales, Collection Manager

### VERIFICATION

I, the undersigned, declare that I am the attorney in fact for Interior Experts General Builders, Inc. the Claimant named in the foregoing claim of mechanics lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanics lien and, based upon my information and belief, know the contents thereof to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This lien was signed on December 1, 2022 in Simi Valley, California.

Interior Experts General Builders, Inc. by Easy Law Construction
                                                        Notices

_____, as (his/her/its) Attorney-in-fact
Salina Morales, Collection Manager

## NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded. The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTOR'S STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.**

## PROOF OF SERVICE AFFIDAVIT

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am over the age of 18 and now a party to the within action. I am employed in the County of Ventura, State of California; my business address is: 1777 East Los Angeles Avenue, Suite 203 Simi Valley, CA 93065. On December 1, 2022, I served the foregoing document described as: **Notice of Mechanics Lien Attention and California Mechanics Lien** to be served on all interested parties in this action by placing ( ) the original (X) a true copy thereof enclosed in sealed envelopes ( ) addressed as stated on the attached mailing list (X) addressed as follows:

**To: Owner, Reputed Owner, or Owner's Agent:**
Triple B Mission Viejo, LLC c/o Mack Company, One Bridge Plaza North, Suite 660, Fort Lee, NJ 07024
**Certified Mail Return Receipt No.:**     9214 7969 0099 9790 1645 5433 27

**To: Tenant:**
Bed Bath & Beyond, Inc., 650 Liberty Ave., Union, NJ 07083
**Certified Mail Return Receipt No.:**     9214 7969 0099 9790 1645 5433 58

**To: Direct Contractor:**
Davaco, Inc., 4050 Valley View Lane Suite 150, Irving, TX 75038
**Certified Mail Return Receipt No.:**     9214 7969 0099 9790 1645 5433 89

Triple B Mission Viejo, LLC c/o Davaco, Inc., 4050 Valley View Lane Suite 150, Irving, TX 75038
**Certified Mail Return Receipt No.:**     9214 7969 0099 9790 1645 5434 19

(X) BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:

    ( )    I deposited such an envelope in the mail in the County of Ventura, State of California. The envelope was mailed with postage thereon fully prepaid.

(X) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Simi Valley, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing the affidavit.

( ) (BY PERSONAL SERVICE) I delivered such envelope by hand to the addressee.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on *December 1, 2022*, at Simi Valley, California.

_____
Salina Morales