# EXHIBIT A

| | | | | | Page: | 1 of 1 | | |
|---|---|---|---|---|---|---|---|---|
| **BED BATH & BEYOND** | | **PURCHASE ORDER** | | | PO Date: | 9/1/2020 | **PO #:** | 287514 |
| | | | | | **PO Type**: | IT Standard PO | **PO Revision:** | 0 |

| Supplier No: | 102779 | Payment Terms: | 30 DAYS | Bill To: | Ship To: |
|---|---|---|---|---|---|
| Supplier Name: | GOTHAM TECHNOLOGY | | | BED BATH & BEYOND CORP | CORP - BED BATH & BEYOND INC. |
| Supplier Location: | | Ship / FOB: | | 650 Liberty Ave. | ATTN: HEADQUARTERS//IT DEPT. |
| Delivery Date: | 9/7/2020 | Freight Terms: | GROUND DELIVERY | UNION, NJ | 650 LIBERTY AVENUE |
| | | | | 07083-3118 | 908-688-0888 |
| Req Location: | IT05 | Dept/Room/Store: | | FOLLOW EXPENSE VENDOR INVOICE | UNION NJ |
| | | Support Ticket#: | | GUIDE AT PARTNERS.BEDBATH.COM | 07083 |

**Comments**
CloudGenix 3 year - Payable Annually in Advance.
All H/W, S/W and associated Services are governed by the terms of the Palo Alto End User License Agreements and associated SLAs.
Quote: CPRW08312020
Term dates : 10/03/2020 - 10/03/2023

| LN# | Item # | Vendor Item # | Description | UOM | QTY | Price Per | Total |
|---|---|---|---|---|---|---|---|
| 1 | ION-HW-YR1 | ION-HW-YR1 | YEAR 1 HARDWARE, HARDWARE SUPPort, & Deployme | EA | 0.00 | 1.00 761,536.79 | 761,536.79 |
| 2 | ION-SW-YR1 | ION-SW-YR1 | YEAR 1 SOFTWARE | EA | 0.00 | 1.00 1,095,030.83 | 1,095,030.83 |
| | | | | | | | 1,856,567.62 |

ORDER IS ADDITIONALLY SUBJECT TO THE TERMS AND CONDITIONS OF ANY WRITTEN CONTRACTS OR AGREEMENT PREVIOUSLY EXECUTED BY THE PARTIES . BY SHIP
THIS ORDER, SELLER EXPRESSLY AGREES TO INDEMNIFY, DEFEND, AND HOLD BUYER HARMLESS, AND TO PAY ALL OF BUYER'S EXPENSES AND LEGAL FEES RELATING TO
ANY CLAIM, DEFENSE, SETTLEMENT AND/OR JUDGEMENT ON ANY ALLEGATION THAT THE PRODUCT ABOVE (I) VIOLATES ANY INTELLECTUAL PROPERTY RIGHT OF A THIRD
PARTY OR ANY LAW OR SAFETY REGULATION OR (II) HAS CAUSED INJURY TO ANY PERSON OR PROPERTY.
N ADDITION, PAYMENT OF INVOICE BY BED BATH & BEYOND FOR PRODUCTS OR SERVICES DESCRIBED ABOVE DOES NOT CONSTITUTE ACCEPTANCE OF ANY ADDITIONAL
TERMS AND CONDITIONS THAT MAY APPEAR ON SUPPLIERS INVOICE, PROPOSAL OR QUOTATION.

**Authorized By:** Tracey Motley