# EXHIBIT B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Page:** | 1 of 1 | **PO #:** | 287515 |
| ![BED BATH & BEYOND] | | **PURCHASE ORDER** | | **PO Date:** | 9/1/2020 | | |
| | | | | **PO Type:** | IT Standard PO | **PO Revision:** | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Supplier No:** | 102779 | **Payment Terms:** | 30 DAYS | **Bill To:** | | **Ship To:** |
| **Supplier Name:** | GOTHAM TECHNOLOGY | | | BED BATH & BEYOND CORP | | CORP - BED BATH & BEYOND INC. |
| **Supplier Location:** | | **Ship / FOB:** | | 650 Liberty Ave. | | ATTN: HEADQUARTERS//IT DEPT. |
| **Delivery Date:** | 9/7/2020 | **Freight Terms:** | GROUND DELIVERY | UNION, NJ | | 650 LIBERTY AVENUE |
| | | | | 07083-3118 | | 908-688-0888 |
| **Req Location:** | IT05 | **Dept/Room/Store:** | | FOLLOW EXPENSE VENDOR INVOICE | | UNION NJ |
| | | **Support Ticket#:** | | GUIDE AT PARTNERS.BEDBATH.COM | | 07083 |

**Comments**
CloudGenix 3 year - Payable Annually in Advance.
All H/W, S/W and associated Services are governed by the terms of the Palo Alto End User License Agreements and associated SLAs.
Quote: CPRW08312020
Term dates : 10/03/2020 - 10/03/2023

| LN# | Item # | Vendor Item # | Description | UOM | QTY | Price Per | Total |
|---|---|---|---|---|---|---|---|
| 1 | ION-HW-YR2 | ION-HW-YR2 | YEAR 2 HARDWARE SUPPORTDETAILS | EA | 0.00 1.00 | 61,643.86 | 61,643.86 |
| 2 | ION-SW-YR2 | ION-SW-YR2 | YEAR 2 SOFTWARE | EA | 0.00 1.00 | 895,030.83 | 895,030.83 |
| | Line 2 includes $200,000 discount for year 2 | | | | | | |
| | | | | | | | 956,674.69 |

ORDER IS ADDITIONALLY SUBJECT TO THE TERMS AND CONDITIONS OF ANY WRITTEN CONTRACTS OR AGREEMENT PREVIOUSLY EXECUTED BY THE PARTIES . BY SHIP
THIS ORDER, SELLER EXPRESSLY AGREES TO INDEMNIFY, DEFEND, AND HOLD BUYER HARMLESS, AND TO PAY ALL OF BUYER'S EXPENSES AND LEGAL FEES RELATING TO
ANY CLAIM, DEFENSE, SETTLEMENT AND/OR JUDGEMENT ON ANY ALLEGATION THAT THE PRODUCT ABOVE (I) VIOLATES ANY INTELLECTUAL PROPERTY RIGHT OF A THIRD
PARTY OR ANY LAW OR SAFETY REGULATION OR (II) HAS CAUSED INJURY TO ANY PERSON OR PROPERTY.
N ADDITION, PAYMENT OF INVOICE BY BED BATH & BEYOND FOR PRODUCTS OR SERVICES DESCRIBED ABOVE DOES NOT CONSTITUTE ACCEPTANCE OF ANY ADDITIONAL
TERMS AND CONDITIONS THAT MAY APPEAR ON SUPPLIERS INVOICE, PROPOSAL OR QUOTATION.

**Authorized By:** Tracey Motley