| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **DAY PITNEY LLP**<br>One Jefferson Road<br>Parsippany, New Jersey 07054-2891<br>(973) 966-6300<br>Attorneys for Creditor<br>Gotham Technology Group, LLC |
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>        Debtors. |

Chapter 11

Case No. 23-13359 (VFP)

Hearing Date: July 11, 2023

## CERTIFICATION OF SERVICE

1. I, Stephen R. Catanzaro, of the law firm of Day Pitney LLP, attorneys for creditor Gotham Technology Group, LLC ("Gotham"), hereby certify the following:

2. On June 20, 2023, I filed the original copy of Gotham's Motion (1) setting a deadline of July 12, 2023 for the Debtor to assume or reject an executory contract with Gotham pursuant to 11 U.S.C. § 365(d)(2); (2) requiring the Debtor to pay the related unpaid license payments either as cure amounts due in connection with the assumption of the contract or as post-petition administrative expenses, or, in the alternative, (3) granting Gotham relief from the automatic stay to allow it to terminate the contract and the underlying software license agreement pursuant to 11 U.S.C. § 362(d). The Motion papers included a Notice of Motion, Certification of Kenneth W. Phelan with exhibits, and Motion in lieu of formal legal memorandum.

3. Also on June 20, 2023, I caused a stamped-filed copy of the papers referenced in ¶ 2 to be served on the below individuals and entities in the manner identified in the chart below.

- 1 -

115239637.1

4. Also on June 20, 2023, I arranged for a stamped-filed courtesy copy to be delivered to the Court via UPS pursuant to the Court's individual practice rules.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  June 20, 2023                          */s/ Stephen R. Catanzaro*
                                                           STEPHEN R. CATANZARO, ESQ.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland and Ellis LLP<br>3101 Old Jacksonville Road<br>Springfield, IL 62704 | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court [*]) |
| All registered CM/ECF users in this matter | - | ☐ Hand-delivered<br>☐ Via UPS Overnight<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court [*]) |

115239637.1