**HUSCH BLACKWELL LLP**
David Stauss (NJ I.D. #013862005)
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: 303.749.7200
Facsimile: 303.749.7272
Email: david.stauss@huschblackwell.com

**HUSCH BLACKWELL LLP**
Caleb T. Holzaepfel, Esq.
Admitted *pro hac vice*
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone:  423.755.2654
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Safety National Casualty Corporation*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | : | Case No. 23-13359 (VFP) |
| Debtors.[1] | : | (Jointly Administered) |

### RESERVATION OF RIGHTS AND JOINDER OF SAFETY NATIONAL CASUALTY CORPORATION TO THE RESERVATION OF RIGHTS OF CHUBB COMPANIES

Safety National Casualty Corporation ("Safety National"), by and through the undersigned counsel, hereby files this reservation of rights (the "Reservation of Rights") as to *Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A)*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

*Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief* [Docket No. 29] (the "Sale Motion")], the *Order (I) Approving the Auction and Bidding Procedures, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 92] (the "Bidding Procedures Order"), the Debtors' *Notice of Selection of Stalking Horse Bidder* [Docket No. 708] (the "Stalking Horse Notice"), and Debtors' *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 714] (the "Contract Assumption Notice") by incorporating by reference as if restated herein and joining in that certain *Reservation of Rights of the Chubb Companies to Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief* [Dkt. No. 722] (the "Chubb Reservation of Rights") filed by the Chubb Companies.[2]

WHEREFORE the reasons set forth in the Chubb Reservation of Rights, Safety National respectfully requests a reservation of its rights as to the Sale Motion, Bidding Procedures Order, Stalking Horse Notice, and Contract Assumption Notice.

---

[2] Chubb Companies shall have the same meaning as in the Chubb Reservation of Rights.

Dated:  June 21, 2023              Respectfully Submitted,

*/s/ David Stauss*
David Stauss (NJ I.D. #013862005)
**HUSCH BLACKWELL LLP**
1801 Wewatta Street, Suite 1000
Denver, CO 80202
T: 303.749.7200; F: 303.749.7272
Email: david.stauss@huschblackwell.com

Caleb T. Holzaepfel, Esq. (admitted *pro hac vice*)
**HUSCH BLACKWELL LLP**
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
T: 423.755.2654; F: 423.266.5500
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Safety National Casualty Corporation*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 21st day of June, 2023, I caused a copy of the foregoing to be served by electronic means through the ECF system to all registered ECF participants and via U.S. Mail on all parties listed on the creditor matrix as well as by e-mail on the following parties:

| | |
|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.,<br>Emily E. Geier, P.C.,<br>Derek I. Hunter, and<br>Ross J. Fiedler<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Cole Schotz P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq., and<br>Felice R. Yudkin, Esq.<br>25 Main Street Hackensack<br>New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com |
| Davis Polk & Wardwell LLP,<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall S. Huebner<br>marshall.huebner@davispolk.com<br>Adam L. Shpeen<br>adam.shpeen@davispolk.com<br>Steven Z. Szanzer<br>steven.szanzer@davispolk.com<br>Michael Pera<br>michael.pera@davispolk.com | Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman<br>DHillman@proskauer.com<br>and Megan R. Volin<br>MVolin@proskauer.com |
| Office of the United States Trustee<br>Andrew R.Vara, U.S. Trustee, Regions 3 & 9<br>Fran B. Steele, Esq.<br>Fran.B.Steele@usdoj.gov | Pachulski Stang Ziehl & Jones LLP<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com |

| | |
|---|---|
| Overstock.com, Inc.<br>799 W. Coliseum Way<br>Midvale, UT 84047<br>Attention: Chief Legal Officer and Corporate Secretary<br>Email: gnickle@overstock.com | Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles<br>Michael S. Benn<br>Gordon S. Moodie<br>E-Mail: SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com |

*/s/ David Stauss*
David Stauss (NJ I.D. #013862005)