UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BUTLER SNOW LLP
Paul S. Murphy
P.O. Drawer 4248
Gulfport, MS  39502
228.575.3033
paul.murphy@butlersnow.com
Attorney for Creditor, Pittsburgh Hilton Head Associates L.P.

In Re:

BED BATH & BEYOND INC., et al.

Case No.: 2:23-BK-13359

Chapter: 11

Judge: Vincent F. Papalia

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Pittsburgh Hilton Head Associates L.P. . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Butler Snow LLP
Paul S. Murphy, Esq.
P.O. Drawer 4248
Gulfport, MS  39502
Email:  paul.murphy@butlersnow.com; ecf.notices@butlersnow.com; kitty.logan@butlersnow.com;

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: June 21, 2023

/s/ Paul S. Murphy
Signature

new.8/1/15