**MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C.**
James W. McCartney, Esq.
2500 Plaza 5, Harborside Financial Center
Jersey City, New Jersey 07311
(201) 521-3170
JMcCartney@mcwpc.com
Counsel for Caparra Center Associates LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

James W. McCartney, of full age and an attorney-at-law in the State of New Jersey, hereby certifies as follows:

1. I represent creditor Caparra Center Associates LLC in the above-captioned matter.

2. On June 21, 2023 I served copies of the following pleadings and/or documents via 1) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof; and 2) via electronic mail to the parties listed on the chart below:

**OBJECTION OF CAPARRA CENTER ASSOCIATES LLC TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXCUTORY CONTRACTS AND UNEXPIRED LEASES**

---

[1] The last for digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

3. I certify that the foregoing statements made by me are true. I am aware that if they are willfully false, I am subject to punishment.

<u>s/ James W. McCartney</u>
James W. McCartney, Esq.
*Attorney for Caparra Center Associates LLC*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>**Cole Schotz, PC**<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to Debtors | Notice of Electronic Filing (NEF) and Email |
| Joshua A. Sussberg, Esq. Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Ave.<br>New York, NY 10022<br>Derek.hunter@kirkland.com<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Ross.fiedler@kirkland.com | Co-Counsel to Debtors | Notice of Electronic Filing (NEF) and Email |
| Office of the US Trustee<br>Fran B. Steele<br>U.S. Department of Justice<br>Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | United States Trustee | Notice of Electronic Filing (NEF) and Email |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>**Davis Polk & Wardwell LP**<br>450 Lexington Ave.<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | Counsel to Prepetition ABL Agent | Notice of Electronic Filing (NEF) and Email |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Prokauser Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | Notice of Electronic Filing (NEF) and Email |

| | | |
|---|---|---|
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | Notice of Electronic Filing (NEF) and Email |
| Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>**Wachtell Lipton Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | Notice of Electronic Filing (NEF) and Email |