UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alexander F. Barth, Esquire
Evan W. Rassman, Esquire (admitted pro hac vice)
Cohen Seglias Pallas Greenhall & Furman, P.C.
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Phone: 215-564-1700
abarth@cohenseglias.com
erassman@cohenseglias.com

*Counsel Creditor to Che Chen Liu and Shu Fen Liu, as Trustees of the Che Chen Liu and Shu Fen Liu Revocable Trust dated October 9, 2012*

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.

Case No.: 23-13359 (VFP)

Chapter: 11

Judge: Vincent F. Papalia

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Alexander F. Barth will be substituted as attorney of record for Che Chen Liu and Shu Fen Liu, as Trustees of the Che Chen Liu and Shu Fen Liu Revocable Trust dated October 9, 2012, Creditor, case.[1]

Date: 6/21/2023

William R. Firth, III, Esq.
Signature of Former Attorney

Date: 6/21/2023

Alexander F. Barth, Esq.
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.