# EXHIBIT A

Blue Yonder, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254-2666
United States of America
86-0673401



# INVOICE

| | |
|---|---|
| **Invoice:  :** | 220210956 |
| **Invoice Date:** | September 1, 2022 |
| **Due Date:** | October 16, 2022 |
| **Payment Terms:** | 0.63/10, Net 45 |
| **Purchase Order:** | P-1010-107308 |

| **Bill To:** |
|---|
| Cliff March |
| Bed Bath & Beyond Inc. |
| 650 LIBERTY AVENUE |
| PO BOX #3122 |
| UNION, NJ 07083-3122 |
| United States of America |
| Vendor # 268604 |
| |
| 31806 |

| **Remit Payment To:** |
|---|
| **Wiring Instructions** |
| Bank of America |
| Account Number:457024823104 |
| Routing Number:  026009593 |
| (US Domestic Wires) |
| Routing/Bank Code:122101706 |
| SWIFT/ABA:BOFAUS3N |
| |
| **Send Checks To:** |
| PO Box 841983 |
| Dallas, TX 75284-1983 |

## Invoice Information

| Line Item Details | | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|---|
| Sales Item: | Subscription | Ship To: UNION NJ-07083-3122 | 1 | Bundle(s) | 1,795,000.00 | 0.00 |
| Product: | Premier Support | From: Sep-01-2022 | | | | |
| | | To: Aug-31-2023 | | | | |
| | Merchandise Financial Forecasting | | | | | |
| | Performance Analysis | | | | | |
| | Disaster Recovery - Standard | | | | | |
| | Batch Window - 8 Hour | | | | | |
| | Premier Support | | | | | |
| | Assortment Generator | | | | | |
| | Assortment Optimization | | | | | |
| | CKB - Category Advisor | | | | | |
| | Channel Clustering | | | | | |
| | Planogram Generator Enterprise | | | | | |
| | Planogram Converter | | | | | |
| | CKB - Web Publisher | | | | | |
| | Floor Planning Plus | | | | | |
| | Floorplan Generator | | | | | |
| | CKB - Knowledge Server Reporting | | | | | |
| | Disaster Recovery - | | | | | |

| | | |
|---|---|---|
| *Invoice Net Amount:* | 1,795,000.00 | USD |
| *Tax* : | 0.00 | USD |
| **TOTAL Amount Due** | **1,795,000.00** | **USD** |

For Payment and/or Billing Inquiries, please contact :

| Date | Invoice Number |
|---|---|
| Sep 1, 2022 | 220210956 |

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| | Standard Plus | | | | |
| | Cognos Business Intelligence - Framework Bundle II | | | | |
| | Premier Support | | | | |
| | Category Management - Dynamic Insights | | | | |
| | Connect - Enterprise | | | | |
| | Connect | | | | |
| | Data Management Services | | | | |
| | DMExpress | | | | |
| | Enterprise Knowledge Base | | | | |
| | Enterprise Planning Server Edition | | | | |
| | Luminate Enterprise Planning Bundle | | | | |
| | Category Knowledge Base | | | | |
| | Space Planning Plus | | | | |
| | Luminate Category Management Bundle | | | | |
| | Space Automation Professional | | | | |
| | Space Planning Web | | | | |
| | Luminate Assortment | | | | |
| | Luminate Assortment Bundle | | | | |
| Shipping Method: | Electronic | | | | |
| Contract: | SCHEDULE 4-A TO CLOUD SERVICES SUBSCRIPTION AND PROFESSIONAL SERVICES AGREEMENT ("SCHEDULE 4-A") dated 01 September 2021 | | | | |
| Line Memo | | | | | |



Blue Yonder, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254-2666
United States of America
86-0673401

# INVOICE

| | |
|---|---|
| **Invoice:  :** | 220211288 |
| **Invoice Date:** | September 7, 2022 |
| **Due Date:** | October 22, 2022 |
| **Payment Terms:** | 0.63/10, Net 45 |
| **Purchase Order:** | P-1010-106592 |

| **Bill To:** |
|---|
| Finance Administration
Bed Bath & Beyond Inc.
650 LIBERTY AVENUE
PO BOX #3122
UNION, NJ 07083-3122
United States of America
Vendor # 268604

