| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Jesse M. Harris<br>FOX ROTHSCHILD LLP<br>2000 Market Street, Suite 2000<br>Philadelphia, PA 19103<br>Telephone: (215) 299-2864<br>Email: jesseharris@foxrothschild.com<br><br>AND<br><br>Maria A. Milano<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br>Telephone: (206) 389-1566<br>Email: mamilano@foxrothschild.com<br><br>*Attorneys for Microsoft Corporation* | |
| In re:<br><br>BED BATH & BEYOND, *et al*.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-13359<br><br>Jointly Administered<br><br>**Related Docket No: 714** |

**LIMITED OBJECTION OF MICROSOFT TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

      Microsoft Corporation ("*Microsoft*") respectfully submits the following limited objection to Debtors' *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* (the "*Notice*") (D.I. 714) and states:

      1.    Microsoft Corporation ("*Microsoft*") and Bed Bath & Beyond ("*Debtor*") are parties to multiple agreements (collectively, the "*Licenses*"). The Licenses comprise the contractual vehicle through which Debtor obtained subscriptions for Microsoft's products and services. The Licenses are executory contracts for the non-exclusive license of intellectual property and the payment of royalties as described by 11 U.S.C. § 365(n), and payments due under the Licenses constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

146873126.1

2. Debtor proposes to potentially assume and assign certain executory contracts with Microsoft, and the Notice lists the following Microsoft contracts and cure amounts:

| # | Debtor | Counterparty | Contract description | Cure amount |
|---|---|---|---|---|
| 1246 | Bed Bath & Beyond Inc. | MICROSOFT CORPORATION_IT100875 | Microsoft IDP License | - |
| 1247 | Bed Bath & Beyond Inc. | MICROSOFT CORPORATION_IT100875 | Microsoft Volume Licensing Extended Support for Windows 2008 Servers | - |
| 1248 | Bed Bath & Beyond Inc. | MICROSOFT CORPORATION_IT100875 | Microsoft Volume Licensing SCE and GitHub Renewal | - |
| 1249 | Bed Bath & Beyond Inc. | MICROSOFT CORPORATION_IT100875 | Microsoft Volume Licensing - Additional GitHub Licenses | - |
| 1250 | Bed Bath & Beyond Inc. | MICROSOFT CORPORATION_IT100875 | Microsoft GitHub New Licenses & Subscriptions | - |
| 1251 | Bed Bath & Beyond Inc. | MICROSOFT CORPORATION_IT100875 | Microsoft EAS Annual Order Year 3 ($2,061,199.92) | 3,901,285.52 |
| 1252 | Bed Bath & Beyond Inc. | MICROSOFT ONLINE INC | PromoteIQ Curation Services Order | 8,936.52 |

(D.I. 714, at page 27)

3. The proposed cure amount for the Licenses is incorrect. Upon information and belief, the $3,901,285.52 scheduled reflects the amounts owed under the following invoices which total $3,901,528.07 (we believe the small discrepancy comes from a reversal of the digits 258 and 528):

| Invoice Number | Amount |
|---|---|
| 9881802202 | $1,541,269.19 |
| 9881802218 | $64,968.00 |
| 9881802221 | $57,294.70 |
| 9881767893 | $984.08 |
| 9881671567 | $963.80 |
| 9881835621 | $949.92 |
| 9881609247 | $927.98 |
| 9881999732 | $916.92 |
| 9881393949 | $887.62 |
| 9881907343 | $886.32 |
| 9881529884 | $874.17 |
| 9881314892 | $864.00 |
| 9881464144 | $854.36 |
| 9881805716 | $2,061,199.92 |
| 9881699298 | $166,777.50 |
| 9882072112 | $909.57 |
| **Total** | **$3,901,528.07** |

146873126.1

4.      However, the proposed cure amount omits the following two additional invoices that were generated post-petition:

| Invoice Number | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9882092564 | 5/18/2023 | 6/17/2023 | $197,593.00 |
| 9882149028 | 6/10/2023 | 7/10/2023 | $934.52 |
| | | Total | $198,527.52 |

All outstanding prepetition and post-petition invoices must be paid by the Debtor prior to assumption of the Licenses pursuant to Section 365(b)(1) of the Bankruptcy Code. Copies of the above post-petition invoices are attached as Exhibits A and B.

