| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**DUANE MORRIS LLP**<br>Lawrence J. Kotler (LJKotler@duanemorris.com) (admitted *pro hac vice*)<br>Drew S. McGehrin (DSMcGehrin@duanemorris.com)<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>215.979.1000 (Telephone)<br>215.979.1020 (Facsimile)<br><br>*Attorneys for NP New Castle, LLC* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Honorable Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Drew S. McGehrin :

    ☒ represent NP New Castle, LLC in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in the case and am representing myself.

2. On June 22, 2023, I sent a copy of the following pleading and/or documents to the parties listed in the chart below:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

      a. *Objection Of NP New Castle, LLC To Notice To Contract Parties To Potentially Assumed Executory Contracts And Unexpired Leases*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 22, 2023                          /s/ Drew S. McGehrin
                                                                          Drew S. McGehrin, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.,<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota<br>(msirota@coleschotz.com)<br>Warren A. Usatine<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin<br>(fyudkin@coleschotz.com) | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall Huebner<br>(marshall.huebner@davispolk.com)<br>Adam Shpeen<br>(adam.shpeen@davispolk.com)<br>Michael Pera<br>(Michael.pera@davispolk.com)<br>Steven Z. Szanzer<br>(steven.szanzer@davispolk.com) | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman<br>(DHillman@proskauer.com)<br>Megan R. Volin<br>(MVolin@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |

DM2\18016941.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee for the Region 3, District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102<br>Attn: Fran. B Steele, Esq.<br>(fran.b.steele@usdoj.gov) | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Attn: Robert K. Malone<br>(rmalone@gibbonslaw.com)<br>Brett S. Theisen<br>(btheisen@gibbonslaw.com)<br>Kyle P. McEvilly<br>(kmcevilly@gibbonslaw.com) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Robert R. Feinstein<br>(RFEINSTEIN@PSZJLAW.COM)<br>Bradford J. Sandler<br>(BSANDLER@PSZJLAW.COM)<br>Paul J. Labov<br>(PLABOV@PSZJLAW.COM)<br>Colin R. Robinson<br>(CROBINSON@PSZJLAW.COM) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Attn: Scott K. Charles<br>(SKCharles@wlrk.com)<br>Michael S. Benn<br>(MSBenn@wlrk.com)<br>Gordon S. Moodie<br>(GSMoodie@wlrk.com) | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |

DM2\18016941.1