| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MORITT HOCK & HAMROFF LLP**<br>Marshall O. Dworkin, Esq.<br>Leslie A. Berkoff, Esq.<br>1407 Broadway, Suite 3900<br>New York, NY 10018<br>Tel: (212) 239-2000<br>mdworkin@moritthock.com<br>lberkoff@moritthock.com<br><br>-and-<br><br>**GLASS & GOLDBERG**<br>Marshall Goldberg, Esq.<br>(*Pro Hac Vice application to be submitted*)<br>22917 Burbank Blvd.,<br>Woodland Hills, CA 91367-4203<br>Tel: (818) 474-1532 or (818) 888-2220<br>mgoldberg@glassgoldberg.com<br><br>*Attorneys for Studio City East 93K LLC* | |
| In Re:<br><br>BED BATH & BEYOND INC.,     *et al.*,<br>     :<br><br>     :<br>                         Debtors[1]. | Case No.:   No. 23-13359 (VFP)<br><br>Chapter:    11<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) and 2002 the undersigned enters an appearance in this case on behalf of Studio City East 93K LLC. Request is

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

3307885v1

made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: MORITT HOCK & HAMROFF LLP
Marshall O. Dworkin, Esq.
Leslie A. Berkoff, Esq.
1407 Broadway, Suite 3900
New York, NY 10018
Tel: (212) 239-2000
Fax: (212) 239-7277
mdworkin@moritthock.com
lberkoff@moritthock.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002

☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtors or the property of their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii)

3307885v1

the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

3307885v1

Dated: June 22, 2023  
       New York, New York

Respectfully Submitted,

MORITT HOCK & HAMROFF LLP

By:   *s/Marshall O. Dworkin*  
Marshall O. Dworkin, Esq.  
Leslie A. Berkoff, Esq.  
1407 Broadway, Suite 3900  
New York, NY 10018  
Tel: (212) 239-2000

mdworkin@moritthock.com  
lberkoff@moritthock.com

-and-

GLASS & GOLDBERG  
Marshall Goldberg, Esq.  
(*Pro Hac Vice application to be submitted*)  
22917 Burbank Blvd.,  
Woodland Hills, CA 91367-4203  
Tel: (818) 474-1532 or (818) 888-2220  
mgoldberg@glassgoldberg.com

*Attorneys for Studio City East 93K LLC*

3307885v1