UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
52 Haddonfield-Berlin Road
Suite 1000
Cherry Hill, NJ  08034
856-368-2001
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

In Re:

BED BATH & BEYOND, *et al.*

Case No.: 23-13359

Chapter: 11

Judge: VFP

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rainier Colony Place Acquisitions LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA  19103

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: June 22, 2023

/s/ Albert A. Ciardi, III
Signature

new.8/1/15