**CIARDI, CIARDI & ASTIN**
Albert A. Ciardi III, Esquire
Nicole M. Nigrelli, Esquire
52 Haddonfield-Berlin Road, Suite 1000
Cherry Hill, NJ 08034
856.362.2001
Aciardi@cierdilaw.com

**MURPHY & KING, P.C.**
Kathleen R. Cruickshank, Esquire (*pro hac vice* pending)
28 State Street, Suite 3101
Boston, MA 02109
617.423.0400
kcruickshank@murphyking.com

*Attorneys for Rainier Colony Place Acquisitions, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BED BATH & BEYOND INC., *et al.*, | ) Chapter 11 |
| | ) |
| | ) Case No. 23-13359 (VFP) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF KATHLEEN R. CRUICKSHANK

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey and Rule 78 of the Federal Rules of Civil Procedure, the undersigned hereby moves for the admission *pro hac vice* of Kathleen R. Cruickshank, Esquire of the law firm Murphy & King, Professional Corporation, to represent Rainier Colony Place Acquisitions, LLC before this Court in connection with the above-captioned chapter 11 cases, and represents as follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. As set forth in the Certification of Ms. Cruickshank, Ms. Cruickshank is a member in good standing of the bar of the Commonwealth of Massachusetts. Ms. Cruickshank is not under suspension or disbarment by any court. If admitted *pro hac vice*, Ms. Cruickshank has represented that she will adhere to the disciplinary jurisdiction of this Court.

2. The undersigned certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

WHEREFORE, it is respectfully requested that the Court grant the Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1, to admit counsel pro hac vice in the above-captioned cases.

Dated: June 22, 2023

Respectfully Submitted,

/s/ *Albert A. Ciardi III*
Albert A. Ciardi III, Esquire
Nicole M. Nigrelli, Esquire
Ciardi, Ciardi & Astin
52 Haddonfield-Berlin Road, Suite 1000
Cherry Hill, NJ 08034
856.362.2001
Aciardi@ciardilaw.com
nnigrelli@ciardilaw.com