**CIARDI, CIARDI & ASTIN**
Albert A. Ciardi III, Esquire
Nicole M. Nigrelli, Esquire
52 Haddonfield-Berlin Road, Suite 1000
Cherry Hill, NJ 08034
856.362.2001
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

**MURPHY & KING, P.C.**
Kathleen R. Cruickshank (*pro hac vice* pending)
28 State Street, Suite 3101
Boston, MA 02109
617.423.0400
kcruickshank@murphyking.com

*Attorneys for Rainier Colony Place Acquisitions, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | )<br>) |
| BED BATH & BEYOND INC., *et al.*, | )    Chapter 11<br>) |
| | )    Case No. 23-13359 (VFP) |
| Debtors.[1] | )    Jointly Administered<br>) |

### CERTIFICATION OF KATHLEEN R. CRUICKSHANK IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Kathleen R. Cruickshank, hereby certify and state as follows:

1. I am a shareholder of the law firm Murphy & King, Professional Corporation. I maintain my regular office for the practice of law at 28 State Street, Suite 3101, Boston, MA 02109. I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

2. I was admitted to practice in the Commonwealth of Massachusetts in 1987.

3. I am in good standing before the Courts in which I am admitted.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. Upon being admitted to appear and participate in this case pro hac vice, I shall promptly cause payment to be made to the Clerk of the Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey (the "New Jersey Court Rules").

7. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission *pro hac vice*.

I certify under the pains and penalties of perjury that the foregoing statements made by me are true.

Dated: June 22, 2023

By: /s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank, Esquire
MURPHY & KING, P.C
28 State Street, Suite 3101
Boston, MA 02109
Telephone: (617) 423-0400
kcruickshank@murphyking.com