| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Ciardi Ciardi & Astin <br> Albert A. Ciardi, III / Nicole M. Nigrelli <br> 52 Haddonfield-Berlin Road, Suite 1000 <br> Cherry Hill, NJ 08034 <br> aciardi@ciardilaw.com <br> nnigrelli@ciardilaw.com <br> 856-362-2001 <br><br> Murphy & King, P.C. <br> Kathleen R. Cruickshank, Esquire <br> 28 State Street, Suite 3101 <br> Boston, MA 02109 <br> kcruickshank@murphyking.com <br> 617-423-0400 | Case No.: | 23-13359 |
| | Chapter: | 11 |
| In Re: <br><br> BED BATH & BEYOND, INC, *et al.* | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | VFP |

## CERTIFICATION OF SERVICE

1. I, __Albert A. Ciardi, III__ :

   ☒ represent __Rainier Colony Place Acquisitions, LLC__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 22, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __June 22, 2023__                     __/s/ Albert A. Ciardi, III__
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esquire<br>Cole Schotz, P.C. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Warren A. Usatine, Esquire<br>Cole Schotz, P.C. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Felice R. Yudkin, Esquire<br>Cole Schotz, P.C. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |