Cherry Hill Retail Partners
1260 Stelton Road
Edgewood Prop. Att:Andrea
Piscataway, NJ  08854-5282

# O P E N   I T E M   S T A T E M E N T

Bed Bath & Beyond Inc.Store#27               Date:      06-13-2023
650 Liberty Avenue                           Account:   BedBath&Be
Suite A
Union, NJ  07083                             Amount enclosed:  _____

**Please enclose this portion with your remittance.**

Make checks payable to:
   Cherry Hill Retail Partners
   1260 Stelton Road
   Edgewood Prop. Att:Andrea
   Piscataway, NJ  08854-5282

Statement for:                                              Statement date
   Bed Bath & Beyond Inc.Store#27                           06-13-2023
   650 Liberty Avenue
   Suite A
   Union, NJ  07083

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 08 | 03-09-2023 | Open Credit | 376.42- |
| 08 | 04-13-2023 | Late Charge | 2,345.78 |
| 08 | 04-14-2023 | Adj CAM Jan-May 2023 | 6,055.16- |
| 08 | 04-14-2023 | 2022 CAM Reconciliation | 446.18- |
| 08 | 05-03-2023 | 2Q2023 CCMUA | 616.97 |
| 08 | 05-04-2023 | 2 Q 2023 Taxes | 11,803.03 |
| 08 | 05-16-2023 | Period 1 Sewer Pd by LL | 89.89 |
| 08 | 06-02-2023 | Open Credit | 1,211.33- |
| 08 | 06-09-2023 | CH Twp Elev/Backflows | 283.00 |
| | | Balance: | **7,049.58** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**