IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BED, BATH & BEYOND, INC. et. al., | ) | Case No. 23-13359 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Re:    Docket No. 714 |

CERTIFICATE OF SERVICE

I hereby certify that on the date below a true and correct copy of the

**OBJECTION OF CHERRY HILL RETAIL PARTNERS LLC TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES** [Bankr. Docket No. 714] was served upon the individuals listed below by ECF to:

(i) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler;
(ii) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq., Warren A. Usatine, Esq., and Felice R. Yudkin, Esq.;
(iii) counsel to the Prepetition ABL Agent, Attn: Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Marshall S. Huebner (marshall.huebner@davispolk.com), Adam L. Shpeen (adam.shpeen@davispolk.com), Steven Z. Szanzer (steven.szanzer@davispolk.com) and Michael Pera (michael.pera@davispolk.com);
(iv) counsel to the DIP Agent, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: David M. Hillman (DHillman@proskauer.com) and Megan R. Volin (MVolin@proskauer.com),
(v) Office of the United States Trustee for Region 3, District of New Jersey, Raymond Boulevard, Suite 2100, Newark, NJ 07102, Attn: Fran B. Steele;
(vi) proposed counsel to the Creditors' Committee, Attn: Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Robert J Feinstein (rfeinstein@pszjlaw.com); Beth E Levine (blevine@pszjlaw.com); Bradford J. Sandler (bsandler@pszjlaw.com) and Gibbons P.C., One Gateway Center, Newark, NJ 07102, Robert Malone (rmalone@gibbonslaw.com).

Dated: June 22, 2023

                                                  REED SMITH LLP

                                                  By:    Derek J. Baker, Esq.
                                                      Derek J Baker, Esquire