| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MORITT HOCK & HAMROFF LLP**<br>Marshall O. Dworkin, Esq.<br>Leslie A. Berkoff, Esq.<br>1407 Broadway, Suite 3900<br>New York, NY 10018<br>Tel: (212) 239-2000<br>mdworkin@moritthock.com<br>lberkoff@moritthock.com<br><br>-and-<br><br>**GLASS & GOLDBERG**<br>Marshall Goldberg, Esq.<br>(*Pro Hac Vice application pending*)<br>22917 Burbank Blvd.,<br>Woodland Hills, CA 91367-4203<br>Tel: (818) 474-1532 or (818) 888-2220<br>mgoldberg@glassgoldberg.com<br><br>*Attorneys for Studio City East 93K LLC* | |
| In Re:<br><br>BED BATH & BEYOND INC.,    *et al.,*<br><br>Debtors[1]. | Case No.:   No. 23-13359 (VFP)<br><br>Chapter:   11<br><br>(Joint Administration Requested) |

### APPLICATION FOR PRO HAC VICE ADMISSION OF
### MARSHALL GOLDBERG, ESQ

TO:    The Honorable Vincent F. Papalia

   Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, and Rule 101.1 of the Local Civil Rules for the United States District Court

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

3307899v1

for the District if New Jersey, the undersigned, counsel for Studio City East 93K LLC ("Movant"), hereby moves for the admission *pro hac vice* of Marshall Goldberg, Esq., of the law firm of Glass & Goldberg, to represent Movant in the above-captioned chapter 11 case and any related adversary proceedings. Movant shall rely upon the Certification of Marshall Goldberg, Esq. and the proposed order included herewith in support of this application. Counsel certifies that he is admitted, practicing and a member in good standing with the Bar of the State of New Jersey.

                Respectfully submitted,

Dated: New York, New York
       June 22, 2023

By:    _s/ Marshall O. Dworkin_____
      Marshall O. Dworkin, Esq.
      **MORITT HOCK & HAMROFF LLP**
      1407 Broadway, Suite 3900
      New York, NY 10018
      Tel: (212) 239-2000
      Email: mdworkin@moritthock.com

*Co-Counsel to Studio City East 93K LLC*

3307899v1