| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MORITT HOCK & HAMROFF LLP**<br>Marshall O. Dworkin, Esq.<br>Leslie A. Berkoff, Esq.<br>1407 Broadway, Suite 3900<br>New York, NY 10018<br>Tel: (212) 239-2000<br>mdworkin@moritthock.com<br>lberkoff@moritthock.com<br><br>-and-<br><br>**GLASS & GOLDBERG**<br>Marshall Goldberg, Esq.<br>(*Pro Hac Vice application pending*)<br>22917 Burbank Blvd.,<br>Woodland Hills, CA 91367-4203<br>Tel: (818) 474-1532 or (818) 888-2220<br>mgoldberg@glassgoldberg.com<br><br>*Attorneys for Studio City East 93K LLC* | |
| In Re:<br><br>BED BATH & BEYOND INC.,    *et al.,*<br><br>Debtors[1]. | Case No.:   No. 23-13359 (VFP)<br><br>Chapter:    11<br><br>(Joint Administration Requested) |

## CERTIFICATION OF MARSHALL GOLDBERG, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Marshall Goldberg, certify under penalty of perjury pursuant to 28 U.S.C. §K1746:

1. I make and submit this Certification in support of the application for my admission *pro hac vice* in this action as co-counsel Studio City East 93K LLC.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

3308124v1

2.  I am also a partner with the law firm of Glass & Goldberg ("G&G") with an office located at 22917 Burbank Blvd., Woodland Hills, CA 91367-4203 (telephone numbers: (818) 474-1532 or (818) 888-2220; E-mail address: mgoldberg@glassgoldberg.com).

3.  I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| California 089677 | 11-29 1979 |
| USDC Central District CA | 10-09 1980 |
| USDC Eastern District CA | 6-22 1988 |
| USDC Southern District CA | 6-19 1991 |
|  |  |

4.  No disciplinary or grievance proceedings or investigations have been initiated or are currently pending against me. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.  I hereby consent to the jurisdiction of this Court in any matter arising out of my conduct in this proceeding, and I understand that I will be bound by the Rules of Professional Conduct of the American Bar Association as revised by the New Jersey Supreme Court.

4.  I hereby certify that I have received, am familiar with, and agree to be bound by the Local Rules of the United States District Court for the District of New Jersey, and the Local Rules of Bankruptcy Procedure for the District of New Jersey. I will submit to the

3308124v1

disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5.    I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1. I will also arrange for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*s/Marshall F. Goldberg*
Marshall F. Goldberg, Esq.

Dated: June 17, 2023

3308124v1