# CERTIFICATE OF SERVICE

      I, Michael Korik, hereby certify that on June 22, 2023, I caused a true and correct copy of the foregoing *JMCR Sherman LP's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief*, to be filed with the Court and served electronically through the Court's ECF System.

      **/s/Michael Korik**