**EXHIBIT A**

| Landlord | Debtor | Store No. | Lease | Debtors' Proposed Cure Amount | Estimated Legal Fees | Itemized Amounts Owed | Total Landlord Cure Amount |
|---|---|---|---|---|---|---|---|
| Candlewood Lake Road, LLC | Bed Bath & Beyond Inc. | 877 | 14 Candlewood Lake Road, Brookfield, CT | $0 | $1,000 | Late Fee (2/10/2023) $1,122.50<br>Late Fee (3/8/2023) $1,156.18<br>Late Fee (4/13/2023) $1,363.36 | **$4,642.04** |
| R&F Garden City, LLC | Buy Buy Baby, Inc, | 3005 | 895 East Gate Boulevard, Garden City East, NY | $8,525.92 | $2,500 | Late Fee (12/7/2021) $13,362.00<br>Late Fee (2/10/2023) $7,569.12<br>Late Fee (3/8/2023) $7,905.25<br>CAM (Feb. 2023) $4,301.38<br>Late Fee (4/13/2023) $8,918.52<br>CAM (March 2023) $4,224.54<br>CAM (April 2023) prorated $4,091.63 | **$52,872.44** |