**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF PHASE 1 LEASE AUCTION, QUALIFIED BIDS,**
**LEASE SALE HEARING, AND RELATED LEASE ASSET INFORMATION**

**PLEASE TAKE NOTICE** that on May 22, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

[Docket No. 422] (the "Lease Sale Procedures Order"),[2] by which the Court approved procedures (the "Lease Sale Procedures") setting forth the process by which the Debtors are authorized to conduct one or more auctions (each, a "Lease Auction") for the sale of certain unexpired leases of nonresidential real property, including with any ancillary agreement(s) thereto or through the sale of designation rights related thereto (the "Lease Assets").

**PLEASE TAKE FURTHER NOTICE** that on May 25, 2023, the Debtors filed the *Notice of Lease Auction and Potential Lease Sale Hearing* [Docket No. 456], which (i) notified interested parties of the Debtors' solicitation of offers for the sale, liquidation, or other disposition of certain of the Debtors' Lease Assets, as set forth on Schedule 1 attached thereto, consistent with the Lease Sale Procedures approved by the Court through entry of the Lease Sale Procedures Order, (ii) set forth the Phase 1 Lease Sale Process and the Phase 2 Lease Sale Proceed, (iii) established a bid deadline for certain Lease Assets relating to the Phase 1 Lease Sale Process of June 22, 2023 at 5:00 p.m. prevailing Eastern Time (the "Phase 1 Bid Deadline"), and (iv) established an auction for the Phase 1 Lease Process of June 26, 2023 at 10:00 a.m. prevailing Eastern Time (the "Phase 1 Lease Auction")

**PLEASE TAKE FURTHER NOTICE** that, as of the Phase 1 Bid Deadline, the Debtors received one or more Qualified Bids on certain Lease Assets, as set forth on the schedule attached hereto as **Schedule 1**. The Debtors reserve their rights to amend, supplement, or otherwise modify **Schedule 1** prior to the Phase 1 Lease Auction in accordance with the Lease Sale Procedures, including, for the avoidance of doubt, to add any Lease Assets inadvertently omitted from **Schedule 1**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, are considering whether to proceed with the sale of Lease Assets associated with the Debtors' "buybuy BABY" banner (the "BABY Lease Assets") at the Phase 1 Lease Auction. To that end, the Debtors, in consultation with the Consultation Parties, will file a supplemental notice by **June 24, 2023 at 5:00 p.m. prevailing Eastern Time** confirming whether such the BABY Lease Assets will be included in the Phase 1 Lease Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will conduct the Phase 1 Lease Auction, in accordance with the Lease Sale Procedures Order, **on June 26, 2023 at 10:00 a.m. prevailing Eastern Time** at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 and via videoconference. Attendance at the Lease Auction will be limited to the Debtors, the Debtors' advisors, the Consultation Parties, the Office of the United States Trustee for the District of New Jersey, the Committee, counterparties to the Lease Assets listed on **Schedule 1** attached hereto, each Qualified Bidder, and any other parties invited specifically by the Debtors (and the professionals for each of the foregoing) (collectively, the "Permitted Auction Participants"). Attendees will be permitted to attend in person or through an online platform moderated by the Debtors. To the extent that there are any inconsistencies between this notice and the Lease Sale Procedures or Lease Sale Procedures Order, the Lease Sale Procedures or Lease

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Debtors' Motion for Entry of an Order (I) Establishing Sales Procedures, (II) Approving the Sale of Certain Real Property and Leases, and (III) Granting Related Relief* [Docket No. 193], as applicable.

2

Sale Procedures Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that by **5:00 p.m. prevailing Eastern Time on June 23, 2023**, the Debtors will provide each Qualified Bidder (or counsel thereto) with details regarding the videoconference logistics for attending the Phase 1 Lease Auction by email (to the extent known). To the extent any Qualified Bidder does not actually receive such details by 5:00 p.m. prevailing Eastern Time on June 23, 2023, each Qualified Bidder (or counsel thereto) shall inform co-counsel to the Debtors (as listed herein) or by email to BBBY_KE_Lease_Team@kirkland.com, DBass@coleschotz.com, and JPark@coleschotz.com. Qualified Bidders are encouraged to reach out to the foregoing representatives of the Debtors with any questions related to the Lease Sale Procedures or Lease Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Lease Sale(s) at the hearing scheduled to commence on or before **July 18, 2023 at 2:30 p.m. prevailing Eastern Time** (the "Phase 1 Lease Sale Hearing") before the Honorable Vincent F. Papalia, at the Court, Courtroom 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102.

**PLEASE TAKE FURTHER NOTICE** that objections to approval of the proposed Lease Sale(s), the proposed assumption and assignment, and/or to the Successful Bidder's proposed form of adequate assurance of future performance must file a written objection (each, a "Lease Sale Objection") so that such objection is filed with the Court so as to be **actually received** by **July 11, 2023, at 5:00 p.m., prevailing Eastern Time** and serve such Objection on: (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler; and Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq., Warren A. Usatine, Esq., Felice R. Yudkin, Esq, and David M. Bass, Esq., co-counsel to the Debtors; (b) the Office of the United States Trustee for the District of New Jersey, Attn: Fran B. Steele and Alexandria Nikolinos; (c) Pachulski Stang Ziehl & Jones LLP, 780 3rd Ave #34, New York, NY 10017, Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov and Colin R. Robinson, counsel to the Committee; and (d) Proskauer Rose LLP, Eleven Times Square, New York, New York 10036, Attn: David M. Hillman and Charles A. Dale, counsel to the DIP Agent.

<u>**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**</u>

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO A LEASE SALE ON OR BEFORE THE TRANSACTION OBJECTION DEADLINE IN ACCORDANCE WITH THE LEASE SALE PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO SUCH LEASE SALE, INCLUDING WITH RESPECT TO THE DISPOSITION OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN SUCH OTHER AGREEMENT WITH THE SUCCESSFUL BIDDER.**

**PLEASE TAKE FURTHER NOTICE** that on June 22, 2023, the Debtors filed the *Notice of Successful Bidder and Backup Bidders with Respect to the Stalking Horse Bid and June 21, 2023 Auction* [Docket No. 877] (the "Overstock Sale Notice"), announcing that the Debtors

(i) selected Overstock.com, Inc. as the Successful Bidder as to the Acquired Assets and (ii) will seek approval of the Sale Transaction (the "Overstock Sale") at the Sale Hearing on June 27, 2023, at 2:30 p.m. prevailing Eastern Time, before the Honorable Judge Papalia, at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102, all as defined in the Overstock Sale Notice.

