| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel to Central Transport, LLC* |
| In re:<br><br>BED BETH & BEYOND INC., *et al.*,<br><br>        Debtors. |

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

## CERTIFICATION OF SERVICE

1.     I, Stacy Lipstein, am a legal assistant employed by McManimon, Scotland & Baumann, counsel for Central Transport, LLC in the above-captioned matter.

2.     On June 23, 2023, I sent a copy of the *Central Transport, LLC's Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* to the parties listed on the service list attached:

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 23, 2023                                   */s/ Stacy Lipstein*
                                                                     STACY LIPSTEIN

# SERVICE LIST

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Joshua A. Sussberg, Esq.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, Esq.<br>(emily.geier@kirkland.com)<br>Derek I. Hunter, Esq.<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler, Esq.<br>(ross.fiedler@kirkland.com) | *Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Michael D. Sirota, Esq.<br>(msirota@coleschotz.com)<br>Warren A. Usatine, Esq.<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin, Esq.<br>(fyudkin@coleschotz.com) | *Co-Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL |
| Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Marshall Huebner, Esq.<br>(marshall.huebner@davispolk.com)<br>Adam Shpeen, Esq.<br>(adam.shpeen@davispolk.com)<br>Michael Pera, Esq.<br>(Michael.pera@davispolk.com)<br>Steven Z. Szanzer, Esq.<br>(steven.szanzer@davispolk.com) | *Counsel to the Prepetition ABL Agent* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>David M. Hillman, Esq.<br>(DHillman@proskauer.com)<br>Megan R. Volin, Esq.<br>(MVolin@proskauer.com) | *Counsel to the DIP Agent* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL |
| U.S. Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>Fran. B Steele, Esq.<br>(fran.b.steele@usdoj.gov) | *US Trustee* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  EMAIL |

4868-3202-4428, v. 1

| | | |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Robert K. Malone, Esq.<br>(rmalone@gibbonslaw.com)<br>Brett S. Theisen, Esq.<br>(btheisen@gibbonslaw.com)<br>Kyle P. McEvilly, Esq.<br>(kmcevilly@gibbonslaw.com) | *Counsel to the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other  EMAIL |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Robert R. Feinstein, Esq.<br>(rfeinstein@pszjlaw.com)<br>Bradford J. Sandler, Esq.<br>(bsandler@pszjlaw.com)<br>Paul J. Labov, Esq.<br>(plabov@pszjlaw.com)<br>Colin R. Robinson, Esq.<br>(crobinson@pszjlaw.com) | *Counsel to the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other  EMAIL |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Scott K. Charles, Esq.<br>(SKCharles@wlrk.com)<br>Michael S. Benn, Esq.<br>(MSBenn@wlrk.com)<br>Gordon S. Moodie, Esq.<br>(GSMoodie@wlrk.com) | *Counsel to the Stalking Horse Bidder* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other  EMAIL |

4868-3202-4428, v. 1