# EXHIBIT "B"

Tamarack Village
2023 Real Estate Taxes
First Half 2023

**Lot 2, Block 1**
**Property ID 04.028.21.31.0011 - Main Center**

| | |
|---|---:|
| 2023 Annual Tax | $2,451,940.89 |
| + SWWS Stormwater Utility-Pay 2023 | $21,317.11 |
| Annual Total | $2,473,258.00 |
| First Half Total | $1,236,629.00 |
| Second Half Total | $1,236,629.00 |

| TENANT | UNIT NUMBER | SQUARE FEET | PRO-RATA SHARE | TENANT ALLOCATION |
|---|---:|---:|---:|---:|
| Bed Bath Beyond #482 | 1006 | 29,530.00 | 6.266326% | $ 77,491.20 |
| Total GLA of Parcel | | 471,249 | 100% | $1,236,629.00 |