**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Jeffrey Kurtzman, Esquire (JK-7689)
**KURTZMAN | STEADY, LLC**
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com
Telephone: (215) 839-1222

Attorneys for Tamarack Village Shopping Center,
A Limited Partnership

| In re: | Case No. 23-13359 (VFP) |
|---|---|
| BED BATH & BEYOND INC., et al., | Chapter 11 |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATION OF SERVICE

1. I, JEFFREY KURTZMAN:

    ☒ represent  Tamarack Village Shopping Center, A Limited Partnership in this matter.

    ☐ am the secretary/paralegal for _____ who represents _____ in this matter

    ☐ am the _____ in this case and am representing myself.

2. On    June 23, 2023    , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection of Tamarack Village Shopping Center, A Limited Partnership, to Notice to Contract Parties to Potentially Assumed Contracts and unexpired Leases

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  June 23, 2023                              /s/ JEFFREY KURTZMAN
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler Email: joshua.sussberg@kirkland.com; emily.geier@kirkland.com derek.hunter@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C. Court Plaza North 25 Main Street Hackensack, New Jersey 07601 Attn: Michael D. Sirota, Esq., Warren A. Usatine, Esq., and Felice R. Yudkin, Esq. mail: msirota@coleschotz.com wusatine@coleschotz.com fyudkin@coleschotz.com | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attn: Davis Polk & Wardwell LLP, 450 Lexington Avenue New York, New York 10017 Attn: Marshall S. Huebner (marshall.huebner@davispolk.com), Adam L. Shpeen (adam.shpeen@davispolk.com), Steven Z. Szanzer (steven.szanzer@davispolk.com ) and Michael Pera (michael.pera@davispolk.com | counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Proskauer Rose LLP Eleven Times Square New York, NY 10036 Attn: David M. Hillman (DHillman@proskauer.com ) and Megan R. Volin (MVolin@proskauer.com | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Office of the United States Trustee for Region 3, District of New Jersey, Raymond Boulevard, | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR |

| | | |
|---|---|---|
| Suite 2100, Newark, NJ 07102,<br>Attn: Fran B. Steele<br>Fran.b.steele@usdoj.gov | | ☒ Other <u>Email</u><br><sub>(As authorized by the Court or by rule. Cite the rule if applicable</sub> |
| Pachulski Stang Ziehl & Jones LLP<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | proposed counsel to the Creditors' Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Email</u><br><sub>(As authorized by the Court or by rule. Cite the rule if applicable</sub> |
| Overstock.com | Counsel to any Stalking Horse Bidder. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Email</u><br><sub>(As authorized by the Court or by rule. Cite the rule if applicable</sub> |

*rev.8/1/16*