UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
CERTILMAN BALIN ADLER & HYMAN, LLP.
Thomas J. Monroe, Esq.
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Telephone Number (516) 296-7000
tmonroe@certilmanbalin.com
Attorneys for Serota Islip NC LLC

In Re:
Bed Bath & Beyond, Inc. et al.[1]

Debtors.

Case No.: 23-13359-VFP
Chapter: 11
Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Serota Islip NC LLC___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: CERTILMAN BALIN ADLER & HYMAN, LLP.
Thomas J. Monroe, Esq.
90 Merrick Avenue
East Meadow, New York 11554

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: June 23, 2023

/s/Thomas J. Monroe
Signature

new.8/1/15

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.