UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
CERTILMAN BALIN ADLER & HYMAN, LLP.
Thomas J. Monroe, Esq.
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Telephone Number (516) 296-7000
Thomas J. Monroe, Esq.
Attorneys for Serota Islip NC LLC

Case No.: 23-13359-VFP
Chapter: 11

In Re:
Bed Bath & Beyond Inc., et al.[1]

Debtors.

Adv. No.:
Hearing Date:
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, __Thomas J. Monroe__ :

    ☒ represent __Serota Islip, NC LLC__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __June 23, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 23, 2023

/s/Thomas J. Monroe
Signature

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of the Debtor Bed Bath & Beyond Inc's principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jacob E. Black, Esq.<br>Kirkland and Ellis LLP.<br>3101 Old Jacksonville Road<br>Springfield, IL 62704<br>jacob.black@kirkland.com | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ross Fiedler, Esq.<br>Kirkland and Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>ross.fiedler@kirkland.com | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Emily E. Geier, Esq.<br>Kirkland and Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>emily.geier@kirkland.com | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard U.S. Howell, P.C.<br>Kirkland and Ellis LLP<br>International LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Derek I. Hunter, Esq.<br>Kirkland and Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>derek.hunter@kirkland.com | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Casey McGushin, Esq.<br>Kirkland and Ellis LLP<br>3101 Old Jacksonville Road<br>Springfield, IL 62704<br>casey.mcgushin@kirkland.com | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Cole Schotz, P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com | Co-Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charles B. Sterrett, Esq.<br>Kirkland and Ellis<br>300 North LaSalle Street<br>Chicago, IL 60654<br>charles.sterrett@kirkland.com | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua Sussberg, Esq.<br>Kirkland and Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com | Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Warren A. Usatine, Esq.<br>Cole Shotz, P.C.<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602-0800<br>wusatine@coleschotz.com | Co-Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

Case 23-13359-VFP    Doc 913-1    Filed 06/23/23    Entered 06/23/23 12:37:18    Desc
Certificate of Service    Page 4 of 5

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07602<br>fyudkin@coleschotz.com | Co-Counsel for the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria Nikolinos, Esq.<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>fran.b.steele@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan J. Kornfeld, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd<br>13th Floor<br>Los Angeles, CA 90067-4003 | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Beth E. Levine, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>blevine@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Malone, Esq.<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>rmalone@gibbonslaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Colin R. Robinson, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones, LLP.<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>bsandler@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*