UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAPLIN STEWART MELOFF REITER & STEIN, P.C.
Daniel R. Utain, Esquire
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422
(610) 941-2582
(610) 684-2032 Facsimile

In Re:

BED BATH & BEYOND INC., et al.,
                                    Debtors

Case No.: 23-13359 (VFP)

Chapter: 11

Judge: Hon. Judge Papalia

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Newtown/Bucks Associates, L.P. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Daniel R. Utain, Esquire
KAPLIN STEWART MELOFF REITER & STEIN, P.C.
910 Harvest Drive, Post Office Box 3037
Blue Bell, PA 19422
(610) 260-6000
(610) 684-2032 - Telecopier

DOCUMENTS: dutain@kaplaw.com

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 6/23/2023

/s/ Daniel R. Utain, Esquire
Signature

new.8/1/15