| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Ciardi Ciardi & Astin<br>Albert A. Ciardi, III / Nicole M. Nigrelli<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com<br>215-557-3550<br><br>Murphy & King, P.C.<br>Kathleen R. Cruickshank, Esquire<br>28 State Street, Suite 3101<br>Boston, MA 02109<br>kcruickshank@murphyking.com<br>617-423-0400 | Case No.: | 23-13359 |
| | Chapter: | 11 |
| In Re:<br><br>BED BATH & BEYOND, INC, *et al.* | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | VFP |

## CERTIFICATION OF SERVICE

1. I, Nicole M. Nigrelli

   ☒ represent __The Anna Mscisz Trust and Rainier Colony Place Acquisitions, LLC__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 23, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   /s/ Nicole M. Nigrelli

Date: __June 23, 2023__                              _____
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota<br>Attn: Warren A. Usatine<br>Attn: Felice R. Yudkin | *Co-Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kirland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg<br>Attn: Emily E. Geier<br>Attn: Derek I. Hunter<br>Attn: Ross J. Fiedler | *Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue New York, NY 10017 Attn: Marshall S. Huebner Attn: Adam L. Shpeen Attn: Steven Z. Szanzer Attn: Michael Pera | *Counsel to the Prepetition ABL Agent* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>Region 3 - D.N.J.<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B. Steele | *U.S. Trustee* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Attn: Robert K. Malone<br>Attn: Brett S. Theisen<br>Attn: Kyle P. McEvilly | *Counsel to the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>Attn: Robert R. Feinstein<br>Attn: Bradford I. Sandler<br>Attn: Paul J. Labov<br>Attn: Colin R. Robinson | *Counsel to the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wachtel, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles<br>Attn: Michael S. Benn<br>Attn: Gordon S. Moodie | *Counsel to the Stalking Horse Bidder* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman<br>Attn: Megan R. Volin | *Counsel to the DIP Agent* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |