## Exhibit A

### Landlord Cure Claim
### (as of June 13, 2023)

**The Launch - Retail (z280810)**

**Bed Bath & Beyond (t0003224)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202300018225 | C-1500906 | CAM - Common Area Maintenance | 4/18/2023 | 5/1/2023 | 05/2023 | 12,082.11 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202300014049 | C-1483285 | CAM - Common Area Maintenance | 3/21/2023 | 4/1/2023 | 04/2023 | 12,082.11 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202300018225 | C-1500905 | BRR - Base Rent - Retail | 4/18/2023 | 5/1/2023 | 05/2023 | 5,304.12 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200043839 | C-1398530 | CAM - Common Area Maintenance | 10/19/2022 | 11/1/2022 | 11/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200048164 | C-1414543 | CAM - Common Area Maintenance | 11/16/2022 | 12/1/2022 | 12/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200032852 | C-1351487 | CAM - Common Area Maintenance | 7/19/2022 | 8/1/2022 | 08/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200036098 | C-1366859 | CAM - Common Area Maintenance | 8/19/2022 | 9/1/2022 | 09/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200040508 | C-1385798 | CAM - Common Area Maintenance | 9/20/2022 | 10/1/2022 | 10/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200023809 | C-1316354 | CAM - Common Area Maintenance | 5/18/2022 | 6/1/2022 | 06/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200027520 | C-1332007 | CAM - Common Area Maintenance | 6/17/2022 | 7/1/2022 | 07/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200008925 | C-1260722 | CAM - Common Area Maintenance | 2/16/2022 | 3/1/2022 | 03/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200014880 | C-1284325 | CAM - Common Area Maintenance | 3/21/2022 | 4/1/2022 | 04/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200018935 | C-1299235 | CAM - Common Area Maintenance | 4/19/2022 | 5/1/2022 | 05/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200002968 | C-1234704 | CAM - Common Area Maintenance | 12/28/2021 | 1/16/2022 | 01/2022 | 421.44 |
| usnontax | z280810 | c0000406 | Bed Bath & Beyond (t0003224) | 202200006157 | C-1248505 | CAM - Common Area Maintenance | 1/19/2022 | 2/1/2022 | 02/2022 | 421.44 |
| | | | **Total** | | | | | | | **34,525.62** |

227374157 v1