Certilman Balin Adler & Hyman, LLP.
Thomas J. Monroe, Esq.
New Jersey Attorney ID #005782001
Richard J. McCord, Esq., *Admitted Pro Hac Vice*
90 Merrick Avenue
East Meadow, NY 11554
Telephone: (516) 296-7000
Fax: (516) 296-7111
tmonroe@certilmanbalin.com
rmccord@certilmanbalin.com

*Counsel to Serota Islip NC LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------X
In re:                                                                    Case No. 23-13359

                                                                                Chapter 11

BED BATH & BEYOND, INC., *et al.*,

                    Debtors.1
                                                                                Hon. Vincent F. Papalia
-----------------------------------------------------X

### DECLARATION IN SUPPORT OF OBJECTION OF SEROTA ISLIP NC LLC TO THE PROPOSED CURE AMOUNT IDENTIFIED BY DEBTORS IN THE NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES DOCUMENT NUMBER 714

Pursuant to 28 U.S.C. 1746, Michael Cassidy hereby declares as follows:

**Michael Cassidy**, the undersigned, General Counsel for Lighthouse Realty Partners, LLC., the Managing Agent for Serota Islip NC LLC, declares the following to be true under penalty of perjury:

### INTRODUCTION

---

1 [1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

8067951.1

1. I am the General Counsel for Lighthouse Realty Partners, LLC, the landlord of the property located at 2716 Freedom Parkway Drive, Fayetteville, NC. As such, I am familiar with the background of this matter and the facts stated below.

2. I submit this declaration in support of the Objection of Serota Islip NC LLC to the Proposed Cure Amount Identified by Debtors in the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases Document Number 714.

3. I hereby certify that according to the landlord's records, Buy Buy Baby the Tenant of this location as of June 30, 2023 owes the landlord the sum of $81,705.52.

Dated: Valley Stream, New York
      June 23, 2023

                                  /s/Michael Cassidy
                                  MICHAEL CASSIDY

8067951.1