# EXHIBIT B

| | | |
|---|---|---|
| 6/15/2023 | **LIGHTHOUSE REALTY PARTNERS LLC** | 9:47:39AM |
| User: JCARRUBA | **OCCUPANT LEDGER** | Page 1 of 5 |

| | | | | |
|---|---|---|---|---|
| Unit Reference Number : | 10455-2716 | Occupant Name/Type : | Buy Buy Baby #3115 / CURRENT | |
| Property Name : | Serota Islip NC LLC | Tenant Id : | 194460000594 | Bldg:      Floor: 0 |
| Co. Name | Buy Buy Baby #3115 | Phone Number | (908) 688-0888 | |
| Address1 : | 2716 Freedom Parkway Drive | Cell Number | | |
| Address2 : | | Fax Number | | |
| City, State, Zip | Fayetteville, NC 28314 | Unit Number | | |
| D/B/A Name : | | | | |
| Email Address : | Leasepayable@bedbath.com | | | |

**Forwarding Address**

| | | | |
|---|---|---|---|
| Name | | Correspondence Email | |
| Address1 : | | Billing Email | |
| Address2 : | | | |
| City, State, Zip | | | |

| | | | | | |
|---|---|---|---|---|---|
| Open Items | | 81,705.53 | | | |
| Open Credits : | | 0.00 | | | |
| Current Balance : | | **81,705.53** | | | |
| Contact | | | Percentage Lease | Yes | |
| Security Deposit : | | 0.00 | Percentage | | 0.00 |
| Other Deposit | | 0.00 | Base Sales Amount : | | 0.00 |
| Square Feet (GLA) : | | 18294 | Billing Month | 0 | |
| Usable Square Feet : | 18294 | | Annual Sales Amount : | | 0.00 |
| Gross Square Feet : | 0 | | | | |
| Prorata Square Feet | 0 | | | | |

| | |
|---|---|
| Parking Information | |
| Number of Reserved Parking Spaces | 0 |
| Storage Space | Yes |

| | |
|---|---|
| Lease Expiration Date | 1/31/2028 |
| Move In Date | |
| Lease Effective Date | 10/9/2017 |
| Option Date | |

**BILL TO**

Buy Buy Baby #3115

650 Liberty Ave.
Union, NJ 07083

| | |
|---|---|
| STORE/OFFICE SQ FEET : | 18294 |
| USE OF SPACE : | |
| PRORATA SHARE CAM : | 11.15% |
| MGMT FEE INFO : | |
| PRORATA SHARE TAX : | 11.15% |
| Cesspool % : | |
| Fire Alarm Monitor % : | |
| Fire Serv % : | |
| VS 223-229 FireServ% : | |
| : | |
| Account Status | OK |

| | | |
|---|---|---|
| Number of NSF Checks | 0 | |
| Date of Last NSF Check | | |
| Amount of Last NSF Check | 0.00 | |

| | |
|---|---|
| Renew Effective Date | |
| Renew Expiration Date | |
| Month To Month | y |
| Notice Given Date | |
| Intended Move-Out Date | |

| 6/15/2023 | **LIGHTHOUSE REALTY PARTNERS LLC** | 9:47:39AM |
|---|---|---|
| User: JCARRUBA | | Page 2 of 5 |

## OCCUPANT LEDGER

| Unit Reference Number : | 10455-2716 | | Occupant Name/Type : | Buy Buy Baby #3115 / CURRENT | |
|---|---|---|---|---|---|
| Lease Term | | | | **Commission Information** | |
| Lease Type | | | Standard | : Yes | |
| Base Year | : | 0 | Amount | : | 0.00 |
| Base Year Rent | | 0.00 | Agent Name | : | |

**Concession Information**

| | Term | Amount |
|---|---|---|
| Free Rent : | Yes | 0 | 0.00 |
| Lease Buyout : | Yes | 0 | 0.00 |
| Moving Expenses : | Yes | | 0.00 |
| Other | Yes | | 0.00 |

**Tenant Improvement Allowances**

| Standard Allowance Per Square Feet | : | 0.00 |
|---|---|---|
| Excess Allowance Per Square Feet | | 0.00 |

Concession Comments :

| S.I.C. Code | : | | | |
|---|---|---|---|---|
| Business Class | : | | | |
| National Tenant ID | : | | | |
| Insurance Certificate | : | Yes | Insurance Certificate Expires | 03/01/2023 |

6/15/2023  
User: JCARRUBA

# LIGHTHOUSE REALTY PARTNERS LLC

## OCCUPANT LEDGER

9:47:39AM  
Page 3 of 5

Unit Reference Number : 10455-2716

Occupant Name/Type : Buy Buy Baby #3115 / CURRENT

### CHARGE SCHEDULE

| Charge Code | Charge Description | Charge Frequency | Start Date | Stop Date | Charge Amount |
|---|---|---|---|---|---|
| RBR | Base Rent | M | 3/1/2022 | 1/31/2023 | 13,720.50 |
| RBR | Base Rent | M | 2/1/2023 | 1/31/2028 | 15,092.55 |
| ROM | Common Area | M | 3/1/2022 | 2/28/2024 | 1,205.82 |

