EXHBIT C

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message.

---

**From:** Park, John <JPark@coleschotz.com>
**Sent:** Wednesday, June 14, 2023 4:03:15 PM
**To:** RICHARD McCORD <rmccord@certilmanbalin.com>
**Cc:** Bass, David <DBass@coleschotz.com>
**Subject:** Bed Bath & Beyond, Inc., et al. Chapter 11, Case No. 23-13359-VFP - Store #'s 507 and 3115 [IWOV-CSDOCS.FID2507415]

External Email: **Proceed with caution!**

---

Richard, here is our client's reconciliation of the amounts for those two locations:

**Store 507**
**Oceanside, NY**
LED            1/31/2028
SF             37,236

All rents are current
All Reconciliations are current
monthly rent is $96,298.44 (rent paid by ACH so not lost)
I show no monies due

**Store 3115**
**Fayetteville, NC**
LED            1/31/2028
SF             18,294

All Reconciliations are current EXCEPT 2022 CAM (2021 was $933 only)

| Monthly rent | February | March | April | May | June | Total | |
|---|---|---|---|---|---|---|---|
| Rent | 15,092.55 | 15,092.55 | 15,092.55 | 15,092.55 | 15,092.55 | 75,462.75 | |
| CAM Escrow | | | | | | - | Paid escrow month |
| Total | 15,092.55 | 15,092.55 | 15,092.55 | 15,092.55 | 15,092.55 | 75,462.75 | |



**COLE SCHOTZ** P.C.

**JOHN PARK**
MEMBER

OFFICE  201.525.6211
CELL    201.723.9240
EMAIL   jpark@coleschotz.com

Court Plaza North | 25 Main Street | Hackensack, NJ 07601

NEW JERSEY  NEW YORK  DELAWARE  MARYLAND  TEXAS  FLORIDA
VCARD | BIO | COLESCHOTZ.COM

Legal Practice Assistant: Susan Daly | 201.489-3000, ext. 5106 | sdaly@coleschotz.com

* * * * * *

This e-mail message from Cole Schotz P.C. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.

7