LAW OFFICES
CHARLES A. GRUEN
Michael Korik, Esq.
381 Broadway, Suite 300
Westwood, New Jersey 07675
Telephone No.: (201) 342-1212
Facsimile No.: (201) 342-6474
Email: mkorik@gruenlaw.com

*Counsel to JMCR Sherman LP*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

**APPLICATION FOR PRO HAC VICE ADMISSION OF
J. SETH MOORE**

To: The Honorable Vincent F. Papalia

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission *pro hac vice* of J. Seth Moore,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

of the law firm Condon Tobin Sladek Thornton Nerenberg, PLLC, to represent JMCR Sherman LP in the above-captioned chapter 11 case and any related adversary proceedings.

Respectfully submitted,

Dated: June 23, 2023

/s/ *Michael Korik*
LAW OFFICES
CHARLES A. GRUEN
Michael Korik, Esq.
381 Broadway, Suite 300
Westwood, New Jersey 07675
Telephone No.: (201) 342-1212
Facsimile No.: (201) 342-6474
Email: mkorik@gruenlaw.com

*Counsel to JMCR Sherman LP*

2