# **CERTIFICATE OF SERVICE**

      I, Michael Korik, hereby certify that on June 23, 2023, I caused a true and correct copy of the foregoing *Application for Pro Hac Vice Admission of J. Seth Moore, Certification of J. Seth Moore in support of Application for Admission Pro Hac Vice, and proposed Order Granting Admission Pro Hac Vice of J. Seth Moore*, to be filed with the Court and served electronically through the Court's ECF System.

                                                                          **/s/Michael Korik**