**Tenant Ledger**

**Tenants:** Bed Bath & Beyond #225
**Phone:** (559) 440-9275
**Unit:** Unit 5
**Property:** Riverpark Crossing Shopping Center (NEW OWNER) - 7457-7507 N Blackstone Avenue Fresno, CA 93720
**Status:** Current
**Move in date:** 09/19/1999
**Move out date:** --
**Lease Expiration:** 01/31/2030
**Rent:** 47,436.50
**Deposit Paid:** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 03/01/2023 | | Rent - March 2023 | 47,436.50 | | 47,436.50 |
| 03/01/2023 | | Estimated CAM Charges - NF - March 2023 | 6,600.00 | | 54,036.50 |
| 03/09/2023 | Bed Bath & Beyond #225 | Payment (Reference #112673) Rent - March 2023 | | 54,036.50 | 0.00 |
| 04/01/2023 | | Rent - April 2023 | 47,436.50 | | 47,436.50 |
| 04/01/2023 | | Estimated CAM Charges - NF - April 2023 | 6,600.00 | | 54,036.50 |
| 05/01/2023 | | Estimated CAM Charges - NF - 1/23 to 4/23: 2023 Estimated CAM True Up Payment | 5,347.88 | | 59,384.38 |
| 05/01/2023 | | Rent - May 2023 | 47,436.50 | | 106,820.88 |
| 05/01/2023 | | Estimated CAM Charges - NF - May 2023 - Estimated CAM | 7,936.97 | | 114,757.85 |
| 05/01/2023 | | CAM Reconciliation Due - NF - 2022 CAM Reconciliation Due | 154.23 | | 114,912.08 |
| 05/01/2023 | Bed Bath & Beyond #225 | Payment (Reference #113363) Payment for 4/23/23 to 4/30/23. | | 14,409.73 | 100,502.35 |
| 05/02/2023 | Bed Bath & Beyond #225 | Payment (Reference #113486) Rent - April 2023 | | 54,036.50 | 46,465.85 |
| 06/01/2023 | | Rent - June 2023 | 47,436.50 | | 93,902.35 |
| 06/01/2023 | | Estimated CAM Charges - NF - June 2023 - Estimated CAM | 7,936.97 | | 101,839.32 |
| 06/02/2023 | Bed Bath & Beyond #225 | Payment (Reference #114043) Rent - June 2023 | | 44,070.74 | 57,768.58 |
| **Total** | | | | | **57,768.58** |