# EXHIBIT B

Schedule of Amounts Due as of Petition Date

2023 CAM January 1-April 23 - $2,774.91
2023 Real Estate Tax January 1-April 23 - $11,489.86
2022 CAM True-up - $3,514.33

Total - $17,779.10