## **CERTIFICATE OF SERVICE**

      I, Lisa M. Solomon, hereby certify that on the 23rd day of June 2023, I caused a copy of the Limited Objection of Landlord DC USA Operating Co., LLC to Debtors' Notice of Proposed Assumption ad Assignment of Lease and Cure Costs and Reservation of Rights, in addition to service by ECF through the electronic filing system upon all registered participants with the Court, to be served by e-mail on the following parties at their e-mail addresses below:

| | |
|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.,<br>Emily E. Geier, P.C.,<br>Derek I. Hunter, and<br>Ross J. Fiedler<br>Email: joshua.sussberg@kirkland.com;<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Cole Schotz P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq., and<br>Felice R. Yudkin, Esq.<br>25 Main Street Hackensack<br>New Jersey 07601<br>email: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com |
| Davis Polk & Wardwell LLP,<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall S. Huebner<br>(marshall.huebner@davispolk.com),<br>Adam L. Shpeen<br>(adam.shpeen@davispolk.com),<br>Steven Z. Szanzer<br>(steven.szanzer@davispolk.com ) and<br>Michael Pera<br>(michael.pera@davispolk.com | Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman<br>(DHillman@proskauer.com )<br>and Megan R. Volin<br>(MVolin@proskauer.com |
| Office of the United States Trustee<br>Andrew R.Vara, U.S. Trustee, Regions 3 & 9<br>Fran B. Steele, Esq.<br>Fran.B.Steele@usdoj.gov | Pachulski Stang Ziehl & Jones LLP<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com |

| | |
|---|---|
| Overstock.com, Inc.<br>799 W. Coliseum Way<br>Midvale, UT 84047<br>Attention: Chief Legal Officer and Corporate Secretary<br>Email: gnickle@overstock.com | Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles<br>Michael S. Benn<br>Gordon S. Moodie<br>E-Mail: SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com |

/s/ Lisa M. Solomon
Lisa M. Solomon