# Statement

**Chenal Place Properties LLC**
**Chenal Place Shopping Center**
5507 Ranch Dr Ste 201
Little Rock, AR 72223

501-868-9790

| Billing Period | Statement Date |
|---|---|
| 10/01/22   -   04/23/23 | 04/23/23 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| CP | 12309-A | Retail | 3 |

**TO:**

Bed Bath & Beyond Store 228
Emily Ortiz
650 Liberty Ave Union NJ  07083

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount | Running Bal. |
|---|---|---|---|---|---|
| | | Previous Balance | | 0.00 | 0.00 |
| 10/01/22 | 60742 | Payment Received | 10/22 payment | -38,993.82 | -38,993.82 |
| 10/01/22 | IV# 3 | Common Area Maint | Common Area Maintenance    CAM-Admin | 2,204.00 | -36,789.82 |
| 10/01/22 | IV# 3 | Property Insur. Reimb | Insurance Reimbursement    Insurance Rein | 1,125.00 | -35,664.82 |
| 10/01/22 | IV# 3 | Rent Charge | Rent Charge    10/22 | 33,716.59 | -1,948.23 |
| 11/01/22 | IV# 162 | Common Area Maint | Common Area Maintenance    CAM-Admin | 2,204.00 | 255.77 |
| 11/01/22 | IV# 162 | Property Insur. Reimb | Insurance Reimbursement    Insurance Rein | 1,125.00 | 1,380.77 |
| 11/01/22 | IV# 162 | Rent Charge | Rent Charge    Rent to 1/31/25 | 32,771.26 | 34,152.03 |
| 11/02/22 | ach1122 | Payment Received | 11/22 no email | -37,045.59 | -2,893.56 |
| 12/01/22 | 67529 | Payment Received | 12/22 payment | -37,045.59 | -39,939.15 |
| 12/01/22 | IV# 320 | Common Area Maint | Common Area Maintenance    CAM-Admin | 2,204.00 | -37,735.15 |
| 12/01/22 | IV# 320 | Property Insur. Reimb | Insurance Reimbursement    Insurance Rein | 1,125.00 | -36,610.15 |
| 12/01/22 | IV# 320 | Rent Charge | Rent Charge    Rent | 32,771.26 | -3,838.89 |
| 01/01/23 | IV# 466 | Common Area Maint | Common Area Maintenance    CAM-Admin | 2,293.00 | -1,545.89 |
| 01/01/23 | IV# 466 | Property Insur. Reimb | Insurance Reimbursement    Insurance Rein | 1,255.00 | -290.89 |
| 01/01/23 | IV# 466 | Rent Charge | Rent Charge    Rent | 32,771.26 | 32,480.37 |
| 01/01/23 | 71811 | Payment Received | 1/23 payment | -37,045.59 | -4,565.22 |
| 02/01/23 | IV# 608 | Common Area Maint | Common Area Maintenance    CAM-Admin | 2,293.00 | -2,272.22 |
| 02/01/23 | IV# 608 | Property Insur. Reimb | Insurance Reimbursement    Insurance Rein | 1,255.00 | -1,017.22 |
| 02/01/23 | IV# 608 | Rent Charge | Rent Charge    Rent | 32,771.26 | 31,754.04 |
| 02/08/23 | IV# 744 | Leasing Fee Reimb by Ten: | 2426-09651M Bed Bath & Beyond lean reviev | 357.50 | 32,111.54 |
| 02/09/23 | ach73424-111702 | Payment Received | 2/23 paid | -37,045.59 | -4,934.05 |
| 03/01/23 | IV# 758 | Common Area Maint | Common Area Maint    CAM-Admin Fee as | 2,293.00 | -2,641.05 |
| 03/01/23 | IV# 758 | Property Insur. Reimb | Property Insur. Reimb    Insurance Reimb a: | 1,255.00 | -1,386.05 |
| 03/01/23 | IV# 758 | Rent Charge | Rent Charge    Rent | 32,771.26 | 31,385.21 |
| 03/01/23 | Tax22 | RE Tax Reimb | Tax22 Reimb | 79,784.22 | 111,169.43 |
| 03/01/23 | CAM Rec 2022 | CAM - Reconciliation | CAM Rec 2022 | 3,613.61 | 114,783.04 |
| 03/09/23 | 75089 | Payment Received | 3/23 Payment | -37,045.59 | 77,737.45 |
| 03/15/23 | 75687 | Payment Received | 2022 tax reimb | -79,784.22 | -2,046.77 |
| 04/01/23 | IV# 926 | Common Area Maint | Common Area Maint    CAM-Admin Fee as | 2,293.00 | 246.23 |
| 04/01/23 | IV# 926 | Property Insur. Reimb | Property Insur. Reimb    Insurance Reimb a: | 1,255.00 | 1,501.23 |
| 04/01/23 | IV# 926 | Rent Charge | Rent Charge    Rent | 32,771.26 | 34,272.49 |
| 04/19/23 | ach77103 | Payment Received | 4/23 rent paid | -37,045.59 | -2,773.10 |

**EXHIBIT**

**B**