**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

CHADD L. REYNOLDS
ASSOCIATE
DIRECT: 404.658.5454
CHADD.REYNOLDS@CHAMBERLAINLAW.COM

191 PEACHTREE STREET, N.E.
FORTY SIXTH FLOOR
ATLANTA, GEORGIA 30303
404.659.1410    800-800-0745
FAX: 404.659.1852

ATLANTA
HOUSTON
PHILADELPHIA
SAN ANTONIO

January 20, 2023

| **CERTIFIED MAIL** | **CERTIFIED MAIL** |
|---|---|
| **RETURN RECEIPT REQUESTED** | **RETURN RECEIPT REQUESTED** |
| 9314 8699 0430 0103 5274 77 | 9314 8699 0430 0103 5276 51 |
| Chenal Place Properties LLC | Bed Bath & Beyond, Inc. |
| c/o Jill R. Bryant | c/o C T Corporation System |
| 5507 Ranch Dr., Ste. 201 | 124 West Capitol Avenue, Ste. 1900 |
| Little Rock, AR 72223 | Little Rock, AR 72201 |

Re:    Place Services, Inc.'s Claim of Lien filed on 12309 Chenal Parkway, Suite A, Little Rock, AR 72211, Pulaski County.

To Whomever:

Enclosed please find for your records a Claim of Lien, which has been filed with the Pulaski County Clerk of Court in Arkansas.

Sincerely,

*/s/ Chadd L. Reynolds*
Chadd L. Reynolds

Enclosure

**EXHIBIT**

**C**

**2023003881**
PULASKI CO. AR FEE $50.00
PRESENTED
1/19/2023 8:02:05 AM
RECORDED
01/19/2023 02:52:41 PM
TERRI HOLLINGSWORTH
Circuit / County Clerk
BY: RUTHIE WATSON
DEPUTY RECORDER

Prepared by and after filing, please return to:
Chadd L. Reynolds, Esq.
Chamberlain, Hrdlicka, White, Williams & Aughtry
191 Peachtree Street, NE
46th Floor
Atlanta, GA 30303

## VERIFICATION OF ACCOUNT
## AND CLAIM OF LIEN

TO: Clerk of the Circuit Court of Pulaski County

FROM: Claimant: Place Services, Inc. 201 Gateway Drive, Canton Georgia 30115.

The undersigned, being duly sworn, states:

1. The Claimant sold and delivered to Bed Bath & Beyond, Inc. the materials, or furnished the labor, listed and set forth in the statement of account which is attached hereto as Exhibit A and incorporated herein. The final delivery of such materials, or furnishing of said labor, occurred within the last 120 days.

2. The attached statement of account is true and correct, and that there is now due and owing to Claimant, after allowing all credits, the sum of $44,202.21.

3. The materials or labor were furnished for and used in the construction of the interior and exterior remodel of existing Bed Bath & Beyond which was constructed on the following-described property owned by Chenal Place Properties LLC as owner/lessor and Bed Bath & Beyond, Inc. as tenant/lessee in Pulaski County, Little Rock, Arkansas, more particularly described in Exhibit B which is incorporated herein.

4. The Claimant claims a lien on the property described in paragraph 3, Exhibit B, to secure the sum of $44,202.21, plus attorney's fees and costs.

5. An Affidavit of Notice reflecting that Claimant has complied with the applicable provisions of Ark. Code. Ann. §§ 18-44-144 through 18-44-116 by sending notices, copies of which are attached as Exhibit C and incorporated herein.

6. That Todd Guthrie, the Chief Financial Officer of the Claimant, is authorized to release the lien.

   This __18__ day of January 2023.

FIRMDMS\120783\000007\30571841.v1-1/18/23

## VERIFICATION

I, Todd Guthrie, Chief Financial Officer of Place Services, Inc., a corporation, state under oath that the information contained above and in the attached statement of account is true and correct to the best of my knowledge and belief.

Place Services, Inc.

By: Todd Guthrie

Its: Chief Financial Officer

State of Georgia

County of Cherokee

Sworn to and subscribed before me this 18ᵗʰ day of January, 2023, by

Notary Public

My commission expires: 9/22/24

Exhibit "A"

PAGE 1 OF 2

**TO OWNER:** Bed Bath and Beyond
650 Liberty Avenue
Union City, NJ 07083

**PROJECT:**
Bed Bath & Beyond #228
12309 Chenal PKWY STE A
Little Rock, AR 72211

**APPLICATION #**
**PERIOD TO:** 12/22/22

2

Distribution to:

| | |
|---|---|
| x | OWNER |
| | CON MGR |
| X | CONTRACTOR |

**FROM CONTR** Place Services Incorporated
201 Gateway Drive
Canton, GA 30115

**PROJECT NOS:** 0228000RT

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ | 162,222.00 |
| 2. Net change by Change Orders | | $ | 27,980.01 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $ | 190,202.01 |
| 4. TOTAL COMPLETED & STORED TO DATE    (Column G on G703) | | $ | 190,202.01 |

