**Exhibit "2"**

# *Newtown/Bucks Associates, L.P.*

June 4, 2001

Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

RE: LEASE AGREEMENT ("LEASE" DATED AS OF JUNE 2, 2000 BY AND
BETWEEN NEWTOWN/BUCKS ASSOCIATES, L. P. ("LANDLORD")
AND BED BATH & BEYOND INC. ("TENANT"), DEMISING PREMISES
IN THE NEWTOWN SHOPPING CENTER, NEWTOWN, PENNSYLVANIA
(THE "SHOPPING CENTER")

Gentlemen:

Our signatures below shall evidence our agreement to all of the following terms and conditions. Capitalized terms used, but not otherwise defined herein, shall have the meaning(s) ascribed to them in the Lease:

1. Notwithstanding the restrictions contained in Section 13.1.3 of the Lease against a massage parlor and health spa, Landlord shall be permitted to enter into a lease with Toppers Salon and Health Spa, Inc. for the operation of a day spa in the premises designated as "Future Addition" on Exhibit B to the Lease, not to exceed 5,000 square feet of floor area.

2. The first sentence of Section 2.1 of the Lease is hereby deleted in its entirety, and the following language is inserted in lieu thereof:

> Subject to the provisions of this Article 2 and Section 11.1.(c) below, the Term of this Lease shall begin on the fiftieth (50th) day following the Delivery Date such fiftieth day being referred to herein as the "Rent Commencement Date".

3. Notwithstanding the provisions of Section 2.3.1.(d) of the Lease requiring that all common area improvements be substantially completed on the Delivery Date, Landlord shall not be required to complete construction of the pylon sign until the Rent Commencement Date.

4. Except as expressly modified herein, the Lease shall remain in full force and effect.

Bed Bath & Beyond Inc.
June 4, 2001
Page 2

Please sign and return the enclosed copy of this letter to evidence your agreement to all of the foregoing terms and conditions.

Very truly yours,

NEWTOWN/BUCKS ASSOCIATES, L. P.
BY JRL PROPERTIES, INC., ITS GENERAL PARTNER

Jack R. Loew
President

ACKNOWLEDGED AND AGREED:

BED BATH & BEYOND INC.

By: _____
Seth Geldzahler
Director of Real Estate