**Exhibit "4"**

\



JUL 2 5 2016

**Corporate Office**
650 Liberty Avenue
Union, NJ 07083
908/688-0888

July 22, 2016

**VIA FEDERAL EXPRESS**

Newtown/Bucks Associates, L.P.
55 Country Club Drive, Suite 200
Downingtown, Pennsylvania 19335-3062

> Re:    Lease Agreement dated as of June 2, 2000 (as amended, the "*Lease*")
> by and between Newtown/Bucks Associates, L.P. ("*Landlord*") and
> Bed Bath & Beyond Inc. ("*Tenant*") for premises at Newtown Shopping Center,
> Newtown, Pennsylvania ("*Shopping Center")* [#336]

Ladies/Gentlemen:

All capitalized terms used herein, but not defined, shall have the meanings ascribed to them in the Lease.

PLEASE TAKE NOTICE THAT, pursuant to Section 2.2.2 of the Lease, Tenant hereby exercises its option to renew the Lease for the first Renewal Period of five (5) years, commencing on February 1, 2017 and ending on January 31, 2022.

If you have any questions, please do not hesitate to call.

Very truly yours,

Seth Geldzahler
Vice President - Real Estate

cc:    The Northwestern Mutual Life
       Insurance Company (via Fed. Exp.)
       720 East Wisconsin Avenue
       Milwaukee, WI 53202
       Attn:  Real Estate Investment Dept.

Newtown/Bucks Associates, L.P.
Page 2
July 22, 2016

cc:    Jackson National Life Insurance Company   (via cert. mail, rrr)
       c/o PPM Finance, Inc.
       2225 West Wacker Drive, Suite 1200
       Chicago, IL  60606

       Mellon Bank, N.A.    (via cert. mail, rrr)
       Mellon Bank Center
       1735 Market Street
       Philadelphia, PA  19103