**Exhibit "6"**

## Lease Unpaid Charges

Tenant: Bed Bath & Beyond, Inc.(t0000023)

| Date | Description | Ctl | Charge | Payment | Net Due | Balance |
|---|---|---|---:|---:|---:|---:|
| 03/15/2023 | NEWTBCK... | C-80354 | 120.00 | 0.00 | 120.00 | 120.00 |
| 03/16/2023 | WO#47964... | C-80403 | 304.00 | 0.00 | 304.00 | 424.00 |
| 03/16/2023 | WO#47970... | C-80406 | 304.00 | 0.00 | 304.00 | 728.00 |
| 03/16/2023 | WO#47970 ... | C-80407 | 52.37 | 0.00 | 52.37 | 780.37 |
| 04/01/2023 | CY Recov ... | C-80811 | 4,225.00 | 1,126.67 | 3,098.33 | 3,878.70 |
| 04/01/2023 | Rent - Retai... | C-80812 | 45,050.00 | 12,013.33 | 33,036.67 | 36,915.37 |
| 04/06/2023 | COUNTY... | C-81305 | 23,370.64 | 4,418.01 | 18,952.63 | 55,868.00 |
| 06/13/2023 | NEWTBCK... | C-83230 | 100.00 | 0.00 | 100.00 | 55,968.00 |

Monday, June 19, 2023
05:31 PM