<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAPLIN STEWART MELOFF REITER &
STEIN, P.C.
Daniel R. Utain, Esquire
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422
(610) 941-2582
(610) 684-2032 Facsimile
dutain@kaplaw.com

---

In Re:

BED BATH & BEYOND INC., et al.,

                              Debtors.[1]

</td><td>

Case No.:        23-13359 (VFP)

Chapter:         11

Adv. No.:        Click or tap here to enter text.

Hearing Date:    Click or tap here to enter text.

Judge:           Honorable Judge Papalia

</td></tr>
</table>

## CERTIFICATION OF SERVICE

1.  I, Daniel R. Utain, Esquire:

    ☒ represent Newtown/Bucks Associates, L.P.in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text.in this case and am representing myself.

2.    On June 23, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Click or tap here to enter text.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:    June 23, 2023                          /s/ Daniel R. Utain, Esquire
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.,<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota, Esq.<br>(msirota@coleschotz.com)<br>Warren A. Usatine, Esq.<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin, Esq.<br>(fyudkin@coleschotz.com) | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attn: Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall Huebner<br>(marshall.huebner@davispolk.com)<br>Adam L. Shpeen<br>(adam.shpeen@davispolk.com)<br>Michael Pera<br>(michael.pera@davispolk.com)<br>Steven Z. Szanzer<br>(steven.szanzer@davispolk.com) | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman<br>(DHillman@proskauer.com)<br>Megan R. Volin<br>(MVolin@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee for Region 3<br>District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>Attn: Fran. B Steele, Esq.<br>(fran.b.steele@usdoj.gov) | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Attn: Robert Malone<br>(rmalone@gibbonslaw.com)<br>Brett S. Theisen<br>(btheisen@gibbonslaw.com)<br>Kyle P. McEvilly<br>(kmcevilly@gibbonslaw.com) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Robert J. Feinstein<br>(RFEINSTEIN@PSZJLAW.COM)<br>Paul J. Labov<br>(PLABOV@PSZJLAW.COM)<br>Beth E. Levine<br>(BLEVINE@PSZJLAW.COM) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Attn: Scott K. Charles<br>(SKCharles@wlrk.com)<br>Michael S. Benn<br>(MSBenn@wlrk.com)<br>Gordon S. Moodie<br>(GSMoodie@wlrk.com) | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alvarez & Marsal North America, LLC<br>CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 | Counsel to the Creditors' Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan J. Kornfeld, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067-4003<br>akornfeld@pszjlaw.com | Counsel to the Creditors' Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email |

| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| --- | --- | --- |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>Colin R. Robinson<br>crobinson@pszjlaw.com<br>Bradford J. Sandler<br>bsandler@pszjlaw.com | Counsel for Creditor Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |