| |
|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>Jeffrey Bernstein, Esq.<br>Nicole Leonard, Esq.<br>570 Broad Street, Suite 1401<br>Newark, NJ 07102<br>Telephone: (973) 622-7711<br>E-mail: jbernstein@mdmc-law.com<br>          nleonard@mdmc-law.com<br><br>Lawrence J. Hilton, Esq. (*pro hac vice* to be submitted)<br>**ONE LLP**<br>23 Corporate Plaza, Suite 150-105<br>Newport Beach, CA 92660<br>Telephone: (949) 502-2870<br>E-mail: lhilton@onellp.com<br><br>*Attorneys for HRTC 1 LLC* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al*.,[1]<br><br>                                                Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 23-13359 (VFP) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the attorney listed below of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appears as counsel for HRTC 1 LLC, creditor in the above-referenced matter, and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in this chapter 11 case or in any related adversary proceeding, and all

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

papers that are required to be served in this case be given to and served upon the undersigned, at the following address:

> Nicole Leonard, Esq.
> **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
> 225 Liberty Street, 36th Floor
> New York, NY  10281
> Telephone: (973) 565-2048
> nleonard@mdmc-law.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, service of copies of all papers, including but not limited to, reports, pleadings, motions, applications, petitions, schedules, complaints, demands, statements of financial affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise (or circulated drafts of any of the foregoing), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the above address.

**PLEASE TAKE FURTHER NOTICE** in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that HRTC 1 LLC does not intend for this Notice of Appearance and Request for Notices and Service, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or

(iv) any rights, claims, actions, defenses, setoffs, recoupments, or remedies to which HRTC 1 LLC may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies HRTC 1 LLC expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of HRTC 1 LLC for such purpose.

Dated: June 23, 2023

Respectfully submitted,

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Nicole Leonard*
Jeffrey Bernstein, Esq.
Nicole Leonard, Esq.
570 Broad Street, Suite 1401
Newark, NJ 07102
Telephone: (973) 565-2183
Facsimile: (973) 622-5314
E-mail: jbernstein@mdmc-law.com
       nleonard@mdmc-law.com

-and-

Lawrence J. Hilton, Esq. (*pro hac vice* to be submitted)
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
E-mail: lhilton@onellp.com

*Attorneys for HRTC 1 LLC*