| |
|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** Jeffrey Bernstein, Esq. Nicole Leonard, Esq. 570 Broad Street, Suite 1401 Newark, NJ 07102 Telephone: (973) 622-7711 E-mail: jbernstein@mdmc-law.com          nleonard@mdmc-law.com  *Attorneys for HRTC 1 LLC* |

| | |
|---|---|
| In re:  BED BATH & BEYOND INC., *et al.*, [1]  Debtors. | Chapter 11 (Jointly Administered)  Case No. 23-13359 (VFP) |

## APPLICATION FOR ADMISSION OF LAWRENCE J. HILTON, ESQ. *PRO HAC VICE*

Pursuant to D.N.J. LBR 9010-1(b)(1) and the attached certification, counsel moves for the admission *pro hac vice* of Lawrence J. Hilton, Esq. to represent landlord creditor HRTC 1 LLC in the above-captioned chapter 11 cases.

                              **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: June 23, 2023                */s/ Jeffrey Bernstein*
                                          Jeffrey Bernstein, Esq.
                                          Nicole A. Leonard
                                          570 Broad Street, Suite 1401
                                          Newark, NJ 07102
                                          Telephone: (973) 622-7711
                                          E-mail: jbernstein@mdmc-law.com
                                                               nleonard@mdmc-law.com

                                          *Attorneys for HRTC 1 LLC*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.