# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D.N.J. LBR 9010-1(b)(2), I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the State Bars of California (admitted 1992) and Texas (admitted 2018), and am admitted to practice in the following jurisdictions and courts: United States District Courts for the Central District of California (admitted 1992), Southern District of California (admitted 1992), Eastern District of California (admitted 2001), Northern District of California (admitted 2007), Northern District of Texas (admitted 2019), Southern District of Texas (admitted 2019), Eastern District of Texas (admitted 2018), Western District of Texas (admitted 2019), the District of Colorado (admitted 2016), the Fourth Circuit Court of Appeals (admitted 2016) and the Ninth Circuit Court of Appeals (admitted 2004).

I have not been subject to disciplinary proceedings, and discipline has not been imposed on me by any bar of which I am now or have been a member, in the ten-year period preceding submission of this application. I am not under suspension or disbarment by any Court and am not subject to any disciplinary proceedings. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules and to submit myself to the disciplinary jurisdiction of this Court.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Respectfully submitted,

**ONE LLP**

Dated: June 23, 2023

*/s/ Lawrence J. Hilton*
Lawrence J. Hilton
23 Corporate Plaza, Suite 150-105
Newport Beach, CA  92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
E-mail: lhilton@onellp.com

*Counsel for HRTC 1 LLC*