| |
|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** <br> Jeffrey Bernstein, Esq. <br> Nicole Leonard, Esq. <br> 570 Broad Street, Suite 1401 <br> Newark, NJ 07102 <br> Telephone: (973) 622-7711 <br> E-mail: jbernstein@mdmc-law.com <br>         nleonard@mdmc-law.com <br><br> *Attorneys for HRTC 1 LLC* |

| | |
|---|---|
| In re: <br><br> BED BATH & BEYOND INC., *et al.*,[1] <br><br>                                          Debtors. | Chapter 11 <br> (Jointly Administered) <br><br> Case No. 23-13359 (VFP) |

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY on June 23, 2023, the Application for *Pro Hac Vice* Admission of Lawrence J. Hilton was filed with the United States Bankruptcy Court for the District of New Jersey via CM/ECF and served on all counsel registered to receive notifications of such filings.

                                              **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: June 23, 2023                 */s/ Jeffrey Bernstein* <br>
                                               Jeffrey Bernstein, Esq. <br>
                                               Nicole A. Leonard <br>
                                               570 Broad Street, Suite 1401 <br>
                                               Newark, NJ 07102 <br>
                                               Telephone: (973) 622-7711 <br>
                                               E-mail: jbernstein@mdmc-law.com <br>
                                                                 nleonard@mdmc-law.com

                                               *Attorneys for HRTC 1 LLC*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.