# SAUL HOLDINGS
# LIMITED PARTNERSHIP

7501 Wisconsin Avenue, Suite 1500, Bethesda, Maryland 20814-6522
(301) 986-6200

April 14, 2023

**Via Federal Express**
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, New Jersey 07083.

Ladies and Gentlemen:

Reference is made to that Lease Agreement dated as of September 12, 1997 (as amended and/or modified thereafter, the "Lease") by and between Saul Holdings Limited Partnership ("Landlord") and Bed Bath & Beyond Inc. ("Tenant") with respect to premises ("Premises") located at French Market Shopping Center in Oklahoma City, Oklahoma ("Shopping Center").

**PLEASE TAKE NOTICE** that Landlord has received notice of the Lien Statements filed in the Oklahoma County Clerk's Office listed below which claim mechanic's liens as a result of work performed in the Premises on behalf of Tenant (the "Mechanic's Liens"):

1.      Lien Statement dated December 12, 2022 filed by Federal Heath Sign Company LLC claiming the amount of $44,371.80, a copy of which is attached to this notice as Exhibit A; and

2.      Lien Statement dated April 3, 2023, filed by Advanced Systems, Inc. claiming the amount of $88,059.10, a copy of which is attached to this notice as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that Section 54 of the Lease provides as follows: "Whenever and as often as any lien arising out of or in connection with any work performed, materials furnished or obligations incurred by or on behalf of Tenant shall have been filed against the Premises or the Shopping Center, or if any materials, machinery or fixtures used in the construction, repair or operation thereof, or annexed thereto by Tenant, Tenant shall forthwith take such action by bonding, deposit or payment as will remove or satisfy the lien or conditional bill of sale within thirty (30) days of Landlord's written request therefor."

**PLEASE TAKE FURTHER NOTICE** that Landlord hereby demands that Tenant take all steps necessary to remove or satisfy the Mechanic's Liens within thirty (30) days of Tenant's receipt of this notice.  Please provide the undersigned with copies of evidence of payment or copies of the bonding or satisfaction of the Mechanic's Liens within thirty (30) days of Tenant's receipt of this notice.  Please forward such information to the attention of the undersigned at 7501 Wisconsin Avenue, Suite 1500E, Bethesda, Maryland, 20814-6522.

Bed Bath & Beyond Inc.
April 14, 2023
Page 2

**PLEASE TAKE FURTHER NOTICE** that if Tenant fails to bond, remove or satisfy the Mechanic's Liens within thirty (30) days of Tenant's receipt of this notice, Landlord reserves all of its rights and remedies under Section 18 of the Lease or otherwise available under the Lease, at law or in equity.

                              SAUL HOLDINGS LIMITED PARTNERSHIP
                              By: Saul Centers, Inc., General Partner


                   By: _____
                              Charles W. Sherren, Jr., RPA
                              Senior Vice President, Management




Copies Via Federal Express:

Allan N. Rauch, Esq.
c/o Bed Bath & Beyond Inc.
650 Liberty Avenue, Union, New Jersey 07083

Edward M. Schotz, Esq.
c/o Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street, Hackensack, New Jersey 07602-0800




Enclosures



USPS CERTIFIED MAIL

9214 8901 0919 3636 9774 86

WO 4351973 Oklahoma
Federal Heath Sign Company LLC
1001 W. Cypress Creek Road
Suite 203
Fort Lauderdale, FL 33309

SAUL HOLDINGS LIMITED PARTNERSHIP -
CORPORATION SERVICE COMPANY
10300 GREENBRIAR PLACE
OKLAHOMA CITY, OKLAHOMA 73159

**FEDERAL HEATH SIGN COMPANY LLC**
**7501 S. QUINCY #175**
**WILLOWBROOK, ILLINOIS 60527**

December 09, 2022

SAUL HOLDINGS LIMITED PARTNERSHIP

7501 Wisconsin Ave
BETHESDA, MARYLAND 20814

Dear Sir or Madam,

Enclosed you will find **A LIEN** that is being recorded in Public Records of Oklahoma County, Oklahoma against the property described herein.

