UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFIT KURMAN, P.A.
By: Paul J. Winterhalter, Esquire (006961986)
100 Eagle Rock Avenue, Suite 105
East Hanover, NJ 07936
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

*Counsel for*
*Saul Holdings Limited Partnership*

In Re:

BED, BATH & BEYOND, INC.,

Debtor.

Case No.: 23-13359
Chapter: 11
Adv. No.:
Hearing Date:
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Paul J. Winterhalter :

   ☒ represent Saul Holdings Limited Partnership in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On June 23, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Cure Objection of Saul Holdings Limited Partnership

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 06.23.2023

*/s/ Paul J. Winterhalter*
Paul J. Winterhalter, Esquire

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg (joshua.sussberg@kirkland.com)<br>Emily E. Geier (emily.geier@kirkland.com)<br>Derek I. Hunter (derek.hunter@kirkland.com) | Counsel for Debtors | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota (msirota@coleschotz.com)<br>Warren A. Usatine (wusatine@coleschotz.com)<br>Felice R. Yudkin (fyudkin@coleschotz.com) | Co-Counsel to the Debtors | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lazard Frères & Co, LLC<br>300 N. LaSalle Street, 23rd Floor<br>Chicago, Illinois 60654<br>Attn: David S. Kurtz (david.kurtz@lazard.com) | Debtors' Investment Banker | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lazard Frères & Co, LLC<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Attn: Jason Wooten (jason.wooten@lazard.com)<br>Christian Tempke (christian.tempke@lazard.com) | Debtors' Investment Banker | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall Huebner (marshall.huebner@davispolk.com)<br>Natasha Tsiouris (Natasha.tsiouris@davispolk.com) Adam Shpeen (adam.shpeen@davispolk.com)<br>Michael Pera (Michael.pera@davispolk.com) Steven Z. Szanzer (steven.szanzer@davispolk.com) | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman (DHillman@proskauer.com)<br>Megan R. Volin (MVolin@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee for the Region 3<br>District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102<br>Attn: Fran. B Steele (fran.b.steele@usdoj.gov)<br>Alexandria Nikolinos (alexandria.nikolinos@usdoj.gov)<br>Ustpregion03.ne.ecf@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Attn: Robert K. Malone<br>(rmalone@gibbonslaw.com)<br>Brett S. Theisen<br>(btheisen@gibbonslaw.com)<br>Kyle P. McEvilly<br>(kmcevilly@gibbonslaw.com) | Proposed Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Robert R. Feinstein<br>(rfeinstein@pszjlaw.com)<br>Bradford J. Sandler<br>(bsandler@pszjlaw.com)<br>Paul J. Labov<br>(plabov@pszjlaw.com)<br>Colin R. Robinson<br>(crobinson@pszjlaw.com) | Proposed Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Attn: Scott K. Charles<br>(SKCharles@wlrk.com)<br>Michael S. Benn<br>(MSBenn@wlrk.com)<br>Gordon S. Moodie<br>(GSMoodie@wlrk.com) | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All persons receiving ECF notice who have entered a BR 2002 Entry of Appearance. | | |

*rev.8/1/16*

4865-6814-3979, v. 1