| COR_LGL_AR | | COLLECTION WORKOUT FOR LEGAL POST-PETITION | | | | Run Date:  6/20/2023 | | |
|---|---|---|---|---|---|---|---|---|
| | | EMPIRE EAST - BED BATH AND BEYOND | | | | | | |
| | | INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2025 | | | | | | |

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    1/31/2025

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|
| 4/1/2023 | BRT    BASE RENT | 33,611.11 | 8,962.96 | | | | |
| | **Apr-23** | | **8,962.96** | **8,962.96** | **0.00** | **100.00** | **9,062.96** |
| | **Total** | | **8,962.96** | | **0.00** | **100.00** | **9,062.96** |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**

COR_LGL_AR

Run Date: 6/20/2023

**EMPIRE EAST - BED BATH & BEYOND**

**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2025**

Lease Information If payment not received when due:

Interest per month: 0.00%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 100.00    Lease Expiration: 1/31/2022

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|--------------------|----------------------|------------------------|---------------------|-----------------|---------------------------|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

COR_LGL_AR

**WORKOUT FOR LEGAL PRE-PETITION**
**EMPIRE EAST - BED BATH AND BEYOND**
**INTEREST & LATE FEES THROUGH 9/6/2022**

Run Date:   6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    1/31/2025

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------:|---------------------:|-----------------------:|--------------------:|----------------:|--------------------------:|
| 4/1/2023 | BRT  BASE RENT | 33,611.11 | 25,768.52 | | | | |
| | **Apr-23** | | **25,768.52** | **25,768.52** | **0.00** | **100.00** | **25,868.52** |
| | **Total** | | **25,768.52** | | **0.00** | **100.00** | **25,868.52** |

COR_LGL_AR

**WORKOUT FOR LEGAL PRE-PETITION**
**EMPIRE EAST - BED BATH & BEYOND**
**INTEREST & LATE FEES THROUGH 9/6/2022**

Run Date:  6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    1/31/2022

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|---|---|---|---|---|---|---|
| 5/26/2021 | BRT | BASE RENT | 13,374.29 | 13,374.29 | | | | |
| | | **May-21** | | **13,374.29** | **39,142.81** | **0.00** | **100.00** | **39,342.81** |
| 1/23/2023 | CMF | FIXED CAM MONTHLY | -10,247.77 | -10,247.77 | | | | |
| | | **Jan-23** | | **-10,247.77** | **28,895.04** | **0.00** | **0.00** | **29,095.04** |
| | | **Total** | | **3,126.52** | | **0.00** | **100.00** | **3,226.52** |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**

COR_LGL_AR                                                                                    Run Date:    6/20/2023

**FOREST PLAZA - BED BATH AND BEYOND**

**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 9/30/2026**

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    9/30/2026

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------|---------------------|------------------------|---------------------|-----------------|---------------------------|
| 4/1/2023 | OPT    OPTION PERIOD BASE RENT | 18,424.66 | 4,913.24 | | | | |
| | **Apr-23** | | **4,913.24** | **4,913.24** | **0.00** | **100.00** | **5,013.24** |
| | **Total** | | **4,913.24** | | **0.00** | **100.00** | **5,013.24** |

COR_LGL_AR

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**FOREST PLAZA - BED BATH & BEYOND**
**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 9/30/2026**

Run Date:    6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    9/30/2021

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------|---------------------|----------------------|--------------------|-----------------|--------------------------|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

**WORKOUT FOR LEGAL PRE-PETITION**

COR_LGL_AR                              **FOREST PLAZA - BED BATH AND BEYOND**                    Run Date:   6/20/2023

**INTEREST & LATE FEES THROUGH 4/23/2023**

Lease Information If payment not received when due:

Interest per month:  0.00%     Late Fee Percent:  0.00%     Or      Late Fee Amount:  100.00         Lease Expiration:      9/30/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|------|-----------------|-------------------:|---------------------:|-----------------------:|--------------------:|----------------:|--------------------------:|
| 4/28/2022 | TPY | TAX PRIOR YR | 1,047.74 | 1,047.74 | | | | |
| | **Apr-22** | | | **1,047.74** | **1,047.74** | **0.00** | **100.00** | **1,147.74** |
| 9/26/2022 | CPY | CAM PRIOR YR | 1,579.72 | 1,579.72 | | | | |
| | **Sep-22** | | | **1,579.72** | **2,627.46** | **0.00** | **100.00** | **2,827.46** |
| 4/1/2023 | OPT | OPTION PERIOD BASE RENT | 18,424.66 | 14,125.57 | | | | |
| | **Apr-23** | | | **14,125.57** | **16,753.03** | **0.00** | **100.00** | **17,053.03** |
| | | **Total** | | **16,753.03** | | **0.00** | **300.00** | **17,053.03** |

