| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (NEWARK)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gregory G. Plotko, Esquire (No. 048021998)<br>**BARNES & THORNBURG LLP**<br>390 Madison Avenue, 12th Floor<br>New York, NY 10017-2509<br>Telephone: (646) 746-2406<br>Facsimile: (646) 746-2001<br>gplotko@btlaw.com<br>*Counsel for Infor (US), LLC* |

| | |
|---|---|
| In Re: | Chapter 11 |
| **BED BATH & BEYOND INC., et al.,** | Case No. 23-13359 (VFP) |
| Debtors.[1] | Honorable Vincent F. Papalia |

# NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO FED. R. BANKR. P. 2002 AND 9010(b)

Pursuant to Fed. R. Bankr. P. 2002(g) and (i) and 9010(b), the below counsel enters an appearance for Infor (US), LLC ("Client") and requests that Client be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the below counsel at the following address or facsimile number:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

Gregory G. Plotko, Esquire
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Telephone: (646) 746-2406
Facsimile: (646) 746-2001
E-mail: gplotko@btlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, operating reports, plan of reorganization and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any of Client's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Client is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 23, 2023

Respectfully submitted,

BARNES & THORNBURG LLP

By: */s/ Gregory G. Plotko*
Gregory G. Plotko, Esq.
(No. 048021998)
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Telephone: (646) 746-2406
Facsimile: (646) 746-2001
E-mail: gplotko@btlaw.com

*Counsel for Infor (US), LLC*