UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gregory G. Plotko, Esquire (No. 048021998)
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Telephone: (646) 746-2406
Facsimile: (646) 746-2001
gplotko@btlaw.com
*Counsel for Infor (US), LLC*

| | |
|---|---|
| In Re: | Chapter 11 |
| **BED BATH & BEYOND INC., et al.,** | Case No. 23-13359 (VFP) |
| Debtors. | Honorable Vincent F. Papalia |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO FED. R. BANKR. P. 2002 AND 9010(b) to be filed electronically and that the same is available for viewing through the Court's ECF system.

Dated: June 23, 2023                    */s/ Gregory G. Plotko*
                                         Gregory G. Plotko, Esq.