# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of June, 2023, I caused a true and correct copy of the foregoing to be served by electronic delivery to the parties registered to received notices through the CM/ECF system and sent via electronic mail to the following:

Joshua A. Sussberg
Emily E. Geier
Derek I. Hunter
Ross J. Fiedler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com
ross.fiedler@kirkland.com
(*Counsel to the Debtors*)

Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
(*Co-Counsel to the Debtors*)

Office of the United States Trustee
Attn: Fran B. Steele
Attn: Alexandria Nikolinos
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102
Fran.B.Steele@usdoj.gov
Alexandria.nikolinos@usdoj.gov
(*U.S. Trustee*)

Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY  10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com
(*Counsel for the Official Committee of Unsecured Creditors*)

51058645 v1

| | |
|---|---|
| Marshall S. Huebner | David M. Hillman |
| Adam L. Shpeen | Megan R. Violin |
| Steven Z. Szanzer | Proskauer Rose LLP |
| Michael Pera | Eleven Times Square |
| Davis Polk & Wardwell LLP | New York, NY 10035 |
| 450 Lexington Avenue | dhillman@proskauer.com |
| New York, NY 10017 | mvolin@proskauer.com |
| Marshall.huebner@davispolk.com | (*Counsel to the DIP Agent*) |
| Adam.shpeen@davispolk.com | |
| Steven.szanzer@davispolk.com | |
| Michael.pera@davispolk.com | |
| (*Counsel to Prepetition ABL Agent*) | |
| | |
| Scott K. Charles | David S. Kurtz |
| Michael S. Benn | Lazard Fréres & Co, LLC |
| Gordon S. Moodie | 300 N. LaSalle Street, 23rd Floor |
| Wachtell, Lipton, Rosen & Katz | Chicago, IL 60654 |
| 51 West 52nd Street | david.kurtz@lazard.com |
| New York, NY 10019 | (*Counsel to Investment Banker*) |
| skcharles@wlrk.com | |
| msbenn@wlrk.com | |
| gsmoodie@wlrk.com | |
| (*Counsel to Overstock.com*) | |
| | |
| Jason Wooten | |
| Lazard Fréres & Co, LLC | |
| 30 Rockefeller Plaza | |
| New York, NY | |
| jason.wooten@lazard.com | |
| christian.tempke@lazard.com | |
| (*Counsel to Investment Banker*) | |

    /s/ *Kristen P. Watson*
    Kristen P. Watson (No. 270832018)