**BUTLER SNOW LLP**
Paul S. Murphy
P.O. Drawer 4248
Gulfport, MS  39502
228.575.3033
paul.murphy@butlersnow.com

*Attorney for Creditor, Pittsburgh Hilton*
*Head Associates L.P.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No. 23-13359 (VFP) |
| Debtors.[1] | |

**CERTIFICATION OF CANDICE M. CARSON, ESQUIRE**

     I, Candice M. Carson, am a member of the law firm of Butler Snow LLP.  My office is located at 2911 Turtle Creek Blvd., Suite 1400, Dallas, Texas 75219.  I make this certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

     1.    I will sign all pleadings with the name of Candice M. Carson.

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's ta identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

2.      I have been retained as a member of the above-named firm by Pittsburgh Hilton Head Associates L.P. to provide legal representation in connection with the above-styled matter now pending before the United States Bankruptcy Court for the District of New Jersey.

3.      Since March 10, 2017, I have been and presently am a member in good standing of the bar of the United States District Court for the Northern District of Texas, where I regularly practice law. *See* Certificate of Good Standing, attached hereto as Exhibit A.  My Texas bar license number is 24074006.

4.      I have been admitted to practice before the following United States Courts:

| Court | Admission Date |
| --- | --- |
| United States District Court, Northern District of Texas | 03/10/2017 |
| United States Bankruptcy Court, Northern District of Texas | 03/10/2017 |
| United States District Court, Southern District of Texas | 08/25/2021 |

5.      I am a member in good standing of the bars of the courts listed in Paragraph 4.

6.      I am not currently suspended from the practice of law before any court or jurisdiction.

7.      I am not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

8.      Local counsel of record associated with applicant in this matter is Paul S. Murphy, also of the law firm of Butler Snow LLP.

9.      I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules.  I will comply with all court and ethical rules governing the practice of law before this Court.

10.    I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall immediately comply with that requirement upon my admission *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

Dated:  June 23, 2023                          BUTLER SNOW, LLP

*/s/ Candice M. Carson*
CANDICE M. CARSON
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5505
Facsimile: (469) 680-5501
E-mail: candice.carson@butlersnow.com

*Attorney for Pittsburgh Hilton Head Associates L.P.*

80434051.v2

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## CANDICE MARIE CARSON

Bar Number:                                     Date of Admission:

**24074006**                                     **03/10/2017**

Witness my official signature and the seal of this court.

Dated: June 22, 2023                             Karen Mitchell,
                                                 Clerk of Court

                                                 By: /s/ L. Waits
                                                 Deputy Clerk



Exhibit A