**BUTLER SNOW LLP**
Paul S. Murphy
P.O. Drawer 4248
Gulfport, MS  39502
228.575.3033
paul.murphy@butlersnow.com

*Attorney for Creditor, Pittsburgh Hilton Head Associates L.P.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No. 23-13359 (VFP) |
| Debtors.[1] | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 23, 2023, the *Application for Pro Hac Vide Admission of Candice M. Carson* was filed with the United States Bankruptcy Court for the District of New Jersey via CM/ECF and served on all counsel registered to receive notifications of such filings.

Dated:  June 23, 2023

**BUTLER SNOW LLP**

 */s/ Paul S. Murphy, Esq.*
Paul S. Murphy, Esq.

P.O. Drawer 4248
Gulfport, MS  39502
Telephone:  228.575.3033
*Attorney for Pittsburgh Hilton Head Associates L.P.*

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's ta identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

80434721.v2