| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with DNJ LBR 9004-1(b)<br><br>David H. Pikus<br>Bressler, Amery & Ross, P.C.<br>325 Columbia Turnpike<br>Florham Park, New Jersey  07932<br>(973) 514-1200<br>Email:  dpikus@bressler.com<br>*Attorneys for Acxiom LLC* | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>                    Debtors. | |

## LIMITED OBJECTION OF ACXIOM LLC  TO CURE AMOUNT IN CONNECTION WITH DEBTORS' NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Acxiom LLC ("**Acxiom**") hereby files this limited objection ("**Limited Objection**") to

the *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired*

*Leases* [D.I. 714] (the "**Cure Notice**"), and respectfully represents  as follows:

### BACKGROUND

1.        On April 23, 2023 (the "**Petition Date**"), the above-captioned debtors and

debtors in possession (the "**Debtors**")[1] filed voluntary petitions for relief under chapter 11 of

the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases/ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases in 650 Liberty Avenue, Union, New Jersey 07083.

the District of New Jersey (the "**Court**").  Since the Petition Date, the Debtors have continued to operate their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      As of the Petition Date, Acxiom and Debtor Bed Bath & Beyond Inc. ("**BBBY**") were parties to that certain Services Agreement dated August 14, 2012, and that certain related Statement of Work #005[2] Acxiom Identity Builder Solution (collectively, and as amended from time to time, the "**Contract**")[3], pursuant to which BBBY is provided Acxiom data products that include (a) U.S. data cleansing, (b) global hygiene processing, (c) Identity Builder processing, and (d) InfoBase Data Products and shopper recognition processing.

3.      On April 25, 2023, the Court entered the *Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief* [D.I. 92], pursuant to which the Court established procedures for the potential sale of substantially all of the Debtors' assets.

4.      On June 13, 2023, the Debtors filed the Cure Notice, which identifies (a) those executory contracts and leases that may be assumed and assigned to a successful bidder in connection with a sale of substantially all of the Debtors' assets in accordance with the

---

[2] Statement of Work #005 is the only active statement of work related to the Services Agreement. Prior statement of works set forth in the Cure Notice have been terminated or are no longer active and not subject to assumption.
[3] Acxiom believes that the Debtors are in possession of the Contract, and therefore the Contract is not attached to this Limited Objection. Acxiom will provide a copy of the Contract to the Debtors or other appropriate parties in interest upon request (Acxiom reserves the right to redact said documents to the extent necessary to protect confidential, proprietary and/or otherwise protected information).

procedures approved in the Bid Procedures Order, and (b) the Debtors' proposed cure amounts with respect to such leases.

5.      The Cure Notice lists the Contract and related documents at item numbers 85 through 96 and does not reflect a cure amount for the Contract or any portion thereof, which presumably means a $0.00 cure amount (the "**Proposed Cure Amount**").

6.      While Acxiom reserves all of its rights with respect to the potential assumption and assignment of the Contract, it objects to the proposed cure amount for the Contract for the reasons set forth herein.

## RELIEF REQUESTED

7.      The discrepancy between the Proposed Cure Amount and the actual amount required to cure defaults under the Contracts as of the date of this Limited Objection (the "**Actual Cure Amount**"), which includes unpaid pre-petition and post-petition amounts presently due or billed under the Contract, is illustrated in the following chart:

| | Cust. ID | Proposed Cure Amount | Actual Cure Amount | Discrepancy |
|---|---|---|---|---|
| Acxiom | D6811A | $ 0.00 | $1,199,095.32 | $1,199,095.32 |

8.      Attached hereto as **Exhibit "A"** is a detailed breakdown of the amounts billed to BBBY under the Contract as of the date of this Limited Objection for services to be provided through June 30, 2023, and the due dates.  As reflected in the exhibit, BBBY is presently past due in payment to Acxiom in the amount of $1,052,709.09 with the balance of $146,385.93 becoming due on July 22, 2023. Attached hereto as **Exhibit "B"** are copies of the invoices referenced in the aging detail report.

