# Exhibit 1

STUDIO CITY EAST 93K LLC
Tenant          - Bed Bath & Beyond
Store Address - 12555 Ventura Blvd., Studio City, CA 91604

| | | 2022 CAM Reimbursement | 2023 Insurance Reimbursement | 2023 Property Tax | Total |
|---|---|---|---|---|---|
| 02/17/2023 | 2022 CAM Reconciliation | $ 19,157.00 | | | $ 19,157.00 |
| 03/22/2023 | 2023 Insurance Reimbursement | | $ 5,857.00 | | $ 5,857.00 |
| 04/04/2023 | 2023 Property Tax Reimbursement | | | $ 53,596.91 | $ 53,596.91 |
| | Payments Received | | | | |
| 05/02/2023 | | | $ (616.45) | | $ (616.45) |
| 05/11/2023 | | | $ (2,382.08) | $ (8,932.82) | $ (11,314.90) |
| 06/02/2023 | | | $ (488.08) | $ (8,932.82) | $ (9,420.90) |
| 06/23/2023 | Balance Due | $ 19,157.00 | $ 2,370.39 | $ 35,731.27 | $ 57,258.66 |

**STUDIO CITY EAST 93K LLC**
16633 VENTURA BLVD., #913
ENCINO, CALIFORNIA 91436
TEL (818) 382-6700 FAX (818) 783-7722

APRIL 4, 2023

STUDIO CITY EAST 93K LLC
TENANTS SHARE OF REAL ESTATE TAXES
FOR THE PERIOD JANUARY 1, 2023 TO JUNE 30, 2023

**TENANT – BED, BATH & BEYOND**

| | |
|---|---|
| TOTAL TAXES- PER ATTACHED TAX BILL | $75,637.36 |
| TENANT'S SHARE FOR FULL 6 MONTHS (SCHEDULE 1) | $53,596.91 |

**STUDIO CITY EAST 93K LLC**
16633 VENTURA BLVD. # 913
ENCINO, CALIFORNIA 91436
TEL (818) 382-6700    FAX (818) 783-7722

March 22, 2023

**Bed, Bath & Beyond**
Attention: Real Estate Accounting
650 Liberty Avenue
Union, NJ 07083

INSURANCE REIMBURSEMENT
(Store Address - 12555 Ventura Blvd., Studio City, CA 91604)

INSURANCE REIMBURSEMENT DUE
  Earthquake Insurance Coverage
  February 24, 2023 to February 24, 2024
  12555 Ventura Blvd
  STUDIO CITY, CA 91604

TOTAL PREMIUM                                                                              $    5,857.00
(INVOICE WITH COVERAGE ATTACHED)

PLEASE REIMBURSE US AS SOON AS POSSIBLE.

# REDNIL INSURANCE BROKERS, INC.

WESTERN BOWLING PROPRIETORS INSURANCE – 1865 HERNDON AVE. SUITE K   CLOVIS, CA 93611
PH: 800-200-9998  FAX: 559-298-2110

## INVOICE

-------------------------------2/27/2023-------------------------------

STUDIO CITY SPORTS CENTER LLC
STUDIO CITY EAST 93K LLC
16633 VENTURA BLVD. SUITE 913
ENCINO, CA 91436

INSURER:  PALOMAR SPECIALTY INSURANCE CO.

INCEPTION DATE:  2/24/2023
DIC INCLUDING EARTHQUAKE & FLOOD

ANNUAL PREMIUM:  $5,857

PAYOR:  STUDIO CITY EAST 93K LLC- BED BATH & BEYOND
16633 VENTURA BLVD, SUITE #913
ENCINO, CA 91436

PROPERTY LOCATION:  12555 VENTURA BLVD.
STUDIO CITY, CA

DIFFERENCE IN CONDITIONS INCLUDING EARTHQUAKE & FLOOD
**ANNUAL PREMIUM FOR STUDIO CITY EAST 93K LLC – BED BATH & BEYOND**
12555 VENTURA BLVD., STUDIO CITY, CA
LOSS OF RENTS/EXTRA EXPENSE:  $1,589,000

**TOTAL AMOUNT DUE: $5,857**

**STUDIO CITY EAST 93K LLC**
16633 VENTURA BLVD., SUITE 913
ENCINO, CALIFORNIA 91436-1849
TEL: 818-382-6700 FAX: 818-783-7722

February 17, 2023

**Bed, Bath & Beyond**
Attn: Real Estate Accounting
650 Liberty Avenue
Union, NJ 07083

RE:   2023 Common Area Estimated Monthly Fee

Gentlemen:

We have prepared the 2023 Common Area Budget for Studio City East 93K LLC below. The Bed, Bath & Beyond 2023 Common Area Estimated Monthly Fee is $3,300.00 beginning January 1, 2023.

The monthly fee is based on the 2023 budget as follows:

| | |
|---|---:|
| Building & Parking Lot - Cleaning, Sweeping, Security and Maintenance | $ 36,000 |
| Gardener | 15,000 |
| Utilities | 4,000 |
| Total Annual Expense | $ 55,000 |
| Add: 10% Administration Fee | 5,500 |
| Total Budget | $ 60,500 |
| Monthly CAM fee | $ 5,000 |

Please remit the 2022 CAM balance due in the amount of **$19,157.00** as per attached reconciliation statement.

Very truly yours,

*[signature]*

Victor M. Crisostomo
Member

VMC:ct

**STUDIO CITY EAST 93K LLC**
16633 VENTURA BLVD., SUITE 913
ENCINO, CALIFORNIA 91436-1849
TEL: 818-382-6700 FAX: 818-783-7722

## COMMON AREA REIMBURSEMENTS RECONCILIATION
### FOR THE PERIOD 1/1/22 TO 12/31/22

**BED, BATH & BEYOND**

| | |
|---|---:|
| TOTAL CAM EXPENSES (EXHIBIT 1 ATTACHED) | $ 52,334 |
| ADD: ADMINISTRATION FEE 10% OF CAM EXPENSES PER LEASE (PAR.11.G) | 5,223 |
| TOTAL CAM EXPENSES | $ 57,557 |
| LESS: CAM REIMBURSED BY TENANT | (38,400) |
| AMOUNT DUE/(REFUND) | $ 19,157 |

THE ABOVE AMOUNTS ARE CERTIFIED AS CORRECT

_____        2/17/2023
VICTOR M. CRISOSTOMO                    DATE