| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (NEWARK)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gregory G. Plotko, Esquire (No. 048021998)<br>BARNES & THORNBURG LLP<br>390 Madison Avenue, 12th Floor<br>New York, NY 10017-2509<br>Telephone: (646) 746-2406<br>Facsimile: (646) 746-2001<br>gplotko@btlaw.com<br><br>-and-<br><br>Molly N. Sigler (*pro hac vice* admission pending)<br>225 South Sixth Street, Suite 2800<br>Minneapolis, MN 55402<br>Telephone: (612) 367-8728<br>Facsimile: (612) 333-6798<br>E-mail: molly.sigler@btlaw.com<br>*Counsel for Infor (US), LLC* | |
| In Re:<br><br>**BED BATH & BEYOND INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Honorable Vincent F. Papalia |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF MOLLY N. SIGLER

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Molly N. Sigler of Barnes & Thornburg LLP to practice before this Court in connection with the above-captioned matters. This application ("Application") is submitted pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, Gregory G. Plotko hereby represents as follows:

1. I am an attorney with Barnes & Thornburg LLP ("BT"), which law firm maintains an office at 390 Madison Avenue, 12th Floor, New York, NY 10017-2509. BT has been retained to serve as counsel for Infor (US), LLC in connection with the above-captioned matters.

2. I am an attorney-of-law of the State of New York and State of New Jersey and I am admitted to practice before the following U.S. Courts: U.S. District Court for the District of New Jersey; U.S. District Court for the Eastern District of New York; and the U.S. District Court for the Southern District of New York.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission *Pro Hac Vice* of Molly N. Sigler, Esq.

4. Ms. Sigler is an associate with the firm of Barnes & Thornburg LLP, which maintains a business address of 225 South Sixth Street, Suite 2800, Minneapolis, MN 55402.

5. Attached is a certification of Ms. Sigler in which she certifies that she has been admitted to the bar of Minnesota since 2017, and the bar of Tennessee since 2022. Additionally, Ms. Sigler certifies that she is admitted to practice in the United States District Court for the District of Minnesota since 2017. Ms. Sigler further certifies that she is, and has remained, a member in good standing of said bars at all times, that no disciplinary proceedings are pending against her in any jurisdiction, and no discipline has previously been imposed on her in any jurisdiction.

6. Ms. Sigler is familiar with the circumstances surrounding the above-captioned matters and applicable facts and law, and her presence will serve the best interests of Infor (US), LLC.

WHEREFORE, the undersigned respectfully requests entry of the Order submitted herewith approving the admission *pro hac vice* of Molly N. Sigler, Esq. to represent Infor (US), LLC as primary counsel in connection with the above-captioned matters.

Dated: June 23, 2023

Respectfully submitted,

BARNES & THORNBURG LLP

By: */s/ Gregory G. Plotko*
Gregory G. Plotko, Esq.
(No. 048021998)
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Telephone: (646) 746-2406
Facsimile: (646) 746-2001
E-mail: gplotko@btlaw.com

-and-

Molly N. Sigler (*pro hac vice* admission pending)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 367-8728
Facsimile: (612) 333-6798
E-mail: molly.sigler@btlaw.com

*Counsel for Infor (US), LLC*