UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gregory G. Plotko, Esquire (No. 048021998)
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, NY 10017-2509
Telephone: (646) 746-2406
Facsimile: (646) 746-2001
gplotko@btlaw.com

-and-

Molly N. Sigler (*pro hac vice* admission pending)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 367-8728
Facsimile: (612) 333-6798
E-mail: molly.sigler@btlaw.com
*Counsel for Infor (US), LLC*

| | |
|---|---|
| In Re:<br><br>**BED BATH & BEYOND INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Honorable Vincent F. Papalia |

## CERTIFICATION OF MOLLY N. SIGLER
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Molly N. Sigler certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate with the law firm Barnes & Thornburg LLP, which maintains a business address of 225 South Sixth Street, Suite 2800, Minneapolis, MN 55402.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

2.  I make this certification in support of my application ("Application") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. I request to be admitted *pro hac vice* to serve as co-counsel to Infor (US), LLC in connection with the above-captioned matters.

3.  I am and have been a member in good standing of the bar of the State of Minnesota and have been admitted to the bar of the State of Minnesota since 2017. I am and have been a member in good standing of the bar of the State of Tennessee and have been admitted to the bar of the State of Tennessee since 2022. I am admitted to practice in the United States District Court for the District of Minnesota since 2017.

4.  I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5.  I am familiar with the circumstances surrounding the above-captioned bankruptcy cases and applicable law.

6.  I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in the above-captioned matters.

7.  If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: June 23, 2023                                                                 */s/ Molly N. Sigler*
                                                                                     Molly N. Sigler