UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MORITT HOCK & HAMROFF LLP**
Leslie A. Berkoff, Esq.
Marshall O. Dworkin, Esq.
1407 Broadway, Suite 3900
New York, NY 10018
Tel: (212) 239-2000
mdworkin@moritthock.com
lberkoff@moritthock.com

-and-

**GLASS & GOLDBERG**
Marshall Goldberg, Esq.
(*Pro Hac Vice application pending*)
22917 Burbank Blvd.,
Woodland Hills, CA 91367-4203
Tel: (818) 474-1532 or (818) 888-2220
mgoldberg@glassgoldberg.com

*Attorneys for Studio City East 93K, LLC*

In Re:

BED BATH & BEYOND INC., *et al.,*

Debtors[1].

Case No.:   No. 23-13359 (VFP)

Chapter:   11

(Joint Administration Requested)

## CERTIFICATION OF SERVICE

1.  I, Daniel C. Almont:

    ☐ represent _____ in this matter.

    X  am the secretary/paralegal for Moritt Hock Hamroff & LLP, attorneys for Studio City East 93K, LLC in this matter.

    ☐ am the _____ in this case and am representing myself.

2.      On June 23, 2023, I sent a copy of the following pleadings and/or documents to the parties

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

3309130v1

listed in the chart below.

**OBJECTION OF STUDIO CITY EAST 93K, LLC TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 23, 2023

_____

Daniel C. Almont

3309130v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>    Emily E. Geier, P.C.<br>    Derek I. Hunter, Esq.<br>    Ross J. Fiedler, Esq.<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>ross.fiedler@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>X Other Electronic Mail_____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Attn: Michael D. Sirota, Esq.<br>    Warren A. Usatine, Esq.<br>    Felice R. Yudkin, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to the Debtors | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>X Other Electronic Mail_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall S. Huebner<br>    Adam L. Shpeen, Esq.<br>    Steven Z. Szanzer, Esq.<br>    Michael Pera, Esq.<br>marshall.huebner@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com<br>michael.pera@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>X Other Electronic Mail_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman, Esq.<br>    Megan R. Volin, Esq.<br>DHillman@proskauer.com<br>MVolin@proskauer.com | Counsel to the DIP Agent | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>X Other Electronic Mail_____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

3309130v1

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Office of the United States Trustee for Region 3 District of New Jersey Raymond Boulevard, Suite 2100 Newark, NJ 07102 Attn: Fran B. Steele, Esq. Fran.B.Steele@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered  ☐ Regular mail  ☐ Certified mail/RR  X Other Electronic Mail_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP 780 Third Avenue, 34th Floor New York, NY 10017 Robert J Feinstein, Esq. Beth E Levine, Esq. rfeinstein@pszjlaw.com blevine@pszjlaw.com | Proposed Counsel to the Creditors' Committee | ☐ Hand-delivered  ☐ Regular mail  ☐ Certified mail/RR  X Other Electronic Mail_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd 13th Floor Los Angeles, CA 90067-4003 Alan J. Kornfeld, Esq. akornfeld@pszjlaw.com | Proposed Counsel to the Creditors' Committee | ☐ Hand-delivered  ☐ Regular mail  ☐ Certified mail/RR  X Other Electronic Mail_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones, LLP 919 N. Market Street 17th Floor Wilmington, DE 19801 Bradford J. Sandler, Esq. Colin R. Robinson, Esq. bsandler@pszjlaw.com crobinson@pszjlaw.com | Counsel to the Creditors' Committee | ☐ Hand-delivered  ☐ Regular mail  ☐ Certified mail/RR  X Other Electronic Mail_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gibbons P.C. One Gateway Center Newark, NJ 07102 Robert Malone, Esq. rmalone@gibbonslaw.com | Proposed Special Counsel to the Creditors' Committee | ☐ Hand-delivered  ☐ Regular mail  ☐ Certified mail/RR  X Other Electronic Mail_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

3309130v1

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles, Esq.<br>     Michael S. Benn, Esq.<br>     Gordon S. Moodie, Esq.<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder Overstock.com, Inc. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>X Other Electronic Mail_____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |