**BUTLER SNOW LLP**
Paul S. Murphy
P.O. Drawer 4248
Gulfport, MS  39502
228.575.3033
paul.murphy@butlersnow.com

*Attorney for Creditor, Pittsburgh Hilton Head Associates L.P.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No. 23-13359 (VFP) |
| Debtors.[1] | |

**APPLICATION FOR ADMISSION
*PRO HAC VICE* OF MARTIN A. SOSLAND**

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting the admission *pro hac vice* of Martin A. Sosland, Esq. of the law firm of Butler Snow LLP, to represent creditor Pittsburgh Hilton Head Associates L.P. ("Pittsburgh HHA") in the above-captioned chapter 11 case and any related adversary proceedings.  In support of this application, counsel submits the attached *Certification of Martin A. Sosland, Esquire* and requests that the proposed form of order

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's ta identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Pursuant to Local Bankruptcy Rule 9010-1, notice of this application has been provided to counsel of the above-captioned debtors and to the Office of the United States Trustee. Absent an objection to this application within seven (7) days, Pittsburgh HHA respectfully requests that the application be granted and that the attached order be entered by the Court admitting Mr. Sosland *pro hac vice* for purpose of representing Pittsburgh HHA in this case.

|  |  |
|---|---|
| Dated: June 23, 2023 | Respectfully submitted,<br><br>**BUTLER SNOW LLP**<br><br> /s/ Paul S. Murphy, Esq. <br>Paul S. Murphy, Esq.<br><br>P.O. Drawer 4248<br>Gulfport, MS  39502<br>Telephone:  228.575.3033<br><br>*Attorney for Pittsburgh Hilton Head Associates L.P.* |

2

80439956.v2