UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gregory Plotko, Esquire (No. 04802-1998)
BARNES & THORNBURG LLP
390 Madison Avenue
12th Floor
New York, NY 10017-2509
Telephone: (646) 746-2406
Facsimile: (646) 746-2001
E-mail: gplotko@btlaw.com

*-and-*

Molly N. Sigler (*pro hac vice* admission pending)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 367-8728
Facsimile: (612) 333-6798
E-mail: molly.sigler@btlaw.com
*Counsel for Infor (US), LLC*

| | |
|---|---|
| In Re:<br><br>**Bed Bath & Beyond,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (MBK)<br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of June, 2023, he caused a copy of the foregoing *Objection of Infor (US), LLC, to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* to be filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties registered to receive filings in this bankruptcy case

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

by operation of the Court's ECF system. Parties may access this filing through the Court's ECF system. Additionally, a copy of the foregoing was served via U.S. mail or mail on the following parties:

Bed Bath & Beyond, Inc.
650 Liberty Avenue
Union New Jersey 07083
Attn: Holly Etlin, CRO
*Debtors*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Joshua A. Sussberg, P.C.
(joshua.sussberg@kirkland.com)
Emily E. Geier, P.C.,
(emily.geier@kirkland.com)
Derek I. Hunter
(derek.hunter@kirkland.com)
Ross J. Fiedler
(ross.fiedler@kirkland.com)
*Attorneys for Debtors*

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Attn: Michael D. Sirota
(msirota@coleschotz.com)
Warren A. Usatine
(wusatine@coleschotz.com)
Felice R. Yudkin
(fyudkin@coleschotz.com)
*Attorneys for Debtors*

Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, New York 10017
Attn: Marshall Huebner
(marshall.huebner@davispolk.com)
Adam Shpeen
(adam.shpeen@davispolk.com)
Michael Pera
(Michael.pera@davispolk.com)

Steven Z. Szanzer
(steven.szanzer@davispolk.com)
*Attorneys for the Prepetition ABL Agent*

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: David M. Hillman
(DHillman@proskauer.com)
Megan R. Volin
(MVolin@proskauer.com)
*Attorneys for the DIP Agent*

U.S. Trustee for the Region 3, District of
New Jersey
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, New Jersey 07102
Attn: Fran. B Steele, Esq.
(fran.b.steele@usdoj.gov)
*U.S. Trustee*

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Attn: Robert K. Malone
(rmalone@gibbonslaw.com)
Brett S. Theisen
(btheisen@gibbonslaw.com)
Kyle P. McEvilly
(kmcevilly@gibbonslaw.com)
*Attorneys to the Official Committee of Unsecured Creditors*

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Attn: Robert R. Feinstein
(RFEINSTEIN@PSZJLAW.COM)
Bradford J. Sandler
(BSANDLER@PSZJLAW.COM)
Paul J. Labov
(PLABOV@PSZJLAW.COM)
Colin R. Robinson
(CROBINSON@PSZJLAW.COM)
*Attorneys for the Official Committee of Unsecured Creditors*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Attn: Scott K. Charles
 (SKCharles@wlrk.com)
Michael S. Benn
(MSBenn@wlrk.com)
Gordon S. Moodie
(GSMoodie@wlrk.com)
*Attorneys for the Stalking Horse Bidder*

Dated: June 23, 2023                    */s/ Gregory G. Plotko*
                                                                                                       Gregory G. Plotko