**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**FROST BROWN TODD LLP**
Jordan S. Blask, Esq. (NJ I.D. #JB4173)
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone: (412) 513-4300
Facsimile: (412) 513-4299
Email: jblask@fbtlaw.com
          --and--
A.J. Webb, Esq.
Ohio Bar No. 0093655
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: awebb@fbtlaw.com

*Counsel to Select Consolidated Management, LLC*

In Re:

Bed Bath & Beyond Inc., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

Hon. Judge Vincent F. Papalia

(Jointly Administered)

## APPLICATION FOR ADMISSION OF A.J. WEBB *PRO HAC VICE*

The undersigned hereby seeks an Order granting the admission *pro hac vice* of A.J. Webb of the Law Firm of Frost Brown Todd LLP, to practice before this Court in connection with the above-captioned proceeding. This application (the "Application") is submitted pursuant to rule

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the undersigned hereby represents as follows:

1. I am an attorney with Frost Brown Todd LLP ("FBT"), which law firm maintains an office at 501 Grant Street, Suite 800, Pittsburgh, PA 15219. FBT has been retained to serve as counsel for Select Consolidated Management, LLC in connection with the above-captioned bankruptcy cases.

2. I am an attorney-at-law of the State of New Jersey and am admitted to practice before the United States District Courts for New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission, *Pro Hac Vice*, of A.J. Webb, Esq.

4. Mr. Webb is an attorney with the firm of Law Firm of Frost Brown Todd LLP, which maintains an address of 301 East Fourth Street, Suite 3300, Cincinnati, Ohio 45202.

5. Attached hereto as Exhibit A is a certification of Mr. Webb in which he certifies that he is, and has been, a member in good standing of the bar in State of Ohio and the bars of the United States District Court for the Eastern and Western Districts of Michigan, the United States District Court for the Northern and Southern Districts of Ohio, and the United States District Court for the Northern and Southern Districts of Indiana.

6. Additionally, Mr. Webb certifies that he is, and has remained, a member in good standing of said bar at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

7. Mr. Webb is familiar with the circumstances surrounding the above-captioned proceeding and applicable law, and his presence will serve the best interest of Select Consolidated Management, LLC.

8. Mr. Webb is familiar with the Local Rules of practice of this Court.

WHEREFORE, the undersigned respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of A.J. Webb, Esq. to represent Select Consolidated Management, LLC as counsel in connection with the above-captioned proceeding.

Dated: June 23, 2023

**FROST BROWN TODD LLP**

/s/ *Jordan S. Blask*
(NJ I.D. #JB4173)
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone: (412) 513-4300
Facsimile: (412) 513-4299
Email: jblask@fbtlaw.com

*Counsel to Select Consolidated Management, LLC*