**Exhibit A**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FROST BROWN TODD LLP**<br>Jordan S. Blask, Esq. (NJ I.D. #JB4173)<br>501 Grant Street<br>Suite 800<br>Pittsburgh, PA 15219<br>Telephone: (412) 513-4300<br>Facsimile: (412) 513-4299<br>Email: jblask@fbtlaw.com<br>        --and--<br>A.J. Webb, Esq.<br>Ohio Bar No. 0093655<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>Telephone: (513) 651-6800<br>Facsimile: (513) 651-6981<br>Email: awebb@fbtlaw.com<br><br>*Counsel to Select Consolidated Management, LLC* | |
| In Re:<br><br>Bed Bath & Beyond Inc., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Hon. Judge Vincent F. Papalia<br><br>(Jointly Administered) |

## CERTIFICATION OF A.J. WEBB IN
## SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

A.J. Webb certifies, pursuant to 28 U.S.C. §1746, as follows:

1.    I am a partner with the law firm Frost Brown Todd LLP, which maintains an address of 301 East Fourth Street, Suite 3300, Cincinnati, Ohio 45202.

2.    I make this certification in support of my application (the "Application") pursuant

---

[2] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

to rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. Frost Brown Todd LLP has been retained to serve as counsel to Select Consolidated Management, LLC in connection with the above-captioned proceedings.

3. I am and have been, a member in good standing of the bar in State of Ohio and the bars of the United States District Court for the Eastern and Western Districts of Michigan, the United States District Court for the Northern and Southern Districts of Ohio, and the United States District Court for the Northern and Southern Districts of Indiana.

4. I am, and have remained, a member in good standing of said bar at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned bankruptcy cases and applicable law, and my presence will serve the best interests of Select Consolidated Management, LLC.

6. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this proceeding.

7. I have never been denied admission or disciplined in accordance with the Local Rules, nor have I been denied admission to any other Court.

8. I am in possession of and have reviewed a copy of the Local Rules of this Court.

9. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2023

                                              */s/ A.J. Webb*
                                              A.J. Webb

0028924.0759558   4876-0881-1104v1