| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **FROST BROWN TODD LLP** <br> Jordan S. Blask, Esq. (NJ I.D. #JB4173) <br> 501 Grant Street, Suite 800 <br> Pittsburgh, PA 15219 <br> Telephone: (412) 513-4300 <br> Facsimile: (412) 513-4299 <br> Email: jblask@fbtlaw.com <br>     --and-- <br> A.J. Webb, Esq. <br> Ohio Bar No. 0093655 <br> 3300 Great American Tower <br> 301 East Fourth Street <br> Cincinnati, Ohio 45202 <br> Telephone: (513) 651-6800 <br> Facsimile: (513) 651-6981 <br> Email: awebb@fbtlaw.com <br><br> *Counsel to Select Consolidated Management, LLC* | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> Hon. Judge Vincent F. Papalia <br><br> (Jointly Administered) |
| In Re: <br><br> Bed Bath & Beyond Inc., *et al.*,[1] <br><br> Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of Select Consolidated Management, LLC ("Select") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect Select or these chapter 11 bankruptcy cases to be served upon:

Jordan S. Blask
**FROST BROWN TODD LLP**
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone: (412) 513-4300
Facsimile: (412) 513-4299
Email: jblask@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notices*, by itself, is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Select, specifically but not limited to its (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Select is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Select expressly reserves.

| | |
|---|---|
| Dated: June 23, 2023 | **FROST BROWN TODD LLP** |
| | |
| | */s/ Jordan S. Blask* |
| | Jordan S. Blask (NJ I.D. #JB4173) |
| | 501 Grant Street, Suite 800 |
| | Pittsburgh, PA 15219 |
| | Telephone: (412) 513-4300 |
| | Facsimile: (412) 513-4299 |
| | Email: jblask@fbtlaw.com |
| | |
| | *Counsel to Select Consolidated Management, LLC* |

0133008.0769661  4881-0179-5436v1