| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FROST BROWN TODD LLP**<br>Jordan S. Blask, Esq. (NJ I.D. #JB4173)<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219<br>Telephone: (412) 513-4300<br>Facsimile: (412) 513-4299<br>Email: jblask@fbtlaw.com<br>        --and--<br>Ronald E. Gold (Admitted *Pro hac vice*)<br>A.J. Webb (*Pro hac vice* admission pending)<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>Telephone: 513-651-6800<br>Facsimile: 513-651-6981<br>E-mail: rgold@fbtlaw.com<br>        awebb@fbtlaw.com<br><br>*Counsel to WPG Legacy, LLC and Select Consolidated Management, LLC* | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Hon. Judge Vincent F. Papalia<br><br>(Jointly Administered) |
| In Re:<br><br>Bed Bath & Beyond Inc., *et al.*,[1]<br><br>Debtors. | |

**VERIFIED STATEMENT OF FROST BROWN TODD LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Frost Brown Todd LLP ("FBT"), counsel to WPG Legacy, LLC ("WPG") and Select Consolidated Management, LLC ("Select") files this Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. The names and addresses of the parties represented by FBT in the above-referenced chapter 11 cases are:

> WPG Legacy, LLC
> 4900 East Dublin Granville Road
> 4th Floor
> Columbus, OH 43081
>
> Select Consolidated Management, LLC
> 400 Techne Center Drive, Suite 329
> Cincinnati, OH 45150

2. The nature and amount of disclosable economic interest of each creditor, equity security holder, and party in interest represented by FBT is as follows:

    a. WPG: WPG is a creditor in these chapter 11 cases and the managing agent for certain landlords of the Debtors. WPG holds claims against the Debtors in an unknown amount including, but not limited to, all amounts due and owing under the leases between WPG and the Debtors plus any rejection damages and/or administrative priority claims for unpaid post-petition rent and other charges.

    b. Select: Select is a creditor in these chapter 11 cases and the landlord of the Debtors. Select holds claims against the Debtors in an unknown amount including, but not limited to, all amounts due and owing under the leases between Select and the Debtors plus any rejection damages and/or administrative priority claims for unpaid post-petition rent and other charges.

3. WPG and Select have each requested that FBT represent them and their interests in connection with these chapter 11 cases.

4. Upon information and belief, as of the date hereof, FBT does not hold any claim against or equity interest in the Debtors.

5. The undersigned certify that this Verified Statement is true and accurate to the best of his knowledge and belief. FBT reserves the right to revise and supplement this Verified Statement.

Dated: June 23, 2023

Respectfully submitted,

**FROST BROWN TODD LLP**

*/s/ Jordan S. Blask*
Jordan S. Blask (NJ I.D. #JB4173)
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone: (412) 513-4300
Facsimile: (412) 513-4299
Email:  jblask@fbtlaw.com

--and--

Ronald E. Gold
(Admitted *pro hac vice*)
A.J. Webb
(*Pro hac vice* admission pending)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com
           awebb@fbtlaw.com

*Counsel to WPG Legacy, LLC and Select Consolidated Management, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23, 2023, a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing.

*/s/ Jordan S. Blask*
Jordan S. Blask

0133008.0769661  4878-1861-7952v1