# Lease Ledger

## Lease Information

**Bed Bath & Beyond Inc.**
Bed Bath & Beyond Inc.
650 Liberty Ave.
Real Estate Accounting
Union , NJ , 07083

| Field | Value |
|---|---|
| Date | 06/20/2023 |
| Lease Id | t0000501 |
| Property | ug203sol |
| Location | UG2 Solon OH |
| Assigned Space(s) | 123 |
| Customer | |
| ICS Code | |
| Lease Type | Corporate Tenant-Net |
| Lease Term | From 10/20/1998 To 01/31/2024 |
| Lease Area | 40,000(Gross Lease) |
| Monthly Rent | 27833.33 |
| Office Phone | |
| Fax  No | |
| E-Mail | |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | Balance Forward | | | 1,536.51 |
| 01/01/22 | Base Rent (01/2022) | 27,833.33 | | 29,369.84 |
| 01/01/22 | Common Area Maintenance 1/22 | 4,919.50 | | 34,289.34 |
| 01/01/22 | Property Insurance 1/22 | 1,133.33 | | 35,422.67 |
| 01/03/22 | 010322W | | 34,033.74 | 1,388.93 |
| 02/01/22 | Base Rent (02/2022) | 27,833.33 | | 29,222.26 |
| 02/01/22 | Common Area Maintenance 2/22 | 4,919.50 | | 34,141.76 |
| 02/01/22 | Property Insurance 2/22 | 1,133.33 | | 35,275.09 |
| 02/01/22 | 020122W | | 34,033.74 | 1,241.35 |
| 02/08/22 | Water/Sewer -10/25/21-1/24/22 | 1,005.16 | | 2,246.51 |
| 02/11/22 | 021122W | | 1,536.51 | 710.00 |
| 03/01/22 | Base Rent (03/2022) | 27,833.33 | | 28,543.33 |
| 03/01/22 | Common Area Maintenance 3/22 | 4,919.50 | | 33,462.83 |
| 03/01/22 | Property Insurance 3/22 | 1,133.33 | | 34,596.16 |
| 03/01/22 | 030122W | | 35,038.90 | (442.74) |
| 04/01/22 | Common Area Maintenance 4/22 | 4,919.50 | | 4,476.76 |
| 04/01/22 | Property Insurance 4/22 | 1,133.33 | | 5,610.09 |
| 04/01/22 | Base Rent (04/2022) | 27,833.33 | | 33,443.42 |
| 04/01/22 | 040122W | | 34,033.74 | (590.32) |
| 04/29/22 | 2021 CAM Reconciliation | 1,639.78 | | 1,049.46 |
| 04/29/22 | 2021 INS Reconciliation | 377.81 | | 1,427.27 |
| 05/01/22 | Common Area Maintenance 5/22 | 4,919.50 | | 6,346.77 |
| 05/01/22 | Property Insurance 5/22 | 1,133.33 | | 7,480.10 |
| 05/01/22 | Base Rent (05/2022) | 27,833.33 | | 35,313.43 |
| 05/02/22 | 050222W | | 34,033.74 | 1,279.69 |
| 06/01/22 | Base Rent (06/2022) | 27,833.33 | | 29,113.02 |
| 06/01/22 | Water/Sewer -1/24/22-4/24/22 | 208.75 | | 29,321.77 |
| 06/01/22 | Common Area Maintenance 6/22 | 4,919.50 | | 34,241.27 |
| 06/01/22 | Property Insurance 6/22 | 1,133.33 | | 35,374.60 |
| 06/01/22 | 060122W | | 34,033.74 | 1,340.86 |
| 06/14/22 | 061422W | | 208.75 | 1,132.11 |
| 07/01/22 | Base Rent (07/2022) | 27,833.33 | | 28,965.44 |
| 07/01/22 | Common Area Maintenance 7/22 | 4,919.50 | | 33,884.94 |
| 07/01/22 | Property Insurance 7/22 | 1,133.33 | | 35,018.27 |
| 07/01/22 | 070122W | | 34,033.74 | 984.53 |
| 08/01/22 | Common Area Maintenance 8/22 | 4,919.50 | | 5,904.03 |
| 08/01/22 | Property Insurance 8/22 | 1,133.33 | | 7,037.36 |
| 08/01/22 | Base Rent (08/2022) | 27,833.33 | | 34,870.69 |
| 08/01/22 | 080122W | | 34,033.74 | 836.95 |
| 09/01/22 | Base Rent (09/2022) | 27,833.33 | | 28,670.28 |
| 09/01/22 | Water/Sewer -4/24/22-7/25/22 | 228.92 | | 28,899.20 |
| 09/01/22 | Common Area Maintenance 9/22 | 4,919.50 | | 33,818.70 |
| 09/01/22 | Property Insurance 9/22 | 1,133.33 | | 34,952.03 |
| 09/01/22 | 090122W | | 34,033.74 | 918.29 |
| 09/13/22 | 091322w | | 228.92 | 689.37 |
| 09/30/22 | 093022W -   NSFed by ctrl# 7694 Rvrs incorrect entry | | 1,030.00 | (340.63) |
| 10/01/22 | Base Rent (10/2022) | 27,833.33 | | 27,492.70 |
| 10/01/22 | Common Area Maintenance (10/2022) | 4,919.50 | | 32,412.20 |

