Exhibit A

| Property Name | DBA Name | Store No. | Debtor Stated Cure | Simon Cure Amount | Simon Notes |
|---|---|---|---|---|---|
| Cordova Mall – Pensacola Land, FL. | Bed Bath & Beyond | 525 | $30,897.01 | $51,954.71 | |
| Denver West Village, CO. | Bed Bath & Beyond | 137 | $ - | $42,738.85 | |
| Northgate Station, WA. | Bed Bath & Beyond | 1207 | $30,220.57 | $164,130.54 | |
| Potomac Mills, MD. | Buy Buy Baby/ and That! | 3080/7077 | $ - | | Lease has been rejected [ECF No. 373]. |