**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No.: 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF EXTENSION OF CHALLENGE PERIOD**

 **PLEASE TAKE NOTICE** that the Challenge Period (as defined in the Final DIP Order)[2]

is hereby extended until June 27, 2023 at 11:59 p.m. (Eastern time), which pursuant to the Final

DIP Order also extends the Reserve Release Date (as defined in the Final DIP Order).

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

[2]  Final DIP Order means the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 729].

Dated: June 25, 2023
        Newark, New Jersey


*/s/  Emily E. Geier*                    /s/ *Morris S. Bauer*

**COLE SCHOTZ P.C.**                     **DUANE MORRIS LLP**
Michael D. Sirota, Esq.                  Morris S. Bauer
Warren A. Usatine, Esq.                  One Riverfront Plaza
Felice R. Yudkin, Esq.                   Newark, NJ 07102
Court Plaza North, 25 Main Street        Tel:  (973) 424-2037
Hackensack, New Jersey 07601             MSBauer@duanemorris.com
Telephone:  (201) 489-3000
Email:    msirota@coleschotz.com         and
          wusatine@coleschotz.com
          fyudkin@coleschotz.com         **PROSKAUER ROSE LLP**
                                         David M. Hillman
                                         Megan R. Volin
**KIRKLAND & ELLIS LLP**                 Eleven Times Square
**KIRKLAND & ELLIS**                     New York, NY 10036
**INTERNATIONAL LLP**                    Tel:  (212) 969-3000
Joshua A. Sussberg, P.C. (admitted *pro hac*   Email: dhillman@proskauer.com
*vice*)                                        mvolin@proskauer.com
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)  and
601 Lexington Avenue
New York, New York 10022                 Charles A. Dale
Telephone:  (212) 446-4800               One International Place
Facsimile:  (212) 446-4900               Boston, MA 02110
Email:    joshua.sussberg@kirkland.com   Tel:  (617) 526-9600
          emily.geier@kirkland.com       Email: cdale@proskauer.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*             *Counsel to Sixth Street Specialty*
*Debtors in Possession*                  *Lending, LLC*