| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>DStolz@genovaburns.com<br>GKinoian@genovaburns.com<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn, Esq. (admitted pro hac vice)<br>Kurt A. Mayr, Esq. (admitted pro hac vice)<br>Shai Schmidt, Esq. (admitted pro hac vice)<br>Agustina G. Berro, Esq. (admitted pro hac vice)<br>Naznen Rahman, Esq. (admitted pro hac vice)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>aglenn@glennagre.com<br>kmayr@glennagre.com<br>sschmidt@glennagre.com<br>aberro@glennagre.com<br>nrahman@glennagre.com<br><br>*Counsel to the Ad Hoc Bondholder Group* | **UNREDACTED VERSION**<br>**FILED UNDER SEAL**<br>**SUBJECT TO MOTION TO SEAL** |
| In re:<br><br>**BED BATH & BEYOND INC.,** *et al.*,<br><br>Debtors.[1] | Chapter:   11<br>Case No.: 23-13359 (VFP)<br><br>Judge:   Hon. Vincent F. Papalia<br>              U.S. Bankruptcy Judge |

**MOTION OF THE AD HOC BONDHOLDER GROUP, PURSUANT TO 11 U.S.C. § 105(a), FED. R. CIV. P. 60(b), AND FED. R. BANKR. P. 4001(c) AND 9024, (A) FOR AN ORDER VACATING THE INTERIM AND FINAL ORDERS, AMONG OTHER THINGS, AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, AND (B) FOR OTHER RELATED RELIEF**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

**[UNREDACTED VERSION FILED UNDER SEAL SUBJECT TO MOTION TO SEAL]**

Dated:  June 25, 2023

                    **GENOVA BURNS LLC**

                    By: /s/  *Gregory S. Kinoian*
                          Daniel M. Stolz, Esq.
                          Gregory S. Kinoian, Esq.
                    110 Allen Rd., Suite 304
                    Basking Ridge, NJ 07920
                    Tel:    (973) 230-2095
                    Fax:   (973) 533-1112
                    Email: DStolz@genovaburns.com
                            GKinoian@genovaburns.com

                            - and -

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq. (admitted *pro hac vice*)
Kurt A. Mayr, Esq. (admitted *pro hac vice*)
Shai Schmidt, Esq. (admitted *pro hac vice*)
Agustina Berro, Esq. (admitted *pro hac vice*)
Naznen Rahman, Esq. (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email:  aglenn@glennagre.com
           kmayr@glennagre.com
           sschmidt@glennagre.com
           aberro@glennagre.com
           nrahman@glennagre.com

*Counsel to the Ad Hoc Bondholder Group*