**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Gregory S. Kinoian, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
Fax: (973) 467-8126
DStolz@genovaburns.com
GKinoian@genovaburns.com

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq. (admitted pro hac vice)
Kurt A. Mayr, Esq. (admitted pro hac vice)
Shai Schmidt, Esq. (admitted pro hac vice)
Agustina G. Berro, Esq. (admitted pro hac vice)
Naznen Rahman, Esq. (admitted pro hac vice)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
aberro@glennagre.com
nrahman@glennagre.com

*Counsel to the Ad Hoc Bondholder Group*

|  |  |
|---|---|
| In re:<br><br>**BED BATH & BEYOND INC.**, *et al.*,<br><br>Debtors.[1] | Chapter:   11<br>Case No.: 23-13359 (VFP)<br><br>Judge:     Hon. Vincent F. Papalia<br>           U.S. Bankruptcy Judge |

**DECLARATION OF ANDREW K. GLENN IN SUPPORT OF MOTION
OF THE AD HOC BONDHOLDER GROUP, PURSUANT TO 11 U.S.C. § 105(a),
FED. R. CIV. P. 60(b), AND FED. R. BANKR. P. 4001(c) AND 9024, (A) FOR AN
ORDER VACATING THE INTERIM AND FINAL ORDERS, AMONG OTHER
THINGS, AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION
FINANCING, AND (B) FOR OTHER RELATED RELIEF**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

I, Andrew K. Glenn, hereby declare under penalty of perjury as follows:

1.      I am the Managing Partner of Glenn Agre Bergman & Fuentes LLP ("Glenn Agre").  Glenn Agre serves as counsel to the ad hoc group of certain holders of the Debtors' Unsecured Notes (the "Ad Hoc Bondholder Group"). [2] I file this declaration (this "Declaration") in support of the motion (the "Motion") filed by the Ad Hoc Bondholder Group for reconsideration of the DIP Orders, filed contemporaneously herewith.  Unless otherwise stated in this Declaration, all matters set forth in this Declaration are based on my personal knowledge, my review of relevant documents, information supplied to me, or my views.

2.      I have been informed by the Debtors' professionals that the Debtors estimate that the FILO Lenders will receive a deficiency claim from their prepetition collateral exceeding $180 million.

3.       I have been informed by the Debtors' professionals that the Debtors and the FILO Lenders received daily sales reports and/or regular cash reports showing the Debtors' cash balance.

4.      I have been informed by the Debtors' professionals that, after news broke that the Debtors' bankruptcy filing was imminent, customers flocked to the stores.

5.      I have been informed by the Debtors' professionals that, in the weekend leading up to the Debtors' bankruptcy filing, the Debtors posted strong sales that significantly exceeded projections.

6.      Attached hereto as **Exhibit 1** is a true and correct copy of the summary of collections and disbursements for the week ending May 6, 2023, Glenn Agre received from the Debtors in voluntary discovery.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings to such terms in the Motion.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2023
        New York, New York

                                                By:  */s/ Andrew K. Glenn*_____
                                                     Andrew K. Glenn

## EXHIBIT 1

**May 6, 2023 Weekly Report**

**Summary Collections and Disbursements (All Amounts in USD)**

Week Ending May 6, 2023

| United States | 1-May | 2-May | 3-May | 4-May | 5-May | Total |
|---|---|---|---|---|---|---|
| Collections from Sales (Excluding Sales Tax) | $ 16,540,133 | $ 47,809,529 | $ 10,893,570 | $ 9,121,363 | $ 7,993,601 | $ 92,358,196 |
| Estimated Sales Tax Collections[1] | 1,008,948 | 2,916,381 | 664,508 | 556,403 | 487,610 | 5,633,850 |
| Other Receipts | – | – | – | – | – | – |
| **Total Receipts** | **$ 17,549,081** | **$ 50,725,910** | **$ 11,558,078** | **$ 9,677,766** | **$ 8,481,211** | **$ 97,992,046** |
| **Total Disbursements** | **$ 29,160,644** | **$ 1,116,424** | **$ 1,295,811** | **$ 61,523,607** | **$ 29,799,315** | **$ 122,895,801** |
| **Cash Balance[2]** | **$ 80,123,898** | **$ 129,504,076** | **$ 139,466,094** | **$ 86,242,283** | **$ 63,284,627** | |

