| Database: | SELECTPROD | | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Select Production | | | | Date: | 6/22/2023 |
| ENTITY: | 994000 | | | Augusta Exchange I | | | | Time: | 4:00 PM |
| | | | | Period: 06/23 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| 994000-00020952 | **BED BATH & BEYOND #155** | | | Master Occupant Id: 00015313-1 | | Day Due: 1 | Delq Day: 5 | | |
| | Arsim.Dauti@bedbath.com | | | 20 | Current | Last Payment: | 6/2/2023 | 34,371.45 | |
| | (908) 855-4296 | | | | | | | | |
| 4/14/2023 | PYC | Prior Year CAM | CH | 7,326.03 | 0.00 | 0.00 | 7,326.03 | 0.00 | 0.00 |
| 5/2/2023 | UND | Prepaid Rent | CR | -3,111.11 | 0.00 | -3,111.11 | 0.00 | 0.00 | 0.00 |
| | **BED BATH & BEYOND #155 Total:** | | | 4,214.92 | 0.00 | -3,111.11 | 7,326.03 | 0.00 | 0.00 |
| | **ENTITY 994000 Total:** | | | 4,214.92 | 0.00 | -3,111.11 | 7,326.03 | 0.00 | 0.00 |

| Database: | SELECTPROD | | Aged Delinquencies | | | Page: | 2 |
|---|---|---|---|---|---|---|---|
| ENTITY: | 994100 | | Select Production | | | Date: | 6/22/2023 |
| | | | Augusta Exchange II | | | Time: | 4:00 PM |
| | | | Period: 06/23 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| 994100-00020977 | **BUY BUY BABY #3019** | | | Master Occupant Id: 00015338-1 | | Day Due: 1 | Delq Day: | | |
| | Dalaop Adenuga | | | 48   Current | | Last Payment: | 6/2/2023 | | 11,666.67 |
| | (908) 855-4527 | | | | | | | | |
| 4/14/2023 | PR1 | Percentage Rent 1 | CH | 3,184.99 | 0.00 | 0.00 | 3,184.99 | 0.00 | 0.00 |
| 5/1/2023 | BRT | Base Rent | CH | 11,666.67 | 0.00 | 11,666.67 | 0.00 | 0.00 | 0.00 |
| | **BUY BUY BABY #3019 Total:** | | | 14,851.66 | 0.00 | 11,666.67 | 3,184.99 | 0.00 | 0.00 |
| | **ENTITY 994100 Total:** | | | 14,851.66 | 0.00 | 11,666.67 | 3,184.99 | 0.00 | 0.00 |
| | | | **Grand Total:** | 19,066.58 | 0.00 | 8,555.56 | 10,511.02 | 0.00 | 0.00 |