# EXHIBIT 1

## Tenant Information

Bed Bath & Beyond
Lisa Vasil
650 Liberty avenue
union, NJ 07083

Date: 06/23/2023
Lease Id: 10011247
Property: midtown
Location: Middletown Shopping Center
Assigned Space: 017
Lease Area: 35,843.00
Lease Term: From 06/29/2017 To 01/31/2028
Status: Current

## Unpaid Charge Details

| Invoice Date | Post Month | Control No. | Description | Charges | Payments | Amount Owed |
|---|---|---|---|---|---|---|
| 02/17/2023 | 02/2023 | C-1157588 | 2022 cam recon | 3,647.76 | 0.00 | 3,647.76 |
| 04/01/2023 | 04/2023 | C-1173117 | CAM Charge Estimation (04/2023) | 8,750.00 | 0.00 | 8,750.00 |
| 04/01/2023 | 04/2023 | C-1173118 | Retail Rent Charge (04/2023) | 28,080.17 | 0.00 | 28,080.17 |
| 05/23/2023 | 05/2023 | C-1220170 | April 23 Tax prepaid | 5,634.72 | 0.00 | 5,634.72 |
| | | | Total | 46,112.65 | 0.00 | 46,112.65 |

5