UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire (#019621997)
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com
*Attorney for Middletown Shopping Center I, L.P.*

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.* <br> *Debtors* | Case No. 23-13359 (VFP) <br><br> Honorable Vincent F. Papalia <br><br> Jointly Administered |

## CERTIFICATION OF SERVICE

I, Dana S. Plon, Esquire, represent Middletown Shopping Center I, L.P., in the above-captioned matter. On June 26, 2023, I caused a copy of the foregoing Objection of Middletown Shopping Center I, L.P. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases to be sent as set forth below:

| **Name and Address of Party Served** | **Relationship of Party to Case** | **Mode of Service** |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.,<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com) | Counsel to Debtors | Via Electronic Mail |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | Co-Counsel to the Debtors | Via Electronic Mail |

1

| | | |
|---|---|---|
| Attn: Michael D. Sirota (msirota@coleschotz.com) Warren A. Usatine (wusatine@coleschotz.com) Felice R. Yudkin (fyudkin@coleschotz.com) | | |
| Davis Polk & Wardwell, LLP 450 Lexington Avenue New York, New York 10017 Attn: Marshall Huebner (marshall.huebner@davispolk.com) Adam Shpeen (adam.shpeen@davispolk.com) Michael Pera (Michael.pera@davispolk.com) Steven Z. Szanzer (steven.szanzer@davispolk.com) | Counsel to the Prepetition ABL Agent | Via Electronic Mail |
| U.S. Trustee for the Region 3, District of New Jersey One Newark Center 1085 Raymond Boulevard Suite 2100 Newark, New Jersey 07102 Attn: Fran. B Steele, Esq. (fran.b.steele@usdoj.gov) | U.S. Trustee | Via Electronic Mail |
| Gibbons P.C. One Gateway Center Newark, New Jersey 07102-5310 Attn: Robert K. Malone (rmalone@gibbonslaw.com) Brett S. Theisen (btheisen@gibbonslaw.com) Kyle P. McEvilly (kmcevilly@gibbonslaw.com) | Counsel to the Official Committee of Unsecured Creditors | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones LLP 780 Third Avenue, 34th Floor New York, New York 10017 Attn: Robert R. Feinstein (RFEINSTEIN@PSZJLAW.COM) Bradford J. Sandler (BSANDLER@PSZJLAW.COM) Paul J. Labov (PLABOV@PSZJLAW.COM) Colin R. Robinson (CROBINSON@PSZJLAW.COM) | Counsel to the Official Committee of Unsecured Creditors | Via Electronic Mail |

/s/ Dana S. Plon
DANA S. PLON, ESQUIRE
*Attorney for Creditor,*
*Middletown Shopping Center I, L.P.*
123 S. Broad Street, Suite 2100
Philadelphia, PA 19109
Phone: (215) 864-9700
dplon@sirlinlaw.com