## **EXHIBIT 1**

| Database: | MSDE_DATA | | Aged Delinquencies | | | | Page: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Lincoln Property Company | | | | Date: | 6/23/2023 |
| BLDG: | PAG142 | | Simsbury Commons | | | | Time: | 11:52 AM |
| | | | Period: 06/23 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PAG142-009702 | **BED BATH & BEYOND** | | | Master Occupant Id: BEDB01-2 | | Day Due: 1 | Delq Day: | | |
| | | | | 220 Current | | Last Payment: | 6/2/2023 | 28,799.92 | |
| 3/8/2023 | CAM | Common Area Maintenance | CH | 466.79 | 0.00 | 0.00 | 0.00 | 466.79 | 0.00 |
| 3/8/2023 | INS | Insurance Reimb | CH | 187.26 | 0.00 | 0.00 | 0.00 | 187.26 | 0.00 |
| 4/1/2023 | BRT | Base Rent | CH | 20,944.46 | 0.00 | 0.00 | 20,944.46 | 0.00 | 0.00 |
| 4/1/2023 | CAM | Common Area Maintenance | CH | 170.78 | 0.00 | 0.00 | 170.78 | 0.00 | 0.00 |
| 4/1/2023 | INS | Insurance Reimb | CH | 68.52 | 0.00 | 0.00 | 68.52 | 0.00 | 0.00 |
| 4/18/2023 | PYC | Prior Year CAM | CH | 6,958.65 | 0.00 | 0.00 | 6,958.65 | 0.00 | 0.00 |
| | BRT | Base Rent | | 20,944.46 | 0.00 | 0.00 | 20,944.46 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 637.57 | 0.00 | 0.00 | 170.78 | 466.79 | 0.00 |
| | INS | Insurance Reimb | | 255.78 | 0.00 | 0.00 | 68.52 | 187.26 | 0.00 |
| | PYC | Prior Year CAM | | 6,958.65 | 0.00 | 0.00 | 6,958.65 | 0.00 | 0.00 |
| | **BED BATH & BEYOND Total:** | | | 28,796.46 | 0.00 | 0.00 | 28,142.41 | 654.05 | 0.00 |
| | BRT | Base Rent | | 20,944.46 | 0.00 | 0.00 | 20,944.46 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 637.57 | 0.00 | 0.00 | 170.78 | 466.79 | 0.00 |
| | INS | Insurance Reimb | | 255.78 | 0.00 | 0.00 | 68.52 | 187.26 | 0.00 |
| | PYC | Prior Year CAM | | 6,958.65 | 0.00 | 0.00 | 6,958.65 | 0.00 | 0.00 |
| | **BLDG PAG142 Total:** | | | 28,796.46 | 0.00 | 0.00 | 28,142.41 | 654.05 | 0.00 |
| | BRT | Base Rent | | 20,944.46 | 0.00 | 0.00 | 20,944.46 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 637.57 | 0.00 | 0.00 | 170.78 | 466.79 | 0.00 |
| | INS | Insurance Reimb | | 255.78 | 0.00 | 0.00 | 68.52 | 187.26 | 0.00 |
| | PYC | Prior Year CAM | | 6,958.65 | 0.00 | 0.00 | 6,958.65 | 0.00 | 0.00 |
| | **Grand Total:** | | | 28,796.46 | 0.00 | 0.00 | 28,142.41 | 654.05 | 0.00 |