UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire (#019621997)
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com
*Attorney for Simsbury Commons LLC*

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*<br>Debtors | Case No. 23-13359 (VFP)<br><br>Honorable Vincent F. Papalia<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE

I, Dana S. Plon, Esquire, represent Simsbury Commons LLC, in the above-captioned matter. On June 26, 2023, I caused a copy of the foregoing Objection of Simsbury Commons LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases to be sent as set forth below:

| **Name and Address of Party Served** | **Relationship of Party to Case** | **Mode of Service** |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.,<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com) | Counsel to Debtors | Via Electronic Mail |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | Co-Counsel to the Debtors | Via Electronic Mail |

| | | |
|---|---|---|
| Attn: Michael D. Sirota (msirota@coleschotz.com) Warren A. Usatine (wusatine@coleschotz.com) Felice R. Yudkin (fyudkin@coleschotz.com) | | |
| Davis Polk & Wardwell, LLP 450 Lexington Avenue New York, New York 10017 Attn: Marshall Huebner (marshall.huebner@davispolk.com) Adam Shpeen (adam.shpeen@davispolk.com) Michael Pera (Michael.pera@davispolk.com) Steven Z. Szanzer (steven.szanzer@davispolk.com) | Counsel to the Prepetition ABL Agent | Via Electronic Mail |
| U.S. Trustee for the Region 3, District of New Jersey One Newark Center 1085 Raymond Boulevard Suite 2100 Newark, New Jersey 07102 Attn: Fran. B Steele, Esq. (fran.b.steele@usdoj.gov) | U.S. Trustee | Via Electronic Mail |
| Gibbons P.C. One Gateway Center Newark, New Jersey 07102-5310 Attn: Robert K. Malone (rmalone@gibbonslaw.com) Brett S. Theisen (btheisen@gibbonslaw.com) Kyle P. McEvilly (kmcevilly@gibbonslaw.com) | Counsel to the Official Committee of Unsecured Creditors | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones LLP 780 Third Avenue, 34th Floor New York, New York 10017 Attn: Robert R. Feinstein (RFEINSTEIN@PSZJLAW.COM) Bradford J. Sandler (BSANDLER@PSZJLAW.COM) Paul J. Labov (PLABOV@PSZJLAW.COM) Colin R. Robinson (CROBINSON@PSZJLAW.COM) | Counsel to the Official Committee of Unsecured Creditors | Via Electronic Mail |

*/s/ Dana S. Plon*
DANA S. PLON, ESQUIRE
*Attorney for Creditor,*
*Simsbury Commons LLC*
123 S. Broad Street, Suite 2100
Philadelphia, PA 19109
Phone: (215) 864-9700
dplon@sirlinlaw.com

3