## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 26, 2023, I caused a true and correct copy of the foregoing to be served by electronic means through the ECF system to all registered ECF participants in this case and by e-mail on the parties identified on the Service List.

         */s/ Jordan S. Blask*
         Jordan S. Blask

6

**Service List**

1. Joshua A. Sussberg, P.C.
   Emily E. Geier, P.C.
   Derek I. Hunter, Esq.
   Ross J. Fiedler, Esq.
   Kirkland & Ellis LLP
   601 Lexington Avenue
   New York, New York 10022
   Email: Joshua.sussberg@kirkland.com
   Emily.geier@kirkland.com
   Derek.hunter@kirkland.com
   Ross.fielder@kirkland.com

2. Michael D. Sirota, Esq.
   Felice R. Yudkin, Esq.
   Warren A. Usatine, Esq.
   Cole Schotz P.C.
   Court Plaza North
   25 Main Street
   Hackensack, New Jersey 07601
   Email: msirota@coleschotz.com,
   fyudkin@coleschotz.com
   wusatine@coleschotz.com

3. Marshall S. Huebner, Esq.
   Adam L. Shpeen, Esq.
   Steven Z. Szanser, Esq.
   Michael Pera, Esq.
   Davis Polk & Wardwell LLP
   450 Lexington Ave.
   New York, New York 10017
   Email: marshall.huebner@davispolk.com
   adam.shpeen@davispolk.com
   steven.szanzer@davispolk.com
   michael.pera@davispolk.com

4. David M. Hillman, Esq.
   Megan R. Volin, Esq.
   Proskauer Rose LLP
   Eleven Times Square
   New York, New York 10036
   Email: DHillman@proskauer.com
   MVolin@proskauer.com

5. Office of the United States Trustee
   Fran Steele, Esq.
   One Newark Center Suite 2100
   Newark, NJ 07102
   Email: fran.b.steele@usdoj.gov

6. Robert J. Feinstein, Esq.
   Paul J. Labov, Esq.
   Bradford J. Sandler, Esq.
   Colin R. Robinson, Esq.
   Pachulski Stang Ziehl & Jones LLP
   780 Third Avenue, 34th Floor
   New York, NY 10017-2024
   Email: rfeinstein@pszjlaw.com
         plabov@pszjlaw.com
         bsandler@pszjlaw.com
         crobinson@pszjlaw.com