# **EXHIBIT 1**

System Date: 06-23-2023
System Time: 9:30 am

**Detailed Aged Receivable**

Cut-off Date:     06-30-2023
Based Upon:      Accounting Date
Property:   Riverhead   Riverhead Centre Owners, LLC

| Unit | Charge Date | Charge Type | Description | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Tenant: BedBath-RC  Bed Bath & Beyond Inc. | | | | | | | | | | |
| Lease: RC-BedBath&Beyo(0) | | | | Last Payment Date: | 05-22-2023 | Check No.: | | Amount: | 34,735.42 | |
| 1440-3 | 04-19-2023 | CAM | CAM Charge | 2,882.80 | | | | 2,882.80 | | |
| | 04-19-2023 | CAM ADJ | 2022 CAM Rec at closing | 29,062.41 | | | | 29,062.41 | | |
| | 04-19-2023 | FIXED RENT | Fixed Rent | 11,011.37 | | | | 11,011.37 | | |
| | 05-04-2023 | PTAX ADJ | PTax Adjust. 2H 22.23 | 67,014.91 | | | 67,014.91 | | | |
| | 06-05-2023 | | Open Credit | 11,169.15- | | 11,169.15- | | | | |
| | 06-08-2023 | | Open Credit | 9,262.78- | | 9,262.78- | | | | |
| | | | Unit 1440-3 Totals: | 89,539.56 | .00 | 20,431.93- | 67,014.91 | 42,956.58 | .00 | .00 |
| | | | Lease RC-BedBath&Beyo(0) Totals: | 89,539.56 | .00 | 20,431.93- | 67,014.91 | 42,956.58 | .00 | .00 |
| | | | Tenant BedBath-RC Totals: | 89,539.56 | .00 | 20,431.93- | 67,014.91 | 42,956.58 | .00 | .00 |
| | | | Property Riverhead Totals: | 89,539.56 | .00 | 20,431.93- | 67,014.91 | 42,956.58 | .00 | .00 |

5