

January 26, 2023

**VIA CERTIFIED MAIL**

Bed Bath & Beyond, Inc.
ATTN: Vice President, Loss Prevention
650 Liberty Avenue
Union, New Jersey 07083

Re: Notice of termination under the National Fire Protection Agreement dated June 1, 2013 ("Agreement") by and among Cintas Corporation ("Cintas") and Bed Bath & Beyond, Inc. ("Bed Bath & Beyond").

Dear Ms. Meskill:

Bed Bath & Beyond currently has outstanding payments more than sixty days past due for services provided by Cintas, in violation of Section 16 of the above-referenced Agreement. Current past due amounts total not less than $94,733.79. We've made numerous notifications of these defaults dating back to July of 2022 (see enclosed), but a resolution has not been achieved. As a result of these outstanding payments, Cintas previously provided Bed Bath & Beyond with a Notification of Service Hold on December 8, 2022. Cintas now also hereby exercises, in further accordance with Section 16 of the Agreement, its right to terminate the Agreement. Termination will be effective as of March 20, 2023 (the "Termination Date"). **Please note that this termination may cause your locations to be out of compliance.**

Following the Termination Date, Cintas and Bed Bath & Beyond shall be released from all obligations under the Agreement, except those which expressly survive termination. Pursuant to Section 16 of the Agreement, Bed Bath & Beyond shall remain responsible for all outstanding payments. In further accordance with Section 16, Bed Bath & Beyond will be responsible for reimbursing Cintas for attorneys' fees and other costs and expenses incurred by Cintas in connection with collecting any past-due payments.

This letter fulfills Cintas' obligation to provide Bed Bath & Beyond with written notice pursuant to Section 17 of the Agreement. Should Bed Bath & Beyond wish to continue the Agreement, Cintas is open to consideration provided that (a) payment is made in full immediately and (b) adequate assurance of future performance is provided.

EXHIBIT "A"



Sincerely,

Cintas Corporation

By: _____
Lee Daniel, Director of Sales

Encl:    Notification of Service Hold
           National Fire Protection Agreement

CC:     Christopher J. Skufca, Cintas Deputy General Counsel
           Ronald E. Gold, Frost Brown Todd LLP