

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Union, NJ 07083
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $2.70 |
| Total Postage and Fees $ | $6.85 |

Postmark: WASHINGTON MI 48094 USPS — JAN 26 2023 — 01/26/2023

7022 2410 0000 2166 1218

Sent To: Bed Bath & Beyond - Attn: VP, Loss Prevention
Street and Apt. No., or PO Box No.: 650 Liberty Avenue
City, State, ZIP+4®: Union, NJ 07083

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---



**UNITED STATES POSTAL SERVICE®**

WASHINGTON
58757 VAN DYKE RD
WASHINGTON, MI 48094-9998
(800)275-8777

01/26/2023                           02:12 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| First-Class Mail® Large Envelope | 1 | | $2.70 |

  Union, NJ 07083
  Weight: 0 lb 6.80 oz
  Estimated Delivery Date
    Mon 01/30/2023
  Certified Mail®                     $4.15
    Tracking #:
      70222410000216631218
Total                                 $6.85

Grand Total:                          $8.54

Credit Card Remit                     $8.54
  Card Name: VISA
  Account #: XXXXXXXXXXXX1614
  Approval #: 025928
  Transaction #: 196
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



        or call 1-800-410-7420.

UFN: 259740-0094
Receipt #: 840-54800044-2-3938299-1
Clerk: 7

EXHIBIT "B"

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70222410000216631218

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:31 am on January 30, 2023 in UNION, NJ 07083.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
UNION, NJ 07083
January 30, 2023, 11:31 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]