## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I caused a copy of the foregoing to be served by electronic means through the ECF system to all registered ECF participants and via electronic mail upon the parties listed below:

| | |
|---|---|
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>**Cole Schotz, P.C.**<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Counsel to Debtors* | Joshua A. Sussberg<br>Emily E. Geier<br>Derek I. Hunter<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br><br>*Co-Counsel to Debtors* |
| Alexandria Nikolinos<br>Fran B. Steele<br>**U.S. Department of Justice**<br>Alexandria.nikolinos@usdoj.gov<br>fran.b.steele@usdoj.gov<br><br>*U.S. Trustee* | Beth E. Levine<br>Colin R. Robinson<br>Bradford J. Sandler<br>**Pachulski Stang Ziehl & Jones, LLP**<br>blevine@pszjlaw.com<br>crobinson@pszjlaw.com<br>bsandler@pszjlaw.com<br><br>*Counsel to Official Committee of Unsecured Creditors* |

                                            */s/ Jordan Blask*
                                            Jordan Blask

0116433.0749949  4872-4286-5260v3