# **CERTIFICATE OF SERVICE**

I, Daniel M. Pereira, do hereby certify that a true and correct copy of the foregoing request *Objection of ChannelAdvisor Corp. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* was filed via the Court's CM/ECF system on June 26, 2023, and served on all counsel of record via electronic notification and upon the following parties in the manner indicated:

*Via electronic mail:*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn:   Joshua A. Sussberg, P.C. (Joshua.sussberg@kirkland.com)
        Emily E. Geier, P.C. (Emily.geier@kirkland.com)
        Derek I . Hunter (derek.hunter@kirkland.com)
        Ross J. Fiedler (ross.fiedler@kirkland.com)

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Attn:   Michael D. Sirota, Esq. (msirota@coleschotz.com)
        Warren A. Usatine, Esq. (wusatine@coleschotz.com)
        Felice R. Yudkin, Esq. (fyudkin@coleschotz.com)

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn:   Marshall S. Huebner (marshall.huebner@davispolk.com)
        Adam L. Shpeen (adam.shpeen@davispolk.com)
        Steven Z. Szanzer (steven.szanzer@davispolk.com)
        Michael Pera (michael.pera@davispolk.com)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:   David M. Hillman (DHillman@proskauer.com)
        Megan R. Volin (MVolin@proskauer.com)

Office of the United States Trustee

Raymond Boulevard, Suite 2100
Newark, NJ 07102
Attn:   Fran B. Steele (Fran.B.Steele@usdoj.gov)

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Attn:   Robert J. Feinstein (rfeinstein@pszjlaw.com)
        Alan J. Kornfeld (akornfeld@pszjlaw.com)
        Beth E. Levine (blevine@pszjlaw.com)
        Colin R. Robinson (crobinson@pszjlaw.com)
        Bradford J. Sandler (bsandler@pszjlaw.com)

Gibbbons P.C.
One Gateway Center
Newark, NJ 07102
Attn:   Robert Malone (rmalone@gibbonslaw)
        Brett S. Theisen (btheisen@gibbonslaw.com)
        Kyle P. McEvilly (kmcevilly@gibbonslaw.com)

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Attn:   Scott K. Charles (SKCharles@wlrk.com)
        Michael S. Benn (MSBenn@wlrk.com)
        Gordon S. Moodie (GSMoodie@wlrk.com)


June 26, 2023                                    /s/ Daniel M. Pereira
                                                 Daniel M. Pereira, Esq.