**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Greenbaum, Rowe, Smith & Davis LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
David L. Bruck, Esq.
dbruck@greenbaumlaw.com
Attorneys for Chase Green Mountain Limited Partnership

In re:

**BED BATH & BEYOND INC., *et al.*,**

                    Debtor.

Chapter 11 Proceeding

**Case No.: 23-13359 (VFP)**

(Jointly Administered)

## CERTIFICATION OF SERVICE

    I, JENNIFER A. ZEEB

1. ☐ represent the _____ in the above captioned matter.

   ☑ am the secretary/paralegal for Greenbaum, Rowe, Smith & Davis, LLP, who represents the creditor, Chase Green Mountain Limited Partnership in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 23, 2023 I served copies of the following pleadings and/or documents via 1) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof; and 2) via electronic mail to the parties listed on the chart below:

**Limited Objection by Chase Green Mountain Limited Partnership in Connection with Notice of Potential Assumption and Assignment of Unexpired Lease and Reservation Rights (Docket No. 923);**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

8539526.1

                                                                       /s/Jennifer A. Zeeb
                                                                         JENNIFER A. ZEEB

Dated: June 23, 2023

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>**Cole Schotz, PC**<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Ave.<br>New York, NY 10022<br>Derek.hunter@kirkland.com<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Ross.fiedler@kirkland.com | Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Fran B. Steele<br>U.S. Department of Justice<br>Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq. | Counsel to Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR |

8539526.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Davis Polk & Wardwell LP**<br>450 Lexington Ave.<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | | ☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>**Prokauser Rose LLP**<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>**Wachtell Lipton Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |

8539526.1