UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Geoffrey E. Lynott, Esq.
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 639-8471
Email: glynott@mccarter.com

and

Darrell W. Clark, Esq.
Tracey M. Ohm, Esq.
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: (202) 785-9100
Email: darrell.clark@stinson.com
Email: tracey.ohm@stinson.com

*Attorneys for the Verizon Entities*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered<br><br>Related Docket No. 714 |

## LIMITED OBJECTION OF THE VERIZON ENTITIES TO
## NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Certain subsidiaries of Verizon Communications Inc., including Cellco Partnership d/b/a Verizon Wireless and Verizon Business Global LLC, on behalf of their affiliates and subsidiaries (collectively, the "Verizon Entities"), by and through undersigned counsel, hereby respectfully submit a Limited Objection (the "Limited Objection") to the proposed cure amounts set forth on the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Dkt. No. 714] (the "Cure Notice") filed by Bed Bath & Beyond Inc. and its debtor affiliates (collectively, the "Debtors"). In support of the Limited Objection, the Verizon Entities state as follows:

## INTRODUCTION

The Debtors seek to establish the cure amounts for the possible assumption and assignment of certain agreements with the Verizon Entities in connection with the sale of the Debtors' assets. The Verizon Entities do not generally oppose assumption and assignment, but file this Limited Objection to reserve the right to receive a full cure.

## BACKGROUND

1.      On April 23, 2023, each of the Debtors filed a voluntary petition for relief with this Court under Chapter 11 of the Bankruptcy Code. The Debtors' cases are jointly administered.

2.      The Debtors are operating their businesses and maintaining their assets as debtors in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.      Prior to the filing of the Chapter 11 proceedings, certain of the Debtors were party to agreements with the Verizon Entities for the provision of telecommunications services.

4.      On April 25, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I)(A) Approving the Auction and Bidding Procedures,*

2

*(B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief* [Docket No. 92] (the "Bidding Procedures Order") setting forth procedures to govern the sale of the Debtors' assets.

5.      On June 13, 2023, in accordance with the Bidding Procedures Order, the Debtors filed the Cure Notice listing the executory contracts and unexpired leases that may be assumed and assigned to successful bidders for the Debtors' assets and the associated cure amounts for such potential assumptions.

6.      The Cure Notice includes 41 agreements with the Verizon Entities described as "Verizon" (18 agreements listed), "Verizon Business Network" (21 agreements listed), and "Verizon Wireless" (2 agreements listed).  Cure Notice, pages 41-42.

7.      Most of the "agreements" listed with the Verizon Entities are described as amendments, indicating that there are only a few separate agreements.  Of the 41 agreements, three are associated with cure amounts as follows:

| Debtor | Verizon Entity | Contract Description | Cure Amount |
|---|---|---|---|
| Bed Bath & Beyond Inc. | VERIZON | Verizon – 5th Amendment – OCP Scanning – fully executed | $237,629.41 |
| Bed Bath & Beyond Inc. | VERIZON BUSINESS NETWORK | Verizon – Amendment 20 - 111420 – FULLY EXECUTED | $2,946,475.04 |
| Bed Bath & Beyond Inc. | VERIZON WIRELESS | Verizon Wireless National Account Agreement – fully executed | $334,624.65 |

CORE/0048629.1325/182768587.1

8.      The total cure amount proposed by the Debtors to assume and assign the

Agreements is $3,518,729.10.

9.      The Verizon Entities cannot ascertain with certainty to which contracts the Cure

Notice is referring, but they presume that the list of 41 agreements encompasses the Agreements,

which are the contracts under which the Verizon Entities provide telecommunications services to

the Debtor and Debtors' payment obligations to the Verizon Entities arise.

10.     The proposed cure amounts are consistent with the amount listed for the Verizon

Entities on the Debtors' schedules, although there the amount owed to Verizon Business

Network is split up between three Debtors:

| Debtor Entity | Verizon Entity | Amt. on Schedule EF |
|---|---|---|
| Bed Bath & Beyond Inc. | VERIZON | $237,629.41 |
| Harmon Stores, Inc. | VERIZON BUSINESS NETWORK | $31,310.27 |
| Buy Buy Baby, Inc. | VERIZON BUSINESS NETWORK | $69,405.45 |
| Bed Bath & Beyond Inc. | VERIZON BUSINESS NEWORK | $2,845,759.32 |
| Bed Bath & Beyond Inc. | VERIZON WIRELESS | $334,624.65 |

## LIMITED OBJECTION

11.     The Verizon Entities do not object to the assumption and assignment of the

Agreements, provided the cure amount for each agreement satisfies all existing defaults in

accordance with 11 U.S.C. § 365(b).

