| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Matthew E. Kaslow<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: 215.569.5455<br>Email: Matt.Kaslow@blankrome.com<br><br>*Attorneys for Willowbrook Town Center, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that each of the attorneys set forth below hereby appear as counsel for Willowbrook Town Center, LLC ("Willowbrook") and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, request that Willowbrook be added to the official mailing matrix and service lists in the above captioned case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon each of:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

132133041

> Matthew E. Kaslow
> Blank Rome LLP
> One Logan Square
> 130 North 18th Street
> Philadelphia, PA 19103
> Telephone: 215.569.5455
> Facsimile: 215.569.5555
> Email: Matt.Kaslow@blankrome.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, written or oral, and transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Willowbrook's rights: (1) to have final orders in "non-core" matters, as well as statutory core matters in which the court lacks the constitutional authority to enter a final order absent the consent of the parties, entered only after *de novo* review by a district court judge; (2) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (3) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which

2

132133041

Willowbrook is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: June 26, 2023 | BLANK ROME LLP<br><br>By: */s/ Matthew E. Kaslow*<br>Matthew E. Kaslow (NJ Bar No. 162052015)<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: 215.569.5455<br>Email: Matt.Kaslow@blankrome.com<br><br>*Counsel for Willowbrook Town Center, LLC* |

3

132133041