|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Matthew E. Kaslow<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: 215.569.5455<br>Email: Matt.Kaslow@blankrome.com<br><br>*Attorneys for Willowbrook Town Center, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE

1. I, Matthew E. Kaslow:

    ☒ represent *Willowbrook Town Center, LLC* in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On June 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Notice of Appearance and Request for Service of All Notices and Documents*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

132133041

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 26, 2023                           */s/ Matthew E. Kaslow*
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota, Esq.<br>(msirota@coleschotz.com)<br>Warren A. Usatine, Esq.<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin, Esq.<br>(fyudkin@coleschotz.com) | Co-counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kroll Restructuring Administration LLC<br>52 East 52nd St., 17th Floor<br>New York, New York 10055<br>Attn: Bed Bath & Beyond Inquiries<br>(BBBYInfo@ra.kroll.com) | Claims Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

132133041