Exhibit Exhibit 1    Page 1 of 4

# EXHIBIT 1



# HARLEM IRVING
COMPANIES

May 3, 2023

Bed Bath & Beyond, Inc.
Attn: Mr. Warren Eisenberg
650 Liberty Avenue
Union, NJ 07083

RE: Bed Bath & Beyond 1st Installment 2022 RET
    Willowbrook, Illinois

Dear Tenant:

Enclosed please find copies of the 2022 property tax bills as well as the invoice for your portion of the 2022 real estate taxes.

Sincerely,
THE HARLEM IRVING COMPANIES, INC.

Jose F. Torres III
Controller Property Management

enclosures

May 3, 2023

**Bed Bath & Beyond**
Willowbrook Town Center, Willowbrook, IL

<u>2022 Real Estate Tax Reconciliation Billing</u>

| | |
|---|---:|
| Parcel # 09-26-200-010 | $382,317.54 |
| Merchant Ratio: [ 28,000 / 181,118 ] | 0.15460 |
| **1st INSTALLMENT 2022 REAL ESTATE TAXES DUE** | **$59,104.51** |

## Installment 1

**MAKE CHECK PAYABLE TO: DU PAGE COUNTY COLLECTOR** – **SEND THIS COUPON** WITH YOUR 1ST INSTALLMENT PAYMENT OF **2022 TA**
MAIL PAYMENT TO: P.O. BOX 4203, CAROL STREAM, IL 60197-4203
PAY ON-LINE AT: WWW.DUPAGECOUNTY.GOV/TREASURER
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

MDG2023 0143207  1 AA  0507 01

09-26-200-010
HARLEM IRVING COMPANIES
ATTN G FIX
4104 N HARLEM AVE
NORRIDGE IL 60706

NORTHMARQ CAPITAL INC has notified us of its intention to pay your real estate taxes. Please contact them if you have any questions. This bill is sent for information only. No return envelopes have been included.

| ON OR BEFORE: | PAY: |
|---|---|
| 06/01/2023 | 382,317.54 |
| PAYING LATE? | PAY THIS AMOUNT: |
| JUN 2 THRU 30 | 388,052.30 |
| JUL 1 THRU 31 | 393,787.07 |
| AUG 1 THRU 31 | 399,521.83 |
| SEP 1 THRU 30 | 405,256.59 |
| OCT 1 THRU 31 | 410,991.36 |
| NOV 1 THRU 16 | 416,726.12 |

U.S. POSTMARK IS USED TO DETERMINE LATE PENALTY.
PAYMENT OF THIS 2022 TAX BILL AFTER OCTOBER 31, 202 REQUIRES A CASHIER'S CHE CASH OR MONEY ORDER.
☐ CHECK BOX AND COMPLETE CHANGE OF ADDRESS ON BAC

**NO PAYMENT WILL BE ACCEPTED AFTER NOV. 15, 2023**

1092620001039564003823175431

---

## Installment 2

**MAKE CHECK PAYABLE TO: DU PAGE COUNTY COLLECTOR** – **SEND THIS COUPON** WITH YOUR 2ND INSTALLMENT PAYMENT OF **2022 TA**
MAIL PAYMENT TO: P.O. BOX 4203, CAROL STREAM, IL 60197-4203
PAY ON-LINE AT: WWW.DUPAGECOUNTY.GOV/TREASURER
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

09-26-200-010
HARLEM IRVING COMPANIES
ATTN G FIX
4104 N HARLEM AVE
NORRIDGE IL 60706

If your mortgage holder will be paying your second installment, please avoid making a duplicate payment. Contact them if you have any questions. No return envelopes have been included.

| ON OR BEFORE: | PAY: |
|---|---|
| 09/01/2023 | 382,317.54 |
| PAYING LATE? | PAY THIS AMOUNT: |
| SEP 2 THRU 30 | 388,052.30 |
| OCT 1 THRU 31 | 393,787.07 |
| NOV 1 THRU 16 | 399,531.83 * |

*INCLUDES $10 COST: SEE BACK OF BILL FOR EXPLANATION

U.S. POSTMARK IS USED TO DETERMINE LATE PENALTY.
PAYMENT OF THIS 2022 TAX BILL AFTER OCTOBER 31, 202 REQUIRES A CASHIER'S CHE CASH OR MONEY ORDER*
☐ CHECK BOX AND COMPLETE CHANGE OF ADDRESS ON BAC

