| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Matthew E. Kaslow<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: 215.569.5455<br>Email: Matt.Kaslow@blankrome.com<br><br>*Attorneys for Willowbrook Town Center, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered<br><br>Related Docket No. 714 |

**CERTIFICATION OF SERVICE**

1. I, Matthew E. Kaslow:

    ☒ represent *Willowbrook Town Center, LLC* in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On June 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Limited Objection of Willowbrook Town Center, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

132119107

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 26, 2023        <u>*/s/ Matthew E. Kaslow*</u>
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Email</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota, Esq.<br>(msirota@coleschotz.com)<br>Warren A. Usatine, Esq.<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin, Esq.<br>(fyudkin@coleschotz.com) | Co-counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Email</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall S. Huebner<br>(marshall.huebner@davispolk.com)<br>Adam L. Shpeen<br>(adam.shpeen@davispolk.com)<br>Steven Z. Szanzer<br>(steven.szanzer@davispolk.com)<br>Michael Pera<br>(michael.pera@davispolk.com) | Co-counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Email</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

132119107

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody, Esq.<br>(brodya@gtlaw.com) | Co-counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>Attn: David M. Hillman<br>(dhillman@proskauer.com)<br>Megan R. Volin<br>(mvolin@proskauer.com)<br>Reuven C. Klein<br>(rklein@proskauer.com)<br><br>One International Place<br>Boston, MA 02110<br>Attn: Charles A. Dale<br>(cdale@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Attn: Morris S. Bauer, Esq.<br>(msbauer@duanemorris.com)<br><br>1940 Route 70 East, Suite 100<br>Cherry Hill, New Jersey 08003<br>Attn: Sommer L. Ross, Esq.<br>(SLRoss@duanemorris.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee for Region 3, District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>Attn: Fran B. Steele<br>(fran.b.steele@usdoj.gov) | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

132119107

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark NJ 07102<br>Attn: Robert K. Malone, Esq.<br>(rmalone@gibbonslaw.com)<br>Brett S. Theisen, Esq.<br>(btheisen@gibbonslaw.com)<br>Kyle P. McEvilly, Esq.<br>(kmcevilly@gibbonslaw.com) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Robert R. Feinstein<br>(rfeinstein@pszjlaw.com)<br>Bradford J. Sandler<br>(bsandler@pszjlaw.com)<br>Paul J. Labov<br>(plabov@pszjlaw.com)<br>Colin R. Robinson<br>(crobinson@pszjlaw.com) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles<br>(SKCharles@wlrk.com)<br>Michael S. Benn<br>(MSBenn@wlrk.com)<br>Gordon S. Moodie<br>(GSMoodie@wlrk.com) | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

132119107