**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
SAUL EWING LLP
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER & MALTER LLP
Julie Rome-Banks, Esquire (*pro hac vice* pending)
2775 Park Avenue
Santa Clara, CA 95050
julie@bindermalter.com

*Counsel for Brown Ranch Properties LP*

In re:

BED BATH & BEYOND INC., *et al.,*[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

Jointly Administered

## APPLICATION FOR ADMISSION PRO HAC VICE

Turner N. Falk, Esq. ("**Movant**"), a member in good standing of the Bar of the State of

New Jersey and an attorney admitted to practice before the United States District Court for the

District of New Jersey, and an associate with Saul Ewing LLP, hereby moves the Court for an

order permitting Julie Rome-Banks to practice *pro hac vice* before the United States Bankruptcy

Court for the District of New Jersey to represent interested party Brown Ranch Properties LP

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list
of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained
on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.
The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address
in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

41770594.2

("**BRP**") in the instant matter pursuant to Local Bankruptcy Rule 9010-1. In support of the relief requested herein, Movant states as follows:

## JURISDICTION

This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

By this application, the Movant requests entry of an Order admitting *pro hac vice,* Julie Rome-Banks (the "**Applicant**"). The good standing of the Applicant is set forth in the Applicant's certification which is submitted herewith (the "**Certification**").

Applicant is a partner with Binder & Malter LLP, and maintains offices at 2775 Park Avenue, Santa Clara, CA 95050.  As the Certification demonstrates, Applicant is a member in good standing of the Bar of the highest court in which she is admitted.

It is anticipated that Applicant will be active in the representation of BRP in this case. Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of Julie Rome-Banks and that she be permitted to appear on BRP's behalf in connection with this case.

No previous application for the relief sought herein has been made to this or any other court in connection with this proceeding.

41770594.2

## WAIVER OF MEMORANDUM OF LAW

Pursuant to Local Rule 9013-1, Movant respectfully requests that the Court waive the requirement that it file a memorandum of law in support of this Application. Movant respectfully submits that no memorandum of law is necessary because no novel issues of law are presented herein.

Respectfully submitted,

Dated:  June 26, 2023                                  SAUL EWING LLP

/s/ Turner N. Falk
SAUL EWING LLP
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Office: (215) 972-7777
turner.falk@saul.com

- and -

BINDER & MALTER LLP
Julie Rome-Banks, Esquire (*pro hac vice* pending)
2775 Park Avenue
Santa Clara, CA 95050
julie@bindermalter.com

*Counsel for Brown Ranch Properties LP*

41770594.2