| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Office: (215) 972-7777<br>turner.falk@saul.com<br><br>- and -<br><br>BINDER & MALTER LLP<br>Julie Rome-Banks, Esquire (*pro hac vice* pending)<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>julie@bindermalter.com<br><br>*Counsel for Brown Ranch Properties LP* |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*[1]<br><br>               Debtors. |

Chapter 11

Case No. 23-13359 (VFP)

Jointly Administered

**CERTIFICATION IN SUPPORT OF APPLICATION
FOR ADMISSION PRO HAC VICE**

I, Julie Rome-Banks, hereby state as follows in support of the Application for Admission Pro Hac Vice:

    1.    I am a partner with Binder & Malter LLP, and maintain offices at 2775 Park Avenue, Santa Clara, CA 95050. I will represent Brown Ranch Properties LP in the instant matter solely as an attorney in good standing.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

41770594.2

2. I was admitted to practice law in the State of California in December of 1989.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me.

5. Discipline has never been imposed against me.

6. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATE: June 26, 2023                    /s/ *Julie Rome-Banks*
                                        Julie Rome-Banks

41770594.2