**LAW OFFICES OF KENNETH L. BAUM LLC**
201 W. Passaic Street, Suite 104
Rochelle Park, New Jersey 07662
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.
Attorneys for Forum Lone Star, L.P.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors. | CASE NO. 23-13359 (VFP)<br><br>CHAPTER 11 |

**OBJECTION OF FORUM LONE STAR, L.P., TO NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**(Related Docket No.: 714)**

Forum Lone Star, L.P. ("**Forum**"), by and through its attorneys, Law Offices of Kenneth L. Baum LLC, by way of objection to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Dkt. No. 714] (the "**Cure Notice**"), states as follows:

1. Forum, as landlord, and Bed Bath & Beyond, Inc., as tenant, are parties to a Lease Agreement dated August 19, 2009 (the "**Lease**"), for the Debtor's use of retail premises at a shopping center commonly known as the Forum at Olympia Parkway, located in San Antonio, Texas (the "**Premises**").

2. The Cure Notice includes, *inter alia*, a potential assumption and assignment of the Lease, referenced at Lease No. 783. The Cure Notice incorrectly states that there are $0.00 in monetary arrears under the Lease.

3. Pursuant to Section 5.1.2 of the Lease, the Debtor is required to pay its *pro rata* share of Common Area Charges, as that term is defined under the Lease, applicable to the Premises. Based on a year-end reconciliation of 2022 Common Area Charges and a corresponding adjustment for such charges for 2023, the Debtors owe Forum $27,341.04 in underpaid charges. A true copy of the statement issued by Forum to the Debtor in the amount of $27,341.04 is attached as **Exhibit A**.

4. The total cure amount currently required to be paid to Forum in connection with any assumption of the Lease pursuant to Section 365 of the Bankruptcy Code is $27,341.04.

5. Forum specifically reserves its right to object to any other relief sought by the Debtors in connection with the assumption of the Lease, including, but not limited to, any additional amounts coming due under the Lease and any assignee's proposed adequate assurance of future performance (including, but not limited to, such adequate assurance pursuant to Sections 365(b) and 365(f) of the Bankruptcy Code).

WHEREFORE, Forum respectfully requests that any order in connection with the assumption and assignment of the Lease adhere to the requirements set forth above and such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF KENNETH L. BAUM LLC
Attorneys for Forum Lone Star, L.P.

