# EXHIBIT A
# (KMO)

## Lease Ledger

Page 1

Date: 06/16/2023

Property: 2300com

Tenant: t0000514 Buy Buy Baby #3003

From Date: 12/26/2012  To Date: 01/31/2028

Move In Date: 12/26/2012

Unit(S): 3

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 12/31/2018 | CAM Recovery Reconciliation | | 6,851.65 | 0.00 | 6,851.65 | C-3408 | No |
| 03/01/2020 | Common Area Maintenance | | 19,007.80 | 0.00 | 25,859.45 | C-3409 | No |
| 03/01/2020 | Minimum Rent | | 3,034.49 | 0.00 | 28,893.94 | C-3410 | No |
| 03/10/2020 | Late Fee | | 475.72 | 0.00 | 29,369.66 | C-3411 | No |
| 05/10/2020 | Late Fee | | 1,079.14 | 0.00 | 30,448.80 | C-3412 | No |
| 06/10/2020 | Late Fee | | 1,348.92 | 0.00 | 31,797.72 | C-3413 | No |
| 07/10/2020 | Late Fee | | 1,348.92 | 0.00 | 33,146.64 | C-3414 | No |
| 04/22/2021 | Electricity | | 4,626.11 | 0.00 | 37,772.75 | C-3415 | No |
| 04/22/2021 | Electricity | | 5,519.36 | 0.00 | 43,292.11 | C-3416 | No |
| 04/22/2021 | Electricity | | 5,825.22 | 0.00 | 49,117.33 | C-3417 | No |
| 05/05/2021 | Electricity | | 4,041.98 | 0.00 | 53,159.31 | C-3418 | No |
| 06/23/2021 | Electricity | | 4,424.24 | 0.00 | 57,583.55 | C-3419 | No |
| 06/30/2021 | RET Recovery Reconciliation | | 341,563.73 | 0.00 | 399,147.28 | C-3420 | No |
| 06/30/2021 | Prepaid Rent NSFed by ctrl# 18259 Reverse of Duplication of cash receipts | | 0.00 | 43,913.16 | 355,234.12 | R-385 | |
| 06/30/2021 | Chk# WIRE Reapply | | 0.00 | 62,920.96 | 292,313.16 | R-10289 | |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 19,007.80 | 0.00 | 311,320.96 | C-8365 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 43,913.16 | 0.00 | 355,234.12 | C-8366 | No |
| 07/26/2021 | 2020 Real Estate Tax Reconciliation | | 5,750.04 | 0.00 | 360,984.16 | C-11969 | No |
| 08/01/2021 | Common Area Maintenance (08/2021) | 3 | 19,007.80 | 0.00 | 379,991.96 | C-17694 | No |
| 08/01/2021 | Commercial Rental (08/2021) | 3 | 43,913.16 | 0.00 | 423,905.12 | C-17695 | No |
| 08/02/2021 | Reversed by ctrl# 10265 Reapply payment | | 0.00 | 62,920.96 | 360,984.16 | R-4459 | |
| 08/02/2021 | :Prog Gen Reverses receipt Ctrl# 4459 Reapply payment | | 0.00 | (62,920.96) | 423,905.12 | R-10265 | |
| 08/02/2021 | Chk# WIRE reapply | | 0.00 | 62,920.96 | 360,984.16 | R-10285 | |
| 09/01/2021 | Common Area Maintenance (09/2021) | 3 | 19,007.80 | 0.00 | 379,991.96 | C-21892 | No |
| 09/01/2021 | Commercial Rental (09/2021) | 3 | 43,913.16 | 0.00 | 423,905.12 | C-21893 | No |
| 09/01/2021 | 06/01/2021-06/30/2021 | | 5,684.17 | 0.00 | 429,589.29 | C-27758 | No |
| 09/07/2021 | Chk# WRE   Reversed by ctrl# 10280 Reverse payment | | 0.00 | 62,920.96 | 366,668.33 | R-8554 | |
| 09/07/2021 | Chk# WRE :Prog Gen Reverses receipt Ctrl# 8554 Reverse payment | | 0.00 | (62,920.96) | 429,589.29 | R-10280 | |
| 09/07/2021 | Chk# WIRE Reapply | | 0.00 | 62,920.96 | 366,668.33 | R-10283 | |
| 09/15/2021 | ELC 07/01/2021-07/31/2021 | | 8,311.92 | 0.00 | 374,980.25 | C-27777 | No |
| 09/30/2021 | NSF receipt Ctrl# 385 Reverse of Duplication of cash receipts | | 0.00 | (43,913.16) | 418,893.41 | R-18259 | |
| 10/01/2021 | Common Area Maintenance (10/2021) | 3 | 19,007.80 | 0.00 | 437,901.21 | C-25949 | No |

