# EXHIBIT B
# (Northway)

# Lease Ledger

Page 1

Date: 06/16/2023
Property: 1600com
Tenant: t0000168 Buy Buy Baby #3036
From Date: 12/16/2010  To Date: 01/31/2026
Move In Date: 12/16/2010
Unit(S): A6

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/30/2019 | Water | | 268.23 | 0.00 | 268.23 | C-961 | No |
| 11/11/2019 | Water | | 11.21 | 0.00 | 279.44 | C-962 | No |
| 06/01/2020 | Tenant Operating Contribution | | 2,389.84 | 0.00 | 2,669.28 | C-963 | No |
| 06/23/2020 | SNO Recovery Reconciliation | | 2,350.15 | 0.00 | 5,019.43 | C-964 | No |
| 08/01/2020 | Water | | 23.86 | 0.00 | 5,043.29 | C-965 | No |
| 08/01/2020 | Water | | 12.31 | 0.00 | 5,055.60 | C-966 | No |
| 06/30/2021 | Prepaid CAM | | 0.00 | 6,728.22 | (1,672.62) | R-147 | |
| 06/30/2021 | Prepaid CAM | | 0.00 | 1,429.38 | (3,102.00) | R-148 | |
| 06/30/2021 | Prepaid Rent | | 0.00 | 23,752.38 | (26,854.38) | R-149 | |
| 06/30/2021 | Prepaid RET | | 0.00 | 646.63 | (27,501.01) | R-150 | |
| 06/30/2021 | Prepaid Utilities | | 0.00 | 68.63 | (27,569.64) | R-151 | |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 6,728.22 | 0.00 | (20,841.42) | C-9028 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 646.63 | 0.00 | (20,194.79) | C-9029 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 23,752.38 | 0.00 | 3,557.59 | C-9030 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 1,429.38 | 0.00 | 4,986.97 | C-9031 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 68.63 | 0.00 | 5,055.60 | C-9032 | No |
| 08/01/2021 | Common Area Maintenance (08/2021) | A6 | 6,728.22 | 0.00 | 11,783.82 | C-17364 | No |
| 08/01/2021 | Commercial Rental (08/2021) | A6 | 23,752.38 | 0.00 | 35,536.20 | C-17365 | No |
| 08/01/2021 | Real Estate Taxes (08/2021) | A6 | 646.63 | 0.00 | 36,182.83 | C-17366 | No |
| 08/01/2021 | Snow Removal (08/2021) | A6 | 1,429.38 | 0.00 | 37,612.21 | C-17367 | No |
| 08/01/2021 | Water/ Sewer (08/2021) | A6 | 68.63 | 0.00 | 37,680.84 | C-17368 | No |
| 08/18/2021 | Chk# ACH | | 0.00 | 18,299.39 | 19,381.45 | R-6770 | |
| 09/01/2021 | Common Area Maintenance (09/2021) | A6 | 6,728.22 | 0.00 | 26,109.67 | C-21645 | No |
| 09/01/2021 | Commercial Rental (09/2021) | A6 | 23,752.38 | 0.00 | 49,862.05 | C-21646 | No |
| 09/01/2021 | Real Estate Taxes (09/2021) | A6 | 646.63 | 0.00 | 50,508.68 | C-21647 | No |
| 09/01/2021 | Snow Removal (09/2021) | A6 | 1,429.38 | 0.00 | 51,938.06 | C-21648 | No |
| 09/01/2021 | Water/ Sewer (09/2021) | A6 | 68.63 | 0.00 | 52,006.69 | C-21649 | No |
| 09/07/2021 | Chk# WRE | | 0.00 | 30,578.69 | 21,428.00 | R-8540 | |
| 10/01/2021 | Common Area Maintenance (10/2021) | A6 | 6,728.22 | 0.00 | 28,156.22 | C-27795 | No |
| 10/01/2021 | Commercial Rental (10/2021) | A6 | 23,752.38 | 0.00 | 51,908.60 | C-27796 | No |
| 10/01/2021 | Real Estate Taxes (10/2021) | A6 | 646.63 | 0.00 | 52,555.23 | C-27797 | No |
| 10/01/2021 | Snow Removal (10/2021) | A6 | 1,429.38 | 0.00 | 53,984.61 | C-27798 | No |
| 10/01/2021 | Water/ Sewer (10/2021) | A6 | 68.63 | 0.00 | 54,053.24 | C-27799 | No |
| 10/05/2021 | Adj Commercial Rental (02/2021-10/2021) | | (18,418.95) | 0.00 | 35,634.29 | C-28096 | No |
| 10/05/2021 | Chk# WIRE | | 0.00 | 30,578.69 | 5,055.60 | R-11316 | |
| 11/01/2021 | Common Area Maintenance (11/2021) | A6 | 6,728.22 | 0.00 | 11,783.82 | C-31388 | No |

