# EXHIBIT C (Siegen)

# Lease Ledger

Page 1

Date: 06/20/2023

Property: 1800com

Tenant: t0000191 Bed Bath & Beyond #248

From Date: 05/21/2000  To Date: 01/31/2026

Move In Date: 05/21/2000

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 06/10/2020 | Late Fee | | 45.34 | 0.00 | 45.34 | C-1175 | No |
| 06/14/2020 | RET Recovery Reconciliation | | (757.59) | 0.00 | (712.25) | C-1176 | No |
| 07/01/2020 | CAM Recovery Reconciliation | | (4,175.51) | 0.00 | (4,887.76) | C-1177 | No |
| 07/10/2020 | Late Fee | | 45.34 | 0.00 | (4,842.42) | C-1178 | No |
| 09/08/2020 | CAM Recovery Reconciliation | | (5,152.87) | 0.00 | (9,995.29) | C-1179 | No |
| 10/10/2020 | Late Fee | | 14.50 | 0.00 | (9,980.79) | C-1180 | No |
| 02/01/2021 | Common Area Maintenance | | 2,287.50 | 0.00 | (7,693.29) | C-1181 | No |
| 02/01/2021 | Minimum Rent | | 19,825.00 | 0.00 | 12,131.71 | C-1182 | No |
| 02/10/2021 | Late Fee | | 13.53 | 0.00 | 12,145.24 | C-1183 | No |
| 03/02/2021 | Prepaid Rent | | 0.00 | 11,605.02 | 540.22 | R-166 | |
| 03/31/2021 | Prepaid CAM | | 0.00 | 335.74 | 204.48 | R-167 | |
| 06/30/2021 | RET Recovery Reconciliation | | (1,637.36) | 0.00 | (1,432.88) | C-1184 | No |
| 06/30/2021 | Prepaid Rent | | 0.00 | 31,527.18 | (32,960.06) | R-168 | |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 7,246.65 | 0.00 | (25,713.41) | C-9074 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 335.74 | 0.00 | (25,377.67) | C-9075 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 3,528.12 | 0.00 | (21,849.55) | C-9076 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 20,416.67 | 0.00 | (1,432.88) | C-9077 | No |
| 08/01/2021 | Common Area Maintenance (08/2021) | | 7,246.65 | 0.00 | 5,813.77 | C-17755 | No |
| 08/01/2021 | Insurance (08/2021) | | 335.74 | 0.00 | 6,149.51 | C-17756 | No |
| 08/01/2021 | Real Estate Taxes (08/2021) | | 3,528.12 | 0.00 | 9,677.63 | C-17757 | No |
| 08/01/2021 | Commercial Rental (08/2021) | | 20,416.67 | 0.00 | 30,094.30 | C-17758 | No |
| 09/01/2021 | Common Area Maintenance (09/2021) | A | 7,246.65 | 0.00 | 37,340.95 | C-21351 | No |
| 09/01/2021 | Commercial Rental (09/2021) | A | 20,416.67 | 0.00 | 57,757.62 | C-21352 | No |
| 09/01/2021 | Insurance (09/2021) | A | 335.74 | 0.00 | 58,093.36 | C-21353 | No |
| 09/01/2021 | Real Estate Taxes (09/2021) | A | 3,528.12 | 0.00 | 61,621.48 | C-21354 | No |
| 09/07/2021 | Chk# WRE | | 0.00 | 63,054.36 | (1,432.88) | R-8544 | |
| 09/30/2021 | 2020 CAM Recovery Reconciliation | | (9,012.86) | 0.00 | (10,445.74) | C-27879 | No |
| 10/01/2021 | Common Area Maintenance (10/2021) | A | 7,246.65 | 0.00 | (3,199.09) | C-27613 | No |
| 10/01/2021 | Commercial Rental (10/2021) | A | 20,416.67 | 0.00 | 17,217.58 | C-27614 | No |
| 10/01/2021 | Insurance (10/2021) | A | 335.74 | 0.00 | 17,553.32 | C-27615 | No |
| 10/01/2021 | Real Estate Taxes (10/2021) | A | 3,528.12 | 0.00 | 21,081.44 | C-27616 | No |
| 10/05/2021 | Chk# WIRE | | 0.00 | 31,616.37 | (10,534.93) | R-11323 | |
| 11/01/2021 | Commercial Rental (11/2021) | A | 20,426.58 | 0.00 | 9,891.65 | C-31444 | No |
| 11/05/2021 | Chk# ACH | | 0.00 | 18,495.35 | (8,603.70) | R-13684 | |
| 12/01/2021 | Commercial Rental (12/2021) | A | 20,426.58 | 0.00 | 11,822.88 | C-37836 | No |
| 12/01/2021 | Chk# 5194004 :CHECKscan Payment | | 0.00 | 31,537.09 | (19,714.21) | R-16310 | |

