| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>VEDDER PRICE P.C.<br>Courtney M. Brown<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Tel.: (212) 407-7700<br>Fax:<br>Email: cmbrown@vedderprice.com<br><br>Counsel for CMR Limited Partnership | |
| In Re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtor. | Case No.: 23-13359 (VFP)<br>Chapter: 11<br>Adv. No.:<br>Hearing Date:<br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Courtney M. Brown__ :

    ☒ represent __CMR Limited Partnership__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __June 26, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    LIMITED OBJECTION OF CMR LIMITED PARTNERSHIP TO CURE AMOUNT IN CONNECTION WITH NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RESERVATION OF RIGHTS

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __June 26, 2023__                       /s/ Courtney M. Brown
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022,<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **COLE SCHOTZ P.C.**<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601,<br>Attn: Michael D. Sirota, Esq.<br>(msirota@coleschotz.com)<br>Warren A. Usatine, Esq.<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin, Esq.<br>(fyudkin@coleschotz.com) | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall S. Huebner<br>(marshall.huebner@davispolk.com)<br>Adam L. Shpeen<br>(adam.shpeen@davispolk.com)<br>Steven Z. Szanzer<br>(steven.szanzer@davispolk.com)<br>Michael Pera<br>(michael.pera@davispolk.com) | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036,<br>Attn: David M. Hillman<br>(DHillman@proskauer.com)<br>Megan R. Volin<br>(MVolin@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 3**<br>District of New Jersey<br>Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B. Steele<br>(Fran.B.Steele@usdoj.gov)<br>Alexandria Nikolinos, Esq.<br>(alexandria.nikolinos@usdoj.gov) | Office of the United States Trustee for Region 3 | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Robert J. Feinstein<br>(rfeinstein@pszjlaw.com)<br>Bradford J. Sandler<br>(bsandler@pszjlaw.com)<br>Paul J. Labo<br>(plabov@pszjlaw.com)<br>Colin R. Robinson<br>(crobinson@pszjlaw.com)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017 | Proposed Counsel to the Creditors' Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles<br>(SKCharles@wlrk.com)<br>Michael S. Benn<br>(MSBenn@wlrk.com)<br>Gordon S. Moodie<br>(GSMoodie@wlrk.com) | Counsel to any Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

VP/#61785571.1