EXHIBIT "C"

# Farley Real Estate Associates, LLC (Cure Amount)

| Property | Lease | Charge Code | Date | Current Owed | 0-30 Owed | 31-60 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| 715 Morris Ave | Bed Bath & Beyond | Real Estate Taxes | 4/1/2023 | $ - | $ - | $ 44,871.51 | $ - | $ - | $ 44,871.51 |
| 715 Morris Ave | Bed Bath & Beyond | Real Estate Taxes | 6/1/2023 | $ (34,023.45) | $ - | $ - | $ - | $ - | $ (34,023.45) |
| 715 Morris Ave | Bed Bath & Beyond | Service Star Cooling Corp. | 3/30/2023 | $ 205,715.00 | $ - | $ - | $ - | $ - | $ 205,715.00[1] |
| 715 Morris Ave | Bed Bath & Beyond | Blair Image | 4/24/2023 | $ - | $ - | $ 1,684.91 | $ - | $ - | $ 1,684.91 |
| 715 Morris Ave | Bed Bath & Beyond | Burns & Schaffer, Esqs. | 5/1/2023 | $ - | $ - | $ 586.58 | $ - | $ - | $ 586.58 |
| 715 Morris Ave | Bed Bath & Beyond | Burns & Schaffer, Esqs. | 6/1/2023 | $ 292.31 | $ - | $ - | $ - | $ - | $ 292.31 |
| 715 Morris Ave | Bed Bath & Beyond | MFB Landscaping | 6/19/2023 | $ 6,397.50 | $ - | $ - | $ - | $ - | $ 6,397.50 |
| 715 Morris Ave | Bed Bath & Beyond | Mellinger Kartzman LLC | | $ 15,000.00 | $ - | $ - | $ - | $ - | $ 15,000.00 |
| | | | | $ 193,381.36 | $ - | $ 47,143.00 | $ - | $ - | $ 240,524.36 |

[1]This amount may be less once a complete evaluation of the equipment is completed.