## EXHIBIT A

## YEAR-TO-DATE 2023 LEDGER

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 1/3/2023 | Chk# ACH 01/23 Prepaid Rent | 0.00 | 31,375.33 | -36,975.78 |
| 1/10/2023 | Rent - Retail (01/2023) | 25,213.33 | 0.00 | -11,762.45 |
| 1/10/2023 | CAM - Monthly Estimate (01/2023) | 5,482.00 | 0.00 | -6,280.45 |
| 2/9/2023 | Chk# ACH 02/23 Rent | 0.00 | 30,015.33 | -36,295.78 |
| 2/10/2023 | Rent - Retail (02/2023) | 25,213.33 | 0.00 | -11,082.45 |
| 2/10/2023 | CAM - Monthly Estimate (02/2023) | 5,482.00 | 0.00 | -5,600.45 |
| 3/3/2023 | Chk# ACH 03/23 Rent | 0.00 | 30,695.33 | -36,295.78 |
| 3/10/2023 | Rent - Retail (03/2023) | 25,213.33 | 0.00 | -11,082.45 |
| 3/10/2023 | CAM - Monthly Estimate (03/2023) | 5,482.00 | 0.00 | -5,600.45 |
| 4/4/2023 | Chk# ACH 04/23 Rent | 0.00 | 30,695.33 | 93,682.47 |
| 4/10/2023 | Rent - Retail (04/2023) | 25,213.33 | 0.00 | 118,895.80 |
| 4/10/2023 | CAM - Monthly Estimate (04/2023) | 5,482.00 | 0.00 | 124,377.80 |
| 4/19/2023 | Lien Release Legal fees | 6,500.00 | 0.00 | 130,877.80 |
| 4/26/2023 | 2022 Rec | -14,009.00 | 0.00 | 116,868.80 |
| 4/26/2023 | 2022 Rec | 6,780.00 | 0.00 | 123,648.80 |
| 4/26/2023 | 2022 Rec | 129,978.00 | 0.00 | 253,626.80 |
| 5/2/2023 | Chk# ACH 05/23 Rent | 0.00 | 29,812.88 | 93,835.92 |
| 5/10/2023 | Rent - Retail (05/2023) | 25,213.33 | 0.00 | 119,049.25 |
| 5/10/2023 | CAM - Monthly Estimate (05/2023) | 5,482.00 | 0.00 | 124,531.25 |
| 6/2/2023 | Chk# ACH 06/23 Rent | 0.00 | 22,663.91 | 101,867.34 |
| 6/10/2023 | Rent - Retail (06/2023) | 25,213.33 | 0.00 | 127,080.67 |
| 6/10/2023 | CAM - Monthly Estimate (06/2023) | 5,482.00 | 0.00 | 132,562.67 |