| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LOIZIDES, P.A.**<br>Christopher D. Loizides, Esq.<br>Legal Arts Building<br>1225 King Street, Suite 800<br>Wilmington, Delaware  19801<br> (302) 654-0248<br>loizides@loizides.com<br><br>**KUTAK ROCK LLP**<br>Lisa M. Peters, Esq. (*pro hac vice* application to follow)<br>1650 Farnam Street<br>Omaha, Nebraska 68102<br>(402) 346-6000<br>lisa.peters@kutakrock.com<br><br>*Counsel for Northwoods III (San Antonio, LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on June 26, 2023, I did cause to be served true and correct copies of the foregoing **OBJECTION OF NORTHWOODS III (SAN ANTONIO), LLC TO POTENTIAL ASSUMPTION AND ASSIGNMENT OF ITS LEASE AND THE PROPOSED CURE AMOUNT IN CONNECTION THEREWITH** on the parties listed on the attached service list via e-mail.

| | |
|---|---|
| Dated:  June 26, 2023 | By: */s/ Christopher D. Loizides*<br>Christopher D. Loizides, Esq.<br>LOIZIDES, P.A.<br>Legal Arts Building<br>1225 King Street, Suite 800<br>Wilmington, Delaware  19801<br>Telephone:     (302) 654-0248<br>Facsimile:     (302) 654-0728<br>Email:          loizides@loizides.com |

**SERVICE LIST**

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Joshua A. Sussberg, P.C.
Attn: Emily E. Geier, P.C.
Attn: Derek I. Hunter
Attn: Ross J. Fiedler
Email: joshua.sussberg@kirkland.com
Email: emily.geier@kirkland.com
Email: derek.hunter@kirkland.com
Email: ross.fiedler@kirkland.com

*Counsel to Debtors*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Marshall S. Huebner
Attn: Adam L. Shpeen
Attn: Steven Z. Szanzer
Attn: Michael Pera
Email: marshall.huebner@davispolk.com
Email: adam.shpeen@davispolk.com
Email: steven.szanzer@davispolk.com
Email: michael.pera@davispolk.com

*Counsel to the Prepetition ABL Agent*

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, New Jersey 07102
Attn: Fran B. Steel
Email: Fran.B.Steele@usdoj.gov

*Counsel to United States Trustee*

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Attn: Michael D. Sirota
Attn: Warren A. Usatine
Attn: Felice R. Yudkin
Email: msirota@coleschotz.com
Email: wusatine@coleschotz.com
Email: fyudkin@coleschotz.com

*Co-Counsel to Debtors*

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
Attn: David M. Hillman
Attn: Megan R. Volin
Email: DHillman@proskaur.com
Email: MVolin@proskaur.com

*Co-Counsel to the DIP Agent*

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Attn: Robert J. Feinstein
Attn: Bradford J. Sandler
Attn: Paul J. Labov
Attn: Colin R. Robinson
Email: rfeinstein@pszjlaw.com
Email: bsandler@pszjlaw.com
Email: plabov@pszjlaw.com
Email: crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Attn: Scott K. Charles
Attn: Michael S. Benn
Attn: Gordon S. Moodie
Email: SKCharles@wlrk.com
Email: MSBenn@wlrk.com
Email: GSMoodie@wlrk.com

*Counsel to Stalking Horse Bidder Overstock.com, Inc.*