# EXHIBIT A

# Case Snow Management LLC
# Case Management Group Inc (Consolidated)
# A/R Aging Detail
# As of June 22, 2023

| Customer | Transaction | Date | Document N | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| **64 Bed Bath & Beyond, Inc.** | | | | | | | |
| **641 13900 Dallas Parkway, Dallas TX** | | | | | | | |
| | Invoice | 1/31/2023 | 449902 | 240046497 | 3/2/2023 | 112 | $1,241.00 |
| | Invoice | 2/1/2023 | 458198 | 242427086 | 3/3/2023 | 111 | $1,453.00 |
| | Invoice | 2/1/2023 | 458314 | 242427088 | 3/3/2023 | 111 | $2,694.00 |
| **Total - 641 13900 Dallas Parkway, Dallas TX** | | | | | | | **$5,388.00** |
| **6410 2260 Kings Highway, Fairfield CT** | | | | | | | |
| | Invoice | 12/11/2022 | 419979 | 240046196 | 1/10/2023 | 163 | $962.47 |
| | Invoice | 12/12/2022 | 420579 | 240046199 | 1/11/2023 | 162 | $410.51 |
| | Invoice | 12/23/2022 | 424792 | 240046266 | 1/22/2023 | 151 | $410.51 |
| | Invoice | 12/24/2022 | 425571 | 240046279 | 1/23/2023 | 150 | $410.51 |
| | Invoice | 1/10/2023 | 440361 | 240046324 | 2/9/2023 | 133 | $410.51 |
| | Invoice | 1/24/2023 | 446761 | 240046438 | 2/23/2023 | 119 | $410.51 |
| | Invoice | 1/25/2023 | 447394 | 240046454 | 2/24/2023 | 118 | $410.51 |
| | Invoice | 1/28/2023 | 448951 | 240046477 | 2/27/2023 | 115 | $410.51 |
| | Invoice | 1/31/2023 | 449771 | 240046495 | 3/2/2023 | 112 | $410.51 |
| | Invoice | 2/1/2023 | 458133 | 242427081 | 3/3/2023 | 111 | $410.51 |
| | Invoice | 2/6/2023 | 458813 | 242427099 | 3/8/2023 | 106 | $410.51 |
| | Invoice | 2/8/2023 | 459260 | 242427105 | 3/10/2023 | 104 | $410.51 |
| | Invoice | 2/17/2023 | 460219 | 242427124 | 3/19/2023 | 95 | $410.51 |
| | Invoice | 2/18/2023 | 460451 | 242427129 | 3/20/2023 | 94 | $410.51 |
| | Invoice | 2/21/2023 | 460723 | 242427130 | 3/23/2023 | 91 | $410.51 |
| | Invoice | 2/22/2023 | 461205 | 242427135 | 3/24/2023 | 90 | $410.51 |
| | Invoice | 2/25/2023 | 463578 | 242427176 | 3/27/2023 | 87 | $410.51 |
| | Invoice | 2/26/2023 | 464567 | 242427185 | 3/28/2023 | 86 | $410.51 |
| | Invoice | 2/27/2023 | 465047 | 242427196 | 3/29/2023 | 85 | $410.51 |
| | Invoice | 2/28/2023 | 466136 | 242427207 | 3/30/2023 | 84 | $962.47 |
| | Invoice | 2/28/2023 | 466839 | 242427224 | 3/30/2023 | 84 | $962.47 |
| | Invoice | 3/1/2023 | 476266 | 243799868 | 5/30/2023 | 23 | $410.51 |
| | Invoice | 3/3/2023 | 476746 | 243799869 | 6/1/2023 | 21 | $410.51 |
| | Invoice | 3/4/2023 | 477588 | 243799870 | 6/2/2023 | 20 | $728.50 |
| | Invoice | 3/10/2023 | 479653 | 243799871 | 6/8/2023 | 14 | $410.51 |
| | Invoice | 3/11/2023 | 479855 | 243799872 | 6/9/2023 | 13 | $410.51 |
| | Invoice | 3/14/2023 | 480710 | 243799873 | 6/12/2023 | 10 | $410.51 |
| | Invoice | 3/14/2023 | 481339 | 243799873 | 6/12/2023 | 10 | $410.51 |
| | Invoice | 3/15/2023 | 482344 | 243799874 | 6/13/2023 | 9 | $410.51 |
| | Invoice | 3/19/2023 | 482791 | 243799875 | 6/17/2023 | 5 | $410.51 |
| | Invoice | 3/25/2023 | 482937 | 243799876 | 6/23/2023 | -1 | $410.51 |
| **Total - 6410 2260 Kings Highway, Fairfield CT** | | | | | | | **$14,699.68** |
| **6411 1160 Route 23 North, Butler NJ** | | | | | | | |
| | Invoice | 12/11/2022 | 419791 | 240046192 | 1/10/2023 | 163 | $533.13 |
| | Invoice | 12/12/2022 | 420262 | 240046198 | 1/11/2023 | 162 | $533.13 |
| | Invoice | 12/15/2022 | 421605 | 240046208 | 1/14/2023 | 159 | $362.53 |
| | Invoice | 12/23/2022 | 425048 | 240046270 | 1/22/2023 | 151 | $362.53 |
| | Invoice | 12/24/2022 | 425689 | 240046284 | 1/23/2023 | 150 | $362.53 |
| | Invoice | 1/25/2023 | 447220 | 240046450 | 2/24/2023 | 118 | $362.53 |
| | Invoice | 1/31/2023 | 449941 | 240046500 | 3/2/2023 | 112 | $362.53 |
| | Invoice | 2/24/2023 | 463467 | 242427172 | 3/26/2023 | 88 | $362.53 |
| | Invoice | 2/28/2023 | 465600 | 242427202 | 3/30/2023 | 84 | $771.97 |
| | Invoice | 2/28/2023 | 466587 | 242427222 | 3/30/2023 | 84 | $771.97 |
| | Invoice | 3/3/2023 | 476902 | 243799877 | 6/1/2023 | 21 | $362.53 |
| | Invoice | 3/7/2023 | 479298 | 243799878 | 6/5/2023 | 17 | $362.53 |
| | Invoice | 3/11/2023 | 479902 | 243799879 | 6/9/2023 | 13 | $362.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 3/14/2023 | 480793 | 243799880 | 6/12/2023 | 10 | $362.53 |
| Invoice | 3/14/2023 | 481747 | 243799880 | 6/12/2023 | 10 | $362.53 |
| **Total - 6411 1160 Route 23 North, Butler NJ** | | | | | | **$6,598.03** |
| **6412 100 Durgin Lane, Portsmouth NH** | | | | | | |
| Invoice | 12/17/2022 | 426624 | 240046222 | 1/16/2023 | 157 | $734.00 |
| Invoice | 12/17/2022 | 426627 | 240046228 | 1/16/2023 | 157 | $1,168.00 |
| Invoice | 12/18/2022 | 426629 | 240046231 | 1/17/2023 | 156 | $367.00 |
| Invoice | 12/18/2022 | 426630 | 240046232 | 1/17/2023 | 156 | $648.00 |
| Invoice | 12/23/2022 | 424945 | 240046268 | 1/22/2023 | 151 | $648.00 |
| Invoice | 12/23/2022 | 425095 | 240046273 | 1/22/2023 | 151 | $367.00 |
| Invoice | 12/23/2022 | 426633 | 240046246 | 1/22/2023 | 151 | $367.00 |
| Invoice | 12/24/2022 | 425483 | 240046278 | 1/23/2023 | 150 | $367.00 |
| Invoice | 12/24/2022 | 425606 | 240046281 | 1/23/2023 | 150 | $648.00 |
| Invoice | 12/27/2022 | 426210 | 240046291 | 1/26/2023 | 147 | $648.00 |
| Invoice | 12/30/2022 | 426545 | 240046294 | 1/29/2023 | 144 | $1,015.00 |
| Invoice | 1/1/2023 | 442459 | 240046297 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442460 | 240046298 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442468 | 240046347 | 1/31/2023 | 142 | $1,015.00 |
| Invoice | 1/1/2023 | 442481 | 240046299 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442488 | 240046301 | 1/31/2023 | 142 | $367.00 |
| Invoice | 1/1/2023 | 442489 | 240046350 | 1/31/2023 | 142 | $2,550.00 |
| Invoice | 1/1/2023 | 442490 | 240046304 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442493 | 240046352 | 1/31/2023 | 142 | $1,015.00 |
| Invoice | 1/1/2023 | 442494 | 240046353 | 1/31/2023 | 142 | $1,816.00 |
| Invoice | 1/1/2023 | 442768 | 240046357 | 1/31/2023 | 142 | $1,015.00 |
| Invoice | 1/1/2023 | 442769 | 240046305 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442770 | 240046359 | 1/31/2023 | 142 | $2,550.00 |
