UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
NJ Bar No. 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

In Re:

BED BATH & BEYOND,
          Debtor,

Case No.: 23-13359-VFP

Chapter: 11

Adv. No.:

Hearing Date:

Judge: Poslusny Jr.

## CERTIFICATION OF SERVICE

1. I, Keri P. Ebeck :

   ☒ represent Realty Income Corporation in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On June 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Limited Objection to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 26, 2023

/s/ Keri P. Ebeck
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bed Bath & Beyond Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Olivia F. Acuna, Jacob E. Black, Ross Fiedler, Emily E. Geier, Derek I. Hunter, Joshua Sussberg<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _____<br>(as authorized by the court *) |
| Richard U.S. Howell, P.C, Charles B. Sterrett<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Debtors Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Casey McGushin<br>3101 Old Jacksonville Road<br>Springfield, IL 62704 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Casey McGushin<br>3101 Old Jacksonville Road<br>Springfield, IL 62704 | Debtor Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Notice of Electronic Fil_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Warren A. Usatine, Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | Debtors Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Notice of Electronic Fil_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria Nikolinos<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Notice of Electronic Fil_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Notice of Electronic Fil_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Service to the Matrix List as of June 6, 2023 | Matrix List | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |