# EXHIBIT A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property floor area | | 42842 sq. ft. | | **Cure Amounts Due:** | | | | |
| Bed Bath Portion (already Rejected) | | 25249 sq. ft. | 58.94% | | | | | |
| *Buy by Baby Portion* | | 17593 sq. ft. | 41.06% | | **April '23** | **May '23** | **June '23** | **July '23** |
| | | | | BB Baby net Monthly Fixed Rent | $ 16,467 | $ 16,467 | $ 16,467 | $ 16,467 |
| Monthly Rent for entire property | $ | 50,814 | per month | BB Baby Insurance Cost | $ 291 | $ 291 | $ 291 | $ 291 |
| Offset as called for in Section 4.1.2 (a) of the Lease: | $ | 10,710 | per month | BB Baby Utilities | $ 1,900 | $ 1,900 | $ 1,900 | $ 1,900 |
| *Net Fixed Rent- entire property:* | $ | 40,104 | per month | BB Baby RET | $ - | $ - | $ - | $ 4,732 |
| *Buy by Baby Portion net monthly Fixed Rent* | | $16,467 | | | | | | |
| | | | | BB Baby Monthly Total | $ 18,658 | $ 18,658 | $ 18,658 | $ 23,390 |
| Real Estate Tax: | | | | **BB Baby Cure Amount Total** | | **$ 79,364** | | |
| Parcel 00431991 -Land | | $99,539.55 | per year | | | | | |
| Parcel 05025397 - Building | | $ 38,756.62 | per year | | | | | |
| *Total per year:* | | $138,296.17 | per year | | | | | |
| *per month:* | | $11,524.68 | | | | | | |
| BB Baby Portion: | | $4,732.03 | | | | | | |
| | | | | | | | | |
| Insurance Annual | | $8,503 | per year | | | | | |
| Monthly | | $708.58 | | | | | | |
| *Buy Buy Baby Portion* | | $3,491.33 | per year | | | | | |
| *Buy Buy Baby Portion* | | $290.94 | | | | | | |