**LOWENSTEIN SANDLER LLP**
Eric Chafetz, Esq.
Phillip Khezri, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212-262-7402
Email: echafetz@lowenstein.com
Email: pkhezri@lowenstein.com

*Counsel to Pagosa Partners III, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | |

**LIMITED OBJECTION OF PAGOSA PARTNERS III, LTD.**
**TO DEBTORS' NOTICE TO CONTRACT PARTIES TO POTENTIALLY**
**ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pagosa Partners III, Ltd. ("Pagosa Partners"), by and through its undersigned counsel, hereby submits this limited objection (the "Limited Objection") to the Debtors' *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 714] (the "Cure Notice"). In support of this Limited Objection, Pagosa Partners respectfully states as follows:

**LIMITED OBJECTION**

1. Pagosa Partners is the landlord with respect to the lease between Bed Bath & Beyond, Inc. (the "Debtor") and Pagosa Partners for the real property located at 2624 W Loop

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

289, Lubbock, TX (the "Lease"),[2] which appears as line item 1450 on the Cure Notice. The Cure Notice asserts an incorrect cure amount of ($217.50). The correct cure amount is no less than $25,679.87, consisting of a $25,780.75 unsatisfied mechanic's lien (the "Lien") for which the Debtor is responsible, less a $100.98 credit reflected on Pagosa Partners' books and records.

2. Attached hereto as **Exhibit A**, is a copy of the Lien for amounts due by the Debtor to Advanced Systems, Inc. for work done for the Debtor pursuant to a contract between the parties entered into on March 1, 2022. As of the filing of this Limited Objection, the Lien remains unsatisfied. Section 23.2 of the Lease provides that the Debtor, as tenant, is obligated to satisfy any mechanic's liens placed on the premises during the term of the Lease.

3. The Debtor also remains obligated for any accrued, but unbilled, amounts including, but not limited to, attorneys' fees and year end CAM and tax reconciliation amounts. The Debtor must reserve for these unbilled amounts, or any order authorizing assumption and assignment of the Lease must provide that the assignee of the Lease is liable for such amounts.

4. Pagosa Partners reserves its right to amend this Limited Objection to include additional fees and expenses which continue to accrue and any other obligations that arise and/or become known to Pagosa Partners prior to assumption or assumption and assignment of the Lease.

## RESERVATION OF RIGHTS

5. Pagosa Partners reserves its rights to: (i) have a reasonable opportunity to receive and review adequate assurance information; (ii) request additional information if the adequate assurance information is insufficient; (iii) schedule and conduct any necessary

---

[2] A copy of the Lease is not attached hereto, as Pagosa Partners understands that the Debtor is in possession of same. To the extent the Debtor requests a copy of the Lease from Pagosa Partners, one will be provided.

discovery based on the adequate assurance information (or lack of information) received; and (iv) file an objection to the adequate assurance information (or lack of information).

6. Pagosa Partners also reserves its rights to supplement, amend, or modify this Limited Objection at any time prior to the effective date of any assumption and assignment of the Lease. Nothing herein is intended to be a waiver by Pagosa Partners of any right, objection, argument, claim, or defense with respect to any matter, all of which are hereby expressly reserved.

Dated:  June 26, 2023
        New York, NY

*/s/  Eric Chafetz*
Eric Chafetz, Esq.
Phillip Khezri, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212-262-7402
Email: echafetz@lowenstein.com
Email: pkhezri@lowenstein.com

*Counsel to Pagosa Partners III, Ltd.*

**EXHIBIT A**

**EXHIBIT A**



Levelset
1121 Josephine St
New Orleans LA 70130



2023010669   11 PGS   ML

Recording Requested by Advanced Systems Inc
Please Return To:
Advanced Systems Inc
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105
Reference ID: S5WVM8MJ99S5

SPACE ABOVE FOR RECORDER'S USE

## AFFIDAVIT OF LIEN BY ORIGINAL CONTRACTOR
State of Texas | County of Lubbock County

IN ADDITION to a Statutory Lien Pursuant to V.T.C.A. Property Code § 53.001 et. seq., the Lien Claimant Claims a Constitutional Lien pursuant to Section 37 of Article 16 of the Texas Constitution to the full extent such a lien may be available.

