# EXHIBIT A

| Database: | ACHSMGMT | | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ACHS Management | | | | Date: | 6/20/2023 |
| BLDG: | 000097 | | | 36 Monmouth Plaza LLC | | | | Time: | 1:50 PM |
| | | | | Period: 06/23 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---:|---:|---:|---:|---:|---:|

| | 000097-000259 | **Bed Bath & Beyond** | | Master Occupant Id: Bed Bath-1 | | Day Due: 1 | Delq Day: | 11 | |
| | | Store 266 | | 002  Current | | Last Payment: | 6/12/2023 | 23,620.48 | |
| | | (908) 688-0888 | | Lease Start: 2/1/1999  Lease End: 1/31/2025 | | | | | |
| 8/1/2021 | BR2 | Base Rent - Retail | CH | 20,950.65 | 0.00 | 0.00 | 0.00 | 0.00 | 20,950.65 |
| 8/11/2021 | LAT | Late Charge | CH | 838.03 | 0.00 | 0.00 | 0.00 | 0.00 | 838.03 |
| 11/18/2021 | CM2 | Retro CAM Expenses | CH | 2,077.44 | 0.00 | 0.00 | 0.00 | 0.00 | 2,077.44 |
| 1/1/2022 | BR2 | Base Rent - Retail | CH | 43,554.16 | 0.00 | 0.00 | 0.00 | 0.00 | 43,554.16 |
| 1/11/2022 | LAT | Late Charge | CH | 1,742.17 | 0.00 | 0.00 | 0.00 | 0.00 | 1,742.17 |
| 2/1/2022 | BR2 | Base Rent - Retail | CH | 21,196.15 | 0.00 | 0.00 | 0.00 | 0.00 | 21,196.15 |
| 2/11/2022 | LAT | Late Charge | CH | 2,172.65 | 0.00 | 0.00 | 0.00 | 0.00 | 2,172.65 |
| 6/11/2022 | LAT | Late Charge | CH | 1,324.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,324.80 |
| 2/1/2023 | BR2 | Base Rent - Retail | CH | 22,940.11 | 0.00 | 0.00 | 0.00 | 0.00 | 22,940.11 |
| 4/1/2023 | BR2 | Base Rent - Retail | CH | 36,157.15 | 0.00 | 0.00 | 36,157.15 | 0.00 | 0.00 |
| 4/1/2023 | CM1 | CAM Expenses | CH | 5,689.20 | 0.00 | 0.00 | 5,689.20 | 0.00 | 0.00 |
| 4/11/2023 | LAT | Late Charge | CH | 2,282.53 | 0.00 | 0.00 | 2,282.53 | 0.00 | 0.00 |
| 6/1/2023 | RQ2 | R/E Tax 2qtr | CH | 7,641.92 | 7,641.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/9/2023 | LG1 | Legal | CH | 1,489.70 | 1,489.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/9/2023 | LG1 | Legal | CH | 1,627.22 | 1,627.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/11/2023 | LAT | Late Charge | CH | 1,250.50 | 1,250.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BR2 | Base Rent - Retail | | 144,798.22 | 0.00 | 0.00 | 36,157.15 | 0.00 | 108,641.07 |
| | CM1 | CAM Expenses | | 5,689.20 | 0.00 | 0.00 | 5,689.20 | 0.00 | 0.00 |
| | CM2 | Retro CAM Expenses | | 2,077.44 | 0.00 | 0.00 | 0.00 | 0.00 | 2,077.44 |
| | LAT | Late Charge | | 9,610.68 | 1,250.50 | 0.00 | 2,282.53 | 0.00 | 6,077.65 |
| | LG1 | Legal | | 3,116.92 | 3,116.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RQ2 | R/E Tax 2qtr | | 7,641.92 | 7,641.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Bed Bath & Beyond Total:** | | | | 172,934.38 | 12,009.34 | 0.00 | 44,128.88 | 0.00 | 116,796.16 |
| | BR2 | Base Rent - Retail | | 144,798.22 | 0.00 | 0.00 | 36,157.15 | 0.00 | 108,641.07 |
| | CM1 | CAM Expenses | | 5,689.20 | 0.00 | 0.00 | 5,689.20 | 0.00 | 0.00 |
| | CM2 | Retro CAM Expenses | | 2,077.44 | 0.00 | 0.00 | 0.00 | 0.00 | 2,077.44 |
| | LAT | Late Charge | | 9,610.68 | 1,250.50 | 0.00 | 2,282.53 | 0.00 | 6,077.65 |
| | LG1 | Legal | | 3,116.92 | 3,116.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RQ2 | R/E Tax 2qtr | | 7,641.92 | 7,641.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BLDG 000097 Total:** | | | | 172,934.38 | 12,009.34 | 0.00 | 44,128.88 | 0.00 | 116,796.16 |
| | BR2 | Base Rent - Retail | | 144,798.22 | 0.00 | 0.00 | 36,157.15 | 0.00 | 108,641.07 |
| | CM1 | CAM Expenses | | 5,689.20 | 0.00 | 0.00 | 5,689.20 | 0.00 | 0.00 |
| | CM2 | Retro CAM Expenses | | 2,077.44 | 0.00 | 0.00 | 0.00 | 0.00 | 2,077.44 |
| | LAT | Late Charge | | 9,610.68 | 1,250.50 | 0.00 | 2,282.53 | 0.00 | 6,077.65 |
| | LG1 | Legal | | 3,116.92 | 3,116.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RQ2 | R/E Tax 2qtr | | 7,641.92 | 7,641.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Grand Total:** | | 172,934.38 | 12,009.34 | 0.00 | 44,128.88 | 0.00 | 116,796.16 |