**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

Jerrold S. Kulback, Esq.
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ  08043-3506
Telephone: (856) 795-2121
Facsimile: (856) 795-0574
Email: jkulback@archerlaw.com

*Counsel for HCL Technologies Limited*

| | |
|---|---|
| In re: | Case No. 23-13359 |
| Bed Bath & Beyond Inc., et al., | Chapter 11 |
| Debtors.[1] | Judge: Hon. Vincent F. Papalia |

# CERTIFICATION OF SERVICE

1. I, Jerrold S. Kulback, represent HCL Technologies Limited in this matter.

2. On June 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Limited Objection and Reservation of Rights of HCL Technologies Limited to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 26, 2023                  */s/ Jerrold S. Kulback*
                                       Jerrold S. Kulback, Esquire

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

227377084 v2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>and Ross J. Fiedler | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>and Felice R. Yudkin, Esq. | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall S. Huebner (marshall.huebner@davispolk.com),<br>Adam L. Shpeen (adam.shpeen@davispolk.com)<br>Steven Z. Szanzer (steven.szanzer@davispolk.com)<br>and Michael Pera (michael.pera@davispolk.com) | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman (DHillman@proskauer.com)<br>and Megan R. Volin (MVolin@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee for Region 3<br>District of New Jersey<br>Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B. Steele; | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Attn: Robert J Feinstein (rfeinstein@pszjlaw.com) and<br>Beth E. Levine (blevine@pszjlaw.com) | Counsel to the Creditors' Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

227377084 v2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd<br>13th Floor<br>Los Angeles, CA 90067-4003<br>Attn: Alan J. Kornfeld | Counsel to the Creditors' Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>Attn: Robert Malone<br>(rmalone@gibbonslaw.com) | Counsel to the Creditors' Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>Attn: Colin R. Robinson<br>(crobinson@pszjlaw.com)<br>Bradford J. Sandler<br>(bsandler@pszjlaw.com) | Counsel to the Creditors' Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

227377084 v2