UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
Fax. (973) 267-3979
sjayson@msklaw.net
*Attorneys for Farley Real Estate Associates, LLC*

In re:

**BED BATH & BEYOND INC.,** *et. al.*,

Debtors.

Case No.:       23-13359 (VFP)

Chapter:        11

Judge:          Vincent F. Papalia

(Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

1.    I, *Patricia Masiello*:

☐       represent _____ in this matter.

☒       am the secretary/paralegal for *Mellinger Kartzman LLC*, who represents *Farley Real Estate Associates, LLC* in this matter.

☐ am the _____ in this case and am representing myself.

2.    On <u>**June 26, 2023**</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

*Limited Objection by Landlord, Farley Real Estate Associates, LLC to Debtors' Proposed Cure Amount and Other Relief [Dkt. No. 1016]*

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>***June 26, 2023***</u>                    */s/ Patricia Masiello*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| ATTN:  Fran B. Steele, Esq.<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey, 07102<br>Fran.b.steele@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒  Electronic mail<br>☒  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>**Cole Schotz P.C.**<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602-0800<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒  Electronic mail<br>☒  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross Fiedler, Esq.<br>Oliva F. Acuna, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>ross.fiedler@kirkland.com<br>olivia.acuna@kirkland.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒  Electronic mail<br>☒  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | Counsel to Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒  Electronic mail<br>☒  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>**Proskauer Rose LLP**<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Electronic mail<br>☒ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>780 Third Ave., 34th Floor<br>New York, NY<br>George.p.hellerman@irs.gov | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Electronic mail<br>☒ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Electronic mail<br>☒ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>**Wachtell Lipton Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Electronic mail<br>☒ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |