|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **LOWENSTEIN SANDLER LLP**<br>Eric Chafetz, Esq.<br>Phillip Khezri, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>-and –<br><br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212-262-7402<br>Email: echafetz@lowenstein.com<br>Email: pkhezri@lowenstein.com<br><br>*Counsel to Pagosa Partners III, Ltd.* |

| In re | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., et al.,[1] | Case No. 23-13359 (VFP) |
| Debtor. | Honorable Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

    ☐ I represent _____ in this matter.

    ☒ I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to *Pagosa Partners III, Ltd*. in the above-captioned case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

-2-

☐    I am the _____ in this case and am representing myself.

2. On June 26, 2023, the following documents were electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

(i) *Limited Objection Of Pagosa Partners III, Ltd. To Debtors' Notice To Contract Parties To Potentially Assumed Executory Contracts And Unexpired Leases* [Docket No. 1028];

3. Also on June 26, 2023, I caused the foregoing documents to be served on the parties listed on **Exhibit A** in the manner set forth therein.

I certify under penalty of perjury that the above-referenced documents were sent using the mode of service indicated.

Date:   June 26, 2023                                   */s/ Elizabeth Lawler*
                                                              Elizabeth Lawler

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz, PC<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Derek.hunter@kirkland.com<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Ross.fiedler@kirkland.co | Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Fran B. Steele<br>U.S. Department of Justice<br>Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>Davis Polk & Wardwell LP<br>450 Lexington Ave.<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | Counsel to Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Prokauser Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert K. Malone, Esq.<br>Brett S. Theisen, Esq.<br>Kyle P. Mcevilly, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, Nj 07102<br>rmalone@gibbonslaw.com<br>rtheisen@gibbonslaw.com<br>rmcevilly@gibbonslaw.com | Co-counsel to Creditors' Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq. Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |