| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BUTLER SNOW LLP<br>Paul S. Murphy<br>P. O. Drawer 4248<br>Gulfport, MS  39502<br>Telephone:  (228) 575-3033<br>paul.murphy@butlersnow.com<br><br>Martin A. Sosland (*pro hac vice* pending)<br>Candice M. Carson (*pro hac vice* pending)<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas  75219<br>Telephone:  (469) 680.5502<br>Martin.sosland@butlersnow.com<br>Candice.carson@butlersnow.com<br><br>*Counsel for Pittsburgh Hilton Head Associates L.P.* |

| | |
|---|---|
| In Re: | Chapter 11 |
| BED BATH & BEYOND, INC., et al., | Case No. 23-13359(VF)) |
| Debtors. | Honorable Vincent F. Papalia |

## AMENDED CERTIFICATION OF SERVICE

1. I, Paul S. Murphy represent Pittsburgh Hilton Head Associates L.P.

2. On June 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Pittsburgh Hilton Head Associates L.P.'s Limited Objection and Reservation of Rights to Debtors' Cure Notice*.

3. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: June 26, 2023      Signature: */s/ Paul S. Murphy*

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Kirkland & Ellis LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>Ross J. Fiedler<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Counsel for Bed Bath & Beyond Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| **Cole Schotz P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>25 Main Street Hackensack<br>New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel for Bed Bath & Beyond Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| **Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Marshall S. Huebner<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Michael Pera<br>marshall.huebner@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com<br>michael.pera@davispolk.com | Counsel for JPMorgan Chase Bank N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| **Proskauer Rose LLP**<br>Eleven Times Square<br>New York, NY 10036<br>David M. Hillman<br>Megan R. Volin<br>DHillman@proskauer.com<br>MVolin@proskauer.com | Counsel for Sixth Street Specialty Lending, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

80509212.v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Office of the United States Trustee for Region 3, District of New Jersey**<br>Raymond Boulevard, Suite 2100,<br>Newark, NJ 07102,<br>Andrew R. Vara, U.S. Trustee, Regions 3 & 9<br>Fran B. Steele, Esq.<br>Fran.B.Steele@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| **Pachulski Stang Ziehl & Jones LLP**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| **Overstock.com, Inc.**<br>799 W. Coliseum Way<br>Midvale, UT 84047<br>Attn: Chief Legal Officer and Corporate Secretary<br>gnickle@overstock.com | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| **Wachtell, Lipton, Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles<br>Michael S. Benn<br>Gordon S. Moodie<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

80509212.v1