# Exhibit "A"

6/26/2023 3:34 PM

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 5/1/2017 | CAM estimate (05/04/2017 - 5/31/2017) | | 2,033.42 | 0.00 | 2,033.42 | C-810288 | No |
| 6/1/2017 | Rent (06/2017) | C2975 | 27,432.33 | 0.00 | 29,465.75 | C-799464 | No |
| 6/1/2017 | CAM estimate (06/2017) | | 2,334.67 | 0.00 | 31,800.42 | C-810289 | No |
| 6/1/2017 | Chk# ACH | | 0.00 | 27,432.33 | 4,368.09 | R-293097 | |
| 7/1/2017 | Rent (07/2017) | C2975 | 27,432.33 | 0.00 | 31,800.42 | C-809019 | No |
| 7/1/2017 | CAM estimate (07/2017) | | 2,334.67 | 0.00 | 34,135.09 | C-810290 | No |
| 7/3/2017 | Chk# ACH | | 0.00 | 27,432.33 | 6,702.76 | R-297156 | |
| 8/1/2017 | CAM estimate (08/2017) | C2975 | 2,334.67 | 0.00 | 9,037.43 | C-817137 | No |
| 8/1/2017 | Rent (08/2017) | C2975 | 27,432.33 | 0.00 | 36,469.76 | C-817138 | No |
| 8/1/2017 | Chk# ACH | | 0.00 | 27,432.33 | 9,037.43 | R-300948 | |
| 9/1/2017 | CAM estimate (09/2017) | C2975 | 2,334.67 | 0.00 | 11,372.10 | C-826867 | No |
| 9/1/2017 | Rent (09/2017) | C2975 | 27,432.33 | 0.00 | 38,804.43 | C-826868 | No |
| 9/1/2017 | Chk# ACH | | 0.00 | 27,432.33 | 11,372.10 | R-303670 | |
| 10/1/2017 | CAM estimate (10/2017) | C2975 | 2,334.67 | 0.00 | 13,706.77 | C-836468 | No |
| 10/1/2017 | Rent (10/2017) | C2975 | 27,432.33 | 0.00 | 41,139.10 | C-836469 | No |
| 10/2/2017 | Chk# ACH | | 0.00 | 27,432.33 | 13,706.77 | R-307815 | |
| 11/1/2017 | CAM estimate (11/2017) | C2975 | 2,334.67 | 0.00 | 16,041.44 | C-848263 | No |
| 11/1/2017 | Rent (11/2017) | C2975 | 27,432.33 | 0.00 | 43,473.77 | C-848264 | No |
| 11/1/2017 | Chk# ACH | | 0.00 | 27,432.33 | 16,041.44 | R-315779 | |
| 12/1/2017 | CAM estimate (12/2017) | C2975 | 2,334.67 | 0.00 | 18,376.11 | C-855632 | No |
| 12/1/2017 | Rent (12/2017) | C2975 | 27,432.33 | 0.00 | 45,808.44 | C-855633 | No |
| 12/1/2017 | Chk# ACH | | 0.00 | 27,432.33 | 18,376.11 | R-319805 | |
| 1/1/2018 | CAM estimate (01/2018) | C2975 | 2,334.67 | 0.00 | 20,710.78 | C-872260 | No |
| 1/1/2018 | Rent (01/2018) | C2975 | 27,432.33 | 0.00 | 48,143.11 | C-872261 | No |
| 1/2/2018 | Chk# ACH | | 0.00 | 27,432.33 | 20,710.78 | R-323549 | |

