# Exhibit "B"

## Exhibit B – Calculation of Pro-rated Real Estate Taxes Due from Debtor

- Estimated Ad valorem Taxes January to May $324,482.83.
  Estimated Ad valorem Taxes June 2023 -- $64,896.56
- Tax consulting fee -- $ 669.50
- Total $ 390,048.89.
- BBB Pro rata share for RET = 18.0422%
- BBB RET Base year = $447,565.18 (annually). For Jan to June = $223,782.59

BBB share January to June 2023 for RET = ($ 390,048.89 - $223,782.59 ) X 18.0422% = **$29,998.10.**

146986991.1