| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **FOX ROTHSCHILD LLP** <br> 49 Market Street <br> Morristown, NJ 07960 <br> Telephone: (973) 992-4800 <br> Fax: (973) 992-9125 <br> Mark Hall, Esq. <br> mhall@foxrothschild.com <br> *Counsel for Silvertown Inc.* |––|
| In Re: <br><br> Bed Bath & Beyond, et al., [1] <br><br>          Debtor. | Chapter 11 <br><br> Case No. 23-13359-VFP <br> (Jointly Administered) <br><br> Judge: Vincent F. Papalia |

# CERTIFICATE OF SERVICE

1. I, Cathi Brown:

    ☒ am a legal assistant to at Fox Rothschild, LLP, attorney to debtor in the above-mentioned matter.

2. On June 26, 2023 I sent a copy of the following pleadings and/or documents to the parties listed on the chart below via the mode of service indicated:

    - Objection and Reservation of Rights of Silvertown, Inc. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083

146991622.1

Dated:   June 26, 2023                                          /s/*Cathi Brown*
                                                                 Cathi Brown

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP 601 Lexington Avenue New York, New York 10022<br><br>Attn: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com) Emily E. Geier, P.C. (emily.geier@kirkland.com) Derek I. Hunter (derek.hunter@kirkland.com) Ross J. Fiedler (ross.fiedler@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C. Court Plaza North 25 Main Street Hackensack, New Jersey 07601<br><br>Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com) Warren A. Usatine, Esq. (wusatine@coleschotz.com) Felice R. Yudkin, Esq. (fyudkin@coleschotz.com) | Do- Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Davis Polk & Wardwell LLP 450 Lexington Avenue New York, New York 10017<br><br>Attn: Marshall S. Huebner (marshall.huebner@davispolk.com) Adam L. Shpeen (adam.shpeen@davispolk.com) Steven Z. Szanzer (steven.szanzer@davispolk.com) Michael Pera (michael.pera@davispolk.com) | Co-Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody, Esq.<br>(brodya@gtlaw.com) | Co-Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>Attn: David M. Hillman<br>(dhillman@proskauer.com)<br>Megan R. Volin<br>(mvolin@proskauer.com)<br>Reuven C. Klein<br>(rklein@proskauer.com)<br><br>One International Place<br>Boston, MA 02110<br>Attn: Charles A. Dale<br>(cdale@proskauer.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, NJ 07102<br>Attn: Morris S. Bauer, Esq.<br>(msbauer@duanemorris.com)<br>1940 Route 70 East, Suite 100<br>Cherry Hill, New Jersey 08003<br>Attn: Sommer L. Ross, Esq.<br>(SLRoss@duanemorris.com) | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee for Region 3,<br>District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102 Attn: Fran B. Steele<br>(fran.b.steele@usdoj.gov) | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email (As authorized by the Court or by rule. Cite the rule if applicable. |

146991622.1

| | | |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark NJ 07102<br>Attn: Robert K. Malone, Esq. (rmalone@gibbonslaw.com)<br>Brett S. Theisen, Esq. (btheisen@gibbonslaw.com)<br>Kyle P. McEvilly, Esq. (kmcevilly@gibbonslaw.com) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue,<br>34th Floor<br>New York, New York 10017<br>Attn: Robert R. Feinstein (rfeinstein@pszjlaw.com)<br>Bradford J. Sandler (bsandler@pszjlaw.com)<br>Paul J. Labov (plabov@pszjlaw.com)<br>Colin R. Robinson (crobinson@pszjlaw.com) | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles (SKCharles@wlrk.com)<br>Michael S. Benn (MSBenn@wlrk.com)<br>Gordon S. Moodie (GSMoodie@wlrk.com) | Counsel to the Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

146991622.1