**RIKER DANZIG LLP**
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
tschellhorn@riker.com

and

**Bilzin Sumberg Baena Price & Axelrod LLP**
Jeffrey I. Snyder, Esq.
1450 Brickell Avenue, 23rd Floor
Miami, Florida  33131
(305) 374-7580
jsnyder@bilzin.com

*Attorneys for Dadeland Station Associates, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al.,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF DADELAND STATION ASSOCIATES, LTD.**

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), Dadeland Station Associates, Ltd. ("Dadeland Station") appears in the above-captioned cases (the "Cases") and requests copies of all notices, pleadings and other filings in the Cases

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

including, without limitation, those pursuant to Rules 2002 and 9007, to be served on the following persons at the address, telephone number, facsimile and electronic mail indicated:

**RIKER DANZIG LLP**
Tara J. Schellhorn, Esq. (tschellhorn@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

AND

**Bilzin Sumberg Baena Price & Axelrod LLP**
Jeffrey I. Snyder, Esq. (jsnyder@bilzin.com)
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
(305) 374-7580

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive Dadeland Station's: (1) right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) right to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of

which rights, remedies, claims, actions, defenses, setoffs and recoupments Dadeland Station expressly reserves.

June 26, 2023  
Morristown, New Jersey

**RIKER DANZIG LLP**

By:  /s/ *Tara J. Schellhorn*  
Tara J. Schellhorn, Esq. (TS-8155)  
Headquarters Plaza, One Speedwell Avenue  
Morristown, New Jersey 07962-1981  
Telephone: (973) 538-0800  
Facsimile: (973) 538-1984  
tschellhorn@riker.com

and

**Bilzin Sumberg Baena Price & Axelrod LLP**  
Jeffrey I. Snyder, Esq.  
1450 Brickell Avenue, 23rd Floor  
Miami, Florida  33131  
(305) 374-7580  
jsnyder@bilzin.com

*Attorneys for Dadeland Station Associates, Ltd.*

4889-1892-2860, v. 1