# GROUP EXHIBIT 1

WO 4351973 Oklahoma
Federal Heath Sign Company LLC
1001 W. Cypress Creek Road
Suite 203
Fort Lauderdale, FL 33309


FEDERAL HEATH SIGN COMPANY LLC - TODD
EARNST
7501 S. QUINCY #175
WILLOWBROOK, ILLINOIS 60527


**FEDERAL HEATH SIGN COMPANY LLC**
**7501 S. QUINCY #175**
**WILLOWBROOK, ILLINOIS 60527**

December 09, 2022


SAUL HOLDINGS LIMITED PARTNERSHIP

7501 Wisconsin Ave
BETHESDA, MARYLAND 20814


Dear Sir or Madam,

Enclosed you will find **A LIEN** that is being recorded in Public Records of Oklahoma County, Oklahoma against the property described herein.

**2848 NW 63RD ST, OKLAHOMA CITY, OKLAHOMA 73116-4804**

If you have any questions or require further clarification on this lien, please contact **FEDERAL HEATH SIGN COMPANY LLC** at **630-887-6812**. When calling to inquire about any aspect of this document, please reference  work order number: **4351973.**

We wish you a pleasant day.

Thank you,
Federal Heath Sign Company LLC

| Recipient Type | Tracking # | Name | Address |
|---|---|---|---|
| Owner | 9214890109193636977479 | Saul Holdings Limited Partnership | 7501 Wisconsin Ave, Bethesda, Maryland 20814 |
| Designated Recipient - Certified | 9214890109193636977486 | Saul Holdings Limited Partnership - Corporation Service Company | 10300 Greenbriar Place, Oklahoma City, Oklahoma 73159 |
| Designated Recipient - Certified | 9214890109193636977493 | Bed Bath & Beyond Inc - c/o CT Corporation System | 1833 South Morgan Rd, Oklahoma City, Oklahoma 73128 |
| Tenant | 9214890109193636977509 | Bed Bath & Beyond - 164 - c/o Tax Dept Attn: Lauren Rokoszak | 650 Liberty Ave, Union, New Jersey 07083-8107 |

<u>LIEN STATEMENT (ORIGINAL CONTRACTOR)</u>
<u>MECHANIC'S OR MATERIALMAN'S LIEN STATEMENT</u>
**(Pursuant to Okla. Stat. tit. 42, § 141)**

Know all persons by these presents:

That the undersigned Claimant, FEDERAL HEATH SIGN COMPANY LLC, whose address is 7501 S. Quincy #175, Willowbrook, Illinois 60527, and telephone number is 630-887-6812 organized under the laws of the State of Oklahoma, has and claims a Mechanic's and Materialman's Lien upon the following described real property situated in Oklahoma County, Oklahoma:

**Parcel Id: R093761000, P0294383**
**Lots ONE (1) and TWO (2) in HILLTOP CENTER, an Addition to the City of**
**Oklahoma, Oklahoma Couty, State of Oklahoma, according the recorded plat**
**thereof**

located at **2848 NW 63rd St, Oklahoma City, Oklahoma 73116-4804** together with the structures and appurtenances thereon or thereto.

That the land, building[s], appurtenances and improvements are [*owned, leased, rented, managed or other*] by: SAUL HOLDINGS LIMITED PARTNERSHIP of 7501 Wisconsin Ave, Bethesda, Maryland 20814 and/or BED BATH & BEYOND 164 of 650 Liberty Ave, Union, New Jersey 07083-8107

That pursuant to Okla. Stat. tit. 42, § 141, said lien secures the sum of Forty Four Thousand Three Hundred and Seventy One Dollars and Eighty Cents ($44,371.80), **(See attached document)** with interest accrued and accruing on the principal balance, due and owing to FEDERAL HEATH SIGN COMPANY LLC by BED BATH & BEYOND 164.

That said claim is based upon the provision of manufactured and installed interior signage related to front entrance graphics, interior decor and department navigation pursuant to a contract between FEDERAL HEATH SIGN COMPANY LLC, and BED BATH & BEYOND 164, dated on or about August 07, 2022.

