UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Hodgson Russ LLP
Erin N. Teske, Esq.
605 Third Avenue, Suite 2300
New York, New York 10158
Telephone: (212) 751-4300
Email: eteske@hodgsonruss.com

Counsel for Benchmark-Clarence Associates, LLC
and SRK Lady Lake 21 SPE, LLC

| | |
|---|---|
| In Re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>       Debtors. | Case No.:    23-13359 (VFP)<br><br>Chapter:    11<br><br>Judge:    Vincent F. Papalia |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ____Benchmark and SRK____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Erin N. Teske, Esq.
              Hodgson Russ LLP
              605 Third Avenue, Suite 2300
              New York, New York 10158

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: _June 26, 2023_____          /s/ Erin N. Teske_____
                                          Signature

*new.8/1/15*