# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | | |
|---|---|---|
| **BED BATH & BEYOND, Inc., et al** | : | **CHAPTER 11** |
| Debtors | : | |
| | : | **No. 23-13359 (vfp)** |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK:**

Kindly enter my appearance for Main Street at Exton II, L.P., in the above. All parties shall serve notices directed to my client upon me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Main Street at Exton II, L.P.

Date: June 26, 2023