| | |
|---|---|
| **THE UNITED STATES BANKRUPCY COURT FOR THE DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J LBR 9004-1(b)* | |
| **ARMSTRONG TEASDALE LLP** Allyson P. Stavis, Esq. (NJ Bar No. 155722015) Jeffrey A. Wurst, Esq. (*pro hac vice* pending) 7 Times Square, 44th Floor New York, NY 10036 Tel: (212) 209-4400 Email: astavis@atllp.com         jwurst@atllp.com  *Attorneys for Nordstrom, Inc.* | Case No.: 23-13359 (VFP) |
| In Re: BED BATH & BEYOND INC., *et al.*, | Chapter 11 Honorable Judge Vincent F. Papalia (Joint Administration Requested) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF JEFFREY A. WURST, ESQUIRE

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission pro hac vice of Jeffrey A. Wurst, Esq. of the law firm, Armstrong Teasdale LLP, to represent Nordstrom, Inc. before this Court in connection with the above-captioned case and all matters arising therein or related thereto.

In support of this Application, the undersigned submits the attached Certification of Jeffrey A. Wurst, Esq. and requests that the proposed form of order submitted herewith be entered. The undersigned hereby certifies to be admitted, practicing, and a member in good

standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated: June 26, 2023

                                          Respectfully Submitted,

                                          ARMSTRONG TEASDALE LLP

                                          */s/ Allyson P. Stavis*

                                          Allyson P. Stavis, Esq.
                                          N.J. Bar No. 155722015
                                          7 Times Square, 44th Floor
                                          New York, NY 10036
                                          Tel: (212) 209-4400
                                          Email: astavis@atllp.com

| | |
|---|---|
| **THE UNITED STATES BANKRUPCY COURT FOR THE DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J LBR 9004-1(b)* | |
| **ARMSTRONG TEASDALE LLP** <br> Allyson P. Stavis, Esq. (NJ Bar No. 155722015) <br> Jeffrey A. Wurst, Esq. (*pro hac vice* pending*)* <br> 7 Times Square, 44th Floor <br> New York, NY 10036 <br> Tel: (212) 209-4400 <br> Email: astavis@atllp.com <br>         jwurst@atllp.com <br><br> *Attorneys for Nordstrom, Inc.* | Case No.: 23-13359 (VFP) |
| In Re: <br><br> BED BATH & BEYOND INC., *et al.*, | Chapter 11 <br><br> Judge Vincent F. Papalia <br> (Joint Administration Requested) |

### CERTIFICATION OF JEFFREY A. WURST, ESQUIRE
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to LBR 9010-1 and 7007-1, I, Jeffrey A. Wurst, in support of the application for my admission *pro hac vice*, hereby certify and state as follows:

1. I am a partner with the law firm Armstrong Teasdale LLP, with the following contact information:

>   Armstrong Teasdale LLP
>   7 Times Square, 44th Floor
>   New York, NY 10036
>   Tel: 212.209.4443
>   Email: jwurst@atllp.com

2. I am eligible for admission to this Court, am admitted to practice in and am a member in good standing before the following state and federal bars:

| State or Federal Jurisdiction | Admission Year | Official or Office Maintaining the Roll of Members |
|---|---|---|
| State of New York | 1987 | Appellate Division, Second Judicial Department<br>45 Monroe Place, Brooklyn, NY 11201 |
| U.S. District Court, Southern District of New York | 1988 | Clerk of Court<br>U.S. Southern District of NY<br>500 Pearl Street, New York, NY 10007 |
| U.S. District Court, Eastern District of New York | 1988 | Clerk of Court<br>U.S. Eastern District of NY<br>225 Cadman Plaza East, Brooklyn, NY 11201 |
| U.S. District Court, Western District of New York | 1997 | Clerk of Court<br>U.S. Western District of NY<br>2 Niagara Square, Buffalo, NY 14202 |
| U.S. Bankruptcy Court for the Western District of New York | 2009 | Clerk of Court<br>U.S. Bankruptcy Court, Western District of NY<br>Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, NY 14202 |
| U.S. District Court, Northern District of New York | 1997 | Clerk of Court<br>U.S. District Court, Northern District of NY<br>James T. Foley United States Courthouse<br>445 Broadway, Albany, NY 12207 |
| U.S. District Court, Northern District of Texas | 1994 | Clerk of Court<br>U.S. District Court, Northern District of Texas<br>1100 Commerce Street, Dallas, TX 75242 |
| U.S. District Court, Northern District of Illinois | 2015 | Clerk of Court<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn Street, Chicago, IL 60604 |
| U.S. District Court, Eastern District of Michigan | 2007 | Clerk of Court<br>U.S. District Court, Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>231 West Lafayette Blvd., Detroit, MI 48226 |
| U.S. Court of Appeals, Second Circuit | 1998 | Clerk of Court<br>U.S. Court of Appeals, Second Circuit<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square, New York, NY 10007 |
| U.S. Court of Appeals, Third Circuit | 2009 | Clerk of Court<br>U.S. Court of Appeals, Third Circuit<br>James A. Byrne U.S. Courthouse<br>601 Market Street, Philadelphia, PA 19106 |
| U.S. Court of Appeals, Fourth Circuit | 2015 | Clerk of Court<br>U.S. Court of Appeals, Fourth Circuit<br>Lewis F. Powell Jr. United States Courthouse<br>1100 E Main Street, Suite 501, Richmond, VA 23219 |

3.    Over the years, I have been admitted *Pro Hac Vice* in various courts, including the:

United States Bankruptcy Courts for the Middle and Eastern Districts of Pennsylvania, the District

of Connecticut, the Central District of California, the Northern District of Georgia, the Southern District of Georgia, the District of Massachusetts, the District of Maryland the District of New Jersey, the Middle District of Florida, the Southern District of Florida, and the District of Colorado as well as the United States District Court for District of Maryland.

4. There are no disciplinary proceedings pending against me and no discipline has been imposed against me.

5. I have read and am familiar with: (a) the provisions of the Judicial Code (Title 29 United States Code); (b) the Federal Rules of Evidence in the United States Court and Magistrates; (c) the Code of Professional Responsibility adopted by the American Bar Association and faithfully adhere thereto; (d) the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; and (e) the Local Rules for the United States District Court for the District of New Jersey.

6. By my appearance in this case, I hereby acknowledge that I am subject to the rules of this Court.

7. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

**WHEREFORE**, the undersigned respectfully requests *pro hac vice* admission to this Court to appear and participate in the above-captioned matter

Dated: June 26, 2023

Respectfully Submitted,

ARMSTRONG TEASDALE LLP

*/s/ Jeffrey A. Wurst*

Jeffrey A. Wurst, Esq.
7 Times Square, 44th Floor
New York, NY 10036
Tel: (212) 209-4443
Email: jwurst@atllp.com

4