|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> HODGSON RUSS LLP <br> Erin N. Teske, Esq. <br> 605 Third Avenue, Suite 2300 <br> New York, New York 10158 <br> Telephone:  (212) 751-4300 <br> Email:  eteske@hodgsonruss.com <br><br> HODGSON RUSS LLP <br> James C. Thoman, Esq.  (*pro hac vice* pending) <br> 140 Pearl Street, Suite 100 <br> Buffalo, New York 14202 <br> Telephone:  (716) 856-4000 <br> Email:  jthoman@hodgsonruss.com <br><br> Counsel for Benchmark-Clarence Associates, LLC <br> and SRK Lady Lake 21 SPE, LLC | |
| In re: <br><br> BED BATH & BEYOND INC., *et al.*, <br><br> Debtors.[1] | Case No.:  23-13359 (VFP) <br><br> Chapter 11 <br><br> Judge:  Hon. Vincent F. Papalia |

**APPLICATION FOR ADMISSION *PRO HAC VICE* OF**
**JAMES C. THOMAN**

Erin N. Teske, a member in good standing of the bar of New Jersey ("Movant"), pursuant to Civ. Rule 101.1(c) of the Local Rules of United States Court for the District of New Jersey and D.N.J. LBR 9010-1, respectfully moves this Court on

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

090419.00001 Litigation 16573802v1

behalf of attorney, James C. Thoman, Esq., for an order granting permission to appear *pro hac vice* on behalf of Benchmark-Clarence Associates, LLC ("Benchmark") and SRK Lady Lake 21 SPE, LLC ("SRK,") in this case and in any related adversary proceeding(s) filed or to be filed in these Chapter 11 cases.  In support of this Application, Movant represents as follows:

1. I am a Partner with the law firm of Hodgson Russ LLP, which maintains an office at 605 Third Avenue, Suite 2300, New York, New York 10158, and am admitted to the bar of the State of New Jersey and the District of New Jersey.

2. No disciplinary proceeding is pending against me and no discipline has been imposed against me during the five-year period preceding this Application in any jurisdiction.

3. As certified below, James C. Thoman is a partner with the law firm of Hodgson Russ LLP.  James C. Thoman is admitted in the bar of the State of New York, and the United States District Courts for the Northern, Southern, Eastern, and Western Districts of New York, has no disciplinary proceeding pending against him and no discipline has been imposed against him during the five-year period preceding this Application in any jurisdiction.

4. I have appeared as counsel of record for Benchmark and SRK in this case and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

090419.00001 Litigation 16573802v1

**WHEREFORE**, Movant respectfully requests entry of the Order submitted herewith granting admission *pro hac vice* of James C. Thoman to represent Benchmark and SRK as counsel in connection with this case and any related adversary proceeding.

Dated:  June 26, 2023

**HODGSON RUSS LLP**

/s/     Erin N. Teske
Erin N. Teske, Esq.
*Counsel to Benchmark-Clarence Associates,*
*LLC and SRK Lady Lake 21 SPE, LLC*
605 Third Avenue, Suite 2300
New York, New York 10158
Phone:  (646) 218-7517
Facsimile:  (212) 751-0928
Email:  eteske@hodgsonruss.com