UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HODGSON RUSS LLP
Erin N. Teske, Esq.
605 Third Avenue, Suite 2300
New York, New York 10158
Telephone:  (212) 751-4300
Email:  eteske@hodgsonruss.com

HODGSON RUSS LLP
James C. Thoman, Esq.  (*pro hac vice* pending)
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
Email:  jthoman@hodgsonruss.com

Counsel for Benchmark-Clarence Associates, LLC
and SRK Lady Lake 21 SPE, LLC

| | |
|---|---|
| In re: | Case No.:  23-13359 (VFP) |
| BED BATH & BEYOND INC., *et al*., | Chapter 11 |
| Debtors.[1] | Judge:  Hon. Vincent F. Papalia |

### CERTIFICATION OF JAMES C. THOMAN IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

I, James C. Thoman, do hereby state that:

1.      I am an attorney with the law firm of Hodgson Russ LLP, counsel

to Benchmark-Clarence Associates, LLC ("Benchmark") and SRK Lady Lake 21 SPE,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete
list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be
obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.
The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service
address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

LLC ("SRK,") and maintain an office at 140 Pearl Street, Suite 100, Buffalo, New York

14202, among other locations.

2.     I am admitted to the bar of the State of New York (2003), and the

United States District Courts for the Northern, Southern, Eastern, and Western Districts

of New York.

3.     I am a member in good standing of all the courts of the State of

New York, and the United States District Courts for the Northern, Southern, Eastern, and

Western Districts of New York.

4.     There are no disciplinary proceedings pending against me and no

discipline has been imposed against me during the five-year period preceding this

Application in any jurisdiction.

5.     Erin N. Teski, a Partner in our firm, has appeared as counsel of

record for Benchmark and SRK and shall be local counsel upon whom all notices, orders,

and pleadings shall be served.

6.     I am in possession of a copy of the District of New Jersey's Local

Civil Rules and Local Bankruptcy Rules and have generally reviewed same.

7.     I understand and agree that, upon my admission *pro hac vice*, I will

be bound by the Rules of this Court, including all applicable disciplinary rules, and I will

notify this Court immediately of any matter affecting my good standing before the bar of

any jurisdiction.

8.     I have made no prior oral or written application to be admitted to

this Court in connection with these Chapter 11 cases.

090419.00001 Litigation 16573800v1

**WHEREFORE**, it is respectfully requested that this Court grant my

request to appear *pro hac vice* as counsel to Benchmark and SRK in connection with

these Chapter 11 cases and any related proceeding.

Dated:  June 26, 2023

/s/ James C. Thoman

James C. Thoman

090419.00001 Litigation 16573800v1