| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>HODGSON RUSS LLP<br>Erin N. Teske, Esq.<br>605 Third Avenue, Suite 2300<br>New York, New York 10158<br>Telephone:  (212) 751-4300<br>Email:  eteske@hodgsonruss.com<br><br>HODGSON RUSS LLP<br>James C. Thoman, Esq.  (*pro hac vice* pending)<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202<br>Telephone:  (716) 856-4000<br>Email:  jthoman@hodgsonruss.com<br><br>Counsel for Benchmark-Clarence Associates, LLC and SRK Lady Lake 21 SPE, LLC | |
| In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>     Debtors.[2] | Case No.:  23-13359 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia |

## CERTIFICATE OF SERVICE

   I, Erin N. Teske, hereby certify that on June 26, 2023, I caused a true and correct copy of the foregoing *Application for Pro Hac Vice Admission of James C. Thoman, Certification of James C. Thoman in Support of Admission Pro Hac Vice, and Proposed Order Granting Admission Pro Hac Vice of James C. Thoman*, to be filed with the Court and served electronically through the Court's ECF system.

                */s/ Erin N. Teske*

---

[2] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

090419.00001 Litigation 16573802v1