**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

| | | |
|---|---|---|
| **BED BATH & BEYOND, Inc., et al** | : | **CHAPTER 11** |
| Debtors | : | |
| | : | **No. 23-13359 (vfp)** |

**CORRECTED CERTIFICATION of SERVICE**

I, William J. Levant, Esq. do hereby certify that on June 26, 2023, I (or the ECF system) caused a true and correct copy of the foregoing objection to be sent to each of the following persons, by email:

(1) Counsel to the Debtors:
joshua.sussberg@kirkland.com, emily.geier@kirkland.com, derek.hunter@kirkland.com, ross.fiedler@kirkland.com

(2) Co-counsel to the Debtors:
wusatine@coleschotz.com, fyudkin@coleschotz.com, msirota@coleschotz.com

(3) Counsel to the pre-petition ABL agent:
marshall.huebner@davispolk.com, adam.shpeen@davispolk.com, steven.szanzer@davispolk.com, michael.pera@davispolk.com

(4) counsel to the DIP Agent:
DHillman@proskauer.com, MVolin@proskauer.com

(5) Office of the United States Trustee:
Fran.B.Steele@usdoj.gov

(6) Counsel to the Creditors' Committee:
rfeinstein@pszjlaw.com, bsandler@pszjlaw.com, plabov@pszjlaw.com, crobinson@pszjlaw.com

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474 / Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Landlord