**RIKER DANZIG LLP**
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
tschellhorn@riker.com

and

**Bilzin Sumberg Baena Price & Axelrod LLP**
Jeffrey I. Snyder, Esq.
1450 Brickell Avenue, 23rd Floor
Miami, Florida  33131
(305) 374-7580
jsnyder@bilzin.com

*Attorneys for Dadeland Station Associates, Ltd.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al.,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |
| | **CERTIFICATE OF SERVICE** |

1.  I, Silva Dechoyan:

    ☐ represent the _____ in the above-captioned matter.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

☒ am the paralegal for Tara J. Schellhorn, partner at Riker Danzig LLP, which serves as local counsel for Dadeland Station Associates, Ltd. in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On  June 26, 2023 , I caused a copy of the following pleading and/or document on all parties who receive filings via the Court's CM/ECF system, and via electronic mail to the parties listed on the chart below:

(i) Limited Objection by Dadeland Station Associates, Ltd. to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated herein.

Dated: June 26, 2023                                         /s/ *Silva Dechoyan*
                                                             Silva Dechoyan

| Name and Address of Party Served | Relationship of Party to the Cases | Mode of Service |
|---|---|---|
| **Cole Schotz, PC**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>    (as authorized by the court*) |
| **Kirkland & Ellis LLP**<br>Joshua A. Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>601 Lexington Ave.<br>New York, NY 10022<br>Derek.hunter@kirkland.com<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Ross.fiedler@kirkland.com<br>Counsel to Debtors Hand-delivered | Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>    (as authorized by the court*) |
| Office of the US Trustee for the District of New Jersey<br>One Newark Center<br>Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>    (as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Cases | Mode of Service |
|---|---|---|
| Davis Polk & Wardwell LP<br>Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>450 Lexington Ave.<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | Counsel to Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>(as authorized by the court*) |
| **Prokauser Rose LLP**<br>David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>(as authorized by the court*) |
| **Pachulski Stang Ziehl & Jones LLP**<br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>(as authorized by the court*) |
| **Wachtell Lipton Rosen & Katz**<br>Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>51 West 52ndStreet<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>(as authorized by the court*) |

5426494v1