# **EXHIBIT A**

Summary of Outstanding Unpaid Rent and Charges

# V O R N A D O

## OPENAR - OPEN A/R LIST - RUN ON: 06/26/23 - AGING BY: DUE DATE - AS OF: 06/26/23 - CONSIDERING: DUE DATE

| | |
|---|---|
| PRINT FORMAT: D - ITEMS SUMMARIZED BY INVOICE/LINK DEBITS W/CREDITS: YES | TODAY'S ACTIVITY INCLUDED: YES |
| COMMERCIAL TENANTS: ALL | AGING: CURR 1 MTH 2 MTHS >2 MONTHS |
| CONSOLIDATE SUB-TENANTS BY MASTER TENANT: NO | MINIMUM: NONE |
| TENANT TYPES: ALL | ALL/CREDIT BAL: ALL BALANCES |
| RESIDENTIAL TENANTS: ALL | PRINT CHARGE CODE SUMMARY ONLY: NO |
| PROFILE CODES: ALL | SORT BY: I-TENANT ID |
| SKIP RES.TEN IF MOVE IN GREATER THAN IPL: NO | PAGE BREAK BY: PROP |
| TENANT DETAIL: YES | PRINT MEMOS: NO |
| FLAGGED/UNFLAGGED/ALL: BOTH FLAGGED AND UN-FLAGGED | SEPARATE FLAG TOTALS: NO |
| INCLUDE FLAGS: ALL | REACTION TO FLAGS: DISPLAY |
| PRINT CHRG CODE SUMMARIES FOR: PROP | PRINT SUMMARY PAGE: NO |
| INCLUDE CHARGE CODES: ALL | |

**PROPERTY: ARP1 - REGO PARK**

| DUE DATE | DATE IN | TP | INV # | CHRG DESC | LONG DESCRIPTION | TOTAL OPEN | 06/2023 | 05/2023 | 04/2023 | < 04/2023 |
|---|---|---|---|---|---|---|---|---|---|---|

**TENANT: ARP1/60A - Bed Bath & Beyond #135**

LEASE:   12/30/96-03/31/26
TEL:     (908) 688-0888
RENT:    125,000.00
SEC:     0.00
FLAGS:   BK TK AU
SQFT:    45,997

| DUE DATE | DATE IN | TP | INV # | CHRG DESC | LONG DESCRIPTION | TOTAL OPEN | 06/2023 | 05/2023 | 04/2023 | < 04/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2018 | 04/11/2018 | C | 312032 | TS-RETAX A | 7/17-12/17 RE Tax Revised | | | | | -1,738.79 |
| 05/10/2018 | 05/10/2018 | U | HBI | RE-R/E ESC | R/E TAX ESCALAT | | | | | -1,738.79 |
| 06/01/2020 | 09/08/2020 | D | 425541 | CM-CAM | CAM | | | | | 332.01 |
| 10/09/2020 | 09/09/2020 | D | 439610 | TS-RETAX A | 2019-20 RE Tax Actual | | | | | 19,643.05 |
| 01/16/2021 | 12/17/2020 | D | 452175 | RE-R/E ESC | '2021 Retro Due | | | | | 21,906.35 |
| 04/08/2021 | 04/08/2021 | U | DX2 | RE-R/E ESC | R/E TAX ESCALAT | | | | | -21,105.54 |
| 07/14/2022 | 07/14/2022 | U | DX4 | OA-ON ACCT | ON ACCOUNT | | | | | -11,353.58 |

1

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2023 | 02/28/2023 | D | 554800 | WA-TTWATER | January '23 Domestic Water | | | | | | 46.78 |
| 02/28/2023 | 02/28/2023 | D | 554801 | ST-S-TAX P | January '23 Electric | | | | | | 601.39 |
| 02/28/2023 | 02/28/2023 | D | 554802 | G1-GAS | January '23 GAS | | | | | | 1,350.81 |
| 02/28/2023 | 02/28/2023 | D | 554803 | E3-ELC SMT | January '23 Electric | | | | | | 6,776.19 |
| 04/01/2023 | 04/01/2023 | I | 556183 | B5-BASRETL | BASE RNT RETAIL | | | | | 91,666.72 | |
| 04/01/2023 | 04/01/2023 | I | 556183 | CM-CAM | CAM | | | | | 832.33 | |
| 04/19/2023 | 04/19/2023 | D | 559994 | WA-TTWATER | February '23 Domestic Water | | | | | 33.41 | |
| 04/19/2023 | 04/19/2023 | D | 559995 | ST-S-TAX P | February '23 Electric | | | | | 221.39 | |
| 04/19/2023 | 04/19/2023 | D | 559996 | G1-GAS | February '23 GAS | | | | | 1,297.34 | |
| 04/19/2023 | 04/19/2023 | D | 559997 | E3-ELC SMT | February '23 Electric | | | | | 2,494.54 | |
| 05/17/2023 | 05/17/2023 | D | 563695 | WA-TTWATER | March '23 Domestic Water | | | | 25.62 | | |
| 05/17/2023 | 05/17/2023 | D | 563696 | ST-S-TAX P | March '23 Electric | | | | 680.49 | | |
| 05/17/2023 | 05/17/2023 | D | 563697 | G1-GAS | March '23 GAS | | | | 1,063.26 | | |
| 05/17/2023 | 05/17/2023 | D | 563698 | E3-ELC SMT | March '23 Electric | | | | 6,406.92 | | |
| **TENANT TOTALS:** | | | | | | | 119,441.90 | 0.00 | 8,176.29 | 96,545.73 | 14,719.88 |
| | | | | | | | | | | | |
| **PROPERTY TOTALS:** | | | | | | | 119,441.90 | 0.00 | 8,176.29 | 96,545.73 | 14,719.88 |
| | | | | | | | | | | | |
| **GRAND TOTALS:** | | | | | | | 119,441.90 | 0.00 | 8,176.29 | 96,545.73 | 14,719.88 |

2