# EXHIBIT A



# INVOICE

**Workday, Inc.**
6110 Stoneridge Mall Road
Pleasanton, CA 94588
United States of America
Federal Tax ID: 20-2480422
Tel: +1 (925) 951-9522

| | |
|---|---|
| **Invoice Number:** | WD-293630 |
| Invoice Date: | May 31, 2023 |
| Due Date: | June 30, 2023 |
| Terms: | Net 30 |
| PO Number: | |
| **Amount Due:** | **USD 891,918.00** |

Bill To:
**Bed Bath & Beyond Inc.**
650 Liberty Avenue
Union, NJ 07083
United States of America

Ship To:
**Bed Bath & Beyond Inc.**
650 Liberty Avenue
Union, NJ 07083
United States of America

Memo: Order Form 302647  payment 2 of 3

| Item Description | Invoice Line Memo | Amount |
|---|---|---:|
| Workday Enterprise Cloud Application Subscription Fee | | 891,918.00 |
| | Net Amount | 891,918.00 |
| | Tax: | 0.00 |
| | **Total** | **USD 891,918.00** |

**Please Remit Payments To:**

Via Electronic Funds Transfer (preferred):
Bank: Wells Fargo Bank, Palo Alto, CA
ABA # (Wire): 121 000 248
ACH# (ACH): 321 270 742
Account #: 765-5094592
Account Name: Workday, Inc.
Federal Tax ID: 20-2480422

Via Mail:
WORKDAY, INC.
P.O. Box 886106
Los Angeles, CA 90088-6106

Please direct all remittance details and inquiries to accounts.receivable@workday.com



# INVOICE

**Workday, Inc.**
6110 Stoneridge Mall Road
Pleasanton, CA 94588
United States of America
Federal Tax ID: 20-2480422
Tel: +1 (925) 951-9522

| | |
|---|---|
| **Invoice Number:** | WD-293632 |
| Invoice Date: | May 31, 2023 |
| Due Date: | June 30, 2023 |
| Terms: | Net 30 |
| PO Number: | |
| **Amount Due:** | **USD 543,973.00** |

Bill To:
**Bed Bath & Beyond Inc.**
650 Liberty Avenue
Union, NJ 07083
United States of America

Ship To:
**Bed Bath & Beyond Inc.**
650 Liberty Avenue
Union, NJ 07083
United States of America

Memo: Order Form 302680  payment 4 of 4

| Item Description | Invoice Line Memo | Amount |
|---|---|---:|
| Workday Enterprise Cloud Application Subscription Fee | | 543,973.00 |
| | Net Amount | 543,973.00 |
| | Tax: | 0.00 |
| | **Total** | **USD 543,973.00** |

**Please Remit Payments To:**

| Via Electronic Funds Transfer (preferred): | Via Mail: |
|---|---|
| Bank: Wells Fargo Bank, Palo Alto, CA | WORKDAY, INC. |
| ABA # (Wire): 121 000 248 | P.O. Box 886106 |
| ACH# (ACH): 321 270 742 | Los Angeles, CA 90088-6106 |
| Account #: 765-5094592 | |
| Account Name: Workday, Inc. | |
| Federal Tax ID: 20-2480422 | |

Please direct all remittance details and inquiries to accounts.receivable@workday.com

Page 1 of 1