# Exhibit "1"

BMK Clarence Assoc LLC  
4053 Maple Road  
Suite 200  
Amherst, NY  14226  
(716)833-4986  

# OPEN ITEM STATEMENT

Bed Bath & Beyond, Inc.  
650 Liberty Avenue  
Union, NJ  07083  

Date: 06-21-2023  
Account: BEDBAT7880  

Amount enclosed: _____

**Please enclose this portion with your remittance.**

Make checks payable to:  
  BMK Clarence Assoc LLC  
  4053 Maple Road  
  Suite 200  
  Amherst, NY  14226  

Statement for:  
  Bed Bath & Beyond, Inc.  #1059  
  4401 Transit Rd, Clarence, NY  

Statement date  
06-21-2023  

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 31200 | 02-09-2023 | HVAC Service Call | 489.37 |
| 31200 | 04-14-2023 | Water Bills 1-1-23 - 3-31-23 | 134.29 |
| 31200 | 04-17-2023 | CAM Reconciliation Charge | 4,469.35 |
| 31200 | 04-17-2023 | Management Fee | 2,445.96 |
| | | Balance: | 7,538.97 |

**Payment due upon receipt.**