# Exhibit "2"

SRK Lady Lake 21 SPE, LLC
4053 Maple Road, Suite 200
Amherst, NY  14226

716-833-4986

# OPEN ITEM STATEMENT

Bed Bath & Beyond, Inc.  
650 Liberty Avenue  
Union, NJ  07083

Date: 06-21-2023  
Account: BEDBA7891

Amount enclosed: _____

**Please enclose this portion with your remittance.**

Make checks payable to:
 SRK Lady Lake 21 SPE, LLC
 4053 Maple Road, Suite 200
 Amherst, NY  14226

Statement for:  
 Bed Bath & Beyond, Inc.  #1234  
 546 N. Highway 27/441, Lady Lake, FL

Statement date  
06-21-2023

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 546 | 03-07-2023 | CAM Reconciliation Charge | 4,649.51 |
| 546 | 03-07-2023 | Cam Reconciliation Crg N/T | 3,716.57 |
| 546 | 03-07-2023 | Lake County, FL Sales Tax | 302.22 |
| 546 | 04-01-2023 | CAM Charge-Est | 365.70 |
| 546 | 04-01-2023 | Lake County, FL Sales Tax | 23.77 |
| 546 | 06-01-2023 | Lake County, FL Sales Tax | .01 |
|  |  | Balance: | 9,057.78 |

**Payment due upon receipt.**