| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**GREENBERG TRAURIG LLP**<br>Alan J. Brody<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Telephone: (973) 360-7900<br>Facsimile: (973) 301-8410<br>Email: brodya@gtlaw.com<br><br>- and -<br><br>Heath B. Kushnick (*pro hac vice* pending)<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9298<br>Facsimile: (212) 805-5598<br>Email: kushnickh@gtlaw.com<br><br>*Counsel for Alexander's Rego Shopping Center, Inc.* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## DECLARATION OF HEATH B. KUSHNICK IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Heath B. Kushnick, hereby state as follows in support of the A*pplication for Admission Pro Hac Vice*:

1.    I am a partner with Greenberg Traurig LLP, and maintain offices at One Vanderbilt Avenue, New York, NY 10017. I will represent Alexander's Rego Shopping Center, Inc. in the

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

instant matter solely as an attorney in good standing.

2. I was admitted to practice law in the State of New York in April of 1993.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me.

5. Discipline has never been imposed against me.

6. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

7. If the Application is granted, I agree to abide by this Court's local rules, to submit myself to the disciplinary jurisdiction of this Court, and to make payment to the New Jersey Lawyer's Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to the District Court under L. Civ. R. 101.1(c)(3).

8. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 26, 2023                    */s/ Heath B. Kushnick*
                                        Heath B. Kushnick