## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 26, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below by electronic mail.

/s/ *Karen C. Bifferato*
Karen C. Bifferato (DE 3279)

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, Esq.
Emily E. Geier, Esq.
Derek I. Hunter, Esq.
Ross J. Fiedler, Esq.
Email: joshua.sussberg@kirkland.com
Email: emily.geier@kirkland.com
Email: derek.hunter@kirkland.com
Email: ross.fiedler@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Email: msirota@coleschotz.com
Email: wusatine@coleschotz.com
Email: fyudkin@coleschotz.com

**DAVIS POLK & WARDELL LLP**
Marshall S. Huebner, Esq,
Adam L. Shpeen, Esq.
Steven Z. Szanzer, Esq.
Michael Pera, Esq.
Email: marshall.huebner@davispolk.com
Email: adam.shpeen@davispolk.com
Email: steven.szanzer@davispolk.com
Email: michael.pera@davispolk.com

**PROSKAUER ROSE LLP**
David M. Hillman, Esq.
Megan R. Volin, Esq.
Email: DHillman@proskauer.com
Email: MVolin@proskauer.com

**OFFICE OF THE US TRUSTEE FOR REGION 3**
Fran B. Steele, Esq.
Email:  Fran.B.Steele@usdoj.gov

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
Email:  rfeinstein@pszjlaw.com
Email: bsandler@pszjlaw.com
Email: plabov@pszjlaw.com
Email: crobinson@pszjlaw.com

05736075