**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Nancy Isaacson, Esq. (1325)**
**Greenbaum, Rowe, Smith & Davis LLP**
75 Livingston Avenue
Roseland, New Jersey 07052
nisaacson@greenbaumlaw.com
973-575-1600
Attorneys for Garfield-Southcenter, LLC

In re:

**BED BATH & BEYOND INC.,** *et al.,*

Debtor.

Chapter 11 Proceeding

**Case No.: 23-13359 (VFP)**

(Jointly Administered)

## CERTIFICATION OF SERVICE

I, Nancy Isaacson,

1. ☑ represent Garfield-Southcenter, LLC in the captioned matter.

2. On June 25, 2023, I filed and served copies of the following pleadings and/or documents to the parties listed on the chart below.

    (a) Objection by Landlord Garfield-Southcenter, LLC to the Debtors' Proposed Cure Amount and Other Relief.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 26, 2023            */s/ Nancy Isaacson*
                                         Signature

8539204.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☒ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other : Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Counsel to Debtors | ☒ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other : Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Shotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601 | Co-Counsel to Debtors | ☒ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other : Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |

8540127.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Micahel Pera, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017 | Counsel to the Prepetition ABL Agent | ☒ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other : Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose, LLP<br>Eleven Times Square<br>New York, NY  10036 | Counsel to the DIP Agent | ☒ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other : Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Feinstein, Esq.<br>Alan J. Kornfeld, Esq.<br>Beth E. Levine, Esq.<br>Colin R. Robinson, Esq.<br>Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY  10017 | Counsel to Creditors Committee | ☒ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other : Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Malone, Esq.<br>Brett S. Theisen, Esq.<br>Kyle P. McEvilly, Esq<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>rmalone@gibbonslaw.com | Official Committee Of Unsecured Creditors (Creditor Committee) | ☒ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br>☒ Other : Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |

7776377.1
8540127.1