**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Telephone: (973) 424-2037
Email: msbauer@duanemorris.com

Sommer L. Ross, Esq.
1940 Route 70 East, Suite 100
Cherry Hill, New Jersey 08003-2171
Telephone: (856) 874-4200
Email: slross@duanemorris.com

*Counsel to Sixth Street Specialty Lending, Inc.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

**CERTIFICATION OF MICHAEL T. MERVIS, ESQUIRE IN
SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to LBR 9010-1 and 7007-1, I, **Michael T. Mervis, Esquire.** hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

1. I am an attorney with the law firm Proskauer Rose LLP, with my office located at Eleven Time Square, New York, New York 10036. My telephone number is (212) 969-3565, my facsimile number is (212) 969-2900, and my email address is mmervis@proskauer.com.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

2. I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| Connecticut | 1990 |
| New York | 1991 |
| U.S. District Court, New York, Southern District | 1991 |
| U.S. District Court, New York, Eastern District | 1993 |
| U.S. Court of Appeals, Second Circuit | 2001 |
| U.S. Court of Appeals, Third Circuit | 2003 |
| U.S. District Court, Colorado | 2007 |
| U.S. District Court, New York, Northern District | 2008 |
| U.S. Court of Appeals, Eighth Circuit | 2011 |
| U.S. Court of Appeals, First Circuit | 2021 |

3. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter

pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

    I declare under penalty that the foregoing is true and correct.

/s/ Michael T. Mervis<br>
*Michael T. Mervis*, Esq.

Dated:  June 26, 2023

DM3\9750468.1