| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR** 9004-1(b)<br><br>James S. Yu<br>SEYFARTH SHAW LLP<br>620 8th Avenue<br>New York, NY 10018<br>Telephone: (212) 218-5524<br>Facsimile: (917) 344-1339<br>Email: jyu@seyfarth.com<br><br>M. Ryan Pinkston (admitted *pro hac vice*)<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>rpinkston@seyfarth.com<br><br>Attorney for 36 Monmouth Plaza, LLC: | Case No.: 23-13359 (VFP)<br><br>Chapter: 11 |
| In Re:<br><br>BED BATH & BEYOND INC., et al. | Adv. No:<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia |

### CERTIFICATION OF SERVICE

1. I, Janine McDermott :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Seyfarth Shaw LLP , who represents

   36 Monmouth Plaza, LLC in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On June 26, 2023 , I sent a copy of the following pleadings and/or documents

   to the parties listed in the chart below.

   36 Monmouth Plaza, LLC's Objection and Reservation of Rights Regarding Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases

*rev.8/1/16*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  June 26, 2023                              /s/ Janine McDermott
                                                  Signature
                                                  Janine McDermott

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua A. Sussberg, Emily E. Geier, Derek I. Hunter, Ross J. Fiedler<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>ross.fiedler@kirkland.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>XX  E-mail<br>XX  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Michael D. Sirota, Warren A. Usatine, Felice R. Yudkin<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street,<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>XX  E-mail<br>XX  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marshall S. Huebner, Adam L. Shpeen, Steven Z. Szanzer, Michael Pera<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>marshall.huebner@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com<br>michael.pera@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>XX  E-mail<br>XX  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| David M. Hillman, Megan R. Volin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>XX  E-mail<br>XX  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele<br>Office of the United States Trustee for Region<br>District of New Jersey<br>Raymond Boulevard, Suite 2100,<br>Newark, NJ 07102<br>fran.b.steele@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>XX  E-mail<br>XX  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Robert Feinstein, Beth E. Levine, Colin R. Robinson, Bradford J. Sandler<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>blevine@pszjlaw.com<br>crobinson@pszjlaw.com<br>bsandler@pszjlaw.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>XX  E-mail<br>XX  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Robert Malone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>rmalone@gibbonslaw.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>XX  E-mail<br>XX  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

*rev.8/1/16*