| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.** <br> Arthur J. Abramowitz <br> Ross J. Switkes <br> 308 Harper Drive, Suite 200 <br> Moorestown, NJ 08057 <br> Tel: (856) 662-0700 <br> Email: aabramowitz@shermansilverstein.com <br>           rswitkes@shermansilverstein.com <br><br> *Local Counsel to Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore)* <br><br> -and- <br><br> **KING & SPALDING LLP** <br> W. Austin Jowers (*pro hac vice* pending) <br> Brooke Harwood Blackwell (*pro hac vice* pending) <br> 1180 Peachtree Street, NE <br> Suite 1600 <br> Atlanta, GA 30309 <br> Tel: (404) 572-4600 <br> Email: ajowers@kslaw.com <br>           bblackwell@kslaw.com <br><br> *Counsel to Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore)* | |
| In re: <br><br> BED BATH & BEYOND, INC.*, et. al.*, <br><br>                    Debtors. | Case No. 23-13359 (VFP) <br><br> Chapter 11 <br><br> Hon. Vincent F. Papalia, U.S.B.J. |

**APPLICATION FOR AN ORDER FOR ADMISSION**
***PRO HAC VICE* OF BROOKE HARWOOD BLACKWELL**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the

3352900.1

admission *pro hac vice* of Brooke Harwood Blackwell of the law firm of King & Spalding LLP, to represent Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore) in the above-captioned chapter 11 cases. In support of this application, counsel submits the attached Certification of Brooke Harwood Blackwell, Esq. and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Dated: June 27, 2023

*/s/Arthur J. Abramowitz*
Arthur J. Abramowitz
SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com

*Local Counsel to Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore)*