| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**SHERMAN, SILVERSTEIN,**<br>**KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>         rswitkes@shermansilverstein.com<br><br>*Local Counsel to Golf & Tennis Pro Shops, Inc.*<br>*(d/b/a/ PGA TOUR Superstore)*<br><br>-and-<br><br>**KING & SPALDING LLP**<br>W. Austin Jowers (*pro hac vice* pending)<br>Brooke Harwood Blackwell (*pro hac vice* pending)<br>1180 Peachtree Street, NE<br>Suite 1600<br>Atlanta, GA 30309<br>Tel: (404) 572-4600<br>Email: ajowers@kslaw.com<br>         bblackwell@kslaw.com<br><br>*Counsel to Golf & Tennis Pro Shops, Inc.*<br>*(d/b/a/ PGA TOUR Superstore)* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC.*, et. al.*,<br><br>          Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>Hon. Vincent F. Papalia, U.S.B.J. |

## **CERTIFICATION OF BROOKE HARWOOD BLACKWELL, ESQ.**

I, Brooke Harwood Blackwell, Esq., hereby certify as follows:

1.     I am an attorney with the law firm of King & Spalding LLP, counsel to Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore).  My office is located at 110 N Wacker

3352897.1

Drive, Suite 3800, Chicago, IL 60606.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of Illinois in 2018.  I am also admitted to practice in the U.S. District Court for the Northern District of Illinois.

3. I am a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 27, 2023

*/s/ Brooke Harwood Blackwell*
Brooke Harwood Blackwell
King & Spalding LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Email: bblackwell@kslaw.com

*Counsel to Golf & Tennis Pro Shops, Inc.
d/b/a/ PGA Tour Superstore*