| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.** <br> Arthur J. Abramowitz <br> Ross J. Switkes <br> 308 Harper Drive, Suite 200 <br> Moorestown, NJ 08057 <br> Tel: (856) 662-0700 <br> Email: aabramowitz@shermansilverstein.com <br>            rswitkes@shermansilverstein.com <br><br> *Local Counsel to Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore)* <br><br> -and- <br><br> **KING & SPALDING LLP** <br> W. Austin Jowers (*pro hac vice* pending) <br> Brooke Harwood Blackwell (*pro hac vice* pending) <br> 1180 Peachtree Street, NE <br> Suite 1600 <br> Atlanta, GA 30309 <br> Tel: (404) 572-4600 <br> Email: ajowers@kslaw.com <br>            bblackwell@kslaw.com <br><br> *Counsel to Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore)* |

| | |
|---|---|
| In re: | Case No. 23-13359 (VFP) |
| BED BATH & BEYOND, INC.*, et. al.*, | Chapter 11 |
| Debtors. | Hon. Vincent F. Papalia, U.S.B.J. |

## **CERTIFICATION OF W. AUSTIN JOWERS, ESQ.**

I, W. Austin Jowers, Esq., hereby certify as follows:

1.    I am an attorney with the law firm of King & Spalding LLP, counsel to Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA TOUR Superstore). My office is located at 1180 Peachtree

3352898.1

Street, NE, Suite 1600, Atlanta, Georgia 30309. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of Georgia in 2004. I am admitted to practice before the following courts:

- *United States District Court for the Middle District of Georgia*
- *United States District Court for the Northern District of Georgia*

3. I am a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

**{Remainder of page intentionally left blank}**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 27, 2023

*/s/ W. Austin Jowers*
W. Austin Jowers
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4600
Email: ajowers@kslaw.com

*Counsel to Golf & Tennis Pro Shops, Inc. d/b/a/ PGA Tour Superstore*

3

3352898.1