UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire (#019621997)
Peter A. Lesser, Esquire (#046861990)
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com
plesser@sirlinlaw.com
*Attorney for  ML-MJW Port Chester SC Owner LLC*

| In re:<br><br>    BED BATH & BEYOND INC., *et al.*<br>                *Debtors* | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |
|---|---|

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Dana S. Plon, Esquire and Peter A. Lesser, Esquire hereby enter their appearance for ML-MJW Port Chester SC Owner LLC and in accordance with Federal Rule of Bankruptcy Procedure 2002(i), respectfully request that all notices, pleadings and other papers filed in the above captioned proceeding be served upon them at the following address:

Dana S. Plon, Esquire
Identification No. 019621997
Peter A. Lesser, Esquire
Identification No. 046861990
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
dplon@sirlinlaw.com

*/s/ Dana S. Plon*
DANA S. PLON, ESQUIRE
PETER A. LESSER, ESQUIRE
*Attorneys for Creditor,*
*ML-MJW Port Chester SC Owner LLC*

June 27, 2023