**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

# SUPPLEMENTAL DECLARATION OF AVRAM MORELL, ON BEHALF OF ORDINARY COURSE PROFESSIONAL PRYOR CASHMAN LLP

I, Avram Morell, to Section 1746 of title 28 of the United States Code, hereby declare that

the following is true to the best of my information, knowledge, and belief:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. I am a partner of Pryor Cashman LLP, located at 7 Times Square, New York, NY 10036 (the "Company").

2. This declaration supplements the *Amended Declaration of Avram Morell, on Behalf of Proposed Ordinary Course Professional Pryor Cashman LLP* (the "Amended Declaration") [Dkt. No. 496].

3. Since filing the Amended Declaration, the Company has been retained by an additional entity in connection with these Chapter 11 Cases. Other than as disclosed in the completed Supplemental Retention Questionnaire of Ordinary Course Professional Pryor Cashman, (the "Retention Questionnaire"), submitted pursuant to and in accordance with the *Order Granting Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Dkt. No. 380], the Company does not perform services for any such person in connection with these cases. To avoid any conflicts of interest, the Company set up an ethical wall between the attorneys representing the Debtors and those who are adverse to the Debtors. In addition, the Company does not have any other relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. At any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will further supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this June 27, 2023 in New York, NY, USA.

                                                */s/ Avram Morell*
                                                Avram Morell