UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
Tel: 201-287-2460
Fax: 201-489-0495
James C. Suozzo, Esq.

*Attorneys for Case Snow Management, LLC*

IN RE:

BED BATH & BEYOND INC., *et al.,*

Debtors.

Chapter 11

Case No.: 23-13359 (VFP)
(Jointly Administered)

Honorable Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Linda Wojcik:

    [ ] represent _____ in the above-captioned matter.

    [X] I am a secretary at Rivkin Radler LLP, who represents Case Snow Management, LLC in the above captioned matter.

    [ ] am the _____ in the above case and am representing myself.

2. On June 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in

    the chart below:

(a) **LIMITED OBJECTION OF CASE SNOW MANAGEMENT, LLC TO CURE AMOUNT IN CONNECTION WITH DEBTORS' NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   June 26, 2023                                    /s/ Linda Wojcik
                                                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[X] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022 | Counsel to Debtors | [ ] Hand-delivered<br>[X] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | Co–Counsel to Debtors | [ ] Hand-delivered<br>[X] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | Counsel to the Prepetition ABL Agent | [ ] Hand-delivered<br>[X] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 | Counsel to the DIP Agent | [ ] Hand-delivered<br>[X] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Robert J. Feinstein, Esq.<br>Alan J. Kornfeld, Esq.<br>Beth E. Levine, Esq.<br>Colin R. Robinson, Esq.<br>Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Counsel to Creditors Committee | [ ] Hand-delivered<br><br>[X] Regular mail<br><br>[ ] Certified mail/RRR<br><br>[X] Other:  ECF and E-mail |
|---|---|---|
| | | (As authorized by the court or by rule. Cite the rule if applicable.) |
| Robert Malone, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102 | Counsel to Creditors Committee | [ ] Hand-delivered<br><br>[X] Regular mail<br><br>[ ] Certified mail/RRR<br><br>[X] Other:  ECF and E-mail |
| | | (As authorized by the court or by rule. Cite the rule if applicable.) |

7592140.v1