**SMITH GAMBRELL & RUSSELL LLP**
Clayton D. Harvey
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
Tel: 212.907.9700
E-mail: charvey@sgrlaw.com

Elizabeth L. Janczak, Esq. (*pro hac vice* application forthcoming)
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Tel:  312.360.6000
E-mail: ejanczak@sgrlaw.com

*Counsel for Federal Heath Sign Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND, INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF FEDERAL HEATH SIGN COMPANY LLC'S LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF CERTAIN UNEXPIRED LEASES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE THAT, based upon the revisions in the *Notice of Filing Proposed Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief* (ECF No. 1090), Federal Heath Sign Company LLC ("Federal Heath"), by and through its undersigned counsel, hereby withdraws its

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

limited objection (ECF No. 792) to the *Debtors Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief* without prejudice.

Dated: June 27, 2023

**SMITH GAMBRELL & RUSSELL**

By: /s/ Clayton D. Harvey
     One of Its Attorneys

Clayton D. Harvey
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
Tel: 212.907.9700
E-mail: charvey@sgrlaw.com

- AND -

Elizabeth L. Janczak*
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:   312.360.6520
Email:ejanczak@sgrlaw.com
**Pro hac vice* application pending

*Counsel for Federal Heath Sign Company LLC*

**CERTIFICATE OF SERVICE**

      I, Clayton D. Harvey, hereby certify that on June 27, 2023, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Federal Heath Sign Company LLC's Limited Objection to Debtors Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief*, to be filed with the Court and served electronically through the Court's ECF System.

                                              /s/ Clayton D. Harvey