**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: <br> BED BATH & BEYOND INC., *et al.* <br> Debtors. | Chapter 11 <br> Case No. 23-13359 (VFP) <br> (Jointly Administered) |

**NOTICE OF WITHDRAWL OF DOCUMENT**

Kindly **withdraw** the Objection of ML-MJW Port Chester SC Owner LLC to the Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief **[Document No. 1086]** filed June 27, 2023.

Dated: June 27, 2023

*/s/ Dana Plon*
Dana Plon
Peter A. Lesser
SIRLIN LESSER & BENSON, PC
123 S. Broad St., Suite 2100
Philadelphia, PA 19109
Ph: (215) 864-9700
Email: dplon@sirlinlaw.com; plesser@sirlinlaw.com

and

Robert Radasevich
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle Street, Suite 1700
Chicago, IL 60602
Ph: (312) 269-8000
Email: rradasevich@nge.com

*Counsel to ML-MJW Port Chester SC Owner LLC*