|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**GREENBERG TRAURIG LLP**<br><br>Alan J. Brody<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Telephone: (973) 360-7900<br>Facsimile: (973) 301-8410<br>Email: brodya@gtlaw.com<br><br>-   and   -<br><br>Heath B. Kushnick (*pro hac vice* pending)<br>One Vanderbilt Avenue<br>New York, NY  10017<br>Telephone: (212) 801-9298<br>Facsimile: (212) 805-5598<br>Email: kushnickh@gtlaw.com<br><br>*Counsel for Alexander's Rego Shopping Center, Inc.* |  |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Alan J. Brody, am a shareholder of Greenberg Traurig, LLP.

2. On June 26, 2023, I caused to be served a copy of the following pleadings and/or documents to the parties listed in the chart below.

> Limited Objection of Alexander's Rego Shopping Center, Inc. to Proposed Cure Amount in Connection with Potential Assumption and Assignment of Unexpired Lease, and Reservation of Rights

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  June 27, 2023                                  /s/ *Alan J. Brody*
                                                                          Alan J. Brody

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Kirkland & Ellis LLP** 601 Lexington Avenue New York, NY 10022 Attn: Joshua A. Sussberg, P.C. Emily E. Geier, P.C. Derek I. Hunter Ross J. Fiedler | Counsel to the Debtors | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Cole Schotz P.C.** Court Plaza North 25 Main Street Hackensack, NJ 07601 Attn: Michael D. Sirota, Esq. Warren A. Usatine, Esq. Felice R. Yudkin, Esq. | Co-Counsel to the Debtors | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Davis Polk & Wardwell LLP** 450 Lexington Avenue New York, NY 10017 Attn: Marshall S. Huebner Adam L. Shpeen Steven Z. Szanzer Michael Pera | Counsel to the Prepetition ABL Agent | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Proskauer Rose LLP** Eleven Times Square New York, NY 10036 Attn: David M. Hillman Megan R. Volin | Counsel to the DIP Agent | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Office of the United States Trustee for Region 3** District of New Jersey 1085 Raymond Boulevard, Suite 2100 Newark, NJ 07102 Attn: Fran B. Steele | U.S. Trustee | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Pachulski Stang Ziehl & Jones LLP** 780 Third Avenue, 34th Floor New York, NY 10017 Robert J Feinstein, Esq. Paul J. Labov, Esq. Bradford J. Sandler, Esq. Colin R. Robinson, Esq. | Counsel to the Creditors' Committee | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| **Gibbons P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>Attn: Robert Malone<br>Brett S. Theisen<br>Kyle P. McEvilly | Counsel to the Creditors' Committee | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Wachtell Lipton Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>Attn: Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq. | Counsel to Stalking Horse Bidder | Hand-delivered<br>Regular mail<br>Certified mail/RR<br>☒ Other <u>Notice of Electronic Filing (NEF)</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |