UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HODGSON RUSS LLP
Erin N. Teske, Esq.
605 Third Avenue, Suite 2300
New York, New York 10158
Telephone: (212) 751-4300
Email: eteske@hodgsonruss.com

HODGSON RUSS LLP
James C. Thoman, Esq. (*pro hac vice* pending)
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
Email: jthoman@hodgsonruss.com

Counsel for Benchmark-Clarence Associates, LLC and SRK Lady Lake 21 SPE, LLC

| | |
|---|---|
| In Re: | Case. No.:    23-13359 (VFP) |
| BED BATH & BEYOND INC., *et al.*, | Chapter:    11 |
| Debtors.[1] | Judge:    Vincent F. Papalia |

**CERTIFICATION OF SERVICE**

1. I, Christine Napierski:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Hodgson Russ LLP, who represents Benchmark-Clarence Associates, LLC and SRK Lady Lake 21 SPE, LLC in this matter.

    ☐ am the _____ in this case and am representing myself.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

2. On June 27, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

> Limited Objection and Reservation of Rights of Benchmark-Clarence Associates, LLC and SRK Lady Lake 21 SPE, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   June 27, 2023                    /s/ Christine Napierski
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>Ross J. Fiedler<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Derek.hunter@kirkland.com<br>Ross.fiedler@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail and CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail and CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |
| Davis Polk & Wardell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Marshall S. Huebner<br>Adam L. Shpeen | Counsel to Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR |

| | | |
|---|---|---|
| Steven Z. Szanzer<br>Michael Pera<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | | ☒ Other E-Mail and CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |
| Office of the United States Trustee, Region 3<br>District of New Jersey<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, New Jersey 07102<br>Fran B. Steele<br>Fran.b.steele@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail and CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>David M. Hillman<br>Megan R. Volin<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail and CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail and CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |
| Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Robert K. Malone, Esq.<br>Brett S. Theisen, Esq.<br>Kyle P. Mcevilly, Esq.<br>rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Co-Counsel to Creditors' Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail and CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |
| Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail and CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>Order Establishing Certain Notice, Case Management, and Administrative Procedures [Docket No. 98]. |
|  |  |  |