**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

Richard M. Kremen, Esq.
**DLA Piper LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-4328
Facsimile: (410) 580-3011
Email: richard.kremen@dlapiper.com

Aaron S. Applebaum, Esq.
**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: aaron.applebaum@us.dlapiper.com

Counsel for Ridgeport Limited Partnership; CR
Mount Pleasant, LLC; and CR West Ashley, LLC

---

In re:                                              Case No. 23-13359

Bed Bath & Beyond Inc., *et al*.,                   Chapter 11

Debtors.[1]                                          Judge: Hon. Vincent F. Papalia

---

**CERTIFICATE OF SERVICE**

1.    I, Theresa Pullan:

☐ represent in this matter.

**☒** I am the paralegal for DLA Piper LLP, attorneys for Ridgeport Limited Partnership,
CR Mount Pleasant, LLC, and CR West Ashley, LLC in this matter.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the
Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website
of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath
& Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty
Avenue, Union, New Jersey 07083.

☐ am the _____ in this case and am representing myself.

2.     On June 16, 2023, I sent copies of the following pleadings and/or documents to the

parties listed in the chart below.

*Limited Objection of Ridgeport Limited Partnership to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights* (Docket No. 748);

*Limited Objection of CR Mount Pleasant, LLC to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights* (Docket No. 749); and

*Limited Objection of CR West Ashley, LLC to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights* (Docket No. 751).

3.     I certify under penalty of perjury that the above documents were sent using the mode

of service indicated.


Dated:  June 27, 2023                    */s/  Theresa Pullan*
                                          Theresa Pullan

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.,<br>Derek I. Hunter Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marshall Huebner<br>Adam Shpeen<br>Michael Pera<br>Steven Z. Szanzer<br>Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>marshall.huebner@davispolk.com)<br>adam.shpeen@davispolk.com<br>michael.pera@davispolk.com<br>steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David M. Hillman<br>Megan R. Volin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>DHillman@proskauer.com<br>MVolin@proskauer.com | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Personal\900407135.2

| | | |
|---|---|---|
| Fran. B Steele, Esq.<br>U.S. Trustee for the Region 3,<br>District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard, Ste 2100<br>Newark, NJ  07102<br>fran.b.steele@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other – Electronic Mail<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria Nikolinos<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other – Electronic Mail<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Personal\900407135.2