**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SUCCESSFUL AND BACKUP BIDDER WITH RESPECT
TO THE PHASE 1 AUCTION OF CERTAIN OF THE DEBTORS' LEASE ASSETS
AND ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES**

On May 22, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Docket No. 422] (the "Lease Sale

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Procedures Order"),[2] by which the Court approved procedures (the "Lease Sale Procedures") setting forth the process by which the Debtors are authorized to conduct one or more auctions (each, a "Lease Auction") for the sale of certain unexpired leases of nonresidential real property, including with any ancillary agreement(s) thereto or through the sale of designation rights related thereto (the "Lease Assets").

**PLEASE TAKE FURTHER NOTICE** that on May 25, 2023, the Debtors filed the *Notice of Lease Auction and Potential Lease Sale Hearing* [Docket No. 456], which (i) notified interested parties of the Debtors' solicitation of offers for the sale, liquidation, or other disposition of certain of the Debtors' Lease Assets, as set forth on Schedule 1 attached thereto, consistent with the Lease Sale Procedures approved by the Court through entry of the Lease Sale Procedures Order, (ii) set forth the Phase 1 Lease Sale Process and the Phase 2 Lease Sale Proceed, (iii) established a bid deadline for certain Lease Assets relating to the Phase 1 Lease Sale Process of June 22, 2023 at 5:00 p.m. prevailing Eastern Time (the "Phase 1 Bid Deadline"), and (iv) established an auction for the Phase 1 Lease Process of June 26, 2023 at 10:00 a.m. prevailing Eastern Time (the "Phase 1 Lease Auction").

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2023, the Debtors filed the *Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information* [Docket No. 905] (the "Phase 1 Auction Notice"), which (i) notified interested parties that the Debtors had received one or more Qualified Bids on certain Lease Assets, as set forth on Schedule 1 attached thereto, (ii) confirmed the time and place of the Phase 1 Lease Auction and set forth the Permitted Auction Attendees (as defined herein), and (iii) notified interested parties that the Debtors, in consultation with the Consultation Parties, would file a supplemental notice to the Phase 1 Auction Notice confirming whether certain Lease Assets associated with the Debtors' "buybuy BABY" banner (the "BABY Lease Assets") will be included in the Phase 1 Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, determined to proceed with the BABY Lease Assets at the Phase 1 Lease Auction. The Debtors, in consultation with the Consultation Parties, however, reserved their rights to condition the sale of any BABY Lease Asset on the outcome of the auction for "buybuy BABY" assets, as set forth in the *Notice of Amendment of Dates and Deadlines Related to the Debtors' Bidding Procedures* [Docket No. 771].

**PLEASE TAKE FURTHER NOTICE** that, on June 26, 2023, pursuant to the Lease Sale Procedures Order, the Debtors conducted the Phase 1 Lease Auction with respect to certain of the Lease Assets at the offices of Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, New York, 10022. Attendees were permitted to attend in person or through Zoom.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Phase 1 Lease Auction, the Debtors, in consultation with their professionals, selected the Successful Bidder and

---

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Debtors' Motion for Entry of an Order (I) Establishing Sales Procedures, (II) Approving the Sale of Certain Real Property and Leases, and (III) Granting Related Relief* [Docket No. 193] (the "Lease Sale Procedures Motion"), as applicable.

Backup Bidder with respect to each of the Lease Assets listed on **Exhibit A** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, continue to reserve their rights to condition the sale of any BABY Lease Assets on the outcome of the auction for "buybuy BABY" assets (the "BABY Auction").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the sale, liquidation, or other disposition of the Lease Assets to the Successful Bidders at the Lease Auction, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Vincent F. Papalia, at the Court, Courtroom 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, **on July 18, 2023 at 2:30 p.m. (prevailing Eastern Time)** (the "Lease Sale Hearing").

