George Hofmann
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
ghofmann@ck.law

Counsel to Akamai Technologies, Inc.

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 JUN 28 P 1:12

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 23-13359 (VFP) |
| BED BATH & BEYOND, INC., *et al.*, | Chapter 11 |
| | Jointly Administered |
| Debtors.[1] | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Cohne Kinghorn, P.C., appears herein as counsel to Akamai Technologies, Inc., a creditor and party in interest in the above-referenced case, pursuant to Fed. R. Bankr. P. 9010(b); and requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010, and pursuant to 11 U.S.C. §§ 102(1), 341, and 1109(b) that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

George Hofmann
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. This Notice of Appearance is not, and shall not be construed to be, a consent pursuant to 28 U.S.C. § 157(c)(2).

Dated:    June 16, 2023

_____
George Hofmann
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Phone: (801) 363-4300
Fax: (801) 363-4378
ghofmann@ck.law

2

4866-4876-8618, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing pleading to be served by mailing a copy of it by U.S. Mail, postage prepaid, to the following addresses:

Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

Michael D. Sirota
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601

Warren A. Usatine
Cole Schotz P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800

Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602

US Trustee's Office
One Newark Center Ste 2100
Newark, NJ 07102

Kroll Restructuring Administration LLC
Attn: Bed Bath & Beyond Inquiries
52 East 52nd St., 17th Floor
New York, NY 10055

George Hofmann
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Phone: (801) 363-4300
Fax: (801) 363-4378
Email: ghofmann@ck.law

Attorneys for Akamai Technologies, Inc.

3

4866-4876-8618, v. 1



Cohne | Kinghorn
111 EAST BROADWAY, 11th FLOOR
SALT LAKE CITY, UTAH 84111

US Bankruptcy Court
District of New Jersey
PO Box 1352
Newark, NJ 07101-1352