| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ  07601-7082<br>Tel:  201-287-2460<br>Fax:  201-489-0495<br>James C. Suozzo, Esq.<br><br>*Attorneys for Case Snow Management, LLC*<br>*Attorneys for 250 Hudson Street LLC* | Chapter 11<br><br>Case No.: 23-13359 (VFP)<br><br>(Jointly Administered) |
| IN RE:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>                                  Debtors. | |

## VERIFIED STATEMENT OF RIVKIN RADLER LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

RIVKIN RADLER LLP ("Rivkin"), on behalf of Case Snow Management, LLC and 250 Hudson Street LLC pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby states as follows:

1.    Rivkin concurrently represents two clients in connection with the Chapter 11 case (the "Case") of the above-captioned debtor ("Debtor"), namely, Case Snow Management, LLC and 250 Hudson Street LLC (collectively, the "Clients").

2.    Rivkin has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that Rivkin represent them in the Case.

3.    Rivkin does not possess any claims against or interests in the above-captioned Debtor.

|  |  |
|---|---|
| Dated: June 29, 2023<br>Uniondale, New York | RIVKIN RADLER LLP<br><br>*/s/* James C. Suozzo<br>James C. Suozzo, Esq.<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ  07601-7082<br>Tel:  201-287-2460<br>Fax:  201-489-0495<br>Email: james.suozzo@rivkin.com<br>*Counsel to Case Snow Management, LLC and 250 Hudson Street LLC* |

7599734.v1