**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Email Master Service List attached hereto as **Exhibit A**; and on the Objecting Parties Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on June 27, 2023, at 2:30 p.m. (ET) [Docket No. 985]

Dated: June 28, 2023

/s/ *Melissa Diaz*
Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 28, 2023, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 70830

**<u>Exhibit A</u>**

Exhibit A
Email Master Service List
Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO LEONARD FEINSTEIN AND WARREN EISENBERG | A.Y. STRAUSS LLC | EHORN@AYSTRAUSS.COM<br>HVOGEL@AYSTRAUSS.COM |
| COUNSEL TO ALTO NORTHPOINT, LP | ALTO NORTHPOINT, LP | DOR@ALTO-INV.COM<br>YISSACHAR@ALTO-INV.COM<br>NITAY@ALTO-INV.COM |
| COURT-APPOINTED MONITOR | ALVAREZ & MARSAL CANADA INC. | AHUTCHENS@ALVAREZANDMARSAL.COM<br>RGRUNEIR@ALVAREZANDMARSAL.COM<br>NFENNEMA@ALVAREZANDMARSAL.COM<br>CGOOD@ALVAREZANDMARSAL.COM |
| MONITOR TO THE CCAA PROCEEDING AND COUNSEL | ALVAREZ & MARSAL LLP | AHUTCHENS@ALVAREZANDMARSAL.COM |
| COUNSEL TO THE TEXAS TAXING AUTHORITIES "BEXAR COUNTY, CAMERON COUNTY, CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY, CITY OF EL PASO, FORT BEND COUNTY WCID #02, FORT BEND COUNTY, CITY OF FRISCO, GRAYSON COUNTY, GREGG COUNTY, HARRIS COUNTY, HIDALGO COUNTY, JEFFERSON COUNTY, LEWISVILLE INDEPENDENT SCHOOL DISTRICT, CITY OF MCALLEN, MCLENNAN COUNTY, CITY OF MESQUITE, MONTGOMERY COUNTY, NUECES COUNTY, PARKER CAD, ROCKWALL CAD, SAN MARCOS CISD, SMITH COUNTY, TARRANT COUNTY, TOM GREEN CAD, VICTORIA COUNTY, WICHITA COUNTY TAX OFFICE, RANDALL COUNTY TAX OFFICE, BRAZORIA COUNTY, BRAZORIA COUNTY SPECIAL ROAD & BRIDGE, ALVIN INDEPENDENT SCHOOL DISTRICT, ALVIN COMMUNITY COLLEGE, BRAZORIA COUNTY DRAINAGE DISTRICT #4, PEARLAND MUNICIPAL MANAGEMENT, BRAZORIA MUNICIPAL UTILITY DISTRICT #06, WOODLANDS METRO MUNICIPAL UTILITY DISTRICT, WOODLANDS ROAD UTILITY DISTRICT, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, HUMBLE INDEPENDENT SCHOOL DISTRICT, PASADENA INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, LUBBOCK CENTRAL APPRAISAL DISTRICT, MIDLAND COUNTY, CITY OF LAKE WORTH, CROWLEY INDEPENDENT SCHOOL DISTRICT, GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT, FRISCO INDEPENDENT SCHOOL DISTRICT, PLANO INDEPENDENT SCHOOL DISTRICT, BELL COUNTY TAX APPRAISAL DISTRICT, BOWIE CENTRAL APPRAISAL DISTRICT, BRAZOS COUNTY, DENTON COUNTY, GUADALUPE COUNTY, HAYS COUNTY, MIDLAND CENTRAL APPRAISAL DISTRICT, TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT, CITY OF WACO, WACO INDEPENDENT SCHOOL DISTRICT AND WILLIAMSON COUNTY" | ANSELL GRIMM & AARON, P.C. | JB@ANSELLGRIMM.COM |
| COUNSEL TO HINGHAM LAUNCH PROPERTY, LLC AND CP VENTURE FIVE – AV, LLC | ARCHER & GREINER, P.C. | JKULBACK@ARCHERLAW.COM |
| COUNSEL TO AIRPORT PLAZA, LLC, C T CENTER S.C., LP, CFH REALTY III/SUNSET VALLEY, L.P., CHICO CROSSROADS, L.P., CONROE MARKETPLACE S.C., L.P., FLAGLER S.C., LLC, FRANKLIN PARK S.C., LLC, KIMCO REALTY OP, LLC, KIMCO RIVERVIEW, LLC, KIR BRANDON 011, LLC, KIR BRIDGEWATER 573, LLC, KIR MONTGOMERY 049, LLC, KIR PASADENA II L.P., KIR SONCY L.P., KIR TUKWILA L.P., KSI CARY 483, LLC, MOORESVILLE CROSSING, LP, PL DULLES LLC, PRICE/BAYBROOK LTD., REDFIELD PROMENADE, LP, TALISMAN TOWSON LIMITED PARTNERSHIP, WEINGARTEN NOSTAT, LLC, WRI MUELLER, LLC, WRI/RALEIGH L.P., AND WRI-URS SOUTH HILL, LLC (COLLECTIVELY, THE "KIMCO LANDLORDS") | ARENTFOX SCHIFF LLP | BRETT.GOODMAN@AFSLAW.COM |
| COUNSEL TO RETAILMENOT, INC. | ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM<br>DBESKRONE@ASHBYGEDDES.COM |
| COUNSEL TO THE COUNTY OF LOUDOUN, VIRGINIA | ASSISTANT COUNTY ATTORNEY | ROBERT.SPROUL@LOUDOUN.GOV |

