**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF REJECTION OF CERTAIN**
**EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON SCHEDULE 1 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

PLEASE TAKE NOTICE that on May 17, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order on the motion (the "Lease Rejection Procedures Motion")[2] of the debtors and debtors in possession (the "Debtors"), approving procedures for the rejection of executory contracts and unexpired leases and granting related relief [Docket No. 382] (the "Lease Rejection Procedures Order").

PLEASE TAKE FURTHER NOTICE that on May 22, 2023, the Court entered the *Order (I) Establishing Procedures to Sell Certain Leases, and (II) Approving the Sale of Certain Leases and (III) Granting Related Relief* [Docket No. 422] (the "Lease Sale Procedures Order"), approving certain procedures (the "Lease Sale Procedures"), attached as Exhibit 1 to the Lease Sales Procedures Order, to auction and sale Lease Assets (as defined in the Lease Sale Procedures).

PLEASE TAKE FURTHER NOTICE that on June 26, 2023, pursuant to the Lease Sale Procedures Order, the Debtors conducted an auction (the "Phase 1 Lease Auction") with respect to certain Lease Assets at the offices of Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, New York, 10022.  Attendees were permitted to attend the Phase 1 Lease Auction in person or via Zoom.

PLEASE TAKE FURTHER NOTICE that on June 27, 2023, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1114], identifying the Successful Bidders and Backup Bidders with respect to the Phase 1 Lease Auction and notifying parties in interest that the hearing to consider approval of the sale, liquidation, or

---

[2]    Capitalized terms used and not otherwise defined herein have the meanings given to them in the Lease Rejection Procedures Motion or Lease Sale Procedures Order (as defined herein), as applicable.

other disposition of the Lease Assets with respect to the Phase 1 Lease Auction will be held on

July 18, 2023, at 2:30 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Lease Rejection Procedures

Order and by this notice (this "Rejection Notice"), the Debtors hereby notify you that they have

determined, in the exercise of their business judgment, that each Contract set forth on Exhibit 1

(the "Rejection Schedule") annexed to the proposed form of order attached hereto as **Exhibit A**

(the "Rejection Order") shall be rejected effective as of the date (the "Rejection Date") set forth in

Rejection Schedule, or such other date as the Debtors and the counterparty or counterparties to any

such Contract agree.

PLEASE TAKE FURTHER NOTICE that, for the avoidance of doubt, and pursuant to

the Lease Rejection Procedures Order, the Debtors reserve the right to remove any Contract from

**Schedule 1** at any time prior to the entry of the Rejection Order and may remove any such Contract

for any reason, including, but not limited, receiving a Qualified Bid or designating a Successful

Bidder with respect to such Contract.

PLEASE TAKE FURTHER NOTICE that parties seeking to object to the proposed

rejection of any of the Contracts must file and serve a written objection so that such objection is

filed with the Court on the docket of the Debtors' Chapter 11 Cases no later than ten (10) days

after the date that the Debtors served this Notice and promptly serve such objection on the

following parties:  (i) the Debtors, Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, New

Jersey 07083; (ii) co-counsel to the Debtors, (A) Kirkland & Ellis LLP, 601 Lexington Avenue,

New York, New York 10022, Attn.:  Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I.

Hunter, and Ross J. Fiedler, and (B) Cole Schotz P.C., Court Plaza North, 25 Main Street,

Hackensack, New Jersey 07601, Attn.: Michael D. Sirota, Esq., Warren A. Usatine, Esq., and

Felice R. Yudkin, Esq.; (iii) Office of The United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, New Jersey 07102, Attn: Fran Steele, John Schanne, and Alexandria Nikolinos (Fran.B.Steele@usdoj.gov, John.Schanne@usdoj.gov, and Alexandria.Nikolinos@usdoj.gov); and (iv) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 3rd Ave #34, New York, NY 10017, Attn: Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov and Colin R. Robinson. Only those responses that are timely filed, served, and received will be considered at any hearing.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors may include and file with the Court the above-described Contract(s) in the Rejection Schedule attached to the Rejection Order under a certificate of no objection. No Contract shall be deemed rejected absent entry of an applicable Rejection Order. The rejection of each Contract shall become effective on the applicable Rejection Date set forth on the Rejection Schedule, or such other date as the Debtors and the counterparty or counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such objection is overruled or withdrawn, such Contract or Contracts shall be rejected as of the applicable Rejection Date set forth in **Schedule 1** attached hereto or such other date as the Debtors and the counterparty or counterparties to any such Contract agree.

