UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
BED BATH & BEYOND INC., et al

Debtors

Case No. 23-13359 (VFP)
(Jointly Administered)
Chapter 11

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Creditor F3 Metalworx, Inc.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Merrill M. O'Brien, Esq.
O'Brien Thornton LLC
160 Park Street
Montclair, N.J. 07042
obrien@obrienthornton.com
973-886-8853
Fax : 973-354-8029

DOCUMENTS: ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

Date: June 29, 2023

Merrill O'Brien