Merrill M. O'Brien, Esq.
O'Brien Thornton LLC
Attorneys for Creditor F3 Metalworx, Inc.
160 Park Street
Montclair, NJ  07042
T: 973-886-8853
F: 973-354-8029
obrien@obrienthornton.com
      and
Joseph A. Anesta, Esq.
Cameron & Mittleman LLP
301 Promenade Street
Providence, RI 02908
T: 401-331-5700
F: 401-331-5787
janesta@cm-law.com
*(Pending admission pro hac vice)*
*Attorneys for Creditor F3 Metalworx, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |
| Debtors | |

**NOTICE OF MOTION
FOR ADMISSION *PRO HAC VICE*
OF JUSTIN T. SHAY, ESQ.,
AND JOSEPH A. ANESTA, ESQ.,
OF CAMERON & MITTLEMAN LLP**

TO:    Kirkland & Ellis LLP
           Kirkland & Ellis International, LLP
           601 Lexington Avenue
           New York, NY 10022
           Joshua A. Sussberg, joshua.sussberg@kirkland.com
           Emily E. Geier, emily.geier@kirkland.com
           Derek I. Hunter, derek.hunter@kirkland.com

           Cole Schotz P.C.
           Court Plaza North, 25 Main Street
           Hackensack, NJ   07601
           Michael D. Sirota, msirota@coleschotz.com

Warren A. Usatine, wusatine@coleschotz.com
Felice R. Yudkin, fyudkin@coleschotz.com

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ   07102
https://www.justice.gov/ust-regions-r03/region-3-district-new-jersey

**PLEASE TAKE NOTICE**, that Creditor F3 Metalworx, Inc., by its attorneys O'Brien Thornton LLC, moves the admission *Pro Hac Vice* of Justin T. Shay, Esq., and Joseph A. Anesta, Esq., both of Cameron & Mittleman LLP, in this matter. No hearing date is required for this Pro Hac Vice application pursuant to the Rules of the Hon. Vincent F. Papalia.  Movant invokes the Negative Notice Procedure set forth in paragraph B3(g) of the Case Management Procedures, Ex. 1 to the 4/25/2023 Case Management Order, and identifies 7/25/2023 at 10 a.m. as the date and time on which the two proposed Orders granting Pro Hac Vice admission will be entered, if objections are not filed and served on or before 7/18/2023.  If objections are filed and served, movant requests a hearing.

Movant will rely upon the Declaration of Justin T. Shay, and the Declaration of Joseph A. Anesta, both signed 6/27/2023.  No memorandum of law is filed in support of the motion because Mr. Shay's and Mr. Anesta's Declarations address all the criteria set forth in Fed.R.Civ.Proc. 78, D.N.J. L.Civ.R 101, and D.N.J.LBR 9010-1 for the Court's determination of the motion.  Two proposed forms of Order are attached, one each for Mr. Shay's and Mr. Anesta's admissions.

        O'Brien Thornton LLC
        Attorneys for Creditor F3 Metalworx, Inc.

Dated: June 29, 2023        s/Merrill O'Brien
        obrien@obrienthornton.com
        160 Park Street
        Montclair, NJ  07042
        973-886-8853