UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
BED BATH & BEYOND INC., et al

Debtors

Case No. 23-13359 (VFP)
(Jointly Administered)
Chapter 11

**CERTIFICATE OF SERVICE**

1. I, Merrill O'Brien, represent Creditor F3 Metalworx, Inc. in this matter.

2. On June 29, 2023, on behalf of Creditor F3 Metalworx, Inc., I served the <u>Motion for Pro Hac Vice Admission of Justin T. Shay and Joseph A. Anesta, of Cameron & Mittleman LLP</u>.

3. In accordance with para. 16 of the Case Management Procedures in Ex. 1 to the Court's April 25, 2023 Case Management Order, I made service of the Notice of Motion, the Declaration of Justin T. Shay, Esq., the Declation of Joseph A. Anesta, Esq., and two proposed forms of Order, one each admitting each of Mr. Shay and Mr. Anesta, by email and through the Court's ECF service system upon the six attorneys for the Debtors, and the U.S. Trustee's Office, at the email addresses below:

    Kirkland & Ellis LLP
    Kirkland & Ellis International, LLP
    601 Lexington Avenue
    New York, NY 10022
    Joshua A. Sussberg, joshua.sussberg@kirkland.com
    Emily E. Geier, emily.geier@kirkland.com
    Derek I. Hunter, derek.hunter@kirkland.com

Cole Schotz P.C.
Court Plaza North, 25 Main Street
Hackensack, NJ   07601
Michael D. Sirota, msirota@coleschotz.com
Warren A. Usatine, wusatine@coleschotz.com
Felice R. Yudkin, fyudkin@coleschotz.com

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ   07102
https://www.justice.gov/ust-regions-r03/region-3-district-new-jersey

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated above.

Date: June 29, 2023

_____
Merrill O'Brien