# EXHIBIT A

|  | 6/28/2023 |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 200 West 26 |  |  |  |  |  |
|  | BUY BUY BABY |  |  |  |  |  |
|  | Suite: | ST01 |  | 21,112 rsf |  |  |
|  |  | Basement |  | 13,600 rsf |  |  |
|  |  |  |  | 34,712 rsf |  |  |
|  | Security: |  |  | $0.00 | ~0.0 mos(All-in rent) |  |
|  | Guarantor: |  |  | Bed Bath & Beyond Inc., a New York corporation |  |  |
|  | LCD: |  |  | 4/5/2002 |  |  |
|  | File Bankruptcy: |  |  | 4/23/2023 |  |  |
|  | Lease Expiration - Per Lease: |  |  | 08/31/2025 |  |  |
|  | Current Monthly Rent |  |  | 2023 | Prsf |  |
|  |  | Base Rent |  | $186,548.33 | $64.49 |  |
|  |  | AC Condenser Water |  | 3,950.07 | $1.37 |  |
|  |  | RET |  | 39,331.97 | $13.60 |  |
|  |  | TOTAL |  | $229,830.37 | $79.45 |  |

**OPEN BALANCE- POST PETITION**
As of 6/28/2023

| Date | Code | Suite | Description | Charges | Payments |  | Amount Due |
|---|---|---|---|---|---|---|---|
| 04/23/2023 | ACW | ST01 | A/C Condenser Water Chg - 4/23-4/30/2023 | $1,038.92 | $1,038.92 | Ck# 113998 | $0.00 |
| 04/23/2023 | RET | BSMT | Real Estate Tax Charge 4/23-4/30/2023 | $3,405.70 | $0.00 |  | $3,405.70 |
| 04/23/2023 | RET | ST01 | Real Estate Tax Charge - 4/23-4/30/2023 | $6,939.15 | $6,939.15 | Ck# 113998 | $0.00 |
| 04/23/2023 | RTL | ST01 | Base Rent - Retail -4/23-4/30/2023 | $49,064.62 | $49,064.62 | Ck# 113998 | $0.00 |
| 05/01/2023 | ACW | ST01 | A/C Condenser Water Chg | $3,950.07 | $3,950.07 | Ck# 13640 | $0.00 |
| 05/01/2023 | RET | BSMT | Real Estate Tax Charge | $12,948.76 |  |  | $12,948.76 |
| 05/01/2023 | RET | ST01 | Real Estate Tax Charge | $26,383.21 | $26,383.21 | Ck# 13640 | $0.00 |
| 05/01/2023 | RTL | ST01 | Base Rent - Retail | $186,548.33 | $186,548.33 | Ck# 13640 | $0.00 |
| 06/01/2023 | ACW | ST01 | A/C Condenser Water Chg | $3,950.07 | $3,950.07 | ck 113978 | $0.00 |
| 06/01/2023 | RET | BSMT | Real Estate Tax Charge | $12,948.76 |  |  | $12,948.76 |
| 06/01/2023 | RET | ST01 | Real Estate Tax Charge | $26,383.21 | $26,383.21 | ck 113978 | $0.00 |
| 06/01/2023 | RTL | ST01 | Base Rent - Retail | $186,548.33 | $186,548.33 | ck 113978 | $0.00 |
| 06/26/2023 | LGL | ST01 | Legal Fees | $11,039.50 | $0.00 |  | $11,039.50 |
| 07/01/2023 | WTR | ST01 | 4/23/2023 -5/30/2023 Water  (Prorated) | $33.67 |  |  | $33.67 |
|  |  |  |  |  | Balance |  | $40,376.39 |

**BALANCE BREAKDOWN**

|  |  |  |  |  |
|---|---|---|---|---|
|  | RET | Real Estate Tax Charge | $29,303.22 |  |
|  | WTR | A/ Condenser Water | $33.67 |  |
|  |  | Total | $29,336.89 |  |
|  | LGL | Legal Fees | $11,039.50 |  |
|  |  |  | $40,376.39 |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 6/28/2023 |  |  |  |  |
|  | 200 West 26 |  |  |  |  |
|  | BUY BUY BABY |  |  |  |  |
|  | Suite: | ST01 |  | 21,112 rsf |  |
|  |  | Basement |  | 13,600 rsf |  |
|  |  |  |  | 34,712 rsf |  |
|  | Security: |  |  | $0.00 | ~0.0 mos(All-in rent) |
|  | Guarantor: |  |  | Bed Bath & Beyond Inc., a New York corporation | |
|  | LCD: |  |  | 4/5/2002 |  |
|  | File Bankruptcy: |  |  | 4/23/2023 |  |
|  | Lease Expiration - Per Lease: |  |  | 08/31/2025 |  |
|  | Current Monthly Rent |  |  | 2023 | Prsf |
|  |  | Base Rent |  | $186,548.33 | $64.49 |
|  |  | AC Condenser Water |  | 3,950.07 | $1.37 |
|  |  | RET |  | 39,331.97 | $13.60 |
|  |  | TOTAL |  | $229,830.37 | $79.45 |

