| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** Joshua A. Sussberg, P.C. (admitted *pro hac vice*) Emily E. Geier, P.C. (admitted *pro hac vice*) <br> Derek I. Hunter (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> joshua.sussberg@kirkland.com <br> emily.geier@kirkland.com <br> derek.hunter@kirkland.com <br><br> **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br><br> *Co-Counsel for Debtors and Debtors in Possession* | Order Filed on June 29, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> BED BATH & BEYOND INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |

**DATED: June 29, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

KE 97993192

**ORDER DENYING THE
MOTION OF THE AD HOC BONDHOLDER
GROUP, PURSUANT TO 11 U.S.C. § 105(A),
FED. R. CIV. P. 60(A), AND FED. R. BANKR. P. 4001(C) AND
9024, FOR (A) AN ORDER VACATING THE INTERIM AND FINAL
ORDERS AUTHORIZING THE DEBTORS TO, AMONG OTHER THINGS,
OBTAIN POSTPETITION FINANCING, AND (B) OTHER RELATED RELIEF**

The relief set forth on the following page, numbered three (3), is **ORDERED**.

KE 97993192

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER DENYING THE MOTION OF THE AD HOC BONDHOLDER GROUP, PURSUANT TO 11 U.S.C. § 105(a), FED. R. CIV. P. 60(b), AND FED. R, BANKR. P. 4001(c)  AND 9024, FOR (A) AN ORDER VACATING THE INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO, AMONG OTHER THINGS, OBTAIN POSTPETITION FINANCING, AND (B) OTHER RELATED RELIEF |

Upon the *Motion of the Ad Hoc Group, Pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 60(a), and Fed. R. Bankr. P. 4001(c) and 9024, for (A) an Order Vacating the Interim and Final Orders Authorizing the Debtors To, Among Other Things, Obtain Postpetition Financing, and (B) Other Related Relief* [Docket No. 982] (the "Motion")[1] filed on June 26, 2023, by the Ad Hoc Bondholder Group for entry of an order as set forth in the Motion, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and the Court having conducted an evidentiary hearing on June 28, 2023;and for good cause shown; and for the reasons set forth on the record on June 28, 2023; it is **hereby**

**ORDERED** that the Motion is **DENIED** with prejudice.

The Debtors shall cause this Order to be served on the United States Trustee, and all parties who entered an appearance on this matter.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.