**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Related to Dkt. No. 1053 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2023, I caused a true and correct copy of *Sixth Street Specialty Lending, LLC's Letter regarding the Ad Hoc Bondholder Group's Reconsideration Motion* [Dkt. No. 1014] to be served upon all parties entitled to notice via the Court's electronic notification system at the time of electronic filing.

Dated: June 29, 2023

/s/ *Morris S. Bauer*
Morris S. Bauer, Esq.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

DM3\9753183.1