

Genova Burns LLC
110 Allen Rd., Ste. 304
Basking Ridge, NJ 07920
**Tel:** 973.467.2700 **Fax:** 973.467.8126
**Web:** www.genovaburns.com

Gregory S. Kinoian, Esq.
Counsel
Member of the NJ and NY Bars
gkinoian@genovaburns.com
Direct: 973-646-3284

June 29, 2023

**<u>Via CM/ECF</u>**

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge
U.S. Bankruptcy Court, District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, NJ 07012

> **Re:     In re Bed Bath & Beyond, Inc., et al., Ch. 11, Case No. 23-13359 (VFP)**
> **<u>REDACTED VERSION OF DECLARATION OF ANDREW K. GLENN</u>**
> **<u>IN SUPPORT OF MOTION FOR RECONSIDERATION</u>**

Dear Judge Papalia:

As Your Honor knows, this firm is co-counsel to the Ad Hoc Bondholder Group. With the consent of Debtors' counsel, attached hereto is a redacted version of the Declaration of Andrew K. Glenn in support of the Ad Hoc Bondholder Group Motion for Reconsideration in connection with Docket No. 982 filed in the Bed Bath & Beyond, Inc. Chapter 11 cases, Case No. 23—13359 (VFP). A Motion to Seal had been filed with respect to the Motion for Reconsideration as Docket No. 983. Based on instructions received earlier today from Your Honor's Courtroom Deputy, Mr. Filgueiras, enclosed and submitted herewith is a revised proposed Order Concerning Request to Seal Documents, as well as a redlined version of the revised proposed order showing changes to the proposed order submitted with the Motion to Seal (Docket No. 983-2).

The Ad Hoc Bondholder Group rights to challenge the Debtors' designations regarding the redacted portions of the Motion for Reconsideration and enclosed Declaration of Mr. Glenn as constituting Confidential Information under the terms of that certain Confidentiality Agreement, dated as of May 26, 2023, entered into between Glenn Agre Bergman & Fuentes LLP, lead counsel to the Ad Hoc Bondholder Group, and the Debtors (the "Confidentiality Agreement"), including, but not necessarily limited to, those rights under the terms of the Confidentiality Agreement, are hereby being expressly preserved.

Genova Burns LLC

Newark, NJ  •  New York, NY  •  Lambertville, NJ  •  Philadelphia, PA  •  Jersey City, NJ  •  Basking Ridge, NJ



Honorable Vincent F. Papalia
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
District of New Jersey
June 29, 2023

Page 2

Respectfully submitted,

**GENOVA BURNS LLC**
Co-Counsel to Ad Hoc Bondholder Group

By: /s/ *Gregory S. Kinoian*
_____
Gregory S. Kinoian, Counsel

Attachment and Enclosures

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Gregory S. Kinoian, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
Fax: (973) 467-8126
DStolz@genovaburns.com
GKinoian@genovaburns.com

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq. (admitted pro hac vice)
Kurt A. Mayr, Esq. (admitted pro hac vice)
Shai Schmidt, Esq. (admitted pro hac vice)
Agustina G. Berro, Esq. (admitted pro hac vice)
Naznen Rahman, Esq. (admitted pro hac vice)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
aberro@glennagre.com
nrahman@glennagre.com

*Counsel to the Ad Hoc Bondholder Group*

| | |
|---|---|
| In re: | Chapter:   11 |
| | Case No.:  23-13359 (VFP) |
| **BED BATH & BEYOND INC.,** *et al.*, | |
| | Judge:    Hon. Vincent F. Papalia |
| Debtors.[1] | U.S. Bankruptcy Judge |

**DECLARATION OF ANDREW K. GLENN IN SUPPORT OF MOTION**
**OF THE AD HOC BONDHOLDER GROUP, PURSUANT TO 11 U.S.C. § 105(a),**
**FED. R. CIV. P. 60(b), AND FED. R. BANKR. P. 4001(c) AND 9024, (A) FOR AN**
**ORDER VACATING THE INTERIM AND FINAL ORDERS, AMONG OTHER**
**THINGS, AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION**
**FINANCING, AND (B) FOR OTHER RELATED RELIEF**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

I, Andrew K. Glenn, hereby declare under penalty of perjury as follows:

1.      I am the Managing Partner of Glenn Agre Bergman & Fuentes LLP ("Glenn
Agre").  Glenn Agre serves as counsel to the ad hoc group of certain holders of the Debtors'
Unsecured Notes (the "Ad Hoc Bondholder Group").[2]  I file this declaration (this "Declaration")
in support of the motion (the "Motion") filed by the Ad Hoc Bondholder Group for reconsideration
of the DIP Orders, filed contemporaneously herewith.  Unless otherwise stated in this Declaration,
all matters set forth in this Declaration are based on my personal knowledge, my review of relevant
documents, information supplied to me, or my views.

2.      I have been informed by the Debtors' professionals that the Debtors estimate that
the FILO Lenders will receive a deficiency claim from their prepetition collateral exceeding ██████
████.

3.       I have been informed by the Debtors' professionals that the Debtors and the FILO
Lenders received daily sales reports and/or regular cash reports showing the Debtors' cash balance.

4.      I have been informed by the Debtors' professionals that, after news broke that the
Debtors' bankruptcy filing was imminent, customers flocked to the stores.

