**REDLINED TO ORIGINAL [DKT. 983-2]**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Gregory S. Kinoian, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
Fax: (973) 467-8126
DStolz@genovaburns.com
GKinoian@genovaburns.com

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq. (admitted pro hac vice)
Kurt A. Mayr, Esq. (admitted pro hac vice)
Shai Schmidt, Esq. (admitted pro hac vice)
Agustina G. Berro, Esq. (admitted pro hac vice)
Naznen Rahman, Esq. (admitted pro hac vice)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
aberro@glennagre.com
nrahman@glennagre.com

*Counsel to the Ad Hoc Bondholder Group*

In re:

**BED BATH & BEYOND INC.,** *et al.*,

Debtors.[1]

Chapter:    11
Case No.:   23-13359 (VFP)

Judge:    Hon. Vincent F. Papalia
          U.S. Bankruptcy Judge

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is hereby **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND, INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER CONCERNING REQUEST TO SEAL DOCUMENTS |

On request of the Ad Hoc Bondholder Group,[2] by and through its counsel, to seal the redacted portions of following documents: the Motion for Consideration (defined herein) and the declaration of Andrew K. Glenn (the "Glenn Declaration") in support thereof, filed substantially contemporaneously herewith,[3] submitted in support of the Ad Hoc Bondholder Group's motion (the "Motion for Reconsideration"), pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 60(b), and Fed. R. Bankr. P. 4001(c) and 9024, (A) reconsidering and vacating (1) the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Dkt. No. 76] (the "Interim DIP Order") and (2) the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Dkt. No. 729] (the "Final DIP Order" and, together with the Interim DIP Order, collectively, the "DIP Orders"), and (B) granting the Ad Hoc Bondholder Group such

---

[2] The Ad Hoc Bondholder Group consists of an ad hoc group of certain holders of the 3.479% Senior Notes due 2024 (the "2024 3.749% Notes"), the 4.915% Senior Notes due 2034 (the "2034 4.915% Notes") and the 5.165% Senior Notes due 2044 (the "2044 5.165% Notes" and, together with the 2024 3.749% Notes and the 2034 4.915% Notes, the "Senior Unsecured Notes"), each issued by Bed Bath & Beyond, Inc. on July 17, 2014 (collectively, the "Ad Hoc Bondholder Group").

[3] Unredacted versions of the Motion for Reconsideration and the Glenn Declaration were are being filed immediately after the filing of the Motion to Seal in accordance with this Court's procedures for electronically requesting that a document be sealed (*see* Process to Electronically Request that a Document be Sealed | United States Bankruptcy Court - District of New Jersey (uscourts.gov).

| | |
|---|---|
| Debtors: | BED BATH & BEYOND, INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER CONCERNING REQUEST TO SEAL DOCUMENTS |

other and further relief as the Court believes is just and proper, filed on, respectively, June 2527 and June 29, 2023, and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.