| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: <br><br> Bed Bath & Beyond, Inc., et al. | Case No.: <br><br> Adversary No.: <br><br> Chapter: <br><br> Judge: | 23-13359 <br><br> <br><br> 11 <br><br> VFP |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Rainier Colony Place Acquisitions, LLC
(Example: John Smith, creditor)

Old address: 
200 Colony Place
Plymouth, MA 02360

New address: 13760 Noel Rd.
Suite 1020
Dallas, TX 75240

New phone no.: 214-234-8200
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/28/23        Signature: [signature]

rev.8/1/2021