# Exhibit A

# Johnson City Aging Report

| Database: | CHASEPROP | | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Chase Properties | | | | Date: | 6/21/2023 |
| BLDG: | RAF202 | | | Johnson City Crossing | | | | Time: | 04:11 PM |
| | | | | Date: 6/21/2023 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 61 | 92 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| RAF202-000975 | **Bed Bath & Beyond** | | | Master Occupant Id: BEDBA202-1 | | Day Due: 1 | Delq Day: | 11 | |
| | Mr. Warren Eisenberg | | | 0600    Inactive | | Last Payment: | | 1/4/2021 | 28,910.93 |
| 5/8/2019 | RY | RTX YR/END | CH | 9.00 | | | | | 9.00 |
| 11/2/2020 | M | MISC. | CR | -68.66 | | | | | -68.66 |
| 12/1/2020 | M | MISC. | CR | -8.20 | | | | | -8.20 |
| | **Bed Bath & Beyond Total:** | | | -67.86 | 0.00 | 0.00 | 0.00 | 0.00 | -67.86 |
| RAF202-001638 | **Bed Bath & Beyond** | | | Master Occupant Id: BEDBA202-2 | | Day Due: 1 | Delq Day: | 11 | |
| | Mr. Warren Eisenberg | | | 0600    Current | | Last Payment: | | 6/2/2023 | 29,639.86 |
| 1/3/2023 | C | CAM | CR | -97.86 | | | | | -97.86 |
| 1/3/2023 | RE | RE TAXES | CR | -32.66 | | | | | -32.66 |
| 2/9/2023 | C | CAM | CR | -97.86 | | | | | -97.86 |
| 2/9/2023 | RE | RE TAXES | CR | -32.66 | | | | | -32.66 |
| 3/9/2023 | C | CAM | CR | -97.86 | | | | -97.86 | |
| 3/9/2023 | RE | RE TAXES | CR | -32.66 | | | | -32.66 | |
| 4/1/2023 | C | CAM | CH | 2,082.82 | | | | 2,082.82 | |
| 4/1/2023 | R | RENT | CH | 17,135.94 | | | | 17,135.94 | |
| 4/1/2023 | RE | RE TAXES | CH | 2,386.61 | | | | 2,386.61 | |
| 5/2/2023 | C | CAM | CR | -97.86 | | | -97.86 | | |
| 5/2/2023 | RE | RE TAXES | CR | -32.66 | | | -32.66 | | |
| 5/10/2023 | CY | CAM YR/END | NC | -1,020.75 | | | -1,020.75 | | |
| 5/10/2023 | RY | RTX YR/END | NC | -396.05 | | | -396.05 | | |
| 6/2/2023 | C | CAM | CR | -97.86 | | -97.86 | | | |
| 6/2/2023 | RE | RE TAXES | CR | -32.66 | | -32.66 | | | |
| | **Bed Bath & Beyond Total:** | | | 19,535.97 | -130.52 | -1,547.32 | 21,605.37 | -130.52 | -261.04 |
| | **BLDG RAF202 Total:** | | | 19,468.11 | -130.52 | -1,547.32 | 21,605.37 | -130.52 | -328.90 |
| | | **Grand Total:** | | 19,468.11 | -130.52 | -1,547.32 | 21,605.37 | -130.52 | -328.90 |