# Exhibit B

# Primrose Aging Report

41803336.1 06/30/2023

| Database: | CHASEPROP | | | Aged Delinquencies | | | | Page: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Chase Properties | | | | Date: | 6/21/2023 |
| BLDG: | RAF307 | | | Primrose Marketplace 789 | | | | Time: | 04:12 PM |
| | | | | Date: 6/21/2023 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 61 | 92 | 120 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| RAF307-001494 | **Bed Bath & Beyond** | | | Master Occupant Id: BEDBA307-1 | | Day Due: 1 | Delq Day: | | |
| | JOE | | | A0     Inactive | | Last Payment: | 1/3/2023 | | 83,476.49 |
| | (908) 688-0888 | | | | | | | | |
| 1/1/2023 | C | CAM | CH | 836.56 | | | | | 836.56 |
| 5/19/2023 | CY | CAM YR/END | CH | 8,493.42 | | 8,493.42 | | | |
| | **Bed Bath & Beyond Total:** | | | 9,329.98 | 0.00 | 8,493.42 | 0.00 | 0.00 | 836.56 |
| RAF307-002114 | **Bed Bath & Beyond** | | | Master Occupant Id: BEDBA307-2 | | Day Due: 1 | Delq Day: | | |
| | JOE | | | A0     Current | | Last Payment: | 6/2/2023 | | 32,961.75 |
| | (908) 688-0888 | | | | | | | | |
| 2/1/2023 | C | CAM | CH | 836.56 | | | | | 836.56 |
| 3/1/2023 | C | CAM | CH | 836.56 | | | | 836.56 | |
| 4/1/2023 | C | CAM | CH | 836.56 | | | 836.56 | | |
| 5/1/2023 | C | CAM | CH | 836.56 | | 836.56 | | | |
| 6/1/2023 | C | CAM | CH | 836.56 | 836.56 | | | | |
| | **Bed Bath & Beyond Total:** | | | 4,182.80 | 836.56 | 836.56 | 836.56 | 836.56 | 836.56 |
| | **BLDG RAF307 Total:** | | | 13,512.78 | 836.56 | 9,329.98 | 836.56 | 836.56 | 1,673.12 |
| | **Grand Total:** | | | 13,512.78 | 836.56 | 9,329.98 | 836.56 | 836.56 | 1,673.12 |