| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Office: (215) 972-7777<br>Fax: (215) 972-7725<br>turner.falk@saul.com<br><br>*Counsel for RAF Johnson City LLC and G&I IX Primrose Marketplace LLC* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I did cause the foregoing *Limited Objection of RAF Johnson City LLC and G&I IX Primrose Marketplace LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

                      **SAUL EWING LLP**

                      */s/ Turner N. Falk*
                      Turner N. Falk, Esquire
                      Centre Square West
                      1500 Market Street, 38th Floor
                      Philadelphia, PA 19102-2186
                      Office: (215) 972-7777
                      Fax: (215) 972-7725
                      turner.falk@saul.com