| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Kristen Watson, Esquire (No. 270832018)<br>**BURR & FORMAN LLP**<br>420 N. 20th Street, 3400<br>Birmingham, AL  35203<br>(205) 458-5169<br>kwatson@burr.com<br><br>Dana L. Robbins, Esquire (*pro hac vice* pending)<br>201 N. Franklin Street<br>Tampa, Florida 33602<br>(813) 255-7341<br>drobbins@burr.com<br>*Counsel for Landlords, DS Properties 18 LP and SF WH Property Owner LLC* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*<br><br>Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>Hon. Vincent F. Papalia, U.S.B.J. |

### APPLICATION OF DANA L. ROBBINS
### FOR ADMISSION *PRO HAC VICE*

Landlords, DS Properties 18 LP ("DS Properties") and SF WH Property Owner LLC ("SF WH Property"), by and through the undersigned counsel, submits this *Application for Admission Pro Hac Vice of Dana L. Robbins* ("Application"), respectfully requesting admission *pro hac vice* of Dana L. Robbins to practice before the Court in connection with the above-captioned, jointly administered, Chapter 11 bankruptcy cases.

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("D.N.J. LBR"), application is hereby made for an order granting admission *pro hac vice* of Dana L. Robbins, Esquire of the law firm of Burr & Forman, LLP.

51105046 v2

This Application is supported by the attached Certification of Dana L. Robbins, Esq., which conforms with D.N.J. LBR 9010-1(b). Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached as **Exhibit A.**

**WHEREFORE,** Landlords, DSL Properties 18 LP and SF WH Property Owner LLC respectfully requests that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: June 30, 2023                                          **BURR & FORMAN LLP**

By: /s/ *Kristen Watson*
Kristen Watson
New Jersey Bar No. 270832018
420 N. 20th Street, 3400
Birmingham, Al  35203
Telephone:  (205) 458-5169
Email:  kwatson@burr.com

*Counsel for Landlords, DS Properties 18 LP and SF WH Property Owner LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Kristen Watson, Esquire (No. 270832018)
**BURR & FORMAN LLP**
420 N. 20th Street, 3400
Birmingham, AL  35203
(205) 458-5169
kwatson@burr.com

Dana L. Robbins, Esquire (*pro hac vice* pending)
201 N. Franklin Street
Tampa, Florida 33602
(813) 255-7341
drobbins@burr.com
*Counsel for Landlords, DS  Properties 18 LP and SF WH Property Owner LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.,* | Case No. 23-13359 (VFP) |
| Debtors. | |

### CERTIFICATION OF DANA L. ROBBINS
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Dana L. Robbins hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I respectfully submit this Certification in support of the Application for an Order pursuant to D.N.J. LBR 9010-1(b) for admission *pro hac vice* to appear as counsel on behalf of Landlords, DS Properties 18 LP ("DS Properties") and SF WH Property Owner LLC ("SF WH Property"), in the above-captioned case and all matters arising therein or related thereto.

2. I am a partner with the law firm of Burr & Forman LLP, 201 North Franklin Street, Suite 3200, Tampa, FL 33602.

3. I was admitted to the bar of the State of Florida in September 27, 2013 (bar registration no. 106626).

4. I have also been admitted to the following courts:

51105019 v2

| Court | Year of Admission |
|---|---|
| Supreme Court of Florida | 2013 |
| U.S. District Court for the Middle District of Florida | 2018 |
| U.S. District Court for the Southern District of Florida | 2020 |
| U.S. District Court for the Eastern District of Michigan | 2019 |
| 11th Circuit Court of Appeals | 2019 |
| 4th Circuit Court of Appeals | 2022 |
| U.S. Bankruptcy Court for the Northern District of Georgia | 2023 |

5. I am currently a member in good standing in all of the foregoing courts.

6. I have no pending disciplinary complaints or proceedings filed against me, nor have I ever been subject to any disciplinary proceedings by any court.

7. I have fully reviewed and familiarized myself with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

8. I hereby submit to the disciplinary jurisdiction of this District and agree to be bound by the Rules of Professional Conduct of this District and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

9. I understand that, upon admission *pro hac vice,* I am within the disciplinary jurisdiction of the Court and agreed to notify the Court immediately of any matter affecting my standing at the bars of any other Court.

10. I will abide by D.N.J. L.R. 101.1(c).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2023              */s/ Dana L. Robbins*
                                   Dana L. Robbins

# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ❑  Followed   ❑  Modified

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is hereby **ORDERED**.

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 2090-1, and good cause having been shown; it is

ORDERED that_____be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*;

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

2

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I served a copy of this Order on the applicant and the Treasurer of the New Jersey Lawyers' Fund for Client Protection, Richard J. Hughes Justice Complex, P.O. Box 961, Trenton, NJ 08625-0961 on_____.

JAMES J. WALDRON, Clerk

*rev.3/5/15*

3