## Riviera Center Properties Inc.

1815 Via El Prado #300
Redondo Beach, CA 90277

**Statement date**: 06/29/2023
**Move in date**: 09/19/1999
**Recurring rent**: 47,436.50

### Unpaid Charges



**Bed Bath & Beyond #225**

7497 N Blackstone Avenue
5
Fresno, CA 93720



**Riverpark Crossing Shopping Center (NEW OWNER)**

7457-7507 N Blackstone Avenue
Fresno, CA 93720

**Unit**: Unit 5

**Phone**: (559) 440-9275

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| 04/01/2023 | Estimated CAM Charges - NF - April 2023 | 6,600.00 | 1,760.00 | 4,840.00 |
| 04/01/2023 | Rent - April 2023 | 47,436.50 | 12,649.73 | 39,626.77 |
| 05/01/2023 | CAM Reconciliation Due - NF - 2022 CAM Reconciliation Due | 154.23 | 0.00 | 39,781.00 |
| 05/01/2023 | Estimated CAM Charges - NF - 1/23 to 4/23: 2023 Estimated CAM True Up Payment | 5,347.88 | 0.00 | 45,128.88 |
| 05/01/2023 | Estimated CAM Charges - NF - May 2023 - Estimated CAM | 7,936.97 | 6,600.00 | 46,465.85 |
| 06/01/2023 | Estimated CAM Charges - NF - June 2023 - Estimated CAM | 7,936.97 | 0.00 | 54,402.82 |
| 06/01/2023 | Rent - June 2023 | 47,436.50 | 44,070.74 | 57,768.58 |
| 06/29/2023 | CAM Reconciliation Due - NF - 2022 CAM Reconciliation Due for period 1.1.22 to 2.15.22 Old Owner | 740.31 | 0.00 | 58,508.89 |
| **Total** | | | | **58,508.89** |

| Total Amount Due | 0 - 30 Days | 30+ Days |
|------------------|-------------|----------|
| 58,508.89 | 12,043.04 | 46,465.85 |