**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LAW OFFICES OF SCOTT H. BERNSTEIN LLC**
Scott H. Bernstein (N.J. Attorney Id. No. 024822002)
101 Eisenhower Parkway, Suite #300
Roseland, New Jersey 07068-1054
Telephone:  (973) 891-9690
Email:  scott@scottbernsteinlaw.com

-and-

**HIRSCHLER FLEISCHER, P.C.**
Robert S. Westermann, Esq.
Brittany B. Falabella, Esq.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23218-0500
Telephone:   (804) 771-5610
Facsimile:    (804) 644-0957
Email:  rwestermann@hirschlerlaw.com
            bfalabella@hirschlerlaw.com

*Attorneys for Brink's U.S., a Division of Brink's, Incorporated*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 |
| Debtors. | (Joint Administration) |
| | Honorable Vincent F. Papalia |

**CERTIFICATION OF SERVICE**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083

I, Scott H. Bernstein, an attorney for Brink's U.S., a Division of Brink's, Incorporated, hereby certify under the penalty of perjury, that on July 3, 2023, I served true and correct copies of the *Limited Objection and Reservation of Rights of Brink's U.S. To Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* upon (i) the parties listed on the attached service list *via* email unless otherwise indicated thereon and (ii) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof.

Dated:  July 3, 2023

>	*/s/ Scott H. Bernstein*
>	Scott H. Bernstein (Attorney Id. No. 024822002)
>	LAW OFFICES OF SCOTT H. BERNSTEIN LLC
>	101 Eisenhower Parkway, Suite #300
>	Roseland, New Jersey 07068-1054
>	Telephone:  (973) 891-9690
>	Email:  scott@scottbernsteinlaw.com

**SERVICE LIST**

| | |
|---|---|
| Joshua A. Sussberg, Esquire<br>Emily E. Geier, Esquire<br>Derek I. Hunter, Esquire<br>Ross J. Fiedler, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Derek.hunter@kirkland.com<br>Ross.fiedler@kirkland.com<br>(*Counsel to the Debtors*) | Fran B. Steele, Esquire<br>Office of the United States Trustee for Region 3<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>(*UST's Office via U.S. Mail Only*) |
| Michael D. Sirota, Esquire<br>Warren A. Usatine, Esquire<br>Felice R. Yudkin, Esquire<br>Cole Schotz P.C.<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>(*Counsel to the Debtors*) | David M. Hillman, Esquire<br>Megan R. Volin, Esquire<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>DHillman@proskauer.com<br>MVolin@proskauer.com<br>(*Counsel to the DIP Agent*) |
| Marshall S. Huebner, Esquire<br>Adam L. Shpeen, Esquire<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>marshall.huebner@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com<br>michael.pera@davispolk.com<br>(*Counsel to the Prepetition ABL Agent*) | Robert J. Feinstein, Esquire<br>Bradford J. Sandler, Esquire<br>Paul J. Labov, Esquire<br>Colin R. Robinson, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>(*Counsel to the Creditors' Committee*) |
| | Scott K. Charles, Esquire<br>Michael S. Benn, Esquire<br>Gordon S. Moodie, Esquire<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com<br>(*Counsel to Stalking Horse Bidder, Overstock.com*) |