| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> **BARCLAY DAMON LLP** <br> Scott L. Fleischer, Esq. <br> 1270 Avenue of the Americas, Suite 501 <br> New York, NY 10020 <br> Telephone:  (212) 784-5810 <br> sfleischer@barclaydamon.com <br><br> Kevin M. Newman, Esq. <br> Barclay Damon Tower <br> 125 East Jefferson Street <br> Syracuse, NY 13202 <br> Telephone:  (315) 413-7115 <br> knewman@barclaydamon.com <br><br> Niclas A. Ferland, Esq. <br> 545 Long Wharf Drive, Ninth Floor <br> New Haven, CT 06511 <br> Telephone:  (203) 672-2667 <br> nferlans@barclaydamon.com <br><br> *Counsel for RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, and Mission Valley Shoppingtown LLC* | |
| In re: <br><br> BED BATH & BEYOND, INC., *et al.*,[1] <br><br><div align="right">Debtors.</div> | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> Judge:  Vincent F. Papalia <br><br> (Jointly Administered) |

**OBJECTION OF RPT REALTY, L.P., DLC MANAGEMENT CORP.,
RIVERCREST REALTY ASSOCIATES, LLC, AND
MISSION VALLEY SHOPPINGTOWN LLC TO PROPOSED CURE AMOUNTS**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases (collectively, the "Debtors" and each a "Debtor") and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, and

Mission Valley Shoppingtown LLC (each, a "Landlord" and collectively, the "Landlords"), by and

through their attorneys, respectfully submit this objection to the Debtors' proposed cure amounts,

including through the *Notice to Contract Parties to Potentially Assumed Executory Contracts and

Unexpired Leases* [Docket No. 714] (the "Cure Notice") (the "Objection").  In support of this

Objection, the Landlords respectfully state as follows:

### JURISDICTION

1.      The United States Bankruptcy Court for the District of New Jersey (the "Court")

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2)(A).

### BACKGROUND

2.      On April 23, 2023 (the "Petition Date"), each of the above-referenced debtors (the

"Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States

Code (the "Bankruptcy Code") in the Court.

3.      Upon information and belief, the Debtors are operating their business and managing

their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.

4.      The Landlords or their affiliates are parties to unexpired leases of nonresidential

real property (each, a "Lease" and collectively, the "Leases") of the premises (the "Premises")

identified on Exhibit 1 hereto.

5.      The Premises are located within "shopping centers" as that term is used in

§ 365(b)(3) of the Bankruptcy Code.  *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d

Cir. 1990).

6.      On April 23, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures; (B) Approving Stalking Horse Bid Protections; (C) Scheduling Bid Deadlines and an Auction; (D) Approving the Form and Manner of Notice Thereof; (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets, and (D) Granting Related Relief* [Dkt. No. 29] (the "Sale Motion").  The Sale Motion sought to establish procedures under which the Debtors could sell substantially all of their assets and ultimately seek approval of one or more sale transactions.

7.      On April 25, 2023, the Court entered an order granting the bid procedures aspect of the Sale Motion [Dkt. 92] (the "Bid Procedures Order").

8.      On May 3, 2023, the Debtors filed the *Motion For Entry of an Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Dkt. No. 193] (the "Lease Auction Procedures Motion"), seeking to establish procedures under which the Debtors could assume and assign leases such as the Leases through a lease auction process.

9.      On May 22, 2023 the Court entered an order granting the Lease Auction Procedures Motion [Dkt. No. 422] (the "Lease Auction Procedures Order").

10.     On June 13, 2023, the Debtors filed the Cure Notice [Dkt. No. 714], which included the amounts the Debtors believed are necessary to cure defaults under the Leases (the "Proposed Cure Amounts").  Whether pursuant to the Bid Procedures Order, Lease Auction Procedures Order, or otherwise, the Debtors may seek to assume and assign various executory contracts and unexpired leases, including the Leases.

3

11.     On June 23, 2023, the Debtors filed the *Notice of Amendment of Cure Objection Deadline* [Dkt. No. 952], which, among other things, clarified that the Debtors' sale of certain assets to Overstock.com, Inc. only contemplated limited contract assignments but no lease assignments, and extended the cure objection deadline for all leases on the Cure Notice to July 5, 2023 at 9:00 a.m. ET.

### OBJECTION

A.     *The Proposed Cure Amounts Are Subject to Change and, as of the Filing of this Objection, Many are Not Correct and/or Subject to July Rent Payments*

12.     As a condition of any assumption and assignment of the Leases, the Landlords are entitled to have all defaults cured.  11 U.S.C. § 365(b)(1)(A).  The Debtors are currently in default under many of the Leases for failure to pay rent and other charges currently due and owing.

13.     The Landlords object to the Proposed Cure Amounts to the extent that they do not reflect the correct cure amounts for the Leases as of the date of assumption and assignment (the "Correct Cure Amounts").  The Proposed Cure Amounts and the Correct Cure Amounts, exclusive of (i) attorneys' fees and (ii) accrued rent and charges and indemnity obligations, are as listed on Exhibit 1 hereto.  The Correct Cure Amounts are accurate as of the dates listed in Exhibit 1 hereto and are subject to change through any assumption and assignment of the Leases.  Exhibit 1 also includes detailed statements of certain of the Correct Cure Amounts (exclusive of attorneys' fees).  Many of the Correct Cure Amounts are subject to the payment of July Lease obligations, which could not be confirmed by the filing of this Objection.

