UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of John C. Kim, P.C.
Sunjae Lee, Esq.
163-10 Northern Boulevard, Suite 201
Flushing, NY 11358
Telephone: (718) 539-1100
Email: Sunjae@JCKLaw.com

In Re:
Bed Bath and Beyond Inc., et al.

Case No.: _____23-13359_____

Chapter: _____11_____

Judge: ___Vincent F. Papalia___

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___GFA ALABAMA INC.___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: The Law Office of John C. Kim, P.C.
Attn: Sunjae Lee, Esq.
163-10 Northern Boulevard, Suite 201
Flushing, NY 11358

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 7/5/2023_____

/s/ Sunjae Lee_____
Signature

*new.8/1/15*