# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of July, 2023, I caused a true and correct copy of the foregoing to be served by electronic delivery to the parties registered to received notices through the CM/ECF system and sent via electronic mail to the following:

Joshua A. Sussberg
Emily E. Geier
Derek I. Hunter
Ross J. Fiedler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com
ross.fiedler@kirkland.com
(*Counsel to the Debtors*)

Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
(*Co-Counsel to the Debtors*)

Office of the United States Trustee
Attn: Fran B. Steele
Attn: Alexandria Nikolinos
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102
Fran.B.Steele@usdoj.gov
Alexandria.nikolinos@usdoj.gov
(*U.S. Trustee*)

Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY  10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com
(*Counsel for the Official Committee of Unsecured Creditors*)

51116033 v1

| | |
|---|---|
| Marshall S. Huebner<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Michael Pera<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com<br>(*Counsel to Prepetition ABL Agent*) | David M. Hillman<br>Megan R. Violin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10035<br>dhillman@proskauer.com<br>mvolin@proskauer.com<br>(*Counsel to the DIP Agent*) |
| Scott K. Charles<br>Michael S. Benn<br>Gordon S. Moodie<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY  10019<br>skcharles@wlrk.com<br>msbenn@wlrk.com<br>gsmoodie@wlrk.com<br>*(Counsel to Overstock.com*) | David S. Kurtz<br>Lazard Fréres & Co, LLC<br>300 N. LaSalle Street, 23rd Floor<br>Chicago, IL 60654<br>david.kurtz@lazard.com<br>(*Counsel to Investment Banker*) |
| Jason Wooten<br>Lazard Fréres & Co, LLC<br>30 Rockefeller Plaza<br>New York, NY<br>jason.wooten@lazard.com<br>christian.tempke@lazard.com<br>(*Counsel to Investment Banker*) | |

 /s/ *Kristen P. Watson*
Kristen P. Watson (No. 270832018)
