| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Office: (215) 972-7777<br>Fax: (215) 972-7725<br>turner.falk@saul.com<br><br>-and-<br><br>Mark Minuti, Esquire (*admitted pro hac vice*)<br>1201 N. Market Street, Suite 2300<br>P. O. Box 1266<br>Wilmington, DE 19899<br>Office : (302) 421-6840<br>Fax: (215) 421-6813<br>mark.minuti@saul.com<br><br>*Counsel for Loja WTP, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE

I hereby certify that on July 5, 2023, I did cause *Loja WTP, LLC's Objection To Debtors' Proposed Assumption and Assignment of Its Lease in Connection with the Proposed Sale of the buybuy Baby Assets* to be served via (i) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof, which will automatically send email notification to all parties and counsel of record, and (ii) via electronic mail on the parties listed on the attached service list.

41618404.5

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415

2

**Service List**

Joshua A. Sussberg, Esquire
Emily E. Geier, Esquire
Derek I. Hunter, Esquire
Ross J. Fiedler, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Joshua.sussberg@kirkland.com
Emily.geier@kirkland.com
Derek.hunter@kirkland.com
Ross.fiedler@kirkland.com
(*Counsel to the Debtors*)

Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Felice R. Yudkin, Esquire
Cole Schotz P.C.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
(*Counsel to the Debtors*)

Marshall S. Huebner, Esquire
Adam L. Shpeen, Esquire
Steven Z. Szanzer, Esq.
Michael Pera, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
marshall.huebner@davispolk.com
adam.shpeen@davispolk.com
steven.szanzer@davispolk.com
michael.pera@davispolk.com
(*Counsel to the Prepetition ABL Agent*)

David M. Hillman, Esquire
Megan R. Volin, Esquire
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
DHillman@proskauer.com
MVolin@proskauer.com
(*Counsel to the DIP Agent*)

Office of the United States Trustee for Region 3
District of New Jersey
Raymond Boulevard, Suite 2100,
Newark, NJ 07102
Attn: Fran B. Steele
Fran.B.Steele@usdoj.gov

Robert J. Feinstein, Esquire
Bradford J. Sandler, Esquire
Paul J. Labov, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com
(*Counsel to the Creditors' Committee*)

Scott K. Charles, Esquire
Michael S. Benn, Esquire
Gordon S. Moodie, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
SKCharles@wlrk.com
MSBenn@wlrk.com
GSMoodie@wlrk.com
(*Counsel to Stalking Horse Bidder, Overstock.com*)

41618404.5