Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/11/23 at 02:30 PM

to consider and act upon the following:

**495** − Motion for an Order Confirming Automatic Stay is Not in Effect Filed by David Graff on behalf of Telegraph Marketplace Partners II, LLC. Objection deadline is 6/6/2023. (Attachments: # 1 Application # 2 Exhibit # 3 Certificate of Service # 4 Affidavit) (Graff, David)

Dated: 7/5/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court