UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, **RXR 620 MASTER LESSEE LLC** hereby appears in the above-captioned case by its undersigned counsel:

Jeffrey C. Ruderman, Esq.
CYRULI, SHANKS & ZIZMOR, LLP
420 Lexington Avenue, Suite 2320
New York, New York 10170

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court for the District of New Jersey, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court for the District of New Jersey withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
July 3, 2023

        CYRULI, SHANKS & ZIZMOR, LLP
        *Attorneys for RXR 620 Master Lessee LLC*

By: *s/ Jeffrey C. Ruderman*
Jeffrey C. Ruderman
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800
(212) 661-5350 – fax

TO: All parties having appeared electronically