## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## ORDER COMPELLING THE DEBTORS' PAYMENT OF CERTAIN POST-PETITION RENT AND OTHER OBLIGATIONS DUE PURSUANT TO 11 U.S.C. § 365(d)(3)

Upon consideration of *Ikea Property Inc.'s Motion for Entry of an Order Compelling Debtors' Payment of Certain Post-Petition Rent and Other Obligations Due Pursuant to 11 U.S.C. § 365(d)(3)* (the "Motion")[2] filed by Ikea Property Inc. ("Ikea") and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 408 and 1409; and the Court having found that Ikea provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having found that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having found that the Motion constitutes a timely-filed request for payment of administrative claims; and the Court having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

granted herein; and any oppositions to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor; and for the reasons set forth in the Motion, it is hereby

ORDERED THAT:

1.     The Motion is granted as set forth herein.

2.     The full amount of the Unpaid Post-Petition Rent is allowed as an administrative expense claim pursuant to section 365(d)(3) of the Bankruptcy Code.

3.     The Debtors are hereby directed to pay Ikea the Unpaid Post-Petition Rent within three (3) business days of the date of entry of this Order.

4.     Nothing contained herein shall affect or limit Ikea's right to payment for unpaid prepetition claims.

5.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and interpretation of this Order.

6.     Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective.