| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|
| In re:<br><br>Bed Bath & Beyond, Inc. | Chapter 11<br><br>Case Number:  23-13359 (VFP) | |

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case.  In such instances, a proof of claim should be filed.

| Name of Creditor:  Oracle America, Inc. ("Oracle")<br>(The person or other entity to whom the debtor owed money or property.)<br><br>_____<br><br>Name and Addresses Where Notices Should Be Sent:<br><br>Shawn M. Christianson, Esq.<br>Buchalter, P.C.<br>425 Market Street, Suite 2900<br>San Francisco, CA  94105 | ☐  Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐  Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐  Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

**1.  BASIS FOR CLAIM**

☐ Goods Sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly) Oracle License and Services Agreement and related contracts

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

**2.  DATE DEBT WAS INCURRED:** 4/23/23

**3.   TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:** $1,801,343.25 _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request.  Attach itemized statement of all interest or additional charges.

**4.   Secured Claim**
☐  Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate          ☐ Motor Vehicle
☐ Other (Describe briefly) _____

Value of Collateral:  $_____

☐  Check this box if there is no collateral or lien securing your claim.

**5.  Credits:**  The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

**6. Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

    DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.
    If  the documents are voluminous, attach a summary.

**7.  Date-Stamped Copy:**  To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date:<br><br>07/06/2023 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>*Amish R. Doshi*<br>_____<br>Amish Doshi, Esq., counsel to Oracle |
|---|---|

*Penalty for presenting fraudulent claim*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court.  If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).          *rev.8/1/15*

**ATTACHMENT TO ADMINISTRATIVE CLAIM**
**ORACLE AMERICA, INC.**
**BED BATH & BEYOND, INC.**
**CASE NO. 23-13359 (VFP)**

1.      Oracle America, Inc. ("<u>Oracle</u>"), hereby requests allowance and payment of an administrative expense in the amount of $1,801,343.25, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "<u>Administrative Request</u>"), for post-petition goods and products provided, and services rendered, by Oracle to Bed Bath & Beyond, Inc. ("<u>Debtor</u>").

2.      Oracle is a licensor of computer software and provides software-related products, technical support, maintenance, educational materials and programs, as well as cloud-based and point of sale services, which Oracle often customizes for the customer's specific needs.  Prior to April 23, 2023 (the "<u>Petition Date</u>"), the Debtor and Oracle were parties to several such license agreements.

3.      Oracle submits this Administrative Request pursuant to the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date, Rejection Damages Bar Date and Administrative Claims Bar Date, (III) Approving the Form, Manner and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief,* [Dkt. No. 584] which establishes July 7, 2023 as the last day to file an administrative claim for those amounts arising during the period from the Petition Date to June 27, 2023.

4.      Debtor owes Oracle $1,801,343.25[1] for license, support and related services provided to Debtor after the Petition Date.  These post-petition services are evidenced by the outstanding invoices ("Invoices") attached hereto as **Exhibit A**.

5.      Oracle asserts that the Debtor continues to use Oracle's services and therefore is providing ongoing tangible value to the Debtor's estate.

6.      Oracle also filed a general unsecured claim which includes certain Invoices. Oracle is not seeking a duplicative recovery. However, to the extent not allowed as an

---

[1] Certain Invoices have been prorated to correlate the administrative and service periods.

administrative expense, Oracle seeks to ensure such sums are allowed as a general unsecured claim.

Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $1,801,343.25, and reserves its right to supplement this Administrative Request if additional unpaid administrative amounts accrue.

# EXHIBIT A

Bed Bath & Beyond, Inc.
Case No. 23-23359 (VFP)
Administrative Claim - Oracle America, Inc.

| Invoice Number | Invoice Date | Invoice Due Date | Invoice Amount | Amount Due | Service period | Administrative claim amount |
|---|---|---|---|---|---|---|
| 100686487 | 1/30/23 | 3/1/23 | $102,625.43 | $102,625.43 | 3/1/23-5/31/23 | $43,504.26 |
| 100686645 | 1/30/23 | 3/1/23 | $27,015.55 | $27,015.55 | 3/1/23-5/31/23 | $11,452.24 |
| 100686303 | 1/30/23 | 3/1/23 | $22,272.93 | $22,272.93 | 3/1/23-5/31/23 | $9,441.78 |
| 100686646 | 1/30/23 | 3/1/23 | $13,010.01 | $13,010.01 | 3/1/23-5/31/23 | $5,515.11 |
| 100686648 | 1/30/23 | 3/1/23 | $13,010.01 | $13,010.01 | 3/1/23-5/31/23 | $5,515.11 |
| 100686649 | 1/30/23 | 3/1/23 | $13,010.01 | $13,010.01 | 3/1/23-5/31/23 | $5,515.11 |
| 100686410 | 1/30/23 | 3/1/23 | $8,740.71 | $8,740.71 | 3/1/23-5/31/23 | $3,705.30 |
| 100686580 | 1/30/23 | 3/1/23 | $4,292.30 | $4,292.30 | 3/1/23-5/31/23 | $1,819.56 |
| 100686673 | 1/30/23 | 3/1/23 | $3,728.91 | $3,728.91 | 3/1/23-5/31/23 | $1,580.73 |
| 100701793 | 2/8/23 | 3/10/23 | $7,028.15 | $7,028.15 | 3/10/23-5/31/23 | $3,302.38 |
| 100721641 | 2/28/23 | 3/30/23 | $2,497.50 | $2,497.50 | 2/28/23-5/30/23 | $1,031.58 |
| 100738464 | 3/9/23 | 4/8/23 | $799,929.94 | $799,929.94 | 2/17/23-5/16/23 | $215,711.44 |
| 100746126 | 3/21/23 | 4/20/23 | $90,026.02 | $90,026.02 | 3/18/23 to 6/17/23 | $54,798.45 |
| 100749939 | 3/25/23 | 4/24/23 | $148,465.75 | $148,465.75 | 3/25/23-5/16/23 | $67,229.77 |
| 100686258 | 1/30/23 | 3/1/23 | $27,015.55 | $27,015.55 | 3/1/23-5/31/23 | $11,452.24 |
| 100686647 | 1/30/23 | 3/1/23 | $9,637.04 | $9,637.04 | 3/1/23-5/31/23 | $4,085.27 |
| 100686411 | 1/30/23 | 3/1/23 | $8,740.71 | $8,740.71 | 3/1/23-5/31/23 | $3,705.30 |
| 100686396 | 1/30/23 | 3/1/23 | $5,561.30 | $5,561.30 | 3/1/23-5/31/23 | $2,357.51 |
| 100686489 | 1/30/23 | 3/1/23 | $3,670.69 | $3,670.69 | 3/1/23-5/31/23 | $1,556.05 |
| 100686674 | 1/30/23 | 3/1/23 | $2,708.47 | $2,708.47 | 3/1/23-5/31/23 | $1,148.15 |
| 100686670 | 1/30/23 | 3/1/23 | $2,696.72 | $2,696.72 | 3/1/23-5/31/23 | $1,143.17 |
| 100686652 | 1/30/23 | 3/1/23 | $72,719.03 | $72,719.03 | 3/1/23-5/31/23 | $30,826.54 |
| 100686399 | 1/30/23 | 3/1/23 | $355,802.07 | $355,802.07 | 3/1/23-5/31/23 | $150,829.14 |
| 100686671 | 1/30/23 | 3/1/23 | $21,461.63 | $21,461.63 | 3/1/23-5/31/23 | $9,097.86 |
| 100686672 | 1/30/23 | 3/1/23 | $21,379.45 | $21,379.45 | 3/1/23-5/31/23 | $9,063.03 |
| 100747325 | 3/22/23 | 4/21/23 | $28,021.93 | $28,021.93 | 3/1/23 to 5/31/23 | $11,878.86 |
| 100831964 | 5/31/23 | 6/30/23 | $2,497.50 | $2,497.50 | 5/31/23-8/30/23 | $2,497.50 |
| 100815186 | 5/17/23 | 6/16/23 | $799,929.94 | $799,929.94 | 5/17/23-8/16/23 | $799,929.94 |
| 100815272 | 5/17/23 | 6/16/23 | $255,691.00 | $255,691.00 | 5/17/23-8/16/23 | $255,691.00 |
| 100857573 | 6/19/23 | 7/19/23 | $156,902.48 | $156,902.48 | 6/18/23-9/17/23 | $156,902.48 |
| | | | | | Total | $1,801,343.25 |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 27,015.55 | 01-MAR-2023 | **100686258** |

