| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBERG TRAURIG LLP**
Alan J. Brody
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
Email: brodya@gtlaw.com

   -  and  -

Heath B. Kushnick (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9298
Facsimile: (212) 805-5598
Email: kushnickh@gtlaw.com

*Counsel for Alexander's Rego Shopping Center, Inc.*

| In Re:<br><br>    BED BATH & BEYOND INC., *et al.*,<br><br>    Debtors.[1] | Case No.:    23-13359 (VFP)<br><br>Chapter:    11<br><br>(Jointly Administered) |
|---|---|

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), counsel for Alexander's Rego Shopping Center, Inc., by and through the attorneys set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

to be served in this case by the Court, the above-captioned debtor, and/or any other parties-in-interest, be given to and served upon the following:

GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, New Jersey 07932
Alan J. Brody, Esq.
Telephone: (973) 443-3543
Email: brodya@gtlaw.com

GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Heath B. Kushnick
Telephone: (212) 801-9298
Facsimile: (212) 805-5598
Email: kushnickh@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without prejudice to the rights, remedies and claims of Alexander's Rego Shopping Center, Inc. against other entities or any objection by Alexander's Rego Shopping Center, Inc. that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Alexander's Rego Shopping Center, Inc. to the

*ACTIVE 688683402v1*

jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: July 7, 2023                                  **GREENBERG TRAURIG LLP**

*/s/ Alan J. Brody*

Alan J. Brody
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
Email: brodya@gtlaw.com

- and -

Heath B. Kushnick (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9298
Facsimile: (212) 805-5598
Email: kushnickh@gtlaw.com

*Counsel for Alexander's Rego Shopping Center, Inc.*