**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Ian R. Winters *(pro hac vice application pending)*
Brendan M. Scott
Stephanie R. Sweeney *(pro hac vice application pending)*

*Counsel to Dream on Me Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x
In re:                                                         :
                                                               :       Chapter 11
BED BATH & BEYOND INC., *et al.*,                              :
                                                               :       Case No. 23-13359 (VFP)
                                          Debtors.             :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP (the "Firm") hereby appears in the above-captioned case as counsel to Dream on Me Industries, Inc. (the "Appearance Party"), in the above referenced bankruptcy proceeding.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Bank. P. 2002 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

> **KLESTADT WINTERS JURELLER**
>   **SOUTHARD & STEVENS, LLP**
> 200 West 41st Street, 17th Floor
> New York, New York 10036-7023
> Attention: Ian R. Winters, Brendan M. Scott, and Stephanie R. Sweeney
> Tel: (212) 972-3000
> Fax: (212) 972-2245
> Email: iwinters@klestadt.com
>           bscott@klestadt.com
>           ssweeney@klestadt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which affect to seek to affect in any way any rights or interests of the Appearance Party.

Dated: New York, New York
July 7, 2023

                      **KLESTADT WINTERS JURELLER**
                      **SOUTHARD & STEVENS, LLP**

By: /s/Brendan M. Scott
Ian R. Winters *(pro hac vice application pending)*
Brendan M. Scott
Stephanie R. Sweeney *(pro hac vice application pending)*
200 W. 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: iwinters@klestadt.com
      bscott@klestadt.com
      ssweeney@klestadt.com

*Counsel to Dream on Me Industries, Inc.*