UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                   Case No. 23-13359-vfp

Bed Bath & Beyond Inc.                 Chapter 11

            Debtor.                           Judge Vincent F. Papalia

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

TO:    Clerk of the Court
        US Bankruptcy Court
        District of New Jersey
        Martin Luther King Jr.
        Federal Building
        50 Walnut St. #3017
        Newark, NJ  07102

        U.S. Trustee
        US Dept of Justice
        Office of the US Trustee
        One Newark Center
        Suite 2100
        Newark, NJ  07102

        Alexandria Nikolinos
        DOJ-Ust
        One Newark Center
        1085 Raymond Blvd.
        Suite 2100
        Newark, NJ  07102

Olivia F. Acuna
Kirkland and Ellis LLP
601 Lexington Avenue
New York, NY  10022

David M. Bass
Cole Schotz PC
Court Plaza North
25 Main Street
Hackensack, NJ  07601

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY  10017

      PLEASE ENTER THE APPEARANCE of Moe Freedman, Assistant Attorney General, as attorney for the Michigan Department of Treasury, in the above-titled case.  This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.  Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

/s/ *Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-Mail: FreedmanM1@michigan.gov

Dated: July 7, 2023