# EXHIBIT D

**From:** Mike Matlat <mike@agrep.com>
**Sent:** Monday, June 12, 2023 1:34 PM
**To:** David Bruck <DBRUCK@greenbaumlaw.com>
**Cc:** wusatine@coleschotz.com
**Subject:** RE: Almaden Shopping Plaza/Store #3034 San Jose, Ca

*** External Email Message ***

Thank you David.  We'll see what happens with the potential going concern sale and advise..


Thank you, Mike

Mike Matlat
Senior Managing Director
A&G Real Estate Partners
445 Broadhollow Rd, Suite 410
Melville NY 11747
Direct: 631.465.9508
mike@agrep.com
www.agrep.com



*Turnaround Atlas Award 2019, 2020 and 2021*
`Outstanding Restructuring

1

**From:** David Bruck <DBRUCK@greenbaumlaw.com>
**Sent:** Monday, June 12, 2023 9:04 AM
**To:** Mike Matlat <mike@agrep.com>
**Cc:** wusatine@coleschotz.com
**Subject:** Almaden Shopping Plaza/Store #3034 San Jose, Ca

Good morning Mike,
On behalf of my client Almaden Shopping Center LLC, the landlord at the San Jose location of buy Buy Baby, the landlord proposes to pay $200,000 to the Debtor less the outstanding prepetition rent and charges of $49,3622.87 as set forth in the filed proof of claim and rent and charges for the months of May and June 2023 (being estimated) in exchange for a Lease Termination Agreement to be approved by the entry of an order by the Bankruptcy Court in the bankruptcy case. Please advise if the same is acceptable.
Best
David Bruck

David L. Bruck  | Partner

**Greenbaum, Rowe, Smith & Davis LLP**
Delivery: 99 Wood Avenue South | Iselin, NJ | 08830
Mailing: P.O. Box 5600 | Woodbridge, NJ | 07095
T: 732.476.2440 | F: 732.476.2441
vCard | Bio | LinkedIn



greenbaumlaw.com

**Disclaimer**

This e-mail (including any attachments) is intended only for the exclusive use of the individual to whom it is addressed. The information contained hereinafter may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or agent responsible for delivering the message to the intended recipient, the reader is hereby put on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If the reader has received this communication in error, please immediately notify the sender by telephone (732-549-5600) or e-mail and delete all copies of this e-mail and any attachments. Thank you.