# EXHIBIT E

# Lease Ledger

Date: 06/12/2023
Property: al
Tenant: t0000067 Buy Buy Baby
From Date: 10/27/2010 To Date: 01/31/2026
Move In Date: 10/27/2010
Unit(S): A-100

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 03/24/2023 | Chk# 112903 :CHECKscan Payment | | 0.00 | 4,617.46 | 9,272.80 | R-29450 | |
| 04/01/2023 | Base Rent (04/2023) | A-100 | 41,003.08 | 0.00 | 50,275.88 | C-57683 | No |
| 04/01/2023 | Estimated Operating Expense (04/2023) | A-100 | 8,106.00 | 0.00 | 58,381.88 | C-57684 | No |
| 04/18/2023 | Electric 3/8/23-4/5/23 Gas 3/9/23-4/6/23 Water 2/20/23-3/22/23 | | 4,076.74 | 0.00 | 62,458.62 | C-57929 | No |
| 05/01/2023 | Base Rent (05/2023) | A-100 | 41,003.08 | 0.00 | 103,461.70 | C-58232 | No |
| 05/01/2023 | Estimated Operating Expense (05/2023) | A-100 | 8,106.00 | 0.00 | 111,567.70 | C-58233 | No |
| 05/03/2023 | Chk# 113361 :CHECKscan Payment | | 0.00 | 13,095.75 | 98,471.95 | R-29900 | |
| 05/03/2023 | Chk# 113593 :CHECKscan Payment | | 0.00 | 49,109.08 | 49,362.87 | R-29901 | |
| 05/23/2023 | Electric 4/6/23-5/7/23 Gas 4/7/23-5/8/23 Water 3/22/23-4/24/23 | | 3,218.16 | 0.00 | 52,581.03 | C-59160 | No |
| 06/01/2023 | Base Rent (06/2023) | A-100 | 41,003.08 | 0.00 | 93,584.11 | C-59200 | No |
| 06/01/2023 | Estimated Operating Expense (06/2023) | A-100 | 8,106.00 | 0.00 | 101,690.11 | C-59201 | No |
| 06/02/2023 | Chk# 114150 :CHECKscan Payment | | 0.00 | 49,109.08 | 52,581.03 | R-30114 | |

Page 12