**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.1 | (Jointly Administered) |

## ADJOURNMENT REQUEST

1.    I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for: <u>the Debtors/Debtors-in-Possession,</u>

    ☐    am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. Motion to Confirm Absence of Automatic Stay [Docket No. 495].

**Current hearing date and time**: July 11, 2023 at 2:30 p.m.

**New date requested**: July 18, 2023 at 2:30 p.m.

**Reason for adjournment request**: The Debtors and the movant, Telegraph Marketplace Partners II, LLC require additional time to pursue a possible resolution of the motion.

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 7, 2023                    /s/ Michael D. Sirota
                                       Signature

**COURT USE ONLY:**

The request for adjournment is:

☒    Granted            New hearing date:  **7/18/2023 @ 2:30pm**

☐    Granted over objection(s)   New hearing date: _____    ☐    Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**