# EXHIBIT A

## AGREEMENT

AGREEMENT, made this 15 day of May, 2003 by and among NATHAN SEROTA with an address c/o Serota Properties, 70 E. Sunrise Highway, Valley Stream, NY 11581 (hereinafter referred to as "Serota"), JOSEPH SCIMONE with an address at c/o Serota Properties, 70 E. Sunrise Highway, Valley Stream, NY 11581 (hereinafter referred to as "Scimone") and 3600 LONG BEACH ROAD, LLC with an address at c/o Serota Properties, 70 E. Sunrise Highway, Valley Stream, NY 11581 (hereinafter referred to as the "LLC").

### WITNESSETH:

**WHEREAS**, Serota, as Managing Member of the LLC, wishes to appoint Scimone as agent for the LLC with the power to manage and transact business on behalf of the LLC, including but not limited to handling financial matters, loans, refinancing, sales, purchases and execution of all documents relating thereto as it pertains to the LLC; and

**WHEREAS**, Scimone wishes to accept such management duties.

**NOW, THEREFORE**, the parties in consideration of the mutual covenants and agreements herein set forth, agree as follows:

1. <u>Preamble Incorporated</u>  All of the recitals contained in the foregoing preamble to this Agreement are hereby incorporated into this Agreement with the same force and effect as if repeated and set forth at length herein.

2. <u>Delegation and Acceptance of Rights and Powers</u>  Serota hereby appoints Scimone as agent for the LLC with the power to manage and transact business on behalf of the LLC, including but not limited to, handling financial matters, loans, refinancing, purchases, sales and execution of all documents relating thereto, as it pertains to the LLC. Scimone hereby accepts such management duties.

3. <u>Continuing Power of Managing Member</u>  Notwithstanding the appointment of Scimone as agent under Paragraph 2 of this Agreement, Serota shall continue to be a Managing Member of the LLC.

4. <u>Binding Effect and Indemnification</u>  Any agreement signed by Scimone on behalf of the LLC or Nathan Serota as Managing Member will be fully binding on the LLC as if such document were signed on behalf of the LLC by Nathan Serota as Managing Member. Any person relying on this document shall be held harmless and be indemnified for any costs or legal fees incurred by said party.

**IN WITNESS WHEREOF**, the parties hereto have signed and acknowledged this Agreement as of the day, month and year first written above.

JOSEPH SCIMONE

NATHAN SEROTA

3600 LONG BEACH ROAD, LLC

By: _____
NATHAN SEROTA, Managing Member

## ACKNOWLEDGEMENT

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

On the 21 day of MAY in the year 2003, before me, the undersigned, a Notary Public in and for the State, personally appeared JOSEPH SCIMONE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Victoria Frango*
Notary Public

VICTORIA FRANGO
NOTARY PUBLIC, State Of New York
No. 41-4794319
Qualified In Queens County
Commission Expires March 30, 20 07

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

On the 21 day of MAY in the year 2003 before me, the undersigned, a Notary Public in and for the State, personally appeared NATHAN SEROTA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Victoria Frango*
Notary Public

VICTORIA FRANGO
NOTARY PUBLIC, State Of New York
No. 41-4794319
Qualified In Queens County
Commission Expires March 30, 20 07

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

On the 21 day of MAY in the year 2003 before me, personally came NATHAN SEROTA, to me known, who, being by me duly sworn, did depose and say that he resides in Valley Stream, NY that he is the Managing Member of 3600 LONG BEACH ROAD, LLC, the limited liability company described in and which executed the above instrument; and that he signed his name thereto by authority of the Members of said limited liability company.

*Victoria Frango*
Notary Public

VICTORIA FRANGO
NOTARY PUBLIC, State Of New York
No. 41-4794319
Qualified In Queens County
Commission Expires March 30, 20 07

F:\STEPH\WORDPERF\SEROTA\LLCs\MANAGEMENT AGREEMENTS\3600 long beach rd NY.agr

2