# EXHIBIT B



# Department of Buildings

TOWN HALL PLAZA, HEMPSTEAD, N.Y. 11550

OCCUPANCY CERTIFICATE

FEE                                                                              DATE

THIS CERTIFIES THAT THE BUILDING HEREAFTER DESCRIBED CONFORMS TO THE
REQUIREMENTS OF THE TOWN OF HEMPSTEAD BUILDING ZONE ORDINANCE AND THE
APPLICABLE BUILDING CONSTRUCTION CODE.

| | | | | | |
|---|---|---|---|---|---|
| SECTION | 43 | BLOCK | 00C | LOT(S) | 0297  305,307,311 |

LOCATION:  NW LONG BEACH ROAD        00000 00 DALY BOULEVARD
                                                                  OCEANSIDE

PROJECT  CNST RETAIL STORE W/IN OCEANSIDE SHP CTR

HOUSE NO.  3044          BUILDING PERMIT NO.  9304661    DATED  12/93

SIZE OF LOT  630x976IR     ZONE  X           DECLARED COST $  3301,973

OWNER      N.C.S. COMPANY                    BOARD OF ZONING APPEALS
ADDRESS    / 5 SUNRISE HWGY                  CASE NUMBER
           VALLEY STREAM 11541

NO.  0132813

COMMISSIONER OF BUILDINGS

## EXHIBIT A

### LEGAL DESCRIPTION OF THE LAND

All that certain plot, piece or parcel of land situate at Oceanside, Town of Hempstead, Nassau County, New York, being more particularly described as follows:

Beginning at a point on the northerly side of Daly Boulevard distant 110.86 feet westerly from the westerly end of a curve that connects the northerly side of Daly Boulevard with the westerly side of Long Beach Road. Said curve having a radius of 66.00 feet and a length of 65.00 feet.

Running Thence from said point of beginning the following two (2) courses and distances along said Daly Boulevard;

(1) Southerly and Westerly on the arc of said circular curve bearing to the right, having a radius of 389.00 feet and a length of 21.80 feet;

(2) North 79 degrees 27 minutes 01 seconds West 630.53 feet;

Thence North 22 degrees 24 minutes 51 seconds East, a distance of 1025.29 feet;

Thence South 74 degrees 45 minutes 17 seconds East, a distance of 284.61 feet;

Thence South 04 degrees 37 minutes 32 seconds West, a distance of 88.50 feet;

Thence South 67 degrees 35 minutes 09 seconds East, a distance of 462.58 feet;

Thence South 22 degrees 24 minutes 51 seconds West, a distance of 529.90 feet;

Thence North 67 degrees 35 minutes 09 seconds West, a distance of 155.00 feet;

Thence South 22 degrees 24 minutes 51 seconds West, a distance of 233.12 feet;

Thence South 07 degrees 19 minutes 11 seconds West, a distance of 81.62 feet to the point or place of beginning.