CERTILMAN BALIN ADLER & HYMAN, LLP
Jaspreet S. Mayall, Esq.
New Jersey Attorney ID #037711991
Richard J. McCord, Esq. *Admitted Pro Hac Vice*
90 Merrick Avenue, 9th Fl
East Meadow, NY 11554
Telephone: (516) 296-7000
Fax: (516) 296-7111
jmayall@certilmanbalin.com
rmccord@certilmanbalin.com

*Attorneys for 3600 Long Beach Road, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*, | Case No. 23-13359 |
| | Hon. Vincent F. Pipalia |
| Debtors.[1] | |

-------------------------------------------------------------X

## CERTIFICATION OF SERVICE

1. I, Jaspreet S. Mayall:

    ☒ represent 3600 Long Beach Road, LLC in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of the Debtor Bed Bath & Beyond Inc's principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

8076698.1

2. On July 7, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *[Place a check next to each document you served]*

   ☒ *Objection of 3600 Long Beach Road, LLC in Opposition to Debtors' Proposed, Sale, Assumption and Assignment of Real Property Lease*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 7, 2023          /s/Jaspreet S. Mayall
                            Signature

8076698.1

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C. (Joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C. (Emily.geier@kirkland.com)<br>Derek I. Hunter (derek.hunter@kirkland.com)<br>Ross J. Fiedler (ross.fiedler@kirkland.com) | *Counsel to the Debtors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other  Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota (msirota@coleschotz.com)<br>Warren A. Usatine (wusatine@coleschotz.com)<br>Felice R. Yudkin (fyudkin@coleschotz.com) | *Co-Counsel to the Debtors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Davis Polk & Wardwell, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall Huebner (marshall.huebner@davispolk.com)<br>Adam Shpeen (adam.shpeen@davispolk.com)<br>Michael Pera (michael.pera@davispolk.com)<br>Steven Z. Szanzer (steven.szanzer@davispolk.com | *Counsel to the Prepetition ABL Agent* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |

8076698.1

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>Attn: David M. Hillman (dhillman@proskauer.com)<br>Megan R. Volin (Mvolin@proskauer.com) | *Counsel to the DIP Agent* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| U.S. Trustee for the Region 3, District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102<br>Attn: Fran B. Steele, Esq. (fran.b.steele@usdoj.gov) | *U.S. Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Attn: Robert K. Malone (rmalone@gibbonslaw.com)<br>Brett S. Theisen (btheisen@gibbnonslaw.com)<br>Kyle P. McEvilly (Kmcevilly@gibbonslaw.com) | *Counsel to the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Robert R. Feinstein (rfeinstein@pszjlaw.com)<br>Bradford J. Sandler (bsandler@pszjlaw.com)<br>Paul J. Labov (plabov@pszjlaw.com)<br>Colin R. Robinson (crobinson@pszjlaw.com) | *Counsel to the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |

8076698.1

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Attn: Scott K. Charles (skcharles@wlrk.com)<br>Michael S. Benn (msbenn@wlrk.com)<br>Gordon S. Moodie (gsmoodie@wlrk.com) | *Counsel to the Stalking Horse Bidder* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>x Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  |  |

8076698.1