**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 11, 2023 AT 2:30 P.M. (ET) [2]**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] All matters that were scheduled for July 11, 2023 at 2:00 p.m. will be heard at **2:30 p.m.**

1

I. **MATTERS GOING FORWARD**

1. Sale Hearing with Respect to the BABY IP Assets

    A. Related Documents

    - Order (I) Approving the Auction and Bidding Procedures, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Docket No. 92]

    - Notice of Amendment of Dates and Deadlines Related to the Debtors' Bidding Procedures [Docket No. 771]

    - Notice of (I) Initial Winning Bidder and Backup Bidder with Respect to the June 28, 2023 Auction for BABY IP Assets and (II) Amendment of Certain Dates and Deadlines Related to the Debtors' Bidding Procedures [Docket No. 1124]

    - Notice of Filing of Asset Purchase Agreement with Dream On Me Industries, Inc. Relating to BABY IP Assets [Docket No. 1152]

    - Notice of Cancellation of buybuy BABY Going-Concern Auction [Docket No. 1208]

    - Declaration of Christian Tempke in Support of Entry of an Order (I) Approving the Sale of Acquired Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations under the Asset Purchase Agreement, and (III) Granting Related Relief [Docket No. 1274]

    - Proposed Order (I) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations under the Asset Purchase Agreement, and (III) Granting Related Relief [Docket No. 1275]

    B. Responses/Objections

    - Limited Objection and Reservation of Rights of Comenity Capital Bank with Respect to Debtors' Notice of Amendment of Dates and Deadlines Related to Debtors' Bidding Procedures and Notice of Filing of Asset Purchase Agreement with Dream On Me Industries, Inc. Relating to Baby IP Assets [Docket No. 1180]

    **Status:** This matter is going forward on July 11, 2023 at 2:30 p.m. (ET) with permission of the Court.

2. Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 786]

    A. <u>Related Documents</u>

- Declaration of Holly Etlin, Chief Restructuring Officer and Chief Financial Officer of Bed Bath & Beyond Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 10]

    **Status:** This matter is going forward on July 11, 2023 at 2:30 p.m. (ET) with permission of the Court.

II. **ADJOURNED MATTERS**

1. Motion of Gotham Technology Group, LLC (I) to Set an Immediate Deadline for Debtor to Assume or Reject Executory Contract, (II) to Compel Payment of Related Cure Costs or Administrative Claims, or, in the Alternative, (III) for Relief from the Automatic Stay [Docket No. 787]

    A. <u>Related Documents</u>

- Certification of Kenneth W. Phelan in Support of the Motion of Gotham Technology Group, LLC [Docket No. 787-2]

    **Status:** This matter is adjourned to July 18, 2023 at 2:30 p.m. (ET).

2. Motion to Confirm Absence of Automatic Stay [Docket No. 495]

    A. <u>Related Documents</u>

- Declaration of Eileen Higgins, in Support of Motion to Confirm Absence of Automatic Stay [Docket No. 495-4]
- Notice of Hearing [Docket No. 1185]
- Adjournment Request [Docket No. 1230]

    **Status:** This matter is adjourned to July 18, 2023 at 2:30 p.m. (ET).

III. **RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 644]

A. <u>Related Documents</u>

- Declaration of Holly Etlin, Chief Restructuring Officer and Chief Financial Officer of Bed Bath & Beyond Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 10]

- Application for Order Shortening Time [Docket No. 645]

- Order Shortening Time Period for Notice [Docket No. 664]

- Notice of Amended Agenda of Matters Scheduled for Hearings on June 14, 2023 at 11:00 a.m. (ET) [Docket No. 717]

- Notice of Filing of Proposed Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 1090]

- Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Encumbrances, and Other Interests; (II) Approving the Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 1099]

- Adjournment Request [Docket No. 1118]

B. <u>Responses/Objections</u>

- Federal Heath Sign Company LLC's Limited Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 792]

- Exhibit to Objection filed by Federal Heath Sign Company [Docket No. 793]

- JMCR Sherman, LP's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 888]

- Objection of ML-MJW Port Chester SC Owner LLC to Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of

        Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 1086]

- Notice of Withdrawal of Federal Heath Sign Company LLC's Limited Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Unexpired Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Assumption and Assignment of Certain Unexpired Leases; and (III) Granting Related Relief [Docket No. 1092]

- Notice of Withdrawal of Document [Docket No. 1093]

**Status:** **This matter is being withdrawn with respect to the lease for Store #778 located at 3710 Town Center Street, Sherman, TX, 75092. That being the only outstanding issue, this matter is resolved and no further action or relief from the Court is requested.**

Dated: July 10, 2023

                                            /s/ *Michael D. Sirota*
                                            **COLE SCHOTZ P.C.**
                                            Michael D. Sirota, Esq.
                                            Warren A. Usatine, Esq.
                                            Felice R. Yudkin, Esq.
                                            Court Plaza North, 25 Main Street
                                            Hackensack, New Jersey 07601
                                            Telephone:  (201) 489-3000
                                            Email:      msirota@coleschotz.com
                                                                       wusatine@coleschotz.com
                                                                       fyudkin@coleschotz.com

                                            **KIRKLAND & ELLIS LLP**
                                            **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                            Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
                                            Emily E. Geier, P.C. (admitted *pro hac vice*)
                                            Derek I. Hunter (admitted *pro hac vice*)
                                            601 Lexington Avenue
                                            New York, New York 10022
                                            Telephone:  (212) 446-4800
                                            Facsimile:  (212) 446-4900
                                            Email:      josuha.sussberg@kirkland.com
                                                                       emily.geier@kirkland.com
                                                                       derek.hunter@kirkland.com

                                            *Co-Counsel for Debtors and*
                                            *Debtors in Possession*