**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 30, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 156]

On June 1, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Debtors' Motion for Entry of An Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 79] (the "*Lease Rejection Motion*")

- Debtors' Motion for Entry of An Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 80]

On June 1, 2023, at my direction and under my supervision, employees of Kroll caused the Lease Rejection Motion to be served via First Class Mail on the Supplemental Lease Rejection Service List attached hereto as **Exhibit C**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On June 1, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Equity Holders Service List attached hereto as **Exhibit D**:

- Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (III) Granting Related Relief [Docket No. 23]

- Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (II) Granting Related Relief [Docket No. 101]

- Notice of (I) Disclosure Procedures Applicable to Certain Holders of Common Stock or Preferred Stock, (II) Disclosure Procedures for Transfers of Common Stock and Preferred Stock, and (III) Final Hearing on the Application Thereof, a copy of which is attached hereto as **Exhibit E**.

Dated: July 7, 2023                                                                           */s/ Paul Pullo*
                                                                                                          Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 7, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 12731565 | BREAKEY FINE CREATIVE | 383 SACKETT ST | | | BROOKLYN | NY | 11231-4703 |
| 12770768 | EVESHAM CORPORATE CENTER, LLC | C/O WINBROOK MANAGEMENT, LLC | 550 FASHION AVE | FL 15 | NEW YORK | NY | 10018-3250 |
| 12753520 | FANTASIA ACCESSORIES LTD. | 1385 BROADWAY FRNT 4 | | | NEW YORK | NY | 10018-6003 |
| 12658787 | LINDA G LAWRY | ADDRESS ON FILE | | | | | |
| 12721618 | PRIMARY KIDS INC. | 530 FASHION AVE | RM 1902 | | NEW YORK | NY | 10018-4987 |
| 12787814 | RILEY, TRACIE | ADDRESS ON FILE | | | | | |
| 12744993 | RUGGED EQUIPMENT | 10 WEST 33RD ST | RM 240 | | NEW YORK | NY | 10001-3306 |
| 12748788 | STATISTA INC | 3 WTC 175 GREENWICH ST 36 | | | NEW YORK | NY | 10007 |
| 12732566 | STENSUL INC | 450 PARK AVE S FL 3 | | | NEW YORK | NY | 10016-7320 |
| 12723088 | WESTPORT LINENS INC. | 303 5TH AVE RM 1007 | | | NEW YORK | NY | 10016-6681 |
| 12770769 | WINBROOK MANAGEMENT | FOWLER, NICOLE, PROPERTY MANAGER | 550 FASHION AVE FL 15 | | NEW YORK | NY | 10018-3250 |

