| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Greenbaum Rowe Smith & Davis LLP**<br>**David L Bruck Esq.**<br>**99 Wood Avenue South**<br>**Iselin, New Jersey 08830**<br>**Telephone: 732 549 5600**<br>dbruck@greenbaumlaw.com<br><br>**Counsel to Chenal Place Properties LLC** | |
| In re:<br><br>Bed Bath & Beyond, Inc., *et al.*<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-13359-VFP<br><br>(Joint Administration Requested) |

## CERTIFICATION OF SERVICE

I, ADRIENNE MIRABELLA

1. ☐ represent the _____ in the above captioned matter.

    ☑ am the secretary/paralegal for Greenbaum, Rowe, Smith & Davis, LLP, who represents the creditor, Chenal Place Properties LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 11, 2023 I served copies of the following pleadings and/or documents via 1) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof; and 2) via electronic mail to the parties listed on the chart below:

**Objection by Chenal Place Properties, LLC to Debtors' Proposed Assumption and Assignement of Lease (Docket No. 1284);**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                            /s/Adrienne Mirabella
                                                            ADRIENNE MIRABELLA

Dated: July 11, 2023

8559206.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>**Cole Schotz, PC**<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Ave.<br>New York, NY 10022<br>Derek.hunter@kirkland.com<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Ross.fiedler@kirkland.com | Counsel to Debtors | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Fran B. Steele<br>U.S. Department of Justice<br>Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | United States Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>**Davis Polk & Wardwell LP**<br>450 Lexington Ave.<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com | Counsel to Prepetition ABL Agent | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF) |

8559206.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | | ☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>**Prokauser Rose LLP**<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>**Wachtell Lipton Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |