| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> Sari B. Placona <br> 75 Livingston Avenue, Second Floor <br> Roseland, New Jersey 07068 <br> Telephone: 973-622-1800 <br> Email: splacona@msbnj.com <br><br> COUNSEL FOR VISTA PROPERTY COMPANY, LLC AND ROCKWALL CROSSING SC, LP | **FERGUSON BRASWELL FRASER KUBASTA PC** <br> Rachael L. Smiley <br> 2500 Dallas Parkway, Suite 600 <br> Plano, Texas 75093 <br> Telephone: 972-378-9111 <br> Facsimile: 972-378-9115 <br> Email: rsmiley@fbfk.law <br><br> COUNSEL FOR VISTA PROPERTY COMPANY, LLC AND ROCKWALL CROSSING SC, LP |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*, | § § § | Case No. 23-13359 (VFP) |
| Debtors. | § § § § | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

1. I, Stacy Lipstein, am a legal assistant employed by McManimon, Scotland & Baumann, LLC, counsel for Vista Property Company, LLC and Rockwall Crossing SC, LP in the above-captioned matter.

2. On July 11, 2023, I sent a copy of the *Objection of Rockwall Crossing SC, LP and Vista Property Co. to Proposed Adequate Assurance of Future Performance in Connection with Debtors' Notice of Successful and Backup Bidder with Respect to the Phase I Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* to the parties listed on the service list attached:

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 11, 2023

                                                                              */s/ Stacy Lipstein*
                                                                              STACY LIPSTEIN

**SERVICE LIST**

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.<br>(emily.geier@kirkland.com)<br>Derek I. Hunter, Esq.<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler, Esq.<br>(ross.fiedler@kirkland.com)<br>601 Lexington Avenue<br>New York, NY 10022 | *Co-Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (Email) |
| Cole Schotz P.C.<br>Michael D. Sirota, Esq.<br>(msirota@coleschotz.com)<br>Warren A. Usatine, Esq.<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin, Esq.<br>(fyudkin@coleschotz.com)<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | *Co-Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (Email) |
| Office of the United States Trustee<br>Fran B. Steele, Esq.<br>(Fran.B.Steele@usdoj.gov)<br>Alexandria Nikolinos, Esq.<br>(alexandria.nikolinos@usdoj.gov)<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | *US Trustee's Office* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (Email) |
| Pachulski Stang Ziehl & Jones LLP<br>Robert J. Feinstein, Esq.<br>(rfeinstein@pszjlaw.com)<br>Bradford J. Sandler, Esq.<br>(bsandler@pszjlaw.com)<br>Paul J. Labov, Esq.<br>(plabov@pszjlaw.com)<br>Colin R. Robinson, Esq.<br>(crobinson@pszjlaw.com)<br>780 3rd Ave #34<br>New York, NY 10017 | *Counsel to the Committee* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (Email) |
| Proskauer Rose LLP<br>David M. Hillman, Esq.<br>(dhillman@proskauer.com)<br>Charles A. Dale, Esq.<br>(cdale@proskauer.com)<br>Eleven Times Square<br>New York, NY 10036 | *Counsel to the DIP Agent* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (Email) |

4879-7187-4415, v. 1