**MARSHALL CONWAY BRADLEY & GOLLUB, P.C.**
James W. McCartney, Esq.
2500 Plaza 5, Harborside Financial Center
Jersey City, New Jersey 07311
(201) 521-3170
JMcCartney@mcwpc.com
Counsel for Caparra Center Associates LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENT TO "AMENDED OBJECTION AND RESERVATION OF RIGHTS OF CAPARRA CENTER ASSOCIATES LLC TO NOTICE OF PHASE 1 LEASE AUCTION, QUALIFIED BIDS, LEASE SALE HEARING, AND RELATED LEASE INFORMATION"**

Caparra Center Associates LLC ("Caparra"), by and through its undersigned attorneys, hereby files its supplement to amended objection and reservation of rights to the Notice of Lease Auction and Potential Lease Sale Hearing [Doc. No. 456], to Notice Of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, And Related Lease Information [Doc. No. 905], Supplemental Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information [Doc. No. 964], Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 4889. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

[Doc. No. 1114] (hereinafter referred to as "Lease Sale") and Notice of Assumption of Certain Unexpired Leases [Doc. No. 1157] (hereinafter referred to as "Notice of Assumption"):

1. On June 28, 2023, Caparra filed its Amended Objection and Reservation Of Rights Of Caparra Center Associates LLC To Notice Of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, And Related Lease Information (hereinafter referred to as "Caparra's Amended Objection and Reservation of Rights") [Doc. No. 1119].

2. Caparra's Amended Objection and Reservation of Rights in incorporated herein by this reference.

3. Caparra did not object to the Cure Amounts previously notified and reiterated in the Notice of Assumption, since at that time the Cure Amount, i.e. $55,478.00, was the correct amount. However, as of July 1st, 2023, additional amounts are due under the Caparra Lease.

4. The Caparra Lease contains provisions pursuant to which the Tenant is responsible for payment of its pro rata share of property tax. See Section 4.3.2 of the Lease and Invoice No. 41480, which is made a part hereof as Exhibit A.

5. Any Order authorizing the assumption of the Caparra Lease should require, in addition to the payment of all amounts currently due under the Lease, a requirement for the payment of Debtor's pro rata share of property tax and that the Assignee does not violate Lease provisions as indicated in the Amended Objection and Reservation of Rights, as incorporated herein.

6. Therefore, Caparra objects to the potential assignment or sale of its lease to Burlington or any other potential assignee to the Lease if it does not comply with the Bankruptcy Code provisions or the Lease.

**WHEREFORE**, Caparra respectfully requests the entry of an order granting the relief described herein, together with such other and further relies as is just and proper.

Dated: July 11, 2023

          s/ James W. McCartney
          James W. McCartney, Esq.
          (N.J.D.C. No. JM-4571)
          (NJ Bar ID # 046801990)
          MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C.
          2500 Plaza 5, Harborside Financial Center
          Jersey City, New Jersey 07311
          Email: JMcCartney@mcwpc.com

          s/ Cristina A. Fernández Rodríguez
          Cristina A. Fernández Rodríguez
          *Admitted Pro Hac Vice*
          MCD Law LLC
          PO Box 191732
          San Juan PR 00919-1732
          Email: caf@mcdlawllc.com

          *Attorneys for Caparra Center Associates LLC*

## CERTIFICATION OF SERVICE

James W. McCartney, of full age and an attorney-at-law in the State of New Jersey, hereby certifies as follows:

1.   I represent creditor Caparra Center Associates LLC in the above-captioned matter.

2.   On July 11, 2023 I served copies of the following pleadings and/or documents via 1) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof; and 2) via electronic mail to the parties listed on the chart below:

**SUPPLEMENT TO "AMENDED OBJECTION AND RESERVATION OF RIGHTS OF CAPARRA CENTER ASSOCIATES LLC TO NOTICE OF PHASE 1 LEASE AUCTION, QUALIFIED BIDS, LEASE SALE HEARING, AND RELATED LEASE INFORMATION"**

3.   I certify that the foregoing statements made by me are true. I am aware that if they are willfully false, I am subject to punishment.

> s/ James W. McCartney
> James W. McCartney, Esq.
> *Attorney for Caparra Center Associates LLC*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>**Cole Schotz, PC**<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to Debtors | Notice of Electronic Filing (NEF) and Email |
| Joshua A. Sussberg, Esq. Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>**Kirkland & Ellis LLP**<br>601 Lexington Ave.<br>New York, NY 10022<br>Derek.hunter@kirkland.com<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Ross.fiedler@kirkland.com | Co-Counsel to Debtors | Notice of Electronic Filing (NEF) and Email |
| Office of the US Trustee<br>Fran B. Steele<br>U.S. Department of Justice<br>Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | United States Trustee | Notice of Electronic Filing (NEF) and Email |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>**Davis Polk & Wardwell LP**<br>450 Lexington Ave.<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | Counsel to Prepetition ABL Agent | Notice of Electronic Filing (NEF) and Email |
| David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Prokauser Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | Notice of Electronic Filing (NEF) and Email |

| | | |
|---|---|---|
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | Notice of Electronic Filing (NEF) and Email |
| Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>**Wachtell Lipton Rosen & Katz**<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | Notice of Electronic Filing (NEF) and Email |