EXHIBIT A

# INVOICE

CAPARRA CENTER ASSOCIATES , LLC
P.O. BOX 9506 . SAN JUAN PR 00908
TEL (787) 792-5328 FAX (787) 782-9555

Invoice No. 41480

July 10, 2023

Page: 1

LEASE ADMINISTRATION
BED BATH & BEYOND
650 LIBERTY AVENUE
UNION, NJ 07083

SAN PATRICIO PLAZA
Guaynabo, PR
Unit: A-10
ID: 326
Name: BED BATH & BEYOND

| | |
|---|---|
| PROPERTY TAX/SEMI ANNUAL 07/01/2023 - 12/31/2023<br>Property Tax for the First Semester  2023-2024 | $32,675.66 |

SCHEDULE "A"
Bed Bath & Beyond

CAPARRA CENTER ASSOCIATES, LLC
PO Box 9506
Santurce, PR  00908

SAN PATRICIO PLAZA

Computation of pro rata share of property tax
pursuant to our Lease Agreement, as follows:

| Fiscal Year | Tax Rate | Gross Tax | Discount | Net Tax | Description of Property |
|---|---|---|---|---|---|
| 2023-24 | 10.08% | 27,015.36 | 2,701.54 | 24,313.82 | Mall Land |
| | " | 74,336.67 | 7,433.65 | 66,903.02 | Parking Deck |
| | " | 13,783.14 | 1,378.32 | 12,404.82 | Land / Parking Area |
| | " | 908.71 | 90.88 | 817.83 | Land / Parking Area |
| | | 116,043.88 | 11,604.39 | 104,439.49 | Total amount subject to pro rata share |
| | " | 26,942.78 | 2,694.28 | 24,248.50 | BBB Building |
| | | 142,986.66 | 14,298.67 | 128,688.00 | |

Your pro rata share of Gross Leasable Area occupied=     8.069%

**Total amount for the first semester of the year 2023-24  =**     **32,675.66**



**Invierte en ti**
**CRIM**

# GOBIERNO DE PUERTO RICO
## CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES
Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble
Notification and Demand for Payment of Real Property Tax

**1**

| REGULAR 2023-2024 | | FECHAS / DATES | |
|---|---|---|---|
| | | FECHA DE NOTIFICACION / NOTIFICATION DATE: 01/07/2023 | FECHA DE VENCIMIENTO / DUE DATE: 30/09/2023 |

| NUMERO DE CATASTRO / PIN NUMBER | AÑO FISCAL / BILL YEAR |
|---|---|
| 062-083-535-03-901 | 2023-2024 01 |
| | MUNICIPIO / MUNICIPALITY: 16 GUAYNABO |

| SEGURO SOCIAL / SOCIAL SECUR | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER |
|---|---|---|
| XXX-XX-6984 | | |

| TIPO / RATE | DIST. ESPECIAL / SPECIAL DISTRICT |
|---|---|
| 10.080 | |

| USO / USE | CABIDA / LAND SIZE |
|---|---|
| 3016 | 12.12C |

**TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE / ASSESSMENT AND TAX AMOUNT FOR REAL PROPERTY**

| | |
|---|---|
| TIERRAS / LAND: 536,019 | EXONERACION / EXONERATION: 0 |
| ESTRUCTURAS / STRUCTURES: 7,178,500 | VALOR NETO TRIBUTABLE / NET TAXABLE VALUE: 9,181,241 |
| MAQUINARIA / MACHINERY: 1,466,722 | CONTRIBUCION / TAX AMOUNT 1er SEMESTRE: 462,734.55 |
| VALOR TOTAL / TOTAL VALUE: 9,181,241 | CONTRIBUCION / TAX AMOUNT 2do SEMESTRE: 462,734.54 |
| EXENCION / EXEMPTION: 0 | CONT. ANUAL/ANNUAL TAX: 925,469.09 |
| VALOR TRIBUTABLE / TAXABLE VALUE: 9,181,241 | * SEE IMPORTANT INFORMATION ON THE BACK / * VEA INFORMACION AL DORSO |

NOMBRE / NAME: **CAPARRA CENTER ASSOCIATE LLC**

LOCALIZACION / LOCATION: **URB VILLA CAPARRA CALLE ORTEGON ESQ SAN PATRICIO GUAYNABO, PR 00000**

Haga su pago al CRIM dentro de los 60 dias a partir de la fecha de vencimiento para acogerse a los beneficios de descuento por ley. Incluya en el sobre predirigido el talonario de la notificación con su pago debidamente identificado.

