**GRAFF SILVERSTEIN LLP**
David Graff, Esq.
Matthew J. Silverstein, Esq.
3 Middle Patent Road
Armonk, NY 10504
Telephone: (212)-381-6055
dgraff@graffsilversteinllp.com
msilverstein@graffsilversteinllp.com

**PARSONS BEHLE & LATIMER**
Darren Neilson, Esq. (*pro hac vice* pending)
201 S Main St, #1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
DNeilson@parsonsbehle.com

*Counsel for Telegraph Marketplace Partners II, LLC*

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Joint Administration Requested) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2023, I caused a true and correct copies of the following documents:

- Objection to Assignment of Telegraph Marketplace Partners II LLC's Lease to Burlington Coat Factory Warehouse Corporation, and Objection to Cure Amounts
- Exhibits A-E attached to the Objection.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

to be served on all counsel of record through the Court's CM/ECF system.

/s/ David Graff

David Graff
GRAFF SILVERSTEIN LLP
3 Middle Patent Road
Armonk, NY 10504
Phone: (212)-381-6055

**Counsel to** *Telegraph Marketplace Partners II, LLC*