# EXHIBIT B

Exhibit K-1

Existing Exclusives

- The use as a drug store or pharmacy and/or the sale or offering for sale of pharmaceutical products requiring the services of a licensed pharmacist. [Target]

- Pet food, pet supplies, live animals, pet grooming, pet training and/or veterinary services except for Incidental Sales. "Incidental Sales" shall mean the sale or display for sale of such items or services which is not the primary use of the competing tenant and taking up no more than five hundred (500) square feet of floor area. [Petco]

- The sale, rental, service and/or warehouse (and, if applicable, install in motor vehicles) of the following product categories (regardless of whether new, used or refurbished): electronic equipment and appliances (including, without limitation, televisions, stereos, radios and DVD and video machines); major household appliances (including, without limitation, refrigerators, freezers, stoves, microwave ovens, dishwashers, washers and dryers); personal computers and peripherals, computer software; digital, downloadable and streamable entertainment; car radios, stereos, tape decks and phones; entertainment software (including compact discs, music videos, DVDs and prerecorded tapes); accessories and connectors for products sold by the protected tenant (including, without limitation, cable connectors, surge protectors, cables, and wires); telephones, telecopy, facsimile and photocopy machines; photographic cameras and equipment; office equipment, or supplies; any substitutes for or items which are a technological evolution of the foregoing items. This exclusive shall not be deemed applicable to: a department store or discount department store in the operation of a full-line department store such as Target; Bed, Bath & Beyond (or a similar housewares or home furnishing store); a store which is primarily a housewares or home furnishing store such as Crate & Barrel or Pottery Barn; a store which is primarily an office supply store such as Staples; a Radio Shack which is not in excess of 3,500 square feet; or a bookstore such as Barnes & Noble. In addition, any tenant, sublessee, assignee, licensee or occupant shall have the right to utilize its respective premises for the sale, rental service, and/or warehouse of the foregoing restricted categories herein only on an incidental basis. [Best Buy]

- Office, home office or school supplies, furniture, machines and other office, home office or school related equipment, computers, computer hardware, software and related equipment; cellular telephones and telecommunications equipment and related devices (including personal digital assistance ["PDA"] and the like), or the provision of business or office services (including copying, printing, telecommunications, packing, shipping and business equipment repair services). Other tenants shall be permitted to sell such items up to the lesser of 5% of the tenant's floor area or 1,000 sq. ft. of floor area in the aggregate. [Staples]

- The sale of gourmet coffee, gourmet coffee drinks, gourmet tea, gourmet tea drinks, gourmet coffee products (grinders, filters, etc.), whole bean coffee and/or coffee ground on site (collectively, the "Protected Items"). No other tenants, other than the tenant protected by this exclusive, shall sell as their primary use (i.e. more than 15% if its gross sales is for the sale of any of the Protected Items, when considering all of the Protected Items in the aggregate) Protected Items. This exclusive shall not apply to any full service restaurant selling Protected Items primarily for on-premises consumption or to any single tenant occupying in excess of 10,000 square feet within a single premises. [Caribou Coffee]

- The sale of submarine style and/or delicatessen style sandwiches. No other tenants, other than the tenant protected by this exclusive, shall sell as their primary use (i.e. more than 40% of the tenant's gross sales is for the sale of said restricted items) submarine style and/or delicatessen style sandwiches. [Quizno's Franchise]

- The business of a full service health club or to provide or operate a regulation high school basketball court, a swimming pool, aerobic exercise and/or weight training instruction (i.e. personal training), yoga or Pilates. The aforesaid restriction shall not apply to sport specific

training programs such as martial art programs or baseball skills training (i.e. Frozen Ropes). [Washington Sports Club]

- Vitamins, mineral supplements, nutrition products or herbs. However, tenants shall be permitted to sell such items in up to ten percent (10%) of the aggregate sales floor area of such tenant's premises (but not in excess of five hundred (500) square feet of sales floor area within such tenant's premises). [The Vitamin Shoppe]

