# EXHIBIT D

**DC USA**
**Bed Bath & Beyond Open Invoices / Credit Memos**
**As of 7/6/23**

*Open Invoices*

| Type | Date | Num | Memo | Open Balance |
|---|---|---|---|---|
| Payment | 4/3/2017 | 5173957 | PNC MM - 8026309774 | -30.00 |
| Invoice | 3/8/2018 | 241 | Real Estate Tax Escalation for the period 10/1/17 - 3/31/18 @ 12.72% (please see attached) | 290.15 |
| Credit Memo | 8/26/2021 | 336 | Pro-Rata Credit Related to Reduction in the Tax Year 2017 Property Assessment (@ 12.00%) | -20,756.11 |
| Invoice | 11/1/2020 | 313 | Domestic Water Charges for the period 8/27/20 - 9/25/20 (see enclosed) | 561.49 |
| Invoice | 11/28/2020 | 315 | Domestic Water Charges for the period 9/26/20 - 10/27/20 (see enclosed) | 3.00 |
| Invoice | 12/14/2020 | 316 | Domestic Water Charges for the period 10/28/20 - 11/27/20 (see enclosed) | 527.66 |
| Invoice | 12/31/2020 | 318 | Domestic Water Charges for the period 11/28/20 - 12/24/20 (see enclosed) | 535.77 |
| Invoice | 2/13/2021 | 320 | Domestic Water Charges for the period 12/25/20 - 1/27/21 (see enclosed) | 545.14 |
| Invoice | 4/2/2021 | 325 | Domestic Water Charges for the period 2/26/21 - 3/25/21 (see enclosed) | 548.53 |
| Invoice | 5/21/2021 | 328 | Domestic Water Charges for the period 3/26/21 - 4/26/21 (see enclosed) | 542.50 |
| Payment | 6/10/2021 | 48672 | PNC MM - 8026309774 | -90.00 |
| Invoice | 8/8/2021 | 332 | Domestic Water Charges for the period 5/27/21 - 6/24/21 (see enclosed) | 552.96 |
| Invoice | 8/8/2021 | 333 | Domestic Water Charges for the period 6/25/21 - 7/27/21 (see enclosed) | 573.21 |
| Invoice | 9/8/2021 | 338 | Domestic Water Charges for the period 7/28/21 - 8/25/21 (see enclosed) | 560.02 |
| Credit Memo | 10/8/2021 | 341 | Credit for Real Estate Tax Escalation for the period 10/1/20 - 3/31/21 @ 12.72% due to Reductior | -8,445.31 |
| Invoice | 12/11/2021 | 344 | Domestic Water Charges for the period 8/26/21 - 9/27/21 (see enclosed) | 463.07 |
| Invoice | 12/11/2021 | 345 | Domestic Water Charges for the period 9/28/21 - 10/27/21 (see enclosed) | 554.42 |
| Invoice | 12/14/2021 | 346 | Domestic Water Charges for the period 10/28/21 - 11/26/21 (see enclosed) | 556.05 |
| Invoice | 12/31/2021 | 352 | Domestic Water Charges for the period 11/27/21 - 12/27/21 (see enclosed) | 570.79 |
| Invoice | 7/31/2022 | 358 | Domestic Water Charges for the period 12/28/21 - 1/27/22 (see enclosed) | 554.33 |
| Invoice | 7/31/2022 | 358 | Domestic Water Charges for the period 1/28/22 - 2/25/22 (see enclosed) | 546.69 |
| Invoice | 7/31/2022 | 358 | Domestic Water Charges for the period 2/26/22 - 3/25/22 (see enclosed) | 575.19 |
| Invoice | 8/31/2022 | 361 | Domestic Water Charges for the period 3/26/22 - 4/26/22 (see enclosed) | 555.85 |
| Invoice | 8/31/2022 | 361 | Domestic Water Charges for the period 4/27/22 - 5/25/22 (see enclosed) | 545.00 |
| Invoice | 8/31/2022 | 361 | Domestic Water Charges for the period 5/26/22 - 6/27/22 (see enclosed) | 567.33 |
| Invoice | 10/24/2022 | 364 | Domestic Water Charges for the period 6/28/22 - 7/26/22 (see enclosed) | 555.96 |
| Invoice | 10/24/2022 | 364 | Domestic Water Charges for the period 7/27/22 - 8/24/22 (see enclosed) | 544.62 |
| Invoice | 10/24/2022 | 364 | Domestic Water Charges for the period 8/25/22 - 9/27/22 (see enclosed) | 447.02 |
| Invoice | 11/28/2022 | 366 | Domestic Water Charges for the period 9/28/22 - 10/27/22 (see enclosed) | 560.75 |
| Invoice | 12/7/2022 | 367 | Domestic Water Charges for the period 10/28/22 - 11/28/22 (see enclosed) | 570.17 |
| Invoice | 12/31/2022 | 369 | Domestic Water Charges for the period 11/29/22 - 12/27/22 (see enclosed) | 576.48 |
| Invoice | 3/2/2023 | 373 | Domestic Water Charges for the period 1/28/23 - 2/27/23 (see enclosed) | 464.31 |
| Invoice | 3/15/2023 | 375 | Real Estate Tax Escalation for the period 10/1/22 - 3/31/23 @ 12.72% (please see attached) | 136,123.96 |
| Invoice | 4/1/2023 | 374 | April 2023 Rent | 43,876.43 * |
| Invoice | 4/1/2023 | 374 | April 2023 Common Area Maintenance (CAM) | 9,955.73 * |
| Invoice | 4/9/2023 | 376 | Domestic Water Charges for the period 2/28/23 - 3/26/23 (see enclosed) | 521.36 |
| Invoice | 5/15/2023 | 379 | Domestic Water Charges for the period 3/27/23 - 4/26/23 (see enclosed) | 482.03 ** |
| TOTAL | | | | 176,086.55 |

\*   Unpaid pre-petition amount (4/1/23 - 4/22/23)
\*\*  Unpaid pre-petition amount (3/27/23 - 4/22/23)