# EXHIBIT E

**DC USA Operating Co., LLC**  Invoice

c/o Grid Properties Inc.
2309 Frederick Douglass Boulevard
New York, NY  10027

| Date | Invoice # |
|---|---|
| 3/15/2023 | 375 |

| Bill To: | Location: |
|---|---|
| Bed Bath & Beyond<br>650 Liberty Avenue<br>Union, NJ  07083<br>Attn: Joanne Wiseberg | DC USA |

| Description | Amount Due |
|---|---|
| Real Estate Tax Escalation for the period 10/1/22 - 3/31/23 @ 12.72% (please see attached)<br><br>*Please note tenants are not entitled to the $120,435.40 credit. This is a refund for a late fee charged in error by the District for a payment made on time by the Owner. | 136,123.96 |
| Please make checks payable to DC USA Operating Co., LLC. | **Total Due** $136,123.96 |



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Date of Notice:    February 15, 2023                                            Notice Number:    L0009132584

## PROPERTY TAX BILL

| Square | Suffix | Lot | Property Address | Bill Year | Assessment |
|---|---|---|---|---|---|
| 2674 |  | 2001 | 3100 14TH ST NW #1 | 2023 | $113,239,070 |

| Description | Class | Tax | Penalty | Interest | Credit | Total |
|---|---|---|---|---|---|---|
| 2023 First Half Tax | 2 | $1,070,109.21 | $0.00 | $0.00 | -$120,435.40 | $949,673.81 |
| Total |  | $1,070,109.21 | $0.00 | $0.00 | -$120,435.40 | $949,673.81 |
| **Amount Due By March 31, 2023** |  |  |  |  |  | **$949,673.81** |

**Additional Information**                                                                                           (Please see reverse side for important information.)

- Real Property Tax is based on the Taxable Assessment of $113,239,070.00 at a rate of $1.89 per $100. Estimated annual tax amount $2,140,218.42.
- 18% of your Tax Year 2023 Real Property Tax is used to pay the General Obligation Bonds debt service requirement.

**Forecasted Amounts for Late Payments**

| If paid by: | Apr 1, 2023 | Amount Due | $1,058,886.30 | If paid by: | Jun 1, 2023 | Amount Due | $1,087,376.52 |
| If paid by: | May 1, 2023 | Amount Due | $1,073,131.41 | If paid by: | Jul 1, 2023 | Amount Due | $1,101,621.63 |

---

**RETURN THIS PORTION WITH YOUR REMITTANCE AND/OR CORRESPONDENCE**

GRID PROPERTIES
DC USA OPERATING CO LLC
2309 FREDERICK DOUGLASS BLVD
NEW YORK NY  10027-3612

**Media Number:**     127464129
**Notice Number:**    L0009132584
**Tax Type:**         Real Property Tax
**Account ID:**       700-001666558
**SSL:**              2674-   -2001
**Due Date:**         31-Mar-2023
**Amount Due:**       $949,673.81

OFFICE OF TAX AND REVENUE
REAL PROPERTY TAX
ADMINISTRATION
P.O. BOX 98095
WASHINGTON, DC 20090-8095

Amount Enclosed:    $ ☐☐☐,☐☐☐,☐☐☐.☐☐

**Make check or money order payable to: DC TREASURER**

Please use the enclosed envelope and include your SSL

2674XXXX200101274641297000016665580094967381 7