Merrill M. O'Brien, Esq.
O'Brien Thornton LLC
Attorneys for Creditor F3 Metalworx, Inc.
160 Park Street
Montclair, NJ  07042
T: 973-886-8853
F: 973-354-8029
obrien@obrienthornton.com
      and
Joseph A. Anesta, Esq.
Cameron & Mittleman LLP
301 Promenade Street
Providence, RI 02908
T: 401-331-5700
F: 401-331-5787
janesta@cm-law.com
*(Pending admission pro hac vice)*
*Attorneys for Creditor F3 Metalworx, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>BED BATH & BEYOND INC., et al<br><br>                     Debtors | Chapter 11<br>Case No. 23-13359 (VFP)<br>(Jointly Administered) |

**NOTICE OF MOTION
FOR ADMISSION *PRO HAC VICE*
OF
JOSEPH A. ANESTA, ESQ.,
OF CAMERON & MITTLEMAN LLP**

TO:    Kirkland & Ellis LLP
          Kirkland & Ellis International, LLP
          601 Lexington Avenue
          New York, NY 10022
          Joshua A. Sussberg, joshua.sussberg@kirkland.com
          Emily E. Geier, emily.geier@kirkland.com
          Derek I. Hunter, derek.hunter@kirkland.com

          Cole Schotz P.C.
          Court Plaza North, 25 Main Street
          Hackensack, NJ   07601
          Michael D. Sirota, msirota@coleschotz.com

Warren A. Usatine, wusatine@coleschotz.com
Felice R. Yudkin, fyudkin@coleschotz.com

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ  07102
https://www.justice.gov/ust-regions-r03/region-3-district-new-jersey

**PLEASE TAKE NOTICE**, that Creditor F3 Metalworx, Inc., by its attorneys O'Brien Thornton LLC, moves the admission *Pro Hac Vice* of Joseph A. Anesta, Esq., of Cameron & Mittleman LLP, in this matter. No hearing date is required for this Pro Hac Vice application pursuant to the Rules of the Hon. Vincent F. Papalia.

Movant will rely upon the Declaration of Joseph A. Anesta, signed 6/27/2023, in support of the motion. No memorandum of law is filed in support of the motion because Mr. Anesta's Declarations address all the criteria set forth in Fed.R.Civ.Proc. 78, D.N.J. L.Civ.R 101, and D.N.J.LBR 9010-1 for the Court's determination of the motion. A proposed form of Order is attached.

                                                O'Brien Thornton LLC
                                                Attorneys for Creditor F3 Metalworx, Inc.

Dated: July 11, 2023                          s/Merrill O'Brien
                                                obrien@obrienthornton.com
                                                160 Park Street
                                                Montclair, NJ  07042
                                                973-886-8853