UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
BED BATH & BEYOND INC., et al            Case No. 23-13359 (VFP)
                                         (Jointly Administered)
                     Debtors             Chapter 11

**CERTIFICATE OF SERVICE**

1. I, Merrill O'Brien, represent Creditor F3 Metalworx, Inc. in this matter.

2. On July 11, 2023, on behalf of Creditor F3 Metalworx, Inc., I served the <u>Motion for Pro Hac Vice Admission of Joseph A. Anesta, of Cameron & Mittleman LLP</u>.

3. In accordance with para. 16 of the Case Management Procedures in Ex. 1 to the Court's April 25, 2023 Case Management Order, I made service of the Notice of Motion, the Declaration of Joseph A. Anesta, Esq., and the proposed form of Order, through the Court's ECF service system upon the six attorneys for the Debtors, whom were also served by email, and the upon the U.S. Trustee's Office, at the addresses below:

    Kirkland & Ellis LLP
    Kirkland & Ellis International, LLP
    601 Lexington Avenue
    New York, NY 10022
    Joshua A. Sussberg, joshua.sussberg@kirkland.com
    Emily E. Geier, emily.geier@kirkland.com
    Derek I. Hunter, derek.hunter@kirkland.com

    Cole Schotz P.C.
    Court Plaza North, 25 Main Street
    Hackensack, NJ  07601
    Michael D. Sirota, msirota@coleschotz.com
    Warren A. Usatine, wusatine@coleschotz.com
    Felice R. Yudkin, fyudkin@coleschotz.com

    Office of the United States Trustee
    One Newark Center
    1085 Raymond Boulevard, Suite 2100

Newark, NJ  07102

https://www.justice.gov/ust-regions-r03/region-3-district-new-jersey

4.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated above.

*[signature: Merrill O'Brien]*

Date: July 11, 2023                                        Merrill O'Brien