# Exhibit C

## Subsidiaries of Burlington Stores, Inc.

| Exact Name of Subsidiaries of Registrant as Specified in their Charter | State or Other Jurisdiction of Incorporation or Organization |
| --- | --- |
| Burlington Holdings, LLC | Delaware |
| Burlington Coat Factory Holdings, LLC | Delaware |
| Burlington Coat Factory Investments Holdings, Inc. | Delaware |
| Burlington Coat Factory Warehouse Corporation | Florida |
| Burlington Merchandising Corporation | Delaware |
| Burlington Coat Factory of Texas, Inc. | Florida |
| Burlington Coat Factory of Texas, L.P. | Florida |
| Burlington Coat Factory of Kentucky, Inc. | Kentucky |
| Burlington Coat Factory Realty of Edgewater Park, Inc. | New Jersey |
| Burlington Coat Factory Realty of Pinebrook, Inc. | New Jersey |
| Burlington Coat Factory Warehouse of Edgewater Park, Inc. | New Jersey |
| Burlington Coat Factory Warehouse of Edgewater Park Urban Renewal Corp. | New Jersey |
| Burlington Coat Factory Warehouse of New Jersey, Inc. | New Jersey |
| BCF Florence Urban Renewal, LLC | New Jersey |
| BCF Florence Urban Renewal II, LLC | New Jersey |
| Burlington Coat Factory of Puerto Rico, LLC | Puerto Rico |
| Burlington Coat Factory Warehouse of Baytown, Inc. | Texas |
| Burlington Coat Factory of Pocono Crossing, LLC | Virginia |
| Florence Insurance Company, Inc. | New Jersey |
| Burlington Distribution Corp. | Delaware |
| Burlington Stores Charitable Foundation | Delaware |