# Exhibit D

Page 216

1     MR. GOLD:  Yes.  Subject to the terms
2  of our assumption and assignment agreement,
3  Bloomingdale's will bid $750,000.
4     MR. SHUKER:  Mike, this is Scott Shuker
5  on behalf of Marco.  Can I have one second to give a
6  comment?
7     MR. MATLAT:  Yeah.
8     MR. SHUKER:  Before we break.  Since
9  all we are is a bidder, at least in Orlando, a
10 disputed bidder doesn't really have standing, but I am
11 throwing this out there for the landlords who have
12 voiced objections.
13     My client just called me and told me
14 that when he first approached for this location, he
15 was told that the lease with Burlington was already
16 signed.  And so, I do find it surprising that 26 other
17 locations had no bids.  And so I would ask the
18 committee or the debtor to make sure there was no
19 pre-bid dealings between Burlington and the 26
20 landlords for which there was no bid.
21     And as I said, my client was told he
22 could not bid because the lease was already signed.
23 Fortunately, he went to a bankruptcy attorney who told
24 him that's not the case.  So we would like that
25 investigated.  Thanks.  I know you're not the Court, I

```
                                                    Page 217
 1   just, since we're on the record.  Thank you.
 2              MR. MATLAT:  Okay.
 3              All right.  We're going to take a
 4   break.  We just ran through the package.  You got the
 5   individual bids, you have your tally.  We're going to
 6   go do our tally, and we'll come back out and let you
 7   know where the individual bids stand versus the
 8   package.
 9              MS. ROGLEN:  I have a question before
10   we break.  Are you also going to give us the breakdown
11   that Ron has requested of the bids that were
12   previously received plus the over bids that you got
13   today?
14              MR. MATLAT:  Yeah, we're going to
15   calculate them.  And --
16              MR. EYLER:  Remember the first 26,
17   there was nothing.
18              MS. ROGLEN:  Right.  I understand.
19              MR. MATLAT:  Yeah.  Well, there was
20   actually one.  Braintree.
21              MR. EYLER:  There was nothing before.
22              MR. MATLAT:  Well, yeah.
23              On 1014, Atlanta, 500,000; who was the
24   bidder on that?  The landlord?
25              MR. EYLER:  Yeah, it was Michaels
```