# Exhibit E

Table of Contents

As filed with the Securities and Exchange Commission on July 15, 2011

No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM S-4
# REGISTRATION STATEMENT
UNDER
*THE SECURITIES ACT OF 1933*

# Burlington Coat Factory Warehouse Corporation

Additional Registrants Listed on Schedule A Hereto
(Exact name of registrant as specified in its charter)

| Delaware | 5311 | 22-1970303 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

1830 Route 130 North
Burlington, New Jersey 08016
(609) 387-7800
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Paul C. Tang, Esq.
Burlington Coat Factory Warehouse Corporation
Executive Vice President and General Counsel
1830 Route 130 North
Burlington, New Jersey 08016
(609) 387-7800
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

Joshua N. Korff, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

**Approximate date of commencement of proposed sale of the securities to the public:** The exchange will occur as soon as practicable after the effective date of this Registration Statement ☐

If the securities being registered on this Form are being offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box. ☐

If this Form is filed to registered additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☐ | Accelerated filer ☐ |
|---|---|
| Non-Accelerated filer ☒ (Do not check if a smaller reporting company) | Smaller reporting Company ☐ |

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered | Proposed Maximum Aggregate Offering Price(1) | Amount of Registration Fee |
|---|---|---|---|
| 10% Senior Notes due 2019 | $450,000,000 | $450,000,000 | $52,245 |