UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin
*Counsel to Mad River Development LLC*

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.

Case No. 23-13359 (VFP)

Chapter 11

Jointly Administered

Honorable Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Rachel Gaydos:

   ☐ represent _____ in the above-captioned matter.

   ☒ I am the secretary/paralegal for Jay L. Lubetkin, Esq., who represents Mad River Development LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 11, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Objection to Notice of Assumption of Certain Unexpired Leases.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:     July 11, 2023                            /s/ Rachel Gaydos
                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>Alexandria Nikolinos, Esq.<br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022 | Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601 | Co–Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| David M. Hillman, Esq.<br>Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036 | Counsel to the DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Robert J. Feinstein, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Counsel to Creditors Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF and E-mail<br>(As authorized by the court or by rule. Cite the rule if applicable.) |