# EXHIBIT A

**7/11/2023 2:25 PM**

## Aging Detail

DB Caption: FIDELIS LIVE  Property: 689-00  Tenant: 689-bedb  Status: Current, Past, Future  Age As Of: 07/31/2023  Post To: 07/2023

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rushmore Crossing Associates LLC (689-00)** | | | | | | | | | | | | | | |
| **BED BATH & BEYOND INC. (689-bedb)** | | | | | | | | | | | | | | |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-305297 | pyc | 11/17/2022 | 11/2022 | -3,068.37 | 0.00 | 0.00 | 0.00 | -3,068.37 | 0.00 | -3,068.37 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-305298 | pyi | 11/17/2022 | 11/2022 | 4,237.33 | 0.00 | 0.00 | 0.00 | 4,237.33 | 0.00 | 4,237.33 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-305299 | sel | 11/17/2022 | 11/2022 | 5,426.25 | 0.00 | 0.00 | 0.00 | 5,426.25 | 0.00 | 5,426.25 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-305301 | sel | 11/17/2022 | 11/2022 | 222.12 | 0.00 | 0.00 | 0.00 | 222.12 | 0.00 | 222.12 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-325768 | cam | 5/1/2023 | 05/2023 | 439.49 | 0.00 | 0.00 | 0.00 | 439.49 | 0.00 | 439.49 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-329577 | cam | 6/1/2023 | 06/2023 | 439.49 | 0.00 | 439.49 | 0.00 | 0.00 | 0.00 | 439.49 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-330976 | pyc | 6/19/2023 | 06/2023 | -3,292.48 | 0.00 | -3,292.48 | 0.00 | 0.00 | 0.00 | -3,292.48 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-330977 | pyi | 6/19/2023 | 06/2023 | 7,601.02 | 0.00 | 7,601.02 | 0.00 | 0.00 | 0.00 | 7,601.02 |
| 689-00 | | BED BATH & BEYOND INC. | Current | C-333831 | cam | 7/1/2023 | 07/2023 | 439.49 | 439.49 | 0.00 | 0.00 | 0.00 | 0.00 | 439.49 |
| 689-0 | | BED BATH & BEYOND INC. | Current | | tax | | 2022 | 32,252.63 | | | | | | 32,252.63 |
| 689-0 | | BED BATH & BEYOND INC. | Current | | tax | | 2023 | 23,651.92 | | | | | | 23,651.92 |
| | | **BED BATH & BEYOND INC.** | | | | | | **68,348.89** | **439.49** | **4,748.03** | **0.00** | **7,256.82** | **0.00** | **68,348.89** |
| **689-00** | | | | | | | | **68,348.89** | **439.49** | **4,748.03** | **0.00** | **7,256.82** | **0.00** | **68,348.89** |
| **Grand Total** | | | | | | | | **68,348.89** | **439.49** | **4,748.03** | **0.00** | **7,256.82** | **0.00** | **68,348.89** |

UserId : tbrezina@frpltd.com Date : 7/6/2023 Time : 1:14 PM

Page 1 of 1