# EXHIBIT B

## Legal Description of Shopping Center

Lot 2 in Block 1 of Rushmore Crossing in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Plat Book 34, Page 172

Lots 1, 2, 3, 4, and 5 of Block 2, Rushmore Crossing in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Plat Book 35, page 173.
Tracts C, D and E in Block 2 of Rushmore Crossing in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Plat Book 34, page 172.
Lots 1, 4, 5, 6, 7, 8, and 9 in Block 3 of Rushmore Crossing in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Plat Book 34, page 172.
Lots 2A, 2B and 2C in Block 3 of Rushmore Crossing in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Plat Book 35 page 71.

Lot K-4B of Marshall Heights Tract in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Plat Book 35, Page 108.

Easement for signage and streetscape purposes over Lot K-4 of Marshall Heights Tract in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Plat Book 8, Page 187; EXCEPTING therefrom Lot H-1 of said Lot K-4, as shown on the plat filed in Highway Plat Book 7, Page 54; ALSO EXCEPTING therefrom Lot H-2 of Lot K-4 of Marshall Heights Tract in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in Highway Plat Book 11, Page 134, as set forth in Streetscape and Monument Sign Easement Agreement and Quitclaim recorded in Book 174, Page 4168.