UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ciardi Ciardi & Astin
Albert A. Ciardi, III / Nicole M. Nigrelli
1905 Spruce Street
Philadelphia, PA  19103
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
215-557-3550

Murphy & King, P.C.
Kathleen R. Cruickshank, Esquire
28 State Street, Suite 3101
Boston, MA  02109
kcruickshank@murphyking.com
617-423-0400

In Re:

BED BATH & BEYOND, INC, *et al.*

Case No.: 23-13359

Chapter: 11

Adv. No.: _____

Hearing Date: _____

Judge: VFP

## CERTIFICATION OF SERVICE

1. I, Albert A. Ciardi, III

   ☒ represent Rainier Colony Place Acquisitions, LLC in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On July 11, 2023,  I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   /s/ Albert A. Ciardi, III

Date:   July   11,   2023            _____
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY  10036<br>Attn:  David M. Hillman<br>Attn:  Charles A. Dale | *Counsel to the DIP Agent* | *Via CM/ECF and email* |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601<br>Attn:  Michael D. Sirota<br>Attn:  Warren A. Usatine<br>Attn:  Felice R. Yudkin | *Co-Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF___ and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kirland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Attn:  Joshua A. Sussberg<br>Attn:  Emily E. Geier<br>Attn:  Derek I. Hunter<br>Attn:  Ross J. Fiedler | *Counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF___ and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 3rd Avenue #34<br>New York, NY  10017<br>Attn:  Robert J. Feinstein<br>Attn:  Bradford J. Sandler<br>Attn:  Paul J. Labov<br>Attn:  Colin R. Robinson | *Counsel to the Committee* | *Via CM/ECF and email* |
| Office of the U.S. Trustee<br>Region 3 - D.N.J.<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ  07102<br>Attn:  Fran B. Steele<br>Attn:  Alexandria Nikolinos | *Office of the U.S. Trustee* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___CM/ECF___ and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |