# EXHIBIT B

**AMENDMENT TO LEASE AGREEMENT**

**THIS AMENDMENT TO LEASE AGREEMENT** (the "***Amendment***") is made and entered into effective as of this ____ day of May, 2007 (the "***Effective Date***") by and between **U.S. 41 & I 285 COMPANY**, a New York general partnership, whose address is c/o Mall Properties, Inc. 654 Madison Avenue, New York, New York 10021 (the "***Landlord***") and **BED BATH & BEYOND INC.,** a New York corporation, whose address is 650 Liberty Avenue, Union, New Jersey 07083 (the "***Tenant***").

**WITNESSETH:**

**WHEREAS**, Landlord and Tenant entered into that certain Lease Agreement dated October 3, 2005 (the "***Lease***") for certain premises (hereinafter the "***Premises***") situated in that certain shopping center commonly known as Akers Mill Square shopping center in Cobb County, Georgia (hereinafter, the "***Shopping Center***"); the Premises and the Shopping Center being more particularly described in the Lease; and

**WHEREAS**, the parties wish to amend the Lease as more particularly set forth below.

**NOW THEREFORE**, in consideration of the premises and the mutual covenants herein contained and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by Landlord and Tenant, the parties hereby agree as follows:

1. The foregoing recitals are true and correct and are incorporated herein by reference.

2. Capitalized terms used herein that are not defined in this Amendment, shall have the meaning attributable to such terms in the Lease.

3. **Exhibit B**. Exhibit B annexed to the Lease is hereby deleted, and the Exhibit annexed to this Amendment identified as "**Exhibit B**" and by this reference made a part hereof, shall be substituted therefor. All references to Exhibit "B" or the Site Plan, as applicable, in the Lease shall now be deemed to refer to the **Exhibit "B"** hereto annexed. All references in the Lease to Tenant's "Critical Area" shall refer to the Critical Area shown on **Exhibit "B"** hereto annexed.

4. **Pylon Signage**. Pursuant to the provisions of Section 7.2 of the Lease, Landlord elects to replace the Existing Pylon, at Landlord's sole expense, with a new pylon sign pursuant to the sign drawing attached hereto as **Exhibit "F-1"** and by this reference made a part hereof (the "***Replacement Pylon***"). Tenant hereby approves the design of the Replacement Pylon and the position of Tenant's sign panel shown on **Exhibit "F-1"**. Landlord shall, at Landlord's sole expense, furnish and install Tenant's sign panels, which panels shall be designed by Tenant, in the same position on each side of the Replacement Pylon. The Replacement Pylon shall be subject to applicable local rules, codes, ordinances, regulations and requirements.

5. **Site Improvements to be Constructed by Landlord**. As part of Landlord's refurbishment of the Shopping Center as shown on **Exhibit "B"** attached, Landlord has

requested and Tenant has agreed that Landlord shall have the right to perform site improvements in the parking fields and sidewalk immediately in front of Tenant's building ("***Landlord's Work***"). In connection with the performance of Landlord's Work, Landlord and Tenant agree as follows:

(a) Landlord shall perform Landlord's Work, at Landlord's sole cost and expense, in accordance with all applicable local rules, codes, ordinances, regulations and requirements;

(b) Landlord's Work shall be performed in two (2) phases, as shown on the Site Construction Plan attached hereto as **Exhibit "A-1"**, the Phase I Demo Plan attached hereto as **Exhibit "A-2"**, the Phase II Demo Plan attached hereto as **Exhibit "A-3"**, the Sidewalk Demolition Plan attached hereto as **Exhibit "A-4"**, and the Sidewalk Construction Plan attached hereto as **Exhibit A-5"**. The foregoing exhibits are herein collectively referred to as the "Construction Plans" and are incorporated herein by reference;

(c) Landlord's Work shall be performed in accordance with the Construction Schedule attached hereto as **Schedule "1"** and incorporated herein by reference;

(d) Landlord anticipates completing the Landlord's Work shown on **Schedule "1"** on or before August 1, 2007. Tenant agrees that, notwithstanding the provisions of Section 5.2.1 and 5.2.2 of the Lease, Landlord may perform site improvements and building construction other than Landlord's Work (and therefore such other work will be in areas outside of Tenant's sidewalk and parking field) during the month of August 2007;

(e) If Landlord's Work is not completed by August 1, 2007, Landlord shall pay Tenant the sum of Three Thousand and no/100 Dollars ($3,000.00) per day for each day after August 1, 2007 until Landlord's Work is complete; and

(f) Landlord shall, at Landlord's sole expense, place two (2) signs at the location shown on the Construction Plans indicating that Tenant is open during construction.

