| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Norris McLaughlin, P.A.**<br>Melissa A. Pena<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ  08807<br>D:  917-869-8847<br>F:  908-722-0700<br>E:  mapena@norris-law.com<br><br>**Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.**<br>Jarrod B. Martin<br>Texas Bar No. 24070221<br>Tara T. LeDay<br>Texas Bar No. 24106701<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>D: 713.356.1280<br>F: 713.658.2553<br>E: jarrod.martin@chamberlainlaw.com<br>E: tara.leday@chamberlainlaw.com<br><br>*ATTORNEYS FOR RUSHMORE CROSSING, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., et al<br><br>Debtors,[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge:  Vincent F. Papalia<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

1.  I, Melissa A. Pena:

    ☒ represent Rushmore Crossing, LLC in the above-captioned matter.

    ☐ am a legal assistant/paralegal for Norris McLaughlin, P.A., local counsel for New Life

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number is 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of the Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Transport Parts Center.

☐ am the _____ in the above case and am representing myself.

2. On July 11, 2023, I caused copies of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   a) Rushmore Crossing, LLC's Objection to the Proposed Sale, Assumption and Assignment, and Cure Amount of Real Property Lease for Premises Located at 1365 Eglin Street, Rabid City, South Dakota; and

   b) Declaration fo Mike Sanchez, General Counsel of Rushmore Crossing, LLC in support thereof.

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 11, 2023                                    */s/ Melissa A. Pena*
                                                        Melissa A. Pena

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cole Schotz, P.C.<br>25 Main Street<br>Hackensack, NJ  07601<br>Michael D. Sirota<br>Felice R. Yudkin<br>Warren A. Usatine<br>msirota@coleschotz.com<br>fyudkin@coleschotz.com<br>wusatine@coleschotz.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other Email |
| Kirland and Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Joshua A. Sussberg<br>Emily E. Geier<br>Derek I. Hunter<br>Ross J. Fiedler<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirland.com<br>ross.fiedler@kirkland.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other Email |
| Office of the US Trustee<br>One Newark Center<br>Raymond Boulevard, Suite 2100<br>Newark, NJ  07102-5504<br>Fran B. Steele<br>fran.b.steele@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other Email |
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Marshall S. Huebner<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Michael Pera<br>marshall.huebner@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com<br>michael.pera@davispolk.com | Counsel for Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other Email |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY  10036<br>David M. Hillman<br>Megan R. Volin<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other Email |
| Overstock.com, Inc.<br>Chief Legal Officer and Corporation Secretary<br>799 W. Coliseum Way<br>Midvale, UT  84047<br>gnickle@overstock.com | Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Email |
| Wachtell, Lipton, Rosen & Katz<br>51 West 52 Street<br>New York, NY  10019<br>Scott K. Charles<br>Michael S. Benn<br>Gordon S. Moodie<br>skcharles@wlrk.com<br>msbenn@wlrk.com<br>gsmoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other Email |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY  10017<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Facsimile<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other Email |