# EXHIBIT 1

| Date | Code | Type | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|---|
| 01/31/2023 | DBR | CH | 2022 Real Estate Tax | $54,570.52 | $0.00 | $54,570.52 |
| 01/31/2023 | SLT | CH | 2022 Real Estate Tax sales tax | $3,274.23 | $0.00 | $57,844.75 |
| 02/01/2023 | BR2 | CH | AUTOCHRG @T2/28/2023 | $24,869.23 | $0.00 | $82,713.98 |
| 02/01/2023 | SLT | CH | FL OR for BR2 | $124.35 | $0.00 | $82,838.33 |
| 02/01/2023 | SLT | CH | FL ST for BR2 | $1,367.81 | $0.00 | $84,206.14 |
| 02/01/2023 | CAM | CH | AUTOCHRG @T2/28/2023 | $3,388.94 | $0.00 | $87,595.08 |
| 02/01/2023 | SLT | CH | FL OR for CAM | $16.94 | $0.00 | $87,612.02 |
| 02/01/2023 | SLT | CH | FL ST for CAM | $186.39 | $0.00 | $87,798.41 |
| 02/09/2023 | BR2 | CR | Receipt | $0.00 | $24,869.23 | $62,929.18 |
| 02/09/2023 | SLT | CR | Receipt | $0.00 | $124.35 | $62,804.83 |
| 02/09/2023 | SLT | CR | Receipt | $0.00 | $1,367.81 | $61,437.02 |
| 02/09/2023 | CAM | CR | Receipt | $0.00 | $3,388.94 | $58,048.08 |
| 02/09/2023 | SLT | CR | Receipt | $0.00 | $16.94 | $58,031.14 |
| 02/09/2023 | SLT | CR | Receipt | $0.00 | $186.39 | $57,844.75 |
| 03/01/2023 | BR2 | CH | AUTOCHRG @T3/31/2023 | $24,869.23 | $0.00 | $82,713.98 |
| 03/01/2023 | SLT | CH | FL OR for BR2 | $124.35 | $0.00 | $82,838.33 |
| 03/01/2023 | SLT | CH | FL ST for BR2 | $1,367.81 | $0.00 | $84,206.14 |
| 03/01/2023 | CAM | CH | AUTOCHRG @T3/31/2023 | $3,388.94 | $0.00 | $87,595.08 |
| 03/01/2023 | SLT | CH | FL OR for CAM | $16.94 | $0.00 | $87,612.02 |
| 03/01/2023 | SLT | CH | FL ST for CAM | $186.39 | $0.00 | $87,798.41 |
| 03/09/2023 | BR2 | CR | Receipt | $0.00 | $24,869.23 | $62,929.18 |
| 03/09/2023 | SLT | CR | Receipt | $0.00 | $124.35 | $62,804.83 |
| 03/09/2023 | SLT | CR | Receipt | $0.00 | $1,367.81 | $61,437.02 |
| 03/09/2023 | CAM | CR | Receipt | $0.00 | $3,388.94 | $58,048.08 |
| 03/09/2023 | SLT | CR | Receipt | $0.00 | $186.39 | $57,861.69 |
| 03/09/2023 | SLT | CR | Receipt | $0.00 | $16.94 | $57,844.75 |
| 03/30/2023 | PYC | CH | 2022 CAM Reconciliation | $3,231.54 | $0.00 | $61,076.29 |
| 03/30/2023 | PYT | CH | 2022 Tax Reconciliation | $52,387.70 | $0.00 | $113,463.99 |
| 04/01/2023 | BR2 | CH | AUTOCHRG @T4/30/2023 | $24,869.23 | $0.00 | $138,333.22 |
| 04/01/2023 | SLT | CH | FL OR for BR2 | $124.35 | $0.00 | $138,457.57 |
| 04/01/2023 | SLT | CH | FL ST for BR2 | $1,367.81 | $0.00 | $139,825.38 |
| 04/01/2023 | CAM | CH | AUTOCHRG @T4/30/2023 | $3,388.94 | $0.00 | $143,214.32 |

| Date | Code | Type | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|---|
| 04/01/2023 | SLT | CH | FL OR for CAM | $16.94 | $0.00 | $143,231.26 |
| 04/01/2023 | SLT | CH | FL ST for CAM | $186.39 | $0.00 | $143,417.65 |
