RIKER DANZIG LLP
Tara J. Schellhorn, Esq. (TS-8155)
Daniel A. Bloom, Esq. (DB-5288)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
tschellhorn@riker.com
dbloom@riker.com

-and-

CROWE & DUNLEVY
Christina Stephenson, Esq.
2525 McKinnon Street, Suite 425
Dallas, Texas 75201
crissie.stephenson@crowedunlevy.com

*Attorneys for TPP Bryant, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors. | Hon. Vincent F. Papalia |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF TPP BRYANT, LLC**

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), TPP Bryant, LLC ("Bryant") appears in the above-captioned cases (the "Cases") and requests copies of all notices, pleadings and other filings in the Cases including, without limitation, those pursuant to Rules 2002 and 9007, to be served on the following persons at the address, telephone number, facsimile and electronic mail indicated:

**RIKER DANZIG LLP**
Tara J. Schellhorn, Esq. (tschellhorn@riker.com)
Daniel A. Bloom, Esq. (dbloom@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

AND

**CROWE & DUNLEVY**
Christina Stephenson, Esq.
2525 McKinnon Street, Suite 425
Dallas, TX 75201
crissie.stephenson@crowedunlevy.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtor or the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive Bryant's: (1) right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) right to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments Bryant expressly reserves.

| | |
|---|---|
| July 11, 2023<br>Morristown, New Jersey | RIKER DANZIG LLP<br><br>By: /s/ *Tara J. Schellhorn*<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Daniel A. Bloom, Esq. (DB-5288)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey 07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>tschellhorn@riker.com<br>dbloom@riker.com<br><br>and<br><br>CROWE & DUNLEVY<br>Christina Stephenson, Esq.<br>2525 McKinnon Street, Suite 425<br>Dallas, Texas 75201<br>crissie.stephenson@crowedunlevy.com<br><br>*Attorneys for TPP Bryant, LLC* |

3