**RIKER DANZIG LLP**
Tara J. Schellhorn, Esq. (TS-8155)
Daniel A. Bloom, Esq. (DB-5288)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 451-0800
Facsimile: (973) 538-1984
tschellhorn@riker.com

-and-

**CROWE & DUNLEVY**
Christina W. Stephenson
2525 McKinnon St., Ste. 425
Dallas, TX
(214) 420-2141
Crissie.stephenson@crowedunlevy.com

*Attorneys for TPP Bryant, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:  BED BATH & BEYOND INC., et al.,  Debtor. | Chapter 11  Case No. 23-13359 (VFP)  Hon. Vincent F. Papalia  **CERTIFICATE OF SERVICE** |
|---|---|

1. I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the paralegal for Tara J. Schellhorn, who is counsel to creditor TPP Bryant, LLC in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On  July 11, 2023 , I caused a copy of the following pleading and/or document to be served on all parties who receive via Court's CM/ECF system, and via electronic mail on the parties listed on the chart below:

(i) Limited Objection of TPP Bryant, LLC to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 12, 2023               /s/ *Silva Dechoyan*
                                        Silva Dechoyan

| Name and Address of Party Served | Relationship of Party to the Cases | Mode of Service |
|---|---|---|
| **Cole Schotz, PC**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>Email</u><br>        (as authorized by the court*) |
| **Kirkland & Ellis LLP**<br>Joshua A. Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>601 Lexington Ave.<br>New York, NY 10022<br>Derek.hunter@kirkland.com<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Ross.fiedler@kirkland.com<br>Counsel to Debtors Hand-delivered | Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>Email</u><br>        (as authorized by the court*) |
| Office of the US Trustee for the District of New Jersey<br>One Newark Center<br>Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102<br>Fran.B.Steele@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>Email</u><br>        (as authorized by the court*) |

| Name and Address of Party Served | Relationship of Party to the Cases | Mode of Service |
|---|---|---|
| Davis Polk & Wardwell LP<br>Marshall S. Huebner, Esq.<br>Adam L. Shpeen, Esq.<br>Steven Z. Szanzer, Esq.<br>Michael Pera, Esq.<br>450 Lexington Ave.<br>New York, NY 10017<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | Counsel to Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>   (as authorized by the court*) |
| **Prokauser Rose LLP**<br>David M. Hillman, Esq.<br>Megan R. Volin, Esq.<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Counsel to DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>   (as authorized by the court*) |
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Ave., 34thFloor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to Creditors' Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>   (as authorized by the court*) |
| **Wachtell Lipton Rosen & Katz**<br>Scott K. Charles, Esq.<br>Michael S. Benn, Esq.<br>Gordon S. Moodie, Esq.<br>51 West 52ndStreet<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other Email<br>   (as authorized by the court*) |

5