**Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.**
*An Arkansas Professional Limited Liability Company*
Stan D. Smith, Esq.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:    (501) 688-8830
Email: ssmith@mwlaw.com

*Counsel for Acxiom Corporation*

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 APR 27 P 2: 34

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BED BATH & BEYOND, INC., et al.[1] | ) | Case No. 23-13359 (VFP) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that Stan D. Smith and the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., represents Acxiom LLC ("Acxiom"), a creditor and party in interest.

The undersigned attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(a) and (b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a). All such notices should be addressed as follows:

Stan D. Smith
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
(501) 688-8830
ssmith@mwlaw.com

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases/kroll...

PLEASE TAKE FURTHER NOTICE that, pursuant to § 9010 of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telecopier, email, or otherwise filed or served with regard to the above case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE, that neither this request nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to his case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (4) any other right, claims, actions, defenses, setoffs, or recoupments to which Acxiom is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Acxiom expressly reserves.

Dated: Little Rock, Arkansas

April 26, 2023

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8830
ssmith@mwlaw.com

By: _____
Stan D. Smith (AR Bar No. 90117)