Fill in this information to identify the case:

Debtor Name: Bed Bath & Beyond Inc.

United States Bankruptcy Court for the: District of New Jersey

Case Number (if known): 23-13359 (VFP)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B .................................................................... UNDETERMINED

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B .................................................................... UNDETERMINED

    +

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B .................................................................... UNDETERMINED

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................... UNDETERMINED

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of Schedule E/F .................................................................... $654,965

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F .................................................................... UNDETERMINED

    +

4. **Total liabilities**
   Lines 2 + 3a + 3b .................................................................... UNDETERMINED

**Bed Bath & Beyond Inc.**  Case Number:  23-13359 (VFP)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Unsecured Bonds** | | | | | | | |
| **3.1** BNY MELLON<br>ATTN CLAYTON COLQUITT<br>500 ROSS ST 12TH FLOOR<br>PITTSBURGH, PA 15262 | UNKNOWN<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | UNSECURED NOTES | ☐ | $1,029,938,000 |
| | | | | | | **Unsecured Bonds Total:** | **$1,029,938,000** |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Bed Bath & Beyond Inc. |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case Number (if known): | 23-13359 (VFP) |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

Warning -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- [ ] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [ ] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [ ] Schedule G:  Executory Contracts and Unexpired Leases (Official Form 206G)
- [ ] Schedule H: Codebtors (Official Form (206H)
- [ ] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [X] Amended Schedule E/F, Part 2 - Unsecured Bonds
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** July 12, 2023     **Signature:** /s/ Holly Etlin

Holly Etlin, EVP, Chief Financial Officer, Chief Restructuring Officer
**Name and Title**