Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bed Bath & Beyond Inc.
   650 Liberty Avenue
   Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
   11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/23 at 02:30 PM

to consider and act upon the following:

*1157* − Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*1239* − Limited Objection to TO ASSIGNMENT OF LEASE AND TO PROPOSED CURE COSTS (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Jonathan S. Bodner on behalf of BV Waco Central Texas Marketplace, LLC. (Bodner, Jonathan)

*1240* − Objection to TO ASSIGNMENT OF BVCV LEASE TO GOLF & TENNIS PRO SHOP, INC., AND TO PROPOSED CURE AMOUNTS (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Jonathan S. Bodner on behalf of BVCV Union Plaza, LLC. (Bodner, Jonathan)

*1291* − Supplemental Objection to Notice of Phase 1 Lease Auction (related document:964 Supplemental Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information in support of (related document:905 Document filed by Debtor Bed Bath & Beyond Inc.) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1114 Document re: Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases (related document:422 Order (Generic), 456 Document filed by Debtor Bed Bath & Beyond Inc., 771 Document filed by Debtor Bed Bath & Beyond Inc., 905 Document filed by Debtor Bed Bath & Beyond Inc.) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by James McCartney on behalf of Caparra Center Associates LLC. (Attachments: # 1 Exhibit) (McCartney, James)

*1293* – First Objection to Assignment of Telegraph Marketplace Partners II LLC's Lease to Burlington Coat Factory Warehouse Corporation and Objection to Cure Amounts (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by David Graff on behalf of Telegraph Marketplace Partners II, LLC. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Graff, David)

*1304* – Objection to Assumption and Assignment of Certain Unexpired Leases (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Jay L. Lubetkin on behalf of Mad River Development LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Certificate of Service) (Lubetkin, Jay)

*1309* – Limited Objection to Notice of Assumption of Certain Unexpired Leases (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Albert Anthony Ciardi III on behalf of Rainier Colony Place Acquisitions, LLC. (Attachments: # 1 Certificate of Service) (Ciardi, Albert)

*1310* – Objection to Debtors' Notice of Assumption of Certain Unexpired Leases (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by John S. Mairo on behalf of U.S. 41 & I−285 Company LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Mairo, John)

*1312* – Objection to Debtors' Notice of Assumption of Certain Unexpired Leases (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by John S. Mairo on behalf of DFW Lewisville Partners GP. (Attachments: # 1 Exhibit A) (Mairo, John)

*1315* – Objection to (I) Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, And Related Lease Asset Information; (II) Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of The Debtors Lease Assets and Assumption and Assignment of Certain Unexpired Leases and (III) Notice of Assumption of Certain Unexpired Leases (related document:905 Document re: Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information (related document:422 Order (Generic), 456 Document filed by Debtor Bed Bath & Beyond Inc.) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1114 Document re: Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases (related document:422 Order (Generic), 456 Document filed by Debtor Bed Bath & Beyond Inc., 771 Document filed by Debtor Bed Bath & Beyond Inc., 905 Document filed by Debtor Bed Bath & Beyond Inc.) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Leslie Carol Heilman on behalf of CLPF Marketplace, LLC, Brixmor GA Cobblestone Village St. Augustine LLC, ARC CLORLFL001, LLC. (Attachments: # 1 Exhibit 1) (Heilman, Leslie)

*1320* – Objection to /Objection of Landlord, Edison TOCA001 LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non−Residential Real Property Lease for Store No. 3076 (related document:714 Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of Edison TOCA001 LLC. (LeHane, Robert)

*1323* – Objection to /Objection of Pinnacle Hills, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No: 1142 (related document:714 Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of Pinnacle Hills, LLC. (LeHane, Robert)

*1324* – Objection to / Limited Objection of EDISON BRMA OO1 LLC and EDISON FLFL001 LLC to Motion for Order Authorizing Debtors to Assume and Assign Leases for Store Nos. 149 and 454 (related document:714 Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed

Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of EDISON BRMA 001 LLC and EDISON FLFL001 LLC. (LeHane, Robert)

*1326* – / Opposition of HGREIT II Edmondson Road, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non–Residential Real Property Lease for Store No. 301 in Opposition to (related document:714 Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of HGREIT II Edmondson Road, LLC. (LeHane, Robert)

*1328* – Limited Objection to /Limited Objection and Joinder of Regency Centers L.P. and Daly City Serramonte Center, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non–Residential Real Property Leases for Store Nos. 3108 and 385 (related document:714 Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of Daly City Serramonte Center, LLC, Regency Centers, L.P. (LeHane, Robert)

*1329* – Limited Objection to /Limited Objection of SITE Centers Corporation to Debtors' Notice of Assumption of Certain Unexpired Leases (related document:714 Document re: Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (related document:92 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc., 1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of SITE Centers Corp.. (LeHane, Robert)

*1330* – Objection to of Kite Realty Group to Debtors Motion for Order Authorizing the Debtors to Assume and Assign Non–Residential Real Property Leases for Store Nos. 591, 1405 and 3131 (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of Kite Realty Group. (LeHane, Robert)

*1331* – Objection to of SIPOC LLC and Benderson Development Company, LLC to Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1268 (related document:1157 Document re: Notice of Assumption of Certain Unexpired Leases (related document:422 Order (Generic)) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Robert L. LeHane on behalf of SIPOC LLC, Benderson Development Company. (LeHane, Robert)

Dated: 7/13/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court