| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Norris McLaughlin, P.A.<br>Melissa A. Pena, Esq.<br>400 Crossing Blvd., 8th Floor<br>Bridgewater, NJ  08807<br>917-369-8847<br>mapena@norris-law.com<br>Attorneys for Rushmore Crossing LLC; CSHV Woodlands, LP; Overton Park Plaza Associates, LLC; and San Antonio Central Park Associates, LLC | |
| In re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge:  Vincent F. Papalia<br><br>(Jointly Administered) |

**CERTIFICATION OF TARA LEDAY, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Tara LeDay, Esq. of full age, hereby certifies as follows:

1. I am an attorney with Chamberlain Hrdlicka, which maintains an address of 1200 Smith Street, Suite 1400, Houston, Texas 77002.

2. I make this certification in support of my application (the "Application"), pursuant to Local Bankruptcy Rule 9010-1, for admission to the Bankruptcy Court *pro hac vice*.  I request to be admitted *pro hac vice* to serve as co-counsel to Rushmore Crossing LLC ("Rushmore"),

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number is 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of the Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

CSHV Woodlands, LP ("CSHV"), Overton Park Plaza Associates, LLC ("Overton"), San Antonio Central Park Associates, LLC ("SACPA"), the creditors in the above-captioned proceeding.

3. I was admitted to practice law in the State of Texas in 2017. In addition, I am admitted to practice in the United States District Court for the Districts of Texas and the Fifth Circuit Court of Appeals.

4. I am a member of good standing of the Bar of the State of Texas.

5. No disciplinary proceedings are pending against me and discipline has never been imposed against me.

6. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by such Rules upon my admission.

7. If admitted *pro hac vice*, I agree to make the payments to William T. Walsh, the Clerk of the United States District Court for the District of New Jersey, and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

8. I agree to (i) abide by the Court Rules for the United States District Court for the District of New Jersey and the United States Bankruptcy Court for the District of New Jersey; (ii) immediately notify this Court of any matter affecting my standing in any court to which I am admitted; and (iii) have all pleadings, briefs, and other papers filed with this Court signed by an attorney of record authorized to practice in the State of New Jersey.

      I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      */s/ Tara LeDay*_____
                                                      Tara LeDay

Dated: July 13, 2023