**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF EXTENSION OF DEBTORS' DEADLINE TO
### REPLY TO ASSUMPTION OBJECTIONS

**PLEASE TAKE NOTICE** that on May 22, 2023 the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[Docket No. 422] (the "Lease Sale Procedures Order"),[2] by which the Court, among other things, approved expedited procedures for the assumption and assignment of unexpired leases and granted related relief.

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2023, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1114] (the "Notice of Successful Bidder") which set the Lease Sale Objection deadline as July 11, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 1 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** on June 30, 2023, the Debtors filed the *Notice of Assumption of Certain Unexpired Leases* [Docket No. 1157] which set the Assumption Objection (together with the Lease Sale Objection, the "Lease Objection") deadline as July 11, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 1 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** that the deadline to reply to any Lease Objection pursuant to the Notice of Successful Bidder is hereby extended to **July 17, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if a Lease Objection is timely filed and not withdrawn or resolved, such Lease Objection will be heard at the Lease Sale Hearing scheduled for **July 18, 2023, at 2:30 p.m. (prevailing Eastern Time)** (the "Hearing"), or such other date and time as agreed to by the Debtors and the objecting party or as ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the extension of the deadline to reply to any Lease Objection must be filed with the Court, and must indicate the basis for the objection and the need for a shorter reply deadline.

**PLEASE TAKE FURTHER NOTICE** that objections to the *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 714] will not be addressed at the Hearing.

*[Remainder of page intentionally left blank]*

---

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Debtors' Motion for Entry of an Order (I) Establishing Sales Procedures, (II) Approving the Sale of Certain Real Property and Leases, and (III) Granting Related Relief* [Docket No. 193], as applicable.

Dated: July 13, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:   joshua.sussberg@kirkland.com
         emily.geier@kirkland.com
         derek.hunter@kirkland.com

*Co-Counsel for Debtors and
Debtors in Possession*

65548/0001-45741728v1