UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DUANE MORRIS LLP**
Wendy M. Simkulak (wmsimkulak@duanemorris.com)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020

*Counsel for the Chubb Companies*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC. *et al.*,[1] | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |
| Debtor | Honorable Vincent F. Papalia |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that **Wendy M. Simkulak, Esq.**, of the law firm Duane Morris

LLP, hereby enters her appearance in the above-referenced chapter 11 cases pursuant to Rule

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for

ACE American Insurance Company, ACE Property & Casualty Insurance Company, Westchester

Fire Insurance Company, Westchester Surplus Lines Insurance Company, Indemnity Insurance

Company of North America, Federal Insurance Company, Chubb Custom Insurance Company,

Executive Risk Specialty Insurance Company, Executive Risk Indemnity Inc., Great Northern

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Insurance Company, Chubb Insurance Company of New Jersey, Vigilant Insurance Company,

Chubb Indemnity Insurance Company, ESIS, Inc. and each of their respective U.S.-based affiliates

and successors (collectively, and solely in their capacities as insurers and/or third party

administrators of one or more of the above-captioned debtors, the "Chubb Companies") and,

pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 342 and 1109(b) of chapter 11

of title 11 of the United States Code (the "Bankruptcy Code"), request that copies of all notices

and pleadings given or filed in these cases be given to and served upon the undersigned attorney,

at the address set forth below:

> ADDRESS:    Wendy M. Simkulak, Esquire
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Telephone: 215-979-1000
> Fax: 215-979-1020
> Email: WMSimkulak@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the Bankruptcy Rules specified above, but also includes without

limitation, any notice, application, complaint, demand, motion, petition, pleading or request,

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and

proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for

Service of Notices and Papers is neither intended as nor is it a consent of the Chubb Companies to

the jurisdiction of the Bankruptcy Court, and this Notice of Appearance and Request for Service

of Notices and Papers shall not be deemed to be a waiver of the right of the Chubb Companies (1)

to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) to

trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related

DM3\9788298.1

to this case; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary

withdrawal; (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's

jurisdiction pursuant to the United States Supreme Court's decision in *Stern v. Marshall,* 131 S.

Ct. 2594 (2011); or (5) to any other rights, claims, actions, setoffs, or recoupments to which the

Chubb Companies are or may be entitled, in law or in equity, all of which rights, claims, actions,

defenses, setoffs, and recoupments the Chubb Companies expressly reserve. Nor shall this Notice

of Appearance and Request for Service of Notices and Papers be deemed to constitute consent to

electronic service of any pleading or papers for which mailed or personal service is required under

the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

DOCUMENTS:

X      All notices entered pursuant to Fed. R. Bankr. P. 2002.

X      All documents and pleadings of any nature.

Dated: July 14, 2023                          Respectfully submitted,

                                              **DUANE MORRIS LLP**

                                              */s/ Wendy M. Simkulak*

                                              Wendy M. Simkulak, Esq.
                                              30 South 17th Street
                                              Philadelphia, PA 19103
                                              Phone: (215) 979-1000
                                              Fax: (215) 979-1020
                                              Email: WMSimkulak@duanemorris.com

                                              *Counsel for the Chubb Companies*

DM3\9788298.1