UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
NJ Bar No. 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

In Re:

BED BATH & BEYOND,
       Debtor,

Case No.: 23-13359-VFP

Chapter: 11

Adv. No.:

Hearing Date:

Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, Keri P. Ebeck :

    ☒ represent Realty Income Corporation in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On July 14, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection of Landlord Realty Income Corporation to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Real Property Lease for Store 1107

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 14, 2023

/s/ Keri P. Ebeck
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bed Bath & Beyond Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Olivia F. Acuna, Jacob E. Black, Ross Fiedler, Emily E. Geier, Derek I. Hunter, Joshua Sussberg<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other _____<br>   (as authorized by the court *) |
| Richard U.S. Howell, P.C, Charles B. Sterrett<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Debtors Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Casey McGushin<br>3101 Old Jacksonville Road<br>Springfield, IL 62704 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Casey McGushin<br>3101 Old Jacksonville Road<br>Springfield, IL 62704 | Debtor Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Warren A. Usatine, Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | Debtors Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria Nikolinos<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Notice of Electronic Fil<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Service to the Matrix List as of June 6, 2023 | Matrix List | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |