Bernstein-Burkley, P.C.
Keri P. Ebeck, Esq.
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-811

*Attorneys for Realty Income Corporation*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF J. ALEXANDRA RHIM

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission *pro hac vice* of J. Alexandra Rhim of the law firm Hemar, Rousso & Heald LLP, to represent Realty Income Corporation before this Court in connection with the above-captioned chapter 11 cases.

In support of this Application, the undersigned submits the attached Certification of J. Alexandra Rhim, Esq. and requests that the proposed form of order submitted herewith be entered. The undersigned certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated: July 14, 2023

        Respectfully submitted,

        **BERNSTEIN-BERKLEY, P.C.**

        By: */s/ Keri P. Ebeck*
        Keri P., Ebeck, NJ ID No. 262092017
        kebeck@bernsteinlaw.com
        601 Grant Street, 9th Floor
        Pittsburgh, PA 15219
        Telephone: 412-456-8112
        Fax: 412- 456-8135

        *Attorneys for Realty Income Corporation*