Bernstein-Burkley, P.C.
Keri P. Ebeck, Esq.
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-811

*Attorneys for Realty Income Corporation*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 23-13359-VFP |
| Bed Bath & Beyond, Inc., *et al.*, | |
| DEBTOR. | |

**CERTIFICATION OF J. ALEXANDRA RHIM IN SUPPORT OF
APPLICATION FOR *PRO HAC VICE* ADMISSION**

I, J. Alexandra Rhim, Esq., hereby certify and state as follows:

1. I am a Partner of the law firm Hemar, Rousso & Heald, LLP. I maintain my regular office for practice of law at 15910 Ventura Blvd., Suite 1200, Encino CA.

2. I am a member in good standing of the bar of the State of California (admitted in 1995) and am duly licensed and admitted to practice in the United States District Courts for the Central, Eastern, Northern and Southern Districts of California.

3. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

5. Upon being admitted to appear and participate in this case pro hac vice, I shall promptly cause payment to be made to the Clerk of the Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey ("D.N.J. L.R.").

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission pro hac vice

WHEREFORE, it is respectfully requested that this Court grant my request for admission *pro hac vice* to appear and participate in the above-captioned matter

Dated: July 14, 2023

By: /s/ J. Alexandra Rhim
J. Alexandra Rhim (*pro hac vice* pending)
Hemar Rousso & Heald LLP
15910 Ventura Blvd., Suite 1200
Encino, CA 91436
(818) 907-3135
arhim@hrhlaw.com