# EXHIBIT "A"

| | SCHEDULE OF CURE AMOUNT | | | |
|---|---|---|---|---|
| | **BASE RENT** | **DUE** | **PAYMENT STATUS** | |
| January | | $27,509.33 | PAID | |
| February | | $27,509.33 | PAID | |
| March | | $27,509.33 | PAID | |
| April | | $27,509.33 | PARTIAL - BASE RENT- POST PETITION 4/23-4/30 - $7,235.33 | |
| May | | $27,509.33 | PAID | |
| June | | $27,509.33 | PAID | |
| July | | N/A | | |
| **TOTAL OWED:** | | $20,274.00 | | |
| | | | | |
| | **UTILITIES** | | | |
| Sewer charges | | $2,616.43 | PAID BY LANDLORD 1/6/2023 | |
| | | | | |
| | **TAXES** | | | |
| 1st Quarter | | $21,938.36 | PAID BY LANDLORDS | |
| 2nd Quarter | | $21,938.36 | $9,402.15 PAID - RET POST-PETITION 2ND QUARTER - 4/25-5/31 | |
| 3rd Quarter | | N/A | | |
| 4th Quarter | | N/A | | |
| **TOTAL OWED:** | | $34,474.81 | | |
| | | | | |
| | **MINIMUM PERCENTAGE RENT** | | | |
| | 2022 | $32,850.00 | NOT PAID | |
| | 2023 | $32,850.00 | * NOT PAID - UNLESS NEW CO.' SALES ARE $7 MILLION - THEN 4% | *TBD AT END OF CALENDAR YEAR |
| **TOTAL OWED:** | | $32,850.00 | | |
| | | | | |
| | **ATTORNEYS' FEES (THROUGH 4/23/23 - BANKRUPTCY PETITION DATE)** | | | |
| Provision 16.1.3: Upon an Event of Default, Tenant shall be liable for and shall pay to Landlord, in addition to any sum provided to be paid above... all other commercially reasonable expenses incurred by Landlord in enforcing or defending Landlord's rights and/or remedies, including reasonable attorneys' fees. | | $6,887.70 | | |
| **TOTAL OWED:** | | | | **$97,102.94** |

**711 Route 28**
**Bridgewater, New Jersey**
**Tenant Damages**

| | Description | Budgeted Cost |
|---|---|---|
| | Repair/Repave Parking Lot | $ 65,500.00 |
| | Repair/Repave Loading Dock/Dumpster Pad | $ 13,400.00 |
| | Landscaping - Clean Up | $ 2,400.00 |
| | Repair Floors | $ 1,000.00 |
| | Repair Roof Deck Signage Holes | $ 3,700.00 |
| | Caulk Exterior Control Joints | $ 3,700.00 |
| | Refinish EIFS at Main Entry | $ 15,750.00 |

**Total: $ 105,450.00**

#13920335.1