LAW OFFICES OF LISA M. SOLOMON
Lisa M. Solomon, Esq. *(admitted pro hac vice)*
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
(212) 471-0067; Fax 212-980-6965
Lisa.Solomon@att.net

SCARINCI & HOLLENBECK, LLC
David Edelberg, Esq.
150 Clove Road, 9th Fl.
Little Falls, New Jersey 07424
201-896-4100; Fax 201-896-8660
DEdelberg@sh-law.com

*Counsel for DC USA Operating Co., LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtors. | Chapter 11 Case No. 23-13359 (VPF) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Lisa M. Solomon, hereby certify on July 11, 2023, I caused a true and correct copy of the Limited Objection of Landlord DC USA Operating Co., LLC to Debtors' Notice of Assumption ad Assignment of Lease and Cure Costs and Reservation of Rights [ECF No. 1295], in addition to service by ECF through the electronic filing system with the Court made on July 11, 2023, to be served by electronic transmission upon the parties below at the email addresses below:

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Joshua A. Sussberg, P.C.,
Emily E. Geier, P.C.,
Derek I. Hunter, and
Ross J. Fiedler
Email: joshua.sussberg@kirkland.com;
emily.geier@kirkland.com
derek.hunter@kirkland.com

Cole Schotz P.C.
Michael D. Sirota, Esq.
Warren A. Usatine, Esq., and
Felice R. Yudkin, Esq
25 Main Street Hackensack
New Jersey 07601
email: msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: David M. Hillman
and Megan R. Volin
DHillman@proskauer.com
MVolin@proskauer.com

Office of the United States Trustee
Andrew R.Vara, U.S. Trustee, Regions 3 & 9
Fran B. Steele, Esq.
Fran.B.Steele@usdoj.gov

Pachulski Stang Ziehl & Jones LLP/
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov and Colin R. Robinson
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

Dated: July 14, 2023

      /s/ Lisa M. Solomon
Lisa M. Solomon