UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Philip J. Gross, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>E-mail: krosen@lowenstein.com<br>E-mail: pgross@lowenstein.com<br>Email: mseymour@lowenstein.com<br><br>*Co-Counsel to Michaels Stores, Inc.* | **WHITE & CASE LLP**<br>Gregory F. Pesce, Esq. *(pro hac vice pending)*<br>Laura E. Baccash, Esq. *(pro hac vice pending)*<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606-4302<br>Telephone: (312) 881-5400<br>Email: gregory.pesce@whitecase.com<br>Email:  laura.baccash@whitecase.com<br><br>-and-<br><br>Samuel P. Hershey, Esq. (*pro hac vice* pending)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: sam.hershey@whitecase.com<br><br>-and-<br><br>Devin J. Rivero, Esq. *(pro hac vice pending)*<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>Telephone: (305) 371-2700<br>Email:  devin.rivero@whitecase.com |
| In re:<br><br>     BED BATH & BEYOND INC., *et al.,*<br><br>         Debtors. [1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## APPLICATION FOR PRO HAC VICE
## ADMISSION OF DEVIN J. RIVERO, ESQ.

The undersigned hereby seeks entry of an Order granting the admission *pro hac vice* of Devin J. Rivero, Esq. of the law firm of White & Case LLP, counsel to Michaels Stores, Inc., to practice before this Court in connection with the above-captioned chapter 11 cases.

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R.") and Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey, application is hereby made for an Order for *pro hac vice* admission of Devin J. Rivero, Esq. of the law firm of White & Case LLP.

In support of this Application, the applicant relies upon the attached Certification of Devin J. Rivero, Esq.  Unless requested by other parties, no oral argument is requested.  A proposed form of Order is also submitted herewith.

Dated: July 17, 2023

Respectfully submitted,

*/s/ Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Philip J. Gross, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: krosen@lowenstein.com
Email: pgross@lowenstein.com
Email: mseymour@lowenstein.com