| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Philip J. Gross, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>E-mail: krosen@lowenstein.com<br>E-mail: pgross@lowenstein.com<br>Email: mseymour@lowenstein.com<br><br>*Co-Counsel to Michaels Companies, Inc.* | **WHITE & CASE LLP**<br>Gregory F. Pesce, Esq. *(pro hac vice pending)*<br>Laura E. Baccash, Esq. *(pro hac vice pending)*<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606-4302<br>Telephone: (312) 881-5400<br>Email: gregory.pesce@whitecase.com<br>Email: laura.baccash@whitecase.com<br><br>-and-<br><br>Samuel P. Hershey, Esq. (*pro hac vice* pending)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: sam.hershey@whitecase.com<br><br>-and-<br><br>Devin J. Rivero, Esq. *(pro hac vice pending)*<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>Telephone: (305) 371-2700<br>Email: devin.rivero@whitecase.com |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### CERTIFICATION OF DEVIN J. RIVERO IN SUPPORT OF APPLICATION FOR ORDER FOR ADMISSION PRO HAC VICE

I, Devin J. Rivero, Esq., hereby certify pursuant to 28 U.S.C § 1746, as follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. I am an attorney at the law firm of White & Case LLP.

2. I am a member in good standing of the bar of the State of Florida, and am duly licensed and admitted to practice in that jurisdiction.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this Certification in support of the application to permit me to appear and participate, *pro hac vice*, as counsel to Michaels Stores, Inc. in this proceeding as I have particularized knowledge of the facts and circumstances relating to this matter.

5. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District of New Jersey ("D.N.J. L.R.").

6. I will abide by D.N.J. L.R. 101.1(c).

7. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2023              /s/ *Devin J. Rivero*
                                  Devin J. Rivero, Esq.