| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>Sari B. Placona<br>75 Livingston Avenue, Second Floor<br>Roseland, New Jersey 07068<br>Telephone: 973-622-1800<br>Email: splacona@msbnj.com<br><br>*Counsel for Vista Property Company and Rockwall Crossing SC, LP* | **FERGUSON BRASWELL FRASER KUBASTA PC**<br>Rachael L. Smiley<br>2500 Dallas Parkway, Suite 600<br>Plano, Texas 75093<br>Telephone: 972-378-9111<br>Facsimile: 972-378-9115<br>Email: rsmiley@fbfk.law<br><br>*Counsel for Vista Property Company and Rockwall Crossing SC, LP* |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### CERTIFICATION OF RACHAEL L. SMILEY, ESQ.

I, Rachael L. Smiley, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Ferguson Braswell Fraser Kubasta PC, counsel to Vista Property Company, LLC and Rockwall Crossing SC, LP. My office is located at 2500 Dallas Parkway, Suite 600, Plano, TX 75093. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

2. I am admitted to practice law in the State of Texas. I am also admitted to practice before the United States District and Bankruptcy Courts for the Northern, Southern, Eastern and Western Districts of Texas.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 17, 2023                                  /s/ Rachael L. Smiley
                                                                 Rachael L. Smiley

*Counsel for Vista Property Company, LLC and Rockwall Crossing SC, LP*

4895-2030-9361, v. 1