| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Philip J. Gross, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>E-mail: krosen@lowenstein.com<br>E-mail: pgross@lowenstein.com<br>E-mail: mseymour@lowenstein.com<br><br>*Co-Counsel to Michaels Stores, Inc.* | **WHITE & CASE LLP**<br>Gregory F. Pesce, Esq. *(pro hac vice pending)*<br>Laura E. Baccash, Esq. *(pro hac vice pending)*<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606-4302<br>Telephone: (312) 881-5400<br>Email: gregory.pesce@whitecase.com<br>Email: laura.baccash@whitecase.com<br><br>-and-<br><br>Samuel P. Hershey, Esq. (*pro hac vice* pending)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: sam.hershey@whitecase.com<br><br>-and-<br><br>Devin J. Rivero, Esq. *(pro hac vice pending)*<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>Telephone: (305) 371-2700<br>Email: devin.rivero@whitecase.com |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR
NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (3) through four (4) is hereby

**ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Page:         2
Debtors:     BED BATH & BEYOND INC., *et al.*
Case No:    23-13359 (VFP)
Caption:    *Order Shortening Time Period for Notice Regarding Michaels Stores, Inc.'s Motion to File Under Seal Exhibit A to Declaration of Todd Powers*

On request of Michaels Stores, Inc. ("Michaels"), for a reduction of time on *Michaels Stores Inc.'s Motion to File Under Seal Exhibit A to the Declaration of Todd Powers in Support of Michaels Stores, Inc.'s Reply to Objection of Pinnacle Hills, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142 to Michaels Stores, Inc.* [Docket No. 1385] (the "Seal Motion") under Fed. R. Bankr. P. 9006(c)(1), it is hereby

**ORDERED** as follows:

1. A hearing will be conducted on the Seal Motion on **July 18, 2023 at 2:30 p.m.** in the United States Bankruptcy Court, for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, Courtroom 3B.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtors' counsel, counsel to the Official Committee of Unsecured Creditors and counsel to the United States Trustee, by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ e-mail,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____ by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ e-mail,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

-2-

Page: 3
Debtors: BED BATH & BEYOND INC., *et al.*
Case No: 23-13359 (VFP)
Caption: *Order Shortening Time Period for Notice Regarding Michaels Stores, Inc.'s Motion to File Under Seal Exhibit A to Declaration of Todd Powers*

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. Any objection to said motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

7. ☐ Court appearances are required to prosecute said motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.