## **EXHIBIT A**

## **PROPOSED ORDER**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert L. LeHane, Esq.<br>Ravi Vohra, Esq.<br>Connie Choe, Esq.<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  rlehane@kelleydrye.com<br>　　　　rvohra@kelleydrye.com<br>　　　　cchoe@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for Brookfield Properties Retail, Inc.* | |
| In re:<br><br>**BED BATH & BEYOND INC.,** *et al.***,**<br><br>　　　　　　　　Debtors.[1] | Chapter:　11<br>Case No.:　23-13359 (VFP)<br><br>Judge:　Hon. Vincent F. Papalia<br>　　　　　U.S. Bankruptcy Judge |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is hereby **ORDERED**.

On request of the BROOKFIELD PROPERTIES RETAIL, INC. to seal the following

document(s), Lease dated January 5, 2021, between Pinnacle Hills LLC, as Landlord, and Hobby

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Debtors: BED BATH & BEYOND, INC., et al.

Case No. 23-13359 (VFP)

Caption of Order: ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

Lobby Stores, Inc., as Tenant, and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.