**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS**
**INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL NOTICE OF PHASE 2 LEASE AUCTION, QUALIFIED**
**BIDS, LEASE SALE HEARING, AND RELATED LEASE ASSET INFORMATION**

**PLEASE TAKE NOTICE** that on May 22, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Establishing Procedures to Sell*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

*Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Docket No. 422] (the "Lease Sale Procedures Order"),[2] by which the Court approved procedures (the "Lease Sale Procedures") setting forth the process by which the Debtors are authorized to conduct one or more auctions (each, a "Lease Auction") for the sale of certain unexpired leases of nonresidential real property, including with any ancillary agreement(s) thereto or through the sale of designation rights related thereto (the "Lease Assets").

**PLEASE TAKE FURTHER NOTICE** that on July 1, 2023, the Debtors filed the *Notice of (I) Phase 2 Lease Auction and Potential Lease Sale Hearing and (II) Extension of Dates and Deadlines Related Thereto* [Docket No. 1162], which (i) notified interested parties of the Debtors' solicitation of offers for the sale, liquidation, or other disposition of certain of the Debtors' Lease Assets, as set forth on Schedule 1 attached thereto, consistent with the Lease Sale Procedures approved by the Court through entry of the Lease Sale Procedures Order, (ii) set forth the revised Phase 2 Lease Sale Process, (iii) established a bid deadline for certain Lease Assets relating to the Phase 2 Lease Sale Process of July 13, 2023 at 5:00 p.m. prevailing Eastern Time (the "Phase 2 Bid Deadline"), and (iv) established an auction for the Phase 2 Lease Process of July 19, 2023 at 10:00 a.m. prevailing Eastern Time (the "Phase 2 Lease Auction").

**PLEASE TAKE FURTHER NOTICE** that the full list of Lease Assets included in the Phase 2 Lease Auction, as may have been amended, supplemented, or otherwise modified from Schedule 1 attached to the Phase 2 Auction Notice, are set forth on **Schedule 1** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will conduct the Phase 2 Lease Auction, in accordance with the Lease Sale Procedures Order, **on July 19, 2023 at 10:00 a.m. prevailing Eastern Time** at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 and via videoconference. Attendance at the Lease Auction will be limited to the Debtors, the Debtors' advisors, the Consultation Parties, the Office of the United States Trustee for the District of New Jersey, the Committee, counterparties to the Lease Assets listed on **Schedule 1** attached hereto, each Qualified Bidder, and any other parties invited specifically by the Debtors (and the professionals for each of the foregoing) (collectively, the "Permitted Auction Participants"). Attendees will be permitted to attend in person or through an online platform moderated by the Debtors. To the extent that there are any inconsistencies between this notice and the Lease Sale Procedures or Lease Sale Procedures Order, the Lease Sale Procedures or Lease Sale Procedures Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that on **July 17, 2023**, the Debtors will provide each Qualified Bidder (or counsel thereto) with details regarding the videoconference logistics for attending the Phase 2 Lease Auction by email (to the extent known). To the extent any Qualified Bidder does not actually receive such details by 9:00 a.m. prevailing Eastern Time on July 18, 2023, each Qualified Bidder (or counsel thereto) shall inform co-counsel to the Debtors (as listed herein) or by email to BBBY_KE_Lease_Team@kirkland.com, DBass@coleschotz.com, and JPark@coleschotz.com. Qualified Bidders are encouraged to reach out to the foregoing

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Debtors' Motion for Entry of an Order (I) Establishing Sales Procedures, (II) Approving the Sale of Certain Real Property and Leases, and (III) Granting Related Relief* [Docket No. 193], as applicable.

representatives of the Debtors with any questions related to the Lease Sale Procedures or Lease Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Lease Sale(s) at the hearing scheduled to commence on or before **July 28, 2023** (the "Phase 2 Lease Sale Hearing") before the Honorable Vincent F. Papalia, at the Court, Courtroom 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102.

