**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JULY 18, 2023 AT 2:30 P.M. (ET)

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Changes to the Agenda are noted in **bold.**

65548/0001-45764827

> **<u>ONLY</u> UNCONTESTED OR RESOLVED MATTERS WILL BE GOING FORWARD. THE COURT WILL HOLD A STATUS CONFERENCE AS TO ALL CONTESTED MATTERS.**

I. **MATTERS GOING FORWARD**

1. Sale Hearing with Respect to Phase I Leases

    A. <u>Related Documents</u>

    - Order (I) Approving the Auction and Bidding Procedures, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Docket No. 92]

    - Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief [Docket No. 422]

    - Notice of Lease Auction and Potential Lease Sale Hearing [Docket No. 456]

    - Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 714]

    - Notice of Amendment of Dates and Deadlines Related to the Debtors' Bidding Procedures [Docket No. 771]

    - Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information [Docket No. 905]

    - Supplemental Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information [Docket No. 964]

    - Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases [Docket No. 1114]

    - Notice of Assumption of Certain Unexpired Leases [Docket No. 1157]

    - Notice of Extension of Debtors' Deadline to Reply to Assumption Objections [Docket No. 1353]

    - Declaration of Kenny Wagers [Docket No. 1361]

    - **Notice of Uncontested Matters Proceeding on July 18, 2023 [Docket No. 1394]**

B. <u>Responses/Objections</u>[3]

- Objection of Water Tower Square Associates to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 727]

- Objection of Mad River Development LLC to the Proposed Cure Amount Identified By Debtors in the Notice Constituting Document 714 Respecting Lease Between Bed Bath & Beyond Inc. and Mad River Development LLC [Docket No. 744]

- Limited Objection of Ridgeport Limited Partnership to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 748]

- Limited Objection of CR Mount Pleasant, LLC to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 749]

- Limited Objection of CR West Ashley, LLC to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 751]

- Wedgewood Hills, Inc.'s Objection to the Cure Amount in Debtors' Sale Motion [Docket No. 775]

- CBL & Associates Management, Inc.'s Limited Objection to Debtors' Stated Cure Amounts [Docket No. 777]

- Limited Objection of Town & Country (CA) Station L.P. to Cure Amount in Connection With Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 778]

- Objection By Landlord Triple B Mission Viejo, LLC to Debtors' Proposed Cure Amount and Other Relief [Docket No. 779]

- Limited Objection of Alto Northpoint LP in Connection With Notice of Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 780]

- Loja WTP, LLC's Preliminary Objection to Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid

---

[3] To the extent the Objections or Responses contain Cure Objections, the Debtors request that the Court adjourn any contested Cure Objections, until the next scheduled hearing date in this case (July 24, 2023) and the Debtors will continue to work with landlords to resolve such Cure Objections.

    Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief [Docket No. 781]

- Limited Objection and Reservation of Rights of 1019 Central Avenue Corp. Regarding the Proposed Cure Amount Relating to an Unexpired Lease the Debtors May Assume and Assign [Docket No. 784]

- Limited Objection of IMI Huntsville LLC to Proposed Cure Amount [Docket No. 785]

- Objection by Landlord Almaden Plaza Shopping Center Inc. to Debtors' Proposed Cure Amount and Other Relief [Docket No. 788]

- Objection of Caparra Center Associates LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 795]

- Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 799]

- Limited Objection of Che Chen Liu and Shu Fen Liu, as Trustees of the Che Chen Liu And Shu Fen Liu Revocable Trust Dated October 9, 2012, to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 802]

- Objection of Waldorf Shoppers' World, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 878]

- Limited Objection of Microsoft to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 879]

- Objection of NP New Castle, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 880]

- Objection of Cherry Hill Retail Partners LLC Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Bankr. Docket No. 714] [Docket No. 884]

- Central Transport, LLC's Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 886]

- Limited Objection of Candlewood Lake Road, LLC and R&F Garden City, LLC to Debtors' Proposed Cure Amounts on Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 891]

- Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases By Tamarack Village Shopping Center, a Limited Partnership [Docket No. 908]

