**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AUCTION TRANSCRIPT**

**PLEASE TAKE NOTICE** that on May 22, 2023 the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief*

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.   The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[Docket No. 422] (the "Lease Sale Procedures Order"),[2] by which the Court, among other things, approved expedited procedures for the assumption and assignment of unexpired leases and granted related relief.

**PLEASE TAKE FURTHER NOTICE** that, on June 26, 2023, pursuant to the Lease Sale Procedures Order, the Debtors conducted the Phase 1 Lease Auction with respect to certain of the Lease Assets at the offices of Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, New York, 10022. Attendees were permitted to attend in person or through Zoom.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit A** is a copy of the transcript of the Auction.

Dated:  July 18, 2023

|  | /s/ Michael D. Sirota |
|---|---|
|  | **COLE SCHOTZ P.C.** |
|  | Michael D. Sirota, Esq. |
|  | Warren A. Usatine, Esq. |
|  | Felice R. Yudkin, Esq. |
|  | Court Plaza North, 25 Main Street |
|  | Hackensack, New Jersey 07601 |
|  | Telephone:  (201) 489-3000 |
|  | Email:      msirota@coleschotz.com |
|  |                    wusatine@coleschotz.com |
|  |                    fyudkin@coleschotz.com |

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      joshua.sussberg@kirkland.com
                    emily.geier@kirkland.com
                    derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

---

[2]    All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Debtors' Motion for Entry of an Order (I) Establishing Sales Procedures, (II) Approving the Sale of Certain Real Property and Leases, and (III) Granting Related Relief* [Docket No. 193], as applicable.

**<u>Exhibit A</u>**

**Auction Transcript**

65548/0001-45769544v1

Page 1

1        Auction - In Re: Bed Bath and Beyond Inc.

2

3                      Case No. 23-13359

4                      Docket No. 422

5

6

7        Moderated by Mike Matlat, A&G Realty Partners

8                      Monday, June 26, 2023

9                        10:11 a.m.

10

11

12                  Via Zoom Videoconference

13                    Kirkland & Ellis LLP

14              601 Lexington Avenue, Floor 50

15                    New York, NY 10022

16

17

18

19

20   Reported by:   Chanyri Figueroa Monsanto

21   JOB NO.:        5978965

22

23

24

25

| | |
|---|---|
| 1 | **A P P E A R A N C E S** |
| 2 | List of Attendees: |
| 3 | Mike Matlat, A&G Realty |
| 4 | Emilio Amendola, A&G Realty |
| 5 | Todd Eyler, A&G Realty |
| 6 | Ross Fiedler, Kirkland & Ellis |
| 7 | Emily Geier, Kirkland & Ellis |
| 8 | Derek Hunter , Kirkland & Ellis |
| 9 | Michael Sloman, Kirkland & Ellis |
| 10 | Cole Schotz |
| 11 | Warren Usatine |
| 12 | David Bass |
| 13 | John Park |
| 14 | Holly Etlin, Chief Financial Officer and Chief |
| 15 | Restructuring Officer of the Debtors' Management Team |
| 16 | David Kastin, Chief Legal Officer of the Debtors' |
| 17 | Management Team |
| 18 | Mark Cohen, Western Direct Inc. (Western Carriers) |
| 19 | Phillip Lamberson, Counsel for DFW Lewisville Partners |
| 20 | David Folds |
| 21 | Savannah Lavender |
| 22 | Laurel Roglen, Ballard Spahr |
| 23 | Louis Solimine, Thompson Hine |
| 24 | Brian Glover on behalf of landlord Spencer Investment |
| 25 | Corporation |

```
 1              A P P E A R A N C E S (Cont'd)
 2    Tony Napolitano, of Buchalter, counsel for the
 3    landlords
 4    Mark Giafoy [ph]
 5    Bob Lehane, Kite Realty Group
 6    Michael Tavloria [ph]
 7    Augustino Zammiello, Augustino, Fox Rothschild
 8    Fox Rothschild, Augustino, Fox Rothschild
 9    Robert LeHane, Kelley Drye & Warren
10    Ernst Bell
11    Andre Koleszar
12    Sarah Rosenfeld, representing Metlife Insurance
13    Company
14    Aaron Applebaum, DLA Piper, LLP, on behalf of
15    Ridgeport Limited Partnership.
16    Scott Fleischer,Barclay Damon
17    Dan Shocutt [ph] DTS Properties 2
18    David Folds from Baker Donaldson
19    Andrew Nazar, Greenwich Place Partners LLC and Boyd
20    Brothers
21    Thomas Richards with the landlord which is Clearview
22    Brendan Gage, Goulston & Storrs
23    Brian Richichi for NP Royal Ridge
24    Alan Sadgwy [ph] the landlord No. 266.  That is
25    Eatontown, New Jersey
```

Page 4

```
 1              A P P E A R A N C E S (Cont'd)
 2   Ben Willner, Middletown, New Jersey
 3   Dan River
 4   Richard Goldberg
 5   Mr. Seedforth [ph], No. 319
 6   Amrit Chase, representing landlord GRI Kaiser
 7   James Levant, representing No. 432, Exton, PA
 8   Rudy Radasevich, Homestead, PA
 9   Brad Joseph, landlord CE Collierville LLC
10   Jeff Webb
11   Barry Roy
12   Patrick Warfield on behalf of the landlord
13   Thoroughbred Village Enlightenment, Cool Springs
14   Rachel Smiley on behalf of South Frisco Village, SC,
15   L.P.
16   Brad Shraiberg, Staff Two Creek Walk Village
17   Jeremy Sink,  Kirton McConkie
18   Trey Buffington, Store 780 Woodbridge, New Jersey
19   Scott Milnamow, Raymour & Flanigan
20   Katie Mendolera, Havertys
21   William Casey, bidder on No. 194
22   Duke Sullivan representing PGA Tour Superstore
23   Todd Powers from Michael Stores
24   Laura Bukowski- Michael Stores
25   Kenneth Sarachan, Mad-Monk, LLC.
```

1              A P P E A R A N C E S  (Cont'd)

2   Robert Helm, Ollie's

3   Lisa Solomon for DC USA operating Co

4   Andrew Garbutt, Barnes & Noble

5   Ryan Davis

6   Jim Rosso on behalf of Aldi

7   Tom Boyd

8   Sam Leung, A&M Property

9   Jake Witherspoon [ph]

10  Jason Fields, counsel to Micro Electronics

11  Ron Gold, Bloomingdale's and Macy's, Inc.

12  Barbra Parlin, Holland & Knight, LLP

13  Jeff Webb

14  Mr. Fibro, City Furtniture

15  Joe Dessalos [ph], Alto

16  Derek Baker for Reed Smith on behalf of Cherry Hill

17  Retail Partners, LLC.

18  Evan Portno, Ocean State Job Lot

19  Rich Springer, landlord IBT Highlands of Flower Mound

20  Kristian Eide, Scandanavian Designs

21  Chris Payne

22  Brian Earley, NPP Development, the Kraft Group

23  Sarah Cox, Shops at Summerlin

24  Tom Holmes, Wicked Pickle LLC

25  Scott Shuker

1                   A P P E A R A N C E S (Cont'd)

2      Robert Holmes

3      Michael Fields, ITCA 192 LLC

4      Jay Lubetkin, Rabinowitz, Lubetkin & Tully

5      David Barnhart, Centre at Deane Hill, GP.

6      Sam Young, Vitamin Cottage Natural Food Markets

7      Scott Ciocco, Burlington

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2                    MR. FIEDLER:  My name is Ross Fiedler.

3    I'm an attorney with Kirkland & Ellis, counsel to the

4    debtors in the Bed Bath and Beyond Chapter 11

5    Bankruptcy proceedings, which are currently pending in

6    the United States Bankruptcy Court for the District of

7    New Jersey.  The Chapter 11 cases of Bed Bath and

8    Beyond Inc. and its affiliated debtors are being

9    jointly administered for procedural purposes under the

10   caption, In Re: Bed Bath and Beyond Inc., and under

11   the case No. 23-13359.

12                    I'm here today either in the room or on

13   the line with A&G Realty Partners, the debtors' real

14   estate consultant and broker, represented by Emilio

15   Amendola, Mike Matlat and Todd Eyler.  Also, my

16   colleagues from Kirkland & Ellis; Emily Geier, Derek

17   Hunter and Michael Sloman.  Cole Schotz, the debtors'

18   co-counsel, represented by Warren Usatine, David Bass

19   and John Park, and certain members of the debtors'

20   management team; Holly Etlin, who is our chief

21   financial officer and chief restructuring officer, as

22   well as David Kastin, chief legal officer.

23                    Today, we've scheduled this auction

24   pursuant to the lease sale procedures that were

25   approved by the Bankruptcy Court through the lease

Page 8

1    sale procedures order entered on May 22, 2023, at

2    docket No. 422.  This order has been further amended,

3    solely with respect to certain key dates and deadlines

4    throughout the course of the cases, including at

5    docket Nos. 456, 756, 905 and 964.  The final notice

6    of extension was filed at docket No. 964, which set

7    today as the date of the auction for the phase 1 lease

8    sale process.

9              So today, we're going to hold an

10   auction for the lease assets that were set forth on

11   schedule 1 to the notice that was filed at docket No.

12   964, as well as any additional lease assets that have

13   been qualified since.  One quick point about the Buy

14   Buy Baby leases, as we made clear in the notice filed

15   at docket number 964, the Baby leases will be going

16   forward today, but there is a separate auction

17   scheduled for Wednesday, in which all or substantially

18   all of Buy Buy Baby assets will also be auctioned off.

19              And so, one quick but important point

20   is any winning bid at this auction with respect to a

21   Buy Buy Baby lease, will be subject to an otherwise

22   higher or better offer at that enterprise auction on

23   June 28th.  And so the debtors in consultation with

24   the consultation parties who are here today will make

25   a determination on which bid is ultimately the

Page 9

1    successful bid.

2                    We have a court reporter here today and

3    so all today's proceedings and all the bidding will be

4    recorded and considered to be on the record.  And to

5    facilitate things for the Court reporter, I ask that

6    each designated spokesperson identify themselves

7    before they speak, even if they've spoken before, and

8    that only one person speak at a time, including only

9    one per person for each shop that's bidding.

10                   A&G Realty Partners will be moderating

11   the auction, recognizing bidders and other comments,

12   and per these auction rules, the debtors reserve the

13   right to take a break or to cancel the auction if they

14   so choose.

15                   I should note at the outset there's a

16   number of leases up for sale today.  Some will be more

17   competitive and take longer than others with potential

18   downtime for those leases, and so we have breakout

19   rooms that we've allocated to qualified bidders.  If

20   you have any questions on those, we're happy to answer

21   any logistical questions.  We have a whole K&E team

22   here who's coordinating both the logistics of the

23   rooms and security if other folks are going to be

24   attending live.

25                   One other point, we've shared the bids

Page 10

1    that are being heard today with the consultation

2    parties in accordance with the lease sale procedures

3    order, including the creditors committee and the DIP

4    lenders, both of which are here today for the auction.

5    And given the tight timeline of this process, we've

6    been discussing these bids even as early as right

7    before the auction, and we hope to move forward in a

8    value maximizing path.

9              Before we do move forward, a couple

10   housekeeping items.  We do want to confirm that any

11   party present in the room or joining us by Zoom has

12   not had communications with any other bidder with the

13   goal of either controlling the price for the assets

14   being auctioned or discouraging such other bidders'

15   participation in the auction.  And each party's

16   qualified bid is a good faith bonafide offer and they

17   intend to consummate the proposed transaction if

18   selected either as the successful bidder or with

19   respect to the Baby assets as the initial winning

20   bidder.

21             I want to remind folks that it is a

22   federal crime to engage in collusive bidding or to

23   chill the bidding, and by signing in on the attendance

24   sheet today or joining via Zoom, you'll be deemed to

25   have agreed that you've not engaged in any collusion

Page 11

1    related to this auction.  Given the number of parties

2    we have, both in the room and on the line, I'll give

3    folks just a moment to respond if any of the foregoing

4    is not true.

5                   Okay.  As I mentioned previously, each

6    bidder will only have one designated spokesperson to

7    avoid confusion, multiple people, if they're speaking

8    at the same time and for the same party will just make

9    this process much more chaotic than it needs to be.

10                  Only qualified bidders and their agents

11   will be allowed to participate in the bidding.  I

12   believe we've already approved everyone here, but to

13   the extent we haven't, feel free to reach out to the

14   K&E team and the Cole Schotz team as we mentioned on

15   the notices that we've filed.

16                  With that, I will turn the podium over

17   to Mike Matlat at A&G.

18                  MR. MATLAT:  Thank you, Ross.  Am I on?

19                  MR. FIEDLER:  Yes.

20                  MR. MATLAT:  Thanks, Ross.

21                  Hello, I am Mike Matlat, senior

22   managing director of A&G Realty Partners.  A&G was

23   retained by the debtors as their real estate

24   consultants pursuant to a bankruptcy court order

25   entered on June 5, 2023, to among other things,

Page 12

1    negotiate market and auction certain lease assets in

2    the Bed Bath and Beyond bankruptcy cases.  The leases

3    for sale are located across the country.  The auction

4    is to determine the highest and best offer for the

5    debtors' lease assets being auctioned off today.

6             A&G publicized the sale of the lease

7    assets by sending out a press release on May 9th, that

8    received 4400 views.  We sent out a blast e-mail to

9    over 16,000 from the A&G database.  We have been

10   contacted by over 268 prospects and have received bids

11   for more than 80 qualified bidders.

12             While we are not in a courtroom, please

13   conduct yourself as if you were in a courtroom.

14   Bidding will take place on a lease-by-lease basis as

15   follows; the current highest and best offer will be

16   announced as well as the suggested opening bid.

17             The baseline minimum bid will be

18   announced for each asset at the start of the auction.

19   You can always bid more if you want to send a message.

20   When bidding, speak clearly, stating your name and the

21   entity you are bidding on behalf of.  As mentioned

22   earlier, each bidder should have only one

23   representative.

24             Everyone has had an opportunity to

25   review the bid procedures and as a result of you being

Page 13

1    here as a qualified bidder, you are all bound by the

2    bid procedures.  Does anyone have any questions about

3    the bid procedures?

4                   Let the silence reflect there are no

5    questions.

6                   As a reminder, the qualified bidder's

7    bid is binding and irrevocable unless and until the

8    debtors accept the higher bid for such asset and such

9    qualified bidder is not selected as the backup bidder.

10   The debtors may announce additional procedural rules

11   that are reasonably necessary or advisable under the

12   circumstances for conducting this auction, provided

13   such additional rules are not inconsistent with the

14   bidding procedures.  The auction will take place in a

15   deliberate fashion.

16                  Bidding for each asset may take place

17   over several rounds or as necessary.  There are a lot

18   of locations, I think, we can get done in one.  In

19   between rounds, the debtors and the consultation

20   parties will review bids as expeditiously as possible.

21   The debtors may call for a break at any time to

22   consider the status or allow groups to confer.  Given

23   the many assets up for sale, we'll try to keep the

24   breaks to a minimum and we'll try and keep them short.

25   Please stay near this room if you're here or in one of

Page 14

1   the break rooms so we can quickly bring everyone back

2   together.  If you're on the phone, please stay near

3   your phone.

4           The auction is not over with respect to

5   one particular asset until I announce that it is over,

6   and I announce the successful and back up bidders.

7   Please do not leave until the end of the auction you

8   are involved in.  Once any and all assets that you

9   have come to bid on are auctioned, you can obviously

10  feel free to leave, but we encourage qualified bidders

11  to stay as they may be interested in additional

12  properties.

13          The auction shall continue until there

14  is only one bid that the debtors determine in a

15  reasonable business judgment and in consultation with

16  the consultation parties, to be the highest or

17  otherwise best bid for such asset.  After all

18  qualified bidders have been given a reasonable

19  opportunity to submit an overbid to the then

20  prevailing highest bid and no party does so, such bid

21  shall be declared the successful bid and such

22  qualified bidder the successful bidder.

23          At that point, the offer will be closed

24  as to that asset.  The qualified bidder with the next

25  highest, or otherwise second-best qualified bid, also

Page 15

1   known as the backup bidder, shall be required to serve

2   as a backup bidder.  The debtors will announce the

3   backup bidder's identity and the qualified bid amount

4   at the same time the debtors announce the identity of

5   the successful bidder.

6              After the conclusion of the auction,

7   the debtors will file the post-auction notice with the

8   Court, notifying the Court and parties in interest of

9   the successful bid and backup bidder.  The backup

10  bidder shall be required to keep its qualified bid

11  open and irrevocable for 30 days after the conclusion

12  of the auction.  The backup bidder's deposit shall be

13  held in escrow until the closing of the transaction

14  with the applicable successful bidder.  If a

15  successful bidder fails to consummate a successful

16  bid, the debtors may select the applicable backup

17  bidder as a successful bidder, and such backup bidder

18  shall be deemed a successful bidder for all purposes.

19              If the successful bidder fails to

20  consummate the purchase, the debtors will file a

21  supplemental notice seeking to approve the sale to the

22  backup bidder, if applicable, on an expedited notice

23  and hearing.  Please remember the hearing to consider

24  the approval of the sale of certain of the assets to

25  the successful bidder will take place July 18, 2023,

Page 16

1   at 2:30 p.m., prevailing Eastern time.

2                 Are there any questions regarding, or

3   objections, to these auction procedures?

4                 I now ask each party to confirm that it

5   understands the terms of this auction as set forth in

6   the bidding procedures and announced so far today.  If

7   any party does not agree, please speak up now.

8                 Okay, let the record reflect there were

9   no objections.  All right, we're going to start out --

10  everybody wanted to know what the order was going to

11  be, so we're going to try and get you out of here as

12  quickly as possible if it's possible.  We are going to

13  start out with the non-retail locations.  There are

14  two of them that are on for today's auction.  No. 650,

15  Secaucus, New Jersey.  We have a high bid from Western

16  Carriers of 10,500,000.  Are there any further bids on

17  Secaucus, New Jersey, number 650?

18                Western Carriers, are you here?  Are

19  you on the phone?

20                MR. COHEN:  I am, yes.

21                MR. MATLAT:  Okay.  Please state your

22  name.

23                MR. COHEN:  Sure.  I'm Mark Cohen.  The

24  assignee/bidder is actually Western Direct Inc., to

25  clarify.

Page 17

1              MR. MATLAT:  Thank you.  Do you wish to

2     increase your offer?

3              MR. COHEN:  Not at this time, thanks.

4              MR. MATLAT:  Okay.  All right.

5              Well, we're going to close the auction

6     with respect to Secaucus, New Jersey, number 650.  The

7     successful bidder is Western Carriers at $10,500,000.

8              You can go, Mark.

9              MR. COHEN:  Thanks.

10             MR. MATLAT:  Next up is No. 677,

11    Lewisville, Texas.  We have a high bid from Flexport

12    of $500,000.

13             Do we have any further bids on number

14    677, Lewisville, Texas?

15             MR. LAMBERSON:  This is Phillip

16    Lamberson.  I'm counsel for DFW Lewisville Partners,

17    the landlord, and also a bidder.  So we're not making

18    a higher bid, but we do reserve all of our rights

19    related to objection to the sale and the process.  We

20    were only notified this was a phase one lease on

21    Friday afternoon, and it was only noticed as such on

22    Saturday night.

23             MR. MATLAT:  Okay.  All right.  So

24    you're not bidding.  So we're going to announce

25    Flexport as the $500,000 successful bidder on No. 677,

Page 18

1    Lewisville, Texas.  And the auction is now closed with

2    respect to that property and the landlord can reserve

3    his rights and do whatever he wants to do.  You guys

4    can leave, 677, Lewisville, Texas.

5                    UNKNOWN SPEAKER:  Thank you.

6                    MR. MATLAT:  Okay.  Now we're going to

7    go through some retail locations.  What we're going to

8    do on these, there's an opportunity right now to go

9    one round on these particular locations.  For clarity

10   and confirmation, I'm going to announce the store

11   number, the city and the state, the current high bid,

12   and then I'm going to announce what the suggested

13   purchase price would be.  And provided we hit that,

14   then the auction will be closed with respect to that

15   property.  So if you're laying in the weeds waiting to

16   bid on other properties as a qualified bidder, pay

17   attention, because we're going to go by it.  There's

18   not going to be a second bite at the apple.

19                    The first property up is going to be

20   store No. 148.  That's a Bed Bath and Beyond in

21   Birmingham, Alabama.  We have a current high bid of

22   $3,567.  And the debtor would look for, to close this

23   out today, a bid of $100,000 is going to be our

24   suggested bid price.  So it will be a $100,000 in cash

25   to be settled, if you're a landlord, against

Page 19

1    post-petition rent, in exchange of a full waiver if

2    you're a landlord.

3                    So is our qualified bidder for No. 148

4    on the phone or present?  No. 148, Birmingham,

5    Alabama?

6                    MR. FOLDS:  This is David Folds.  I

7    represent the landlord.

8                    MR. MATLAT:  What was that?

9                    MR. FOLDS:  Sorry.  This is David

10   Folds.  I represent the landlord for the property.

11                   MR. MATLAT:  Hey David, how are you?

12                   MR. FOLDS:  Good.

13                   MR. MATLAT:  Okay.  So you have a

14   decision to make.  You can be announced as a

15   successful bidder if you increase your offer to a

16   $100,000 cash on top of a full waiver of the

17   pre-petition.

18                   MR. FOLDS:  I'm not prepared to do that

19   at this time.

20                   MR. MATLAT:  Okay.  Then what the

21   debtor is going to do is they will sit on your bid.

22   We'll continue to market the property if it's a July

23   GOB store, and we have our second auction coming up in

24   July, and we'll continue to market it, you know,

25   through then.  So I'm going to close the door --

Page 20

1              MR. FOLDS:  Does that mean this

2    property is being deferred to the second auction and

3    you're finished with it for today?

4              MR. MATLAT:  At this point, sir, yes,

5    and you're released from today.

6              MR. FOLDS:  Okay.  I've got other

7    properties, so I'll stay on, but thank you very much.

8              MR. MATLAT:  You're welcome.

9              Okay.  No. 3031.  That's Hoover,

10   Alabama.  We have a current high bid of $9,863.  Do we

11   have somebody on the phone who qualified or present?

12   Buy Buy Baby, 3031, Hoover, Alabama.

13             MS. ROGLEN:  Yes.  This is Laurel

14   Roglen from Ballard Spahr.  That's one of our client

15   locations.

16             MR. MATLAT:  Okay.  We kind of learned

17   what we did from the first one.  Is the landlord

18   interested, for clarity and certainty, subject to the

19   going concern sale, to make an offer of a waiver of

20   the pre-petition plus $100,000 to be set off in cash

21   or against post-petition?

22             MS. ROGLEN:  Can I have time to consult

23   with my client?

24             MR. MATLAT:  Yeah.

25             MS. ROGLEN:  Thank you.

1            MR. MATLAT:  Okay, we're going to move

2    along while they're doing that.

3            Next up is No. 405 and that's in

4    Huntsville, Alabama.  It's a Bed Bath and Beyond.  We

5    have a current high bid of $5,000, and I would ask the

6    qualified bidder if they are willing to increase their

7    offer for clarity and confirmation today, subject to

8    court approval.

9            MR. SOLIMINE:  This is Louis Solimine,

10    firm of Thompson Hine, on behalf of the landlord.  We

11    are not prepared to increase our bid at this time.

12            MR. MATLAT:  Okay.  Then Louis, if you

13    are not a June closure, we are going to continue to

14    market your property, and you will be deferred to the

15    second option.

16            MR. SOLIMINE:  Thank you.

17            MR. MATLAT:  And you're free to go.

18            MR. SOLIMINE:  Thank you.

19            MR. MATLAT:  No. 189, Chandler,

20    Arizona.

21            MR. GLOVER:  Hi, this is Brian Glover

22    on behalf of landlord Spencer Investment Corporation.

23            MR. MATLAT:  Can you speak up a little,

24    Brian?

25            MR. GLOVER:  Yeah, can you hear me?

Page 22

```
 1                    MR. MATLAT:  Yeah.  And by the way,
 2    that was a great job being ready when I called your
 3    store number, city, and state.
 4                    MR. GLOVER:  Thank you.  Hi.  Brian
 5    Glover on behalf of landlord Spencer Investment
 6    Corporation.
 7                    MR. MATLAT:  I'm sorry, I didn't hear
 8    what your -- are you going to increase your offer or
 9    are you going to stick?
10                    MR. GLOVER:  I would need to consult
11    with my client.
12                    MR. MATLAT:  Okay, so consult, then let
13    me know when you're ready to go again.
14                    MR. GLOVER:  Can I ask is there a
15    reserve price here?
16                    MR. MATLAT:  Well, yeah.  The current
17    high bid is $13,686.  And what we're asking for to
18    accept an offer right now and announce you as a
19    successful bidder, would be a waiver of all the
20    pre-petition plus a $100,000.  And $100,000 is either
21    cash if there is no post-petition or it's $100,000
22    less any post-petition that might be due.
23                    MR. GLOVER:  Okay.  Thank you.  The
24    landlord is not prepared to increase its bid at this
25    time.
```

Page 23

```
 1                    MR. MATLAT:  Okay.

 2                    3031, do we have a decision?

 3                    MS. ROGLEN:  No, we're still connecting

 4   with our client, but I'll let you know.

 5                    MR. MATLAT:  Okay, thank you.

 6                    No. 820.  It's a Bed Bath and Beyond in

 7   Goleta, California.  We have a current high bid of

 8   133,423.

 9                    MS. ROGLEN:  That's one of our

10   locations as well.

11                    MR. MATLAT:  Okay.  So it's the same

12   situation.  We're asking that you waive the

13   pre-petition and pay $100,000 to be set off against

14   any post-petition rent due.

15                    MS. ROGLEN:  So in addition to the

16   133,000 plus cure waiver, you're asking --

17                    MR. MATLAT:  Yeah, the 133,000 was a

18   waiver of the cure amount.

19                    MS. ROGLEN:  Right.

20                    MR. MATLAT:  Okay.  So is that 133,000

21   of just pre-petition or is it a combination of post

22   and pre?

23                    MS. ROGLEN:  I believe it's a

24   combination of pre and post --

25                    MR. MATLAT:  Okay.  So it wouldn't be
```

Page 24

1    in addition to.  We'd have to take a look here, but

2    the proposal is waive all the pre-petition and then,

3    $100,000 on top of that to be set off against any post

4    that's due.  So you'd have to take a look at your pre

5    and post and see.

6                      MS. ROGLEN:  We have to consult with

7    our client on that.

8                      MR. MATLAT:  Okay.  And obviously, I

9    don't want you to decrease your offer.  It'd have to

10   increase.

11                     MS. ROGLEN:  Thank you.

12                     MR. MATLAT:  Okay.

13                     No. 139, Bed Bath and Beyond,

14   Oceanside, California.

15                     MR. NAPOLITANO:  Good morning, this is

16   Tony Napolitano, of Buchalter, counsel for the

17   landlords.

18                     MR. MATLAT:  Okay, Tony, we have a

19   current high bid of 4,734, and if you've been

20   listening in, you kind of see where we're going with

21   it, so it would be a waiver of the full pre-petition

22   and $100,000 for a clarity and confirmation today set

23   off against any post that might be due.

24                     MR. NAPOLITANO:  Yes, the landlord is

25   not prepared to move forward with a $100,000 cash

Page 25

1   payment.

2                   MR. MATLAT:  Okay.  So we will continue

3   to market the property towards the July auction, but

4   is it June closure, okay?

5                   MR. NAPOLITANO:  Okay, thank you.  Are

6   we --

7                   MR. MATLAT:  Yeah, we will not be

8   bringing you to July, I don't think.

9                   MR. NAPOLITANO:  Right.

10                  MR. MATLAT:  All right, thanks, Tony.

11  You're free to go.

12                  MR. NAPOLITANO:  Can you clarify that?

13  So this will not be part of the phase 2?

14                  MR. MATLAT:  Well, no, because it's a

15  June closure, so you know, unless somebody tries to do

16  something today, tomorrow, or the next day, we're

17  going to run out of time, because we don't want to pay

18  July rent.

19                  MR. NAPOLITANO:  Okay, understood.  So

20  as for now, we're concluded then?

21                  MR. MATLAT:  Yeah, you can leave.

22                  MR. NAPOLITANO:  Okay.  Thank you.

23                  MR. MATLAT:  No. 1305, Palm Springs,

24  California.  We have --

25                  UNKNOWN SPEAKER:  Good morning.  This

Page 26

1    is Mark Giafoy [ph], representing the landlord.

2                    MR. MATLAT:  Good morning.

3                    UNKNOWN SPEAKER:  Good morning.

4                    MR. MATLAT:  Yeah, we have a current

5    high bid of $25,000 and it will be the same proposal

6    to you.  It'll be a full waiver of the pre-petition

7    plus $100,000 to be set off in cash or reverse the

8    post-petition or a combination.

9                    UNKNOWN SPEAKER:  We are not prepared

10   to increase the offer.

11                   MR. MATLAT:  Okay.  You're free to go.

12                   UNKNOWN SPEAKER:  Thank you.

13                   MR. MATLAT:  No. 261, Pleasant Hill,

14   California.  We have a current high bid of nothing.

15   Zero.  The --

16                   MS. ROGLEN:  That's one of my client

17   locations.  We'll move forward with that location.

18                   MR. MATLAT:  Are you consulting with

19   your client still?

20                   MS. ROGLEN:  This is a different client

21   and I have authorization.  I've already consulted with

22   them.

23                   MR. MATLAT:  And authorization is to --

24                   MS. ROGLEN:  What's the ask?

25                   MR. MATLAT:  $100,000.  Waiver of the

Page 27

1  pre-petition and $100,000 cash or post-petition if

2  it's due and owing.

3                MS. ROGLEN:  I have authorization to go

4  to 100,000.

5                MR. MATLAT:  Okay, thank you very much.

6  I like to get a little momentum with that now.

7  Everybody see the way we do this now?

8                Okay.  Does anybody want to top that

9  100,000?  Raymore's [ph] lying in the weeds over

10  there.  All right.  Thank you very much.

11                No. 3034.  It's a Buy Buy Baby in San

12  Jose, California.  We have a high bid of $200,000.

13                UNKNOWN SPEAKER:  Yes, it's

14  approximately 46.

15                MR. MATLAT:  Okay.  We have $200,000

16  current high bid on that one.  Is my bidder on the

17  phone?  Is my bidder in the room?  3034, Buy Buy Baby,

18  San Jose, California.

19                UNKNOWN SPEAKER:  Yeah, so here.

20                MR. MATLAT:  Hello?  Any further bids

21  on 3034, San Jose, California?  Okay, we're going to

22  move on with the 200,000.  That's a Baby too, so it's

23  subject to the going concern sale as Ross mentioned.

24                3043, Temecula, California.  We have a

25  high bid of 67,028.  Do we have the qualified bidder?

Page 28

```
 1                    It's Kite, I believe; landlord.
 2                    MR. LEHANE:  Good morning, Mike.  Bob
 3  LeHane.
 4                    MR. MATLAT:  Hey, Bob.
 5                    MR. LEHANE:  -- on behalf of KRG, Kite
 6  Realty Group.
 7                    MR. MATLAT:  Okay.  Bob, does Kite
 8  Realty Group wish to raise their offer to waiver the
 9  pre-petition and $100,000 to be set off against any
10  post-petition rent that might be due?
11                    MR. LEHANE:  Mr. Matlat, I will need to
12  consult with my client.
13                    MR. MATLAT:  Thank you.  For clarity
14  and closure, Bob, subject to the going concern, I
15  think it's a great opportunity.
16                    No. 497, McDonough, Georgia.  We have a
17  high bid of 37,904.  Do we have the qualified bidder
18  on the phone or in the room?  Is the landlord from
19  McDonough, Georgia on the phone?  497.
20                    It's Kite as well.
21                    MR. LEHANE:  Good morning, Mr. Matlat.
22  Same answer.
23                    MR. MATLAT:  And we like to have a
24  little fun in here, so Bob, do you want us to give you
25  a list of your Kite landlord properties?  Are you
```

Page 29

1    ready?

2                    MR. LEHANE:  Mr. Matlat, in order to

3    make this more efficient, yes, you can go ahead and

4    read those properties and we can just agree that all

5    the properties covered under the Kite Realty Group --

6                    MR. MATLAT:  Need to be consulted.

7                    MR. LEHANE:  We need to consult the

8    client.

9                    MR. MATLAT:  I like that.

10                   MR. LEHANE:  Does the same request

11   apply to each one?  Can you tell me now if there's

12   other --

13                   MR. MATLAT:  Yes, unless I got a higher

14   bid, but we'll get to those, but right now for these,

15   that's the purpose of it.

16                   MR. LEHANE:  Great.  Thank you.

17                   MR. FIEDLER:  14 in a row are Kite.

18                   MR. MATLAT:  Okay.  The next 14 in a

19   row are Kite's.

20                   MR. FIEDLER:  The next 12, yeah.

21                   MR. MATLAT:  The next 12.  So I'm going

22   from Temecula --

23                   MR. FIEDLER:  Last one for Kite is

24   3106 -- which is West Los Angeles.

25                   UNKNOWN SPEAKER:  There's three of

Page 30

1   them.  What's the name?

2                   MR. FIEDLER:  20, West Los Angeles.

3                   MR. MATLAT:  All right, Bob, I'm just

4   going to read them off just so we have them.

5                   MR. LEHANE:  Okay.

6                   MR. MATLAT:  Okay?  No. 236, Daytona

7   Beach, Florida, world's most famous beach.  No. 3051,

8   and that's Indianapolis, Indiana.  No. 3094,

9   Livingston, New Jersey.  No. 260, Westbury, New York.

10  No. 349, Greenville, South Carolina.  No. 3032,

11  Greenville, South Carolina.  No. 3110, Franklin,

12  Tennessee.  Some good real estate, Bob.

13                  MR. LEHANE:  Thank you, sir.

14                  MR. MATLAT:  No. 1291, El Paso, Texas.

15  No. 3052, and that's Hurst, Texas.  No. 134, San

16  Antonio, Texas.  No. 341, Southlake, Texas.  No. 3106,

17  Southlake, Texas.  No. 20, West Los Angeles,

18  California.

19                  MR. FIEDLER:  That's what's on that

20  one.

21                  MR. MATLAT:  Is the next one next up?

22  No. --

23                  MR. LEHANE:  Did you say 391, or 591

24  Avondale, Arizona?

25                  MR. MATLAT:  We might get to that one

Page 31

1    in a little bit.

2                   MR. LEHANE:  Okay.

3                   MR. MATLAT:  It's not part of this.

4                   MR. LEHANE:  Holly Springs, North

5    Carolina, 1405?

6                   MR. MATLAT:  Yeah, I think --

7                   MR. FIEDLER:  Those are both multiple

8    bid.

9                   MR. MATLAT:  Yeah, those are going to

10   come a little bit later.

11                  MR. LEHANE:  Okay.  Just checking.

12                  MR. MATLAT:  You're good for now.

13                  MR. LEHANE:  And 3131, Stockton, North

14   Carolina.

15                  MR. MATLAT:  Yeah, same thing.

16                  MR. LEHANE:  Thank you.

17                  MR. MATLAT:  You're welcome.  All

18   right.  The next property up is No. 20, West Los

19   Angeles, California.  We have a current high bid of $3

20   million on No. 20, West Los Angeles, California.  Do I

21   have a higher and better bid than 3 million for store

22   No. 20?  Is the landlord on the phone?

23                  UNKNOWN SPEAKER:  Yes.  Hi, I'm Michael

24   Tavloria [ph].

25                  MR. MATLAT:  How are you?  Good

Page 32

1    morning.

2                    UNKNOWN SPEAKER:  Good morning.

3                    MR. MATLAT:  Okay.  You're going to be

4    announced as the high bidder at 3 million, and the

5    auction is closed with respect to that property.  You

6    are the successful bidder.

7                    UNKNOWN SPEAKER:  Thank you.

8                    MR. MATLAT:  Thank you.  Have a good

9    day.

10                   Okay, next up is going to be store No.

11   3095, and that is Yorba Linda, California.

12                   MR. ZAMMIELLO:  Augustino, Fox

13   Rothschild, on behalf of the landlord.

14                   MR. MATLAT:  Good morning.

15                   MR. ZAMMIELLO:  Good morning.

16                   MR. MATLAT:  We have a current high bid

17   of $23,568, and would you be willing to waive all the

18   pre-petition plus $100,000?

19                   MR. ZAMMIELLO:  I have to consult the

20   client first.

21                   MR. MATLAT:  Okay.

22                   MR. ZAMMIELLO:  Thank you.

23                   MR. MATLAT:  No. 1321, Durango,

24   Colorado.  We have a high bid of $20,056.

25                   MS. ROGLEN:  We represent the landlord

Page 33

1    of that.  Laurel Roglen for Ballard Spahr.

2                    MR. MATLAT:  Are you consulting still?

3                    MS. ROGLEN:  We need to consult with

4    that client, yes.

5                    MR. MATLAT:  Thank you.

6                    No. 197, Aventura, Florida.

7                    MR. LEHANE:  Mr. Matlat, this is Robert

8    LeHane from Kelley Drye & Warren.  I represent the

9    landlord of that location, Regency Center.

10                   MR. MATLAT:  Ernst Bell?

11                   Well, yes Ernst Bell --

12                   MR. MATLAT:  What is it?

13                   MR. LEHANE:  -- and Andre Koleszar is

14   also here.

15                   MR. MATLAT:  Hello, Andre.

16                   197 Aventura, Florida.  Right now we

17   have a high bid of $5,000.

18                   MR. LEHANE:  Impressive.

19                   MR. MATLAT:  Is the landlord willing to

20   waive the pre-petition and pay $100,000 for a closure

21   on a such a fine piece of real estate?  That area is

22   booming.

23                   MR. LEHANE:  Let me consult with my

24   client and get back to you, Mr. Matlat.

25                   MR. MATLAT:  I appreciate that.  Thank

Page 34

1    you.

2                      No. 808, Kissimmee, Florida.

3                      MS. ROSENFELD:  Hi, I'm Sarah

4    Rosenfeld.  I'm the new proctor representing Metlife

5    Insurance Company.  The closing ask is the same?

6                      MR. MATLAT:  Yes, the ask is the same.

7                      MS. ROSENFELD:  I'm still consulting

8    with our clients.

9                      MR. MATLAT:  Okay.  $26,210 is the

10   current high bid, and I will wait to hear back from

11   you.

12                     MS. ROSENFELD:  Thank you.

13                     MR. MATLAT:  No. 579, Miami, Florida.

14                     MS. ROGLEN:  This is Laurel Roglen from

15   Ballard Spahr.  That's one of our client's locations.

16   And I'm still consulting with the client, assuming the

17   ask is the same.

18                     MR. MATLAT:  Okay, thank you.

19                     No. 128, Naples, Florida.  We have a

20   current high bid of $17,827.

21                     UNKNOWN SPEAKER:  Who's the landlord of

22   that one, Mike?

23                     MR. LEHANE:  This is Bob LeHane, Kelley

24   Drye for the record.

25                     MR. APPLEBAUM:  Mike Ridgeport, LP.

Page 35

1                    MR. MATLAT:  Bridgeport, LP.

2                    MR. APPLEBAUM:  Ridge.

3                    MR. MATLAT:  Ridgeport.

4                    MR. APPLEBAUM:  Hi, Mike.  This is

5        Aaron Applebaum from DLA Piper.  I'm here on behalf of

6        Ridgeport Limited Partnership.

7                    MR. MATLAT:  All right, Aaron.  What do

8        you got over there?

9                    MR. APPLEBAUM:  Assuming the ask is the

10       same, we are not prepared to increase our bids.

11                   MR. MATLAT:  Okay.  The high bid just

12       for the record is $17,827, and the landlord does not

13       wish to increase their bid.

14                   MR. APPLEBAUM:  Thank you.

15                   MR. MATLAT:  You're welcome.

16                   No. 3074.  That's a Buy Buy Baby in

17       Orlando, Florida.  We have a high bid of zero.  Is the

18       qualified bidder here or on the phone?

19                   MS. ROGLEN:  Yes, that's one of my

20       client's locations as well, and we're going to have to

21       consult with them.

22                   MR. MATLAT:  You got a lot of clients

23       over there.

24                   MS. ROGLEN:  Yeah.

25                   MR. MATLAT:  All right, good.

Page 36

1                    MR. LEHANE:  Mr. Matlat?

2                    MR. MATLAT:  Yes, sir.

3                    MR. LEHANE:  With respect to Aventura,

4    Florida, I've consulted with my client.  They are not

5    interested in increasing their bids.

6                    MR. MATLAT:  I don't know if I should

7    say thank you for that, but --

8                    No. 213, Stuart, Florida.

9                    MR. FLEISCHER:  Yes.  My mic is not on

10   here.

11                   MR. MATLAT:  Stuart, Florida.  We have

12   a high bid of $3,000.

13                   MR. FLEISCHER:  Yes.  Hi, Scott

14   Fleischer of Barclay Damon, counsel for the landlord.

15   They're not interested in increasing the bid.

16                   MR. MATLAT:  No. 518, Vero Beach,

17   Florida.

18                   UNKNOWN SPEAKER:  Yes, Dan Shocutt [ph]

19   for DTS Properties 2.

20                   MR. MATLAT:  Okay.  We have a current

21   high bid of $26,248.

22                   UNKNOWN SPEAKER:  Not interested in

23   increasing at this time.

24                   MR. MATLAT:  Okay.  If you say, "Yes or

25   no," you're free to go on this round of stores.

Page 37

1                    So No. 255, Buford, Georgia.  And on

2        Buford, Georgia, we have a high bid of $89,901.  Does

3        the landlord wish to increase their offer for clarity

4        and confirmation today?

5                    MR. MATLAT:  Bob, is this one of yours?

6                    MR. LEHANE:  Yes, it is.  Robert

7        LeHane, Kelley, Drye & Warren, on behalf of DDRTC

8        Marketplace and Mill Creek LLC.  The landlord does not

9        wish to increase his bid at this time.

10                   MR. MATLAT:  Okay.

11                   No. 66, Kennesaw, Georgia.  And we have

12       a high bid of $26,427.  Does the landlord wish to

13       increase their offer?

14                   MR. FOLDS:  This is David Folds from

15       Baker Donaldson, on behalf of the landlord.  We do not

16       wish to increase the offer for that property at this

17       time.

18                   MR. MATLAT:  Okay, thank you.

19                   MR. FOLDS:  I would like to know

20       whether this will be in the phase 2?

21                   MR. MATLAT:  Yeah.  Any landlord or

22       bidder that did not agree to our proposed, you know,

23       price as of right now, we'll be taking you to the

24       phase 2 auction in July, continue to market the

25       property, and if you want to have a follow-up with us

Page 38

1   after today, please do so.

2                   MR. FOLDS:  Okay.  So after this

3   property -- this is David Folds again -- so after this

4   property, we're finished for today?

5                   MR. MATLAT:  You're done for today.

6                   MR. FOLDS:  Okay.  Are you in a

7   position to tell us if there are any other bidders for

8   this property?

9                   MR. MATLAT:  Nothing acceptable to us

10  right now.

11                  MR. FOLDS:  Okay.  Thank you.

12                  MR. MATLAT:  You're welcome.

13                  No. 1119 Peachtree City, Georgia.  No.

14  1119 Peachtree City, Georgia.  We have a high bid of

15  $19,618.

16                  MR. MATLAT:  Bob, that's you.

17                  MR. LEHANE:  Peachtree?

18                  MR. MATLAT:  Peachtree, Georgia.

19                  MR. LEHANE:  Who's the landlord?

20                  MR. MATLAT:  Shop Core?

21                  MR. LEHANE:  Robert LeHane, Kelley Drye

22  & Warren.  On behalf of the landlords, which is Shop

23  Core, we do not wish to increase the bid at this time.

24                  MR. MATLAT:  Okay, thank you.

25                  No. 32, Deerfield, Illinois.  We have a

Page 39

1   high bid of $133,732.

2                   MS. ROGLEN:  That's one of mine as

3   well, Laurel Roglen from Ballard Spahr.

4                   MR. MATLAT:  Consulting?

5                   MS. ROGLEN:  We need to consult with

6   the client.  Yeah, because it's the same pre-petition

7   pre waiver plus $100,000 post -- value, cash?

8                   MR. MATLAT:  Yeah.

9                   MS. ROGLEN:  Okay.

10                   MR. MATLAT:  No. 326, Wichita, Kansas.

11                   MR. GARBUTT:  Yes.  Hi, yes --

12                   MR. MATLAT:  This is the Boyd Brothers;

13   right?

14                   MR. NAZAR:  Yeah.  Is that correct?

15   Andrew Nazar for landlord, Greenwich Place Partners

16   LLC.  I'll need to consult with my client.

17                   MR. MATLAT:  Okay.  That's 326 Wichita,

18   Kansas.  That's the Bed Bath and Beyond and 3104,

19   which is the Buy Buy Baby in Wichita, Kansas.  Next up

20   is No. --

21                   MR. NAZAR:  Is --

22                   MR. MATLAT:  What was that?

23                   MR. NAZAR:  Sorry.  Is the high -- do

24   you know what the high bid on those properties are?

25                   MR. MATLAT:  The high bid on 326

Page 40

1   Wichita, Kansas is 5,000 and the high bid on 3104, the

2   Buy Buy Baby, is $10,416.

3               MR. NAZAR:  Yeah.  I'll consult my

4   client and be back with you shortly.

5               MR. MATLAT:  Okay, thank you.

6               No. 492 and that's Metairie, Louisiana.

7   We have a high bid of $2,500.

8               MR. RICHARDS:  Morning.  This is Thomas

9   Richards with the landlord which is Clearview.  We're

10  not willing to increase the bid at this time.

11              MR. MATLAT:  Okay.  I'm going to repeat

12  it again just for everybody's edification, but unless

13  it's a June closure we will continue to market the

14  property while the going out of business sales are

15  conducted and bring it to the phase 2 auction.

16              No. 1258, Hingham, Mass.  And for 1258

17  Hingham, Mass, it's a Bed Bath and Beyond.  We have a

18  high bit of $34,525.

19              MR. GAGE:  Brendan Gage, Goulston &

20  Storrs, on behalf of Hingham -- Properties.

21              MR. MATLAT:  Okay.  Do you wish to

22  increase your offer for clarity and closure today,

23  subject to court approval?

24              MR. GAGE:  Not at this time, subject

25  for observing our rights to bid further, if this lease

Page 41

1    is getting kicked back to the phase 2 process.

2                    MR. MATLAT:  Okay.  So we'll bring you

3    to the phase 2 auction and we'll continue to have a

4    dialogue until then.

5                    MR. GAGE:  Thank you.

6                    MR. MATLAT:  Okay.

7                    No. 762 and that's Traverse City,

8    Michigan.  Traverse City, Michigan.  We have a high

9    bid of $4,728.

10                   MS. ROGLEN:  I believe that's one of

11   mine too, I'm just checking my list.

12                   Yes.  Was that store 762?

13                   MR. MATLAT:  762.

14                   MS. ROGLEN:  Yes, that's one of ours.

15                   MR. MATLAT:  Okay.

16                   MS. ROGLEN:  And we need to consult

17   with our client.

18                   MR. MATLAT:  No. 560, and that's

19   Fayetteville, North Carolina.  And Fayetteville, North

20   Carolina we have a high bid of $50.

21                   MS. ROGLEN:  Same.  Same, one of mine,

22   same client.  I will consult with them.

23                   MR. MATLAT:  No. 756, Bedford, New

24   Hampshire.

25                   MS. ROGLEN:  Me, that's one of ours as

Page 42

```
 1   well, and I have my client here with me.

 2                    MR. MATLAT:  Okay.

 3                    No. 3028, that's a Buy Buy Baby in

 4   Nashua, New Hampshire.

 5                    MR. FIEDLER:  The client's here.

 6                    MS. ROGLEN:  Can we circle back to --

 7                    MR. MATLAT:  Yeah.  Oh, I thought you

 8   were consulting again.  This one you're ready to say

 9   something?

10                    MS. ROGLEN:  I said something different

11   this time.  I said my clients are here with me.

12                    MR. MATLAT:  Perfect.

13                    MS. ROGLEN:  Can you confirm what the

14   bid and the ask is?

15                    MR. MATLAT:  Okay.  No. 756, Bedford,

16   New Hampshire.

17                    MS. ROGLEN:  Can you confirm what the

18   bid and the ask is?

19                    MR. MATLAT:  Yes.  No. 756.

20                    MR. FIEDLER:  No, I think we're on 560

21   still.

22                    MR. MATLAT:  No, 756.  756 Bedford, New

23   Hampshire.  You have a high bid of $48, and it will be

24   the same thing, waiver of all the pre-petition and a

25   100,000.
```

Page 43

1              MS. ROGLEN:  We do not wish to do that

2      today.

3              MR. MATLAT:  Okay.

4              3028.  3028, Nashua, New Hampshire.

5              MR. RICHICHI:  Yes.  I'm consulting

6      with my client.  This is Brian Richichi for NP Royal

7      Ridge.  I'm assuming the ask is the same.

8              MR. MATLAT:  Yes, it is Brian, and

9      right now the high bid is $45,097.

10             MR. RICHICHI:  45,000 --

11             MR. MATLAT:  $97.  And what we'd be

12     looking for from the landlord is a waiver of the

13     pre-petition and $100,000 in cash or post-petition

14     rent.

15             MR. RICHICHI:  All right.  I'll consult

16     with my client, I'll get back to you.

17             MR. MATLAT:  Okay.

18             MR. NAZAR:  Mike?

19             MR. MATLAT:  Yeah.

20             MR. NAZAR:  Andrew Nazar for Greenwich

21     Place Partners, Boyd Brothers, store No. 326 and 3104.

22             MR. MATLAT:  Yes.

23             MR. NAZAR:  Consulted with my client.

24     We do not wish to increase our bid at this time.

25     Confirming these are June closure stores?

Page 44

```
 1                    MR. FIEDLER:  Yes, they are.
 2                    MR. MATLAT:  Yes, they are.  Both of
 3    them?
 4                    MR. FIEDLER:  Yes.
 5                    MR. MATLAT:  Yes, they are.
 6                    MR. NAZAR:  Okay.  That's it.  So at
 7    this time we don't wish to move further.
 8                    MR. MATLAT:  Okay.  All right.  You
 9    guys are free to go.
10                    MR. NAZAR:  Thank you.
11                    MR. MATLAT:  No. 266.  That is
12    Eatontown, New Jersey.
13                    UNKNOWN SPEAKER:  Yes, Alan Sadgwey
14    [ph], the landlord.
15                    MR. MATLAT:  And how are you sir?  Your
16    current high bid is $49,488 and it will be the same
17    proposal to you, waiver the pre-petition plus 100.
18                    UNKNOWN SPEAKER:  I'm going to say with
19    our bid.
20                    MR. MATLAT:  Okay.  Thank you, you're
21    free to go.
22                    No. 289, Middletown, New Jersey.
23                    MR. WILLNER:  This is Ben Willner.  I
24    represent the landlord.
25                    MR. MATLAT:  Okay.  How are you doing
```

Page 45

1    Ben?  You have got a current high bid of 40,478.

2                    MR. WILLNER:  We don't want to increase

3    our bid at this time.

4                    MR. MATLAT:  Okay.  You're free to go.

5                    3081, West Long Branch, New Jersey.

6                    MR. RIVER:  I'm Dan River, counsel for

7    the landlord.

8                    MR. MATLAT:  Okay, we got a current

9    high bid of 93,185.

10                   UNKNOWN SPEAKER:  That was it.  Done.

11                   MR. MATLAT:  What was that?  That was

12   you?

13                   MR. RIVER:  No, I think that was

14   somebody else who still had the record going on.

15                   MR. MATLAT:  Oh, okay.  3081, West Long

16   Ranch, New Jersey.  We have a current high bid of

17   93,185.

18                   MR. RIVER:  Is this again up for a

19   reply?

20                   MR. MATLAT:  Yeah, it's the same

21   proposal.  It's a waiver of the pre-petition plus

22   $100,000 in cash order to be set off against

23   post-petition rent.

24                   MR. RIVER:  On behalf of the landlord,

25   we accept that, and we will make that bid.

Page 46

1                    MR. MATLAT:  You'll make that bid.

2     Okay.  Thank you.  You're the successful bidder and

3     you're free to go.

4                    MR. RIVER:  Thank you.

5                    MS. ROGLEN:  This is Laurel Roglen.  I

6     have two updates from some of my clients on ones we

7     previously passed on.  The first is for store No. 579

8     in Miami, Florida.

9                    MR. MATLAT:  We're on a one-store

10    streak now with yeses, so I'm expecting some big news.

11                   MS. ROGLEN:  Well, the big news for

12    this one is we will not be increasing our bid.

13                   MR. MATLAT:  Okay.  What store No. is

14    that?

15                   MS. ROGLEN:  That is store No. 579.

16                   MR. MATLAT:  No. 579.  I got you.

17    Okay.

18                   MS. ROGLEN:  And for store No. 3031 in

19    Hoover, Alabama, we had a question:  If we increase

20    our bid -- that's a Buy Buy Baby -- if the landlord's

21    willing to increase its bid to meet the ask for the

22    pre-petition care waiver plus $100,000, will that be

23    pulled from the go forward Buy Buy Baby auction or no?

24                   MR. MATLAT:  It will -- the going

25    concern sale is still going to be auctioned off on

Page 47

1   Wednesday.  But a good offer on a Buy Buy Baby

2   location, you know, could give the people that are

3   working on the going concern sale some incentive to

4   see if they can keep it out.  But at the end of the

5   day, correct Ross, the going concern sale will

6   prevail.  But if a bid for a Buy Buy Baby location is

7   substantial, you know, there's a chance they might be

8   able to keep it out, depending on who they go forward

9   with.

10              MR. FIEDLER:  Yeah, that's right.

11              MR. MATLAT:  But it's subject to the

12  going concern sale.

13              MS. ROGLEN:  So even if we meet the

14  debtor's ask today --

15              MR. MATLAT:  Yes.

16              MS. ROGLEN:  There's -- it's still

17  going to be subject to further bidding.

18              MR. FIEDLER:  It's basically a

19  conditional winning bid.  So you win today, but it's

20  subject to the auction on Wednesday.

21              MS. ROGLEN:  Okay.  I'm going to

22  consult with my client on that again.  Thank you.

23              MR. MATLAT:  And just for

24  clarification, if they sell the entire chain with all

25  the stores, you know, it's gone.  But the fact that

Page 48

1   you make an offer to get that location back.

2                   UNKNOWN:  Mike, you say that it won't

3   be part of the July auction.

4                   MR. MATLAT:  Yeah, it will not be part

5   of the July auction.  It's the going concern sale

6   she's concerned about.

7                   MS. ROGLEN:  Yeah.  This is a Buy Buy

8   Baby location, so I'm asking about the go forward.

9                   MR. MATLAT:  Yeah.

10                  MS. ROGLEN:  Okay.  I'm going to

11  consult with my client.

12                  MR. MATLAT:  It's conditional.  If we

13  can, we will.

14                  MS. ROGLEN:  Thank you.

15                  MR. MATLAT:  Okay.

16                  MS. ROSENFELD:  This is Sarah Rosenfeld

17  on behalf of Metropolitan Life Insurance Company.  I

18  have an update as well.

19                  MR. MATLAT:  All right.  Sarah, what's

20  the store No.?

21                  MS. ROSENFELD:  Sorry.  No. 808.

22                  MR. MATLAT:  808, Kissimmee, Florida.

23                  MS. ROSENFELD:  Yeah.  So just to ask a

24  quick question:  My clients would like to know if you

25  would be willing to increase -- decrease the cash

Page 49

1   amount you're proposing, so they would only increase

2   their bid by $25,000.

3              MR. MATLAT:  So it would be a waiver of

4   the pre-petition.

5              MS. ROSENFELD:  Plus 25,000.

6              MR. MATLAT:  Plus 25,000.  You know

7   what we'll do?  We can get back to you at the

8   conclusion of the auction.  We need to talk to the

9   consultation parties about that.  I can't give you an

10  answer right now because we have got to break and talk

11  about it.

12             MS. ROSENFELD:  Okay.  Do you --

13             MR. MATLAT:  100, I had authorization

14  for.  Anything less than that, I need to get approval.

15             MS. ROSENFELD:  Understood.  And --

16             MR. MATLAT:  100, you're done right

17  now.  Done.

18             MS. ROSENFELD:  And -- if you're -- on

19  the $25,000, there's no guarantee I'll hear by the end

20  of today?  And will I be given an opportunity to

21  further increase the bid if that offer is not

22  accepted?

23             MR. FIEDLER:  Yeah.  Yes, you will.

24             MR. MATLAT:  There you go.  So clarity

25  today.

```
 1                    MS. ROSENFELD:  But --
 2                    MR. MATLAT:  100 now, and we'll come
 3      back to you, you know --
 4                    MR. FIEDLER:  Yeah, we'll talk with our
 5      client and the consultation parties, and we'll get
 6      back to you.  But this will be handled today.
 7                    MR. MATLAT:  Yes.
 8                    MS. ROSENFELD:  And I have to remain at
 9      the auction?
10                    MR. FIEDLER:  We'll try to push this
11      ahead.
12                    MR. MATLAT:  We can probably --
13                    MR. FIEDLER:  We're going to take a
14      brief recess --
15                    MR. MATLAT:  Yeah.
16                    MR. FIEDLER:  -- at some point in the
17      next, I don't know, 30 minutes, and we can get back to
18      you on that.
19                    MS. ROSENFELD:  Thank you.  Appreciate
20      it.
21                    MR. MATLAT:  Yeah.  You're probably not
22      hard to reach; right?  We can call you later on today
23      if you wanted to leave?  Okay.  I mean, you can
24      continue to join by Zoom, so that's always an option.
25                    MR. APPLEBAUM:  Mike?  Aaron Applebaum
```

Page 51

1    from DLA Piper.  I know we had said no to the increase

2    on store 128 for Naples, but we would make the same

3    offer that was just made to increase it to full

4    pre-petition waiver plus $25,000.

5                    MR. MATLAT:  And which store No. was

6    that?

7                    MR. APPLEBAUM:  Store No. 128 in

8    Naples, Florida.

9                    MR. MATLAT:  Okay.  Okay.  Thanks,

10   Aaron.

11                   MR. APPLEBAUM:  Thank you.

12                   MR. MATLAT:  3081 was the last store.

13   We had a successful bid on West Long Branch, New

14   Jersey for a waiver of the pre-petition plus 100,000.

15   The next property up is going to be store No. 111 and

16   that's going to be Albuquerque, New Mexico.

17                   MS. ROGLEN:  This is Laurel Roglen from

18   Ballard Spahr.  It's one of our client locations and

19   we'll continue to hold.

20                   MR. MATLAT:  Okay.  Are you consulting

21   with them?

22                   MS. ROGLEN:  Yes.  We'll consult with

23   them.

24                   MR. MATLAT:  Okay.  And you have

25   another one coming up, 1133 which is the same thing in

Page 52

1  Albuquerque.  Oh, that's not you though; right?

2              MS. ROGLEN:  It is.  That one's me,

3  too.

4              MR. MATLAT:  Two Albuquerque

5  properties.

6              MR. FIEDLER:  Same response?

7              MR. MATLAT:  Same response, consulting.

8              Next up is No. 768, Mason, Ohio.  And

9  No. 768 Mason, Ohio, we have a high bid of 2,714.

10              MR. FLEISCHER:  Yes, that's me, Scott

11  Fleischer, Barclay Damon.  Landlord does not wish to

12  bid further at this time.

13              MR. MATLAT:  Thank you, Scott.

14              Okay, next up we have No. 3128,

15  Clackamas, Oregon.  It's a Buy Buy Baby.

16              Mr. Goldberg, are you with us today?

17              MR. GOLDBERG:  I am.  Hi Mike.  How are

18  you?

19              MR. MATLAT:  Pretty good.

20              MR. GOLDBERG:  On behalf of the

21  landlord, at this moment we're prepared to make a cash

22  offer, absolute cash offer, $20,636, a waiver of all

23  pre-petition amounts, and a waiver of the

24  post-petition amounts, which we believe are $79,364.

25              So in our view, that meets your

Page 53

1    $100,000 ask.  And then that would only be subject to

2    the going concern bid on Wednesday.  And if it's not

3    included in the going concern bid, then we understand

4    and just would like confirmation it comes back to the

5    landlord if you accept this bid.

6                    MR. MATLAT:  Yes, sir.  Well,

7    articulated, Rich.  I appreciate that.  And you

8    incentivized our team to try and sell it to you.

9    You're free to go.  Good luck to Jack and the surgery.

10                   MR. GOLDBERG:  Okay, thanks.  Mike,

11   does that mean you've accepted it?

12                   MR. MATLAT:  You're the successful

13   bidder today, subject to the going concern sale.

14                   MR. GOLDBERG:  Okay, thank you.

15                   MR. MATLAT:  All right.

16                   MR. GOLDBERG:  We're signing off.

17   Thanks, Mike.

18                   MR. MATLAT:  Okay, bye-bye.

19                   No. 319 and that's going to be Eugene,

20   Oregon.

21                   UNKNOWN SPEAKER:  -- Seedforth [ph]

22   representing the landlord.

23                   MR. MATLAT:  Yeah.  We have a current

24   high bid of $61,143, and we'd be looking for a waiver

25   of the pre-petition plus 100,000 cash to be set off

Page 54

1    against any post-petition rent that's due.

2                    UNKNOWN SPEAKER:  We're just going to

3    hold firm at this time.

4                    MR. MATLAT:  Okay.

5                    No. 112 --

6                    UNKNOWN SPEAKER:  Thank you.

7                    MR. MATLAT:  You got it.

8                    No. 1127.  And this is Kaiser, Oregon?

9                    MR. CHASE:  Yes.  Hello, this is Amrit

10   Chase.

11                   MR. MATLAT:  How are you?

12                   MR. CHASE:  Wonderful.

13                   MR. MATLAT:  We got a current high bid

14   of $15,493 and we'd be looking for a waiver of the

15   pre-petition plus 100,000, cash or to be set off.

16                   MR. CHASE:  We are going to hold firm.

17                   MR. MATLAT:  Can you please state your

18   name just for the court reporter?

19                   MR. CHASE:  Amrit Chase.

20                   MR. MATLAT:  Okay.

21                   THE REPORTER:  Speak up.

22                   MR. MATLAT:  We're still having trouble

23   hearing you.  You got to speak louder.  And who do you

24   represent?

25                   MR. CHASE:  First one, the landowner

Page 55

1   but the entity on the sheet.  What is it?  You got

2   property?

3                    MR. MATLAT:  GRI Kaiser is the landlord

4   entity.

5                    MR. FIEDLER:  Sir, can you please state

6   your name?

7                    MR. MATLAT:  Speak louder.

8                    MR. FIEDLER:  State your name and who

9   you represent.

10                   MR. CHASE:  My name is Amrit Chase and

11  I represent the landlord, GRI Kaiser.

12                   MR. MATLAT:  Thank you.  Okay.  The

13  current high bid is $15,493.  Do you wish to waive the

14  pre-petition and pay $100,000?

15                   MR. CHASE:  We do not.

16                   MR. MATLAT:  Okay.  All right, you're

17  free to go.

18                   No. 432, Exton, PA.  432, Exton, PA.

19                   MR. LEVANT:  Morning.

20                   MR. MATLAT:  We have a current high bid

21  of $35,279.

22                   MR. LEVANT:  Good morning.

23                   MR. MATLAT:  Good morning.

24                   MR. LEVANT:  I'm James Levant

25  representing the landlord.  I believe that is our bid.

Page 56

1   We do not wish to increase it, but can you tell me if

2   this is a June or July store?

3                   MR. FIEDLER:  It's a July store.

4                   MR. MATLAT:  It's a July store.  So we

5   will continue to market the property, intent on

6   bringing it to the phase 2 auction.

7                   MR. LEVANT:  Thank you.

8                   MR. MATLAT:  Thank you.  Free to go.

9                   No. 337, Homestead, PA.  We have a high

10  bid of $55,108.

11                  MR. RADASEVICH:  Is 337 the waterfront

12  property?

13                  MR. FIEDLER:  Yeah.

14                  MR. MATLAT:  Yes, sir.  490 Waterfront

15  Drive East.

16                  MR. RADASEVICH:  Yes.  This is Rudy

17  Radasevich; we represent the landlord.  We are

18  considering at this moment whether to increase your

19  $100,000 figure that's been requested of the other

20  landlords.  Can you pass us for about five minutes?

21                  MR. MATLAT:  Yeah, you're going to

22  consult.

23                  MR. RADASEVICH:  Thank you.

24                  MR. MATLAT:  Okay, thank you.

25                  Next up is No. 1327, Stroudsburg, PA.

Page 57

1   1327 Stroudsburg, PA.  We have a high bid of $68,018.

2   Bed Bath and Beyond location.

3                    MS. ROGLEN:  This is Laurel Roglen from

4   Ballard Spahr, that's one of our client's locations

5   and we will consult with them.

6                    MR. MATLAT:  Okay.

7                    No. 437, Anderson, South Carolina.  We

8   have a high bid of zero.

9                    MR. FIEDLER:  Same.

10                   MS. ROGLEN:  Laurel Roglen from Ballard

11   Spahr.  Same answer, same client.  We'll consult.

12                   MR. MATLAT:  Thank you.

13                   Next up is No. 592, and that's

14   Charleston, South Carolina.  It's a Bed Bath and

15   Beyond.  We have a high bid of $135,649.

16                   MR. APPLEBAUM:  Hi Mike, this is Aaron

17   Applebaum again, DLA Piper, on behalf of CR West

18   Ashley LLC.  I believe that's our bid with the

19   landlord, that property.  And it's -- think if it's

20   the same offer, we are not increasing our offer on

21   that property.

22                   MR. MATLAT:  Aaron, you came a long way

23   not to bid a lot of money.  You saving it?  Saving it

24   for later?

25                   MR. APPLEBAUM:  Saving it for later,

Page 58

1    Mike.

2                   MR. MATLAT:  Okay, thanks.

3                   No. 237, Mount Pleasant, South

4    Carolina.  We have a high bid of 130,487.

5                   MR. APPLEBAUM:  Aaron Applebaum again

6    from DLA Piper.  CR Mount Pleasant LLC is our client

7    on that one.  Mike, can you confirm that that's a

8    June-closing store?

9                   MR. MATLAT:  Yes, it is.  237 Mount

10   Pleasant, South Carolina is a June closure.

11                  MR. APPLEBAUM:  And just to confirm,

12   for June closures, if we don't increase our bid,

13   that's being rejected at the end of today?

14                  MR. MATLAT:  It'll be rejected if we

15   don't accept your offer.

16                  MR. APPLEBAUM:  We are not increasing

17   our offer on that.

18                  MR. MATLAT:  Okay.

19                  No. 1312 --

20                  Collierville, Tennessee.

21                  MR. JOSEPH:  Yeah, this is Brad Joseph

22   with CE Collierville LLC, the landlord.  The landlord

23   listed on the sheet is the old landlord.

24                  MR. MATLAT:  Okay, and what's the new

25   landlord entity?

Page 59

```
 1                    MR. JOSEPH:  It's on our bid, CE
 2    Collierville LLC.
 3                    MR. MATLAT:  Okay.  That's what we have
 4    on our bid tracker.  And you have a current high bid
 5    of $100,000.  And do you wish to increase your offer
 6    for clarity and closure today as a successful bidder
 7    will be brought to court for approval?
 8                    MR. JOSEPH:  Okay.  And we've hit the
 9    $100,000.
10                    MR. MATLAT:  Okay.  So that being said,
11    you will be announced as a successful bidder today.
12    We're going to accept that offer and bring you to
13    court for approval.
14                    MR. JOSEPH:  Thank you.
15                    MR. MATLAT:  So we're going to take a
16    brief --
17                    MR. RICHICHI:  Excuse me?
18                    MR. MATLAT:  Who said excuse me?
19                    MR. RICHICHI:  Brian Richichi.  I was
20    just going to come back to you on store 3028.
21                    MR. MATLAT:  Oh, okay.
22                    MR. RICHICHI:  My client, MP Royal
23    Ridge will take the deal offered, the waiver plus
24    100K, subject to what happens when --
25                    MR. MATLAT:  That was Nashua, New
```

Page 60

1   Hampshire; right?

2                   MR. RICHICHI:  Yes.

3                   MR. MATLAT:  Okay.  3028 and the answer

4   is yes.  You're going to waive all the pre-petition

5   plus $100,000.

6                   MR. RICHICHI:  That's correct.

7                   MR. MATLAT:  Okay.

8                   All right.  We're going to take a short

9   break.

10                  MR. WEBB:  Hi, this is Jeff Webb with

11  landlord in store 1044.  Are you guys running in

12  alphabetical order?  Because --

13                  MR. MATLAT:  No.

14                  MR. WEBB:  -- I didn't hear that store

15  covered.

16                  MR. MATLAT:  No.

17                  MR. FIEDLER:  We're not there yet.

18                  MR. MATLAT:  No.  We're going to get to

19  it though.

20                  MR. WEBB:  Okay.  Thank you.

21                  MR. MATLAT:  Sit tight.

22                  What time are you got?

23                  MR. FIEDLER:  So we'll take a brief

24  recess, maybe 15 to 30 minutes.  Folks can expect to

25  be back here by 11:45.  How's that work?

Page 61

1                    MR. MATLAT:  Half hour you need, or 15?

2                    MR. FIEDLER:  All right.  15 minutes.

3     11:30.

4                    MR. MATLAT:  11:30.

5                    MR. FIEDLER:  Thank you.

6                    MR. MATLAT:  Thank you.

7               (Off the record.)

8                    MR. MATLAT:  Okay.  We're going to

9     resume the auction and we're going to revert back to a

10    couple of locations that we passed over to get some

11    clarity on them.  And for everybody that's listening

12    in, just for clarification purposes, if there is a

13    store that is closing in June, and we have not

14    accepted your offer today as a successful bid, at the

15    conclusion of the auction, if the debtors in

16    consultation with the consultation parties, determine

17    that that lease has value, you know, we may continue

18    to market it into July at the phase 2 auction.

19               Okay, we are going to go back in time

20    to some locations where we were consulting with the

21    landlord on a decision regarding the suggested minimum

22    bid, and the floor is yours.

23                    MS. ROGLEN:  Laurel Roglen from Ballard

24    Spahr, and we are going to start with the Patton Creek

25    Shopping Center in Hoover, Alabama, store No. 3031.

Page 62

1    That was the Buy Buy Baby location, and the landlord

2    is willing to increase its bid to the $100,000

3    requested, subject to the condition that if the Buy

4    Buy Baby auction on Wednesday does not result in a

5    buyer that's taking leases, including that lease, the

6    landlord's bid will be deemed a successful bidder, and

7    it won't push into the July lease auction.

8                    MR. MATLAT:  So, you're basically

9    saying, yes, subject to the going concern sale?

10                   MS. ROGLEN:  Yes, as long as the bid

11   will be the successful bid.

12                   MR. MATLAT:  Yes.

13                   MS. ROGLEN:  If there is no going

14   concern.

15                   MR. MATLAT:  Yes.  You're the

16   successful bidder today, subject to the going concern

17   sale; we wouldn't bring it to July.  Thank you.

18                   Any more, Laurel?

19                   MS. ROGLEN:  Yes.  For store No. 762 in

20   Traverse City, Michigan, the landlord does not wish to

21   increase its bid at this time and reserves all rights

22   be bid at the phase 2 auction if it kicks into the

23   phase 2 auction.

24                   MR. MATLAT:  Okay.

25                   MS. ROGLEN:  Are you able to tell us if

Page 63

1    these are June or July?

2                    MR. EYLER:  That's June.

3                    MS. ROGLEN:  June?

4                    MR. MATLAT:  Yeah, that's a June

5    closure.

6                    MS. ROGLEN:  Okay.  The next one is

7    store No. 1133 Cottonwood Commons in Albuquerque, New

8    Mexico.  Again, the landlord does not wish to increase

9    its bid at this time, but will reserve all rights to

10   bid at a phase 2 auction.  And is that one of June or

11   July?

12                   MR. EYLER:  July.

13                   MR. MATLAT:  That's a July.

14                   MS. ROGLEN:  The next one is store No.

15   one 111 Plaza San Mateo in Albuquerque, New Mexico.

16   The landlord does not wish to increase its bid at this

17   time, but reserves all rights to bid at a phase 2

18   auction.  And is that one a June or July?

19                   MR. EYLER:  July.

20                   MR. MATLAT:  July.

21                   MS. ROGLEN:  Next, is store No. 1327.

22   The shops at Stroud in Stroudsburg, Pennsylvania.

23   Again, the landlord does not wish to increase its bid

24   at this time, but reserves all rights to bid at a

25   phase 2 auction.  And is that one in June or July?

Page 64

1                    MR. EYLER:  June.

2                    MR. MATLAT:  June.

3                    MS. ROGLEN:  Next is store No. 560 in

4      Fayetteville, North Carolina.  The landlord does not

5      wish to increase its bid at this time, but reserves

6      all rights to bid at the phase 2 auction.  And is that

7      one a June or July location?

8                    MR. EYLER:  July.

9                    MR. MATLAT:  July.

10                   MS. ROGLEN:  Got a couple more.

11                   MR. MATLAT:  Well, you did good work

12     during the break.

13                   MS. ROGLEN:  Right, give us a little

14     time and we can get things done.

15                   Colonial Landing in Orlando, Florida,

16     store No. 3074.  The landlord does not wish to

17     increase his bid at this time and reserves all rights

18     to do so prior to or at the phase 2 auction.  And is

19     that one a June or July?

20                   MR. EYLER:  July.

21                   MR. MATLAT:  July.

22                   MS. ROGLEN:  And then the last one is

23     Durango Mall in Durango, California, store No. 1321.

24     The landlord does not wish to increase its bid at this

25     time, but reserves all rights to do so at or prior to

Page 65

1    the phase 2 auction.  And can you tell me if that one

2    is June or July?

3                    MR. EYLER:  June.

4                    MR. MATLAT:  That's a June.

5                    MS. ROGLEN:  Okay.  I have a couple

6    more that I'm still consulting with clients on.

7                    MR. MATLAT:  Okay.

8                    MS. ROGLEN:  Thank you.

9                    MR. MATLAT:  Thank you.

10                   Okay, we're going to resume.

11                   MR. RADASEVICH:  Mike, Mike before we

12   do, this is Rudy Radasevich again on lease store No.

13   337 in Homestead, Pennsylvania.  The landlord will

14   increase to the requested $100,000 bid plus the waiver

15   of our rights and claims.

16                   MR. MATLAT:  Great.  Thanks Rudy.  Let

17   me just find it on my sheet.  What was the store No.

18   again?

19                   MR. EYLER:  It's at the bottom, 337.

20                   MR. RADASEVICH:  It's store No. 337.

21   The line No. on the Court order was one.

22                   MR. MATLAT:  Okay, thank you.  Hey

23   Rudy, based on the fact that you agreed, 337

24   Homestead, Pennsylvania, you are deemed a successful

25   bidder.  The auction is closed with respect to that

Page 66

1    property and you're free to go.

2                    MR. RADASEVICH:  Thank you very much.

3    Have a wonderful day.

4                    MR. MATLAT:  Thank you.

5                    MR. FOLDS:  Mike, this is David Folds,

6    one of the landlord accounts.  I just wanted to get a

7    point of clarification on one store that you discussed

8    earlier.  That's store No. 66 Cobb Place.  Could you

9    tell me if that is a June or a July closure?

10                   MR. MATLAT:  Store No. 66 Cobb Place.

11   Tell me the city and state.

12                   MR. EYLER:  It's a July -- it's July.

13                   MR. FOLDS:  In Scott, Georgia.

14                   MR. MATLAT:  It's a July.

15                   MR. FOLDS:  Thank you.

16                   MR. MATLAT:  Okay.

17                   MR. ROY:  Excuse me, Barry Roy for

18   store No. 1096.  Confirm whether June or July closing?

19                   MR. EYLER:  July.

20                   MR. MATLAT:  Have we bid on it yet?

21                   MR. EYLER:  Oh, no we haven't.

22                   MR. ROY:  No, it hasn't been called

23   yet.

24                   MR. MATLAT:  Okay.  Well, ask me again

25   when we get to it.

Page 67

1                    MR. ROY:  Thank you.

2                    MR. MATLAT:  Thank you.  All right,

3     we're back on.

4                    No. 339 Franklin, Tennessee.

5                    MR. WARFIELD:  This is Patrick Warfield

6     on behalf of the landlord Thoroughbred Village

7     Enlightenment, Cool Springs.  Is that a June or July

8     closure?

9                    MR. EYLER:  July.

10                   MR. MATLAT:  July.

11                   MR. WARFIELD:  And what --

12                   MR. MATLAT:  The current high bid is

13    26 -- the current high bid is $26,792.  We would ask

14    for closure, clarity today, to announce you as a

15    successful bidder for a waiver of the pre-petition

16    plus $100,000.

17                   MR. WARFIELD:  Are there any other

18    bidders?  You may not be able to tell me.

19                   MR. MATLAT:  Well, are you the high

20    bidder at $26,792?

21                   MR. WARFIELD:  That would be us, and

22    we're the landlord.

23                   MR. MATLAT:  Okay.  So, are there any

24    other bidders on this location?

25                   Okay, nobody else bid on it, but the

Page 68

1   suggested minimum bid price to be accepted today, for

2   clarity and closure, and, you know, not to continue to

3   market it, just to bring it to court for approval,

4   would be for a waiver of the pre-petition plus

5   $100,000.

6           MR. WARFIELD:  And if we don't -- if we

7   don't accept that, we move to July auction; is that

8   correct?

9           MR. MATLAT:  That will be the plan,

10  yeah.  Continue to market it.

11          MR. WARFIELD:  All right, let me confer

12  with my client.  We will be back.  Thank you.

13          MR. MATLAT:  Okay.

14          Next up, No. 1035.  That's Knoxville,

15  Tennessee.

16          MR. FOLDS:  This is David Folds from

17  Baker Donaldson.  I represent the landlord, RTC 123,

18  LLC.

19          MR. MATLAT:  How you doing David?  The

20  current high bid is $84,245.  And you know the terms

21  that we're looking for, if your client is agreeable.

22          MR. FOLDS:  Just one moment, please.

23          MR. MATLAT:  Okay.

24          By the way, everybody on the phone's

25  doing a great job.  Great job.  As soon as I call out

Page 69

1    the store No. you're on.

2                MR. FOLDS:  The high bid is our credit

3    bid.

4                MR. MATLAT:  If you're $84,245?

5                MR. FOLDS:  Yes.  So we're not willing

6    to increase that amount at this time.

7                MR. MATLAT:  Okay.

8                MR. FOLDS:  Could you tell me if this

9    store is a June or July closure?

10               MR. EYLER:  It's a July.

11               MR. MATLAT:  It's a July, so we're

12   going to continue to market it towards the phase 2.

13               MR. FOLDS:  Okay, thanks.  We'll

14   reserve our rise bid at the subsequent auction, thank

15   you.

16               MR. MATLAT:  Thank you.

17               Next up, No. 3039.  That's a Buy Buy

18   Baby in Frisco, Texas.

19               MS. SMILEY:  Hi, this is Rachel Smiley

20   on behalf of South Frisco Village, SC, L.P.  Can you

21   tell me if this is a June or a July store?

22               MR. EYLER:  It's a July.

23               MR. MATLAT:  It's a July.

24               MS. SMILEY:  July?  We are not going to

25   increase our bid as of now, but we did have a question

Page 70

1    about the Bed Bath and Beyond store that's also at

2    that location.  We placed a bid for that location as

3    well, and it was not on the most recent copy of the

4    notice, which was filed yesterday.  Is it now going to

5    be turned to phase 2?

6               MR. EYLER:  What location?

7               MR. MATLAT:  Yeah, is it known as

8    Frisco?  Do you have a store No.?

9               MS. SMILEY:  I don't have a store No.,

10   I just know it's Bed Bath and Beyond store and it's

11   just the same location.  It's in the South Frisco

12   Village.

13              MR. EYLER:  404.

14              UNKNOWN SPEAKER:  Yeah, Mike, it's 404.

15              MR. MATLAT:  Okay.  So, here's what

16   we'll do.  For 3039, I'm going to announce what the

17   high bid is on the Buy Buy Baby.  The high bid is

18   $10,000.  The landlord has indicated that they're not

19   willing to increase their offer.  You're a qualified

20   bidder, and if you submitted a bid on No. 404 Frisco,

21   Texas -- we didn't, you know, we might have missed it,

22   or what have you, so for No. 404 Frisco, Texas, if the

23   landlord could state what the offer is on the record

24   and then indicate whether you're willing to increase

25   your offer or not for closure and clarity on that

Page 71

1    today?

2                    MS. SMILEY:  It was the same.  It was

3    $10,000, with respect to whether we'd increase that.

4                    MR. MATLAT:  Yeah, we had trouble

5    hearing you.  Could you yell at us?

6                    MS. SMILEY:  Sure.  Can you hear me

7    now?

8                    MR. MATLAT:  Little bit better, thank

9    you.

10                   MS. SMILEY:  Sure.  The -- confirming

11   that the bid for the Bed Bath and Beyond store in

12   Frisco was also $10,000, but as to whether we would

13   increase that, I would need to consult with the

14   client.

15                   MR. MATLAT:  Okay.

16                   MS. SMILEY:  Thank you.

17                   MR. MATLAT:  Yeah, we look forward to

18   hearing back from you.

19                   Store No. 1227 Foxborough, Mass.  We're

20   removing that from today's auction and bringing it to

21   July.

22                   Next up is No. 825, Bed Bath and

23   Beyond; McKinney, Texas.

24                   MR. ZAMMIELLO:  Agostino Zammiello,

25   Augustino, Fox Rothschild, on behalf of the landlord,

Page 72

1   Whitestone.

2            MR. MATLAT:  We got a current high bid

3   of $52,335.

4            MR. ZAMMIELLO:  What is that again?

5            MR. MATLAT:  $52,335.

6            MR. ZAMMIELLO:  Could you confirm

7   whether that's a June closure or July closure?

8            MR. EYLER:  It's a July closure.

9            MR. MATLAT:  It's a July closure.

10           MR. ZAMMIELLO:  July closure?  And can

11  you confirm whether the post-petition credit will

12  include rents and taxes, post-petition taxes?

13           MR. MATLAT:  To the extent, the taxes

14  are post-petition.

15           MR. ZAMMIELLO:  Okay.  I'll have to

16  consult with the client and get back to you.

17           MR. MATLAT:  Okay, so --

18           MR. ZAMMIELLO:  Thank you.

19           MR. MATLAT:  So next up is No. 514.

20  No. 514 is Mesquite, Texas.

21           MS. ROGLEN:  This is Laurel Roglen from

22  Ballard Spahr.  That's one of my client's locations,

23  and I'll have to consult with them.

24           MR. MATLAT:  Thank you, Laurel.

25           No. 61, Bed Bath and Beyond; Plano,

```
                                                         Page 73
 1    Texas.  We have a high bid of $5,000.

 2                    MR. SHRAIBERG:  Brad Shraiberg, on

 3    behalf of the landlord, Staff Two Creek Walk Village.

 4    We will not increase the bid at this time.

 5                    MR. MATLAT:  Thank you.

 6                    No. 305, Round Rock, Texas, Bed Bath

 7    and Beyond.  We have a high bid of $84,358.

 8                    MR. FLEISCHER:  Yes, Scott Fleischer,

 9    Barclay Damon.  The landlord is not going to increase

10    the bid.  Thank you, though.

11                    MR. SHRAIBERG:  Mike -- Mike, I

12    apologize.  This is Brad Schrader again.  Is the

13    Plano, Texas, the last one, store No. 61, a June

14    closing?

15                    MR. EYLER:  That's July.

16                    MR. MATLAT:  61 is July.

17                    Moving along, No. 3134, Buy Buy Baby;

18    Tyler, Texas.  We have a high bid of $15,383.  3134,

19    Buy Buy Baby, Tyler, Texas.  High bid of $15,383.

20                    MR. EYLER:  Landlord, Tyler Broadway.

21                    MR. MATLAT:  Tyler Broadway, are you on

22    the phone?

23                    Okay, moving along.  294, Bed Bath and

24    Beyond, Salt Lake City, Utah.

25                    MR. SINK:  Jeremy Sink of Kirton
```

Page 74

1    McConkie, on behalf of the Commons at Sugar House LLC,

2    who is the landlord for that Sugar House store No.

3    294.  We believe that our bid as currently -- well,

4    what's the high bid that you had?

5               MR. MATLAT:  The current high bid is

6    $84,064.

7               MR. SINK:  I'm not quite sure if that

8    matches up with our bid, because our bid was a -- is

9    that a bid on behalf of the Commons at Sugar House?

10              MR. MATLAT:  Yes, it's your bid.

11              MR. SINK:  Are you accepting that bid?

12              MR. MATLAT:  Yeah, it's 50K net, and

13   we're asking for 100.  I think you did a waiver of the

14   pre-petition plus 50.

15              MR. SINK:  Yeah.  So I'll --

16              MR. MATLAT:  And for clarity and

17   closure, today we're asking you to increase it to 100,

18   and we'll announce you as a successful bidder.

19              MR. SINK:  Well, I think our bid has

20   constituted at your $100,000 threshold.  We've made a

21   bid that's a waiver of all pre-petition claims, a bid

22   that the waiver of all post-petition claims, plus our

23   $50,000 of cash.  The monthly rent is $49,852 a month

24   plus CAM charges of $1,770 a month.  If you just use

25   that for July, I think we're above your $100,000

1    threshold.

2              MR. MATLAT:  Talk about some good math,

3    huh?  That worked out perfectly.  Now the problem is

4    they're not going into July with that location.  It's

5    a June closure.

6              MR. SINK:  Okay, so are you rejecting

7    the lease?

8              MR. MATLAT:  Not yet.

9              MR. SINK:  That's the interesting

10   dilemma that we have here; isn't it?

11             MR. MATLAT:  It is an interesting

12   dilemma.  You are correct.

13             MR. SINK:  Then why should we pay you

14   $50,000?

15             MR. MATLAT:  Well, that's really up to

16   you to make that decision.  You could say, "No, our

17   offer stands and we'll get back to you" or you can pay

18   another 50 and be done.

19             MR. SINK:  Well, so -- so that's the

20   question I have for you, is that if your -- if your

21   plan is not to pay my client's July rent, then -- then

22   I interpret that as meaning you're rejecting this

23   lease as of July 1st or the last day of June.  And

24   then -- and then, why should we offer you anything?

25             MR. MATLAT:  Well, I think you're kind

Page 76

1    of answering your own question; right?  If I -- I

2    don't want to tell you what to do, I'm just letting

3    you know what I countered at, and you can just say,

4    "Our offer stands, thank you very much, Mike.  We're

5    not increasing it."

6                    MR. SINK:  Yeah, Mike.  Well, let me

7    hold back on that and I'll get back to you on that.

8                    MR. MATLAT:  Okay.

9                    MR. SINK:  Because I want to talk to

10   clients who are in the room.  But I do want the -- if

11   I could transition to a second store that we're on,

12   which is 1260.

13                   MR. MATLAT:  Yeah, we're not there yet.

14                   MR. SINK:  Can we do that one right

15   now?

16                   MR. MATLAT:  No, it falls into a

17   different category.

18                   MR. SINK:  Okay.  I will get back to

19   you and talk to my clients.  I'm not sure how -- I'll

20   be right back with you.

21                   MR. MATLAT:  Yeah, and I'm not trying

22   to be smart.  It's just, you know, you either say "Our

23   offer stands, or we'll pay you an additional 50," and

24   we announce you right now as a successful bidder.  If

25   not, we have some decisions to make on our side.

                                                          Page 77

1                    MR. SINK:  Yeah.  I appreciate it.

2     I'll get back to you.

3                    MR. MATLAT:  Okay.  Thank you.

4                    No. 780, Woodbridge, New Jersey.  Okay.

5     Woodbridge New -- no, it's Woodbridge, Virginia.  780

6     Woodbridge, Virginia.  We have a high bid of $5,000.

7                    MR. BUFFINGTON:  Trey.  Yeah, Trey

8     Buffington here on behalf of the landlord.  Can you

9     tell me if that's a June or July?

10                   MR. EYLER:  June.

11                   MR. MATLAT:  That is a June.

12                   MR. BUFFINGTON:  Landlord is not going

13    to increase the bid at this time.

14                   MR. MATLAT:  Okay.  Thank you very

15    much.

16                   Next up is store No. 3037, and that's

17    Bridgewater, New Jersey.  Oh, this is going to be a

18    good one.  We have a high bid of $1,000.  The

19    qualified bidder is in the room, and we would ask that

20    the qualified bidder increase their offer, similar to

21    where we've been going with this thing.  We have an

22    estimated cure amount of $58,428.

23                   MR. MILNAMOW:  Hey, Mike.  Scott

24    Milnamow from Raymour & Flanigan.  We are not

25    increasing our bid at this time.

                                                        Page 78

1                        MR. MATLAT:  Okay.  Are you going to

2       increase it later or?

3                        MR. MILNAMOW:  No, not -- no.

4                        MR. MATLAT:  Are you the landlord,

5       Scott?

6                        MR. MILNAMOW:  We are not.

7                        MR. MATLAT:  Okay.

8                        All right.  Well that's subject to a

9       going concern sale, as well.  Okay, thanks.  3037, we

10      just did.  It wasn't as interesting as I thought.

11                       No. 1313, South Haven, Mississippi.

12                       MS. MENDOLERA:  This is Katie

13      Mendolera; I'm representing Havertys.

14                       MR. MATLAT:  All right.  We have a high

15      bid of $25,074.  We have an estimated cure amount of

16      $74.  So, is Havertys prepared to bid $100,074?

17                       MS. MENDOLERA:  We're prepared to bid

18      50 in cash, plus waiving those pre-petition --

19                       MR. MATLAT:  Well, you wouldn't waive

20      them because you're not a landlord.  So, you would pay

21      the cure plus 50.

22                       MS. MENDOLERA:  Yes.

23                       MR. MATLAT:  Does anybody else wish to

24      bid on No. 1313 South Haven, Mississippi?

25                       Okay.  1313 South Haven, Mississippi.

Page 79

1   The current high bid is $50,000 plus the $74 cure to

2   Havertys Furniture.

3                    We're going to have to get back to you

4   on that with the 50.  If you say 100, I can announce

5   it now.  If not, I got to get back to you.

6                    MS. MENDOLERA:  Sounds good.  Let's

7   talk later.

8                    MR. MATLAT:  Okay.

9                    No. 194; Fort Collins, Colorado.  We

10  have a high bid on Fort Collins, Colorado of $22,408.

11                   I heard somebody rumbling on the phone.

12                   MR. CASEY:  Hi, this is William Casey

13  here.  I was one of the bidders.  That is not my bid.

14                   MR. MATLAT:  Okay.  Well, make it your

15  bid.

16                   MR. CASEY:  Can you tell me, was that

17  the landlord's bid or someone else?

18                   MR. MATLAT:  Well, it's my qualified

19  bidder.  So No. 194, we have an estimated cure amount

20  of $17,408.  So I'm assuming that you bid $5,000, and

21  as part of your assignment agreement, you have to pay

22  the cure amount.  So that's how we came up with

23  22,408.

24                   MR. CASEY:  Okay.  So currently, I'm

25  the high bidder then?

Page 80

1              MR. MATLAT:  You are the high bidder,

2    but it's not an acceptable offer and, you know, just

3    like everybody else, we're looking for, you know, to

4    cover the cure amount, which is $17,408, plus

5    $100,000.

6              MR. CASEY:  We are not willing to

7    increase our bid at this time.

8              MR. MATLAT:  Okay.  So, what is your

9    best offer then?  Because at 24,408, I'm not prepared

10   to announce you as the successful bidder today.  If

11   you want to just let it sit, it can sit, or you can

12   tell me what your best offer is to buy that lease

13   today.

14             MR. CASEY:  Buy that lease today?  I

15   think I'm just going to let it sit right now.

16             MR. MATLAT:  Okay, so that's a gross

17   bid.  It's $5,000 plus the cure amount.  So the value

18   of your bid is 22,408.

19             MR. CASEY:  Sounds good.

20             MR. MATLAT:  Okay.

21             MR. CASEY:  And what -- the next

22   auction then is when?

23             MR. MATLAT:  Is that in July, Todd?

24             MR. EYLER:  Yes.

25             MR. MATLAT:  That's in July.

Page 81

1            MR. CASEY:  Okay, so that's a -- I

2     apologize, is that the July 18th date then?

3            MR. MATLAT:  No, that's the sale

4     hearing.  July 10th is the next auction.  So we'll

5     talk to you between now and then.

6            MR. CASEY:  Appreciate it.

7            MR. MATLAT:  No. 86; Tulsa, Oklahoma.

8            MR. SULLIVAN:  Yeah, Mike.  This is

9     Duke Sullivan representing PGA Tour Superstore.

10           MR. MATLAT:  How are you Duke?  The

11    current high bid is $66,143.  The cure amount is

12    estimated at 16,143.  So your $50,000 bid cash, if you

13    increased it to 100, you're the successful bidder and

14    we're done right now.  If not --

15           That's a July, Todd?

16           MR. EYLER:  Yes.

17           MR. MATLAT:  It's a July, so --

18           MR. SULLIVAN:  All right, so if we bid

19    the 100, then we also would need to pay the 16 --

20    16,000 in cure; correct?

21           MR. MATLAT:  Yeah.  It'll be 116,143 as

22    your gross number.

23           MR. SULLIVAN:  Okay.  Well, subject to

24    the terms and conditions of the assignment assumption

25    agreement that we submitted, we'll go to the 100,000.

Page 82

1                    MR. MATLAT:  Okay.  And I'm going to

2       announce you as the successful and high bidder for

3       that location.  Store No. 86; Tulsa, Oklahoma.  What

4       do you want to go by, PGA Superstore?

5                    MR. SULLIVAN:  PGA -- it's really Golf

6       and Tennis Pro Shop, Inc.

7                    MR. MATLAT:  Okay.  There you go.  Golf

8       and Tennis Pro Shop, Inc.  All right, you're done,

9       Duke, unless you want to bid on any more.

10                   MR. SULLIVAN:  No, we're good.  Thank

11      you.

12                   MR. MATLAT:  All right, thank you.

13                   Next up, No. 3116; Dayton, Ohio.  We

14      got a high bid of zero.  Oh, 3116 we have a high bid

15      of 76,174.  It's the Buy Buy Baby location.  Do we

16      have Michael Stores?

17                   MR. POWERS:  Yeah, Todd Powers for

18      Michael Stores.

19                   MR. MATLAT:  Okay.  So who was just

20      speaking on behalf of Michael Stores?

21                   MR. POWERS:  Todd Powers.

22                   MR. MATLAT:  Hey, how are you Todd?

23                   MR. POWERS:  Good, how are you?

24                   MR. MATLAT:  Good.  Okay, so we

25      understand, I'm going to announce the two of these

Page 83

1    together because of your situation with them, and

2    we'll clarify on the record.

3              So on the Buy Buy Baby store, which I

4    believe would be your preference on the two locations,

5    because there's also a Bed Bath and Beyond in Dayton,

6    Ohio.  The cure amount on the baby store is 51,174.

7    So we would look for a gross bid of $151,174 as your

8    primary choice.

9              And if the going concern sale goes

10    through and you do not get the baby's location, then

11    your plan B would be store No. 462, which is the Bed

12    Bath and Beyond store, which has a cure amount of

13    zero.  And we would seek a $100,000 purchase price on

14    that location.  So in short --

15              MS. BUKOWSKI:  This is Laura --

16              MR. MATLAT:  In short, it will be

17    100 -- what was that?

18              MS. BUKOWSKI:  Yeah, this is Laura

19    Bukowski for Michael Store.  Can I confirm that this

20    is a June -- that this is a June lease, or is it going

21    until July?

22              MR. MATLAT:  Okay.

23              MR. EYLER:  It's June.

24              MR. MATLAT:  Baby is a June.

25              MR. EYLER:  They both are.

Page 84

```
 1                    MR. MATLAT:  They both are Junes.
 2                    MR. POWERS:  Todd Powers for Michael --
 3     we'll -- for offer at Baby --
 4                    MR. MATLAT:  So, are you not increasing
 5     your offer?
 6                    MR. POWERS:  No.  We'll hold our
 7     current offer.
 8                    MR. MATLAT:  Okay.  Now, what about
 9     your offer for the Bed Bath and Beyond store?  There's
10     no bid on it.  And understanding that if you don't get
11     the Buy Buy Baby, you want the Bed Bath store?
12                    MR. POWERS:  Will that go 'til the July
13     auction?
14                    MR. MATLAT:  No, it's a June closure
15     right now, and if we don't have a successful bid on
16     it, we'll make a determination on whether or not we
17     want to continue to market it for the July auction or
18     reject it.
19                    MR. POWERS:  Give me a second, Mike.
20                    MS. BUKOWSKI:  Mike, this is Laura
21     Bukowski again.  I just have a quick question.  If we
22     put a bid on it but it doesn't go to the $100,000, my
23     understanding was you are going to discuss with your
24     compensation parties and get back to us as to whether
25     we won that or not; right?
```

Page 85

1              MR. MATLAT:  Yeah.  We'll come back to

2      you and let you know whether we decided to take it or

3      not.  But the 100,000 over right now, I can give you a

4      confirmation.  We just have a lot of people to answer

5      to, and therefore, you know, we have marching orders.

6      $100,000 gets it approved today, and anything less

7      than that needs a review.

8              MR. WARFIELD:  Hey, Michael?

9              MR. MATLAT:  Yeah?

10              MR. WARFIELD:  This is Patrick Warfield

11      for store 339 in Franklin, Tennessee.  We have a

12      counter to the offer on the table.

13              MR. MATLAT:  Okay.  What do you got?

14              MR. WARFIELD:  All right.  So my

15      client's credit bid, initial offer, was $26,792.09.

16      He's prepared to increase its bid by waiving July

17      rent, which is in the amount of $41,264.65.  That's

18      $41,264.65.  It'll waive obviously, pre and post

19      petition subject to the termination agreement that was

20      submitted, we had some minor changes, and we would

21      make this bid subject to potentially increasing it

22      based upon the consultation parties getting together.

23              MR. MATLAT:  Okay, so you're --

24              MR. WARFIELD:  Total for a -- if

25      you're -- I was going to say if you're playing it

Page 86

1   home, that's $68,056.74 in credit bid for the

2   undisputed cure amount plus the July rent.

3                   MR. MATLAT:  All right.  68, what was

4   it?

5                   MR. WARFIELD:  $68,056.74.

6                   MR. MATLAT:  Okay.  All right.  Thank

7   you very much.

8                   MR. WARFIELD:  Thank you.  We'll stand

9   by.

10                  MR. MATLAT:  Okay.  I think you can

11  leave because there's no additional bidding on that

12  one.  You know, we'll be back to you.

13                  MR. ROTHSCHILD:  Mike, I have two

14  updates on my end over here.  Fox Rothschild.  No. --

15  store No. 3095; Silvertown.  My client does not wish

16  to increase it's bid at this time.

17                  MR. MATLAT:  Okay, let me find -- just

18  give me the city and state; that helps me out.

19                  MR. EYLER:  Yorba Linda.

20                  MR. MATLAT:  Yorba Linda?

21                  MR. ROTHSCHILD:  Yorba Linda,

22  California.

23                  MR. MATLAT:  Got you.  Good to know.

24  Okay.

25                  MR. ROTHSCHILD:  And then 825,

Page 87

1    McKinney, Texas.  The client is willing to waive

2    the -- their pre-petition claim of 52,000, waive its

3    post-petition tax claim of around 10,000, and offer

4    25,000 in cash.  And then, given that it's a July

5    property, we're assuming that rent will be paid in

6    July and the client is not willing to waive its July

7    rent.

8                    MR. MATLAT:  All right.  What was the

9    store No. on that one again?

10                   MR. ROTHSCHILD:  825 McKinney, Texas.

11                   MR. MATLAT:  Yeah, I just got to find

12   that one.  Got you, 825.  Just give it to me again, if

13   you don't mind.

14                   MR. ROTHSCHILD:  Sure.  Client is

15   willing to waive the pre-petition claim of

16   approximately 52,000, waive its post-petition tax

17   claim of around 10,000, and offer 25,000 in cash.  And

18   then given that it's a July property, we are not

19   waiving July rent.

20                   MR. MATLAT:  Okay.

21                   MR. ROTHSCHILD:  Thank you.

22                   MR. MATLAT:  Thank you.  So you have

23   the total on it?

24                   MR. EYLER:  87,335.

25                   MR. MATLAT:  87,335 is the total bid on

```
                                                      Page 88
```

 1   it.  So the current high bid on No. 825 McKinney,

 2   Texas is from the landlord, and it's a gross bid of

 3   $87,335.

 4                   MR. ROTHSCHILD:  Okay.

 5                   MR. MATLAT:  You're free to go.  We'll

 6   be back to you with a decision.

 7                   MR. ROTHSCHILD:  Thank you.

 8                   MR. WARFIELD:  Mike, this is Patrick

 9   Warfield again for store 339 in Franklin.  Just for

10   clarification, you all will get back to us today or

11   are we pushing this off further down the week?

12                   MR. MATLAT:  We'll do our best to get

13   back to you today.  Obviously, we got a lot going on

14   with all these properties and rejections and, you

15   know, rejections and stuff.

16                   But Ross, on some of these we can get

17   back later today or --

18                   MR. FIEDLER:  Yeah.

19                   MR. MATLAT:  Today, tomorrow, we'll get

20   back to you quick.

21                   MR. WARFIELD:  Much -- much

22   appreciated.  Thank you very much.

23                   MR. MATLAT:  Thank you.  Bye-bye.

24                   MR. POWERS:  Mike, Todd Powers.  I'd

25   like to go back to 3116.

Page 89

1                    MR. MATLAT:  All right.

2                    MR. POWERS:  We'll increase our bid to

3     a $100,000 plus the cure cost on the 3116.

4                    MR. MATLAT:  Okay, so that's going to

5     be $151,174.

6                    MR. POWERS:  Correct.

7                    MR. MATLAT:  Okay.  And --

8                    MS. BUKOWSKI:  This is Laura Bukowski.

9     Mike, I just want to put on the record, it's subject

10    to our designation rights agreement and also our

11    agreements this morning over e-mail.

12                   MR. MATLAT:  Okay.

13                   MR. EYLER:  What was that?

14                   MR. MATLAT:  It's subject to their

15    confirmation of their agreement via e-mail this

16    morning.  The bid they submitted and the confirmation

17    by e-mail.

18                   Now my question's going to be, that was

19    on the Buy Buy Baby location.  Is the bid for the Bed

20    Bath location going to be just $100,000 because there

21    is no pure anticipated and the Bed Bath deal would go

22    through only if the Bye-Bye baby does not?

23                   MR. POWERS:  We would bid $25,000 on

24    the Bed Bath lot, subject to our agreement.

25                   MR. MATLAT:  I guess you don't want

Page 90

1    that one as much as you want the Baby.  Is that fair
2    to say?
3                   MR. POWERS:  Well, I just want to put
4    it on the record.
5                   MR. MATLAT:  Okay.  No. 400, Destin,
6    Florida.  There's some beautiful sandy beaches in
7    Destin, Florida from what I heard.
8                   Okay.  You want me to announce what
9    you, where you're at?  No. 400 Destin, Florida.  We
10   have a high bid of $128,314.  The cure amount is
11   78,314.  So you're at 50 again, and same as before.
12   We would ask that you go to 100 to announce you as the
13   successful bidder and close it out now.
14                  MS. MENDOLERA:  Is this in June or
15   July?
16                  MR. EYLER:  It's July.
17                  MR. MATLAT:  July.
18                  MS. MENDOLERA:  We'll -- we'll go to
19   100, plus the cure fee.
20                  MR. MATLAT:  Okay, so we're going to
21   announce Havertys Furniture as the high bidder, and
22   the successful bidder, and the auction is closed with
23   respect to this property.  Store No. 400 Destin,
24   Florida, and their bid is $178,314.  Nice job
25   Havertys.  Thank you.

Page 91

1                    Next up is No. 1161, Austin, Texas.
2      And that's 1161 Austin, Texas.  We have a high bid of
3      $25,000.
4                    Todd, you still there?
5                    MR. POWERS:  Still here.
6                    MR. MATLAT:  Okay.  The cure amount on
7      that one from our records is zero.  So is Michaels
8      prepared to go to 100,000?
9                    MR. POWERS:  -- Michael -- not going to
10     move off our current bid of 25,000.
11                   MR. MATLAT:  Okay.  You're sticking.
12                   MR. POWERS:  Sticking.
13                   MR. MATLAT:  Okay.
14                   MR. POWERS:  Is that a June or July?
15                   MR. EYLER:  July.
16                   MR. MATLAT:  It's a July.
17                   Okay, we're going to No. 3055, Pleasant
18     Hill, California 3055.  Pleasant Hill, California.  We
19     have a current high bid of $51,190.  Mad Monk, you on
20     the phone?
21                   MR. SARACHAN:  Yes.  Can you hear me?
22                   MR. MATLAT:  Yeah, I got you.  The cure
23     amount is estimated $26,190.  So we would ask for
24     100,000 above that, and that would be $126,190 to be
25     declared the successful bidder -- high bidder,

Page 92

1    successful bidder, subject to the going concern sale

2    of Buy Buy Baby.

3                    MR. SARACHAN:  You got it, Mike.

4                    MR. MATLAT:  All right, just please

5    state your name for the record.

6                    MR. SARACHAN:  Kenneth Sarachan,

7    Mad-Monk, LLC.

8                    MR. MATLAT:  Oh, okay.

9                    MR. EYLER:  They're doing 100K over?

10                   MR. MATLAT:  Yeah.  100K over the cure.

11   You're announced as a successful and the high bidder,

12   Mad Monk, and we'll be back in touch with the going

13   concern results.  Offer is closed with respect to that

14   property, and stick around cause you got another one

15   coming up; right?

16                   MR. SARACHAN:  Yeah, next one.

17                   MR. MATLAT:  Next one.  No. 569 and

18   that is in Sacramento, California.  We have a current

19   high bid of $38,742.  The cure amount is anticipated

20   to be $13,742.  So it would be $113,742 to end it

21   today and announce you as the high bidder.  This is

22   not a going concern sale issue, so once we announce

23   you, it's closed.  Subject to court approval on form?

24                   MR. SARACHAN:  Yes, I'll go for it.

25                   MR. MATLAT:  Did you say, "Yes," again?

Page 93

1                    MR. SARACHAN:  I said, "Yes," again.

2                    MR. MATLAT:  Okay, then the auction is

3     closed with respect to No. 569 Sacramento, California.

4     Mad Monk is the high bidder and the successful bidder

5     at $113,742.  You're free to go.  It's closed.

6                    MR. SARACHAN:  Okay.  Thank you.

7                    MR. MATLAT:  Thank you.

8                    Next up No. 1107, and that is in San

9     Marcos, Texas.

10                    MR. EYLER:  That's Ollie's.

11                    MR. MATLAT:  Ollie's, are you with me?

12                    MR. HELM:  Right here.  Robert Helm

13    from Ollie's.

14                    MR. MATLAT:  Hey.

15                    MR. HELM:  Hey.

16                    MR. MATLAT:  What's happening?  All

17    right.  We got a cure amount here, anticipated to be

18    zero.  We have a high bid of $10,000, and if you

19    increase it to 100, you are announced as a successful

20    high bidder subject to court approval.

21                    MR. HELM:  We'll go to the 100,000.

22                    MR. MATLAT:  That's the way we do it,

23    folks.  Just quick.  Boom.  Game over.  Move on.

24    1106.

25                    MS. SOLOMAN:  Can we get, get

Page 94

1    clarification on the store No. for that one?  This is

2    Lisa Solomon for DC USA operating Co.

3                     MR. MATLAT:  It's 1107 San Marcos,

4    Texas.

5                     LISA SOLOMAN:  Okay, thank you.

6                     MR. MATLAT:  It's located 1050 McKinley

7    Place Drive.

8                     Okay.  Ollie's is the high bidder at

9    100,000.  Anybody else want to bid?  I mean, you're a

10   qualified bidder.  You could bid on not leases if you

11   choose to.  All right.  1107 successful high bidder to

12   Ollie's and closed.

13                    MR. POWERS:  Mike?

14                    MR. MATLAT:  Yes.

15                    MR. POWERS:  Todd Powers of Michaels

16   Stores.  Can you clarify on 3116, did you declare us

17   the winning bid, and close that out?  I don't recall.

18                    MR. MATLAT:  Yes.  Subject to the going

19   concern sale.

20                    MR. POWERS:  The going concern, yes.

21   Okay.

22                    MR. MATLAT:  And that's only on 3116?

23                    MR. POWERS:  Correct.

24                    MR. MATLAT:  Okay.

25                    MR. POWERS:  Thank you.

Page 95

1                MR. MATLAT:  Yeah.

2                3097.  3097 Redlands, California.  We

3    have a high bid of $25,000.  The cure amount is

4    anticipated to be $2,703.  We have a qualified bidder.

5    Is the qualified bidder on the phone or in the room?

6                MR. GARBUTT:  Hello, Andrew Garbutt

7    from Barnes & Noble.

8                MR. MATLAT:  Hello, Andrew.

9                MR. GARBUTT:  We were the qualified

10   bidder.

11               MR. MATLAT:  Okay.  All right.  We

12   would look to the minimum suggested price here would

13   be $102,703.

14               MR. GARBUTT:  Yeah, we'll do that.

15               MR. MATLAT:  Okay.  So Barnes & Noble

16   bids up to $102,703.

17               Any other bids?

18               Okay, that is a baby store, so it's

19   subject to the going concern sale.  You're announced

20   as the high bidder, the successful bidder, for 3097

21   Redlands, California, conditioned upon the going

22   concern sale.  Moving along, and that was Barnes &

23   Noble.

24               524, Santa Fe, New Mexico.

25               MR. EYLER:  Same thing.

Page 96

1                    MR. MATLAT:  I think that's you again.

2                    MR. GARBUTT:  Yes.

3                    MR. MATLAT:  We have a high bid of

4    44,137.  The cure amount is estimated 19,137.  So we

5    would look to get $119,137.

6                    MR. GARBUTT:  Yeah.  We're happy with

7    that.

8                    MR. MATLAT:  Okay.  Barnes & Noble

9    agrees to pay $119,137.  They are the successful

10   bidder, the high bidder, and subject to court

11   approval.  The auction is closed with respect to that

12   property.

13                   No. 433 South Portland, Maine.  We have

14   a high bid of $57,327.

15                   MR. EYLER:  Barnes.

16                   MR. MATLAT:  Barnes, that's you?

17                   MR. GARBUTT:  Yes, that's us.

18   Including the cure.

19                   MR. MATLAT:  Yeah.  Okay.  The cure

20   amount is $32,327.  So the price to you will be

21   $132,327.

22                   MR. GARBUTT:  Yes.  We're happy with

23   that.

24                   MR. MATLAT:  You can pay more.  You

25   sound like you're happy with it.  We're okay with it.

Page 97

1    We'd like you to be a little happier.  Maybe you're

2    saving it for another location.  That's a good idea.

3                    All right.  The No. 433 South Portland,

4    Maine, the high bid, the successful bid, is from

5    Barnes & Noble at 132,327.  That's the gross No. and

6    the auction is closed with respect to that property.

7                    No. 1028, and that is Lakeland,

8    Florida.

9                    MR. DAVIS:  This is Ryan Davis on

10   behalf of the landlord.

11                   MR. MATLAT:  Okay.  The current high

12   bid is $11,921.  The cure amount's $11,921, so I would

13   assume you bid $10,000 plus the cure.  Are you

14   interested in -- what was that?

15                   MR. DAVIS:  The landlord didn't place

16   that bid.  That was -- that was a separate bidder.

17                   MR. MATLAT:  Oh, okay.  That's good.

18                   MR. DAVIS:  Is that a June or July

19   closure?

20                   MR. EYLER:  It's a July.

21                   MR. MATLAT:  It's a July closure.

22                   MR. APPLEBAUM:  Mike, this is Aaron

23   Applebaum from ELA Piper on behalf of CR Lakeside

24   Village LLC.  That was our bid, although we had not

25   been aware that there was a cure amount that was

Page 98

1    $10,000 cash.

2                    MR. MATLAT:  Yeah.  What we probably

3    did is we have our own cure numbers too.  So to the

4    extent we thought there was a number there was $1,921.

5    Now who do you represent if you're not the landlord?

6                    MR. APPLEBAUM:  CR Lakeside Village,

7    LLC.

8                    MR. MATLAT:  Who are they?

9                    MR. APPLEBAUM:  The bidder.  They are

10   the prospective purchaser of the front of location.

11                   MR. MATLAT:  Okay, so from my

12   conversation with Mr. Ditstein [ph].  Okay.

13                   MR. APPLEBAUM:  That's right.

14                   MR. MATLAT:  All right.  So what are

15   you guys doing, because --

16                   RYAN DAVIS:  The landlord does not have

17   a competing bid.

18                   MR. MATLAT:  I didn't think you would;

19   right?

20                   MR. APPLEBAUM:  We are not increasing

21   our bid today.

22                   MR. MATLAT:  Okay.

23                   MR. MATLAT:  Am I allowed to disclose

24   what just happened right there to the public, just for

25   their edification.

Page 99

1                    Okay.  We have a landlord that is

2     potentially selling his real estate to our qualified

3     bidder, so the qualified bid was just protecting

4     himself.  All right.  That's what happened there.

5                    Okay, we'll be back to you.  So you

6     want to say, "No," to $100,000 plus 1,921?

7                    MR. APPLEBAUM:  That is correct.  We're

8     going to hold firm at our current rate.

9                    MR. MATLAT:  Okay.

10                    No. 228, Little Rock, Arkansas.

11                    MR. ROSSO:  Good morning, Mr. Matlat.

12     This is Jim Rosso on behalf of Aldi.

13                    MR. MATLAT:  Jim Rosso, long time no

14     talk.  How you been?

15                    MR. ROSSO:  Doing well, thank you, Mr.

16     Matlat.

17                    MR. MATLAT:  I think that your bid is

18     $100,000 over the cure amount at $138,781.  Can you

19     please verify that?

20                    MR. ROSSO:  I'm sorry, go ahead.  Can

21     you restate that?

22                    MR. MATLAT:  I believe that your bid is

23     exactly $100,000 higher than the cure amount, which is

24     anticipated to be $38,781.  So your current high bid

25     meets our minimum threshold, $138,781.  Is that

Page 100

1    correct?

2                    MR. ROSSO:  No, that's close.  Let me

3    just walk through that out loud.  What I see from the

4    cure notice was that there was a credit of $5,421.25.

5    So that was a credit, not a cure.  So I feel like that

6    might be a delta.  And then I think you're adding in

7    July rent; correct?

8                    MR. EYLER:  No.

9                    MR. MATLAT:  We don't believe so.

10                   MR. EYLER:  We're not in July.

11                   MR. ROSSO:  Okay.  So, right, exactly.

12   But when I see the cure notice that was filed -- I can

13   tell you where it is.

14                   MR. MATLAT:  Okay.  We are not -- we

15   weren't into July.  So what is your bid?

16                   MR. ROSSO:  Well, it's $100,000.  We

17   showed a credit for the cure.  So what we saw from

18   what was filed was no cure, effectively.

19                   MR. MATLAT:  Okay.

20                   MR. ROSSO:  And then we were prorating

21   July rent.

22                   MR. MATLAT:  Is this a June or July

23   closure?

24                   MR. EYLER:  June closure.

25                   MR. MATLAT:  It's a June closure.  All

1  right, so why don't we do this just for clarification.

2  Just give me the number, your all-in gross number, and

3  then we'll work it out like a reconciliation

4  afterwards.

5              MR. ROSSO:  I would do that.  Will you

6  let me do that, but not make me wait too long, while I

7  consult with my client?

8              MR. MATLAT:  Yeah.

9              MR. ROSSO:  I've been so patient.

10             MR. MATLAT:  And I agree.  You have

11  been very patient.

12             MR. ROSSO:  All right, one moment

13  please.

14             MR. MATLAT:  Okay, thank you.  I'm

15  going to move on to the next one, but it's not going

16  to affect you.

17             MR. ROSSO:  Yes.

18             MR. MATLAT:  All right.  The next one

19  up is No. 178, while Aldi's consults with their

20  parties.  We have No. 178, and that is St. Petersburg,

21  Florida.  The high bid is $64,604.

22             MR. EYLER:  Havertys.

23             MS. MENDOLERA:  Katie Monroe, Havertys.

24             MR. MATLAT:  You did really good the

25  last time.  We have a cure of $39,604.  So we would

Page 102

1    look for Havertys of $139,604.

2              MS. MENDOLERA:  Can you tell me, is it

3    June or July?

4              MR. EYLER:  July.

5              MR. MATLAT:  Yeah, July.

6              MR. BOYD:  There seems to be no rhyme

7    or reason.  But I've got my microphone on because I

8    want you to --

9              MR. MATLAT:  Hey, Tom Boyd.  Is that

10   you?

11             MR. BOYD:  All right, how you doing?

12             MR. MATLAT:  Is that Tom Boyd that I

13   hear?  From Wichita, Kansas?

14             TOM BOYD:  Nope.  Okay, I'll call you

15   later.

16             MR. MATLAT:  Somebody is not on mute

17   and I think it might be my buddy Tom Boyd from

18   Wichita, Kansas.  Hello?  Okay.

19             Havertys?

20             MS. MENDOLERA:  Havertys.  We'll go to

21   100.

22             MR. MATLAT:  100 plus the cure?

23             MS. MENDOLERA:  Correct.

24             MR. MATLAT:  Okay.  Thank you.  So

25   Havertys is going to increase their offer on No. 178

Page 103

1   St. Petersburg, Florida to a gross No. of $139,604.

2                  MS. MENDOLERA:  Correct.

3                  MR. MATLAT:  Thank you very much.

4                  Jim Rosso, I'm not rushing you.  I just

5   want to go back to you to be respectful.  Not ready

6   yet.  Okay.

7                  No. 540, Capitola, California.

8                  MS. MENDOLERA:  Mike, are we closed?

9                  MR. MATLAT:  Oh, yeah.  Sorry.  Thanks

10  for reminding me.

11                 MS. MENDOLERA:  You've got a lot of

12  locations.

13                 MR. MATLAT:  I'm going as fast as I

14  can.  No. 178 St. Petersburg, Florida.  Successful

15  bid is Havertys Furniture, the successful bidder, high

16  bidder, and the auction is now closed with respect to

17  that property.

18                 MS. MENDOLERA:  Thank you.

19                 MR. MATLAT:  Thank you.

20                 No. 540 Capitola, California.  We have

21  a high bid of $64,604.  Estimated cure is $39,604.

22  Oh, yes.  Excuse me.  25,000 is the high bid.  We have

23  a cure amount of zero.  25,000 is the high bid.

24  Capitola, California.

25                 Michaels Stores?  Todd?

Page 104

1              MR. POWERS:  Todd Powers for Michaels

2    Stores.  We go to 100,000.

3              MR. MATLAT:  100,000.  Nice when it's

4    no Cure; right?

5              MR. POWERS:  Correct.

6              MR. MATLAT:  Yeah, that was Michaels

7    Stores, No. 540, Capitola, California.  $100,000 is

8    the high bidder, the successful bidder, and the

9    auction is now closed with respect to that property.

10   Next up --

11             MR. POWERS:  When's that close, Mike?

12             MR. MATLAT:  What was that?

13             MR. POWERS:  When's that closed, the

14   store?

15             MR. MATLAT:  June or July?

16             MR. EYLER:  Oh, sorry.  July.

17             MR. MATLAT:  July.

18             MR. POWERS:  Thank you.

19             MR. MATLAT:  You got it.

20             3076 Buy Buy Baby.  Torrance,

21   California.  We have a high bid of $100,000.  The cure

22   amount is anticipated to be zero.  You meet the

23   suggested minimum bid price.  Do I have the qualified

24   bidder on the phone?

25             MR. LEUNG:  Yes.  This is A&M property.

Page 105

1              MR. MATLAT:  How are you?  State your

2    name too.

3              MR. LEUNG:  Sam.  Last name.

4    L-E-U-N-G.

5              MR. MATLAT:  Yeah.  How are you, Sam?

6              MR. LEUNG:  Good.

7              MR. MATLAT:  Good.  All right.  30076.

8    We're going to announce you as a successful bidder,

9    the high bidder, and the auction is closed with

10   respect to this property, subject to the going concern

11   sale.

12             MR. LEUNG:  Thank You.

13             MR. MATLAT:  Okay, thank you very much.

14   You can go now.

15             MR. LEUNG:  Okay, take care.  Bye-bye.

16             MR. MATLAT:  Okay, bye-bye.

17             Next up, 3049.  This is a Buy Buy Baby

18   location.  All Buy Buy Baby's start with a three on

19   the scorecard.  3049.  Buy Buy Baby.  Pembroke Pines,

20   Florida.

21             MS. MENDOLERA:  Yes.  Katie Mendolera,

22   Havertys.

23             MR. MATLAT:  Oh, I got good news for

24   you.  The cure amount is $342.  Your bid is $100,342.

25   I think we did it.

Page 106

1                     MS. MENDOLERA:  Excellent.  Thank you.

2                     MR. MATLAT:  $100,342.  Havertys

3     Furniture.

4                     Are there any other bids on Pembroke

5     Pines, Florida.

6                     Okay, we're going to announce them as

7     the successful bidder, the high bidder, and the

8     auction is closed with respect to 3049 Pembroke Pines,

9     Florida to Havertys.

10                     Next up is No. 1142, Rogers, Arkansas.

11    We have a hot current high bid of $25,000.  The cure

12    amount is estimated zero.

13                     MR. EYLER:  It's Michaels.

14                     MR. MATLAT:  This is Michaels stores.

15                     MR. POWERS:  When's that close?  Todd

16    Powers from Michaels Limited.  When's that close?

17                     MR. EYLER:  July.

18                     MR. MATLAT:  That's a July closure.  No

19    cure estimate.  You're at $25,000, so we would be

20    looking for 100 for you to announce it today.

21                     MR. POWERS:  We'll go $125.  Or excuse

22    me, 100.  Excuse me.  Yeah, 100.

23                     MR. MATLAT:  You know what?  I know it

24    was an accident, a mistake; I wasn't going to make you

25    stand line.

Page 107

1            MR. POWERS:  I appreciate that, Mike.

2            MR. MATLAT:  Yeah, fair.  We're going

3    to have to do this again sometime.

4            MR. POWERS:  Thought you were going to

5    bust my chops for that.

6            MR. MATLAT:  We're going to have to do

7    this again sometime.  I wonder who the retailer's

8    going to be.  Maybe Mark Chait can give us an

9    indication of that from Benderson over there.

10            All right.  No. 3137 Southfield,

11    Michigan.  We have a high bid of $99,000.  The cure

12    amount is $98,911.  Who is the qualified bidder?

13            MR. EYLER:  Gardner White Furniture.

14            MR. MATLAT:  Gardner White Furniture.

15    Are you on the phone?

16            Hello, Gardner White Furniture?

17            Ross, that's only our second person

18    that didn't answer when we called out for someone.

19    That's a pretty good number.

20            MR. FIEDLER:  Pretty good.

21            MR. MATLAT:  Okay, Gardner White.  I

22    guess you're not here today.

23            I'm not announcing them as the high

24    bidder.  The high bid is $99,000.  Cure amount is

25    anticipated to be $98,911.  Gardner White right now,

Page 108

1   you're the high bidder, but we have not accepted it,

2   and it is subject to the going concerns sale for Buy

3   Buy Baby.

4                MR. MATLAT:  Moving along, we're at No. 490.  490,

5   Springfield, Missouri.  We have a high bid of $10,000.

6   Cure is anticipated to be zero.

7                MR. EYLER:  Ollie's.

8                MR. MATLAT:  That's Ollie's.

9   Springfield, Missouri.  I mean, you're doing good

10  work.  This is another no cure.

11                MR. HELM:  We'll increase our bid to

12  50.

13                MR. MATLAT:  50?

14                MR. HELM:  5-0.

15                MR. MATLAT:  Not 100?  100 ends it.

16                MR. HELM:  Not 100.

17                MR. MATLAT:  What'd you say?

18                MR. HELM:  Not 100.

19                MR. MATLAT:  Not 100.  Okay.  $50,000.

20  Okay.  Ollie's, you're the high bid at $50,000.  You

21  know it's not going to be accepted now, but we will

22  report back to you.

23                THE REPORTER:  What's your name?

24                MR. MATLAT:  Auction's now closed with

25  respect to Springfield, Missouri.

Page 109

1                    MR. HELM:  Robert Helm.

2                    MR. MATLAT:  Thank you, Robert.

3                    THE REPORTER:  Thank you

4                    MR. ROSSO:  Mr. Matlat.  This is Jim

5        Rosso for Aldi.  Can we go back to store 228, Little

6        Rock?

7                    MR. MATLAT:  I'd like nothing more than

8        go back to 228 Little Rock.

9                    MR. ROSSO:  So we listened to you and

10       consulted, and Aldi is prepared to raise its bid to

11       cover a portion of the cure.  We think that there's a

12       credit, so you asked -- your ask was 138 and change.

13       What we're proposing is to increase our bid from

14       100,000 to $132,771.26 cents.  We think that takes

15       care of it.  I think -- we -- we assume somebody erred

16       and added what was a credit to the care.

17                    MR. MATLAT:  Okay.

18                    MR. ROSSO:  And so that's our bid

19       amount.  We also are -- will pay July rent, but we are

20       not interested in paying anything more than July rent,

21       if for some reason the transaction's not approved.

22       Just as an outside boundary to protect us to make sure

23       we can get into this space.

24                    MR. MATLAT:  Okay.  So it's 132,771.

25       Do we view that as being 100,000 a cure?  With the

Page 110

1    credit?

2                    MR. EYLER:  I think it needs to be

3    resolved.

4                    MR. ROSSO:  I think that's a really

5    good offer.

6                    MR. MATLAT:  No, no.  I'm not

7    disagreeing with you.  We just need to -- like you

8    said, it could have been a mathematical error on our

9    side.  So I'm going to announce you as the high bidder

10   for $132,771.26.  I'm going to close the auction with

11   respect to that property, so we'll report back to you

12   quickly.  It's a July closure.  So you know, tonight,

13   tomorrow, to just clarify it and confirm.

14                   MR. EYLER:  It's actually a June

15   closure.

16                   MR. MATLAT:  Oh, it's a June closure.

17   That's a June closure.  So we'll probably get back to

18   you tonight.

19                   MR. ROSSO:  Yeah.

20                   MR. MATLAT:  Okay, Jim?

21                   MR. ROSSO:  Okay.  All right.  Thank

22   you.

23                   MR. MATLAT:  But you -- that's the only

24   one you bid on.  You know, wait to hear back from us,

25   but you'll hear from us.

Page 111

```
 1                    MR. ROSSO:   Okay.

 2                    MR. MATLAT:   Okay.   Auction is closed

 3     with respect to 228 Little Rock.

 4                    Okay.   Springfield --

 5                    UNKNOWN SPEAKER:   Mr. Matlat, this is

 6     Jake Witherspoon [ph] with -- Properties.   I'd like to

 7     revisit store No. 189 in Chandler, Arizona, if I

 8     could.

 9                    MR. MATLAT:   Yeah.   How early ago was

10     that?   Was that the beginning?

11                    MR. EYLER:   Yes.

12                    UNKNOWN SPEAKER:   We were very early.

13                    MR. MATLAT:   Yeah, No. 3.

14                    UNKNOWN SPEAKER:   Yeah, we were early

15     up.   Is that a June or July closing?

16                    MR. EYLER:   That's June.

17                    MR. MATLAT:   June closure.

18                    UNKNOWN SPEAKER:   Okay.   Let me, I may

19     increase our bid.   We have a credit bid in.   Let me

20     take that into consideration.   I'll come back in.

21     Thank you.

22                    MR. MATLAT:   Okay.   I had you as a,

23     "No", but you're going to get back to me?

24                    UNKNOWN SPEAKER:   That is correct.   I'm

25     going to get back to you.
```

Page 112

1                      MR. MATLAT:  All right.  490, we did

2      Springfield, Missouri.  Ollie's at 50.  No. 127, Santa

3      Clara, California.  We have a high bid of $278,377.

4      Cure amount was $178,377.  Micro Electronics is the

5      current high bidder.  Are you on the phone or here?

6      Micro Electronics?

7                      MR. FIELDS:  Yes, it's Jason Fields,

8      counsel to Micro Electronics.

9                      MR. MATLAT:  Okay.  How are you, Jason?

10     Thanks for sticking with us.

11                     MR. FIELDS:  Wonderful.

12                     MR. MATLAT:  All right, so 127, you're

13     the high bidder, 278,377.  Just confirm that on the

14     record, and we'll announce you as the high bidder,

15     successful bidder, and close the auction with respect

16     to that property.

17                     MR. FIELDS:  Yeah, we confirm that.

18     Thank you.

19                     MR. MATLAT:  Okay.

20                     MR. FIELDS:  Did you confirm that Micro

21     Electronics was the high bidder on that?

22                     MR. MATLAT:  Yeah.  Yeah, the high

23     bidder, successful bidder, and the auction is closed

24     with respect to that property.

25                     MR. FIELDS:  Thank you.

Page 113

1                    MR. MATLAT:  Okay.  Now we're going to

2     jump around a little bit.  Try to have a little fun

3     here.

4                    David Bass, how you doing over there?

5                    MR. BASS:  I'm doing well.  Thank you.

6     Not as well as you.

7                    MR. MATLAT:  Well, are you surprised?

8     Are you shocked?  Is it what you expected?

9                    MR. BASS:  No --

10                   MR. MATLAT:  All right.  If we bid

11    vigorously and vibrantly, you get to have some lunch.

12    If not, we're going to keep going.

13                   All right.  Next up is store No. 385.

14    Boca Raton, Florida.  Everybody -- I think Jeremy

15    Isaacs [ph] lives in Boca Raton, Florida.

16                   Boca Raton, we have a high bid of

17    $50,000.  The cure amount is expected to be zero.  The

18    high bid of 50.

19                   We have a couple qualified bidders

20    here, Mr. Eyler; correct?

21                   MR. EYLER:  Correct.

22                   MR. MATLAT:  All right, so the high bid

23    is 50.  We're looking for 100 over cure, so is one of

24    my qualified bidders prepared to go to 100?

25                   MR. POWERS:  Todd Powers with Michaels

Page 114

1   Stores.  We'll go to 100.

2                   MR. MATLAT:  Okay.  Todd Powers from

3   Michaels Stores bid 100.  You have a lot of money down

4   in Boca, Todd.

5                   UNKNOWN SPEAKER:  Mike Grungel [ph]

6   for --

7                   MR. POWERS:  That's all they need.

8                   UNKNOWN SPEAKER:  Can we have a moment

9   to confer with our client.

10                  MR. MATLAT:  Yeah.

11                  UNKNOWN SPEAKER:  Did the bid come to

12   100?  What's the bid?

13                  MR. MATLAT:  The bid's $100,000 right

14   now.  And it's a gross bid.

15                  MR. EYLER:  If you're the minimum

16   increment.

17                  MR. MATLAT:  Yeah.  Oh, the minimum

18   increment.  $25,000 seems fair.  It's a big box.

19   Cheap rent.

20                  UNKNOWN SPEAKER:  If we can have a

21   minute, please.

22                  MR. MATLAT:  I think Mr. LeHane agrees.

23                  MR. LEHANE:  Absolutely, on this box.

24                  MR. MATLAT:  As long as the minimum bid

25   increment applies to others and not him, he's very

Page 115

1   happy with that number.  Next up, just so you can get

2   ready, is going to be No. 1304, Coral Gables, Florida.

3   That's another hot spot.

4                    MR. EYLER:  Cape Coral.  It's Cape

5   Coral.

6                    MR. MATLAT:  Cape Coral.

7                    MR. EYLER:  You said Coral Gables.

8                    MR. MATLAT:  Oh, did I?  Coral Gables

9   is after that.

10                    UNKNOWN SPEAKER:  Yeah.  Sorry about

11   that.  But Cape Coral.  Yes, this is --

12                    MR. MATLAT:  Yeah, we're not on Coral

13   Gables yet.  We're all still on Boca.  We're at

14   100,000 to Michael's.  And just for those of you who

15   are zooming in, you had the screen, they have the

16   food, they opened up the door.  So we're all looking

17   at the food.  Can't go get it yet.

18                    MR. GOLD:  Mike, Ron Gold for

19   Bloomingdale's.  Subject to the terms of our

20   assumption and assignment agreement we submitted with

21   our bid, Bloomingdale's, will bid 125,000.

22                    MR. MATLAT:  Okay.  So we have got

23   Michaels versus Bloomingdale's right here, for those

24   of you that couldn't hear.

25                    MR. POWERS:  Todd Power, Michaels

Page 116

1    Store.  I think we're doing 10,000 increments; right?

2                    MR. MATLAT:  No, 25 for now.

3                    MR. POWERS:  I'm just testing you,

4    Mike.  Todd Powers, Michaels Store.  We'll go to 150.

5                    MR. GOLD:  Mike, Ron, Gold for

6    Bloomingdale's, subject to the terms of our assumption

7    and assignment agreement, Bloomingdale's will bid a

8    175,000.

9                    MR. MATLAT:  Okay.  We can bid higher

10   than 25, if you want to send a message.  That's what I

11   would do.

12                   MR. POWERS:  Todd Powers, Michaels

13   Store will go 200.

14                   MR. GOLD:  Mike, Ron Gold for

15   Bloomingdale's.  Subject to the terms of our

16   assumption and assignment agreement, Bloomingdale's

17   will bid 225,000.

18                   MR. POWERS:  Todd Powers, Michaels

19   Stores for 250.

20                   MR. GOLD:  Mike, Ron Gold for

21   Bloomingdale's.  Subject to the terms of our

22   assumption and assignment agreement, Bloomingdale's

23   will bid 275,000.

24                   MR. MATLAT:  That's a hot market down

25   there.

1           MR. POWERS:  Todd Powers, Michaels

2    Stores.  Move it up to 300,000.

3           MR. MATLAT:  There's money everywhere.

4    People spending.

5           MR. GOLD:  Ron Gold for Bloomingdale's.

6    Subject to the terms of our assumption and assignment

7    agreement, Bloomingdale's will bid 325.

8           MR. MATLAT:  This is what y'all have

9    been waiting for.

10           MR. POWERS:  Todd Powers of Michaels

11    Store.  350.

12           MR. GOLD:  Mike, Ron Gold for

13    Bloomingdale's.  Subject to terms of our assumption

14    and assignment agreement, Bloomingdale's will bid

15    375,000.

16           MR. POWERS:  Todd Powers of Michaels

17    Store.  We'll go to 400,000.

18           MR. MATLAT:  What'd you say, Todd?

19    400?

20           MR. POWERS:  Todd Powers of Michaels

21    Stores.  We'll go to 400,000.

22           MR. GOLD:  Ron Gold for Bloomingdale's.

23    Bloomingdale's will bid, subject to the terms of our

24    assumption and assignment agreement, 425,000.

25           MR. POWERS:  Todd Powers of Michaels

Page 118

1    Stores.  We'll bid 450,000.

2                    MR. GOLD:  Mike, no further bids from

3    Bloomingdale's.  Congratulations to Michaels Stores.

4                    MR. MATLAT:  Okay.  We are going to

5    announce the high bid and the successful bidder for

6    No. 385, Boca Raton, Florida.  We're going to announce

7    the high bidder, the backup bidder, successful bidder,

8    close out the auction with respect to Boca Raton,

9    Florida No. 385.  We have a high bid, successful bid,

10   accepted bid at $450,000 from Michaels.

11   Bloomingdale's will be the backup at $425,000, and the

12   auction's now closed, with respect to that property.

13                   Moving along, we're going to go to No.

14   1304 and that's going to be Cape Coral, Florida.  Cape

15   Coral, Florida.  We have a high bid of $274,278.  Cure

16   amount is 24,278.  So we're okay there.  And I would

17   ask the qualified bidders to either stand firm or

18   increase your offer.

19                   MR. WEBB:  Who was that bidder, 275?

20                   MR. MATLAT:  Alto and City Furniture.

21   My high bid right now is $274,278.

22                   MR. WEBB:  How much is cure?

23                   MR. MATLAT:  The cure is $24,278.  So

24   when I announce what the high bid is, you would need

25   to beat --

1                    MS. PARLIN:  That's not correct.

2      That's not correct.  The cure amount is 39,000 and

3      change.  That was agreed to last week.

4                    MR. MATLAT:  Okay.  We had it as 24.

5      So we can adjust the offer.

6                    MR. WEBB:  What is it?

7                    MR. MATLAT:  It goes up 15 grand;

8      right?

9                    MR. WEBB:  Yeah.

10                    MR. MATLAT:  So why don't we make it

11      like a nice --

12                    What was that?

13                    MR. WEBB:  Three hours already.  We're

14      just waiting to say we are agreeing.

15                    MR. MATLAT:  To what?

16                    MR. WEBB:  Oh yeah, the bid.

17                    MR. MATLAT:  Take it.

18                    MR. WEBB:  All right man.  Thank you.

19                    MR. MATLAT:  All right.

20                    MR. WEBB:  Yeah.

21                    MR. MATLAT:  Excuse me.  If you're not

22      dealing with this property, please put yourself on

23      mute.  It's three hours.  We got a lot of properties.

24      I think we're doing pretty well.  And not many people

25      have left their phones on.  Everybody else has been

                                                        Page 120

 1    very diligent.

 2                      All right.  So right now we have a high

 3    bid.  I'm going to add the $15,000 onto the cure

 4    amount.  So that's going to what, increase the bid

 5    price?  Because --

 6                      Can a landlord tell me what their gross

 7    bid is?  Alto?

 8                      MS. PARLIN:  The landlord's gross bid

 9    for alto is 250.  That includes the cure; okay?

10                      MR. MATLAT:  Okay.  All right, that's

11    fine.

12                      MR. MATLAT:  Then I'll take you at 250

13    right now, gross.

14                      MR. FIBRO:  Wait, we're confused here.

15    He's at 250.  What happened to that 340?  What's what?

16                      UNKNOWN SPEAKER:  What incremental,

17    what incremental?

18                      MR. MATLAT:  25,000 just like we did on

19    the last one.  So It'd be 275 to you.

20                      MR. FIBRO:  Plus cure?

21                      MR. MATLAT:  No gross.

22                      MR. FIBRO:  City Furniture, we'll go to

23    275.

24                      MR. LEHANE:  And identify yourself

25    for --

Page 121

1                      MR. MATLAT:  Julius, tell us who you

2      are?

3                      MR. FIBRO:  I'm Julius Fibro.

4                      MR. MATLAT:  Yeah.

5                      MR. FIBRO:  Julius Fibro, consultant.

6                      MR. MATLAT:  On behalf of City

7      Furniture.

8                      Okay.  Alto.  The bid right now from

9      City Furniture is $275,000.  So it'll be 300 to you.

10                     MS. PARLIN:  Can you give us a second?

11     Can you give us a second?

12                     MR. MATLAT:  Absolutely.

13                     UNKNOWN SPEAKER:  Oh yes, we're going

14     to 300.

15                     Julius:  Oh boy.

16                     Speaker 20:  Joe Dessalos [ph] from

17     Alto.  We're going to 300.

18                     MR. MATLAT:  Okay, thank you.  Thank

19     you very much.  I thought you were saying something

20     about three hours, but it was 300,000.  Thank you.

21                     All right, Julie.  Okay.

22                     MR. FIBRO:  The last bid was what now?

23     The last bid.

24                     MR. MATLAT:  The last bed was $300,000

25     from Alto.  So it'd be 325 to you.

Page 122

1                    MR. FIBRO:  325?

2                    MR. MATLAT:  City Furniture, 325.

3    Alto?

4                    MR. FIBRO:  Just a second.

5                    MR. MATLAT:  For those of you in

6    person, I think we have 11 more after this one, and

7    then we have a lunch break.  Nobody said it was going

8    to be easy, but we're moving along, though it's pretty

9    good.  People anticipated two, three days for this

10   auction.

11                   UNKNOWN SPEAKER:  Okay.  Aldo is

12   offering 350.

13                   MR. MATLAT:  You mean 350?  The last

14   bid was 325 from City Furniture.

15                   MS. PARLIN:  That's what he offered,

16   350.

17                   MR. MATLAT:  Okay.  I'm sorry I

18   didn't -- it is tough to hear perfectly.  So thank you

19   very much.  City Furniture, it's 350 to you.  I mean

20   375 to you.

21                   MR. FIBRO:  375.

22                   UNKNOWN SPEAKER:  400.

23                   MR. MATLAT:  Thank you.

24                   On deck is No. 27, Cherry Hill, New

25   Jersey.

Page 123

1              MR. FIBRO:  425 to City.

2              MR. MATLAT:  City goes to 425.

3              I can't believe nobody went up and got

4    anything to eat yet.

5              UNKNOWN SPEAKER:  You have 450.

6              MR. MATLAT:  450, Alto.  It'd be 475,

7    to City Furniture.

8              MR. FIBRO:  We're done.

9              MR. MATLAT:  You want to think about

10   it?

11             MR. FIBRO:  Nope.

12             MR. MATLAT:  Okay.  All right.  No.

13   1304, Cape Coral, Florida.  We have a high bid and a

14   successful bid from the landlord, Alto at 450,000.

15   The backup bidder is City Furniture at 425,000.  The

16   auction is closed with respect to that property right

17   now.  Thank you very much.  Moving along.

18             We are at No. 27, Cherry Hill, New

19   Jersey.  Cherry Hill, New Jersey.  We have a high bid

20   of $12,420.  We have a cure amount of $12,420.  Do we

21   have any further bids?  We're going to look for

22   112,420.  Ocean State Job Lots.  Evan?  Evan, are you

23   there?  Is the landlord there?  Cherry Hill, New

24   Jersey.

25             MR. BAKER:  Derek Baker for Reed Smith

Page 124

1   on behalf of Cherry Hill Retail Partners, LLC.  I

2   represent the landlord.

3                   MR. MATLAT:  Okay.  Hi, Reed.  We had,

4   you know, some competition on that property.  The

5   other person hasn't answered just yet.  If you've been

6   listening --

7                   MR. PORTNO:  Can you hear me?

8                   MR. MATLAT:  was that Evan?

9                   MR. PORTNO:  Yeah.  You hear me?

10                  MR. MATLAT:  Yeah, if that's you, Evan.

11  Sure, I hear you.  The current high bid is $12,420.

12  So we're looking for a 100,000 over the cure.  So we'd

13  be looking for --

14                  MR. PORTNO:  Can you hear me?

15                  MR. MATLAT:  Yeah.

16                  MR. PORTNO:  Evan Portno with the State

17  Jobbers.

18                  MR. MATLAT:  Yeah.  What's your bid?

19                  MR. PORTNO:  Are you still open on --

20                  We want to bid 50,000, subject to

21  contingency set forth in the Ocean State Jobbers Red

22  Line assumption assignment agreement, pertaining the

23  petition arrearage for the cure and the landlord's

24  waiver of any restrictions or exclusives that prohibit

25  the premises being used as a store -- lot closed out

Page 125

1   merchandise and the like.

2                    MR. MATLAT:  Okay.  I don't know if we

3   needed all of that, but thank you very much.

4                    So your bid is $50,000 gross.  Is it

5   50,000 plus the cure?

6                    MR. PORTNO:  What is the cure?

7                    MR. MATLAT:  The cure amount is

8   $12,420,

9                    MR. PORTNO:  Yes.  So plus the cure.

10                    MR. MATLAT:  All right, so your bid is

11   $62,420.  I'm just looking at it from a gross

12   standpoint.

13                    MR. PORTNO:  Subject contingencies set

14   forth in the Red Line --

15                    MR. MATLAT:  Okay.

16                    MR. PORTNO:  -- assumption agreement.

17                    MR. MATLAT:  Yeah.  Our attorneys have

18   reviewed that.  So the landlord, Reed?

19                    MR. BAKER:  Derek Baker on behalf of

20   the landlord.  Subject to the terms of our lease

21   termination agreement, the consideration that we would

22   provide would be a total cash compensation of 75,000

23   plus a waiver of the cure costs.

24                    MR. MATLAT:  So that gets you to

25   $87,420.

Page 126

1                    MR. BAKER:  And with an additional

2     statement that we would not waive any and all of the

3     restrictions that are otherwise in the lease.

4                    MR. MATLAT:  Okay, that's objection

5     stuff that happens in the Court.  So we take that into

6     consideration with the bids, but this is not a sale

7     hearing.  All right.

8                    So right now, Evan, I have $87,420.

9     That's the landlord bid.

10                    MR. PORTNO:  Or the $90,000 plus the

11     contingency subject to the terms of the Red Line

12     agreement, assumption signed agreement.

13                    MR. MATLAT:  Okay.

14                    MR. BAKER:  Derek Baker, on behalf of

15     the landlord, subject to the terms of our lease

16     termination agreement, the consideration would be

17     $100,000 plus waiver of cure, with the prior statement

18     I made on the record.

19                    MR. MATLAT:  Okay.  We could skip the

20     statements.  We've heard of them.

21                    So Evan, back to you.  I was looking

22     for $25,000 increments now that we had an acceptable

23     number of 100,000.

24                    MR. PORTNO:  Mike, we'll bid $125,000.

25                    MR. MATLAT:  No, it's gross.  Okay.

Page 127

1   125.

2                   Landlord, Reed?

3                   MR. BAKER:  Subject to the terms of our

4   lease termination agreement, we would bid $150,000

5   plus waiver of our cure.

6                   MR. MATLAT:  Okay, I'm doing it gross,

7   Reed.  So you're at 150, and that includes your waiver

8   of the cure, just to keep it simple so we move along.

9   They're at 125, including payment of the cure.  You're

10  at 150 with the waiver of the cure.

11                  So Evan, it's back to you for 175.

12                  MR. PORTNO:  We bid 175, subject to the

13  terms and conditions in agreement.

14                  MR. MATLAT:  I got it.  You don't have

15  to say it anymore.

16                  MR. PORTNO:  Okay.

17                  MR. MATLAT:  Okay, thanks.

18                  Reed, 200 to you.

19                  MR. BAKER:  May I have one moment,

20  please?

21                  MR. MATLAT:  Yeah.

22                  MR. BAKER:  We would increase the

23  consideration of our lease termination agreement to be

24  $200,000.

25                  MR. MATLAT:  Okay.  Evan?

1                     MR. PORTNO:  We'll bid 250.

2                     MR. MATLAT:  See folks, you don't have

3       to bid 25.  You can bid more.  That's a good one.

4                     Reed, 275 to you.

5                     MR. BAKER:  May I have one moment,

6       please?

7                     MR. MATLAT:  Yes.

8                     MR. BAKER:  Subject in the terms of the

9       lease termination agreement, the landlord would

10      increase its consideration to $275,000.

11                    MR. MATLAT:  Okay.

12                    MR. PORTNO:  Mike, we bid $300,000 for

13      State Jobbers.

14                    MR. MATLAT:  300,000 on Ocean State

15      Jobbers, or State Job Lots.  You go by both; right,

16      Evan?  It's like a nickname?

17                    MR. PORTNO:  That's correct.

18                    MR. MATLAT:  Yeah, it's like a

19      nickname.

20                    MR. BAKER:  Can you just clarify?  It's

21      325 to us?

22                    MR. MATLAT:  It's 325 to you; correct.

23                    MR. BAKER:  One moment.

24                    MR. MATLAT:  Yeah.

25                    MR. BAKER:  Subject to the terms of the

Page 129

1    lease termination agreement, the landlord would

2    increase its consideration to 325.

3                    MR. MATLAT:  Okay.

4                    MR. PORTNO:  Mike, we'll go to 350.

5                    MR. MATLAT:  All right.  Ocean State

6    goes to 350.

7                    Back to Reed, the landlord.

8                    MR. BAKER:  Subject to the terms of the

9    lease termination agreement.  The landlord would

10   increase its consideration of $375,000.

11                   MR. MATLAT:  Okay.  Thank you.

12                   MR. PORTNO:  Mike, we're out.

13                   MR. MATLAT:  Okay.  You want to think

14   about it, or you're out?

15                   MR. PORTNO:  We're out.  We're out,

16   Mike.  We thought about it.

17                   MR. MATLAT:  Okay.  All right.  No. 27,

18   Cherry Hill, New Jersey, Bed Bath and Beyond.  We got

19   a high bid from the landlord of $375,000.  That will

20   be declared the successful bid, the high bid.  The

21   backup bidder will be Ocean State Job Lots at

22   $350,000, and the auction is now closed with respect

23   to this property.  Moving along.

24                   MR. BAKER:  Thank you Mr. Matlat.

25                   MR. MATLAT:  You got it.  Thank you.

Page 130

1   You guys can go now, unless you're bidding on more.

2                      No. 301, Cincinnati, Ohio.  We have a

3   high bid on Cincinnati, Ohio of $51,000.  The cure

4   amount is expected to be $233.  Do we have a bid of

5   $100,233?

6                      MR. EYLER:  It's Bloomingdale's and

7   Landlord.

8                      MR. LEHANE:  Mike.  This is Bob LeHane.

9   Kelley Drye & Warren.

10                     MR. MATLAT:  Hey, weren't you just here

11  a little while ago in the room?

12                     MR. LEHANE:  Yeah.  I'm in my breakout

13  room now, Mike.

14                     MR. MATLAT:  Oh, okay.

15                     MR. LEHANE:  Thanks to the good folks

16  at Kirkland.  We're going to have to consult with the

17  client on this.

18                     MR. MATLAT:  Okay.

19                     MR. LEHANE:  Can you come back to this?

20                     MR. MATLAT:  Yeah.  I'm going to ask

21  the other bidder if they wish to hit the target.  So

22  if you talk to your client, and come back to us, and

23  I'll let you know where we're at.

24                     Bloomingdale's?

25                     MR. GOLD:  Mike, Ron Gold, from Macy's

Page 131

1    Retail Holdings.  We need to consult with our client

2    on this one.

3                    MR. MATLAT:  Okay.

4                    MR. GOLD:  Thank you.

5                    MR. MATLAT:  All right, we're going to

6    move along while they're consulting with their client.

7    So it's Bloomingdale's and the landlord.

8                    1403 Flower Mound, Texas.  All right,

9    Flower Mound, Texas, we have a high bid of $26,510.

10   Cure amount is anticipated to be 1,510.

11                   Okay.  Todd Powers, you on the phone?

12                   MR. POWERS:  Todd Powers at Michaels.

13   We'll bid up 100,000.

14                   MR. MATLAT:  Well, it's $1,510.  Can

15   you do that?

16                   MR. POWERS:  We'll bid up.  101,510.

17                   MR. MATLAT:  Thank you.

18                   MR. SPRINGER:  Mike.  This is Rich

19   Springer with IBT Highlands of Flower Mound, the

20   landlord.

21                   MR. MATLAT:  How are you, Rich?

22                   MR. SPRINGER:  Well good.  How are you,

23   Mike?

24                   MR. MATLAT:  Pretty good.

25                   MR. SPRINGER:  We're at 25,000

                                                    Page 132

1    increments?

2                    MR. MATLAT:  Yeah.  So for this one,

3    I'll just take 125, just to make it even.  You don't

4    have to be 126,510.  If everybody's okay with that.

5                    MR. SPRINGER:  The landlord will bid

6    125.

7                    MR. MATLAT:  Okay.  Todd?

8                    MR. POWERS:  Todd Powers, Michaels;

9    we'll bid 150.

10                   MR. SPRINGER:  Rich Springer, for our

11   landlord we'll bid 175.

12                   MR. POWERS:  Todd Powers Michaels

13   Stores; we'll bid 200,000.

14                   MR. SPRINGER:  Rich Springer for

15   landlord.  We'll bid 225.

16                   MR. SPRINGER:  Todd Powers, Michaels

17   Stores.  We'll bid 250,000.

18                   MR. SPRINGER:  Rich Springer for

19   landlord; we'll go 275.

20                   MR. POWERS:  Todd Powers, Michaels

21   Stores; 300.

22                   MR. SPRINGER:  Rich Springer for

23   landlord; we'll go 325.

24                   MR. POWERS:  Todd Powers, Michaels

25   Stores.  We'll go to 350.

Page 133

```
 1                    MR. SPRINGER:  Rich Springer for
 2     landlord; we'll go 375.
 3                    MR. POWERS:  Todd Powers, Michael
 4     Stores.  We'll go to 400.
 5                    MR. SPRINGER:  Rich Springer for
 6     landlord; we'll go 425.
 7                    MR. POWERS:  Todd Powers, Michael
 8     Stores.  We'll go to 450.
 9                    MR. SPRINGER:  Rich Springer for
10     landlord; we'll go 475.
11                    MR. POWERS:  Todd Powers, Michaels
12     Store.  We'll go to 500.
13                    MR. SPRINGER:  And Mike, I'm going to
14     make a quick call.  Is that all right?
15                    MR. MATLAT:  Yeah.  So right now, we're
16     at 500 from Michaels Stores for No. 1403, Flower
17     Mound, Texas.
18                    MR. SPRINGER:  Rich Springer for
19     landlord.  We'll go 525.
20                    MR. MATLAT:  That was a quick call,
21     Rick.
22                    MR. SPRINGER:  The magic of technology,
23     Mike.
24                    MR. POWERS:  Todd Powers, Michaels
25     Stores.  We'll go to 550.
```

Page 134

1                    MR. SPRINGER:  Give me a sec, Mike.

2                    MR. MATLAT:  Yeah.

3                    MR. SPRINGER:  Mike, it was good

4     chatting with you, but landlord's going to stop there.

5                    MR. MATLAT:  Okay.  I'm going to

6     announce the No. 1403, Flower Mound, Texas.  We have a

7     high bid, successful bid, of $550,000 from Michaels

8     Stores.  Backup bid will be the landlord at $525,000,

9     and the auction's now closed with respect to that

10    property, No. 1403, Flower Mound, Texas.

11                   3118 Chula Vista, California.  This is

12    a Buy Buy Baby store.  So it's subject to the going

13    concern sale.  We have a high bid of $50,000.  The

14    cure amount is anticipated to be zero.  So we'll be

15    looking for 100 from one of the qualified bidders.

16                   MR. POWERS:  Todd Powers, Michaels

17    Store.  We'll go to 100.

18                   MR. EIDE:  Hey Mike, it's Kristian with

19    Scandinavian.  We'll go to 150.

20                   MR. MATLAT:  How are you Kristian?

21                   Kristian Eide:  Good, how are you?

22                   MR. EIDE:  Good.  Heard you made out

23    pretty well with that Syracuse Toys R Us store up in

24    Syracuse; right?

25                   MR. EIDE:  Did all right on it.

1                    MR. MATLAT:  I think so.  All right,

2    you're at 125.  Michaels versus Scandinavian Designs.

3                    MR. POWERS:  I think he said 150.

4                    MR. MATLAT:  Kristian, did you say 150

5    or 125?

6                    MR. EIDE:  150.

7                    MR. MATLAT:  150.  Yeah, Todd was

8    right.

9                    MR. POWERS:  Todd Powers, Michaels

10   Stores; 175.

11                   MR. EIDE:  Scandinavian; we'll do 200.

12                   MR. POWERS:  Michaels Stores will do

13   225.

14                   MR. EIDE:  Scandinavian will do 250.

15                   MR. POWERS:  Michaels Stores will do

16   275.

17                   MR. EIDE:  Scandinavian will do 300.

18                   MR. POWERS:  Michaels Stores will do

19   325.

20                   MR. EIDE:  Scandinavian will do 400,

21   and after this we want to go to the Flower Mound in

22   Texas.  We want to bid on that one, too.

23                   MR. MATLAT:  I closed it out.

24                   MR. EIDE:  Oh, you did?  Okay.  Shoot.

25   All right.

Page 136

1                      MR. POWERS:  Todd Powers of Michaels

2    Stores.  What was the last bid?

3                      MR. MATLAT:  400.

4                      MR. POWERS:  Michaels; we'll go 425.

5                      MR. EIDE:  Scandinavian will do 500.

6                      MR. POWERS:  Todd Powers of Michael

7    Stores.  We'll go to 525.

8                      MR. EIDE:  Scandinavian will do 600.

9                      MR. POWERS:  Todd Powers of Michaels

10   Stores will do 625.

11                     MR. EIDE:  Scandinavian will do 650.

12                     MR. POWERS:  Michaels Stores will do

13   675.

14                     MR. EIDE:  Scandinavian will do 700.

15                     MR. POWERS:  Michaels Stores will do

16   725.

17                     MR. EIDE:  Scandinavian will do 750.

18                     MR. POWERS:  Michaels Stores will do

19   775.

20                     MR. EIDE:  Scandinavian will do 800.

21                     MR. POWERS:  Michaels Stores will do

22   800.

23                     MR. MATLAT:  Nope, we're at eight.

24   Scandinavian did eight.

25                     MR. POWERS:  Sorry, Michaels Stores

Page 137

1   will do 825.

2               MR. EIDE:  Scandinavian will do 850.

3               MR. POWERS:  Michaels Stores will do

4   875.

5               MR. MATLAT:  Yeah, it's 875 to Michaels

6   right now.  Yeah.  It'll be 900 to you, Kristian.

7               Kristian, you still there?

8               MR. EIDE:  Yeah, we'll do 900.

9               MR. MATLAT:  Okay.  What happens to

10  landlord on this one?

11              MR. POWERS:  Michaels Stores will do

12  925.

13              MR. EIDE:  Can we -- can Scandinavian

14  pause for a second on this one?

15              MR. MATLAT:  Yeah.  Next up is 3058 Elk

16  Grove, California.

17              MR. EIDE:  Mike, this is Kristian.

18  Scandinavian.  Have a question?

19              MR. MATLAT:  Yeah.

20              MR. EIDE:  I think we're bidding on the

21  wrong one, actually.  We're looking over the lease and

22  the address doesn't line up.  Is there one in

23  Encinitas and one in Chula Vista?

24              MR. MATLAT:  This is the location at

25  1660 Millennia Avenue in Chula Vista.

Page 138

1                    MR. EIDE:  Okay.

2                    MR. MATLAT:  I mean, obviously it's a

3       real good one if Michaels is bidding on it.

4                    MR. EIDE:  -- lease --

5                    MR. MATLAT:  What was that?

6                    MR. EIDE:  We don't have the right

7       lease for that one.  Can someone send us the lease on

8       it?

9                    MR. MATLAT:  Chris Payne, can you send

10      them the lease on it?

11                   MR. PAYNE:  It's store 3118, correct?

12                   MR. MATLAT:  Yeah.  Do you want me to

13      give you the -- I got to look at the lease, but I can

14      tell you quickly.  But then, we're going to have to

15      move on from this one.  That might be good news for

16      Michaels.  We get to go backwards; right?

17                   3118 Chula Vista.  Yeah.  1660

18      Millennia Avenue.  It's 15,000 square feet, paying $18

19      a foot.  Lease expires 1/30, 1/31.  It has three

20      five-year options.

21                   MR. EIDE:  Okay, Scandinavian is out on

22      that one.  Was in the wrong one.

23                   MR. MATLAT:  All right.  But now we

24      have --

25                   MS. BUKOWSKI:  Well -- this is Laura

Page 139

1    Bukowski.  Obviously, we were bidding, you know.  I'd
2    gladly start over.
3                    MR. MATLAT:  Yeah.  I'm going to knock
4    it out.  Yeah.  They bid on the wrong lease.  I'm not
5    going to hold it -- I can't hold it against Michaels.
6    So Chula Vista, 3118.  Michaels bid $100,000?
7                    MR. POWERS:  Correct.
8                    MR. MATLAT:  Okay.  Scandinavian,
9    you're out.  You weren't bidding on it.
10                   MR. EIDE:  Correct.  We're trying to
11   find out which one we're bidding on as well.  We'll be
12   back in a little bit
13                   MR. MATLAT:  All right.  Well, if it's
14   not this one, then I'm going to close the auction with
15   respect to this one, but we just lost a shit ton of
16   money.  And some time, so --
17                   All right.  Michaels, you're the high
18   bidder right now at $100,000.
19                   Close it out?  Yeah, let them just come
20   back.  I will close it out for -- let them just come
21   back and make sure that they --
22                   All right.  Next up is 3058 Elk Grove,
23   California.  We have a high bid of $45,114.  Cure
24   amount is $20,114.  We have some qualified bidders
25   here.  Does somebody wish to go to $120,114?  This is

1    a Buy Buy Baby, so it's subject to going concern sale.

2                    MR. GARBUTT:  It's Andrew Garbutt from

3    Barnes & Noble.  We will -- our bid is contingent on

4    the auction having been exercised.

5                    MR. MATLAT:  Okay, so you're at

6    $120,000?

7                    MR. GARBUTT:  Yeah.

8                    MR. MATLAT:  114.

9                    MR. GARBUTT:  Yes.  Contingent on the

10   option having been exercised.

11                   MR. MATLAT:  The option, that was

12   contingent on the option being exercised; okay?

13                   MR. GARBUTT:  Yeah.

14                   MR. MATLAT:  I think the landlord

15   wanted to chime in.

16                   MR. CHASE:  Yeah.  Landlord.

17                   MR. POWERS:  Todd Powers of Michaels

18   Store.  Arew we back at Chula Vista?

19                   MR. MATLAT:  No, it's 3058 Elk Grove.

20   That's what we're on.

21                   MR. POWERS:  Okay.  Thank you.

22                   MR. MATLAT:  Yeah.

23                   Does the landlord wish to bid?

24                   MR. CHASE:  Yeah.  Landlord wishes the

25   bid.  What's the bid?  What's the next bid?

Page 141

1                    MR. MATLAT:  $120,114.  Can you go to

2      150?

3                    MR. CHASE:  Landlord bids 150.

4                    MR. GARBUTT:  Barnes will bid 175.

5                    MR. CHASE:  Landlord bids 200.

6                    MR. GARBUTT:  We're out on that one.

7      Thank you.

8                    MR. MATLAT:  Okay, so we're going to

9      announce 3058 Elk Grove, California, the Buy Buy Baby.

10     We have a high bid, a successful bid, from the

11     landlord of $200,000 gross.  Barnes & Noble will be

12     the back-up at $175,000.  The successful bid, and the

13     high bid, is from Barnes & Noble.  And it's closed.

14                    MR. CHASE:  No, no, no.  For the

15     landlord.  Landlord is the winner.

16                    MR. MATLAT:  Yeah, the landlord's the

17     winner.  Yeah, I said the landlord.  I thought I did.

18     Barnes & Noble's the backup at 175.  I announced them

19     too.  The landlord is the successful bidder, the high

20     bidder at $200,000.  The backup bidder is Barnes &

21     Noble at 175,000, and this offer would be accepted

22     subject to the going concern sale for Buy Buy Baby.

23                    3131 Concord, North Carolina.  We have

24     a high bid of 54,015, cure amount of 29,015.  We have

25     some qualified bidders here.  Do I have somebody

Page 142

1    willing to go to 129,015?

2                MR. GARBUTT:  Yes, Andy, from Barnes &

3    Noble.  We will go to that sum.

4                MR. MATLAT:  Thank you, Andy.

5                MR. LEHANE:  Mike, this is Bob LeHane,

6    Kite Realty Group.  We'll need to talk to the client

7    about that.  Get back to you.

8                MR. MATLAT:  Mr. LeHane, I think

9    there's a lot of properties you got to get back to me

10   on, right?

11               MR. LEHANE:  Well, I'd like to get back

12   to you on some of them if I could now.  Take some time

13   to walk through a couple?

14               MR. MATLAT:  You know what, I have five

15   more here, and then I'll circle back to you, and then,

16   we'll break for lunch.  Not that there's any pressure

17   on you, but the longer me and you take to go through

18   your recap could hold everybody back from eating.

19               MR. LEHANE:  I'll make it quick.

20               MR. MATLAT:  Now?

21               All right, we're going to break now.

22   Ross said we're breaking right now.

23               MR. LEHANE:  Okay.

24               MR. MATLAT:  Can we finish Concord

25   though?  Because I got a bid on it.

Page 143

1                    MR. LEHANE:  Yeah.

2                    MR. MATLAT:  3131 Concord, North

3     Carolina.  Barnes & Noble bid 129,015.  This yours,

4     Bob?

5                    MR. LEHANE:  Yeah, we got to get back

6     to you on that one.  But I can finish a different one

7     for you.

8                    MR. MATLAT:  We're going to break now

9     because, you're going to get back to me on it.

10                    MR. LEHANE:  All right.

11                    MR. FIEDLER:  We'll be back in 30

12    minutes.

13                    MR. MATLAT:  30 minutes.

14                    MR. FIEDLER:  2:00 start.  Thank you.

15                    MR. MATLAT:  Thank you.

16                    (Off the record.)

17                    MR. MATLAT:  All right, we're going to

18    go Mr. LeHane.

19                    MR. LEHANE:  Good afternoon, Mr.

20    Matlat.

21                    MR. MATLAT:  We're going to run through

22    a couple of locations, and I'll come back to you.  And

23    Laurel.

24                    All right.  We're going to -- I think

25    we left off with Concord, North Carolina.  I think we

Page 144

1    were in the middle of that.  That is store 3131,

2    Concord, North Carolina.  We had a high bid of 54,015.

3    The cure amount is 29,015.  Do I have one of the

4    bidders willing to go to 129,015?  The 3131 Buy Buy

5    Baby, Concord, North Carolina.  Again, subject to the

6    going concern sale.

7            Barnes & Noble did bid 129,015, so

8    Barnes & Noble, we're going to announce you as the

9    high bidder and the successful bidder for 3131

10    Concord, North Carolina, subject to the going concern

11    sale of Buy Buy Baby.  Auction iss closed with respect

12    for 3131.

13            Next up is going to be No. -- we're

14    going to revisit -- we originally were pushing

15    Foxborough, Massachusetts to the July auction.  We

16    have reconsidered No. 1227 Foxborough, Massachusetts.

17    The landlord is here.  They submitted a qualifying

18    bid, and they wish to increase their offer to have it

19    closed out today, and announce that as the successful

20    bid and the high bid.  So will the landlord please

21    state on the record what the bid is?

22            MR. EARLEY:  It's Brian Earley

23    representing NPP Development, the Kraft Group.  Our

24    bid is 125,000 in cash, and waiving of the July rent

25    and July taxes due.  And that's one full year of

Page 145

1    taxes, estimated at $30,000.

2                    MR. MATLAT:  Do you have a total on the

3    bid just for edification purposes?

4                    MR. EARLEY:  125 and 50 -- just about

5    180,000.

6                    MR. MATLAT:  180,000?  Thank you very

7    much.

8                    MR. FOLDS:  Mike, I apologize for

9    interrupting.  This is David Folds, I'm the -- I'm a

10   bidder for store No. 1110 in Coral Gables, Florida.

11   My building's being evacuated right now, and they say

12   it's not a drill.  My colleague, Savannah Lavender, is

13   on right now, but I'm the authorized bidder, so if

14   that one comes up, I might ask to be passed and I'll

15   be back, I hope, in just a few minutes.

16                   MR. MATLAT:  Okay.

17                   MR. FOLDS:  I apologize.

18                   MR. MATLAT:  Okay, so the high bid

19   right now is $180,000 for the landlord of 1227

20   Foxborough, Massachusetts.  For clarification

21   purposes, the debtor believes there might be a

22   restoration of the premises requirement, and we're

23   asking that the landlord waive that as well with their

24   bid.

25                   MR. EARLEY:  I don't know if the

Page 146

1  restoration is needed, so yes, we'll waive that.

2          MR. MATLAT:  Okay.  The landlord has

3  agreed to waive it.  He doesn't know if it was

4  necessary, but we just want to put it on the record

5  that it's waived if it applies.  The high bidder is

6  the landlord for Foxborough, Mass, 1227, at $180,000.

7  Successful bidder, high bidder, and the auction is

8  closed with respect to that property.

9          Next up is No. 615, Abilene, Texas.

10  615, Abilene, Texas.  The current high bid is $89,668.

11  The cure amount is anticipated or expected at 61,480.

12  So we would be looking for the qualified bidders to

13  increase their offer to be declared a successful

14  bidder today and close it out, 161,480.

15          MS. ROGLEN:  Laurel Roglen from Ballard

16  Spahr.  We represent the landlord, and I believe

17  that's our bid.  Can you tell us who the other bidders

18  are for this one?

19          MR. MATLAT:  Barnes & Noble.  Do you

20  wish to increase your offer Andrew?

21          MR. GARBUTT:  Andrew Garbutt, Barnes &

22  Nobel.  We'll increase to a 100,000.

23          MR. MATLAT:  All right, so you're going

24  to go to 100,000.  The cure amount is 61,480.  Do you

25  wish to go to 161,480?

Page 147

```
 1                    MS. ROGLEN:  I need to consult my
 2    client.
 3                    MR. MATLAT:  Well, I'm asking him too.
 4    Thank you though.  Barnes & Noble?
 5                    MR. GARBUTT:  100,000 plus the -- plus
 6    the cure, yeah.
 7                    MR. MATLAT:  Okay.  Barnes & Noble is
 8    at 161,480.
 9                    And Laurel's going to get back to us.
10                    And Laurel and Bob, if you could help
11    me out with the ones you're going to get back to me
12    at.  I'm doing the best I can with my pad over here.
13                    MR. LEHANE:  Sure.  You want me run
14    through, Mike?
15                    MR. MATLAT:  Team effort.
16                    1260 is the next lease up.  1260 a Bed
17    Bath and Beyond in Sandy, Utah.
18                    MR. SINK:  Jeremy Sink on behalf of the
19    landlord, WM Acquisition, Delaware.
20                    MR. MATLAT:  Okay.  The high bid is
21    54,290.  That's a bit of 50,000 and a waiver of
22    claims.  The cure amount's expected to be $4,290, so
23    we would be looking for a bit of $104,290.  Barnes,
24    that's you, and the landlord.
25                    MR. SINK:  Has Barnes made a bid?
```

Page 148

1            MR. MATLAT:  Yes, they have, they just

2    haven't  -- somebody's high bid is 54,290, and that's

3    the landlord.

4            So Andrew at Barnes, do you wish to

5    increase your offer to 100,000 plus the cure?

6            MR. GARBUTT:  No, thanks.

7            MR. MATLAT:  Okay.

8            Does the landlord wish to increase

9    their offer to 100,000 plus the cure?

10           MR. SINK:  Yeah, in order for us to get

11   that done today, the landlord does want to increase

12   their offer, and I'll be specific on this.  The

13   landlord's offer is a waiver of all pre-petition

14   claims, a waiver of all post-petition claims.  That

15   would include a July -- this is a July closing store.

16   We show the July -- waive our claim to be 21,000 for

17   the base rent, 22,793 for the CAM, plus the prorated

18   taxes of $14,742.  And so, with the waiver of those

19   post-petition claims, we would increase the cash

20   offer, to $61,500, which we believe would bring you

21   above your $100,000 threshold.

22           MR. MATLAT:  Okay.  Do you have a total

23   amount on what you believe the gross bid to be?

24           MR. SINK:  I believe that my numbers

25   put it at $100,035.

Page 149

1            MR. MATLAT:  Okay.

2            MR. MATLAT:  It's $100,035 plus

3    pre-petition or inclusive of the pre-petition?

4            MR. SINK:  Waiving all pre-petition

5    claims as well.

6            MR. MATLAT:  Okay, so it's $100,035

7    plus the waiver of the pre-petition, which is 4290.

8            MR. SINK:  Yes.  And just to clarify,

9    just so that we make sure that you understand what

10   that 100,000 represents, $61,500 in cash and a waiver

11   of all of the post-petition claims, including July

12   rent, which the July rent is $21,000 base rent, $2,793

13   per CAM, and the post-petition taxes is 14,742, and

14   that will just be a waiver of those three amounts.

15           MR. MATLAT:  Okay, so here's what we're

16   going to do, we're going to announce the landlord as

17   the high bidder for store No. 1260 Sandy, Utah.  High

18   bidder, successful bidder for 104,325.  That's your

19   gross number.  And the auction is now closed with

20   respect to this property.

21           MR. SINK:  Thank you.  And then if I

22   could go back to store No. 294.  This was the --

23   again, Jeremy Sink representing the Commons at Sugar

24   House.  The landlord is not going to increase its bid

25   on that and so, there's a $50,000 cash bid above -- in

Page 150

1    addition to the waiver of pre and post-petition

2    claims.

3                    MR. MATLAT:  294.  Okay, so the

4    landlord is going to stick with their original bid at

5    No. 294, Salt Lake City, Utah.

6                    MR. SINK:  Yeah.  And I understand that

7    that store closes at the end of June and I guess you

8    guys will get back to us on whether or not you're

9    going to accept that.

10                    MR. MATLAT:  Yes, sir.

11                    MR. SINK:  Thank you very much.

12                    MR. MATLAT:  Thank you.

13                    No. 1338, Winter Garden, Florida.

14    Winter Garden, Florida.  No. 1338.  We have a high bid

15    of $100,000.  The cure amount is anticipated to be --

16    expected to be $3,390.  We have several qualified

17    bidders on this location.  A high bid right now is

18    100,000; do we have 125?

19                    MR. LEHANE:  Mike, this is Bob LeHane.

20    Kelley Drye & Warren on behalf of SITE Centers.  Is

21    this a June or July closing?

22                    MR. EYLER:  It is July.

23                    MR. MATLAT:  July closure.

24                    MR. LEHANE:  All right.  Landlord does

25    not wish to over bid there.  Does not.

Page 151

1                    MR. MATLAT:  Okay.

2                    MR. LEHANE:  Take that back -- strike

3       that.  Consult with the client.

4                    MR. MATLAT:  Do the other qualified

5       bidders wish to bid?  125 would be the No. for 1338.

6                    MR. POWERS:  Todd Powers for Michaels

7       Stores.  125.

8                    MR. MATLAT:  Thank you, Todd.

9                    MR. GOLD:  Mike, Ron Gold from Macy's

10      Retail Holdings.  Subject to the terms of our

11      assumption and assignment agreement, we'll bid

12      150,000.

13                   MR. MATLAT:  Thank you.

14                   MR. POWERS:  Todd Powers of Michaels

15      Stores; 175.

16                   MR. GOLD:  Mike, Ron Gold for Macy's

17      Retail.  Subject to the terms of her assumption and

18      assignment agreement, Macy's bids 250,000.

19                   MR. MATLAT:  I like when you go higher

20      than 25, because everybody else bids more.

21                   MR. POWERS:  Todd Powers, Michaels

22      Stores; 275.

23                   MR. GOLD:  Mike, Ron Gold for Macy's

24      Retail.  Subject to the terms of our assumption of the

25      time agreement, Macy's bids 350,000.

Page 152

1            MR. MATLAT:  And Ron, I'm just going to

2    take your statement in perpetuity, all right?

3            MR. GOLD:  I understand.  Thank you.

4            MR. POWERS:  Todd Powers, Michaels

5    Stores; 375.

6            MR. GOLD:  Ron Gold for Macy's.  We bid

7    450,000.

8            MR. POWERS:  Todd Powers, Michaels

9    Stores; 475.

10            MR. GOLD:  Ron Gold for Macy's Retail.

11    Macy's bids 550,000.

12            MR. POWERS:  Todd Powers, Michaels

13    Stores; 575,000.

14            MR. GOLD:  Ron Gold from Macy's Retail

15    bids 650,000.

16            MR. POWERS:  675,000.

17            THE REPORTER:  I can't hear him.

18    Louder.

19            MR. MATLAT:  675,000 by Michaels.

20    That's not a hot area, Winter Garden, Florida.

21            MR. GOLD:  Ron Gold from Macy's Retail.

22    Macy's bids 750,000.

23            MR. POWERS:  Todd Powers, Michaels

24    Stores; 775,000.

25            MR. MATLAT:  Everybody's bidding on the

Page 153

1   right store now; right?

2                  MR. POWERS:  Winter Park?

3                  MR. MATLAT:  Yes, Winter Park -- Winter

4   Garden.

5                  MR. GOLD:  Ron Gold from Macy's Retail.

6   Macy's bids 850,000.

7                  MR. POWERS:  Todd Powers, Michaels

8   Stores; 875.

9                  MR. GOLD:  Ron Gold from Macy's Retail.

10  Macy's bids 950,000.

11                 MR. POWERS:  Todd Powers, Michaels

12  Stores; 975.

13                 MR. GOLD:  Ron Gold for Macy's Retail.

14  Macy's bids $1 million.

15                 MR. POWERS:  Todd Powers, Michaels

16  Stores, $1,025,000.

17                 MR. GOLD:  Mike, can we get a

18  clarification on the last bid?  He said $1,000,025?

19                 MR. MATLAT:  $1,025,000.

20                 MR. GOLD:  Thank you.  Just wanted

21  clarification.

22                 MR. MATLAT:  That've been something if

23  he would've tried to stick that one in.

24                 MR. GOLD:  Ron Gold for Macy's Retail.

25  Macy's bids $1,050,000.

Page 154

1            MR. POWERS:  Todd Powers, Michael

2     Stores; $1,075,000.

3            MR. GOLD:  Ron Gold from Macy's Retail.

4     Macy's bids 1.1 million.

5            MR. POWERS:  Todd Powers, Michaels

6     Stores; 1.125.

7            MR. GOLD:  Ron Gold for Macy's Retail.

8     Macy's Retail bids $1,150,000.

9            MR. POWERS:  Todd Powers, Michaels

10    Stores, 1.175.

11           MR. GOLD:  Ron Gold from Macy's Retail.

12    Macy's Retail bids $1,200,000.

13           MR. MATLAT:  Todd Powers, Michaels

14    Stores.  Congratulations, Macy's.  We're out.

15           Okay, No. 1338, Winter Garden, Florida.

16    We have a high bid from Macy's of $1.2 million.

17    That'll be the high bid, the successful bid.  The

18    backup bid is from Michaels Stores at $1.175 million,

19    and the auction is now closed with respect to Winter

20    Garden, Florida.

21           Moving along, No. 3112 Summerlin,

22    Nevada.  Followed by No. 503 Summerlin, Nevada.  We

23    have a high bid on No. 3112, it's a Buy Buy Baby

24    location.  The high bid is $70,000.  We estimate the

25    cure amount to be zero.  Do we have 100 --

Page 155

1                MR. POWERS:  Mike, Todd Powers,
2    Michaels Stores.  Can you clarify that cure amount?
3    We had it at 45,000.
4                MR. MATLAT:  Yeah, I mean, the landlord
5    might have stated $45,000, which could be
6    post-petition rent that they have yet to receive or
7    collect.  We're gauging it as zero as a pre-petition
8    cure amount.  And the high bid right now, and these
9    are gross bids that we were looking at, is $70,000.
10   The minimum we would entertain for that particular
11   location would be 100.
12               MS. COX:  Sarah Cox on behalf of the
13   landlord Shops at Summerlin.  Landlord bids $100,000.
14               MR. MATLAT:  Okay.  And this is a baby
15   store, so it is subject to the going concern sale, but
16   thank you very much.  Thank you very much, landlord,
17   for your bid of 100,000.
18               MR. POWERS:  Mike, Todd Powers with
19   Michaels Stores; 125,000.
20               MS. COX:  Sarah Cox.  Could I have a
21   few minutes to consult with my client?
22               MR. MATLAT:  Yes.  Barnes & Noble, I
23   believe you're a qualified bidder here.
24               MR. GARBUTT:  We are.
25               MR. MATLAT:  Do you wish to bid or

Page 156

1   watch?

2              MR. GARBUTT:  Just watch for the time

3   being.  Thanks.

4              MR. MATLAT:  Okay.

5              And we're not going to jump to 503

6   right away, because that's plan B for some of the

7   people who don't get plan A.

8              MS. COX:  Hey, so Michaels and Barnes &

9   Noble are interested in the space.  Right now,

10  Michaels is the high bid at 125.  This is the Buy Buy

11  Baby store.  Do you want me to go to 150?  Yeah.

12              MR. MATLAT:  You're on speaker talking

13  to us.  I don't know if you've intended that.

14              MS. COX:  Sarah Cox on behalf of the

15  landlord.  We're not going to go above Michaels.

16              MR. MATLAT:  Okay.  Thank you.

17              Barnes & Noble?

18              MR. GARBUTT:  We'll leave this one.

19  Thanks.

20              MR. MATLAT:  What was that?

21              MR. GARBUTT:  We'll leave this one.

22  Thank you.

23              MR. MATLAT:  Okay.  All right, so the

24  3112 Summerlin, Nevada, we have a high bid from

25  Michaels of $125,000.  That's the high bid, the

Page 157

1    successful bid, and the auction's closed with respect

2    to this property.  As a Buy Buy Baby, it's subject to

3    the going concern sale.

4                    That being said, we're now going to go

5    to No. 503 Summerlin, Nevada.  We have qualified

6    bidders there.  The high bid right now is zero.

7                    MR. EYLER:  Yeah.

8                    MR. MATLAT:  And I think Michael's, you

9    may want to submit a bid, a conditional bid?

10                   MR. POWERS:  Yeah.  Todd Powers, of

11   Michaels Stores.  We'll bid 25,000.

12                   MR. MATLAT:  And that's 25,000 if you

13   don't get the Buy Buy Baby location?

14                   MR. POWERS:  Correct.

15                   MR. MATLAT:  Okay.

16                   The other bidder is the landlord?

17                   MS. COX:  The landlord will bid

18   $100,000 plus a waiver of cure, but I don't think

19   there's going to be a big cure.

20                   MR. MATLAT:  Yeah, I don't show

21   anything.  So it's $100,000 and then it will be netted

22   out with gross post-petition rent that's due.  Is that

23   correct?

24                   MS. COX:  Yeah, I don't think that

25   there -- last I heard from the client, there wasn't

Page 158

1   any post-petition rent that hadn't been paid July.

2                   MR. MATLAT:  Okay, so that's 100,000

3   cash.

4                   Michaels, do you wish to increase your

5   offer?

6                   MR. POWERS:  Todd Powers of Michaels

7   Stores.  We'll bid $125,000.  That's subject to our

8   agreement that we -- maybe Laura can help me out --

9   have in place.

10                  MS. BUKOWSKI:  Yeah.  Laura Bukowski

11  for Michaels.  Subject to our agreement, e-mail

12  agreement this morning, obviously.

13                  MR. MATLAT:  Landlord?

14                  MS. COX:  Pardon me, the dog is

15  barking.

16                  Sarah Cox, and I need to call my

17  client.

18                  MR. MATLAT:  Okay.

19                  MS. COX:  Thank you.

20                  MR. MATLAT:  You're welcome.

21                  MR. MATLAT:  Mr. LeHane and Laura, I'm

22  going to circle back to you after this store.  We have

23  answers on all of them?  Most of them?

24                  How you doing, Sarah?

25                  MS. COX:  Good.  I'm almost finished.

1                    MR. MATLAT:  I'm sorry, I didn't hear

2     you.

3                    MR. EYLER:  Almost finished.

4                    MR. MATLAT:  Almost finished?  Okay.

5                    MS. COX:  Sarah Cox for the landlord.

6     We'll hold at 100, so I guess, congratulations to

7     Michaels.

8                    MR. MATLAT:  Okay.  So right now for

9     503, the high bidder is Michaels Stores at 125,000.

10    And that offer is subject to the agreement with the

11    e-mail this morning.  The backup bidder is the

12    landlord at $100,000.  And the auction is closed with

13    respect to that property.  The successful bidder is

14    Michaels at 125,000 and the landlord as the backup.

15                   We're going to go ladies first, Mr.

16    LeHane, if that's okay.  Chivalry is still alive in

17    some places.  Go ahead, Laurel, what do you got?

18                   MS. ROGLEN:  All right.  For Town

19    Center Plaza in Mesquite, Texas, store No. 514.

20                   MR. MATLAT:  All right.  I do it on my

21    pad here.  Todd's got it on a spreadsheet, so he's a

22    little faster than me.

23                   Got you.

24                   MS. ROGLEN:  All right.  The landlord

25    does not wish to increase his bid at this time, but

Page 160

1    reserves rights to bid at or before the phase 2

2    auction.

3              MR. MATLAT:  Okay.

4              MS. ROGLEN:  And can you tell me if

5    that's a June or July?

6              MR. EYLER:  It's a June.

7              MR. MATLAT:  514 is a June.

8              MS. ROGLEN:  Okay.  The next one is

9    Anderson Station in Anderson, South Carolina, store

10   No. 437.  The landlord does not wish to increase its

11   bid at this time, but wants to reserve its rights to

12   increase its bid at or prior to the phase 2 auction.

13   And is that one June or July?

14             MR. EYLER:  July.

15             MR. MATLAT:  That's a July.

16             MS. ROGLEN:  Deerbrook Mall in

17   Deerfield, Illinois, store No. 032.  The landlord does

18   not wish to increase its bid at this time, but

19   reserves all rights to increase its bid at or prior to

20   the phase 2 auction.  And is that a June or July?

21             MR. EYLER:  June.

22             MR. MATLAT:  Deerfield is a June.

23             Speaker 32:  The last one I have for

24   now is Fairview Shopping Center in Goleta, California,

25   store No. 820.  The landlord does not wish to increase

Page 161

1   his bid at this time, but reserves its right to do so

2   at or prior to the phase 2 auction.

3                    MR. EYLER:  July.

4                    MS. ROGLEN:  And is that --

5                    MR. MATLAT:  That's July.

6                    MS. ROGLEN:  July?  Thank you.

7                    MR. MATLAT:  That's it for you for now?

8                    MS. ROGLEN:  That's it for now.

9                    MR. MATLAT:  Okay.  Mr. LeHane?

10                   MR. LEHANE:  Mr. Matlat, Bob LeHane,

11   Kelley, Drye, and Warren on behalf of Kite Realty

12   Group, to begin with.  Let's start with store No. 260

13   in Westbury, New York.

14                   MR. MATLAT:  Great location.

15                   MR. LEHANE:  Is that a June or July

16   closure?

17                   MR. EYLER:  July.

18                   MR. MATLAT:  July.

19                   MR. LEHANE:  Okay, the landlord does

20   not wish to increase his bid at this time.

21                   Store No. 3043, Commons at Temecula,

22   California.  Same question.  June or July?

23                   MR. EYLER:  Which store?  I'm sorry.

24                   MR. MATLAT:  3043 Temecula.

25                   MR. EYLER:  That is a July.

Page 162

1                    MR. MATLAT:   July.

2                    MR. LEHANE:   Landlord does not wish to

3    increase its bid there.

4                    Store No. 3110, Cool Springs Market,

5    Franklin, Tennessee.   June or July location?

6                    MR. EYLER:   That is a July.

7                    MR. MATLAT:   That's a baby, so it's a

8    July.

9                    MR. LEHANE:   Same; landlord does not

10   wish to increase its bid there.

11                   MR. MATLAT:   Okay.

12                   MR. LEHANE:   Avondale, Arizona, you did

13   not call yet, I believe.   Store 591.

14                   MR. MATLAT:   I don't believe so.

15                   MR. LEHANE:   Okay.

16                   Next store, 341 Gateway Plaza, South

17   Lake, Texas.   Bed Bath and Beyond.   June or July?.

18                   MR. EYLER:   June.

19                   MR. MATLAT:   June.

20                   MR. LEHANE:   June?   Landlord does not

21   wish to increase its bid.

22                   Next store is 3106 Gateway Plaza, South

23   Lake, Texas.   Buy Buy Baby.

24                   MR. EYLER:   July.

25                   MR. LEHANE:   Closing?

Page 163

1                    MR. MATLAT:  That's a July.

2                    MR. LEHANE:   July.   Landlord does not

3      wish to increase his bid.

4                    Next one is 497 Henry Town Center,

5      McDonough, Georgia.  June or July closer?

6                    MR. EYLER:  June.

7                    MR. MATLAT:  June.

8                    MR. LEHANE:  Landlord is not increasing

9      his bid there.

10                    Next one, you did not call 1405 Holly

11     Springs, North Carolina yet; am I correct?

12                    MR. MATLAT:  Not yet.

13                    MR. LEHANE:  Next one would be 134

14     Huebner Oaks, San Antonio, Texas.  It's a Bed, Bath

15     and Beyond.  Is that closing?

16                    MR. MATLAT:  July.

17                    MR. LEHANE:  Landlord is not increasing

18     its bid on that one.

19                    The next one would be the 236

20     International Speedway Square, Daytona Beach, Florida.

21     Bed Bath and Beyond.  Closing in June or July?

22                    MR. EYLER:  July.

23                    MR. MATLAT:  July.

24                    MR. LEHANE:  Landlord is not increasing

25     his bid there.

1                    Next store is 3094 Livingston, New

2     Jersey.

3                    MR. MATLAT:   June.

4                    MR. LEHANE:   June?  A Buy Buy Baby

5     closing in June?

6                    MR. MATLAT:   Yeah.  There's a few of

7     them.

8                    MR. LEHANE:   And the next one is 3052

9     Market Street Village, Hearst, Texas.

10                   MR. MATLAT:   What'd you say on 3094

11    Livingston?

12                   MR. LEHANE:   Not increasing, no.

13                   MR. MATLAT:   Okay.

14                   MR. LEHANE:   3052 Market Street

15    Village, Hearst, Texas.

16                   MR. MATLAT:   July.

17                   MR. LEHANE:   Not increasing.

18                   Concord, California.  I believe Barnes

19    & Noble already closed that one out.

20                   MR. MATLAT:   What's the store number?

21                   MR. LEHANE:   3131.

22                   MR. GARBUTT:   Is that Concord, North

23    Carolina?

24                   MR. LEHANE:   Yes, correct.  Apologize.

25                   MR. MATLAT:   That's correct.

1              MR. LEHANE:  And when is that closing?

2    June or July?

3              MR. MATLAT:  July.

4              MR. LEHANE:  Thank you.  That's Barnes

5    in Noble, I believe.

6              MR. EYLER:  Yeah.

7              MR. LEHANE:  Getting to the end.

8              Store 3051 Rivers Edge, Indianapolis,

9    Indiana.  Is that closing in June or July?

10             MR. EYLER:  July.

11             MR. MATLAT:  July.

12             MR. LEHANE:  Landlord is not increasing

13   at that one.

14             Store No. 33 -- 349, Shops at Plaza

15   Green, Greenville, South Carolina.  Bed Bath & Beyond.

16   Closing?

17             MR. EYLER:  July.

18             MR. MATLAT:  July.

19             MR. LEHANE:  Landlord is not increasing

20   its bid.

21             Last, Kite Realty location 3032, Shops

22   at Plaza Green, Greenville, South Carolina.

23             MR. EYLER:  July.

24             MR. MATLAT:  July.

25             MR. LEHANE:  Thank you.  Landlord is

Page 166

1    not increasing his bid there.

2              Next one we could get back to is store

3    No. 301, Rookwood Commons Pavilion, Cincinnati, Ohio.

4    The landlord is not overbidding.

5              MR. EYLER:  Macy's is the bidder on

6    that one.

7              MR. MATLAT:  That's 301?

8              MR. LEHANE:  Yes.  Cincinnati, Ohio.

9    Landlord is --

10             MR. MATLAT:  Yeah, I got it.

11             All right, so let's go back to No. 301

12   because we had that, that's Bloomingdale's there, and

13   I don't know if Bloomingdale's increased their offer.

14             MR. GOLD:  Mike, just for the record,

15   that's a Macy's retail bid, not Bloomingdale's.

16             MR. MATLAT:  Okay, that's a Macy's?

17             MR. GOLD:  Give us a minute to confirm

18   please.

19             MR. MATLAT:  Yeah, you did confuse me a

20   little bit.  Bloomingdale's, Macy's or Macy's,

21   Bloomingdale's.  Right?

22             MR. GOLD:  This is a Macy's retail.

23             MR. MATLAT:  Okay.

24             MR. GOLD:  Thank you.

25             MR. MATLAT:  And do you know what the

Page 167

1   No. is, Ron?  What we need on that one?

2                  MR. GOLD:  Our bid was 51,000.

3                  MR. MATLAT:  Yeah, and we asked for 100

4   over the cure.  And did you say, "No," on that?  Did

5   you agree to it?

6                  MR. GOLD:  We were kind of waiting to

7   hear.  What's -- and the stated cure was?

8                  MR. MATLAT:  What do you got, Todd?

9                  MR. EYLER:  $233.

10                  MR. GOLD:  $233?

11                  MR. EYLER:  That's what I show.

12                  MR. GOLD:  That can't be right.  Just

13  to clarify, I believe the landlord believes it second

14  half 2013, 2022 taxes would have to be paid, and first

15  half 2023 would have to be paid.  I believe they're

16  significantly more than $235.

17                  MR. EYLER:  Does the debtor have any

18  update or detail on that record from Macy's?

19                  MR. MATLAT:  What would you do on that

20  one?  Is that a July closure?

21                  MR. EYLER:  Yes.

22                  MR. MATLAT:  That's a July closure so

23  we can revisit that one when we have the exact

24  numbers, and come back to Macy's with what it would

25  take to move forward.

Page 168

1                    MR. GOLD:  Give us one second, please.

2                    MR. MATLAT:  Mr. LeHane, do you have an

3      idea on what the taxes you think are going to be?

4                    MR. LEHANE:  This is an estimate.  From

5      memory, I believe it's 135,000 every six months.  So

6      that would be twice that number, approximately.  Do

7      you want to -- I'll come back and confirm that.

8                    MR. MATLAT:  Okay.  Thank you.

9                    MR. EIDE:  Mike, is it too late to bid

10     on 301?

11                    MR. MATLAT:  No, it's not closed.  Who

12     is it?

13                    MR. EIDE:  Okay.  It's Kristian with

14     Scandinavian.  What's the price on that one?

15                    MR. MATLAT:  Well, the cure amount on

16     it's going to be about $275,000, and so -- it's

17     because of taxes, the way that Ohio bills their taxes.

18     So it's about $270,000 to cure it.  We showed there

19     was a $233 cure amount, which is kind of

20     insignificant.  So we'd be looking at about $375,000

21     to buy that lease.

22                    MR. EIDE:  Okay, we'll pass on that

23     one.

24                    MR. MATLAT:  And Macy's took a moment

25     to consider.  375 is probably the number that we would

Page 169

1    take to sell it, close it and declare you a successful

2    bidder.

3                    MR. EIDE:  Mike, if I may ask, has 149

4    been called yet?

5                    MR. MATLAT:  We have about 44 more

6    leases to go after this one.

7                    MR. GOLD:  Can we ask the landlord if

8    they can come up with a definitive amount for us

9    today?  We can confer on that with our client on that.

10                   MR. MATLAT:  Okay, so we'll come back

11   to 301.  Just remind me.

12                   MR. GOLD:  Yeah, thank you.

13                   MR. MATLAT:  Maybe the landlord wants

14   to waive some of his taxes.

15                   MR. EIDE:  The Scandinavian Designs

16   will bid 375 on Cincinnati.

17                   MR. MATLAT:  I love when

18   Scandinavian -- now you know the right location,

19   Christian because we are having a lot fun with the

20   other location.  So 301 Cincinnati, Ohio, Scandinavian

21   Designs.

22                   MR. EIDE:  We got it.

23                   MR. MATLAT:  Okay.  Mr. LeHane,

24   Scandinavian Designs is going to bid $375,000 on store

25   No. 301 Cincinnati, Ohio.

Page 170

1                   MR. LEHANE:  I'd like to consult my

2       client on that one.  Thank you.

3                   MR. MATLAT:  Okay, can you -- Macy's is

4       still interested, they just want to know if you get a

5       confirmation on what the tax numbers are so they're --

6                   MR. LEHANE:  I confirmed it.  That was

7       accurate.

8                   MR. MATLAT:  275, give or take.

9                   MR. LEHANE:  Give or take.

10                  MR. MATLAT:  Okay.

11                  MR. GOLD:  Mike, can we take a break?

12      This one and --

13                  MR. MATLAT:  Yeah.  We'll come back to

14      301.  How long of a break do you need?

15                  MR. GOLD:  Let's start with 15, if we

16      could, please.

17                  MR. MATLAT:  15?  Okay, because I mean,

18      this is going to kind of close out this section of the

19      auction and then we're going to go to -- I guess we

20      want to call this phase three of the auction.  We had

21      one, we had two, and phase three is going to be 44

22      leases that are part of the package.

23                  MR. GLOVER:  Mike?  I'd offered to go

24      back and revisit Chandler, the landlord from 189 in

25      Chandler, if I could just slide in a revision to my

Page 171

1    bid on that.

2                  MR. MATLAT:  Okay.  189 Chandler,

3    Arizona.  What do you got?

4                  MR. GLOVER:  So we have a credit bid

5    that we made of 13,686.  I'm going to add $25,000 of

6    cash to our bid.  And just to confirm, this is a June

7    closing.  Our possession agreement, we'd originally

8    contemplated this being later, so I'd modify our

9    termination to be immediately after the 6/30 closing.

10                 MR. MATLAT:  Okay.  And just -- could

11   you give me the gross number on it with the cash and

12   the waiver?

13                 MR. GLOVER:  Yeah, so that would be

14   38,686 including the pre-petitions.

15                 MR. MATLAT:  Well he's going to

16   terminate, effective June 30th.

17                 MR. GLOVER:  Yeah, this one's getting

18   closed in June.

19                 MR. EIDE:  What's the total for

20   Chandler?

21                 MR. GLOVER:  38,686, which is made up

22   of 13,686 pre-petition credit bid and 25,000 of cash.

23                 MR. EIDE:  Okay, and what's the auction

24   bid on it?

25                 MR. GLOVER:  That's the only bid on it.

Page 172

1                    MR. EIDE:  That's it?  Okay --

2                    MR. GLOVER:  I didn't hear that second

3    part.

4                    MR. EIDE:  Oh, sorry.  Scandinavian

5    Designs will bid 100 on 189.

6                    MR. MATLAT:  Did you hear that,

7    landlord?

8                    MR. GLOVER:  Landlord heard that.  We

9    reserve our rights under the lease with exclusive and

10   prohibited uses.

11                   MR. MATLAT:  Okay.

12                   MR. GLOVER:  We have filed that

13   objection.  If I could have a minute to just consult

14   with our owner, I would take that minute.

15                   MR. MATLAT:  Okay.

16                   MR. GLOVER:  Thank you.  Just to

17   confirm, Scandinavian is Scandinavian Design

18   Furniture; correct?

19                   MR. EIDE:  Yes.

20                   MR. MATLAT:  Yes.

21                   MR. GLOVER:  Okay, thank you.  Thank

22   you.  We don't have you in our portfolio, but might be

23   welcoming you soon it sounds like.  Just give me a

24   minute.

25                   MR. HOLMES:  Mike, I have a question if

Page 173

1   you have a second.

2                  MR. MATLAT:  Are you in the room or on

3   the phone?

4                  MR. HOLMES:  No, I'm on Zoom.  I'm

5   sorry.  I probably appeared.

6                  MR. MATLAT:  Well, I didn't know.  I

7   just wanted to make eye contact.

8                  MR. HOLMES:  Yeah, no worries.  You can

9   look, I can see you on the right side so I --

10                 MR. MATLAT:  Okay.

11                 MR. HOLMES:  So has 149 or 1044 been

12  called yet?

13                 MR. MATLAT:  You want to know if

14  anybody's bid on 1044 yet?

15                 MR. HOLMES:  Or 149.

16                 MR. MATLAT:  Yes.  No. 149.  I mean we

17  have 44 locations to get to, so let me -- I mean, I'm

18  going to read them off in a minute, the ones that it

19  pertains to.  I'm going off the sheet, so.

20                 Todd, do you have 149, No. 149?

21                 MR. EYLER:  149?  Yeah, what's the

22  question?

23                 MR. MATLAT:  We didn't bid on that yet,

24  right?

25                 MR. EYLER:  No.

Page 174

```
 1                    MR. MATLAT:  Yeah, it's going to be
 2    part of the package we're going to discuss and
 3    disclose.
 4                    MR. HOLMES:  Okay, perfect.  Thank you.
 5                    MR. MATLAT:  Yeah.
 6                    MR. GLOVER:  Chandler's back if I can
 7    respond.  Responding to Scandinavian.
 8                    MR. MATLAT:  Oh, you're back for the
 9    landlord?
10                    MR. GLOVER:  Yeah, landlord's back on
11    Chandler.
12                    MR. MATLAT:  Okay.
13                    MR. GLOVER:  So we'll increase our bid
14    to the pre-petition amount, plus the $100,000.  That'd
15    be 113,686.
16                    MR. MATLAT:  113,684.
17                    MR. EYLER:  686.
18                    MR. MATLAT:  113,686.
19                    MR. EYLER:  Yeah.
20                    MR. GLOVER:  Correct.
21                    MR. EIDE:  Scandinavian will bid 125
22    then.
23                    MR. MATLAT:  All right, so we triggered
24    $25,000 increment, so it'll be 150 to the landlord.
25    And Macy's left the room for a second.
```

```
                                                   Page 175

 1                    MR. GLOVER:  Landlord will bid 150.

 2                    MR. EIDE:  Scandinavian will do 175.

 3                    MR. GLOVER:  All right, just a second.

 4                    MR. MATLAT:  Macy's just stepped out.

 5                    MR. EYLER:  I think they're coming.

 6                    MR. GLOVER:  So we left off that it's

 7    175 was the next bid or 175?

 8                    MR. MATLAT:  175 was the Scandinavian

 9    bid.

10                    MR. GLOVER:  Landlord will go to 200.

11                    MR. EIDE:  Scandinavian will go to 225.

12                    MR. GLOVER:  Landlord will go to 250.

13                    MR. EIDE:  Scandinavian will go to 275.

14                    MR. GLOVER:  It's confirmed that

15    Scandinavian is at 275?

16                    MR. MATLAT:  Correct.

17                    MR. GLOVER:  Correct?  Landlord will

18    bid 300.

19                    MR. EIDE:  Scandinavian will do 325.

20                    MR. GLOVER:  Landlord will bid 350.

21                    MR. EIDE:  Scandinavian's out.

22                    MR. MATLAT:  Scandinavian's out?

23                    MR. EIDE:  Yeah.

24                    MR. MATLAT:  Okay.  Macy's?

25                    MR. GOLD:  I think it's a different
```

Page 176

1    location.

2                    MR. EYLER:  It's a different one, yeah.

3                    MR. MATLAT:  Oh, yep.  You're at 301.

4    All right.

5                    Chandler, Arizona.  We have a high bid

6    from the landlord.  189 Chandler in Arizona.  High bid

7    from the landlord of 350,000.  That's a gross number.

8    Cash plus a waiver.  That's the successful bid, it's

9    the high bid.  The backup is from Scandinavian Designs

10   $325,000 as the backup bidder, and the auction's

11   closed with respect to 189 Chandler, Arizona.

12                   And the landlord's free to go unless

13   you want to bid on any others; okay?

14                   MR. GLOVER:  That's our only one in

15   this round.  Thank you.

16                   MR. MATLAT:  Okay, and are we still

17   dealing with 301 Cincinnati?

18                   Mr. LeHane, you were going to talk to

19   your client?

20                   MR. LEHANE:  Bob LeHane, on behalf of

21   the landlord, 301 Cincinnati.  We will not be

22   overbidding.  We're waiting for clarification.

23                   MR. EYLER:  You got it.

24                   MR. MATLAT:  Shouldn't take that long,

25   right?  Because we're going to jump into the package

Page 177

1    after this.

2                    MR. EYLER:  Okay.

3                    MS. ROGLEN:  We have one more open from

4    this case.  You want to go back to that?

5                    MR. MATLAT:  That's a great opportunity

6    to fill some time here.  What do you got?

7                    MS. ROGLEN:  We do what we can.

8                    This is for the Shops at Abilene in

9    Abilene, Texas, store No. 615.  Can you remind me what

10   the Barnes & Noble bid was?

11                   MR. EYLER:  161.  Well, it'll be 100K

12   over.

13                   MR. MATLAT:  Yeah, it was 100,000 over

14   the cure.  What did you say?  It's Abilene?

15                   MR. EYLER:  Yeah.

16                   MR. MATLAT:  And what's the store

17   number?

18                   MR. EYLER:  615.

19                   MR. MATLAT:  Got you.  Yeah, the total

20   was 161,480 by Barnes & Noble.

21                   MS. ROGLEN:  Okay.  The landlord

22   believes that the cure amount's a little higher at

23   89,668.40.  That's what the landlord has the cure

24   amount at.

25                   MR. EYLER:  Does that include July?

1              MR. MATLAT:  Does that include July's

2     rent or anything?  Because --

3              MS. ROGLEN:  Not July, no.

4              MR. MATLAT:  That's just pre-petition?

5              MS. ROGLEN:  I believe it's just

6     pre-petition.  I know it's not July.

7              MR. MATLAT:  Could it be June?

8              MS. ROGLEN:  But in any event, I have a

9     bid for you.

10             MR. MATLAT:  That's what we're looking

11    at, but we'll net it out; right?

12             MS. ROGLEN:  Right, but that's what I

13    was going to say.  Regardless, this is going to be a

14    gross bid.  The landlord's willing to increase its

15    gross bid to 186,488.

16             MR. MATLAT:  Because it's gross, it's

17    apples to apples anyway.  We have to cure it.

18             Barnes & Noble; Andrew, are you still

19    here?

20             MR. GARBUTT:  I'm still here.  My

21    understanding was the bid was closed.  I believe you

22    said that.

23             MR. MATLAT:  No, I think we were

24    waiting to hear back from the landlord.  I asked for a

25    100,000 over the cure.  You agreed to pay it, and the

Page 179

1    landlord had to check with their client.  The

2    landlord's attorney's right here.

3                    MS. ROGLEN:  That was my understanding.

4                    MR. MATLAT:  Yeah.

5                    Andrew, do you wish to increase your

6    offer on 615?

7                    MR. GARBUTT:  No.

8                    MR. MATLAT:  No?  Okay.  I believe his

9    answer was no.

10                   Okay, so we're going to announce on No.

11   615, Abilene, Texas.  The high bid is from the

12   landlord of $186,040.  That's a successful bid, it's

13   the high bid.  And the backup bid is from Barnes &

14   Noble at $161,480.  And the auction's now closed with

15   respect to No. 615, Abilene, Texas.

16                   Macy's, have we got a clarification

17   on --

18                   MR. GOLD:  Still waiting for --

19                   MR. MATLAT:  Okay.  If it's all right,

20   just to move things along, I am going to go over -- we

21   have a package bid that is 44 locations.  And I'm

22   going to run through what those locations are just so

23   everybody can keep track of the store number, city,

24   and state.

25                   And then, we will bid those

Page 180

1    individually to find out what the high individual bids

2    are, and the culmination of those bids versus the

3    package price.  And the package at this point is a

4    44-store package, and it's not cherry picking.  It's

5    44 stores.  So we're going to go to them right now.

6               And the first store -- I'm just going

7    to give you the store numbers first on them.  No.

8    1177, Washington, D.C.  No. 384, Hollywood,

9    California.  No. 1094, Atlanta, Georgia.  No. 1265,

10   Warner Robins, Georgia.  No. 585, College Station,

11   Texas.  No. 557, Denton, Texas.  No. 149, Braintree,

12   Massachusetts.  No. 525, Pensacola, Florida.  No. 454,

13   Fort Lauderdale, Florida.  No. 3036, Colony, New York.

14   No. 507, Oceanside, New York.  No. 577, Guaynabo,

15   Puerto Rico.  No. 1314, Riverhead, New York.  No.

16   3108, Dale City, California.  No. 1309, Hamilton, New

17   Jersey.  No. 777, Washington City, Utah.  No. 192,

18   Midlothian, Virginia.  No. 1365, Longview, Texas.  No.

19   126, Stafford, Texas.  No. 1002, San Antonio, Texas.

20   No. 769, Waco, Texas.  No. 589, D'Iberville,

21   Mississippi.  No. 542, Nashua, New Hampshire on Daniel

22   Webster Highway.  No. 1175, Anchorage, Alaska.  No.

23   1409, Tuscaloosa, Alabama.

24               And that's it.  That's the first.

25   There's another group of them that I'm going to get

Page 181

1    to.  No. 591, Avondale, Arizona.  No. 1110, Coral

2    Gables, Florida.  No. 3025, Miami, Florida.  No. 1143,

3    Orlando, Florida.  No. 1367, Panama City Beach,

4    Florida.  No. 1268, Sarasota, Florida.  No. 556, St.

5    Augustine, Florida.  No. 55, West Palm Beach, Florida.

6    No. 1011, Aberdeen, North Carolina.  No. 1237,

7    Moorehead City, North Carolina.  No. 1096, Clifton,

8    New Jersey.  No. 3086, Knoxville, Tennessee.  No. 318,

9    Midland, Texas.  No. 1044, Plymouth, Massachusetts.

10   No. 1405, Holly Springs, North Carolina.  No. 544,

11   Edmond, Oklahoma.  No. 1024, Rockwall, Texas.  No.

12   1014, Atlanta, Georgia.  And No. 133, Rapid City,

13   South Dakota.

14             MR. EYLER:  1333 is it, but you only

15   did two threes.

16             MR. MATLAT:  Just to clarify, Rapid

17   City, South Dakota is 1333.  Rapid City, South Dakota.

18             MR. GOLD:  Mike, was Denton on that

19   list?  At Texas.

20             MR. MATLAT:  Let me look.

21             MR. EYLER:  Yes.

22             MR. MATLAT:  Yes.

23             MR. GOLD:  Which one?

24             MR. EYLER:  557.

25             MR. MATLAT:  557.

Page 182

1                   MR. GOLD:  Are you able to say who

2      these are?

3                   MR. MATLAT:  What?

4                   MR. GOLD:  Are you able to say who the

5      bidders are?

6                   MR. MATLAT:  Well, the package bidder.

7                   MR. GOLD:  Well, we understand that.

8                   MR. MATLAT:  Yeah.  Well, I'm going to

9      tell you who the package bidder is.  The package

10     bidder is Burlington.

11                  MR. GOLD:  Okay.

12                  MR. MATLAT:  All right.  What we're

13     going to do with the 44 leases, we're going to go

14     through them one by one, and what I would encourage a

15     bidder to do is, if there's competition on it, you

16     know, make your best offer.  We're going to add up

17     what the sum of the individual bids are after we get

18     them all.  We'll have a short break and then, we'll

19     come back out and disclose what the package is versus

20     the individual bid total is, and kind of let you know

21     where we go from there.  So it's going to be some of

22     the parts versus the whole.

23                  MR. GARBUTT:  Mike, can you identify

24     what the package bid amount is?

25                  MR. MATLAT:  Yeah, we're going to do

Page 183

1    that after we have a break, and we see what the total

2    of the individual bids are, just to do a comparison

3    between the sum of the parts versus the whole.  And we

4    won't close it out right then.  We just want to let

5    you know what the delta is between what the package

6    price is and what the sum of the parts are.

7                    MR. LEHANE:  Mike, for 1268.  I ask

8    that you put on the record the individual store

9    allocations because you're asking landlords to bid

10   blindly on their stores.  So there's a gross number,

11   but there has to be an allocation per store, and to

12   the extent that's not provided, I'd object.  We're

13   totally fitting blindly.  We want to bid on our

14   stores, but she just put a number out there without

15   knowing what's bidding for our stores isn't

16   constituting fair bidding.

17                    MR. MATLAT:  Okay, well we'll talk

18   about that after the break, for right now, but let us

19   just run through the first thing, and then we'll come

20   back and --

21                    MR. LEHANE:  But you need to do that

22   before we bid.  To ask us the allocation, it's

23   backwards.

24                    MR. WEBB:  This is the landlord at

25   store 1044 and we agree with that concept.

Page 184

1           MR. EYLER:  Should we take a break?

2           MR. MATLAT:  Yeah, we can take a break

3    right now, and we'll see if we have a different view.

4    But I think it would have kind of -- the story

5    would've told itself once we went through a number of

6    locations, and we put them up for individual bids, and

7    we saw what the results of those bids were.

8           UNKNOWN:  I think we're all secure

9    to -- the best bids for our landlords, but also for

10   the estate.  But to do that, you really have to give

11   us the allocation so we compare these and properly

12   bid.

13          MR. MATLAT:  Okay, we're going to take

14   a short break.

15          Do we have an answer on 301?

16          MR. LEHANE:  Getting closer.

17          MR. MATLAT:  Oh, okay.  So you know

18   what?  We'll take a short break.  We'll deal with 301

19   when we get back and we'll talk about the package.

20          MR. EYLER:  Okay.

21          (Off the record.)

22          MR. MATLAT:  Okay.  301 Cincinnati.

23   We're going to finish that, and then we're going to

24   deal with the 44-store package and we're ready to bid

25   on 301.

Page 185

1                   We're going to resume the auction.

2     We're going to go to store 301, which is Cincinnati,

3     Ohio.  Mr. LeHanes's client is the landlord there.

4     From what I understand there's some pre-petition

5     amounts, but there's also a tax bill of $275,000.  I

6     think the pre-petition was, you know, a little bit,

7     but $275 is the total amount due, and that covers past

8     due taxes and future taxes that are due now.

9                   Is that correct Mr. LeHane?  Give or

10    take.

11                  MR. LEHANE:  Close.  There are second

12    half, 2022 taxes, that are due now.  And there is

13    first half, 2023 taxes, that will be due in January of

14    2024.  Both approximately $136,000 each six-month

15    period.

16                  MR. MATLAT:  Okay.  Which gets us to

17    about $275.  Okay, we're going to resume the bidding

18    on 301, and I think we're going to have a

19    clarification by one of the bidders, and that is the

20    clarification by both Scandinavian and Macy's?

21                  MR. GOLD:  Yeah.

22                  MR. MATLAT:  And Macy's will compete

23    under.

24                  MR. GOLD:  Mike, for the record, Ron

25    Gold for Macy's Retail Holdings.  It's our

Page 186

1   understanding that of the proceeds -- the current bid

2   is $375,000, and of the proceeds the amount necessary

3   to pay for the second half 2022 tax bill and the

4   amount necessary to pay for the first half 2023 tax

5   bill, will be paid from the proceeds of the sale.  And

6   the additional amount is the additional cash --

7   additional cash component for the estate.  Can you

8   confirm --

9           MR. MATLAT:  Correct.  $375 less what

10  Mr. LeHane just disclosed and that will be -- it's a

11  gross bid.

12          MR. GOLD:  Okay.

13          MR. MATLAT:  So whatever cash is left

14  over, but the taxes and the cure amount will be taken

15  care of.

16          MR. GOLD:  Thank you.  On behalf of

17  Macy's Retail Holdings, subject to the terms of our

18  assumption and assignment agreement that we submitted

19  and we got confirmation from the debtor's

20  representatives that has deemed it a qualified bid,

21  Macy's retail holdings will bid 400,000.

22          MR. MATLAT:  And Scandinavian;

23  Kristian, are you there?

24          MR. EIDE:  Yes.  Scandinavian will bid

25  450.

Page 187

1              MR. GOLD:  Confirming Mike, it is

2     $25,000 bidding --

3              MR. MATLAT:  Yes, sir.

4              MR. GOLD:  -- minimum.  Thank you.

5     Forgive me for saying that these time subject to the

6     terms of our assumption and assignment agreement,

7     Macy's Retail Holdings will bid $475,000.

8              MR. EIDE:  Scandinavian will bid $500.

9              MR. GOLD:  On behalf of Macy's Retail

10    Holdings, subject to the terms of our assumption and

11    assignment agreement opposed, Macy's Retail Holdings

12    will bid $525,000.

13             MR. EIDE:  Scandinavian Designs will

14    bid $550,000.

15             MR. GOLD:  Mike, on behalf of Macy's

16    Retail Holdings, subject to the terms of our

17    assumption and assignment agreement -- Macy's will bid

18    575,000.

19             MR. EIDE:  Scandinavian Designs will

20    bid 600,000.

21             MR. GOLD:  I'm on hold for Macy's

22    Retail Holdings, subject to the terms of our

23    assumption of assignment agreement, Macy's Retail

24    holdings will bid $625,000.

25             MR. EIDE:  Scandinavian Designs will

Page 188

1    bid $650,000.

2              UNKNOWN SPEAKER:  -- Scandinavian

3    Designs to Macy's on a bid on a bunch of leases --

4              THE REPORTER:  I can't hear.

5              MR. MATLAT:  I don't know who is

6    talking, but please put yourself on mute unless you

7    plan on bidding.  So we have $650 right now, is the

8    high bid of Macy's?

9              MR. EYLER:  No, I think it's

10   Scandinavian.

11             MR. MATLAT:  Oh, Scandinavian 650.

12   Macy's?

13             MR. GOLD:  Macy's -- Ron Gold for

14   Macy's Retail Holdings.  Subject to the terms of our

15   assumption and assignment agreement, Macy's will bid

16   675,000.

17             MR. EIDE:  Scandinavian Designs will

18   bid 700,000.

19             MR. GOLD:  Mike, Ron Gold from Macy's

20   Retail Holdings on behalf of Macy's retail holdings,

21   subject to the terms of our assumption of the

22   assignment agreement, Macy's will bid 750,000.

23             MR. MATLAT:  Macy's is at 750,

24   Scandinavian.

25             MR. EIDE:  Yes, Scandinavian is out.

Page 189

1                    MR. MATLAT:  Okay, we're going to wrap

2       up 301, Cincinnati, Ohio.  We have a high bid from

3       Macy's of $750,000.  Successful --

4                    MR. EIDE:  Scandinavian will bid 775.

5       I'm sorry.  775 from Scandinavian.

6                    MR. GOLD:  Mike, Ron Gold of Macy's

7       Retail Holdings.  Macy's is out.

8                    MR. MATLAT:  Macy's is out.  Do you

9       want to do what Scandinavian just did?

10                   MR. MATLAT:  No?

11                   MR. GOLD:  No.  Thank you.

12                   MR. MATLAT:  Okay.  301, Cincinnati,

13      Ohio.

14                   Landlord, do you want to jump in?  You

15      got a lot of taxes to waive as a credit bid.

16                   MR. LEHANE:  Landlord will not be over

17      bid.

18                   MR. MATLAT:  Okay.  No. 301,

19      Cincinnati, Ohio.  We have a high bid from

20      Scandinavian Designs, $775,000.  That's the high bid.

21      That's is the successful bid.  The backup is from

22      Macy's at 750,000.  They are the backup bidder, and

23      the auction is now closed with respect to No. 301,

24      Cincinnati, Ohio.

25                   Okay, now we're going to revert to the

Page 190

1    Burlington package.  I gave you the store numbers,

2    city, and state.  The package bid is an all or nothing

3    package.  It's for $12 million for 44 leases.  However

4    you want to look at it.  We're going to bid each store

5    individually.  We will tally up the high bid of the

6    individual offers and compare that to $12 million to

7    see what the delta is.  And if people wish to make up

8    the difference, we would encourage you.  In some

9    instances you may be bidding against your yourself

10    because you need to elevate the, you know, sum of the

11    parts versus the whole, and we'll see where we end up.

12                    The other part of it is that

13    Burlington, with the 44 stores that they're taking,

14    may see at some point to release a location in

15    exchange for a credit towards their $12 million.  And

16    we might be able to get a location out of their

17    package if they choose to release it.  But as of now,

18    they did not allocate prices on a per store basis;

19    it's all or nothing for $12 million and 44 locations.

20    So that being said, we're going to start with the

21    first location, which is 1177, Washington, D.C.  Do I

22    have any individual bids on that location?

23                    Burlington, do you wish to bid against

24    yourself?

25                    MR. SHUKER:  No.

Page 191

1                    MR. MATLAT:  Okay, just checking.

2                    THE REPORTER:  Who said, "No"?

3                    MR. MATLAT:  Yeah.  Is that Michael

4      speaking on behalf of Burlington or Gail?

5                    MR. SHUKER:  It's Scott Shuker on

6      behalf of Burlington.

7                    MR. MATLAT:  Okay, Scott, thank you.

8                    Next up is No. 384, Hollywood,

9      California.  Are there any bids on Hollywood,

10     California?  Individual bids to compare versus

11     package?

12                    Okay, let the record reflect, there

13     were no individual bids on 1177 Washington, D.C., No.

14     384, Hollywood, California.  Next up is 1094 and that

15     is Atlanta, Georgia.  And do we have any individual

16     bids on Atlanta, Georgia?

17                    No bids on Atlanta, Georgia.

18                    Next up, 1265, Warner Robbins, Georgia.

19     Are there any individual bids on Warner Robbins,

20     Georgia?

21                    No. 585, College Station, Texas.  Are

22     there any individual bids on College Station, Texas?

23                    Next, No. 557, Denton, Texas.  On

24     Denton, Texas, are there any individual bids?

25                    No. 149, Braintree, Mass.  Are there

Page 192

1    any individual bids on Braintree, Mass?

2                    No. 525, Pensacola, Florida.  Are there

3    any individual bids on Pensacola, Florida?

4                    No.  454, Fort Lauderdale, Florida?

5    Are there any individual bids?

6                    No. 3036, It's a Buy Buy Baby, subject

7    to the going concern sale.  Colony, New York.  Are

8    there any bids on Colony New York, individual bids?

9                    No. 507, Oceanside, New York.  Are

10   there any bids on Oceanside, New York, individual

11   offers?

12                   No. 577, Guaynabo, Puerto Rico.  Are

13   there any bids on Guaynabo, Puerto Rico, individual

14   bids?

15                   No. 1314, Riverhead, New York, Polish

16   Town, USA.  Are there any individual bids on

17   Riverhead, New York?  It really is called, Polish

18   Town, USA.

19                   3108, Buy Buy Baby, Dale City,

20   California, subject to the going concern sale.  Any

21   individual bids on Dale City, California?

22                   1309, Hamilton, New Jersey.  Are there

23   any individual bids on Hamilton, New Jersey?

24                   777, Washington City, Utah.  Are there

25   any individual bids on Washington City, Utah?

Page 193

1                    192, Midlothian, Virginia.  Are there
2      any individual bids on Midlothian, Virginia?
3                    No. 1365, that's Longview, Texas.  Are
4      there any individual bids on Longview, Texas?
5                    No. 126, and that is Stafford, Texas.
6      Are there any individual bids on Stafford, Texas?
7                    1002, San Antonio, Texas.  Are there
8      any individual bids on San Antonio, Texas?
9                    No. 769, Waco, Texas.  Any individual
10     bids on Waco, Texas?
11                   No. 589, and that's D'Iberville,
12     Mississippi.  Are there any individual bids on
13     D'Iberville, Mississippi?
14                   No. 542, that's Nashua, New Hampshire.
15     Any bids on Nashua, New Hampshire, individual bids?
16                   No. 1175, Anchorage, Alaska.  Any
17     individual bids on Anchorage, Alaska?
18                   No. 1409, that is Tuscaloosa, Alabama.
19     Any individual bids on Tuscaloosa, Alabama?
20                   Okay, now we're going to move on to
21     some other stores within the package.
22                   All right.  No. 591, Avondale, Arizona.
23                   MR. LEHANE:  Mike, this is Bob LeHane.
24     Can you get back to that one for me?  Can we come back
25     to Avondale please?

Page 194

```
 1                    MR. MATLAT:  You going to come back to
 2    it?
 3                    MR. LEHANE:  Yeah.
 4                    MR. MATLAT:  Okay.
 5                    MR. HOLMES:  Mike, sorry I was on mute.
 6    We would like to -- and this is Tom Holmes of Wicked
 7    Pickle, LLC.  We would like to enter a bid on 149 in
 8    Braintree, Massachusetts.
 9                    MR. MATLAT:  Okay.
10                    MR. HOLMES:  We'd like to put a bid in
11    for $100,000, plus cures.
12                    MR. MATLAT:  Okay.  And 149, let me
13    just look back and see what the cures were.  Okay.
14    6,451 plus 100,000.  So it's 106,451.
15                    MR. HOLMES:  That's correct.
16                    MR. MATLAT:  Okay.
17                    MR. HOLMES:  If Burlington is willing
18    to release it.  Thank you.
19                    MR. MATLAT:  Okay.  And thank you
20    because you just helped the sum of the parts versus
21    the whole.
22                    MR. LEHANE:  Mike?
23                    MR. MATLAT:  Oh, hi, Bob.
24                    MR. LEHANE:  Ali Springs, North
25    Carolina, store 1405.
```

Page 195

1                    MR. MATLAT:  Is that one I just

2        mentioned here?

3                    MR. LEHANE:  Yeah, we just went over

4        that, and I just asked you get back to it.

5                    MR. MATLAT:  No, Avondale.

6                    MR. LEHANE:  Avondale.  I apologize.

7                    MR. MATLAT:  Okay, keep going?

8                    MR. LEHANE:  You can keep going from

9        wherever you were.

10                   MR. MATLAT:  Okay.

11                   Next up is 1110.  And that's Coral

12       Gables, Florida.  Do I have a bid, an individual bid

13       on Coral Gables, Florida?  Bed Bath and Beyond,

14       southwest 33rd Avenue and Southwest 22nd Street, Coral

15       Gables, Florida.  Do I have an individual bid?  Is the

16       landlord on the phone?

17                   MR. FOLDS:  David Folds; I'm the

18       landlord.  I'm on the phone.  No individual bid.

19                   MR. MATLAT:  No individual bid, okay.

20       And we had your cure amount, as 82,955 if it mattered

21       or not.  Next up is --

22                   MR. FOLDS:  We have something that

23       could reconcile that.  I think it's a little bit

24       different, but we can deal with that later.

25                   MR. MATLAT:  Yeah.

Page 196

1                          No. 3025, and that is Miami, Florida.

2                          MR. SHUKER:  Good afternoon, this is

3      Scott Shuker on behalf of Marco Store.  We had placed

4      a bid before.  Absent you getting a million dollars a

5      store, next 11 ones, we will go to our top number to

6      see if we can convince Burlington to release it, and

7      that is $400,000.

8                          MR. MATLAT:  Okay.  Thank you, Marco.

9      And that's the best you can do to move this thing

10     along.

11                         No. 3025, Miami, Florida.  We got an

12     individual bid from Marco of $400,000.

13                         1143, and that's Orlando, Florida.  Do

14     I have an individual bid on Orlando, Florida?  Is the

15     other qualified bidder on?  The landlord?

16                         Okay.  No bid on 1143, Orlando,

17     Florida.

18                         1367, Panama City Beach, Florida.  Do I

19     have an individual bid?

20                         MR. DAVIS:  This is individual, Ryan

21     Davis on behalf of the landlord.  Is that a June or

22     July closing?

23                         MR. EYLER:  July.

24                         MR. MATLAT:  It's a July.

25                         MR. DAVIS:  Thank you.

Page 197

1            MR. MATLAT:  Any bid?

2            MR. DAVIS:  Not from the landlord.

3            MR. MATLAT:  Okay.

4            MS. MENDOLERA:  Katie Mendolera,

5    Havertys.  Are there other qualified bidders aside

6    from the landlord?

7            UNKNOWN SPEAKER:  Burlington.

8            MR. MATLAT:  You have, Burlington's

9    part of the package, so --

10            MS. MENDOLERA:  All right, we're going

11   to put in a bit of 300.

12            MR. MATLAT:  Okay, thank you.

13            1268, Sarasota, Florida.  Any

14   individual bids?

15            MR. CHAIT:  Mike, Mark Chait on behalf

16   of the landlord, Sarasota Associates.  First of all,

17   I'd like to reiterate the objection I stated earlier.

18   I'd also ask a question.  This is an all or nothing

19   package.  Some of these Buy Buy Babies are subject to

20   the going concern.  If they fall out, does the package

21   fall apart at that point or are we premature at this

22   point?

23            MR. MATLAT:  Burlington is aware of the

24   going concern sale, and Burlington has been alerted

25   that the Buy Buy Baby locations in the going concern

Page 198

1   sale would have those locations pulled from their

2   package just like it did every individual bid.

3              MR. CHAIT:  So it's not necessarily an

4   all or nothing package?

5              MR. MATLAT:  Well, it's all or nothing

6   for them, but their locations can be released based on

7   the going concern sale of Buy Buy Baby.

8              MR. CHAIT:  I'd like to further object.

9   And it's obvious to this group or to myself, I should

10  say, that this process is quashing all real bidding.

11  You know, you've got a handful of bids.  The bids that

12  come in are above the individual amount if you just

13  divide it by the store amount, 272,000.  And I'd like

14  to reiterate my strong objection to this whole process

15  because it's quashing the bidding process.  I will put

16  it on the record that for stores 1268, landlord will

17  bid $500,000.

18             MR. MATLAT:  Okay, thank you very much

19  Mr. Chait.  And you know, again, this is about us

20  auctioning off the leases, trying to maximize value,

21  and you reserve your right to object at the sale

22  hearing date.

23             MS. MENDOLERA:  Katie Mendolera,

24  Havertys.  We're going to go up.  525.

25             MR. MATLAT:  How about that, Mr. Chait?

Page 199

1                  MS. MENDOLERA:  Yes.

2                  MR. CHAIT:  Landlord will bid $550.

3                  MR. MATLAT:  That was a little

4     surprise.

5                  MS. MENDOLERA:  I think that's it for

6     us.

7                  MR. MATLAT:  Okay.  $550 high bid from

8     the landlord.  $525 backup from Havertys.  That was

9     No. 1268.

10                 Next up is No. 556, St. Augustine

11    Beach -- I mean St. Augustine, Florida.

12                 MS. ROGLEN:  Laurel Roglen of Ballard

13    Spa on behalf of the landlord for store 556.  We are

14    willing to bid a total of $300,000 plus a cure waiver.

15    And we ask that this will be pulled from the full

16    package.

17                 MR. MATLAT:  So that's 314,683.  St.

18    Augustine's the home of Flagler College.  Fine young

19    men have graduated from Flagler College.

20                 West Palm Beach No. 55.  West Palm

21    Beach, Florida.

22                 MR. GOLD:  Mike, Ron Gold on behalf of

23    Bloomingdale's.  Can we get clarification what the

24    current bid is for the sum of the parts?

25                 MR. MATLAT:  See this guy Todd, right

Page 200

1    here?  Went to Vanderbilt.  He could do that

2    according --

3                    MR. GOLD:  Do I know what the

4    current --

5                    MR. MATLAT:  The tally of the high

6    individuals.

7                    MS. ROGLEN:  1,065,000.

8                    MR. GLOVER:  Well done.

9                    MR. MATLAT:  What is it?

10                   MR. GOLD:  1,065,000?

11                   MS. ROGLEN:  1,065,000.

12                   MR. LEHANE:  Not what was bid today.

13                   MR. EYLER:  Including what was

14    previously bid.

15                   MR. MATLAT:  Yeah, I don't think it's

16    going to be much different because the --

17                   MR. LEHANE:  You're just talking about

18    the delta above the 272 --

19                   MR. GOLD:  But there was qualified bids

20    for each one coming in.  So if you add up the

21    qualified bids plus what's bid today?  What is that

22    amount?

23                   MR. LEHANE:  Yeah.

24                   MR. EYLER:  Yeah.  Well it was 12

25    million.  So you need that delta to get to --

Page 201

1                    MR. LEHANE:  No --

2                    MR. SHUKER:  The other qualified bids.

3                    MR. LEHANE:  Individual bids.

4    Individuals.

5                    MR. SHUKER:  All qualified individual

6    bids.  Plus what was bid today?

7                    MR. ZAMMIELLO:  Yeah, some of the

8    parts.

9                    MR. SHUKER:  Oh, right, right.  All

10   right.  Keep going.  I'll get there.

11                   MR. MATLAT:  Yeah, we'll have it.

12   We'll have it.  So just to explain it to you and make

13   it clear.  The first group that we went through --

14                   MR. SHUKER:  Yeah.

15                   MR. MATLAT:  There were no bids on.

16                   MR. SHUKER:  Oh, there weren't?

17                   MR. MATLAT:  There were no bids.

18                   MR. SHUKER:  Okay.

19                   MR. LEHANE:  First 26.

20                   MR. MATLAT:  We just had a landlord

21   jump in and bid on Braintree.  But the first 26 that I

22   went through, there were no bids other than Burlington

23   on those.

24                   MR. LEHANE:  Excuse me, Mr. Matlat.

25   The landlord bid on Braintree?

Page 202

1                    MR. MATLAT:  149 --

2                    MR. HOLMES:  Wicked Pickle.

3                    MR. DAVIS:  I think there was --

4                    MR. HOLMES:  Wicked Pickle LLC.

5                    MR. MATLAT:  It wasn't the landlord.

6     Who was it?

7                    MR. HOLMES:  Wicked Pickle.

8                    MR. MATLAT:  Wicked Pickle.  Wicked

9     Pickle.

10                   MR. LEHANE:  And how much was that bid?

11                   MR. MATLAT:  106,451.

12                   MR. LEHANE:  For Braintree, 1.9?

13                   MR. MATLAT:  Yeah.

14                   All right.  No. 55, West Palm Beach,

15    Florida.  Did you want to bid on it?  And then, we're

16    going to circle back and we'll let you know what the

17    culmination of the I, individuals, were?

18                   MR. GOLD:  If we can get the

19    information first once we do it, you can pass this

20    location, please.

21                   MR. MATLAT:  Okay.  We'll come back to

22    55.

23                   MR. GOLD:  Thank you.

24                   MR. MATLAT:  1011, Aberdeen, North

25    Carolina.

Page 203

1                    UNKNOWN SPEAKER:  1011 for Aberdeen?

2                    MR. MATLAT:  1011.  Aberdeen, North

3      Carolina.

4                    MR. HELM:  I'd like to place a bid,

5      over here.

6                    MR. MATLAT:  Thank you.

7                    MR. HELM:  I'd like to package three

8      stores together.

9                    MR. MATLAT:  Okay.  Are they in this

10     package?

11                   MR. HELM:  Yes.  1011 Aberdeen.

12                   MR. MATLAT:  Yeah.

13                   MR. HELM:  544, Edmond, Oklahoma.  And

14     318, Midland, Texas.  I'd like to submit a bid of $1

15     million.

16                   MR. MATLAT:  544 -- was Edmond,

17     Oklahoma in this package?

18                   MR. HELM:  Yes.

19                   MR. MATLAT:  Well, we didn't get to it

20     yet though, right?

21                   MR. LEHANE:  We haven't gotten there.

22     Right.

23                   THE REPORTER:  What's your name?

24                   MR. HELM:  Robert Helm.

25                   THE REPORTER:  Thank you.

Page 204

1                    MR. MATLAT:  So I'm going to put them

2     as, I know it's a package, but I'm going to put them

3     down as three 333.33.  Because you're a little

4     package.

5                    MR. LEHANE:  What's the --

6                    MR. HELM:  318, Midland, Texas.

7                    MR. MATLAT:  Okay.  All right.  So

8     they're a package, but when we get to them, just

9     mention it.

10                   MR. HELM:  Sure.

11                   MR. MATLAT:  All right?

12                   All right.  1237 Morehead City?

13                   MR. FIELDS:  Mike, this is Michael

14    Fields for the landlord, ITAC 192, LLC.  Can you

15    please advise if this is a June or July closing?

16                   MR. MATLAT:  1237?

17                   MR. EYLER:  It's in July.

18                   MR. MATLAT:  It's in July.

19                   MR. FIELDS:  Okay.  Thank you.

20                   MR. MATLAT:  Do you wish to place a

21    bid?

22                   MR. FIELDS:  We do.  For the record, we

23    do also want to object to this package process for the

24    reasons already stated.  The landlord will bid

25    $600,000, and if not successful bid in this auction,

Page 205

1   we will -- we request that this lease be pulled from

2   the auction from the package.  And we're also willing

3   to pay, if we're not the successful bidder, pay

4   Burlington, $600,000.

5                    MR. MATLAT:  Okay.  1096.

6                    MR. LUBETKIN:  Mike, this is Jay

7   Lubetkin from Rabinowitz, Lubetkin & Tully on behalf

8   of the landlord, Mad River Development.  We want to

9   join in the objection to the procedures.  We think

10  it's obvious it's killed bidding.  We'd also like to

11  know before we confirm our bid, whether there were any

12  other qualified bidders on this location other than

13  the landlord, Burlington?

14                    MR. MATLAT:  It doesn't appear that

15  way.  It's you and Burlington.

16                    MR. LUBETKIN:  We are prepared to bid

17  $500,000.  Burlington eliminates the property from

18  their bulk bid, and as the prior landlord indicated,

19  we're also prepared to pay $500,000 to Burlington in

20  order to release the store.

21                    MR. MATLAT:  All right.  Can't have you

22  paying Burlington.  That's kind of collusion.  So --

23  but your position is noted, you're willing to pay

24  500,000 to somebody?

25                    MR. LUBETKIN:  Correct.

Page 206

1                    MR. MATLAT:  And that's a 500,000

2      gross; right, including the cure and stuff?

3                    MR. LUBETKIN:  Yes.

4                    MR. MATLAT:  Okay.

5                    MR. LUBETKIN:  We'll certainly waive

6      the cure in connection.

7                    MR. MATLAT:  That's 541.  Okay.

8                    MR. LUBETKIN:  Which one was that,

9      Mike?

10                   MR. MATLAT:  1096 Clifton, New Jersey.

11                   MR. LUBETKIN:  Thank you.

12                   MR. MATLAT:  All right, moving along.

13     3086.  And that's Knoxville, Tennessee.

14                   MR. BARNHART:  This is David Barnhart

15     representing the landlord, Centre at Deane Hill, GP.

16     I have a question for clarity.  You said the terms of

17     the Burlington bid were all or nothing.  So does that

18     mean we've had, I don't know, five or six people bid

19     individually?  Does that mean they're going to

20     withdraw their whole bid or do the total of what we

21     bid individually have to add up to $12 million?

22                   MR. MATLAT:  Yes.

23                   MR. BARNHART:  It has to add up to $12

24     million?

25                   MR. MATLAT:  Yeah, it's the sum of the

Page 207

1   parts versus the whole.  So the whole is $12 million,

2   and the sum of the parts is still being determined.

3                  MR. BARNHART:  Okay, so it would be a

4   total of the individual bids.  Now, also I would like

5   to say that we reserve our rights under the exclusive

6   and prohibited uses because Burlington violates some

7   of our leases.

8                  MR. MATLAT:  Okay.

9                  MR. BARNHART:  The exclusive -- so how

10  do you intend to treat that or how --

11                 MR. MATLAT:  You'll have your

12  opportunity to object going towards the July 18th sale

13  hearing, and every landlord here, unless they

14  consented to Burlington, reserves their rights under

15  the lease to object.  So --

16                 MR. BARNHART:  Okay.

17                 MR. MATLAT:  That's for the Judge to

18  decide, not me.

19                 MR. BARNHART:  Right.

20                 MR. MATLAT:  But what's your offer?

21  3086, what's your offer?  So I can add it to the --

22                 MR. BARNHART:  Well, I've offered a

23  $100,000, but I'll raise it to 300,000.

24                 MR. MATLAT:  Okay.  300 plus the cure,

25  or 300 including the cure?

Page 208

1                        MR. BARNHART:  What is the cure?  I

2       don't know that.  I have --

3                        MR. MATLAT:  16,347.

4                        MR. BARNHART:  Including the cure.

5       Plus the cure -- it's fine.

6                        MR. MATLAT:  What plus the cure?

7                        MR. BARNHART:  Yeah.

8                        MR. MATLAT:  Okay.

9                        MR. BARNHART:  And I want to object to

10      the process also.

11                       MR. MATLAT:  Okay.  Everybody's

12      entitled to.

13                       No. 318, Midland, Texas.  Do we have an

14      individual bid on Midland, Texas?

15                       MR. HELM:  Excuse me, that was part of

16      the package bid.

17                       MR. MATLAT:  Oh, that was, oh yeah.  I

18      just needed your clarification.  Remind me.  333.33.

19                       55 West Palm Beach.  We did not get a

20      bid from the landlord; correct?

21                       MS. ROGLEN:  No, the landlord didn't

22      bid.

23                       MR. MATLAT:  All right.  Now, 318; we

24      just covered it.

25                       1044, that's Plymouth, Mass.  Wicked

Page 209

1    Plymouth, Mass.  Do we have an individual bid there?

2                    MR. WEBB:  Who's -- I'm sorry.  Who's

3    the stalking horse bidder outside of Burlington?

4                    MR. MATLAT:  That's really it.  And

5    they're not a stalking horse, they're a package bid.

6                    MR. WEBB:  I'm sorry.  Package bid.

7                    MR. MATLAT:  Yeah, it's Burlington --

8                    MR. WEBB:  This is Jeff Webb with a

9    landlord.

10                   MR. MATLAT:  44 stores.

11                   And 1044, Plymouth, Mass.  If there's

12   an individual bid, we'd like to get your best offer

13   and see where we are.

14                   MR. EYLER:  It was Barnes.

15                   MR. MATLAT:  It was Barnes & Noble?

16                   MR. EYLER:  Yeah.

17                   MR. MATLAT:  Does Barnes wish to put

18   their best number on the table?

19                   MR. GARBUTT:  Andy Garbutt, Barnes &

20   Noble.  We're up for 100 grand.

21                   MR. MATLAT:  Okay.

22                   MR. WEBB:  What's the cure -- this is

23   Jeff Webb with the landlord, and I apologize.  What's

24   the cure amount on this?

25                   MR. MATLAT:  I don't have anything as a

Page 210

1    cure.  It's zero.

2                   MR. WEBB:  And are we still at 100 --

3    at $25,000 increments?

4                   MR. MATLAT:  Yes.  But it's kind of

5    like we're looking for your best offer.  Leave all

6    your cards on the table cause we're trying to beat the

7    package.  So every little bit.

8                   MR. WEBB:  Well, I mean I'm going to

9    object like the rest of us because I mean, no offense

10   to Barnes, but if, you know, if guys start bifurcating

11   this package at a future date, then I don't feel like

12   I've really had the opportunity to bid, if that makes

13   sense, like everybody else has been bidding for the

14   last five hours.

15                  MR. MATLAT:  Okay.  Okay, so you want

16   bid 125?

17                  MR. WEBB:  Well, no.

18                  MR. MATLAT:  Okay.

19                  MR. WEBB:  Cause again, you said that

20   the package has to be sold as whole, so --

21                  MR. MATLAT:  Okay, so you're not

22   bidding.

23                  MR. WEBB:  I'll just -- no, we'll just

24   object to the whole process.

25                  MR. MATLAT:  No. 1405, Holly Springs,

Page 211

1    North Carolina.

2                MR. LEHANE:  Mike, this is Bob LeHane,

3    Kelley, Drye & Warren, on behalf of the landlord, KRG

4    New Hills Place, LLC.  The landlord has the same

5    objections.  The failure to require Burlington to

6    allocate clearly makes it difficult for everybody, all

7    the individual landlords, to place a proper bid.

8                So don't want to belabor the point, but

9    agree with Mr. Chait and everybody else who has echoed

10   those.  And this bid is subject to the landlord not

11   having to litigate about adequate assurance of future

12   performance or whether or not that putting Burlington

13   Coat Factory in the premises would somehow violate

14   another lease in the shopping center.  The extent that

15   they have to do this, they're not going to put money

16   on the table and have to then pay to litigate against

17   it, but the landlord would bid $300,000 if this were

18   pulled from the Burlington package.

19               MR. MATLAT:  Still 1405, Holly Springs,

20   North Carolina.

21               All right, No. 544.  Edmond --

22               MR. POWERS:  Todd Powers of Michaels

23   Stores.

24               MR. MATLAT:  What was that?

25               MR. POWERS:  Todd Powers of the Michael

Page 212

1    Stores.  350,000.

2                    UNKNOWN SPEAKER:  This location's also

3    in the Ollie's small package bid.

4                    MR. MATLAT:  Well, Holly Springs, North

5    Carolina's not.  It's the next one.

6                    UNKNOWN SPEAKER:  And then the --

7                    MR. MATLAT:  Yeah, they -- he --

8                    UNKNOWN SPEAKER:  Got it.  Okay.

9                    MR. MATLAT:  Michaels bid on that.

10   Does the landlord wish to outbid Michaels?

11                   UNKNOWN SPEAKER:  For clarification,

12   Michael's just bid on Holly Springs, North Carolina

13   1405?

14                   MR. MATLAT:  Yes, they bid 350,000.

15                   MR. POWERS:  No.  Nope.  Sorry, Mike.

16   Todd Powers, Michaels Stores.  My bid was for

17   Edmond --

18                   MR. MATLAT:  Oh, okay.  Sorry about

19   that.  Thank you.

20                   MR. POWERS:  No worries.

21                   MR. MATLAT:  All right, so we got

22   Edmond, Oklahoma, which is store 544.

23                   Okay.  That's part of the Ollie's

24   package.  333, 333.  And Michaels wishes to bid 350?

25                   MR. POWERS:  Correct.

Page 213

1                    MR. MATLAT:  Okay.  Ollie's, what do

2       you want to do with that?  Do you want to bid up

3       higher?  You know, you got a three or nothing package,

4       but at the end of the day, because they've bid 350,

5       it's kind of helping blow up the package, if you will.

6       But you might have to retract and only take two stores

7       out of your three.

8                    MR. HELM:  We'll raise ours to 1.1

9       million.

10                   MR. MATLAT:  Jeff, and yours is kind of

11      all or nothing; right?

12                   MR. WEBB:  That's right.

13                   MR. POWERS:  Todd Powers of Michaels

14      Stores --

15                   MR. HELM:  We're staying at 1.1.

16                   MR. MATLAT:  Okay.

17                   Michaels, do you wish to increase your

18      offer?

19                   MR. POWERS:  No.  We'll stay at

20      $400,000.

21                   MR. MATLAT:  You're staying at -- I

22      think your offer was 350.  Did you go to four?

23                   MR. EYLER:  Michaels is four.

24                   MR. MATLAT:  Okay.  Michaels went to

25      four.

Page 214

1              MR. POWERS:  Yeah, I went to four.

2              MR. MATLAT:  Okay.

3              MR. POWERS:  Yes.

4              MR. MATLAT:  I mean, you're the high on

5      that one, but I could lose Ollie on the other two if I

6      take you, but we'll have it up.

7              MR. POWERS:  Understood.

8              MR. MATLAT:  1024, Rockwall, Texas.  Do

9      we have -- we have a couple qualified bidders on that.

10     Does anybody wish to put up their best offer

11     individually?

12             MS. SMILEY:  This is Rachel Smiley on

13     behalf of the Rockwell Crossing landlord.  We would

14     just reiterate the same objections about sort of

15     fitting into the vacuum that the others have

16     reiterated, but we are, we're standing firm.  We're

17     not putting an additional bid at this time.

18             MR. MATLAT:  Okay.  So what was the

19     high bid on?

20             MS. MENDOLERA:  Katie Mendolera,

21     Havertys.

22             MR. MATLAT:  Oh, Havertys.  Yeah.  What

23     do you got?

24             MS. MENDOLERA:  I'd like to -- so we

25     previously were the highest bidder on Panama City at

Page 215

1    300.  I'd like to do a package with Panama City and

2    Rockwall at 600, plus cures.

3              MR. MATLAT:  So, Panama City was 1367.

4              MS. MENDOLERA:  Yeah.

5              MR. MATLAT:  Cure wasn't very much

6    there, but it has to be a little bit helps out.

7    Right?  3,531.  All right.  And Rockwall is 1024,

8    30,785.  So, that's going to be 330,785.

9              Okay.  Any other bids on Rockwall,

10   Texas?

11             All Right.  1014, Atlanta, Georgia.

12             MR. POWERS:  Powers of Michael Stores;

13   500,000.

14             MR. MATLAT:  Any other bids on Atlanta,

15   Georgia, 1014.

16             1333, and that's Rapid City, South

17   Dakota.  Any bids on Rapid City, South Dakota to

18   compete against the package?

19             MR. YOUNG:  Yes.  This is Sam Young

20   with Vitamin Cottage Natural Food Markets.  We will

21   bid 300,000.

22             MR. MATLAT:  Anybody else?

23             MR. GOLD:  Mike, if you want to go back

24   to store 55 Bloomingdales, prepare to submit a bid.

25             MR. MATLAT:  West Palm Beach?

Page 216

1          MR. GOLD:  Yes.  Subject to the terms

2     of our assumption and assignment agreement,

3     Bloomingdale's will bid $750,000.

4          MR. SHUKER:  Mike, this is Scott Shuker

5     on behalf of Marco.  Can I have one second to give a

6     comment?

7          MR. MATLAT:  Yeah.

8          MR. SHUKER:  Before we break.  Since

9     all we are is a bidder, at least in Orlando, a

10    disputed bidder doesn't really have standing, but I am

11    throwing this out there for the landlords who have

12    voiced objections.

13         My client just called me and told me

14    that when he first approached for this location, he

15    was told that the lease with Burlington was already

16    signed.  And so, I do find it surprising that 26 other

17    locations had no bids.  And so I would ask the

18    committee or the debtor to make sure there was no

19    pre-bid dealings between Burlington and the 26

20    landlords for which there was no bid.

21         And as I said, my client was told he

22    could not bid because the lease was already signed.

23    Fortunately, he went to a bankruptcy attorney who told

24    him that's not the case.  So we would like that

25    investigated.  Thanks.  I know you're not the Court, I

Page 217

1    just, since we're on the record.  Thank you.

2                    MR. MATLAT:  Okay.

3                    All right.  We're going to take a

4    break.  We just ran through the package.  You got the

5    individual bids, you have your tally.  We're going to

6    go do our tally, and we'll come back out and let you

7    know where the individual bids stand versus the

8    package.

9                    MS. ROGLEN:  I have a question before

10   we break.  Are you also going to give us the breakdown

11   that Ron has requested of the bids that were

12   previously received plus the over bids that you got

13   today?

14                   MR. MATLAT:  Yeah, we're going to

15   calculate them.  And --

16                   MR. EYLER:  Remember the first 26,

17   there was nothing.

18                   MS. ROGLEN:  Right.  I understand.

19                   MR. MATLAT:  Yeah.  Well, there was

20   actually one.  Braintree.

21                   MR. EYLER:  There was nothing before.

22                   MR. MATLAT:  Well, yeah.

23                   On 1014, Atlanta, 500,000; who was the

24   bidder on that?  The landlord?

25                   MR. EYLER:  Yeah, it was Michaels

Page 218

1    Stores.

2                    MR. MATLAT:  That's right.

3                    All right, we'll be back.

4                    MR. HOLMES:  Mike, question when will

5    we hear if Burlington is willing to release the stores

6    from the package?

7                    MR. MATLAT:  It's probably not going to

8    be today.

9                    MR. HOLMES:  Okay.

10                    MR. MATLAT:  That's a good question.

11    But you know, hopeful I can come back with an answer.

12                    MR. HOLMES:  Okay.  Thank you.

13                    (Off the record.)

14                    MR. MATLAT:  Okay.  We went in the back

15    and we compared the total of the individual bids as

16    increased, and the ones that we currently had that

17    were not Burlington being the high bid, and we end up

18    with the $12 million package, but the 44 stores for

19    Burlington versus the sum of the parts, which equated

20    to $7 million.  So, you know, it's our position that

21    there's no need to go store by store again.  If

22    somebody wishes to increase their offer to help

23    contribute to a $5 million delta, then be my guest.

24    And if not, you know, we'll announce Burlington as the

25    high bidder, the successful bidder, for their package

Page 219

1    at 44.  And everybody who stated on the record that

2    they want to reserve their rights to object and what

3    have you, then, you know, you're free to do that.

4                    So does anybody wish to increase their

5    offer to help make up $5 million?

6                    MR. GOLD:  Mike, not an increase, but a

7    clarification question with the Buy Buy Baby auction

8    on Wednesday, if any of the Burlington -- will we know

9    Wednesday, whether any of the Burlington locations

10   have been taken in that auction and whether they are

11   amending their or withdrawing their bid because they

12   lost those locations?

13                   MR. MATLAT:  Yeah, I don't --

14   Burlington's bid is not going to go away as a result

15   of the handful of Buy Buy Baby locations that may go

16   as a going concern.  And if there are -- is a going

17   concern sale with the Buy Buy Babys, it will be a

18   public record, so everybody would be aware of them --

19   but you'll know.

20                   I don't know if that answered your

21   question.  How many Buy Buy Babys are in the

22   Burlington package?

23                   MR. EYLER:  I don't know off the top of

24   my head.  Not many.

25                   MR. MATLAT:  And Emilio -- or

Page 220

1    Burlington on the phone --

2                     How many?

3                     UNKNOWN SPEAKER:  Four.

4                     MR. MATLAT:  There are four Buy Buy

5    Babys in the Burlington package, and -- I mean

6    Burlington's on the phone.

7                     Burlington, you know, you can --

8                     MR. CIOCCO:  Scott Ciocco from

9    Burlington.  We have four in the package.

10                     MR. MATLAT:  Yeah.  And is your package

11    going to crumble if the going concern sale happens in

12    those four babies are sold to the going concern

13    buyers?

14                     MR. CIOCCO:  No.

15                     MR. MATLAT:  No.  Okay.

16                     MR. GOLD:  But clarification would

17    their bid be reduced, and if the bid is reduced, will

18    you reopen the auction?  Because the delta may be

19    smaller.

20                     MR. MATLAT:  Okay.

21                     Burlington, will your bid be reduced by

22    the four Buy Buy Babys locations?

23                     If it is reduced, we'll announce --

24                     MR. CIOCCO:  Well, I mean I think we

25    don't know what's going to happen.  We'd wait and see

Page 221

1    what happens with the Buy Buy Baby.

2                    MR. GOLD:  Well, I'd like the debtor's

3    position.  If the debtor's position, if their bid is

4    reduced because they lose locations, will the debtor

5    be reopening the auction?

6                    MR. MATLAT:  If it comes close, if they

7    reduce it by $5 million or somewhere close to that,

8    then I think it would be worth reopening for bidding.

9    It would have to be close.  If they reduce it by

10   $1 million, and now it's a $4 million delta, I still

11   don't think it's going to be close.  If the debtor in

12   consultation with the consultation parties, sees it

13   worthwhile to reopen the bidding again based on the

14   reduction in price of the four Buy Buy Baby locations

15   that may be removed, then, you know, then they may

16   reopen it.  But I can't speak to that now cause we

17   don't know what's going to happen on Wednesday.

18                    MR. HOLMES:  Is Burlington considering

19   dropping any of the leases from there, based on the

20   bids received today, or are they still firm in the 44

21   for 12 million?

22                    MR. MATLAT:  The answer -- and

23   Burlington confirmed it -- the answer was, "no."  They

24   are very happy with the 44 locations that they bid

25   $12 million for, and are looking forward to pursuing

Page 222

1    an assignment of each and every one of them.

2                    Would that be accurate, Mr. Shanahan?

3                    MR. CIOCCO:  Scott Ciocco from

4    Burlington.  That is accurate.

5                    MR. MATLAT:  Okay.  Thank you, Scott.

6                    MS. MENDOLERA :  Mike, Katie Mendolera

7    from Havertys.  If something does happen to the

8    package, are you recording the backup bids that we

9    just put in, and we are the backup bidder on record?

10                   MR. MATLAT:  Yes -- yes, we have them.

11                   Mr. LeHane, is there anything we have

12   to go back and clarify with you?  Or we'll -- later

13   because we didn't close at the auction with respect to

14   anything that we had to get back to?

15                   MR. LEHANE:  I don't believe so.

16                   MR. MATLAT:  Avondale, you were going

17   to get back to me.  You going to bid 5 million on

18   Avondale?  Cause that'll bring us to even.

19                   MR. LEHANE:  No.

20                   MR. MATLAT:  You don't have the

21   authority to do so.  Okay.

22                   All right, so I'm just -- I'll run

23   through the Burlington package, and then I will

24   announce the high, the backup bidder.  All right.

25                   The first 26 on Burlington had no

Page 223

1    competitive bids, so, there's no backup bidder on

2    them, but I'm just going to run through them.

3                    MR. MATLAT:  We're going to run through

4    the Burlington bids where there are no competitive

5    offers, so there's no backup bidder on them.  1177,

6    Washington, D.C.?  No backup bidder.  384, Hollywood,

7    California, no backup bidder.  1094, Atlanta, Georgia.

8    No backup bidder.  1265, Warner Robins, Georgia, no

9    backup Bidder.  585, College Station, Texas, no backup

10   bidder.  557, Denton, Texas, no backup bidder.  149,

11   Braintree, Mass, 106,451 from Wicked Pickle.

12                    No. 525, Pensacola, Florida, no backup.

13   454, Fort Lauderdale, Florida, no backup.  3036,

14   Colony, New York.  No backup.  507, Oceanside, New

15   York.  No backup.  577, Guaynabo, Puerto Rico, no

16   backup.  1314, Riverhead, New York.  No backup.  3108,

17   Dale City, California.  No backup.  1309, Hamilton,

18   New Jersey.  No backup.  777 Washington City, Utah.

19   No backup.  192, Midlothian, Virginia.  No backup.

20   1365, Longview, Texas.  No backup.  126, Stafford,

21   Texas.  No backup.  1002, San Antonio, Texas.  No

22   backup.  769, Waco, Texas.  No backup.  589,

23   D'Iberville Mississippi.  No backup.  542 Nashua, New

24   Hampshire.  No backup.  1175, Anchorage, Alaska.  No

25   backup.  1409, Tuscaloosa, Alabama.  No backup.

Page 224

1                   Okay.  No. 591, Avondale.  There's no

2      backup.  No. 1110 Coral Gables, Florida.

3                   Is there a backup on Coral Gables?

4                   MR. EYLER:  No.

5                   MR. MATLAT:  3025 Miami, Florida,

6      $400,000 from Marcos.  Marcos.  No. 1143.  1143?  We

7      started 591.

8                   We're going to backtrack because there

9      was a bid on 591; back up there.  It just wasn't

10     stated on the --

11                  MR. EYLER:  It's the landlord.

12                  MR. MATLAT:  Yeah.  591 Avondale,

13     Arizona.  The backup is the landlord's

14                  MR. EYLER:  Site 79,565.

15                  MR. MATLAT:  79,565.  That was the

16     landlord's.

17                  MR. EYLER:  That's a cure --

18                  MR. MATLAT:  Waiver -- qualifying bid.

19                  MR. EYLER:  Correct.

20                  MR. MATLAT:  1110 Coral Gables,

21     Florida.

22                  MR. EYLER:  We have landlord Hart

23     Miracle.

24                  MR. MATLAT:  Landlord Hart Miracle.

25                  MR. EYLER:  82,955.

Page 225

1                     MR. MATLAT:  Is the backup at 82955.

2                     MR. FOLDS:  Hi, this is David Folds.  I

3       represent Hart Miracle Marketplace.  Are you declaring

4       that's a backup bid with our credit bid of that

5       property?

6                     MR. MATLAT:  Yes.

7                     MR. FOLDS:  Okay.  I just want to make

8       sure that's what it was.

9                     MR. MATLAT:  Yeah.

10                    MR. FOLDS:  But that's all we did is

11      credit bid of the cure amount okay.

12                    MR. MATLAT:  Correct.  We're just

13      running through to put them on the record.  No. 3025,

14      Miami, Florida.  That was $400,000 from Marcos.  No.

15      1143, Orlando, Florida.

16                    MR. EYLER:  That is, sorry, that's

17      landlord, ARC.

18                    MR. MATLAT:  That's Ark landlord.  And

19      it was a credit bid.

20                    MR. EYLER:  Yes.  135,430.

21                    MR. MATLAT:  135.430.

22                    1367, Panama City, Florida.  Backup is

23      Havertys, 305,281.

24                    No. 1268.  The backup is Sarasota,

25      Florida.  550,000.  And that was Havertys?

1                    MR. EYLER:  No.  Landlord.

2                    MR. MATLAT:  That was the landlord.

3     550,000.  The backup for No. 556, St. Augustine,

4     Florida.

5                    MR. EYLER:  That's the landlord.  Six,

6     Augustine.

7                    MR. MATLAT:  314,683.  That was the

8     landlord.

9                    No. 55, West Palm Beach, Florida.  That

10    was 750,000 from --

11                   MR. EYLER:  Macy's.

12                   MR. MATLAT:  From Macy's.

13                   MR. GOLD:  Bloomingdale's.

14                   MR. MATLAT:  Bloomingdale's, sorry.

15                   No. 1011, Aberdeen, North Carolina.

16                   MR. EYLER:  Backup is Ollie's.

17                   MR. MATLAT:  The backup is Ollie's.

18    That was a three-store package.  366,667 was the

19    allocation.

20                   No. 1237.  Morehead City, North

21    Carolina.

22                   MR. EYLER:  Landlord.

23                   MR. MATLAT:  We had the landlord at

24    600,000 as the backup.

25                   1096 Clifton, New Jersey.

Page 227

1                      MR. EYLER:  Landlord.  370.

2                      MR. MATLAT:  we had the landlord of

3      541,869.

4                      3086, Knoxville, Tennessee.  We had a

5      bid of 316,347,

6                      MR. EYLER:  Landlord.

7                      MR. MATLAT:  Which I believe is the

8      landlord as the backup.

9                      MR. EYLER:  Yeah.

10                      MR. MATLAT:  No. 318, Midland, Texas.

11     That was part of the Ollie's package.  366,667.

12                      1044, Plymouth Mass.  The backup bidder

13     is Barnes & Noble at 100,000.

14                      No. 1405.  Holly Springs, North

15     Carolina is the landlord at 300,000.

16                      No. 544.  Edmond, Oklahoma, part of the

17     Ollie's package.  366,667.  No. 1024.

18                      MR. EYLER:  I think that was Michaels,

19     actually.

20                      MR. POWERS:  Michaels, yes.  Todd

21     Powers of Michaels.  We bid 400,000.

22                      MR. MATLAT:  Yeah, you bid 400, but

23     Ollie's did a package of three, so they're the backup.

24                      No. 1024, Rockwall, Texas.  330,785.

25     That's Havertys.

Page 228

1              No. 1014, Atlanta, Georgia, 500,000.

2     That's Michael's.

3              1333, Rapid City, South Dakota.  It was

4     300,000 from Natural Food Markets as the backups.

5              MR. EYLER:  That's it.

6              MR. MATLAT:  That concludes today's

7     auction.  I want to thank everybody for their

8     participation hanging around.  I think we started

9     pretty close to 10:00 and we're at 5:00 o'clock.

10             MR. POWERS:  Mike, can I clarify?  This

11    is Todd Powers of Michaels.

12             MR. MATLAT:  Yeah.

13             MR. POWERS:  One item.  Back to the

14    status of 3118, Chula Vista.

15             MR. MATLAT:  Yeah, we did not --

16             MR. POWERS:  Did that close or --

17             MR. MATLAT:  We did not close the

18    auction with respect to that property.  We have

19    members, the consultation parties, the UCC, so I think

20    Michaels is going to get a phone call about what

21    transpired there and clarification on it.

22             It is a July closure, so we're not

23    closing the auction and announcing you as a successful

24    bidder there, unless you're willing to agree to the

25    price that you've bid up to, or else there's going to

Page 229

1  be a conversation to take place with respect to that

2  property because of what happened.

3                    MR. POWERS:  Thank you.

4                    MR. MATLAT:  Yeah.

5                    MR. POWERS:  Thank you.

6                    MR. MATLAT:  Okay.  No further bids.

7                    Thank you very much for your time

8  today.  Auction is now closed.

9                    (Whereupon, the meeting concluded at

10                    5:00 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 230

1           CERTIFICATE OF DEPOSITION OFFICER

2                I, CHANYRI FIGUEROA, the officer before whom

3      the foregoing proceedings were taken, do hereby

4      certify that any witness(es) in the foregoing

5      proceedings, prior to testifying, were duly sworn;

6      that the proceedings were recorded by me and

7      thereafter reduced to typewriting by a qualified

8      transcriptionist; that said digital audio recording of

9      said proceedings are a true and accurate record to the

10     best of my knowledge, skills, and ability; that I am

11     neither counsel for, related to, nor employed by any

12     of the parties to the action in which this was taken;

13     and, further, that I am not a relative or employee of

14     any counsel or attorney employed by the parties

15     hereto, nor financially or otherwise interested in the

16     outcome of this action.

17

18

19                            CHANYRI FIGUEROA

20                     Notary Public in and for the

21                            State of New York

22

23

24

25

Page 231

1    CERTIFICATE OF TRANSCRIBER

2            I, MOLLY MCCOLM, do hereby certify that this

3    transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14

15                                         MOLLY MCCOLM

16

17

18

19

20

21

22

23

24

25

**[& - 1024]** Page 1

| & | 1,065,000 200:7 | 113:23,24 | 139:6,18 |
|---|---|---|---|
| **&** 1:13 2:6,7,8 | 200:10,11 | 114:1,3,12 | 146:22,24 |
| 2:9 3:9,22 4:19 | **1,075,000** 154:2 | 134:15,17 | 147:5 148:5,9 |
| 5:4,12 6:4 7:3 | **1,150,000** 154:8 | 154:25 155:11 | 148:21 149:10 |
| 7:16 33:8 37:7 | **1,200,000** | 159:6 167:3 | 150:15,18 |
| 38:22 40:19 | 154:12 | 172:5 209:20 | 155:13,17 |
| 77:24 95:7,15 | **1,510** 131:10,14 | 210:2 | 157:18,21 |
| 95:22 96:8 | **1,770** 74:24 | **100,000** 18:23 | 158:2 159:12 |
| 97:5 130:9 | **1,921** 98:4 99:6 | 18:24 19:16 | 174:14 177:13 |
| 140:3 141:11 | **1.1** 154:4 213:8 | 20:20 22:20,20 | 178:25 194:11 |
| 141:13,18,20 | **1.1.** 213:15 | 22:21 23:13 | 194:14 207:23 |
| 142:2 143:3 | **1.125.** 154:6 | 24:3,22,25 | 227:13 |
| 144:7,8 146:19 | **1.175** 154:18 | 26:7,25 27:1,4 | **100,035** 148:25 |
| 146:21 147:4,7 | **1.175.** 154:10 | 27:9 28:9 | 149:2,6 |
| 150:20 155:22 | **1.2** 154:16 | 32:18 33:20 | **100,074** 78:16 |
| 156:8,17 | **1.9** 202:12 | 39:7 42:25 | **100,233** 130:5 |
| 164:19 165:15 | **1/30** 138:19 | 43:13 45:22 | **100,342** 105:24 |
| 177:10,20 | **1/31** 138:19 | 46:22 51:14 | 106:2 |
| 178:18 179:13 | **10,000** 70:18 | 53:1,25 54:15 | **1002** 180:19 |
| 205:7 209:15 | 71:3,12 87:3 | 55:14 56:19 | 193:7 223:21 |
| 209:19 211:3 | 87:17 93:18 | 59:5,9 60:5 | **10022** 1:15 |
| 227:13 | 97:13 98:1 | 62:2 65:14 | **100k** 59:24 |
| **0** | 108:5 116:1 | 67:16 68:5 | 92:9,10 177:11 |
| **032** 160:17 | **10,416** 40:2 | 74:20,25 80:5 | **101,510** 131:16 |
| **1** | **10,500,000** | 81:25 83:13 | **1011** 181:6 |
| **1** 8:7,11 153:14 | 16:16 17:7 | 84:22 85:3,6 | 202:24 203:1,2 |
| 203:14 221:10 | **100** 44:17 | 89:3,20 91:8 | 203:11 226:15 |
| **1,000** 77:18 | 49:13,16 50:2 | 91:24 93:21 | **1014** 181:12 |
| **1,000,025** | 74:13,17 79:4 | 94:9 99:6,18 | 215:11,15 |
| 153:18 | 81:13,19 83:17 | 99:23 100:16 | 217:23 228:1 |
| **1,025,000** | 90:12,19 93:19 | 104:2,3,7,21 | **102,703** 95:13 |
| 153:16,19 | 102:21,22 | 109:14,25 | 95:16 |
| **1,050,000** | 106:20,22,22 | 114:13 115:14 | **1024** 181:11 |
| 153:25 | 108:15,15,16 | 124:12 126:17 | 214:8 215:7 |
| | 108:18,19 | 126:23 131:13 | 227:17,24 |

**[1028 - 133,732]**                                                    Page 2

**1028**  97:7
**1035**  68:14
**104,290**  147:23
**104,325**  149:18
**1044**  60:11
 173:11,14
 181:9 183:25
 208:25 209:11
 227:12
**1050**  94:6
**106,451**  194:14
 202:11 223:11
**1094**  180:9
 191:14 223:7
**1096**  66:18
 181:7 205:5
 206:10 226:25
**10:00**  228:9
**10:11**  1:9
**10th**  81:4
**11**  7:4,7 122:6
 196:5
**11,921**  97:12,12
**1106**  93:24
**1107**  93:8 94:3
 94:11
**111**  51:15
 63:15
**1110**  145:10
 181:1 195:11
 224:2,20
**1119**  38:13,14
**112**  54:5
**112,420**  123:22

**1127**  54:8
**113,684**  174:16
**113,686**  174:15
 174:18
**113,742**  92:20
 93:5
**1133**  51:25
 63:7
**114**  140:8
**1142**  106:10
**1143**  181:2
 196:13,16
 224:6,6 225:15
**116,143**  81:21
**1161**  91:1,2
**1175**  180:22
 193:16 223:24
**1177**  180:8
 190:21 191:13
 223:5
**119,137**  96:5,9
**11:30**  61:3,4
**11:45**  60:25
**12**  29:20,21
 190:3,6,15,19
 200:24 206:21
 206:23 207:1
 218:18 221:21
 221:25
**12,420**  123:20
 123:20 124:11
 125:8
**120,000**  140:6
**120,114**  139:25
 141:1

**1227**  71:19
 144:16 145:19
 146:6
**123**  68:17
**1237**  181:6
 204:12,16
 226:20
**125**  106:21
 127:1,9 132:3
 132:6 135:2,5
 145:4 150:18
 151:5,7 156:10
 174:21 210:16
**125,000**  115:21
 126:24 144:24
 155:19 156:25
 158:7 159:9,14
**1258**  40:16,16
**126**  180:19
 193:5 223:20
**126,190**  91:24
**126,510**  132:4
**1260**  76:12
 147:16,16
 149:17
**1265**  180:9
 191:18 223:8
**1268**  181:4
 183:7 197:13
 198:16 199:9
 225:24
**127**  112:2,12
**128**  34:19 51:2
 51:7

**128,314**  90:10
**129,015**  142:1
 143:3 144:4,7
**1291**  30:14
**13,686**  22:17
 171:5,22
**13,742**  92:20
**130,487**  58:4
**1304**  115:2
 118:14 123:13
**1305**  25:23
**1309**  180:16
 192:22 223:17
**1312**  58:19
**1313**  78:11,24
 78:25
**1314**  180:15
 192:15 223:16
**132,327**  96:21
 97:5
**132,771**  109:24
**132,771.26**
 109:14
**132,771.26.**
 110:10
**1321**  32:23
 64:23
**1327**  56:25
 57:1 63:21
**133**  181:12
**133,000**  23:16
 23:17,20
**133,423**  23:8
**133,732**  39:1

**[1333 - 2022]** Page 3

**1333** 181:14,17 215:16 228:3

**1338** 150:13,14 151:5 154:15

**134** 30:15 163:13

**135,000** 168:5

**135,430** 225:20

**135,649** 57:15

**135.430.** 225:21

**136,000** 185:14

**1365** 180:18 193:3 223:20

**1367** 181:3 196:18 215:3 225:22

**138** 109:12

**138,781** 99:18 99:25

**139** 24:13

**139,604** 102:1 103:1

**14** 29:17,18

**14,742** 148:18 149:13

**1403** 131:8 133:16 134:6 134:10

**1405** 31:5 163:10 181:10 194:25 210:25 211:19 212:13 227:14

**1409** 180:23 193:18 223:25

**148** 18:20 19:3 19:4

**149** 169:3 173:11,15,16 173:20,20,21 180:11 191:25 194:7,12 202:1 223:10

**15** 60:24 61:1,2 119:7 170:15 170:17

**15,000** 120:3 138:18

**15,383** 73:18,19

**15,493** 54:14 55:13

**150** 116:4 127:7,10 132:9 134:19 135:3,4 135:6,7 141:2 141:3 156:11 174:24 175:1

**150,000** 127:4 151:12

**151,174** 83:7 89:5

**16** 81:19

**16,000** 12:9 81:20

**16,143** 81:12

**16,347** 208:3

**161** 177:11

**161,480** 146:14 146:25 147:8 177:20 179:14

**1660** 137:25 138:17

**17,408** 79:20 80:4

**17,827** 34:20 35:12

**175** 127:11,12 132:11 135:10 141:4,18 151:15 175:2,7 175:7,8

**175,000** 116:8 141:12,21

**178** 101:19,20 102:25 103:14

**178,314** 90:24

**178,377** 112:4

**18** 15:25 138:18

**180,000** 145:5,6 145:19 146:6

**186,040** 179:12

**186,488** 178:15

**189** 21:19 111:7 170:24 171:2 172:5 176:6,11

**18th** 81:2 207:12

**19,137** 96:4

**19,618** 38:15

**192** 6:3 180:17 193:1 204:14 223:19

**194** 4:21 79:9 79:19

**197** 33:6,16

**1st** 75:23

**2**

**2** 3:17 25:13 36:19 37:20,24 40:15 41:1,3 56:6 61:18 62:22,23 63:10 63:17,25 64:6 64:18 65:1 69:12 70:5 160:1,12,20 161:2

**2,500** 40:7

**2,703** 95:4

**2,714** 52:9

**2,793** 149:12

**20** 30:2,17 31:18,20,22 121:16

**20,056** 32:24

**20,114** 139:24

**20,636** 52:22

**200** 116:13 127:18 135:11 141:5 175:10

**200,000** 27:12 27:15,22 127:24 132:13 141:11,20

**2013** 167:14

**2022** 167:14 185:12 186:3

**[2023 - 301]**

Page 4

| | | | **3** |
|---|---|---|---|
| **2023**  1:8 8:1 11:25 15:25 167:15 185:13 186:4 | **25,000**  26:5 49:2,5,6,19 51:4 87:4,17 89:23 91:3,10 95:3 103:22,23 106:11,19 114:18 120:18 126:22 131:25 157:11,12 171:5,22 174:24 187:2 210:3 | **260**  30:9 161:12 | **3**  31:19,21 32:4 111:13 |

**2023**  1:8 8:1
11:25 15:25
167:15 185:13
186:4
**2024**  185:14
**21,000**  148:16
149:12
**213**  36:8
**22**  8:1
**22,408**  79:10,23
80:18
**22,793**  148:17
**225**  132:15
135:13 175:11
**225,000**  116:17
**228**  99:10
109:5,8 111:3
**22nd**  195:14
**23,568**  32:17
**23-13359**  1:3
7:11
**233**  130:4
167:9,10
168:19
**235**  167:16
**236**  30:6
163:19
**237**  58:3,9
**24**  119:4
**24,278**  118:16
118:23
**24,408**  80:9
**25**  116:2,10
128:3 151:20

**25,000**  26:5
49:2,5,6,19
51:4 87:4,17
89:23 91:3,10
95:3 103:22,23
106:11,19
114:18 120:18
126:22 131:25
157:11,12
171:5,22
174:24 187:2
210:3
**25,074**  78:15
**250**  116:19
120:9,12,15
128:1 135:14
175:12
**250,000**  132:17
151:18
**255**  37:1
**25639**  230:18
**25728**  231:14
**26**  1:8 67:13
201:19,21
216:16,19
217:16 222:25
**26,190**  91:23
**26,210**  34:9
**26,248**  36:21
**26,427**  37:12
**26,510**  131:9
**26,792**  67:13,20
**26,792.09.**
85:15

**260**  30:9
161:12
**261**  26:13
**266**  3:24 44:11
**268**  12:10
**27**  122:24
123:18 129:17
**270,000**  168:18
**272**  200:18
**272,000**  198:13
**274,278**  118:15
118:21
**275**  118:19
120:19,23
128:4 132:19
135:16 151:22
170:8 175:13
175:15 185:7
185:17
**275,000**  116:23
121:9 128:10
168:16 185:5
**278,377**  112:3
112:13
**289**  44:22
**28th**  8:23
**29,015**  141:24
144:3
**294**  73:23 74:3
149:22 150:3,5
**2:00**  143:14
**2:30**  16:1

**3**  31:19,21 32:4
111:13
**3,000**  36:12
**3,390**  150:16
**3,531**  215:7
**3,567**  18:22
**30**  15:11 50:17
60:24 143:11
143:13
**30,000**  145:1
**30,785**  215:8
**300**  121:9,14,17
132:21 135:17
175:18 197:11
207:24,25
215:1
**300,000**  117:2
121:20,24
128:12,14
199:14 207:23
211:17 215:21
227:15 228:4
**30076**  105:7
**301**  130:2
166:3,7,11
168:10 169:11
169:20,25
170:14 176:3
176:17,21
184:15,18,22
184:25 185:2
185:18 189:2
189:12,18,23

**[3025 - 385]**

| | | | |
|---|---|---|---|
| **3025** 181:2 196:1,11 224:5 225:13 | **3076** 104:20 | **3137** 107:10 | **341** 30:16 162:16 |
| **3028** 42:3 43:4 43:4 59:20 60:3 | **3081** 45:5,15 51:12 | **314,683** 199:17 226:7 | **342** 105:24 |
| **3031** 20:9,12 23:2 46:18 61:25 | **3086** 181:8 206:13 207:21 227:4 | **316,347** 227:5 | **349** 30:10 165:14 |
| **3032** 30:10 165:21 | **3094** 30:8 164:1,10 | **318** 181:8 203:14 204:6 208:13,23 227:10 | **35,279** 55:21 |
| **3034** 27:11,17 27:21 | **3095** 32:11 86:15 | **319** 4:5 53:19 | **350** 117:11 122:12,13,16 122:19 129:4,6 132:25 175:20 212:24 213:4 213:22 |
| **3036** 180:13 192:6 223:13 | **3097** 95:2,2,20 | **32** 38:25 160:23 | |
| **3037** 77:16 78:9 | **30th** 171:16 | **32,327** 96:20 | |
| **3039** 69:17 70:16 | **3104** 39:18 40:1 43:21 | **325** 117:7 121:25 122:1,2 122:14 128:21 128:22 129:2 132:23 135:19 175:19 | **350,000** 129:22 151:25 176:7 212:1,14 |
| **3043** 27:24 161:21,24 | **3106** 29:24 30:16 162:22 | | **366,667** 226:18 227:11,17 |
| **3049** 105:17,19 106:8 | **3108** 180:16 192:19 223:16 | **325,000** 176:10 | **37,904** 28:17 |
| **305** 73:6 | **3110** 30:11 162:4 | **326** 39:10,17,25 43:21 | **370** 227:1 |
| **305,281** 225:23 | **3112** 154:21,23 156:24 | **33** 165:14 | **375** 122:20,21 133:2 152:5 168:25 169:16 186:9 |
| **3051** 30:7 165:8 | **3116** 82:13,14 88:25 89:3 94:16,22 | **330,785** 215:8 227:24 | |
| **3052** 30:15 164:8,14 | **3118** 134:11 138:11,17 139:6 228:14 | **333** 212:24,24 | **375,000** 117:15 129:10,19 168:20 169:24 186:2 |
| **3055** 91:17,18 | **3128** 52:14 | **333.33.** 204:3 208:18 | |
| **3058** 137:15 139:22 140:19 141:9 | **3131** 31:13 141:23 143:2 144:1,4,9,12 164:21 | **337** 56:9,11 65:13,19,20,23 | **38,686** 171:14 171:21 |
| | | **339** 67:4 85:11 88:9 | **38,742** 92:19 |
| | | | **38,781** 99:24 |
| **3074** 35:16 64:16 | **3134** 73:17,18 | **33rd** 195:14 | **384** 180:8 191:8,14 223:6 |
| | | **34,525** 40:18 | **385** 113:13 118:6,9 |
| | | **340** 120:15 | |

**[39,000 - 55]**                                        Page 6

**39,000**   119:2
**39,604**   101:25
   103:21
**391**   30:23

**4**

**4**   221:10
**4,290**   147:22
**4,728**   41:9
**4,734**   24:19
**40,478**   45:1
**400**   90:5,9,23
   117:19 122:22
   133:4 135:20
   136:3 227:22
**400,000**   117:17
   117:21 186:21
   196:7,12
   213:20 224:6
   225:14 227:21
**404**   70:13,14,20
   70:22
**405**   21:3
**41,264.65.**
   85:17,18
**422**   1:4 8:2
**425**   123:1,2
   133:6 136:4
**425,000**   117:24
   118:11 123:15
**4290**   149:7
**432**   4:7 55:18
   55:18
**433**   96:13 97:3
**437**   57:7
   160:10

**44**   169:5
   170:21 173:17
   179:21 180:4,5
   182:13 184:24
   190:3,13,19
   209:10 218:18
   219:1 221:20
   221:24
**44,137**   96:4
**4400**   12:8
**45,000**   43:10
   155:3,5
**45,097**   43:9
**45,114**   139:23
**450**   123:5,6
   133:8 186:25
**450,000**   118:1
   118:10 123:14
   152:7
**454**   180:12
   192:4 223:13
**456**   8:5
**46**   27:14
**462**   83:11
**475**   123:6
   133:10 152:9
**475,000**   187:7
**48**   42:23
**49,488**   44:16
**49,852**   74:23
**490**   56:14
   108:4,4 112:1
**492**   40:6
**497**   28:16,19
   163:4

**5**

**5**   11:25 218:23
   219:5 221:7
   222:17
**5,000**   21:5
   33:17 40:1
   73:1 77:6
   79:20 80:17
**5,421.25.**   100:4
**5-0**   108:14
**50**   1:14 41:20
   74:14 75:18
   76:23 78:18,21
   79:4 90:11
   108:12,13
   112:2 113:18
   113:23 145:4
**50,000**   74:23
   75:14 79:1
   81:12 108:19
   108:20 113:17
   124:20 125:4,5
   134:13 147:21
   149:25
**500**   133:12,16
   136:5 187:8
**500,000**   17:12
   17:25 198:17
   205:17,19,24
   206:1 215:13
   217:23 228:1
**503**   154:22
   156:5 157:5
   159:9

**507**   180:14
   192:9 223:14
**50k**   74:12
**51,000**   130:3
   167:2
**51,174**   83:6
**51,190**   91:19
**514**   72:19,20
   159:19 160:7
**518**   36:16
**52,000**   87:2,16
**52,335**   72:3,5
**524**   95:24
**525**   133:19
   136:7 180:12
   192:2 198:24
   199:8 223:12
**525,000**   134:8
   187:12
**54,015**   141:24
   144:2
**54,290**   147:21
   148:2
**540**   103:7,20
   104:7
**541**   206:7
**541,869**   227:3
**542**   180:21
   193:14 223:23
**544**   181:10
   203:13,16
   211:21 212:22
   227:16
**55**   181:5
   199:20 202:14

**[55 - 87,420]**

202:22 208:19
215:24 226:9
**55,108**  56:10
**550**  133:25
199:2,7
**550,000**  134:7
152:11 187:14
225:25 226:3
**556**  181:4
199:10,13
226:3
**557**  180:11
181:24,25
191:23 223:10
**560**  41:18
42:20 64:3
**569**  92:17 93:3
**57,327**  96:14
**575,000**  152:13
187:18
**577**  180:14
192:12 223:15
**579**  34:13 46:7
46:15,16
**58,428**  77:22
**585**  180:10
191:21 223:9
**589**  180:20
193:11 223:22
**591**  30:23
162:13 181:1
193:22 224:1,7
224:9,12
**592**  57:13

**5978965**  1:21
**5:00**  228:9
229:10

**6**

**6,451**  194:14
**6/30**  171:9
**600**  136:8
215:2
**600,000**  187:20
204:25 205:4
226:24
**601**  1:14
**61**  72:25 73:13
73:16
**61,143**  53:24
**61,480**  146:11
146:24
**61,500**  148:20
149:10
**615**  146:9,10
177:9,18 179:6
179:11,15
**62,420**  125:11
**625**  136:10
**625,000**  187:24
**64,604**  101:21
103:21
**650**  16:14,17
17:6 136:11
188:7,11
**650,000**  152:15
188:1
**66**  37:11 66:8
66:10

**66,143**  81:11
**67,028**  27:25
**675**  136:13
**675,000**  152:16
152:19 188:16
**677**  17:10,14,25
18:4
**68**  86:3
**68,018**  57:1
**68,056.74**  86:1
**68,056.74.**  86:5
**686**  174:17

**7**

**7**  218:20
**70,000**  154:24
155:9
**700**  136:14
**700,000**  188:18
**725**  136:16
**74**  78:16 79:1
**75,000**  125:22
**750**  136:17
188:23
**750,000**  152:22
188:22 189:3
189:22 216:3
226:10
**756**  8:5 41:23
42:15,19,22,22
**76,174**  82:15
**762**  41:7,12,13
62:19
**768**  52:8,9
**769**  180:20
193:9 223:22

**775**  136:19
189:4,5
**775,000**  152:24
189:20
**777**  180:17
192:24 223:18
**78,314**  90:11
**780**  4:18 77:4,5
**79,364**  52:24
**79,565**  224:14
224:15

**8**

**80**  12:11
**800**  136:20,22
**808**  34:2 48:21
48:22
**82,955**  195:20
224:25
**820**  23:6
160:25
**825**  71:22
86:25 87:10,12
88:1 137:1
**82955**  225:1
**84,064**  74:6
**84,245**  68:20
69:4
**84,358**  73:7
**850**  137:2
**850,000**  153:6
**86**  81:7 82:3
**87,335**  87:24,25
88:3
**87,420**  125:25
126:8

[875 - agreement]

**875** 137:4,5
153:8
**89,668** 146:10
**89,668.40.**
177:23
**89,901** 37:2

**9**

**9,863** 20:10
**90,000** 126:10
**900** 137:6,8
**905** 8:5
**925** 137:12
**93,185** 45:9,17
**950,000** 153:10
**964** 8:5,6,12,15
**97** 43:11
**975** 153:12
**98,911** 107:12
107:25
**99,000** 107:11
107:24
**9th** 12:7

**a**

**a&g** 1:7 2:3,4,5
7:13 9:10
11:17,22,22
12:6,9
**a&m** 5:8
104:25
**a.m.** 1:9
**aaron** 3:14
35:5,7 50:25
51:10 57:16,22
58:5 97:22

**aberdeen** 181:6
202:24 203:1,2
203:11 226:15
**abilene** 146:9
146:10 177:8,9
177:14 179:11
179:15
**ability** 230:10
231:7
**able** 47:8 62:25
67:18 182:1,4
190:16
**above** 74:25
91:24 148:21
149:25 156:15
198:12 200:18
**absent** 196:4
**absolute** 52:22
**absolutely**
114:23 121:12
**accept** 13:8
22:18 45:25
53:5 58:15
59:12 68:7
150:9
**acceptable** 38:9
80:2 126:22
**accepted** 49:22
53:11 61:14
68:1 108:1,21
118:10 141:21
**accepting**
74:11
**accident**
106:24

**accordance**
10:2
**accounts** 66:6
**accurate** 170:7
222:2,4 230:9
231:5
**acquisition**
147:19
**action** 230:12
230:16 231:8
231:12
**actually** 16:24
110:14 137:21
217:20 227:19
**add** 120:3
171:5 182:16
200:20 206:21
206:23 207:21
**added** 109:16
**adding** 100:6
**addition** 23:15
24:1 150:1
**additional** 8:12
13:10,13 14:11
76:23 86:11
126:1 186:6,6
186:7 214:17
**address** 137:22
**adequate**
211:11
**adjust** 119:5
**administered**
7:9
**advisable** 13:11

**advise** 204:15
**affect** 101:16
**affiliated** 7:8
**afternoon**
17:21 143:19
196:2
**agents** 11:10
**ago** 111:9
130:11
**agostino** 71:24
**agree** 16:7 29:4
37:22 101:10
167:5 183:25
211:9 228:24
**agreeable**
68:21
**agreed** 10:25
65:23 119:3
146:3 178:25
**agreeing**
119:14
**agreement**
79:21 81:25
85:19 89:10,15
89:24 115:20
116:7,16,22
117:7,14,24
124:22 125:16
125:21 126:12
126:12,16
127:4,13,23
128:9 129:1,9
151:11,18,25
158:8,11,12
159:10 171:7

186:18 187:6
187:11,17,23
188:15,22
216:2
**agreements**
89:11
**agrees** 96:9
114:22
**ahead** 29:3
50:11 99:20
159:17
**alabama** 18:21
19:5 20:10,12
21:4 46:19
61:25 180:23
193:18,19
223:25
**alan** 3:24 44:13
**alaska** 180:22
193:16,17
223:24
**albuquerque**
51:16 52:1,4
63:7,15
**aldi** 5:6 99:12
109:5,10
**aldi's** 101:19
**aldo** 122:11
**alerted** 197:24
**ali** 194:24
**alive** 159:16
**allocate** 190:18
211:6
**allocated** 9:19

**allocation**
183:11,22
184:11 226:19
**allocations**
183:9
**allow** 13:22
**allowed** 11:11
98:23
**alphabetical**
60:12
**alto** 5:15
118:20 120:7,9
121:8,17,25
122:3 123:6,14
**amended** 8:2
**amending**
219:11
**amendola** 2:4
7:15
**amount** 15:3
23:18 49:1
69:6 77:22
78:15 79:19,22
80:4,17 81:11
83:6,12 85:17
86:2 90:10
91:6,23 92:19
93:17 95:3
96:4,20 97:25
99:18,23
103:23 104:22
105:24 106:12
107:12,24
109:19 112:4
113:17 118:16

119:2 120:4
123:20 125:7
130:4 131:10
134:14 139:24
141:24 144:3
146:11,24
148:23 150:15
154:25 155:2,8
168:15,19
169:8 174:14
177:24 182:24
185:7 186:2,4
186:6,14
195:20 198:12
198:13 200:22
209:24 225:11
**amount's** 97:12
147:22 177:22
**amounts** 52:23
52:24 149:14
185:5
**amrit** 4:6 54:9
54:19 55:10
**anchorage**
180:22 193:16
193:17 223:24
**anderson** 57:7
160:9,9
**andre** 3:11
33:13,15
**andrew** 3:19
5:4 39:15
43:20 95:6,8
140:2 146:20
146:21 148:4

178:18 179:5
**andy** 142:2,4
209:19
**angeles** 29:24
30:2,17 31:19
31:20
**announce**
13:10 14:5,6
15:2,4 17:24
18:10,12 22:18
67:14 70:16
74:18 76:24
79:4 80:10
82:2,25 90:8
90:12,21 92:21
92:22 105:8
106:6,20 110:9
112:14 118:5,6
118:24 134:6
141:9 144:8,19
149:16 179:10
218:24 220:23
222:24
**announced**
12:16,18 16:6
19:14 32:4
59:11 92:11
93:19 95:19
141:18
**announcing**
107:23 228:23
**answer** 9:20
28:22 49:10
57:11 60:3
85:4 107:18

**[answer - atlanta]**                                        Page 10

179:9 184:15
218:11 221:22
221:23
**answered**
124:5 219:20
**answering** 76:1
**answers** 158:23
**anticipated**
89:21 92:19
93:17 95:4
99:24 104:22
107:25 108:6
122:9 131:10
134:14 146:11
150:15
**antonio** 30:16
163:14 180:19
193:7,8 223:21
**anybody** 27:8
78:23 94:9
214:10 215:22
219:4
**anybody's**
173:14
**anymore**
127:15
**anyway** 178:17
**apart** 197:21
**apologize** 73:12
81:2 145:8,17
164:24 195:6
209:23
**appear** 205:14
**appeared** 173:5

**apple** 18:18
**applebaum**
3:14 34:25
35:2,4,5,9,14
50:25,25 51:7
51:11 57:16,17
57:25 58:5,5
58:11,16 97:22
97:23 98:6,9
98:13,20 99:7
**apples** 178:17
178:17
**applicable**
15:14,16,22
**applies** 114:25
146:5
**apply** 29:11
**appreciate**
33:25 50:19
53:7 77:1 81:6
107:1
**appreciated**
88:22
**approached**
216:14
**approval** 15:24
21:8 40:23
49:14 59:7,13
68:3 92:23
93:20 96:11
**approve** 15:21
**approved** 7:25
11:12 85:6
109:21

**approximately**
27:14 87:16
168:6 185:14
**arc** 225:17
**area** 33:21
152:20
**arew** 140:18
**arizona** 21:20
30:24 111:7
162:12 171:3
176:5,6,11
181:1 193:22
224:13
**ark** 225:18
**arkansas** 99:10
106:10
**arrearage**
124:23
**articulated**
53:7
**ashley** 57:18
**aside** 197:5
**asked** 109:12
167:3 178:24
195:4
**asking** 22:17
23:12,16 48:8
74:13,17
145:23 147:3
183:9
**asset** 12:18
13:8,16 14:5
14:17,24
**assets** 8:10,12
8:18 10:13,19

12:1,5,7 13:23
14:8 15:24
**assignee** 16:24
**assignment**
79:21 81:24
115:20 116:7
116:16,22
117:6,14,24
124:22 151:11
151:18 186:18
187:6,11,17,23
188:15,22
216:2 222:1
**associates**
197:16
**assume** 97:13
109:15
**assuming** 34:16
35:9 43:7
79:20 87:5
**assumption**
81:24 115:20
116:6,16,22
117:6,13,24
124:22 125:16
126:12 151:11
151:17,24
186:18 187:6
187:10,17,23
188:15,21
216:2
**assurance**
211:11
**atlanta** 180:9
181:12 191:15

[atlanta - babys]                                                Page 11

191:16,17
215:11,14
217:23 223:7
228:1
**attendance**
10:23
**attendees**  2:2
**attending**  9:24
**attention**  18:17
**attorney**  7:3
216:23 230:14
231:10
**attorney's**
179:2
**attorneys**
125:17
**auction**  1:1
7:23 8:7,10,16
8:20,22 9:11
9:12,13 10:4,7
10:15 11:1
12:1,3,18
13:12,14 14:4
14:7,13 15:6,7
15:12 16:3,5
16:14 17:5
18:1,14 19:23
20:2 25:3 32:5
37:24 40:15
41:3 46:23
47:20 48:3,5
49:8 50:9 56:6
61:9,15,18
62:4,7,22,23
63:10,18,25

64:6,18 65:1
65:25 68:7
69:14 71:20
80:22 81:4
84:13,17 90:22
93:2 96:11
97:6 103:16
104:9 105:9
106:8 110:10
111:2 112:15
112:23 118:8
122:10 123:16
129:22 139:14
140:4 144:11
144:15 146:7
149:19 154:19
159:12 160:2
160:12,20
161:2 170:19
170:20 171:23
185:1 189:23
204:25 205:2
219:7,10
220:18 221:5
222:13 228:7
228:18,23
229:8
**auction's**
108:24 118:12
134:9 157:1
176:10 179:14
**auctioned**  8:18
10:14 12:5
14:9 46:25

**auctioning**
198:20
**audio**  230:8
231:3
**augustine**
181:5 199:10
199:11 226:3,6
**augustine's**
199:18
**augustino**  3:7,7
3:8 32:12
71:25
**austin**  91:1,2
**authority**
222:21
**authorization**
26:21,23 27:3
49:13
**authorized**
145:13
**aventura**  33:6
33:16 36:3
**avenue**  1:14
137:25 138:18
195:14
**avoid**  11:7
**avondale**  30:24
162:12 181:1
193:22,25
195:5,6 222:16
222:18 224:1
224:12
**aware**  97:25
197:23 219:18

**b**

**b**  83:11 156:6
**babies**  197:19
220:12
**baby**  8:14,15
8:18,21 10:19
20:12 27:11,17
27:22 35:16
39:19 40:2
42:3 46:20,23
47:1,6 48:8
52:15 62:1,4
69:18 70:17
73:17,19 82:15
83:3,6,24 84:3
84:11 89:19,22
90:1 92:2
95:18 104:20
105:17,19
108:3 134:12
140:1 141:9,22
144:5,11
154:23 155:14
156:11 157:2
157:13 162:7
162:23 164:4
192:6,19
197:25 198:7
219:7,15 221:1
221:14
**baby's**  83:10
105:18
**babys**  219:17
219:21 220:5
220:22

**[back - bath]** Page 12

**back** 14:1,6
33:24 34:10
40:4 41:1 42:6
43:16 48:1
49:7 50:3,6,17
53:4 59:20
60:25 61:9,19
67:3 68:12
71:18 72:16
75:17 76:7,7
76:18,20 77:2
79:3,5 84:24
85:1 86:12
88:6,10,13,17
88:20,25 92:12
99:5 103:5
108:22 109:5,8
110:11,17,24
111:20,23,25
126:21 127:11
129:7 130:19
130:22 139:12
139:20,21
140:18 141:12
142:7,9,11,15
142:18 143:5,9
143:11,22
145:15 147:9
147:11 149:22
150:8 151:2
158:22 166:2
166:11 167:24
168:7 169:10
170:13,24
174:6,8,10

177:4 178:24
182:19 183:20
184:19 193:24
193:24 194:1
194:13 195:4
202:16,21
215:23 217:6
218:3,11,14
222:12,14,17
224:9 228:13
**backtrack**
224:8
**backup** 13:9
15:1,2,3,9,9,12
15:16,17,22
118:7,11
123:15 129:21
134:8 141:18
141:20 154:18
159:11,14
176:9,10
179:13 189:21
189:22 199:8
222:8,9,24
223:1,5,6,7,8,9
223:9,10,12,13
223:14,15,16
223:16,17,18
223:19,19,20
223:21,22,22
223:23,24,25
223:25 224:2,3
224:13 225:1,4
225:22,24
226:3,16,17,24

227:8,12,23
**backups** 228:4
**backwards**
138:16 183:23
**baker** 3:18 5:16
37:15 68:17
123:25,25
125:19,19
126:1,14,14
127:3,19,22
128:5,8,20,23
128:25 129:8
129:24
**ballard** 2:22
20:14 33:1
34:15 39:3
51:18 57:4,10
61:23 72:22
146:15 199:12
**bankruptcy** 7:5
7:6,25 11:24
12:2 216:23
**barbra** 5:12
**barclay** 3:16
36:14 52:11
73:9
**barking** 158:15
**barnes** 5:4 95:7
95:15,22 96:8
96:15,16 97:5
140:3 141:4,11
141:13,18,20
142:2 143:3
144:7,8 146:19
146:21 147:4,7

147:23,25
148:4 155:22
156:8,17
164:18 165:4
177:10,20
178:18 179:13
209:14,15,17
209:19 210:10
227:13
**barnhart** 6:5
206:14,14,23
207:3,9,16,19
207:22 208:1,4
208:7,9
**barry** 4:11
66:17
**base** 148:17
149:12
**based** 65:23
85:22 198:6
221:13,19
**baseline** 12:17
**basically** 47:18
62:8
**basis** 12:14
190:18
**bass** 2:12 7:18
113:4,5,9
**bath** 1:1 7:4,7
7:10 12:2
18:20 21:4
23:6 24:13
39:18 40:17
57:2,14 70:1
70:10 71:11,22

**[bath - bid]**                                              Page 13

72:25 73:6,23
83:5,12 84:9
84:11 89:20,21
89:24 129:18
147:17 162:17
163:14,21
165:15 195:13

**beach**   30:7,7
36:16 163:20
181:3,5 196:18
199:11,20,21
202:14 208:19
215:25 226:9

**beaches**   90:6

**beat**   118:25
210:6

**beautiful**   90:6

**bed**   1:1 7:4,7
7:10 12:2
18:20 21:4
23:6 24:13
39:18 40:17
57:2,14 70:1
70:10 71:11,22
72:25 73:6,23
83:5,11 84:9
84:11 89:19,21
89:24 121:24
129:18 147:16
162:17 163:14
163:21 165:15
195:13

**bedford**   41:23
42:15,22

**beginning**
111:10

**behalf**   2:24
3:14 4:12,14
5:6,16 12:21
21:10,22 22:5
28:5 32:13
35:5 37:7,15
38:22 40:20
45:24 48:17
52:20 57:17
67:6 69:20
71:25 73:3
74:1,9 77:8
82:20 97:10,23
99:12 121:6
124:1 125:19
126:14 147:18
150:20 155:12
156:14 161:11
176:20 186:16
187:9,15
188:20 191:4,6
196:3,21
197:15 199:13
199:22 205:7
211:3 214:13
216:5

**belabor**   211:8

**believe**   11:12
23:23 28:1
41:10 52:24
55:25 57:18
74:3 83:4
99:22 100:9

123:3 146:16
148:20,23,24
155:23 162:13
162:14 164:18
165:5 167:13
167:15 168:5
178:5,21 179:8
222:15 227:7

**believes**   145:21
167:13 177:22

**bell**   3:10 33:10
33:11

**ben**   4:2 44:23
45:1

**benderson**
107:9

**best**   12:4,15
14:17,25 80:9
80:12 88:12
147:12 182:16
184:9 196:9
209:12,18
210:5 214:10
230:10 231:6

**better**   8:22
31:21 71:8

**beyond**   1:1 7:4
7:8,10 12:2
18:20 21:4
23:6 24:13
39:18 40:17
57:2,15 70:1
70:10 71:11,23
72:25 73:7,24
83:5,12 84:9

129:18 147:17
162:17 163:15
163:21 165:15
195:13

**bid**   8:20,25 9:1
10:16 12:16,17
12:19,25 13:2
13:3,7,8 14:9
14:14,17,20,20
14:21,25 15:3
15:9,10,16
16:15 17:11,18
18:11,16,21,23
18:24 19:21
20:10 21:5,11
22:17,24 23:7
24:19 26:5,14
27:12,16,25
28:17 29:14
31:8,19,21
32:16,24 33:17
34:10,20 35:11
35:13,17 36:12
36:15,21 37:2
37:9,12 38:14
38:23 39:1,24
39:25 40:1,7
40:10,25 41:9
41:20 42:14,18
42:23 43:9,24
44:16,19 45:1
45:3,9,16,25
46:1,12,20,21
47:6,19 49:2
49:21 51:13

**[bid - bid]**                                    Page 14

| | | | |
|---|---|---|---|
| 52:9,12 53:2,3 | 93:18 94:9,10 | 129:19,20,20 | 165:20 166:1 |
| 53:5,24 54:13 | 94:17 95:3 | 130:3,4 131:9 | 166:15 167:2 |
| 55:13,20,25 | 96:3,14 97:4,4 | 131:13,16 | 168:9 169:16 |
| 56:10 57:1,8 | 97:12,13,16,24 | 132:5,9,11,13 | 169:24 171:1,4 |
| 57:15,18,23 | 98:17,21 99:3 | 132:15,17 | 171:6,22,24,25 |
| 58:4,12 59:1,4 | 99:17,22,24 | 134:7,7,8,13 | 172:5 173:14 |
| 59:4 61:14,22 | 100:15 101:21 | 135:22 136:2 | 173:23 174:13 |
| 62:2,6,10,11,21 | 103:15,21,22 | 139:4,6,23 | 174:21 175:1,7 |
| 62:22 63:9,10 | 103:23 104:21 | 140:3,23,25,25 | 175:9,18,20 |
| 63:16,17,23,24 | 104:23 105:24 | 140:25 141:4 | 176:5,6,8,9,13 |
| 64:5,6,17,24 | 106:11 107:11 | 141:10,10,12 | 177:10 178:9 |
| 65:14 66:20 | 107:24 108:5 | 141:13,24 | 178:14,15,21 |
| 67:12,13,25 | 108:11,20 | 142:25 143:3 | 179:11,12,13 |
| 68:1,20 69:2,3 | 109:10,13,18 | 144:2,7,18,20 | 179:13,21,25 |
| 69:14,25 70:2 | 110:24 111:19 | 144:20,21,24 | 182:20,24 |
| 70:17,17,20 | 111:19 112:3 | 145:3,18,24 | 183:9,13,22 |
| 71:11 72:2 | 113:10,16,18 | 146:10,17 | 184:12,24 |
| 73:1,4,7,10,18 | 113:22 114:3 | 147:20,25 | 186:1,11,20,21 |
| 73:19 74:3,4,5 | 114:11,12,14 | 148:2,23 | 186:24 187:7,8 |
| 74:8,8,9,10,11 | 114:24 115:21 | 149:24,25 | 187:12,14,17 |
| 74:19,21,21 | 115:21 116:7,9 | 150:4,14,17,25 | 187:20,24 |
| 77:6,13,18,25 | 116:17,23 | 151:5,11 152:6 | 188:1,3,8,15,18 |
| 78:15,16,17,24 | 117:7,14,23 | 153:18 154:16 | 188:22 189:2,4 |
| 79:1,10,13,15 | 118:1,5,9,9,10 | 154:17,17,18 | 189:15,17,19 |
| 79:17,20 80:7 | 118:15,21,24 | 154:23,24 | 189:20,21 |
| 80:17,18 81:11 | 119:16 120:3,4 | 155:8,17,25 | 190:2,4,5,23 |
| 81:12,18 82:9 | 120:7,8 121:8 | 156:10,24,25 | 194:7,10 |
| 82:14,14 83:7 | 121:22,23 | 157:1,6,9,9,11 | 195:12,12,15 |
| 84:10,15,22 | 122:14 123:13 | 157:17 158:7 | 195:18,19 |
| 85:15,16,21 | 123:14,19 | 159:25 160:1 | 196:4,12,14,16 |
| 86:1,16 87:25 | 124:11,18,20 | 160:11,12,18 | 196:19 197:1 |
| 88:1,2 89:2,16 | 125:4,10 126:9 | 160:19 161:1 | 198:2,17 199:2 |
| 89:19,23 90:10 | 126:24 127:4 | 161:20 162:3 | 199:7,14,24 |
| 90:24 91:2,10 | 127:12 128:1,3 | 162:10,21 | 200:12,14,21 |
| 91:19 92:19 | 128:3,12 | 163:3,9,18,25 | 201:6,21,25 |

| | | | |
|---|---|---|---|
| 202:10,15 | 17:25 18:16 | 146:7,14 | 13:14,16 16:6 |
| 203:4,14 | 19:3,15 21:6 | 149:17,18,18 | 17:24 47:17 |
| 204:21,24,25 | 22:19 27:16,17 | 155:23 157:16 | 86:11 130:1 |
| 205:11,16,18 | 27:25 28:17 | 159:9,11,13 | 137:20 138:3 |
| 206:17,18,20 | 32:4,6 35:18 | 166:5 169:2 | 139:1,9,11 |
| 206:21 208:14 | 37:22 46:2 | 176:10 182:6,9 | 152:25 183:15 |
| 208:16,20,22 | 53:13 59:6,11 | 182:10,15 | 183:16 185:17 |
| 209:1,5,6,12 | 62:6,16 65:25 | 189:22 196:15 | 187:2 188:7 |
| 210:12,16 | 67:15,20 70:20 | 205:3 209:3 | 190:9 198:10 |
| 211:7,10,17 | 74:18 76:24 | 214:25 216:9 | 198:15 205:10 |
| 212:3,9,12,14 | 77:19,20 79:19 | 216:10 217:24 | 210:13,22 |
| 212:16,24 | 79:25 80:1,10 | 218:25,25 | 221:8,13 |
| 213:2,4 214:17 | 81:13 82:2 | 222:9,24 223:1 | **bids**   9:25 10:6 |
| 214:19 215:21 | 90:13,21,22 | 223:5,6,7,8,9 | 12:10 13:20 |
| 215:24 216:3 | 91:25,25 92:1 | 223:10,10 | 16:16 17:13 |
| 216:19,20,22 | 92:11,21 93:4 | 227:12 228:24 | 27:20 35:10 |
| 218:17 219:11 | 93:4,20 94:8 | **bidder's**   13:6 | 36:5 95:16,17 |
| 219:14 220:17 | 94:10,11 95:4 | 15:3,12 | 106:4 118:2 |
| 220:17,21 | 95:5,10,20,20 | **bidders**   9:11,19 | 123:21 126:6 |
| 221:3,24 | 96:10,10 97:16 | 10:14 11:10 | 141:3,5 151:18 |
| 222:17 224:9 | 98:9 99:3 | 12:11 14:6,10 | 151:20,25 |
| 224:18 225:4,4 | 103:15,16 | 14:18 38:7 | 152:11,15,22 |
| 225:11,19 | 104:8,8,24 | 67:18,24 79:13 | 153:6,10,14,25 |
| 227:5,21,22 | 105:8,9 106:7 | 113:19,24 | 154:4,8,12 |
| 228:25 | 106:7 107:12 | 118:17 134:15 | 155:9,13 180:1 |
| **bid's**   114:13 | 107:24 108:1 | 139:24 141:25 | 180:2 182:17 |
| **bidder**   4:21 | 110:9 112:5,13 | 144:4 146:12 | 183:2 184:6,7 |
| 10:12,18,20 | 112:14,15,21 | 146:17 150:17 | 184:9 190:22 |
| 11:6 12:22 | 112:23,23 | 151:5 157:6 | 191:9,10,13,16 |
| 13:1,9,9 14:22 | 118:5,7,7,7,19 | 182:5 185:19 | 191:17,19,22 |
| 14:22,24 15:1 | 123:15 129:21 | 197:5 205:12 | 191:24 192:1,3 |
| 15:2,5,9,10,14 | 130:21 139:18 | 214:9 | 192:5,8,8,10,13 |
| 15:15,17,17,17 | 141:19,20,20 | **bidding**   9:3,9 | 192:14,16,21 |
| 15:18,19,22,25 | 144:9,9 145:10 | 10:22,23 11:11 | 192:23,25 |
| 16:24 17:7,17 | 145:13 146:5,7 | 12:14,20,21 | 193:2,4,6,8,10 |

193:12,15,15
193:17,19
197:14 198:11
198:11 200:19
200:21 201:2,3
201:6,15,17,22
207:4 215:9,14
215:17 216:17
217:5,7,11,12
218:15 221:20
222:8 223:1,4
229:6
**bifurcating**
210:10
**big** 46:10,11
114:18 157:19
**bill** 185:5 186:3
186:5
**bills** 168:17
**binding** 13:7
**birmingham**
18:21 19:4
**bit** 31:1,10
40:18 71:8
113:2 139:12
147:21,23
166:20 185:6
195:23 197:11
210:7 215:6
**bite** 18:18
**blast** 12:8
**blindly** 183:10
183:13
**bloomingdale's**
5:11 115:19,21

115:23 116:6,7
116:15,16,21
116:22 117:5,7
117:13,14,22
117:23 118:3
118:11 130:6
130:24 131:7
166:12,13,15
166:20,21
199:23 216:3
226:13,14
**bloomingdales**
215:24
**blow** 213:5
**bob** 3:5 28:2,4
28:7,14,24
30:3,12 34:23
37:5 38:16
130:8 142:5
143:4 147:10
150:19 161:10
176:20 193:23
194:23 211:2
**boca** 113:14,15
113:16 114:4
115:13 118:6,8
**bonafide** 10:16
**boom** 93:23
**booming** 33:22
**bottom** 65:19
**bound** 13:1
**boundary**
109:22
**box** 114:18,23

**boy** 121:15
**boyd** 3:19 5:7
39:12 43:21
102:6,9,11,12
102:14,17
**brad** 4:9,16
58:21 73:2,12
**braintree**
180:11 191:25
192:1 194:8
201:21,25
202:12 217:20
223:11
**branch** 45:5
51:13
**break** 9:13
13:21 14:1
49:10 60:9
64:12 122:7
142:16,21
143:8 170:11
170:14 182:18
183:1,18 184:1
184:2,14,18
216:8 217:4,10
**breakdown**
217:10
**breaking**
142:22
**breakout** 9:18
130:12
**breaks** 13:24
**brendan** 3:22
40:19

**brian** 2:24 3:23
5:22 21:21,24
22:4 43:6,8
59:19 144:22
**bridgeport**
35:1
**bridgewater**
77:17
**brief** 50:14
59:16 60:23
**bring** 14:1
40:15 41:2
59:12 62:17
68:3 148:20
222:18
**bringing** 25:8
56:6 71:20
**broadway**
73:20,21
**broker** 7:14
**brothers** 3:20
39:12 43:21
**brought** 59:7
**buchalter** 3:2
24:16
**buddy** 102:17
**buffington** 4:18
77:7,8,12
**buford** 37:1,2
**building's**
145:11
**bukowski** 4:24
83:15,18,19
84:20,21 89:8
89:8 138:25

139:1 158:10
158:10
**bulk** 205:18
**bunch** 188:3
**burlington** 6:7
182:10 190:1
190:13,23
191:4,6 194:17
196:6 197:7,23
197:24 201:22
205:4,13,15,17
205:19,22
206:17 207:6
207:14 209:3,7
211:5,12,18
216:15,19
218:5,17,19,24
219:8,9,22
220:1,5,7,9,21
221:18,23
222:4,23,25
223:4
**burlington's**
197:8 219:14
220:6
**business** 14:15
40:14
**bust** 107:5
**buy** 8:13,14,18
8:18,21,21
20:12,12 27:11
27:11,17,17
35:16,16 39:19
39:19 40:2,2
42:3,3 46:20

46:20,23,23
47:1,1,6,6 48:7
48:7 52:15,15
62:1,1,3,4
69:17,17 70:17
70:17 73:17,17
73:19,19 80:12
80:14 82:15,15
83:3,3 84:11
84:11 89:19,19
92:2,2 104:20
104:20 105:17
105:17,18,18
105:19,19
108:2,3 134:12
134:12 140:1,1
141:9,9,22,22
144:4,4,11,11
154:23,23
156:10,10
157:2,2,13,13
162:23,23
164:4,4 168:21
192:6,6,19,19
197:19,19,25
197:25 198:7,7
219:7,7,15,15
219:17,17,21
219:21 220:4,4
220:22,22
221:1,1,14,14
**buyer** 62:5
**buyers** 220:13
**bye** 53:18,18
88:23,23 89:22

89:22 105:15
105:15,16,16

**c**

**c** 2:1 3:1 4:1 5:1
6:1 7:1
**calculate**
217:15
**california** 23:7
24:14 25:24
26:14 27:12,18
27:21,24 30:18
31:19,20 32:11
64:23 86:22
91:18,18 92:18
93:3 95:2,21
103:7,20,24
104:7,21 112:3
134:11 137:16
139:23 141:9
160:24 161:22
164:18 180:9
180:16 191:9
191:10,14
192:20,21
223:7,17
**call** 13:21
50:22 68:25
102:14 133:14
133:20 158:16
162:13 163:10
170:20 228:20
**called** 22:2
66:22 107:18
169:4 173:12
192:17 216:13

**cam** 74:24
148:17 149:13
**cancel** 9:13
**cape** 115:4,4,6
115:11 118:14
118:14 123:13
**capitola** 103:7
103:20,24
104:7
**caption** 7:10
**cards** 210:6
**care** 46:22
105:15 109:15
109:16 186:15
**carolina** 30:10
30:11 31:5,14
41:19,20 57:7
57:14 58:4,10
64:4 141:23
143:3,25 144:2
144:5,10 160:9
163:11 164:23
165:15,22
181:6,7,10
194:25 202:25
203:3 211:1,20
212:12 226:15
226:21 227:15
**carolina's**
212:5
**carriers** 2:18
16:16,18 17:7
**case** 1:3 7:11
177:4 216:24

cases   7:7 8:4
  12:2
casey   4:21
  79:12,12,16,24
  80:6,14,19,21
  81:1,6
cash   18:24
  19:16 20:20
  22:21 24:25
  26:7 27:1 39:7
  43:13 45:22
  48:25 52:21,22
  53:25 54:15
  74:23 78:18
  81:12 87:4,17
  98:1 125:22
  144:24 148:19
  149:10,25
  158:3 171:6,11
  171:22 176:8
  186:6,7,13
category   76:17
cause   92:14
  210:6,19
  221:16 222:18
ce   4:9 58:22
  59:1
center   33:9
  61:25 159:19
  160:24 163:4
  211:14
centers   150:20
centre   6:5
  206:15

cents   109:14
certain   7:19 8:3
  12:1 15:24
certainly   206:5
certainty   20:18
certificate
  230:1 231:1
certify   230:4
  231:2
chain   47:24
chait   107:8
  197:15,15
  198:3,8,19,25
  199:2 211:9
chance   47:7
chandler   21:19
  111:7 170:24
  170:25 171:2
  171:20 174:11
  176:5,6,11
chandler's
  174:6
change   109:12
  119:3
changes   85:20
chanyri   1:20
  230:2,19
chaotic   11:9
chapter   7:4,7
charges   74:24
charleston
  57:14
chase   4:6 54:9
  54:10,12,16,19
  54:19,25 55:10

  55:10,15
  140:16,24
  141:3,5,14
chatting   134:4
cheap   114:19
check   179:1
checking   31:11
  41:11 191:1
cherry   5:16
  122:24 123:18
  123:19,23
  124:1 129:18
  180:4
chief   2:14,14
  2:16 7:20,21
  7:22
chill   10:23
chime   140:15
chivalry   159:16
choice   83:8
choose   9:14
  94:11 190:17
chops   107:5
chris   5:21
  138:9
christian
  169:19
chula   134:11
  137:23,25
  138:17 139:6
  140:18 228:14
cincinnati
  130:2,3 166:3
  166:8 169:16
  169:20,25

  176:17,21
  184:22 185:2
  189:2,12,19,24
ciocco   6:7
  220:8,8,14,24
  222:3,3
circle   42:6
  142:15 158:22
  202:16
circumstances
  13:12
city   5:14 18:11
  22:3 38:13,14
  41:7,8 62:20
  66:11 73:24
  86:18 118:20
  120:22 121:6,9
  122:2,14,19
  123:1,2,7,15
  150:5 179:23
  180:16,17
  181:3,7,12,17
  181:17 190:2
  192:19,21,24
  192:25 196:18
  204:12 214:25
  215:1,3,16,17
  223:17,18
  225:22 226:20
  228:3
clackamas
  52:15
claim   87:2,3,15
  87:17 148:16

**claims** 65:15
74:21,22
147:22 148:14
148:14,19
149:5,11 150:2
**clara** 112:3
**clarification**
47:24 61:12
66:7 88:10
94:1 101:1
145:20 153:18
153:21 176:22
179:16 185:19
185:20 199:23
208:18 212:11
219:7 220:16
228:21
**clarify** 16:25
25:12 83:2
94:16 110:13
128:20 149:8
155:2 167:13
181:16 222:12
228:10
**clarity** 18:9
20:18 21:7
24:22 28:13
37:3 40:22
49:24 59:6
61:11 67:14
68:2 70:25
74:16 206:16
**clear** 8:14
201:13

**clearly** 12:20
211:6
**clearview** 3:21
40:9
**client** 20:14,23
22:11 23:4
24:7 26:16,19
26:20 28:12
29:8 32:20
33:4,24 34:16
36:4 39:6,16
40:4 41:17,22
42:1 43:6,16
43:23 47:22
48:11 50:5
51:18 57:11
58:6 59:22
68:12,21 71:14
72:16 86:15
87:1,6,14
101:7 114:9
130:17,22
131:1,6 142:6
147:2 151:3
155:21 157:25
158:17 169:9
170:2 176:19
179:1 185:3
216:13,21
**client's** 34:15
35:20 42:5
57:4 72:22
75:21 85:15
**clients** 34:8
35:22 42:11

46:6 48:24
65:6 76:10,19
**clifton** 181:7
206:10 226:25
**close** 17:5
18:22 19:25
90:13 94:17
100:2 104:11
106:15,16
110:10 112:15
118:8 139:14
139:19,20
146:14 169:1
170:18 183:4
185:11 221:6,7
221:9,11
222:13 228:9
228:16,17
**closed** 14:23
18:1,14 32:5
65:25 90:22
92:13,23 93:3
93:5 94:12
96:11 97:6
103:8,16 104:9
104:13 105:9
106:8 108:24
111:2 112:23
118:12 123:16
124:25 129:22
134:9 135:23
141:13 144:11
144:19 146:8
149:19 154:19
157:1 159:12

164:19 168:11
171:18 176:11
178:21 179:14
189:23 229:8
**closer** 163:5
184:16
**closes** 150:7
**closing** 15:13
34:5 58:8
61:13 66:18
73:14 111:15
148:15 150:21
162:25 163:15
163:21 164:5
165:1,9,16
171:7,9 196:22
204:15 228:23
**closure** 21:13
25:4,15 28:14
33:20 40:13,22
43:25 58:10
59:6 63:5 66:9
67:8,14 68:2
69:9 70:25
72:7,7,8,9,10
74:17 75:5
84:14 97:19,21
100:23,24,25
106:18 110:12
110:15,16,17
111:17 150:23
161:16 167:20
167:22 228:22
**closures** 58:12

**[coat - confirmation]**

coat 211:13
cobb 66:8,10
cohen 2:18
  16:20,23,23
  17:3,9
cole 2:10 7:17
  11:14
colleague
  145:12
colleagues 7:16
collect 155:7
college 180:10
  191:21,22
  199:18,19
  223:9
collierville 4:9
  58:20,22 59:2
collins 79:9,10
collusion 10:25
  205:22
collusive 10:22
colonial 64:15
colony 180:13
  192:7,8 223:14
colorado 32:24
  79:9,10
combination
  23:21,24 26:8
come 14:9
  31:10 50:2
  59:20 85:1
  111:20 114:11
  130:19,22
  139:19,20
  143:22 167:24

168:7 169:8,10
170:13 182:19
183:19 193:24
194:1 198:12
202:21 217:6
218:11
comes 53:4
  145:14 221:6
coming 19:23
  51:25 92:15
  175:5 200:20
comment 216:6
comments 9:11
committee 10:3
  216:18
commons 63:7
  74:1,9 149:23
  161:21 166:3
communicati...
  10:12
company 3:13
  34:5 48:17
compare
  184:11 190:6
  191:10
compared
  218:15
comparison
  183:2
compensation
  84:24 125:22
compete 185:22
  215:18
competing
  98:17

competition
  124:4 182:15
competitive
  9:17 223:1,4
component
  186:7
concept 183:25
concern 20:19
  27:23 28:14
  46:25 47:3,5
  47:12 48:5
  53:2,3,13 62:9
  62:14,16 78:9
  83:9 92:1,13
  92:22 94:19,20
  95:19,22
  105:10 134:13
  140:1 141:22
  144:6,10
  155:15 157:3
  192:7,20
  197:20,24,25
  198:7 219:16
  219:17 220:11
  220:12
concerned 48:6
concerns 108:2
concluded
  25:20 229:9
concludes
  228:6
conclusion 15:6
  15:11 49:8
  61:15

concord 141:23
  142:24 143:2
  143:25 144:2,5
  144:10 164:18
  164:22
condition 62:3
conditional
  47:19 48:12
  157:9
conditioned
  95:21
conditions
  81:24 127:13
conduct 12:13
conducted
  40:15
conducting
  13:12
confer 13:22
  68:11 114:9
  169:9
confirm 10:10
  16:4 42:13,17
  58:7,11 66:18
  72:6,11 83:19
  110:13 112:13
  112:17,20
  166:17 168:7
  171:6 172:17
  186:8 205:11
confirmation
  18:10 21:7
  24:22 37:4
  53:4 85:4
  89:15,16 170:5

186:19
**confirmed**
170:6 175:14
221:23
**confirming**
43:25 71:10
187:1
**confuse** 166:19
**confused**
120:14
**confusion** 11:7
**congratulations**
118:3 154:14
159:6
**connecting**
23:3
**connection**
206:6
**consented**
207:14
**consider** 13:22
15:23 168:25
**consideration**
111:20 125:21
126:6,16
127:23 128:10
129:2,10
**considered** 9:4
**considering**
56:18 221:18
**constituted**
74:20
**constituting**
183:16

**consult** 20:22
22:10,12 24:6
28:12 29:7
32:19 33:3,23
35:21 39:5,16
40:3 41:16,22
43:15 47:22
48:11 51:22
56:22 57:5,11
71:13 72:16,23
101:7 130:16
131:1 147:1
151:3 155:21
170:1 172:13
**consultant** 7:14
121:5
**consultants**
11:24
**consultation**
8:23,24 10:1
13:19 14:15,16
49:9 50:5
61:16,16 85:22
221:12,12
228:19
**consulted**
26:21 29:6
36:4 43:23
109:10
**consulting**
26:18 33:2
34:7,16 39:4
42:8 43:5
51:20 52:7
61:20 65:6

131:6
**consults** 101:19
**consummate**
10:17 15:15,20
**cont'd** 3:1 4:1
5:1 6:1
**contact** 173:7
**contacted**
12:10
**contemplated**
171:8
**contingencies**
125:13
**contingency**
124:21 126:11
**contingent**
140:3,9,12
**continue** 14:13
19:22,24 21:13
25:2 37:24
40:13 41:3
50:24 51:19
56:5 61:17
68:2,10 69:12
84:17
**contribute**
218:23
**controlling**
10:13
**conversation**
98:12 229:1
**convince** 196:6
**cool** 4:13 67:7
162:4

**coordinating**
9:22
**copy** 70:3
**coral** 115:2,4,5
115:6,7,8,11,12
118:14,15
123:13 145:10
181:1 195:11
195:13,14
224:2,3,20
**core** 38:20,23
**corporation**
2:25 21:22
22:6
**correct** 39:14
47:5 60:6 68:8
75:12 81:20
89:6 94:23
99:7 100:1,7
102:23 103:2
104:5 111:24
113:20,21
119:1,2 128:17
128:22 138:11
139:7,10
157:14,23
163:11 164:24
164:25 172:18
174:20 175:16
175:17 185:9
186:9 194:15
205:25 208:20
212:25 224:19
225:12

**[cost - d'iberville]**                                                Page 22

**cost** 89:3
**costs** 125:23
**cottage** 6:6
  215:20
**cottonwood**
  63:7
**counsel** 2:19
  3:2 5:10 7:3,18
  17:16 24:16
  36:14 45:6
  112:8 230:11
  230:14 231:7
  231:10
**counter** 85:12
**countered** 76:3
**country** 12:3
**couple** 10:9
  61:10 64:10
  65:5 113:19
  142:13 143:22
  214:9
**course** 8:4
**court** 7:6,25
  9:2,5 11:24
  15:8,8 21:8
  40:23 54:18
  59:7,13 65:21
  68:3 92:23
  93:20 96:10
  126:5 216:25
**courtroom**
  12:12,13
**cover** 80:4
  109:11

**covered** 29:5
  60:15 208:24
**covers** 185:7
**cox** 5:23 155:12
  155:12,20,20
  156:8,14,14
  157:17,24
  158:14,16,19
  158:25 159:5,5
**cr** 57:17 58:6
  97:23 98:6
**credit** 69:2
  72:11 85:15
  86:1 100:4,5
  100:17 109:12
  109:16 110:1
  111:19 171:4
  171:22 189:15
  190:15 225:4
  225:11,19
**creditors** 10:3
**creek** 4:16 37:8
  61:24 73:3
**crime** 10:22
**crossing** 214:13
**crumble** 220:11
**culmination**
  180:2 202:17
**cure** 23:16,18
  77:22 78:15,21
  79:1,19,22
  80:4,17 81:11
  81:20 83:6,12
  86:2 89:3
  90:10,19 91:6

91:22 92:10,19
93:17 95:3
96:4,18,19
97:12,13,25
98:3 99:18,23
100:4,5,12,17
100:18 101:25
102:22 103:21
103:23 104:4
104:21 105:24
106:11,19
107:11,24
108:6,10
109:11,25
112:4 113:17
113:23 118:15
118:22,23
119:2 120:3,9
120:20 123:20
124:12,23
125:5,6,7,9,23
126:17 127:5,8
127:9,10 130:3
131:10 134:14
139:23 141:24
144:3 146:11
146:24 147:6
147:22 148:5,9
150:15 154:25
155:2,8 157:18
157:19 167:4,7
168:15,18,19
177:14,22,23
178:17,25
186:14 195:20

199:14 206:2,6
207:24,25
208:1,4,5,6
209:22,24
210:1 215:5
224:17 225:11
**cures** 194:11,13
215:2
**current** 12:15
18:11,21 20:10
21:5 22:16
23:7 24:19
26:4,14 27:16
31:19 32:16
34:10,20 36:20
44:16 45:1,8
45:16 53:23
54:13 55:13,20
59:4 67:12,13
68:20 72:2
74:5 79:1
81:11 84:7
88:1 91:10,19
92:18 97:11
99:8,24 106:11
112:5 124:11
146:10 186:1
199:24 200:4
**currently** 7:5
74:3 79:24
218:16

**d**

**d** 7:1
**d'iberville**
  180:20 193:11

193:13 223:23
**d.c.** 180:8
190:21 191:13
223:6
**dakota** 181:13
181:17,17
215:17,17
228:3
**dale** 180:16
192:19,21
223:17
**damon** 3:16
36:14 52:11
73:9
**dan** 3:17 4:3
36:18 45:6
**daniel** 180:21
**database** 12:9
**date** 8:7 81:2
198:22 210:11
**dates** 8:3
**david** 2:12,16
2:20 3:18 6:5
7:18,22 19:6,9
19:11 37:14
38:3 66:5
68:16,19 113:4
145:9 195:17
206:14 225:2
**davis** 5:5 97:9,9
97:15,18 98:16
196:20,21,25
197:2 202:3
**day** 25:16 32:9
47:5 66:3

75:23 213:4
**days** 15:11
122:9
**dayton** 82:13
83:5
**daytona** 30:6
163:20
**dc** 5:3 94:2
**ddrtc** 37:7
**deadlines** 8:3
**deal** 59:23
89:21 184:18
184:24 195:24
**dealing** 119:22
176:17
**dealings** 216:19
**deane** 6:5
206:15
**debtor** 18:22
19:21 145:21
167:17 216:18
221:4,11
**debtor's** 47:14
186:19 221:2,3
**debtors** 2:15,16
7:4,8,13,17,19
8:23 9:12
11:23 12:5
13:8,10,19,21
14:14 15:2,4,7
15:16,20 61:15
**decide** 207:18
**decided** 85:2
**decision** 19:14
23:2 61:21

75:16 88:6
**decisions** 76:25
**deck** 122:24
**declare** 94:16
169:1
**declared** 14:21
91:25 129:20
146:13
**declaring** 225:3
**decrease** 24:9
48:25
**deemed** 10:24
15:18 62:6
65:24 186:20
**deerbrook**
160:16
**deerfield** 38:25
160:17,22
**deferred** 20:2
21:14
**definitive** 169:8
**delaware**
147:19
**deliberate**
13:15
**delta** 100:6
183:5 190:7
200:18,25
218:23 220:18
221:10
**denton** 180:11
181:18 191:23
191:24 223:10
**depending** 47:8

**deposit** 15:12
**deposition**
230:1
**derek** 2:8 5:16
7:16 123:25
125:19 126:14
**design** 172:17
**designated** 9:6
11:6
**designation**
89:10
**designs** 5:20
135:2 169:15
169:21,24
172:5 176:9
187:13,19,25
188:3,17
189:20
**dessalos** 5:15
121:16
**destin** 90:5,7,9
90:23
**detail** 167:18
**determination**
8:25 84:16
**determine** 12:4
14:14 61:16
**determined**
207:2
**development**
5:22 144:23
205:8
**dfw** 2:19 17:16
**dialogue** 41:4

difference
190:8
different   26:20
42:10 76:17
143:6 175:25
176:2 184:3
195:24 200:16
difficult   211:6
digital   230:8
231:3
dilemma   75:10
75:12
diligent   120:1
dip   10:3
direct   2:18
16:24
director   11:22
disagreeing
110:7
disclose   98:23
174:3 182:19
disclosed
186:10
discouraging
10:14
discuss   84:23
174:2
discussed   66:7
discussing   10:6
disputed
216:10
district   7:6
ditstein   98:12
divide   198:13

dla   3:14 35:5
51:1 57:17
58:6
docket   1:4 8:2
8:5,6,11,15
dog   158:14
doing   21:2
44:25 68:19,25
92:9 98:15
99:15 102:11
108:9 113:4,5
116:1 119:24
127:6 147:12
158:24
dollars   196:4
donaldson   3:18
37:15 68:17
door   19:25
115:16
downtime   9:18
drill   145:12
drive   56:15
94:7
dropping
221:19
drye   3:9 33:8
34:24 37:7
38:21 130:9
150:20 161:11
211:3
dts   3:17 36:19
due   22:22
23:14 24:4,23
27:2 28:10
54:1 144:25

157:22 185:7,8
185:8,12,13
duke   4:22 81:9
81:10 82:9
duly   230:5
durango   32:23
64:23,23

**e**

e   2:1,1 3:1,1 4:1
4:1 5:1,1 6:1,1
7:1,1 12:8
89:11,15,17
105:4 158:11
159:11
earley   5:22
144:22,22
145:4,25
earlier   12:22
66:8 197:17
early   10:6
111:9,12,14
east   56:15
eastern   16:1
easy   122:8
eat   123:4
eating   142:18
eatontown   3:25
44:12
echoed   211:9
edge   165:8
edification
40:12 98:25
145:3
edmond   181:11
203:13,16

211:21 212:17
212:22 227:16
effective
171:16
effectively
100:18
efficient   29:3
effort   147:15
eide   5:20
134:18,21,22
134:25 135:6
135:11,14,17
135:20,24
136:5,8,11,14
136:17,20
137:2,8,13,17
137:20 138:1,4
138:6,21
139:10 168:9
168:13,22
169:3,15,22
171:19,23
172:1,4,19
174:21 175:2
175:11,13,19
175:21,23
186:24 187:8
187:13,19,25
188:17,25
189:4
eight   136:23,24
either   7:12
10:13,18 22:20
76:22 118:17

el  30:14
ela  97:23
electronics
  5:10 112:4,6,8
  112:21
elevate  190:10
eliminates
  205:17
elk  137:15
  139:22 140:19
  141:9
ellis  1:13 2:6,7
  2:8,9 7:3,16
emilio  2:4 7:14
  219:25
emily  2:7 7:16
employed
  230:11,14
  231:8,11
employee
  230:13 231:10
encinitas
  137:23
encourage
  14:10 182:14
  190:8
ends  108:15
engage  10:22
engaged  10:25
enlightenment
  4:13 67:7
enter  194:7
entered  8:1
  11:25

enterprise  8:22
entertain
  155:10
entire  47:24
entitled  208:12
entity  12:21
  55:1,4 58:25
equated  218:19
ernst  3:10
  33:10,11
erred  109:15
error  110:8
es  230:4
escrow  15:13
estate  7:14
  11:23 30:12
  33:21 99:2
  184:10 186:7
estimate
  106:19 154:24
  168:4
estimated
  77:22 78:15
  79:19 81:12
  91:23 96:4
  103:21 106:12
  145:1
etlin  2:14 7:20
eugene  53:19
evacuated
  145:11
evan  5:18
  123:22,22
  124:8,10,16
  126:8,21

127:11,25
  128:16
event  178:8
everybody
  16:10 27:7
  61:11 68:24
  80:3 113:14
  119:25 142:18
  151:20 179:23
  210:13 211:6,9
  219:1,18 228:7
everybody's
  40:12 132:4
  152:25 208:11
exact  167:23
exactly  99:23
  100:11
excellent  106:1
exchange  19:1
  190:15
exclusive  172:9
  207:5,9
exclusives
  124:24
excuse  59:17,18
  66:17 103:22
  106:21,22
  119:21 201:24
  208:15
exercised  140:4
  140:10,12
expect  60:24
expected  113:8
  113:17 130:4
  146:11 147:22

150:16
expecting
  46:10
expedited
  15:22
expeditiously
  13:20
expires  138:19
explain  201:12
extension  8:6
extent  11:13
  72:13 98:4
  183:12 211:14
exton  4:7 55:18
  55:18
eye  173:7
eyler  2:5 7:15
  63:2,12,19
  64:1,8,20 65:3
  65:19 66:12,19
  66:21 67:9
  69:10,22 70:6
  70:13 72:8
  73:15,20 77:10
  80:24 81:16
  83:23,25 86:19
  87:24 89:13
  90:16 91:15
  92:9 93:10
  95:25 96:15
  97:20 100:8,10
  100:24 101:22
  102:4 104:16
  106:13,17
  107:13 108:7

**[eyler - flexport]**                                              Page 26

| | **f** | 42:5,20 44:1,4 | **finish** 142:24 |
|---|---|---|---|
| 110:2,14 | | 47:10,18 49:23 | 143:6 184:23 |
| 111:11,16 | **facilitate** 9:5 | 50:4,10,13,16 | **finished** 20:3 |
| 113:20,21 | **fact** 47:25 | 52:6 55:5,8 | 38:4 158:25 |
| 114:15 115:4,7 | 65:23 | 56:3,13 57:9 | 159:3,4 |
| 130:6 150:22 | **factory** 211:13 | 60:17,23 61:2 | **firm** 21:10 54:3 |
| 157:7 159:3 | **fails** 15:15,19 | 61:5 88:18 | 54:16 99:8 |

110:2,14
111:11,16
113:20,21
114:15 115:4,7
130:6 150:22
157:7 159:3
160:6,14,21
161:3,17,23,25
162:6,18,24
163:6,22 165:6
165:10,17,23
166:5 167:9,11
167:17,21
173:21,25
174:17,19
175:5 176:2,23
177:2,11,15,18
177:25 181:14
181:21,24
184:1,20 188:9
196:23 200:13
200:24 204:17
209:14,16
213:23 217:16
217:21,25
219:23 224:4
224:11,14,17
224:19,22,25
225:16,20
226:1,5,11,16
226:22 227:1,6
227:9,18 228:5

**f**

**facilitate** 9:5
**fact** 47:25
    65:23
**factory** 211:13
**fails** 15:15,19
**failure** 211:5
**fair** 90:1 107:2
    114:18 183:16
**fairview** 160:24
**faith** 10:16
**fall** 197:20,21
**falls** 76:16
**famous** 30:7
**far** 16:6
**fashion** 13:15
**fast** 103:13
**faster** 159:22
**fayetteville**
    41:19,19 64:4
**fe** 95:24
**federal** 10:22
**fee** 90:19
**feel** 11:13 14:10
    100:5 210:11
**feet** 138:18
**fibro** 5:14
    120:14,20,22
    121:3,3,5,5,22
    122:1,4,21
    123:1,8,11
**fiedler** 2:6 7:2
    7:2 11:19
    29:17,20,23
    30:2,19 31:7

42:5,20 44:1,4
47:10,18 49:23
50:4,10,13,16
52:6 55:5,8
56:3,13 57:9
60:17,23 61:2
61:5 88:18
107:20 143:11
143:14
**fields** 5:10 6:3
    112:7,7,11,17
    112:20,25
    204:13,14,19
    204:22
**figueroa** 1:20
    230:2,19
**figure** 56:19
**file** 15:7,20
**filed** 8:6,11,14
    11:15 70:4
    100:12,18
    172:12
**fill** 177:6
**final** 8:5
**financial** 2:14
    7:21
**financially**
    230:15 231:11
**find** 65:17
    86:17 87:11
    139:11 180:1
    216:16
**fine** 33:21
    120:11 199:18
    208:5

**finish** 142:24
    143:6 184:23
**finished** 20:3
    38:4 158:25
    159:3,4
**firm** 21:10 54:3
    54:16 99:8
    118:17 214:16
    221:20
**first** 18:19
    20:17 32:20
    46:7 54:25
    159:15 167:14
    180:6,7,24
    183:19 185:13
    186:4 190:21
    197:16 201:13
    201:19,21
    202:19 216:14
    217:16 222:25
**fitting** 183:13
    214:15
**five** 56:20
    138:20 142:14
    206:18 210:14
**flagler** 199:18
    199:19
**flanigan** 4:19
    77:24
**fleischer** 3:16
    36:9,13,14
    52:10,11 73:8
    73:8
**flexport** 17:11
    17:25

**[floor - gables]**                                                    Page 27

**floor** 1:14
61:22
**florida** 30:7
33:6,16 34:2
34:13,19 35:17
36:4,8,11,17
46:8 48:22
51:8 64:15
90:6,7,9,24
97:8 101:21
103:1,14
105:20 106:5,9
113:14,15
115:2 118:6,9
118:14,15
123:13 145:10
150:13,14
152:20 154:15
154:20 163:20
180:12,13
181:2,2,3,4,4,5
181:5 192:2,3
192:4 195:12
195:13,15
196:1,11,13,14
196:17,18
197:13 199:11
199:21 202:15
223:12,13
224:2,5,21
225:14,15,22
225:25 226:4,9
**flower** 5:19
131:8,9,19
133:16 134:6

134:10 135:21
**folds** 2:20 3:18
19:6,6,9,10,12
19:18 20:1,6
37:14,14,19
38:2,3,6,11
66:5,5,13,15
68:16,16,22
69:2,5,8,13
145:8,9,17
195:17,17,22
225:2,2,7,10
**folks** 9:23
10:21 11:3
60:24 93:23
128:2 130:15
**follow** 37:25
**followed**
154:22
**follows** 12:15
**food** 6:6 115:16
115:17 215:20
228:4
**foot** 138:19
**foregoing** 11:3
230:3,4 231:4
**forgive** 187:5
**form** 92:23
**fort** 79:9,10
180:13 192:4
223:13
**forth** 8:10 16:5
124:21 125:14
**fortunately**
216:23

**forward** 8:16
10:7,9 24:25
26:17 46:23
47:8 48:8
71:17 167:25
221:25
**four** 213:22,23
213:25 214:1
220:3,4,9,12,22
221:14
**fox** 3:7,8,8
32:12 71:25
86:14
**foxborough**
71:19 144:15
144:16 145:20
146:6
**franklin** 30:11
67:4 85:11
88:9 162:5
**free** 11:13
14:10 21:17
25:11 26:11
36:25 44:9,21
45:4 46:3 53:9
55:17 56:8
66:1 88:5 93:5
176:12 219:3
**friday** 17:21
**frisco** 4:14
69:18,20 70:8
70:11,20,22
71:12
**front** 98:10

**full** 19:1,16
24:21 26:6
51:3 144:25
199:15
**fun** 28:24 113:2
169:19
**furniture** 79:2
90:21 103:15
106:3 107:13
107:14,16
118:20 120:22
121:7,9 122:2
122:14,19
123:7,15
172:18
**further** 8:2
16:16 17:13
27:20 40:25
44:7 47:17
49:21 52:12
88:11 118:2
123:21 198:8
229:6 230:13
231:9
**furtniture** 5:14
**future** 185:8
210:11 211:11

**g**

**g** 7:1 105:4
**gables** 115:2,7
115:8,13
145:10 181:2
195:12,13,15
224:2,3,20

**[gage - going]** Page 28

**gage** 3:22 40:19
40:19,24 41:5
**gail** 191:4
**game** 93:23
**garbutt** 5:4
39:11 95:6,6,9
95:14 96:2,6
96:17,22 140:2
140:2,7,9,13
141:4,6 142:2
146:21,21
147:5 148:6
155:24 156:2
156:18,21
164:22 178:20
179:7 182:23
209:19,19
**garden** 150:13
150:14 152:20
153:4 154:15
154:20
**gardner** 107:13
107:14,16,21
107:25
**gateway** 162:16
162:22
**gauging** 155:7
**geier** 2:7 7:16
**georgia** 28:16
28:19 37:1,2
37:11 38:13,14
38:18 66:13
163:5 180:9,10
181:12 191:15
191:16,17,18

191:20 215:11
215:15 223:7,8
228:1
**getting** 41:1
85:22 165:7
171:17 184:16
196:4
**giafoy** 3:4 26:1
**give** 11:2 28:24
47:2 49:9
64:13 84:19
85:3 86:18
87:12 101:2
107:8 121:10
121:11 134:1
138:13 166:17
168:1 170:8,9
171:11 172:23
180:7 184:10
185:9 216:5
217:10
**given** 10:5 11:1
13:22 14:18
49:20 87:4,18
**gladly** 139:2
**glover** 2:24
21:21,21,25
22:4,5,10,14,23
170:23 171:4
171:13,17,21
171:25 172:2,8
172:12,16,21
174:6,10,13,20
175:1,3,6,10,12
175:14,17,20

176:14 200:8
**go** 17:8 18:7,8
18:17 21:17
22:13 25:11
26:11 27:3
29:3 36:25
44:9,21 45:4
46:3,23 47:8
48:8 49:24
53:9 55:17
56:8 61:19
66:1 81:25
82:4,7 84:12
84:22 88:5,25
89:21 90:12,18
91:8 92:24
93:5,21 99:20
102:20 103:5
104:2 105:14
106:21 109:5,8
113:24 114:1
115:17 116:4
116:13 117:17
117:21 118:13
120:22 128:15
129:4 130:1
132:19,23,25
133:2,4,6,8,10
133:12,19,25
134:17,19
135:21 136:4,7
138:16 139:25
141:1 142:1,3
142:17 143:18
144:4 146:24

146:25 149:22
151:19 156:11
156:15 157:4
159:15,17
166:11 169:6
170:19,23
175:10,11,12
175:13 176:12
177:4 179:20
180:5 182:13
182:21 185:2
196:5 198:24
213:22 215:23
217:6 218:21
219:14,15
222:12
**goal** 10:13
**gob** 19:23
**goes** 83:9 119:7
123:2 129:6
**going** 8:9,15
9:23 16:9,10
16:11,12 17:5
17:24 18:6,7
18:10,12,17,18
18:19,23 19:21
19:25 20:19
21:1,13 22:8,9
24:20 25:17
27:21,23 28:14
29:21 30:4
31:9 32:3,10
35:20 40:11,14
44:18 45:14
46:24,25 47:3

**[going - good]**                                                    Page 29

| | | | |
|---|---|---|---|
| 47:5,12,17,21 | 123:21 130:16 | 197:25 198:7 | 168:1 169:7,12 |
| 48:5,10 50:13 | 130:20 131:5 | 198:24 200:16 | 170:11,15 |
| 51:15,16 53:2 | 133:13 134:4,5 | 201:10 202:16 | 175:25 179:18 |
| 53:3,13,19 | 134:12 138:14 | 204:1,2 206:19 | 181:18,23 |
| 54:2,16 56:21 | 139:3,5,14 | 207:12 210:8 | 182:1,4,7,11 |
| 59:12,15,20 | 140:1 141:8,22 | 211:15 215:8 | 185:21,24,25 |
| 60:4,8,18 61:8 | 142:21 143:8,9 | 217:3,5,10,14 | 186:12,16 |
| 61:9,19,24 | 143:17,21,24 | 218:7 219:14 | 187:1,4,9,15,21 |
| 62:9,13,16 | 144:6,8,10,13 | 219:16,16 | 188:13,13,19 |
| 65:10 69:12,24 | 144:14 146:23 | 220:11,11,12 | 188:19 189:6,6 |
| 70:4,16 73:9 | 147:9,11 | 220:25 221:11 | 189:11 199:22 |
| 75:4 77:12,17 | 149:16,16,24 | 221:17 222:16 | 199:22 200:3 |
| 77:21 78:1,9 | 150:4,9 152:1 | 222:17 223:2,3 | 200:10,19 |
| 79:3 80:15 | 155:15 156:5 | 224:8 228:20 | 202:18,23 |
| 82:1,25 83:9 | 156:15 157:3,4 | 228:25 | 215:23 216:1 |
| 83:20 84:23 | 157:19 158:22 | **gold**   5:11 | 219:6 220:16 |
| 85:25 88:13 | 159:15 168:3 | 115:18,18 | 221:2 226:13 |
| 89:4,18,20 | 168:16 169:24 | 116:5,5,14,14 | **goldberg**   4:4 |
| 90:20 91:9,17 | 170:18,19,21 | 116:20,20 | 52:16,17,20 |
| 92:1,12,22 | 171:5,15 | 117:5,5,12,12 | 53:10,14,16 |
| 94:18,20 95:19 | 173:18,19 | 117:22,22 | **goleta**   23:7 |
| 95:21 99:8 | 174:1,2 176:18 | 118:2 130:25 | 160:24 |
| 101:15,15 | 176:25 178:13 | 130:25 131:4 | **golf**   82:5,7 |
| 102:25 103:13 | 178:13 179:10 | 151:9,9,16,16 | **good**   10:16 |
| 105:8,10 106:6 | 179:20,22 | 151:23,23 | 19:12 24:15 |
| 106:24 107:2,4 | 180:5,6,25 | 152:3,6,6,10,10 | 25:25 26:2,3 |
| 107:6,8 108:2 | 182:8,13,13,16 | 152:14,14,21 | 28:2,21 30:12 |
| 108:21 110:9 | 182:21,25 | 152:21 153:5,5 | 31:12,25 32:2 |
| 110:10 111:23 | 184:13,23,23 | 153:9,9,13,13 | 32:8,14,15 |
| 111:25 113:1 | 185:1,2,17,18 | 153:17,20,24 | 35:25 47:1 |
| 113:12,12 | 189:1,25 190:4 | 153:24 154:3,3 | 52:19 53:9 |
| 115:2 118:4,6 | 190:20 192:7 | 154:7,7,11,11 | 55:22,23 64:11 |
| 118:13,14 | 192:20 193:20 | 166:14,17,22 | 75:2 77:18 |
| 120:3,4 121:13 | 194:1 195:7,8 | 166:24 167:2,6 | 79:6 80:19 |
| 121:17 122:7 | 197:10,20,24 | 167:10,12 | 82:10,23,24 |

**[good - hearing]**

86:23 97:2,17
99:11 101:24
105:6,7,23
107:19,20
108:9 110:5
122:9 128:3
130:15 131:22
131:24 134:3
134:21,22
138:3,15
143:19 158:25
196:2 218:10
**gotten**  203:21
**goulston**  3:22
40:19
**gp**  6:5 206:15
**graduated**
199:19
**grand**  119:7
209:20
**great**  22:2
28:15 29:16
65:16 68:25,25
161:14 177:5
**green**  165:15
165:22
**greenville**
30:10,11
165:15,22
**greenwich**  3:19
39:15 43:20
**gri**  4:6 55:3,11
**gross**  80:16
81:22 83:7
88:2 97:5

101:2 103:1
114:14 120:6,8
120:13,21
125:4,11
126:25 127:6
141:11 148:23
149:19 155:9
157:22 171:11
176:7 178:14
178:15,16
183:10 186:11
206:2
**group**  3:5 5:22
28:6,8 29:5
142:6 144:23
161:12 180:25
198:9 201:13
**groups**  13:22
**grove**  137:16
139:22 140:19
141:9
**grungel**  114:5
**guarantee**
49:19
**guaynabo**
180:14 192:12
192:13 223:15
**guess**  89:25
107:22 150:7
159:6 170:19
**guest**  218:23
**guy**  199:25
**guys**  18:3 44:9
60:11 98:15
130:1 150:8

210:10

**h**

**half**  61:1
167:14,15
185:12,13
186:3,4
**hamilton**
180:16 192:22
192:23 223:17
**hampshire**
41:24 42:4,16
42:23 43:4
60:1 180:21
193:14,15
223:24
**handful**  198:11
219:15
**handled**  50:6
**hanging**  228:8
**happen**  220:25
221:17 222:7
**happened**
98:24 99:4
120:15 229:2
**happening**
93:16
**happens**  59:24
126:5 137:9
220:11 221:1
**happier**  97:1
**happy**  9:20
96:6,22,25
115:1 221:24
**hard**  50:22

**hart**  224:22,24
225:3
**haven**  78:11,24
78:25
**havertys**  4:20
78:13,16 79:2
90:21,25
101:22,23
102:1,19,20,25
103:15 105:22
106:2,9 197:5
198:24 199:8
214:21,22
222:7 225:23
225:25 227:25
**head**  219:24
**hear**  21:25 22:7
34:10 49:19
60:14 71:6
91:21 102:13
110:24,25
115:24 122:18
124:7,9,11,14
152:17 159:1
167:7 172:2,6
178:24 188:4
218:5
**heard**  10:1
79:11 90:7
126:20 134:22
157:25 172:8
**hearing**  15:23
15:23 54:23
71:5,18 81:4
126:7 198:22

| | | | |
|---|---|---|---|
| 207:13 | 39:11 52:17 | 91:2,19,25 | 176:5,6,9 |
| **hearst** 164:9,15 | 57:16 60:10 | 92:11,19,21 | 179:11,13 |
| **held** 15:13 | 69:19 79:12 | 93:4,18,20 | 180:1 188:8 |
| **hello** 11:21 | 124:3 194:23 | 94:8,11 95:3 | 189:2,19,20 |
| 27:20 33:15 | 225:2 | 95:20 96:3,10 | 190:5 199:7 |
| 54:9 95:6,8 | **high** 16:15 | 96:14 97:4,11 | 200:5 214:4,19 |
| 102:18 107:16 | 17:11 18:11,21 | 99:24 101:21 | 218:17,25 |
| **helm** 5:2 93:12 | 20:10 21:5 | 103:15,21,22 | 222:24 |
| 93:12,15,21 | 22:17 23:7 | 103:23 104:8 | **higher** 8:22 |
| 108:11,14,16 | 24:19 26:5,14 | 104:21 105:9 | 13:8 17:18 |
| 108:18 109:1,1 | 27:12,16,25 | 106:7,11 | 29:13 31:21 |
| 203:4,7,11,13 | 28:17 31:19 | 107:11,23,24 | 99:23 116:9 |
| 203:18,24,24 | 32:4,16,24 | 108:1,5,20 | 151:19 177:22 |
| 204:6,10 | 33:17 34:10,20 | 110:9 112:3,5 | 213:3 |
| 208:15 213:8 | 35:11,17 36:12 | 112:13,14,21 | **highest** 12:4,15 |
| 213:15 | 36:21 37:2,12 | 112:22 113:16 | 14:16,20,25 |
| **help** 147:10 | 38:14 39:1,23 | 113:18,22 | 214:25 |
| 158:8 218:22 | 39:24,25 40:1 | 118:5,7,9,15,21 | **highlands** 5:19 |
| 219:5 | 40:7,18 41:8 | 118:24 120:2 | 131:19 |
| **helped** 194:20 | 41:20 42:23 | 123:13,19 | **highway** |
| **helping** 213:5 | 43:9 44:16 | 124:11 129:19 | 180:22 |
| **helps** 86:18 | 45:1,9,16 52:9 | 129:20 130:3 | **hill** 5:16 6:5 |
| 215:6 | 53:24 54:13 | 131:9 134:7,13 | 26:13 91:18,18 |
| **henry** 163:4 | 55:13,20 56:9 | 139:17,23 | 122:24 123:18 |
| **hereto** 230:15 | 57:1,8,15 58:4 | 141:10,13,19 | 123:19,23 |
| 231:11 | 59:4 67:12,13 | 141:24 144:2,9 | 124:1 129:18 |
| **hey** 19:11 28:4 | 67:19 68:20 | 144:20 145:18 | 206:15 |
| 65:22 77:23 | 69:2 70:17,17 | 146:5,7,10 | **hills** 211:4 |
| 82:22 85:8 | 72:2 73:1,7,18 | 147:20 148:2 | **hine** 2:23 21:10 |
| 93:14,15 102:9 | 73:19 74:4,5 | 149:17,17 | **hingham** 40:16 |
| 130:10 134:18 | 77:6,18 78:14 | 150:14,17 | 40:17,20 |
| 156:8 | 79:1,10,25 | 154:16,17,23 | **hit** 18:13 59:8 |
| **hi** 21:21 22:4 | 80:1 81:11 | 154:24 155:8 | 130:21 |
| 31:23 34:3 | 82:2,14,14 | 156:10,24,25 | **hold** 8:9 51:19 |
| 35:4 36:13 | 88:1 90:10,21 | 157:6 159:9 | 54:3,16 76:7 |

84:6 99:8
139:5,5 142:18
159:6 187:21
**holdings** 131:1
151:10 185:25
186:17,21
187:7,10,11,16
187:22,24
188:14,20,20
189:7
**holland** 5:12
**holly** 2:14 7:20
31:4 163:10
181:10 210:25
211:19 212:4
212:12 227:14
**hollywood**
180:8 191:8,9
191:14 223:6
**holmes** 5:24 6:2
172:25 173:4,8
173:11,15
174:4 194:5,6
194:10,15,17
202:2,4,7
218:4,9,12
221:18
**home** 86:1
199:18
**homestead** 4:8
56:9 65:13,24
**hoover** 20:9,12
46:19 61:25
**hope** 10:7
145:15

**hopeful** 218:11
**horse** 209:3,5
**hot** 106:11
115:3 116:24
152:20
**hour** 61:1
**hours** 119:13
119:23 121:20
210:14
**house** 74:1,2,9
149:24
**housekeeping**
10:10
**how's** 60:25
**huebner**
163:14
**huh** 75:3
**hunter** 2:8 7:17
**huntsville** 21:4
**hurst** 30:15

## i

**ibt** 5:19 131:19
**idea** 97:2 168:3
**identify** 9:6
120:24 182:23
**identity** 15:3,4
**illinois** 38:25
160:17
**immediately**
171:9
**important** 8:19
**impressive**
33:18
**incentive** 47:3

**incentivized**
53:8
**include** 72:12
148:15 177:25
178:1
**included** 53:3
**includes** 120:9
127:7
**including** 8:4
9:8 10:3 62:5
96:18 127:9
149:11 171:14
200:13 206:2
207:25 208:4
**inclusive** 149:3
**inconsistent**
13:13
**increase** 17:2
19:15 21:6,11
22:8,24 24:10
26:10 35:10,13
37:3,9,13,16
38:23 40:10,22
43:24 45:2
46:19,21 48:25
49:1,21 51:1,3
56:1,18 58:12
59:5 62:2,21
63:8,16,23
64:5,17,24
65:14 69:6,25
70:19,24 71:3
71:13 73:4,9
74:17 77:13,20
78:2 80:7

85:16 86:16
89:2 93:19
102:25 108:11
109:13 111:19
118:18 120:4
127:22 128:10
129:2,10
144:18 146:13
146:20,22
148:5,8,11,19
149:24 158:4
159:25 160:10
160:12,18,19
160:25 161:20
162:3,10,21
163:3 174:13
178:14 179:5
213:17 218:22
219:4,6
**increased**
81:13 166:13
218:16
**increasing** 36:5
36:15,23 46:12
57:20 58:16
76:5 77:25
84:4 85:21
98:20 163:8,17
163:24 164:12
164:17 165:12
165:19 166:1
**increment**
114:16,18,25
174:24

**incremental**
120:16,17
**increments**
116:1 126:22
132:1 210:3
**indiana** 30:8
165:9
**indianapolis**
30:8 165:8
**indicate** 70:24
**indicated** 70:18
205:18
**indication**
107:9
**individual**
180:1 182:17
182:20 183:2,8
184:6 190:6,22
191:10,13,15
191:19,22,24
192:1,3,5,8,10
192:13,16,21
192:23,25
193:2,4,6,8,9
193:12,15,17
193:19 195:12
195:15,18,19
196:12,14,19
196:20 197:14
198:2,12 201:3
201:5 207:4
208:14 209:1
209:12 211:7
217:5,7 218:15

**individually**
180:1 190:5
206:19,21
214:11
**individuals**
200:6 201:4
202:17
**information**
202:19
**initial** 10:19
85:15
**insignificant**
168:20
**instances** 190:9
**insurance** 3:12
34:5 48:17
**intend** 10:17
207:10
**intended**
156:13
**intent** 56:5
**interest** 15:8
**interested**
14:11 20:18
36:5,15,22
97:14 109:20
156:9 170:4
230:15 231:12
**interesting**
75:9,11 78:10
**international**
163:20
**interpret** 75:22
**interrupting**
145:9

**investigated**
216:25
**investment**
2:24 21:22
22:5
**involved** 14:8
**irrevocable**
13:7 15:11
**isaacs** 113:15
**iss** 144:11
**issue** 92:22
**it'd** 24:9 120:19
121:25 123:6
**it'll** 26:6 58:14
81:21 85:18
121:9 137:6
174:24 177:11
**itac** 204:14
**itca** 6:3
**item** 228:13
**items** 10:10

**j**

**jack** 53:9
**jake** 5:9 111:6
**james** 4:7 55:24
**january** 185:13
**jason** 5:10
112:7,9
**jay** 6:4 205:6
**jeff** 4:10 5:13
60:10 209:8,23
213:10
**jeremy** 4:17
73:25 113:14
147:18 149:23

**jersey** 3:25 4:2
4:18 7:7 16:15
16:17 17:6
30:9 44:12,22
45:5,16 51:14
77:4,17 122:25
123:19,19,24
129:18 164:2
180:17 181:8
192:22,23
206:10 223:18
226:25
**jim** 5:6 99:12
99:13 103:4
109:4 110:20
**job** 1:21 5:18
22:2 68:25,25
90:24 123:22
128:15 129:21
**jobbers** 124:17
124:21 128:13
128:15
**joe** 5:15 121:16
**john** 2:13 7:19
**join** 50:24
205:9
**joining** 10:11
10:24
**jointly** 7:9
**jose** 27:12,18
27:21
**joseph** 4:9
58:21,21 59:1
59:8,14

**judge** 207:17
**judgment** 14:15
**julie** 121:21
**julius** 121:1,3,5 121:15
**july** 15:25 19:22,24 25:3 25:8,18 37:24 48:3,5 56:2,3,4 61:18 62:7,17 63:1,11,12,13 63:18,19,20,25 64:7,8,9,19,20 64:21 65:2 66:9,12,12,14 66:18,19 67:7 67:9,10 68:7 69:9,10,11,21 69:22,23,24 71:21 72:7,8,9 72:10 73:15,16 74:25 75:4,21 75:23 77:9 80:23,25 81:2 81:4,15,17 83:21 84:12,17 85:16 86:2 87:4,6,6,18,19 90:15,16,17 91:14,15,16 97:18,20,21 100:7,10,15,21 100:22 102:3,4 102:5 104:15

104:16,17
106:17,18
109:19,20
110:12 111:15
144:15,24,25
148:15,15,16
149:11,12
150:21,22,23
158:1 160:5,13
160:14,15,20
161:3,5,6,15,17
161:18,22,25
162:1,5,6,8,17
162:24 163:1,2
163:5,16,21,22
163:23 164:16
165:2,3,9,10,11
165:17,18,23
165:24 167:20
167:22 177:25
178:3,6 196:22
196:23,24
204:15,17,18
207:12 228:22
**july's** 178:1
**jump** 113:2 156:5 176:25 189:14 201:21
**june** 1:8 8:23 11:25 21:13 25:4,15 40:13 43:25 56:2 58:8,10,12 61:13 63:1,2,3 63:4,10,18,25

64:1,2,7,19
65:2,3,4 66:9
66:18 67:7
69:9,21 72:7
73:13 75:5,23
77:9,10,11
83:20,20,23,24
84:14 90:14
91:14 97:18
100:22,24,25
102:3 104:15
110:14,16,17
111:15,16,17
150:7,21 160:5
160:6,7,13,20
160:21,22
161:15,22
162:5,17,18,19
162:20 163:5,6
163:7,21 164:3
164:4,5 165:2
165:9 171:6,16
171:18 178:7
196:21 204:15
**junes** 84:1

**k**

**k&e** 9:21 11:14
**kaiser** 4:6 54:8 55:3,11
**kansas** 39:10 39:18,19 40:1 102:13,18
**kastin** 2:16 7:22

**katie** 4:20 78:12 101:23 105:21 197:4 198:23 214:20 222:6
**keep** 13:23,24 15:10 47:4,8 113:12 127:8 179:23 195:7,8 201:10
**kelley** 3:9 33:8 34:23 37:7 38:21 130:9 150:20 161:11 211:3
**kennesaw** 37:11
**kenneth** 4:25 92:6
**key** 8:3
**kicked** 41:1
**kicks** 62:22
**killed** 205:10
**kind** 20:16 24:20 75:25 167:6 168:19 170:18 182:20 184:4 205:22 210:4 213:5,10
**kirkland** 1:13 2:6,7,8,9 7:3,16 130:16
**kirton** 4:17 73:25

**kissimmee** 34:2
48:22
**kite** 3:5 28:1,5
28:7,20,25
29:5,17,23
142:6 161:11
165:21
**kite's** 29:19
**knight** 5:12
**knock** 139:3
**know** 16:10
19:24 22:13
23:4 25:15
36:6 37:19,22
39:24 47:2,7
47:25 48:24
49:6 50:3,17
51:1 61:17
68:2,20 70:10
70:21 76:3,22
80:2,3 85:2,5
86:12,23 88:15
106:23,23
108:21 110:12
110:24 124:4
125:2 130:23
139:1 142:14
145:25 146:3
156:13 166:13
166:25 169:18
170:4 173:6,13
178:6 182:16
182:20 183:5
184:17 185:6
188:5 190:10

198:11,19
200:3 202:16
204:2 205:11
206:18 208:2
210:10 213:3
216:25 217:7
218:11,20,24
219:3,8,19,20
219:23 220:7
220:25 221:15
221:17
**knowing**
183:15
**knowledge**
230:10 231:6
**known** 15:1
70:7
**knoxville** 68:14
181:8 206:13
227:4
**koleszar** 3:11
33:13
**kraft** 5:22
144:23
**krg** 28:5 211:3
**kristian** 5:20
134:18,20,21
135:4 137:6,7
137:17 168:13
186:23

**l**

**l** 105:4
**l.p.** 4:15 69:20
**ladies** 159:15

**lake** 73:24
150:5 162:17
162:23
**lakeland** 97:7
**lakeside** 97:23
98:6
**lamberson** 2:19
17:15,16
**landing** 64:15
**landlord** 2:24
3:21,24 4:6,9
4:12 5:19
17:17 18:2,25
19:2,7,10
20:17 21:10,22
22:5,24 24:24
26:1 28:1,18
28:25 31:22
32:13,25 33:9
33:19 34:21
35:12 36:14
37:3,8,12,15,21
38:19 39:15
40:9 43:12
44:14,24 45:7
45:24 52:11,21
53:5,22 55:3
55:11,25 56:17
57:19 58:22,22
58:23,25 60:11
61:21 62:1,20
63:8,16,23
64:4,16,24
65:13 66:6
67:6,22 68:17

70:18,23 71:25
73:3,9,20 74:2
77:8,12 78:4
78:20 88:2
97:10,15 98:5
98:16 99:1
120:6 123:14
123:23 124:2
125:18,20
126:9,15 127:2
128:9 129:1,7
129:9,19 130:7
131:7,20 132:5
132:11,15,19
132:23 133:2,6
133:10,19
134:8 137:10
140:14,16,23
140:24 141:3,5
141:11,15,15
141:17,19
144:17,20
145:19,23
146:2,6,16
147:19,24
148:3,8,11
149:16,24
150:4,24 155:4
155:13,13,16
156:15 157:16
157:17 158:13
159:5,12,14,24
160:10,17,25
161:19 162:2,9
162:20 163:2,8

163:17,24
165:12,19,25
166:4,9 167:13
169:7,13
170:24 172:7,8
174:9,24 175:1
175:10,12,17
175:20 176:6,7
176:21 177:21
177:23 178:24
179:1,12
183:24 185:3
189:14,16
195:16,18
196:15,21
197:2,6,16
198:16 199:2,8
199:13 201:20
201:25 202:5
204:14,24
205:8,13,18
206:15 207:13
208:20,21
209:9,23 211:3
211:4,10,17
212:10 214:13
217:24 224:11
224:22,24
225:17,18
226:1,2,5,8,22
226:23 227:1,2
227:6,8,15
**landlord's**
46:20 62:6
79:17 120:8

124:23 134:4
141:16 148:13
174:10 176:12
178:14 179:2
224:13,16
**landlords** 3:3
24:17 38:22
56:20 183:9
184:9 211:7
216:11,20
**landowner**
54:25
**late** 168:9
**lauderdale**
180:13 192:4
223:13
**laura** 4:24
83:15,18 84:20
89:8 138:25
158:8,10,21
**laurel** 2:22
20:13 33:1
34:14 39:3
46:5 51:17
57:3,10 61:23
62:18 72:21,24
143:23 146:15
147:10 159:17
199:12
**laurel's** 147:9
**lavender** 2:21
145:12
**laying** 18:15
**learned** 20:16

**lease** 7:24,25
8:7,10,12,21
10:2 12:1,5,6
12:14,14 17:20
40:25 61:17
62:5,7 65:12
75:7,23 80:12
80:14 83:20
125:20 126:3
126:15 127:4
127:23 128:9
129:1,9 137:21
138:4,7,7,10,13
138:19 139:4
147:16 168:21
172:9 205:1
207:15 211:14
216:15,22
**leases** 8:14,15
9:16,18 12:2
62:5 94:10
169:6 170:22
182:13 188:3
190:3 198:20
207:7 221:19
**leave** 14:7,10
18:4 25:21
50:23 86:11
156:18,21
210:5
**left** 119:25
143:25 174:25
175:6 186:13
**legal** 2:16 7:22

**lehane** 3:5,9
28:2,3,5,11,21
29:2,7,10,16
30:5,13,23
31:2,4,11,13,16
33:7,8,13,18,23
34:23,23 36:1
36:3 37:6,7
38:17,19,21,21
114:22,23
120:24 130:8,8
130:12,15,19
142:5,5,8,11,19
142:23 143:1,5
143:10,18,19
147:13 150:19
150:19,24
151:2 158:21
159:16 161:9
161:10,10,15
161:19 162:2,9
162:12,15,20
162:25 163:2,8
163:13,17,24
164:4,8,12,14
164:17,21,24
165:1,4,7,12,19
165:25 166:8
168:2,4 169:23
170:1,6,9
176:18,20,20
183:7,21
184:16 185:9
185:11 186:10
189:16 193:23

193:23 194:3
194:22,24
195:3,6,8
200:12,17,23
201:1,3,19,24
202:10,12
203:21 204:5
211:2,2 222:11
222:15,19
**lehanes's**  185:3
**lenders**  10:4
**letting**  76:2
**leung**  5:8
104:25 105:3,6
105:12,15
**levant**  4:7
55:19,22,24,24
56:7
**lewisville**  2:19
17:11,14,16
18:1,4
**lexington**  1:14
**life**  48:17
**limited**  3:15
35:6 106:16
**linda**  32:11
86:19,20,21
**line**  7:13 11:2
65:21 106:25
124:22 125:14
126:11 137:22
**lisa**  5:3 94:2,5
**list**  2:2 28:25
41:11 181:19

**listed**  58:23
**listened**  109:9
**listening**  24:20
61:11 124:6
**litigate**  211:11
211:16
**little**  21:23 27:6
28:24 31:1,10
64:13 71:8
97:1 99:10
109:5,8 111:3
113:2,2 130:11
139:12 159:22
166:20 177:22
185:6 195:23
199:3 204:3
210:7 215:6
**live**  9:24
**lives**  113:15
**livingston**  30:9
164:1,11
**llc**  3:19 4:9,25
5:17,24 6:3
37:8 39:16
57:18 58:6,22
59:2 68:18
74:1 92:7
97:24 98:7
124:1 194:7
202:4 204:14
211:4
**llp**  1:13 3:14
5:12
**located**  12:3
94:6

**location**  26:17
33:9 47:2,6
48:1,8 57:2
62:1 64:7
67:24 70:2,2,6
70:11 75:4
82:3,15 83:10
83:14 89:19,20
97:2 98:10
105:18 137:24
150:17 154:24
155:11 157:13
161:14 162:5
165:21 169:18
169:20 176:1
190:14,16,21
190:22 202:20
205:12 216:14
**location's**
212:2
**locations**  13:18
16:13 18:7,9
20:15 23:10
26:17 34:15
35:20 51:18
57:4 61:10,20
72:22 83:4
103:12 143:22
173:17 179:21
179:22 184:6
190:19 197:25
198:1,6 216:17
219:9,12,15
220:22 221:4
221:14,24

**logistical**  9:21
**logistics**  9:22
**long**  45:5,15
51:13 57:22
62:10 99:13
101:6 114:24
170:14 176:24
**longer**  9:17
142:17
**longview**
180:18 193:3,4
223:20
**look**  18:22 24:1
24:4 71:17
83:7 95:12
96:5 102:1
123:21 138:13
173:9 181:20
190:4 194:13
**looking**  43:12
53:24 54:14
68:21 80:3
106:20 113:23
115:16 124:12
124:13 125:11
126:21 134:15
137:21 146:12
147:23 155:9
168:20 178:10
210:5 221:25
**los**  29:24 30:2
30:17 31:18,20
**lose**  214:5
221:4

**[lost - matlat]** Page 38

**lost** 139:15
219:12
**lot** 5:18 13:17
35:22 57:23
85:4 88:13
89:24 103:11
114:3 119:23
124:25 142:9
169:19 189:15
**lots** 123:22
128:15 129:21
**loud** 100:3
**louder** 54:23
55:7 152:18
**louis** 2:23 21:9
21:12
**louisiana** 40:6
**love** 169:17
**lp** 34:25 35:1
**lubetkin** 6:4,4
205:6,7,7,16,25
206:3,5,8,11
**luck** 53:9
**lunch** 113:11
122:7 142:16
**lying** 27:9

**m**

**macy's** 5:11
130:25 151:9
151:16,18,23
151:25 152:6
152:10,11,14
152:21,22
153:5,6,9,10,13
153:14,24,25

154:3,4,7,8,11
154:12,14,16
166:5,15,16,20
166:20,22
167:18,24
168:24 170:3
174:25 175:4
175:24 179:16
185:20,22,25
186:17,21
187:7,9,11,15
187:17,21,23
188:3,8,12,13
188:14,15,19
188:20,22,23
189:3,6,7,8,22
226:11,12
**mad** 4:25 91:19
92:7,12 93:4
205:8
**made** 8:14 51:3
74:20 126:18
134:22 147:25
171:5,21
**magic** 133:22
**mail** 12:8 89:11
89:15,17
158:11 159:11
**maine** 96:13
97:4
**make** 8:24 11:8
19:14 20:19
29:3 45:25
46:1 48:1 51:2
52:21 75:16

76:25 79:14
84:16 85:21
101:6 106:24
109:22 119:10
132:3 133:14
139:21 142:19
149:9 173:7
182:16 190:7
201:12 216:18
219:5 225:7
**makes** 210:12
211:6
**making** 17:17
**mall** 64:23
160:16
**man** 119:18
**management**
2:15,17 7:20
**managing**
11:22
**marching** 85:5
**marco** 196:3,8
196:12 216:5
**marcos** 93:9
94:3 224:6,6
225:14
**mark** 2:18 3:4
16:23 17:8
26:1 107:8
197:15
**market** 12:1
19:22,24 21:14
25:3 37:24
40:13 56:5
61:18 68:3,10

69:12 84:17
116:24 162:4
164:9,14
**marketplace**
37:8 225:3
**markets** 6:6
215:20 228:4
**mason** 52:8,9
**mass** 40:16,17
71:19 146:6
191:25 192:1
208:25 209:1
209:11 223:11
227:12
**massachusetts**
144:15,16
145:20 180:12
181:9 194:8
**matches** 74:8
**mateo** 63:15
**math** 75:2
**mathematical**
110:8
**matlat** 1:7 2:3
7:15 11:17,18
11:20,21 16:21
17:1,4,10,23
18:6 19:8,11
19:13,20 20:4
20:8,16,24
21:1,12,17,19
21:23 22:1,7
22:12,16 23:1
23:5,11,17,20
23:25 24:8,12

**[matlat - matlat]**                                        Page 39

| | | | |
|---|---|---|---|
| 24:18 25:2,7 | 48:4,9,12,15,19 | 76:8,13,16,21 | 102:12,16,22 |
| 25:10,14,21,23 | 48:22 49:3,6 | 77:3,11,14 | 102:24 103:3,9 |
| 26:2,4,11,13,18 | 49:13,16,24 | 78:1,4,7,14,19 | 103:13,19 |
| 26:23,25 27:5 | 50:2,7,12,15,21 | 78:23 79:8,14 | 104:3,6,12,15 |
| 27:15,20 28:4 | 51:5,9,12,20,24 | 79:18 80:1,8 | 104:17,19 |
| 28:7,11,13,21 | 52:4,7,13,19 | 80:16,20,23,25 | 105:1,5,7,13,16 |
| 28:23 29:2,6,9 | 53:6,12,15,18 | 81:3,7,10,17,21 | 105:23 106:2 |
| 29:13,18,21 | 53:23 54:4,7 | 82:1,7,12,19,22 | 106:14,18,23 |
| 30:3,6,14,21,25 | 54:11,13,17,20 | 82:24 83:16,22 | 107:2,6,14,21 |
| 31:3,6,9,12,15 | 54:22 55:3,7 | 83:24 84:1,4,8 | 108:8,13,15,17 |
| 31:17,25 32:3 | 55:12,16,20,23 | 84:14 85:1,9 | 108:19,24 |
| 32:8,14,16,21 | 56:4,8,14,21,24 | 85:13,23 86:3 | 109:2,4,7,17,24 |
| 32:23 33:2,5,7 | 57:6,12,22 | 86:6,10,17,20 | 110:6,16,20,23 |
| 33:10,12,15,19 | 58:2,9,14,18,24 | 86:23 87:8,11 | 111:2,5,9,13,17 |
| 33:24,25 34:6 | 59:3,10,15,18 | 87:20,22,25 | 111:22 112:1,9 |
| 34:9,13,18 | 59:21,25 60:3 | 88:5,12,19,23 | 112:12,19,22 |
| 35:1,3,7,11,15 | 60:7,13,16,18 | 89:1,4,7,12,14 | 113:1,7,10,22 |
| 35:22,25 36:1 | 60:21 61:1,4,6 | 89:25 90:5,17 | 114:2,10,13,17 |
| 36:2,6,11,16,20 | 61:8 62:8,12 | 90:20 91:6,11 | 114:22,24 |
| 36:24 37:5,10 | 62:15,24 63:4 | 91:13,16,22 | 115:6,8,12,22 |
| 37:18,21 38:5 | 63:13,20 64:2 | 92:4,8,10,17,25 | 116:2,9,24 |
| 38:9,12,16,18 | 64:9,11,21 | 93:2,7,11,14,16 | 117:3,8,18 |
| 38:20,24 39:4 | 65:4,7,9,16,22 | 93:22 94:3,6 | 118:4,20,23 |
| 39:8,10,12,17 | 66:4,10,14,16 | 94:14,18,22,24 | 119:4,7,10,15 |
| 39:22,25 40:5 | 66:20,24 67:2 | 95:1,8,11,15 | 119:17,19,21 |
| 40:11,21 41:2 | 67:10,12,19,23 | 96:1,3,8,16,19 | 120:10,12,18 |
| 41:6,13,15,18 | 68:9,13,19,23 | 96:24 97:11,17 | 120:21 121:1,4 |
| 41:23 42:2,7 | 69:4,7,11,16,23 | 97:21 98:2,8 | 121:6,12,18,24 |
| 42:12,15,19,22 | 70:7,15 71:4,8 | 98:11,14,18,22 | 122:2,5,13,17 |
| 43:3,8,11,17,19 | 71:15,17 72:2 | 98:23 99:9,11 | 122:23 123:2,6 |
| 43:22 44:2,5,8 | 72:5,9,13,17,19 | 99:13,16,17,22 | 123:9,12 124:3 |
| 44:11,15,20,25 | 72:24 73:5,16 | 100:9,14,19,22 | 124:8,10,15,18 |
| 45:4,8,11,15,20 | 73:21 74:5,10 | 100:25 101:8 | 125:2,7,10,15 |
| 46:1,9,13,16,24 | 74:12,16 75:2 | 101:10,14,18 | 125:17,24 |
| 47:11,15,23 | 75:8,11,15,25 | 101:24 102:5,9 | 126:4,13,19,25 |

[matlat - mcconkie]                                         Page 40

| | | | |
|---|---|---|---|
| 127:6,14,17,21 | 156:4,12,16,20 | 179:19 181:16 | 209:17,21,25 |
| 127:25 128:2,7 | 156:23 157:8 | 181:20,22,25 | 210:4,15,18,21 |
| 128:11,14,18 | 157:12,15,20 | 182:3,6,8,12,25 | 210:25 211:19 |
| 128:22,24 | 158:2,13,18,20 | 183:17 184:2 | 211:24 212:4,7 |
| 129:3,5,11,13 | 158:21 159:1,4 | 184:13,17,22 | 212:9,14,18,21 |
| 129:17,24,25 | 159:8,20 160:3 | 185:16,22 | 213:1,10,16,21 |
| 130:10,14,18 | 160:7,15,22 | 186:9,13,22 | 213:24 214:2,4 |
| 130:20 131:3,5 | 161:5,7,9,10,14 | 187:3 188:5,11 | 214:8,18,22 |
| 131:14,17,21 | 161:18,24 | 188:23 189:1,8 | 215:3,5,14,22 |
| 131:24 132:2,7 | 162:1,7,11,14 | 189:10,12,18 | 215:25 216:7 |
| 133:15,20 | 162:19 163:1,7 | 191:1,3,7 | 217:2,14,19,22 |
| 134:2,5,20 | 163:12,16,23 | 194:1,4,9,12,16 | 218:2,7,10,14 |
| 135:1,4,7,23 | 164:3,6,10,13 | 194:19,23 | 219:13,25 |
| 136:3,23 137:5 | 164:16,20,25 | 195:1,5,7,10,19 | 220:4,10,15,20 |
| 137:9,15,19,24 | 165:3,11,18,24 | 195:25 196:8 | 221:6,22 222:5 |
| 138:2,5,9,12,23 | 166:7,10,16,19 | 196:24 197:1,3 | 222:10,16,20 |
| 139:3,8,13 | 166:23,25 | 197:8,12,23 | 223:3 224:5,12 |
| 140:5,8,11,14 | 167:3,8,19,22 | 198:5,18,25 | 224:15,18,20 |
| 140:19,22 | 168:2,8,11,15 | 199:3,7,17,25 | 224:24 225:1,6 |
| 141:1,8,16 | 168:24 169:5 | 200:5,9,15 | 225:9,12,18,21 |
| 142:4,8,14,20 | 169:10,13,17 | 201:11,15,17 | 226:2,7,12,14 |
| 142:24 143:2,8 | 169:23 170:3,8 | 201:20,24 | 226:17,23 |
| 143:13,15,17 | 170:10,13,17 | 202:1,5,8,11,13 | 227:2,7,10,22 |
| 143:20,21 | 171:2,10,15 | 202:21,24 | 228:6,12,15,17 |
| 145:2,6,16,18 | 172:6,11,15,20 | 203:2,6,9,12,16 | 229:4,6 |
| 146:2,19,23 | 173:2,6,10,13 | 203:19 204:1,7 | **mattered** |
| 147:3,7,15,20 | 173:16,23 | 204:11,16,18 | 195:20 |
| 148:1,7,22 | 174:1,5,8,12,16 | 204:20 205:5 | **maximize** |
| 149:1,2,6,15 | 174:18,23 | 205:14,21 | 198:20 |
| 150:3,10,12,23 | 175:4,8,16,22 | 206:1,4,7,10,12 | **maximizing** |
| 151:1,4,8,13,19 | 175:24 176:3 | 206:22,25 | 10:8 |
| 152:1,19,25 | 176:16,24 | 207:8,11,17,20 | **mccolm**   231:2 |
| 153:3,19,22 | 177:5,13,16,19 | 207:24 208:3,6 | 231:15 |
| 154:13 155:4 | 178:1,4,7,10,16 | 208:8,11,17,23 | **mcconkie**   4:17 |
| 155:14,22,25 | 178:23 179:4,8 | 209:4,7,10,15 | 74:1 |

**mcdonough**
28:16,19 163:5
**mckinley** 94:6
**mckinney**
71:23 87:1,10
88:1
**mean** 20:1
50:23 53:11
94:9 108:9
122:13,19
138:2 155:4
170:17 173:16
173:17 199:11
206:18,19
210:8,9 214:4
220:5,24
**meaning** 75:22
**meet** 46:21
47:13 104:22
**meeting** 229:9
**meets** 52:25
99:25
**members** 7:19
228:19
**memory** 168:5
**men** 199:19
**mendolera** 4:20
78:12,13,17,22
79:6 90:14,18
101:23 102:2
102:20,23
103:2,8,11,18
105:21,21
106:1 197:4,4
197:10 198:23

198:23 199:1,5
214:20,20,24
215:4 222:6,6
**mention** 204:9
**mentioned** 11:5
11:14 12:21
27:23 195:2
**merchandise**
125:1
**mesquite** 72:20
159:19
**message** 12:19
116:10
**metairie** 40:6
**metlife** 3:12
34:4
**metropolitan**
48:17
**mexico** 51:16
63:8,15 95:24
**miami** 34:13
46:8 181:2
196:1,11 224:5
225:14
**mic** 36:9
**michael** 2:9 3:6
4:23,24 6:3
7:17 31:23
82:16,18,20
83:19 84:2
85:8 91:9
133:3,7 136:6
154:1 191:3
204:13 211:25
215:12

**michael's**
115:14 157:8
212:12 228:2
**michaels** 91:7
94:15 103:25
104:1,6 106:13
106:14,16
113:25 114:3
115:23,25
116:4,12,18
117:1,10,16,20
117:25 118:3
118:10 131:12
132:8,12,16,20
132:24 133:11
133:16,24
134:7,16 135:2
135:9,12,15,18
136:1,4,9,12,15
136:18,21,25
137:3,5,11
138:3,16 139:5
139:6,17
140:17 151:6
151:14,21
152:4,8,12,19
152:23 153:7
153:11,15
154:5,9,13,18
155:2,19 156:8
156:10,15,25
157:11 158:4,6
158:11 159:7,9
159:14 211:22
212:9,10,16,24

213:13,17,23
213:24 217:25
227:18,20,21
228:11,20
**michigan** 41:8
41:8 62:20
107:11
**micro** 5:10
112:4,6,8,20
**microphone**
102:7
**middle** 144:1
**middletown**
4:2 44:22
**midland** 181:9
203:14 204:6
208:13,14
227:10
**midlothian**
180:18 193:1,2
223:19
**mike** 1:7 2:3
7:15 11:17,21
28:2 34:22,25
35:4 43:18
48:2 50:25
52:17 53:10,17
57:16 58:1,7
65:11,11 66:5
70:14 73:11,11
76:4,6 77:23
81:8 84:19,20
86:13 88:8,24
89:9 92:3
94:13 97:22

**[mike - moving]**                                      Page 42

| | | | |
|---|---|---|---|
| 103:8 104:11 | **million** 31:20 | **miracle** 224:23 | **monthly** 74:23 |
| 107:1 114:5 | 31:21 32:4 | 224:24 225:3 | **months** 168:5 |
| 115:18 116:4,5 | 153:14 154:4 | **missed** 70:21 | **moorehead** |
| 116:14,20 | 154:16,18 | **mississippi** | 181:7 |
| 117:12 118:2 | 190:3,6,15,19 | 78:11,24,25 | **morehead** |
| 126:24 128:12 | 196:4 200:25 | 180:21 193:12 | 204:12 226:20 |
| 129:4,12,16 | 203:15 206:21 | 193:13 223:23 | **morning** 24:15 |
| 130:8,13,25 | 206:24 207:1 | **missouri** 108:5 | 25:25 26:2,3 |
| 131:18,23 | 213:9 218:18 | 108:9,25 112:2 | 28:2,21 32:1,2 |
| 133:13,23 | 218:20,23 | **mistake** 106:24 | 32:14,15 40:8 |
| 134:1,3,18 | 219:5 221:7,10 | **moderated** 1:7 | 55:19,22,23 |
| 137:17 142:5 | 221:10,21,25 | **moderating** | 89:11,16 99:11 |
| 145:8 147:14 | 222:17 | 9:10 | 158:12 159:11 |
| 150:19 151:9 | **milnamow** 4:19 | **modify** 171:8 | **mound** 5:19 |
| 151:16,23 | 77:23,24 78:3 | **molly** 231:2,15 | 131:8,9,19 |
| 153:17 155:1 | 78:6 | **moment** 11:3 | 133:17 134:6 |
| 155:18 166:14 | **mind** 87:13 | 52:21 56:18 | 134:10 135:21 |
| 168:9 169:3 | **mine** 39:2 | 68:22 101:12 | **mount** 58:3,6,9 |
| 170:11,23 | 41:11,21 | 114:8 127:19 | **move** 10:7,9 |
| 172:25 181:18 | **minimum** | 128:5,23 | 21:1 24:25 |
| 182:23 183:7 | 12:17 13:24 | 168:24 | 26:17 27:22 |
| 185:24 187:1 | 61:21 68:1 | **momentum** | 44:7 68:7 |
| 187:15 188:19 | 95:12 99:25 | 27:6 | 91:10 93:23 |
| 189:6 193:23 | 104:23 114:15 | **monday** 1:8 | 101:15 117:2 |
| 194:5,22 | 114:17,24 | **money** 57:23 | 127:8 131:6 |
| 197:15 199:22 | 155:10 187:4 | 114:3 117:3 | 138:15 167:25 |
| 204:13 205:6 | **minor** 85:20 | 139:16 211:15 | 179:20 193:20 |
| 206:9 211:2 | **minute** 114:21 | **monk** 4:25 | 196:9 |
| 212:15 215:23 | 166:17 172:13 | 91:19 92:7,12 | **moving** 73:17 |
| 216:4 218:4 | 172:14,24 | 93:4 | 73:23 95:22 |
| 219:6 222:6 | 173:18 | **monroe** 101:23 | 108:4 118:13 |
| 228:10 | **minutes** 50:17 | **monsanto** 1:20 | 122:8 123:17 |
| **mill** 37:8 | 56:20 60:24 | **month** 74:23,24 | 129:23 154:21 |
| **millennia** | 61:2 143:12,13 | 185:14 | 206:12 |
| 137:25 138:18 | 145:15 155:21 | | |

**mp** 59:22
**multiple** 11:7
  31:7
**mute** 102:16
  119:23 188:6
  194:5

**n**

**n** 2:1 3:1 4:1
  5:1 6:1 7:1
  105:4
**name** 7:2 12:20
  16:22 30:1
  54:18 55:6,8
  55:10 92:5
  105:2,3 108:23
  203:23
**naples** 34:19
  51:2,8
**napolitano** 3:2
  24:15,16,24
  25:5,9,12,19,22
**nashua** 42:4
  43:4 59:25
  180:21 193:14
  193:15 223:23
**natural** 6:6
  215:20 228:4
**nazar** 3:19
  39:14,15,21,23
  40:3 43:18,20
  43:20,23 44:6
  44:10
**near** 13:25 14:2
**necessarily**
  198:3

**necessary**
  13:11,17 146:4
  186:2,4
**need** 22:10
  28:11 29:6,7
  33:3 39:5,16
  41:16 49:8,14
  61:1 71:13
  81:19 110:7
  114:7 118:24
  131:1 142:6
  147:1 158:16
  167:1 170:14
  183:21 190:10
  200:25 218:21
**needed** 125:3
  146:1 208:18
**needs** 11:9 85:7
  110:2
**negotiate** 12:1
**neither** 230:11
  231:7
**net** 74:12
  178:11
**netted** 157:21
**nevada** 154:22
  154:22 156:24
  157:5
**new** 1:15 3:25
  4:2,18 7:7
  16:15,17 17:6
  30:9,9 34:4
  41:23 42:4,16
  42:22 43:4
  44:12,22 45:5

45:16 51:13,16
  58:24 59:25
  63:7,15 77:4,5
  77:17 95:24
  122:24 123:18
  123:19,23
  129:18 161:13
  164:1 180:13
  180:14,15,16
  180:21 181:8
  192:7,8,9,10,15
  192:17,22,23
  193:14,15
  206:10 211:4
  223:14,14,16
  223:18,23
  226:25 230:21
**news** 46:10,11
  105:23 138:15
**nice** 90:24
  104:3 119:11
**nickname**
  128:16,19
**night** 17:22
**nobel** 146:22
**noble** 5:4 95:7
  95:15,23 96:8
  97:5 140:3
  141:11,13,21
  142:3 143:3
  144:7,8 146:19
  147:4,7 155:22
  156:9,17
  164:19 165:5
  177:10,20

178:18 179:14
  209:15,20
  227:13
**noble's** 141:18
**non** 16:13
**nope** 102:14
  123:11 136:23
  212:15
**north** 31:4,13
  41:19,19 64:4
  141:23 143:2
  143:25 144:2,5
  144:10 163:11
  164:22 181:6,7
  181:10 194:24
  202:24 203:2
  211:1,20 212:4
  212:12 226:15
  226:20 227:14
**nos** 8:5
**notary** 230:20
**note** 9:15
**noted** 205:23
**notice** 8:5,11
  8:14 15:7,21
  15:22 70:4
  100:4,12
**noticed** 17:21
**notices** 11:15
**notified** 17:20
**notifying** 15:8
**np** 3:23 43:6
**npp** 5:22
  144:23

**[number - okay]** Page 44

**number** 8:15
9:16 11:1
16:17 17:6,13
18:11 22:3
81:22 98:4
101:2,2 107:19
115:1 126:23
149:19 164:20
168:6,25
171:11 176:7
177:17 179:23
183:10,14
184:5 196:5
209:18
**numbers** 98:3
148:24 167:24
170:5 180:7
190:1
**ny** 1:15

**o**

**o** 7:1
**o'clock** 228:9
**oaks** 163:14
**object** 183:12
198:8,21
204:23 207:12
207:15 208:9
210:9,24 219:2
**objection** 17:19
126:4 172:13
197:17 198:14
205:9
**objections** 16:3
16:9 211:5
214:14 216:12

**observing**
40:25
**obvious** 198:9
205:10
**obviously** 14:9
24:8 85:18
88:13 138:2
139:1 158:12
**ocean** 5:18
123:22 124:21
128:14 129:5
129:21
**oceanside**
24:14 180:14
192:9,10
223:14
**offense** 210:9
**offer** 8:22
10:16 12:4,15
14:23 17:2
19:15 20:19
21:7 22:8,18
24:9 26:10
28:8 37:3,13
37:16 40:22
47:1 48:1
49:21 51:3
52:22,22 57:20
57:20 58:15,17
59:5,12 61:14
70:19,23,25
75:17,24 76:4
76:23 77:20
80:2,9,12 84:3
84:5,7,9 85:12

85:15 87:3,17
92:13 102:25
110:5 118:18
119:5 141:21
144:18 146:13
146:20 148:5,9
148:12,13,20
158:5 159:10
166:13 179:6
182:16 207:20
207:21 209:12
210:5 213:18
213:22 214:10
218:22 219:5
**offered** 59:23
122:15 170:23
207:22
**offering** 122:12
**offers** 190:6
192:11 223:5
**officer** 2:14,15
2:16 7:21,21
7:22 230:1,2
**oh** 42:7 45:15
52:1 59:21
66:21 77:17
82:14 92:8
97:17 103:9,22
104:16 105:23
110:16 114:17
115:8 119:16
121:13,15
130:14 135:24
172:4 174:8
176:3 184:17

188:11 194:23
201:9,16
208:17,17
212:18 214:22
**ohio** 52:8,9
82:13 83:6
130:2,3 166:3
166:8 168:17
169:20,25
185:3 189:2,13
189:19,24
**okay** 11:5 16:8
16:21 17:4,23
18:6 19:13,20
20:6,9,16 21:1
21:12 22:12,23
23:1,5,11,20,25
24:8,12,18
25:2,4,5,19,22
26:11 27:5,8
27:15,21 28:7
29:18 30:5,6
31:2,11 32:3
32:10,21 34:9
34:18 35:11
36:20,24 37:10
37:18 38:2,6
38:11,24 39:9
39:17 40:5,11
40:21 41:2,6
41:15 42:2,15
43:3,17 44:6,8
44:20,25 45:4
45:8,15 46:2
46:13,17 47:21

**[okay - open]**                                                    Page 45

| | | | |
|---|---|---|---|
| 48:10,15 49:12 | 98:12,22 99:1 | 151:1 154:15 | 206:4,7 207:3 |
| 50:23 51:9,9 | 99:5,9 100:11 | 155:14 156:4 | 207:8,16,24 |
| 51:20,24 52:14 | 100:14,19 | 156:16,23 | 208:8,11 |
| 53:10,14,18 | 101:14 102:14 | 157:15 158:2 | 209:21 210:15 |
| 54:4,20 55:12 | 102:18,24 | 158:18 159:4,8 | 210:15,18,21 |
| 55:16 56:24 | 103:6 105:13 | 159:16 160:3,8 | 212:8,18,23 |
| 57:6 58:2,18 | 105:15,16 | 161:9,19 | 213:1,16,24 |
| 58:24 59:3,8 | 106:6 107:21 | 162:11,15 | 214:2,18 215:9 |
| 59:10,21 60:3 | 108:19,20 | 164:13 166:16 | 217:2 218:9,12 |
| 60:7,20 61:8 | 109:17,24 | 166:23 168:8 | 218:14 220:15 |
| 61:19 62:24 | 110:20,21 | 168:13,22 | 220:20 222:5 |
| 63:6 65:5,7,10 | 111:1,2,4,18,22 | 169:10,23 | 222:21 224:1 |
| 65:22 66:16,24 | 112:9,19 113:1 | 170:3,10,17 | 225:7,11 229:6 |
| 67:23,25 68:13 | 114:2 115:22 | 171:2,10,23 | **oklahoma** 81:7 |
| 68:23 69:7,13 | 116:9 118:4,16 | 172:1,11,15,21 | 82:3 181:11 |
| 70:15 71:15 | 119:4 120:9,10 | 173:10 174:4 | 203:13,17 |
| 72:15,17 73:23 | 121:8,18,21 | 174:12 175:24 | 212:22 227:16 |
| 75:6 76:8,18 | 122:11,17 | 176:13,16 | **old** 58:23 |
| 77:3,4,14 78:1 | 123:12 124:3 | 177:2,21 179:8 | **ollie** 214:5 |
| 78:7,9,25 79:8 | 125:2,15 126:4 | 179:10,19 | **ollie's** 5:2 93:10 |
| 79:14,24 80:8 | 126:13,19,25 | 182:11 183:17 | 93:11,13 94:8 |
| 80:16,20 81:1 | 127:6,16,17,25 | 184:13,17,20 | 94:12 108:7,8 |
| 81:23 82:1,7 | 128:11 129:3 | 184:22 185:16 | 108:20 112:2 |
| 82:19,24 83:22 | 129:11,13,17 | 185:17 186:12 | 212:3,23 213:1 |
| 84:8 85:13,23 | 130:14,18 | 189:1,12,18,25 | 226:16,17 |
| 86:6,10,17,24 | 131:3,11 132:4 | 191:1,7,12 | 227:11,17,23 |
| 87:20 88:4 | 132:7 134:5 | 193:20 194:4,9 | **once** 14:8 92:22 |
| 89:4,7,12 90:5 | 135:24 137:9 | 194:12,13,16 | 184:5 202:19 |
| 90:8,20 91:6 | 138:1,21 139:8 | 194:19 195:7 | **one's** 52:2 |
| 91:11,13,17 | 140:5,12,21 | 195:10,19 | 171:17 |
| 92:8 93:2,6 | 141:8 142:23 | 196:8,16 197:3 | **ones** 46:6 |
| 94:5,8,21,24 | 145:16,18 | 197:12 198:18 | 147:11 173:18 |
| 95:11,15,18 | 146:2 147:7,20 | 199:7 201:18 | 196:5 218:16 |
| 96:8,19,25 | 148:7,22 149:1 | 202:21 203:9 | **open** 15:11 |
| 97:11,17 98:11 | 149:6,15 150:3 | 204:7,19 205:5 | 124:19 177:3 |

**[opened - passed]** Page 46

opened 115:16
opening 12:16
operating 5:3
94:2
opportunity
12:24 14:19
18:8 28:15
49:20 177:5
207:12 210:12
opposed 187:11
option 21:15
50:24 140:10
140:11,12
options 138:20
order 8:1,2
10:3 11:24
16:10 29:2
45:22 60:12
65:21 148:10
205:20
orders 85:5
oregon 52:15
53:20 54:8
original 150:4
originally
144:14 171:7
orlando 35:17
64:15 181:3
196:13,14,16
216:9 225:15
outbid 212:10
outcome
230:16 231:12
outset 9:15

outside 109:22
209:3
overbid 14:19
overbidding
166:4 176:22
owing 27:2
own 76:1 98:3
owner 172:14

**p**

p 2:1,1 3:1,1
4:1,1 5:1,1 6:1
6:1 7:1
p.m. 16:1
229:10
pa 4:7,8 55:18
55:18 56:9,25
57:1
package 170:22
174:2 176:25
179:21 180:3,3
180:4 182:6,9
182:9,19,24
183:5 184:19
184:24 190:1,2
190:3,17
191:11 193:21
197:9,19,20
198:2,4 199:16
203:7,10,17
204:2,4,8,23
205:2 208:16
209:5,6 210:7
210:11,20
211:18 212:3
212:24 213:3,5

215:1,18 217:4
217:8 218:6,18
218:25 219:22
220:5,9,10
222:8,23
226:18 227:11
227:17,23
pad 147:12
159:21
paid 87:5 158:1
167:14,15
186:5
palm 25:23
181:5 199:20
199:20 202:14
208:19 215:25
226:9
panama 181:3
196:18 214:25
215:1,3 225:22
pardon 158:14
park 2:13 7:19
153:2,3
parlin 5:12
119:1 120:8
121:10 122:15
part 25:13 31:3
48:3,4 79:21
170:22 172:3
174:2 190:12
197:9 208:15
212:23 227:11
227:16
participate
11:11

participation
10:15 228:8
particular 14:5
18:9 155:10
parties 8:24
10:2 11:1
13:20 14:16
15:8 49:9 50:5
61:16 84:24
85:22 101:20
221:12 228:19
230:12,14
231:8,11
partners 1:7
2:19 3:19 5:17
7:13 9:10
11:22 17:16
39:15 43:21
124:1
partnership
3:15 35:6
parts 182:22
183:3,6 190:11
194:20 199:24
201:8 207:1,2
218:19
party 10:11
11:8 14:20
16:4,7
party's 10:15
paso 30:14
pass 56:20
168:22 202:19
passed 46:7
61:10 145:14

**past** 185:7
**path** 10:8
**patient** 101:9
  101:11
**patrick** 4:12
  67:5 85:10
  88:8
**patton** 61:24
**pause** 137:14
**pavilion** 166:3
**pay** 18:16
  23:13 25:17
  33:20 55:14
  75:13,17,21
  76:23 78:20
  79:21 81:19
  96:9,24 109:19
  178:25 186:3,4
  205:3,3,19,23
  211:16
**paying** 109:20
  138:18 205:22
**payment** 25:1
  127:9
**payne** 5:21
  138:9,11
**peachtree**
  38:13,14,17,18
**pembroke**
  105:19 106:4,8
**pending** 7:5
**pennsylvania**
  63:22 65:13,24
**pensacola**
  180:12 192:2,3

223:12
**people** 11:7
  47:2 85:4
  117:4 119:24
  122:9 156:7
  190:7 206:18
**perfect** 42:12
  174:4
**perfectly** 75:3
  122:18
**performance**
  211:12
**period** 185:15
**perpetuity**
  152:2
**person** 9:8,9
  107:17 122:6
  124:5
**pertaining**
  124:22
**pertains** 173:19
**petersburg**
  101:20 103:1
  103:14
**petition** 19:1
  19:17 20:20,21
  22:20,21,22
  23:13,14,21
  24:2,21 26:6,8
  27:1,1 28:9,10
  32:18 33:20
  39:6 42:24
  43:13,13 44:17
  45:21,23 46:22
  49:4 51:4,14

52:23,24 53:25
  54:1,15 55:14
  60:4 67:15
  68:4 72:11,12
  72:14 74:14,21
  74:22 78:18
  85:19 87:2,3
  87:15,16
  124:23 148:13
  148:14,19
  149:3,3,4,7,11
  149:13 150:1
  155:6,7 157:22
  158:1 171:22
  174:14 178:4,6
  185:4,6
**petitions**
  171:14
**pga** 4:22 81:9
  82:4,5
**ph** 3:4,6,17,24
  4:5 5:9,15 26:1
  27:9 31:24
  36:18 44:14
  53:21 98:12
  111:6 113:15
  114:5 121:16
**phase** 8:7 17:20
  25:13 37:20,24
  40:15 41:1,3
  56:6 61:18
  62:22,23 63:10
  63:17,25 64:6
  64:18 65:1
  69:12 70:5

160:1,12,20
  161:2 170:20
  170:21
**phillip** 2:19
  17:15
**phone** 14:2,3
  16:19 19:4
  20:11 27:17
  28:18,19 31:22
  35:18 73:22
  79:11 91:20
  95:5 104:24
  107:15 112:5
  131:11 173:3
  195:16,18
  220:1,6 228:20
**phone's** 68:24
**phones** 119:25
**picking** 180:4
**pickle** 5:24
  194:7 202:2,4
  202:7,8,9
  223:11
**piece** 33:21
**pines** 105:19
  106:5,8
**piper** 3:14 35:5
  51:1 57:17
  58:6 97:23
**place** 3:19
  12:14 13:14,16
  15:25 39:15
  43:21 66:8,10
  94:7 97:15
  158:9 203:4

**[place - powers]**                                                    Page 48

| | | | |
|---|---|---|---|
| 204:20 211:4,7 | 45:21 46:22 | **polish** 192:15 | 157:22 158:1 |
| 229:1 | 49:5,6 51:4,14 | 192:17 | **potential** 9:17 |
| **placed** 70:2 | 53:25 54:15 | **portfolio** | **potentially** |
| 196:3 | 59:23 60:5 | 172:22 | 85:21 99:2 |
| **places** 159:17 | 65:14 67:16 | **portion** 109:11 | **power** 115:25 |
| **plan** 68:9 75:21 | 68:4 74:14,22 | **portland** 96:13 | **powers** 4:23 |
| 83:11 156:6,7 | 74:24 78:18,21 | 97:3 | 82:17,17,21,21 |
| 188:7 | 79:1 80:4,17 | **portno** 5:18 | 82:23 84:2,2,6 |
| **plano** 72:25 | 86:2 89:3 | 124:7,9,14,16 | 84:12,19 88:24 |
| 73:13 | 90:19 97:13 | 124:16,19 | 88:24 89:2,6 |
| **playing** 85:25 | 99:6 102:22 | 125:6,9,13,16 | 89:23 90:3 |
| **plaza** 63:15 | 120:20 125:5,9 | 126:10,24 | 91:5,9,12,14 |
| 159:19 162:16 | 125:23 126:10 | 127:12,16 | 94:13,15,15,20 |
| 162:22 165:14 | 126:17 127:5 | 128:1,12,17 | 94:23,25 104:1 |
| 165:22 | 147:5,5 148:5 | 129:4,12,15 | 104:1,5,11,13 |
| **pleasant** 26:13 | 148:9,17 149:2 | **position** 38:7 | 104:18 106:15 |
| 58:3,6,10 | 149:7 157:18 | 205:23 218:20 | 106:16,21 |
| 91:17,18 | 174:14 176:8 | 221:3,3 | 107:1,4 113:25 |
| **please** 12:12 | 194:11,14 | **possession** | 113:25 114:2,7 |
| 13:25 14:2,7 | 199:14 200:21 | 171:7 | 115:25 116:3,4 |
| 15:23 16:7,21 | 201:6 207:24 | **possible** 13:20 | 116:12,12,18 |
| 38:1 54:17 | 208:5,6 215:2 | 16:12,12 | 116:18 117:1,1 |
| 55:5 68:22 | 217:12 | **post** 15:7 19:1 | 117:10,10,16 |
| 92:4 99:19 | **plymouth** | 20:21 22:21,22 | 117:16,20,20 |
| 101:13 114:21 | 181:9 208:25 | 23:14,21,24 | 117:25,25 |
| 119:22 127:20 | 209:1,11 | 24:3,5,23 26:8 | 131:11,12,12 |
| 128:6 144:20 | 227:12 | 27:1 28:10 | 131:16 132:8,8 |
| 166:18 168:1 | **podium** 11:16 | 39:7 43:13 | 132:12,12,16 |
| 170:16 188:6 | **point** 8:13,19 | 45:23 52:24 | 132:20,20,24 |
| 193:25 202:20 | 9:25 14:23 | 54:1 72:11,12 | 132:24 133:3,3 |
| 204:15 | 20:4 50:16 | 72:14 74:22 | 133:7,7,11,11 |
| **plus** 20:20 | 66:7 180:3 | 85:18 87:3,16 | 133:24,24 |
| 22:20 23:16 | 190:14 197:21 | 148:14,19 | 134:16,16 |
| 26:7 32:18 | 197:22 211:8 | 149:11,13 | 135:3,9,9,12,15 |
| 39:7 44:17 | | 150:1 155:6 | 135:18 136:1,1 |

**[powers - property]**                                            Page 49

136:4,6,6,9,9
136:12,15,18
136:21,25
137:3,11 139:7
140:17,17,21
151:6,6,14,14
151:21,21
152:4,4,8,8,12
152:12,16,23
152:23 153:2,7
153:7,11,11,15
153:15 154:1,1
154:5,5,9,9,13
155:1,1,18,18
157:10,10,14
158:6,6 211:22
211:22,25,25
212:15,16,20
212:25 213:13
213:13,19
214:1,3,7
215:12,12
227:20,21
228:10,11,13
228:16 229:3,5
**pre** 19:17 20:20
22:20 23:13,21
23:22,24 24:2
24:4,21 26:6
27:1 28:9
32:18 33:20
39:6,7 42:24
43:13 44:17
45:21 46:22
49:4 51:4,14

52:23 53:25
54:15 55:14
60:4 67:15
68:4 74:14,21
78:18 85:18
87:2,15 148:13
149:3,3,4,7
150:1 155:7
171:14,22
174:14 178:4,6
185:4,6 216:19
**preference** 83:4
**premature**
197:21
**premises**
124:25 145:22
211:13
**prepare** 215:24
**prepared** 19:18
21:11 22:24
24:25 26:9
35:10 52:21
78:16,17 80:9
85:16 91:8
109:10 113:24
205:16,19
231:3
**present** 10:11
19:4 20:11
**press** 12:7
**pressure**
142:16
**pretty** 52:19
107:19,20
119:24 122:8

131:24 134:23
228:9
**prevail** 47:6
**prevailing**
14:20 16:1
**previously** 11:5
46:7 200:14
214:25 217:12
**price** 10:13
18:13,24 22:15
37:23 68:1
83:13 95:12
96:20 104:23
120:5 168:14
180:3 183:6
221:14 228:25
**prices** 190:18
**primary** 83:8
**prior** 64:18,25
126:17 160:12
160:19 161:2
205:18 230:5
**pro** 82:6,8
**probably** 50:12
50:21 98:2
110:17 168:25
173:5 218:7
**problem** 75:3
**procedural** 7:9
13:10
**procedures**
7:24 8:1 10:2
12:25 13:2,3
13:14 16:3,6
205:9

**proceeding**
231:4
**proceedings**
7:5 9:3 230:3,5
230:6,9 231:6
**proceeds** 186:1
186:2,5
**process** 8:8
10:5 11:9
17:19 41:1
198:10,14,15
204:23 208:10
210:24
**proctor** 34:4
**prohibit** 124:24
**prohibited**
172:10 207:6
**proper** 211:7
**properly**
184:11
**properties** 3:17
14:12 18:16
20:7 28:25
29:4,5 36:19
39:24 40:20
52:5 88:14
111:6 119:23
142:9
**property** 5:8
18:2,15,19
19:10,22 20:2
21:14 25:3
31:18 32:5
37:16,25 38:3
38:4,8 40:14

**[property - raise]** Page 50

51:15 55:2
56:5,12 57:19
57:21 66:1
87:5,18 90:23
92:14 96:12
97:6 103:17
104:9,25
105:10 110:11
112:16,24
118:12 119:22
123:16 124:4
129:23 134:10
146:8 149:20
157:2 159:13
205:17 225:5
228:18 229:2
**proposal** 24:2
26:5 44:17
45:21
**proposed** 10:17
37:22
**proposing** 49:1
109:13
**prorated**
148:17
**prorating**
100:20
**prospective**
98:10
**prospects**
12:10
**protect** 109:22
**protecting** 99:3
**provide** 125:22

**provided** 13:12
18:13 183:12
**public** 98:24
219:18 230:20
**publicized** 12:6
**puerto** 180:15
192:12,13
223:15
**pulled** 46:23
198:1 199:15
205:1 211:18
**purchase** 15:20
18:13 83:13
**purchaser**
98:10
**pure** 89:21
**purpose** 29:15
**purposes** 7:9
15:18 61:12
145:3,21
**pursuant** 7:24
11:24
**pursuing**
221:25
**push** 50:10
62:7
**pushing** 88:11
144:14
**put** 84:22 89:9
90:3 119:22
146:4 148:25
183:8,14 184:6
188:6 194:10
197:11 198:15
204:1,2 209:17

211:15 214:10
222:9 225:13
**putting** 211:12
214:17

**q**

**qualified** 8:13
9:19 10:16
11:10 12:11
13:1,6,9 14:10
14:18,22,24,25
15:3,10 18:16
19:3 20:11
21:6 27:25
28:17 35:18
70:19 77:19,20
79:18 94:10
95:4,5,9 99:2,3
104:23 107:12
113:19,24
118:17 134:15
139:24 141:25
146:12 150:16
151:4 155:23
157:5 186:20
196:15 197:5
200:19,21
201:2,5 205:12
214:9 230:7
**qualifying**
144:17 224:18
**quashing**
198:10,15
**question** 46:19
48:24 69:25
75:20 76:1

84:21 137:18
161:22 172:25
173:22 197:18
206:16 217:9
218:4,10 219:7
219:21
**question's**
89:18
**questions** 9:20
9:21 13:2,5
16:2
**quick** 8:13,19
48:24 84:21
88:20 93:23
133:14,20
142:19
**quickly** 14:1
16:12 110:12
138:14
**quite** 74:7

**r**

**r** 2:1 3:1 4:1 5:1
6:1 7:1 134:23
**rabinowitz** 6:4
205:7
**rachel** 4:14
69:19 214:12
**radasevich** 4:8
56:11,16,17,23
65:11,12,20
66:2
**raise** 28:8
109:10 207:23
213:8

**ran** 217:4
**ranch** 45:16
**rapid** 181:12
  181:16,17
  215:16,17
  228:3
**rate** 99:8
**raton** 113:14
  113:15,16
  118:6,8
**raymore's** 27:9
**raymour** 4:19
  77:24
**reach** 11:13
  50:22
**read** 29:4 30:4
  173:18
**ready** 22:2,13
  29:1 42:8
  103:5 115:2
  184:24
**real** 7:13 11:23
  30:12 33:21
  99:2 138:3
  198:10
**really** 75:15
  82:5 101:24
  110:4 184:10
  192:17 209:4
  210:12 216:10
**realty** 1:7 2:3,4
  2:5 3:5 7:13
  9:10 11:22
  28:6,8 29:5
  142:6 161:11

165:21
**reason** 102:7
  109:21
**reasonable**
  14:15,18
**reasonably**
  13:11
**reasons** 204:24
**recall** 94:17
**recap** 142:18
**receive** 155:6
**received** 12:8
  12:10 217:12
  221:20
**recent** 70:3
**recess** 50:14
  60:24
**recognizing**
  9:11
**reconcile**
  195:23
**reconciliation**
  101:3
**reconsidered**
  144:16
**record** 9:4 16:8
  34:24 35:12
  45:14 61:7
  70:23 83:2
  89:9 90:4 92:5
  112:14 126:18
  143:16 144:21
  146:4 166:14
  167:18 183:8
  184:21 185:24

191:12 198:16
204:22 217:1
218:13 219:1
219:18 222:9
225:13 230:9
231:5
**recorded** 9:4
230:6
**recording**
222:8 230:8
231:4
**records** 91:7
**red** 124:21
125:14 126:11
**redlands** 95:2
95:21
**reduce** 221:7,9
**reduced** 220:17
220:17,21,23
221:4 230:7
**reduction**
221:14
**reed** 5:16
123:25 124:3
125:18 127:2,7
127:18 128:4
129:7
**reflect** 13:4
16:8 191:12
**regarding** 16:2
61:21
**regardless**
178:13
**regency** 33:9

**reiterate**
197:17 198:14
214:14
**reiterated**
214:16
**reject** 84:18
**rejected** 58:13
58:14
**rejecting** 75:6
75:22
**rejections**
88:14,15
**related** 11:1
17:19 230:11
231:7
**relative** 230:13
231:10
**release** 12:7
190:14,17
194:18 196:6
205:20 218:5
**released** 20:5
198:6
**remain** 50:8
**remember**
15:23 217:16
**remind** 10:21
169:11 177:9
208:18
**reminder** 13:6
**reminding**
103:10
**removed**
221:15

**[removing - revert]**                                                    Page 52

| | | | |
|---|---|---|---|
| **removing** | 56:17 68:17 | **reserves** 62:21 | **rest** 210:9 |
| 71:20 | 98:5 124:2 | 63:17,24 64:5 | **restate** 99:21 |
| **rent** 19:1 23:14 | 146:16 225:3 | 64:17,25 160:1 | **restoration** |
| 25:18 28:10 | **representative** | 160:19 161:1 | 145:22 146:1 |
| 43:14 45:23 | 12:23 | 207:14 | **restrictions** |
| 54:1 74:23 | **representatives** | **resolved** 110:3 | 124:24 126:3 |
| 75:21 85:17 | 186:20 | **respect** 8:3,20 | **restructuring** |
| 86:2 87:5,7,19 | **represented** | 10:19 14:4 | 2:15 7:21 |
| 100:7,21 | 7:14,18 | 17:6 18:2,14 | **result** 12:25 |
| 109:19,20 | **representing** | 32:5 36:3 | 62:4 219:14 |
| 114:19 144:24 | 3:12 4:6,7,22 | 65:25 71:3 | **results** 92:13 |
| 148:17 149:12 | 26:1 34:4 | 90:23 92:13 | 184:7 |
| 149:12,12 | 53:22 55:25 | 93:3 96:11 | **resume** 61:9 |
| 155:6 157:22 | 78:13 81:9 | 97:6 103:16 | 65:10 185:1,17 |
| 158:1 178:2 | 144:23 149:23 | 104:9 105:10 | **retail** 5:17 |
| **rents** 72:12 | 206:15 | 106:8 108:25 | 16:13 18:7 |
| **reopen** 220:18 | **represents** | 110:11 111:3 | 124:1 131:1 |
| 221:13,16 | 149:10 | 112:15,24 | 151:10,17,24 |
| **reopening** | **request** 29:10 | 118:8,12 | 152:10,14,21 |
| 221:5,8 | 205:1 | 123:16 129:22 | 153:5,9,13,24 |
| **repeat** 40:11 | **requested** | 134:9 139:15 | 154:3,7,8,11,12 |
| **reply** 45:19 | 56:19 62:3 | 144:11 146:8 | 166:15,22 |
| **report** 108:22 | 65:14 217:11 | 149:20 154:19 | 185:25 186:17 |
| 110:11 | **require** 211:5 | 157:1 159:13 | 186:21 187:7,9 |
| **reported** 1:20 | **required** 15:1 | 176:11 179:15 | 187:11,16,22 |
| **reporter** 9:2,5 | 15:10 | 189:23 222:13 | 187:23 188:14 |
| 54:18,21 | **requirement** | 228:18 229:1 | 188:20,20 |
| 108:23 109:3 | 145:22 | **respectful** | 189:7 |
| 152:17 188:4 | **reserve** 9:12 | 103:5 | **retailer's** 107:7 |
| 191:2 203:23 | 17:18 18:2 | **respond** 11:3 | **retained** 11:23 |
| 203:25 | 22:15 63:9 | 174:7 | **retract** 213:6 |
| **represent** 19:7 | 69:14 160:11 | **responding** | **reverse** 26:7 |
| 19:10 32:25 | 172:9 198:21 | 174:7 | **revert** 61:9 |
| 33:8 44:24 | 207:5 219:2 | **response** 52:6,7 | 189:25 |
| 54:24 55:9,11 | | | |

**review** 12:25 13:20 85:7
**reviewed** 125:18
**revision** 170:25
**revisit** 111:7 144:14 167:23 170:24
**rhyme** 102:6
**rich** 5:19 53:7 131:18,21 132:10,14,18 132:22 133:1,5 133:9,18
**richard** 4:4
**richards** 3:21 40:8,9
**richichi** 3:23 43:5,6,10,15 59:17,19,19,22 60:2,6
**rick** 133:21
**rico** 180:15 192:12,13 223:15
**ridge** 3:23 35:2 43:7 59:23
**ridgeport** 3:15 34:25 35:3,6
**right** 9:13 10:6 16:9 17:4,23 18:8 22:18 23:19 25:9,10 27:10 29:14 30:3 31:18

33:16 35:7,25 37:23 38:10 39:13 43:9,15 44:8 47:10 48:19 49:10,16 50:22 52:1 53:15 55:16 60:1,8 61:2 64:13 67:2 68:11 76:1,14 76:20,24 78:8 78:14 80:15 81:14,18 82:8 82:12 84:15,25 85:3,14 86:3,6 87:8 89:1 92:4 92:15 93:12,17 94:11 95:11 97:3 98:13,14 98:19,24 99:4 100:11 101:1 101:12,18 102:11 104:4 105:7 107:10 107:25 110:21 112:1,12 113:10,13,22 114:13 115:23 116:1 118:21 119:8,18,19 120:2,2,10,13 121:8,21 123:12,16 125:10 126:7,8 128:15 129:5

129:17 131:5,8 133:14,15 134:24,25 135:1,8,25 137:6 138:6,16 138:23 139:13 139:17,18,22 142:10,21,22 143:10,17,24 145:11,13,19 146:23 150:17 150:24 152:2 153:1,1 155:8 156:6,9,23 157:6 159:8,18 159:20,24 161:1 166:11 166:21 167:12 169:18 173:9 173:24 174:23 175:3 176:4,25 178:11,12 179:2,19 180:5 182:12 183:4 183:18 184:3 188:7 193:22 197:10 198:21 199:25 201:9,9 201:10 202:14 203:20,22 204:7,11,12 205:21 206:2 206:12 207:19 208:23 211:21 212:21 213:11

213:12 215:7,7 215:11 217:3 217:18 218:2,3 222:22,24
**rights** 17:18 18:3 40:25 62:21 63:9,17 63:24 64:6,17 64:25 65:15 89:10 160:1,11 160:19 172:9 207:5,14 219:2
**rise** 69:14
**river** 4:3 45:6,6 45:13,18,24 46:4 205:8
**riverhead** 180:15 192:15 192:17 223:16
**rivers** 165:8
**robbins** 191:18 191:19
**robert** 3:9 5:2 6:2 33:7 37:6 38:21 93:12 109:1,2 203:24
**robins** 180:10 223:8
**rock** 73:6 99:10 109:6,8 111:3
**rockwall** 181:11 214:8 215:2,7,9 227:24

rockwell
214:13
rogers 106:10
roglen 2:22
20:13,14,22,25
23:3,9,15,19,23
24:6,11 26:16
26:20,24 27:3
32:25 33:1,3
34:14,14 35:19
35:24 39:2,3,5
39:9 41:10,14
41:16,21,25
42:6,10,13,17
43:1 46:5,5,11
46:15,18 47:13
47:16,21 48:7
48:10,14 51:17
51:17,22 52:2
57:3,3,10,10
61:23,23 62:10
62:13,19,25
63:3,6,14,21
64:3,10,13,22
65:5,8 72:21
72:21 146:15
146:15 147:1
159:18,24
160:4,8,16
161:4,6,8
177:3,7,21
178:3,5,8,12
179:3 199:12
199:12 200:7
200:11 208:21

217:9,18
ron 5:11
115:18 116:5
116:14,20
117:5,12,22
130:25 151:9
151:16,23
152:1,6,10,14
152:21 153:5,9
153:13,24
154:3,7,11
167:1 185:24
188:13,19
189:6 199:22
217:11
rookwood
166:3
room 7:12
10:11 11:2
13:25 27:17
28:18 76:10
77:19 95:5
130:11,13
173:2 174:25
rooms 9:19,23
14:1
rosenfeld 3:12
34:3,4,7,12
48:16,16,21,23
49:5,12,15,18
50:1,8,19
ross 2:6 7:2
11:18,20 27:23
47:5 88:16
107:17 142:22

rosso 5:6 99:11
99:12,13,15,20
100:2,11,16,20
101:5,9,12,17
103:4 109:4,5
109:9,18 110:4
110:19,21
111:1
rothschild 3:7
3:8,8 32:13
71:25 86:13,14
86:21,25 87:10
87:14,21 88:4
88:7
round 18:9
36:25 73:6
176:15
rounds 13:17
13:19
row 29:17,19
roy 4:11 66:17
66:17,22 67:1
royal 3:23 43:6
59:22
rtc 68:17
rudy 4:8 56:16
65:12,16,23
rules 9:12
13:10,13
rumbling 79:11
run 25:17
143:21 147:13
179:22 183:19
222:22 223:2,3

running 60:11
225:13
rushing 103:4
ryan 5:5 97:9
98:16 196:20

**s**

s 2:1 3:1 4:1 5:1
6:1 7:1
sacramento
92:18 93:3
sadgwey 44:13
sadgwy 3:24
sale 7:24 8:1,8
9:16 10:2 12:3
12:6 13:23
15:21,24 17:19
20:19 27:23
46:25 47:3,5
47:12 48:5
53:13 62:9,17
78:9 81:3 83:9
92:1,22 94:19
95:19,22
105:11 108:2
126:6 134:13
140:1 141:22
144:6,11
155:15 157:3
186:5 192:7,20
197:24 198:1,7
198:21 207:12
219:17 220:11
sales 40:14
salt 73:24
150:5

**[sam - shocutt]**

**sam**  5:8 6:6
105:3,5 215:19
**san**  27:11,18,21
30:15 63:15
93:8 94:3
163:14 180:19
193:7,8 223:21
**sandy**  90:6
147:17 149:17
**santa**  95:24
112:2
**sarachan**  4:25
91:21 92:3,6,6
92:16,24 93:1
93:6
**sarah**  3:12 5:23
34:3 48:16,19
155:12,20
156:14 158:16
158:24 159:5
**sarasota**  181:4
197:13,16
225:24
**saturday**  17:22
**savannah**  2:21
145:12
**saving**  57:23,23
57:25 97:2
**saw**  100:17
184:7
**saying**  62:9
121:19 187:5
**sc**  4:14 69:20
**scandanavian**
5:20

**scandinavian**
134:19 135:2
135:11,14,17
135:20 136:5,8
136:11,14,17
136:20,24
137:2,13,18
138:21 139:8
168:14 169:15
169:18,20,24
172:4,17,17
174:7,21 175:2
175:8,11,13,15
175:19 176:9
185:20 186:22
186:24 187:8
187:13,19,25
188:2,10,11,17
188:24,25
189:4,5,9,20
**scandinavian's**
175:21,22
**schedule**  8:11
**scheduled**  7:23
8:17
**schotz**  2:10
7:17 11:14
**schrader**  73:12
**scorecard**
105:19
**scott**  3:16 4:19
5:25 6:7 36:13
52:10,13 66:13
73:8 77:23
78:5 191:5,7

196:3 216:4
220:8 222:3,5
**screen**  115:15
**sec**  134:1
**secaucus**  16:15
16:17 17:6
**second**  14:25
18:18 19:23
20:2 21:15
76:11 84:19
107:17 121:10
121:11 122:4
137:14 167:13
168:1 172:2
173:1 174:25
175:3 185:11
186:3 216:5
**section**  170:18
**secure**  184:8
**security**  9:23
**see**  24:5,20
27:7 47:4
100:3,12 128:2
173:9 183:1
184:3 190:7,11
190:14 194:13
196:6 199:25
209:13 220:25
**seedforth**  4:5
53:21
**seek**  83:13
**seeking**  15:21
**seems**  102:6
114:18

**sees**  221:12
**select**  15:16
**selected**  10:18
13:9
**sell**  47:24 53:8
169:1
**selling**  99:2
**send**  12:19
116:10 138:7,9
**sending**  12:7
**senior**  11:21
**sense**  210:13
**sent**  12:8
**separate**  8:16
97:16
**serve**  15:1
**set**  8:6,10 16:5
20:20 23:13
24:3,22 26:7
28:9 45:22
53:25 54:15
124:21 125:13
**settled**  18:25
**several**  13:17
150:16
**shanahan**
222:2
**shared**  9:25
**sheet**  10:24
55:1 58:23
65:17 173:19
**shit**  139:15
**shocked**  113:8
**shocutt**  3:17
36:18

**[shoot - spahr]**                                                    Page 56

| | | | |
|---|---|---|---|
| **shoot** 135:24 | **signing** 10:23 | **slide** 170:25 | 104:16 115:10 |
| **shop** 9:9 38:20 | 53:16 | **sloman** 2:9 | 122:17 136:25 |
| 38:22 82:6,8 | **silence** 13:4 | 7:17 | 159:1 161:23 |
| **shopping** 61:25 | **silvertown** | **small** 212:3 | 172:4 173:5 |
| 160:24 211:14 | 86:15 | **smaller** 220:19 | 189:5 194:5 |
| **shops** 5:23 | **similar** 77:20 | **smart** 76:22 | 209:2,6 212:15 |
| 63:22 155:13 | **simple** 127:8 | **smiley** 4:14 | 212:18 225:16 |
| 165:14,21 | **sink** 4:17 73:25 | 69:19,19,24 | 226:14 |
| 177:8 | 73:25 74:7,11 | 70:9 71:2,6,10 | **sort** 214:14 |
| **short** 13:24 | 74:15,19 75:6 | 71:16 214:12 | **sound** 96:25 |
| 60:8 83:14,16 | 75:9,13,19 | 214:12 | **sounds** 79:6 |
| 182:18 184:14 | 76:6,9,14,18 | **smith** 5:16 | 80:19 172:23 |
| 184:18 | 77:1 147:18,18 | 123:25 | **south** 4:14 |
| **shortly** 40:4 | 147:25 148:10 | **sold** 210:20 | 30:10,11 57:7 |
| **show** 148:16 | 148:24 149:4,8 | 220:12 | 57:14 58:3,10 |
| 157:20 167:11 | 149:21,23 | **solely** 8:3 | 69:20 70:11 |
| **showed** 100:17 | 150:6,11 | **solimine** 2:23 | 78:11,24,25 |
| 168:18 | **sir** 20:4 30:13 | 21:9,9,16,18 | 96:13 97:3 |
| **shraiberg** 4:16 | 36:2 44:15 | **soloman** 93:25 | 160:9 162:16 |
| 73:2,2,11 | 53:6 55:5 | 94:5 | 162:22 165:15 |
| **shuker** 5:25 | 56:14 150:10 | **solomon** 5:3 | 165:22 181:13 |
| 190:25 191:5,5 | 187:3 | 94:2 | 181:17,17 |
| 196:2,3 201:2 | **sit** 19:21 60:21 | **somebody** | 215:16,17 |
| 201:5,9,14,16 | 80:11,11,15 | 20:11 25:15 | 228:3 |
| 201:18 216:4,4 | **site** 150:20 | 45:14 79:11 | **southfield** |
| 216:8 | 224:14 | 102:16 109:15 | 107:10 |
| **side** 76:25 | **situation** 23:12 | 139:25 141:25 | **southlake** |
| 110:9 173:9 | 83:1 | 205:24 218:22 | 30:16,17 |
| **signature** | **six** 168:5 | **somebody's** | **southwest** |
| 230:18 231:14 | 185:14 206:18 | 148:2 | 195:14,14 |
| **signed** 126:12 | 226:5 | **soon** 68:25 | **spa** 199:13 |
| 216:16,22 | **skills** 230:10 | 172:23 | **space** 109:23 |
| **significantly** | 231:6 | **sorry** 19:9 22:7 | 156:9 |
| 167:16 | **skip** 126:19 | 39:23 48:21 | **spahr** 2:22 |
| | | 99:20 103:9 | 20:14 33:1 |

34:15 39:3
51:18 57:4,11
61:24 72:22
146:16
**speak** 9:7,8
12:20 16:7
21:23 54:21,23
55:7 221:16
**speaker** 18:5
25:25 26:3,9
26:12 27:13,19
29:25 31:23
32:2,7 34:21
36:18,22 44:13
44:18 45:10
53:21 54:2,6
70:14 111:5,12
111:14,18,24
114:5,8,11,20
115:10 120:16
121:13,16
122:11,22
123:5 156:12
160:23 188:2
197:7 203:1
212:2,6,8,11
220:3
**speaking** 11:7
82:20 191:4
**specific** 148:12
**speedway**
163:20
**spencer** 2:24
21:22 22:5

**spending** 117:4
**spoken** 9:7
**spokesperson**
9:6 11:6
**spot** 115:3
**spreadsheet**
159:21
**springer** 5:19
131:18,19,22
131:25 132:5
132:10,10,14
132:14,16,18
132:18,22,22
133:1,1,5,5,9,9
133:13,18,18
133:22 134:1,3
**springfield**
108:5,9,25
111:4 112:2
**springs** 4:13
25:23 31:4
67:7 162:4
163:11 181:10
194:24 210:25
211:19 212:4
212:12 227:14
**square** 138:18
163:20
**st** 101:20 103:1
103:14 181:4
199:10,11,17
226:3
**staff** 4:16 73:3
**stafford** 180:19
193:5,6 223:20

**stalking** 209:3
209:5
**stand** 86:8
106:25 118:17
217:7
**standing**
214:16 216:10
**standpoint**
125:12
**stands** 75:17
76:4,23
**start** 12:18
16:9,13 61:24
105:18 139:2
143:14 161:12
170:15 190:20
210:10
**started** 224:7
228:8
**state** 5:18
16:21 18:11
22:3 54:17
55:5,8 66:11
70:23 86:18
92:5 105:1
123:22 124:16
124:21 128:13
128:14,15
129:5,21
144:21 179:24
190:2 230:21
**stated** 155:5
167:7 197:17
204:24 219:1
224:10

**statement**
126:2,17 152:2
**statements**
126:20
**states** 7:6
**stating** 12:20
**station** 160:9
180:10 191:21
191:22 223:9
**status** 13:22
228:14
**stay** 13:25 14:2
14:11 20:7
213:19
**staying** 213:15
213:21
**stepped** 175:4
**stick** 22:9 92:14
150:4 153:23
**sticking** 91:11
91:12 112:10
**stockton** 31:13
**stop** 134:4
**store** 4:18
18:10,20 19:23
22:3 31:21
32:10 41:12
43:21 46:7,9
46:13,15,18
48:20 51:2,5,7
51:12,15 56:2
56:3,4 58:8
59:20 60:11,14
61:13,25 62:19
63:7,14,21

**[store - successful]**                                        Page 58

| | | | |
|---|---|---|---|
| 64:3,16,23 | 184:24 185:2 | 209:10 211:23 | 125:20 126:11 |
| 65:12,17,20 | 190:1,4,18 | 212:1,16 213:6 | 126:15 127:3 |
| 66:7,8,10,18 | 194:25 196:3,5 | 213:14 215:12 | 127:12 128:8 |
| 69:1,9,21 70:1 | 198:13 199:13 | 218:1,5,18 | 128:25 129:8 |
| 70:8,9,10 | 205:20 212:22 | **storrs** 3:22 | 134:12 140:1 |
| 71:11,19 73:13 | 215:24 218:21 | 40:20 | 141:22 144:5 |
| 74:2 76:11 | 218:21 226:18 | **story** 184:4 | 144:10 151:10 |
| 77:16 82:3 | **stores** 4:23,24 | **streak** 46:10 | 151:17,24 |
| 83:3,6,11,12,19 | 36:25 43:25 | **street** 164:9,14 | 155:15 157:2 |
| 84:9,11 85:11 | 47:25 82:16,18 | 195:14 | 158:7,11 |
| 86:15 87:9 | 82:20 94:16 | **strike** 151:2 | 159:10 186:17 |
| 88:9 90:23 | 103:25 104:2,7 | **strong** 198:14 | 187:5,10,16,22 |
| 94:1 95:18 | 106:14 114:1,3 | **stroud** 63:22 | 188:14,21 |
| 104:14 109:5 | 116:19 117:2 | **stroudsburg** | 192:6,20 |
| 111:7 113:13 | 117:21 118:1,3 | 56:25 57:1 | 197:19 211:10 |
| 116:1,4,13 | 132:13,17,21 | 63:22 | 216:1 |
| 117:11,17 | 132:25 133:4,8 | **stuart** 36:8,11 | **submit** 14:19 |
| 124:25 133:12 | 133:16,25 | **stuff** 88:15 | 157:9 203:14 |
| 134:12,17,23 | 134:8 135:10 | 126:5 206:2 | 215:24 |
| 138:11 140:18 | 135:12,15,18 | **subject** 8:21 | **submitted** |
| 144:1 145:10 | 136:2,7,10,12 | 20:18 21:7 | 70:20 81:25 |
| 148:15 149:17 | 136:15,18,21 | 27:23 28:14 | 85:20 89:16 |
| 149:22 150:7 | 136:25 137:3 | 40:23,24 47:11 | 115:20 144:17 |
| 153:1 155:15 | 137:11 151:7 | 47:17,20 53:1 | 186:18 |
| 156:11 158:22 | 151:15,22 | 53:13 59:24 | **subsequent** |
| 159:19 160:9 | 152:5,9,13,24 | 62:3,9,16 78:8 | 69:14 |
| 160:17,25 | 153:8,12,16 | 81:23 85:19,21 | **substantial** |
| 161:12,21,23 | 154:2,6,10,14 | 89:9,14,24 | 47:7 |
| 162:4,13,16,22 | 154:18 155:2 | 92:1,23 93:20 | **substantially** |
| 164:1,20 165:8 | 155:19 157:11 | 94:18 95:19 | 8:17 |
| 165:14 166:2 | 158:7 159:9 | 96:10 105:10 | **successful** 9:1 |
| 169:24 177:9 | 180:5 183:10 | 108:2 115:19 | 10:18 14:6,21 |
| 177:16 179:23 | 183:14,15 | 116:6,15,21 | 14:22 15:5,9 |
| 180:4,6,7 | 190:13 193:21 | 117:6,13,23 | 15:14,15,15,17 |
| 183:8,11,25 | 198:16 203:8 | 124:20 125:13 | 15:18,19,25 |

[successful - temecula]                                    Page 59

| | | **t** | **tally** 190:5 |
|---|---|---|---|

17:7,25 19:15
22:19 32:6
46:2 51:13
53:12 59:6,11
61:14 62:6,11
62:16 65:24
67:15 74:18
76:24 80:10
81:13 82:2
84:15 90:13,22
91:25 92:1,11
93:4,19 94:11
95:20 96:9
97:4 103:14,15
104:8 105:8
106:7 112:15
112:23 118:5,7
118:9 123:14
129:20 134:7
141:10,12,19
144:9,19 146:7
146:13 149:18
154:17 157:1
159:13 169:1
176:8 179:12
189:3,21
204:25 205:3
218:25 228:23
**sugar** 74:1,2,9
149:23
**suggested**
12:16 18:12,24
61:21 68:1
95:12 104:23

**sullivan** 4:22
81:8,9,18,23
82:5,10
**sum** 142:3
182:17 183:3,6
190:10 194:20
199:24 206:25
207:2 218:19
**summerlin**
5:23 154:21,22
155:13 156:24
157:5
**superstore** 4:22
81:9 82:4
**supplemental**
15:21
**sure** 16:23 71:6
71:10 74:7
76:19 87:14
109:22 124:11
139:21 147:13
149:9 204:10
216:18 225:8
**surgery** 53:9
**surprise** 199:4
**surprised**
113:7
**surprising**
216:16
**sworn** 230:5
**syracuse**
134:23,24

**t**

**table** 85:12
209:18 210:6
211:16
**take** 9:13,17
12:14 13:14,16
15:25 24:1,4
50:13 59:15,23
60:8,23 85:2
105:15 111:20
119:17 120:12
126:5 132:3
142:12,17
151:2 152:2
167:25 169:1
170:8,9,11
172:14 176:24
184:1,2,13,18
185:10 213:6
214:6 217:3
229:1
**taken** 186:14
219:10 230:3
230:12 231:9
**takes** 109:14
**talk** 49:8,10
50:4 75:2 76:9
76:19 79:7
81:5 99:14
130:22 142:6
176:18 183:17
184:19
**talking** 156:12
188:6 200:17

**tally** 190:5
200:5 217:5,6
**target** 130:21
**tavloria** 3:6
31:24
**tax** 87:3,16
170:5 185:5
186:3,4
**taxes** 72:12,12
72:13 144:25
145:1 148:18
149:13 167:14
168:3,17,17
169:14 185:8,8
185:12,13
186:14 189:15
**team** 2:15,17
7:20 9:21
11:14,14 53:8
147:15
**technology**
133:22
**tell** 29:11 38:7
56:1 62:25
65:1 66:9,11
67:18 69:8,21
76:2 77:9
79:16 80:12
100:13 102:2
120:6 121:1
138:14 146:17
160:4 182:9
**temecula** 27:24
29:22 161:21
161:24

**[tennessee - that'd]**                                           Page 60

| | | | |
|---|---|---|---|
| **tennessee** 30:12 | 87:1,10 88:2 | 40:5 41:5 | 142:4 143:14 |
| 58:20 67:4 | 91:1,2 93:9 | 44:10,20 46:2 | 143:15 145:6 |
| 68:15 85:11 | 94:4 131:8,9 | 46:4 47:22 | 147:4 149:21 |
| 162:5 181:8 | 133:17 134:6 | 48:14 50:19 | 150:11,12 |
| 206:13 227:4 | 134:10 135:22 | 51:11 52:13 | 151:8,13 152:3 |
| **tennis** 82:6,8 | 146:9,10 | 53:14 54:6 | 153:20 155:16 |
| **terminate** | 159:19 162:17 | 55:12 56:7,8 | 155:16 156:16 |
| 171:16 | 162:23 163:14 | 56:23,24 57:12 | 156:22 158:19 |
| **termination** | 164:9,15 177:9 | 59:14 60:20 | 161:6 165:4,25 |
| 85:19 125:21 | 179:11,15 | 61:5,6 62:17 | 166:24 168:8 |
| 126:16 127:4 | 180:11,11,18 | 65:8,9,22 66:2 | 169:12 170:2 |
| 127:23 128:9 | 180:19,19,20 | 66:4,15 67:1,2 | 172:16,21,21 |
| 129:1,9 171:9 | 181:9,11,19 | 68:12 69:14,16 | 174:4 176:15 |
| **terms** 16:5 | 191:21,22,23 | 71:8,16 72:18 | 186:16 187:4 |
| 68:20 81:24 | 191:24 193:3,4 | 72:24 73:5,10 | 189:11 191:7 |
| 115:19 116:6 | 193:5,6,7,8,9 | 76:4 77:3,14 | 194:18,19 |
| 116:15,21 | 193:10 203:14 | 82:10,12 86:6 | 196:8,25 |
| 117:6,13,23 | 204:6 208:13 | 86:8 87:21,22 | 197:12 198:18 |
| 125:20 126:11 | 208:14 214:8 | 88:7,22,23 | 202:23 203:6 |
| 126:15 127:3 | 215:10 223:9 | 90:25 93:6,7 | 203:25 204:19 |
| 127:13 128:8 | 223:10,20,21 | 94:5,25 99:15 | 206:11 212:19 |
| 128:25 129:8 | 223:21,22 | 101:14 102:24 | 217:1 218:12 |
| 151:10,17,24 | 227:10,24 | 103:3,18,19 | 222:5 228:7 |
| 186:17 187:6 | **thank** 11:18 | 104:18 105:12 | 229:3,5,7 |
| 187:10,16,22 | 17:1 18:5 20:7 | 105:13 106:1 | **thanks** 11:20 |
| 188:14,21 | 20:25 21:16,18 | 109:2,3 110:21 | 17:3,9 25:10 |
| 206:16 216:1 | 22:4,23 23:5 | 111:21 112:18 | 51:9 53:10,17 |
| **testifying** 230:5 | 24:11 25:5,22 | 112:25 113:5 | 58:2 65:16 |
| **testing** 116:3 | 26:12 27:5,10 | 119:18 121:18 | 69:13 78:9 |
| **texas** 17:11,14 | 28:13 29:16 | 121:18,20 | 103:9 112:10 |
| 18:1,4 30:14 | 30:13 31:16 | 122:18,23 | 127:17 130:15 |
| 30:15,16,16,17 | 32:7,8,22 33:5 | 123:17 125:3 | 148:6 156:3,19 |
| 69:18 70:21,22 | 33:25 34:12,18 | 129:11,24,25 | 216:25 |
| 71:23 72:20 | 35:14 36:7 | 131:4,17 | **that'd** 174:14 |
| 73:1,6,13,18,19 | 37:18 38:11,24 | 140:21 141:7 | |

**[that've - todd]**

| | | | |
|---|---|---|---|
| **that've** 153:22 | 228:8,19 | 43:24 44:7 | 92:21 98:21 |
| **thing** 31:15 | **thomas** 3:21 | 45:3 52:12 | 106:20 107:22 |
| 42:24 51:25 | 40:8 | 54:3 60:22 | 144:19 146:14 |
| 77:21 95:25 | **thompson** 2:23 | 61:19 62:21 | 148:11 169:9 |
| 183:19 196:9 | 21:10 | 63:9,17,24 | 200:12,21 |
| **things** 9:5 | **thoroughbred** | 64:5,14,17,25 | 201:6 217:13 |
| 11:25 64:14 | 4:13 67:6 | 69:6 73:4 | 218:8 221:20 |
| 179:20 | **thought** 42:7 | 77:13,25 80:7 | 229:8 |
| **think** 13:18 | 78:10 98:4 | 86:16 99:13 | **today's** 9:3 |
| 25:8 28:15 | 107:4 121:19 | 101:25 139:16 | 16:14 71:20 |
| 31:6 42:20 | 129:16 141:17 | 142:12 151:25 | 228:6 |
| 45:13 57:19 | **three** 29:25 | 156:2 159:25 | **todd** 2:5 4:23 |
| 74:13,19,25 | 105:18 119:13 | 160:11,18 | 7:15 80:23 |
| 75:25 80:15 | 119:23 121:20 | 161:1,20 177:6 | 81:15 82:17,21 |
| 86:10 96:1 | 122:9 138:19 | 187:5 214:17 | 82:22 84:2 |
| 98:18 99:17 | 149:14 170:20 | 229:7 | 88:24 91:4 |
| 100:6 102:17 | 170:21 203:7 | **timeline** 10:5 | 94:15 103:25 |
| 105:25 109:11 | 204:3 213:3,7 | **today** 7:12,23 | 104:1 106:15 |
| 109:14,15 | 226:18 227:23 | 8:7,9,16,24 9:2 | 113:25 114:2,4 |
| 110:2,4 113:14 | **threes** 181:15 | 9:16 10:1,4,24 | 115:25 116:4 |
| 114:22 116:1 | **threshold** | 12:5 16:6 | 116:12,18 |
| 119:24 122:6 | 74:20 75:1 | 18:23 20:3,5 | 117:1,10,16,18 |
| 123:9 129:13 | 99:25 148:21 | 21:7 24:22 | 117:20,25 |
| 135:1,3 137:20 | **throwing** | 25:16 37:4 | 131:11,12 |
| 140:14 142:8 | 216:11 | 38:1,4,5 40:22 | 132:7,8,12,16 |
| 143:24,25 | **tight** 10:5 | 43:2 47:14,19 | 132:20,24 |
| 157:8,18,24 | 60:21 | 49:20,25 50:6 | 133:3,7,11,24 |
| 168:3 175:5,25 | **time** 9:8 11:8 | 50:22 52:16 | 134:16 135:7,9 |
| 178:23 184:4,8 | 13:21 15:4 | 53:13 58:13 | 136:1,6,9 |
| 185:6,18 188:9 | 16:1 17:3 | 59:6,11 61:14 | 140:17 151:6,8 |
| 195:23 199:5 | 19:19 20:22 | 62:16 67:14 | 151:14,21 |
| 200:15 202:3 | 21:11 22:25 | 68:1 71:1 | 152:4,8,12,23 |
| 205:9 213:22 | 25:17 36:23 | 74:17 80:10,13 | 153:7,11,15 |
| 220:24 221:8 | 37:9,17 38:23 | 80:14 85:6 | 154:1,5,9,13 |
| 221:11 227:18 | 40:10,24 42:11 | 88:10,13,17,19 | 155:1,18 |

**[todd - unknown]**                                                          Page 62

| | | | **u** |
|---|---|---|---|

157:10 158:6
167:8 173:20
199:25 211:22
211:25 212:16
213:13 227:20
228:11
**todd's** 159:21
**together** 14:2
83:1 85:22
203:8
**told** 184:5
216:13,15,21
216:23
**tom** 5:7,24
102:9,12,14,17
194:6
**tomorrow**
25:16 88:19
110:13
**ton** 139:15
**tonight** 110:12
110:18
**tony** 3:2 24:16
24:18 25:10
**took** 168:24
**top** 19:16 24:3
27:8 196:5
219:23
**torrance**
104:20
**total** 85:24
87:23,25
125:22 145:2
148:22 171:19
177:19 182:20

183:1 185:7
199:14 206:20
207:4 218:15
**totally** 183:13
**touch** 92:12
**tough** 122:18
**tour** 4:22 81:9
**towards** 25:3
69:12 190:15
207:12
**town** 159:18
163:4 192:16
192:18
**toys** 134:23
**track** 179:23
**tracker** 59:4
**transaction**
10:17 15:13
**transaction's**
109:21
**transcriber**
231:1
**transcript**
231:3,5
**transcriptionist**
230:8
**transition**
76:11
**transpired**
228:21
**traverse** 41:7,8
62:20
**treat** 207:10
**trey** 4:18 77:7,7

**tried** 153:23
**tries** 25:15
**triggered**
174:23
**trouble** 54:22
71:4
**true** 11:4 230:9
231:5
**try** 13:23,24
16:11 50:10
53:8 113:2
**trying** 76:21
139:10 198:20
210:6
**tully** 6:4 205:7
**tulsa** 81:7 82:3
**turn** 11:16
**turned** 70:5
**tuscaloosa**
180:23 193:18
193:19 223:25
**twice** 168:6
**two** 4:16 16:14
46:6 52:4 73:3
82:25 83:4
86:13 122:9
170:21 181:15
213:6 214:5
**tyler** 73:18,19
73:20,21
**typewriting**
230:7

**u** 105:4
**ucc** 228:19
**ultimately** 8:25
**under** 7:9,10
13:11 29:5
172:9 185:23
207:5,14
**understand**
53:3 82:25
149:9 150:6
152:3 182:7
185:4 217:18
**understanding**
84:10,23
178:21 179:3
186:1
**understands**
16:5
**understood**
25:19 49:15
214:7
**undisputed**
86:2
**united** 7:6
**unknown** 18:5
25:25 26:3,9
26:12 27:13,19
29:25 31:23
32:2,7 34:21
36:18,22 44:13
44:18 45:10
48:2 53:21
54:2,6 70:14
111:5,12,14,18

| | | | |
|---|---|---|---|
| 111:24 114:5,8 | **vero** 36:16 | **w** | 127:5,7,10 |
| 114:11,20 | **versus** 115:23 | | 147:21 148:13 |
| 115:10 120:16 | 135:2 180:2 | **waco** 180:20 | 148:14,18 |
| 121:13 122:11 | 182:19,22 | 193:9,10 | 149:7,10,14 |
| 122:22 123:5 | 183:3 190:11 | 223:22 | 150:1 157:18 |
| 184:8 188:2 | 191:10 194:20 | **wait** 34:10 | 171:12 176:8 |
| 197:7 203:1 | 207:1 217:7 | 101:6 110:24 | 199:14 224:18 |
| 212:2,6,8,11 | 218:19 | 120:14 220:25 | **waiving** 78:18 |
| 220:3 | **vibrantly** | **waiting** 18:15 | 85:16 87:19 |
| **update** 48:18 | 113:11 | 117:9 119:14 | 144:24 149:4 |
| 167:18 | **videoconfere...** | 167:6 176:22 | **walk** 4:16 73:3 |
| **updates** 46:6 | 1:12 | 178:24 179:18 | 100:3 142:13 |
| 86:14 | **view** 52:25 | **waive** 23:12 | **want** 10:10,21 |
| **usa** 5:3 94:2 | 109:25 184:3 | 24:2 32:17 | 12:19 24:9 |
| 192:16,18 | **views** 12:8 | 33:20 55:13 | 25:17 27:8 |
| **usatine** 2:11 | **vigorously** | 60:4 78:19 | 28:24 37:25 |
| 7:18 | 113:11 | 85:18 87:1,2,6 | 45:2 76:2,9,10 |
| **use** 74:24 | **village** 4:13,14 | 87:15,16 126:2 | 80:11 82:4,9 |
| **used** 124:25 | 4:16 67:6 | 145:23 146:1,3 | 84:11,17 89:9 |
| **uses** 172:10 | 69:20 70:12 | 148:16 169:14 | 89:25 90:1,3,8 |
| 207:6 | 73:3 97:24 | 189:15 206:5 | 94:9 99:6 |
| **utah** 73:24 | 98:6 164:9,15 | **waived** 146:5 | 102:8 103:5 |
| 147:17 149:17 | **violate** 211:13 | **waiver** 19:1,16 | 116:10 123:9 |
| 150:5 180:17 | **violates** 207:6 | 20:19 22:19 | 124:20 129:13 |
| 192:24,25 | **virginia** 77:5,6 | 23:16,18 24:21 | 135:21,22 |
| 223:18 | 180:18 193:1,2 | 26:6,25 28:8 | 138:12 146:4 |
| **v** | 223:19 | 39:7 42:24 | 147:13 148:11 |
| | **vista** 134:11 | 43:12 44:17 | 156:11 157:9 |
| **vacuum** 214:15 | 137:23,25 | 45:21 46:22 | 168:7 170:4,20 |
| **value** 10:8 39:7 | 138:17 139:6 | 49:3 51:4,14 | 173:13 176:13 |
| 61:17 80:17 | 140:18 228:14 | 52:22,23 53:24 | 177:4 183:4,13 |
| 198:20 | **vitamin** 6:6 | 54:14 59:23 | 189:9,14 190:4 |
| **vanderbilt** | 215:20 | 65:14 67:15 | 202:15 204:23 |
| 200:1 | **voiced** 216:12 | 68:4 74:13,21 | 205:8 208:9 |
| **verify** 99:19 | | 74:22 124:24 | 210:15 211:8 |
| | | 125:23 126:17 | |

**[want - wish]**                                                                     Page 64

| | | | |
|---|---|---|---|
| 213:2,2 215:23 | we've   7:23 9:19 | west   29:24 30:2 | 69:5 70:19,24 |
| 219:2 225:7 | 9:25 10:5 | 30:17 31:18,20 | 80:6 87:1,6,15 |
| 228:7 | 11:12,15 59:8 | 45:5,15 51:13 | 142:1 144:4 |
| **wanted**   16:10 | 74:20 77:21 | 57:17 181:5 | 178:14 194:17 |
| 50:23 66:6 | 126:20 206:18 | 199:20,20 | 199:14 205:2 |
| 140:15 153:20 | **webb**   4:10 5:13 | 202:14 208:19 | 205:23 218:5 |
| 173:7 | 60:10,10,14,20 | 215:25 226:9 | 228:24 |
| **wants**   18:3 | 118:19,22 | **westbury**   30:9 | **willner**   4:2 |
| 160:11 169:13 | 119:6,9,13,16 | 161:13 | 44:23,23 45:2 |
| **warfield**   4:12 | 119:18,20 | **western**   2:18 | **win**   47:19 |
| 67:5,5,11,17,21 | 183:24 209:2,6 | 2:18 16:15,18 | **winner**   141:15 |
| 68:6,11 85:8 | 209:8,8,22,23 | 16:24 17:7 | 141:17 |
| 85:10,10,14,24 | 210:2,8,17,19 | **what'd**   108:17 | **winning**   8:20 |
| 86:5,8 88:8,9 | 210:23 213:12 | 117:18 164:10 | 10:19 47:19 |
| 88:21 | **webster**   180:22 | **when's**   104:11 | 94:17 |
| **warner**   180:10 | **wednesday** | 104:13 106:15 | **winter**   150:13 |
| 191:18,19 | 8:17 47:1,20 | 106:16 | 150:14 152:20 |
| 223:8 | 53:2 62:4 | **white**   107:13 | 153:2,3,3 |
| **warren**   2:11 | 219:8,9 221:17 | 107:14,16,21 | 154:15,19 |
| 3:9 7:18 33:8 | **weeds**   18:15 | 107:25 | **wish**   17:1 28:8 |
| 37:7 38:22 | 27:9 | **whitestone** | 35:13 37:3,9 |
| 130:9 150:20 | **week**   88:11 | 72:1 | 37:12,16 38:23 |
| 161:11 211:3 | 119:3 | **wichita**   39:10 | 40:21 43:1,24 |
| **washington** | **welcome**   20:8 | 39:17,19 40:1 | 44:7 52:11 |
| 180:8,17 | 31:17 35:15 | 102:13,18 | 55:13 56:1 |
| 190:21 191:13 | 38:12 158:20 | **wicked**   5:24 | 59:5 62:20 |
| 192:24,25 | **welcoming** | 194:6 202:2,4 | 63:8,16,23 |
| 223:6,18 | 172:23 | 202:7,8,8 | 64:5,16,24 |
| **watch**   156:1,2 | **went**   123:3 | 208:25 223:11 | 78:23 86:15 |
| **waterfront** | 184:5 195:3 | **william**   4:21 | 130:21 139:25 |
| 56:11,14 | 200:1 201:13 | 79:12 | 140:23 144:18 |
| **way**   22:1 27:7 | 201:22 213:24 | **willing**   21:6 | 146:20,25 |
| 57:22 68:24 | 214:1 216:23 | 32:17 33:19 | 148:4,8 150:25 |
| 93:22 168:17 | 218:14 | 40:10 46:21 | 151:5 155:25 |
| 205:15 | | 48:25 62:2 | 158:4 159:25 |

**[wish - young]**                                                    Page 65

160:10,18,25
161:20 162:2
162:10,21
163:3 179:5
190:7,23
204:20 209:17
212:10 213:17
214:10 219:4
**wishes** 140:24
212:24 218:22
**withdraw**
206:20
**withdrawing**
219:11
**witherspoon**
5:9 111:6
**witness** 230:4
**wm** 147:19
**won** 84:25
**wonder** 107:7
**wonderful**
54:12 66:3
112:11
**woodbridge**
4:18 77:4,5,5,6
**work** 60:25
64:11 101:3
108:10
**worked** 75:3
**working** 47:3
**world's** 30:7
**worries** 173:8
212:20
**worth** 221:8

**worthwhile**
221:13
**would've**
153:23 184:5
**wrap** 189:1
**wrong** 137:21
138:22 139:4

**y**

**y'all** 117:8
**yeah** 20:24
21:25 22:1,16
23:17 25:7,21
26:4 27:19
29:20 31:6,9
31:15 35:24
37:21 39:6,8
39:14 40:3
42:7 43:19
45:20 47:10
48:4,7,9,23
49:23 50:4,15
50:21 53:23
56:13,21 58:21
63:4 68:10
70:7,14 71:4
71:17 74:12,15
76:6,13,21
77:1,7 81:8,21
82:17 83:18
85:1,9 87:11
88:18 91:22
92:10,16 95:1
95:14 96:6,19
98:2 101:8
102:5 103:9

104:6 105:5
106:22 107:2
110:19 111:9
111:13,14
112:17,22,22
114:10,17
115:10,12
119:9,16,20
121:4 124:9,10
124:15,18
125:17 127:21
128:18,24
130:12,20
132:2 133:15
134:2 135:7
137:5,6,8,15,19
138:12,17
139:3,4,19
140:7,13,16,22
140:24 141:16
141:17 143:1,5
147:6 148:10
150:6 155:4
156:11 157:7
157:10,20,24
158:10 164:6
165:6 166:10
166:19 167:3
169:12 170:13
171:13,17
173:8,21 174:1
174:5,10,19
175:23 176:2
177:13,15,19
179:4 182:8,25

184:2 185:21
191:3 194:3
195:3,25
200:15,23,24
201:7,11,14
202:13 203:12
206:25 208:7
208:17 209:7
209:16 212:7
214:1,22 215:4
216:7 217:14
217:19,22,25
219:13 220:10
224:12 225:9
227:9,22
228:12,15
229:4
**year** 138:20
144:25
**yell** 71:5
**yep** 176:3
**yeses** 46:10
**yesterday** 70:4
**yorba** 32:11
86:19,20,21
**york** 1:15 30:9
161:13 180:13
180:14,15
192:7,8,9,10,15
192:17 223:14
223:15,16
230:21
**young** 6:6
199:18 215:19
215:19

**[zammiello - zooming]**                              Page 66

| **z** |
| --- |

**zammiello**  3:7
   32:12,15,19,22
   71:24,24 72:4
   72:6,10,15,18
   201:7
**zero**  26:15
   35:17 57:8
   82:14 83:13
   91:7 93:18
   103:23 104:22
   106:12 108:6
   113:17 134:14
   154:25 155:7
   157:6 210:1
**zoom**  1:12
   10:11,24 50:24
   173:4
**zooming**
   115:15