| |
|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Lauren Macksoud<br>**DENTONS US LLP**<br>1221 Avenue of the Americas,<br>New York, NY 10020-1089<br>Tel: (212) 768-5347<br>E-mail: lauren.macksoud@dentons.com<br><br>-and-<br><br>Thomas B. Humphries (*pro hac vice pending*)<br>**DENTONS SIROTE PC**<br>2311 Highland Ave. South, Suite 500<br>Birmingham, Alabama 35205<br>Tel: (205) 930-5331<br>E-mail: Thomas.Humphries@dentons.com<br><br>*Counsel for Mishorim 255, LLC and Mishorim Gold Houston, LLC* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.* [1]<br><br>　　　　　　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 23-13359 (VFP) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), counsel for Mishorim 255, LLC and Mishorim Gold Houston, LLC, by and through their attorneys set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims agent at http@//restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

to be served in this case by the Court, the above-captioned debtor, and/or any other parties in-interest, be given to and served upon the following:

Lauren Macksoud
**DENTONS US LLP**
1221 Avenue of the Americas,
New York, NY 10020-1089
Tel: (212) 768-5347
E-mail: lauren.macksoud@dentons.com

Thomas B. Humphries (*pro hac vice pending*)
**DENTONS SIROTE PC**
2311 Highland Ave. South, Suite 500
Birmingham, Alabama 35205
Tel: (205) 930-5331
E-mail: Thomas.Humphries@dentons.com

**PLEASE TAKE FUTHER NOTICE** that the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without waiving prejudice to the rights, remedies and claims of Mishorim 255, LLC and Mishorim Gold Houston, LLC that may be made to the subject matter jurisdiction of the Court or the property of venue herein and shall not be deemed or construed to submit Mishorim 255, LLC and Mishorim

Gold Houston, LLC to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

**DENTONS US LLP**

Dated: July18, 2023

*/s/ Lauren Macksoud*
Lauren Macksoud, Esq.
1221 Avenue of the Americas
25th Floor
New York, NY 10020-1089
Tel: (212) 768-5347
E-mail: lauren.macksoud@dentons.com

- and -

Thomas B. Humphries (*pro hac vice pending*)
**DENTONS SIROTE PC**
2311 Highland Ave. South, Suite 500
Birmingham, Alabama 35205
Tel: (205) 930-5331
E-mail: Thomas.Humphries@dentons.com

*Counsel to Mishorim 255, LLC and Mishorim Gold Houston, LLC*

DOCSBHM\2435629\1