| |
|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> Lauren Macksoud <br> **DENTONS US LLP** <br> 1221 Avenue of the Americas, <br> New York, NY 10020-1089 <br> Tel: (212) 768-5347 <br> E-mail: lauren.macksoud@dentons.com <br><br> *Counsel for Mishorim 255, LLC and Mishorim Gold Houston, LLC* |

| In re: <br><br> BED BATH & BEYOND, INC., *et al.* [1] <br><br> Debtors. | Chapter 11 <br> Case No. 23-13359 (VFP) |
|---|---|

## APPLICATION OF THOMAS B. HUMPHRIES FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey ("D.N.J. LBR"), Mishorim 255, LLC and Mishorim Gold Houston, LLC (collectively "Mishorim"), by and through the undersigned counsel, respectfully moves this Court for entry of an Order granting Thomas B. Humphries, permission to appear pro hac vice as counsel of behalf of Mishorim in the above-captioned bankruptcy case and all maters arising therein or related thereto.

Annexed hereto as Exhibit A is a Declaration of Attorney Humphries, which conforms with D.N.D. LBR 9010-1(b).

Unless requested by other parties, no oral argument is requested.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims agent at http@//restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DOCSBHM\2435466\2

A proposed form of order is submitted herewith.

**WHEREFORE,** Mishorim respectfully requests that the Court grant this Application and enter the proposed Order attached here.

**DENTONS US LLP**

Dated: July 18, 2023

*/s/ Lauren Macksoud*
Lauren Macksoud, Esq.
1221 Avenue of the Americas
25th Floor
New York, NY 10020-1089
Tel: (212) 768-5347
E-mail: lauren.macksoud@dentons.com

*Counsel to Mishorim 255, LLC and Mishorim Gold Houston, LLC*