| THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |  |
| Lauren Macksoud<br>**DENTONS US LLP**<br>1221 Avenue of the Americas,<br>New York, NY 10020-1089<br>Tel: (212) 768-5347<br>E-mail: lauren.macksoud@dentons.com<br><br>*Counsel for Mishorim 255, LLC and Mishorim Gold Houston, LLC* |  |
| In re:<br><br>Bed Bath & Beyond, Inc.,<br><br>                                                    Debtors. | Chapter 11<br>Case No. 23-13359 (VFP) |

## CERTIFICATION OF THOMAS B. HUMPHRIES IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Thomas B. Humphries hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1.      I respectfully submit this Certification in support of the Application for an Order pursuant to D.N.J. LBR 9010-1(b) for admission *pro hac vice* to appear as counsel on behalf of Mishorim 255, LLC and Mishorim Gold Houston, LLC  (collectively "Mishorim"), in the above-captioned case and all matters arising therein or related thereto.

2.      I am a member of the law firm of Dentons Sirote PC, 2311 Highland Avenue South, Birmingham, Alabama 35205.

3.      I was admitted to the bar of the State of Alabama on September 23, 2010 (Alabama Bar # 3932-M68H).

4.      I have also been admitted to the following courts:

DOCSBHM\2435466\2

| Court | Date of Admission |
|---|---|
| United States District Court, Northern District of Alabama | September 24, 2013 |
| United States District Court, Middle District of Alabama | September 12, 2013 |
| United States District Court, Southern District of Alabama | October 18, 2010 |
| | |

5. I am currently a member in good standing in all of the foregoing courts.

6. I have no pending disciplinary complaints or proceedings filed against me, nor have I ever been subject to any disciplinary proceedings by any court.

7. I have fully reviewed and familiarized myself with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

8. I hereby submit to the disciplinary jurisdiction of this District and agree to be bound by the Rules of Professional Conduct of this District and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2023

*/s/ Thomas B. Humphries*
Thomas B. Humphries

DOCSBHM\2435466\2