| | |
|---|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Lauren Macksoud<br>**DENTONS US LLP**<br>1221 Avenue of the Americas,<br>New York, NY 10020-1089<br>Tel: (212) 768-5347<br>E-mail: lauren.macksoud@dentons.com<br><br>*Counsel for Mishorim 255, LLC and Mishorim Gold Houston, LLC* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*<br><br>Debtors. | Chapter 11<br>Case No. 23-13359 (VFP) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 18, 2023, the Application for *Pro Hac Vice Admission of Thomas B. Humphries* was filed with the United States Bankruptcy Court for the District of New Jersey via CM/ECF and served on all counsel registered to receive notifications of such filings.

Dated: July 18, 2023

                                        **DENTONS US LLP**

                                        */s/ Lauren Macksoud*
                                        Lauren Macksoud, Esq.
                                        1221 Avenue of the Americas
                                        25th Floor
                                        New York, NY 10020-1089
                                        Tel: (212) 768-5347
                                        E-mail: lauren.macksoud@dentons.com

                                        *Counsel to Mishorim 255, LLC and Mishorim Gold Houston, LLC*

DOCSBHM\2435466\2