31806 |

| **Remit Payment To:** |
|---|
| **Wiring Instructions**
Bank of America
Account Number:457024823104
Routing Number:  026009593
(US Domestic Wires)
Routing/Bank Code:122101706
SWIFT/ABA:BOFAUS3N

**Send Checks To:**
PO Box 841983
Dallas, TX 75284-1983 |

## Invoice Information

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| Project: 2022-0304 EPAssortPlanCat OP-0230070 | | | | | |
| Sales Item: Consulting Services – Implementation | Ship To: UNION NJ-07083-3122 | | | | |
| Associate: ▮▮▮▮ | | 80 | Hour | 19,120.00 | 0.00 |
| Associate: ▮▮▮▮▮ | | 36 | Hour | 10,296.00 | 0.00 |
| Associate: ▮▮▮ | | 76.5 | Hour | 18,054.00 | 0.00 |
| Associate: ▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▮▮▮ | | 40 | Hour | 10,880.00 | 0.00 |
| Associate: ▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▮▮▮ | | 60 | Hour | 16,440.00 | 0.00 |
| Associate: ▮▮▮▮ | | 72 | Hour | 19,584.00 | 0.00 |
| Associate: ▮▮▮▮ | | 11 | Hour | 3,146.00 | 0.00 |
| Associate: ▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▮▮▮▮ | | 104 | Hour | 28,288.00 | 0.00 |
| Associate: ▮▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |

| | | |
|---|---|---|
| *Invoice Net Amount:* | 212,848.00 | USD |
| *Tax* : | 0.00 | USD |
| **TOTAL Amount Due** | **212,848.00** | **USD** |

For Payment and/or Billing Inquiries, please contact :
▮▮▮▮▮▮▮

| Date | Invoice Number |
|---|---|
| Sep 7, 2022 | 220211288 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: Project Management** | | | | | |
| ▉▉▉▉▉▉ | | | | | |
| Project Management | | | | | |
| 08/22/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 08/24/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 08/26/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 08/31/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/01/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/02/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| **Total** | 80 | | | **19,120.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 8 | Hour | 286.00 | 2,288.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 286.00 | 2,288.00 | 0.00 |
| 08/24/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 286.00 | 2,288.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 286.00 | 2,288.00 | 0.00 |
| 08/31/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| **Total** | 36 | | | **10,296.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 08/24/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 08/26/2022 | 7 | Hour | 236.00 | 1,652.00 | 0.00 |
| 08/29/2022 | 7 | Hour | 236.00 | 1,652.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 08/31/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/01/2022 | 7.5 | Hour | 236.00 | 1,770.00 | 0.00 |
| 09/02/2022 | 7 | Hour | 236.00 | 1,652.00 | 0.00 |
| **Total** | 76.5 | | | **18,054.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/24/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/31/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/01/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/02/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/23/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/24/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |

| | Date | Invoice Number |
|---|---|---|
| | Sep 7, 2022 | 220211288 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: General Consulting** | | | | | |
| ▬▬▬▬ | | | | | |
| General Consulting | | | | | |
| 08/25/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/26/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/29/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/30/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/31/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/01/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/02/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| **Total** | 40 | | | **10,880.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▬▬▬▬ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/24/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/31/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/01/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/02/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task: Project Management** | | | | | |
| ▬▬▬▬ | | | | | |
| Project Management | | | | | |
| 08/15/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/16/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/17/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/18/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/19/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/22/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/23/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/24/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/25/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/26/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/29/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/30/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 08/31/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 09/01/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 09/02/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| **Total** | 60 | | | **16,440.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▬▬▬▬ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/23/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/24/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/31/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/01/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Sep 7, 2022 | 220211288 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: General Consulting** | | | | | |
| ████████ | | | | | |
| General Consulting | | | | | |
| 09/02/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ████████ | | | | | |
| General Consulting | | | | | |
| 08/23/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| 08/24/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| 08/29/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| 08/30/2022 | 3 | Hour | 286.00 | 858.00 | 0.00 |
| 08/31/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 09/01/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| **Total** | 11 | | | **3,146.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ████████ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/24/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/31/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/01/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/02/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ████████ | | | | | |
| General Consulting | | | | | |
| 08/08/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/09/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/11/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/24/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/01/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/02/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 104 | | | **28,288.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ████████ | | | | | |
| General Consulting | | | | | |
| 08/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/24/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/25/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 08/31/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/01/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |

| Date | Invoice Number |
|------|----------------|
| Sep 7, 2022 | 220211288 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task:  General Consulting** | | | | | |
| ▬▬▬ | | | | | |
| General Consulting | | | | | |
| 09/02/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Total for Consulting Services – Implementation** | | | | **212,848.00** | **0.00** |

Blue Yonder, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254-2666
United States of America
86-0673401



**INVOICE**

| | |
|---|---|
| **Invoice:  :** | 220211696 |
| **Invoice Date:** | September 21, 2022 |
| **Due Date:** | November 5, 2022 |
| **Payment Terms:** | 0.63/10, Net 45 |
| **Purchase Order:** | |

| **Bill To:** |
|---|
| Finance Administration |
| Bed Bath & Beyond Inc. |
| 650 LIBERTY AVENUE |
| PO BOX #3122 |
| UNION, NJ 07083-3122 |
| United States of America |
| Vendor # 268604 |
| |
| 31806 |

| **Remit Payment To:** |
|---|
| **Wiring Instructions** |
| Bank of America |
| Account Number:457024823104 |
| Routing Number:  026009593 |
| (US Domestic Wires) |
| Routing/Bank Code:122101706 |
| SWIFT/ABA:BOFAUS3N |
| |
| **Send Checks To:** |
| PO Box 841983 |
| Dallas, TX 75284-1983 |

## Invoice Information

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| Project: 2022-0304 EPAssortPlanCat OP-0230070 | | | | | |
| Sales Item: Consulting Services – Implementation | Ship To: UNION NJ-07083-3122 | | | | |
| Associate: ████████ | | 72 | Hour | 17,208.00 | 0.00 |
| Associate: ██████████ | | 20 | Hour | 5,720.00 | 0.00 |
| Associate: ██████ | | 48 | Hour | 11,328.00 | 0.00 |
| Associate: █████████ | | 72 | Hour | 19,584.00 | 0.00 |
| Associate: ███████ | | 32 | Hour | 8,704.00 | 0.00 |
| Associate: ████████ | | 72 | Hour | 19,584.00 | 0.00 |

| | | |
|---|---|---|
| *Invoice Net Amount:* | 169,248.00 | USD |
| *Tax* : | 0.00 | USD |
| **TOTAL Amount Due** | **169,248.00** | **USD** |

For Payment and/or Billing Inquiries, please contact :

| Date | Invoice Number |
|---|---|
| Sep 21, 2022 | 220211696 |

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| Associate: ▆▆▆▆ | | 72 | Hour | 19,584.00 | 0.00 |
| Associate: ▆▆▆▆ | | 8 | Hour | 2,288.00 | 0.00 |

| Date | Invoice Number |
| --- | --- |
| Sep 21, 2022 | 220211696 |

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
| --- | --- | --- | --- | --- | --- |
| Associate: ▮▮▮▮▮▮▮ | | 40 | Hour | 4,320.00 | 0.00 |
| Associate: ▮▮▮▮ | | 72 | Hour | 19,584.00 | 0.00 |
| Associate: ▮▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▮▮▮▮▮ | | 72 | Hour | 19,584.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Sep 21, 2022 | 220211696 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: Project Management** | | | | | |
| ▉▉▉▉▉▉ | | | | | |
| Project Management | | | | | |
| 09/06/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/12/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/15/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/16/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| **Total** | 72 | | | **17,208.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 8 | Hour | 286.00 | 2,288.00 | 0.00 |
| 09/07/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 286.00 | 2,288.00 | 0.00 |
| 09/14/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| **Total** | 20 | | | **5,720.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| **Total** | 48 | | | **11,328.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/15/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/16/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▉▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/07/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/08/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/09/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/12/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/13/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/14/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| 09/15/2022 | 4 | Hour | 272.00 | 1,088.00 | 0.00 |
| **Total** | 32 | | | **8,704.00** | **0.00** |