5.      As of the date of this Limited Objection, the cure amount for the Licenses is **$4,100,055.59.**

6.      Debtor continues to utilize the Microsoft services provided for under the Licenses post-petition, some of which are invoiced monthly in arrears. Accordingly, the cure amount may increase based on the Debtor's ongoing usage of Microsoft's products and services and the actual date of assumption and cure.

7.      Microsoft reserves the right to withdraw this Limited Objection or revise the stated cure amounts pending further investigation.

WHEREFORE, Microsoft objects and states that the cure amount for the Licenses is at least **$4,100,055.59** as of the date of this Limited Objection.

Dated: June 22, 2023                    FOX ROTHSCHILD LLP

*/s/ Jesse M. Harris*
Jesse M. Harris (NJ Bar No. 266252018)
2000 Market Street, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 299-2864 / Fax: (215) 299-2150
Email: jesseharris@foxrothschild.com

AND

Maria A. Milano
Washington State Bar No. 24299
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154-1192
Telephone: (206) 389-1566 / Fax: (206) 389-1708
Email: mamilano@foxrothschild.com

*Attorneys for Microsoft Corporation*

3

146873126.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2023, a true and correct copy of the foregoing LIMITED OBJECTION OF MICROSOFT TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey to all parties registered to receive such notice.

Also, the parties below were served via email or U.S. Mail:

**Counsel to the Debtors**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Joshua A. Sussberg
Emily E. Geier
Derek I. Hunter
Ross J. Fiedler

**Co-counsel to the Debtors**
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601,
Attn: Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.

**Counsel to the Prepetition ABL Agent**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Marshall S. Huebner (marshall.huebner@davispolk.com)
Adam L. Shpeen (adam.shpeen@davispolk.com)
Steven Z. Szanzer (steven.szanzer@davispolk.com)
Michael Pera (michael.pera@davispolk.com)

**Counsel to the DIP Agent**
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn: David M. Hillman (DHillman@proskauer.com)
Megan R. Volin (MVolin@proskauer.com)

146873126.1

**Office of the United States Trustee for Region 3**
District of New Jersey
Raymond Boulevard, Suite 2100,
Newark, NJ 07102
Attn: Fran B. Steele

 

                FOX ROTHSCHILD LLP

                */s/ Jesse M. Harris*
                Jesse M. Harris (NJ Bar No. 266252018)

# EXHIBIT A

146873126.1



**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | FEIN: 91-1144442

|  |  |
|---|---|
| **Summary** | |
| Invoice Number | 9882092564 |
| Invoice Date | 18-May-2023 |
| PO Number | MSAOC-AO-7777143-1 |
| PO Date | 11-May-2023 |
| **Due Date** | **17-Jun-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 197,593.00** |

**Sold To**
**Bed, Bath & Beyond Inc**
**Attn: Accounts Payable**
Contact: Payable
Customer # 0005210226
650 Liberty Avenue
Union, NJ 07083-8107
UNITED STATES
Phone: 908-688-0888

**Bill To**
**Bed, Bath & Beyond Inc**
**Attn: Accounts Payable**
Customer # 0005210226
650 Liberty Avenue
Union, NJ 07083-8107
UNITED STATES
Phone: 908-688-0888

**Ship To**
**Bed, Bath & Beyond Inc**
**ATTN: Richard Rosello**
Customer # 0005579655
650 Liberty Avenue
Union, NJ 07083-8107
UNITED STATES
Phone: 908-613-5468

**End Customer**
**Bed Bath & Beyond Inc.**
Contact: Rosello,Richard
650 Liberty Ave
UNION, NJ 07083-8107
UNITED STATES
PCN AC89C423
Phone: 9086135468

---

Program ESU
Enrollment # 7777143
Master # E0909906

| **Billing Summary** | (Amount in USD) |
|---|---|
| Charges | 197,593.00 |
| Net Amount | 197,593.00 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 197,593.00** |

**PAYMENT INSTRUCTIONS:**
Microsoft Corporation
Bank of America - Acct:3751205782
ABA#111000012-ACH / ABA#026009593-Wire
1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