**PLEASE TAKE FURTHER NOTICE** that through the Overstock Sale, the Debtors will not assume or assume and assign any Lease Assets to Overstock.com, Inc.  Further, through the Overstock Sale, the Debtors will not assume or assume and assign any executory contracts that are not expressly set forth in the Overstock APA, all as defined in the Overstock Sale Notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Lease Sale Procedures Motion, Lease Sale Procedures, and the Lease Sale Procedures Order, as well as all related exhibits, including the form assumption and assignment agreement and form lease termination agreement, are available:  (a) upon request to Kroll Restructuring Administration LLC (the notice and claims agent retained in these Chapter 11 Cases) by calling (833) 332-9937 (toll free) or, for international callers, +1 (646) 440-4757; (b) by visiting the website maintained in these Chapter 11 Cases at https://restructuring.ra.kroll.com/bbby; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

[*Remainder of page intentionally left blank.*]

Dated: June 23, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
        wusatine@coleschotz.com
        fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:   joshua.sussberg@kirkland.com
        emily.geier@kirkland.com
        derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

5

## Schedule 1

## Schedule of Phase 1 Lease Assets

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 1. | OAKBRIDGE VENTURE LTD | PO BOX 1450, COLUMBUS, OH 43216 | BBBY Store Lease | 1028 | 1500 Town Center Drive, Lakeland, FL, 33803 |
| 2. | 12535 SE 82ND AVE LLC | 9595 WILSHIRE BOULEVARD, SUITE 411, BEVERLY HILLS, CA 90212 | BABY Store Lease | 3128 | 12535 SE 82nd Ave. Suite B, Clackamas, OR, 97015 |
| 3. | JDN REAL ESTATE HAMILTON, LP | DEPT. 101412-20774-36573, PO BOX 931650, CLEVELAND, OH 44913 | BBBY Store Lease | 1309 | 160 Marketplace Boulevard, Hamilton, NJ, 08691 |
| 4. | CR MOUNT PLEASANT LLC | KONOVER PROPERTY TRUST AS PROP. MGR/DRA AS ADVISOR, P.O. BOX 409317, ATLANTA, GA 30384-9317 | BBBY Store Lease | 237 | 1744 Town Centre Way, Mt. Pleasant, SC, 29464 |
| 5. | ROOKWOOD COMMONS, LLC | 3805 EDWARDS ROAD, SUITE 700, CINCINNATI, OH 45209 | BBBY Store Lease | 301 | 2719 Edmondson Road, Cincinnati (Rookwood), OH, 45209 |
| 6. | PATTON CREEK HOLDINGS, LLC | ATTN: J. KENNETH TATE, 1175 N.E. 125TH ST., SUITE 102, NORTH MIAMI, FL 33161 | BABY Store Lease | 3031 | 4351 Creekside Ave., Hoover, AL, 35244 |
| 7. | SOUTH FRISCO VILLAGE SC, L.P. | SOUTH FRISCO VILLAGE, 14487 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693-4487 | BABY Store Lease | 3039 | 2930 Preston Rd Suite 600, Frisco, TX, 75034 |
| 8. | 31535 SOUTHFIELD ROAD LLC | C/O PROPERTY SERVICE GROUP, INC., 550 STEPHENSON HIGHWAY, SUITE 450, TROY, MI 48083 | BBBY Store Lease | 295 | 31535 Southfield Road, Beverly Hills, MI, 48025 |
| 9. | AVONDALE MCDOWELL, L.L.C. | KITE REALTY GROUP TRUST, ATTN: LEGAL DEPARTMENT, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BBBY Store Lease | 591 | 10060 W. McDowell Road, Avondale, AZ, 85323 |
| 10. | MIAMI 19TH STREET | RPAI US MANAGEMENT LLC, 2021 SPRING ROAD, SUITE 200, OAK BROOK, IL 60523 | BBBY Store Lease | 579 | 10640 N.W. 19th Street, Miami, FL, 33172 |
| 11. | 36 MONMOUTH PLAZA LLC | ADJMI, ALEX, LANDLORD, C/O ACHS MANAGEMENT CORP., 1412 BROADWAY, 3RD FLOOR, NEW YORK, NY 10018 | BBBY Store Lease | 266 | 92 Route 36, Eatontown, NJ, 07724 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 12. | 3600 LONG BEACH ROAD, LLC | C/O LIGHTHOUSE REALTY PARTNERS, LLC, 70 EAST SUNRISE HIGHWAY, VALLEY STREAM, NY 11581-1260 | BBBY Store Lease | 507 | 3640 Long Beach Road, Oceanside, NY, 11572 |
| 13. | PARADISE DESTIN LTD | C/O PDG MANAGEMENT INC, 2901 RIGSBY LANE, SAFETY HARBOR, FL 34695 | BBBY Store Lease | 400 | 4441 Commons Drive East, Destin, FL, 32541 |
| 14. | AIG BAKER ANDERSON, LLC | 1701 LEE BRANCH LANE, BIRMINGHAM, AL 35242 | BBBY Store Lease | 437 | 146 Station Drive, Anderson, SC, 29621 |
| 15. | WEINGARTEN NO STAT, INC | P.O. BOX 201692, HOUSTON, TX 77216-1692 | BBBY Store Lease | 544 | 412 S. Bryant Avenue, Edmond, OK, 73034 |
| 16. | JDN REALTY CORP. | DEPT. 101412 20548 895, PO BOX 532614 DEPT 410, ATLANTA, GA 30353-2614 | BBBY Store Lease | 560 | 5075 Morganton Road, Suite 9C, Fayetteville, NC, 28314 |
| 17. | CR W. ASHLEY SHOPPES, LLC | C/O KIMCO REALTY CORP., 3333 NEW HYDE PARK ROAD, NEW HYDE PARK, NY 11042 | BBBY Store Lease | 592 | 946 Orleans Road, Suite E-1, Charleston, SC, 29407 |
| 18. | ABERDEEN COMMONS ASSOCIATES LLC | SANTANA, DOMINIQUE, ASST LEASE ADMINISTRATOR, C/O ROSEN EQUITIES, LLC, ATTN: LEASE ADMINISTRATION, 40 EAST 69TH STREET, FOURTH FLOOR, NEW YORK, NY 10021 | BBBY Store Lease | 1011 | 200 Aberdeen Commons, 11088 US 15-501 Highway, Aberdeen, NC, 28315 |
| 19. | PREP HOME RETAIL-OCEANSIDE, LLC | C/O PREP PROPERTY GROUP, ATTN: KENDRA W. BOWERS, 2750 RASMUSSEN ROAD, SUITE 202, PARK CITY, UT 84098 | BBBY Store Lease | 139 | Pacific Coast Plaza, 2120 Vista Way, Oceanside, CA, 92054 |
| 20. | AGREE LIMITED PARTNERSHIP | AGREE REALTY CORPORATION, 70 E. LONG LAKE ROAD, BLOOMFIELD HILLS, MI 48304 | BBBY Store Lease | 318 | Midland Plaza, 3001-A101 West Loop 250 North, Midland, TX, 79705 |
| 21. | ALMADEN PLAZA SHOPPING CENTER INC. | KWAN, JOSHUA, LANDLORD, 5353 ALMADEN EXPRESSWAY, SUITE 49, SAN JOSE, CA 95118 | BABY Store Lease | 3034 | 5353 Almaden Expressway Suite A 100, San Jose, CA, 95118 |
| 22. | ALTO NORTHPOINT, LP | C/O ALTO REAL ESTATE FUNDS, ATTN: SCOTT ONUFREY, 1 ROCKEFELLER PLAZA, STE. 1703, NEW YORK, NY 10020 | BBBY Store Lease | 1304 | 1827 NE Pine Island Road, Cape Coral, FL, 33909 |