This Tenant has no Lease Options

| 6/15/2023 | | LIGHTHOUSE REALTY PARTNERS LLC | | | 9:47:39AM |
| --- | --- | --- | --- | --- | --- |
| User: JCARRUBA | | | | | Page 4 of 5 |
| | | **OCCUPANT LEDGER** | | | |

Unit Reference Number : 10455-2716             Occupant Name/Type : Buy Buy Baby #3115 / CURRENT

**Chronological History**

| Date | Charge Code | Charge Description | Amount | Balance |
| --- | --- | --- | ---: | ---: |
| 03/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 03/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 03/16/2022 | RBR | Pymt. Batch 813 Check ACH | -14,926.32 | 0.00 |
| 04/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 04/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 04/04/2022 | RBR | Pymt. Batch 829 Check 101107 | -14,926.32 | 0.00 |
| 04/18/2022 | RBR | Pymt. Batch 848 Check INCTRANS | -932.21 | -932.21 |
| 05/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 05/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 05/04/2022 | RBR | Pymt. Batch 865 Check 102247 | -14,926.32 | -932.21 |
| 06/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 06/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 06/06/2022 | RBR | Pymt. Batch 898 Check 103330 | -14,926.32 | -932.21 |
| 07/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 07/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 07/05/2022 | RBR | Pymt. Batch 926 Check 104462 | -14,926.32 | -932.21 |
| 07/21/2022 | RBR | Adj From Closing 2/17/2 CIT | 932.21 | 0.00 |
| 08/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 08/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 08/02/2022 | RBR | Pymt. Batch 955 Check 105519 | -14,926.32 | 0.00 |
| 09/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 09/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 09/01/2022 | RBR | Pymt. Batch 982 Check 106596 | -14,926.32 | 0.00 |
| 10/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 10/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 10/04/2022 | RBR | Pymt. Batch 005 Check 107085 | -14,926.32 | 0.00 |
| 11/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 11/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 11/01/2022 | RBR | Pymt. Batch 026 Check 108133 | -14,926.32 | 0.00 |
| 12/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 12/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 12/01/2022 | RTY | Tax Y/E Reconciliation. | 28,620.28 | 43,546.60 |
| 12/02/2022 | RBR | Pymt. Batch 058 Check 109061 | -14,926.32 | 28,620.28 |
| 01/01/2023 | RBR | Base Rent | 13,720.50 | 42,340.78 |
| 01/01/2023 | ROM | Common Area | 1,205.82 | 43,546.60 |
| 01/04/2023 | RBR | Pymt. Batch 087 Check 110267 | -14,926.32 | 28,620.28 |
| 01/17/2023 | RTY | Pymt. Batch 096 Check 11126 | -28,620.28 | 0.00 |
| 02/01/2023 | RBR | Base Rent | 15,092.55 | 15,092.55 |
| 02/01/2023 | ROM | Common Area | 1,205.82 | 16,298.37 |
| 02/03/2023 | ROM | Pymt. Batch 110 Check 111142 | -1,205.82 | 15,092.55 |
| 02/14/2023 | LAT | LATE CHARGE | 150.00 | 15,242.55 |
| 03/01/2023 | RBR | Base Rent | 15,092.55 | 30,335.10 |
| 03/01/2023 | ROM | Common Area | 1,205.82 | 31,540.92 |
| 03/07/2023 | ROM | Pymt. Batch 138 Check 112122 | -1,205.82 | 30,335.10 |
| 03/21/2023 | LAT | LATE CHARGE | 150.00 | 30,485.10 |

| 6/15/2023 | | | LIGHTHOUSE REALTY PARTNERS LLC | | 9:47:39AM |
| --- | --- | --- | --- | --- | --- |
| User: JCARRUBA | | | | | Page 5 of 5 |

## OCCUPANT LEDGER

Unit Reference Number : 10455-2716        Occupant Name/Type : Buy Buy Baby #3115 / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
| --- | --- | --- | ---: | ---: |
| 04/01/2023 | RBR | Base Rent | 15,092.55 | 45,577.65 |
| 04/01/2023 | ROM | Common Area | 1,205.82 | 46,783.47 |
| 04/10/2023 | ROM | Pymt. Batch 169 Check 112928 | -1,205.82 | 45,577.65 |
| 05/01/2023 | RBR | Base Rent | 15,092.55 | 60,670.20 |
| 05/01/2023 | ROM | Common Area | 1,205.82 | 61,876.02 |
| 05/01/2023 | ROM | Reverse Wrong CAM CODE | -5,942.78 | 55,933.24 |
| 05/01/2023 | ROM | 2022 CAM Reconciliations | 5,942.78 | 61,876.02 |
| 05/01/2023 | ROY | 2022 CAM Reconciliations | 5,942.78 | 67,818.80 |
| 05/03/2023 | ROM | Pymt. Batch 193 Check 113914 | -1,205.82 | 66,612.98 |
| 06/01/2023 | RBR | Base Rent | 15,092.55 | 81,705.53 |
| 06/01/2023 | ROM | Common Area | 1,205.82 | 82,911.35 |
| 06/02/2023 | ROM | Pymt. Batch 219 Check 114473 | -1,205.82 | 81,705.53 |

There are no comments for this occupant.