5. RETAINAGE:
   a.    0%    of Completed Work            $0.00
   (Column D + E on G703)
   b.    0%    of Stored Material
   (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703)            $    0.00

| | | | |
|---|---|---|---|
| 6. TOTAL EARNED LESS RETAINAGE    (Line 4 Less Line 5 Total) | | $ | 190,202.01 |
| 7. LESS PREV PMNTS & CERT FOR PAYMENT | | | 145,999.80 |
| 8. CURRENT TOTAL PAYMENT DUE | | | 44,202.21 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE    (Line 3 less Line 6) | | | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $    27,980.01 | $        - |
| Total approved this Month | $ | $        - |
| TOTALS | $    27,980.01 | $0.00 |
| NET CHANGES by Change Order | $    27,980.01 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

By:                                              Date:  12/22/22

State of: GA                                County of: Cherokee
Subscribed and sworn to before me this 22 day of December, 2022.
Notary Public: _____    May 20, 2023
My Commission expires:

**ARCHITECT'S CERTIFICATE FOR PAYMENT**
In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ..........$
(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT:
By:                                              Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

PAGE 2 OF 2 PAGES

APPLICATION NO: 2
APPLICATION DATE: 12/22/2022
PERIOD TO: 12/31/2022
PROJECT NO: 0228000RT

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | General Requirements | $31,919.00 | $31,919.00 | $0.00 | | $31,919.00 | 100.00% | $0.00 | $0.00 |
| | Sitework | $1,800.00 | $1,800.00 | $0.00 | | $1,800.00 | 100.00% | $0.00 | $0.00 |
| | Wood & Plastics | $4,525.00 | $4,525.00 | $0.00 | | $4,525.00 | 100.00% | $0.00 | $0.00 |
| | Doors & Windows | $3,073.00 | $3,073.00 | $0.00 | | $3,073.00 | 100.00% | $0.00 | $0.00 |
| | Finishes | $18,730.00 | $18,730.00 | $0.00 | | $18,730.00 | 100.00% | $0.00 | $0.00 |
| | Specialties | $9,000.00 | $9,000.00 | $0.00 | | $9,000.00 | 100.00% | $0.00 | $0.00 |
| | Electrical | $52,800.00 | $52,800.00 | $0.00 | | $52,800.00 | 100.00% | $0.00 | $0.00 |
| | Overhead & Profit | $17,058.00 | $17,058.00 | $0.00 | | $17,058.00 | 100.00% | $0.00 | $0.00 |
| | Alternate #1 | $14,781.00 | $14,781.00 | $0.00 | | $14,781.00 | 100.00% | $0.00 | $0.00 |
| | Alternate #2 | $8,536.00 | $8,536.00 | $0.00 | | $8,536.00 | 100.00% | $0.00 | $0.00 |
| | CO1 | $18,649.62 | | $18,649.62 | | $18,649.62 | | $0.00 | $0.00 |
| | CO2 | $9,330.39 | | $9,330.39 | | $9,330.39 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | | | | | | $0.00 | | $0.00 | $0.00 |
| | GRAND TOTALS | $190,202.01 | $162,222.00 | $27,980.01 | $0.00 | $190,202.01 | 100.00% | $0.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

## Exhibit "B"

## DESCRIPTION OF REAL PROPERTY

PART OF THE SE 1/4 NE 1/4, SECTION 5, T-1-N, R-13-W, PULASKI COUNTY, ARKANSAS MORE PARTICULARLY DESCRIBED AS:

STARTING AT THE SOUTHWEST CORNER OF SAID SE 1/4 NE 1/4 ; THENCE S 87° 11'00" E, 30.00 FT. TO THE NORTHWEST CORNER OF LOT 1, TIMBER RIDGE, AN ADDITION TO THE CITY OF LITTLE ROCK, ARKANSAS AND THE POINT OF BEGINNING; THENCE N 01° 04' 29" E ALONG A LINE 30.00 FT. EAST OF AND PARALLEL WITH THE WEST LINE OF SAID SE 1/4 NE 1/4, 576.48 FT. TO A POINT ON THE SOUTH LINE OF LOT 1, CHENAL BUSINESS ADDITION TO THE CITY OF LITTLE ROCK, ARKANSAS; THENCE S 87° 14' 17" E ALONG SAID SOUTH LINE, 335.27 FT.; THENCE N 47° 50' 12" E AND CONTINUING ALONG SAID SOUTH LINE, 10.61 FT.; THENCE S 87° 09' 44" E AND CONTINUING ALONG SAID SOUTH LINE 306.21 FT.; THENCE S 02° 55' 15" W, 286.16 FT.; THENCE NORTHEASTERLY ALONG THE ARC OF A 261.48 FT. RADIUS CURVE TO THE LEFT, A CHORD BEARING AND DISTANCE OF N 70° 20' 20" E, 119.14 FT.; THENCE N 57° 10' 21" E, 100.00 FT.; THENCE N 14° 13' 46" E, 72.04 FT. TO A POINT ON THE WEST RIGHT-OF-WAY LINE OF CHENAL PARKWAY; THENCE S 29° 21' 06" E ALONG SAID WEST RIGHT-OF-WAY LINE, 169.72 FT. THENCE SOUTHEASTERLY AND CONTINUING ALONG SAID WEST RIGHT-OF-WAY LINE, BEING THE ARC OF A 1482.39 FT. RADIUS CURVE TO THE LEFT, A CHORD BEARING AND DISTANCE OF S 29° 24' 15" E, 2.74 FT.; THENCE S 59° 33' 36" W, 21.89 FT.; THENCE N 30° 26' 24" W, 28.25 FT.; THENCE N 75°26' 24" W, 59.68 FT.; THENCE S 57° 10' 21" W, 81.19 FT.; THENCE SOUTHWESTERLY ALONG THE ARC OF A 311.48 FT. RADIUS CURVE TO THE RIGHT, A CHORD BEARING AND DISTANCE OF S 61° 34' 05" W, 47.77 FT.; THENCE S 42° 33' 56" E, 106.62 FT.; THENCE S 02° 55' 15" W, 203.00 FT. TO A POINT ON THE NORTH LINE OF SAID TIMBER RIDGE; THENCE N 87° 11' 00" W ALONG SAID NORTH LINE 804.85 FT. TO THE POINT OF BEGINNING, CONTAINING 9.9373 ACRES MORE OR LESS.