**2848 NW 63RD ST, OKLAHOMA CITY, OKLAHOMA 73116-4804**

If you have any questions or require further clarification on this lien, please contact **FEDERAL HEATH SIGN COMPANY LLC** at **630-887-6812.** When calling to inquire about any aspect of this document, please reference work order number: **4351973.**

We wish you a pleasant day.

Thank you,
Federal Heath Sign Company LLC

| Recipient Type | Tracking # | Name | Address |
|---|---|---|---|
| Owner | 92148901091936369774 79 | Saul Holdings Limited Partnership | 7501 Wisconsin Ave, Bethesda, Maryland 20814 |
| Designated Recipient - Certified | 92148901091936369774 86 | Saul Holdings Limited Partnership - Corporation Service Company | 10300 Greenbriar Place, Oklahoma City, Oklahoma 73159 |
| Designated Recipient - Certified | 92148901091936369774 93 | Bed Bath & Beyond Inc - c/o CT Corporation System | 1833 South Morgan Rd, Oklahoma City, Oklahoma 73128 |
| Tenant | 92148901091936369775 09 | Bed Bath & Beyond - 164 - c/o Tax Dept Attn: Lauren Rokoszak | 650 Liberty Ave, Union, New Jersey 07083-8107 |

<u>LIEN STATEMENT (ORIGINAL CONTRACTOR)</u>
<u>MECHANIC'S OR MATERIALMAN'S LIEN STATEMENT</u>
(Pursuant to Okla. Stat. tit. 42, § 141)

Know all persons by these presents:

That the undersigned Claimant, FEDERAL HEATH SIGN COMPANY LLC, whose address is 7501 S. Quincy #175, Willowbrook, Illinois 60527, and telephone number is 630-887-6812 organized under the laws of the State of Oklahoma, has and claims a Mechanic's and Materialman's Lien upon the following described real property situated in Oklahoma County, Oklahoma:

**Parcel Id: R093761000, P0294383**
**Lots ONE (1) and TWO (2) in HILLTOP CENTER, an Addition to the City of Oklahoma, Oklahoma Couty, State of Oklahoma, according the recorded plat thereof**

located at **2848 NW 63rd St, Oklahoma City, Oklahoma 73116-4804** together with the structures and appurtenances thereon or thereto.

That the land, building[s], appurtenances and improvements are [*owned, leased, rented, managed or other*] by: SAUL HOLDINGS LIMITED PARTNERSHIP of 7501 Wisconsin Ave, Bethesda, Maryland 20814 and/or BED BATH & BEYOND 164 of 650 Liberty Ave, Union, New Jersey 07083-8107

That pursuant to Okla. Stat. tit. 42, § 141, said lien secures the sum of Forty Four Thousand Three Hundred and Seventy One Dollars and Eighty Cents ($44,371.80), **(See attached document)** with interest accrued and accruing on the principal balance, due and owing to FEDERAL HEATH SIGN COMPANY LLC by BED BATH & BEYOND 164.

That said claim is based upon the provision of manufactured and installed interior signage related to front entrance graphics, interior decor and department navigation pursuant to a contract between FEDERAL HEATH SIGN COMPANY LLC, and BED BATH & BEYOND 164, dated on or about August 07, 2022.

That the date upon which the material [*or the equipment*] used on said land was last furnished [*or the labor last performed*] under said contract was August 09, 2022; and

that this Lien Statement has been filed with the County Clerk within four (4) months of said date;

FEDERAL HEATH SIGN COMPANY LLC
7501 S. Quincy #175
Willowbrook, Illinois 60527
630-887-6812

By: _Todd Earnst_ *(signature)*

Todd Earnst, CFO

STATE OF ~~OKLAHOMA~~ ILLINOIS
COUNTY OF ~~OKLAHOMA~~ DUPAGE

I, Todd Earnst, being first duly sworn, state that I am over the age of twenty-one, competent to make this affidavit, and that I am the CFO of the Claimant, FEDERAL HEATH SIGN COMPANY LLC. I have read the foregoing Mechanic's and Materialman's Lien Statement, and state that all facts contained herein and the Exhibit(s) attached hereto are true and correct, and that said claim is just, due and unpaid.