**WORKOUT FOR LEGAL PRE-PETITION**
**FOREST PLAZA - BED BATH & BEYOND**
**INTEREST & LATE FEES THROUGH 4/23/2023**

COR_LGL_AR                                                                                         Run Date:    6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    9/30/2021

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/26/2019 | WPY | WATER PRIOR YR | 232.04 | 232.04 | | | | |
| | | **Apr-19** | | **232.04** | **16,985.07** | **0.00** | **100.00** | **17,385.07** |
| 5/29/2019 | CPY | CAM PRIOR YR | 0.01 | 0.01 | | | | |
| | | **May-19** | | **0.01** | **16,985.08** | **0.00** | **100.00** | **17,485.08** |
| 5/27/2021 | CPY | CAM PRIOR YR | 12,212.69 | 12,212.69 | | | | |
| | | **May-21** | | **12,212.69** | **29,197.77** | **0.00** | **100.00** | **29,797.77** |
| | | **Total** | **12,444.74** | | | **0.00** | **300.00** | **12,744.74** |

COR_LGL_AR

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**GAITWAY PLAZA - BED BATH AND BEYOND**
**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 9/30/2026**

Run Date:    6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2028

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------|----------------------|------------------------|---------------------|-----------------|---------------------------|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

**WORKOUT FOR LEGAL PRE-PETITION**

COR_LGL_AR  **GAITWAY PLAZA - BED BATH AND BEYOND**  Run Date:  6/20/2023

**INTEREST & LATE FEES THROUGH 4/23/2023**

Lease Information If payment not received when due:

Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2028

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|-----------------|-------------------|---------------------|----------------------|---------------------|-----------------|---------------------------|
| 1/1/2023 | BRT | BASE RENT | 560.82 | 560.82 | | | | |
| | | **Jan-23** | | **560.82** | **560.82** | **0.00** | **0.00** | **560.82** |
| | | | | | | | | |
| 2/1/2023 | OPT | OPTION PERIOD BASE RENT | 1,250.00 | 1,250.00 | | | | |
| 2/1/2023 | RTX | RENTAL TAX | 59.54 | 59.54 | | | | |
| | | **Feb-23** | | **1,309.54** | **1,870.36** | **0.00** | **0.00** | **1,870.36** |
| | | **Total** | **1,870.36** | | | **0.00** | **0.00** | **1,870.36** |

| | COLLECTION WORKOUT FOR LEGAL POST-PETITION | | Run Date:  6/20/2023 |
|---|---|---|---|
| COR_LGL_AR | LAKELINE PLAZA - BED BATH AND BEYOND | | |
| | INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2028 | | |

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%      Or      Late Fee Amount:  0.00      Lease Expiration:      1/31/2028

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|
| 4/26/2023 TPY | TAX PRIOR YR | 22,877.57 | 6,100.69 | | | | |
| | **Apr-23** | | **6,100.69** | **6,100.69** | **0.00** | **0.00** | **6,100.69** |
| | **Total** | | **6,100.69** | | **0.00** | **0.00** | **6,100.69** |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**

COR_LGL_AR

**LAKELINE PLAZA - BED BATH & BEYOND**

**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2028**

Run Date:  6/20/2023

Lease Information If payment not received when due:

Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2023

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

| | | **WORKOUT FOR LEGAL PRE-PETITION** | | | | Run Date: | 6/20/2023 |
|---|---|---|---|---|---|---|---|
| COR_LGL_AR | | **LAKELINE PLAZA - BED BATH AND BEYOND** | | | | | |
| | | **INTEREST & LATE FEES THROUGH 4/23/2023** | | | | | |

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2028

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

| | | | | | | WORKOUT FOR LEGAL PRE-PETITION | | Run Date: | 6/20/2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