9.    In order to assume the Lease, the Debtors are required to cure defaults existing

under such Contract pursuant to Section 365(b)(l)(A) of the Bankruptcy Code, which provides,

in relevant part, that "[i]f there has been a default in an executory contract or unexpired lease

of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption

of such contract or lease, the trustee . . . cures, or provides adequate assurance that the trustee

will promptly cure, such default[.]" 11 U.S.C. § 365(b)(l)(A).

10.    Acxiom objects to any proposed assumption of the Contract to the extent such

assumption fails to comply with any of the foregoing requirements of Section 365(b)(1) of the

Bankruptcy Code.

## RESERVATION OF RIGHTS

11.    Acxiom reserves its rights to object to any other relief sought by the Debtors in

connection with the assumption and assignment of the Contract, including, without limitation,

an assignee's proposed adequate assurance of future performance.  The Debtors further reserve

all rights to object to any proposed sale of the Contract, and all objections and reservations of

rights set forth herein shall apply to any such proposed sale or transfer of the Contract.

## CONCLUSION

12.    For the foregoing reasons, Acxiom seeks an order of this Court fixing the

Debtors' cure obligation under the Contract as of June 30, 2023, in the amount of

$1,199,095.02 (less any payments made by the Debtors on account of such sums prior to the

assumption of the Contract and plus any additional post-petition amounts accruing under the

Contract through the date thereof) and directing the Debtors or any Successful Bidder to

promptly to satisfy such amount following the entry of any order authorizing the assumption

of the Contract.

WHEREFORE, Acxiom respectfully requests the entry of an order granting the relief described herein, together with such other and further relief as is just and proper.

Respectfully submitted,

BRESSLER, AMERY & ROSS, P.C.
*Attorneys for Creditor Acxiom LLC*

By:_____
      DAVID H. PIKUS

Dated:  June 23, 2023

**Exhibit A**

**(Aging Detail)**

*CR Receivable Aging Detail*

Invoice Type

| Company | Customer ID | Customer Bill-To Name | Invoice Number | Invoice Date | Due Date | Aging Days | Total Invoice Amount | Total Amount Due | PO |
|---|---|---|---|---|---|---|---|---|---|
| C0001 Acxiom LLC | D6811A | BBBY | 00368660 | 05/7/2022 | 06/21/2022 | 403 | 2,487.90 | 2,487.90 | 356170 |
| C0001 Acxiom LLC | D6811A | BBBY | 00380282 | 09/27/2022 | 11/11/2022 | 260 | 124.40 | 124.40 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00382685 | 10/26/2022 | 12/10/2022 | 231 | 1,603.13 | 1,603.13 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00383438 | 11/7/2022 | 12/22/2022 | 219 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00383439 | 11/7/2022 | 12/22/2022 | 219 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00383457 | 11/7/2022 | 12/22/2022 | 219 | 1,000.00 | 1,000.00 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00384678 | 11/22/2022 | 01/6/2023 | 204 | 1,478.74 | 1,478.74 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00385669 | 12/7/2022 | 01/21/2023 | 189 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00385671 | 12/7/2022 | 01/21/2023 | 189 | 1,000.00 | 1,000.00 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00385676 | 12/7/2022 | 01/21/2023 | 189 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00387103 | 12/22/2022 | 02/5/2023 | 174 | 24.88 | 24.88 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00387914 | 01/7/2023 | 02/21/2023 | 158 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00387916 | 01/7/2023 | 02/21/2023 | 158 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00387918 | 01/7/2023 | 02/21/2023 | 158 | 1,000.00 | 1,000.00 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00389226 | 01/25/2023 | 03/11/2023 | 140 | 1,506.01 | 1,506.01 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00390273 | 02/7/2023 | 03/24/2023 | 127 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00390277 | 02/7/2023 | 03/24/2023 | 127 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00390281 | 02/7/2023 | 03/24/2023 | 127 | 1,000.00 | 1,000.00 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00391501 | 02/23/2023 | 04/9/2023 | 111 | 2,984.66 | 2,984.66 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00392503 | 03/7/2023 | 04/21/2023 | 99 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00392504 | 03/7/2023 | 04/21/2023 | 99 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00392514 | 03/7/2023 | 04/21/2023 | 99 | 1,000.00 | 1,000.00 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00393818 | 03/27/2023 | 05/11/2023 | 79 | 4,448.77 | 4,448.77 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00394879 | 04/7/2023 | 05/22/2023 | 68 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00394889 | 04/7/2023 | 05/22/2023 | 68 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00394891 | 04/7/2023 | 05/22/2023 | 68 | 1,000.00 | 1,000.00 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00396266 | 04/25/2023 | 06/9/2023 | 50 | 5,927.69 | 5,927.69 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00397302 | 05/7/2023 | 06/21/2023 | 38 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00397310 | 05/7/2023 | 06/21/2023 | 38 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00397312 | 05/7/2023 | 06/21/2023 | 38 | 1,000.00 | 1,000.00 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00398498 | 05/23/2023 | 05/23/2023 | 22 | 7,421.40 | 7,421.40 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00399660 | 06/7/2023 | 07/22/2023 | 7 | 2,487.90 | 2,487.90 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00399662 | 06/7/2023 | 07/22/2023 | 7 | 142,898.03 | 142,898.03 | P-1010-107359 |
| C0001 Acxiom LLC | D6811A | BBBY | 00399664 | 06/7/2023 | 07/22/2023 | 7 | 1,000.00 | 1,000.00 | P-1010-107359 |
| | | | | | | | 1,199,095.02 | Total of all Invoices | |