Tuesday, June 20, 2023

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | **1,536.51** |
| 10/01/22 | Property Insurance (10/2022) | 1,133.33 | | 33,545.53 |
| 10/03/22 | 100322W | | 34,033.74 | (488.21) |
| 10/31/22 | 093022W - NSF receipt Ctrl# 7303 Rvrs incorrect entry | | (1,030.00) | 541.79 |
| 11/01/22 | Base Rent (11/2022) | 27,833.33 | | 28,375.12 |
| 11/01/22 | Common Area Maintenance (11/2022) | 4,919.50 | | 33,294.62 |
| 11/01/22 | Property Insurance (11/2022) | 1,133.33 | | 34,427.95 |
| 11/02/22 | 110222W | | 34,033.74 | 394.21 |
| 12/01/22 | Base Rent (12/2022) | 27,833.33 | | 28,227.54 |
| 12/01/22 | Common Area Maintenance (12/2022) | 4,919.50 | | 33,147.04 |
| 12/01/22 | Property Insurance (12/2022) | 1,133.33 | | 34,280.37 |
| 12/01/22 | 120122W - ACH-120122W | | 34,033.74 | 246.63 |
| 12/15/22 | Water/Sewer -7/25/22-10/25/22 | 228.92 | | 475.55 |
| 01/01/23 | Base Rent (01/2023) | 27,833.33 | | 28,308.88 |
| 01/03/23 | 010323W - ACH-010323W | | 34,185.75 | (5,876.87) |
| 01/12/23 | 011223W - ACH-011223W | | 228.92 | (6,105.79) |
| 02/01/23 | Base Rent (02/2023) | 27,833.33 | | 21,727.54 |
| 02/09/23 | 020923W - ACH-020923W | | 34,185.75 | (12,458.21) |
| 02/15/23 | Dec. 2022 Property Insurance | 1,133.33 | | (11,324.88) |
| 02/15/23 | Dec. 2022 CAM Expenses | 4,919.50 | | (6,405.38) |
| 02/15/23 | Water/Sewer -10/25/22-1/24/23 | 238.99 | | (6,166.39) |
| 02/15/23 | CAM - Jan. 2023 | 8,842.00 | | 2,675.61 |
| 02/15/23 | CAM - Feb. 2023 | 8,842.00 | | 11,517.61 |
| 02/15/23 | Property Taxes - Jan. 2023 | 5,980.00 | | 17,497.61 |
| 02/15/23 | Property Taxes - Feb. 2023 | 5,980.00 | | 23,477.61 |
| 02/15/23 | Property Insurance - Jan. 2023 | 1,133.00 | | 24,610.61 |
| 02/15/23 | Property Insurance - Feb. 2023 | 1,133.00 | | 25,743.61 |
| 02/15/23 | Rev Dec. 2022 Property Insurance | (1,133.33) | | 24,610.28 |
| 02/15/23 | Rev Dec. 2022 CAM Expenses | (4,919.50) | | 19,690.78 |
| 03/01/23 | Base Rent (03/2023) | 27,833.33 | | 47,524.11 |
| 03/01/23 | Common Area Maintenance (03/2023) | 8,842.00 | | 56,366.11 |
| 03/01/23 | Property Insurance (03/2023) | 1,133.00 | | 57,499.11 |
| 03/01/23 | Property Taxes - March 2023 | 5,980.00 | | 63,479.11 |
| 03/09/23 | 030923W - ACH-030923W | | 34,185.75 | 29,293.36 |
| 04/01/23 | Base Rent (04/2023) | 27,833.33 | | 57,126.69 |
| 04/01/23 | Common Area Maintenance (04/2023) | 8,842.00 | | 65,968.69 |
| 04/01/23 | Property Insurance (04/2023) | 1,133.00 | | 67,101.69 |
| 04/01/23 | Property Taxes (04/2023) | 5,980.00 | | 73,081.69 |
| 04/15/23 | 2022 Insurance Reconciliation | (1,928.02) | | 71,153.67 |
| 04/15/23 | 2022 Property Tax Reconciliation | 70,371.61 | | 141,525.28 |
| 04/15/23 | 2022 CAM Reconciliation | 1,770.96 | | 143,296.24 |
| 05/01/23 | Base Rent (05/2023) | 27,833.33 | | 171,129.57 |
| 05/01/23 | Common Area Maintenance (05/2023) | 8,842.00 | | 179,971.57 |
| 05/01/23 | Property Insurance (05/2023) | 1,133.00 | | 181,104.57 |
| 05/01/23 | Property Taxes (05/2023) | 5,980.00 | | 187,084.57 |
| 05/01/23 | 050123W - ACH-050123W | | 9,116.20 | 177,968.37 |
| 05/02/23 | 050223W - ACH-050223W | | 34,185.75 | 143,782.62 |
| 05/15/23 | Water/Sewer -1/24/23-4/24/23 | 188.59 | | 143,971.21 |
| 06/01/23 | Base Rent (06/2023) | 27,833.33 | | 171,804.54 |
| 06/01/23 | Common Area Maintenance (06/2023) | 8,842.00 | | 180,646.54 |
| 06/01/23 | Property Insurance (06/2023) | 1,133.00 | | 181,779.54 |
| 06/01/23 | Property Taxes (06/2023) | 5,980.00 | | 187,759.54 |
| 06/02/23 | 060223W - ACH-060223W | | 34,185.75 | 153,573.79 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| (1,284.58) | 43,976.92 | 79,817.13 | 31,064.32 | 153,573.79 |