| Canada | 1-May | 2-May | 3-May | 4-May | 5-May | Total |
|---|---|---|---|---|---|---|
| Collections from Sales (Excluding Sales Tax) | $ 245 | $ 49 | $ – | $ – | $ – | $ 294 |
| Estimated Sales Tax Collections[3] | 37 | 7 | – | – | – | 44 |
| Other Receipts | – | – | – | – | – | – |
| **Total Receipts** | **$ 282** | **$ 57** | **$ –** | **$ –** | **$ –** | **$ 339** |
| **Total Disbursements** | **$ 1,934,668** | **$ –** | **$ 1,546,944** | **$ 15,343** | **$ –** | **$ 3,496,955** |
| **Cash Balance[2]** | **$ 9,875,257** | **$ 8,828,169** | **$ 7,281,225** | **$ 7,292,971** | **$ 7,286,446** | |

| Total | 1-May | 2-May | 3-May | 4-May | 5-May | Total |
|---|---|---|---|---|---|---|
| Collections from Sales (Excluding Sales Tax) | $ 16,540,378 | $ 47,809,578 | $ 10,893,570 | $ 9,121,363 | $ 7,993,601 | $ 92,358,491 |
| Estimated Sales Tax Collections | 1,008,985 | 2,916,389 | 664,508 | 556,403 | 487,610 | 5,633,894 |
| Other Receipts | – | – | – | – | – | – |
| **Total Receipts** | **$ 17,549,363** | **$ 50,725,967** | **$ 11,558,078** | **$ 9,677,766** | **$ 8,481,211** | **$ 97,992,385** |
| **Total Disbursements** | **$ 31,095,312** | **$ 1,116,424** | **$ 2,842,755** | **$ 61,538,950** | **$ 29,799,315** | **$ 126,392,756** |
| **Cash Balance[2]** | **$ 89,999,155** | **$ 138,332,245** | **$ 146,747,319** | **$ 93,535,253** | **$ 70,571,073** | |