12.     11 U.S.C. § 365(b)(1) states, in pertinent part:

(b)(1) If there has been a default in an executory contract or unexpired lease
of the debtor, the trustee may not assume such contract or lease unless, at
the time of assumption of such contract or lease, the trustee—

(A) cures, or provides adequate assurance that the trustee will promptly
cure such default . . . ;

(B) compensates, or provides adequate assurance that the trustee will
promptly compensate, a party other than the debtor to such contract or
lease, for any actual pecuniary loss to such party resulting from such
default; and

4

(C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1).

13.    A cure under 11 U.S.C. § 365 means that all unpaid amounts due under the

agreement have been paid.  *In re Network Access Solutions, Corp.*, 330 B.R. 67, 76 (Bankr. D.

Del. 2005).

14.    As noted above, the cure amount proposed by the Debtors for the Verizon Entities

totals $3,518,729.10.

15.    The Verizon Entities' records indicate that a prepetition balance of $3,584,483.32

is owed on the accounts under which contractual services are provided to the Debtors under the

Agreements as follows:

| Debtor Name | Verizon Entity | Type of Service | Account # | Prepetition Bal. |
|---|---|---|---|---|
| Bed Bath & Beyond | VERIZON BUSINESS | Interstate | 201M555125644 | $194,478.06 |
| Bed Bath & Beyond, Inc. | VERIZON BUSINESS | Local Assess / Internet | U0102214 | $1,996,746.85 |
| BDB Voip | VERIZON BUSINESS | VOIP | Y2720861 | $246,941.44 |
| Bed Bath & Beyond, Inc. | VERIZON BUSINESS | Inbound | U0197258 | $135,704.22 |
| Bed Bath & Beyond, Inc. | VERIZON BUSINESS | Managed Detection and Response - Global | U0504119 | $125,892.08 |

5

| Canada | VERIZON BUSINESS | PIP / Local Access | U0173864 | $121,044.79 |
|---|---|---|---|---|
| Bed Bath & Beyond (Parent Acct: 15617749) | VERIZON BUSINESS | Voice & Data Services | Y2663212 | $90,754.72 |
| Bed Bath & Beyond, Inc. (Buybu | VERIZON BUSINESS | Local Assess / Internet | U0102317 | $91,214.96 |
| Bed Bath & Beyond, Inc. | VERIZON BUSINESS | Professional Services - Structured Cabling | U0261919 | $66,536.47 |
| Bed Bath & Beyond, Inc. | VERIZON BUSINESS | Verizon VoIP | U0102319 | $70,936.37 |
| Bed Bath & Beyond Inc (Harmon) | VERIZON BUSINESS | Access & Internet | U0102170 | $15,537.08 |
| Bed Bath & Beyond (Parent Acct: U0109990) | VERIZON BUSINESS | Audio Conferencing | F1,494,594 | $4,780.96 |
| Bed Bath & Beyond (Parent Acct: 15617749) | VERIZON BUSINESS | Access & Private IP | Y2744004 | $1,297.21 |
| Bed Bath & Beyond, Inc. | VERIZON BUSINESS | Verizon VoIP | U0102715 | $1,998.96 |
| Bed Bath And Beyond (Parent Acct: 15617749) | VERIZON BUSINESS | Long Distance | Y2763661 | $1,547.14 |
| Bed Bath & Beyond | VERIZON BUSINESS | Online | 2505517530001 | $29,284.51 |

6

| | | | | |
|---|---|---|---|---|
| Bed Bath & Beyond | VERIZON BUSINESS | Online | 5514133700001 | $5,785.53 |
| Buy Buy Baby Inc Store 3002 | VERIZON BUSINESS | Online | 1530398620001 | $1,728.89 |
| Bed Bath Beyond | VERIZON BUSINESS | Online | 3538552700001 | $1,699.09 |
| Bed Bath And Beyond | VERIZON BUSINESS | Dialtone | 6500860390001 | $812.81 |
| Bed Bath And Beyond | VERIZON BUSINESS | Answer Call/Remote | 2504937820001 | $533.97 |
| Bed Bath & Beyond Inc | VERIZON WIRELESS | Wireless | 068713084900001 | $14,669.15 |
| Bed Bath & Beyond | VERIZON WIRELESS | Wireless | 054240157900001 | $297,743.70 |
| Of A Kind Inc. | VERIZON WIRELESS | Wireless | 094203883100001 | $399.96 |
| Bed Bath & Beyond Inc | VERIZON WIRELESS | Wireless | 068713084900008 | $43,542.14 |
| Bed Bath & Beyond Inc | VERIZON WIRELESS | Wireless | 034205978800001 | $22,872.26 |

16.    The documentation supporting the cure amounts is voluminous and not attached as a result, but counsel for the Verizon Entities will provide a copy to Debtors' counsel upon request.