**NO PAYMENT WILL BE ACCEPTED AFTER NOV. 15, 2023**

2092620001039564003823175432

---

| Rate 2021 | Tax 2021 | Taxing District | Rate 2022 | Tax 2022 |
|---|---|---|---|---|
|  |  | ** COUNTY ** |  |  |
| 0.0966 | 9,585.33 | COUNTY OF DU PAGE | 0.0828 | 8,310.48 |
| 0.0196 | 1,944.85 | PENSION FUND | 0.0189 | 1,896.96 |
| 0.0298 | 2,956.96 | HEALTH DEPARTMENT | 0.0300 | 3,011.04 |
| 0.0127 | 1,260.19 | PENSION FUND | 0.0111 | 1,114.10 |
| 0.1102 | 10,934.82 | FOREST PRESERVE DIST | 0.1055 | 10,588.84 |
| 0.0075 | 744.20 | PENSION FUND | 0.0075 | 752.76 |
| 0.0144 | 1,428.87 | DU PAGE AIRPORT AUTH | 0.0139 | 1,395.12 |
|  |  | ** LOCAL ** |  |  |
| 0.0000 | 0.00 | DU PAGE WATER COMM | 0.0000 | 0.00 |
| 0.0304 | 3,016.49 | DOWNERS GROVE TWP | 0.0310 | 3,111.42 |
| 0.0006 | 59.54 | PENSION FUND | 0.0006 | 60.22 |
| 0.0499 | 4,951.43 | DOWNERS GR TWP RD | 0.0514 | 5,158.94 |
| 0.0009 | 89.30 | PENSION FUND | 0.0012 | 120.44 |
| 0.0152 | 1,508.25 | VLG OF WILLOWBROOK | 0.0142 | 1,425.22 |
| 0.0000 | 0.00 | WILLOWBRK BUSINESS 1 | 0.0000 | 0.00 |
| 2.7581 | 273,678.26 | WILLOWBRK SPEC SER 1 | 2.6987 | 270,863.66 |
| 0.5259 | 52,183.53 | TRI-STATE FIRE DIST | 0.5906 | 59,277.46 |
| 0.1275 | 12,651.45 | PENSION FUND | 0.1047 | 10,508.56 |
| 0.1638 | 16,253.39 | INDIAN PRAIRIE LIBR | 0.1730 | 17,363.70 |
| 0.0047 | 466.36 | PENSION FUND | 0.0046 | 461.70 |
|  |  | ** EDUCATION ** |  |  |
| 1.7043 | 169,112.74 | GRADE SCHOOL DIST 62 | 1.7653 | 177,179.98 |
| 0.0526 | 5,219.34 | PENSION FUND | 0.0548 | 5,500.18 |
| 1.5658 | 155,369.79 | HIGH SCHOOL DIST 86 | 1.6191 | 162,506.16 |
| 0.0474 | 4,703.36 | PENSION FUND | 0.0448 | 4,496.50 |
| 0.2037 | 20,212.66 | COLLEGE DU PAGE 502 | 0.1946 | 19,531.64 |
|  |  | ** TIF ** |  |  |
| 7.5416 | 748,331.11 | TOTAL | 7.6183 | 764,635.08 |

Mailed to:
HARLEM IRVING COMPANIES
ATTN G FIX
4104 N HARLEM AVE
NORRIDGE IL 60706

Property Location:
ADAMS ST
WILLOWBROOK IL 60527

Township Assessor:
DOWNERS GROVE
630-719-6630

Tax Code:
9564

Property Index Number:
09-26-200-010

CHANGE OF NAME/ADDRESS:
CALL: 630-407-5900

S OF A FACTOR 1.0115

| | |
|---|---|
| TIF Frozen Value | |
| Fair Cash Value | 30,113,500 |
| Land Value | 2,893,250 |
| + Building Value | 7,143,570 |
| = Assessed Value | 10,036,820 |
| x State Multiplier | 1.0000 |
| = Equalized Value | 10,036,820 |
| – Residential Exemption | |
| – Senior Exemption | |
| – Senior Freeze | |
| – Disabled Veteran | |
| – Disability Exemption | |
| – Returning Veteran Exemption | |
| – Home Improvement Exemption | |
| – Housing Abatement | |
| = Net Taxable Value | 10,036,820 |
| x Tax Rate | 7.6183 |
| = Total Tax Due | 764,635.08 |
| – Less Advance Payment | |
| – Commercial Abatement | |
| + PACE Reimbursement | |
| = Net Due | 764,635.08 |



2022 DuPage County Real Estate Tax Bi
Gwen Henry, CPA, County Collector
421 N. County Farm Road
Wheaton, IL 60187

Office Hours – 8:00 am–4:30 pm, Mon–F,
Telephone – (630) 407-5900



2021  9,922,710  Assessed Value  2022  10,036,820

001000  01 01  143207 143207 P