By: */s/ Kenneth L. Baum*
   Kenneth L. Baum

DATED: June 26, 2023

# EXHIBIT A

BED BATH & BEYOND (MOCCP: BEFLSL)  
Aging By Billing Date

Building Status: Active  
Occupancy Status: Current, E, Inactive, New

# Aged Delinquencies Report

Report Date: 6/23/2023

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---:|---:|---:|---:|---:|---:|
| **FLSLP-000182** | **Bed Bath and Beyond 1317** | | | Suite Id: **002** | | Day Due: | Delq Day: | | |
| Contact: | Dolapo Adenuga | | | Status: **Inactive** | | | Last Payment: 2/1/2021 | | 10,635.18 |
| | (908) 855-4527 | | | Master Occupant Id: BEFLSL-1 | | | | | |
| 7/15/2020 | CR1 | CAM Other 1: Prior Yr | CH | 235.41 | 0.00 | 0.00 | 0.00 | 0.00 | 235.41 |
| 9/21/2021 | CER | CEM: Prior Yr | CH | 58.23 | 0.00 | 0.00 | 0.00 | 0.00 | 58.23 |
| 9/21/2021 | CMR | CAM: Prior Yr | NC | -132.90 | 0.00 | 0.00 | 0.00 | 0.00 | -132.90 |
| 9/21/2021 | CR1 | CAM Other 1: Prior Yr | CH | 266.12 | 0.00 | 0.00 | 0.00 | 0.00 | 266.12 |
| 9/21/2021 | LR4 | CAM-Lot 4: Prior Yr | NC | -6.23 | 0.00 | 0.00 | 0.00 | 0.00 | -6.23 |
| | CER | CEM: Prior Yr | | 58.23 | 0.00 | 0.00 | 0.00 | 0.00 | 58.23 |
| | CMR | CAM: Prior Yr | | -132.90 | 0.00 | 0.00 | 0.00 | 0.00 | -132.90 |
| | CR1 | CAM Other 1: Prior Yr | | 501.53 | 0.00 | 0.00 | 0.00 | 0.00 | 501.53 |
| | LR4 | CAM-Lot 4: Prior Yr | | -6.23 | 0.00 | 0.00 | 0.00 | 0.00 | -6.23 |
| | **Bed Bath and Beyond 1317 Total:** | | | **420.63** | **0.00** | **0.00** | **0.00** | **0.00** | **420.63** |
| **FLSLP-000649** | **Bed Bath and Beyond 1317** | | | Suite Id: **002** | | Day Due: | Delq Day: | | |
| Contact: | Amit Parkar - Real Estate Lease Accntg | | | Status: **Current** | | | Last Payment: 6/2/2023 | | 32,246.40 |
| | (908) 855-4527 | | | Master Occupant Id: BEFLSL-2 | | | | | |
| 9/21/2021 | CMR | CAM: Prior Yr | NC | -0.02 | 0.00 | 0.00 | 0.00 | 0.00 | -0.02 |
| 6/23/2023 | CAM | CAM: Current Yr | CH | 7,585.86 | 7,585.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/23/2023 | CEM | CEM: Current Yr | NC | -541.29 | -541.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/23/2023 | CER | CEM: Prior Yr | NC | -1,082.59 | -1,082.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/23/2023 | CM1 | CAM Other 1: Current Yr | CH | 1,630.83 | 1,630.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/23/2023 | CMR | CAM: Prior Yr | CH | 15,171.71 | 15,171.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/23/2023 | CR1 | CAM Other 1: Prior Yr | CH | 3,261.68 | 3,261.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/23/2023 | LR4 | CAM-Lot 4: Prior Yr | CH | 894.23 | 894.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | CAM: Current Yr | | 7,585.86 | 7,585.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CEM | CEM: Current Yr | | -541.29 | -541.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CER | CEM: Prior Yr | | -1,082.59 | -1,082.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CM1 | CAM Other 1: Current Yr | | 1,630.83 | 1,630.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CMR | CAM: Prior Yr | | 15,171.69 | 15,171.71 | 0.00 | 0.00 | 0.00 | -0.02 |
| | CR1 | CAM Other 1: Prior Yr | | 3,261.68 | 3,261.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LR4 | CAM-Lot 4: Prior Yr | | 894.23 | 894.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Bed Bath and Beyond 1317 Total:** | | | **26,920.41** | **26,920.43** | **0.00** | **0.00** | **0.00** | **-0.02** |
| | CAM | CAM: Current Yr | | 7,585.86 | 7,585.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CEM | CEM: Current Yr | | -541.29 | -541.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CER | CEM: Prior Yr | | -1,024.36 | -1,082.59 | 0.00 | 0.00 | 0.00 | 58.23 |
| | CM1 | CAM Other 1: Current Yr | | 1,630.83 | 1,630.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CMR | CAM: Prior Yr | | 15,038.79 | 15,171.71 | 0.00 | 0.00 | 0.00 | -132.92 |
| | CR1 | CAM Other 1: Prior Yr | | 3,763.21 | 3,261.68 | 0.00 | 0.00 | 0.00 | 501.53 |
| | LR4 | CAM-Lot 4: Prior Yr | | 888.00 | 894.23 | 0.00 | 0.00 | 0.00 | -6.23 |
| | **MOCCP BEFLSL Total:** | | | **27,341.04** | **26,920.43** | **0.00** | **0.00** | **0.00** | **420.61** |
| | CAM | CAM: Current Yr | | 7,585.86 | 7,585.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CEM | CEM: Current Yr | | -541.29 | -541.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CER | CEM: Prior Yr | | -1,024.36 | -1,082.59 | 0.00 | 0.00 | 0.00 | 58.23 |
| | CM1 | CAM Other 1: Current Yr | | 1,630.83 | 1,630.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CMR | CAM: Prior Yr | | 15,038.79 | 15,171.71 | 0.00 | 0.00 | 0.00 | -132.92 |
| | CR1 | CAM Other 1: Prior Yr | | 3,763.21 | 3,261.68 | 0.00 | 0.00 | 0.00 | 501.53 |

BED BATH & BEYOND (MOCCP: BEFLSL)  Building Status: Active
Aging By Billing Date  Occupancy Status: Current, E, Inactive, New

# Aged Delinquencies Report

Report Date: 6/23/2023

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---:|---:|---:|---:|---:|---:|
| | LR4 | CAM-Lot 4: Prior Yr | | 888.00 | 894.23 | 0.00 | 0.00 | 0.00 | -6.23 |
| | | **Grand Total:** | | **27,341.04** | **26,920.43** | **0.00** | **0.00** | **0.00** | **420.61** |