Friday, June 16, 2023
09:58 AM

## Lease Ledger

Page 2

Date: 06/16/2023

Property: 2300com

Tenant: t0000514 Buy Buy Baby #3003

From Date: 12/26/2012  To Date: 01/31/2028

Move In Date: 12/26/2012

Unit(S): 3

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 10/01/2021 | Commercial Rental (10/2021) | 3 | 43,913.16 | 0.00 | 481,814.37 | C-25950 | No |
| 10/05/2021 | Chk# WIRE Oct rent, cam | | 0.00 | 62,920.96 | 418,893.41 | R-11389 | |
| 10/21/2021 | Chk# WIR RET recovery & ELC | | 0.00 | 355,559.83 | 63,333.58 | R-12096 | |
| 10/29/2021 | 08/01/21 - 08/31/21 electric | | 7,479.69 | 0.00 | 70,813.27 | C-32640 | No |
| 10/29/2021 | 09/01/21 - 09/30/21 electric | | 6,396.57 | 0.00 | 77,209.84 | C-32642 | No |
| 11/01/2021 | Common Area Maintenance (11/2021) | 3 | 19,007.80 | 0.00 | 96,217.64 | C-31186 | No |
| 11/01/2021 | Commercial Rental (11/2021) | 3 | 43,913.16 | 0.00 | 140,130.80 | C-31187 | No |
| 11/05/2021 | Chk# ACH | | 0.00 | 62,920.96 | 77,209.84 | R-13740 | |
| 11/30/2021 | 11/01/2021-11/30/2021 Electric | | 4,602.61 | 0.00 | 81,812.45 | C-44107 | No |
| 12/01/2021 | Common Area Maintenance (12/2021) | 3 | 19,007.80 | 0.00 | 100,820.25 | C-35448 | No |
| 12/01/2021 | Commercial Rental (12/2021) | 3 | 43,913.16 | 0.00 | 144,733.41 | C-35449 | No |
| 12/01/2021 | CAM Recovery Reconciliation | | (24,066.86) | 0.00 | 120,666.55 | C-38393 | No |
| 12/01/2021 | Chk# 8034249 :CHECKscan Payment | | 0.00 | 102,127.38 | 18,539.17 | R-16309 | |
| 12/09/2021 | 10/01/21-10/31/21 Electric | | 6,918.06 | 0.00 | 25,457.23 | C-39292 | No |
| 12/10/2021 | 12/01/21-12/31/21 Electric | | 5,055.38 | 0.00 | 30,512.61 | C-44117 | No |
| 01/01/2022 | Common Area Maintenance (01/2022) | 3 | 19,007.80 | 0.00 | 49,520.41 | C-42629 | No |