Friday, June 16, 2023
09:59 AM

# Lease Ledger

Page 2

Date: 06/16/2023

Property: 1600com

Tenant: t0000168 Buy Buy Baby #3036

From Date: 12/16/2010  To Date: 01/31/2026

Move In Date: 12/16/2010

Unit(S): A6

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/01/2021 | Commercial Rental (11/2021) | A6 | 21,705.83 | 0.00 | 33,489.65 | C-31389 | No |
| 11/01/2021 | Real Estate Taxes (11/2021) | A6 | 646.63 | 0.00 | 34,136.28 | C-31390 | No |
| 11/01/2021 | Snow Removal (11/2021) | A6 | 1,429.38 | 0.00 | 35,565.66 | C-31391 | No |
| 11/01/2021 | Water/ Sewer (11/2021) | A6 | 68.63 | 0.00 | 35,634.29 | C-31392 | No |
| 11/05/2021 | Chk# ACH | | 0.00 | 30,578.69 | 5,055.60 | R-13679 | |
| 12/01/2021 | Common Area Maintenance (12/2021) | A6 | 6,728.22 | 0.00 | 11,783.82 | C-37402 | No |
| 12/01/2021 | Commercial Rental (12/2021) | A6 | 21,705.83 | 0.00 | 33,489.65 | C-37403 | No |
| 12/01/2021 | Real Estate Taxes (12/2021) | A6 | 646.63 | 0.00 | 34,136.28 | C-37404 | No |
| 12/01/2021 | Snow Removal (12/2021) | A6 | 1,429.38 | 0.00 | 35,565.66 | C-37405 | No |
| 12/01/2021 | Water/ Sewer (12/2021) | A6 | 68.63 | 0.00 | 35,634.29 | C-37406 | No |
| 12/01/2021 | Chk# 8034254 :CHECKscan Payment | | 0.00 | 30,578.69 | 5,055.60 | R-16307 | |
| 01/01/2022 | Common Area Maintenance (01/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-41561 | No |
| 01/01/2022 | Commercial Rental (01/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-41562 | No |
| 01/01/2022 | Real Estate Taxes (01/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-41563 | No |
| 01/01/2022 | Snow Removal (01/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-41564 | No |
| 01/01/2022 | Water/ Sewer (01/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-41565 | No |
| 01/07/2022 | Chk# ACH | | 0.00 | 30,713.25 | 5,055.60 | R-19833 | |
| 02/01/2022 | Common Area Maintenance (02/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-46690 | No |
| 02/01/2022 | Commercial Rental (02/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-46691 | No |
| 02/01/2022 | Real Estate Taxes (02/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-46692 | No |
| 02/01/2022 | Snow Removal (02/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-46693 | No |
| 02/01/2022 | Water/ Sewer (02/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-46694 | No |
| 02/09/2022 | Chk# ACH | | 0.00 | 30,713.25 | 5,055.60 | R-23306 | |
| 03/01/2022 | Common Area Maintenance (03/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-51753 | No |
| 03/01/2022 | Commercial Rental (03/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-51754 | No |
| 03/01/2022 | Real Estate Taxes (03/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-51755 | No |
| 03/01/2022 | Snow Removal (03/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-51756 | No |
| 03/01/2022 | Water/ Sewer (03/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-51757 | No |
| 03/03/2022 | Chk# ACH | | 0.00 | 30,713.25 | 5,055.60 | R-25743 | |
| 04/01/2022 | Common Area Maintenance (04/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-58181 | No |
| 04/01/2022 | Commercial Rental (04/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-58182 | No |
| 04/01/2022 | Real Estate Taxes (04/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-58183 | No |
| 04/01/2022 | Snow Removal (04/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-58184 | No |
| 04/01/2022 | Water/ Sewer (04/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-58185 | No |
| 04/07/2022 | Chk# 100983 :CHECKscan Payment | | 0.00 | 30,713.25 | 5,055.60 | R-28598 | |
| 05/01/2022 | Common Area Maintenance (05/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-63295 | |