Tuesday, June 20, 2023
11:40 AM

# Lease Ledger

Page 2

Date: 06/20/2023

Property: 1800com

Tenant: t0000191 Bed Bath & Beyond #248

From Date: 05/21/2000  To Date: 01/31/2026

Move In Date: 05/21/2000

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/01/2022 | Commercial Rental (01/2022) | A | 20,426.58 | 0.00 | 712.37 | C-41630 | No |
| 01/04/2022 | Chk# 5194170 :CHECKscan Payment | | 0.00 | 31,537.09 | (30,824.72) | R-19447 | |
| 02/01/2022 | Commercial Rental (02/2022) | A | 20,426.58 | 0.00 | (10,398.14) | C-46747 | No |
| 02/03/2022 | Chk# 5194339 :CHECKscan Payment | | 0.00 | 31,537.09 | (41,935.23) | R-22913 | |
| 03/01/2022 | Commercial Rental (03/2022) | A | 20,426.58 | 0.00 | (21,508.65) | C-51509 | No |
| 03/01/2022 | Chk# 5194507 :CHECKscan Payment | | 0.00 | 31,537.09 | (53,045.74) | R-25184 | |
| 03/11/2022 | Common Area Maintenance (11/2021) | | 7,246.65 | 0.00 | (45,799.09) | C-52984 | No |
| 03/11/2022 | Common Area Maintenance (12/2021) | | 7,246.65 | 0.00 | (38,552.44) | C-52985 | No |
| 03/11/2022 | Common Area Maintenance (01/2022) | | 7,246.65 | 0.00 | (31,305.79) | C-52986 | No |
| 03/11/2022 | Common Area Maintenance (02/2022) | | 7,246.65 | 0.00 | (24,059.14) | C-52987 | No |
| 03/11/2022 | Common Area Maintenance (03/2022) | | 7,246.65 | 0.00 | (16,812.49) | C-52988 | No |
| 03/11/2022 | Insurance  (11/2021) | | 335.74 | 0.00 | (16,476.75) | C-52989 | No |
| 03/11/2022 | Insurance  (12/2021) | | 335.74 | 0.00 | (16,141.01) | C-52990 | No |
| 03/11/2022 | Insurance  (01/2022) | | 335.74 | 0.00 | (15,805.27) | C-52991 | No |
| 03/11/2022 | Insurance  (02/2022) | | 335.74 | 0.00 | (15,469.53) | C-52992 | No |
| 03/11/2022 | Insurance  (03/2022) | | 335.74 | 0.00 | (15,133.79) | C-52993 | No |