| Invoice | 1/1/2023 | 442771 | 240046360 | 1/31/2023 | 142 | $1,015.00 |
| Invoice | 1/1/2023 | 442772 | 240046361 | 1/31/2023 | 142 | $1,015.00 |
| Invoice | 1/1/2023 | 442775 | 240046362 | 1/31/2023 | 142 | $2,550.00 |
| Invoice | 1/3/2023 | 438833 | 240046316 | 2/2/2023 | 140 | $648.00 |
| Invoice | 1/4/2023 | 438890 | 240046318 | 2/3/2023 | 139 | $648.00 |
| Invoice | 1/4/2023 | 438894 | 240046303 | 2/3/2023 | 139 | $367.00 |
| Invoice | 1/4/2023 | 442810 | 240046325 | 2/3/2023 | 139 | $648.00 |
| Invoice | 1/5/2023 | 438972 | 240046309 | 2/4/2023 | 138 | $367.00 |
| Invoice | 1/5/2023 | 439091 | 240046332 | 2/4/2023 | 138 | $648.00 |
| Invoice | 1/6/2023 | 439309 | 240046334 | 2/5/2023 | 137 | $648.00 |
| Invoice | 1/6/2023 | 439374 | 240046315 | 2/5/2023 | 137 | $367.00 |
| Invoice | 1/6/2023 | 439493 | 240046329 | 2/5/2023 | 137 | $648.00 |
| Invoice | 1/6/2023 | 439603 | 240046313 | 2/5/2023 | 137 | $734.00 |
| Invoice | 1/7/2023 | 439867 | 240046396 | 2/6/2023 | 136 | $367.00 |
| Invoice | 1/7/2023 | 440035 | 240046342 | 2/6/2023 | 136 | $648.00 |
| Invoice | 1/7/2023 | 440059 | 240046346 | 2/6/2023 | 136 | $648.00 |
| Invoice | 1/12/2023 | 440459 | 240046351 | 2/11/2023 | 131 | $648.00 |
| Invoice | 1/12/2023 | 440821 | 240046356 | 2/11/2023 | 131 | $648.00 |
| Invoice | 1/12/2023 | 442781 | 240046365 | 2/11/2023 | 131 | $2,550.00 |
| Invoice | 1/14/2023 | 441209 | 240046367 | 2/13/2023 | 129 | $648.00 |
| Invoice | 1/14/2023 | 442776 | 240046363 | 2/13/2023 | 129 | $1,015.00 |
| Invoice | 1/15/2023 | 441609 | 240046358 | 2/14/2023 | 128 | $648.00 |
| Invoice | 1/15/2023 | 441613 | 240046335 | 2/14/2023 | 128 | $367.00 |
| Invoice | 1/16/2023 | 442098 | 240046339 | 2/15/2023 | 127 | $734.00 |
| Invoice | 1/16/2023 | 442139 | 240046340 | 2/15/2023 | 127 | $1,168.00 |
| Invoice | 1/16/2023 | 442309 | 240046372 | 2/15/2023 | 127 | $648.00 |
| Invoice | 1/16/2023 | 442778 | 240046374 | 2/15/2023 | 127 | $648.00 |
| Invoice | 1/17/2023 | 442673 | 240046381 | 2/16/2023 | 126 | $648.00 |
| Invoice | 1/18/2023 | 442883 | 240046390 | 2/17/2023 | 125 | $648.00 |
| Invoice | 1/19/2023 | 443246 | 240046394 | 2/18/2023 | 124 | $734.00 |
| Invoice | 1/20/2023 | 443288 | 240046349 | 2/19/2023 | 123 | $367.00 |
| Invoice | 1/20/2023 | 443302 | 240046397 | 2/19/2023 | 123 | $1,168.00 |
| Invoice | 1/20/2023 | 443485 | 240046399 | 2/19/2023 | 123 | $1,168.00 |
| Invoice | 1/20/2023 | 443626 | 240046401 | 2/19/2023 | 123 | $1,168.00 |
| Invoice | 1/20/2023 | 443681 | 240046402 | 2/19/2023 | 123 | $648.00 |
| Invoice | 1/20/2023 | 443803 | 240046405 | 2/19/2023 | 123 | $734.00 |

| Type | Date | Num | Ref | Due | Days | Amount |
|---|---|---|---|---|---|---|
| Invoice | 1/20/2023 | 443814 | 240046407 | 2/19/2023 | 123 | $648.00 |
| Invoice | 1/21/2023 | 444225 | 240046412 | 2/20/2023 | 122 | $367.00 |
| Invoice | 1/21/2023 | 444552 | 240046415 | 2/20/2023 | 122 | $648.00 |
| Invoice | 1/22/2023 | 444869 | 240046419 | 2/21/2023 | 121 | $648.00 |
| Invoice | 1/23/2023 | 445195 | 240046425 | 2/22/2023 | 120 | $367.00 |
| Invoice | 1/23/2023 | 445271 | 240046426 | 2/22/2023 | 120 | $1,168.00 |
| Invoice | 1/23/2023 | 445796 | 240046430 | 2/22/2023 | 120 | $367.00 |
| Invoice | 1/23/2023 | 445816 | 240046431 | 2/22/2023 | 120 | $1,168.00 |
| Invoice | 1/23/2023 | 446315 | 240046436 | 2/22/2023 | 120 | $1,168.00 |
| Invoice | 1/24/2023 | 446793 | 240046439 | 2/23/2023 | 119 | $648.00 |
| Invoice | 1/24/2023 | 446895 | 240046442 | 2/23/2023 | 119 | $367.00 |
| Invoice | 1/24/2023 | 447168 | 240046447 | 2/23/2023 | 119 | $648.00 |
| Invoice | 1/25/2023 | 447392 | 240046453 | 2/24/2023 | 118 | $648.00 |
| Invoice | 1/25/2023 | 447710 | 240046459 | 2/24/2023 | 118 | $367.00 |
| Invoice | 1/25/2023 | 448057 | 240046466 | 2/24/2023 | 118 | $367.00 |
| Invoice | 1/25/2023 | 448287 | 240046468 | 2/24/2023 | 118 | $367.00 |
| Invoice | 1/26/2023 | 448607 | 240046472 | 2/25/2023 | 117 | $648.00 |
| Invoice | 1/31/2023 | 449678 | 240046490 | 3/2/2023 | 112 | $367.00 |
| Invoice | 1/31/2023 | 449743 | 240046492 | 3/2/2023 | 112 | $648.00 |
| Invoice | 2/1/2023 | 459331 | 242427090 | 3/3/2023 | 111 | $648.00 |
| Invoice | 2/3/2023 | 458587 | 242427096 | 3/5/2023 | 109 | $367.00 |
| Invoice | 2/7/2023 | 458841 | 242427102 | 3/9/2023 | 105 | $367.00 |
| Invoice | 2/7/2023 | 458843 | 242427103 | 3/9/2023 | 105 | $648.00 |
| Invoice | 2/8/2023 | 459309 | 242427108 | 3/10/2023 | 104 | $367.00 |
| Invoice | 2/13/2023 | 459597 | 242427111 | 3/15/2023 | 99 | $367.00 |
| Invoice | 2/14/2023 | 459656 | 242427113 | 3/16/2023 | 98 | $648.00 |
| Invoice | 2/18/2023 | 460369 | 242427126 | 3/20/2023 | 94 | $648.00 |
| Invoice | 2/18/2023 | 460377 | 242427128 | 3/20/2023 | 94 | $367.00 |
| Invoice | 2/23/2023 | 461866 | 242427143 | 3/25/2023 | 89 | $1,168.00 |
| Invoice | 2/23/2023 | 462192 | 242427149 | 3/25/2023 | 89 | $367.00 |
| Invoice | 2/23/2023 | 462246 | 242427151 | 3/25/2023 | 89 | $1,168.00 |
| Invoice | 2/23/2023 | 462595 | 242427158 | 3/25/2023 | 89 | $648.00 |
| Invoice | 2/23/2023 | 462773 | 242427160 | 3/25/2023 | 89 | $734.00 |
| Invoice | 2/24/2023 | 463275 | 242427165 | 3/26/2023 | 88 | $648.00 |
| Invoice | 2/25/2023 | 463597 | 242427177 | 3/27/2023 | 87 | $648.00 |
| Invoice | 2/26/2023 | 464390 | 242427184 | 3/28/2023 | 86 | $734.00 |
| Invoice | 2/26/2023 | 464587 | 242427187 | 3/28/2023 | 86 | $648.00 |
| Invoice | 2/26/2023 | 464756 | 242427189 | 3/28/2023 | 86 | $648.00 |
| Invoice | 2/27/2023 | 464921 | 242427195 | 3/29/2023 | 85 | $648.00 |
| Invoice | 2/28/2023 | 466342 | 242427214 | 3/30/2023 | 84 | $734.00 |
| Invoice | 2/28/2023 | 466490 | 242427219 | 3/30/2023 | 84 | $1,168.00 |
| Invoice | 2/28/2023 | 466951 | 242427225 | 3/30/2023 | 84 | $648.00 |
| Invoice | 2/28/2023 | 467032 | 242427228 | 3/30/2023 | 84 | $734.00 |
| Invoice | 3/1/2023 | 476238 | 243799881 | 5/30/2023 | 23 | $367.00 |
| Invoice | 3/1/2023 | 476390 | 243799881 | 5/30/2023 | 23 | $648.00 |
| Invoice | 3/2/2023 | 476523 | 243799882 | 5/31/2023 | 22 | $1,015.00 |