**Claimant:** Advanced Systems Inc

(Mailing Address):
6627 Commerce Pkwy.
Woodstock, GA 30189
(770) 591-4655

(Physical Address): The same as Mailing if blank

**Property Owner**

Pagosa II 2017 LLC
5307 W Loop 289 Suite 302
Lubbock, Texas 79414

PAGOSA PARTNERS III LTD
5307 W LOOP 289 #STE 302
Lubbock, Texas 79414

**Tenant**
Bed Bath & Beyond
650 Liberty Ave
Union, New Jersey 07083

**Months Services Furnished**
The Claimant provided Services for which payment is requested in the following months:

March 2022 - January 2023

First Date Labor and/or Materials Furnished:
March 01, 2022

Last Date Labor and/or Materials Furnished:
January 10, 2023

**Amount of Claim**
$25,780.75

General Statement of kind of work done and/or materials furnished (Services): Interior Remodel

The Services were performed in construction of improvements at the following described Property ("**Property**"):

State of Texas
County: Lubbock County
2624 West Loop 289 Access Road
Lubbock, Texas 79407

Legal Property Description:
Situated in Lubbock County, Texas. Property ID: R325920; Geo ID: R929208-00025-00000-000; Legal Description: WEST END TR B2

**Notices Sent (If any):**
The Claimant Delivered Notices of the Claim or Potential Claim to the Property Owner on the following dates, and through the following methods: Notice of Intent to Lien

**Attachments to this Affidavit of Lien:**

Exhibit A - Invoice

BEFORE ME, the undersigned authority, personally came and appeared, Chantel Jackson, a person of the full age of majority, who upon his/her oath did depose and state the following:

A. That he/she is an authorized and disclosed agent of the above-identified Claimant. As the authorized and disclosed agent of the Claimant, he/she has been provided with the facts related to the claim asserted herein, and to the best of his/her knowledge, information and belief, the facts set forth herein are true and correct. He/she is competent and authorized to make this affidavit.

B. The Claimant is above-identified, as is its mailing address and physical address. The Claimant was the Original Contractor on the project in question;

C. Under its contract with the above-identified Property Owner, the Claimant agreed to provide the above-described Services for the installation of improvements to the above-described Property.

D. The owner or reputed owner of the real property above-described and made subject to this Affidavit of Lien is above-identified as the Property Owner, as the owner's mailing address.

E. The real property sought to be charged with a lien is the property above-described as the Property.

F. The total amount due to the Claimant is above-identified as the Amount of Claim. This amount is just, due and correct, after allowing all credits, offsets and payments. The Claimant claims a lien on the Property and its improvements to secure payment of its Amount of Claim.

G. The additional exhibits attached to this Affidavit of Lien (if any) are true and correct copies of the documents, the documents themselves offering the best evidence of its contents.

H. Each month in which Services were provided to the Property for which payment is requested is identified above as the Months Services Furnished.

I. The date each Notice of Claim was sent to the Owner, and the method of its deliver, is identified above as Dates Notices Sent.

State of Louisiana, County of Orleans

Name of Claimant:

Advanced Systems Inc

Before Me, undersigned Notary Public, personally came and appeared Chantel Jackson, known to me to be the person whose name is subscribed to this foregoing instrument and acknowledged to me that the facts asserted therein were true, correct and accurate to the best of his/her information and belief, and that he/she executed the document for the purposes stated therein, and in the capacity stated therein, and as the act and deed of said Claimant. Subscribed to and sworn before me on the following date: March 23, 2023

Signed:

Claimant, by Authorized Agent
Print Name: Chantel Jackson
Date: March 23, 2023

Notary Public

*[Notary seal: Nathan L. Budde, Notary Public, State of Louisiana, Louisiana Bar No. 32103, My Commission is for Life]*