6/26/2023 3:34 PM

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 2/1/2018 | CAM estimate (02/2018) | C2975 | 2,334.67 | 0.00 | 23,045.45 | C-880051 | No |
| 2/1/2018 | Rent (02/2018) | C2975 | 27,432.33 | 0.00 | 50,477.78 | C-880052 | No |
| 2/1/2018 | Chk# ACH | | 0.00 | 27,432.33 | 23,045.45 | R-327751 | |
| 2/28/2018 | CAM reconciliation (01/2017 - 12/2017) | | 15,276.38 | 0.00 | 38,321.83 | C-897694 | No |
| 2/28/2018 | Real Estate Tax reconciliation (01/2017 - 12/2017) | | 126,416.18 | 0.00 | 164,738.01 | C-897695 | No |
| 2/28/2018 | Insurance reconciliation (01/2017 - 12/2017) | | 6,887.47 | 0.00 | 171,625.48 | C-897696 | No |
| 3/1/2018 | CAM estimate (03/2018) | C2975 | 2,334.67 | 0.00 | 173,960.15 | C-891459 | No |
| 3/1/2018 | Rent (03/2018) | C2975 | 27,432.33 | 0.00 | 201,392.48 | C-891460 | No |
| 3/1/2018 | Chk# ACH | | 0.00 | 27,432.33 | 173,960.15 | R-332207 | |
| 4/1/2018 | CAM estimate (04/2018) | C2975 | 2,334.67 | 0.00 | 176,294.82 | C-904625 | No |
| 4/1/2018 | Rent (04/2018) | C2975 | 27,432.33 | 0.00 | 203,727.15 | C-904626 | No |
| 4/2/2018 | Chk# ACH | | 0.00 | 27,432.33 | 176,294.82 | R-339064 | |
| 5/1/2018 | CAM estimate (05/2018) | C2975 | 2,334.67 | 0.00 | 178,629.49 | C-916415 | No |
| 5/1/2018 | Rent (05/2018) | C2975 | 27,432.33 | 0.00 | 206,061.82 | C-916416 | No |
| 5/1/2018 | Chk# ACH | | 0.00 | 27,432.33 | 178,629.49 | R-343777 | |
| 5/24/2018 | Real Estate Tax Reconciliation Adjustment | | -83,672.45 | 0.00 | 94,957.04 | C-927341 | No |
| 6/1/2018 | CAM estimate (06/2018) | C2975 | 2,334.67 | 0.00 | 97,291.71 | C-927198 | No |
| 6/1/2018 | Rent (06/2018) | C2975 | 27,432.33 | 0.00 | 124,724.04 | C-927199 | No |
| 6/1/2018 | Chk# ACH | | 0.00 | 70,175.99 | 54,548.05 | R-348142 | |
| 7/1/2018 | CAM estimate (07/2018) | C2975 | 2,334.67 | 0.00 | 56,882.72 | C-935946 | No |
| 7/1/2018 | Rent (07/2018) | C2975 | 27,432.33 | 0.00 | 84,315.05 | C-935947 | No |
| 7/2/2018 | Chk# ACH | | 0.00 | 27,432.33 | 56,882.72 | R-352684 | |
| 8/1/2018 | CAM estimate (08/2018) | C2975 | 2,334.67 | 0.00 | 59,217.39 | C-945387 | No |
| 8/1/2018 | Rent (08/2018) | C2975 | 27,432.33 | 0.00 | 86,649.72 | C-945388 | No |
| 8/1/2018 | Chk# ACH | | 0.00 | 27,432.33 | 59,217.39 | R-356889 | |