That the date upon which the material [*or the equipment*] used on said land was last furnished [*or the labor last performed*] under said contract was August 09, 2022; and

that this Lien Statement has been filed with the County Clerk within four (4) months of said date;

FEDERAL HEATH SIGN COMPANY LLC
7501 S. Quincy #175
Willowbrook, Illinois 60527
630-887-6812

By: _Todd Earnst_
Todd Earnst, CFO

STATE OF ~~OKLAHOMA~~ ILLINOIS
COUNTY OF ~~OKLAHOMA~~ DUPAGE

I, Todd Earnst, being first duly sworn, state that I am over the age of twenty-one, competent to make this affidavit, and that I am the CFO of the Claimant, FEDERAL HEATH SIGN COMPANY LLC.I have read the foregoing Mechanic's and Materialman's Lien Statement, and state that all facts contained herein and the Exhibit(s) attached hereto are true and correct, and that said claim is just, due and unpaid.

By: _Todd Earnst_

Todd Earnst, CFO

Subscribed and sworn to before me on this __8th__ day of
_December_ , _2022_ .

_Penny J Wier_
Notary Public

"OFFICIAL SEAL"
PENNY L. WIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/20/2024

Please Record and Return to:
FEDERAL HEATH SIGN COMPANY LLC
Todd Earnst
7501 S. Quincy #175
Willowbrook, Illinois 60527
630-887-6812
W/O: 4351973



December 8, 2022

Bed Bath & Beyond Inc.
650 Liberty Ave
Union, NJ 07083

Statement of Account

Store 1143
Bed Bath & Beyond #164
2848 NW 63rd Street
Oklahoma City, OK  73116

| Invoice | Date | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 32-45258-00-54 | 8/11/22 | 44,371.80 | 0.00 | 44,371.80 |

Federal Heath Sign Co., LLC
7501 S. Quincy St., Suite 175
Willowbrook, IL 60527
630.887.6800 – Phone
630.887.6975 – Fax
www.federalheath.com

Exterior Signage  |  Interior Décor & Graphics  |  Digital Signage  |  Design Services  |  Specialty Contracting  |  Maintenance



## Federal Heath Sign Co LLC
817-685-9075

**VISUAL COMMUNICATIONS**
Visit our website at www.federalheath.com

**INVOICE NUMBER**
32-45258-00-54

| SALESMAN |
|---|
| JEFF HALL |
| **SIGN LOCATION** |

C U S T O M E R
**BED BATH & BEYOND**
**VENDOR 103870**
**650 LIBERTY AVENUE**
**UNION, NJ 070830000**

STORE: 1143
BED BATH & BEYOND #164
2848 NW 63RD STREET
OKLAHOMA CITY
OK  731160000

Payment By Visa/MC/AX/Disc Accepted

| CUSTOMER P.O. NO. | DATE RECEIVED | DATE COMPLETED | CUSTOMER NO. | ORDER NO. | CODE | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 33151 | 1/14/22 | PARTIAL | 15010316 | 32-45258-00 | 05 | 1% 10 NET 30 | 8/11/22 |

| DESCRIPTION | AMOUNT |
|---|---|
| | 38,773.50 |
| TYP QTY DESIGN#    DESCRIPTION | |
| | |
| 2022 STORE REMODEL - PARTS        24,973.50 | |
|            - INSTALLATION  13,800.00 | |
| | |
| ORDERED BY LAUREN ROKOSZAK/MICHAEL ROCKS | |
| | |
| FREIGHT: | 3,444.34 |

| OVERDUE BALANCES SUBJECT TO PAST DUE INTEREST AT THE RATE OF 1 1/2% PER MONTH (18% PER ANNUM) OR THE HIGHEST RATE PERMITTED BY LAW, WHICHEVER IS LESS | TAXABLE AMOUNT 24,973.50 | TOTALTAX 2,153.96 | PLEASE PAY THIS AMOUNT | 44,371.80 |
|---|---|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEAR CUSTOMER: TO ENSURE PROPER CREDIT PLEASE DETACH THIS PORTION, AND SUBMIT WITH YOUR PAYMENT.

REMIT TO: Federal Heath Sign Co LLC
**FEDERAL HEATH SIGN**
**P.O. BOX 670222**
**DALLAS, TX 75267-0222**

| INVOICE NO. | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 32452580054 | 8/11/22 | 44371.80 |

REMITTED BY:
BED BATH & BEYOND
VENDOR 103870
UNION
NJ 070830000

ML2547862

## NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of Queens and all others whom it may concern:

**PLEASE TAKE NOTICE**, that, upon information and belief, Federal Heath Sign Co, LLC, as lienor, has and claims a lien on the real property hereinafter described as follows:

(1)  The name and residence of the lienor is Federal Heath Sign Co., LLC, being a limited liability company, whose business address and principal place of business is at 2300 North Highway 121, Euless, Texas 76039

(1a) The name and address of lienor's attorney is Richard R. Volack, Esq., Peckar & Abramson, P.C., 1325 Avenue of the Americas, 10th Floor, New York, New York 10019.