**PLEASE TAKE FURTHER NOTICE**, that at the Lease Sale Hearing, the Debtors will seek the Court's approval of the Successful Bids pursuant to an order (the "Lease Sale Order"). Unless the Court orders otherwise or as agreed to by the applicable parties, the Lease Sale Hearing shall be an evidentiary hearing on matters relating to the Lease Sales and there will be no further bidding at the Lease Sale Hearing. In the event that a Successful Bidder cannot or refuses to consummate a Lease Sale following entry of the Lease Sale Order because of the breach or failure on the part of the Successful Bidder, the Debtors shall promptly file a supplemental notice on or before the Lease Sale Closing Deadline, seeking to approve the sale to the Backup Bidder, if applicable, on expedited notice and a hearing; *provided* that such notice will provide a three day period to object to such Lease Sale.

**PLEASE TAKE FURTHER NOTICE** that the Debtors believe that the party to which each applicable unexpired lease, as applicable, will be assigned has the financial wherewithal to meet all future obligations under such unexpired lease and the Debtors will, within three business days or sooner provide evidence thereof to such applicable lease counterparty (and their counsel, if known) thereby demonstrating that the assignee of the lease has the ability to comply with the requirements of adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that parties objecting to the proposed assumption and assignment, proposed cure amount, and/or to the Successful Bidder's proposed form of adequate assurance of future performance must file a written objection (each, a "Lease Sale Objection") so that such objection is filed with the Court by **July 11, 2023, at 5:00 p.m., (prevailing Eastern Time)** and serve such Lease Sale Objection on: (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler; and Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq., Warren A. Usatine, Esq., and Felice R. Yudkin, Esq, co-counsel to the Debtors; (b) the Office of the United States Trustee for the District of New Jersey, Attn: Fran B. Steele and Alexandria Nikolinos; (c) Pachulski Stang Ziehl & Jones LLP, 780 3rd Ave #34, New York, NY 10017, Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov and Colin R. Robinson, counsel to the Committee; and (d) Proskauer Rose LLP, Eleven Times Square, New York, New York 10036, Attn: David M. Hillman and Charles A. Dale, counsel to the DIP Agent.

**PLEASE TAKE FURTHER NOTICE** that, if a Lease Sale Objection is timely filed and not withdrawn or resolved, such objection will be heard at the Lease Sale Hearing or such other date and time as agreed to by the Debtors and the objecting party or ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the terms and conditions of the Lease Sale Procedures Motion and the Lease Sale Procedures Order, with the Lease Sale Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Lease Sale Procedures Motion, the Lease Sale Procedures Order, this notice, and any other related documents are available: (a) upon request to Kroll Restructuring Administration LLC (the notice and claims agent retained in these Chapter 11 Cases) by calling (833) 332-9937 (toll free) or, for international callers, +1 (646) 440-4757; (b) by visiting the website maintained in these Chapter 11 Cases at https://restructuring.ra.kroll.com/bbby; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 27, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      joshua.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**Exhibit A**

**Successful and Backup Bidder List[1]**

| No. | Store # | Banner | Location Address | Successful Bidder | Successful Bid | Backup Bidder | Backup Bid |
|---|---|---|---|---|---|---|---|
| 1. | 3031 | bbBaby | 4351 Creekside Ave<br>Hoover, AL | LL: ARC* | $109,863 | | |
| 2. | 189 | BBB | 850 N. 54th Street<br>Chandler, AZ | LL: Schnitzer Investments | $350,000 | Scandinavian Designs | $325,000 |
| 3. | 139 | BBB | 2120 Vista Way<br>Oceanside, CA | LL: PREP | $4,734 | | |
| 4. | 1305 | BBB | 5200 E. Ramon Rd Building B<br>Palm Springs, CA | LL: LILAC 19 | $25,000 | | |
| 5. | 261 | BBB | 15 Crescent Drive<br>Pleasant Hill, CA | LL: Pleasant Hill investors | $100,000 | | |
| 6. | 3034 | bbBaby | 5353 Almaden Expr. Ste A100<br>San Jose, CA | LL: Almaden Shopping Center LLC* | $200,000 | | |
| 7. | 497 | BBB | 1898 Jonesboro Road<br>McDonough, GA | LL: Kite | $37,904 | | |
| 8. | 3094 | bbBaby | 530 W. Mount Pleasant Avenue<br>Livingston, NJ | LL: Kite* | $44,037 | | |
| 9. | 341 | BBB | 2930 East Southlake Blvd.<br>Southlake, TX | LL: Kite | $86,370 | | |
| 10. | 20 | BBB | 11854 West Olympic Blvd<br>W. Los Angeles, CA | LL: KDMM | $3,000,000 | | |
| 11. | 1321 | BBB | 800 South Camino Del Rio<br>Durango, CO | LL: Durango Mall | $20,056 | | |
| 12. | 808 | BBB | 322 North John Young Parkway<br>Kissimmee, FL | LL: Metlife | $126,210 | | |
| 13. | 128 | BBB | 5351 N. Airport Road<br>Naples, FL | LL: Ridgeport LP | $75,000 | | |
| 14. | 255 | BBB | 1705 Mall of Georgia Blvd.<br>Buford, GA | LL: DDRTC | $89,901 | | |
| 15. | 32 | BBB | 96 S. Waukegan Rd.<br>Deerfield, IL | LL: Gateway Fairview Inc. | $133,732 | | |