Exhibit A

Email Master Service List

Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO HART MIRACLE MARKETPLACE, LLC, BAYER DEVELOPMENT COMPANY, LLC, HART TC I-III, LLC, COBB PLACE PROPERTY, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | DFOLDS@BAKERDONELSON.COM |
| COUNSEL TO COBB PLACE PROPERTY, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KKLEMM@BAKERDONELSON.COM |
| COUNSEL TO BRIXMOR OPERATING PARTNERSHIP LP. | BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM |
| STATE OF NEW JERSEY ATTORNEY GENERAL | BANKRUPTCY DEPARTMENT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW JERSEY ATTORNEY GENERAL | BANKRUPTCY DEPARTMENT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| COUNSEL TO INFOR (US), LLC | BARNES & THORNBURG LLP | GPLOTKO@BTLAW.COM |
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | AOSTROW@BECKERGLYNN.COM WSWEARINGEN@BECKERGLYNN.COM |
| COUNSEL TO MASTIC ASSOCIATES OF NEW YORK LLC | BELKIN BURDEN GOLDMAN, LLP | JSOLOMON@BBGLLP.COM |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM |
| MONITOR TO THE CCAA PROCEEDING AND COUNSEL | BENNETT JONES FIRM | SHAKRAM@BENNETTJONES.COM FOSTERJ@BENNETTJONES.COM |
| COUNSEL TO COURT-APPOINTED MONITOR | BENNETT JONES LP | ZYCHK@BENNETTJONES.COM ZWEIGS@BENNETTJONES.COM SHAKRAM@BENNETTJONES.COM FOSTERJ@BENNETTJONES.COM |
| COUNSEL TO DUQUESNE LIGHT COMPANY | BERNSTEIN-BURKLEY, P.C. | KEBECK@BERNSTEINLAW.COM |
| COUNSEL FOR EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION | BETANCOURT, GRECO & EVANS LLC | JGRECO@BGE-LAW.COM |
| ATTORNEY FOR HUNTINGTON OAKS DELAWARE PARTNERS, LLC | BEWLEY, LASSLEBEN & MILLER, LLP | ERNIE.PARK@BEWLEYLAW.COM |
| COUNSEL TO VALLEY SQUARE I, L.P., CHRISTIANA TOWN CENTER, LLC & CTC PHASE II, LLC | BIELLI & KLAUDER, LLC | MASTRANGELO@BK-LEGAL.COM DKLAUDER@BK-LEGAL.COM |
| COUNSEL TO WALDORF SHOPPERS' WORLD, LLC ("WALDORF") | BROWN MCGARRY NIMEROFF LLC | JNIMEROFF@BMNLAWYERS.COM |
| COUNSEL TO PREP HOME RETAIL-OCEANSIDE LLC | BUCHALTER | ANAPOLITANO@BUCHALTER.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO COMENITY CAPITAL BANK | BURR & FORMAN LLP | KWATSON@BURR.COM |