---

[3] An objection to the rejection of any particular Contract listed in the Rejection Schedule shall not constitute an objection to the rejection of any other Contract listed in the Rejection Schedule. Any objection to the rejection of any particular Contract listed in the Rejection Schedule must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Rejection Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Lease Rejection Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described in the Rejection Schedule shall be deemed abandoned as of the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so by the later of (a) the claims bar date established in these Chapter 11 Cases, if any, and (b) 30 days after the later of (i) the date of entry of the Rejection Order approving rejection of the applicable Contract and (ii) the Rejection Date.  IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE, FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated: June 29, 2023

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      joshua.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and
Debtors in Possession*

**Exhibit A**

**Proposed Rejection Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## THIRD ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

(Page |3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 382] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Exhibit 1** or such other date as the Debtors and the applicable Rejection Counterparty

---

[1]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page |4 )

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

agrees; *provided*, *however*, that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth in the Rejection Notice and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' surrender of the premises and (A) turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that (i) nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under applicable law from any of the Debtors' leased premises (ii) to the extent the Debtors seek to abandon personal property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors will use commercially reasonable efforts to remove the PII from such personal property before abandonment, and (iii) within five (5) business days of filing a Rejection Notice, the Debtors will make reasonable efforts to contact any third parties that may be known to the Debtors to have a property interest in the Abandoned Property and ask such third parties to remove or cause to be removed personal property, if any, from the premises prior to the Rejection Date.  Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties

(Page |5 )

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

and, to the extent applicable, the automatic stay is modified to allow such disposition. The rights of the applicable landlord to assert claims with respect to such disposition of the abandoned property are reserved, as are all parties' rights to object to such claims.

3.      Claims arising out of the rejection of Contracts, if any, must be filed in accordance with the Plan or on or before the later of (i) the deadline for filing proofs of claim established in these Chapter 11 Cases, if any, and (ii) 30 days after the later of (A) the date of entry of this Order, and (B) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Rejection Schedule**