**OPEN BALANCE - PRE-PETITION RENT**
As of 6/28/2023

| Date | Code | Suite | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|---|
| 10/01/2017 | LTC | ST01 | Open AR - Late Charge | $193.80 | $0.00 | $193.80 |
| 10/01/2017 | NON | ST01 | Inspection Charge | $2,667.44 | $0.00 | $2,667.44 |
| 10/01/2017 | PPD | ST01 | Plumbing Repairs (4 invoices) | $2,772.50 | $595.00 | $2,177.50 |
| 04/07/2022 | BLB | ST01 | ECB Hearing Voi#012113701R | $300.00 | $0.00 | $300.00 |
| 04/07/2022 | BLB | ST01 | ECB Violation 012113701R | $1,875.00 | $0.00 | $1,875.00 |
| 07/13/2022 | BLB | ST01 | Criminal Summons 441802767-8 | $1,500.00 | $0.00 | $1,500.00 |
| 08/17/2022 | BLB | ST01 | Disp/Suumm#4418027678 | $450.00 | $0.00 | $450.00 |
| 08/17/2022 | BLB | ST01 | Crim. Summ#441802767 | $1,000.00 | $0.00 | $1,000.00 |
| 01/01/2023 | RET | BSMT | Real Estate Tax Charge | $12,948.76 | $0.00 | $12,948.76 |
| 02/01/2023 | RET | BSMT | Real Estate Tax Charge | $12,948.76 | $0.00 | $12,948.76 |
| 03/01/2023 | BLB | BSMT | Building Signs | $595.00 | $0.00 | $595.00 |
| 03/01/2023 | RET | BSMT | Real Estate Tax Charge | $12,948.76 | $0.00 | $12,948.76 |
| 04/01/2023 | ACW | ST01 | A/C Condenser Water Chg -4/22/2023 | $3,950.07 | $1,038.92 | $2,911.15 |
| 04/01/2023 | RET | BSMT | Real Estate Tax Charge - 4/22/2023 | $9,543.06 | $0.00 | $9,543.06 |
| 04/01/2023 | RET | ST01 | Real Estate Tax Charge - 4/22/2023 | $26,383.21 | $6,939.15 | $19,444.06 |
| 04/01/2023 | RTL | ST01 | Base Rent - Retail - 4/22/2023 | $186,548.33 | $49,064.62 | $137,483.71 |
| 04/01/2023 | WTR | ST01 | 12/5/22-2/10/23 Water | $97.69 | $0.00 | $97.69 |
| 06/20/2023 | PYT | ST01 | 2022 RETX True up | ($58,766.68) | $0.00 | ($58,766.68) |
| 06/20/2023 | PYT | BSMT | 2022 RETX True up | $124,688.97 | $0.00 | $124,688.97 |
| 07/01/2023 | WTR | ST01 | 2/10/23-4/23/2023 Water (Prorated) | $65.51 | $0.00 | $65.51 |
|  |  |  |  |  | Balance | $285,072.49 |

**BALANCE BREAKDOWN**

|  |  |  |  |
|---|---|---|---|
| RTL | Base Rent | $137,483.71 |  |
| RET | Real Estate Tax Charge | $67,833.40 |  |
| ACW | A/ Condenser Wtar | $2,911.15 |  |
| WTR | Water | $163.20 |  |
| LTC | Late Charge | $193.80 |  |
| BLB | Billbacks | $5,720.00 |  |
| NON | Inspection Charges -2017 | $2,667.44 |  |
| PPD | Plumbing Repars - 2017 | $2,177.50 |  |
| PYT | 2022 True up | $65,922.29 |  |
|  | Pre-Petition Rent | $285,072.49 |  |

**200-220 West 26 LLC**

**COMPUTATION OF 2022 PRIOR YEAR REAL ESTATE TAX**

Property Address:  200-220 West 26 LLC
Tenant Name:       Buy Buy Baby, Inc.
Space Number:      ST01

| | |
|---|---:|
| Total Recoverable Expense for 2022 | 3,670,622.12 |
| Less Base Year Amount 2015 | 824,099.74 |
| Total Recoverable Prior Year Real Estate Tax Expense | 2,846,522.38 |
| Tenant Share | 9.26% |
| Total Due for Full Year | 263,687.60 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 263,687.60 |
| Prior Estimates Billed | 322,454.28 |
| Total Credit | -58,766.68 |

<span style="color:red">By sending this statement for information purposes only and not seeking payment at this time, the landlord is not waiving its right to contend that this obligation is an administrative claim in the tenant's bankruptcy case, and the right to do so is expressly reserved.</span>

## 200-220 West 26 LLC

## COMPUTATION OF 2022 PRIOR YEAR REAL ESTATE TAX

Property Address:   200-220 West 26 LLC
Tenant Name:        Buy Buy Baby, Inc.
Space Number:       BSMT

| | |
|---|---:|
| Total Recoverable Expense for 2022 | 1,994,183.04 |
| Less Base Year Amount 2015 | 435,570.88 |
| Total Recoverable Prior Year Real Estate Tax Expense | 1,558,612.16 |
| Tenant Share | 8.00% |
| Total Due for Full Year | 124,688.97 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 124,688.97 |
| Total Reconciliation | 124,688.97 |

By sending this statement for information purposes only and not seeking payment at this time, the landlord is not waiving its right to contend that this obligation is an administrative claim in the tenant's bankruptcy case, and the right to do so is expressly reserved.