5.      I have been informed by the Debtors' professionals that, in the weekend leading up
to the Debtors' bankruptcy filing, the Debtors posted strong sales that significantly exceeded
projections.

6.      Attached hereto as **Exhibit 1** is a true and correct copy of the summary of
collections and disbursements for the week ending May 6, 2023, Glenn Agre received from the
Debtors in voluntary discovery.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings to such terms in the Motion.

2

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true

and correct.


Dated: June 25, 2023
         New York, New York


                                        By: */s/ Andrew K. Glenn*
                                             Andrew K. Glenn

## EXHIBIT 1

**May 6, 2023 Weekly Report**

**Summary Collections and Disbursements (All Amounts in USD)**

Week Ending May 6, 2023

| United States | 1-May | 2-May | 3-May | 4-May | 5-May | Total |
|---|---|---|---|---|---|---|
| Collections from Sales (Excluding Sales Tax) | $ 16,540,133 | $ 47,809,529 | $ 10,893,570 | $ 9,121,363 | $ 7,993,601 | $ 92,358,196 |
| Estimated Sales Tax Collections[1] | 1,008,948 | 2,916,381 | 664,508 | 556,403 | 487,610 | 5,633,850 |
| Other Receipts | – | – | – | – | – | – |
| **Total Receipts** | **$ 17,549,081** | **$ 50,725,910** | **$ 11,558,078** | **$ 9,677,766** | **$ 8,481,211** | **$ 97,992,046** |
| **Total Disbursements** | **$ 29,160,644** | **$ 1,116,424** | **$ 1,295,811** | **$ 61,523,607** | **$ 29,799,315** | **$ 122,895,801** |
| **Cash Balance[2]** | **$ 80,123,898** | **$ 129,504,076** | **$ 139,466,094** | **$ 86,242,283** | **$ 63,284,627** | |

| Canada | 1-May | 2-May | 3-May | 4-May | 5-May | Total |
|---|---|---|---|---|---|---|
| Collections from Sales (Excluding Sales Tax) | $ 245 | $ 49 | $ – | $ – | $ – | $ 294 |
| Estimated Sales Tax Collections[3] | 37 | 7 | – | – | – | 44 |
| Other Receipts | – | – | – | – | – | – |
| **Total Receipts** | **$ 282** | **$ 57** | **$ –** | **$ –** | **$ –** | **$ 339** |
| **Total Disbursements** | **$ 1,934,668** | **$ –** | **$ 1,546,944** | **$ 15,343** | **$ –** | **$ 3,496,955** |
| **Cash Balance[2]** | **$ 9,875,257** | **$ 8,828,169** | **$ 7,281,225** | **$ 7,292,971** | **$ 7,286,446** | |

| Total | 1-May | 2-May | 3-May | 4-May | 5-May | Total |
|---|---|---|---|---|---|---|
| Collections from Sales (Excluding Sales Tax) | $ 16,540,378 | $ 47,809,578 | $ 10,893,570 | $ 9,121,363 | $ 7,993,601 | $ 92,358,491 |
| Estimated Sales Tax Collections | 1,008,985 | 2,916,389 | 664,508 | 556,403 | 487,610 | 5,633,894 |
| Other Receipts | – | – | – | – | – | – |
| **Total Receipts** | **$ 17,549,363** | **$ 50,725,967** | **$ 11,558,078** | **$ 9,677,766** | **$ 8,481,211** | **$ 97,992,385** |
| **Total Disbursements** | **$ 31,095,312** | **$ 1,116,424** | **$ 2,842,755** | **$ 61,538,950** | **$ 29,799,315** | **$ 126,392,756** |
| **Cash Balance[2]** | **$ 89,999,155** | **$ 138,332,245** | **$ 146,747,319** | **$ 93,535,253** | **$ 70,571,073** | |

*Notes*

[1] *Estimated based on a Sales Tax rate of 6.1%*

[2] *Includes cash related to ACHs and Checks issued but not cleared*

[3] *Estimated based on a Sales Tax Rate of 15.0%*

**Detailed Disbursements - US**

Week Ending May 6, 2023



| Vendor Name | Type of Payment | Vendor Class | Pre-Petition / Post-Petition | Payment Amount (USD) | Payment Date | Comments |
|---|---|---|---|---|---|---|
| **Total** | | | | **$ 122,895,801** | | |

**Detailed Disbursements - Canada**

Week Ending May 6, 2023



| Vendor Name | Type of Payment | Vendor Class | Pre-Petition / Post-Petition | Payment Amount | Payment Amount (USD) | Payment Date | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Total** | | | | $ 4,701,307 | $ 3,496,955 | | |

## Outstanding Obligations - *As of May 5, 2023*

*$ in Millions*

| Obligations | Outstanding Amount |
|---|---|
| Debtor-in-Possession Loan Facility | $    40.0 |
| ABL Facility - Prepetition | 27.8 |
| LC Balance - Prepetition | 100.4 |
| FILO Term Loan Facility - Prepetition | 547.1 |
| Capital Lease Obligation | 61.5 |
| **Total Secured Debt** | $    **776.8** |
| 3.749% Senior Notes Due 2024 - Prepetition | 215.4 |
| 4.915% Senior Notes Due 2034 - Prepetition | 209.7 |
| 5.165% Senior Notes Due 2044 - Prepetition | 604.8 |
| **Total Unsecured Debt** | $    **1,029.9** |
| **Total Funded Debt** | $    **1,806.7** |