B.     *The Proposed Cure Amounts Do Not Include Attorneys' Fees*

14.     The Landlords further object to the Proposed Cure Amounts because they do not include attorneys' fees.  The Leases entitle the Landlords to attorneys' fees.  Therefore,  attorneys' fees must be included as part of the Landlords' cure amounts as pecuniary losses suffered as a

4

result of the Debtors' defaults, under Section 365(b)(1)(B).  *See In re Crown Books Corp*., 269 B.R. 12, 18 (Bankr. D. Del. 2001); *In re Williams*, 2011 Bankr. LEXIS 2463, at *3 (Bankr. D. Del. June 24, 2011); *see also In re French*, 131 B.R. 138, 141 (Bankr. E.D. Miss. 1991); *Urban Retail Props. v. Loews Cineplex Entm't Corp.*, 2002 U.S. Dist. LEXIS 6186, at *25-28 (S.D.N.Y. Apr. 8, 2002); *In re Shangra-La, Inc.*, 167 F.3d 843, 849 (4th Cir. 1999); *In re Entertainment, Inc.*, 223 B.R. 141, 152-153 (Bankr. N.D. Ill. 1998).

15.    Attorneys' fees have been accruing and will continue to increase through any assumption and assignment of the Leases, and the Landlords may seek to supplement this Objection by the time of any proposed assumption and assignment with the current amount of accrued attorneys' fees.

C.    *Any Assumption and Assignment Must Be Cum Onere, Including the Assumption of Liability for All Obligations for Accrued, but Unbilled or Not Due Rent and Charges and Indemnity Obligations*

16.    It is well settled that a debtor seeking to assume a lease must do so *cum onere*, accepting both its benefits and burdens.  *See In re Fleming Cos.,* 499 F.3d 300, 308 (3d Cir. 2007) (quoting *In re Italian Cook Oil Corp.*, 190 F.2d 994, 997 (3d Cir. 1951).  The requirement that lease assumption be *cum onere* applies equally to assignment, as assumption of an unexpired lease "is a necessary prerequisite to its assignment under § 365."  *In re Sunterra Corp.*, 361 F.3d 257, 266 (4th Cir. 2004) (citing 11 U.S.C. § 365(f)(2)).

17.    Therefore, in the event that the Debtors seek to assume and assign the Leases, the Debtors or any assignee are first obligated to cure all outstanding defaults under the Leases, including the payment of the Correct Cure Amounts, plus attorneys' fees that accrued through  the time of assumption and assignment.

18.    Further, the Debtors have a continuing obligation to pay additional rent and charges, including, but not limited to, adjustments and reconciliations for the Debtors'

5

proportionate share of certain common area maintenance, real property taxes, water, insurance premiums and any percentage rent which have accrued, or will accrue under the Leases through any assumption and assignment of the Leases and are not yet due.

19.     Additionally, the Proposed Cure Amounts do not include contractual obligations to indemnify the Landlords for events occurring prior to any assumption and assignment of the Leases.  The Leases obligate the Debtors to indemnify and hold the Landlords harmless from and against various claims, liabilities and expenses.  Any assignee must assume liability for such obligations.

20.     The Debtors' obligations to pay this additional rent and charges and to satisfy their indemnity obligations are essential to the Landlords' entitlement pursuant to Section 365(b)(1) of the Bankruptcy Code to adequate assurance of future performance, and are assumed by any assignee *cum onere*.  *See In re Interstate Bakeries Corp.*, 167 F.3d 843, 961 (8th Cir. 2014).

21.     Therefore, all of these obligations should be assumed by any assignee as part of any assumption and assignment of the Leases in accordance with the requirement that the Landlords receive adequate assurance of future performance under the Leases.

D.     *Any Assumption and Assignment Must Be Supported by Adequate Assurance of Future Performance*

22.     The Landlords reserve their rights to object to any proposed assumption and assignment of the Leases to a successful bidder absent identification of the proposed assignee, strict compliance with the adequate assurance of future performance requirements of § 365 of the Bankruptcy Code, the Bid Procedures Order and Lease Auction Procedures Order, as applicable, and the Landlords having sufficient notice and an opportunity to be heard regarding any proposed assumption and assignment.

26611993.2

## RESERVATION OF RIGHTS

23.     The Landlords reserve their rights to supplement this Objection and to make such

other and further objections as they may deem necessary or appropriate, including, but not limited

to, objecting to assumption and assignment of the Leases on any grounds.

24.     The Landlords hereby join any other objections filed by the Debtors' landlords to

the extent such objections are not inconsistent with the relief sought herein.

**WHEREFORE**, the Landlords respectfully request that the Court enter an order consistent

with this Objection, and grant the Landlords any additional and further relief the Court deems just

and proper.