| | |
|---|---|
| **PO Number** | P-1010-101369 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 16978779 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **27,015.55** |
| **Tax** | 0.00 |
| **Total** | **27,015.55 USD** |

## Payment Instructions

Reference Invoice Number: **100686258**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
DIANE MCHUGH
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Exadata Storage Server Software - Disk Drive Perpetual - Covered Product Qty: 60; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **10,952.25** |
| 2 | Software Update License & Support - Exalogic Elastic Cloud Software - Processor Perpetual - Covered Product Qty: 88; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **16,063.30** |

✉ collections_us@oracle.com          🔗 oracle.com/invoicing          📞 (888) 803-7414          Federal Tax ID: 94-2805249
📍 Oracle America, Inc.
  500 Oracle Parkway, Redwood Shores, California, United States 94065                    Page 1 of 1

ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 22,272.93 | 01-MAR-2023 | **100686303** |

| | |
|---|---|
| **PO Number** | P-1010-101603 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 17265591 |
| **End User** | Bed Bath and Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **20,889.03** |
| **Tax** | 1,383.90 |
| **Total** | **22,272.93 USD** |

## Payment Instructions

Reference Invoice Number: **100686303**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | 1.30 |
| 2 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1746NMQ01G | 2 | Y | 1.30 |
| 3 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA with 2 servers - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0005 | 1 | Y | 1,101.46 |
| 4 | Oracle Premier Support for Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415266 | 1 | Y | 1,262.30 |
| 5 | Oracle Premier Support for Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415266 | 1 | Y | 1,262.30 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 6 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA storage enclosure populated with fifteen 10 TB HDDs, five 3.2 TB SSDs and four 800 GB SSDs - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1746NMQ01G | 1 | Y | 1,300.02 |
| 7 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0005 | 4 | Y | 2.59 |
| 8 | Oracle Premier Support for Systems - Oracle Advanced Support Gateway Server X6-2 - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NM185W | 1 | Y | 213.03 |
| 9 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 34.12 |
| 10 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 34.12 |
| 11 | Oracle Premier Support for Systems - Memory Expansion Kit - Eight 32 GB DIMMs for X6 racks - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 519.89 |
| 12 | Oracle Premier Support for Systems - QSFP to QSFP passive copper cable: 5 meters - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 8 | Y | 52.40 |
| 13 | Oracle Premier Support for Systems - Exalogic Elastic Cloud X6-2 Eighth Rack - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415166 | 1 | Y | 6,311.43 |
| 14 | Oracle Premier Support for Systems - Optical splitter cable assembly: 10 meters, MT ferrule terminated, 12-fiber to 4x2-fiber, multimode, MPO to 4 LC connectors - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 73.62 |
| 15 | Oracle Premier Support for Systems - Exadata Database Machine X7-2 High Capacity (HC) Quarter Rack with two 384 GB DB - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415266 | 1 | Y | 8,709.80 |
| 16 | Oracle Premier Support for Systems - QSFP to QSFP passive copper cable: 3 meters - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | 9.35 |

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 5,561.30 | 01-MAR-2023 | **100686396** |

| | |
|---|---|
| **PO Number** | P-1010-101363 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 6496720 |
| **End User** | Bed Bath and Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **5,561.30** |
| **Tax** | 0.00 |
| **Total** | **5,561.30 USD** |

## Payment Instructions

Reference Invoice Number: **100686396**

**Wire Funds To**
Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**
Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**
**Bed Bath & Beyond Inc.**
DIANE MCHUGH
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

**Ship To**
**Bed Bath & Beyond Inc.**
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **5,561.30** |

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 355,802.07 | 01-MAR-2023 | **100686399** |

| | |
|---|---|
| **PO Number** | P-1010-101591 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 87130 |
| **End User** | Bed Bath and Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **355,802.07** |
| **Tax** | 0.00 |

| **Total** | **355,802.07 USD** |
|---|---|

## Payment Instructions

Reference Invoice Number: **100686399**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**BED BATH & BEYOND**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Avenue
Union, NJ 07083
United States

**Ship To**

**BED BATH & BEYOND**
BED BATH & BEYOND #899 650 Liberty Avenue
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | Software Update License & Support; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **355,802.07** |

**ORACLE**                                                                        **INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 8,740.71 | 01-MAR-2023 | **100686410** |

| | |
|---|---|
| **PO Number** | P-1010-101354 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18818509 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **8,740.71** |
| **Tax** | 0.00 |
| **Total** | **8,740.71 USD** |

**Payment Instructions**

Reference Invoice Number: **100686410**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **2,422.13** |
| 2 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **5,002.23** |
| 3 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **526.54** |
| 4 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **789.81** |

✉ collections_us@oracle.com    🖉 oracle.com/invoicing    📞 (888) 803-7414    Federal Tax ID: 94-2805249
📍 Oracle America, Inc.
500 Oracle Parkway, Redwood Shores, California, United States 94065                                Page 1 of 1

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 8,740.71 | 01-MAR-2023 | **100686411** |

| | |
|---|---|
| **PO Number** | P-1010-101353 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18818602 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **8,740.71** |
| **Tax** | 0.00 |
| **Total** | **8,740.71 USD** |

## Payment Instructions

Reference Invoice Number: **100686411**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
DIANE MCHUGH
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 2,422.13 |
| 2 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 5,002.23 |
| 3 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 526.54 |
| 4 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 789.81 |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 102,625.43 | 01-MAR-2023 | **100686487** |

| | |
|---|---|
| **PO Number** | P-1010-101365 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 9557591 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **102,625.43** |
| **Tax** | 0.00 |
| **Total** | **102,625.43 USD** |

## Payment Instructions

Reference Invoice Number: **100686487**

| Wire Funds To | Mail Checks To |
|---|---|
| Wells Fargo Bank | Oracle America, Inc. |
| ACCT: 4522-020841 | PO Box 203448 |
| SWIFT Code: WFBIUS6S | Dallas, TX |
| ABA: 121000248 | 75320-3448 |
| Beneficiary: Oracle America, Inc. | |