**<u>Exhibit B</u>**

Exhibit B
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 12768688 | RIOTRIN PROPERTIES (FREDERICTON) INC. | RIOCAN MANAGEMENT INC.ADMINISTRATION OFFICE | RIOCAN YONGE EGLINTON CENTRE | 2300 YONGE ST, SUITE 500 | BOX 2386 | TORONTO | ON | M4P 1E4 | CANADA |
| 12772098 | 058PAY-VALLEY FORGE CENTER ASSOCIATES | 105 TOWN CENTER | | | | KING OF PRUSSIA | PA | 19406-0851 | |
| 12765302 | 1020LL-BURBANK MALL ASSOCIATES, LLC | 201 EAST MAGNOLIA BLVD. | SUITE 151 | | | BURBANK | CA | 91502 | |
| 12766416 | 1174P1-EQUITY ONE REALTY & MANAGEMENT SE, INC. | 1550 NE Miami Gardens Dr | P.O. BOX 404716 | | | Miami | FL | 33179 | |
| 12766740 | 1221PAY-INLAND AMERICAN RETAIL MANAGEMENT, LLC | 2901 BUTTERFIELD ROAD | | | | OAK BROOK | IL | 60523 | |
| 12766859 | 123PAY-ARBORETUM JOINT VENTURE LLC | 303 Detroit Street Suite 301 | | | | Ann Arbor | MI | 48104 | |
| 12767133 | 1278P2-INLAND DIVERSIFIED REAL ESTATE SERVICES, LLC | 2901 BUTTERFIELD ROAD | | | | OAK BROOK | IL | 60523 | |
| 12768182 | 151PAY-BARRY WOODS | ADDRESS ON FILE | | | | HICKSVILLE | NY | 11802-6106 | |
| 12768299 | 168PAY-EQUITY ONE PRESIDENTIAL MARKETS INC. | 510 Madison Avenue, 19th Floor | | | | New York | NY | 10022 | |
| 12769075 | 247PAY-ELMSFORD-119 ASSOCIATES LLC | CO/ SIGNATURE BANK | 565 FIFTH AVENUE | | | NEW YORK | NY | 10017 | |
| 12770073 | 312P1-CENTRO WATT OPERATING PARTNERSHIP, LLC | CENTRO WATT PROPERTY OWNER II LLC | SEQUOIA-TOWER MALL | PO BOX 9187 | | LOS ANGELES | CA | 90084-9187 | |
| 12770360 | 347P1-CP/IPERS CORAL, LLC | 1717 MCKINNEY AVE | STE 1900 | | | DALLAS | TX | 75202-1253 | |
| 12770477 | 366P2-INLAND CONTINENTAL PROPERTY MANAGEMENT CORP. | 2901 BUTTERFIELD RD | | | | OAK BROOK | IL | 60523 | |
| 12771255 | 466 PAY-INLAND SOUTHERN MANAGEMENT LLC #602 | 2043 Skibo Rd | P.O. BOX 403089 | | | Fayetteville | NC | 28314-0254 | |
| 12772045 | 582 PAY-ORIX MONROE LLC | 280 PARK AVENUE | 40 WEST | | | NEW YORK | NY | 10017 | |
| 12772127 | 593 PAY-EQUITY ONE SPARKLEBERRY PHASE II , INC. | Level 13, 256 Queen St | | | | Melbourne | VIC | 3000 | |
| 12772372 | 604 PAY-UNIVERSITY MALL ASSOCIATES, LLC | 801 University City Blvd | | | | Blacksburg | VA | 24060-2732 | |
| 12773657 | 629P1-HANA FINANCIAL, INC. | 1000 WILSHIRE BLVD.,  20TH FLOOR | | | | LOS ANGELES | CA | 90017-2407 | |
| 12775396 | 817P2-BRIDGEWATER FALLS STATION LLC | 3385 PRINCETON ROAD | | | | FAIRFIELD TOWNSHIP | OH | 45011 | |
| 12775479 | 830P1-BAY FAIR DEVELOPMENT LLC | C/O MADISON MARKET RETAIL SERVICE | NW5557 | 17 GREENWOOD AVENUE | | MADISON | NJ | 07940 | |
| 12775517 | 834PAY1-BRIXMOR OAKWOOD COMMONS LLC | CENTRO HERITAGE OAKWOOD COMMONS LLC | 450 LEXINGTON AVENUE | FLOOR 13 | | NEW YORK | NY | 10017 | |
| 12767204 | ALEXANDRIA MAIN MALL, LLC | SCHONBERGER, DAVID | C/O RADIANT PARTNERS, LLC | ATTN: DANIEL FRIEDMAN | 305 W. BROADWAY, UNIT 288 | NEW YORK | NY | 10013 | |
| 12747786 | ARDEN TEXARKANA LLC | P.O. BOX 677689 | | | | DALLAS | TX | 75267-7689 | |
| 12725399 | BRIXMOR PROPERTY OWNER II LLC_RNT210281 | C/O Brixmor Property Group210281 | 450 Lexington Avenue | Floor 13 | | New York | NY | 10017 | |
| 12756255 | BURBANK MALL ASSOCIATES, LLC | 2706 MEDIA CENTER DR | | | | LOS ANGELES | CA | 90065 | |
| 12765306 | BURBANK MALL ASSOCIATES, LLC | C/O CROWN REALTY & DEVELOPMENT CORPORATION | 201 EAST MAGNOLIA BLVD. | | | BURBANK | CA | 91502 | |
| 12756988 | CENTRO GA COASTAL LANDING FL | P.O. BOX 713458 | C/O CENTRO GA COASTAL WAY LLC208948 | | | CINCINNATI | OH | 45271-3458 | |
| 12748639 | CORELAND COMPANIES | 17542 EAST 17TH STREET SUITE 4 | | | | TUSTIN | CA | 92780 | |
| 12771623 | DEVELOPERS DIVERSIFIED REALTY CORP | MAY, CHRI | 3300 ENTERPRISE PARKWAY | | | BEACHWOOD | OH | 44122 | |
| 12766436 | DIAMOND RIDGE DEVELOPMENT LLC | 43576 HERITAGE GAP | | | | CHANTILLY | VA | 20152 | |