A partir de 91 dias despues de la fecha de vencimiento se computarán intereses y despues de 120 dias de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en ésta factura.

**CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE**

| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
|---|---|
| HASTA / BY 31/07/2023 | 416,461.09 |
| HASTA / BY 31/08/2023 | 439,597.82 |
| HASTA / BY 30/09/2023 | 462,734.55 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE / CURRENT TAX AND SURCHARGE OUTSTANDING | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES / PRIOR YEARS TAX AND SURCHARGE OUTSTANDING |
|---|---|
| 0 EXCLUYE INTERESES / EXCLUDING INTEREST | 0 EXCLUYE INTERESES / EXCLUDING INTEREST |

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.

---

PARA PAGOS POR CORREO, HAGALO A FAVOR DEL C.R.I.M.
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO C.R.I.M.

**DEVUELVA ESTA PORCION CON SU PAGO / RETURN COUPON WITH YOUR PAYMENT**
**INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO / INCLUDE PIN NUMBER ON YOUR CHECK**

NUMERO DE CATASTRO / PIN NUMBER: 062-083-535-03-901
REGULAR 2023-2024
MUNICIPIO / MUNICIPALITY: 16 GUAYNABO

REC

**CUPON DE PAGO**

| FECHA VENCIMIENTO / DUE DATE | AÑO FISCAL / BILL YEAR |
|---|---|
| 01/07/2023 | 2023-2024 01 |

| FECHA / DATE | IMPORTE ADEUDADA / AMOUNT DUE | IMPORTE PAGADO / AMOUNT PAID |
|---|---|---|
| HASTA / BY 31/07/2023 | 416,461.09 | |
| HASTA / BY 31/08/2023 | 439,597.82 | |
| HASTA / BY 30/09/2023 | 462,734.55 | |

Puede realizar su pago a través de nuestra página de Internet www.crimpr.net o llamando a nuestro sistema de pagos automatizado al 787-625-0060.

Online Payments by www.crimpr.net or call our interactive voice response payments system (IVR) at 787-625-0060.

CAPARRA CENTER ASSOCIATE LLC
PO BOX 9506
SAN JUAN PR 00908-0506

A T187 48354 G14

**1**

20240191  021502118  062083535039019 1



**Invierte en ti**
**CRIM**

# GOBIERNO DE PUERTO RICO
## CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble

Notification and Demand for Payment of Real Property Tax

**1**

| REGULAR 2023-2024 | | | FECHAS / DATES | |
|---|---|---|---|---|
| NUMERO DE CATASTRO / PIN NUMBER | AÑO FISCAL / BILL YEAR | | FECHA DE NOTIFICACION / NOTIFICATION DATE | FECHA DE VENCIMIENTO / DUE DATE |
| 062-084-353-14-000 | 2023-2024 01 | | 01/07/2023 | 30/09/2023 |
| | MUNICIPIO / MUNICIPALITY 16 GUAYNABO | | TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE | ASSESMENT AND TAX AMOUNT FOR REAL PROPERTY |
| SEGURO SOCIAL / SOCIAL SECUR XXX-XX-6984 | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER | TIERRAS / LAND 157,510 | EXONERACION / EXONERATION 0 |
| TIPO / RATE 10.080 | DIST. ESPECIAL / SPECIAL DISTRICT | | ESTRUCTURAS / STRUCTURES 1,266,318 | VALOR NETO TRIBUTABLE / NET TAXABLE VALUE 1,474,934 |
| USO / USE 3004 | CABIDA / LAND SIZE 4.730 | | MAQUINARIA / MACHINERY 51,106 | CONTRIBUCION / TAX AMOUNT 1er SEMESTRE 74,336.68 |
| NOMBRE / NAME: CAPARRA CENTER ASSOCIATE LLC | | | VALOR TOTAL / TOTAL VALUE 1,474,934 | CONTRIBUCION / TAX AMOUNT 2do SEMESTRE 74,336.67 |
| LOCALIZACION / LOCATION: SAN PATRICIO CALLE ORTEGON GUAYNABO, PR 00000 | | | EXENCION / EXEMPTION 0 | CONT. ANUAL/ANNUAL TAX 148,673.35 |
| | | | VALOR TRIBUTABLE / TAXABLE VALUE 1,474,934 | * SEE IMPORTANT INFORMATION ON THE BACK * VEA INFORMACION AL DORSO |

Haga su pago al CRIM dentro de los 60 días a partir de la fecha de vencimiento para acogerse a los beneficios de descuento por ley. Incluya en el sobre predirigido el talonario de la notificación con su pago debidamente identificado.