- The sale or display of apparel and related accessories in more than fifteen thousand (15,000) square feet of floor area and/or the sale or display of shoes, footwear and related accessories in more than seven thousand five hundred (7,500) square feet of floor area. [Marshall's]

- The sale of large size (14 and up, or its equivalent) women's clothing and apparel. This exclusive shall not apply to: (1) any tenant occupying in excess of 12,000 leasable square feet of contiguous space and operating under a single-trade name, (2) the Incidental (as hereinafter defined) sale of large size clothing and/or apparel (for purposes hereof, "Incidental" shall mean the sale of such merchandise in not more than the lesser of (a) two hundred fifty (250) square feet or (b) ten percent (10%) of the sales area of such tenant's store; included in the computation of such two hundred fifty (250) square feet or such ten percent (10%) shall be the area that is one-half (1/2) of all floor areas in any aisles, corridors or similar spaces adjacent to or abutting any racks, gondolas, shelves, cabinets, counters or other trade fixtures or equipment containing or used for the sale or display of such large women's clothing and/or apparel), and (3) other specific tenants agreed to between the Landlord and the protected tenant. [Lane Bryant]

- The use as a restaurant which sells "Asian food," uses a wok or is generally recognized as Chinese food or is soy sauce based or is served in a steam table format (hot buffet). The term "Asian food" shall mean Chinese, Japanese (including Sushi), Vietnamese, Thai, Hawaiian, Mongolian, and Korean foods. These restrictions do not apply to any space larger than 12,000 square feet. [Panda Express]

- The sale of sporting goods, athletic wear and/or athletic footwear. No other tenants, other than the tenant protected by this exclusive, shall sell as their primary use sporting goods, athletic wear and/or athletic footwear. [Modell's Sporting Goods]

- Grocery products, produce, meats, poultry and seafood, bakery goods, beer and wine and vitamins (other than those that are incidental to a health club operation). This shall not apply to Bed Bath & Beyond. [Whole Foods]

- Fast food and/or quick service restaurant primarily selling hamburgers or any other type of beef products served in sandwich form. [McDonald's]

- The sale and/or display of mattresses, box springs, daybeds and/or futons ("Exclusive Items"). No other tenants, other than the tenant protected by this exclusive, shall sell as their primary use (i.e. more than 50% of the tenant's demised area is used for such Exclusive Items) Exclusive Items. [Mattress Discounters]

# Exhibit K-2

## Existing Leases

A. Lease between DC USA Operating Co., LLC (Landlord) and Best Buy Stores, L.P. (Tenant) dated January 30th, 2006.

B. Lease between DC USA Operating Co., LLC (Landlord) and TSI Columbia Heights, Inc. (Tenant) dated November 28th, 2005.

C. Lease Agreement between DC USA Operating Co., LLC (Landlord) and MARSHALLS OF MA, INC. (Tenant) dated January 31st, 2006 [and delivered 2/2/06].

D. Lease between DC USA Operating Co., LLC (Landlord) and Staples The Office Superstore East, Inc. (Tenant) dated January 28th, 2006.

E. Lease between DC USA Operating Co., LLC (Landlord) and Vitamin Shoppe Industries Inc. (Tenant) dated January 24th, 2006.

F. Lease between DC USA Operating Co., LLC (Landlord) and RadioShack Corporation (Tenant) dated December 30th, 2005.

G. Lease between DC USA Operating Co., LLC (Landlord) and Caribou Coffee Company, Inc. (Tenant) dated January 26th, 2006.

H. Lease between DC USA Operating Co., LLC (Landlord) and Panda Express, Inc. (Tenant) dated January 25th, 2006.

I. Lease Agreement between DC USA Operating Co., LLC (Landlord) and Lane Bryant #4505, LLC (Tenant) dated January 10th, 2006.

J. Lease between DC USA Operating Co., LLC (Landlord) and Mattress Discounters Corporation (Tenant) dated December 31st, 2005 [and delivered 2/2/06].

K. Lease between DC USA Operating Co., LLC (Landlord) and Tamecia Bradshaw (Tenant) dated November 30th, 2005.