6. Each party represents and warrants to the other that no broker or finder has acted on its behalf in connection with this Amendment or the transaction contemplated hereby. Landlord and Tenant each agree to indemnify and hold harmless the other from and against any claim or demand for commission or other compensation by any other broker, finder, or similar agent claiming to have been employed by or on behalf of such party.

7. Except as set forth in this Amendment, all provisions of the Lease shall remain unchanged and in full force and effect and are hereby reaffirmed by the parties hereto.

8. This Amendment may be executed in counterparts, each of which shall constitute an original and all of which together shall be deemed a single instrument.

**IN WITNESS WHEREOF**, the parties hereto have duly executed this Amendment under seal as of the day and year first above written.

Signed, sealed and delivered
in the presence of :

Witness: Katherine Sloss
Print Name

Genevieve Prisciandaro
Notary Public

My Commission Expires: 11/4/07

GENEVIEVE PRISCIANDARO
Notary Public - State of N.J.
My Commission Expires 11 / 4 / 07

**TENANT:**

**BED BATH & BEYOND INC.**
**a New York corporation**

By: ____________________
Name: Steven H. Temares
Title: Chief Executive Officer

**LANDLORD:**

**U.S. 41 & I 285 COMPANY,**
**a New York general partnership**

By: Morton L. Olshan
Morton L. Olshan
Managing Partner

Signed, sealed and delivered
in the presence of :

Witness: Jeffrey Gordon
Print Name

Jessica L. Swayze
Notary Public

My Commission Expires: July 5, 2009

JESSICA L SWAYZE
Notary Public - State of New York
NO. 01SW6129907
Qualified in New York County
My Commission Expires 07/05/09



870992-3 5881.0074000

EXHIBIT A-1

SITE CONSTRUCTION PLAN




SITE CONSTRUCTION PLAN

CURB CONSTRUCTION

ASPHALT TOPPING & STRIPING

TEMPORARY CONSTRUCTION FENCE

"BB&B OPEN DURING CONSTRUCTION" SIGNS

5.8.07

EXHIBIT A-2

PHASE I DEMO PLAN




PHASE I DEMO

PHASE I MILLING

PHASE I CURB DEMO

TEMPORARY CONSTRUCTION FENCE

"BB&B OPEN DURING CONSTRUCTION" SIGNS

5.8.07

EXHIBIT "A-3"

PHASE II DEMO PLAN



**EXHIBIT "A-4"**
**SIDEWALK DEMOLITION PLAN**

SIDEWALK DEMOLITION PLAN




PHASE I DEMOLITION

PHASE II DEMOLITION
IMMEDIATLY REPLACED WITH
A TEMPORARY PLYWOOD WALKWAY

TEMPORARY BARRICADE

5.8.07

**EXHIBIT "A-5"**
**SIDEWALK CONSTRUCTION PLAN**

PARTIAL SIDEWALK PLAN

PHASE I CONSTRUCTION

PHASE II AFTER HOURS CONSTRUCTION

SIDEWALK CONSTRUCTION PLAN

5.8.07

20'-0"
17'-8"
2'-6" | 10'-1 1/4" | 2'-6"
10'-6" | 5 ½" | 7'-1 3/4"
4'-5 1/4" | 1'-10 1/8" | 1'-10 1/8" | 1'-10 1/8" | 1'-10 1/8" | 1'-10 1/8" | 1'-10 1/8" | 1'-10 1/8"

SPORTS AUTHORITY
OfficeMax
Circuit City
BED BATH & BEYOND
TENANT
TENANT
TENANT
2929-2907 Cobb Parkway