| 05/01/2023 | BR2 | CH | AUTOCHRG @T5/31/2023 | $24,869.23 | $0.00 | $168,286.88 |
| 05/01/2023 | SLT | CH | FL OR for BR2 | $124.35 | $0.00 | $168,411.23 |
| 05/01/2023 | SLT | CH | FL ST for BR2 | $1,367.81 | $0.00 | $169,779.04 |
| 05/01/2023 | CAM | CH | AUTOCHRG @T5/31/2023 | $3,388.94 | $0.00 | $173,167.98 |
| 05/01/2023 | SLT | CH | FL OR for CAM | $16.94 | $0.00 | $173,184.92 |
| 05/01/2023 | SLT | CH | FL ST for CAM | $186.39 | $0.00 | $173,371.31 |
| 05/01/2023 | PPR | CR | Prepay | $0.00 | $7,987.64 | $165,383.67 |
| 05/02/2023 | BR2 | CR | Receipt | $0.00 | $24,869.23 | $140,514.44 |
| 05/02/2023 | SLT | CR | Receipt | $0.00 | $1,367.81 | $139,146.63 |
| 05/02/2023 | SLT | CR | Receipt | $0.00 | $124.35 | $139,022.28 |
| 05/02/2023 | CAM | CR | Receipt | $0.00 | $3,388.94 | $135,633.34 |
| 05/02/2023 | SLT | CR | Receipt | $0.00 | $186.39 | $135,446.95 |
| 05/02/2023 | SLT | CR | Receipt | $0.00 | $16.94 | $135,430.01 |
| 06/01/2023 | BR2 | CH | AUTOCHRG @T6/30/2023 | $24,869.23 | $0.00 | $160,299.24 |
| 06/01/2023 | SLT | CH | FL OR for BR2 | $124.35 | $0.00 | $160,423.59 |
| 06/01/2023 | SLT | CH | FL ST for BR2 | $1,367.81 | $0.00 | $161,791.40 |
| 06/01/2023 | CAM | CH | AUTOCHRG @T6/30/2023 | $3,388.94 | $0.00 | $165,180.34 |
| 06/01/2023 | SLT | CH | FL OR for CAM | $16.94 | $0.00 | $165,197.28 |
| 06/01/2023 | SLT | CH | FL ST for CAM | $186.39 | $0.00 | $165,383.67 |
| 06/02/2023 | BR2 | CR | Receipt | $0.00 | $24,869.23 | $140,514.44 |
| 06/02/2023 | SLT | CR | Receipt | $0.00 | $1,367.81 | $139,146.63 |
| 06/02/2023 | SLT | CR | Receipt | $0.00 | $124.35 | $139,022.28 |
| 06/02/2023 | CAM | CR | Receipt | $0.00 | $3,388.94 | $135,633.34 |
| 06/02/2023 | SLT | CR | Receipt | $0.00 | $186.39 | $135,446.95 |
| 06/02/2023 | SLT | CR | Receipt | $0.00 | $16.94 | $135,430.01 |
| 07/01/2023 | BR2 | CH | AUTOCHRG @T7/31/2023 | $24,869.23 | $0.00 | $160,299.24 |
| 07/01/2023 | SLT | CH | FL OR for BR2 | $124.35 | $0.00 | $160,423.59 |
| 07/01/2023 | SLT | CH | FL ST for BR2 | $1,367.81 | $0.00 | $161,791.40 |
| 07/01/2023 | CAM | CH | AUTOCHRG @T7/31/2023 | $3,388.94 | $0.00 | $165,180.34 |
| 07/01/2023 | SLT | CH | FL OR for CAM | $16.94 | $0.00 | $165,197.28 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/2023 | SLT | CH | FL ST for CAM | $186.39 | $0.00 | $165,383.67 |
| 07/03/2023 | BR2 | CR | Receipt | $0.00 | $24,869.23 | $140,514.44 |
| 07/03/2023 | SLT | CR | Receipt | $0.00 | $1,367.81 | $139,146.63 |
| 07/03/2023 | SLT | CR | Receipt | $0.00 | $124.35 | $139,022.28 |
| 07/03/2023 | CAM | CR | Receipt | $0.00 | $3,388.94 | $135,633.34 |
| 07/03/2023 | SLT | CR | Receipt | $0.00 | $186.39 | $135,446.95 |
| 07/03/2023 | SLT | CR | Receipt | $0.00 | $16.94 | $135,430.01 |
| | | | | $1,093,451.98 | $958,021.97 | $135,430.01 |