**PLEASE TAKE FURTHER NOTICE** that objections to approval of the proposed Lease Sale(s), the proposed assumption and assignment, and/or to the Successful Bidder's proposed form of adequate assurance of future performance must file a written objection (each, a "Lease Sale Objection") so that such objection is filed with the Court so as to be **actually received** by **July 26, 2023, at 9:00 a.m., prevailing Eastern Time** and serve such Objection on: (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler; and Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq., Warren A. Usatine, Esq., Felice R. Yudkin, Esq, David M. Bass, Esq., and W. John Park, co-counsel to the Debtors; (b) the Office of the United States Trustee for the District of New Jersey, Attn: Fran B. Steele and Alexandria Nikolinos; (c) Pachulski Stang Ziehl & Jones LLP, 780 3rd Ave #34, New York, NY 10017, Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov and Colin R. Robinson, counsel to the Committee; and (d) Proskauer Rose LLP, Eleven Times Square, New York, New York 10036, Attn: David M. Hillman and Charles A. Dale, counsel to the DIP Agent.

### CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO A LEASE SALE ON OR BEFORE THE TRANSACTION OBJECTION DEADLINE IN ACCORDANCE WITH THE LEASE SALE PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO SUCH LEASE SALE, INCLUDING WITH RESPECT TO THE DISPOSITION OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN SUCH OTHER AGREEMENT WITH THE SUCCESSFUL BIDDER.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Lease Sale Procedures Motion, Lease Sale Procedures, and the Lease Sale Procedures Order, as well as all related exhibits, including the form assumption and assignment agreement and form lease termination agreement, are available: (a) upon request to Kroll Restructuring Administration LLC (the notice and claims agent retained in these Chapter 11 Cases) by calling (833) 332-9937 (toll free) or, for international callers, +1 (646) 440-4757; (b) by visiting the website maintained in these Chapter 11 Cases at https://restructuring.ra.kroll.com/bbby; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

[*Remainder of page intentionally left blank.*]

Dated: July 17, 2023

/s/ *Michael Sirota*
_____
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:   joshua.sussberg@kirkland.com
         emily.geier@kirkland.com
         derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## Schedule 1