- 101 & Scottsdale, LLC's Limited Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 714] and Reservation of Rights [Docket No. 910]

- Limited Objection of Rainier Colony Place Acquisitions, LLC to Notice of Potential Assumption and Assignment of Non-Residential Property Lease and Reservation of Rights [Docket No. 917]

- Limited Objection of Hingham Launch Property LLC to Proposed Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease, and Reservation of Rights [Docket No. 918]

- Objection of Serota Islip NC LLC to the Proposed Cure Amount Identified By Debtors in the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases Document Number 714 [Docket No. 919]

- Objection to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 921]

- Objection of Lessor/Contract Counterparty River Park Properties II to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 922]

- Limited Objection of Chase Green Mountain Limited Partnership in Connection With Notice of Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 923]

- Limited Objection of Landlord DC USA Operating Co., LLC to Debtors' Notice of Proposed Assumption and Assignment of Lease and Cure Costs and Reservation of Rights [Docket No. 924]

- Objection By Landlord Chenal Place Properties, LLC to Debtors' Proposed Cure Amount and Other Relief [Docket No. 925]

- Cure Payment Objection of Newtown/Bucks Associates, L.P. [Docket No. 926]

- Cure Objection of Saul Holdings Limited Partnership (Store #164) [Docket No. 931]

- Limited Objection of the Anna Mscisz Trust to Notice of Potential Assumption and Assignment of Non-Residential Property Lease and Reservation of Rights [Docket No. 932]

- Objection and Reservation of Rights of WPG Legacy, LLC to the (I) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and (II) Proposed Sale [Docket No. 934]

- Limited Objection of HRTC 1, LLC to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 935]

- Limited Objection and Reservation of Rights of Comenity Capital Bank With Respect to Debtors' Notice of Selection of Stalking Horse Bidder [Docket No. 938]

- Limited Objection of Acxiom LLC to Cure Amount in Connection With Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 940]

- Objection of Studio City East 93K, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 941]

- Limited Objection of Prep Home Retail-Oceanside LLC Regarding Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 945]

- Limited Objection of Infor (US), LLC, to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 946]

- Casto-Oakbridge Venture, Ltd., Hanes M. Owner, LLC, Hanes Z. Owner, LLC, Panama City Beach Venture, II , LLC, and Park West Village Phase I, LLC] Limited Objection to Debtors' Notice to Contract Counterparties to Potentially Assumed Unexpired Leases [Docket No. 950]

- UG2 Solon OH, LP's Limited Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 954]

- Limited Objection of Simon Properties Group, Inc. to Notice of Potential Assumption of Executory Contracts & Leases [Docket No. 955]

- Oracle's Limited Objection to and Reservation of Rights Regarding: (1) Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA and (I) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets, and (D) Granting Related Relief; and (2) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 966]

- Objection By Landlord Garfield-Southcenter, LLC to Debtors' Proposed Cure Amount and Other Relief [Docket No. 968]

- Objection of Salesforce.com, Inc. to the Proposed Assumption of Certain Executory Contracts and Cure Costs, and Reservation of Rights [Docket No. 969]

- Limited Objection and Reservation of Rights of Select Consolidated Management, LLC in Connection With the Debtors' Proposed Assumption and Assignment and Proposed Cure Amounts of Certain Leases [Docket No. 986]

- Objection of Middletown SHOPPING Center I, L.P. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 987]

- Objection of Simsbury Commons LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 988]

- Reservation of Rights of Tempur Sealy International, Inc. to the notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and Proposed Sale [Docket No. 989]

- Objection of Riverhead Centre Owners, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 990]

- Objection of Cintas Corporation to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and Reservation of Rights [Docket No. 991]

- limited Objection of ChannelAdvisor Corp. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 992]

- Prologis USLF NV II, LLC; and PRW Urban Renewal 1, LLC's Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 995]

- Objection of Enid Two, LLC to Debtors' Proposed Cure Amount; Adequate Assurance Objection; Joinder and Reservation of Rights [Docket No. 996]

- Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 998]

- Mode Transportation, Inc.'s Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 999]

- Limited Objection of the Verizon Entities to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1000]