| Date | Invoice Number |
|---|---|
| Sep 21, 2022 | 220211696 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/15/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/16/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/15/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/16/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| 09/07/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| 09/08/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| 09/09/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| 09/13/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| 09/14/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| **Total** | 8 | | | **2,288.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 09/05/2022 | 8 | Hour | 108.00 | 864.00 | 0.00 |
| 09/06/2022 | 8 | Hour | 108.00 | 864.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 108.00 | 864.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 108.00 | 864.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 108.00 | 864.00 | 0.00 |
| **Total** | 40 | | | **4,320.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/15/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/16/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Sep 21, 2022 | 220211696 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task:  General Consulting** | | | | | |
| ████████████ | | | | | |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Task:  General Consulting** | | | | | |
| ████████████ | | | | | |
| General Consulting | | | | | |
| 09/05/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Sep 21, 2022 | 220211696 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task:  General Consulting** | | | | | |
| ████████ | | | | | |
| General Consulting | | | | | |
| 09/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/15/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/16/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task:  General Consulting** | | | | | |
| ████████ | | | | | |
| General Consulting | | | | | |
| 09/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/08/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/09/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/15/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/16/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Total for  Consulting Services – Implementation** | | | | **169,248.00** | **0.00** |

Blue Yonder, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254-2666
United States of America
86-0673401



**INVOICE**

| | |
|---|---|
| **Invoice:  :** | 220212703 |
| **Invoice Date:** | October 5, 2022 |
| **Due Date:** | November 19, 2022 |
| **Payment Terms:** | 0.63/10, Net 45 |
| **Purchase Order:** | P-1010-106592 |

| **Bill To:** |
|---|
| Finance Administration
Bed Bath & Beyond Inc.
650 LIBERTY AVENUE
PO BOX #3122
UNION, NJ 07083-3122
United States of America
Vendor # 268604

31806 |

| **Remit Payment To:** |
|---|
| **Wiring Instructions**
Bank of America
Account Number:457024823104
Routing Number:  026009593
(US Domestic Wires)
Routing/Bank Code:122101706
SWIFT/ABA:BOFAUS3N

**Send Checks To:**
PO Box 841983
Dallas, TX 75284-1983 |

## Invoice Information

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| Project: 2022-0304 EPAssortPlanCat OP-0230070 | | | | | |
| Sales Item: Consulting Services – Implementation | Ship To: UNION NJ-07083-3122 | | | | |
| Associate: ▮▮▮▮ | | 80 | Hour | 19,120.00 | 0.00 |
| Associate: ▮▮▮▮▮ | | 20 | Hour | 5,720.00 | 0.00 |
| Associate: ▮▮▮ | | 69 | Hour | 16,284.00 | 0.00 |
| Associate: ▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |

| | | |
|---|---|---|
| *Invoice Net Amount:* | 166,757.00 | USD |
| *Tax* : | 0.00 | USD |
| **TOTAL Amount Due** | **166,757.00** | **USD** |

For Payment and/or Billing Inquiries, please contact :
▮▮▮▮▮▮▮▮

| Date | Invoice Number |
| --- | --- |
| Oct 5, 2022 | 220212703 |

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
| --- | --- | --- | --- | --- | --- |
| Associate: ▉▉▉▉ | | 35 | Hour | 9,590.00 | 0.00 |
| Associate: ▉▉▉▉ | | 32 | Hour | 8,704.00 | 0.00 |
| Associate: ▉▉▉▉ | | 2.5 | Hour | 715.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Oct 5, 2022 | 220212703 |