For definition of the terms used, please refer to [Appendix](#)    Page 1 of 3

 **Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | FEIN: 91-1144442

**Billing Details By Product** (Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Win Remote Desktop Services CAL ALng LSA Location Connector<br>01-Apr-2023 - 31-Mar-2024 | 130.64 | 1,210.000 | 158,074.40 | 0.00 | 158,074.40 |
| Win Server CAL ALng LSA Location Connector<br>01-Apr-2023 - 31-Mar-2024 | 32.66 | 1,210.000 | 39,518.60 | 0.00 | 39,518.60 |

| | |
|---|---|
| Net Amount | 197,593.00 |
| Sales Tax | 0.00 |
| **Total** | **USD 197,593.00** |



Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | FEIN: 91-1144442

**Definition of terms used in this Invoice**

| | |
|---|---|
| **Charges**<br>Usage and Purchases from Microsoft for the said period | **Net Charge**<br>Price * Quantity - Commitment usage |
| **Usage Charges**<br>Product/SKU description | **Net Amount**<br>Charges after utilizing credits from Monetary commit (MC) |
| **Unit Price**<br>Price per unit | **Tax Rate**<br>Rate of Taxation as per local guidelines |
| **Qty**<br># Purchases/amount consumption for the said period | **Tax Amount**<br>Tax rate * Net charge |
| **Commitment Usage (also known as Monetary Commit (MC))**<br>Credits drained from the prepaid balance | **Total**<br>Net charge + Tax amount |

# EXHIBIT B

7

146873126.1

 **Invoice Summary**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | FEIN: 91-1144442

| Summary | |
|---|---|
| **Invoice Number** | **9882149028** |
| Invoice Date | 10-Jun-2023 |
| PO Number | 261900-O150 |
| PO Date | 10-Jun-2023 |
| Billing Period | 01-May-2023 - 31-May-2023 |
| **Due Date** | **10-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |
| **Total Amount Due** | **USD 934.52** |

**Sold To**
**Bed Bath & Beyond Inc.**
**Attn: Accounts Payable**
Contact: Payable
Customer # 0005206791
650 Liberty Avenue
Union, NJ 07083-8107
UNITED STATES
Phone: 908-613-5468

**Bill To**
**Bed Bath & Beyond Inc.**
**Attn: Accounts Payable**
Customer # 0005206791
650 Liberty Avenue
Union, NJ 07083-8107
UNITED STATES
Phone: 908-613-5468

**Ship To**
**Bed Bath & Beyond Inc.**
**Attn: Accounts Payable**
Customer # 0005206791
650 Liberty Avenue
Union, NJ 07083-8107
UNITED STATES
Phone: 908-613-5468

**End Customer**
**Bed Bath & Beyond Inc.**
Contact: March,Cliff
650 Liberty Avenue
UNION, NJ 07083-8130
UNITED STATES
PCN A6CED854
Phone: 908-688-0888

Program E6
Enrollment # 50256247
Master # E0909906

| **Billing Summary** | (Amount in USD) |
|---|---|
| Charges | 934.52 |
| Net Amount | 934.52 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 934.52** |

**PAYMENT INSTRUCTIONS:**
Microsoft Corporation
Bank of America - Acct:3751205782
ABA#111000012-ACH / ABA#026009593-Wire
1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice



**Invoice Summary**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | FEIN: 91-1144442

## Billing Summary by Product Family

(Amount in USD)

| Usage Charges | Total (excluding Tax) |
|---|---:|
| APP SERVICES | 0.26 |
| AZURE COMPUTE | 101.15 |
| AZURE CONTAINER REGISTRY | 20.64 |
| AZURE NETWORKING | 176.98 |
| AZURE PLATFORM DATA TRANSFR | 29.73 |
| AZURE SSD COMPUTE | 108.62 |
| AZURE STORAGE | 497.14 |

|  |  |
|---:|---:|
| Net Amount | 934.52 |
| Sales Tax | 0.00 |
| **Total** | **USD 934.52** |

For additional billing details, view your detailed invoice and reconciliation file on https://portal.azure.com/ billing page.

Learn more about billing at https://aka.ms/eaAzureBilling.



**Invoice Summary**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | FEIN: 91-1144442

| Definition of terms used in this Invoice | |
|---|---|
| **Charges** <br> Usage and Purchases from Microsoft for the said period | **Net Amount** <br> Charges after utilizing credits from Monetary commit (MC) |
| **Commitment Usage (also known as Monetary Commit (MC))** <br> Credits drained from the prepaid balance | |