7

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 23. | ARC BHTVCM1001, LLC | C/O HIFFMAN NATIONAL, LLC, ATTN: SHAWN BROWN, ONE OAKBROOK TERRACE, #400, OAKBROOK TERRACE, IL 60181 | BBBY Store Lease | 762 | 3301 N. US 31 South, Traverse City, MI, 49684 |
| 24. | ARC CLORLFL001, LLC | 650 FIFTH AVENUE30TH FLOOR, NEW YORK, NY 10019 | BBBY Store Lease | 1143 | Colonial Landing 3228 East Colonial Drive, Orlando, FL, 32803 |
| 25. | ARC CLORLFL001, LLC | 405 PARK AVENUE15TH FLOOR, NEW YORK, NY 10022 | BABY Store Lease | 3074 | 3206 East Colonial Drive, Orlando, FL, 32803 |
| 26. | ARC TCMESTX001, LLC | AMERICAN REALTY CAPITAL OPERATING PARTNERSHIP, LP, 405 PARK AVENUE, 14TH FLOOR, NEW YORK, NY 10022 | BBBY Store Lease | 514 | 2705 N. Mesquite Drive, Mesquite, TX, 75150 |
| 27. | ARCP MT ABILENE TX LLC | ANDRIES, DANIELLE , REGIONAL PROPERTY MANAGER, C/O CIM GROUP2398 EAST CAMELBACK ROAD4TH FLOOR, PHOENIX, AZ 85016 | BBBY Store Lease | 615 | 3417 Catclaw Drive, Abilene, TX, 79606 |
| 28. | ARCP MT STROUDSBURG PA, LLC | C/O CIM GROUP, LLC, 2398 EAST CAMELBACK ROAD, 4TH FLOOR, ATTN: ASSET MANAGER, PHOENIX, AZ 85016 | BBBY Store Lease | 1327 | 143 Radio Drive, Stroudsburg, PA, 18360 |
| 29. | ARG CCALBNM001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | BBBY Store Lease | 1133 | 3601 Old Airport Road Suite A, Albuquerque, NM, 87114 |
| 30. | ARG PSALBNM001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | BBBY Store Lease | 111 | 2451 San Mateo Boulevard NE Suite D, Albuquerque, NM, 87110 |
| 31. | A-S 156 HQSC, L.P. | C/O NEWQUEST PROPERTIES, 8827 W. SAM HOUSTON PARKWAY N, #200, ATTN: STEVEN D. ALVIS, HOUSTON, TX 77040 | BBBY Store Lease | 1002 | 6001 North West Loop 410 Suite #120, San Antonio, TX, 78238 |
| 32. | BAYER DEVELOPMENT COMPANY, L.L.C. | C/O CENTENNIAL ADVISORY SERVICE, LLC, ATTN: CHIEF OPERATING OFFICER, 8750 N. CENTRAL EXPRESSWAY, SUITE 1740, DALLAS, TX 75231 | BBBY Store Lease | 148 | The Summit, 313 Summit Blvd., Birmingham, AL, 35243 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 33. | BBB FT. LAUDERDALE LLC | 650 LIBERTY AVENUE, UNION, NJ 07083 | BBBY Store Lease | 454 | 2701 N. Federal Highway, Fort Lauderdale, FL, 33306-1423 |
| 34. | BELL EDGEWOOD, LLC ET AL | C/O BELL PARTNERS, INC., 300 NORTH GREENE STREET, SUITE 1000, GREENSBORO, NC 27401 | BBBY Store Lease | 1014 | 1235 Caroline Street NE, Atlanta, GA, 30307 |
| 35. | BIT INVESTMENT TWENTY-SEVEN, LLC | C/O COLLIERS INTERNATIONAL LLC, ATTN: PATRICK BRESLIN, 666 5TH AVENUE, NEW YORK, NY 10103 | BBBY Store Lease | 1314 | 1440 Old Country Road Suite 300, Riverhead, NY, 11901 |
| 36. | BRE RC TOWNE CROSSING VA LLC | LANDLORD, SHOPCORE PROPERTIESTWO LIBERTY PLACE SUITE 3325, PHILADELPHIA, PA 19102 | BBBY Store Lease | 192 | Towne Crossings, 11609 Midlothian Tnpke., Midlothian, VA, 23113 |
| 37. | BREIT BINGO HOLDINGS LLC | SHOPCORE PROPERTIES, 50 S. 16TH STREET, SUITE 3325, ATTN: LEGAL DEPARTMENT, PHILADELPHIA, PA 19102 | BBBY Store Lease | 1119 | 1245 North Peachtree Parkway, Peachtree City, GA, 30269 |
| 38. | BRIXMOR GA COBBLESTONE VILLAGE AT ST. AUGUSTINE LL | C/O BRIXMOR PROPERTY GROUP, 450 LEXINGTON AVENUE, 13TH FLOOR, ATTN: GENERAL COUNSEL, NEW YORK, NY 10170 | BBBY Store Lease | 556 | 320 CBL Drive, St. Augustine, FL, 32086-5165 |
| 39. | BROWN RANCH PROPERTIES | RIVERS, BOB, LANDLORD, 3555 CLARES STREET SUITE L, CAPITOLA, CA 95010 | BBBY Store Lease | 540 | 3555 Clares Street, Suite J, Capitola, CA, 95010 |
| 40. | BV WACO CENTRAL TEXAS MARKETPLACE LLC | 2194 SNAKE RIVER PARKWAY, SUITE 300, IDAHO FALLS, ID 83402 | BBBY Store Lease | 769 | 4633 S Jack Kultgen Expressway, Suite 102, Waco, TX, 76706 |
| 41. | BVA DEERBROOK SPE LLC | C/O BIG V PROPERTIES LLC, 176 NORTH MAIN STREET, SUITE 210, FLORIDA, NY 10921 | BBBY Store Lease | 3122 | 20416 Highway 59N, Humble, TX, 77338 |
| 42. | BVCV UNION PLAZA, LLC | ATTN: LEGAL COUNSEL, PO BOX 51298, IDAHO FALLS, ID 83405 | BBBY Store Lease | 86 | 10011 East 71st Street, Tulsa, OK, 74133 |
| 43. | C&B REALTY #2 LLC | C/O COLIN DEVELOPMENT LLC, 1520 NORTHERN BOULEVARD, MANHASSET, NY 11030 | BBBY Store Lease | 37 | 2045 Smith Haven Plaza, Lake Grove, NY, 11755 |
| 44. | CAPARRA CENTER ASSOCIATES, LLC | CHARNECO, HUMBERTO, LANDLORD, GALERIA SAN PATRICIO, SUITE 212 TABONUCO ST. B-5, | BBBY Store Lease | 577 | San Patricio Plaza, 100 Ave San Patricio, Ste A10, |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| | | CAPARRA HILLS, GYANABO, PR 00968 | | | Guaynabo, PR, 00968-2629 |