## Exhibit C

### AFFIDAVIT OF NOTICE

The undersigned states on oath and affirms that he served the within Notices, in accordance with the applicable provisions of Ark. Code. Ann. §§ 18-44-144 through 18-44-116, on the following entities:

Via U.S. Certified Mail, Return Receipt Requested # 9314 8699 0430 0103 0738 51
Chenal Place Properties LLC
c/o Jill R. Bryant
5507 Ranch Dr., Ste. 201
Little Rock, AR 72223

Via U.S. Certified Mail, Return Receipt Requested # 9314 8699 0430 0103 0736 84
Bed Bath & Beyond, Inc.
c/o C T Corporation System
124 West Capitol Avenue, Ste. 1900
Little Rock, AR 72201

On January 9, 2023.

Chadd L. Reynolds
Chamberlain, Hrdlicka, White, Williams & Augtry, P.C.
191 Peachtree Street, N.E.
Forty-Sixth Floor
Atlanta, GA 30303
*Attorney-in-fact for Place Services, Inc.*

State of Georgia

County of Fulton

Sworn to and subscribed before me this 18th day of January, 2023, by

Notary Public

My commission expires: January 4, 2026

Marie-Annick Dyemma
NOTARY PUBLIC
Cobb County, GEORGIA

## CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

### ATTORNEYS AT LAW

GINA M. VITIELLO
SHAREHOLDER
DIRECT: 404.588.3426
GINA.VITIELLO@CHAMBERLAINLAW.COM

191 PEACHTREE STREET, N.E.
FORTY SIXTH FLOOR
ATLANTA, GEORGIA 30303
404.659.1410      800-800-0745
FAX: 404.659.1852

ATLANTA
HOUSTON
PHILADELPHIA
SAN ANTONIO

Certified Article Number

9314 8111 1930 0145 0234 64
SENDER'S RECORD

January 9, 2022

Certified Article Number

9314 5199 1911 0303 1774 61
SENDER'S RECORD

***VIA Certified Mail, Return Receipt
Requested No.***
Bed Bath & Beyond, Inc.
c/o C T Corporation System
124 West Capitol Avenue, Ste. 1900
Little Rock, AR 72201

***VIA Certified Mail, Return Receipt
Requested No.***
Chenal Place Properties LLC
c/o Jill R. Bryant
5507 Ranch Dr., Ste. 201
Little Rock, AR 72223

Re:  ***NOTICE OF INTENT TO FILE A LIEN CLAIM (ARK. CODE ANN. § 18-44-114)***
       12309 Chenal Parkway, Suite A, Little Rock, AR 72211 (the "Property")

To:   Owner/Lessor: Chenal Place Properties LLC

       Owner/Lessee: Bed Bath & Beyond, Inc.

From:  Claimant:     Place Services, Inc.
                     201 Gateway Drive
                     Canton, GA 30115

This firm represents Place Services, Inc. ("Claimant") in connection with the above-referenced Property.

PLEASE TAKE NOTICE that Claimant holds a claim against the building or improvement located at 12309 Chenal Parkway, Suite A, Little Rock, AR 72211 in the amount of $190,202.01. This amount is owed by Bed Bath & Beyond, Inc. and was incurred in connection with Claimant's providing certain labor, services, equipment or materials for the building or improvements.

PLEASE ALSO TAKE NOTICE that if this claim is not paid within 10 days of the date of this notice, Claimant intends to file a lien against the Property. If this claim is not paid within 20 days of the date of this notice, and Claimant is required to sue for enforcement of the claim, Claimant will be entitled to a reasonable attorney's fee in addition to other relief.

Sincerely,

Gina M. Vitiello

cc:   Jeff Amason (via email)