By: _Todd Earnst_ *(signature)*

Todd Earnst, CFO

Subscribed and sworn to before me on this _8th_ day of
_December_ , _2022_ .

_Penny J. Wier_ *(signature)*
Notary Public

**"OFFICIAL SEAL"**
**PENNY L. WIER**
**NOTARY PUBLIC, STATE OF ILLINOIS**
**MY COMMISSION EXPIRES 5/20/2024**

Please Record and Return to:
FEDERAL HEATH SIGN COMPANY LLC
Todd Earnst
7501 S. Quincy #175
Willowbrook, Illinois 60527
630-887-6812
W/O: 4351973



December 8, 2022

Bed Bath & Beyond Inc.
650 Liberty Ave
Union, NJ 07083


Statement of Account

Store 1143
Bed Bath & Beyond #164
2848 NW 63rd Street
Oklahoma City, OK  73116


| Invoice | Date | Amount | Payments | Balance Due |
|---------|------|--------|----------|-------------|
| 32-45258-00-54 | 8/11/22 | 44,371.80 | 0.00 | 44,371.80 |

Federal Heath Sign Co., LLC
7501 S. Quincy St., Suite 175
Willowbrook, IL 60527
630.887.6800 – Phone
630.887.6975 – Fax
www.federalheath.com

Exterior Signage  |  Interior Décor & Graphics  |  Digital Signage  |  Design Services  |  Specialty Contracting  |  Maintenance



## Federal Heath Sign Co LLC
817-685-9075

**VISUAL COMMUNICATIONS**
Visit our website at www.federalheath.com

| INVOICE NUMBER |
| --- |
| 32-45258-00-54 |

| SALESMAN |
| --- |
| JEFF HALL |
| SIGN LOCATION |

**CUSTOMER**
**BED BATH & BEYOND**
**VENDOR 103870**
**650 LIBERTY AVENUE**
**UNION, NJ 070830000**

STORE: 1143
BED BATH & BEYOND #164
2848 NW 63RD STREET
OKLAHOMA CITY
OK  731160000

Payment By Visa/MC/AX/Disc Accepted

| CUSTOMER P.O. NO. | DATE RECEIVED | DATE COMPLETED | CUSTOMER NO. | ORDER NO. | CODE | TERMS | INVOICE DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 33151 | 1/14/22 | PARTIAL | 15010316 | 32-45258-00 | 05 | 1% 10 NET 30 | 8/11/22 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| | 38,773.50 |

TYP QTY DESIGN#    DESCRIPTION

2022 STORE REMODEL - PARTS         24,973.50
                   - INSTALLATION  13,800.00

ORDERED BY LAUREN ROKOSZAK/MICHAEL ROCKS

| | FREIGHT: | 3,444.34 |
| --- | --- | --- |

| OVERDUE BALANCES SUBJECT TO PAST DUE INTEREST AT THE RATE OF 1 1/2% PER MONTH (18% PER ANNUM) OR THE HIGHEST RATE PERMITTED BY LAW, WHICHEVER IS LESS | TAXABLE AMOUNT 24,973.50 | TOTAL TAX 2,153.96 | PLEASE PAY THIS AMOUNT | 44,371.80 |
| --- | --- | --- | --- | --- |

DEAR CUSTOMER: TO ENSURE PROPER CREDIT PLEASE DETACH THIS PORTION, AND SUBMIT WITH YOUR PAYMENT.

| REMIT TO: Federal Heath Sign Co LLC **FEDERAL HEATH SIGN** **P.O. BOX 670222** **DALLAS, TX 75267-0222** | INVOICE NO. 32452580054 | INVOICE DATE 8/11/22 | INVOICE AMOUNT 44371.80 |
| --- | --- | --- | --- |

REMITTED BY:
  BED BATH & BEYOND
  VENDOR 103870
  UNION
  NJ 070830000



# OKLAHOMA COUNTY
## CLERK'S OFFICE
*KERRIE HUDSON -- Deputy County Clerk*

320 Robert S. Kerr, Room 203
Oklahoma City, OK 73102
Phone: 405-713-1540
Fax: 405-713-7171
Email:
Landrecords@oklahomacounty org