COR_LGL_AR

**WORKOUT FOR LEGAL PRE-PETITION**
**LAKELINE PLAZA - BED BATH & BEYOND**
**INTEREST & LATE FEES THROUGH 4/23/2023**

Lease Information If payment not received when due:
Interest per month:  0.00%     Late Fee Percent:  0.00%     Or     Late Fee Amount:  0.00                Lease Expiration:     1/31/2023

| Date | Income category | | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2/22/2016 | CAM | CAM MONTHLY | -0.02 | -0.02 | | | | |
| | | **Feb-16** | | **-0.02** | **-0.02** | **0.00** | **0.00** | **-0.02** |
| 4/1/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| 4/5/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Apr-16** | | **-0.02** | **-0.04** | **0.00** | **0.00** | **-0.04** |
| 5/3/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **May-16** | | **-0.01** | **-0.05** | **0.00** | **0.00** | **-0.05** |
| 6/1/2016 | CAM | CAM MONTHLY | -0.01 | -0.01 | | | | |
| | | **Jun-16** | | **-0.01** | **-0.06** | **0.00** | **0.00** | **-0.06** |
| 7/1/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Jul-16** | | **-0.01** | **-0.07** | **0.00** | **0.00** | **-0.07** |
| 8/1/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Aug-16** | | **-0.01** | **-0.08** | **0.00** | **0.00** | **-0.08** |
| 9/26/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Sep-16** | | **-0.01** | **-0.09** | **0.00** | **0.00** | **-0.09** |
| 10/3/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Oct-16** | | **-0.01** | **-0.10** | **0.00** | **0.00** | **-0.10** |
| 11/1/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Nov-16** | | **-0.01** | **-0.11** | **0.00** | **0.00** | **-0.11** |
| 12/1/2016 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Dec-16** | | **-0.01** | **-0.12** | **0.00** | **0.00** | **-0.12** |
| 1/3/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Jan-17** | | **-0.01** | **-0.13** | **0.00** | **0.00** | **-0.13** |
| 2/1/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Feb-17** | | **-0.01** | **-0.14** | **0.00** | **0.00** | **-0.14** |
| 4/3/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| 4/18/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Apr-17** | | **-0.02** | **-0.16** | **0.00** | **0.00** | **-0.16** |
| 5/1/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **May-17** | | **-0.01** | **-0.17** | **0.00** | **0.00** | **-0.17** |
| 6/1/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Jun-17** | | **-0.01** | **-0.18** | **0.00** | **0.00** | **-0.18** |
| 7/3/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Jul-17** | | **-0.01** | **-0.19** | **0.00** | **0.00** | **-0.19** |