**Exhibit B**

**(Invoices)**



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00368660 |
| **Invoice Date:** | May 7, 2022 |
| **Due Date:** | Jun 21, 2022 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | 356170 |
| **Job ID:** | |

**Bill To:  D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 5/1/22 | 5/31/22 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $110.41 | | | |
| 2 | 75733 DQ   INTL ADDRESS HYGIENE | 5/1/22 | 5/31/22 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $44.17 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | $2,487.90 |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00380282 |
| **Invoice Date:** | Sep 27, 2022 |
| **Due Date:** | Nov 11, 2022 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

Bill To:  **D6811A**
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5
Late Fee for Invoice 00363004

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 4/21/22   9/27/22 | | 5.00 | Each | $24.880000 | $124.40 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE<br>UNION, NJ 07083<br>United States of America | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $124.40 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $124.40 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00382685 |
| **Invoice Date:** | Oct 26, 2022 |
| **Due Date:** | Dec 10, 2022 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:  D6811A**
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5
Late Penalty (6/21/22 - 10/26/22) for Invoice # 00368660 = $149.27
Late Penalty (9/21/22 - 10/26/22) for Invoice # 376154 = $1428.98
Late Penalty (9/21/22 - 10/26/22) for Invoice # 376158 = $24.88

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 6/21/22   10/26/22 | | 1.00 | Each | $1,603.130000 | $1,603.13 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $1,603.13 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,603.13 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00383438 |
| **Invoice Date:** | Nov 7, 2022 |
| **Due Date:** | Dec 22, 2022 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 11/1/22   11/30/22 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $110.42 | | | |
| 2 | 75733 DQ   INTL ADDRESS HYGIENE | 11/1/22   11/30/22 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $44.16 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | $2,487.90 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00383439 |
| **Invoice Date:** | Nov 7, 2022 |
| **Due Date:** | Dec 22, 2022 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

Bill To: D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION GROUPING Monthly Production Fee | 11/1/22  11/30/22 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 11/1/22  11/30/22 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,021.38 | | | |
| 3 | 82092 IBXE LICENSE | 11/1/22  11/30/22 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,167.65 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00383457 |
| **Invoice Date:** | Nov 7, 2022 |
| **Due Date:** | Dec 22, 2022 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:  D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution   Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION AND OPER SVCS | 11/1/22   11/30/22 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00384678 |
| **Invoice Date:** | Nov 22, 2022 |
| **Due Date:** | Jan 6, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5
Late Penalty (Nov) for Invoice # 00368660 = $24.88
Late Penalty (Nov) for Invoice # 376154 = $1428.98
Late Penalty (Nov) for Invoice # 376158 = $24.88