*Notes*

[1] *Estimated based on a Sales Tax rate of 6.1%*

[2] *Includes cash related to ACHs and Checks issued but not cleared*

[3] *Estimated based on a Sales Tax Rate of 15.0%*

**Detailed Disbursements - US**

Week Ending May 6, 2023

| Vendor Name | Type of Payment | Vendor Class | Pre-Petition / Post-Petition | Payment Amount (USD) | Payment Date | Comments |
|---|---|---|---|---|---|---|
| STG INTERMODAL SOLUTIONS INC | Freight | | Pre-Petition | $ 103,870 | 1-May | |
| Insurance Premium | Insurance | | Pre-Petition | 79,901 | 1-May | |
| Payroll & Benefits | Payroll & Benefits | | Pre-Petition | 829,976 | 1-May | |
| FILO Interest | Interest | | Pre-Petition | 4,435,531 | 1-May | |
| May Rent | Rent | | Post-Petition | 23,130,019 | 1-May | |
| Ryder Integrated Logistics | Freight | | Pre-Petition | 581,347 | 1-May | |
| DRM | Non-Merch | FAC | Post-Petition | 400,000 | 2-May | |
| Payroll & Benefits | Payroll & Benefits | | Pre-Petition | 716,424 | 2-May | |
| Ryder Integrated Logistics | Freight | | Pre-Petition | 884,236 | 3-May | |
| Payroll & Benefits | Payroll & Benefits | | Pre-Petition | 411,575 | 3-May | |
| ABL Principal Balance Paydown | ABL | | Pre-Petition | 50,000,000 | 4-May | |
| Payroll & Benefits | Payroll & Benefits | | Pre-Petition | 239,577 | 4-May | |
| Hilco | Hilco | | Post-Petition | 4,000,000 | 4-May | Advance payment for Wave 5 |
| Kroll | Professional Fees | | Post-Petition | 764,813 | 4-May | Advance payment for notifications |
| World Distribution Services | Freight | | Post-Petition | 3,000,000 | 4-May | Signed an agreement - waived pre-petition amount for advance payment on post-petition work |
| FEDEX | Freight | | Pre-Petition | 1,584,466 | 4-May | |
| JB HUNT / ZENITH | Freight | | Post-Petition | 600,000 | 4-May | |
| J.B. HUNT TRANSPORT INC. | Freight | | Post-Petition | 600,000 | 4-May | |
| HNRY LOGISTICS INC | Freight | | Pre-Petition | 26,677 | 4-May | |
| SCHNEIDER NATIONAL | Freight | | Pre-Petition | 10,810 | 4-May | |
| DEMAR LOGISTICS, INC. | Freight | | Pre-Petition | 47,262 | 4-May | |
| EAST COAST WEST COAST/THE GILBERT CO | Freight | | Pre-Petition | 21,261 | 4-May | |
| FREIGHT SYSTEMS INC. SLC | Freight | | Pre-Petition | 23,561 | 4-May | |
| INTERNATIONAL DISTRIBUTION GROUP LLC | Freight | | Pre-Petition | 15,401 | 4-May | |
| INTERNATIONAL DISTRIBUTION MIAMI | Freight | | Pre-Petition | 38,006 | 4-May | |
| INTERNATIONAL WAREHOUSING GROUP | Freight | | Pre-Petition | 5,610 | 4-May | |
| JW LOGISTICS | Freight | | Pre-Petition | 77,985 | 4-May | |
| PATHMARK TRANSPORTATION | Freight | | Pre-Petition | 49,610 | 4-May | |
| REGIONAL LOGISTICS GROUP LLC | Freight | | Pre-Petition | 5,262 | 4-May | |
| SULLIVAN TRANSP/SULLIVAN CONSOL | Freight | | Pre-Petition | 19,928 | 4-May | |
| TANTARA TRANSPORTATION GROUP INC | Freight | | Pre-Petition | 32,188 | 4-May | |
| AFN, LLC | Freight | | Pre-Petition | 11,419 | 4-May | |
| PICK UP NOW INC | Freight | | Pre-Petition | 48,674 | 4-May | |
| PASHA HAWAII HOLDINGS LLC. | Freight | | Pre-Petition | 6,755 | 4-May | |
| AFS GLOBAL FREIGHT MGMT LLC CO | Freight | | Pre-Petition | 121,048 | 4-May | |
| MEDITERRANEAN SHIPPING COMPANY USA | Freight | | Pre-Petition | 12,020 | 4-May | |
| NUWEST LOGISTICS LLC | Freight | | Pre-Petition | 7,514 | 4-May | |
| THE SIEGFRIED GROUP LLP | Non-Merch | FNC | Post-Petition | 22,500 | 4-May | For temp employee in Corporate Office |
| ADOBE SYSTEMS INC | Non-Merch | IT | Post-Petition | 131,258 | 4-May | Renders images on the website |
| CUSTOMS | CUSTOMS | | Post-Petition | 42,222 | 5-May | |
| Utility Deposit | Reserve Account | | Post-Petition | 1,889,890 | 5-May | |
| Professional Fee Carve-Out | Reserve Account | | Post-Petition | 3,495,435 | 5-May | |
| WARN & Priority Claims Reserve | Reserve Account | | Post-Petition | 23,400,000 | 5-May | |
| ABL Reserve | Reserve Account | | Post-Petition | 500,000 | 5-May | |
| Payroll & Benefits | Payroll & Benefits | | Post-Petition | 471,768 | 5-May | |
| **Total** | | | | **$ 122,895,801** | | |

**Detailed Disbursements - Canada**
Week Ending May 6, 2023

CAD to USD                    0.74

| Vendor Name | Type of Payment | Vendor Class | Pre-Petition / Post-Petition | Payment Amount | Payment Amount (USD) | Payment Date | Comments |
|---|---|---|---|---|---|---|---|
| DRM WASTE MANAGEMENT INC. | Non-Merch | FAC | Post-Petition | $     20,627 | $     15,343 | 4-May | |
| Rent | Rent | | Post-Petition | 82,352 | 61,255 | 1-May | |
| Payroll & Benefits | Payroll & Benefits | | Post-Petition | 2,049,482 | 1,524,459 | 3-May | |
| Payroll & Benefits | Payroll & Benefits | | Post-Petition | 30,230 | 22,486 | 3-May | |
| Sales Tax | Sales Tax | | Post-Petition | 2,518,616 | 1,873,413 | 1-May | |
| **Total** | | | | **$ 4,701,307** | **$     3,496,955** | | |

## Outstanding Obligations - *As of May 5, 2023*

*$ in Millions*

| Obligations | Outstanding Amount |
|---|---|
| Debtor-in-Possession Loan Facility | $        40.0 |
| ABL Facility - Prepetition | 27.8 |
| LC Balance - Prepetition | 100.4 |
| FILO Term Loan Facility - Prepetition | 547.1 |
| Capital Lease Obligation | 61.5 |
| **Total Secured Debt** | **$        776.8** |
| 3.749% Senior Notes Due 2024 - Prepetition | 215.4 |
| 4.915% Senior Notes Due 2034 - Prepetition | 209.7 |
| 5.165% Senior Notes Due 2044 - Prepetition | 604.8 |
| **Total Unsecured Debt** | **$     1,029.9** |
| **Total Funded Debt** | **$     1,806.7** |