CORE/0048629.1325/182768587.1

17.     In order for the Debtors to assume and assign the Agreements, the prepetition

balances must be paid.

18.     Further, as the case proceeds and the Verizon Entities continue to provide post-

petition services to the Debtors' estate, additional amounts become due under the Agreements

between the Verizon Entities and the Debtors.  In addition to the prepetition balance, any post-

petition amount due must be paid to the Verizon Entities in order to cure the existing default

under each of the Agreements.  *See In re Seven Hills, Inc.*, 403 B.R. 327, 335 (Bankr. D.N.J.

2009).

19.     Accordingly, unless and until the Debtors cure the prepetition balance owed under

the Agreements in full and pay all post-petition amounts that are due, the Debtors cannot assume

and assign the Agreements.

20.     The Verizon Entities ask that payment of the cure amount for any assumption and

assignment of the Agreements with the Verizon Entities be sent to the payment lock box at the

address below and be clearly identified as a cure payment so that it may be properly applied to

the Debtors' contractual accounts:

> Verizon
> Wells Fargo Lockbox
> 3585 Atlanta Ave
> Lockbox 101838
> Hapeville, GA 30354
> 800-869-3557

WHEREFORE, the Verizon Entities respectfully requests that this Court enter an Order:

a) conditioning the assumption and assignment of the Agreements upon the payment of the cure

amount described herein; and b) granting such other and further relief as this Court deems

equitable and proper.

8

Dated: June 26, 2023

Respectfully submitted:

MCCARTER & ENGLISH, LLP

*/s/ Geoffrey E. Lynott*
Geoffrey E. Lynott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 639-8471
Email: glynott@mccarter.com

and

Darrell W. Clark, Esq.
Tracey M. Ohm, Esq.
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: (202) 785-9100
Email: darrell.clark@stinson.com
Email: tracey.ohm@stinson.com

*Attorneys for the Verizon Entities*

CORE/0048629.1325/182768587.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 26, 2023, a true and correct copy of the foregoing LIMITED OBJECTION OF THE VERIZON ENTITIES TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey to all parties registered to receive such notice.  In addition, the parties below were served via electronic mail:

*Counsel to the Debtors*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Joshua A. Sussberg, P.C.
(joshua.sussberg@kirkland.com)
Emily E. Geier, P.C.,
(emily.geier@kirkland.com)
Derek I. Hunter
(derek.hunter@kirkland.com)
Ross J. Fiedler
(ross.fiedler@kirkland.com)

*Co-counsel to the Debtors*
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601,
Attn: Michael D. Sirota
(msirota@coleschotz.com)
Warren A. Usatine
(wusatine@coleschotz.com)
Felice R. Yudkin
(fyudkin@coleschotz.com)

*Counsel to the Prepetition ABL Agent*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Marshall S. Huebner
(marshall.huebner@davispolk.com)
Adam L. Shpeen
(adam.shpeen@davispolk.com)
Steven Z. Szanzer
(steven.szanzer@davispolk.com)
Michael Pera
(michael.pera@davispolk.com)

*Counsel to the DIP Agent*
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn: David M. Hillman
(DHillman@proskauer.com)
Megan R. Volin
(MVolin@proskauer.com)

Office of the United States Trustee for Region 3
District of New Jersey
Raymond Boulevard, Suite 2100,
Newark, NJ 07102
Attn: Fran B. Steele
(fran.b.steele@usdoj.gov)

*Attorneys to the Official Committee of Unsecured Creditors*
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Attn: Robert K. Malone
(rmalone@gibbonslaw.com)
Brett S. Theisen
(btheisen@gibbonslaw.com)
Kyle P. McEvilly
(kmcevilly@gibbonslaw.com)

*Attorneys to the Official Committee of Unsecured Creditors*
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Attn: Robert R. Feinstein
(rfeinstein@pszjlaw.com)
Bradford J. Sandler
(bsandler@pszjlaw.com)
Paul J. Labov
(plabov@pszjlaw.com)
Colin R. Robinson
(crobinson@pszjlaw.com)

*Attorneys for the Stalking Horse Bidder*
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Attn: Scott K. Charles
(SKCharles@wlrk.com)
Michael S. Benn
(MSBenn@wlrk.com)
Gordon S. Moodie
(GSMoodie@wlrk.com)

MCCARTER & ENGLISH, LLP

*/s/ Geoffrey E. Lynott*
Geoffrey E. Lynott, Esq.

12