| 01/01/2022 | Commercial Rental (01/2022) | 3 | 43,913.16 | 0.00 | 93,433.57 | C-42630 | No |
| 01/07/2022 | Chk# ACH | | 0.00 | 62,920.96 | 30,512.61 | R-19862 | |
| 02/01/2022 | Common Area Maintenance (02/2022) | 3 | 19,007.80 | 0.00 | 49,520.41 | C-45737 | No |
| 02/01/2022 | Commercial Rental (02/2022) | 3 | 43,913.16 | 0.00 | 93,433.57 | C-45738 | No |
| 02/09/2022 | Chk# ACH | | 0.00 | 38,854.10 | 54,579.47 | R-23328 | |
| 03/01/2022 | Common Area Maintenance (03/2022) | 3 | 19,007.80 | 0.00 | 73,587.27 | C-51010 | No |
| 03/01/2022 | Commercial Rental (03/2022) | 3 | 43,913.16 | 0.00 | 117,500.43 | C-51011 | No |
| 03/01/2022 | Chk# 8034582 :CHECKscan Payment | | 0.00 | 79,497.01 | 38,003.42 | R-25164 | |
| 03/11/2022 | 01/01/2022-01/31/2022 Electric | | 6,001.36 | 0.00 | 44,004.78 | C-53009 | No |
| 03/14/2022 | 02/01/2022-02/28/2022 Electric | | 6,159.04 | 0.00 | 50,163.82 | C-53039 | No |
| 03/30/2022 | 3/1/22-3/31/22 Electric | | 4,188.96 | 0.00 | 54,352.78 | C-59198 | No |
| 04/01/2022 | Common Area Maintenance (04/2022) | 3 | 19,007.80 | 0.00 | 73,360.58 | C-56913 | No |
| 04/01/2022 | Commercial Rental (04/2022) | 3 | 43,913.16 | 0.00 | 117,273.74 | C-56914 | No |
| 04/04/2022 | Chk# 101001 :CHECKscan Payment | | 0.00 | 75,081.36 | 42,192.38 | R-28302 | |
| 05/01/2022 | Common Area Maintenance (05/2022) | 3 | 19,007.80 | 0.00 | 61,200.18 | C-63086 | No |
| 05/01/2022 | Commercial Rental (05/2022) | 3 | 43,913.16 | 0.00 | 105,113.34 | C-63087 | No |
| 05/03/2022 | Chk# 102138 :CHECKscan Payment | | 0.00 | 67,109.92 | 38,003.42 | R-30544 | |
| 06/01/2022 | Common Area Maintenance (06/2022) | 3 | 19,007.80 | 0.00 | 57,011.22 | C-67254 | No |
| 06/01/2022 | Commercial Rental (06/2022) | 3 | 43,913.16 | 0.00 | 100,924.38 | C-67255 | No |
| 06/06/2022 | Chk# ACH | | 0.00 | 62,920.96 | 38,003.42 | R-33272 | |