# Lease Ledger

Page 3

Date: 06/16/2023

Property: 1600com

Tenant: t0000168 Buy Buy Baby #3036

From Date: 12/16/2010  To Date: 01/31/2026

Move In Date: 12/16/2010

Unit(S): A6

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 05/01/2022 | Commercial Rental (05/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-63296 | No |
| 05/01/2022 | Real Estate Taxes (05/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-63297 | No |
| 05/01/2022 | Snow Removal (05/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-63298 | No |
| 05/01/2022 | Water/ Sewer (05/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-63299 | No |
| 05/04/2022 | Chk# 102118 :CHECKscan Payment | | 0.00 | 30,713.25 | 5,055.60 | R-30654 | |
| 06/01/2022 | Common Area Maintenance (06/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-68405 | No |
| 06/01/2022 | Commercial Rental (06/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-68406 | No |
| 06/01/2022 | Real Estate Taxes (06/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-68407 | No |
| 06/01/2022 | Snow Removal (06/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-68408 | No |
| 06/01/2022 | Water/ Sewer (06/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-68409 | No |
| 06/08/2022 | Chk# ACH | | 0.00 | 30,713.25 | 5,055.60 | R-33492 | |
| 07/01/2022 | Common Area Maintenance (07/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-70093 | No |
| 07/01/2022 | Commercial Rental (07/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-70094 | No |
| 07/01/2022 | Real Estate Taxes (07/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-70095 | No |
| 07/01/2022 | Snow Removal (07/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-70096 | No |
| 07/01/2022 | Water/ Sewer (07/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-70097 | No |
| 07/06/2022 | Chk# 104351 :CHECKscan Payment | | 0.00 | 30,713.25 | 5,055.60 | R-35207 | |
| 08/01/2022 | Common Area Maintenance (08/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-81082 | No |
| 08/01/2022 | Commercial Rental (08/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-81083 | No |
| 08/01/2022 | Real Estate Taxes (08/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-81084 | No |
| 08/01/2022 | Snow Removal (08/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-81085 | No |
| 08/01/2022 | Water/ Sewer (08/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-81086 | No |
| 08/02/2022 | Chk# 105398 :CHECKscan Payment | | 0.00 | 30,713.25 | 5,055.60 | R-43281 | |
| 09/01/2022 | Common Area Maintenance (09/2022) | A6 | 6,862.78 | 0.00 | 11,918.38 | C-178032 | No |
| 09/01/2022 | Commercial Rental (09/2022) | A6 | 21,705.83 | 0.00 | 33,624.21 | C-178033 | No |
| 09/01/2022 | Real Estate Taxes (09/2022) | A6 | 646.63 | 0.00 | 34,270.84 | C-178034 | No |
| 09/01/2022 | Snow Removal (09/2022) | A6 | 1,429.38 | 0.00 | 35,700.22 | C-178035 | No |
| 09/01/2022 | Water/ Sewer (09/2022) | A6 | 68.63 | 0.00 | 35,768.85 | C-178036 | No |
| 09/08/2022 | Chk# 106487 :CHECKscan Payment | | 0.00 | 30,713.25 | 5,055.60 | R-63693 | |
| 09/19/2022 | RET Recovery Rec | | 6,530.69 | 0.00 | 11,586.29 | C-179914 | No |
| 10/01/2022 | Common Area Maintenance (10/2022) | A6 | 6,862.78 | 0.00 | 18,449.07 | C-213801 | No |
| 10/01/2022 | Commercial Rental (10/2022) | A6 | 21,705.83 | 0.00 | 40,154.90 | C-213802 | No |
| 10/01/2022 | Real Estate Taxes (10/2022) | A6 | 646.63 | 0.00 | 40,801.53 | C-213803 | No |
| 10/01/2022 | Snow Removal (10/2022) | A6 | 1,429.38 | 0.00 | 42,230.91 | C-213804 | No |
| 10/01/2022 | Water/ Sewer (10/2022) | A6 | 68.63 | 0.00 | 42,299.54 | C-213805 | No |
| 10/06/2022 | Chk# 107050 :CHECKscan Payment | | 0.00 | 30,713.25 | 11,586.29 | R-78013 | |