| 03/11/2022 | Real Estate Taxes(11/2021) | | 3,528.12 | 0.00 | (11,605.67) | C-52994 | No |
| 03/11/2022 | Real Estate Taxes(12/2021) | | 3,528.12 | 0.00 | (8,077.55) | C-52995 | No |
| 03/11/2022 | Real Estate Taxes(01/2022) | | 3,528.12 | 0.00 | (4,549.43) | C-52996 | No |
| 03/11/2022 | Real Estate Taxes(02/2022) | | 3,528.12 | 0.00 | (1,021.31) | C-52997 | No |
| 03/11/2022 | Real Estate Taxes(03/2022) | | 3,528.12 | 0.00 | 2,506.81 | C-52998 | No |
| 04/01/2022 | Common Area Maintenance (04/2022) | A | 7,246.65 | 0.00 | 9,753.46 | C-58000 | Hold |
| 04/01/2022 | Commercial Rental (04/2022) | A | 20,426.58 | 0.00 | 30,180.04 | C-58001 | No |
| 04/01/2022 | Insurance (04/2022) | A | 335.74 | 0.00 | 30,515.78 | C-58002 | No |
| 04/01/2022 | Real Estate Taxes (04/2022) | A | 3,528.12 | 0.00 | 34,043.90 | C-58003 | No |
| 04/06/2022 | Chk# ACH | | 0.00 | 31,537.09 | 2,506.81 | R-28533 | |
| 05/01/2022 | Common Area Maintenance (05/2022) | A | 7,246.65 | 0.00 | 9,753.46 | C-63220 | No |
| 05/01/2022 | Commercial Rental (05/2022) | A | 20,426.58 | 0.00 | 30,180.04 | C-63221 | No |
| 05/01/2022 | Insurance (05/2022) | A | 335.74 | 0.00 | 30,515.78 | C-63222 | No |
| 05/01/2022 | Real Estate Taxes (05/2022) | A | 3,528.12 | 0.00 | 34,043.90 | C-63223 | No |
| 05/04/2022 | Chk# 102214 :CHECKscan Payment | | 0.00 | 31,537.09 | 2,506.81 | R-30634 | |
| 06/01/2022 | Common Area Maintenance (06/2022) | A | 7,246.65 | 0.00 | 9,753.46 | C-67999 | No |
| 06/01/2022 | Commercial Rental (06/2022) | A | 20,426.58 | 0.00 | 30,180.04 | C-68000 | No |
| 06/01/2022 | Insurance (06/2022) | A | 335.74 | 0.00 | 30,515.78 | C-68001 | No |
| 06/01/2022 | Real Estate Taxes (06/2022) | A | 3,528.12 | 0.00 | 34,043.90 | C-68002 | No |
| 06/01/2022 | Chk# WRE-A06012022 | | 0.00 | 31,537.09 | 2,506.81 | R-32878 | |