| Invoice | 3/2/2023 | 483166 | 243799882 | 5/31/2023 | 22 | $1,015.00 |
| Invoice | 3/3/2023 | 476762 | 243799883 | 6/1/2023 | 21 | $648.00 |
| Invoice | 3/4/2023 | 477811 | 243799884 | 6/2/2023 | 20 | $1,168.00 |
| Invoice | 3/4/2023 | 478043 | 243799884 | 6/2/2023 | 20 | $1,535.00 |
| Invoice | 3/4/2023 | 478253 | 243799884 | 6/2/2023 | 20 | $367.00 |
| Invoice | 3/4/2023 | 478413 | 243799884 | 6/2/2023 | 20 | $1,168.00 |
| Invoice | 3/4/2023 | 483165 | 243799884 | 6/2/2023 | 20 | $648.00 |
| Invoice | 3/5/2023 | 483164 | 243799885 | 6/3/2023 | 19 | $648.00 |
| Invoice | 3/6/2023 | 479049 | 243799886 | 6/4/2023 | 18 | $648.00 |
| Invoice | 3/7/2023 | 479231 | 243799887 | 6/5/2023 | 17 | $648.00 |
| Invoice | 3/11/2023 | 479920 | 243799888 | 6/9/2023 | 13 | $648.00 |
| Invoice | 3/14/2023 | 481111 | 243799889 | 6/12/2023 | 10 | $1,168.00 |
| Invoice | 3/14/2023 | 481472 | 243799889 | 6/12/2023 | 10 | $1,168.00 |
| Invoice | 3/15/2023 | 483163 | 243799890 | 6/13/2023 | 9 | $1,015.00 |
| Invoice | 3/16/2023 | 482594 | 243799891 | 6/14/2023 | 8 | $648.00 |
| Invoice | 3/17/2023 | 482698 | 243799892 | 6/15/2023 | 7 | $648.00 |
| Invoice | 3/21/2023 | 483168 | 243799893 | 6/19/2023 | 3 | $648.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 3/22/2023 | 483167 | 243799894 | 6/20/2023 | 2 | $1,015.00 |
| **Total - 6412 100 Durgin Lane, Portsmouth NH** | | | | | | **$94,391.00** |
| **6413 5000 Oxford Drive, Bethel Park PA** | | | | | | |
| Invoice | 12/18/2022 | 422938 | 240046234 | 1/17/2023 | 156 | $174.00 |
| Invoice | 12/23/2022 | 424344 | 240046248 | 1/22/2023 | 151 | $1,080.00 |
| Invoice | 12/26/2022 | 426021 | 240046288 | 1/25/2023 | 148 | $1,080.00 |
| Invoice | 1/14/2023 | 441095 | 240046331 | 2/13/2023 | 129 | $766.00 |
| Invoice | 1/23/2023 | 445081 | 240046421 | 2/22/2023 | 120 | $766.00 |
| Invoice | 1/25/2023 | 447608 | 240046456 | 2/24/2023 | 118 | $1,080.00 |
| Invoice | 1/27/2023 | 448705 | 240046473 | 2/26/2023 | 116 | $1,080.00 |
| Invoice | 1/31/2023 | 449790 | 240046496 | 3/2/2023 | 112 | $1,080.00 |
| Invoice | 3/14/2023 | 480764 | 243799846 | 6/12/2023 | 10 | $1,080.00 |
| **Total - 6413 5000 Oxford Drive, Bethel Park PA** | | | | | | **$8,186.00** |
| **6414 12535 Southeast 82nd Avenue, Clackamas OR** | | | | | | |
| Invoice | 11/29/2022 | 410492 | 240046184 | 12/29/2022 | 175 | $886.00 |
| Invoice | 12/2/2022 | 419238 | 240046187 | 1/1/2023 | 172 | $886.00 |
| Invoice | 12/17/2022 | 422470 | 240046221 | 1/16/2023 | 157 | $886.00 |
| Invoice | 12/22/2022 | 423577 | 240046241 | 1/21/2023 | 152 | $886.00 |
| Invoice | 1/29/2023 | 449058 | 240046480 | 2/28/2023 | 114 | $886.00 |
| Invoice | 2/14/2023 | 459668 | 242427116 | 3/16/2023 | 98 | $886.00 |
| Invoice | 2/15/2023 | 459723 | 242427119 | 3/17/2023 | 97 | $886.00 |
| Invoice | 2/23/2023 | 461903 | 242427144 | 3/25/2023 | 89 | $886.00 |
| Invoice | 2/26/2023 | 464374 | 242427183 | 3/28/2023 | 86 | $886.00 |
| Invoice | 3/1/2023 | 476111 | 243799895 | 5/30/2023 | 23 | $886.00 |
| **Total - 6414 12535 Southeast 82nd Avenue, Clackamas OR** | | | | | | **$8,860.00** |
| **6416 180 Route 10 West, East Hanover NJ** | | | | | | |
| Invoice | 12/23/2022 | 424686 | 240046261 | 1/22/2023 | 151 | $608.83 |
| Invoice | 12/24/2022 | 425703 | 240046286 | 1/23/2023 | 150 | $608.83 |
| Invoice | 1/24/2023 | 447193 | 240046448 | 2/23/2023 | 119 | $608.83 |
| Invoice | 1/31/2023 | 449930 | 240046499 | 3/2/2023 | 112 | $608.83 |
| Invoice | 2/24/2023 | 463461 | 242427171 | 3/26/2023 | 88 | $608.83 |
| Invoice | 2/28/2023 | 465598 | 242427201 | 3/30/2023 | 84 | $1,470.36 |
| Invoice | 3/3/2023 | 476952 | 243799847 | 6/1/2023 | 21 | $608.83 |
| Invoice | 3/6/2023 | 479132 | 243799848 | 6/4/2023 | 18 | $608.83 |
| Invoice | 3/11/2023 | 479831 | 243799849 | 6/9/2023 | 13 | $608.83 |
| Invoice | 3/14/2023 | 481642 | 243799850 | 6/12/2023 | 10 | $608.83 |
| **Total - 6416 180 Route 10 West, East Hanover NJ** | | | | | | **$6,949.83** |
| **6418 1745 Deptford Center Road, Deptford NJ** | | | | | | |
| Invoice | 12/23/2022 | 424651 | 240046255 | 1/22/2023 | 151 | $859.40 |
| **Total - 6418 1745 Deptford Center Road, Deptford NJ** | | | | | | **$859.40** |
| **6419 251 East Main Street, Elmsford NY** | | | | | | |
| Invoice | 12/11/2022 | 419806 | 240046195 | 1/10/2023 | 163 | $498.53 |
| Invoice | 12/11/2022 | 420172 | 240046197 | 1/10/2023 | 163 | $1,244.15 |
| Invoice | 12/14/2022 | 421330 | 240046203 | 1/13/2023 | 160 | $498.53 |
| Invoice | 12/23/2022 | 425063 | 240046271 | 1/22/2023 | 151 | $498.53 |
| Invoice | 1/25/2023 | 448303 | 240046469 | 2/24/2023 | 118 | $498.53 |
| Invoice | 2/25/2023 | 464312 | 242438635 | 3/27/2023 | 87 | $498.53 |
| Invoice | 2/27/2023 | 465025 | 242438636 | 3/29/2023 | 85 | $498.53 |
| Invoice | 2/28/2023 | 466099 | 242438637 | 3/30/2023 | 84 | $1,244.15 |
| Invoice | 2/28/2023 | 466321 | 242438638 | 3/30/2023 | 84 | $1,244.15 |
| Invoice | 2/28/2023 | 466554 | 242438639 | 3/30/2023 | 84 | $1,244.15 |
| Invoice | 3/3/2023 | 476924 | 243799851 | 6/1/2023 | 21 | $498.53 |
| Invoice | 3/11/2023 | 479769 | 243799852 | 6/9/2023 | 13 | $498.53 |
| Invoice | 3/14/2023 | 481305 | 243799853 | 6/12/2023 | 10 | $498.53 |
| **Total - 6419 251 East Main Street, Elmsford NY** | | | | | | **$9,463.37** |
| **642 675 6th Avenue, New York NY** | | | | | | |
| Invoice | 12/23/2022 | 425188 | 240046274 | 1/22/2023 | 151 | $283.08 |
| Invoice | 2/28/2023 | 466238 | 242427208 | 3/30/2023 | 84 | $651.07 |
| **Total - 642 675 6th Avenue, New York NY** | | | | | | **$934.15** |
| **6420 3115 196th Street Southwest, Lynnwood WA** | | | | | | |
| Invoice | 11/30/2022 | 410623 | 240046186 | 12/30/2022 | 174 | $831.71 |
| Invoice | 12/4/2022 | 419316 | 240046189 | 1/3/2023 | 170 | $364.98 |
| Invoice | 12/4/2022 | 419342 | 240046190 | 1/3/2023 | 170 | $364.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 12/16/2022 | 421868 | 240046212 | 1/15/2023 | 158 | $364.98 |
| Invoice | 12/17/2022 | 422362 | 240046219 | 1/16/2023 | 157 | $364.98 |
| Invoice | 12/17/2022 | 422785 | 240046229 | 1/16/2023 | 157 | $364.98 |