Exhibit A

# APPLICATION FOR PAYMENT  INV# 22-0804

CAP702
Page: 1 of 2

**To:**
Bed Bath and Beyond
650 Liberty Ave
Union, NJ 07083

**PROJECT:**
PO #21564
Bed Bath and Beyond #632
2624 W Loop 289
Lubbock, TX 79407

| Application No.: | Application Date: | Period To: | Contract Date: |
|---|---|---|---|
| 2 | NOV 10, 2022 | NOV 10, 2022 | MAR 1, 2022 |

Project Nos:

**From Contractor:**
Advanced Systems, Inc.
6627 Commerce Pkwy
Woodstock, GA 30189

**VIA ARCHITECT:**

Distribution List:
☐ Owner     ☐ Construction Mgr
☐ Architect ☐ Field
☐ Contractor ☐ Other

**CONTRACT FOR:**

## Contractor's Application for Payment
Application is made for payment as shown below, with attached Continuation Sheet.

1. Original Contract Amount: $ 257,807.53
2. Net of Change Orders: $ 0.00
3. Net Amount of Contract: $ 257,807.53
4. Total Completed & Stored to Date: $ 257,807.53
5. Retainage Summary:
   a. 10.00 % of Completed Work $ 0.00
   b. 10.00 % of Stored Material $ 0.00
   Total Retainage: $ 0.00
6. Total Completed Less Retainage: $ 257,807.53
7. Less Previous Applications: $ 232,026.78
8. Current Payment Due, This Application: $ 25,780.75
9. Contract Balance (Including Retainage): $ 0.00

| CHANGE ORDER Activity | Additions | Subtractions |
|---|---|---|
| Total previously approved: | 0.00 | 0.00 |
| Total approved this Month: | 0.00 | 0.00 |
| Sub Totals: | 0.00 | 0.00 |
| NET of Change Orders: | 0.00 | |

**CONTRACTOR'S CERTIFICATION:**
The Contractor's signature here certifies that, to the best of their knowledge, this document accurately reflects the work completed in this Application for Payment. The Contractor also certifies that all payments have been made for work on previous Applications for Payment and also that the Current Payment is Due.

(Authorizing Signature) _____
Advanced Systems, Inc.
Date: NOV 10, 2022
State Authorized: Georgia
County of: Cherokee

Subscribed and sworn to before me this 10th day of NOV, 2022
Notary Public: _____
My Commission expires: 08/03/2026

[Notary seal: COURTNEY LEHMAN, NOTARY PUBLIC, CHEROKEE COUNTY, GEORGIA, AUGUST 03, 2026]

**ARCHITECT'S CERTIFICATION:**
The Architect's signature here certifies that, based on their own observations, the Contract Documents and the information contained herein, this document accurately reflects the work completed in this Application for Payment. The Architect also certifies the Contractor is entitled to the amount certified for payment.

**AMOUNT CERTIFIED:**

_____  Date: _____
(Architects Signature)

Software by: PEM Software Systems, Inc. 1-800-803-1315 Copyright 2007 ©

# APPLICATION FOR PAYMENT - CONTINUATION SHEET

CAP703  Page 2 of 2 Pages

**From:**
Advanced Systems, Inc.
6627 Commerce Pkwy
Woodstock, GA 30189

**To:**
Bed Bath and Beyond
650 Liberty Ave
Union, NJ 07083

**Project:**
PO #21564
Bed Bath and Beyond #632
2624 W Loop 289
Lubbock, TX 79407

Application No: 2
Application Date: 11/10/2022
Period To: 11/10/2022
Contract Date: 3/01/2022
Architects Project#:

| A Item No | B Description of Work | C Contract Value | D Work Completed From Previous Application (D + E) | E Work Completed This Period | F Materials Presently Stored (Not In D or E) | G Total Completed and Stored To Date (D+E+F) | % (G/C) | H Balance To Finish (C - G) | I Retainage (If Variable Rate) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Genera conditions | 37,537.50 | 37,537.50 | 0.00 | 0.00 | 37,537.50 | 100 | 0.00 | 0.00 |
| 2 | Sitework | 12,300.00 | 12,300.00 | 0.00 | 0.00 | 12,300.00 | 100 | 0.00 | 0.00 |
| 3 | wood and plastics | 19,608.00 | 19,608.00 | 0.00 | 0.00 | 19,608.00 | 100 | 0.00 | 0.00 |
| 4 | doors & windows | 12,650.00 | 12,650.00 | 0.00 | 0.00 | 12,650.00 | 100 | 0.00 | 0.00 |
| 5 | finsihes | 48,409.00 | 48,409.00 | 0.00 | 0.00 | 48,409.00 | 100 | 0.00 | 0.00 |
| 6 | specialties | 21,650.00 | 21,650.00 | 0.00 | 0.00 | 21,650.00 | 100 | 0.00 | 0.00 |
| 7 | mechanical | 1,191.03 | 1,191.03 | 0.00 | 0.00 | 1,191.03 | 100 | 0.00 | 0.00 |
| 8 | electrical | 80,502.00 | 80,502.00 | 0.00 | 0.00 | 80,502.00 | 100 | 0.00 | 0.00 |
| 9 | overhead & profit | 23,960.00 | 23,960.00 | 0.00 | 0.00 | 23,960.00 | 100 | 0.00 | 0.00 |
|   |   | 257,807.53 | 257,807.53 | 0.00 | 0.00 | 257,807.53 | 100 | 0.00 | 0.00 |

Software by: PEM Software Systems, Inc. 1-800-803-1315 Copyright 2007

## General Contractor Waiver of Lien

To All Whom It May Concern:

WHEREAS, the undersigned has been employed by:

Bed, Bath, & Beyond
650 Liberty Ave
Union, NJ 07083

To furnish services or labor or materials for work under a Contract for the construction of: Bed Bath & Beyond, Project # 632 located at 2624 W Loop 289.

In the City of: Lubbock
In the County of: Lubbock
In the State of: TX

NOW THEREFORE, this day of January 11th, for and in consideration of the sum of $25,780.75 to be paid after approval of our request, the undersigned does hereby waive and release, contingent upon aforesaid payment, only to the extent of the aforementioned amount, any lien rights to, or claim of lien with respect to and on the monies or other considerations due or become due from the owner by virtue of said contract, on account of labor, services, materials, fixtures, apparatus, or machinery furnished by the undersigned to or for the above described premises but only to the extent of the payment aforesaid.

| | |
|---|---|
| Contract Amount | $257,807.53 |
| Approved Change Orders to Date | $0 |
| Total Revised Contract | $257,807.53 |
| Unconditional Waiver for Previous Payments Received: | $232,026.78 |
| Conditional Waiver for Current Pay Application: | $25,780.75 |
| Balance to Become Due (including retention): | $0 |

Contractor: Advanced Systems Inc

Signed Name: _(signature)_
Printed Name: John Baldwin
Title: VP of Operations

State of: GA
County of: Cherokee

Subscribed and sworn to before me this day of 01/11/2023
Notary Public _(signature)_
My Commission expires: 08/03/2026

_(Notary seal: Courtney Lehman, Notary Public, Cherokee County, Georgia, My Commission Expires August 03, 2026)_

**EXHIBIT I**
**Sworn Statement Form**

| State of: | GA | | | | Page: | 1 |
| County of: | Cherokee | | | | Project: | |
| | | | | | Store No.: | 632 |
| Contractor: | Advanced Systems, Inc. | Payment Due Date: | | | Period To: | 11/10/2022 |
| Contact: | AJ Horney | | (owner fill-in) | | Project Number: | |
| Phone No.: | 770-591-4655 | | | | Date of Contract: | 1/7/2022 |
| Tax ID No.: | 58-1910908 | | | | Pay Application No.: | 2 |

The AFFIANT, John Baldwin, being duly sworn on oath declares and says that he is a VP of Operations of Advanced Systems, Inc, that is the Contractor under the Contact with Bed Bath & Beyond, Inc., Owner, for certain improvements on the following described premises: 2624 W Loop 289, Lubbock, TX 79407 in Lubbock county, to wit.