6/26/2023 3:34 PM

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 9/1/2018 | CAM estimate (09/2018) | C2975 | 2,334.67 | 0.00 | 61,552.06 | C-955372 | No |
| 9/1/2018 | Rent (09/2018) | C2975 | 27,432.33 | 0.00 | 88,984.39 | C-955373 | No |
| 9/4/2018 | Chk# ACH | | 0.00 | 27,432.33 | 61,552.06 | R-361713 | |
| 10/1/2018 | CAM estimate (10/2018) | C2975 | 2,334.67 | 0.00 | 63,886.73 | C-964534 | No |
| 10/1/2018 | Rent (10/2018) | C2975 | 27,432.33 | 0.00 | 91,319.06 | C-964535 | No |
| 10/1/2018 | Chk# ACH | | 0.00 | 27,432.33 | 63,886.73 | R-365267 | |
| 11/1/2018 | CAM estimate (11/2018) | C2975 | 344.18 | 0.00 | 64,230.91 | C-974870 | No |
| 11/1/2018 | Rent (11/2018) | C2975 | 27,432.33 | 0.00 | 91,663.24 | C-974871 | No |
| 11/1/2018 | Reverse 2017 YE CAM | | -15,276.38 | 0.00 | 76,386.86 | C-975603 | No |
| 11/1/2018 | Reverse 2017 YE Insurance | | -6,887.47 | 0.00 | 69,499.39 | C-975604 | No |
| 11/1/2018 | Reverse 2017 CAM Est. | | -18,376.11 | 0.00 | 51,123.28 | C-975605 | No |
| 11/1/2018 | Reverse 1/1/18 - 10/31/18 CAM Est. | | -23,346.70 | 0.00 | 27,776.58 | C-975606 | No |
| 11/1/2018 | Revised CAM Est. 1/1/18 - 10/31/18 | | 3,441.80 | 0.00 | 31,218.38 | C-975607 | No |
| 11/1/2018 | Chk# ACH | | 0.00 | 27,432.33 | 3,786.05 | R-369485 | |
| 12/1/2018 | CAM estimate (12/2018) | C2975 | 344.18 | 0.00 | 4,130.23 | C-984310 | No |
| 12/1/2018 | Rent (12/2018) | C2975 | 27,432.33 | 0.00 | 31,562.56 | C-984311 | No |
| 12/3/2018 | Chk# ACH | | 0.00 | 32,161.03 | -598.47 | R-373337 | |
| 1/1/2019 | CAM estimate (01/2019) | C2975 | 344.18 | 0.00 | -254.29 | C-992861 | No |
| 1/1/2019 | Rent (01/2019) | C2975 | 27,432.33 | 0.00 | 27,178.04 | C-992862 | No |
| 1/2/2019 | Chk# ACH | | 0.00 | 27,432.33 | -254.29 | R-377891 | |
| 2/1/2019 | CAM estimate (02/2019) | C2975 | 344.18 | 0.00 | 89.89 | C-1004429 | No |
| 2/1/2019 | Rent (02/2019) | C2975 | 27,432.33 | 0.00 | 27,522.22 | C-1004430 | No |
| 2/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 89.89 | R-382457 | |
| 2/25/2019 | 2017 CAM Reconciliation Revised | | 32,532.41 | 0.00 | 32,622.30 | C-1014770 | No |
| 2/25/2019 | 2017 Insurance Reconciliation Revised | | 6,887.47 | 0.00 | 39,509.77 | C-1014771 | No |

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 2/25/2019 | 2018 CAM Reconciliation | | 29,095.33 | 0.00 | 68,605.10 | C-1014772 | No |
| 2/25/2019 | 2018 Real Estate Tax Reconciliation | | 62,988.61 | 0.00 | 131,593.71 | C-1014773 | No |
| 2/25/2019 | 2018 Insurance Reconciliation | | 8,811.86 | 0.00 | 140,405.57 | C-1014774 | No |
| 3/1/2019 | CAM estimate (03/2019) | C2975 | 344.18 | 0.00 | 140,749.75 | C-1013706 | No |
| 3/1/2019 | Rent (03/2019) | C2975 | 27,432.33 | 0.00 | 168,182.08 | C-1013707 | No |
| 3/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 140,749.75 | R-386746 | |
| 4/1/2019 | CAM estimate (04/2019) | C2975 | 344.18 | 0.00 | 141,093.93 | C-1027026 | No |
| 4/1/2019 | Rent (04/2019) | C2975 | 27,432.33 | 0.00 | 168,526.26 | C-1027027 | No |
| 4/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 141,093.93 | R-392952 | |
| 4/12/2019 | Chk# ACH (2018 Real Estate Tax Recon) | | 0.00 | 62,988.61 | 78,105.32 | R-394221 | |
| 5/1/2019 | CAM estimate (05/2019) | C2975 | 344.18 | 0.00 | 78,449.50 | C-1039716 | No |
| 5/1/2019 | Rent (05/2019) | C2975 | 27,432.33 | 0.00 | 105,881.83 | C-1039717 | No |
| 5/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 78,449.50 | R-397142 | |
| 6/1/2019 | CAM estimate (06/2019) | C2975 | 344.18 | 0.00 | 78,793.68 | C-1049713 | No |
| 6/1/2019 | Rent (06/2019) | C2975 | 27,432.33 | 0.00 | 106,226.01 | C-1049714 | No |
| 6/3/2019 | Chk# ACH | | 0.00 | 27,432.33 | 78,793.68 | R-400731 | |
| 6/11/2019 | Chk# ACH | | 0.00 | 3,019.45 | 75,774.23 | R-401671 | |
| 7/1/2019 | CAM estimate (07/2019) | C2975 | 344.18 | 0.00 | 76,118.41 | C-1058955 | No |
| 7/1/2019 | Rent (07/2019) | C2975 | 27,432.33 | 0.00 | 103,550.74 | C-1058956 | No |
| 7/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 76,118.41 | R-403754 | |
| 8/1/2019 | CAM estimate (08/2019) | C2975 | 344.18 | 0.00 | 76,462.59 | C-1068260 | No |
| 8/1/2019 | Rent (08/2019) | C2975 | 27,432.33 | 0.00 | 103,894.92 | C-1068261 | No |
| 8/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 76,462.59 | R-407437 | |
| 9/1/2019 | CAM estimate (09/2019) | C2975 | 344.18 | 0.00 | 76,806.77 | C-1078140 | No |
| 9/1/2019 | Rent (09/2019) | C2975 | 27,432.33 | 0.00 | 104,239.10 | C-1078141 | No |