(2)  The owner of the real property is, upon information and belief: (i) Fee Interest- Alexander's Rego Shopping Center, Inc. and (ii) Leasehold Interest - Bed Bath and Beyond, Inc. 650 Liberty Avenue, Union, New Jersey 07083.

(3)  The name of the person by whom the lienor was employed is: Bed Bath and Beyond, Inc.

The name of the person to whom the lienor furnished or is to furnish materials or for whom the lienor performed or is to perform professional services is: Bed Bath and Beyond, Inc.

The name of the person with whom the contract was made is: Bed Bath and Beyond, Inc.

(4)  The labor performed was all labor necessary to install pre-manufactured commercial signage for a commercial store

The material furnished was all material necessary to fabricate requested commercial signage for a commercial store

The agreed price or value of the labor performed and material furnished is:          $77,560.54

(5)  The amount unpaid to the lienor for said labor performed and material furnished is:  $77,560.54

Total amount unpaid:          $77,560.54

The total amount claimed for which this lien is filed is:          $77,560.54

(6)  The time when the first item of work was performed and
the time when the first item of material was furnished was: November 2, 2021
The time when the last item of work was performed and
the time when the last item of material was furnished was: August 24, 2022

(7)  The property subject to the lien is situated in the Borough of Queens, County of Queens, City of New York and State of New York, and is known as Bed Bath and Beyond, (Store 135), 96-05 Queens Boulevard, Rego Park, New York 11374; Block 2084, Lot 101.

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used in the improvement of the real property hereinbefore described.  That 8 months have not elapsed dating from the last item



FILED
1/10/2023
COUNTY CLERK
QUEENS COUNTY

4869210

of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

Federal Heath Sign Co, LLC

Dated:         1/9/2023

_The name signed must be printed beneath_

By:  Richard R. Volack, Esq.
Title:    Attorney and Authorized Agent for Lienor

## **VERIFICATION**

STATE OF NEW YORK      }
                       } ss.:
COUNTY OF NEW YORK   }

Richard R. Volack, being duly sworn, deposes and says:

I am the attorney and authorized agent for lienor, Federal Heath Sign Co, LLC, the Limited Liability Company mentioned in the foregoing Notice Under Mechanic's Lien Law.

I have read the foregoing Notice Under Mechanic's Lien Law and know its contents and the same are true to my knowledge, except as to matters herein alleged on information and belief, and as to those matters, I believe them to be true.

This verification is made by the undersigned because the Lienor named herein is not located in the County in which I maintain my office.

The source of my information and grounds for my belief as to all matters in the foregoing Notice Under Mechanic's Lien Law are my conversations with representatives of Lienor and a review of relevant documents.

Richard R. Volack, Esq.

Sworn to before me
this _9th_ day of _January_ 2023

NOTARY PUBLIC

YVONNE HARRIS
Notary Public, State of New York
No. 01HA6313782
Qualified in Nassau County
Term Expires _10/27/2026_

4869210

AOSML2547862

## Affidavit of Service by Certified Mail

STATE OF NEW YORK        }
                         }
COUNTY OF NEW YORK   }

The undersigned, being duly sworn, deposes and says that deponent is over 18 years of age and resides in the County of Nassau, NY and that:

On or about the 10th day of January 2023, the undersigned served the within Notice of Mechanic's Lien (**ML2547862**) on:

**Bed Bath and Beyond, Inc.**              **Alexander's Rego Park Center, Inc.**
**650 Liberty Avenue**                     **c/o Vornado Realty Trust**
**Union, New Jersey 07083**                **Park 80 West, Plaza II**
                                           **Saddle Brook, New Jersey 07663**

by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in New York State.

*Yvonne Harris*
Yvonne Harris

Sworn to me before this 10th day
of January 2023

*Denise M. Pandullo*
NOTARY PUBLIC

DENISE M. PANDULLO
Notary Public, State of New York
No. 01PA6232507
Qualified in Nassau County
Commission Expires 12/13/2018
26

FILED
1/10/2023
COUNTY CLERK
QUEENS COUNTY