---

[1] A Successful Bidder denoted by an asterisk (*) is deemed an "Initial Winning Bidder," but such Successful Bidder's bid remains subject to the outcome of the BABY Auction scheduled for June 28, 2023.

| No. | Store # | Banner | Location Address | Successful Bidder | Successful Bid | Backup Bidder | Backup Bid |
|---|---|---|---|---|---|---|---|
| 16. | 326 | BBB | 2750 N. Greenwich Ct.<br>Wichita, KS | LL: Greenwich Place Partners | $5,000 | | |
| 17. | 3104 | bbBaby | 2756 N. Greenwich Ct.<br>Wichita, KS | LL: Greenwich Place Partners* | $10,416 | | |
| 18. | 762 | BBB | 3301 N. US 31 South<br>Traverse City, MI | LL: ARC | $4,728 | | |
| 19. | 756 | BBB | 5 Colby Court<br>Bedford, NH | LL: Brixmor | $48 | | |
| 20. | 3028 | bbBaby | 213 Daniel Webster Highway<br>Nashua, NH | LL: NP Royal Ridge* | $145,097 | | |
| 21. | 3081 | bbBaby | 310 Rt. 36<br>West Long Branch, NJ | LL: Paramount* | $193,185 | | |
| 22. | 768 | BBB | 5800 Deerfield Road<br>Mason, OH | LL: RPT | $2,714 | | |
| 23. | 3128 | bbBaby | 12535 SE 82nd Ave., Suite B<br>Clackamas, OR | LL: 12535 SE 82nd* | $100,000 | | |
| 24. | 337 | BBB | 490 Waterfront Drive East<br>Homestead, PA | LL: M&J | $155,108 | | |
| 25. | 1327 | BBB | 500 Shoppes at Stroud<br>Stroudsburg, PA | LL: ARC | $68,018 | | |
| 26. | 237 | BBB | 1744 Town Centre Way<br>Mt. Pleasant, SC | LL: CR Mount Pleasant | $130,487 | | |
| 27. | 1312 | BBB | 4610 Merchants Park Circle Suite 501<br>Collierville, TN | LL: CE Collierville | $100,000 | | |
| 28. | 339 | BBB | 545 Cool Springs Blvd.<br>Franklin, TN | LL: Thoroughbred Village | $68,057 | | |
| 29. | 1227 | BBB | 330 Patriots Place<br>Foxborough, MA | LL: NPP Dev. | $180,000 | | |
| 30. | 514 | BBB | 2705 N. Mesquite Drive<br>Mesquite, TX | LL: ARC | $0 | | |
| 31. | 294 | BBB | 1169 Wilmington Ave<br>Salt Lake City, UT | LL: Commons at Sugar house | $84,064 | | |
| 32. | 780 | BBB | 14101 Crossing Place<br>Woodbridge, VA | LL: Parkway Crossing East SC | $5,000 | | |
| 33. | 1313 | BBB | 6400 Towne Center Loop<br>Southaven, MS | Havertys | $50,074 | | |
| 34. | 86 | BBB | 10011 East 71st Street<br>Tulsa, OK | PGA Tour Superstore | $116,143 | | |
| 35. | 3116 | bbBaby | 6146 Wilmington Pike<br>Dayton, OH | Michaels* | $151,174 | | |