Exhibit A

Email Master Service List

Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CREDITOR, PITTSBURGH HILTON HEAD ASSOCIATES L.P. | BUTLER SNOW LLP | PAUL.MURPHY@BUTLERSNOW.COM<br>ECF.NOTICES@BUTLERSNOW.COM<br>KITTY.LOGAN@BUTLERSNOW.COM |
| COUNSEL TO 1-800-FLOWERS.COM, INC. ("1-800-FLOWERS") | CAHILL GORDON & REINDEL LLP | JLEVITIN@CAHILL.COM<br>RSTIEGLITZ@CAHILL.COM |
| COUNSEL TO OAKLAND COUNTY TREASURER | CALHOUN & DI PONIO, PLC | KEVIN@LAWYERMICH.COM |
| COUNSEL TO ARC INTERNATIONAL NORTH AMERICA, LLC | CAPEHART & SCATCHARD, P.A. | WWRIGHT@CAPEHART.COM |
| COUNSEL TO THE BANK OF NEW YORK MELLON, AS TRUSTEE | CARTER LEDYARD & MILBURN LLP | BANKRUPTCY@CLM.COM |
| COUNSEL TO SEROTA ISLIP, NC LLC, AND 3600 LONG BEACH ROAD, LLC AND SEROTA ISLIP NC LLC | CERTILMAN BALIN ADLER & HYMAN, LLP | JMAYALL@CERTILMANBALIN.COM<br>TMONROE@CERTILMANBALIN.COM |
| COUNSEL TO RICHARDS CLEARVIEW, LLC | CHAFFE MCCALL, LLP | LAUDUMIEY@CHAFFE.COM |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | BKANTAR@CSGLAW.COM |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | BKANTAR@CSGLAW.COM<br>SZUBER@CSGLAW.COM |
| COUNSEL TO RAINIER COLONY PLACE ACQUISTIONS LLC AND THE ANNA MSCISZ TRUST | CIARDI CIARDI & ASTIN | ACIARDI@CIARDILAW.COM<br>NNIGRELLI@CIARDILAW.COM |
| COUNSEL TO CANTON CORNERS/FORD ROAD LLC, A&W ACQUISITIONS, CPT LOUISVILLE I LLC, SANTAN MP, LP, VPQCM, LLC, WEINGARTEN REALTY INVESTORS AND SURPRISE MARKETPLACE HOLDINGS, LLC | CLARK HILL PLC | BFRANKE@CLARKHILL.COM<br>AHORNISHER@CLARKHILL.COM |
| COUNSEL TO DT-SGW, LLC, AND CHEN LIU AND SHU FEN LIE REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ERASSMAN@COHENSEGLIAS.COM |
| COUNSEL TO DT-SGW, LLC, AND CHEN LIU AND SHU FEN LIE REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | WFIRTH@COHENSEGLIAS.COM |
| COUNSEL TO THE DEBTORS | COLE SCHOTZ P.C. | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 3 of 10