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 1. | MILBURN TEL TWELVE LLC | CLARK, GIL, LEASING, ATTN: GIL CLARK, 30 W MONROE STREET SUITE 1700, CHICAGO, IL 60603 | Store Lease | 3137 | 28512 Telegraph Rd, Southfield, MI, 48034 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 2. | NATIONAL RETAIL PROPERTIES, LP | ATTN: VP ASSET MGMT., 450 SOUTH ORANGE AVENUE SUITE 900, ORLANDO, FL 32801 | Store Lease | 40 | 32 Wolf Road, Albany, NY, 12205 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 3. | CROSSROADS CANADA LLC | C/O LARSEN BAKER, LLC, 6298 EAST GRANT ROAD SUITE 100, TUCSON, AZ 85712 | Store Lease | 47 | 4811 E. Grant Road, Suite 131, Tucson, AZ, 85712 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 4. | PROMENADE DELAWARE, LLC | C/O ROBERT L STARK ENTERPRISES INC., 629 EUCLID AVENUE SUITE 1300, CLEVELAND, OH 44114 | Store Lease | 54 | 30083 Detroit Road, Westlake, OH, 44145 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 5. | FOREST PLAZA LLC | 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204 | Store Lease | 108 | Forest Plaza, 6309 East State Street, Rockford, IL, 61108 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 6. | FEDERAL REALTY INVESTMENT TRUST | 909 ROSE AVENUE SUITE 200, NORTH BETHESDA, MD 20852 | Store Lease | 110 | Barracks Rd Shopping Ctr, 975A N. Emmet St, Charlottesville, VA, 22903 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 7. | BRIXMOR HOLDINGS 6 SPE, LLC | 450 LEXINGTON AVENUEFLOOR 13, NEW YORK, NY 10017 | Store Lease | 133 | 336 S Rt 59, Naperville, IL, 60540-3924 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 8. | COLUMBIANA STATION (E&A), LLC | C/O EDENS & AVANT, 1221 MAIN STREET SUITE 1000, COLUMBIA, SC 29201 | Store Lease | 199 | 136 Harbison Blvd., Columbia, SC, 29212 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 9. | GREF II REIT LLC | GARRISON CENTRAL MISHAWAKA LLC, 1350 AVENUE OF THE AMERICAS, 9TH FL, NEW YORK, NY 10019 | Store Lease | 215 | 5802 Grape Road Suite B, Mishawaka, IN, 46545 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 10. | OAKS SQUARE JOINT VENTURE | C/O RETAIL PROPERTY GROUP, INC., ROYAL PALM PLACE, 101 PLAZA REAL SOUTH, BOCA RATON, FL 33432 | Store Lease | 245 | 6855 Newberry Road, Gainesville, FL, 32605 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 11. | DJD PARTNERS 10, LLC | 705 MARQUETTE AVE, STE 900, MINNEAPOLIS, MN 55402-2361 | Store Lease | 254 | 3900 Sisk Road, Modesto, CA, 95356 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 12. | DREAMLAND OF ASHEVILLE ASSOCIATES, LLC | TKG MANAGEMENT, INC., 211 NORTH STADIUM BOULEVARD SUITE 201, COLUMBIA, MO 65203 | Store Lease | 268 | 83G South Tunnel Road, Asheville, NC, 28805 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 13. | TKG PAXTON TOWNE CENTER DEVELOPMENT, LP | 211 N. STADIUM BOULEVARD, SUITE 201, ATTN: HIRAM WATSON, COLUMBIA, MO 65203 | Store Lease | 271 | 5125 Jonestown Road, Suite 425, Harrisburg, PA, 17112 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 14. | 292PAY-BEVERLY M. SEBANC | SEBANC, BEVERLY, 105 STONEPINE RD, HILLSBOROUGH, CA 94010 | Store Lease | 292 | 50 West 1300 South, Orem, UT, 84058 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 15. | JOHNSON CITY CROSSING, LLC | C/O RONUS PROPERTIES, 3290 NORTHSIDE PARKWAY, SUITE 250, ATTN: ASSET MANAGER, ATLANTA, GA 30327 | Store Lease | 327 | 3211 Peoples Street, Suite 25, Johnson City, TN, 37604 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 16. | NEWTOWN BUCKS ASSOCIATES, LP | J. LOEW PROPERTY MANAGEMENT INC., 120 PENNSYLVANIA AVENUE, MALVERN, PA 19355 | Store Lease | 336 | Newtown Shopping Center, 20 West Road, Newtown, PA, 18940 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 17. | V & V 224 LIMITED | 130 CHURCHILL - HUBBARD ROAD, YOUNGSTOWN, OH 44505 | Store Lease | 358 | 550 Boardman Poland Road, Youngstown, OH, 44512 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 18. | GREENDALE 14, LLC | C/O CENTRE PROPERTIES, 9333 NORTH MERIDIAN STREET SUITE 275, INDIANAPOLIS, IN 46260 | Store Lease | 363 | 723 US 31 North, Suite A, Greenwood, IN, 46142 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 19. | JUBILEE-TAYLOR LP | 4300 E. FIFTH AVENUE, COLUMBUS, OH 43219 | Store Lease | 364 | 23871 Eureka Road, Taylor, MI, 48180 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 20. | GM REALTY OF BANGOR, LLC | 1717 MAIN STREET SUITE 2600, ATTN: PAUL SHARP, DALLAS, TX 75201 | Store Lease | 365 | 490 Stillwater Avenue, Bangor, ME, 04401 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 21. | JLP-NOVI MI LLC | C/O SCHOTTENSTEIN PROPERTY GROUP, 4300 E. FIFTH AVE., COLUMBUS, OH 43219 | Store Lease | 368 | 43610 West Oaks Drive, Novi, MI, 48377 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 22. | SM EASTLAND MALL, LLC | ATTN: CENTER MANAGER, 800 NORTH GREEN RIVER ROAD, EVANSVILLE, IN 47715-2471 | Store Lease | 375 | 280 North Green River Road, Evansville, IN, 47715 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 23. | TFP LIMITED | 1140 ROUTE 315, WILKES-BARRE, PA 18711 | Store Lease | 377 | 435 Arena Hub Plaza, Wilkes-Barre, PA, 18702 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 24. | GOVERNORS SPV LLC | ATTN: ASSET MANAGEMENT, 9010 OVERLOOK BOULEVARD, BRENTWOOD, TN 37027 | Store Lease | 388 | 1574 Governors Square Blvd., Tallahassee, FL, 32301 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 25. | PRINCIPAL LIFE INSURANCE COMPANY | 801 GRAND AVE, DES MOINES, IA 50392-1370 | Store Lease | 414 | 14910 Florence Trail, Apple Valley, MN, 55124 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 26. | WRI-URS SOUTH HILL, LLC | LANDLORD, C/O KIMCO REALTY CORPORATION, ATTN: GENERAL COUNSEL, 500 NORTH BROADWAY, SUITE 201, JERICHO, NY 11753 | Store Lease | 417 | 4102-D South Meridian Street, Puyallup, WA, 98373 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 27. | 431 P2-DDRA TANASBOURNE TOWN CENTER, LLC | DEPT 101412-21099-44243, P.O. BOX 931650, CLEVELAND, OH 44193 | Store Lease | 431 | 18043 NW Evergreen Parkway, Hillsboro, OR, 97006 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 28. | 435 PAY-INLAND SOUTHEAST SYCAMORE, LLC | C/O INLAND MID-ATLANTIC MANAGEMENT CORP., 4687 PAYSPHERE CIRCLE, CHICAGO, IL 60674 | Store Lease | 435 | 10530 Northeast Parkway, Suite K, Matthews, NC, 28105 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 29. | WCS PROPERTIES BUSINESS TRUST | 10096 RED RUN BOULEVARD, SUITE 100, OWINGS MILLS, MD 21117 | Store Lease | 439 | 2382 Brandermill Boulevard, Suite 102, Gambrills, MD, 21054-1362 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 30. | ISM HOLDINGS, INC. | P.O. BOX 56718 OLD ORCHARD CIRCLE, BOYLSTON, MA 01505 | Store Lease | 450 | 366 Southbridge Street, Auburn, MA, 01501-2439 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 31. | 470 P1-COLUMBUS PARK CROSSING, LLC | PO BOX 934102, ATLANTA, GA 31193-4102 | Store Lease | 470 | 5555 Whittlesey Blvd., Columbus, GA, 31909 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 32. | 476 P1-INLAND SOUTHERN MANAGEMENT CORP # 537 | 3633 PAYSPHERE CIRCLE, CHICAGO, IL 60674 | Store Lease | 476 | 7657 Highway 70 South, Suite 112, Nashville, TN, 37221 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 33. | TAMARACK VILLAGE SHOPPING CENTER, LP | CUSHMAN & WAKEFIELD, 3500 AMERICAN BOULEVARD W., SUITE 200, MINNEAPOLIS, MN 55431 | Store Lease | 482 | 8250 Tamarack Village, Woodbury, MN, 55125 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 34. | CLARK HILL | DAVID L. LANSKY, 14850 NORTH