Dated: July 3, 2023
       New York, New York

                                        **BARCLAY DAMON LLP**

                                        By*:*     */s/Scott L. Fleischer*
                                        Scott L. Fleischer, Esq.
                                        1270 Avenue of the Americas, Suite 501
                                        New York, New York 10020
                                        Telephone:  (212) 784-5810
                                        Email:  sfleischer@barclaydamon.com

                                        Kevin M. Newman
                                        Barclay Damon Tower
                                        125 East Jefferson Street
                                        Syracuse, New York 13202
                                        Telephone:  (315) 413-7115
                                        Email:  knewman@barclaydamon.com

                                        Niclas A. Ferland
                                        545 Long Wharf Drive, Ninth Floor
                                        New Haven, Connecticut
                                        Telephone:  (203) 672-2650
                                        Email:  nferland@barclaydamon.com

                                        *Attorneys for RPT Realty, L.P., DLC Management*
                                        *Corp., Rivercrest Realty Associates, LLC, and*
                                        *Mission Valley Shoppingtown LLC*

26611993.2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 3, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey.

I further certify that on July 3, 2023, I caused a copy of the foregoing document to be served by electronic mail upon the following parties at their designated email addresses:

| | |
|---|---|
| Joshua A. Sussberg, P.C. | joshua.sussberg@kirkland.com |
| Emily E. Geier, P.C. | emily.geier@kirkland.com |
| Derek I. Hunter, Esq. | derek.hunter@kirkland.com |
| Ross J. Fiedler, Esq. | ross.fiedler@kirkland.com |
| Michael D. Sirota, Esq. | msirota@coleschotz.com |
| Warren A. Usatine, Esq. | wusatine@coleschotz.com |
| Felice R. Yudkin, Esq. | fyudkin@coleschotz.com |
| Marshall S. Huebner, Esq. | marshall.huebner@davispolk.com |
| Adam L. Shpeen, Esq. | adam.shpeen@davispolk.com |
| Steven Z. Szanzer, Esq. | steven.szanzer@davispolk.com |
| Michael Pera, Esq. | michael.pera@davispolk.com |
| David M. Hillman, Esq. | dhillman@proskauer.com |
| Megan R. Volin, Esq. | mvolin@proskauer.com |
| Fran B. Steele, Esq. | fran.b.steele@usdoj.gov |
| Andrew R. Vara, U.S. Trustee | USTPRegion02.NE.ECF@usdoj.gov |
| Robert J. Feinstein, Esq. | rfeinstein@pszjlaw.com |
| Bradford J. Sandler, Esq. | bsandler@pszjlaw.com |
| Paul J. Labov, Esq. | plabov@pszjlaw.com |
| Colin R. Robinson, Eq. | crobinson@pszjlaw.com |

*/s/Scott L. Fleischer*

Scott L. Fleischer

8

26611993.2

**EXHIBIT 1**

| Landlord | Shopping Center | Location | Store No. | BBB's Initial Proposed Cure Amount | Landlord's Cure Amount | As of | Note |
|---|---|---|---|---|---|---|---|
| **RPT Realty, L.P.  (Appendix A)** | | | | | | | |
| RPT Realty, L.P. | Vista Plaza | Jensen Beach, FL | 213 | $10,462.61 | $49,379.45 | 6/30/2023 | 2 |
| RLV Winchester Center LP | Winchester Center | Rochester Hills, MI | 378 | $26,127.71 | $58,467.25 | 6/30/2023 | 2 |
| RPT Realty, L.P. | Deerfield Towne Center (Bed Bath) | Mason, OH | 768 | $73.38 | $80,064.87 | 6/30/2023 | 1, 2 |
| Bellevue Place Associates, G.P. | Bellevue Place | Bellevue, TN | 476 | $0.00 | $500.00 | 6/15/2023 | 3 |
| Pace-Central Associates, L.L.C. | Central Plaza | Ballwin, MO | 3070 | $100,557.03 | $133,496.96 | 6/15/2023 | 3 |
| Summit Deer Creek Investors, L.L.C. | Deer Creek | Maplewood, MO | 3090 | $101,522.12 | $124,437.44 | 6/30/2023 | 2 |
| RPT Realty, L.P. | Deerfield Towne Center (BABY) | Mason, OH | 3044 | $116.90 | $53,687.96 | 6/30/2023 | 2 |
| DBRA Red Woodbury LLC | Woodbury Lakes | Woodbury, MN | 3065 | $0.00 | $5,901.69 | 6/15/2023 | 3 |
| **DLC Management Corp  (Appendix B)** | | | | | | | |
| BRE DDR Spring Creek LLC | Spring Creek Centre | Fayetteville, AR | 278 | $272.65 | $112,235.84 | 7/3/2023 | 2 |
| Frontier Village, L.P. | La Frontera Village | Round Rock, TX | 305 | $0.00 | $107,368.06 | 7/3/2023 | 2, 4 |
| **Rivercrest Realty Associates  (Appendix C)** | | | | | | | |
| IRC University Crossings LLC | University Crossings | Granger, IN | 23 | $0.00 | $26,934.33 | 7/1/2023 | 2 |
| **Westfield  (Appendix D)** | | | | | | | |
| Westfield Mission Valley Shoppingtown, LLC | Westfield Mission Valley | San Diego, CA | 31 | $0.00 | $121,113.08 | 6/30/2023 | 2 |