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 22; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 11,547.13 |
| 2 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 14; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 1,160.22 |
| 3 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 22; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 1,215.49 |
| 4 | Software Update License & Support - Oracle Active Data Guard - Named User Plus Perpetual - Covered Product Qty: 450; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 1,412.77 |
| 5 | Software Update License & Support - Oracle Active Data Guard - Processor Perpetual - Covered Product Qty: 14; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 1,779.03 |
| 6 | Software Update License & Support - Oracle Active Data Guard - Processor Perpetual - Covered Product Qty: 14; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 1,779.03 |
| 7 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 22; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 1,823.24 |
| 8 | Software Update License & Support - Exadata Storage Server Software - Disk Drive Perpetual - Covered Product Qty: 180; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 19,469.78 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 9 | Software Update License & Support - Oracle Real Application Clusters - Named User Plus Perpetual - Covered Product Qty: 350; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 2,197.61 |
| 10 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 48; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 25,420.07 |
| 11 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 48; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 2,675.80 |
| 12 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 14; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 3,558.05 |
| 13 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 48; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 4,013.69 |
| 14 | Software Update License & Support - Oracle Database Enterprise Edition - Named User Plus Perpetual - Covered Product Qty: 300; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 4,059.42 |
| 15 | Software Update License & Support - Oracle Tuning Pack - Named User Plus Perpetual - Covered Product Qty: 300; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 427.29 |
| 16 | Software Update License & Support - Oracle Database Enterprise Edition - Named User Plus Perpetual - Covered Product Qty: 350; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 4,538.58 |
| 17 | Software Update License & Support - Oracle Tuning Pack - Named User Plus Perpetual - Covered Product Qty: 350; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 477.73 |
| 18 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 22; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 5,591.25 |
| 19 | Software Update License & Support - Oracle Diagnostics Pack - Named User Plus Perpetual - Covered Product Qty: 300; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 640.94 |
| 20 | Software Update License & Support - Oracle Diagnostics Pack - Named User Plus Perpetual - Covered Product Qty: 350; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 716.62 |
| 21 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 14; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 7,348.19 |
| 22 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 14; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 773.50 |

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 3,670.69 | 01-MAR-2023 | **100686489** |

| | |
|---|---|
| **PO Number** | PO-1010-101361 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 6233951 |
| **End User** | Cost Plus Management Services Inc. |

| | |
|---|---|
| **Subtotal** | **3,670.69** |
| **Tax** | 0.00 |

## Total          3,670.69 USD

## Payment Instructions

Reference Invoice Number: **100686489**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
DIANE MCHUGH
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **3,670.69** |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 4,292.30 | 01-MAR-2023 | **100686580** |

| | |
|---|---|
| **PO Number** | P-1010-101593 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 20917349 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **4,025.60** |
| **Tax** | 266.70 |
| **Total** | **4,292.30 USD** |

## Payment Instructions

Reference Invoice Number: **100686580**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Extended Support for Operating Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NMQ04N | 2 | Y | 0.25 |
| 2 | Oracle Extended Support for Operating Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | 0.25 |
| 3 | Oracle Extended Support for Operating Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0003 | 4 | Y | 0.51 |
| 4 | Oracle Extended Support for Operating Systems - QSFP to QSFP passive copper cable: 3 meters - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | 1.81 |
| 5 | Oracle Extended Support for Operating Systems - QSFP to QSFP passive copper cable: 5 meters - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 8 | Y | 10.09 |
| 6 | Oracle Extended Support for Operating Systems - Memory Expansion Kit - Eight 32 GB DIMMs for X6 racks - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 103.93 |

ORACLE    INVOICE

100686580

| No. | Description | Qty | Tax | Extended Amount |
|-----|-------------|-----|-----|-----------------|
| 7 | Oracle Extended Support for Operating Systems - Exalogic Elastic Cloud X6-2 Eighth Rack - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415165 | 1 | Y | 1,215.14 |
| 8 | Oracle Extended Support for Operating Systems - Optical splitter cable assembly: 10 meters, MT ferrule terminated, 12-fiber to 4x2-fiber, multimode, MPO to 4 LC connectors - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 14.16 |
| 9 | Oracle Extended Support for Operating Systems - Exadata Database Machine X7-2 High Capacity (HC) Quarter Rack with two 384 GB DB - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415265 | 1 | Y | 1,676.91 |
| 10 | Oracle Extended Support for Operating Systems - Oracle Database Appliance X7-2-HA with 2 servers - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0003 | 1 | Y | 212.09 |
| 11 | Oracle Extended Support for Operating Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415265 | 1 | Y | 243.03 |
| 12 | Oracle Extended Support for Operating Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415265 | 1 | Y | 243.03 |
| 13 | Oracle Extended Support for Operating Systems - Oracle Database Appliance X7-2-HA storage enclosure populated with fifteen 10 TB HDDs, five 3.2 TB SSDs and four 800 GB SSDs - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NMQ04N | 1 | Y | 250.25 |
| 14 | Oracle Extended Support for Operating Systems - Oracle Advanced Support Gateway Server X6-2 - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NM185X | 1 | Y | 41.01 |
| 15 | Oracle Extended Support for Operating Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 6.57 |
| 16 | Oracle Extended Support for Operating Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 6.57 |

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 27,015.55 | 01-MAR-2023 | **100686645** |

| | |
|---|---|
| **PO Number** | P-1010-101358 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 16978780 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **27,015.55** |
| **Tax** | 0.00 |
| **Total** | **27,015.55 USD** |

## Payment Instructions

Reference Invoice Number: **100686645**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Exadata Storage Server Software - Disk Drive Perpetual - Covered Product Qty: 60; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **10,952.25** |
| 2 | Software Update License & Support - Exalogic Elastic Cloud Software - Processor Perpetual - Covered Product Qty: 88; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **16,063.30** |

ORACLE

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 13,010.01 | 01-MAR-2023 | **100686646** |

| | |
|---|---|
| **PO Number** | P-1010-101360 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18544643 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **13,010.01** |
| **Tax** | 0.00 |
| **Total** | **13,010.01 USD** |

## Payment Instructions

Reference Invoice Number: **100686646**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Advanced Security - Processor Perpetual - Covered Product Qty: 48; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **11,564.46** |
| 2 | Software Update License & Support - Oracle Advanced Security - Named User Plus Perpetual - Covered Product Qty: 300; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **1,445.55** |

ORACLE

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 9,637.04 | 01-MAR-2023 | **100686647** |

| | |
|---|---|
| **PO Number** | PO-1010-101357 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18545054 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **9,637.04** |
| **Tax** | 0.00 |
| **Total** | **9,637.04 USD** |

## Payment Instructions

Reference Invoice Number: **100686647**

| Wire Funds To | Mail Checks To |
|---|---|
| Wells Fargo Bank | Oracle America, Inc. |
| ACCT: 4522-020841 | PO Box 203448 |
| SWIFT Code: WFBIUS6S | Dallas, TX |
| ABA: 121000248 | 75320-3448 |
| Beneficiary: Oracle America, Inc. | |

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
DIANE MCHUGH
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Advanced Security - Named User Plus Perpetual - Covered Product Qty: 400; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 1,927.41 |
| 2 | Software Update License & Support - Oracle Advanced Security - Processor Perpetual - Covered Product Qty: 32; 01-MAR-2023 - 31-MAY-2023 | 1 | N | 7,709.63 |

ORACLE

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 13,010.01 | 01-MAR-2023 | **100686648** |

| | |
|---|---|
| **PO Number** | P-1010-101355 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18545150 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **13,010.01** |
| **Tax** | 0.00 |
| **Total** | **13,010.01 USD** |