| 12775009 | FPIL001 LLC | TANG, AMY, LANDLORD | EDISON PORTFOLIO OWNER LLC | OAK STREET REAL ESTATE CAPITAL | 30 N LA SALLE ST, SUITE 4140 | CHICAGO | IL | 60602-2900 | |
| 12768175 | IA BOYNTON BEACH CONGRESS, L.L.C. | C/O IA MANAGEMENT, L.L.C./BLDG. #44663 | ATTN: VICE PRESIDENT | 5315 WALL STREET | SUITE 220 | MADISON | WI | 53718 | |
| 12771257 | IA LYNCHBURG WARDS, L.L.C. | C/O INVENTRUST PROPERTY MANAGEMENT, LLC | 3025 HIGHLAND PARKWAY | SUITE 350 | | DOWNERS GROVE | IL | 60515 | |
| 12765874 | IA SPARKS CROSSING, L.L.C. | ATTN: PROPERTY MANAGER (BLDG. 44695) | C/O INVENTRUST PROPERTY MANAGEMENT, LLC | 3025 HIGHLAND PARKWAY | SUITE 350 | DOWNERS GROVE | IL | 60515 | |
| 12775383 | IBT VALPARAISO RECEIVERSHIP | C/O RE/SOLUTIONS, LLC | 1525 RALEIGH ST. SUITE 240 | | | DENVER | CO | 80204 | |
| 12767099 | INLAND AMERICAN TULSA 71ST, L.L.C., | C/O IA MANAGEMENT L.L.C/BLDG 44691 | 5315 WALL STREET | SUITE 220 | | MADISON | WI | 53718 | |
| 12767020 | INLAND COMMERCIAL REAL ESTATE SERVICES LLC | HIGGENS, ALEXANDREA, PROPERTY MANAGER | 2901 BUTTERFIELD ROAD | BLDG. #75016 | | OAK BROOK | IL | 60523 | |
| 12724663 | IRT PARTNERS, LP | PO B OX 01-9170 | C/O EQUITY ONE REALTY & MGMT204926 | | | MIAMI | FL | 33101 | |
| 12771080 | KIR PASADENA II L.P. | C/O KIMCO REALTY CORPORATION | 500 NORTH BROADWAY SUITE 201 | ATTN: REGIONAL GENERAL COUNSEL | | JERICHO | NY | 11753 | |
| 12730632 | LDVF II PLAISTOW LLC | C/O QUINCY & CO INC.SUITE 152208789 | 57 DEDHAM AVENUE | | | NEEDHAM | MA | 02492 | |
| 12771064 | LNR PARTNERS, LLC | 591 W PUTNAM AVE | ATTN: BRETT MANN | | | GREENWICH | CT | 06830 | |
| 12724656 | LONDON REALTY COMPANY, | 300 GALLERIA PARKWAY | THE SHOPPING CENTER GROUP LLC12TH FLOOR204919 | | | ATLANTA | GA | 30339 | |
| 12727851 | MONTAUK SHOPPING CENTER ASSOC | C/O JANOFF & OLSHAN205373 | 600 MADISON AVE., 14TH FLOOR | | | NEW YORK | NY | 10022 | |
| 12771271 | NATIONAL REALTY & DEVELOPMENT CORP. | 225 LIBERTY STREET | FLOOR 31 | | | NEW YORK | NY | 10281 | |
| 12744199 | NEWBURGH MALL REALTY LLC | 150 GREAT NECK ROAD | SUITE 304 | | | GREAT NECK | NY | 11021 | |
| 12775014 | OAK STREET INVESTMENT GRADE NET LEASE FUND SERIES 2021-1, LLC | TANG, AMY, LANDLORD | 30 N LA SALLE ST | STE 4140 | | CHICAGO | IL | 60602-2900 | |
| 12728336 | PERGAMENT MALL OF STATEN ISLD | 95 FROEHLICH FARM BLVD | C/O PERGAMENT PROPERTIES | ATTN: RYAN KELSO204517 | | WOODBURY | NY | 11797 | |
| 12766285 | PROLOGIS | NEANS-SPECK, GLENDA | PIER 1, BAY 1 | | | SAN FRANCISCO | CA | 94111 | |
| 12770971 | REATA REAL ESTATE SERVICES, LP | WARING, KAREN, PROPERTY MANAGER | 1803 BROADWAY SUITE 825 | | | SAN ANTONIO | TX | 78215 | |
| 12765353 | RPI TURTLE CREEK MALL, LLC | C/O ROUSE PROPERTIES INC | 1000 TURTLE CREEK DR, STE 290 | | | HATTIESBURG | MS | 39402 | |
| 12724887 | RUBLOFF ASBURY, L.L.C | C/O FIRST BOSTON PROPERTY MGMT205203 | 500 VICTORY ROAD | 3RD FLOOR | | QUINCY | MA | 02171 | |
| 12775759 | SHADOWWOOD SQUARE, LTD. | C/O TERRANOVA CORPORATION | 55 MIRACLE MILE | SUITE 330 | | CORAL GABLES | FL | 33134 | |
| 12748738 | SHOPS AT KILDEER, LLC | 3333 NEW HYDE PARK RD | P.O. BOX 5020C/O KIMCO REALTY CORP.27116 | | | NEW HYDE PARK | NY | 11042 | |
| 12755240 | SHREWSBURY COMMONS | 1 COMMONS DRIVE | | | | SHREWSBURY | MA | 01545 | |
| 12747788 | SWPLAZA III LLC | 400 MCGILL AVE STE 20 | C/O CER PROPERTY MANGEMENT LLC210581 | | | CONCORD | NC | 28027 | |
| 12775760 | TERRANOVA CORPORATION | DILORENZO, JENNIFER, PROPERTY MANAGER | 55 MIRACLE MILE SUITE 330 | | | CORAL GABLES | FL | 33134 | |
| 12771301 | THE SEMBLER COMPANY | THOMAS, HANK, PROPERTY MANAGER | 5858 Central Avenue | | | St. Petersburg | FL | 33707 | |
| 12775486 | THE SHOPPING CENTER GROUP, LLC | SEBRING, JOHN, PROPERTY MANAGER | 300 GALLERIA PARKWAY | 12TH FLOOR | | ATLANTA | GA | 30339 | |