A partir de 91 días despúes de la fecha de vencimiento se computarán intereses y después de 120 días de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en ésta factura.

| CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE | |
|---|---|
| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
| HASTA / BY 31/07/2023 | 66,903.02 |
| HASTA / BY 31/08/2023 | 70,619.85 |
| HASTA / BY 30/09/2023 | 74,336.68 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE / CURRENT TAX AND SURCHARGE OUTSTANDING | | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES / PRIOR YEARS TAX AND SURCHARGE OUTSTANDING | |
|---|---|---|---|
| 0 | EXCLUYE INTERESES / EXCLUDING INTEREST | 0 | EXCLUYE INTERESES / EXCLUDING INTEREST |

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.

---

PARA PAGOS POR CORREO, HAGALO A FAVOR DEL C.R.I.M.
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO C.R.I.M.

**DEVUELVA ESTA PORCION CON SU PAGO**
**RETURN COUPON WITH YOUR PAYMENT**

**INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO**
**INCLUDE PIN NUMBER ON YOUR CHECK**

NUMERO DE CATASTRO / PIN NUMBER  062-084-353-14-000
REGULAR
2023-2024

MUNICIPIO / MUNICIPALITY   16 GUAYNABO

REC

**CUPON DE PAGO**

| FECHA VENCIMIENTO / DUE DATE | AÑO FISCAL / BILL YEAR | |
|---|---|---|
| 01/07/2023 | 2023-2024 01 | |
| FECHA / DATE | IMPORTE ADEUDADA / AMOUNT DUE | IMPORTE PAGADO / AMOUNT PAID |
| HASTA / BY 31/07/2023 | 66,903.02 | |
| HASTA / BY 31/08/2023 | 70,619.85 | |
| HASTA / BY 30/09/2023 | 74,336.68 | |

Puede realizar su pago a través de nuestra página de Internet www.crimpr.net o llamando a nuestro sistema de pagos automatizado al 787-625-0060.

Online Payments by www.crimpr.net or call our interactive voice response payments system (IVR) at 787-625-0060.

CAPARRA CENTER ASSOCIATE LLC     A T189 48728 G14
PO BOX 9506
SAN JUAN PR 00908-0506

**1**

`|| 2024019||  ||021502118||  062084353140009||1`



*Invierte en ti*
**CRIM**

**GOBIERNO DE PUERTO RICO**
**CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES**
Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble
Notification and Demand for Payment of Real Property Tax

**1**

**REGULAR**
**2023-2024**

| NUMERO DE CATASTRO / PIN NUMBER | AÑO FISCAL / BILL YEAR |
|---|---|
| 062-083-535-04-901 | 2023-2024 01 |
| | MUNICIPIO / MUNICIPALITY |
| | 16 GUAYNABO |

| SEGURO SOCIAL / SOCIAL SECUR. | BANCO / BANK | NUMERO DE PRESTAMO / LOAN NUMBER |
|---|---|---|
| XXX-XX-6984 | | |

| TIPO / RATE | DIST. ESPECIAL / SPECIAL DISTRICT |
|---|---|
| 10.080 | |

| USO / USE | CABIDA / LAND SIZE |
|---|---|
| 3000 | 5.18C |

**NOMBRE / NAME:** CAPARRA CENTER ASSOCIATE LLC

**LOCALIZACION / LOCATION:** BO PUEBLO VIEJO
GUAYNABO, PR 00000

### FECHAS / DATES

| FECHA DE NOTIFICACION / NOTIFICATION DATE | FECHA DE VENCIMIENTO / DUE DATE |
|---|---|
| 01/07/2023 | 30/09/2023 |

### TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE / ASSESMENT AND TAX AMOUNT FOR REAL PROPERTY

| Concepto | Valor |
|---|---|
| TIERRAS / LAND | 146,853 |
| EXONERACION / EXONERATION | 0 |
| ESTRUCTURAS / STRUCTURES | 126,622 |
| VALOR NETO TRIBUTABLE / NET TAXABLE VALUE | 273,475 |
| MAQUINARIA / MACHINERY | 0 |
| CONTRIBUCION / TAX AMOUNT 1er SEMESTRE | 13,783.14 |
| VALOR TOTAL / TOTAL VALUE | 273,475 |
| CONTRIBUCION / TAX AMOUNT 2do SEMESTRE | 13,783.14 |
| EXENCION / EXEMPTION | 0 |
| CONT. ANUAL/ANNUAL TAX | 27,566.28 |
| VALOR TRIBUTABLE / TAXABLE VALUE | 273,475 |