- EIFS FINISH COLOR #1 OVER METAL STUD FRAMING
- EIFS FINISH COLOR #1 OVER METAL STUD FRAMING
- FABRICATED ALUM. TENANT CABINET AND INDIVIDUAL FLAT .125" ALUM. FACES **(SPORTS AUTHORITY FACE PAINTED M.A.P. #10844 RED. SATIN FINISH)** PAINTED COLOR #2. FACES TO BE ROUTED AND BACKED WITH .177" TRANS. ACRYLIC COLOR(s) PER TENANT AND L.L. APPROVAL. FACES ATTACHED WITH C.S. SCREWS THRU FACE PAINTED COLOR. #1. CABINET IS INTERNALLY ILLUMINATED WITH BOOMA FLUORESCENT LAMPS. ** TENANTS TO PROVIDE VECTOR FORMATTED DIGITAL ART PRIOR TO FABRICATION.
- WHITE EIFS ARCHITECTURAL EMBELLISHMENTS
- PROFESSIONAL CAULKING BETWEEN ALUM. SIGN AND EIFS.
- EIFS FINISH COLOR #3 OVER METAL STUD FRAMING
- STONE OR BRICK (TYP) TO MATCH BUILDING FACADE(S)
- .125" FLAT ALUMINUM CUT OUT LETTERS PAINTED COLOR #4, AND PIN MOUNTED 1" OFF FACE OF EIFS.

5'-0"
3'-0"

D/F PYLON SIGN ELEVATION

*COLOR SCHEDULE*

COLOR #1 : ____
COLOR #2 : ____
COLOR #3 : ____
COLOR #4 : ____

END VIEW

SEE SHEET 2 OF 2 (EXH. F-1)

ad-vice

ad vice, inc.
7122 mechanicsville tnpk.
mechanicsville, va 23111
phone: (804) 730-0503
fax: (804) 746-5210
toll free (877) 877-0173
www.advicestudios.com

©Copyright ad vice, inc 2006

THIS SIGN MUST BE U.L. LISTED AND APPROVED.

This drawing is the sole property of Ad Vice, Inc. Reproduction of these drawings is strictly prohibited without the written consent of Ad Vice, Inc. Use of this design in full or part is strictly prohibited. All drawings and design concepts remain the property of Ad Vice, Inc.

Customer Approval:

Date:

Client: MALL PROPERTIES
Project: AKERS MILL SQUARE
Location: COBB PARKWAY N.W. ATLANTA, GEORGIA
Drawing #: 1605-1
Scale: 1/4" = 1'-0"
Date: DECEMBER 11, 2006

| Revision # | Revision Date: |
|---|---|
| 1 | JANUARY 10, 2007 |
| 2 | FEBRUARY 1, 2007 |
| 3 | FEBRUARY 5, 2007 |

THIS PRINTED COLOR RENDERING IS INTENDED TO BETTER APPROXIMATE COLOR HUES AND DISTRIBUTION. BEST EFFORTS HAVE BEEN MADE TO SIMULATE THE ACTUAL COLOR(S).HOWEVER, EXACT COLOR(S) CAN ONLY BE SEEN FROM THE SPECIFIED COLOR SYSTEM'S CHIP OR SAMPLE.

EXHIBIT F-1 (sheet 1 of 2)

5.8.07







Routed and backed
1:11.5 ratio

5.8.07

|  4255 Napier Field Road Dothan, Alabama 36303 334.983-8000 Telephone 334.983-1379 Fax | Bed Bath & Beyond<br>Akers Mills<br>Atlanta, GA | 04/24/07 | This is an original unpublished drawing created by Cummings Signs. It is submitted for your personal use, in connection with a project being planned for you. It is not to be shown to anyone outside your organization, nor is it to be used, reproduced, copied or exhibited in any fashion without written consent of Cummings Signs. This proposal remains the exclusive property of Cummings Signs until approved and accepted thru purchase by the client named above. |
|---|---|---|---|

EXHIBIT F-1 (sheet 2 of 2)