### Schedule of Phase 2 Lease Assets

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 1. | FARLEY REALTY ASSOCIATES | SCHAFFER, STEVEN, ATTORNEY, 21 PARTRIDGE LANE, LONG VALLEY, NJ 07853 | Store Lease | 1 | 715 MORRIS Turnpike, SPRINGFIELD, NJ, 07081 |
| 2. | PASSCO COMPANIES LLC | 96 CORPORATE PARK SUITE 200, IRVIN, CA 92606 | Store Lease | 61 | 801 West 15th St, Suite D, Plano, TX, 75075 |
| 3. | COBB PLACE PROPERTY, LLC | ATTN: MARK IBANEZ, 7 E. CONGRESS STREET SUITE 900A, SAVANNAH, GA 31401 | Store Lease | 66 | 840 Ernest W. Barrett Parkway N.W. Suite 170, Kennesaw, GA, 30144 |
| 4. | ARG PSALBNM001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 111 | 2451 San Mateo Boulevard NE Suite D, Albuquerque, NM, 87110 |
| 5. | INLAND WESTERN SAN ANTONIO HUEBNER OAKS, LP | RPAI SOUTHWEST MANAGEMENT LLC, 1560 E. SOUTHLAKE BLVD., SUITE 100, SOUTHLAKE, TX 76092 | Store Lease | 134 | Huebner Oaks Center, 11745 IH 10 West Ste. 750, San Antonio, TX, 78230 |
| 6. | BAYER DEVELOPMENT COMPANY, L.L.C. | C/O CENTENNIAL ADVISORY SERVICE, LLC, ATTN: CHIEF OPERATING OFFICER, 8750 N. CENTRAL EXPRESSWAY, SUITE 1740, DALLAS, TX 75231 | Store Lease | 148 | The Summit, 313 Summit Blvd., Birmingham, AL, 35243 |
| 7. | EQUITY ONE (FLORIDA PORTFOLIO) LLC | C/O REGENCY CENTERS CORPORATION, ATTN: LEASE ADMINISTRATION, ONE INDEPENDENT DRIVE, SUITE 114, JACKSONVILLE, FL 32202-5019 | Store Lease | 197 | 19205 Biscayne Blvd., Aventura, FL, 33180 |
| 8. | 211PAY-R.E.D. CAPITAL MANAGEMENT, L.L.C. | PO BOX 415048, KANSAS CITY, MO 64141-5048 | Store Lease | 211 | Southpointe Pavilions, 2960 Pine Lake Rd Suite A, Lincoln, NE, 68516 |
| 9. | RAMCO-GERSHENSON PROPERTIES LP | 31500 NORTHWESTERN HIGHWAY, SUITE 300, FARMINGTON HILLS, MI 48334 | Store Lease | 213 | Vista Plaza, 2450 NW Federal Highway, Stuart, FL, 34994 |
| 10. | WEINGARTEN NOSTAT INC. | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 214 | 23676 US Hwy 19 North, Clearwater, FL, 33765 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 11. | INTERNATIONAL SPEEDWAY SQUARE LTD | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 236 | 2500 W. International Speedway Blvd., Daytona Beach, FL, 32114 |
| 12. | KRG MIAMI 19TH STREET II, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 260 | 950 Merchants Concourse, Westbury, NY, 11590-5199 |
| 13. | 36 MONMOUTH PLAZA LLC | ADJMI, ALEX, LANDLORD, C/O ACHS MANAGEMENT CORP., 1412 BROADWAY, 3RD FLOOR, NEW YORK, NY 10018 | Store Lease | 266 | 92 Route 36, Eatontown, NJ, 07724 |
| 14. | BELL TOWER SHOPS, LLC | C/O MADISON MARQUETTE, 1000 MAINE AVE., SW, SUITE 300, WASHINGTON, DC 20024 | Store Lease | 285 | 13499 South Cleveland Avenue, Suite 200, Ft. Myers, FL, 33907 |
| 15. | MIDDLETOWN SHOPPING CENTER I, L.P. | C/O WILNER REALTY & DEVELOPMENT CO., 136 COULTER AVENUE, ARDMORE, PA 19003 | Store Lease | 289 | 1115 Route 35, Middletown, NJ, 07748 |
| 16. | FRONTIER VILLAGE L.P. | C/O SANSONE GROUP, 120 SOUTH CENTRAL AVENUE, SUITE 500, ST. LOUIS, MO 63105 | Store Lease | 305 | 2701-A Parker Road, Suite 400, Round Rock, TX, 78681 |
| 17. | MCKAY INVESTMENT COMPANY LLC | 2300 OAKMONT WAY SUITE 200, EUGENE, OR 97401 | Store Lease | 319 | 95 Oakway Center, Eugene, OR, 97401 |