- Limited Objection of WM Sunset & Vine LLC to Cure Amount in Connection With Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1001]

- Limited Objection of CMR Limited Partnership to Cure Amount in Connection With Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and Reservation of Rights [Docket No. 1002]

- Limited Objection of Willowbrook Town Center, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1004]

- Limited Objection of Infosys Limited and Infosys McCamish Systems LLC Regarding Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1005]

- Objection of Arrowhead Palms, L.L.C. and Reservation of Right With Respect to Proposed Cure Payment and to Assumption of Real Property Lease [Docket No. 1008]

- Objection of Forum Lone Star, L.P., to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (Related Docket No.: 714) [Docket No. 1009]

- Objection of Columbus Park Crossing, LLC, to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (Related Docket No.: 714) [Docket No. 1010]

- Objection of Certain Landlords to the Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1012]

- Limited Objection By Landlord, Farley Real Estate Associates, LLC to Debtors' Proposed Cure Amount and Other Relief [Docket No. 1016]

- Limited Objection and Reservation of Rights By International Warehouse Group Inc. and International Distribution Group LLC to the Proposed Cure Amounts Set Forth in the Debtors' Notice to Contract Parties to Potentially Assume Executory Contracts and Unexpired Leases [Docket No. 714] [Docket No. 1017]

- Limited Objection of TFP Limited to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1018]

- Preliminary Objection of Bell Tower Shops, LLC to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1019]

- Pittsburgh Hilton Head Associates L.P.'s Limited Objection and Reservation of Rights to Debtors' Cure Notice [Docket No. 1021]

- Objection of Northwoods III (San Antonio), LLC to Potential Assumption and Assignment of Its Lease and the Proposed Cure Amount in Connection Therewith [Docket No. 1022]

- Amended Objection of Mad River Development LLC to the Proposed Cure Amount Identified By Debtors in the Notice Constituting Document 714 Respecting Lease Between Bed Bath & Beyond Inc. and Mad River Development LLC [Docket No. 1023]

- Limited Objection of Case Snow Management, LLC to Cure Amount in Connection With Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1024]

- Limited Objection of Realty Income Corporation to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1025]

- Objection of Commission Junction LLC and Applicable Affiliates to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1026]

- 12535 SE 82nd Ave LLC's Objection to Debtors' Proposed Assumption of Unexpired Lease for Store No. 3128 [Docket No. 1027]

- Limited Objection of Pagosa Partners III, Ltd. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1028]

- 36 Monmouth Plaza, LLC's Objection and Reservation of Rights Regarding Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1029]

- Limited Objection and Reservation of Rights of HCL Technologies Limited to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1030]

- Objection of Kimco Riverview, LLC, Weingarten Nostat, LLC, Flagler S.C., LLC, KSI Cary 483, LLC, Mooresville Crossing, LP, KIR Soncy L.P., CFH Realty III/Sunset Valley, L.P., Conroe Marketplace, S.C., L.P., Price Baybrook Ltd., PL Dulles LLC, WRI-URS South Hill, LLC, Franklin Park S.C., LLC, and KIR Tukwila, L.P. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1033]

- [Consumer Centre Paramount 1, LLC, Consumer Centre Paramount 2, LLC, Consumer Centre Paramount 4, LLC, Consumer Centre Paramount 5, LLC, Consumer Centre Paramount 6, LLC, and Consumer Centre Paramount 7, LLC] Limited Objection to Cure Amount and to Assumption and Assignment of Lease [Docket No. 1035]

- Objection and Reservation of Rights of Whitestone Eldorado Plaza LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1038]

- Objection and Reservation of Rights of Silvertown, Inc. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1039]

- Federal Heath Sign Company LLC's Limited Objection to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1043]

- Limited Objection by Dadeland Station Associates, Ltd. to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1044]

- Limited Objection of Doordash, Inc. to Cure Amount in Connection With Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and Reservation of Rights [Docket No. 1046]

- [Main Street at Exton II, L.P.] Limited Objection to Cure Amount and to Assumption and Assignment of Lease [Docket No. 1047]

- Workday, Inc.'s Limited Response and Reservation of Rights Related to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 714] [Docket No. 1058]