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| Associate: ▆▆▆▆▆▆ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▆▆▆▆▆▆ | | 72 | Hour | 19,584.00 | 0.00 |
| Associate: ▆▆▆▆▆▆ | | 80 | Hour | 21,760.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Oct 5, 2022 | 220212703 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: Project Management** | | | | | |
| ▆▆▆▆▆ | | | | | |
| Project Management | | | | | |
| 09/19/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/20/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/21/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/22/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/23/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/26/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/27/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/29/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 09/30/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| **Total** | 80 | | | **19,120.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▆▆▆▆▆ | | | | | |
| General Consulting | | | | | |
| 09/19/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 09/20/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 09/21/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| 09/26/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 09/27/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 09/28/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| **Total** | 20 | | | **5,720.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▆▆▆▆▆ | | | | | |
| General Consulting | | | | | |
| 09/20/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/21/2022 | 7.5 | Hour | 236.00 | 1,770.00 | 0.00 |
| 09/22/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/23/2022 | 6.5 | Hour | 236.00 | 1,534.00 | 0.00 |
| 09/26/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/27/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 09/29/2022 | 7 | Hour | 236.00 | 1,652.00 | 0.00 |
| 09/30/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| **Total** | 69 | | | **16,284.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▆▆▆▆▆ | | | | | |
| General Consulting | | | | | |
| 09/19/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/20/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/21/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/27/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▆▆▆▆▆ | | | | | |
| General Consulting | | | | | |
| 09/19/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/20/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/21/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Oct 5, 2022 | 220212703 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: General Consulting** | | | | | |
| General Consulting | | | | | |
| 09/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/27/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task: Project Management** | | | | | |
| Project Management | | | | | |
| 09/19/2022 | 5 | Hour | 274.00 | 1,370.00 | 0.00 |
| 09/20/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 09/21/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 09/22/2022 | 3 | Hour | 274.00 | 822.00 | 0.00 |
| 09/26/2022 | 3 | Hour | 274.00 | 822.00 | 0.00 |
| 09/27/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 09/28/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 09/29/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 09/30/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| **Total** | 35 | | | **9,590.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| General Consulting | | | | | |
| 09/27/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 32 | | | **8,704.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| General Consulting | | | | | |
| 09/20/2022 | 1.5 | Hour | 286.00 | 429.00 | 0.00 |
| 09/22/2022 | 1 | Hour | 286.00 | 286.00 | 0.00 |
| **Total** | 2.5 | | | **715.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| General Consulting | | | | | |
| 09/19/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/20/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/21/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/27/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| General Consulting | | | | | |
| 09/19/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/20/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/21/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Oct 5, 2022 | 220212703 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task:  General Consulting** | | | | | |
| ▓▓▓▓▓▓▓ | | | | | |
| General Consulting | | | | | |
| 09/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/27/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Task:  General Consulting** | | | | | |
| ▓▓▓▓▓▓▓ | | | | | |
| General Consulting | | | | | |
| 09/19/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Oct 5, 2022 | 220212703 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task:  General Consulting** | | | | | |
| ▉▉▉▉▉▉ | | | | | |
| General Consulting | | | | | |
| 09/20/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/21/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/22/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/23/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/26/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/27/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/28/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/29/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 09/30/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| Total for **Consulting Services – Implementation** | | | | **166,757.00** | **0.00** |

Blue Yonder, Inc.
15059 N. Scottsdale Rd.
Suite 400
Scottsdale, AZ 85254-2666
United States of America
86-0673401



# INVOICE

| | |
|---|---|
| **Invoice:  :** | 220213083 |
| **Invoice Date:** | October 19, 2022 |
| **Due Date:** | December 3, 2022 |
| **Payment Terms:** | 0.63/10, Net 45 |
| **Purchase Order:** | |

**Bill To:**

Finance Administration
Bed Bath & Beyond Inc.
650 LIBERTY AVENUE
PO BOX #3122
UNION, NJ 07083-3122
United States of America
Vendor # 268604

31806

**Remit Payment To:**

**Wiring Instructions**
Bank of America
Account Number:457024823104
Routing Number:  026009593
(US Domestic Wires)
Routing/Bank Code:122101706
SWIFT/ABA:BOFAUS3N