| 45. | CATELLUS AUSTIN RETAIL II, LP | 4545 AIRPORT WAY, DENVER, CO 80239 | BBBY Store Lease | 1161 | 1201 Barbara Jordan Boulevard Suite #200, Austin, TX, 78723 |
| 46. | CC WARNER ROBINS LLC | C/O COLLETT & ASSOCIATES LLC, 1111 METROPOLITAN AVENUE, SUITE 700, ATTN: LEASE ADMINISTRATION, CHARLOTTE, NC 28204 | BBBY Store Lease | 1265 | 3060 Watson Boulevard, Warner Robins, GA, 31093 |
| 47. | CENTENNIAL REAL ESTATE MANAGEMENT LLC | 8750 N CENTRAL EXPRESSWAY, SUITE 1740, ATTN: CHIEF LEGAL OFFICER, DALLAS, TX 75231 | BBBY Store Lease | 1312 | 4610 Merchants Park Circle Suite 501, Collierville, TN, 38017 |
| 48. | CENTENNIAL REAL ESTATE MANAGEMENT, LLC | ATTN: CHIEF LEGAL OFFICER, 8750 N CENTRAL EXPRESSWAY, SUITE 1740, DALLAS, TX 75231 | BBBY Store Lease | 405 | 6888 Governors West, Huntsville, AL, 35806 |
| 49. | CHANDLER PAVILIONS, INC. | C/O CBRE, 2415 E. CAMELBACK ROAD, PHOENIX, AZ 85016 | BBBY Store Lease | 189 | Chandler Pavilion, 850 N. 54th Street, Chandler, AZ, 85226 |
| 50. | CHENAL PLACE PROPERTIES LLC | 5507 RANCH DRIVE SUITE 201, LITTLE ROCK, AR 72223 | BBBY Store Lease | 228 | 12309 Chenal Parkway, Suite A, Little Rock, AR, 72211 |
| 51. | CHERRY HILL RETAIL PARTNERS, LLC | C/O EDGEWOOD PROPERTIES, 1260 STELTON ROAD, PISCATAWAY, NJ 08854 | BBBY Store Lease | 27 | 2130 Marlton Pike W Suite D, Cherry Hill, NJ, 08002 |
| 52. | CIII,BACM05-1-INDIAN RIVER | C/O BAYER PROPERTIES, L.L.C., ATTN: GENERAL COUNSEL, 2222 ARLINGTON AVENUE, BIRMINGHAM, AL 35205 | BBBY Store Lease | 518 | 6150 20th Street, Vero Beach, FL, 32966 |
| 53. | CLPF - MARKETPLACE, LLC | 75 PARK PLAZA THIRD FLOOR, BOSTON, MA 02116 | BBBY Store Lease | 55 | 1875 Palm Beach Lakes Blvd., Suite A05, West Palm Beach, FL, 33401 |
| 54. | COBB PLACE PROPERTY, LLC | ATTN: MARK IBANEZ, 7 E. CONGRESS STREET SUITE 900A, SAVANNAH, GA 31401 | BBBY Store Lease | 66 | 840 Ernest W. Barrett Parkway N.W. Suite 170, Kennesaw, GA, 30144 |
| 55. | COLE MT RAPID CITY SD (I) LLC | C/O CIM GROUP, 2398 E CAMELBACK ROAD 4TH FLOOR, PHOENIX, AZ 85016 | BBBY Store Lease | 1333 | 1365 Eglin Street, Rapid City, SD, 57701 |
| 56. | COLE MT SAN MARCOS TX, LLC | ATTN: DAVID BENAVENTE, 2555 | BBBY Store Lease | 1107 | 1050 McKinley Place Drive Bldg 2 Suite 220, San |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| | | CAMELBACK ROAD, SUITE 400, PHOENIX, AZ 85016 | | | Marcos, TX, 78666 |
| 57. | COLE MT WINTER GARDEN FL, LLC | C/O COLE REAL ESTATE INVESTMENTS, ATTN: ASSET MANAGER, 2325 E. CAMELBACK ROAD, SUITE 1100, PHOENIX, AZ 85016 | BBBY Store Lease | 1338 | 3215 Daniels Road, Winter Garden, FL, 34787 |
| 58. | COLONY PLACE PLAZA, LLC | C/O SAXON PARTNERS LLC, 174 COLONY PLACE, PLYMOUTH, MA 02360 | BBBY Store Lease | 1044 | 200 Colony Place, Plymouth, MA, 02360 |
| 59. | COLUMBIA TECH CENTER LLC | C/O PACIFIC REALTY ASSOC. LP, 15350 SW SEQUOIA PKWY SUITE 300, PORTLAND, OR 97224 | BBBY Store Lease | 1130 | Mill Plain Crossing 16701 South East Mill Plain Blvd., East Vancouver, WA, 98684 |
| 60. | CONSUMER CENTRE PARAMOUNT 1 LLC, CONSUMER CENTRE PARAMOUNT 2 LLC, CONSUMER CENTRE PARAMOUNT 3 LLC | CONSUMER CENTRE PARAMOUNT 6 LLC, CONSUMER CENTRE PARAMOUNT 7 LLC, CONSUMER CENTRE PARAMOUNT 4, LLC, CONSUMER CENTRE PARAMOUNT 5 LLC, PARAMOUNT NEWCO, REALTY-CONSUMER CENTER ATTN: LEGAL NOTICES, 1195 RT 70, SUITE 2000, LAKEWOOD, NJ 08701 | BABY Store Lease | 3081 | 310 Rt. 36, West Long Branch, NJ, 07764 |
| 61. | CP VENTURE FIVE - AV LLC | C/O PGIM REAL ESTATE, ATTN: ASSET MANAGER-THE AVENUE VIERA, 3350 PEACHTREE RD., SUITE 800, ATLANTA, GA 30326 | BBBY Store Lease | 833 | 2291 Town Center Avenue, Suite 101, Melbourne, FL, 32940 |
| 62. | CROSSWINDS ST. PETE, LLC | C/O CAMBRIDGE MANAGEMENT, 3001 WEST BIG BEAVER ROAD, SUITE 324, TROY, MI 48084 | BBBY Store Lease | 178 | Crosswinds Center, 2060 66th Street North, St. Petersburg, FL, 33710 |
| 63. | DALY CITY SERRAMONTE CENTER, LLC | LEASE 80128318, C/O REGENCY CENTERS CORPORATION, ONE INDEPENDENT DRIVE, SUITE 114, JACKSONVILLE, FL 32202-5019 | BABY Store Lease | 3108 | 149 Serramonte Center, Daly City, CA, 94015 |
| 64. | DC USA OPERATING CO., LLC | STERNECK, STEVEN, LANDLORD, C/O GRID PROPERTIES INC., 2309 FREDERICK DOUGLASS BOULEVARD, NEW YORK, NY 10027 | BBBY Store Lease | 1177 | 3100 14th Street NW, Washington, DC, 20010 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 65. | DDRTC MARKETPLACE AT MILL CREEK LLC | C/O CRAWFORD SQUARE REAL ESTATE ADVISORS, 1175 PEACHTREE ST., NE SUITE 1000, ATLANTA, GA 30361 | BBBY Store Lease | 255 | 1705 Mall of Georgia Blvd. Suite 4, Buford, GA, 30519 |