SAUL HOLDINGS LP
7501 WISCONSIN AVE
BETHESDA, MD 20814

Apr 03, 2023

**Return Receipt Requested**

Re: 2023033101039743

**Notice of Filing Lien Statement**

YOU ARE HEREBY NOTIFIED that on 03/31/2023 03:10:55 PM, ADVANCED SYSTEMS INC (claimant), located at 6627 COMMERCE PKWY, WOODSTOCK, GA 30189 has filed a LIEN STATEMENT in the COUNTY CLERKS OFFICE, under oath, claiming a lien, the same being Lien Number  against the following described property and the improvements located thereon:

HILLTOP CENTER Lot: 1

Said lien being for labor and/or materials furnished by said Claimant upon the above-described property, under contract with:

SAUL HOLDINGS LP

YOU ARE FURTHER NOTIFIED that the claimant named above claims said lien against the above described property and premises in the amount of $88,059.10.

I, KERRIE HUDSON, DEPUTY COUNTY CLERK of OKLAHOMA, do hereby certify that the original of the within and foregoing NOTICE OF FILING LIEN STATEMENT, was mailed to the above address shown, on this day, 04/03/2023, by Certified Mail #_____, with postage prepaid theron.

KERRIE HUDSON,
OKLAHOMA DEPUTY COUNTY
CLERK

By: _____

Deputy

9171 9690 0935 0293 3349 88



2023033101039743   B: 15422 P: 1397
03/31/2023 03:10:55 PM  Pgs: 10
Fee: $65.72
Kerrie Hudson, Deputy County Clerk
Oklahoma County - State of Oklahoma



**LEVELSET**
**1121 JOSEPHINE ST.**
**NEW ORLEANS, LA 70130**

Prepared and Submitted For Recording By  Advanced
Systems Inc Through Software
Signed by Sean Galley, as agent of Advanced Systems
Inc
Please Return To Submitter At
Advanced Systems Inc
Levelset Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105

Reference ID  JKDW974FY254

SPACE ABOVE FOR RECORDER'S USE

## MECHANIC'S OR MATERIALMAN'S LIEN STATEMENT
### Okla. Stat tit. 42, § 141

State of Oklahoma | County of Oklahoma County

ML#_____

**Claimant**
Advanced Systems Inc
6627 Commerce Pkwy
Woodstock, GA 30189
(770) 591-4655

**Property Owner**

Bed Bath & Beyond   ①
650 Liberty Ave
Union, NJ 07083

Saul Holdings LP   ②
7501 Wisconsin Ave
Bethesda, Maryland 20814

**Amount of Claim  $88,059 10**

**Itemized Invoice or Statement Supporting Above
Amount As Follows or Attached Hereto**

General Statement of kind of work done and/or
materials furnished (**Services**)

Store Remodel

**Date of Contract**
May 09, 2022

**Last Date Labor and/or Materials Furnished**
December 28, 2022

The Services were performed in construction of improvements at the following described **Property**

State of Oklahoma
County  Oklahoma County

2848 Northwest 63rd Street

10|65.78

Oklahoma City, Oklahoma 73116

**Legal Property Description**
Lots One (1) and Two 9 (2), in Hilltop Center, an Addition to the City of Oklahoma City, Oklahoma County, State
of Oklahoma, according to the recorded plat thereof

**IMPORTANT INFORMATION ON THE FOLLOWING PAGE(S)**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx® Tracking

Track Another Shipment    Help

**DELIVERED**
# Monday
4/17/2023 at 10:25 am

Signed for by: M.TARAZONA

⤓ Obtain Proof of delivery

**DELIVERY STATUS**
Delivered ✓

**TRACKING ID** ✎ ☆
397016522752

**FROM**
Bethesda, MD US
*Label Created*
4/14/2023 10:19 AM

**PACKAGE RECEIVED BY FEDEX**
ROCKVILLE, MD
4/14/2023 4:27 PM

**IN TRANSIT**
MOONACHIE, NJ
4/17/2023 6:32 AM

**OUT FOR DELIVERY**
MOONACHIE, NJ
4/17/2023 8:12 AM

**DELIVERED**
HACKENSACK, NJ US
*Delivered*
4/17/2023 at 10:25 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

MORE OPTIONS

Manage Delivery    ⌄

## Shipment facts

⬡ Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 397016522752 |
| **DELIVERED TO** | Mailroom |
| **SHIP DATE** ⓘ | 4/14/23 |
| **STANDARD TRANSIT** ⓘ | 4/17/23 before 4:30 pm |
| **ACTUAL DELIVERY** | 4/17/23 at 10:25 am |