| Date | Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/1/2017 | BRT | BASE RENT | | -0.01 | -0.20 | 0.00 | 0.00 | -0.20 |
| | | **Aug-17** | | **-0.01** | **-0.20** | **0.00** | **0.00** | **-0.20** |
| 9/1/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Sep-17** | | **-0.01** | **-0.21** | **0.00** | **0.00** | **-0.21** |
| 11/1/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| 11/27/2017 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Nov-17** | | **-0.02** | **-0.23** | **0.00** | **0.00** | **-0.23** |
| 2/22/2018 | BRT | BASE RENT | -0.01 | -0.01 | | | | |
| | | **Feb-18** | | **-0.01** | **-0.24** | **0.00** | **0.00** | **-0.24** |
| 7/2/2018 | BRT | BASE RENT | -485.22 | -485.22 | | | | |
| | | **Jul-18** | | **-485.22** | **-485.46** | **0.00** | **0.00** | **-485.46** |
| 10/1/2018 | BRT | BASE RENT | 143.16 | 143.16 | | | | |
| | | **Oct-18** | | **143.16** | **-342.30** | **0.00** | **0.00** | **-342.30** |
| 11/1/2018 | BRT | BASE RENT | 143.16 | 143.16 | | | | |
| | | **Nov-18** | | **143.16** | **-199.14** | **0.00** | **0.00** | **-199.14** |
| 12/1/2018 | BRT | BASE RENT | 143.16 | 143.16 | | | | |
| | | **Dec-18** | | **143.16** | **-55.98** | **0.00** | **0.00** | **-55.98** |
| 1/1/2019 | BRT | BASE RENT | 286.34 | 286.34 | | | | |
| | | **Jan-19** | | **286.34** | **230.36** | **0.00** | **0.00** | **230.36** |
| 2/1/2019 | BRT | BASE RENT | -2,004.26 | -2,004.26 | | | | |
| | | **Feb-19** | | **-2,004.26** | **-1,773.90** | **0.00** | **0.00** | **-1,773.90** |
| 4/29/2019 | TPY | TAX PRIOR YR | 14,769.00 | 14,769.00 | | | | |
| | | **Apr-19** | | **14,769.00** | **12,995.10** | **0.00** | **0.00** | **12,995.10** |
| 6/17/2019 | TPY | TAX PRIOR YR | -7,998.48 | -7,998.48 | | | | |
| | | **Jun-19** | | **-7,998.48** | **4,996.62** | **0.00** | **0.00** | **4,996.62** |
| 9/3/2019 | BRT | BASE RENT | -1,193.98 | -1,193.98 | | | | |
| 9/3/2019 | BRT | BASE RENT | -271.20 | -271.20 | | | | |
| | | **Sep-19** | | **-1,465.18** | **3,531.44** | **0.00** | **0.00** | **3,531.44** |
| 4/29/2020 | TPY | TAX PRIOR YR | 13,211.24 | 13,211.24 | | | | |
| | | **Apr-20** | | **13,211.24** | **16,742.68** | **0.00** | **0.00** | **16,742.68** |
| 7/1/2020 | BRT | BASE RENT | -11,479.84 | -11,479.84 | | | | |
| | | **Jul-20** | | **-11,479.84** | **5,262.84** | **0.00** | **0.00** | **5,262.84** |
| 4/30/2021 | TPY | TAX PRIOR YR | 2,895.29 | 2,895.29 | | | | |
| | | **Apr-21** | | **2,895.29** | **8,158.13** | **0.00** | **0.00** | **8,158.13** |
| 4/28/2022 | TPY | TAX PRIOR YR | 33,088.92 | 33,088.92 | | | | |
| | | **Apr-22** | | **33,088.92** | **41,247.05** | **0.00** | **0.00** | **41,247.05** |
| | | **Total** | | **41,247.05** | | **0.00** | **0.00** | **41,247.05** |

COR_LGL_AR

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**PEARLRIDGE CENTER 1 UPTOWN - BED BATH & BEYOND**
**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2026**

Run Date:    6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    1/31/2021

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| COR_LGL_AR | | **COLLECTION WORKOUT FOR LEGAL POST-PETITION** | | | | | Run Date: | 6/20/2023 | |
| | | **PEARLRIDGE CENTER 1 UPTOWN - BED BATH AND BEYOND** | | | | | | | |
| | | **INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2026** | | | | | | | |

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    1/31/2026

| Date | Income category | | Period<br>Open Amount | Prorated<br>Open Amount | Cumulative<br>Open Amount | Cumulative<br>Interest | Period<br>Late Fee | Balance Due<br>end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2023 | BRT | BASE RENT | 30,032.01 | 8,008.54 | | | | |
| 4/1/2023 | GET | GENERAL EXCISE TAX | 1,963.33 | 523.55 | | | | |
| | | **Apr-23** | | **8,532.09** | **8,532.09** | **0.00** | **100.00** | **8,632.09** |
| | | **Total** | **8,532.09** | | | **0.00** | **100.00** | **8,632.09** |

**WORKOUT FOR LEGAL PRE-PETITION**

COR_LGL_AR

Run Date:  6/20/2023

**PEARLRIDGE CENTER 1 UPTOWN - BED BATH AND BEYOND**

**INTEREST & LATE FEES THROUGH 4/23/2023**

Lease Information If payment not received when due:

Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    1/31/2026

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 2/1/2022 | BRT | BASE RENT | 20,466.38 | 20,466.38 | | | | |
| 2/1/2022 | GET | GENERAL EXCISE TAX | 1,963.33 | 1,963.33 | | | | |
| | | **Feb-22** | | **22,429.71** | **-15,080.56** | **0.00** | **100.00** | **-14,980.56** |
| 3/1/2022 | BRT | BASE RENT | 9,927.32 | 9,927.32 | | | | |
| | | **Mar-22** | | **9,927.32** | **-5,153.24** | **0.00** | **100.00** | **-4,953.24** |
| 4/1/2023 | BRT | BASE RENT | 30,032.01 | 23,024.54 | | | | |
| 4/1/2023 | GET | GENERAL EXCISE TAX | 1,963.33 | 1,505.22 | | | | |
| | | **Apr-23** | | **24,529.76** | **19,376.52** | **0.00** | **100.00** | **19,676.52** |
| | | **Total** | **56,886.79** | | | **0.00** | **300.00** | **57,186.79** |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
COR_LGL_AR    Run Date:    6/20/2023
**SOUTHGATE MALL - BED, BATH, AND BEYOND**
**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2025**

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  100.00    Lease Expiration:    1/31/2025

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------:|---------------------:|-----------------------:|--------------------:|----------------:|--------------------------:|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

| | | WORKOUT FOR LEGAL PRE-PETITION | | | | Run Date: | 6/20/2023 |
|---|---|---|---|---|---|---|---|
| COR_LGL_AR | | SOUTHGATE MALL - BED, BATH, AND BEYOND | | | | | |
| | | INTEREST & LATE FEES THROUGH 4/23/2023 | | | | | |

Lease Information If payment not received when due:
Interest per month:  0.00%     Late Fee Percent:  0.00%      Or        Late Fee Amount:  100.00          Lease Expiration:      1/31/2025

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 1/10/2020 | TPY | TAX PRIOR YR | -0.40 | -0.40 | | | | |
| | | **Jan-20** | | **-0.40** | **-0.40** | **0.00** | **0.00** | **-0.40** |
| | | | | | | | | |
| 4/1/2020 | BRT | BASE RENT | 21,765.78 | 21,765.78 | | | | |
| | | **Apr-20** | | **21,765.78** | **21,765.38** | **0.00** | **100.00** | **21,865.38** |
| | | | | | | | | |
| 6/30/2020 | CPY | CAM PRIOR YR | 540.60 | 540.60 | | | | |
| 6/30/2020 | TPY | TAX PRIOR YR | 7,049.94 | 7,049.94 | | | | |
| | | **Jun-20** | | **7,590.54** | **29,355.92** | **0.00** | **100.00** | **29,555.92** |
| | | | | | | | | |
| 11/13/2020 | BRT | BASE RENT | -19,909.72 | -19,909.72 | | | | |
| 11/13/2020 | CAM | CAM MONTHLY | -1,856.06 | -1,856.06 | | | | |
| 11/13/2020 | CAM | CAM MONTHLY | -2,320.07 | -2,320.07 | | | | |
| | | **Nov-20** | | **-24,085.85** | **5,270.07** | **0.00** | **0.00** | **5,470.07** |
| | | | | | | | | |
| 2/1/2021 | BRT | BASE RENT | -14,785.81 | -14,785.81 | | | | |
| 2/1/2021 | CAM | CAM MONTHLY | -2,093.53 | -2,093.53 | | | | |
| | | **Feb-21** | | **-16,879.34** | **-11,609.27** | **0.00** | **0.00** | **-11,409.27** |
| | | | | | | | | |
| 4/30/2021 | CPY | CAM PRIOR YR | 390.43 | 390.43 | | | | |
| 4/30/2021 | TPY | TAX PRIOR YR | 52,620.74 | 52,620.74 | | | | |
| | | **Apr-21** | | **53,011.17** | **41,401.90** | **0.00** | **100.00** | **41,701.90** |
| | | | | | | | | |
| 5/1/2021 | CVA | COVID RENT ABATEMENTS | -0.11 | -0.11 | | | | |
| | | **May-21** | | **-0.11** | **41,401.79** | **0.00** | **0.00** | **41,701.79** |
| | | | | | | | | |
| 6/17/2022 | CPY | CAM PRIOR YR | 2,557.40 | 2,557.40 | | | | |
| 6/17/2022 | TPY | TAX PRIOR YR | 50,162.84 | 50,162.84 | | | | |
| | | **Jun-22** | | **52,720.24** | **94,122.03** | **0.00** | **100.00** | **94,522.03** |
| | | | | | | | | |
| 7/20/2022 | TPY | TAX PRIOR YR | -13,948.41 | -13,948.41 | | | | |
| | | **Jul-22** | | **-13,948.41** | **80,173.62** | **0.00** | **0.00** | **80,573.62** |
| | | | | | | | | |
| | | **Total** | **80,173.62** | | | **0.00** | **400.00** | **80,573.62** |