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 11/1/22   11/22/22 | | 1.00 | Each | $1,478.740000 | $1,478.74 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $1,478.74 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,478.74 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00385669 |
| **Invoice Date:** | Dec 7, 2022 |
| **Due Date:** | Jan 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

Bill To:  D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

Please Remit To:
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION GROUPING Monthly Production Fee | 12/1/22  12/31/22 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 12/1/22  12/31/22 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,021.37 | | | |
| 3 | 82092 IBXE LICENSE | 12/1/22  12/31/22 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,167.66 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00385671 |
| **Invoice Date:** | Dec 7, 2022 |
| **Due Date:** | Jan 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution  Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION AND OPER SVCS | 12/1/22  12/31/22 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00385676 |
| **Invoice Date:** | Dec 7, 2022 |
| **Due Date:** | Jan 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 12/1/22   12/31/22 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $110.42 | | | |
| 2 | 75733 DQ   INTL ADDRESS HYGIENE | 12/1/22   12/31/22 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $44.16 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | $2,487.90 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00387103 |
| **Invoice Date:** | Dec 22, 2022 |
| **Due Date:** | Feb 5, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5
Late Penalty (Dec) for Invoice # 00368660 = $24.88

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 12/1/22   12/22/22 | | 1.00 | Each | $24.880000 | $24.88 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $24.88 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $24.88 |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00387914 |
| Invoice Date: | Jan 7, 2023 |
| Due Date: | Feb 21, 2023 |
| Payment Terms: | Net 45 |
| Purchase Order #: | P-1010-107359 |
| Job ID: | |

Bill To:  **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 1/1/23   1/31/23 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $110.42 | | | |
| 2 | 75733 DQ  INTL ADDRESS HYGIENE | 1/1/23   1/31/23 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $44.16 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | $2,487.90 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00387916 |
| **Invoice Date:** | Jan 7, 2023 |
| **Due Date:** | Feb 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:**  D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION  GROUPING Monthly Production Fee | 1/1/23 | 1/31/23 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 1/1/23 | 1/31/23 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $1,021.38 | | | |
| 3 | 82092 IBXE LICENSE | 1/1/23 | 1/31/23 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $1,167.65 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00387918 |
| **Invoice Date:** | Jan 7, 2023 |
| **Due Date:** | Feb 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:  D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution   Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION AND OPER SVCS | 1/1/23   1/31/23 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00389226 |
| **Invoice Date:** | Jan 25, 2023 |
| **Due Date:** | Mar 11, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5
Late Penalty (Jan)
Invoice # 00368660 = $24.88
Invoice # 00380282 = $1.24
Invoice # 00382685 = $16.03
Invoice # 00383438 = $24.88
Invoice # 00383439 = $1428.98
Invoice # 00383457 = $10.00

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 1/1/23    1/25/23 | | 1.00 | Each | $1,506.010000 | $1,506.01 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE<br>UNION, NJ 07083<br>United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $1,506.01 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,506.01 |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00390273 |
| **Invoice Date:** | Feb 7, 2023 |
| **Due Date:** | Mar 24, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To: D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 2/1/23   2/28/23 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $110.42 | | | |
| 2 | 75733 DQ  INTL ADDRESS HYGIENE | 2/1/23   2/28/23 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $44.16 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | **$2,487.90** |