## Lease Ledger

Page 3

Date: 06/16/2023

Property: 2300com

Tenant: t0000514 Buy Buy Baby #3003

From Date: 12/26/2012  To Date: 01/31/2028

Move In Date: 12/26/2012

Unit(S): 3

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 06/30/2022 | 2021 | | 344,877.76 | 0.00 | 382,881.18 | C-73968 | No |
| 07/01/2022 | Common Area Maintenance (07/2022) | 3 | 19,007.80 | 0.00 | 401,888.98 | C-69963 | No |
| 07/01/2022 | Commercial Rental (07/2022) | 3 | 43,913.16 | 0.00 | 445,802.14 | C-69964 | No |
| 07/01/2022 | Chk# WIRE | | 0.00 | 62,920.96 | 382,881.18 | R-35051 | |
| 08/01/2022 | Common Area Maintenance (08/2022) | 3 | 19,007.80 | 0.00 | 401,888.98 | C-80605 | No |
| 08/01/2022 | Commercial Rental (08/2022) | 3 | 43,913.16 | 0.00 | 445,802.14 | C-80606 | No |
| 08/01/2022 | Chk# WIRE | | 0.00 | 407,798.73 | 38,003.41 | R-43288 | |
| 09/01/2022 | Common Area Maintenance (09/2022) | 3 | 19,007.80 | 0.00 | 57,011.21 | C-144222 | No |
| 09/01/2022 | Commercial Rental (09/2022) | 3 | 43,913.16 | 0.00 | 100,924.37 | C-144223 | No |
| 09/01/2022 | Chk# WIRE | | 0.00 | 62,920.96 | 38,003.41 | R-62152 | |
| 10/01/2022 | Common Area Maintenance (10/2022) | 3 | 19,007.80 | 0.00 | 57,011.21 | C-213312 | No |
| 10/01/2022 | Commercial Rental (10/2022) | 3 | 43,913.16 | 0.00 | 100,924.37 | C-213313 | No |
| 10/03/2022 | Chk# WIRE | | 0.00 | 62,920.96 | 38,003.41 | R-75974 | |
| 10/24/2022 | Chk# check adjustment  NSFed by ctrl# 85043 NSF | | 0.00 | 19,007.80 | 18,995.61 | R-85042 | |
| 10/24/2022 | Chk# check NSF receipt Ctrl# 85042 NSF | | 0.00 | (19,007.80) | 38,003.41 | R-85043 | |
| 11/01/2022 | Common Area Maintenance (11/2022) | 3 | 19,007.80 | 0.00 | 57,011.21 | C-249484 | No |
| 11/01/2022 | Commercial Rental (11/2022) | 3 | 43,913.16 | 0.00 | 100,924.37 | C-249485 | No |
| 11/02/2022 | Chk# WIRE | | 0.00 | 62,920.96 | 38,003.41 | R-110781 | |
| 12/01/2022 | Common Area Maintenance (12/2022) | 3 | 19,007.80 | 0.00 | 57,011.21 | C-319965 | No |
| 12/01/2022 | Commercial Rental (12/2022) | 3 | 43,913.16 | 0.00 | 100,924.37 | C-319966 | No |
| 12/01/2022 | 04/01/2022-04/30/2022 Electric | | 4,154.81 | 0.00 | 105,079.18 | C-321342 | No |
| 12/01/2022 | 05/01/2022-05/31/2022 Electric | | 4,298.05 | 0.00 | 109,377.23 | C-321351 | No |
| 12/01/2022 | 06/01/2022-06/30/2022 Electric | | 7,956.82 | 0.00 | 117,334.05 | C-321355 | No |
| 12/01/2022 | 07/01/2022-07/31/2022 Electric | | 8,047.26 | 0.00 | 125,381.31 | C-321359 | No |
| 12/01/2022 | 08/01/2022-08/31/2022 Electric | | 6,490.06 | 0.00 | 131,871.37 | C-321362 | No |
| 12/01/2022 | 09/01/2022-09/30/2022 Electric | | 4,287.31 | 0.00 | 136,158.68 | C-321570 | No |
| 12/01/2022 | 10/01/2022-10/31/2022 Electric | | 3,836.03 | 0.00 | 139,994.71 | C-321650 | No |
| 12/01/2022 | Chk# WIRE | | 0.00 | 62,920.96 | 77,073.75 | R-134863 | |
| 12/08/2022 | 11/01/2022-11/30/2022 Electric | | 9,032.24 | 0.00 | 86,105.99 | C-322762 | No |
| 12/13/2022 | Chk# WIRE | | 0.00 | 39,070.34 | 47,035.65 | R-143835 | |
| 01/01/2023 | Common Area Maintenance (01/2023) | 3 | 19,007.80 | 0.00 | 66,043.45 | C-365935 | No |
| 01/01/2023 | Commercial Rental (01/2023) | 3 | 43,913.16 | 0.00 | 109,956.61 | C-365936 | No |
| 01/01/2023 | Rev Cam 01/2023 (1st Amend) | | (19,007.80) | 0.00 | 90,948.81 | C-418690 | No |
| 01/01/2023 | Adj Commercial Rent (01/2023) | | 13,764.13 | 0.00 | 104,712.94 | C-418691 | No |
| 02/01/2023 | Common Area Maintenance (02/2023) | 3 | 19,007.80 | 0.00 | 123,720.74 | C-412084 | No |
| 02/01/2023 | Commercial Rental (02/2023) | 3 | 43,913.16 | 0.00 | 167,633.90 | C-412085 | No |