# Lease Ledger

Page 4

Date: 06/16/2023

Property: 1600com

Tenant: t0000168 Buy Buy Baby #3036

From Date: 12/16/2010  To Date: 01/31/2026

Move In Date: 12/16/2010

Unit(S): A6

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/01/2022 | Common Area Maintenance (11/2022) | A6 | 6,862.78 | 0.00 | 18,449.07 | C-264372 | No |
| 11/01/2022 | Commercial Rental (11/2022) | A6 | 21,705.83 | 0.00 | 40,154.90 | C-264373 | No |
| 11/01/2022 | Real Estate Taxes (11/2022) | A6 | 646.63 | 0.00 | 40,801.53 | C-264374 | No |
| 11/01/2022 | Snow Removal (11/2022) | A6 | 1,429.38 | 0.00 | 42,230.91 | C-264375 | No |
| 11/01/2022 | Water/ Sewer (11/2022) | A6 | 68.63 | 0.00 | 42,299.54 | C-264376 | No |
| 11/01/2022 | Chk# 108092 :CHECKscan Payment | | 0.00 | 30,713.25 | 11,586.29 | R-107874 | |
| 11/10/2022 | Credit for 2021 RET Recovery Rec Revised Bill | | (126.25) | 0.00 | 11,460.04 | C-278545 | No |
| 12/01/2022 | Common Area Maintenance (12/2022) | A6 | 6,862.78 | 0.00 | 18,322.82 | C-320018 | No |
| 12/01/2022 | Commercial Rental (12/2022) | A6 | 21,705.83 | 0.00 | 40,028.65 | C-320019 | No |
| 12/01/2022 | Real Estate Taxes (12/2022) | A6 | 646.63 | 0.00 | 40,675.28 | C-320020 | No |
| 12/01/2022 | Snow Removal (12/2022) | A6 | 1,429.38 | 0.00 | 42,104.66 | C-320021 | No |
| 12/01/2022 | Water/ Sewer (12/2022) | A6 | 68.63 | 0.00 | 42,173.29 | C-320022 | No |
| 12/06/2022 | Chk# 109191 :CHECKscan Payment | | 0.00 | 30,713.25 | 11,460.04 | R-138463 | |
| 01/01/2023 | Common Area Maintenance (01/2023) | A6 | 7,000.04 | 0.00 | 18,460.08 | C-366900 | No |
| 01/01/2023 | Commercial Rental (01/2023) | A6 | 21,705.83 | 0.00 | 40,165.91 | C-366901 | No |
| 01/01/2023 | Real Estate Taxes (01/2023) | A6 | 646.63 | 0.00 | 40,812.54 | C-366902 | No |
| 01/01/2023 | Snow Removal (01/2023) | A6 | 1,429.38 | 0.00 | 42,241.92 | C-366903 | No |
| 01/01/2023 | Water/ Sewer (01/2023) | A6 | 68.63 | 0.00 | 42,310.55 | C-366904 | No |
| 01/03/2023 | Chk# 110212 :CHECKscan Payment | | 0.00 | 30,850.51 | 11,460.04 | R-156101 | |
| 02/01/2023 | Common Area Maintenance (02/2023) | A6 | 7,000.04 | 0.00 | 18,460.08 | C-414299 | No |
| 02/01/2023 | Commercial Rental (02/2023) | A6 | 21,705.83 | 0.00 | 40,165.91 | C-414300 | No |
| 02/01/2023 | Real Estate Taxes (02/2023) | A6 | 646.63 | 0.00 | 40,812.54 | C-414301 | No |
| 02/01/2023 | Snow Removal (02/2023) | A6 | 1,429.38 | 0.00 | 42,241.92 | C-414302 | No |
| 02/01/2023 | Water/ Sewer (02/2023) | A6 | 68.63 | 0.00 | 42,310.55 | C-414303 | No |
| 02/16/2023 | Chk# 111372 | | 0.00 | 30,850.51 | 11,460.04 | R-190931 | |
| 03/01/2023 | Common Area Maintenance (03/2023) | A6 | 7,000.04 | 0.00 | 18,460.08 | C-463935 | No |
| 03/01/2023 | Commercial Rental (03/2023) | A6 | 21,705.83 | 0.00 | 40,165.91 | C-463936 | No |
| 03/01/2023 | Real Estate Taxes (03/2023) | A6 | 646.63 | 0.00 | 40,812.54 | C-463937 | No |
| 03/01/2023 | Snow Removal (03/2023) | A6 | 1,429.38 | 0.00 | 42,241.92 | C-463938 | No |
| 03/01/2023 | Water/ Sewer (03/2023) | A6 | 68.63 | 0.00 | 42,310.55 | C-463939 | No |
| 03/13/2023 | Chk# 112295 :CHECKscan Payment | | 0.00 | 30,850.51 | 11,460.04 | R-209788 | |
| 04/01/2023 | Common Area Maintenance (04/2023) | A6 | 7,000.04 | 0.00 | 18,460.08 | C-511413 | No |
| 04/01/2023 | Commercial Rental (04/2023) | A6 | 21,705.83 | 0.00 | 40,165.91 | C-511414 | No |
| 04/01/2023 | Real Estate Taxes (04/2023) | A6 | 646.63 | 0.00 | 40,812.54 | C-511415 | No |
| 04/01/2023 | Snow Removal (04/2023) | A6 | 1,429.38 | 0.00 | 42,241.92 | C-511416 | No |
| 04/01/2023 | Water/ Sewer (04/2023) | A6 | 68.63 | 0.00 | 42,310.55 | C-511417 | No |