# Lease Ledger

Page 3

Date: 06/20/2023

Property: 1800com

Tenant: t0000191 Bed Bath & Beyond #248

From Date: 05/21/2000  To Date: 01/31/2026

Move In Date: 05/21/2000

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/01/2022 | Common Area Maintenance (07/2022) | A | 7,246.65 | 0.00 | 9,753.46 | C-72907 | No |
| 07/01/2022 | Commercial Rental (07/2022) | A | 20,426.58 | 0.00 | 30,180.04 | C-72908 | No |
| 07/01/2022 | Insurance (07/2022) | A | 335.74 | 0.00 | 30,515.78 | C-72909 | No |
| 07/01/2022 | Real Estate Taxes (07/2022) | A | 3,528.12 | 0.00 | 34,043.90 | C-72910 | No |
| 07/01/2022 | Chk# WRE-A07012022 | | 0.00 | 31,537.09 | 2,506.81 | R-34790 | |
| 07/14/2022 | Chk# WRE-A07142022 | | 0.00 | 1,000.00 | 1,506.81 | R-36486 | |
| 08/01/2022 | Common Area Maintenance (08/2022) | A | 7,246.65 | 0.00 | 8,753.46 | C-81148 | No |
| 08/01/2022 | Commercial Rental (08/2022) | A | 20,426.58 | 0.00 | 29,180.04 | C-81149 | No |
| 08/01/2022 | Insurance (08/2022) | A | 335.74 | 0.00 | 29,515.78 | C-81150 | No |
| 08/01/2022 | Real Estate Taxes (08/2022) | A | 3,528.12 | 0.00 | 33,043.90 | C-81151 | No |
| 08/01/2022 | Chk# WRE-A08012022 | | 0.00 | 31,537.09 | 1,506.81 | R-43895 | |
| 08/02/2022 | License Agreement (1st Month) | | 500.00 | 0.00 | 2,006.81 | C-112261 | No |
| 08/02/2022 | License Agreement (2nd Month) | | 500.00 | 0.00 | 2,506.81 | C-112262 | No |
| 08/12/2022 | RET Recovery Rec 2021 | | (4,757.97) | 0.00 | (2,251.16) | C-113797 | No |
| 09/01/2022 | Common Area Maintenance (09/2022) | A | 7,246.65 | 0.00 | 4,995.49 | C-178102 | No |
| 09/01/2022 | Commercial Rental (09/2022) | A | 20,426.58 | 0.00 | 25,422.07 | C-178103 | No |
| 09/01/2022 | Insurance (09/2022) | A | 335.74 | 0.00 | 25,757.81 | C-178104 | No |
| 09/01/2022 | Real Estate Taxes (09/2022) | A | 3,528.12 | 0.00 | 29,285.93 | C-178105 | No |
| 09/01/2022 | Chk# WRE-A09012022 | | 0.00 | 31,537.09 | (2,251.16) | R-61189 | |
| 10/01/2022 | Common Area Maintenance (10/2022) | A | 7,246.65 | 0.00 | 4,995.49 | C-213738 | No |
| 10/01/2022 | Commercial Rental (10/2022) | A | 20,426.58 | 0.00 | 25,422.07 | C-213739 | No |
| 10/01/2022 | Insurance (10/2022) | A | 335.74 | 0.00 | 25,757.81 | C-213740 | No |
| 10/01/2022 | Real Estate Taxes (10/2022) | A | 3,528.12 | 0.00 | 29,285.93 | C-213741 | No |
| 10/03/2022 | Chk# WRE-A10032022 | | 0.00 | 31,537.09 | (2,251.16) | R-75915 | |
| 11/01/2022 | Common Area Maintenance (11/2022) | A | 7,246.65 | 0.00 | 4,995.49 | C-267654 | No |
| 11/01/2022 | Commercial Rental (11/2022) | A | 20,426.58 | 0.00 | 25,422.07 | C-267655 | No |
| 11/01/2022 | Insurance (11/2022) | A | 335.74 | 0.00 | 25,757.81 | C-267656 | No |
| 11/01/2022 | Real Estate Taxes (11/2022) | A | 3,528.12 | 0.00 | 29,285.93 | C-267657 | No |
| 11/02/2022 | Chk# WRE-A11022022 | | 0.00 | 31,537.09 | (2,251.16) | R-109232 | |
| 12/01/2022 | Common Area Maintenance (12/2022) | A | 7,246.65 | 0.00 | 4,995.49 | C-320845 | No |
| 12/01/2022 | Commercial Rental (12/2022) | A | 20,426.58 | 0.00 | 25,422.07 | C-320846 | No |
| 12/01/2022 | Insurance (12/2022) | A | 335.74 | 0.00 | 25,757.81 | C-320847 | No |
| 12/01/2022 | Real Estate Taxes (12/2022) | A | 3,528.12 | 0.00 | 29,285.93 | C-320848 | No |
| 12/01/2022 | Chk# WRE-A12012022 | | 0.00 | 1,461.83 | 27,824.10 | R-137562 | |
| 01/01/2023 | Common Area Maintenance (01/2023) | A | 7,246.65 | 0.00 | 35,070.75 | C-366828 | No |
| 01/01/2023 | Commercial Rental (01/2023) | A | 20,426.58 | 0.00 | 55,497.33 | C-366829 | No |