| Invoice | 12/19/2022 | 423096 | 240046236 | 1/18/2023 | 155 | $364.98 |
| Invoice | 12/20/2022 | 423199 | 240046237 | 1/19/2023 | 154 | $831.71 |
| Invoice | 12/20/2022 | 423282 | 240046238 | 1/19/2023 | 154 | $831.71 |
| Invoice | 12/22/2022 | 423415 | 240046239 | 1/21/2023 | 152 | $364.98 |
| Invoice | 12/23/2022 | 423985 | 240046243 | 1/22/2023 | 151 | $364.98 |
| Invoice | 1/20/2023 | 444749 | 240046416 | 2/19/2023 | 123 | $364.98 |
| Invoice | 1/22/2023 | 444577 | 240046417 | 2/21/2023 | 121 | $364.98 |
| Invoice | 1/29/2023 | 449023 | 240046478 | 2/28/2023 | 114 | $364.98 |
| Invoice | 1/31/2023 | 449658 | 240046488 | 3/2/2023 | 112 | $364.98 |
| Invoice | 2/1/2023 | 458009 | 242427080 | 3/3/2023 | 111 | $364.98 |
| Invoice | 2/14/2023 | 459636 | 242427112 | 3/16/2023 | 98 | $364.98 |
| Invoice | 2/15/2023 | 459719 | 242427117 | 3/17/2023 | 97 | $364.98 |
| Invoice | 2/16/2023 | 459834 | 242427120 | 3/18/2023 | 96 | $364.98 |
| Invoice | 2/22/2023 | 461010 | 242427132 | 3/24/2023 | 90 | $364.98 |
| Invoice | 2/24/2023 | 462929 | 242427162 | 3/26/2023 | 88 | $364.98 |
| Invoice | 2/26/2023 | 466278 | 242427193 | 3/28/2023 | 86 | $364.98 |
| Invoice | 3/1/2023 | 475886 | 243799854 | 5/30/2023 | 23 | $364.98 |
| Invoice | 3/17/2023 | 482720 | 243799855 | 6/15/2023 | 7 | $364.98 |
| **Total - 6420 3115 196th Street Southwest, Lynnwood WA** | | | | | | **$10,159.71** |
| **6421 50 West 1300 South, Orem UT** | | | | | | |
| Invoice | 12/8/2022 | 419388 | 240046191 | 1/7/2023 | 166 | $735.00 |
| Invoice | 12/14/2022 | 421297 | 240046202 | 1/13/2023 | 160 | $735.00 |
| Invoice | 12/15/2022 | 421496 | 240046207 | 1/14/2023 | 159 | $735.00 |
| Invoice | 12/15/2022 | 421678 | 240046211 | 1/14/2023 | 159 | $735.00 |
| Invoice | 1/2/2023 | 438757 | 240046295 | 2/1/2023 | 141 | $735.00 |
| Invoice | 1/3/2023 | 438820 | 240046296 | 2/2/2023 | 140 | $735.00 |
| Invoice | 1/16/2023 | 442297 | 240046341 | 2/15/2023 | 127 | $735.00 |
| Invoice | 1/20/2023 | 444075 | 240046409 | 2/19/2023 | 123 | $303.00 |
| Invoice | 1/23/2023 | 445058 | 240046420 | 2/22/2023 | 120 | $735.00 |
| Invoice | 1/25/2023 | 447253 | 240046451 | 2/24/2023 | 118 | $735.00 |
| Invoice | 1/30/2023 | 449219 | 240046483 | 3/1/2023 | 113 | $735.00 |
| Invoice | 2/6/2023 | 458829 | 242427100 | 3/8/2023 | 106 | $449.00 |
| Invoice | 2/22/2023 | 461081 | 242427134 | 3/24/2023 | 90 | $735.00 |
| Invoice | 2/23/2023 | 462194 | 242427150 | 3/25/2023 | 89 | $735.00 |
| Invoice | 2/24/2023 | 463367 | 242427168 | 3/26/2023 | 88 | $735.00 |
| Invoice | 2/28/2023 | 466415 | 242427216 | 3/30/2023 | 84 | $735.00 |
| Invoice | 3/5/2023 | 479008 | 243799856 | 6/3/2023 | 19 | $735.00 |
| Invoice | 3/24/2023 | 482863 | 243799857 | 6/22/2023 | 0 | $432.00 |
| Invoice | 4/4/2023 | 490487 | | 7/3/2023 | -11 | $160.00 |
| **Total - 6421 50 West 1300 South, Orem UT** | | | | | | **$12,369.00** |
| **6422 31535 Southfield Road, Beverly Hills MI** | | | | | | |
| Invoice | 11/18/2022 | 410698 | 240046182 | 12/18/2022 | 186 | $848.00 |
| Invoice | 11/20/2022 | 410697 | 240046183 | 12/20/2022 | 184 | $848.00 |
| Invoice | 12/17/2022 | 422600 | 240046225 | 1/16/2023 | 157 | $360.00 |
| Invoice | 12/18/2022 | 423004 | 240046235 | 1/17/2023 | 156 | $848.00 |
| Invoice | 12/23/2022 | 424152 | 240046247 | 1/22/2023 | 151 | $360.00 |
| Invoice | 12/23/2022 | 424512 | 240046252 | 1/22/2023 | 151 | $848.00 |
| Invoice | 12/24/2022 | 425611 | 240046282 | 1/23/2023 | 150 | $848.00 |
| Invoice | 12/25/2022 | 425839 | 240046287 | 1/24/2023 | 149 | $848.00 |
| Invoice | 12/26/2022 | 426058 | 240046289 | 1/25/2023 | 148 | $848.00 |
| Invoice | 1/23/2023 | 445313 | 240046427 | 2/22/2023 | 120 | $848.00 |
| Invoice | 1/25/2023 | 447645 | 240046457 | 2/24/2023 | 118 | $848.00 |
| Invoice | 1/25/2023 | 447922 | 240046461 | 2/24/2023 | 118 | $848.00 |
| Invoice | 1/26/2023 | 448451 | 240046470 | 2/25/2023 | 117 | $848.00 |
| Invoice | 1/27/2023 | 448783 | 240046474 | 2/26/2023 | 116 | $848.00 |
| Invoice | 1/28/2023 | 448931 | 240046476 | 2/27/2023 | 115 | $848.00 |
| Invoice | 1/29/2023 | 449074 | 240046481 | 2/28/2023 | 114 | $848.00 |
| Invoice | 1/30/2023 | 449269 | 240046484 | 3/1/2023 | 113 | $848.00 |
| Invoice | 1/30/2023 | 449380 | 240046485 | 3/1/2023 | 113 | $848.00 |
| Invoice | 1/31/2023 | 449759 | 240046494 | 3/2/2023 | 112 | $360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 2/3/2023 | 458654 | 242427097 | 3/5/2023 | 109 | $848.00 |
| Invoice | 2/17/2023 | 460076 | 242427122 | 3/19/2023 | 95 | $848.00 |
| Invoice | 2/17/2023 | 460131 | 242427123 | 3/19/2023 | 95 | $848.00 |
| Invoice | 2/22/2023 | 461258 | 242427137 | 3/24/2023 | 90 | $848.00 |
| Invoice | 2/22/2023 | 461386 | 242427138 | 3/24/2023 | 90 | $848.00 |
| Invoice | 2/22/2023 | 461506 | 242427140 | 3/24/2023 | 90 | $848.00 |
| Invoice | 2/23/2023 | 462321 | 242427154 | 3/25/2023 | 89 | $848.00 |
| Invoice | 2/23/2023 | 462878 | 242427161 | 3/25/2023 | 89 | $848.00 |
| Invoice | 2/24/2023 | 463277 | 242427166 | 3/26/2023 | 88 | $848.00 |
| Invoice | 2/25/2023 | 463621 | 242427180 | 3/27/2023 | 87 | $848.00 |
| Invoice | 2/26/2023 | 464744 | 242427188 | 3/28/2023 | 86 | $848.00 |
| Invoice | 2/27/2023 | 465253 | 242427197 | 3/29/2023 | 85 | $848.00 |
| Invoice | 2/28/2023 | 466312 | 242427211 | 3/30/2023 | 84 | $848.00 |
| Invoice | 3/4/2023 | 477484 | 243799858 | 6/2/2023 | 20 | $848.00 |
| Invoice | 3/4/2023 | 477743 | 243799858 | 6/2/2023 | 20 | $848.00 |
| Invoice | 3/4/2023 | 478492 | 243799858 | 6/2/2023 | 20 | $848.00 |
| Invoice | 3/6/2023 | 479096 | 243799859 | 6/4/2023 | 18 | $848.00 |
| Invoice | 3/7/2023 | 479294 | 243799860 | 6/5/2023 | 17 | $848.00 |
| Invoice | 3/7/2023 | 479317 | 243799860 | 6/5/2023 | 17 | $848.00 |
| Invoice | 3/9/2023 | 479470 | 243799861 | 6/7/2023 | 15 | $848.00 |
| Invoice | 3/10/2023 | 479594 | 243799862 | 6/8/2023 | 14 | $848.00 |
| Invoice | 3/10/2023 | 479630 | 243799862 | 6/8/2023 | 14 | $848.00 |
| Invoice | 3/11/2023 | 480067 | 243799863 | 6/9/2023 | 13 | $848.00 |
| Invoice | 3/12/2023 | 480267 | 243799864 | 6/10/2023 | 12 | $848.00 |