That for the purpose of said contract, the following persons have been contracted with and have furnished or are furnishing materials for, and have done or are doing labor on said improvements. That there is due and to become due them respectively the amount set opposite their names for materials and labor as stated. That this statement is a full, true and a complete statement of all such persons, the amounts paid and the amounts due or to become due to each.

| Company Name, Address and Telephone Number | Tax Identification Number | Kind of Work | Amount of Contract | Retention (including current) | Net of Previous Payments | Net Amount This Payment | Balance To Become Due (incl. ret.) |
|---|---|---|---|---|---|---|---|
| Advanced Systems, Inc. | 58-1910908 | General Contractor | 132,983.66 | 0.00 | 107,202.91 | 25,780.75 | 0.00 |
| Advanced Systems, Inc. | 58-1910908 | Demolition | | 0.00 | | | 0.00 |
| N/A | | Excavation | | 0.00 | | | 0.00 |
| N/A | | Site Utilities | | 0.00 | | | 0.00 |
| N/A | | Site Paving | | 0.00 | | | 0.00 |
| N/A | | Concrete | | 0.00 | | | 0.00 |
| N/A | | Masonry | | 0.00 | | | 0.00 |
| N/A | | Structural Steel | | 0.00 | | | 0.00 |
| Advanced Systems, Inc. | 58-1910908 | Carpentry | | 0.00 | | | 0.00 |
| Chris Pham/SSD Consulting | 47-4109274 | Millwork | 4,792.00 | 0.00 | 4,792.00 | 0.00 | 0.00 |
| N/A | | Insulation | | 0.00 | | | 0.00 |
| N/A | | Roofing & Sheetmetal | | 0.00 | | | 0.00 |
| Advanced Systems, Inc. | 58-1910908 | Doors, Frames & Hardware | | 0.00 | | | 0.00 |
| N/A | | Auto Doors & Aluminum Store Front | | 0.00 | | | 0.00 |
| Advanced Systems, Inc. | 58-1910908 | Metal Framing & Drywall | | 0.00 | | | 0.00 |

# EXHIBIT I
## Sworn Statement Form

| Company Name, Address and Telephone Number | Tax Identification Number | Kind of Work | Amount of Contract | Retention (including current) | Net of Previous Payments | Net Amount This Payment | Balance To Become Due (incl. ret.) |
|---|---|---|---|---|---|---|---|
| | | Drywall | | | | | |
| N/A | | Ceramic Tile | 0.00 | | | | 0.00 |
| Advanced Systems, Inc. | 58-1910908 | Acoustical Ceilings | 0.00 | | | | 0.00 |
| N/A | | Resilient & Carpet Flooring | 0.00 | | | | 0.00 |
| N/A | | Concrete Floor Coatings | 0.00 | | | | 0.00 |
| Advanced Systems, Inc. | 58-1910908 | Painting & Vinyl Wallcovering | 0.00 | | | | 0.00 |
| N/A | | Toilet Accessories & Partitions | 0.00 | | | | 0.00 |
| N/A | | Dock Equipment | 0.00 | | | | 0.00 |
| N/A | | Vertical Transportation | 0.00 | | | | 0.00 |
| N/A | | Fire Protection | 0.00 | | | | 0.00 |
| N/A | | HVAC | 0.00 | | | | 0.00 |
| G&R Professional Services | 83-1416215 | Electrical - labor only | 120,031.87 | 0.00 | 120,031.87 | | 0.00 |
| **TOTALS** | | | **$257,807.53** | **$0.00** | **$232,026.78** | **$25,780.75** | **$0.00** |

| | | | |
|---|---|---|---|
| Amount of Original Contract | $257,807.53 | Work Completed to Date: | $257,807.53 |
| Extras to Contract | $0.00 | Less 10% Retained: | $0.00 |
| Total Contract and Extras | $257,807.53 | Net Amount Earned: | $257,807.53 |
| Credits to Contract | ($0.00) | Net Previously Paid: | $232,026.78 |
| Adjusted Total Contract | $257,807.53 | Net Amount of this Payment: | $25,780.75 |
| | | Balance To Become Due (incl. ret.): | $0.00 |

It is understood that the total amount paid to date plus the amount requested in this application shall not exceed <enter percent>% of the cost of work completed to date. I have also furnished Lien Waivers for all subcontractors, materials and labor under my contract.