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 9/3/2019 | Chk# ACH | | 0.00 | 27,432.33 | 76,806.77 | R-410979 | |
| 10/1/2019 | CAM estimate (10/2019) | C2975 | 344.18 | 0.00 | 77,150.95 | C-1083821 | No |
| 10/1/2019 | Rent (10/2019) | C2975 | 27,432.33 | 0.00 | 104,583.28 | C-1083822 | No |
| 10/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 77,150.95 | R-413885 | |
| 11/1/2019 | CAM estimate (11/2019) | C2975 | 344.18 | 0.00 | 77,495.13 | C-1096395 | No |
| 11/1/2019 | Rent (11/2019) | C2975 | 27,432.33 | 0.00 | 104,927.46 | C-1096396 | No |
| 11/1/2019 | Chk# ACH | | 0.00 | 27,432.33 | 77,495.13 | R-417276 | |
| 11/15/2019 | 2017 CAM Reconciliation Correction | | -29,999.61 | 0.00 | 47,495.52 | C-1097872 | No |
| 11/15/2019 | 2017 Insurance Reconciliation Correction | | -6,887.47 | 0.00 | 40,608.05 | C-1097873 | No |
| 11/15/2019 | 2018 CAM Reconciliation Correction | | -28,578.91 | 0.00 | 12,029.14 | C-1097874 | No |
| 11/15/2019 | 2018 Insurance Reconciliation Correction | | -8,811.86 | 0.00 | 3,217.28 | C-1097875 | No |
| 11/15/2019 | 2018 Real Estate Tax Reconciliation Correction | | 3,078.69 | 0.00 | 6,295.97 | C-1097876 | No |
| 12/1/2019 | CAM estimate (12/2019) | C2975 | 344.18 | 0.00 | 6,640.15 | C-1101803 | No |
| 12/1/2019 | Rent (12/2019) | C2975 | 27,432.33 | 0.00 | 34,072.48 | C-1101804 | No |
| 12/2/2019 | Chk# ACH | | 0.00 | 27,432.33 | 6,640.15 | R-420192 | |
| 1/1/2020 | CAM estimate (01/2020) | C2975 | 802.26 | 0.00 | 7,442.41 | C-1116061 | No |
| 1/1/2020 | Rent (01/2020) | C2975 | 27,432.33 | 0.00 | 34,874.74 | C-1116062 | No |
| 1/2/2020 | Chk# ACH | | 0.00 | 27,432.33 | 7,442.41 | R-423473 | |
| 2/1/2020 | CAM estimate (02/2020) | C2975 | 802.26 | 0.00 | 8,244.67 | C-1126865 | No |
| 2/1/2020 | Rent (02/2020) | C2975 | 27,432.33 | 0.00 | 35,677.00 | C-1126866 | No |
| 2/3/2020 | Chk# ACH | | 0.00 | 27,432.33 | 8,244.67 | R-427407 | |
| 2/28/2020 | 2019 CAM Reconciliation | | 3,236.76 | 0.00 | 11,481.43 | C-1128945 | No |
| 2/28/2020 | 2019 Real Estate Tax Reconciliation | | 68,400.58 | 0.00 | 79,882.01 | C-1128946 | No |
| 3/1/2020 | CAM estimate (03/2020) | C2975 | 802.26 | 0.00 | 80,684.27 | C-1136537 | No |
| 3/1/2020 | Rent (03/2020) | C2975 | 27,432.33 | 0.00 | 108,116.60 | C-1136538 | No |