| No. | Store # | Banner | Location Address | Successful Bidder | Successful Bid | Backup Bidder | Backup Bid |
|---|---|---|---|---|---|---|---|
| 36. | 462 | BBB | 6142 Wilmington Pike, Dayton, OH | Michaels | $25,000 | | |
| 37. | 400 | BBB | 4441 Commons Drive East, Destin, FL | Havertys | $178,314 | | |
| 38. | 3055 | bbBaby | 3250 Buskirk Ave Suite 300-A, Pleasant Hill, CA | Mad Monk* | $126,190 | | |
| 39. | 569 | BBB | 2725 Marconi Ave, Sacramento, CA | Mad Monk | $113,742 | | |
| 40. | 1107 | BBB | 1050 McKinley Place Drive, San Marcos, TX | Ollies | $100,000 | | |
| 41. | 3097 | bbBaby | 27651 San Bernardino Avenue, Redlands, CA | B&N* | $102,703 | | |
| 42. | 524 | BBB | 4250 Cerrillos Road, Suite 1214, Santa Fe, NM | B&N | $119,137 | | |
| 43. | 433 | BBB | 200 Running Hill Road, South Portland, ME | B&N | $132,327 | | |
| 44. | 228 | BBB | 12309 Chenal Parkway, Suite A, Little Rock, AR | Aldi | $132,771 | | |
| 45. | 178 | BBB | 2060 66th Street North, St. Petersburg, FL | Havertys | $139,604 | | |
| 46. | 540 | BBB | 3555 Clares Street, Suite J, Capitola, CA | Michaels | $100,000 | | |
| 47. | 3076 | bbBaby | 3700 West Torrance Blvd, Torrance, CA | A&M Properties* | $100,000 | | |
| 48. | 3049 | bbBaby | 11350-11360 Pines Blvd, Pembroke Pines, FL | Havertys* | $100,342 | | |
| 49. | 1142 | BBB | 2203 Promenade Boulevard, Rogers, AR | Michaels | $100,000 | | |
| 50. | 127 | BBB | 5201 Stevens Creek Boulevard, Santa Clara, CA | Micro Electronics | $278,377 | | |
| 51. | 1177 | BBB | 3100 14th Street NW, Washington, DC | Burlington | $12,000,000** | | |
| 52. | 384 | BBB | 1557 Vine Street, Hollywood, CA | Burlington | $12,000,000** | | |