Exhibit A
Email Master Service List
Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO AMERICAN ELECTRIC POWER, ARIZONA PUBLIC SERVICE COMPANY, GEORGIA POWER COMPANY, SALT RIVER PROJECT, SAN DIEGO GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, THE CLEVELAND ELECTRIC ILLUMINATING COMPANY, TOLEDO EDISON COMPANY, OHIO EDISON COMPANY, PENNSYLVANIA POWER COMPANY, MONONGAHELA POWER COMPANY, POTOMAC EDISON COMPANY, WEST PENN POWER COMPANY, JERSEY CENTRAL POWER & LIGHT COMPANY, THE CONNECTICUT LIGHT & POWER COMPANY, YANKEE GAS SERVICE COMPANY, PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, EVERSOURCE GAS OF MASSACHUSETTS, NSTAR ELECTRIC COMPANY, WESTERN MASSACHUSETTS, TAMPA ELECTRIC COMPANY, PEOPLES GAS SYSTEM, INC., ROCHESTER GAS & ELECTRIC CORPORATION, PSEG LONG ISLAND, TUCSON ELECTRIC POWER COMPANY, UNS GAS, INC., CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., BALTIMORE GAS AND ELECTRIC COMPANY, FLORIDA POWER & LIGHT COMPANY, BOSTON GAS COMPANY, COLONIAL GAS CAPE COD, KEYSPAN ENERGY DELIVERY LONG ISLAND, KEYSPAN ENERGY DELIVERY NEW YORK, MASSACHUSETTS ELECTRIC COMPANY, NARRAGANSETT ELECTRIC COMPANY, NIAGARA MOHAWK POWER CORPORATION, VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, THE EAST OHIO GAS COMPANY D/B/A DOMINION ENERGY OHIO, PECO ENERGY COMPANY, DELMARVA POWER & LIGHT COMPANY, ATLANTIC CITY ELECTRIC COMPANY, NV ENERGY, INC., PUBLIC SERVICE ELECTRIC AND GAS COMPANY, NEW YORK STATE ELECTRIC AND GAS CORPORATION, AND COMMONWEALTH EDISON COMPANY | CULLEN AND DYKMAN LLP | MKWIATKOWSKI@CULLENLLP.COM |
| COUNSEL TO JPMORGAN CHASE BANK N.A. | DAVIS POLK & WARDWELL, LLC | ADAM.SHPEEN@DAVISPOLK.COM |
| COUNSEL TO THE PREPETITION ABL AGENT | DAVIS POLK & WARDWELL, LLP | MICHAEL.PERA@DAVISPOLK.COM<br>ADAM.SHPEEN@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM |
| COUNSEL TO GOTHAM TECHNOLOGY GROUP, LLC ("GOTHAM") | DAY PITNEY LLP | SCATANZARO@DAYPITNEY.COM |
| COUNSEL FOR CONTINENTAL REALTY CORPORATION, AND WM SUNSET & VINE LLC | DLA PIPER LLP (US) | AARON.APPLEBAUM@US.DLAPIPER.COM |
| COUNSEL FOR CONTINENTAL REALTY CORPORATION, AND WM SUNSET & VINE LLC | DLA PIPER LLP (US) | RICHARD.KREMEN@DLAPIPER.COM |
| COUNSEL TO NP NEW CASTLE, LLC | DUANE MORRIS LLP | LJKOTLER@DUANEMORRIS.COM |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | MSBAUER@DUANEMORRIS.COM<br>SLROSS@DUANEMORRIS.COM |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | SLROSS@DUANEMORRIS.COM |
| COUNSEL TO IRIS SOFTWARE, INC. | EPSTEIN OSTROVE, LLC | E.OSTROVE@EPSTEINOSTROVE.COM<br>V.KARANJIA@EPSTEINOSTROVE.COM |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | BRIAN.MORGAN@FAEGREDRINKER.COM |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | FRANK.VELOCCI@FAEGREDRINKER.COM |
| COUNSEL TO FEDERAL SERVICE SOLUTIONS | FLEISCHER, FLEISCHER & SUGLIA, P.C. | JDOPKE@FLEISCHERLAW.COM |
| COUNSEL TO WPG LEGACY, LLC AND SELECT CONSOLIDATED MANAGEMENT, LLC | FROST BROWN TODD LLP | JBLASK@FBTLAW.COM |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | RGOLD@FBTLAW.COM |
| COUNSEL TO HCL TEXAS AVENUE, LLC & PTC TX HOLDINGS, LLC | FUQUA & ASSOCIATES, P.C. | FUQUA@FUQUALEGAL.COM |
| COUNSEL FOR ROCKAWAY TOWNSHIP AND TAX COLLECTOR, ROCKAWAY TOWNSHIP | GAVZY LAW | STUART@GAVZYLAW.COM |