SCOTTSDALE ROAD SUITE 500, SCOTTSDALE, AZ 85254 | Store Lease | 485 | 2100 N. Rainbow Blvd., Suite 110, Las Vegas, NV, 89108 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 35. | GAITWAY PLAZA LLC | MILAM, JOHN, C/O SIMON PROPERTY GROUP, 225 W. WASHINGTON STREET, INDIANAPOLIS, IN 46204-3438 | Store Lease | 523 | 2701 S.W. College Road, Suite 400, Ocala, FL, 34474 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 36. | HAMNER GRANDCHILDREN LLC | IPA COMMERCIAL REAL ESTATE, 3538 CENTRAL AVENUE SUITE 200, RIVERSIDE, CA 92506 | Store Lease | 538 | 3700 Tyler Street, Suite 14, Riverside, CA, 92503 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 37. | EXEMPT WASSERMAN FAMILY TRUST | ATTN: GRANT BAKER, ESQ. MICHAEL B. ALLEN LAW GROUP, INC., 66 BOVET ROAD, SUITE 250, SAN MATEO, CA 94402 | Store Lease | 539 | 1950 El Camino Real, Redwood City, CA, 94063 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 38. | BRADENTON I, LLC | C/O LANDQWEST COMMERCIAL PROPERTY MANAGEMENT, 1614 COLONIAL BLVD., SUITE 101, FORT MYERS, FL 33907 | Store Lease | 551 | 825 Cortez Road West, Bradenton, FL, 34207 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 39. | THE SHOPPES AT HAMILTON PLACE, LLC | 2030 HAMILTON PLACE BLVD., SUITE 500, CHATTANOOGA, TN 37421 | Store Lease | 558 | 2040 Hamilton Place Blvd., Suite 600, Chattanooga, TN, 37421 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 40. | BAYSHORE MALL, LP | 3300 BROADWAY BOX 1, ATTN: GENERAL MANAGER, EUREKA, CA 95501 | Store Lease | 562 | 3300 Broadway, Space #340, Eureka, CA, 95501 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 41. | SURPRISE MARKETPLACE HOLDINGS, LLC | C/O HEITMAN CAPITAL MANAGEMENT, 191 NORTH WACKER DRIVE, SUITE 2500, ATTN: ASSET MANAGEMENT, CHICAGO, IL 60606 | Store Lease | 606 | 13723 W. Bell Road, Surprise, AZ, 85374 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 42. | 623 PAY-FRANKFORT 30 & WOLF LLC | C/O EDGEMARK COMMERCIAL REAL ESTATE SERVICES, 2215 YORK ROAD SUITE 503, OAK BROOK, IL 60523-4016 | Store Lease | 623 | 11165 W. Lincoln Highway, Frankfort, IL, 60423 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 43. | EXETER 860 JOHN B BROOKS L.P. | BEAR, HEATHER, LANDLORD EDISON PORTFOLIO OWNER LLC OAK STREET REAL ESTATE CAPITAL 20 N. LA SALLE ST, SUITE 4140, CHICAGO IL 60602-2900 | Warehouse Lease | 657 | 860 John B. Brooks Road, Pendergrass, GA 30567 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 44. | NP NEW CASTLE, LLC | 3315 NORTH OAK TRAFFICWAY, KANSAS CITY, MO 64116 | Warehouse Lease | 693 | 71 Mall Road, Frackville, PA 17931 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 45. | REDLANDS JOINT VENTURE, LLC | MAJESTIC REALTY CO., 13191 CROSSROADS PARKWAY NORTH, CITY OF INDUSTRY, CA 91746 | Store Lease | 776 | 27450 Lugonia Avenue, Redlands, CA, 92374 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 46. | RIVERDALE CENTER NORTH, LLC | ARCADIA MANAGEMENT GROUP, INC., 3550 NORTH CENTRAL AVENUE SUITE 400, PHOENIX, AZ 85012 | Store Lease | 783 | 4113 Riverdale Road, Ogden, UT, 84405-3582 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 47. | DEMOULAS SUPER MARKETS, INC. | SEIDL, ROBYN, PROPERTY MANAGER, 875 EAST STREET, TEWKSBURY, MA 01876 | Store Lease | 841 | 10 Loudon Rd., Concord, NH, 03301 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 48. | AK-SAR-BEN VILLAGE, L.L.C. | C/O NOODLE DEVELOPMENT COMPANY, 2285 SOUTH 67TH STREET, SUITE 250, OMAHA, NE 68106 | Store Lease | 1021 | 1220 South 71st Street, Omaha, NE, 68106 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 49. | MCKINLEY MALL LLC | C/O THE WOODMONT COMPANY, AS RECEIVER, 2100 W. 7TH STREET, FORT WORTH, TX 76107 | Store Lease | 1056 | 3701 McKinley Parkway, Blasdell, NY, 14219 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 