1 - *By email dated June 21, 2023, Debtors' counsel agreed with the landlord's proposed cure amount as of June 15, 2023.*

2 - *These updated Landlord cure amounts include July 1 charges.*

3 - *The leases for these locations were proposed to be rejected in the Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases dated June 29, 2023 (Docket No. 1127) and are included in case the proposed treatment changes.*

4 - *By email dated June 19, 2023, Debtors' counsel agreed with the landlord's proposed cure amount as of June 15, 2023.*

# STATEMENT

| | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| . | 06/30/2023 | 43701 ,00007985 |

Bed Bath & Beyond Inc
Bed Bath & Beyond #213
Attention: Attn: Real Estate Accounting
650 Liberty Ave.
Union, NJ    07083

**BALANCE DUE:    49,379.45**                    **MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 07/01/2023 | Base Rent | 31,264.58 | 0.00 | 31,264.58 |
| 07/01/2023 | Common Area Maintenance | 3,585.75 | 0.00 | 3,585.75 |
| 07/01/2023 | Insurance | 1,454.00 | 0.00 | 1,454.00 |
| 03/06/2014 | Tax for PCT | 6,247.46 | 5,813.21 | 434.25 |
| 07/01/2023 | Tax for BRN | 1,875.87 | 0.00 | 1,875.87 |
| 07/01/2023 | Tax for INS | 87.24 | 0.00 | 87.24 |
| 07/01/2023 | Tax for CAM | 215.15 | 0.00 | 215.15 |
| 03/14/2023 | 2022 Year end Insurance Reconciliation | 10,462.61 | 0.00 | 10,462.61 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 38,482.59 | 0.00 | 0.00 | 10,462.61 | 434.25 | 49,379.45 |

Please send this portion of the invoice with your remittance. Thank you.    .    STATEMENT DATE  ACCOUNT NUMBER

| | 06/30/2023    43701 ,00007985 |
|---|---|
| | Bed Bath & Beyond #213 |

**MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**
**Send your payment to the following address.**
**Vista Plaza**                    **BALANCE DUE:    49,379.45**
**P.O. Box 350018**
**Boston, MA  02241-0518**

# STATEMENT

| | | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|---|
| . | | 06/30/2023 | 45201 ,00008095 |

Bed Bath & Beyond Inc.
Bed Bath & Beyond
Attention: Store #378
650 Liberty Avenue
Union, NJ    07083

**BALANCE DUE:      58,467.25**                     **MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 07/01/2023 | Base Rent | 23,105.15 | 0.00 | 23,105.15 |
| 07/01/2023 | Common Area Maintenance | 2,645.00 | 0.00 | 2,645.00 |
| 03/10/2023 | Electric 2/8-3/8/23 | 3,113.11 | 0.00 | 3,113.11 |
| 04/10/2023 | Electric 3/8-4/7/23 | 3,602.49 | 0.00 | 3,602.49 |
| 05/08/2023 | Electric 4/7-5/5/23 | 3,321.77 | 1,488.39 | 1,833.38 |
| 06/08/2023 | Electric 5/5-6/6/23 | 3,963.03 | 0.00 | 3,963.03 |
| 07/01/2023 | Insurance | 446.00 | 0.00 | 446.00 |
| 03/10/2023 | Tax for ELE | 186.73 | 0.00 | 186.73 |
| 04/10/2023 | Tax for ELE | 216.10 | 0.00 | 216.10 |
| 05/08/2023 | Tax for ELE | 199.25 | 90.00 | 109.25 |
| 06/08/2023 | Tax for ELE | 237.73 | 0.00 | 237.73 |
| 03/13/2023 | 2022 Year end CAM Reconciliation | 14,439.65 | 0.00 | 14,439.65 |
| 03/13/2023 | 2022 Year end Insurance Reconciliation | 4,569.63 | 0.00 | 4,569.63 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 30,396.91 | 1,942.63 | 3,818.59 | 22,309.12 | 0.00 | 58,467.25 |

| Please send this portion of the invoice with your remittance. Thank you. | . | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|---|
| | | 06/30/2023 | 45201 ,00008095 |
| | | | Bed Bath & Beyond #378 |

**MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**
**Send your payment to the following address.**
**Winchester Center**                              **BALANCE DUE:      58,467.25**
**P.O. Box 350018**
**Boston, MA  02241-0518**

# STATEMENT

| | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| . | 06/30/2023 | 81501 ,00008590 |

Bed Bath & Beyond Inc
Bed Bath & Beyond #768
650 Liberty Avenue
Union, NJ    07083