### Payment Instructions

Reference Invoice Number: **100686648**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Advanced Security - Processor Perpetual - Covered Product Qty: 48; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **11,564.46** |
| 2 | Software Update License & Support - Oracle Advanced Security - Named User Plus Perpetual - Covered Product Qty: 300; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **1,445.55** |

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 13,010.01 | 01-MAR-2023 | **100686649** |

| | |
|---|---|
| **PO Number** | P-1010-101356 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18549848 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **13,010.01** |
| **Tax** | 0.00 |
| **Total** | **13,010.01 USD** |

## Payment Instructions

Reference Invoice Number: **100686649**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Advanced Security - Processor Perpetual - Covered Product Qty: 48; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **11,564.46** |
| 2 | Software Update License & Support - Oracle Advanced Security - Named User Plus Perpetual - Covered Product Qty: 300; 01-MAR-2023 - 31-MAY-2023 | 1 | N | **1,445.55** |

✉ collections_us@oracle.com      ⚲ oracle.com/invoicing      ☏ (888) 803-7414                    Federal Tax ID: 94-2805249
⚲ Oracle America, Inc.
500 Oracle Parkway, Redwood Shores, California, United States 94065                                           Page 1 of 1

# ORACLE

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 72,719.03 | 01-MAR-2023 | **100686652** |

| | |
|---|---|
| **PO Number** | P-1010-101592 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 5927286 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **68,200.73** |
| **Tax** | 4,518.30 |
| **Total** | **72,719.03 USD** |

## Payment Instructions

Reference Invoice Number: **100686652**

| Wire Funds To | Mail Checks To |
|---|---|
| Wells Fargo Bank | Oracle America, Inc. |
| ACCT: 4522-020841 | PO Box 203448 |
| SWIFT Code: WFBIUS6S | Dallas, TX |
| ABA: 121000248 | 75320-3448 |
| Beneficiary: Oracle America, Inc. | |

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

| Bill To | Ship To |
|---|---|
| **Bed Bath & Beyond Corp** | **Bed Bath & Beyond Corp** |
| Vendor Invoices | Bed Bath & Beyond #899 |
| Bed Bath & Beyond #899 | 650 Liberty Aven |
| 650 Liberty Aven | Union, NJ 07083 |
| Union, NJ 07083 | United States |
| United States | |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | Oracle Premier Support for Systems; 01-MAR-2023 - 31-MAY-2023 | 1 | Y | **68,200.73** |

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 2,696.72 | 01-MAR-2023 | **100686670** |

| | |
|---|---|
| **PO Number** | PO-1010-101598 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18832116 |
| **End User** | Bed Bath and Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **2,529.16** |
| **Tax** | 167.56 |
| **Total** | **2,696.72 USD** |

## Payment Instructions

Reference Invoice Number: **100686670**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
DIANE MCHUGH
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA with 2 servers - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD000B | 1 | Y | **1,093.59** |
| 2 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD000B | 4 | Y | **2.58** |
| 3 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD000B | 4 | Y | **21.70** |
| 4 | Oracle Premier Support for Systems - Oracle Database Appliance X7 and Oracle Database Appliance X8 memory expansion kit - six 32 GB DIMMs (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD000B | 4 | Y | **516.45** |
| 5 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA storage enclosure base populated with five 3.2 TB SSDs and four 800 GB SSDs - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1847NMQ84B | 1 | Y | **894.84** |

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 21,461.63 | 01-MAR-2023 | **100686671** |

| | |
|---|---|
| **PO Number** | P-1010-101604 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 17263274 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **20,128.14** |
| **Tax** | 1,333.49 |
| **Total** | **21,461.63 USD** |

### Payment Instructions

Reference Invoice Number: **100686671**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**BED BATH & BEYOND**
Diane McHugh**
BED BATH & BEYOND #899 650 Liberty Avenue
Union, NJ 07083
United States

**Ship To**

**BED BATH & BEYOND**
BED BATH & BEYOND #899 650 Liberty Avenue
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NMQ04N | 2 | Y | 1.24 |
| 2 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | 1.24 |
| 3 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA with 2 servers - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0003 | 1 | Y | 1,060.45 |
| 4 | Oracle Premier Support for Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415265 | 1 | Y | 1,215.16 |
| 5 | Oracle Premier Support for Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415265 | 1 | Y | 1,215.16 |

ORACLE                                                                                                        **INVOICE**

                                                                                                             **100686671**

| No. | Description | Qty | Tax | Extended Amount |
|-----|-------------|-----|-----|-----------------|
| 6 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA storage enclosure populated with fifteen 10 TB HDDs, five 3.2 TB SSDs and four 800 GB SSDs - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NMQ04N | 1 | Y | **1,251.33** |
| 7 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0003 | 4 | Y | **2.50** |
| 8 | Oracle Premier Support for Systems - Oracle Advanced Support Gateway Server X6-2 - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NM185X | 1 | Y | **205.10** |
| 9 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | **32.85** |
| 10 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | **32.85** |
| 11 | Oracle Premier Support for Systems - QSFP to QSFP passive copper cable: 5 meters - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 8 | Y | **50.44** |
| 12 | Oracle Premier Support for Systems - Memory Expansion Kit - Eight 32 GB DIMMs for X6 racks - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | **519.72** |
| 13 | Oracle Premier Support for Systems - Exalogic Elastic Cloud X6-2 Eighth Rack - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415165 | 1 | Y | **6,075.72** |
| 14 | Oracle Premier Support for Systems - Optical splitter cable assembly: 10 meters, MT ferrule terminated, 12-fiber to 4x2-fiber, multimode, MPO to 4 LC connectors - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | **70.86** |
| 15 | Oracle Premier Support for Systems - Exadata Database Machine X7-2 High Capacity (HC) Quarter Rack with two 384 GB DB - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415265 | 1 | Y | **8,384.50** |
| 16 | Oracle Premier Support for Systems - QSFP to QSFP passive copper cable: 3 meters - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | **9.02** |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 21,379.45 | 01-MAR-2023 | **100686672** |

| | |
|---|---|
| **PO Number** | P-1010-101602 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 17265545 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **20,051.07** |
| **Tax** | 1,328.38 |
| **Total** | **21,379.45 USD** |

## Payment Instructions

Reference Invoice Number: **100686672**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**BED BATH & BEYOND**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Avenue
Union, NJ 07083
United States