Exhibit B
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 12771131 | URBANCAL OAKLAND SQUARE, LLC | TOBIASKI, LEN | C/O URBAN RETAIL PROPERTIES, LLC | 925 S. FEDERAL HIGHWAY | SUITE 700 | BOCA RATON | FL | 33432 | |
| 12730156 | WEA CHICAGO RIDGE, LLC_RNT208686 | C/O CHICAGO RIDGE208686 | 10455 S. RIDGELAND AVE | | | CHICAGO | IL | 60415 | |
| 12771785 | WEINGARTEN REALTY INVESTORS | C/O KIMCO REALTY CORPORATION | 2600 Citadel Plaza Drive | Suite 125 | | Houston | TX | 77008 | |
| 12730547 | WEINGARTEN,MILLER,THORNCREEK | ATTN:PROPERTY MGMT.19089 | 2600 CITADEL PLAZA DRIVE | SUITE 125 | | HOUSTON | TX | 77008 | |

In re: Bed Bath & Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 2 of 2

**Exhibit C**

## Exhibit C

Supplemental Lease Rejection Service List

Served via First Class Mail

| AddressID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 12730308 | SIMON PROPERTY GROUP, LP_RNT 15903 | 225 WEST WASHINGTON STREET | INDIANAPOLIS | IN | 46204 |
| 12730420 | SIMON PROPERTY GROUP_RNT208752 | 399 PARK AVENUE, 29TH FLOOR | NEW YORK | NY | 10022 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)                                                                 Page 1 of 1

**Exhibit D**

# Exhibit D

Supplemental Equity Holders Service List

Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 12653964 | MATHIS RHOADES | ADDRESS ON FILE |
| 12653273 | POLK LULE CONTRERAS | ADDRESS ON FILE |