* SEE IMPORTANT INFORMATION ON THE BACK
* VEA INFORMACION AL DORSO

Haga su pago al CRIM dentro de los 60 días a partir de la fecha de vencimiento para acogerse a los beneficios de descuento por ley. Incluya en el sobre predirigido el talonario de la notificación con su pago debidamente identificado.

A partir de 91 días después de la fecha de vencimiento se computarán intereses y después de 120 días de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en ésta factura.

### CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE

| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
|---|---|
| HASTA / BY 31/07/2023 | 12,404.82 |
| HASTA / BY 31/08/2023 | 13,093.98 |
| HASTA / BY 30/09/2023 | 13,783.14 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE / CURRENT TAX AND SURCHARGE OUTSTANDING | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES / PRIOR YEARS TAX AND SURCHARGE OUTSTANDING |
|---|---|
| 0  EXCLUYE INTERESES / EXCLUDING INTEREST | 0  EXCLUYE INTERESES / EXCLUDING INTEREST |

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.

---

PARA PAGOS POR CORREO, HAGALO A FAVOR DEL C.R.I.M.
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO C.R.I.M.

**DEVUELVA ESTA PORCION CON SU PAGO / RETURN COUPON WITH YOUR PAYMENT**
**INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO / INCLUDE PIN NUMBER ON YOUR CHECK**

**CUPON DE PAGO**

NUMERO DE CATASTRO / PIN NUMBER: 062-083-535-04-901
**REGULAR**
**2023-2024**

MUNICIPIO / MUNICIPALITY  16 GUAYNABO

REC

| FECHA VENCIMIENTO / DUE DATE | AÑO FISCAL / BILL YEAR |
|---|---|
| 01/07/2023 | 2023-2024 01 |

| FECHA / DATE | IMPORTE ADEUDADO / AMOUNT DUE | IMPORTE PAGADO / AMOUNT PAID |
|---|---|---|
| HASTA / BY 31/07/2023 | 12,404.82 | |
| HASTA / BY 31/08/2023 | 13,093.98 | |
| HASTA / BY 30/09/2023 | 13,783.14 | |

Puede realizar su pago a través de nuestra página de Internet www.crimpr.net o llamando a nuestro sistema de pagos automatizado al 787-625-0060.

Online Payments by www.crimpr.net or call our interactive voice response payments system (IVR) at 787-625-0060.

CAPARRA CENTER ASSOCIATE LLC
PO BOX 9506
SAN JUAN PR 00908-0506

A T189 48726 G14

**1**

⑊ 2024019⑊ ⑊021502118⑊ 062083535049018⑊ 1



Invierte en ti

**GOBIERNO DE PUERTO RICO**
**CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES**
Notificación y Requerimiento de Pago De La Contribución Sobre la Propiedad Inmueble
Notification and Demand for Payment of Real Property Tax

1

**REGULAR**
**2023-2024**

| NUMERO DE CATASTRO / PIN NUMBER | AÑO FISCAL / BILL YEAR | FECHAS / DATES | |
|---|---|---|---|
| 062-083-535-05-001 | 2023-2024 01 | FECHA DE NOTIFICACION / NOTIFICATION DATE: 01/07/2023 | FECHA DE VENCIMIENTO / DUE DATE: 30/09/2023 |

| SEGURO SOCIAL / SOCIAL SECUR | BANCO / BANK | MUNICIPIO / MUNICIPALITY | NUMERO DE PRESTAMO / LOAN NUMBER |
|---|---|---|---|
| XXX-XX-2455 | | 16 GUAYNABO | |