# SCHEDULE 1
# CONSTRUCTION SCHEDULE

## Bed, Bath & Beyond Schedule

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | BY OWNER | 1 day | Fri 4/13/07 | Fri 4/13/07 |
| 2 | Notice to Proceed/ Contract | 1 day | Fri 4/13/07 | Fri 4/13/07 |
| 3 | | | | |
| 4 | **Bed, Bath & Beyond Sidewalk** | **12 days** | **Mon 4/16/07** | **Tue 5/1/07** |
| 5 | Mobilize | 1 day | Mon 4/16/07 | Mon 4/16/07 |
| 6 | Install Temporary Barricades/ Signage | 1 day | Tue 4/17/07 | Tue 4/17/07 |
| 7 | Phase I Sidewalk - Demolition | 4 days | Wed 4/18/07 | Mon 4/23/07 |
| 8 | Phase I Sidewalk - Form Curb & Gutter | 1 day | Tue 4/24/07 | Tue 4/24/07 |
| 9 | Phase I Sidewalk - Pour Curb & Gutter | 1 day | Wed 4/25/07 | Wed 4/25/07 |
| 10 | Phase I Sidewalk - Pour Back Sidewalk | 2 days | Thu 4/26/07 | Fri 4/27/07 |
| 11 | Phase II Sidewalk - Demolition | 1 day | Mon 4/30/07 | Mon 4/30/07 |
| 12 | Phase II Sidewalk - Install Temporary Plywood Sidewalk | 1 day | Mon 4/30/07 | Mon 4/30/07 |
| 13 | Phase II Sidewalk - After Hours Forming & Pour Back | 1 day | Tue 5/1/07 | Tue 5/1/07 |
| 14 | | | | |
| 15 | **Bed, Bath & Beyond Parking Lot** | **26 days** | **Mon 4/16/07** | **Mon 5/21/07** |
| 16 | Mobilize | 1 day | Mon 4/16/07 | Mon 4/16/07 |
| 17 | Phase I - Install Temporary Barricades | 1 day | Tue 4/17/07 | Tue 4/17/07 |
| 18 | Phase I - Demo Parking Lot Curbs | 2 days | Wed 4/18/07 | Thu 4/19/07 |
| 19 | Temporarily Stripe Traffic Lane | 1 day | Fri 4/20/07 | Fri 4/20/07 |
| 20 | Phase I - Mill Parking Lot | 2 days | Mon 4/23/07 | Tue 4/24/07 |
| 21 | Phase I - Install New Curbs | 3 days | Wed 4/25/07 | Fri 4/27/07 |
| 22 | Phase I - Install Asphalt Topping | 2 days | Mon 4/30/07 | Tue 5/1/07 |
| 23 | Phase I - Stripe Parking Lot | 2 days | Wed 5/2/07 | Thu 5/3/07 |
| 24 | Reopen Phase I Parking Lot | 0 days | Thu 5/3/07 | Thu 5/3/07 |
| 25 | Phase II - Install Temporary Barricades | 1 day | Fri 5/4/07 | Fri 5/4/07 |
| 26 | Phase II - Demo Parking Lot Curbs | 2 days | Mon 5/7/07 | Tue 5/8/07 |
| 27 | Phase II - Mill Parking Lot | 2 days | Wed 5/9/07 | Thu 5/10/07 |
| 28 | Phase II - Install New Curbs | 3 days | Fri 5/11/07 | Tue 5/15/07 |
| 29 | Phase II - Install Asphalt Topping | 2 days | Wed 5/16/07 | Thu 5/17/07 |
| 30 | Phase II - Stripe Parking Lot | 2 days | Fri 5/18/07 | Mon 5/21/07 |
| 31 | Reopen Phase II Parking Lot | 0 days | Mon 5/21/07 | Mon 5/21/07 |

FallCreek Construction, Inc.