| 18. | PT-USRIF MERIDIAN, LLC | C/O PINE TREE COMMERCIAL REALTY, LLC, 40 SKOKIE BLVD. SUITE 610, NORTHBROOK, IL 60062 | Store Lease | 333 | 1350 North Eagle Road, Meridian, ID, 83642 |
| 19. | KRG PLAZA GREEN, LLC | C/O KITE REALTY GROUP, L.P., 30 S. MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 349 | 1117 Woodruff Road, Suite D., Greenville, SC, 29607 |
| 20. | CENTENNIAL REAL ESTATE MANAGEMENT, LLC | ATTN: CHIEF LEGAL OFFICER, 8750 N CENTRAL EXPRESSWAY, SUITE 1740, DALLAS, TX 75231 | Store Lease | 405 | 6888 Governors West, Huntsville, AL, 35806 |
| 21. | MAIN STREET AT EXTON, LP | C/O WOLFSON GROUP INC., 120 W. GERMANTOWN PIKE, STE 120, ATTN: STEVEN B. WOLFSON, PLYMOUTH MEETING, PA 19462 | Store Lease | 432 | 108 Bartlett Avenue, Exton, PA, 19341 |
| 22. | 437 PAY-AIG BAKER ANDERSON, LLC | 1701 LEE BRANCH LANE, BIRMINGHAM, AL 35242 | Store Lease | 437 | 146 Station Drive, Anderson, SC, 29621 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 23. | CIII, BACM05-1-INDIAN RIVER | C/O BAYER PROPERTIES, L.L.C., ATTN: GENERAL COUNSEL, 2222 ARLINGTON AVENUE, BIRMINGHAM, AL 35205 | Store Lease | 518 | 6150 20th Street, Vero Beach, FL, 32966 |
| 24. | 560 PAY-JDN REALTY CORP. | DEPT. 101412 20548 895, PO BOX 532614 DEPT 410, ATLANTA, GA 30353-2614 | Store Lease | 560 | 5075 Morganton Road, Suite 9C, Fayetteville, NC, 28314 |
| 25. | DS TOWN & COUNTRY, LLC | ATTN: ASSET MGMT., 200 EAST BAKER ST. SUITE 100, COSTA MESA, CA 92626 | Store Lease | 569 | 2725 Marconi Ave, Sacramento, CA, 95821 |
| 26. | 3503 RP MIAMI 19TH STREET | RPAI US MANAGEMENT LLC, 2021 SPRING ROAD, SUITE 200, OAK BROOK, IL 60523 | Store Lease | 579 | 10640 N.W. 19th Street, Miami, FL, 33172 |
| 27. | 592 P1-W. ASHLEY SHOPPES, LLC | C/O KIMCO REALTY CORP., 3333 NEW HYDE PARK ROAD, NEW HYDE PARK, NY 11042 | Store Lease | 592 | 946 Orleans Road, Suite E-1, Charleston, SC, 29407 |
| 28. | 168TH AND DODGE, LP | C/O RED DEVELOPMENT, LLC, ATTN: LEASE LEGAL NOTICES, ONE EAST WASHINGTON STREET, SUITE 300, PHOENIX, AZ 85004-2513 | Store Lease | 771 | 255 N. 170th Street, Omaha, NE, 68118 |
| 29. | 812PAY-SIMA MOUNTAIN VIEW, LLC | C/O MANAGEMENT OFFICE, 63455 N HWY 97, BEND, OR 97701 | Store Lease | 812 | 63455 N. Highway 97, Suite 113, Bend, OR, 97703 |
| 30. | FAIRVIEW SHOPPING CENTER, LLC | 1900 AVENUE OF THE STARS, SUITE 2475, LOS ANGELES, CA 90067 | Store Lease | 820 | 189 North Fairview Ave, Goleta, CA, 93117 |
| 31. | 1028P1-CASTO-OAKBRIDGE VENTURE LTD | PO BOX 1450, COLUMBUS, OH 43216 | Store Lease | 1028 | 1500 Town Center Drive, Lakeland, FL, 33803 |
| 32. | FOURTH QUARTER PROPERTIES, XL III, LLC | MINIUTTI, DAVID, C/O THOMAS ENTERPRISES INC., 45 ANSLEY DRIVE, NEWMAN, GA 30263 | Store Lease | 1030 | La Quinta Pavillion, 79-110 Hwy 111, La Quinta, CA, 92253 |
| 33. | HART TC I - III LC | C/O CRAWFORD SQUARE REAL ESTATE ADVISORS, 2700 2ND AVENUE SOUTH SUITE 200, BIRMINGHAM, AL 35233 | Store Lease | 1035 | Colonial Pinnacle at Turkey Creek, 11263 Parkside Drive Suite 612, Knoxville, TN, 37934 |