- Limited Objection and Reservation of Rights of Benchmark-Clarence Associates, LLC and SRK Lady Lake 21 SPE, LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1060]

- Limited Objection of Tyler Broadway/Centennial LP to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1064]

- Limited Objection of ShopperTrak RCT LLC to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1066]

- Objection to Assumption of Debtors' Unexpired Lease With CPT Arlington Highlands 1, LP [Docket No. 1067]

- Limited Objection and Reservation of Rights of Ak-Sr-Ben Village, L.L.C. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1074]

- Amended Objection of Enid Two, LLC to Debtors' Proposed Cure amount; Adequate Assurance Objection; Joinder and Reservation of Rights [Docket No. 1096]

- Amended Objection and Reservation of Rights of Caparra Center Associates LLC to Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Information [Docket No. 1119]

- Objection of TF Cornerstone Inc. and 200-220 West 26 LLC to Cure Amount, and Provision of Adequate Assurance of Future Performance in Debtor's Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1130]

- Schnitzer Stephanie's Limited Objection to Debtors' Notice of Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Dkt No. 714] [Docket No. 1143]

- Limited Objection of RAF Johnson City LLC and G&I IX Primrose Marketplace LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1145]

- Amended Objection of Lessor/Contract Counterparty River Park Properties II to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1148]

- Objection of Riskfield Inc. to Potential Assumption and Assignment of Unexpired Executory Contract and Reservation of Rights [Docket No. 1149]

- Objection of Richards Clearview, LLC to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1150]

- Limited Objection and Reservation of Rights of Brink's U.S. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1172]

- Limited Objection and Reservation of Rights By BV Waco Central Texas Marketplace, LLC to the Proposed Cure Amounts Set Forth in the Debtors' Notice to Contract Parties to Potentially Assume Executory Contracts and Unexpired Leases [Docket No. 714] [Docket No. 1173]

- Objection of RPT realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, and Mission Valley Shoppingtown LLC to Proposed Cure Amounts [Docket No. 1174]

- Objection to Stated Bid Amount and Supplemental Objection to Cure Amount [Docket No. 1175]

- Limited Objection to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and Reservation of Rights [Docket No. 1176]

- Limited Objection and Reservation of Rights to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1177]

- Limited Objection and Reservation of Rights to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1178]

- Limited Objection and Reservation of Rights of Comenity Capital Bank with Respect to Debtors' Notice of Amendment of Dates and Deadlines Related to Debtors' Bidding Procedures and Notice of Filing of Asset Purchase Agreement with Dream On Me Industries, Inc. Relating to Baby IP Assets [Docket No. 1180]

- Loja WTP, LLC's Objection to Debtors' Proposed Assumption and Assignment of Its Lease in Connection With the Proposed Sale of the BuyBuy Baby Assets [Docket No. 1181]

- Objection of Creekstone/Juban I, LLC, to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (Related Docket No.: 714) [Docket No. 1182]

- Objection of Christiana Town Center, LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1186]

- Objection of SHI Owner LLC. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1187]

- Objection of CTC Phase II, LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1188]

- Objection of Valley Square I, L.P. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1189]

- Limited Objection of RXR 620 Master Lessee LLC to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts Based Upon the Cure Amount Proposed By Debtors Under Lease # 1668 as Listed on Exhibit A to the Schedule Attached to the Notice Filed as Document # 714 [Docket No. 1191]

- Limited Objection and Reservation of Rights of Adobe, Inc. [Docket No. 1192]

- Limited Objection to Notice of Successful Bidder With Respect to the Phase I Auction of Certain Debtors' Lease Assets [Docket No. 1228]

- Limited Objection to Assignment of Lease and to Proposed Cure Costs [Response to Docket No. 1157] [Docket No. 1239]

- Objection to Assignment of BVCV Lease to Golf & Tennis Pro Shop, Inc., and to Proposed Cure Amounts [Response to Docket No. 1157] [Docket No. 1240]

- Limited Objection of Panama City Beach Venture II, LLC to Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Information [Docket No. 1281]

- Objection By Landlord Chenal Place Properties, LLC to Debtors' Proposed Assumption and Assignment of Lease [Docket No. 1284]