**Send Checks To:**
PO Box 841983
Dallas, TX 75284-1983

## Invoice Information

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| Project: 2022-0304 EPAssortPlanCat OP-0230070 | | | | | |
| Sales Item: Consulting Services – Implementation | Ship To: UNION NJ-07083-3122 | | | | |
| Associate: ▮▮▮▮ | | 80 | Hour | 19,120.00 | 0.00 |
| Associate: ▮▮▮▮▮ | | 20 | Hour | 5,720.00 | 0.00 |
| Associate: ▮▮▮ | | 38.5 | Hour | 9,086.00 | 0.00 |
| Associate: ▮▮▮▮▮ | | 40 | Hour | 10,880.00 | 0.00 |
| Associate: ▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▮▮▮ | | 20 | Hour | 5,480.00 | 0.00 |
| Associate: ▮▮▮▮ | | 80 | Hour | 21,760.00 | 0.00 |
| Associate: ▮▮▮▮ | | 72 | Hour | 19,584.00 | 0.00 |

| | | |
|---|---|---|
| *Invoice Net Amount:* | 139,502.00 | USD |
| *Tax* : | 0.00 | USD |
| **TOTAL Amount Due** | **139,502.00** | **USD** |

For Payment and/or Billing Inquiries, please contact :
▮▮▮▮▮▮▮▮

| Date | Invoice Number |
|---|---|
| Oct 19, 2022 | 220213083 |

| Line Item Details | Additional Information | Quantity | UOM | Amount | Tax |
|---|---|---|---|---|---|
| Associate: ███████ | | 56 | Hour | 15,232.00 | 0.00 |
| Associate: ███████ | | 40 | Hour | 10,880.00 | 0.00 |

| Date | Invoice Number |
|---|---|
| Oct 19, 2022 | 220213083 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Task: Project Management** | | | | | |
| ▮▮▮▮▮▮▮ | | | | | |
| Project Management | | | | | |
| 10/03/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/04/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/05/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/06/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/07/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/10/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/11/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/12/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/13/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| 10/14/2022 | 8 | Hour | 239.00 | 1,912.00 | 0.00 |
| **Total** | 80 | | | **19,120.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/03/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 10/04/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 10/05/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| 10/10/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 10/11/2022 | 4 | Hour | 286.00 | 1,144.00 | 0.00 |
| 10/12/2022 | 2 | Hour | 286.00 | 572.00 | 0.00 |
| **Total** | 20 | | | **5,720.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/03/2022 | 7 | Hour | 236.00 | 1,652.00 | 0.00 |
| 10/04/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 10/05/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| 10/06/2022 | 7.5 | Hour | 236.00 | 1,770.00 | 0.00 |
| 10/07/2022 | 8 | Hour | 236.00 | 1,888.00 | 0.00 |
| **Total** | 38.5 | | | **9,086.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/03/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/04/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/05/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 40 | | | **10,880.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/03/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/04/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/05/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/10/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/11/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |

| Date | Invoice Number |
|------|----------------|
| Oct 19, 2022 | 220213083 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|------------------|----------|-----|-----------|------------|-----|
| **Consulting Services – Implementation** | | | | | |
| **Task: Project Management** | | | | | |
| ▮▮▮▮▮ | | | | | |
| Project Management | | | | | |
| 10/03/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 10/04/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 10/05/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 10/06/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| 10/07/2022 | 4 | Hour | 274.00 | 1,096.00 | 0.00 |
| **Total** | 20 | | | **5,480.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/03/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/04/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/05/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/10/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/11/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 80 | | | **21,760.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/03/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/04/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/05/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/10/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/11/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 72 | | | **19,584.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/10/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/11/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/12/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/13/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/14/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 56 | | | **15,232.00** | **0.00** |
| **Task: General Consulting** | | | | | |
| ▮▮▮▮ | | | | | |
| General Consulting | | | | | |
| 10/03/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/04/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/05/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/06/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| 10/07/2022 | 8 | Hour | 272.00 | 2,176.00 | 0.00 |
| **Total** | 40 | | | **10,880.00** | **0.00** |

| Date | Invoice Number |
|---|---|
| Oct 19, 2022 | 220213083 |

| Transaction Date | Quantity | UOM | Bill Rate | Total Fees | Tax |
|---|---|---|---|---|---|
| **Consulting Services – Implementation** | | | | | |
| **Total for Consulting Services – Implementation** | | | | **139,502.00** | **0.00** |