| 66. | DEERFIELD TOWN CENTER HOLDING COMPANY - 2031 | CUNNINGHAM, JAMES, C/O CASTO ATTN: LEGAL DEPT., 250 CIVIC CENTER DRIVE, SUITE 500, COLUMBUS, OH 43215 | BBBY Store Lease | 768 | 5800 Deerfield Blvd, Mason, OH, 45040 |
| 67. | DELTA & DELTA REALTY TRUST | DELTA MB LLC, 875 EAST STREET, TEWKSBURY, MA 07876 | BBBY Store Lease | 542 | 261 Daniel Webster Highway Unit 1, Nashua, NH, 03060 |
| 68. | DONAHUE SCHRIBER REALTY GROUP | C/O FIRST WASHINGTON REALTY, INC., ATTN: HENRY AVILA/KEIZER STATION I&II, 200 E. BAKER STREET, SUITE 100, COSTA MESA, CA 92626 | BBBY Store Lease | 1127 | Keizer Station Village Center 6180 Ulali Drive, Keizer, OR, 97303 |
| 69. | DORICH - VIDOVICH PARTNERSHIP | VIDOVICH, JOHN, LANDLORD, 960 N SAN ANTONIO RD 114, LOS ALTOS, CA 94022 | BBBY Store Lease | 127 | Stephens Plaza, 5201 Stevens Creek Blvd., Santa Clara, CA, 95051 |
| 70. | DPEG FOUNTAINS, LP | FOR THE BENEFIT OF ARGENTIC REAL ESTATE FINANCE LLC, 1455 HIGHWAY 6, SUITE B, SUGAR LAND, TX 77478 | BBBY Store Lease | 126 | The Fountains on the Lake, 12520 Fountain Lake Circle, Stafford, TX, 77477 |
| 71. | DS PROPERTIES 18 LP | C/O FIRST WASHINGTON REALTY, INC., ATTN: HENRY AVILA.LAGUNA CROSSROADS, 200 EAST BAKER STREET, SUITE 100, COSTA MESA, CA 92626 | BABY Store Lease | 3058 | 7621 Laguna Blvd., Elk Grove, CA, 95758 |
| 72. | DURANGO MALL LLC | ATTN: MANAGEMENT OFFICE, 800 S. CAMINO DEL RIO, DURANGO, CO 81301 | BBBY Store Lease | 1321 | 800 South Camino Del Rio, Durango, CO, 81301 |
| 73. | EDISON BRMA001 LLC | BEAR, HEATHER, LANDLORD, OAK STREET REAL ESTATE CAPITAL, ATTN: ASSET MANAGEMENT, 30 N. LASALLE ST., SUITE 4140, CHICAGO, IL 60602 | BBBY Store Lease | 149 | The Market Place at Braintree, 400 Grossman Dr., Braintree, MA, 02184 |
| 74. | EDISON TOCA001 LLC | BEAR, HEATHER, LANDLORD, EDISON PORTFOLIO OWNER LLC, OAK STREET REAL ESTATE CAPITAL, 30 N LA SALLE ST, STE 4140, CHICAGO, IL 60602-2900 | BABY Store Lease | 3076 | 3700 West Torrance Blvd., Torrance, CA, 90503 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 75. | ENDURE INVESTMENTS, LLC | C/O EXCEL PROPERTY MANAGEMENT SERVICES, INC, 9034 WEST SUNSET BOULEVARD, WEST HOLLYWOOD, CA 90069 | BBBY Store Lease | 1305 | 5200 E. Ramon Road Building B, Palm Springs, CA, 92264 |
| 76. | ENID TWO, LLC | CARLSON, MATT , LANDLORD ATTORNEY, C/O LYNNE R. UIBERALL, 5 TAMARACK DRIVE, LIVINGSTON, NJ 07039 | BABY Store Lease | 3037 | 711 Route 28, Bridgewater, NJ, 08807 |
| 77. | EQUITY ONE (FLORIDA PORTFOLIO) LLC | C/O REGENCY CENTERS CORPORATION, ATTN: LEASE ADMINISTRATION, ONE INDEPENDENT DRIVE, SUITE 114, JACKSONVILLE, FL 32202-5019 | BBBY Store Lease | 197 | 19205 Biscayne Blvd., Aventura, FL, 33180 |
| 78. | FAIRVIEW SHOPPING CENTER, LLC | 1900 AVENUE OF THE STARS, SUITE 2475, LOS ANGELES, CA 90067 | BBBY Store Lease | 820 | 189 North Fairview Ave, Goleta, CA, 93117 |
| 79. | FLAGLER S.C., LLC | 500 NORTH BROADWAY SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | BABY Store Lease | 3025 | 8241 West Flagler Street Suite 100, Miami, FL, 33144 |
| 80. | FRONTIER VILLAGE L.P. | C/O SANSONE GROUP, 120 SOUTH CENTRAL AVENUE, SUITE 500, ST. LOUIS, MO 63105 | BBBY Store Lease | 305 | 2701-A Parker Road, Suite 400, Round Rock, TX, 78681 |
| 81. | G&I IX PRIMROSE MARKETPLACE LLC | C/O CHASE PROPERTIES II LTD., 3333 RICHMOND ROAD SUITE 320, BEACHWOOD, OH 44122 | BBBY Store Lease | 490 | 3308 S, Glenstone Avenue, Springfield, MO, 65804 |
| 82. | GATEWAY FAIRVIEW, INC. | MID-AMERICA ASSET MANAGEMENT, INC., ONE PARKVIEW PLAZA9TH FLOOR, OAKBROOK TERRACE, IL 60181 | BBBY Store Lease | 32 | 96 S. Waukegan Road, Deerfield, IL, 60015 |
| 83. | GKT SHOPPES AT LEGACY PARK, L.L.C. | C/O TKG MANAGEMENT, INC., 211 N. STADIUM BOULEVARD SUITE 201, COLUMBIA, MO 65203 | BBBY Store Lease | 1409 | 1320 McFarland Blvd E Bldg 300, Suite 330, Tuscaloosa, AL, 35404 |
| 84. | GREENWICH PLACE PARTNERS, LLC | WDDMBB, LLC, 1707 N. WATERFRONT PARKWAY, WICHITA, KS 67206 | BBBY Store Lease | 326 | 2750 N. Greenwich Ct., Wichita, KS, 67226 |
| 85. | GREENWICH PLACE PARTNERS, LLC | WDDMBB, LLC, 1707 N. WATERFRONT PARKWAY, WICHITA, KS 67206 | BABY Store Lease | 3104 | 2756 N. Greenwich Ct., Wichita, KS, 67226 |