🚚 Services

| | |
|---|---|
| **SERVICE** | FedEx Standard Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

🔒 Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

↑ Back to top

| Friday, 4/14/2023 | 10:19 AM | |
|---|---|---|
| | Shipment information sent to FedEx | • |
| | 4:27 PM | |
| | Shipment arriving On-Time<br>ROCKVILLE, MD | • |
| | 4:27 PM | |
| | Picked up<br>ROCKVILLE, MD | • |
| | 9:10 PM | |
| | Left FedEx origin facility<br>ROCKVILLE, MD | • |
| | 11:28 PM | |
| | Arrived at FedEx hub<br>MEMPHIS, TN | • |
| Saturday, 4/15/2023 | 2:56 AM | |
| | Departed FedEx hub<br>MEMPHIS, TN | • |
| | 6:03 AM | |
| | Arrived at FedEx hub<br>NEWARK, NJ | • |
| | 7:32 AM | |
| | Departed FedEx hub<br>NEWARK, NJ | • |
| | 8:12 AM | |
| | At local FedEx facility<br>MOONACHIE, NJ | • |
| | 8:12 AM | |
| | At local FedEx facility<br>Package not due for delivery<br>MOONACHIE, NJ | • |
| Monday, 4/17/2023 | 6:32 AM | |
| | At local FedEx facility<br>MOONACHIE, NJ | • |
| | 8:12 AM | |
| | On FedEx vehicle for delivery<br>MOONACHIE, NJ | • |
| | 10:25 AM | ☺ |
| | Delivered<br>HACKENSACK, NJ | |

↑ Back to top

OUR COMPANY

About FedEx(https://www.fedex.com/en-us/about.html)
Our   (https://www.fedex.com/en-us/about/company-
Portfolio  structure.html)
Investor (https://investors.fedex.com/home/default.aspx)
Relations
Careers(https://careers.fedex.com/fedex/)

FedEx   (https://www.fedex.com/en-
Blog   us/blog.html)
Corporate  (https://www.fedex.com/en-
Responsibility us/about/corporate-social-
 responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact(https://www.fedex.com/en-
Us   us/customer-support/contact-
 us.html)

MORE FROM FEDEX

FedEx   (https://www.fedex.com/en-
Compatible us/compatible.html)
FedEx  (https://developer.fedex.com/api/en-
Developerus/home.html)
Portal
FedEx  (https://www.fedex.com/en-
Logistics  us/logistics.html)
FedEx Cross (https://www.fedex.com/en-
Border  us/cross-border.html)
ShopRunner(https://www.fedex.com/en-
us/shoprunner.html)

LANGUAGE

🌐 Change   (https://www.fedex.com/?
Country/Territorylocation=home)

(Https://twitter.com/fedex)    (https://www.instagram.com/fedex/)    in (https://www.linkedin.com/company/fedex)
(https://www.youtube.com/fedex)    (https://www.pinterest.com/FedEx/)

© FedEx 1995-    (https://www.fedex.com/en-    (https://www.fedex.com/en-    (https://www.fedex.com/en-
2023    us/sitemap.html)    us/terms-of-use.html)    us/trust-center.html)



XE CDWA

TRK# 0201

3970 1620 6313

MON - 17 APR 4:30P

STANDARD OVERNIGHT

07083
NJ-US EWR

ORIGIN ID:OBTA (301) 986-6385
KAREN WALSH
B. F. SAUL COMPANY
7501 WISCONSIN AVENUE, STE. 1500E

BETHESDA, MD 20814
UNITED STATES US

TO ALLAN N. RAUCH, ESQ.
BED BATH & BEYOND INC.
620 LIBERTY AVENUE

UNION NJ 07083

(908) 688-0888
INV:
PO:
DEPT:

SHIP DATE: 14APR23
ACTWGT: 1.00 LB
CAD: 7276786/INET4580

BILL SENDER

REF: S-FREN B888

DEPT:

UNION NJ 07083

FedEx
Express

J231023011101uv

581J3/78CF/FE2D

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx® Tracking

Track Another Shipment    Help

**DELIVERED**

# Monday

4/17/2023 at 9:52 am

Signed for by: A.TATE

⬓ Obtain Proof of delivery

How was your delivery?

☆ ☆ ☆ ☆ ☆

**TRACKING ID**

397016206313  ✎  ☆

**DELIVERY STATUS**

Delivered ✓

**FROM**
Bethesda, MD US

*Label Created*
4/14/2023 10:16 AM

**PACKAGE RECEIVED BY FEDEX**
ROCKVILLE, MD
4/14/2023 4:27 PM

**IN TRANSIT**
UNION, NJ
4/17/2023 8:24 AM

**OUT FOR DELIVERY**
UNION, NJ
4/17/2023 8:24 AM

**DELIVERED**
Union, NJ US

*Delivered*
4/17/2023 at 9:52 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

| SUBMIT |

**MORE OPTIONS**

Manage Delivery    ⌄

## Shipment facts

📦 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 397016206313 |
| **DELIVERED TO** | Shipping/Receiving |
| **SHIP DATE** ⓘ | 4/14/23 |
| **STANDARD TRANSIT** ⓘ | 4/17/23 before 4:30 pm |
| **ACTUAL DELIVERY** | 4/17/23 at 9:52 am |

🖧 Services

| | |
|---|---|
| **SERVICE** | FedEx Standard Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

🔒 Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

## Travel history

| | Ascending | Local Scan Time |
|---|---|---|

**Friday, 4/14/2023**

10:16 AM

Shipment information sent to FedEx

4:27 PM

Shipment arriving On-Time
ROCKVILLE, MD

4:27 PM

Picked up
ROCKVILLE, MD

9:10 PM

Left FedEx origin facility
ROCKVILLE, MD

11:28 PM

Arrived at FedEx hub
MEMPHIS, TN

**Saturday, 4/15/2023**

2:56 AM

Departed FedEx hub
MEMPHIS, TN

6:03 AM

Arrived at FedEx hub
NEWARK, NJ

9:57 AM

At local FedEx facility
Package not due for delivery
UNION, NJ

4:33 PM

At local FedEx facility
UNION, NJ

**Monday, 4/17/2023**

5:57 AM

At local FedEx facility
UNION, NJ

8:24 AM

On FedEx vehicle for delivery
UNION, NJ

8:24 AM

At local FedEx facility
UNION, NJ

9:52 AM

Delivered
Union, NJ

↑ Back to top

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)
Our Portfolio (https://www.fedex.com/en-us/about/company-structure.html)
Investor Relations (https://investors.fedex.com/home/default.aspx)
Careers(https://careers.fedex.com/fedex/)

**MORE FROM FEDEX**

FedEx Blog (https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact(https://www.fedex.com/en-us/customer-support/contact-us.html)

FedEx Compatible (https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal (https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics (https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border (https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

Change Country/Territory (https://www.fedex.com/?location=home)

**FOLLOW FEDEX** (https://www.fedex.com/en-us/email.html) f (Https://www.facebook.com/FedEx/)
(Https://twitter.com/fedex) (https://www.instagram.com/fedex/) in (https://www.linkedin.com/company/fedex)

© FedEx 1995-2023 Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Trust Center (https://www.fedex.com/en-us/trust-center.html)

4/14/23, 11:12 AM



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

4/17/23, 10:10 AM

Case 23-13359-VFP    Doc 931-1    Filed 06/23/23    Entered 06/23/23 15:44:37    Desc
Exhibit 1 - Detail Supporting Cure Objection    Page 20 of 22

FedEx Tracking

Track Another Shipment    Help

**DELIVERED**

# Monday

4/17/2023 at 9:52 am

Signed for by: A.TATE

⟱ Obtain Proof of delivery

How was your delivery?