COR_LGL_AR

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**
**VILLAGE PARK PLAZA - BED BATH AND BEYOND**
**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2024**

Run Date:    6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  3.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2024

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------|---------------------|-----------------------|--------------------|-----------------|--------------------------|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

**WORKOUT FOR LEGAL PRE-PETITION**

COR_LGL_AR

**VILLAGE PARK PLAZA - BED BATH AND BEYOND**

Run Date:    6/20/2023

**INTEREST & LATE FEES THROUGH 4/23/2023**

Lease Information If payment not received when due:

Interest per month:  0.00%    Late Fee Percent:  3.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2024

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|--------------------|----------------------|------------------------|---------------------|-----------------|---------------------------|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

COLLECTION WORKOUT FOR LEGAL POST-PETITION
WHITEHALL MALL - BED BATH AND BEYOND
INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2025

COR_LGL_AR                                                                                                    Run Date:    6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or       Late Fee Amount:  0.00          Lease Expiration:    1/31/2025

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------:|---------------------:|-----------------------:|--------------------:|----------------:|--------------------------:|
| 6/1/2023 | BRT    BASE RENT | 1,522.36 | 1,522.36 | | | | |
|          | **Jun-23** | | **1,522.36** | **1,522.36** | **0.00** | **0.00** | **1,522.36** |
| | **Total** | | **1,522.36** | | **0.00** | **0.00** | **1,522.36** |

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**

COR_LGL_AR

Run Date: 6/20/2023

**WHITEHALL MALL - BED BATH & BEYOND**

**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2025**

Lease Information If payment not received when due:

Interest per month: 0.00%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 0.00    Lease Expiration: 1/31/2020

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|--------------------|-----------------------|------------------------|----------------------|------------------|----------------------------|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

COR_LGL_AR

**COLLECTION WORKOUT FOR LEGAL**                                     Run Date:    6/20/2023
**WHITEHALL MALL - BED BATH AND BEYOND**
**INTEREST & LATE FEES THROUGH 4/23/2023**

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2025

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|-------------------:|---------------------:|-----------------------:|--------------------:|----------------:|--------------------------:|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

| COR_LGL_AR | | **COLLECTION WORKOUT FOR LEGAL POST-PETITION** **WHITEHALL MALL - BUY BUY BABY** **INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2024** | | | | Run Date: | 6/20/2023 | |

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2024

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/1/2023 | BRT | BASE RENT | 15,277.78 | 4,074.07 | | | | |
| | | **Apr-23** | | **4,074.07** | **4,074.07** | **0.00** | **0.00** | **4,074.07** |
| | | | | | | | | |
| 5/4/2023 | WTS | BILLED WATER & SEWER | 188.25 | 188.25 | | | | |
| 5/4/2023 | WTS | BILLED WATER & SEWER | 215.50 | 215.50 | | | | |
| 5/4/2023 | WTS | BILLED WATER & SEWER | 218.75 | 218.75 | | | | |
| 5/4/2023 | WTS | BILLED WATER & SEWER | 270.00 | 270.00 | | | | |
| 5/4/2023 | WTS | BILLED WATER & SEWER | 180.00 | 180.00 | | | | |
| | | **May-23** | | **1,072.50** | **5,146.57** | **0.00** | **0.00** | **5,146.57** |
| | | | | | | | | |
| | | **Total** | | **5,146.57** | | **0.00** | **0.00** | **5,146.57** |

COR_LGL_AR

**COLLECTION WORKOUT FOR LEGAL POST-PETITION**

Run Date:    6/20/2023

**WHITEHALL MALL - BUY BUY BABY**

**INTEREST & LATE FEES FROM 4/23/2023 THROUGH 1/31/2024**

Lease Information If payment not received when due:

Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2021

| Date | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|-----------------|--------------------|----------------------|------------------------|---------------------|-----------------|---------------------------|
| | **Total** | **0.00** | | | **0.00** | **0.00** | **0.00** |