Page Number:    1 / 1



### INVOICE

| | |
|---|---|
| **Invoice Number:** | 00390277 |
| **Invoice Date:** | Feb 7, 2023 |
| **Due Date:** | Mar 24, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** **D6811A**
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION GROUPING Monthly Production Fee | 2/1/23  2/28/23 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 2/1/23  2/28/23 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,021.38 | | | |
| 3 | 82092 IBXE LICENSE | 2/1/23  2/28/23 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,167.65 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00390281 |
| **Invoice Date:** | Feb 7, 2023 |
| **Due Date:** | Mar 24, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution   Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION AND OPER SVCS | 2/1/23   2/28/23 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00391501 |
| **Invoice Date:** | Feb 23, 2023 |
| **Due Date:** | Apr 9, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:**  D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5 Late Penalty (Feb)
Invoice # 00368660 = $24.88
Invoice # 00380282 = $1.24
Invoice # 00382685 = $16.03
Invoice # 00383438 = $24.88
Invoice # 00383439 = $1428.98
Invoice # 00383457 = $10.00
Invoice # 00384678 = $14.79
Invoice # 00385669 = $1428.98
Invoice # 00385671 = $10.00
Invoice # 00385676 = $24.88

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 2/1/23    2/23/23 | | 1.00 | Each | $2,984.660000 | $2,984.66 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $0.00 | | |

| | | |
|---|---|---|
| SUBTOTAL | | $2,984.66 |
| TOTAL TAXES | | $0.00 |
| **TOTAL AMOUNT DUE:** | | $2,984.66 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00392503 |
| **Invoice Date:** | Mar 7, 2023 |
| **Due Date:** | Apr 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION GROUPING Monthly Production Fee | 3/1/23  3/31/23 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 3/1/23  3/31/23 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,021.38 | | | |
| 3 | 82092 IBXE LICENSE | 3/1/23  3/31/23 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,167.65 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00392504 |
| **Invoice Date:** | Mar 7, 2023 |
| **Due Date:** | Apr 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

Bill To:  **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS  LAT LONG ZIP4 | 3/1/23    3/31/23 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE<br>UNION, NJ 07083<br>United States of America | | $110.42 | | | |
| 2 | 75733 DQ  INTL ADDRESS HYGIENE | 3/1/23    3/31/23 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE<br>UNION, NJ 07083<br>United States of America | | $44.16 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | **$2,487.90** |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00392514 |
| **Invoice Date:** | Mar 7, 2023 |
| **Due Date:** | Apr 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:  D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution   Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION AND OPER SVCS | 3/1/23  3/31/23 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | | $0.00 | |

|  |  |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00393818 |
| **Invoice Date:** | Mar 27, 2023 |
| **Due Date:** | May 11, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5 Late Penalty (Feb)
Invoice # 00368660 = $24.88
Invoice # 00380282 = $1.24
Invoice # 00382685 = $16.03
Invoice # 00383438 = $24.88
Invoice # 00383439 = $1428.98
Invoice # 00383457 = $10.00
Invoice # 00384678 = $14.79
Invoice # 00385669 = $1428.98
Invoice # 00385671 = $10.00
Invoice # 00385676 = $24.88
Invoice # 00387103 = $.248
Invoice # 00387914 = $24.88
Invoice # 00387916 = $1428.98
Invoice # 00387918 = $10.00