# Lease Ledger

Page 4

Date: 06/16/2023

Property: 2300com

Tenant: t0000514 Buy Buy Baby #3003

From Date: 12/26/2012  To Date: 01/31/2028

Move In Date: 12/26/2012

Unit(S): 3

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 02/08/2023 | 12/01/2022-12/31/2022 Electric | | 10,224.12 | 0.00 | 177,858.02 | C-416716 | No |
| 02/08/2023 | 01/01/2023-01/31/2023 Electric | | 9,530.83 | 0.00 | 187,388.85 | C-416719 | No |
| 02/09/2023 | Chk# WIRE | | 0.00 | 143,394.62 | 43,994.23 | R-215815 | |
| 02/11/2023 | Late Fee, 2% of $182145.18 | | 3,642.90 | 0.00 | 47,637.13 | C-419160 | No |
| 02/14/2023 | Rev CAM 02/2023 (1st Amend) | | (19,007.80) | 0.00 | 28,629.33 | C-418692 | No |
| 02/14/2023 | Adj Commercial Rental (02/2023) | | 13,764.13 | 0.00 | 42,393.46 | C-418693 | No |
| 03/01/2023 | Commercial Rental (03/2023) | 3 | 57,677.29 | 0.00 | 100,070.75 | C-464310 | No |
| 03/09/2023 | Chk# WIRE | | 0.00 | 77,432.24 | 22,638.51 | R-208581 | |
| 03/11/2023 | Late Fee, 2% of $57677.29 | | 1,153.55 | 0.00 | 23,792.06 | C-470317 | No |
| 03/16/2023 | 02/01/2023 - 02/28/2023 Electric | | 9,894.77 | 0.00 | 33,686.83 | C-501936 | No |
| 03/31/2023 | Rev Late Fee | | (7,494.29) | 0.00 | 26,192.54 | C-512795 | No |
| 03/31/2023 | 2022 RET Recovery Reconciliation | | 344,877.77 | 0.00 | 371,070.31 | C-512832 | No |
| 04/01/2023 | Commercial Rental (04/2023) | 3 | 57,677.29 | 0.00 | 428,747.60 | C-509468 | No |
| 04/04/2023 | 2021 CAM Recovery Reconciliation | | (22,134.07) | 0.00 | 406,613.53 | C-513249 | No |
| 04/11/2023 | Late Fee, 2% of $57677.29 | | 1,153.55 | 0.00 | 407,767.08 | C-514249 | No |
| 04/19/2023 | 03/01/2023-03/31/2023 Electric | | 7,531.17 | 0.00 | 415,298.25 | C-553253 | No |
| 04/19/2023 | Chk# WIRE | | 0.00 | 57,677.29 | 357,620.96 | R-238013 | |
| 05/01/2023 | Commercial Rental (05/2023) | 3 | 57,677.29 | 0.00 | 415,298.25 | C-553337 | No |
| 05/02/2023 | Chk# WIRE | | 0.00 | 35,543.22 | 379,755.03 | R-247412 | |
| 06/01/2023 | Commercial Rental (06/2023) | 3 | 57,677.29 | 0.00 | 437,432.32 | C-600188 | No |
| 06/01/2023 | 04/01/2023-04/30/2023 Electric | | 5,801.23 | 0.00 | 443,233.55 | C-603520 | No |
| 06/02/2023 | Chk# WIRE | | 0.00 | 57,677.29 | 385,556.26 | R-268377 | |

Friday, June 16, 2023

09:58 AM