# Lease Ledger

Page 5

Date: 06/16/2023

Property: 1600com

Tenant: t0000168 Buy Buy Baby #3036

From Date: 12/16/2010  To Date: 01/31/2026

Move In Date: 12/16/2010

Unit(S): A6

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/20/2023 | 2022 RET Recovery Reconciliation | | 8,169.15 | 0.00 | 50,479.70 | C-553609 | No |
| 04/21/2023 | Chk# 113171 :CHECKscan Payment NSFed by ctrl# 240345 Tenant Disputed the check | | 0.00 | 30,850.51 | 19,629.19 | R-238367 | |
| 04/26/2023 | Returned check charge | | 50.00 | 0.00 | 19,679.19 | C-556232 | No |
| 04/26/2023 | Chk# 113171 NSF receipt Ctrl# 238367 Tenant Disputed the check | | 0.00 | (30,850.51) | 50,529.70 | R-240345 | |
| 05/01/2023 | Common Area Maintenance (05/2023) | A6 | 7,000.04 | 0.00 | 57,529.74 | C-556095 | No |
| 05/01/2023 | Commercial Rental (05/2023) | A6 | 21,705.83 | 0.00 | 79,235.57 | C-556096 | No |
| 05/01/2023 | Real Estate Taxes (05/2023) | A6 | 646.63 | 0.00 | 79,882.20 | C-556097 | No |
| 05/01/2023 | Snow Removal (05/2023) | A6 | 1,429.38 | 0.00 | 81,311.58 | C-556098 | No |
| 05/01/2023 | Water/ Sewer (05/2023) | A6 | 68.63 | 0.00 | 81,380.21 | C-556099 | No |
| 05/04/2023 | Chk# 113617 :CHECKscan Payment | | 0.00 | 30,850.51 | 50,529.70 | R-247904 | |
| 05/15/2023 | Chk# 113998 :CHECKscan Payment | | 0.00 | 8,114.11 | 42,415.59 | R-254572 | |
| 05/31/2023 | Chk# 114173 :CHECKscan Payment | | 0.00 | 30,850.51 | 11,565.08 | R-263590 | |
| 06/01/2023 | Common Area Maintenance (06/2023) | A6 | 7,000.04 | 0.00 | 18,565.12 | C-600375 | No |
| 06/01/2023 | Commercial Rental (06/2023) | A6 | 21,705.83 | 0.00 | 40,270.95 | C-600376 | No |
| 06/01/2023 | Real Estate Taxes (06/2023) | A6 | 646.63 | 0.00 | 40,917.58 | C-600377 | No |
| 06/01/2023 | Snow Removal (06/2023) | A6 | 1,429.38 | 0.00 | 42,346.96 | C-600378 | No |
| 06/01/2023 | Water/ Sewer (06/2023) | A6 | 68.63 | 0.00 | 42,415.59 | C-600379 | No |

Friday, June 16, 2023
09:59 AM