# Lease Ledger

Page 4

Date: 06/20/2023

Property: 1800com

Tenant: t0000191 Bed Bath & Beyond #248

From Date: 05/21/2000  To Date: 01/31/2026

Move In Date: 05/21/2000

Unit(S): A

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/01/2023 | Insurance (01/2023) | A | 335.74 | 0.00 | 55,833.07 | C-366830 | No |
| 01/01/2023 | Real Estate Taxes (01/2023) | A | 3,528.12 | 0.00 | 59,361.19 | C-366831 | No |
| 01/03/2023 | Chk# WRE-A01032023 | | 0.00 | 31,537.09 | 27,824.10 | R-155626 | |
| 02/01/2023 | Common Area Maintenance (02/2023) | A | 7,246.65 | 0.00 | 35,070.75 | C-414364 | No |
| 02/01/2023 | Commercial Rental (02/2023) | A | 23,344.67 | 0.00 | 58,415.42 | C-414365 | No |
| 02/01/2023 | Insurance (02/2023) | A | 335.74 | 0.00 | 58,751.16 | C-414366 | No |
| 02/01/2023 | Real Estate Taxes (02/2023) | A | 3,528.12 | 0.00 | 62,279.28 | C-414367 | No |
| 02/09/2023 | Chk# WRE-A02102023 | | 0.00 | 34,455.18 | 27,824.10 | R-186665 | |
| 03/01/2023 | Common Area Maintenance (03/2023) | A | 7,246.65 | 0.00 | 35,070.75 | C-464067 | No |
| 03/01/2023 | Commercial Rental (03/2023) | A | 23,344.67 | 0.00 | 58,415.42 | C-464068 | No |
| 03/01/2023 | Insurance (03/2023) | A | 335.74 | 0.00 | 58,751.16 | C-464069 | No |
| 03/01/2023 | Real Estate Taxes (03/2023) | A | 3,528.12 | 0.00 | 62,279.28 | C-464070 | No |
| 03/09/2023 | Payment made on 2/2021 for Cost Plus that was applied to Bed Bath and Beyond in error on MRI. :Reversed by Charge Ctrl# 514002 | | 22,112.50 | 0.00 | 84,391.78 | C-469764 | No |
| 03/09/2023 | :Reverse Charge Ctrl#469764 | | (22,112.50) | 0.00 | 62,279.28 | C-514002 | Yes |
| 03/09/2023 | Chk# WRE-A03092023 | | 0.00 | 34,455.18 | 27,824.10 | R-207411 | |
| 04/01/2023 | Common Area Maintenance (04/2023) | A | 7,246.65 | 0.00 | 35,070.75 | C-511353 | No |
| 04/01/2023 | Commercial Rental (04/2023) | A | 23,344.67 | 0.00 | 58,415.42 | C-511354 | No |
| 04/01/2023 | Insurance (04/2023) | A | 335.74 | 0.00 | 58,751.16 | C-511355 | No |
| 04/01/2023 | Real Estate Taxes (04/2023) | A | 3,528.12 | 0.00 | 62,279.28 | C-511356 | No |
| 04/13/2023 | 2022 RET Recovery Rec | | (5,904.10) | 0.00 | 56,375.18 | C-514276 | No |
| 04/19/2023 | Chk# 04192023 | | 0.00 | 28,059.85 | 28,315.33 | R-237796 | |
| 04/20/2023 | 2021 CAM Recovery Reconciliation | | 30,432.75 | 0.00 | 58,748.08 | C-553607 | No |
| 04/20/2023 | 2022 CAM Recovery Reconciliation | | 2,724.02 | 0.00 | 61,472.10 | C-553608 | No |
| 05/01/2023 | Common Area Maintenance (05/2023) | A | 7,246.65 | 0.00 | 68,718.75 | C-555639 | No |
| 05/01/2023 | Commercial Rental (05/2023) | A | 23,344.67 | 0.00 | 92,063.42 | C-555640 | No |
| 05/01/2023 | Insurance (05/2023) | A | 335.74 | 0.00 | 92,399.16 | C-555641 | No |
| 05/01/2023 | Real Estate Taxes (05/2023) | A | 3,528.12 | 0.00 | 95,927.28 | C-555642 | No |
| 05/02/2023 | Chk# WRE-A05022023 | | 0.00 | 34,455.18 | 61,472.10 | R-245999 | |
| 06/01/2023 | Common Area Maintenance (06/2023) | A | 7,246.65 | 0.00 | 68,718.75 | C-600437 | No |
| 06/01/2023 | Commercial Rental (06/2023) | A | 23,344.67 | 0.00 | 92,063.42 | C-600438 | No |
| 06/01/2023 | Insurance (06/2023) | A | 335.74 | 0.00 | 92,399.16 | C-600439 | No |
| 06/01/2023 | Real Estate Taxes (06/2023) | A | 3,528.12 | 0.00 | 95,927.28 | C-600440 | No |
| 06/02/2023 | Chk# WRE-A06022023 | | 0.00 | 34,455.18 | 61,472.10 | R-268477 | |