| Invoice | 3/13/2023 | 480310 | 243799865 | 6/11/2023 | 11 | $848.00 |
| Invoice | 3/14/2023 | 480956 | 243799866 | 6/12/2023 | 10 | $848.00 |
| Invoice | 3/18/2023 | 482742 | 243799867 | 6/16/2023 | 6 | $848.00 |
| **Total - 6422 31535 Southfield Road, Beverly Hills MI** | | | | | | **$37,544.00** |
| **6423 32 Wolf Road, Albany NY** | | | | | | |
| Invoice | 12/11/2022 | 419797 | 240046193 | 1/10/2023 | 163 | $389.88 |
| Invoice | 12/11/2022 | 419798 | 240046194 | 1/10/2023 | 163 | $648.00 |
| Invoice | 12/16/2022 | 421920 | 240046213 | 1/15/2023 | 158 | $821.88 |
| Invoice | 12/16/2022 | 421961 | 240046214 | 1/15/2023 | 158 | $389.88 |
| Invoice | 12/16/2022 | 422095 | 240046215 | 1/15/2023 | 158 | $1,037.88 |
| Invoice | 12/16/2022 | 422147 | 240046216 | 1/15/2023 | 158 | $1,037.88 |
| Invoice | 12/16/2022 | 422218 | 240046217 | 1/15/2023 | 158 | $605.88 |
| Invoice | 12/17/2022 | 422555 | 240046224 | 1/16/2023 | 157 | $1,037.88 |
| Invoice | 12/17/2022 | 422632 | 240046226 | 1/16/2023 | 157 | $432.00 |
| Invoice | 12/22/2022 | 423797 | 240046242 | 1/21/2023 | 152 | $432.00 |
| Invoice | 12/23/2022 | 424978 | 240046269 | 1/22/2023 | 151 | $216.00 |
| Invoice | 1/18/2023 | 442886 | 240046391 | 2/17/2023 | 125 | $216.00 |
| Invoice | 1/19/2023 | 443165 | 240046392 | 2/18/2023 | 124 | $432.00 |
| Invoice | 1/23/2023 | 445094 | 240046422 | 2/22/2023 | 120 | $1,037.88 |
| Invoice | 1/23/2023 | 445969 | 240046433 | 2/22/2023 | 120 | $216.00 |
| Invoice | 1/31/2023 | 449754 | 240046493 | 3/2/2023 | 112 | $432.00 |
| Invoice | 2/23/2023 | 462058 | 242427145 | 3/25/2023 | 89 | $1,037.88 |
| Invoice | 2/23/2023 | 462184 | 242427148 | 3/25/2023 | 89 | $1,037.88 |
| Invoice | 2/23/2023 | 462385 | 242427155 | 3/25/2023 | 89 | $216.00 |
| Invoice | 2/28/2023 | 465711 | 242427204 | 3/30/2023 | 84 | $1,037.88 |
| Invoice | 2/28/2023 | 466437 | 242427217 | 3/30/2023 | 84 | $216.00 |
| Invoice | 3/4/2023 | 477390 | 243799842 | 6/2/2023 | 20 | $1,037.88 |
| Invoice | 3/4/2023 | 478060 | 243799842 | 6/2/2023 | 20 | $1,037.88 |
| Invoice | 3/11/2023 | 479828 | 243799843 | 6/9/2023 | 13 | $216.00 |
| Invoice | 3/14/2023 | 480551 | 243799844 | 6/12/2023 | 10 | $389.88 |
| Invoice | 3/14/2023 | 480903 | 243799844 | 6/12/2023 | 10 | $389.88 |
| Invoice | 3/15/2023 | 481970 | 243799845 | 6/13/2023 | 9 | $389.88 |
| **Total - 6423 32 Wolf Road, Albany NY** | | | | | | **$16,390.08** |
| **6425 2624 West Loop 289, Lubbock TX** | | | | | | |
| Invoice | 1/24/2023 | 447034 | 240046444 | 2/23/2023 | 119 | $224.00 |
| Invoice | 1/24/2023 | 447036 | 240046445 | 2/23/2023 | 119 | $248.00 |
| Invoice | 1/29/2023 | 449188 | 240046482 | 2/28/2023 | 114 | $224.00 |
| Invoice | 1/31/2023 | 449615 | 240046487 | 3/2/2023 | 112 | $224.00 |
| Invoice | 2/1/2023 | 457981 | 242427079 | 3/3/2023 | 111 | $224.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 2/1/2023 | 458397 | 242427089 | 3/3/2023 | 111 | $224.00 |
| **Total - 6425 2624 West Loop 289, Lubbock TX** | | | | | | **$1,368.00** |
| **6427 215 North Harlem Avenue, Forest Park IL** | | | | | | |
| Invoice | 12/23/2022 | 424443 | 240046249 | 1/22/2023 | 151 | $546.00 |
| Invoice | 12/26/2022 | 426091 | 240046290 | 1/25/2023 | 148 | $546.00 |
| Invoice | 1/27/2023 | 448864 | 240046475 | 2/26/2023 | 116 | $546.00 |
| Invoice | 2/1/2023 | 457784 | 242427074 | 3/3/2023 | 111 | $546.00 |
| Invoice | 2/1/2023 | 457842 | 242427075 | 3/3/2023 | 111 | $546.00 |
| Invoice | 2/1/2023 | 457881 | 242427076 | 3/3/2023 | 111 | $273.00 |
| Invoice | 2/1/2023 | 457917 | 242427077 | 3/3/2023 | 111 | $546.00 |
| Invoice | 2/1/2023 | 457926 | 242427078 | 3/3/2023 | 111 | $150.00 |
| Invoice | 2/16/2023 | 459882 | 242427121 | 3/18/2023 | 96 | $273.00 |
| Invoice | 2/23/2023 | 462554 | 242427157 | 3/25/2023 | 89 | $150.00 |
| Invoice | 2/25/2023 | 463500 | 242427174 | 3/27/2023 | 87 | $546.00 |
| Invoice | 2/25/2023 | 463552 | 242427175 | 3/27/2023 | 87 | $273.00 |
| **Total - 6427 215 North Harlem Avenue, Forest Park IL** | | | | | | **$4,941.00** |
| **6428 35 Highland Avenue, Seekonk MA** | | | | | | |
| Invoice | 1/15/2023 | 441685 | 240046336 | 2/14/2023 | 128 | $250.00 |
| Invoice | 1/16/2023 | 442550 | 240046354 | 2/15/2023 | 127 | $250.00 |
| Invoice | 1/20/2023 | 443887 | 240046408 | 2/19/2023 | 123 | $250.00 |
| Invoice | 1/23/2023 | 446218 | 240046435 | 2/22/2023 | 120 | $250.00 |
| Invoice | 1/24/2023 | 446717 | 240046437 | 2/23/2023 | 119 | $250.00 |
| **Total - 6428 35 Highland Avenue, Seekonk MA** | | | | | | **$1,250.00** |
| **6429 5131 Sunrise Highway, Bohemia NY** | | | | | | |
| Invoice | 2/1/2023 | 458208 | 242427087 | 3/3/2023 | 111 | $462.74 |
| **Total - 6429 5131 Sunrise Highway, Bohemia NY** | | | | | | **$462.74** |
| **643 1765 Deptford Center Road, Deptford NJ** | | | | | | |
| Invoice | 12/23/2022 | 424655 | 240046257 | 1/22/2023 | 151 | $726.12 |
| **Total - 643 1765 Deptford Center Road, Deptford NJ** | | | | | | **$726.12** |
| **6431 270 Seventh Avenue, New York NY** | | | | | | |
| Invoice | 12/23/2022 | 425249 | 240046275 | 1/22/2023 | 151 | $141.54 |
| Invoice | 2/28/2023 | 466253 | 242427209 | 3/30/2023 | 84 | $283.08 |
| **Total - 6431 270 Seventh Avenue, New York NY** | | | | | | **$424.62** |
| **6432 6398 Springfield Plaza, Springfield VA** | | | | | | |
| Invoice | 12/23/2022 | 424455 | 240046250 | 1/22/2023 | 151 | $250.00 |
| **Total - 6432 6398 Springfield Plaza, Springfield VA** | | | | | | **$250.00** |
| **6433 2712 North Central Expressway, Plano TX** | | | | | | |
| Invoice | 1/30/2023 | 449422 | 240046486 | 3/1/2023 | 113 | $225.00 |
| **Total - 6433 2712 North Central Expressway, Plano TX** | | | | | | **$225.00** |
| **6434 711 Route 28, Bridgewater NJ** | | | | | | |
| Invoice | 12/14/2022 | 421336 | 240046204 | 1/13/2023 | 160 | $548.05 |
| Invoice | 12/15/2022 | 421641 | 240046210 | 1/14/2023 | 159 | $262.30 |
| Invoice | 12/23/2022 | 424501 | 240046251 | 1/22/2023 | 151 | $548.05 |
| Invoice | 12/23/2022 | 424658 | 240046259 | 1/22/2023 | 151 | $548.05 |
| Invoice | 12/24/2022 | 425693 | 240046285 | 1/23/2023 | 150 | $473.42 |