Signed this 12th day of January 2023

Approved By: _____  Date: _____
Sr. Construction Project Manager

By: [signature]  Title: VP of Operations
Contractor

Subscribed and sworn to before me 12th day of January, 2023

Approved By: _____  Date: _____
Mike Yorio, Director of Construction

By: [signature]
Notary Public

[Notary Seal: COURTNEY LEHMAN, NOTARY PUBLIC, CHEROKEE COUNTY, GEORGIA, MY COMMISSION EXPIRES AUGUST 03, 2026]

## Subcontractor Waiver of Lien

To All Whom It May Concern:

WHEREAS, the undersigned has been employed by:

Advanced Systems INC

To furnish services or labor or materials for work under a Contract for the construction of: Bed Bath & Beyond, Project #632 located at 2624 W Loop 289.

In the City of: Lubbock
In the County of: Lubbock
In the State of: TX

NOW THEREFORE, this day of January 12th, for and in consideration of the sum of $4,792.00 to be paid after approval of our request, the undersigned does hereby waive and release, contingent upon aforesaid payment, only to the extent of the aforementioned amount, any lien rights to, or claim of lien with respect to and on the monies or other considerations due or become due from the owner by virtue of said contract, on account of labor, services, materials, fixtures, apparatus, or machinery furnished by the undersigned to or for the above described premises but only to the extent of the payment aforesaid.

| | |
|---|---|
| Contract Amount | $4,620.00 |
| Approved Change Orders to Date | $172.00 |
| Total Revised Contract | $4,792.00 |
| Unconditional Waiver for Previous Payments Received: | $4,792.00 |
| Conditional Waiver for Current Pay Application: | $0 |
| Balance to Become Due (including retention): | $0 |

Subcontractor: SSD Consulting LLC

Signed Name: [signature]
Printed Name: Chris Pham
Title: President

State of: Georgia
Country of: USA - Gwinnett

Subscribed and sworn to before me this day of 12 JANUARY 2023
Notary Public: [signature]
My Commission expires: 13 AUG 2023

[Notary seal: ANAHI CARRERA, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, 08-13-2023]

## Subcontractor Waiver of Lien

To All Whom It May Concern:

WHEREAS, the undersigned has been employed by:

Advanced Systems INC

To furnish services or labor or materials for work under a Contract for the construction of: Bed Bath & Beyond, Project # 632 located at 2426 W Loop 289

In the City of: Lubbock
In the County of: Lubbock
In the State of: TX

NOW THEREFORE, this day of 01/11/2023, for and in consideration of the sum of $120,031.87 to be paid after approval of our request, the undersigned does hereby waive and release, contingent upon aforesaid payment, only to the extent of the aforementioned amount, any lien rights to, or claim of lien with respect to and on the monies or other considerations due or become due from the owner by virtue of said contract, on account of labor, services, materials, fixtures, apparatus, or machinery furnished by the undersigned to or for the above described premises but only to the extent of the payment aforesaid.

| | |
|---|---|
| Contract Amount | $ 115,531.87 |
| Approved Change Orders to Date | $ 4,500.00 |
| Total Revised Contract | $ 120,031.87 |
| Unconditional Waiver for Previous Payments Received: | $ 120,031.87 |
| Conditional Waiver for Current Pay Application: | $ 0 |
| Balance to Become Due (including retention): | $ 0 |

Subcontractor: G&R Professional Services

Signed Name: *Robert Phillips*
Printed Name: Robert J Phillips
Title: Owner

State of: GA
Country of: Cherokee

Subscribed and sworn to before me this day of 01/12/2023
Notary Public:
My Commission expires: 08/03/2026

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS



Kelly Pinion, County Clerk
Lubbock County, TEXAS
03/24/2023 10:15 AM
FEE: $62.00
2023010669