Case 23-13359-VFP    Doc 1038-1    Filed 06/26/23    Entered 06/26/23 15:48:20    Desc
Exhibit A    Page 7 of 12

6/26/2023 3:34 PM

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 3/2/2020 | Chk# ACH | | 0.00 | 27,432.33 | 80,684.27 | R-430444 | |
| 4/1/2020 | CAM estimate (04/2020) | C2975 | 802.26 | 0.00 | 81,486.53 | C-1148676 | No |
| 4/1/2020 | Rent (04/2020) | C2975 | 27,432.33 | 0.00 | 108,918.86 | C-1148677 | No |
| 4/1/2020 | Chk# ACH | | 0.00 | 5,486.47 | 103,432.39 | R-435486 | |
| 5/1/2020 | CAM estimate (05/2020) | C2975 | 802.26 | 0.00 | 104,234.65 | C-1155452 | No |
| 5/1/2020 | Rent (05/2020) | C2975 | 27,432.33 | 0.00 | 131,666.98 | C-1155453 | No |
| 6/1/2020 | CAM estimate (06/2020) | C2975 | 802.26 | 0.00 | 132,469.24 | C-1169525 | No |
| 6/1/2020 | Rent (06/2020) | C2975 | 27,432.33 | 0.00 | 159,901.57 | C-1169526 | No |
| 6/12/2020 | Chk# ACH | | 0.00 | 145,211.10 | 14,690.47 | R-443309 | |
| 7/1/2020 | CAM estimate (07/2020) | C2975 | 802.26 | 0.00 | 15,492.73 | C-1188084 | No |
| 7/1/2020 | Rent (07/2020) | C2975 | 27,432.33 | 0.00 | 42,925.06 | C-1188085 | No |
| 7/1/2020 | Chk# ACH | | 0.00 | 27,432.33 | 15,492.73 | R-445996 | |
| 8/1/2020 | CAM estimate (08/2020) | C2975 | 802.26 | 0.00 | 16,294.99 | C-1197352 | No |
| 8/1/2020 | Rent (08/2020) | C2975 | 27,432.33 | 0.00 | 43,727.32 | C-1197353 | No |
| 8/3/2020 | Chk# ACH | | 0.00 | 27,432.33 | 16,294.99 | R-449548 | |
| 8/27/2020 | Chk# ACH | | 0.00 | 27,432.33 | -11,137.34 | R-452064 | |
| 9/1/2020 | CAM estimate (09/2020) | C2975 | 802.26 | 0.00 | -10,335.08 | C-1207250 | No |
| 9/1/2020 | Rent (09/2020) | C2975 | 27,432.33 | 0.00 | 17,097.25 | C-1207251 | No |
| 10/1/2020 | CAM estimate (10/2020) | C2975 | 802.26 | 0.00 | 17,899.51 | C-1216493 | No |
| 10/1/2020 | Rent (10/2020) | C2975 | 27,432.33 | 0.00 | 45,331.84 | C-1216494 | No |
| 10/1/2020 | Chk# ACH | | 0.00 | 27,432.33 | 17,899.51 | R-456457 | |
| 11/1/2020 | CAM estimate (11/2020) | C2975 | 802.26 | 0.00 | 18,701.77 | C-1225824 | No |
| 11/1/2020 | Rent (11/2020) | C2975 | 27,432.33 | 0.00 | 46,134.10 | C-1225825 | No |
| 11/2/2020 | Chk# ACH | | 0.00 | 30,511.01 | 15,623.09 | R-459836 | |
| 12/1/2020 | CAM estimate (12/2020) | C2975 | 802.26 | 0.00 | 16,425.35 | C-1235074 | No |