** Burlington's Successful Bid included 44 locations for an indivisible sum of $12,000,000.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 53. | 1094 | BBB | 2955 Cobb Parkway SE<br>Atlanta, GA | Burlington | $12,000,000** | | |
| 54. | 1265 | BBB | Margie Drive & State Rte 247<br>Warner Robins, GA | Burlington | $12,000,000** | | |
| 55. | 585 | BBB | 1430 Texas Avenue South<br>College Station, TX | Burlington | $12,000,000** | | |
| 56. | 557 | BBB | 2315 Colorado Blvd, Ste 180<br>Denton, TX | Burlington | $12,000,000** | | |
| 57. | 149 | BBB | 400 Grossman Drive<br>Braintree, MA | Burlington | $12,000,000** | Wicked Pickle | $106,451 |
| 58. | 525 | BBB | 5450 N. 9th Avenue<br>Pensacola, FL | Burlington | $12,000,000** | | |
| 59. | 454 | BBB | 2701 N. Federal Highway<br>Ft. Lauderdale, FL | Burlington | $12,000,000** | | |
| 60. | 3036 | bbBaby | 1440 Central Avenue<br>Colonie, NY | Burlington* | $12,000,000** | | |
| 61. | 507 | BBB | 3640 Long Beach Road<br>Oceanside, NY | Burlington | $12,000,000** | | |
| 62. | 577 | BBB | San Patricio Plaza<br>Guaynabo, PR | Burlington | $12,000,000** | | |
| 63. | 1314 | BBB | 1440 Old Country Road<br>Riverhead, NY | Burlington | $12,000,000** | | |
| 64. | 3108 | bbBaby | 149 Serramonte Center<br>Daly City, CA | Burlington* | $12,000,000** | | |
| 65. | 1309 | BBB | 160 Marketplace Boulevard<br>Hamilton, NJ | Burlington | $12,000,000** | | |
| 66. | 777 | BBB | 844 W. Telegraph Steet<br>Washington CIty, UT | Burlington | $12,000,000** | | |
| 67. | 192 | BBB | 11609 Midlothian Turnpike<br>Midlothian, VA | Burlington | $12,000,000** | | |
| 68. | 1365 | BBB | 422 W. Loop 281 Suite 200<br>Longview, TX | Burlington | $12,000,000** | | |
| 69. | 126 | BBB | 12520 Fountain Lake Circle<br>Stafford, TX | Burlington | $12,000,000** | | |
| 70. | 1002 | BBB | 6001 North West Loop 410<br>San Antonio, TX | Burlington | $12,000,000** | | |
| 71. | 769 | BBB | 4633 S Jack Kultgen Expressway<br>Waco, TX | Burlington | $12,000,000** | | |
| 72. | 589 | BBB | 3951 Promenade Parkway<br>D'Iberville, MS | Burlington | $12,000,000** | | |
| 73. | 542 | BBB | 261 Daniel Webster Highway<br>Nashua, NH | Burlington | $12,000,000** | | |