Exhibit A

Email Master Service List

Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO SERITAGE SRC FINANCE LLC | GELLERT SCALI BUSENKELL & BROWN, LLC | RGELLERT@GSBBLAW.COM<br>MBUSENKELL@GSBBLAW.COM<br>ABROWN@GSBBLAW.COM |
| COUNSEL TO AD HOC COMMITTEE OF BONDHOLDERS | GENOVA BURNS, LLC | DSTOLZ@GENOVABURNS.COM<br>GKINOIAN@GENOVABURNS.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "CREDITORS' COMMITTEE") | GIBBONS P.C. | RMALONE@GIBBONSLAW.COM<br>BTHEISEN@GIBBONSLAW.COM<br>KMCEVILLY@GIBBONSLAW.COM |
| COUNSEL TO AD HOC COMMITTEE OF BONDHOLDERS | GLENN AGRE BERGMAN & FUENTES LLP | AGLENN@GLENNAGRE.COM<br>KMAYR@GLENNAGRE.COM<br>SSCHMIDT@GLENNAGRE.COM<br>ABERRO@GLENNAGRE.COM<br>NRAHMAN@GLENNAGRE.COM |
| COUNSEL TO SHARKNINJA OPERATING LLC | GOODWIN PROCTER LLP | KJARASHOW@GOODWINLAW.COM<br>MMITNICK@GOODWINLAW.COM |
| COUNSEL TO HINGHAM LAUNCH PROPERTY, LLC AND CP VENTURE FIVE – AV, LLC | GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM<br>BGAGE@GOULSTONSTORRS.COM |
| COUNSEL TO TELEGRAPH MARKETPLACE PARTNERS II, LLC | GRAFF SILVERSTEIN LLP | DGRAFF@GRAFFSILVERSTEINLLP.COM<br>MSILVERSTEIN@GRAFFSILVERSTEINLLP.COM |
| COUNSEL TO TRIPLE B MISSION VIEJO LLC (SUCCESSOR TO THE 1031 NATIONAL EXCHANGE CORPORATION) & BROTHERS INTERNATIONAL HOLDING CORPORATION | GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| COUNSEL TO BROTHERS INTERNATIONAL HOLDING CORPORATION AND ALMADEN PLAZA SHOPPING CENTER INC | GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| COUNSEL TO JPMORGAN CHASE BANK N.A. | GREENBERG TRAURIG, LLP | BRODYA@GTLAW.COM |
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | PETERMANN@GTLAW.COM |
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | PAUL.SCHAFHAUSER@GTLAW.COM |
| COUNSEL TO CITY OF MESQUITE ("SECURED CREDITORS") | GRIMES & LINEBARGER, LLP | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO TOWNSHIP OF WHITEHALL | GROSS MCGINLEY, LLP | LSPEZIALE@GROSSMCGINLEY.COM |
| COUNSEL TO MARIN COUNTRY MART, LLC | HANSON BRIDGETT LLP | JLAVINSKY@HANSONBRIDGETT.COM |
| COUNSEL TO NPP DEVELOPMENT LLC | HINCKLEY, ALLEN & SNYDER LLP | JDORAN@HINCKLEYALLEN.COM |
| COUNSEL TO THE BRINK'S COMPANY, INCLUDING BUT NOT LIMITED TO, BRINK'S, INC., BRINK'S CAPITAL, AND ALL OTHER DIVISIONS, SUBSIDIARIES, AND RELATED ENTITIES ("BRINK'S") | HIRSCHLER FLEISCHER, P.C. | RWESTERMANN@HIRSCHLERLAW.COM<br>BFALABELLA@HIRSCHLERLAW.COM |
| COUNSEL TO ALTO NORTHPOINT, LP | HOLLAND & KNIGHT LLP | BARBRA.PARLIN@HKLAW.COM |
| COUNSEL TO CBL & ASSOCIATES MANAGEMENT, INC. | HUSCH BLACKWELL LLP | DAVID.STAUSS@HUSCHBLACKWELL.COM |
| COUNSEL TO CARTUS CORPORATION | K&L GATES LLP | DAVID.CATUOGNO@KLGATES.COM |
| COUNSEL TO NEWTOWN/BUCKS ASSOCIATES, L.P. | KAPLIN STEWART MELOFF REITER & STEIN, P.C. | DUTAIN@KAPLAW.COM<br>WLEVANT@KAPLAW.COM |