50. | FR CAMELBACK COLONNADE, LLC | C/O FEDERAL REALTY INVESTMENT TRUST, ATTN: LEGAL DEPARTMENT, 909 ROSE AVENUE, SUITE 200, N. BETHESDA, MD 20852 | Store Lease | 1077 | Camelback Colonnade, 1919 East Camelback Road Suite #128, Phoenix, AZ, 85016 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 51. | DFG-BBB MONROE LLC | DEVONSHIRE OPERATING PARTNERSHIP LP, 10100 WATERVILLE STREET, WHITEHOUSE, OH 43571 | Store Lease | 1082 | 5135 Monroe Street, Toledo, OH, 43623 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 52. | MGP IX PROPERTIES, LLC | C/O MERLONE GEIER PARTNERS, 425 CALIFORNIA STREET, 10TH FLOOR, ATTN: LEASE ADMINISTRATION, UNIT #513-016, SAN FRANCISCO, CA 94104-2113 | Store Lease | 1097 | 24450 Village Walk Place, Murrieta, CA, 92562 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 53. | PINE TREE COMMERCIAL REALTY, LLC | ATTN: GENERAL COUNSEL, 40 SKOKIE BLVD. SUITE 610, NORTHBROOK, IL 60062 | Store Lease | 1108 | 205 Ken Pratt Blvd Suite 240, Longmont, CO, 80501 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 54. | CHASE ENTERPRISES | ALMOND, A.J., 225 ASYLUM ST 29TH FL, HARTFORD, CT 06103-1516 | Store Lease | 1112 | Green Mountain Shopping Plaza 322 Route 7 South, Rutland, VT, 05701 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 55. | CONROE MARKET PLACE S.C., L.P. | C/O KIMCO REALTY CORPORATION, ATTN: REGIONAL GENERAL COUNSEL, 6060 PIEDMONT ROW DRIVE SOUTH, STE. 200, CHARLOTTE, NC 28287 | Store Lease | 1117 | Conroe Village Shopping Center 2920 I-45, Conroe, TX, 77303 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 56. | CAPITAL MALL LAND, LLC | CAPITAL MALL MANAGEMENT PR LLC, C/O CAPITAL MALL, 625 BLACK LAKE BLVD. SW, STE. 324, OLYMPIA, WA 98502 | Store Lease | 1129 | 2405 4th Avenue West, Olympia, WA, 98502 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 57. | 1150P1-TAURUS BUSINESS CENTER LIMITED | C/O TAURUS MANAGEMENT SERVICES LLC, 610 NORTH WYMORE ROAD SUITE 200, MAITLAND, FL 32751 | Store Lease | 1150 | 42 Whitten Road, Suite #1, Augusta, ME, 04330 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 58. | PETOSKEY MALL ASSOCIATES LLC | C/O LORMAX STERN DEVELOPMENT CO., 38500 WOODWARD AVENUE SUITE 200, BLOOMFIELD HILLS, MI 48304 | Store Lease | 1154 | 910 Spring Street, Petoskey, MI, 49770 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 59. | KIMCO RIVERVIEW, L.L.C. | 500 NORTH BROADWAY SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 1162 | 837 North Dobson Road, Mesa, AZ, 85201 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 60. | WILLOWBROOK TOWN CENTER, LLC, | 4104 N. HARLEM AVENUE, NORRIDGE, IL 60706 | Store Lease | 1203 | 7175 Kingery Highway, Willowbrook, IL, 60527 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 61. | NORTHGATE MALL PARTNERSHIP | C/O SIMON PROPERTY GROUP, INC., 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204 | Store Lease | 1207 | 401 NE Northgate Way Suite 2100, Seattle, WA, 98125 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 62. | EDISON PONH001 LLC | BEAR, HEATHER, LANDLORD, EDISON PORTFOLIO OWNER LLC, OAK STREET REAL ESTATE CAPITAL, 125 S WACKER DRIVE, SUITE 1220, CHICAGO, IL 60606 | Store Lease | 1244 | 100 Durgin Lane, Portsmouth, NH, 03801 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|-----|------------------------|---------------------|---------------------|---------|-----------------|------------------------|----------------------------|