**BALANCE DUE:**    **80,064.87**                    **MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 07/01/2023 | Recalc 7/23 BRN | 27,500.00 | 0.00 | 27,500.00 |
| 07/01/2023 | Recalc 7/23 CAM | 4,665.75 | 0.00 | 4,665.75 |
| 05/18/2023 | 22 RE Taxes Pybl 23 1st Instl | 72,365.58 | 27,338.11 | 45,027.47 |
| 04/03/2023 | Water 1/31-2/28/23 | 36.69 | 0.00 | 36.69 |
| 04/11/2023 | Water 2/28-3/31/23 | 36.69 | 0.00 | 36.69 |
| 05/25/2023 | Water 3/31-4/30/23 | 36.69 | 9.78 | 26.91 |
| 06/28/2023 | Water 4/30-5/31/23 | 57.37 | 0.00 | 57.37 |
| 03/22/2023 | 2022 Year End CAM Reconciliation | 2,394.01 | 0.00 | 2,394.01 |
| 03/22/2023 | 2022 Year End CAM Reconciliation | 319.98 | 0.00 | 319.98 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 32,223.12 | 45,054.38 | 73.38 | 2,713.99 | 0.00 | 80,064.87 |

| Please send this portion of the invoice with your remittance. Thank you. | . | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|---|
| | | 06/30/2023 | 81501 ,00008590 |
| | | | Bed Bath & Beyond #768 |

**MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**
**Send your payment to the following address.**
**Deerfield Towne Center**                    **BALANCE DUE:**        **80,064.87**
**PO Box 350018**
**Boston, MA  02241-0518**

# STATEMENT



|  | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
|  | 06/15/2023 | 71501 ,00010744 |

Bed Bath & Beyond, Inc.
Bed Bath & Beyond, Inc.
650 Liberty Avenue
Union, NJ    07083

**BALANCE DUE:     500.00**                    **MAKE CHECKS PAYABLE TO:  RPT Realty L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 03/28/2022 | Debris Cleanup Inv # Jan 5237 | 500.00 | 0.00 | 500.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |

Please send this portion of the invoice with your remittance. Thank you.              .    STATEMENT DATE  ACCOUNT NUMBER

|  | 06/15/2023 | 71501 ,00010744 |
|---|---|---|
|  |  | Bed Bath & Beyond |

**MAKE CHECKS PAYABLE TO:  RPT Realty L.P.**
**Send your payment to the following address.**
**Bellevue Plaza**                          **BALANCE DUE:        500.00**
**P.O. Box 350018**
**Boston, MA  22410518**

# STATEMENT



| | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| . | 06/15/2023 | 78401 ,00007710 |

Bed Bath & Beyond Inc.
Buy Buy Baby #3070
Attention: Warren Eisenberg
650 Liberty Avenue
Union, NJ    07083

**BALANCE DUE:        133,496.96**                    **MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 04/01/2023 | Base Rent | 26,977.08 | 0.00 | 26,977.08 |
| 04/01/2023 | Common Area Maintenance | 1,956.40 | 0.00 | 1,956.40 |
| 04/01/2023 | Insurance | 263.09 | 0.00 | 263.09 |
| 05/01/2023 | 4/23 UAC CK# 050123 | -7,785.75 | 0.00 | -7,785.75 |
| 04/06/2023 | 2022 Year End CAM Reconciliation | 7,344.51 | 0.00 | 7,344.51 |
| 04/06/2023 | 2022 Insurance Year-End Reconciliation | 4,184.60 | 0.00 | 4,184.60 |
| 03/22/2023 | 2022 TAX Recovery Reconciliati | 100,557.03 | 0.00 | 100,557.03 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 0.00 | -7,785.75 | 141,282.71 | 0.00 | 0.00 | 133,496.96 |

Please send this portion of the invoice with your remittance. Thank you.

| . | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| | 06/15/2023 | 78401 ,00007710 |
| | | Buy Buy Baby #3070 |

**MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**
**Send your payment to the following address.**
**Central Plaza**                    **BALANCE DUE:        133,496.96**
**P.O. Box 350018**
**Boston, MA  02241-0518**

# STATEMENT

| | . | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|---|
| | | 06/30/2023 | 77701 ,00008527 |

Bed Bath & Beyond Inc.
Bed Bath & Beyond Inc.
Attention: Warren Eisenberg
650 Liberty Avenue
Union, NJ   07083

**BALANCE DUE:        124,437.44**                **MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 07/01/2023 | Base Rent | 20,531.67 | 0.00 | 20,531.67 |
| 07/01/2023 | Common Area Maintenance | 1,966.11 | 0.00 | 1,966.11 |
| 07/01/2023 | Insurance | 374.50 | 0.00 | 374.50 |
| 03/31/2023 | Water 1/18-2/17/23 | 11.06 | 0.00 | 11.06 |
| 04/20/2023 | Water 2/17-3/16/23 | 4.07 | 0.00 | 4.07 |
| 05/18/2023 | Water 3/16-4/17/23 | 1.61 | 0.00 | 1.61 |
| 06/26/2023 | Water 4/17-5/17/23 | 41.43 | 0.00 | 41.43 |
| 04/18/2023 | 2022 Year End CAM Reconciliation | -625.44 | 0.00 | -625.44 |
| 04/18/2023 | 2022 Year End INS Reconciliation | 5,376.34 | 0.00 | 5,376.34 |
| 03/22/2023 | 2022 Year End Tax Reconciliati | 96,756.09 | 0.00 | 96,756.09 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 22,913.71 | 1.61 | 4,754.97 | 96,767.15 | 0.00 | 124,437.44 |

| | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| | 06/30/2023 | 77701 ,00008527 |
| | | Buy Buy Baby #3090 |

**MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**
**Send your payment to the following address.**
**Deer Creek Shopping Center**                **BALANCE DUE:        124,437.44**
**PO Box 350018**
**Boston, MA  02241-0518**

# STATEMENT

| | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| . | 06/30/2023 | 81501 ,00008593 |

Bed Bath & Beyond Inc.
Buy Buy Baby #3044
650 Liberty Avenue
Union, NJ    07083

**BALANCE DUE:**    **53,687.96**                    **MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 04/01/2023 | Base Rent | 30,825.00 | 8,220.00 | 22,605.00 |
| 07/01/2023 | Base Rent | 30,825.00 | 0.00 | 30,825.00 |
| 09/06/2022 | Water 6/30-7/31/22 | 58.71 | 0.00 | 58.71 |
| 03/08/2023 | Water 12/31/22-1/31/23 | 36.69 | 0.00 | 36.69 |
| 04/03/2023 | Water 1/31-2/28/23 | 43.52 | 0.00 | 43.52 |
| 04/11/2023 | Water 2/28-3/31/23 | 36.69 | 0.00 | 36.69 |
| 05/25/2023 | Water 3/31-4/30/23 | 43.52 | 11.61 | 31.91 |
| 06/28/2023 | Water 4/30-5/31/23 | 50.44 | 0.00 | 50.44 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 30,875.44 | 31.91 | 80.21 | 22,641.69 | 58.71 | 53,687.96 |

Please send this portion of the invoice with your remittance. Thank you.        .        STATEMENT DATE  ACCOUNT NUMBER

|  | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
|  | 06/30/2023 | 81501 ,00008593 |
|  |  | Buy Buy Baby #3044 |

**MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**
**Send your payment to the following address.**
**Deerfield Towne Center**                    **BALANCE DUE:**    **53,687.96**
**PO Box 350018**
**Boston, MA  02241-0518**

# STATEMENT



| | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| . | 06/15/2023 | 79901 ,00008858 |

Bed Bath & Beyond, Inc
Buy Buy BABY
650 Liberty Ave.
Union, NJ    07083

**BALANCE DUE:    5,901.69**          **MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**

| CHARGE DATE | CHARGE DESCRIPTION | AMOUNT | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|
| 05/19/2023 | Annual RE Taxes 2022 paid 2023 | 15,531.38 | 10,699.21 | 4,832.17 |
| 03/01/2019 | 3/19 UAC CK# 030119 | -185.16 | 0.00 | -185.16 |
| 04/01/2019 | 4/19 UAC CK# 040119 | -61.72 | 0.00 | -61.72 |
| 04/07/2023 | 2022 Year End Insurance Reconciliation | 111.80 | 0.00 | 111.80 |
| 04/07/2023 | 2022 Year End Insurance Reconciliation | 1,204.60 | 0.00 | 1,204.60 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---|---|---|---|---|---|
| 4,832.17 | 0.00 | 1,316.40 | 0.00 | -246.88 | 5,901.69 |

Please send this portion of the invoice with your remittance. Thank you.    .    STATEMENT DATE  ACCOUNT NUMBER

| | STATEMENT DATE | ACCOUNT NUMBER |
|---|---|---|
| | 06/15/2023 | 79901 ,00008858 |
| | | Buy Buy BABY #3065 |

**MAKE CHECKS PAYABLE TO:  RPT REALTY L.P.**
**Send your payment to the following address.**
**Woodbury Lakes**                    **BALANCE DUE:      5,901.69**
**PO Box 350018**
**Boston, MA  02241-0518**