**Ship To**

**BED BATH & BEYOND**
BED BATH & BEYOND #899 650 Liberty Avenue
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NMQ04P | 2 | Y | 1.17 |
| 2 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | 1.21 |
| 3 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA with 2 servers - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0004 | 1 | Y | 1,030.47 |
| 4 | Oracle Premier Support for Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00414973 | 1 | Y | 1,215.14 |
| 5 | Oracle Premier Support for Systems - Exadata Storage Server X7-2 High Capacity (HC) plus Infiniband Infrastructure (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00414973 | 1 | Y | 1,215.14 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 6 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA storage enclosure populated with fifteen 10 TB HDDs, five 3.2 TB SSDs and four 800 GB SSDs - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NMQ04P | 1 | Y | 1,216.60 |
| 7 | Oracle Premier Support for Systems - Oracle Advanced Support Gateway Server X6-2 - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1745NM185T | 1 | Y | 199.36 |
| 8 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1748XD0004 | 4 | Y | 2.42 |
| 9 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 30.81 |
| 10 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 31.93 |
| 11 | Oracle Premier Support for Systems - QSFP to QSFP passive copper cable: 5 meters - Covered Product Qty: 8; 01-MAR-2023 - 31-MAY-2023 | 8 | Y | 49.05 |
| 12 | Oracle Premier Support for Systems - Memory Expansion Kit - Eight 32 GB DIMMs for X6 racks - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 519.89 |
| 13 | Oracle Premier Support for Systems - Exalogic Elastic Cloud X6-2 Eighth Rack - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00415167 | 1 | Y | 6,075.72 |
| 14 | Oracle Premier Support for Systems - Optical splitter cable assembly: 10 meters, MT ferrule terminated, 12-fiber to 4x2-fiber, multimode, MPO to 4 LC connectors - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023 | 4 | Y | 68.90 |
| 15 | Oracle Premier Support for Systems - QSFP to QSFP passive copper cable: 3 meters - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | 8.75 |
| 16 | Oracle Premier Support for Systems - Exadata Database Machine X7-2 High Capacity (HC) Quarter Rack with two 384 GB DB - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# AK00414973 | 1 | Y | 8,384.51 |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 3,728.91 | 01-MAR-2023 | **100686673** |

| | |
|---|---|
| **PO Number** | P-1010-101597 |
| **Invoice Date** | 30-JAN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 18342829 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **3,497.22** |
| **Tax** | 231.69 |
| **Total** | **3,728.91 USD** |

## Payment Instructions

Reference Invoice Number: **100686673**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Invoices AP***
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
BED BATH & BEYOND #899 650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Power cord: North America and Asia, 2 meters, 6-15P plug, C13 connector, 10 A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1806NN81U1 | 2 | Y | 0.64 |
| 2 | Oracle Premier Support for Systems - Power cord: North America and Asia, 2 meters, 6-15P plug, C13 connector, 10 A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1807NN820V | 2 | Y | 0.64 |
| 3 | Oracle Premier Support for Systems - SPARC T8-1 server: base with 1 SPARC M8 32-core 5.0 GHz processor (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1806NN81U1 | 1 | Y | 1,038.08 |
| 4 | Oracle Premier Support for Systems - SPARC T8-1 server: base with 1 SPARC M8 32-core 5.0 GHz processor (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1807NN820V | 1 | Y | 1,038.08 |
| 5 | Oracle Premier Support for Systems - Sun Storage Dual 16 Gb Fibre Channel PCIe Universal HBA, Emulex (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1807NN820V | 2 | Y | 113.90 |
| 6 | Oracle Premier Support for Systems - Sun Storage Dual 16 Gb Fibre Channel PCIe Universal HBA, Emulex (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1806NN81U1 | 2 | Y | 113.90 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 7 | Oracle Premier Support for Systems - One 600 GB 10000 rpm 2.5-inch SAS-3 HDD with marlin bracket (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1807NN820V | 2 | Y | **18.69** |
| 8 | Oracle Premier Support for Systems - One 600 GB 10000 rpm 2.5-inch SAS-3 HDD with marlin bracket (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1806NN81U1 | 2 | Y | **18.69** |
| 9 | Oracle Premier Support for Systems - Two memory expansion boards (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1807NN820V | 1 | Y | **47.57** |
| 10 | Oracle Premier Support for Systems - Two memory expansion boards (for factory installation) - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1806NN81U1 | 1 | Y | **47.57** |
| 11 | Oracle Premier Support for Systems - One 32 GB DDR4-2400 registered DIMM (for factory installation) - Covered Product Qty: 16; 01-MAR-2023 - 31-MAY-2023; Serial# 1807NN820V | 16 | Y | **476.58** |
| 12 | Oracle Premier Support for Systems - One 32 GB DDR4-2400 registered DIMM (for factory installation) - Covered Product Qty: 16; 01-MAR-2023 - 31-MAY-2023; Serial# 1806NN81U1 | 16 | Y | **476.58** |
| 13 | Oracle Premier Support for Systems - 2 Sun Storage 16 Gb FC short wave optics, Emulex (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1806NN81U1 | 2 | Y | **53.15** |
| 14 | Oracle Premier Support for Systems - 2 Sun Storage 16 Gb FC short wave optics, Emulex (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023; Serial# 1807NN820V | 2 | Y | **53.15** |

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 7,028.15 | 10-MAR-2023 | **100701793** |

| | |
|---|---|
| **PO Number** | P-1010-100048 |
| **Invoice Date** | 08-FEB-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 20757509 |
| **End User** | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **6,591.47** |
| **Tax** | 436.68 |
| **Total** | **7,028.15 USD** |

## Payment Instructions

Reference Invoice Number: **100701793**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
Ed Scott
650 Liberty Union Ave.
UNION, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Power cord: North America and Asia, 2 meters, 6-15P plug, C13 connector, 10 A (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC006 | 2 | Y | 0.52 |
| 2 | Oracle Premier Support for Systems - Power cord: North America and Asia, 2 meters, 6-15P plug, C13 connector, 10 A (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC004 | 2 | Y | 0.52 |
| 3 | Oracle Premier Support for Systems - Power cord: North America and Asia, 2 meters, 6-15P plug, C13 connector, 10 A (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC005 | 2 | Y | 0.52 |
| 4 | Oracle Premier Support for Systems - Power cord: North America and Asia, 2 meters, 6-15P plug, C13 connector, 10 A (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC007 | 2 | Y | 0.52 |
| 5 | Oracle Premier Support for Systems - Oracle Storage Dual Port 16 Gb or 32 Gb Fibre Channel PCIe HBA with 2 transceivers, Emulex (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC005 | 2 | Y | 118.48 |
| 6 | Oracle Premier Support for Systems - Oracle Storage Dual Port 16 Gb or 32 Gb Fibre Channel PCIe HBA with 2 transceivers, Emulex (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC007 | 2 | Y | 118.48 |

✉ collections_us@oracle.com    🔗 oracle.com/invoicing    📞 (888) 803-7414    Federal Tax ID: 94-2805249
📍 Oracle America, Inc.
500 Oracle Parkway, Redwood Shores, California, United States 94065    Page **1** of 2