**Exhibit E**

SRF 69245-70179

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF
(I) DISCLOSURE PROCEDURES APPLICABLE
TO CERTAIN HOLDERS OF COMMON STOCK OR
PREFERRED STOCK, (II) DISCLOSURE PROCEDURES FOR
TRANSFERS OF COMMON STOCK AND PREFERRED STOCK,
AND (III) FINAL HEARING ON THE APPLICATION THEREOF**

**TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF THE EXISTING CLASSES OF COMMON STOCK (THE "COMMON STOCK") OR SERIES A CONVERTIBLE PREFERRED STOCK (THE "PREFERRED STOCK") OF BED BATH & BEYOND INC.:**

**PLEASE TAKE NOTICE** that on April 23, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed petitions with the United States Bankruptcy Court for the District of New Jersey (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (II) Granting Related Relief* [Docket No. 23] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on April 25, 2023, the Court entered the *Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and Preferred Stock and (II) Granting Related Relief* [Docket No. 101] (the "Interim Order") approving procedures for certain transfers of Common Stock and Preferred Stock set forth in Exhibit 1 attached to the Interim Order (the "Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock Preferred Stock or Beneficial Ownership of Common Stock or Preferred Stock in violation of the Procedures, and any such transaction in violation of the Procedures shall be null and void *ab initio*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, the Procedures shall apply to the holding and transfers of Common Stock or Preferred Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Interim Order or the Motion, as applicable.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, upon the request of any entity, the proposed noticing, claims, and solicitation agent for the Debtors, Kroll Restructuring Administration LLC, will provide a copy of the Interim Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. Such declarations are also available via PACER on the Court's website at https://ecf.njb.uscourts.gov/ for a fee or free of charge by accessing the Debtors' restructuring website at https://restructuring.ra.kroll.com/bbby.

**PLEASE TAKE FURTHER NOTICE** that the final hearing (the "Final Hearing") on the Motion shall be held on May 16, 2023, at 2:00.p.m., prevailing Eastern Time. Any objections or responses to entry of a final order on the Motion shall be filed on or before 5:00 p.m., prevailing Eastern Time, on May 9, 2023, and shall be served on: (i) the Debtors, Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, New Jersey 07083, Attn: David Kastin; (ii) proposed co-counsel to the Debtors, (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler, (b) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn.: Michael D. Sirota, Esq., Warren A. Usatine, Esq., and Felice R. Yudkin, Esq.; (iii) counsel to the Prepetition ABL Agent, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Adam L. Shpeen (adam.shpeen@davispolk.com), Steven Z. Szanzer (steven.szanzer@davispolk.com), and Michael Pera (michael.pera@davispolk.com); (iv) counsel to any statutory committee appointed in these Chapter 11 Cases; (v) counsel to the DIP Agent, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036, Attn: David M. Hillman (dhillman@proskauer.com) and Megan R. Volin (mvolin@proskauer.com); and (vi) the Office of

the United States Trustee for the District of New Jersey, One Newark Center, 108 Raymond Boulevard, Suite 2100, Newark, New Jersey 07102 (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, failure to follow the procedures set forth in the Interim Order shall constitute a violation of, among other things, the automatic stay provisions of section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that nothing in the Interim Order shall preclude any person desirous of acquiring any Common Stock or Preferred Stock from requesting relief from the Interim Order from this Court, subject to the Debtors' and the other Notice Parties' rights to oppose such relief.

**PLEASE TAKE FURTHER NOTICE** that other than to the extent that the Interim Order expressly conditions or restricts trading in Common Stock or Preferred Stock, nothing in the Interim Order or in the Motion shall, or shall be deemed to, prejudice, impair, or otherwise alter or affect the rights of any holders of Common Stock or Preferred Stock, including in connection with the treatment of any such stock under any chapter 11 plan or any applicable bankruptcy court order.

**PLEASE TAKE FURTHER NOTICE** that any prohibited purchase, sale, other transfer of Common Stock or Preferred Stock, or the Beneficial Ownership thereof in violation of the Interim Order is prohibited and shall be null and void *ab initio* and may be subject to additional sanctions as this court may determine.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Interim Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated: April 26, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
               wusatine@coleschotz.com
               fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Emily E. Geier, P.C. (*pro hac vice* pending)
Derek I. Hunter (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
               emily.geier@kirkland.com
               derek.hunter@kirkland.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

5