**TASACION Y CONTRIBUCION SOBRE LA PROPIEDAD INMUEBLE / ASSESSMENT AND TAX AMOUNT FOR REAL PROPERTY**

| | |
|---|---|
| TIERRAS / LAND: 18,030 | EXONERACION / EXONERATION: 0 |
| ESTRUCTURAS / STRUCTURES: 0 | VALOR NETO TRIBUTABLE / NET TAXABLE VALUE: 18,030 |
| MAQUINARIA / MACHINERY: 0 | CONTRIBUCION / TAX AMOUNT 1er SEMESTRE: 908.71 |
| VALOR TOTAL / TOTAL VALUE: 18,030 | CONTRIBUCION / TAX AMOUNT 2do SEMESTRE: 908.71 |
| EXENCION / EXEMPTION: 0 | CONT. ANUAL/ANNUAL TAX: 1,817.42 |
| VALOR TRIBUTABLE / TAXABLE VALUE: 18,030 | * SEE IMPORTANT INFORMATION ON THE BACK / VEA INFORMACION AL DORSO |

TIPO / RATE: 10.080
USO / USE: 3001
CABIDA / LAND SIZE: 1,646.53M

NOMBRE / NAME: CAPARRA CENTER ASOCIATE
LOCALIZACION / LOCATION: CAPARRA HILLS ORTEGON A 9 GUAYNABO, PR 00000

Haga su pago al CRIM dentro de los 60 días a partir de la fecha de vencimiento para acogerse a los beneficios de descuento por ley. Incluya en el sobre predirigido el talonario de la notificación con su pago debidamente identificado.

A partir de 91 días despúes de la fecha de vencimiento se computarán intereses y despúes de 120 días de la fecha de vencimiento se computarán recargos. Contribución de años anteriores no aparece en esta factura.

**CONTRIBUCION ADEUDADA / AÑO CORRIENTE / CURRENT TAX DUE**

| FECHA / DATE | CANTIDAD ADEUDADA / AMOUNT DUE |
|---|---|
| HASTA / BY 31/07/2023 | 817.83 |
| HASTA / BY 31/08/2023 | 863.27 |
| HASTA / BY 30/09/2023 | 908.71 |

| PRINCIPAL Y RECARGOS DEL AÑO CORRIENTE / CURRENT TAX AND SURCHARGE OUTSTANDING | PRINCIPAL Y RECARGOS DE AÑOS ANTERIORES / PRIOR YEARS TAX AND SURCHARGE OUTSTANDING |
|---|---|
| 0 EXCLUYE INTERESES / EXCLUDING INTEREST | 0 EXCLUYE INTERESES / EXCLUDING INTEREST |

EL PAGO SE PUEDE HACER POR CORREO USANDO EL SOBRE ADJUNTO O EN CUALQUIER INSTITUCION FINANCIERA PARTICIPANTE.
PAYMENT CAN BE MADE BY MAIL USING THE ENCLOSED ENVELOPE OR AT SELECTED FINANCIAL INSTITUTIONS.

---

PARA PAGOS POR CORREO HAGALO A FAVOR DEL: C.R.I.M.
FOR PAYMENT BY MAIL MAKE REMITTANCE PAYABLE TO: C.R.I.M.

DEVUELVA ESTA PORCION CON SU PAGO
RETURN COUPON WITH YOUR PAYMENT

INCLUYA EL NUMERO DE CATASTRO EN SU CHEQUE O GIRO
INCLUDE PIN NUMBER ON YOUR CHECK

**CUPON DE PAGO**

NUMERO DE CATASTRO / PIN NUMBER: 062-083-535-05-001
REGULAR
2023-2024
MUNICIPIO / MUNICIPALITY: 16 GUAYNABO
REC

| FECHA VENCIMIENTO / DUE DATE | AÑO FISCAL / BILL YEAR |
|---|---|
| 01/07/2023 | 2023-2024 01 |

| FECHA / DATE | IMPORTE ADEUDADA / AMOUNT DUE | IMPORTE PAGADO / AMOUNT PAID |
|---|---|---|
| HASTA / BY 31/07/2023 | 817.83 | |
| HASTA / BY 31/08/2023 | 863.27 | |
| HASTA / BY 30/09/2023 | 908.71 | |

Puede realizar su pago a través de nuestra página de Internet www.crimpr.net o llamando a nuestro sistema de pagos automatizado al 787-625-0060.

Online Payments by www.crimpr.net or call our interactive voice response payments system (IVR) at 787-625-0060.

CAPARRA CENTER ASOCIATE
PO BOX 9506
SAN JUAN PR 00908-0506

A T187 48355 G14

1

2024019   021502118   062083535050017  1