01/19/07






BUILDING CHART

| NEW BUILDING | SQ. FT RETAIL | REQUIRED PARKING | PROVIDED PARKING | REQUIRED H/C | PROVIDED H/C |
|---|---|---|---|---|---|
| BLDG. "100" | 7,836 | 39 | 39 | 4 | 4 |
| BLDG. "200" | 36,800 | 184 | 184 | 6 | 6 |
| BLDG. "300" | 19,000 | 95 | 95 | 4 | 4 |
| BLDG. "400" | 6,000 | 30 | 30 | 2 | 2 |
| EX. BUILDING | SQ. FT | REQUIRED PARKING | PROVIDED PARKING | REQUIRED H/C | PROVIDED H/C |
| EX. BLDG. "1" | 24725/0 | 124 | 124 | 5 | 5 |
| EX. BLDG. "2" | 15371/9466 | 172 | 172 | 6 | 6 |
| EX. BLDG. "3" | 45204/0 | 225 | 226 | 7 | 7 |
| EX. BLDG. "4" | 19843/0 | 99 | 99 | 4 | 4 |
| EX. BLDG. "5" | 10200/0 | 51 | 51 | 3 | 3 |
| EX. BLDG. "6" | 35828/0 | 179 | 179 | 6 | 6 |
| EX. BLDG. "7" | 25500/0 | 128 | 128 | 5 | 5 |
| EX. BLDG. "8" | 33204/0 | 166 | 166 | 6 | 6 |
| EX. BLDG. "9" | 0/3350 | 34 | 34 | 2 | 2 |
| EX. BLDG. "10" | 0/5500 | 55 | 55 | 3 | 3 |
| EX. BLDG. "11" | 0/1300 | 13 | 13 | 1 | 1 |
| EX. BLDG. "12" | 0/5540 | 55 | 55 | 3 | 3 |
| EX. BLDG. "13" | 0/4485 | 45 | 45 | 2 | 2 |
| EX. BLDG. "14" | 3482 (BANK) | 15 | 15 | 1 | 1 |
| EX. BLDG. "15" | 4500/4500 | 68 | 68 | 4 | 4 |
| | | 1778 | 1778* | 74 | 74 |

* 1929-1778=151
THERE ARE 151 SURPLUS SPACES

SEWER FEE CALCULATION:
NEW RETAILS BLDG.= 69,636 SQUARE FEET
EX-RETAIL TO BE DEMOLISHED= 53,177 SQUARE FEET
69,636 - 53177 = 16,459
16,459/1000 = 16.46 x $425.00 = $6995.50

THE OWNER/DEVELOPER WILL BE RESPONSIBLE FOR PAYING ANY ADDITIONAL SEWER DEVELOPMENT FEES SHOULD ANY PORTION OF THIS PROJECT BE USED BY A HIGH WATER USE TENANT SUCH AS A RESTAURANT OR COIN-OPERATED LAUNDRY.

NOTE:
SEE DETAIL SHEET C10.4 FOR FIRE HYDRANT REPORT AND FIRE HYDRANT LOCATION MAP.

NOTE:
1. COBB PKWY. IS A CURRENT TRANSPORTATION IMPROVEMENT PROJECT, AND IS UNDER DESIGN BY THE GEORGIA DEPARTMENT OF TRANSPORTATION. COORDINATE ALL WORK WITH GDOT TO ENSURE COMPATIBILITY WITH THE ROAD PROJECT. NO ENCROACHMENTS WITHIN EASEMENT, PRIOR TO GDOT APPROVAL. THE OWNER/DEVELOPER MUST ALSO COORDINATE WITH THE ROADWAY CONTRACTOR.
2. A GEORGIA DEPARTMENT OF TRANSPORTATION (GDOT) PERMIT WILL BE REQUIRED FOR ANY ENCROACHMENTS WITHIN GDOT RIGHT-OF-WAY.

LOCATION MAP

OWNER/DEVELOPER
US 41 AND I285 CO.
2941 COBB PARKWAY,
ATLANTA, GA. 30339
212-935-1330

24 HOUR EMERGENCY CONTACT
ALLEN STRULETZ
770-955-6798

TAX PARCEL ID: 17-979-(9)(14)(1)(8)

SITE AREA:
39.29 ACRES
1,711,943 SQUARE FEET

DISTURBED AREA:
± 6.43 ACRES

SITE ZONING: GC & PSC

BUILDING SETBACK LINES FOR PSC:
FRONT YARD : 100 FEET
SIDE YARD : 50 FEET
REAR YARD : 50 FEET

BUILDING SETBACK LINES FOR GC:
FRONT YARD : 50 FEET (40' IF BLDG. DOES NOT FACE STREET)
SIDE YARD : 35 FEET (25' IF BLDG. DOES NOT FACE STREET)
REAR YARD : 30 FEET

BUILDING SUMMARY:

| | |
|---|---|
| EX. RETAIL | 214,375 S.F. |
| NEW RETAIL | 69,636 S.F. |
| EX. RESTAURANT | 34,141 S.F. |
| EX. BANK | 3,482 S.F. |