| 34. | BREIT BINGO HOLDINGS LLC | SHOPCORE PROPERTIES, 50 S. 16TH STREET, SUITE 3325, ATTN: LEGAL DEPARTMENT, PHILADELPHIA, PA 19102 | Store Lease | 1119 | 1245 North Peachtree Parkway, Peachtree City, GA, 30269 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 35. | ARG CCALBNM001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 1133 | 3601 Old Airport Road Suite A, Albuquerque, NM, 87114 |
| 36. | CATELLUS AUSTIN RETAIL II, LP | 4545 AIRPORT WAY, DENVER, CO 80239 | Store Lease | 1161 | 1201 Barbara Jordan Boulevard Suite #200, Austin, TX, 78723 |
| 37. | HINGHAM LAUNCH PROPERTY LLC | C/O SAMUELS & ASSOCIATES, 136 BROOKLINE AVENUE, BOSTON, MA 02115 | Store Lease | 1258 | 9 Shipyard Drive, Hingham, MA, 02043 |
| 38. | MARKET STREET FLOWOOD L.P. | 970 GARDEN PARK DRIVE, ALLEN, TX 75013 | Store Lease | 1259 | 760 Mackenzie Lane, Flowood, MS, 39232 |
| 39. | KRG SUNLAND, LP, AN INDIANA LIMITED PARTNERSHIP | KRAMER, FRANK, PROPERTY MANAGER, 30 SOUTH MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 1291 | 655 Sunland Park Drive, Suite I, El Paso, TX, 79912 |
| 40. | FORUM LOAN STAR, L.P., | ONE EXECUTIVE BLVD 4TH FLOOR, YONKERS, NY 10701 | Store Lease | 1317 | 8262 Agora Parkway, Selma, TX, 78154 |
| 41. | CREEKSTONE JUBAN I, LLC | DESHOTELS, MELISSA, PROPERTY MANAGER, ATTN: STEPHEN D. KELLER, 6765 CORPORATE BOULEVARD, BATON ROUGE, LA 70809 | Store Lease | 1392 | 10129 Crossing Way, Suite 420, Denham Springs, LA, 70726 |
| 42. | CONGRESSIONAL PLAZA ASSOCIATES, LLC | C/O FEDERAL REALTY INVESTMENT TRUST, ATTN: LEGAL DEPARTMENT, 909 ROSE AVENUE, SUITE 200, NORTH BETHESDA, MD 20852 | Store Lease | 3001 | 1683 Rockville Pike, Rockville, MD, 20852 |
| 43. | 1019 CENTRAL AVENUE CORPORATION | C/O GINSBURG DEVELOPMENT COMPANIES, 100 SUMMIT LAKE DRIVE, SUITE 235, VALHALLA, NY 10595 | Store Lease | 3002 | 1019 Central Park Ave, Scarsdale, NY, 10583 |
| 44. | KMO-361 (PARAMUS) LLC | FUSS, MICHELLE, LEGAL ASSISTANT, C/O OLSHAN PROPERTIES, ATTN: LEASE ADMINISTRATION, 600 MADISON AVENUE 14TH FLOOR, NEW YORK, NY 10022 | Store Lease | 3003 | 34 E Ridgewood Ave, Paramus, NJ, 07652 |
| 45. | R&F GARDEN CITY, LLC | 7248 MORGAN ROAD, LIVERPOOL, NY 13088 | Store Lease | 3005 | 895 East Gate Blvd., Garden City, NY, 11530 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
| 46. | UE PROPERTY MANAGEMENT | 210 ROUTE 4 EAST, PARAMUS, NJ 07652 | Store Lease | 3006 | 545 Route 46 West, Totowa, NJ, 07512 |
| 47. | SPRINGFIELD PLAZA, LLC | C/O RAPPORT COMPANIES, 8405 GREENSBORO DRIVE, 8TH FLOOR, MCLEAN, VA 22102-5121 | Store Lease | 3008 | 6398 Springfield Plaza, Springfield, VA, 22150 |
| 48. | FEDERAL REALTY INVESTMENT TRUST | 909 ROSE AVENUE SUITE 202, NORTH BETHESDA, MD 20852 | Store Lease | 3010 | 1590 Kings Highway North, Cherry Hill, NJ, 08034 |
| 49. | 3029P2-BRE DDR LAKE BRANDON VILLAGE LLC | DEPT 320569-21434-55716, PO BOX 951982, CLEVELAND, OH 44193 | Store Lease | 3029 | 11345 Causeway Blvd, Brandon, FL, 33511 |
| 50. | KRG PLAZA GREEN LLC | KITE REALTY GROUPS, 30 SOUTH MERIDIAN STREET, SUITE 1100, ATTN: VICE PRESIDENT OF PROPERTY OPERATION, INDIANAPOLIS, IN 46204 | Store Lease | 3032 | 1117 Woodruff Road Suite, Greenville, SC, 29607 |
| 51. | ENID TWO, LLC | CARLSON, MATT ,LANDLORD ATTORNEY, C/O LYNNE R. UIBERALL, 5 TAMARACK DRIVE, LIVINGSTON, NJ 07039 | Store Lease | 3037 | 711 Route 28, Bridgewater, NJ, 08807 |