- Objection of Rockwall Crossing SC, LP. and Vista Property Co. to Proposed Adequate Assurance of Future Performance in Connection with Debtors' Notice of Successful and Backup Bidder With Respect to the Phase I Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases [Docket No. 1289]

- Exhibit A to Objection of Rockwall Crossing SC, LP. and Vista Property Co. to Proposed Adequate Assurance of Future Performance in Connection with Debtors' Notice of Successful and Backup Bidder With Respect to the Phase I Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases [Docket No. 1290]

- Supplement to "Amended Objection and Reservation of Rights of Caparra Center Associates LLC to Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Information" [Docket No. 1291]

- Limited Objection of Bayer Development Company, L.L.C. to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1292]

- Objection to Assignment of Telegraph Marketplace Partners II LLC's Lease to Burlington Coat Factory Warehouse Corporation, and Objection to Cure Amounts [Response to Docket No. 1157] [Docket No. 1293]

- Supplement to Limited Objection and Reservation of Rights to Debtors' Notice to Contract Parties to Potentially Assumed Executory

- Contracts and Unexpired Leases and Objection to Notice of Phase 1 Successful Bidder and Backup Bidder [Docket No. 1294]

- Limited Objection of Landlord DC USA Operating Co., LLC to Debtors' Notice of Assumption and Assignment of Certain Unexpired Leases and Cure Costs and Reservation of Rights [Docket No. 1295]

- Limited Objection of Hart Miracle Marketplace, LLC to Proposed Assumption and Assignment of Unexpired Lease [Docket No. 1298]

- 12535 SE 82ND AVE LLC's Objection/Clarification to Debtors' Stated Bid Amount for Lease for Store No. 3128 [Docket No. 1303]

- [Mad River Development LLC] Verified Objection to Assumption and Assignment of Certain Unexpired Leases [Docket No. 1304]

- Rushmore Crossing, LLC's Objection to the Proposed Sale, Assumption and Assignment, and Cure Amount of Real Property Lease for Premises Located at 1365 Eglin Street, Rapid City, South Dakota [Store No. 105] [Docket No. 1305]

- Limited Objection of Cobb Place Property LLC to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1308]

- Limited Objection of Rainier Colony Place Acquisitions, LLC to Assumption and Assignment of Non-Residential Real Property Lease and Reservation of Rights [Docket No. 1309]

- Objection of U.S. 41 & I-285 Company LLC to the Debtors' Notice of Assumption of Certain Unexpired Leases [Docket No. 1310]

- Limited Objection of Hart TC I-III LLC to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1311]

- Objection to Notice of Assumption of Certain Unexpired Leases [Docket No. 1312]

- Objection of Arc CLORLFL001, LLC, Brixmor GA Cobblestone Village St. Augustine LLC, and CLPF – Marketplace, LLC to (i) Notice of Phase 1 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information; (ii) Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases and (iii) Notice of Assumption of Certain Unexpired Leases [Docket No. 1315]

- Limited Objection of TPP Bryant, LLC to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1318]

- Objection of Landlord, Edison TOCA001 LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Nonresidential Real Property Lease for Store No. 3076 [Docket No. 1320]

- Objection of Pinnacle Hills, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142 [Docket No. 1323]

- Limited Objection of Edison BRMA OO1 LLC and Edison FLFL001 LLC to Motion for Order Authorizing Debtors to Assume and Assign Leases for Store Nos. 149 and 454 [Docket No. 1324]

- Opposition of HGREIT II Edmondson Road, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease for Store No. 301 [Docket No. 1326]

- Limited Objection and Joinder of Regency Centers L.P. and Daly City Serramonte Center, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Nonresidential Real Property Leases for Store Nos. 3108 and 385 [Docket No. 1328]

- Limited Objection of Site Centers Corporation to Debtors' Notice of Assumption of Certain Unexpired Leases [Docket No. 1329]

- Objection of Kite Realty Group to Debtors' Motion for Order Authorizing the Debtors to Assume and Assign Non-Residential Real Property Leases for Store Nos. 591, 1405 and 3131 [Docket No. 1330]