| 86. | GROVE COURT SHOPPING CENTER LLC | BRIXMOR PROPERTY GROUP, 450 LEXINGTON AVENUEFLOOR 13, NEW YORK, NY 10017 | BBBY Store Lease | 756 | Bedford Grove Shopping Center 5 Colby Court, Unit 3, Bedford, NH, 03110 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 87. | HART MIRACLE MARKETPLA LLCCE LLC | C/O URBAN RETAIL PROPERTIES, LLC, 925 S. FEDERAL HIGHWAY #700, BOCA RATON, FL 33432 | BBBY Store Lease | 1110 | The Miracle Marketplace 3301 Coral Way, Miami, FL, 33145 |
| 88. | HART TC I - III LC | C/O CRAWFORD SQUARE REAL ESTATE ADVISORS, 2700 2ND AVENUE SOUTH SUITE 200, BIRMINGHAM, AL 35233 | BBBY Store Lease | 1035 | Colonial Pinnacle at Turkey Creek, 11263 Parkside Drive Suite 612, Knoxville, TN, 37934 |
| 89. | HCL TEXAS AVENUE LLC | C/O LEVCOR, INC., 7800 WASHINGTON AVENUE #800, HOUSTON, TX 77007-1046 | BBBY Store Lease | 585 | 1430 Texas Avenue South, College Station, TX, 77840 |
| 90. | HINGHAM LAUNCH PROPERTY LLC | C/O SAMUELS & ASSOCIATES, 136 BROOKLINE AVENUE, BOSTON, MA 02115 | BBBY Store Lease | 1258 | 9 Shipyard Drive, Hingham, MA, 02043 |
| 91. | INLAND US MANAGEMENT, LLC | KAY, JILL, 1955 LAKE PARK DRIVESTE 300, SMYRNA, GA 30080 | BBBY Store Lease | 497 | 1898 Jonesboro Road, McDonough, GA, 30253 |
| 92. | INLAND WESTERN SAN ANTONIO HUEBNER OAKS, LP | RPAI SOUTHWEST MANAGEMENT LLC, 1560 E. SOUTHLAKE BLVD., SUITE 100, SOUTHLAKE, TX 76092 | BBBY Store Lease | 134 | Huebner Oaks Center, 11745 IH 10 West Ste. 750, San Antonio, TX, 78230 |
| 93. | INLAND WESTERN SOUTHLAKE LIMITED | KITE REALTY GROUP TRUST ATTN: LEGAL DEPARTMENT, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BBBY Store Lease | 341 | 2930 East Southlake Blvd., Southlake, TX, 76092 |
| 94. | INTERNATIONAL SPEEDWAY SQUARE LTD | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BBBY Store Lease | 236 | 2500 W. International Speedway Blvd., Daytona Beach, FL, 32114 |
| 95. | ITAC 192 LLC | BRODYCO, 530 SE GREENVILLE BOULEVARD SUITE 200, GREENVILLE, NC 27858 | BBBY Store Lease | 1237 | 5160 Highway 70 Suite 600, Morehead City, NC, 28557 |
| 96. | IVT HIGHLANDS AT FLOWER MOUND, LP | C/O INVENTRUST PROPERTY MANAGEMENT, LLC, ATTN: LEGAL, LEASING & PROPERTY MANAGEMENT, BLDG. 40118, 3025 HIGHLAND PARKWAY, SUITE 350, DOWNERS, IL 60515 | BBBY Store Lease | 1403 | 6101 Long Prairie Road, Suite 200, Flower Mound, TX, 75028 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 97. | KANE RUSSELL COLEMAN LOGAN PC | ATTN: RAYMOND J. KANE, 901 MAIN STREET SUITE 5200, DALLAS, TX 75202 | BABY Store Lease | 3134 | 8934 South Broadway Ave; Suite 448, Tyler, TX, 75703 |
| 98. | KDMM LLC AND ABAH LLC | 1618 STANFORD STREET, SANTA MONICA, CA 90404 | BBBY Store Lease | 20 | 11854 West Olympic Boulevard, W. Los Angeles, CA, 90064 |
| 99. | KRG COOL SPRINGS, LLC | C/O KITE REALTY GROUP, 30 SOUTH MERIDIAN ST. SUITE 1100, INDIANAPOLIS, IN 46204 | BABY Store Lease | 3110 | 2000 Mallory Lane, Suite 400, Franklin, TN, 37067 |
| 100. | KRG LIVINGSTON CENTER LLC | ATTN: VP PROPERTY OPERATIONS, 30 S. MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN 46204 | BABY Store Lease | 3094 | 530 W. Mount Pleasant Avenue, Livingston, NJ, 07039 |
| 101. | KRG MARKET STREET VILLAGE, LP, AN INDIANA LIMITED | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BABY Store Lease | 3052 | 1451 West Pipeline Rd., Hurst, TX, 76053 |
| 102. | KRG MIAMI 19TH STREET II, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BBBY Store Lease | 260 | 950 Merchants Concourse, Westbury, NY, 11590-5199 |
| 103. | KRG NEW HILL PLACE, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BBBY Store Lease | 1405 | 208 Grand Hill Place, Holly Springs, NC, 27540 |
| 104. | KRG PLAZA GREEN LLC | KITE REALTY GROUPS, 30 SOUTH MERIDIAN STREET, SUITE 1100, ATTN: VICE PRESIDENT OF PROPERTY OPERATION, INDIANAPOLIS, IN 46204 | BABY Store Lease | 3032 | 1117 Woodruff Road Suite, Greenville, SC, 29607 |
| 105. | KRG PLAZA GREEN, LLC | C/O KITE REALTY GROUP, L.P., 30 S. MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN 46204 | BBBY Store Lease | 349 | 1117 Woodruff Road, Suite D., Greenville, SC, 29607 |
| 106. | KRG RIVERS EDGE, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, ATTN: VP PROPERTY OPERATIONS, INDIANAPOLIS, IN 46204 | BABY Store Lease | 3051 | 4030 East 82nd Street, Indianapolis, IN, 46250 |
| 107. | KRG SOUTHLAKE, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BABY Store Lease | 3106 | 2901 East State Hwy 114, Southlake, TX, 76092 |
| 108. | KRG SUNLAND, LP, AN INDIANA LIMITED PARTNERSHIP | KRAMER, FRANK, PROPERTY MANAGER, 30 SOUTH MERIDIAN STREET | BBBY Store Lease | 1291 | 655 Sunland Park Drive, Suite I, El Paso, TX, 79912 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| | | SUITE 1100, INDIANAPOLIS, IN 46204 | | | |