☆ ☆ ☆ ☆ ☆

**TRACKING ID**

397015946905   ✎ ☆

**DELIVERY STATUS**

Delivered ✓

**FROM**
Bethesda, MD US
*Label Created*
4/14/2023 10:12 AM

**PACKAGE RECEIVED BY FEDEX**
ROCKVILLE, MD
4/14/2023 4:27 PM

**IN TRANSIT**
UNION, NJ
4/17/2023 8:24 AM

**OUT FOR DELIVERY**
UNION, NJ
4/17/2023 8:24 AM

**DELIVERED**
Union, NJ US
*Delivered*
4/17/2023 at 9:52 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Manage Delivery                                                              ⌄

# Shipment facts

📦 Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 397015946905 |
| **DELIVERED TO** | Shipping/Receiving |
| **SHIP DATE** ⓘ | 4/14/23 |
| **STANDARD TRANSIT** ⓘ | 4/17/23 before 4:30 pm |
| **ACTUAL DELIVERY** | 4/17/23 at 9:52 am |

🚚 Services

| | |
|---|---|
| **SERVICE** | FedEx Standard Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

🔒 Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |



Travel history

| | | Ascending ⌄ | | TIME ZONE<br>Local Scan Time ⌄ |
|---|---|---|---|---|

| Friday, 4/14/2023 | 10:12 AM | |
|---|---|---|
| | **Shipment information sent to FedEx** | |
| | 4:27 PM | |
| | **Shipment arriving On-Time**<br>ROCKVILLE, MD | |
| | 4:27 PM | |
| | **Picked up**<br>ROCKVILLE, MD | |
| | 9:10 PM | |
| | **Left FedEx origin facility**<br>ROCKVILLE, MD | |
| | 11:28 PM | |
| | **Arrived at FedEx hub**<br>MEMPHIS, TN | |
| Saturday, 4/15/2023 | 2:56 AM | |
| | **Departed FedEx hub**<br>MEMPHIS, TN | |
| | 6:03 AM | |
| | **Arrived at FedEx hub**<br>NEWARK, NJ | |
| | 9:48 AM | |
| | **At local FedEx facility**<br>Package not due for delivery<br>UNION, NJ | |
| | 4:33 PM | |
| | **At local FedEx facility**<br>UNION, NJ | |
| Monday, 4/17/2023 | 5:52 AM | |
| | **At local FedEx facility**<br>UNION, NJ | |
| | 8:24 AM | |
| | **On FedEx vehicle for delivery**<br>UNION, NJ | |
| | 8:24 AM | |
| | **At local FedEx facility**<br>UNION, NJ | |
| | 9:52 AM | |
| | **Delivered**<br>Union, NJ | ⊙ |

↑ Back to top

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our (https://www.fedex.com/en-us/about/company-
Portfolio structure.html)

Investor (https://investors.fedex.com/home/default.aspx)
Relations

Careers(https://careers.fedex.com/fedex/)

FedEx (https://www.fedex.com/en-
Blog us/blog.html)

Corporate (https://www.fedex.com/en-
Responsibility us/about/corporate-social-
responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact(https://www.fedex.com/en-
Us us/customer-support/contact-
us.html)

**MORE FROM FEDEX**

FedEx (https://www.fedex.com/en-
Compatible us/compatible.html)

FedEx (https://developer.fedex.com/api/en-
Developer us/home.html)
Portal

FedEx (https://www.fedex.com/en-
Logistics us/logistics.html)

FedEx Cross (https://www.fedex.com/en-
Border us/cross-border.html)

ShopRunner(https://www.fedex.com/en-
us/shoprunner.html)

**LANGUAGE**

🌐 Change (https://www.fedex.com/?
Country/Territory location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)   f (https://www.facebook.com/FedEx/)
🐦 (https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)

© FedEx 1995-2023 (https://www.fedex.com/en-us/sitemap.html)
Privacy (https://www.fedex.com/en-us/terms-of-use.html)
Privacy (https://www.fedex.com/en-us/trust-center.html)