**WORKOUT FOR LEGAL PRE-PETITION**
**WHITEHALL MALL - BUY BUY BABY**
**INTEREST & LATE FEES THROUGH 4/23/2023**

COR_LGL_AR                                                                   Run Date:   6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2024

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|----------------|-------------------|---------------------|----------------------|--------------------|-----------------|--------------------------|
| 7/1/2021 | BRT | BASE RENT | -299.25 | -299.25 | | | | |
| | | **Jul-21** | | **-299.25** | **-299.25** | **0.00** | **0.00** | **-299.25** |
| | | | | | | | | |
| 10/28/2022 | WTS | BILLED WATER & SEWER | 148.00 | 148.00 | | | | |
| 10/28/2022 | WTS | BILLED WATER & SEWER | 259.00 | 259.00 | | | | |
| 10/28/2022 | WTS | BILLED WATER & SEWER | 90.00 | 90.00 | | | | |
| 10/28/2022 | WTS | BILLED WATER & SEWER | 90.00 | 90.00 | | | | |
| 10/28/2022 | WTS | BILLED WATER & SEWER | 100.00 | 100.00 | | | | |
| 10/28/2022 | WTS | BILLED WATER & SEWER | 100.00 | 100.00 | | | | |
| | | **Oct-22** | | **787.00** | **487.75** | **0.00** | **0.00** | **487.75** |
| | | | | | | | | |
| 4/1/2023 | BRT | BASE RENT | 15,277.78 | 11,712.96 | | | | |
| | | **Apr-23** | | **11,712.96** | **12,200.71** | **0.00** | **0.00** | **12,200.71** |
| | | **Total** | | **12,200.71** | | **0.00** | **0.00** | **12,200.71** |

COR_LGL_AR

**WORKOUT FOR LEGAL PRE-PETITION**
**WHITEHALL MALL - BUY BUY BABY**
**INTEREST & LATE FEES THROUGH 4/23/2023**

Run Date:    6/20/2023

Lease Information If payment not received when due:
Interest per month:  0.00%    Late Fee Percent:  0.00%    Or    Late Fee Amount:  0.00    Lease Expiration:    1/31/2021

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|------|---|----------------|-------------------|---------------------|----------------------|--------------------|-----------------|---------------------------|
| 1/1/2019 | BRT | BASE RENT | 34.04 | 34.04 | | | | |
| 1/4/2019 | WTS | BILLED WATER & SEWER | 42.00 | 42.00 | | | | |
| | | **Jan-19** | | **76.04** | **12,276.75** | **0.00** | **0.00** | **12,276.75** |
| 2/1/2019 | BRT | BASE RENT | 90.18 | 90.18 | | | | |
| | | **Feb-19** | | **90.18** | **12,366.93** | **0.00** | **0.00** | **12,366.93** |
| 3/6/2019 | WTS | BILLED WATER & SEWER | 43.50 | 43.50 | | | | |
| | | **Mar-19** | | **43.50** | **12,410.43** | **0.00** | **0.00** | **12,410.43** |
| 7/16/2019 | WTS | BILLED WATER & SEWER | 95.00 | 95.00 | | | | |
| 7/16/2019 | WTS | BILLED WATER & SEWER | 50.00 | 50.00 | | | | |
| 7/16/2019 | WTS | BILLED WATER & SEWER | 40.25 | 40.25 | | | | |
| | | **Jul-19** | | **185.25** | **12,595.68** | **0.00** | **0.00** | **12,595.68** |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 43.50 | 43.50 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 40.25 | 40.25 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 37.00 | 37.00 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 27.25 | 27.25 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 37.00 | 37.00 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 37.00 | 37.00 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 40.25 | 40.25 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 37.00 | 37.00 | | | | |
| 10/29/2020 | WTS | BILLED WATER & SEWER | 375.00 | 375.00 | | | | |
| | | **Oct-20** | | **674.25** | **13,269.93** | **0.00** | **0.00** | **13,269.93** |
| 6/24/2022 | TPY | TAX PRIOR YR | 2,398.24 | 2,398.24 | | | | |
| | | **Jun-22** | | **2,398.24** | **15,668.17** | **0.00** | **0.00** | **15,668.17** |
| | | **Total** | **3,467.46** | | | **0.00** | **0.00** | **3,467.46** |