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 3/1/23   3/27/23 | | 1.00 | Each | $4,448.770000 | $4,448.77 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $4,448.77 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | **$4,448.77** |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00394879 |
| **Invoice Date:** | Apr 7, 2023 |
| **Due Date:** | May 22, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:  D6811A**
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION  GROUPING Monthly Production Fee | 4/1/23    4/30/23 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 4/1/23    4/30/23 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,021.37 | | | |
| 3 | 82092 IBXE LICENSE | 4/1/23    4/30/23 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,167.66 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00394889 |
| **Invoice Date:** | Apr 7, 2023 |
| **Due Date:** | May 22, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** D6811A
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 4/1/23   4/30/23 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE<br>UNION, NJ 07083<br>United States of America | | $110.41 | | | |
| 2 | 75733 DQ   INTL ADDRESS HYGIENE | 4/1/23   4/30/23 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE<br>UNION, NJ 07083<br>United States of America | | $44.17 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | $2,487.90 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00394891 |
| **Invoice Date:** | Apr 7, 2023 |
| **Due Date:** | May 22, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution   Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION  AND OPER SVCS | 4/1/23    4/30/23 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00396266 |
| **Invoice Date:** | Apr 25, 2023 |
| **Due Date:** | Jun 9, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To: D6811A**
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5 Late Penalty (Apr)
Invoice # 00368660 = $24.88
Invoice # 00380282 = $1.24
Invoice # 00382685 = $16.03
Invoice # 00383438 = $24.88
Invoice # 00383439 = $1428.98
Invoice # 00383457 = $10.00
Invoice # 00384678 = $14.79
Invoice # 00385669 = $1428.98
Invoice # 00385671 = $10.00
Invoice # 00385676 = $24.88
Invoice # 00387103 = $.248
Invoice # 00387914 = $24.88
Invoice # 00387916 = $1428.98
Invoice # 00387918 = $10.00
Invoice # 00389226 = $15.06
Invoice # 00390273 = $24.88
Invoice # 00390277 = $1428.98
Invoice # 00390281 = $10.00

| Line# | Sales Item | Service Period | Job ID | Quanlity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 3/28/23   4/25/23 | | 1.00 | Each | $5,927.690000 | $5,927.69 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE<br>UNION, NJ 07083<br>United States of America | | $0.00 | | | |

| | |
|---|---|
| SUBTOTAL | $5,927.69 |
| TOTAL TAXES | $0.00 |

Page Number:    1 / 2

**INVOICE**

Bill To:    **D6811A**    BED BATH BEYOND INC
650 LIBERTY AVE
UNION, NJ 07083
United States of America

Invoice Number:    00396266
Invoice Date:    Apr 25, 2023

| TOTAL AMOUNT DUE: | $5,927.69 |
|---|---|



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00397302 |
| **Invoice Date:** | May 7, 2023 |
| **Due Date:** | Jun 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:**  D6811A
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION GROUPING Monthly Production Fee | 5/1/23  5/31/23 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 5/1/23  5/31/23 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,021.37 | | | |
| 3 | 82092 IBXE LICENSE | 5/1/23  5/31/23 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,167.66 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| Invoice Number: | 00397310 |
| Invoice Date: | May 7, 2023 |
| Due Date: | Jun 21, 2023 |
| Payment Terms: | Net 45 |
| Purchase Order #: | P-1010-107359 |
| Job ID: | |

**Bill To:** D6811A
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 5/1/23    5/31/23 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $110.41 | | | |
| 2 | 75733 DQ  INTL ADDRESS HYGIENE | 5/1/23    5/31/23 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.63% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $44.17 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | **$2,487.90** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00397312 |
| **Invoice Date:** | May 7, 2023 |
| **Due Date:** | Jun 21, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution    Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION AND OPER SVCS | 5/1/23    5/31/23 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0.00% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $0.00 | | |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00398498 |
| **Invoice Date:** | May 23, 2023 |
| **Due Date:** | May 23, 2023 |
| **Payment Terms:** | Prepayment |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:  D6811A**
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
**Acxiom LLC**
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Services Agreement Section 4.5 Late Penalty (MAY)
Invoice # 00368660 = $24.88
Invoice # 00380282 = $1.24
Invoice # 00382685 = $16.03
Invoice # 00383438 = $24.88
Invoice # 00383439 = $1428.98
Invoice # 00383457 = $10.00
Invoice # 00384678 = $14.79
Invoice # 00385669 = $1428.98
Invoice # 00385671 = $10.00
Invoice # 00385676 = $24.88
Invoice # 00387103 = $.25
Invoice # 00387914 = $24.88
Invoice # 00387916 = $1428.98
Invoice # 00387918 = $10.00
Invoice # 00389226 = $15.06
Invoice # 00390273 = $24.88
Invoice # 00390277 = $1428.98
Invoice # 00390281 = $10.00
Invoice # 00391501 = $29.85
Invoice # 00392503 = $1428.98
Invoice # 00392504 = $24.88
Invoice # 00392514 = $10.00