| Invoice | 1/8/2023 | 440127 | 240046322 | 2/7/2023 | 135 | $548.05 |
| Invoice | 1/25/2023 | 447778 | 240046460 | 2/24/2023 | 118 | $548.05 |
| Invoice | 1/25/2023 | 447932 | 240046462 | 2/24/2023 | 118 | $262.30 |
| Invoice | 1/25/2023 | 448024 | 240046464 | 2/24/2023 | 118 | $548.05 |
| Invoice | 2/1/2023 | 458179 | 242427085 | 3/3/2023 | 111 | $548.05 |
| Invoice | 2/26/2023 | 464765 | 242427191 | 3/28/2023 | 86 | $548.05 |
| Invoice | 2/28/2023 | 465821 | 242427206 | 3/30/2023 | 84 | $1,307.22 |
| Invoice | 2/28/2023 | 466562 | 242427220 | 3/30/2023 | 84 | $548.05 |
| Invoice | 3/7/2023 | 479256 | 243799896 | 6/5/2023 | 17 | $548.05 |
| Invoice | 3/14/2023 | 480837 | 243799897 | 6/12/2023 | 10 | $548.05 |
| Invoice | 3/14/2023 | 481226 | 243799897 | 6/12/2023 | 10 | $548.05 |
| **Total - 6434 711 Route 28, Bridgewater NJ** | | | | | | **$8,881.84** |
| **6435 160 Granite Street, Braintree MA** | | | | | | |
| Invoice | 12/12/2022 | 420647 | 240046200 | 1/11/2023 | 162 | $669.00 |
| Invoice | 12/12/2022 | 420884 | 240046201 | 1/11/2023 | 162 | $273.00 |
| Invoice | 1/8/2023 | 440061 | 240046320 | 2/7/2023 | 135 | $273.00 |
| Invoice | 1/12/2023 | 440716 | 240046328 | 2/11/2023 | 131 | $273.00 |
| Invoice | 1/16/2023 | 442310 | 240046344 | 2/15/2023 | 127 | $669.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 1/20/2023 | 444079 | 240046410 | 2/19/2023 | 123 | $273.00 |
| Invoice | 1/24/2023 | 446967 | 240046443 | 2/23/2023 | 119 | $669.00 |
| Invoice | 2/1/2023 | 459575 | 242427094 | 3/3/2023 | 111 | $273.00 |
| Invoice | 2/21/2023 | 460761 | 242427131 | 3/23/2023 | 91 | $273.00 |
| Invoice | 2/23/2023 | 462284 | 242427152 | 3/25/2023 | 89 | $273.00 |
| Invoice | 2/23/2023 | 462290 | 242427153 | 3/25/2023 | 89 | $273.00 |
| Invoice | 2/24/2023 | 463178 | 242427163 | 3/26/2023 | 88 | $273.00 |
| Invoice | 2/25/2023 | 464176 | 242427181 | 3/27/2023 | 87 | $273.00 |
| Invoice | 2/28/2023 | 465631 | 242427203 | 3/30/2023 | 84 | $410.00 |
| Invoice | 2/28/2023 | 466586 | 242427221 | 3/30/2023 | 84 | $669.00 |
| Invoice | 3/1/2023 | 476033 | 243799898 | 5/30/2023 | 23 | $273.00 |
| Invoice | 3/4/2023 | 477246 | 243799899 | 6/2/2023 | 20 | $273.00 |
| Invoice | 3/4/2023 | 477499 | 243799899 | 6/2/2023 | 20 | $669.00 |
| Invoice | 3/4/2023 | 477929 | 243799899 | 6/2/2023 | 20 | $669.00 |
| Invoice | 3/4/2023 | 478561 | 243799899 | 6/2/2023 | 20 | $273.00 |
| Invoice | 3/4/2023 | 478646 | 243799899 | 6/2/2023 | 20 | $273.00 |
| Invoice | 3/5/2023 | 478906 | 243799900 | 6/3/2023 | 19 | $150.00 |
| Invoice | 3/15/2023 | 482034 | 243799901 | 6/13/2023 | 9 | $669.00 |
| Invoice | 3/15/2023 | 482435 | 243799901 | 6/13/2023 | 9 | $669.00 |
| **Total - 6435 160 Granite Street, Braintree MA** | | | | | | **$9,734.00** |
| **6436 1320 Carl D Silver Parkway, Fredericksburg VA** | | | | | | |
| Invoice | 12/15/2022 | 421412 | 240046205 | 1/14/2023 | 159 | $461.00 |
| Invoice | 12/23/2022 | 424652 | 240046256 | 1/22/2023 | 151 | $461.00 |
| **Total - 6436 1320 Carl D Silver Parkway, Fredericksburg VA** | | | | | | **$922.00** |
| **6437 1745 Deptford Center Road, Deptford NJ** | | | | | | |
| Invoice | 12/23/2022 | 424622 | 240046254 | 1/22/2023 | 151 | $395.58 |
| **Total - 6437 1745 Deptford Center Road, Deptford NJ** | | | | | | **$395.58** |
| **6438 1235 Southeast 82nd Avenue, Clackamas OR** | | | | | | |
| Invoice | 11/29/2022 | 410493 | 240046185 | 12/29/2022 | 175 | $913.00 |
| Invoice | 12/2/2022 | 419239 | 240046188 | 1/1/2023 | 172 | $913.00 |
| Invoice | 12/17/2022 | 422434 | 240046220 | 1/16/2023 | 157 | $913.00 |
| Invoice | 12/22/2022 | 423553 | 240046240 | 1/21/2023 | 152 | $913.00 |
| Invoice | 12/23/2022 | 424106 | 240046244 | 1/22/2023 | 151 | $913.00 |
| Invoice | 1/29/2023 | 449056 | 240046479 | 2/28/2023 | 114 | $913.00 |
| Invoice | 2/14/2023 | 459666 | 242427115 | 3/16/2023 | 98 | $913.00 |
| Invoice | 2/15/2023 | 459721 | 242427118 | 3/17/2023 | 97 | $913.00 |
| Invoice | 2/23/2023 | 461843 | 242427142 | 3/25/2023 | 89 | $913.00 |
| Invoice | 2/26/2023 | 464366 | 242427182 | 3/28/2023 | 86 | $913.00 |
| Invoice | 3/1/2023 | 476087 | 243799902 | 5/30/2023 | 23 | $913.00 |
| **Total - 6438 1235 Southeast 82nd Avenue, Clackamas OR** | | | | | | **$10,043.00** |
| **6439 85 Bricktown Way, Staten Island NY** | | | | | | |
| Invoice | 12/23/2022 | 424731 | 240046264 | 1/22/2023 | 151 | $1,174.76 |
| Invoice | 2/1/2023 | 458175 | 242427084 | 3/3/2023 | 111 | $1,174.76 |
| **Total - 6439 85 Bricktown Way, Staten Island NY** | | | | | | **$2,349.52** |
| **644 245 Atlantic Avenue, Brooklyn NY** | | | | | | |
| Invoice | 1/1/2023 | 438700 | 240046276 | 1/31/2023 | 142 | $566.15 |
| Invoice | 1/9/2023 | 440209 | 240046323 | 2/8/2023 | 134 | $283.08 |
| Invoice | 2/28/2023 | 465766 | 242427205 | 3/30/2023 | 84 | $566.15 |
| Invoice | 3/14/2023 | 481727 | 243799913 | 6/12/2023 | 10 | $283.08 |
| **Total - 644 245 Atlantic Avenue, Brooklyn NY** | | | | | | **$1,698.46** |
| **6440 100 Durgin Lane, Portsmouth NH** | | | | | | |
| Invoice | 12/17/2022 | 426623 | 240046218 | 1/16/2023 | 157 | $648.00 |
| Invoice | 12/17/2022 | 426625 | 240046223 | 1/16/2023 | 157 | $458.00 |
| Invoice | 12/17/2022 | 426626 | 240046227 | 1/16/2023 | 157 | $1,168.00 |
| Invoice | 12/18/2022 | 426628 | 240046230 | 1/17/2023 | 156 | $229.00 |
| Invoice | 12/18/2022 | 426631 | 240046233 | 1/17/2023 | 156 | $648.00 |
| Invoice | 12/23/2022 | 424930 | 240046267 | 1/22/2023 | 151 | $648.00 |
| Invoice | 12/23/2022 | 425086 | 240046272 | 1/22/2023 | 151 | $877.00 |
| Invoice | 12/23/2022 | 426632 | 240046245 | 1/22/2023 | 151 | $229.00 |
| Invoice | 12/24/2022 | 425479 | 240046277 | 1/23/2023 | 150 | $229.00 |
| Invoice | 12/24/2022 | 425580 | 240046280 | 1/23/2023 | 150 | $648.00 |
| Invoice | 12/27/2022 | 426211 | 240046292 | 1/26/2023 | 147 | $648.00 |
| Invoice | 12/30/2022 | 426544 | 240046293 | 1/29/2023 | 144 | $877.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 1/1/2023 | 442789 | 240046366 | 1/31/2023 | 142 | $877.00 |
| Invoice | 1/1/2023 | 442790 | 240046306 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442791 | 240046368 | 1/31/2023 | 142 | $877.00 |
| Invoice | 1/1/2023 | 442793 | 240046307 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442794 | 240046300 | 1/31/2023 | 142 | $229.00 |
| Invoice | 1/1/2023 | 442795 | 240046371 | 1/31/2023 | 142 | $2,274.00 |
| Invoice | 1/1/2023 | 442798 | 240046311 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442799 | 240046373 | 1/31/2023 | 142 | $877.00 |
| Invoice | 1/1/2023 | 442801 | 240046310 | 1/31/2023 | 142 | $648.00 |
| Invoice | 1/1/2023 | 442802 | 240046375 | 1/31/2023 | 142 | $877.00 |
| Invoice | 1/1/2023 | 442803 | 240046376 | 1/31/2023 | 142 | $877.00 |
| Invoice | 1/1/2023 | 442804 | 240046377 | 1/31/2023 | 142 | $2,274.00 |
| Invoice | 1/1/2023 | 442806 | 240046378 | 1/31/2023 | 142 | $877.00 |
| Invoice | 1/1/2023 | 442807 | 240046379 | 1/31/2023 | 142 | $877.00 |
| Invoice | 1/1/2023 | 442808 | 240046308 | 1/31/2023 | 142 | $229.00 |
| Invoice | 1/3/2023 | 442809 | 240046317 | 2/2/2023 | 140 | $648.00 |
| Invoice | 1/4/2023 | 438892 | 240046319 | 2/3/2023 | 139 | $648.00 |
| Invoice | 1/4/2023 | 438893 | 240046302 | 2/3/2023 | 139 | $229.00 |
| Invoice | 1/5/2023 | 438970 | 240046314 | 2/4/2023 | 138 | $229.00 |
| Invoice | 1/5/2023 | 439089 | 240046326 | 2/4/2023 | 138 | $648.00 |
| Invoice | 1/6/2023 | 439305 | 240046333 | 2/5/2023 | 137 | $648.00 |
| Invoice | 1/6/2023 | 439373 | 240046370 | 2/5/2023 | 137 | $229.00 |
| Invoice | 1/6/2023 | 439498 | 240046330 | 2/5/2023 | 137 | $648.00 |
| Invoice | 1/6/2023 | 439598 | 240046312 | 2/5/2023 | 137 | $458.00 |
| Invoice | 1/7/2023 | 439865 | 240046380 | 2/6/2023 | 136 | $229.00 |
| Invoice | 1/7/2023 | 440036 | 240046343 | 2/6/2023 | 136 | $648.00 |
| Invoice | 1/7/2023 | 440058 | 240046345 | 2/6/2023 | 136 | $648.00 |
| Invoice | 1/12/2023 | 440458 | 240046348 | 2/11/2023 | 131 | $648.00 |
| Invoice | 1/12/2023 | 440680 | 240046327 | 2/11/2023 | 131 | $458.00 |
| Invoice | 1/12/2023 | 440820 | 240046355 | 2/11/2023 | 131 | $648.00 |
| Invoice | 1/12/2023 | 442811 | 240046386 | 2/11/2023 | 131 | $1,816.00 |
| Invoice | 1/14/2023 | 441204 | 240046364 | 2/13/2023 | 129 | $648.00 |
| Invoice | 1/14/2023 | 442812 | 240046384 | 2/13/2023 | 129 | $877.00 |
| Invoice | 1/15/2023 | 442813 | 240046385 | 2/14/2023 | 128 | $877.00 |
| Invoice | 1/16/2023 | 442051 | 240046337 | 2/15/2023 | 127 | $458.00 |
| Invoice | 1/16/2023 | 442052 | 240046338 | 2/15/2023 | 127 | $1,168.00 |
| Invoice | 1/16/2023 | 442303 | 240046369 | 2/15/2023 | 127 | $648.00 |
| Invoice | 1/16/2023 | 442814 | 240046387 | 2/15/2023 | 127 | $1,816.00 |
| Invoice | 1/16/2023 | 442815 | 240046383 | 2/15/2023 | 127 | $1,816.00 |
| Invoice | 1/16/2023 | 442816 | 240046388 | 2/15/2023 | 127 | $648.00 |
| Invoice | 1/17/2023 | 442678 | 240046382 | 2/16/2023 | 126 | $648.00 |
| Invoice | 1/18/2023 | 442882 | 240046389 | 2/17/2023 | 125 | $648.00 |
| Invoice | 1/19/2023 | 443245 | 240046393 | 2/18/2023 | 124 | $458.00 |
| Invoice | 1/20/2023 | 443280 | 240046395 | 2/19/2023 | 123 | $229.00 |
| Invoice | 1/20/2023 | 443347 | 240046398 | 2/19/2023 | 123 | $1,168.00 |
| Invoice | 1/20/2023 | 443588 | 240046400 | 2/19/2023 | 123 | $1,168.00 |
| Invoice | 1/20/2023 | 443691 | 240046403 | 2/19/2023 | 123 | $648.00 |
| Invoice | 1/20/2023 | 443796 | 240046404 | 2/19/2023 | 123 | $648.00 |
| Invoice | 1/20/2023 | 443806 | 240046406 | 2/19/2023 | 123 | $458.00 |
| Invoice | 1/21/2023 | 444218 | 240046411 | 2/20/2023 | 122 | $229.00 |
| Invoice | 1/21/2023 | 444322 | 240046413 | 2/20/2023 | 122 | $648.00 |
| Invoice | 1/21/2023 | 444551 | 240046414 | 2/20/2023 | 122 | $648.00 |
| Invoice | 1/22/2023 | 444859 | 240046418 | 2/21/2023 | 121 | $648.00 |
| Invoice | 1/23/2023 | 445177 | 240046423 | 2/22/2023 | 120 | $229.00 |
| Invoice | 1/23/2023 | 445185 | 240046424 | 2/22/2023 | 120 | $1,168.00 |
| Invoice | 1/23/2023 | 445351 | 240046428 | 2/22/2023 | 120 | $1,168.00 |
| Invoice | 1/23/2023 | 445776 | 240046429 | 2/22/2023 | 120 | $229.00 |
| Invoice | 1/23/2023 | 445916 | 240046432 | 2/22/2023 | 120 | $1,168.00 |
| Invoice | 1/23/2023 | 446190 | 240046434 | 2/22/2023 | 120 | $1,168.00 |
| Invoice | 1/24/2023 | 446849 | 240046440 | 2/23/2023 | 119 | $648.00 |
| Invoice | 1/24/2023 | 446885 | 240046441 | 2/23/2023 | 119 | $229.00 |
| Invoice | 1/24/2023 | 447162 | 240046446 | 2/23/2023 | 119 | $648.00 |
| Invoice | 1/25/2023 | 447360 | 240046452 | 2/24/2023 | 118 | $648.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 1/25/2023 | 447697 | 240046458 | 2/24/2023 | 118 | $229.00 |
| Invoice | 1/25/2023 | 448049 | 240046465 | 2/24/2023 | 118 | $229.00 |
| Invoice | 1/25/2023 | 448269 | 240046467 | 2/24/2023 | 118 | $229.00 |
| Invoice | 1/26/2023 | 448602 | 240046471 | 2/25/2023 | 117 | $648.00 |
| Invoice | 1/31/2023 | 449674 | 240046489 | 3/2/2023 | 112 | $229.00 |
| Invoice | 1/31/2023 | 449742 | 240046491 | 3/2/2023 | 112 | $648.00 |
| Invoice | 2/1/2023 | 459332 | 242427091 | 3/3/2023 | 111 | $877.00 |
| Invoice | 2/1/2023 | 459333 | 242427092 | 3/3/2023 | 111 | $229.00 |
| Invoice | 2/1/2023 | 459335 | 242427093 | 3/3/2023 | 111 | $877.00 |
| Invoice | 2/3/2023 | 458585 | 242427095 | 3/5/2023 | 109 | $229.00 |
| Invoice | 2/7/2023 | 458840 | 242427101 | 3/9/2023 | 105 | $229.00 |
| Invoice | 2/7/2023 | 458844 | 242427104 | 3/9/2023 | 105 | $648.00 |
| Invoice | 2/8/2023 | 459301 | 242427106 | 3/10/2023 | 104 | $229.00 |
| Invoice | 2/8/2023 | 459305 | 242427107 | 3/10/2023 | 104 | $648.00 |
| Invoice | 2/8/2023 | 459315 | 242427109 | 3/10/2023 | 104 | $648.00 |
| Invoice | 2/13/2023 | 459596 | 242427110 | 3/15/2023 | 99 | $229.00 |
| Invoice | 2/14/2023 | 459659 | 242427114 | 3/16/2023 | 98 | $648.00 |
| Invoice | 2/18/2023 | 460367 | 242427125 | 3/20/2023 | 94 | $648.00 |
| Invoice | 2/18/2023 | 460375 | 242427127 | 3/20/2023 | 94 | $229.00 |
| Invoice | 2/22/2023 | 461211 | 242427136 | 3/24/2023 | 90 | $648.00 |
| Invoice | 2/22/2023 | 461800 | 242427141 | 3/24/2023 | 90 | $1,168.00 |
| Invoice | 2/23/2023 | 462077 | 242427146 | 3/25/2023 | 89 | $1,168.00 |
| Invoice | 2/23/2023 | 462139 | 242427147 | 3/25/2023 | 89 | $229.00 |
| Invoice | 2/23/2023 | 462415 | 242427156 | 3/25/2023 | 89 | $1,168.00 |
| Invoice | 2/23/2023 | 462597 | 242427159 | 3/25/2023 | 89 | $648.00 |
| Invoice | 2/24/2023 | 463271 | 242427164 | 3/26/2023 | 88 | $648.00 |
| Invoice | 2/24/2023 | 463308 | 242427167 | 3/26/2023 | 88 | $458.00 |
| Invoice | 2/25/2023 | 463598 | 242427179 | 3/27/2023 | 87 | $648.00 |
| Invoice | 2/26/2023 | 464577 | 242427186 | 3/28/2023 | 86 | $648.00 |
| Invoice | 2/26/2023 | 464757 | 242427190 | 3/28/2023 | 86 | $648.00 |
| Invoice | 2/26/2023 | 464782 | 242427192 | 3/28/2023 | 86 | $458.00 |
| Invoice | 2/27/2023 | 464920 | 242427194 | 3/29/2023 | 85 | $648.00 |
| Invoice | 2/28/2023 | 466319 | 242427212 | 3/30/2023 | 84 | $458.00 |
| Invoice | 2/28/2023 | 466335 | 242427213 | 3/30/2023 | 84 | $1,168.00 |
| Invoice | 2/28/2023 | 466953 | 242427226 | 3/30/2023 | 84 | $648.00 |
| Invoice | 2/28/2023 | 466992 | 242427227 | 3/30/2023 | 84 | $458.00 |
| Invoice | 3/1/2023 | 476225 | 243799903 | 5/30/2023 | 23 | $229.00 |
| Invoice | 3/1/2023 | 476391 | 243799903 | 5/30/2023 | 23 | $648.00 |
| Invoice | 3/1/2023 | 483649 | 243799903 | 5/30/2023 | 23 | $458.00 |
| Invoice | 3/2/2023 | 476522 | 243799904 | 5/31/2023 | 22 | $877.00 |
| Invoice | 3/3/2023 | 476763 | 243799905 | 6/1/2023 | 21 | $877.00 |
| Invoice | 3/4/2023 | 477451 | 243799906 | 6/2/2023 | 20 | $1,168.00 |
| Invoice | 3/4/2023 | 478215 | 243799906 | 6/2/2023 | 20 | $1,397.00 |
| Invoice | 3/4/2023 | 478377 | 243799906 | 6/2/2023 | 20 | $1,168.00 |
| Invoice | 3/4/2023 | 478634 | 243799906 | 6/2/2023 | 20 | $229.00 |
| Invoice | 3/4/2023 | 483171 | 243799906 | 6/2/2023 | 20 | $648.00 |
| Invoice | 3/4/2023 | 483172 | 243799906 | 6/2/2023 | 20 | $877.00 |
| Invoice | 3/6/2023 | 479047 | 243799907 | 6/4/2023 | 18 | $648.00 |
| Invoice | 3/7/2023 | 479227 | 243799908 | 6/5/2023 | 17 | $648.00 |
| Invoice | 3/11/2023 | 479911 | 243799909 | 6/9/2023 | 13 | $648.00 |
| Invoice | 3/14/2023 | 481406 | 243799910 | 6/12/2023 | 10 | $229.00 |
| Invoice | 3/14/2023 | 481615 | 243799910 | 6/12/2023 | 10 | $1,168.00 |
| Invoice | 3/14/2023 | 483170 | 243799910 | 6/12/2023 | 10 | $1,168.00 |
| Invoice | 3/16/2023 | 482592 | 243799911 | 6/14/2023 | 8 | $648.00 |
| Invoice | 3/17/2023 | 482697 | 243799912 | 6/15/2023 | 7 | $648.00 |
| **Total - 6440 100 Durgin Lane, Portsmouth NH** | | | | | | **$89,907.00** |
| **6441 1775 Deptford Center Road, Deptford NJ** | | | | | | |
| Invoice | 12/23/2022 | 424659 | 240046260 | 1/22/2023 | 151 | $505.40 |
| **Total - 6441 1775 Deptford Center Road, Deptford NJ** | | | | | | **$505.40** |
| **645 11 Taft Road, Totowa NJ** | | | | | | |
| Invoice | 12/23/2022 | 424791 | 240046265 | 1/22/2023 | 151 | $1,176.07 |
| Invoice | 12/24/2022 | 425680 | 240046283 | 1/23/2023 | 150 | $1,176.07 |
| Invoice | 1/25/2023 | 447217 | 240046449 | 2/24/2023 | 118 | $1,176.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 1/31/2023 | 449949 | 240046501 | 3/2/2023 | 112 | $1,176.07 |
| Invoice | 2/24/2023 | 463471 | 242427173 | 3/26/2023 | 88 | $1,176.07 |
| Invoice | 2/28/2023 | 465447 | 242427199 | 3/30/2023 | 84 | $3,046.28 |
| Invoice | 2/28/2023 | 466287 | 242427210 | 3/30/2023 | 84 | $3,046.28 |
| Invoice | 2/28/2023 | 466624 | 242427223 | 3/30/2023 | 84 | $3,046.28 |
| Invoice | 3/1/2023 | 476410 | 243799914 | 5/30/2023 | 23 | $1,176.07 |
| Invoice | 3/3/2023 | 476886 | 243799915 | 6/1/2023 | 21 | $1,176.07 |
| Invoice | 3/7/2023 | 479305 | 243799916 | 6/5/2023 | 17 | $1,176.07 |
| Invoice | 3/11/2023 | 479875 | 243799917 | 6/9/2023 | 13 | $1,176.07 |
| Invoice | 3/14/2023 | 480820 | 243799918 | 6/12/2023 | 10 | $1,176.07 |
| Invoice | 3/14/2023 | 481698 | 243799918 | 6/12/2023 | 10 | $1,176.07 |
| **Total - 645 11 Taft Road, Totowa NJ** | | | | | | **$22,075.61** |
| **646 1320 Carl D Silver Parkway, Fredericksburg VA** | | | | | | |
| Invoice | 12/15/2022 | 421416 | 240046206 | 1/14/2023 | 159 | $461.00 |
| Invoice | 12/23/2022 | 424657 | 240046258 | 1/22/2023 | 151 | $461.00 |
| **Total - 646 1320 Carl D Silver Parkway, Fredericksburg VA** | | | | | | **$922.00** |
| **647 715 Morris Turnpike, Springfield NJ** | | | | | | |
| Invoice | 12/15/2022 | 421609 | 240046209 | 1/14/2023 | 159 | $396.65 |
| Invoice | 12/23/2022 | 424587 | 240046253 | 1/22/2023 | 151 | $411.57 |
| Invoice | 12/23/2022 | 424707 | 240046262 | 1/22/2023 | 151 | $411.57 |
| Invoice | 1/8/2023 | 440110 | 240046321 | 2/7/2023 | 135 | $411.57 |
| Invoice | 1/25/2023 | 447521 | 240046455 | 2/24/2023 | 118 | $213.25 |
| Invoice | 1/25/2023 | 448006 | 240046463 | 2/24/2023 | 118 | $213.25 |
| Invoice | 1/31/2023 | 449917 | 240046498 | 3/2/2023 | 112 | $411.57 |
| Invoice | 2/1/2023 | 458149 | 242427082 | 3/3/2023 | 111 | $213.25 |
| Invoice | 2/22/2023 | 461436 | 242427139 | 3/24/2023 | 90 | $411.57 |
| Invoice | 2/24/2023 | 463424 | 242427170 | 3/26/2023 | 88 | $213.25 |
| Invoice | 2/27/2023 | 465307 | 242427198 | 3/29/2023 | 85 | $934.04 |
| Invoice | 2/28/2023 | 465543 | 242427200 | 3/30/2023 | 84 | $934.04 |
| Invoice | 2/28/2023 | 466379 | 242427215 | 3/30/2023 | 84 | $934.04 |
| Invoice | 2/28/2023 | 466477 | 242427218 | 3/30/2023 | 84 | $213.25 |
| Invoice | 3/6/2023 | 479118 | 243799838 | 6/4/2023 | 18 | $411.57 |
| Invoice | 3/10/2023 | 479616 | 243799839 | 6/8/2023 | 14 | $411.57 |
| Invoice | 3/14/2023 | 480932 | 243799840 | 6/12/2023 | 10 | $411.57 |
| Invoice | 3/14/2023 | 481303 | 243799840 | 6/12/2023 | 10 | $411.57 |
| Invoice | 3/15/2023 | 482040 | 243799841 | 6/13/2023 | 9 | $411.57 |
| **Total - 647 715 Morris Turnpike, Springfield NJ** | | | | | | **$8,380.72** |
| **649 85 Bricktown Way, Staten Island NY** | | | | | | |
| Invoice | 12/23/2022 | 424729 | 240046263 | 1/22/2023 | 151 | $905.84 |
| Invoice | 2/1/2023 | 458163 | 242427083 | 3/3/2023 | 111 | $905.84 |
| **Total - 649 85 Bricktown Way, Staten Island NY** | | | | | | **$1,811.68** |
| **Total - 64 Bed Bath & Beyond, Inc.** | | | | | | **$400,066.54** |
| **Total** | | | | | | **$400,066.54** |