6/26/2023 3:34 PM

## Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 12/1/2020 | Rent (12/2020) | C2975 | 27,432.33 | 0.00 | 43,857.68 | C-1235075 | No |
| 12/1/2020 | Chk# ACH | | 0.00 | 44,426.37 | -568.69 | R-463272 | |
| 1/1/2021 | CAM estimate (01/2021) | C2975 | 802.26 | 0.00 | 233.57 | C-1243964 | No |
| 1/1/2021 | Rent (01/2021) | C2975 | 27,432.33 | 0.00 | 27,665.90 | C-1243965 | No |
| 1/4/2021 | Chk# ACH | | 0.00 | 28,234.59 | -568.69 | R-466927 | |
| 2/1/2021 | CAM estimate (02/2021) | C2975 | 836.09 | 0.00 | 267.40 | C-1269831 | No |
| 2/1/2021 | Rent (02/2021) | C2975 | 27,432.33 | 0.00 | 27,699.73 | C-1269832 | No |
| 2/1/2021 | Chk# ACH | | 0.00 | 28,234.59 | -534.86 | R-469890 | |
| 2/26/2021 | 2020 CAM Reconciliation | | 741.56 | 0.00 | 206.70 | C-1279912 | No |
| 2/26/2021 | 2020 Real Estate Tax Reconciliation | | 69,194.12 | 0.00 | 69,400.82 | C-1279913 | No |
| 3/1/2021 | CAM estimate (03/2021) | C2975 | 836.09 | 0.00 | 70,236.91 | C-1278803 | No |
| 3/1/2021 | Rent (03/2021) | C2975 | 27,432.33 | 0.00 | 97,669.24 | C-1278804 | No |
| 3/1/2021 | Chk# ACH | | 0.00 | 28,234.59 | 69,434.65 | R-472883 | |
| 4/1/2021 | CAM estimate (04/2021) | C2975 | 836.09 | 0.00 | 70,270.74 | C-1291098 | No |
| 4/1/2021 | Rent (04/2021) | C2975 | 27,432.33 | 0.00 | 97,703.07 | C-1291099 | No |
| 4/1/2021 | Chk# ACH | | 0.00 | 28,234.59 | 69,468.48 | R-479221 | |
| 4/9/2021 | Chk# ACH | | 0.00 | 36,935.68 | 32,532.80 | R-480418 | |
| 5/1/2021 | CAM estimate (05/2021) | C2975 | 836.09 | 0.00 | 33,368.89 | C-1301431 | No |
| 5/1/2021 | Rent (05/2021) | C2975 | 27,432.33 | 0.00 | 60,801.22 | C-1301432 | No |
| 5/3/2021 | Chk# ACH | | 0.00 | 28,234.59 | 32,566.63 | R-484122 | |
| 5/7/2021 | Chk# ACH | | 0.00 | 30,000.00 | 2,566.63 | R-484922 | |
| 6/1/2021 | CAM estimate (06/2021) | C2975 | 836.09 | 0.00 | 3,402.72 | C-1312125 | No |
| 6/1/2021 | Rent (06/2021) | C2975 | 27,432.33 | 0.00 | 30,835.05 | C-1312126 | No |
| 6/1/2021 | Chk# ACH | | 0.00 | 28,437.57 | 2,397.48 | R-487919 | |
| 7/1/2021 | CAM estimate (07/2021) | C2975 | 836.09 | 0.00 | 3,233.57 | C-1317795 | No |

Case 23-13359-VFP    Doc 1038-1    Filed 06/26/23    Entered 06/26/23 15:48:20    Desc
Exhibit A    Page 9 of 12

6/26/2023 3:34 PM

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 7/1/2021 | Rent (07/2021) | C2975 | 27,432.33 | 0.00 | 30,665.90 | C-1317796 | No |
| 7/1/2021 | Chk# ACH | | 0.00 | 28,268.42 | 2,397.48 | R-492199 | |
| 8/1/2021 | CAM estimate (08/2021) | C2975 | 836.09 | 0.00 | 3,233.57 | C-1327772 | No |
| 8/1/2021 | Rent (08/2021) | C2975 | 27,432.33 | 0.00 | 30,665.90 | C-1327773 | No |
| 8/2/2021 | Chk# ACH | | 0.00 | 28,268.42 | 2,397.48 | R-496255 | |
| 9/1/2021 | CAM estimate (09/2021) | C2975 | 836.09 | 0.00 | 3,233.57 | C-1337680 | No |
| 9/1/2021 | Rent (09/2021) | C2975 | 27,432.33 | 0.00 | 30,665.90 | C-1337681 | No |
| 9/1/2021 | Chk# ACH | | 0.00 | 28,268.42 | 2,397.48 | R-500335 | |
| 10/1/2021 | CAM estimate (10/2021) | C2975 | 836.09 | 0.00 | 3,233.57 | C-1351481 | No |
| 10/1/2021 | Rent (10/2021) | C2975 | 27,432.33 | 0.00 | 30,665.90 | C-1351482 | No |
| 10/1/2021 | Chk# ACH | | 0.00 | 28,268.42 | 2,397.48 | R-504356 | |
| 11/1/2021 | CAM estimate (11/2021) | C2975 | 836.09 | 0.00 | 3,233.57 | C-1361205 | No |
| 11/1/2021 | Rent (11/2021) | C2975 | 27,432.33 | 0.00 | 30,665.90 | C-1361206 | No |
| 11/1/2021 | Chk# ACH | | 0.00 | 28,268.42 | 2,397.48 | R-508190 | |
| 12/1/2021 | CAM estimate (12/2021) | C2975 | 836.09 | 0.00 | 3,233.57 | C-1370549 | No |
| 12/1/2021 | Rent (12/2021) | C2975 | 27,432.33 | 0.00 | 30,665.90 | C-1370550 | No |
| 12/1/2021 | Chk# ACH | | 0.00 | 28,268.42 | 2,397.48 | R-511728 | |
| 1/1/2022 | CAM estimate (01/2022) | C2975 | 911.90 | 0.00 | 3,309.38 | C-1382873 | No |
| 1/1/2022 | Rent (01/2022) | C2975 | 27,432.33 | 0.00 | 30,741.71 | C-1382874 | No |
| 1/3/2022 | Chk# ACH | | 0.00 | 28,268.42 | 2,473.29 | R-516265 | |
| 2/1/2022 | CAM estimate (02/2022) | C2975 | 911.90 | 0.00 | 3,385.19 | C-1391929 | No |
| 2/1/2022 | Rent (02/2022) | C2975 | 27,432.33 | 0.00 | 30,817.52 | C-1391930 | No |
| 2/1/2022 | Chk# ACH | | 0.00 | 28,420.04 | 2,397.48 | R-520448 | |
| 2/21/2022 | 2019 CAM Reconciliation Adjustment | | -1,708.48 | 0.00 | 689.00 | C-1395433 | No |
| 2/21/2022 | 2019 CAM Reconciliation Audit 4% Overage Fee | | -500.00 | 0.00 | 189.00 | C-1395434 | No |

# Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 2/21/2022 | 2020 CAM Reconciliation Adjustment | | -1,793.90 | 0.00 | -1,604.90 | C-1395435 | No |
| 2/21/2022 | 2020 CAM Reconciliation Audit 4% Overage Fee | | -500.00 | 0.00 | -2,104.90 | C-1395436 | No |
| 2/24/2022 | 2021 CAM Reconciliation | | -1,192.39 | 0.00 | -3,297.29 | C-1403649 | No |
| 2/24/2022 | 2021 Real Estate Tax Reconciliation | | 62,592.56 | 0.00 | 59,295.27 | C-1403650 | No |
| 2/25/2022 | 2021 Real Estate Tax Reconciliation Adjustment | | -5,147.16 | 0.00 | 54,148.11 | C-1403842 | No |
| 3/1/2022 | CAM estimate (03/2022) | C2975 | 911.90 | 0.00 | 55,060.01 | C-1402750 | No |
| 3/1/2022 | Rent (03/2022) | C2975 | 27,432.33 | 0.00 | 82,492.34 | C-1402751 | No |
| 3/1/2022 | Chk# ACH | | 0.00 | 23,841.85 | 58,650.49 | R-524194 | |
| 4/1/2022 | CAM estimate (04/2022) | C2975 | 911.90 | 0.00 | 59,562.39 | C-1414827 | No |
| 4/1/2022 | Rent (04/2022) | C2975 | 27,432.33 | 0.00 | 86,994.72 | C-1414828 | No |
| 4/1/2022 | Chk# ACH | | 0.00 | 84,563.42 | 2,431.30 | R-530167 | |
| 5/1/2022 | CAM estimate (05/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1427195 | No |
| 5/1/2022 | Rent (05/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1427196 | No |
| 5/2/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-534865 | |
| 6/1/2022 | CAM estimate (06/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1439140 | No |
| 6/1/2022 | Rent (06/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1439141 | No |
| 6/1/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-538780 | |
| 7/1/2022 | CAM estimate (07/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1448471 | No |
| 7/1/2022 | Rent (07/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1448472 | No |
| 7/1/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-543263 | |
| 8/1/2022 | CAM estimate (08/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1458720 | No |
| 8/1/2022 | Rent (08/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1458721 | No |
| 8/1/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-546907 | |
| 9/1/2022 | CAM estimate (09/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1468340 | No |
| 9/1/2022 | Rent (09/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1468341 | No |

## Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 9/1/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-551085 | |
| 10/1/2022 | CAM estimate (10/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1476411 | No |
| 10/1/2022 | Rent (10/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1476412 | No |
| 10/3/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-554870 | |
| 11/1/2022 | CAM estimate (11/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1487652 | No |
| 11/1/2022 | Rent (11/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1487653 | No |
| 11/2/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-558642 | |
| 12/1/2022 | CAM estimate (12/2022) | C2975 | 911.90 | 0.00 | 3,343.20 | C-1493915 | No |
| 12/1/2022 | Rent (12/2022) | C2975 | 27,432.33 | 0.00 | 30,775.53 | C-1493916 | No |
| 12/1/2022 | Chk# ACH | | 0.00 | 28,344.23 | 2,431.30 | R-562020 | |
| 1/1/2023 | CAM estimate (01/2023) | C2975 | 1,273.51 | 0.00 | 3,704.81 | C-1502943 | No |
| 1/1/2023 | Rent (01/2023) | C2975 | 27,432.33 | 0.00 | 31,137.14 | C-1502944 | No |
| 1/3/2023 | Chk# ACH | | 0.00 | 28,344.23 | 2,792.91 | R-566704 | |
| 2/1/2023 | CAM estimate (02/2023) | C2975 | 1,273.51 | 0.00 | 4,066.42 | C-1515743 | No |
| 2/1/2023 | Rent (02/2023) | C2975 | 27,432.33 | 0.00 | 31,498.75 | C-1515744 | No |
| 2/9/2023 | Chk# ACH | | 0.00 | 28,344.23 | 3,154.52 | R-571676 | |
| 2/28/2023 | 2022 CAM Reconciliation | | -780.23 | 0.00 | 2,374.29 | C-1526161 | No |
| 2/28/2023 | 2022 Real Estate Tax Reconciliation | | 51,845.01 | 0.00 | 54,219.30 | C-1526162 | No |
| 3/1/2023 | CAM estimate (03/2023) | C2975 | 1,273.51 | 0.00 | 55,492.81 | C-1525564 | No |
| 3/1/2023 | Rent (03/2023) | C2975 | 27,432.33 | 0.00 | 82,925.14 | C-1525565 | No |
| 3/3/2023 | Chk# ACH | | 0.00 | 29,438.06 | 53,487.08 | R-574556 | |
| 4/1/2023 | CAM estimate (04/2023) | C2975 | 1,273.51 | 0.00 | 54,760.59 | C-1531784 | No |
| 4/1/2023 | Rent (04/2023) | C2975 | 27,432.33 | 0.00 | 82,192.92 | C-1531785 | No |
| 4/3/2023 | Chk# ACH | | 0.00 | 28,705.84 | 53,487.08 | R-580674 | |
| 5/1/2023 | CAM estimate (05/2023) | C2975 | 1,273.51 | 0.00 | 54,760.59 | C-1543912 | No |

6/26/2023 3:34 PM

## Lease Ledger

Date: 06/26/2023

Property: 566

Tenant: bedba566 BED BATH & BEYOND INC

From Date: 05/03/2017  To Date: 01/31/2026

Move In Date: 05/03/2017

Unit(S): C2975

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 5/1/2023 | Rent (05/2023) | C2975 | 27,432.33 | 0.00 | 82,192.92 | C-1543913 | No |
| 5/2/2023 | Chk# ACH | | 0.00 | 28,705.84 | 53,487.08 | R-584643 | |
| 6/1/2023 | CAM estimate (06/2023) | C2975 | 1,273.51 | 0.00 | 54,760.59 | C-1557412 | No |
| 6/1/2023 | Rent (06/2023) | C2975 | 27,432.33 | 0.00 | 82,192.92 | C-1557413 | No |
| 6/2/2023 | Chk# ACH | | 0.00 | 28,216.18 | 53,976.74 | R-588717 | |