| #   | Store | Banner | Address | Stalking Horse | Stalking Horse Bid | Competing Bidder | Competing Bid |
|-----|-------|--------|---------|----------------|---------------------|------------------|---------------|
| 74. | 1175  | BBB    | 601 E. Dimond Boulevard<br>Anchorage, AK | Burlington | $12,000,000** | | |
| 75. | 1409  | BBB    | 1320 McFarland Blvd E<br>Tuscaloosa, AL | Burlington | $12,000,000** | | |
| 76. | 591   | BBB    | 10060 W. McDowell Road<br>Avondale, AZ | Burlington | $12,000,000** | | |
| 77. | 385   | BBB    | 1400C Glades Road<br>Boca Raton, FL | Michaels | $450,000 | Macys / Bloomingdales | $425,000 |
| 78. | 1304  | BBB    | 1827 NE Pine Island Road<br>Cape Coral, FL | LL: Alto | $450,000 | City Furniture | $425,000 |
| 79. | 1110  | BBB    | S.W. 33rd Avenue and S.W. 22nd Street<br>Coral Gables, FL | Burlington | $12,000,000** | LL: Hart Miracle | $82,955 |
| 80. | 3025  | bbBaby | 8241 West Flagler Street Suite 100<br>Miami, FL | Burlington* | $12,000,000** | Marko Store | $400,000 |
| 81. | 1143  | BBB    | Colonial Landing<br>Orlando, FL | Burlington | $12,000,000** | LL: ARC | $135,430 |
| 82. | 1367  | BBB    | 15600 Panama City Beach Parkway<br>Panama City Beach, FL | Burlington | $12,000,000** | Havertys | $305,281 |
| 83. | 1268  | BBB    | Building # 4<br>Sarasota, FL | Burlington | $12,000,000** | LL: Benderson | $550,000 |
| 84. | 556   | BBB    | 320 CBL Drive<br>St. Augustine, FL | Burlington | $12,000,000** | LL: Brixmor | $314,683 |
| 85. | 55    | BBB    | 1875 Palm Beach Lakes Blvd.<br>West Palm Beach, FL | Burlington | $12,000,000** | Macys / Bloomingdales | $750,000 |
| 86. | 1011  | BBB    | 200 Aberdeen Commons<br>Aberdeen, NC | Burlington | $12,000,000** | Ollies | $366,667 |
| 87. | 1237  | BBB    | 5160 Highway 70 Suite 600<br>Morehead City, NC | Burlington | $12,000,000** | LL: ITAC 192 | $600,000 |
| 88. | 27    | BBB    | 2130 Marlton Pike W Suite D<br>Cherry Hill, NJ | LL: Cherry Hill Retail | $375,000 | Ocean State Jobbers | $350,000 |
| 89. | 1096  | BBB    | 404 Route 3 West<br>Clifton, NJ | Burlington | $12,000,000** | LL: Mad River | $541,869 |
| 90. | 301   | BBB    | 2719 Edmondson Road<br>Cincinnati, OH | Scandinavian Designs | $775,000 | Macys / Bloomingdales | $750,000 |
| 91. | 3086  | bbBaby | 202 Morrell Road<br>Knoxville, TN | Burlington* | $12,000,000** | LL: The Centre at Deane Hill | $316,347 |
| 92. | 1403  | BBB    | 6101 Long Prairie Road, Suite 200<br>Flower Mound, TX | Michaels | $550,000 | LL: ITV highlands | $525,000 |
| 93. | 318   | BBB    | 3001-A101 W Loop 250 North<br>Midland, TX | Burlington | $12,000,000** | Ollies | $366,667 |
| 94. | 3118  | bbBaby | 1660 Millenia Avenue<br>Chula Vista, CA | Michaels | $925,000 | Scandinavian Designs | $900,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 95. | 3058 | bbBaby | 7621 Laguna Blvd<br>Elk Grove, CA | LL: DS Properties 18* | $200,000 | Barnes & Noble | $175,000 |
| 96. | 1044 | BBB | 200 Colony Place<br>Plymouth, MA | Burlington | $12,000,000** | Barnes & Noble | $100,000 |
| 97. | 3131 | bbBaby | 8050 Concord Mills Boulevard<br>Concord, NC | Barnes & Noble* | $129,015 | LL Kite | $0 |
| 98. | 615 | BBB | 3417 Catclaw Drive<br>Abilene, TX | LL: ARC | $186,490 | Barnes & Noble | $161,480 |
| 99. | 1260 | BBB | 10433 South State Street<br>Sandy, UT | LL: WM Acquisition | $104,325 | Barnes & Noble | $29,290 |
| 100. | 1338 | BBB | 3215 Daniels Road<br>Winter Garden, FL | Macys / Bloomingdales | $1,200,000 | Michaels | $1,175,000 |
| 101. | 1405 | BBB | 208 Grand Hill Place<br>Holly Springs, NC | Burlington | $12,000,000** | LL: Kite | $300,000 |
| 102. | 544 | BBB | 412 S. Bryant Ave<br>Edmond, OK | Burlington | $12,000,000** | Ollies | $366,667 |
| 103. | 1024 | BBB | 963 East Interstate Highway 30<br>Rockwall, TX | Burlington | $12,000,000** | Havertys | $330,785 |
| 104. | 1014 | BBB | 1235 Caroline Street NE<br>Atlanta, GA | Burlington | $12,000,000** | Michaels | $500,000 |
| 105. | 1333 | BBB | 1365 Eglin Street<br>Rapid City, SD | Burlington | $12,000,000** | Natural Food | $300,000 |
| 106. | 3112 | bbBaby | 2315 Summa Drive, Suite 120<br>Summerlin, NV | Michaels* | $125,000 | LL: Shops at Summerlin | $100,000 |
| 107. | 503 | BBB | 2315 Summa Drive #180<br>Las Vegas, NV | Michaels | $125,000 | LL: Shops at Summerlin | $100,000 |
| 108. | 650 | DC | 3 Enterprise Ave. N Ste 3<br>Secaucus | Western Direct | $10,500,000 | | |
| 109. | 677 | DC | 2900 S. Valley Parkway<br>Lewisville | Flexport | $500,000 | | |