Exhibit A
Email Master Service List
Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO BENDERSON DEVELOPMENT COMPANY,BLUMENFELD DEVELOPMENT GROUP, LTD., BROOKFIELDPROPERTIES RETAIL, INC., KITE REALTY GROUP, LERNERPROPERTIES, OAK STREET REAL ESTATE, NUVEEN REALESTATE, REGENCY CENTERS, L.P., SHOPCOREPROPERTIES, SITE CENTERS CORP. AND RYDER INTEGRATED LOGISTIC, INC. (TOP 30 UNSECURED CREDITOR) | KELLEY DRYE & WARREN LLP | RLEHANE@KELLEYDRYE.COM JRAVIELE@KELLEYDRYE.COM CCHOE@KELLEYDRYE.COM KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM MMCLOUGHLIN@KELLEYDRYE.COM JCARR@KELLEYDRYE.COM |
| COUNSEL TO JORDAN KAUFMAN, TREASURER/TAX OF COLLECTOR | KEN COUNTY TREASUER AND TAX COLLECTOR OFFICE | BANKRUPTCY@KERNCOUNTY.COM |
| COUNSEL TO KEPLER GROUP LLC | KEPLER GROUP LLC | RUCHI.PRASAD@KEPLERGRP.COM |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | JOSHUA.SUSSBERG@KIRKLAND.COM EMILY.GEIER@KIRKLAND.COM DEREK.HUNTER@KIRKLAND.COM |
| COUNSEL TO W.B.P. CENTRAL ASSOCIATES, LLC | KRISS & FEUERSTEIN LLP | DZINMAN@KANDFLLP.COM |
| CLAIMS AND NOTICING AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | BBBYTEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM |
| COUNSEL TO WATER TOWER SQUARE ASSOCIATES | KURTZMAN STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| COUNSEL TO FOR TAFT ASSOCIATES | LASSER HOCHMAN, L.L.C. | RZUCKER@LASSERHOCHMAN.COM SGURYAN@LASSERHOCHMAN.COM |
| COUNSEL TO NO PLACE LIKE HOME CORP. (NPLHC) | LAW OFFICE OF SHMUEL KLEIN PA | SHMUEL.KLEIN@VERIZON.NET |
| ATTORNEY FOR DONG KOO KIM AND JONG OK KIM, TRUSTEES OF THE DONG KOO KIM AND JONG OK KIM FAMILY TRUST | LAW OFFICES OF ANDY WINCHELL, P.C. | ANDY@WINCHLAW.COM |
| COUNSEL TO COLUMBUS PARK CROSSING, LLC AND FORUM LONE STAR, L.P | LAW OFFICES OF KENNETH L. BAUM LLC | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| COUNSEL FOR DC USA OPERATING CO., LLC (CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-1(B)) & VF CENTER ASSOCIATES, L.P. (CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-1(B)) | LAW OFFICES OF LISA M. SOLOMON | LISA.SOLOMON@ATT.NET |
| COUNSEL TO 36 MONMOUTH PLAZA LLC AS SUCCESSOR IN INTEREST TO HENDON/DDR/BP LLC & CAC ATLANTIC LLC (THE "NOTICE PARTIES") | LAZARUS & LAZARUS, P.C. | HLAZARUS@LAZARUSANDLAZARUS.COM |
| COUNSEL TO NUECES COUNTY, CITY OF MCALLEN, SAN MARCOS CISD, CAMERON COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY & VICTORIA COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@LGBS.COM |
| COUNSEL TO BEXAR COUNTY & CITY OF EL PASO | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | SANANTONIO.BANKRUPTCY@LGBS.COM |
| COUNSEL TO PARKER CAD, GRAYSON COUNTY, DALLAS COUNTY, SMITH COUNTY, TARRANT COUNTY, LEWISVILLE ISD, ROCKWALL CAD, CITY OF FRISCO, GREGG COUNTY ("SECURED CREDITORS"), TOM GREEN CAD | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, ANGELINA COUNTY, HARRIS COUNTY, FORT BEND CO WCID #02, MONTGOMERY COUNTY, JEFFERSON COUNTY, AND FORT BEND COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@LGBS.COM |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ANDREW.BRAUNSTEIN@LOCKELORD.COM |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | HANNA.REDD@LOCKELORD.COM |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | JONATHAN.YOUNG@LOCKELORD.COM |
| COUNSEL TO KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR | MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| COUNSEL TO CAPARRA CENTER ASSOCIATES LLC | MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C. | JMCCARTNEY@MCWPC.COM |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 6 of 10

Exhibit A
Email Master Service List
Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| ATTORNEY FOR TKG BISCAYNE, LLC, TKG PAXTON TOWNE CENTER DEVELOPMENT, LP, TKG-MANCHESTER HIGHLAND, TKG CORAL NORTH, LLC, MANHATTAN MARKETPLACE SC LLC, THF HARRISONBURG CROSSING, LLC, CARSON VALLEY CENTER, LLC, DREAMLAND SHOPPING CENTER, SLO PROMENADE DE LLC, MCS-LANCASTER DE LP, TKG MONROE LOUISIANA 2 LLC, SHREVE CENTER DE LLC, TKG LOGAN TOWN CENTRE LP, TKG MOUNTAIN VIEW PLAZA, LLC, TKG WOODMEN COMMONS, LLC, GKT SHOPPES AT LEGACY PARK, GKT GALLATIN SHOPPING CENTER, THF/MRP TIGER TOWN, LLC, GRAND MESA CENTER, LLC, THE SHOPPES AT WILTON, LLC, AND EPPS BRIDGE CENTRE PROPERTY CO, LLC (COLLECTIVELY, THE "TKG ENTITIES") | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM |
| COUNSEL TO HRTC 1 LLC | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | JBERNSTEIN@MDMC-LAW.COM |
| COUNSEL TO HRTC 1 LLC | MCELROY, DEUTSCH, MULVANEY & | NLEONARD@MDMC-LAW.COM |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | DFOLEY@MCGUIREWOODS.COM JMWEISS@MCGUIREWOODS.COM |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | PAGOLDSTEIN@MCGUIREWOODS.COM |
| COUNSEL TO  SALMAR PROPERTIES, LLC. | MCMANIMON SCOTLAND & BAUMANN, LLC | ASODONO@MSBNJ.COM SPLACONA@MSBNJ.COM |
| COUNSEL TO FARLEY REAL ESTATE ASSOCIATES, LLC | MELLINGER KARTZMAN LLC | SKARTZMAN@MSKLAW.NET |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | JBALDIGA@MIRICKOCONNELL.COM |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") & ISM HOLDINGS, INC., THE LESSOR OF THE DEBTORS' LOCATION IN AUBURN, MASSACHUSETTS (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | PCAREY@MIRICKOCONNELL.COM |
| COUNSEL TO STUDIO CITY EAST 93K LLC | MORITT HOCK & HAMROFF LLP | MDWORKIN@MORITTHOCK.COM LBERKOFF@MORITTHOCK.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KCORDRY@NAAG.ORG |
| COUNSEL TO KEYBANK NATIONAL ASSOCIATION | NOLAN HELLER KAUFFMAN LLP | FBRENNAN@NHKLLP.COM |
| COUNSEL TO SAUL HOLDINGS LIMITED PARTNERSHIP (FRENCH MARKET MALL SHOPPING CENTER) | OFFIT KURMAN, P.A. | PWINTERHALTER@OFFITKURMAN.COM |
| COUNSEL TO OKLAHOMA COUNTY TREASURER | OKLAHOMA COUNTY TREASURER | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| COUNSEL TO HRTC I, LLC | ONE LLP | LHILTON@ONELLP.COM |
| DEBTORS' CANADIAN COUNSEL | OSLER | MWASSERMAN@OSLER.COM |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES LLP | RFEINSTEIN@PSZJLAW.COM BSANDLER@PSZJLAW.COM PLABOV@PSZJLAW.COM CROBINSON@PSZJLAW.COM |
| COUNSEL TO LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | LMBKR@PBFCM.COM |
| COUNSEL TO HUMBLE INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT AND PASADENA INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |

Exhibit A

Email Master Service List

Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO SAMA PLASTICS CORP. AND SAMA WOOD LLC | PORZIO, BROMBERG & NEWMAN, P.C. | JSMAIRO@PBNLAW.COM |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC. ("SIXTH STREET") | PROSKAUER ROSE LLP | CDALE@PROSKAUER.COM |
| COUNSEL TO DIP AGENTS AND SIXTH STREET SPECIALTY LENDING, INC., | PROSKAUER ROSE LLP | DHILLMAN@PROSKAUER.COM DHILLMAN@PROSKAUER.COM MVOLIN@PROSKAUER.COM RKLEIN@PROSKAUER.COM |
| COUNSEL TO MAD RIVER DEVELOPMENT LLC | RABINOWITZ, LUBETKIN & TULLY, LLC | JLUBETKIN@RLTLAWFIRM.COM |
| COUNSEL TO KEURIG DR PEPPER | RICHARD W. WARD LAW OFFICE | RWWARD@AIRMAIL.NET |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | RIEMER & BRAUNSTEIN, LLP | SFOX@RIEMERLAW.COM |
| COUNSEL TO 250 HUDSON STREET, LLC | RIVKIN RADLER LLP | JAMES.SUOZZO@RIVKIN.COM |
| COUNSEL TO REGENT SHOPPING CENTER INC. AND CASTLE RIDGE PLAZA LLC | RUBIN LLC | PRUBIN@RUBINLAWLLC.COM |
| COUNSEL FOR CREDITOR ELENI ZERVOS | SACCO & FILLAS, LLP | MSCHLAF@SACCOFILLAS.COM |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | MARK.MINUTI@SAUL.COM |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | TURNER.FALK@SAUL.COM |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | TURNER.FALK@SAUL.COM |
| COUNSEL TO THE COMMONS AT SUGAR HOUSE, L.C., A CREDITOR, BOYER SPRING CREEK, L.C., AND WN ACQUISTION DELAWARE, LLC | SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | DBINGHAM@SCALLEYREADING.NET |
| COUNSEL TO DC USA OPERATING CO., LLC | SCARINCI HOLLENBECK, LLC | DEDELBERG@SH-LAW.COM |
| COUNSEL TO LOGIXAL INC. | SCHWARTZ BARKIN & MITCHELL | ABARKIN@SBMESQ.COM |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO KEPLER GROUP LLC | SEWARD & KISSEL LLP | GAYDA@SEWKIS.COM MATOTT@SEWKIS.COM |
| COUNSEL TO 36 MONMOUTH PLAZA LLC AND CA-5-15 WEST 125TH LLC | SEYFARTH SHAW LLP | JYU@SEYFARTH.COM |
| COUNSEL TO SHARKNINJA OPERATING LLC | SHARKNINJA OPERATING LLC | BPORWAY@SHARKNINJA.COM |
| COUNSEL TO SIMON PROPERTY GROUP, INC. | SIMON PROPERTY GROUP, INC. | RTUCKER@SIMON.COM |
| COUNSEL TO SIMSBURY COMMONS LLC; MIDDLETOWN SHOPPING CENTER I, L.P. AND RIVERHEAD CENTRE OWNERS, LLC | SIRLIN LESSER & BENSON, P.C. | DPLON@SIRLINLAW.COM |
| AGENTS UNDER THE DEBTORS PREPETITION SECURED FACILITIES AND COUNSEL THERETO | SIXTH STREET SPECIALTY LENDING, INC. | IRTSLX@SIXTHSTREET.COM |

Exhibit A
Email Master Service List
Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CNA ENTERPRISES, INC. (PROPERTY OWNER: SCOTTSDALE FIESTA RETAIL CENTER, LLC), NEWMARK MERRILL COMPANIES, INC. (PROPERTY OWNER: UAP GRAND PLAZA; WPI GRAND PLAZA FKA GRAND LAS POSAS, LLC) (PROPERTY OWNER: TRIANGLE TOWN CENTER NW, LLC), AND ROLLING HILLS PLAZA, LLC | SKLAR KIRSH, LLP | ILANDSBERG@SKLARKIRSH.COM |
| COUNSEL FOR BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | MARK.SALZBERG@SQUIREPB.COM |
| COUNSEL FOR BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | MARK.ERRICO@SQUIREPB.COM |
| COUNSEL TO LEVIN MANAGEMENT CORPORATION | STARK & STARK, P.C. | JLEMKIN@STARK-STARK.COM TONDER@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |

Exhibit A

Email Master Service List

Served as set forth below

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | AGO.BANKRUPTCIES@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| COUNSEL TO COMMERCE TECHNOLOGIES LLC D/B/A COMMERCEHUB | STRADLEY RONON STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| COUNSEL TO GFA ALABAMA INC. | THE LAW OFFICE OF JOHN C. KIM, P.C. | FRAN.B.STEELE@USDOJ.GOV |
| COUNSEL TO IMI HUNTSVILLE LLC | THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| COUNSEL TO WORLD MARKET, LLC | TRENK ISABEL SIDDIQI & SHAHDANIAN P.C. | RROGLIERI@TRENKISABEL.LAW |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | DOUGLAS.HERRMANN@TROUTMAN.COM MARCY.SMITH@TROUTMAN.COM |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | TROUTMAN PEPPER HAMILTON SANDERS LLP | HENRY.JAFFE@TROUTMAN.COM |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | TROUTMAN PEPPER HAMILTON SANDERS LLP | STEPHANIE.JONAITIS@TROUTMAN.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | USANJ.COMMUNITYOUTREACH@USDOJ.GOV |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.NE.ECF@USDOJ.GOV FRAN.B.STEELE@USDOJ.GOV ALEXANDRIA.NIKOLINOS@USDOJ.GOV |
| COUNSEL TO COMMONS AT ISSAQUAH, INC. | VALINOTI, SPECTER & DTIO, LLP | JDITO@VALINOTI-DITO.COM |
| COUNSEL TO CMR LIMITED PARTNERSHIP | VEDDER PRICE P.C. | CMBROWN@VEDDERPRICE.COM |
| COUNSEL TO HAWTHORNE INVESTORS 1 LLC | WANGER JONES HELSLEY | RWALTER@WJHATTORNEYS.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | OAG@DC.GOV |
| COUNSEL TO STRATFORD HALL, INC. | WENOKUR RIORDAN PLLC | FAYE@WRLAWGROUP.COM |
| COUNSEL TO ENID TWO, LLC | WILENTZ, GOLDMAN & SPITZER | DSTEIN@WILENTZ.COM |

**Exhibit B**

## Exhibit B

Objecting Parties Service List

Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| 13040659 | Counsel to Federal Heath Sign Company, LLC | charvey@sgrlaw.com |
| 13040679 | Counsel to JMCR Sherman | mkorik@gruenlaw.com |
| 13040680 | Counsel to JMCR Sherman | smoore@condontobin.com |
| 13008055 | Federal Health Sign Company, LLC | ejanczak@sgrlaw.com |