| 63. | JESS RANCH BREA RETAIL XVI LLC & JESS RANCH SAN JUAN RETAIL XVI LLC | C/O ATHENA MANAGEMENT, INC., 730 EL CAMINO WAY SUITE 200, TUSTIN, CA 92780 | Store Lease | 1266 | 18815 Bear Valley Road, Apple Valley, CA, 92308 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 64. | BRE/PEARLRIDGE LLC | C/O WASHINGTON PRIME GROUP, 180 EAST BROAD STREET, 21ST FLOOR, ATTN: GENERAL COUNSEL, COLUMBUS, OH 43215 | Store Lease | 1326 | 98-145 Kaonohi Street, Aiea, HI, 96701 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 65. | MCS-LANCASTER DE HOLDING, LP | C/O TKG MANAGEMENT, INC., 211 N. STADIUM BOULEVARD SUITE 201, COLUMBIA, MO 65203 | Store Lease | 1331 | 2350 Lincoln Highway East Suite 100, Lancaster, PA, 17602 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 66. | SHI OWNER, LLC | 6310 SAN VICENTE BOULEVARD, SUITE 250, LOS ANGELES, CA 90048 | Store Lease | 1336 | 1915 Marketplace Drive, Burlington, WA, 98233 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 67. | CHRISTIANA TOWN CENTER, LLC | ATTN: MANAGER, 2 RIGHTER PARKWAY SUITE 301, WILMINGTON, DE 19803 | Store Lease | 1341 | 331 West Main Street, Christiana, DE, 19702 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 68. | FEDERAL REALTY INVESTMENT TRUST | 1626 E. JEFFERSON ST., ATTN: LEGAL DEPT., ROCKVILLE, MD 20852 | Store Lease | 3009 | 1556 Butterfield Road, Downers Grove, IL, 60515 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 69. | TRUSS GREENWOOD IN LLC | C/O SCHOTTENSTEIN PROPERTY GROUPLEASE ADMINISTRATION, 4300 E. FIFTH AVENUE, COLUMBUS, OH 43219 | Store Lease | 3016 | 1230 N. US 31 Suite A, Greenwood, IN, 46142 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 70. | WOOD STONE PLANO PARTNERS LLC | 27 RADIO CIRCLE DRIVE, SUITE 201 A, MT KISCO, NY 10549 | Store Lease | 3021 | 2712 N. Central Expressway, Plano, TX, 75074 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 71. | SCOTTSDALE FIESTA RETAIL CENTER, LLC | HANNAY REALTY ADVISORS-AZ, LP, 2999 N. 44TH STREET, SUITE 400, PHOENIX, AZ 85018 | Store Lease | 3023 | 10080 N. 90th Street, Scottsdale, AZ, 85258 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 72. | WHITEMAK ASSOCIATES | C/O WP GLIMCHER INC., 180 EAST BROAD STREET, ATTN: GENERAL COUNSEL, COLUMBUS, OH 43215 | Store Lease | 3026 | 1915 Whitehall Mall, Whitehall, PA, 18052 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 73. | PAVILIONS AT HARTMAN HERITAGE, LLC | C/O TRIMONT REAL ESTATEADVISORS LLC, ONE ALLIANCE CENTER, 3500 LENOX ROAD, SUITE G1, ATLANTA, GA 30326 | Store Lease | 3062 | 20000 East Jackson Drive, Independence, MO, 64057 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 74. | RAMCO-GERSHENSON PROPERTIES | RPT REALTY, ATTN: LEGAL, 19 W. 44TH STREET, SUITE 1002, NEW YORK, NY 10036 | Store Lease | 3065 | 9160 Hudson Road, Woodbury, MN, 55125-7001 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 75. | PACE-CENTRAL ASSOCIATES, L.L.C. | 1401 SOUTH BRENTWOOD BLVD., SUITE 900, ST. LOUIS, MO 63144 | Store Lease | 3070 | 15355A Manchester Road, Ballwin, MO, 63011 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 76. | LOJA WTP, LLC | BUYERS REALTY INC., 4350 WESTOWN PARKWAY SUITE 100, WEST DES MOINES, IA 50266 | Store Lease | 3073 | 4100 University Ave, Suite 115, West Des Moines, IA, 50266 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 77. | WATER TOWER SQUARE ASSOCIATES | C/O GOLDENBERG MANAGEMENT, INC., 350 SENTRY PARKWAY, BLDG. 630, SUITE 300, BLUE BELL, PA 19422 | Store Lease | 3103 | 751 Horsham Road, Unit B1, Lansdale, PA, 19446 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 78. | CROCKER PARK PHASE III, LLC | FERENZ, CHRISTEN, LEASING COUNSEL, C/O ROBERT L. STARK ENTERPRISES, 629 EUCLID AVENUE SUITE 1300, CLEVELAND, OH 44114 | Store Lease | 3129 | 292 Main Street, Westlake, OH, 44145 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 79. | BRIXMOR GA WESTMINSTER LLC | 450 LEXINGTON AVENUEFLOOR 13, NEW YORK, NY 10017 | Store Lease | 3138 | 9350 North Sheridan Blvd, Westminster, CO, 80031-6304 | June 30, 2023 | Miscellaneous FF&E and/or retail fixtures |