| Database: | DLCMANAGE | | Aged Delinquencies | | | | | Page: | 1 |
| | | | DLC Management Corp | | | | | Date: | 7/3/2023 |
| BLDG: | 216 | | SPRING CREEK IMPROVEMENTS LLC | | | | | Time: | 10:20 AM |
| | | | Date: 7/3/2023 | | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 216-005685 | **BED BATH & BEYOND #278 - LEGAL** | | | Master Occupant Id: SPRBED-2 052    Current | | | Day Due:    1 | Delq Day:    10 | |
| | | | | | | | Last Payment: | 6/2/2023 | 29,987.14 |
| 7/1/2021 | 200 | CAM | CH | 123.17 | 0.00 | 0.00 | 0.00 | 0.00 | 123.17 |
| 8/1/2021 | 200 | CAM | CH | 214.05 | 0.00 | 0.00 | 0.00 | 0.00 | 214.05 |
| 9/1/2021 | 200 | CAM | CH | 214.05 | 0.00 | 0.00 | 0.00 | 0.00 | 214.05 |
| 10/1/2021 | 200 | CAM | CH | 214.05 | 0.00 | 0.00 | 0.00 | 0.00 | 214.05 |
| 11/1/2021 | 200 | CAM | CH | 214.05 | 0.00 | 0.00 | 0.00 | 0.00 | 214.05 |
| 12/1/2021 | 200 | CAM | CH | 214.05 | 0.00 | 0.00 | 0.00 | 0.00 | 214.05 |
| 1/20/2022 | 850 | WATER AND SEWER | CH | 220.55 | 0.00 | 0.00 | 0.00 | 0.00 | 220.55 |
| 2/1/2022 | 100 | BASE RENT | CH | 1,776.83 | 0.00 | 0.00 | 0.00 | 0.00 | 1,776.83 |
| 2/1/2022 | 200 | CAM | CH | 2,701.19 | 0.00 | 0.00 | 0.00 | 0.00 | 2,701.19 |
| 3/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 3/1/2022 | 275 | RE TAX PRIOR YEAR | CH | 38,902.40 | 0.00 | 0.00 | 0.00 | 0.00 | 38,902.40 |
| 4/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 5/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 6/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 7/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 8/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 9/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 10/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 11/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 12/1/2022 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 1/1/2023 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 2/1/2023 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 3/1/2023 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 0.00 | 51.94 |
| 4/1/2023 | 200 | CAM | CH | 51.94 | 0.00 | 0.00 | 0.00 | 51.94 | 0.00 |
| 4/6/2023 | 850 | WATER AND SEWER | CH | 272.65 | 0.00 | 0.00 | 272.65 | 0.00 | 0.00 |
| 5/1/2023 | 200 | CAM | NC | -280.39 | 0.00 | 0.00 | -280.39 | 0.00 | 0.00 |
| 5/1/2023 | 225 | CAM PRIOR YEAR | CH | 1,670.53 | 0.00 | 0.00 | 1,670.53 | 0.00 | 0.00 |
| 5/1/2023 | 275 | RE TAX PRIOR YEAR | CH | 34,880.00 | 0.00 | 0.00 | 34,880.00 | 0.00 | 0.00 |
| 5/2/2023 | 200 | CAM | CR | -18.16 | 0.00 | 0.00 | -18.16 | 0.00 | 0.00 |
| 6/2/2023 | 200 | CAM | CR | -18.16 | 0.00 | -18.16 | 0.00 | 0.00 | 0.00 |
| 6/23/2023 | 850 | WATER AND SEWER | CH | 238.84 | 238.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/1/2023 | 100 | BASE RENT | CH | 27,500.00 | 27,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/1/2023 | 200 | CAM | CH | 2,468.98 | 2,468.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **BED BATH & BEYOND #278 - LEGAL Total:** | | | 112,235.84 | 30,207.82 | -18.16 | 36,524.63 | 51.94 | 45,469.61 |
| | **BLDG 216 Total:** | | | 112,235.84 | 30,207.82 | -18.16 | 36,524.63 | 51.94 | 45,469.61 |
| | **Grand Total:** | | | 112,235.84 | 30,207.82 | -18.16 | 36,524.63 | 51.94 | 45,469.61 |

| Database: | DLCMANAGE | | Aged Delinquencies | | | | Page: | 1 |
| BLDG: | 437 | | DLC Management Corp | | | | Date: | 7/3/2023 |
| | | | LA FRONTERA IMPROVEMENTS, LLC | | | | Time: | 10:19 AM |
| | | | Date: 7/3/2023 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**437-006664**  **Bed Bath & Beyond**   Master Occupant Id: 437BedBa-1   Day Due: 1   Delq Day:
Emily Ortiz   112   Current   Last Payment: 6/5/2023   23,549.50
(908)855-4174

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 2/7/2023 | 285 | RE TAX ANNUAL C/B | CH | 90,508.74 | 0.00 | 0.00 | 0.00 | 0.00 | 90,508.74 |
| 2/10/2023 | 285 | RE TAX ANNUAL C/B | CH | 1,822.95 | 0.00 | 0.00 | 0.00 | 0.00 | 1,822.95 |
| 5/1/2023 | 200 | CAM | NC | -2,156.29 | 0.00 | 0.00 | -2,156.29 | 0.00 | 0.00 |
| 5/1/2023 | 225 | CAM PRIOR YEAR | NC | -4,739.63 | 0.00 | 0.00 | -4,739.63 | 0.00 | 0.00 |
| 5/9/2023 | 200 | CAM | CR | -539.07 | 0.00 | -539.07 | 0.00 | 0.00 | 0.00 |
| 6/5/2023 | 200 | CAM | CR | -539.07 | -539.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/1/2023 | 100 | BASE RENT | CH | 19,062.50 | 19,062.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/1/2023 | 200 | CAM | CH | 3,947.93 | 3,947.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Bed Bath & Beyond Total:** | | | 107,368.06 | 22,471.36 | -539.07 | -6,895.92 | 0.00 | 92,331.69 |
| | **BLDG 437 Total:** | | | 107,368.06 | 22,471.36 | -539.07 | -6,895.92 | 0.00 | 92,331.69 |
| | **Grand Total:** | | | 107,368.06 | 22,471.36 | -539.07 | -6,895.92 | 0.00 | 92,331.69 |

# **APPENDIX C**

RIVERCREST REALTY ASSOCIATES
IRC University Crossings LLC
Tenant: Buy Buy Baby, Inc.
Location:  University Crossings, Granger, IN

| 05/01/2023 | ESTIMATED CAM (05/2023) | 009 | 5,059.05 | 0.00 | 5,059.05 |
|---|---|---|---|---|---|
| 05/01/2023 | ESTIMATED REAL ESTATE TAXES (05/2023) | 009 | 5,244.89 | 0.00 | 10,303.94 |
| 05/01/2023 | BASE RENT (05/2023) | 009 | 21,681.63 | 0.00 | 31,985.57 |
| 05/01/2023 | 2022 CAM ADJUSTMENT (04/2022 - 12/2022) | | (795.51) | 0.00 | 31,190.06 |
| 05/01/2023 | 2022 TAX ADJUSTMENT (04/2022 - 12/2022) | | (4,255.73) | 0.00 | 26,934.33 |
| 05/02/2023 | Chk# WT#05022023 | | 0.00 | 31,985.57 | (5,051.24) |
| 06/01/2023 | ESTIMATED CAM (06/2023) | 009 | 5,059.05 | 0.00 | 7.81 |
| 06/01/2023 | ESTIMATED REAL ESTATE TAXES (06/2023) | 009 | 5,244.89 | 0.00 | 5,252.70 |
| 06/01/2023 | BASE RENT (06/2023) | 009 | 21,681.63 | 0.00 | 26,934.33 |
| 06/02/2023 | Chk# WT#06022023 | | 0.00 | 31,985.57 | (5,051.24) |
| 07/01/2023 | ESTIMATED CAM (07/2023) | 009 | 5,059.05 | 0.00 | 7.81 |
| 07/01/2023 | ESTIMATED REAL ESTATE TAXES (07/2023) | 009 | 5,244.89 | 0.00 | 5,252.70 |
| 07/01/2023 | BASE RENT (07/2023) | 009 | 21,681.63 | 0.00 | 26,934.33 |

# APPENDIX D



**Bed, Bath & Beyond - 51013 / 264395 - 2023 Based on : Service/Invoice date Page 1 of 3**

**Mission Valley**

| | January | Februar | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mini Major | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Minimum Rent | 120,134.38 | 123,738.41 | 123,738.41 | 123,738.41 | 123,738.41 | 123,738.41 | 123,738.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Storage Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Water | 418.00 | 418.00 | 418.00 | 418.00 | 418.00 | 418.00 | 418.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Monthly Rent : | 120,552.38 | 124,156.41 | 124,156.41 | 124,156.41 | 124,156.41 | 124,156.41 | 124,156.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 865,490.84 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Y/E Water Adjustment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Billed :** | 120,552.38 | 124,156.41 | 124,156.41 | 124,156.41 | 124,156.41 | 124,156.41 | 124,156.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 865,490.84 |
| Paid : | 120,914.38 | 124,518.41 | 124,518.41 | 123,070.41 | 124,156.41 | 124,156.41 | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | 741,334.43 |
| **Total Paid :** | 120,914.38 | 124,518.41 | 124,518.41 | 123,070.41 | 124,156.41 | 124,156.41 | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | 741,334.43 |
| 2023 Net Change : | (362.00) | (362.00) | (362.00) | 1,086.00 | 0.00 | 0.00 | 124,156.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Cumulative Balance : | (3,405.33) | (3,767.33) | (4,129.33) | (3,043.33) | (3,043.33) | (3,043.33) | 121,113.08 | 121,113.08 | 121,113.08 | 121,113.08 | 121,113.08 | | 121,113.08 |

| Balance on 01/01/2023 : | -3,043.33 | | | Gross AR as of 06/30/2023 | 121,113.08 |
|---|---|---|---|---|---|
| Rounding | 0.00 | Adjustments | 0.00 | Total Unapplied | 0.00 |

Filling Date    4.23.23

| Invoice Date | Due Date | Service/ Tax Date | Gross Amount | Open Amount | G/L Offset | G/L Date | Remark |
|---|---|---|---|---|---|---|---|
| 04/18/2023 | 04/18/2023 | 12/31/2022 | -371.16 | -371.16 | RWT | 04/18/2023 | 2022 Y/E WTR RECON |
| 04/18/2023 | 04/18/2023 | 12/31/2022 | -2,672.17 | -2,672.17 | RWT | 04/18/2023 | 2022 Y/E WTR RECON |
| | | **pre-petition** | **-3,043.33** | **-3,043.33** | | | |
| | | | | | | | |
| 07/01/2023 | 07/01/2023 | 07/31/2023 | 123,738.41 | 123,738.41 | MRN | 07/01/2023 | Minimum Rent |
| 07/01/2023 | 07/01/2023 | 07/31/2023 | 418 | 418 | WTR | 07/01/2023 | Water |
| | | **Not due yet** | **124,156.41** | **124,156.41** | | | |
| | | **Total** | **121,113.08** | **121,113.08** | | | |