**INVOICE**

**100701793**

| No. | Description | Qty | Tax | Extended Amount |
|-----|-------------|-----|-----|-----------------|
| 7 | Oracle Premier Support for Systems - Oracle Storage Dual Port 16 Gb or 32 Gb Fibre Channel PCIe HBA with 2 transceivers, Emulex (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC006 | 2 | Y | 118.48 |
| 8 | Oracle Premier Support for Systems - Oracle Storage Dual Port 16 Gb or 32 Gb Fibre Channel PCIe HBA with 2 transceivers, Emulex (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC004 | 2 | Y | 118.48 |
| 9 | Oracle Premier Support for Systems - One 1.2 TB 10000 rpm 2.5-inch SAS-3 HDD with marlin bracket (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC004 | 2 | Y | 24.88 |
| 10 | Oracle Premier Support for Systems - One 1.2 TB 10000 rpm 2.5-inch SAS-3 HDD with marlin bracket (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC007 | 2 | Y | 24.88 |
| 11 | Oracle Premier Support for Systems - One 1.2 TB 10000 rpm 2.5-inch SAS-3 HDD with marlin bracket (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC006 | 2 | Y | 24.88 |
| 12 | Oracle Premier Support for Systems - One 1.2 TB 10000 rpm 2.5-inch SAS-3 HDD with marlin bracket (for factory installation) - Covered Product Qty: 2; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC005 | 2 | Y | 24.88 |
| 13 | Oracle Premier Support for Systems - One 64 GB DDR4-2400 registered DIMM (for factory installation) - Covered Product Qty: 8; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC005 | 8 | Y | 602.81 |
| 14 | Oracle Premier Support for Systems - One 64 GB DDR4-2400 registered DIMM (for factory installation) - Covered Product Qty: 8; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC006 | 8 | Y | 602.81 |
| 15 | Oracle Premier Support for Systems - One 64 GB DDR4-2400 registered DIMM (for factory installation) - Covered Product Qty: 8; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC007 | 8 | Y | 602.81 |
| 16 | Oracle Premier Support for Systems - One 64 GB DDR4-2400 registered DIMM (for factory installation) - Covered Product Qty: 8; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC004 | 8 | Y | 602.84 |
| 17 | Oracle Premier Support for Systems - SPARC T8-1 server: base with 1 SPARC M8 32-core 5.0 GHz processor, TAA compliant (for factory installation) - Covered Product Qty: 1; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC005 | 1 | Y | 901.17 |
| 18 | Oracle Premier Support for Systems - SPARC T8-1 server: base with 1 SPARC M8 32-core 5.0 GHz processor, TAA compliant (for factory installation) - Covered Product Qty: 1; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC004 | 1 | Y | 901.17 |
| 19 | Oracle Premier Support for Systems - SPARC T8-1 server: base with 1 SPARC M8 32-core 5.0 GHz processor, TAA compliant (for factory installation) - Covered Product Qty: 1; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC006 | 1 | Y | 901.17 |
| 20 | Oracle Premier Support for Systems - SPARC T8-1 server: base with 1 SPARC M8 32-core 5.0 GHz processor, TAA compliant (for factory installation) - Covered Product Qty: 1; 10-MAR-2023 - 31-MAY-2023; Serial# 2107NMC007 | 1 | Y | 901.17 |

**ORACLE**

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 2,497.50 | 30-MAR-2023 | **100721641** |

| | |
|---|---|
| **PO Number** | P-1010-107155 |
| **Invoice Date** | 28-FEB-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 22227105 |
| **Agreement** | US-CSA-QT5688571 |

| | |
|---|---|
| **Subtotal** | **2,497.50** |
| **Tax** | 0.00 |

## Total                    2,497.50 USD

### Payment Instructions

Reference Invoice Number: **100721641**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

| Bill To | Ship To |
|---|---|
| **Bed Bath & Beyond Inc.**<br>Andrea Farris<br>650 Liberty Ave<br>Union, NJ 07083<br>United States | **Bed Bath & Beyond Inc.**<br>Andrea Farris<br>650 Liberty Ave<br>Union, NJ 07083<br>United States |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B94110 : EDU Cloud Applications Learning subscription - Hosted Named User : 28-Feb-2023 - 30-May-2023 Quantity : 2 Quote: CPQ-2624770 Order: 40496912 | 1 | N | **2,497.50** |

ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 799,929.94 | 08-APR-2023 | **100738464** |

| PO Number | P-1010-102969 |
|---|---|
| Invoice Date | 09-MAR-2023 |
| Payment Terms | Net Due in 30 Days |
| Plan Number | 17644316 |
| Agreement | US-CSA-QT5688571 |

| Subtotal | **799,929.94** |
|---|---|
| Tax | 0.00 |

**Total**  **799,929.94 USD**

## Payment Instructions

Reference Invoice Number: **100738464**

**Wire Funds To**
Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**
Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

**Bill To**

**Bed Bath & Beyond Inc.**
Mickey Gilch
650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Manoj Gilani
650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | B90253 : Additional Non-Production Environment for Oracle Retail Enterprise Inventory Cloud Service - Each : 17-Feb-2023 - 16-May-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **34,998.00** |
| | B87633 : Oracle Retail Invoice Matching Cloud Service -50K Active SKU Locations : 17-Feb-2023 - 16-May-2023 Quantity : 501 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **31,551.50** |
| | B88182 : Additional Non-Production Environment for Oracle Retail Merchandising Cloud Service - Each : 17-Feb-2023 - 16-May-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **17,499.99** |
| | B87630 : Oracle Retail Merchandising Foundation Cloud Service - 50K Active SKU Locations : 17-Feb-2023 - 16-May-2023 Quantity : 501 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **194,238.95** |
| | B90404 : Oracle Retail Pricing Cloud Service - 50K Active SKU Locations : 17-Feb-2023 - 16-May-2023 Quantity : 501 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **31,551.50** |
| | B90252 : Oracle Retail Store Operations Cloud Service - 1000 Average Active Users : 17-Feb-2023 - 16-May-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **3,000.00** |
| | B90251 : Oracle Retail Enterprise Inventory Cloud Service - 1M Sales Units : 17-Feb-2023 - 16-May-2023 Quantity : 100 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **7,000.00** |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | B87633 : Oracle Retail Invoice Matching Cloud Service -50K Active SKU Locations : 17-Feb-2023 - 16-May-2023 Quantity : 300 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 36,180.00 |
| | B87631 : Oracle Retail Integration Cloud Service - EACH : 17-Feb-2023 - 16-May-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 15,600.00 |
| | B87630 : Oracle Retail Merchandising Foundation Cloud Service - 50K Active SKU Locations : 17-Feb-2023 - 16-May-2023 Quantity : 300 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 219,510.00 |
| | B87645 : Oracle Retail Insights Cloud Service Suite - 100M Sales Units : 17-Feb-2023 - 16-May-2023 Quantity : 3 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 65,610.00 |
| | B90765 : Additional Non-Production Environment for Oracle Retail Integration Cloud Service - Instance : 17-Feb-2023 - 16-May-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 5,100.00 |
| | B90404 : Oracle Retail Pricing Cloud Service - 50K Active SKU Locations : 17-Feb-2023 - 16-May-2023 Quantity : 300 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 36,180.00 |
| | B90252 : Oracle Retail Store Operations Cloud Service - 1000 Average Active Users : 17-Feb-2023 - 16-May-2023 Quantity : 5 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 18,000.00 |
| | B87645 : Oracle Retail Insights Cloud Service Suite - 100M Sales Units : 17-Feb-2023 - 16-May-2023 Quantity : 2 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 23,160.00 |
| | B90251 : Oracle Retail Enterprise Inventory Cloud Service - 1M Sales Units : 17-Feb-2023 - 16-May-2023 Quantity : 900 Quote: CPQ-2365624 Order: 39983463 | 1 | N | 60,750.00 |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 90,026.02 | 20-APR-2023 | **100746126** |

| | |
|---|---|
| **PO Number** | |
| **Invoice Date** | 21-MAR-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 21944094 |
| **Agreement** | US-CSA-QT5688571 |

| | |
|---|---|
| **Subtotal** | **82,687.50** |
| **Tax** | 7,338.52 |

| **Total** | **90,026.02 USD** |
|---|---|

## Payment Instructions

Reference Invoice Number: **100746126**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

**Bill To**

**Bed Bath & Beyond Inc.**
Scott Lindblom
6 E 32nd Street, 6th Fl
New York, NY 10016
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Scott Lindblom
6 E 32nd Street, 6th Fl
New York, NY 10016
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B91100 : Oracle Transportation Operational Planning Cloud Service - Hosted $M in Freight Under Management : 18-Mar-2023 - 17-Jun-2023 Quantity : 130 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 16,380.00 |
| 2 | B91100 : Oracle Transportation Operational Planning Cloud Service - Hosted $M in Freight Under Management : 18-Mar-2023 - 17-Jun-2023 Quantity : 20 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 2,520.00 |
| 3 | B94572 : Oracle Fusion SCM Analytics - Hosted Named User : 18-Mar-2023 - 17-Jun-2023 Quantity : 20 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 5,670.00 |
| 4 | B94572 : Oracle Fusion SCM Analytics - Hosted Named User : 18-Mar-2023 - 17-Jun-2023 Quantity : 55 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 15,592.50 |
| 5 | B91099 : Oracle Transportation Management Cloud Service - Hosted $M in Freight Under Management : 18-Mar-2023 - 17-Jun-2023 Quantity : 20 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 5,670.00 |
| 6 | B91099 : Oracle Transportation Management Cloud Service - Hosted $M in Freight Under Management : 18-Mar-2023 - 17-Jun-2023 Quantity : 130 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 36,855.00 |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 28,021.93 | 21-APR-2023 | **100747325** |

| | |
|---|---|
| **PO Number** | P-1010-101600 |
| **Invoice Date** | 22-MAR-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 20910203 |
| **End User** | Bed Bath and Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **26,280.83** |
| **Tax** | 1,741.10 |
| **Total** | **28,021.93 USD** |

## Payment Instructions

Reference Invoice Number: **100747325**

| Wire Funds To | Mail Checks To |
|---|---|
| Wells Fargo Bank | Oracle America, Inc. |
| ACCT: 4522-020841 | PO Box 203448 |
| SWIFT Code: WFBIUS6S | Dallas, TX |
| ABA: 121000248 | 75320-3448 |
| Beneficiary: Oracle America, Inc. | |

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

100000720951453

| Bill To | Ship To |
|---|---|
| **BED BATH & BEYOND** | **BED BATH & BEYOND** |
| Invoices AP*** | BED BATH & BEYOND #899 650 Liberty Avenue |
| BED BATH & BEYOND #899 650 Liberty Avenue | Union, NJ 07083 |
| Union, NJ 07083 | United States |
| United States | |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | Oracle Premier Support for Systems; 01-MAR-2023 - 31-MAY-2023 | 1 | Y | **26,280.83** |

ORACLE

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 148,465.75 | 24-APR-2023 | **100749939** |

| | | |
|---|---|
| **PO Number** | P-1010-102969 |
| **Invoice Date** | 25-MAR-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 17644316 |
| **Agreement** | US-CSA-QT5688571 |

| | |
|---|---|
| **Subtotal** | **148,465.75** |
| **Tax** | 0.00 |

| **Total** | **148,465.75 USD** |
|---|---|

### Payment Instructions

Reference Invoice Number: **100749939**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

**Bill To**

**Bed Bath & Beyond Inc.**
Manoj Gilani
650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Manoj Gilani
650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B90252 : Oracle Retail Store Operations Cloud Service - 1000 Average Active Users : 25-Mar-2023 - 16-May-2023 Quantity : 8 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **17,788.65** |
| 2 | B87645 : Oracle Retail Insights Cloud Service Suite - 100M Sales Units : 25-Mar-2023 - 16-May-2023 Quantity : 5 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **55,890.00** |
| 3 | B90251 : Oracle Retail Enterprise Inventory Cloud Service - 1M Sales Units : 25-Mar-2023 - 16-May-2023 Quantity : 1400 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **74,787.10** |

ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 799,929.94 | 16-JUN-2023 | **100815186** |

| | |
|---|---|
| **PO Number** | P-1010-102969 |
| **Invoice Date** | 17-MAY-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 17644316 |
| **Agreement** | US-CSA-QT5688571 |

| | |
|---|---|
| **Subtotal** | **799,929.94** |
| **Tax** | 0.00 |
| **Total** | **799,929.94 USD** |

## Payment Instructions

Reference Invoice Number: **100815186**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

**Bill To**

**Bed Bath & Beyond Inc.**
Mickey Gilch
650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Manoj Gilani
650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | B90253 : Additional Non-Production Environment for Oracle Retail Enterprise Inventory Cloud Service - Each : 17-May-2023 - 16-Aug-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **34,998.00** |
| | B87630 : Oracle Retail Merchandising Foundation Cloud Service - 50K Active SKU Locations : 17-May-2023 - 16-Aug-2023 Quantity : 501 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **194,238.95** |
| | B87631 : Oracle Retail Integration Cloud Service - EACH : 17-May-2023 - 16-Aug-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **15,600.00** |
| | B87645 : Oracle Retail Insights Cloud Service Suite - 100M Sales Units : 17-May-2023 - 16-Aug-2023 Quantity : 2 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **23,160.00** |
| | B87633 : Oracle Retail Invoice Matching Cloud Service -50K Active SKU Locations : 17-May-2023 - 16-Aug-2023 Quantity : 300 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **36,180.00** |
| | B90252 : Oracle Retail Store Operations Cloud Service - 1000 Average Active Users : 17-May-2023 - 16-Aug-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **3,000.00** |
| | B90251 : Oracle Retail Enterprise Inventory Cloud Service - 1M Sales Units : 17-May-2023 - 16-Aug-2023 Quantity : 900 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **60,750.00** |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| | B90251 : Oracle Retail Enterprise Inventory Cloud Service - 1M Sales Units : 17-May-2023 - 16-Aug-2023 Quantity : 100 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **7,000.00** |
| | B90404 : Oracle Retail Pricing Cloud Service - 50K Active SKU Locations : 17-May-2023 - 16-Aug-2023 Quantity : 501 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **31,551.50** |
| | B87645 : Oracle Retail Insights Cloud Service Suite - 100M Sales Units : 17-May-2023 - 16-Aug-2023 Quantity : 3 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **65,610.00** |
| | B87633 : Oracle Retail Invoice Matching Cloud Service -50K Active SKU Locations : 17-May-2023 - 16-Aug-2023 Quantity : 501 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **31,551.50** |
| | B90252 : Oracle Retail Store Operations Cloud Service - 1000 Average Active Users : 17-May-2023 - 16-Aug-2023 Quantity : 5 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **18,000.00** |
| | B90404 : Oracle Retail Pricing Cloud Service - 50K Active SKU Locations : 17-May-2023 - 16-Aug-2023 Quantity : 300 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **36,180.00** |
| | B90765 : Additional Non-Production Environment for Oracle Retail Integration Cloud Service - Instance : 17-May-2023 - 16-Aug-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **5,100.00** |
| | B87630 : Oracle Retail Merchandising Foundation Cloud Service - 50K Active SKU Locations : 17-May-2023 - 16-Aug-2023 Quantity : 300 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **219,510.00** |
| | B88182 : Additional Non-Production Environment for Oracle Retail Merchandising Cloud Service - Each : 17-May-2023 - 16-Aug-2023 Quantity : 1 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **17,499.99** |

ORACLE

**INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 255,691.00 | 16-JUN-2023 | **100815272** |

| | |
|---|---|
| **PO Number** | P-1010-102969 |
| **Invoice Date** | 17-MAY-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 17644316 |
| **Agreement** | US-CSA-QT5688571 |

| | |
|---|---|
| **Subtotal** | **255,691.00** |
| **Tax** | 0.00 |
| **Total** | **255,691.00 USD** |

### Payment Instructions

Reference Invoice Number: **100815272**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

**Bill To**

**Bed Bath & Beyond Inc.**
Manoj Gilani
650 Liberty Ave
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Manoj Gilani
650 Liberty Ave
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B90252 : Oracle Retail Store Operations Cloud Service - 1000 Average Active Users : 17-May-2023 - 16-Aug-2023 Quantity : 8 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **30,636.00** |
| 2 | B90251 : Oracle Retail Enterprise Inventory Cloud Service - 1M Sales Units : 17-May-2023 - 16-Aug-2023 Quantity : 1400 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **128,800.00** |
| 3 | B87645 : Oracle Retail Insights Cloud Service Suite - 100M Sales Units : 17-May-2023 - 16-Aug-2023 Quantity : 5 Quote: CPQ-2365624 Order: 39983463 | 1 | N | **96,255.00** |

ORACLE                                                                    **INVOICE**

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 2,497.50 | 30-JUN-2023 | **100831964** |

| | | | |
|---|---|---|---|
| **PO Number** | P-1010-107155 | | |
| **Invoice Date** | 31-MAY-2023 | | |
| **Payment Terms** | Net Due in 30 Days | | |
| **Plan Number** | 22227105 | | |
| **Agreement** | US-CSA-QT5688571 | | |

| **Subtotal** | **2,497.50** |
|---|---|
| **Tax** | 0.00 |
| **Total** | **2,497.50 USD** |

### Payment Instructions

Reference Invoice Number: **100831964**

| Wire Funds To | Mail Checks To |
|---|---|
| Wells Fargo Bank | Oracle America, Inc. |
| ACCT: 4522-020841 | PO Box 203448 |
| SWIFT Code: WFBIUS6S | Dallas, TX |
| ABA: 121000248 | 75320-3448 |
| Beneficiary: Oracle America, Inc. | |

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

| Bill To | Ship To |
|---|---|
| **Bed Bath & Beyond Inc.** | **Bed Bath & Beyond Inc.** |
| Andrea Farris | Andrea Farris |
| 650 Liberty Ave | 650 Liberty Ave |
| Union, NJ 07083 | Union, NJ 07083 |
| United States | United States |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B94110 : EDU Cloud Applications Learning subscription - Hosted Named User : 31-May-2023 - 30-Aug-2023 Quantity : 2 Quote: CPQ-2624770 Order: 40496912 | 1 | N | **2,497.50** |

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 156,902.48 | 19-JUL-2023 | **100857573** |

| | |
|---|---|
| **PO Number** | |
| **Invoice Date** | 19-JUN-2023 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 21944094 |
| **Agreement** | US-CSA-QT5688571 |
| **Subtotal** | **144,112.50** |
| **Tax** | 12,789.98 |
| **Total** | **156,902.48 USD** |

## Payment Instructions

Reference Invoice Number: **100857573**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

**Bill To**

**Bed Bath & Beyond Inc.**
Scott Lindblom
6 E 32nd Street, 6th Fl
New York, NY 10016
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Scott Lindblom
6 E 32nd Street, 6th Fl
New York, NY 10016
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B91099 : Oracle Transportation Management Cloud Service - Hosted $M in Freight Under Management : 18-Jun-2023 - 17-Sep-2023 Quantity : 130 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 36,855.00 |
| 2 | B91100 : Oracle Transportation Operational Planning Cloud Service - Hosted $M in Freight Under Management : 18-Jun-2023 - 17-Sep-2023 Quantity : 20 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 2,520.00 |
| 3 | B94572 : Oracle Fusion SCM Analytics - Hosted Named User : 18-Jun-2023 - 17-Sep-2023 Quantity : 20 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 5,670.00 |
| 4 | B91100 : Oracle Transportation Operational Planning Cloud Service - Hosted $M in Freight Under Management : 18-Jun-2023 - 17-Sep-2023 Quantity : 150 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 18,900.00 |
| 5 | B94572 : Oracle Fusion SCM Analytics - Hosted Named User : 18-Jun-2023 - 17-Sep-2023 Quantity : 55 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 15,592.50 |
| 6 | B91099 : Oracle Transportation Management Cloud Service - Hosted $M in Freight Under Management : 18-Jun-2023 - 17-Sep-2023 Quantity : 20 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 5,670.00 |
| 7 | B91100 : Oracle Transportation Operational Planning Cloud Service - Hosted $M in Freight Under Management : 18-Jun-2023 - 17-Sep-2023 Quantity : 130 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | 16,380.00 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 8 | B91099 : Oracle Transportation Management Cloud Service - Hosted $M in Freight Under Management : 18-Jun-2023 - 17-Sep-2023 Quantity : 150 Quote: CPQ-2471062 Order: 40390488 | 1 | Y | **42,525.00** |

# ORACLE

# INVOICE

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 2,708.47 | 01-MAR-2023 | **100686674** |

| | | |
|---|---|---|
| **PO Number** | | PO-1010-101601 |
| **Invoice Date** | | 30-JAN-2023 |
| **Payment Terms** | | Net Due in 30 Days |
| **Contract Number** | | 18834717 |
| **End User** | | Bed Bath & Beyond Inc. |

| | |
|---|---|
| **Subtotal** | **2,540.18** |
| **Tax** | 168.29 |
| **Total** | **2,708.47 USD** |

## Payment Instructions

Reference Invoice Number: **100686674**

**Wire Funds To**

Wells Fargo Bank
ACCT: 4522-020841
SWIFT Code: WFBIUS6S
ABA: 121000248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

Credit card, PayPal,
or eCheck Payments

Visit shop.oracle.com

Special Instructions

**Bill To**

**Bed Bath & Beyond Inc.**
DIANE MCHUGH
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

**Ship To**

**Bed Bath & Beyond Inc.**
Bed Bath & Beyond #899
650 Liberty Aven
Union, NJ 07083
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | **1.24** |
| 2 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 2; 01-MAR-2023 - 31-MAY-2023 | 2 | Y | **1.29** |
| 3 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA with 2 servers - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD305L | 1 | Y | **1,099.41** |
| 4 | Oracle Premier Support for Systems - Power cord: Sun Rack jumper, straight, 2 meters, C14 plug, C13 connector, 10A (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD305L | 4 | Y | **2.60** |
| 5 | Oracle Premier Support for Systems - Dual rate transceiver: SFP+ SR. Support 1 Gb/sec and 10 Gb/sec dual rate (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD305L | 4 | Y | **21.79** |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 6 | Oracle Premier Support for Systems - Oracle Database Appliance X7 and Oracle Database Appliance X8 memory expansion kit - six 32 GB DIMMs (for factory installation) - Covered Product Qty: 4; 01-MAR-2023 - 31-MAY-2023; Serial# 1848XD305L | 4 | Y | **519.20** |
| 7 | Oracle Premier Support for Systems - Oracle Database Appliance X7-2-HA storage enclosure base populated with five 3.2 TB SSDs and four 800 GB SSDs - Covered Product Qty: 1; 01-MAR-2023 - 31-MAY-2023; Serial# 1848NMQ80B | 1 | Y | **894.65** |