TOTAL RETAIL = 284,011 SF
REQUIRES 1 SPACE PER 200 SF
284,011/200 = 1,421 SPACES REQUIRED

TOTAL RESTAURANT = 34,141
REQUIRES 1 SPACE PER 100 SF
34,141/100 = 342 SPACES REQUIRED

TOTAL BANK = 3,482 SF
REQUIRES 1 SPACE PER 285 SF + 3 PER ATM
4882/285 = 12+3 = 15

PARKING SUMMARY:

| | REQUIRED* | PROVIDED |
|---|---|---|
| REGULAR PARKING: | 1,704 | 1,855 |
| HANDICAP PARKING: | 74 | 74 |
| TOTAL PARKING SPACES: | 1,778 | 1,929 |

TOTAL SPACES REQUIRED:
1376 + 464 + 20 = 1860

AREA OF CONTRACT:

| | |
|---|---|
| AREA OF CONTRACT | 23.20 ACRES |
| AREA TO BE RE-PAVED | 15.25 ACRES |

NOTE:
ALL ELECTRONIC LANDSCAPE IRRIGATION SYSTEMS INSTALLED AFTER JANUARY 1, 2005 MUST BE EQUIPPED WITH A RAIN SENSOR SHUT-OFF SWITCH IN ACCORDANCE WITH GEORGIA HB 1277.

COBB COUNTY FIRE NOTES:

COBB COUNTY LIGHTING NOTE:

# AKERS MILL SHOPPING CENTER

OVERALL SITE AND HYDRANT LOCATION PLAN 60 SCALE

LAND LOT 979, 17th DISTRICT, COBB COUNTY, GEORGIA

4317 Park Drive - Suite 400
Norcross, Georgia 30093
Phone: (770)416-7511
Fax: (770)416-6759
www.travispruitt.com
Contact Person: Shaun Foley

DATE: JAN 11, 2007
SCALE: 1"=60'
Sheet No. C3.0


KEY PLAN
not to scale
OWNER/DEVELOPER
US 41 AND I285 CO.
2941 COBB PARKWAY,
ATLANTA, GA. 30339
212-935-1330
24 HOUR EMERGENCY CONTACT
ALLEN STRULETZ
770-955-6798
TAX PARCEL ID: 17-979-(9)(14)(1)(8)
SITE AREA:
39.29 ACRES
1,711,543 SQUARE FEET
DISTURBED AREA:
± 6.43 ACRES
SITE ZONING: GC & PSC
BUILDING SETBACK LINES FOR PSC:
FRONT YARD : 100 FEET
SIDE YARD : 50 FEET
REAR YARD : 50 FEET
BUILDING SETBACK LINES FOR GC:
FRONT YARD : 50 FEET (40' IF BLDG. DOES NOT FACE STREET)
SIDE YARD : 35 FEET (25' IF BLDG. DOES NOT FACE STREET)
REAR YARD : 30 FEET
BUILDING SUMMARY:
PARKING SUMMARY:
EXISTING 1-STORY BLDG. 2
15,371 SF OF RETAIL
11,137 RESTAURANT FLOORSPACE
EXISTING 1-STORY BLDG. 1
24,725 SF OF RETAIL FLOORSPACE
EXISTING 1-STORY BLDG. 12
5,540 SF OF RESTAURANT FLOORSPACE
TRACT ONE
39.28651 AC
1,711,321 SF
TRACT TWO
-OUT-
0.45464 AC
19,804 SF
REMOVE EXISTING RAMP
NEW RAMP
SLOW
ASPHALT
APPROXIMATE PROPERTY LINE
Magnetic North
US HWY #41 / COBB PARKWAY
VARIABLE R/W
IF YOU DIG GEORGIA...
CALL US FIRST!
UTILITIES PROTECTION CENTER
1-800-282-7411
(404) 325-5000
IT'S THE LAW
GRAPHIC SCALE - IN FEET
SW SITE PLAN 30 SCALE
AKERS MILL SHOPPING CENTER
LAND LOT 979, 17th DISTRICT, COBB COUNTY, GEORGIA
4317 Park Drive - Suite 400
Norcross, Georgia 30093
Phone: (770)416-7511
Fax: (770)416-6759
www.travispruitt.com
Contact Person: Shaun Foley
REVISIONS
Sheet No. C3.3
Bed Bath + Beyond - Akers Mill
for Reference only
5-1-07