| 52. | ARG FSBROWI001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 3038 | 665 Main Street, Brookfield, WI, 53005 |
| 53. | 3039P1-TEACHERS INSURANCE & ANNUITY ASSOC OF AMERICA | SOUTH FRISCO VILLAGE, 14487 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693-4487 | Store Lease | 3039 | 2930 Preston Rd Suite 600, Frisco, TX, 75034 |
| 54. | KRG TEMECULA COMMONS, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3043 | 40438 Winchester Road, Temecula, CA, 92591 |
| 55. | CTC PHASE II, LLC | 2 RIGHTER PARKWAY SUITE 301, WILMINGTON, DE 19803 | Store Lease | 3046 | 501 West Main St, Christiana, DE, 19702 |
| 56. | KRG RIVERS EDGE, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, ATTN: VP PROPERTY OPERATIONS, INDIANAPOLIS, IN 46204 | Store Lease | 3051 | 4030 East 82nd Street, Indianapolis, IN, 46250 |
| 57. | KRG MARKET STREET VILLAGE, LP, AN INDIANA LIMITED | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3052 | 1451 West Pipeline Rd., Hurst, TX, 76053 |
| 58. | EDISON BRMA002 LLC | BEAR, HEATHER ,LANDLORD, OAK STREET, INVESTMENT GRADE NET LEASE FUND SERIES 2021- | Store Lease | 3060 | 160 Granite Street, Braintree, MA, 02184 |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address |
|---|---|---|---|---|---|
|  |  | 1, C/O OAK STREET REAL ESTATE CAPITAL, ATTN: ASSET MGMT 30 N. LASALLE ST., SUITE 4140, CHICAGO, IL 60602 |  |  |  |
| 59. | ENCINITAS TOWN CENTER ASSOCIATES I, LLC | C/O ZELMAN RETAIL PARTNERS, INC., 2400 E. KATELLA AVENUE SUITE 760, ANAHEIM, CA 92806 | Store Lease | 3063 | 1014 N. El Camino Real, Encinitas, CA, 92024 |
| 60. | ARC CLORLFL001, LLC | 405 PARK AVENUE 15TH FLOOR, NEW YORK, NY 10022 | Store Lease | 3074 | 3206 East Colonial Drive, Orlando, FL, 32803 |
| 61. | JEMAL'S BOULEVARD L.L.C. | ZAMIAS SERVICES INC., 1219 SCALP AVENUE, JOHNSTOWN, PA 15904 | Store Lease | 3083 | 1261 Niagara Falls Boulevard, #1, Amherst, NY, 14226 |
| 62. | SILVERTOWN INC. | 43 E. COLORADO BLVD. SUITE 200, PASADENA, CA 91105 | Store Lease | 3095 | 22999 Savi Ranch Parkway, Yorba Linda, CA, 92887 |
| 63. | KRG SOUTHLAKE, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3106 | 2901 East State Hwy 114, Southlake, TX, 76092 |
| 64. | KRG COOL SPRINGS, LLC | C/O KITE REALTY GROUP, 30 SOUTH MERIDIAN ST. SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3110 | 2000 Mallory Lane, Suite 400, Franklin, TN, 37067 |
| 65. | SERITAGE SRC FINANCE LLC | C/O SERITAGE GROWTH PROPERTIES, ATTN CHIEF LEGAL OFFICER & CORPORATE SECRETARY, 500 FIFTH AVE., SUITE 1530, NEW YORK, NY 10110 | Store Lease | 3121 | 1433 New Britain Avenue, West Hartford, CT, 06110 |
| 66. | UE 675 ROUTE 1 LLC | 210 ROUTE 4 EAST, PARAMUS, NJ 07652 | Store Lease | 3130 | 675 US HIGHWAY 1 SOUTH, STE 1, Iselin, NJ, 08830-3152 |
| 67. | KANE RUSSELL COLEMAN LOGAN PC | ATTN: RAYMOND J. KANE, 901 MAIN STREET SUITE 5200, DALLAS, TX 75202 | Store Lease | 3134 | 8934 South Broadway Ave; Suite 448, Tyler, TX, 75703 |
| 68. | HIP STEPHANIE, LLC | 1121 S.W. SALMON STREET, SUITE 500, PORTLAND, OR 97205 | Store Lease | 3136 | 535 North Stephanie Street, Henderson, NV, 89014-6613 |