- Objection of SIPOC LLC and Benderson Development Company, LLC to Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1268 [Docket No. 1331]

- Objection By Landlord DPEG Fountains, LP to Debtors' Proposed Assumption and Assignment of Lease [Docket No. 1340]

- Amended Objection By Landlord DPEG Fountains, LP to Debtors' Proposed Assumption and Assignment of Lease [Docket No. 1344]

- Mad River Development LLC's Objection to Notice of Extension of Debtors' Deadline to Reply to Assumption Objections [Docket No. 1357]

- Objection of Landlord Realty Income Corporation to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Real Property Lease for Store No. 1107 [Docket No. 1360]

- Second Amended Objection of Enid Two, LLC to Debtors' Proposed Cure Amount; Adequate Assurance Objection; Joinder and Reservation of Rights [Docket No. 1364]

C. Responses/Objections to Bidding Procedures

- Reservation of Rights of the Chubb Companies to Debtors' Motion for Entry of an Order (I)(A) Approving the Auction and Bidding Procedures, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Bid Deadlines and an Auction, (D) Approving the Form and Manner of Notice Thereof, (E) Approving the Form APA, and (II)(A) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (B) Authorizing the Assumption and Assignment of Assumed Contracts, (C) Authorizing the Sale of Assets and (D) Granting Related Relief [Docket No. 722]

- Reservation of Rights and Joinder of Safety National Casualty Corporation to the Reservation of Rights of Chubb Companies [Docket No. 790]

- Limited Objection and Reservation of Rights of Comenity Capital Bank with Respect to Debtors' Notice of Amendment of Dates and Deadlines Related to Debtors' Bidding Procedures and Notice of Filing of Asset Purchase Agreement with Dream On Me Industries, Inc. Relating to Baby IP Assets [Docket No. 1180]

**Status:** **This matter is going forward with permission of the Court.**

II. **ADJOURNED MATTERS**

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign Certain Unexpired Leases [Docket No. 428]

   A. Related Documents

   • Declaration of Holly Etlin, Chief Restructuring Officer and Chief Financial Officer of Bed Bath & Beyond Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 10]

   • Notice of Filing of Revised Order Authorizing the Debtors to Assume and Assign Certain Unexpired Leases [Docket No. 705]

   • Order Authorizing the Debtors to Assume and Assign Certain Unexpired Leases [Docket No. 731]

**Status: This matter is being adjourned to July 24, 2023 solely as to Store No. 6383, located at 195 Yale Street, Houston, Texas, 77007.**

2. Ikea Property, Inc.'s Motion for Entry of an Order Compelling the Debtors' Payment of Certain Post-Petition Rent and Other Obligations Due Pursuant to 11 U.S.C. § 365(d)(3) [Docket No. 1193]

   A. <u>Related Documents</u>

      • Application for Order Shortening Time [Docket No. 1194]

      • Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 1203]

   **Status: The matter is being adjourned to July 24, 2023.**

3. **Motion to Confirm Absence of Automatic Stay [Docket No. 495]**

   A. <u>Related Documents</u>

      - **Declaration of Eileen Higgins, in Support of Motion to Confirm Absence of Automatic Stay [Docket No. 495-4]**

      - **Notice of Hearing [Docket No. 1185]**

      - **Adjournment Request [Docket No. 1230]**

   B. <u>Responses/Objections</u>

      - **Objection to Motion to Confirm Absence of Stay [Docket No. 1371]**

   **Status: This matter is being adjourned to July 24, 2023.**

4. **Motion of Gotham Technology Group, LLC (I) to Set an Immediate Deadline for Debtor to Assume or Reject Executory Contract, (II) to Compel Payment of Related Cure Costs or Administrative Claims, or, in the Alternative, (III) for Relief from the Automatic Stay [Docket No. 787]**

   A. <u>Related Documents</u>

      • **Certification of Kenneth W. Phelan in Support of the Motion of Gotham Technology Group, LLC [Docket No. 787-2]**

   **Status: This matter is being adjourned to July 24, 2023.**

Dated: July 17, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-45764827