| 109. | KRG TEMECULA COMMONS, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | BABY Store Lease | 3043 | 40438 Winchester Road, Temecula, CA, 92591 |
| 110. | LOJA PLEASANT HILL, LLC | C/O COLLIERS INTERNATIONAL, PO BOX 66, RODEO, CA 94572 | BBBY Store Lease | 261 | 15 Crescent Drive, Pleasant Hill, CA, 94523 |
| 111. | MFC LONGVIEW, LLC | MORRIS CAPITAL PARTNERS, LLC, 200 CARROLL STREET SUITE 130, FORTH WORTH, TX 76107 | BBBY Store Lease | 1365 | 422 W. Loop 281 Suite 200, Longview, TX, 75605 |
| 112. | LRIGF DENTON, LLC | C/O LINCOLN PROPERTY COMPANY, AUTHORIZED PROPERTY MANAGERSHOPS AT COLORADO, 2000 MCKINNEY AVENUE, SUITE 1000, DALLAS, TX 75201 | BBBY Store Lease | 557 | 2315 Colorado Boulevard, Suite 180, Denton, TX, 76205 |
| 113. | M&J - BIG WATERFRONT HOLDINGS LLC | M&J WILKOW PROPERTIES, LLC, 20 SOUTH CLARK STREET, SUITE 3000, ATTN: MARC R. WILKOW, PRESIDENT, CHICAGO, IL 60603 | BBBY Store Lease | 337 | 490 Waterfront Drive East, Homestead, PA, 15120 |
| 114. | MAD RIVER DEVELOPMENT LLC | 240 PARAMUS ROAD, P.O. BOX 707, RIDGEWOOD, NJ 07450 | BBBY Store Lease | 1096 | 404 State Route 3 West, Clifton, NJ, 07014 |
| 115. | MAIN STREET AT EXTON, LP | C/O WOLFSON GROUP INC., 120 W. GERMANTOWN PIKE , STE 120, ATTN: STEVEN B. WOLFSON, PLYMOUTH MEETING, PA 19462 | BBBY Store Lease | 432 | 108 Bartlett Avenue, Exton, PA, 19341 |
| 116. | MCKAY INVESTMENT COMPANY LLC | 2300 OAKMONT WAY SUITE 200, EUGENE, OR 97401 | BBBY Store Lease | 319 | 95 Oakway Center, Eugene, OR, 97401 |
| 117. | MCV23 LLC | C/O SUDBERRY PROPERTIES INC., 5465 MOREHOUSE DRIVE #260, SAN DIEGO, CA 92111 | BABY Store Lease | 3118 | 1660 Millenia Ave, Chula Vista, CA, 91915 |
| 118. | METROPOLITAN LIFE INSURANCE COMPANY | C/O CROSSMAN & COMPANY, 3333 SOUTH ORANGE AVENUE SUITE 201, ORLANDO, FL 32806 | BBBY Store Lease | 808 | 3212 North John Young Parkway, Kissimmee, FL, 34741 |
| 119. | MIDDLETOWN SHOPPING CENTER I, L.P. | C/O WILNER REALTY & DEVELOPMENT CO., 136 COULTER AVENUE, ARDMORE, PA 19003 | BBBY Store Lease | 289 | 1115 Route 35, Middletown, NJ, 07748 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 120. | MILBURN TEL TWELVE LLC | CLARK, GIL, LEASING, ATTN: GIL CLARK, 30 W MONROE STREET SUITE 1700, CHICAGO, IL 60603 | BABY Store Lease | 3137 | 28512 Telegraph Rd, Southfield, MI, 48034 |
| 121. | NORTHWAY MALL PROPERTIES SUB LLC | C/O OLSHAN PROPERTIES, ATTN: LEGAL SERVICES, 600 MADISON AVENUSE 14TH FLOOR, NEW YORK, NY 10022 | BABY Store Lease | 3036 | 1440 Central Avenue, Colonie, NY, 12205 |
| 122. | NP ROYAL RIDGE LLC | THE WILDER COMPANIES, 800 BOYLSTON STREET SUITE 1300, BOSTON, MA 02199 | BABY Store Lease | 3028 | 213 Daniel Webster Highway, Nashua, NH, 03060 |
| 123. | ORF V SUGAR CREEK PLAZA, LLC | PINNACLE LEASING & MANAGEMENT, LLC, 5865 NORTH POINT PARKWAY SUITE 250, ALPHARETTA, GA 30022 | BBBY Store Lease | 462 | 6142 Wilmington Pike, Dayton, OH, 45459 |
| 124. | ORF V SUGAR CREEK PLAZA, LLC | 5865 NORTH POINT PARKWAY, SUITE 250, ALPHARETTA, GA 30022 | BABY Store Lease | 3116 | 6146 Wilmington Pike, Dayton, OH, 45459 |
| 125. | PANAMA CITY BEACH VENTURE II, LLC | C/O CASTO SOUTHEAST REALTY SERVICES LLC, 5391 LAKEWOOD RANCH BLVD. SUITE 100, SARASOTA, FL 34240 | BBBY Store Lease | 1367 | 15600 Panama City Beach Parkway, #840, Panama City Beach, FL, 32413 |
| 126. | PAPF DIMOND, LLC | 101 LARKSPUR LANDING CIRCLE, SUITE 120, LARKSPUR, CA 94939 | BBBY Store Lease | 1175 | 601 E. Dimond Boulevard, Anchorage, AK, 99515 |
| 127. | PARKDAY ELDORADO PLAZA, L.P. | 4645 NORTH CENTRAL EXPRESSWAY, 200 KNOX PLACE, DALLAS, TX 75205 | BBBY Store Lease | 825 | 2975 Craig Drive, Suite 300, McKinney, TX, 75072 |
| 128. | PARKWAY CROSSING EAST SHOPPING CENTER, L.P. | RENNER, MATT, PRESIDENT, C/O NATIONAL REAL ESTATE MANAGEMENT CORP, 9986 MANCHESTER ROAD, ST. LOUIS, MO 63122 | BBBY Store Lease | 780 | 14101 Crossing Place, Woodbridge, VA, 22192 |
| 129. | PASSCO COMPANIES LLC | 96 CORPORATE PARK SUITE 200, IRVIN, CA 92606 | BBBY Store Lease | 61 | 801 West 15th St, Suite D, Plano, TX, 75075 |
| 130. | PENSACOLA CORDOVA LAND | C/O SIMON PROPERTY GROUP, 225 W. WASHINGTON STREET, INDIANAPOLIS, IN 46204-3438 | BBBY Store Lease | 525 | 5450 N. 9th Avenue, Pensacola, FL, 32504 |
| 131. | PINNACLE HILLS, LLC | PINNACLE HILLS POWER CENTER, ATTN: LAW/LEASE ADMINISTRATION DEPT., 350 N. ORLEANS STREET, | BBBY Store Lease | 1142 | 2203 Promenade Boulevard, Suite 20210, Rogers, AR, 72758 |

17

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| | | SUITE 300, CHICAGO, IL 60654-1607 | | | |
| 132. | RAMCO-GERSHENSON PROPERTIES LP | 31500 NORTHWESTERN HIGHWAY, SUITE 300, FARMINGTON HILLS, MI 48334 | BBBY Store Lease | 213 | Vista Plaza, 2450 NW Federal Highway, Stuart, FL, 34994 |
| 133. | RICHARDS CLEARVIEW, LLC | C/O CLEARVIEW CITY CENTER MANAGEMENT OFFICE, 4436 VETERANS MEMORIAL BOULEVARD, METAIRIE, LA 70006 | BBBY Store Lease | 492 | 4410 Veterans Blvd., Metairie, LA, 70006 |
| 134. | RIDGEPORT LTD. PARTNERSHIP | 1427 CLARKVIEW ROAD, SUITE 500, BALTIMORE, MD 21209-2100 | BBBY Store Lease | 128 | Bed Bath & Beyond Plaza, 5351 N. Airport Rd, Naples, FL, 34109 |
| 135. | RK PEMBROKE PINES, LLC | 17100 COLLINS AVENUE, SUITE 225, SUNNY ISLES BEACH, FL 33160 | BABY Store Lease | 3049 | 1360 Pines Blvd, Pembroke Pines, FL, 33026 |
| 136. | ROCKWALL CROSSING SC, L.P. | 2100 WEST 7TH STREET, FORT WORTH, TX 76107-2306 | BBBY Store Lease | 1024 | 963 East Interstate Highway 30, Rockwall, TX, 75087 |
| 137. | RPAI KING'S GRANT II LIMITED PARTNERSHIP | C/O RPAI US MANAGEMENT LLC, 2021 SPRING ROAD SUITE 200, OAK BROOK, IL 60523 | BABY Store Lease | 3131 | 8062 Concord Mills Blvd, Suite 20, Concord, NC, 28027 |
| 138. | SARASOTA ASSOCIATES A-L LLC | SIPOC TIC, 7978 COOPER CREEK BLVD., SUITE 100, ATTN: LEGAL DEPT., UNIVERSITY PARK, FL 34201 | BBBY Store Lease | 1268 | 111 North Cattlemen Road, Sarasota, FL, 34243 |
| 139. | SILVERTOWN INC. | 43 E. COLORADO BLVD. SUITE 200, PASADENA, CA 91105 | BABY Store Lease | 3095 | 22999 Savi Ranch Parkway, Yorba Linda, CA, 92887 |
| 140. | SOUTHAVEN TOWN CENTER II, LLC | C/O CBL & ASSOCIATES, 2030 HAMILTON PLACE, CBL CENTER, STE. 500, CHATTANOOGA, TN 37421 | BBBY Store Lease | 1313 | 6400 Towne Center Loop, Southaven, MS, 38671 |
| 141. | ST MALL OWNER LLC | C/O PACIFIC RETAIL CAPITAL PARTNERS, 100 N SEPULVEDA BLVD, SUITE 1925, EL SEGUNDO, CA 90245 | BBBY Store Lease | 1260 | 10433 South State Street, Sandy, UT, 84070 |
| 142. | SUNBURY GARDENS REALTY CO. | C/O SCHOTTENSTEIN MANAGEMENT COMPANY, 1798 FREBIS AVENUE, COLUMBUS, OH 43206 | BBBY Store Lease | 194 | 110 W. Troutman Parkway, Fort Collins, CO, 80525 |
| 143. | SUNSET & VINE APARTMENT | 1555 N. VINE STREET, LOS ANGELES, CA 90028 | BBBY Store Lease | 384 | 1557 Vine Street, Hollywood, CA, 90028 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 144. | TELEGRAPH MARKETPLACE PARTNERS II LLC | 226 BRONLOW DRIVE, IRMO, SC 29063 | BBBY Store Lease | 777 | 844 W. Telegraph Street, Washington City, UT, 84780 |
| 145. | THE CENTRE AT DEANE HILL, GP | C/O BARNHART COMMERCIAL MANAGEMENT, LLC, 750 HAMMOND DRIVE, NE BUILDING 10-250, ATLANTA, GA 30328-6116 | BABY Store Lease | 3086 | 202 Morrell Road, Knoxville, TN, 37919 |
| 146. | THE COMMONS AT SUGARHOUSE, LC | 1165 EAST WILMINGTON AVENUE, SUITE 275, SALT LAKE CITY, UT 84106 | BBBY Store Lease | 294 | 1169 Wilmington Avenue, Salt Lake City, UT, 84106 |
| 147. | THE PROMENADE D'IBERVILLE, LLC | C/O CBL & ASSOCIATES MANAGEMENT INC., 2030 HAMILTON PLACE BLVD., STE. 500, CHATTANOOGA, TN 37421 | BBBY Store Lease | 589 | 3951 Promenade Parkway, D'Iberville, MS, 39540 |
| 148. | THE SHOPS AT SUMMERLIN SOUTH, LP | C/O THE HOWARD HUGHES CORPORATION, 10845 GRIFFITH PEAK DRIVE #160, ATTN: LEGAL DEPARTMENT, LAS VEGAS, NV 89135 | BBBY Store Lease | 503 | 2315 Summa Drive #180, Las Vegas, NV, 89135 |
| 149. | THE SHOPS AT SUMMERLIN SOUTH, LP | C/O THE HOWARD HUGHES CORPORATION, ONE GALLERIA TOWER, 13355 NOEL ROAD, 22ND FLOOR, DALLAS, TX 75240 | BABY Store Lease | 3112 | 2315 Summa Drive, Suite #120, Summerlin, NV, 89135 |
| 150. | THOROUGHBRED VILLAGE, LLC & LIGHTMAN COOL SPRINGS, LLC | RUCKER, JENNIFER, LANDLORD, C/O BROOKSIDE PROPERTIES, INC. AS MANAGING AGENT, 2002 RICHARD JONES ROAD, SUITE C-200, NASHVILLE, TN 37215 | BBBY Store Lease | 339 | Thoroughbred Village Shopping Ctr. 545 Cool Springs Blvd. Suite# 150, Franklin, TN, 37067 |
| 151. | U.S. 41 & I 285 COMPANY LLC | C/O OLSHAN PROPERTIES, 600 MADISON AVENUE, 14TH FLOOR, ATTN: LEGAL SERVICES, NEW YORK, NY 10022 | BBBY Store Lease | 1094 | 2955 Cobb Parkway, Suite 110, Atlanta, GA, 30339 |
| 152. | UNCOMMON, LLC | C/O REGENCY CENTERS CORPORATION, ONE INDEPENDENT DRIVE, SUITE 114, ATTN: LEGAL DEPT., JACKSONVILLE, FL 32022 | BBBY Store Lease | 385 | University Commons, 1400C Glades Road, Boca Raton, FL, 33431 |
| 153. | PROLOGIS | 1 MEADOWS PLAZA SUITE 100, EAST RUTHERFORD, NJ 07073 | Distribution Center Lease | N/A | 3 Enterprise Avenue North, Secaucus, NJ 07094 |