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 20250 LATE CHARGES DUE | 4/26/23  5/25/23 | | 1.00 | Each | $7,421.400000 | $7,421.40 |
| | NJ Sales Tax 0% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | | $0.00 | |

| | |
|---|---|
| SUBTOTAL | $7,421.40 |

Page Number:    1 / 2

INVOICE

**Bill To:**  D6811A      BED BATH BEYOND INC
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Invoice Number:**  00398498
**Invoice Date:**  May 23, 2023

TOTAL TAXES          $0.00

**TOTAL AMOUNT DUE:**          $7,421.40



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00399660 |
| **Invoice Date:** | Jun 7, 2023 |
| **Due Date:** | Jul 22, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

Bill To: **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
Lat/Long Monthly Fees US & CAN

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 72015 GS LAT LONG ZIP4 | 6/1/23    6/30/23 | | 1.00 | Each | $1,666.660000 | $1,666.66 |
| | NJ Sales Tax 6.625% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $110.41 | | | |
| 2 | 75733 DQ   INTL ADDRESS HYGIENE | 6/1/23    6/30/23 | | 1.00 | Each | $666.660000 | $666.66 |
| | NJ Sales Tax 6.625% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $44.17 | | | |

| | |
|---|---|
| SUBTOTAL | $2,333.32 |
| TOTAL TAXES | $154.58 |
| **TOTAL AMOUNT DUE:** | $2,487.90 |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00399662 |
| **Invoice Date:** | Jun 7, 2023 |
| **Due Date:** | Jul 22, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To: D6811A**
BED BATH BEYOND INC
ERIC WEIGAND
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
BillingSupport@acxiom.com

**Reference:**
SOW# 5 Identity Builder Solution

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 75734 RECOGNITION GROUPING Monthly Production Fee | 6/1/23    6/30/23 | | 1.00 | Each | $107,667.000000 | $107,667.00 |
| | NJ Sales Tax 0% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $0.00 | | | |
| 2 | 82092 IBXE LICENSE | 6/1/23    6/30/23 | | 1.00 | Each | $15,417.000000 | $15,417.00 |
| | NJ Sales Tax 6.625% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,021.37 | | | |
| 3 | 82092 IBXE LICENSE | 6/1/23    6/30/23 | | 1.00 | Each | $17,625.000000 | $17,625.00 |
| | NJ Sales Tax 6.625% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | $1,167.66 | | | |

| | |
|---|---|
| SUBTOTAL | $140,709.00 |
| TOTAL TAXES | $2,189.03 |
| **TOTAL AMOUNT DUE:** | **$142,898.03** |

Page Number:    1 / 1



**INVOICE**

| | |
|---|---|
| **Invoice Number:** | 00399664 |
| **Invoice Date:** | Jun 7, 2023 |
| **Due Date:** | Jul 22, 2023 |
| **Payment Terms:** | Net 45 |
| **Purchase Order #:** | P-1010-107359 |
| **Job ID:** | |

**Bill To:** **D6811A**
BED BATH BEYOND INC
EMILY BROCK
650 LIBERTY AVE
UNION, NJ 07083
United States of America

**Please Remit To:**
Acxiom LLC
4057 Collection Center Dr.
Chicago, IL 60693

**For Billing Questions, please contact:**
*BillingSupport@acxiom.com*

**Reference:**
PCR 20190509-1  BBB Solution    Sync File May Monthly Maintenance

| Line# | Sales Item | Service Period | Job ID | Quantity | UOM | Unit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | 12412 CDI IMPLEMENTATION AND OPER SVCS | 6/1/23    6/30/23 | | 1.00 | Each | $1,000.000000 | $1,000.00 |
| | NJ Sales Tax 0% | 650 LIBERTY AVE UNION, NJ 07083 United States of America | | | $0.00 | | |

| | |
|---|---|
| SUBTOTAL | $1,000.00 |
| TOTAL TAXES | $0.00 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |