UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Bed Bath & Beyond Inc., et al** Debtors.

Case No.: 23-13359 (VFP)

Adversary No.: _____

Chapter: 11

Judge: Papalia

U.S. BANKRUPTCY COURT FILED NEWARK, NJ 2023 JUL 18 A 7: 44 JEANNE A. NAUGHTON BY: _____ DEPUTY CLERK

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: The Morning Consult LLC, creditor
(Example: John Smith, creditor)

Old address: The Morning Consult LLC
729 15th ST NW
Washington, DC 20005

New address: The Morning Consult LLC
1025 F Street NW, Suite 800
Washington, DC 20004

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 7/11/2023 | 13:16:28 PDT

Signature: DocuSigned by: _____ 5822E0CFD461422...

rev.8/1/2021

# FedEx Express



9622 0019 0 (000 0000) 0 00 7727 3806 4918

07102

TRK# 7727 3806 4918



PO: DEPT: INV: REF: LETTER
(202) 506-1957
NEWARK NJ 07102
50 Walnut St
United States Bankruptcy Court
District Of New Jersey

FROM: Aaron Lewis (240) 470-3684
1025 F St NW
Washington DC 20004
US

BILL SENDER
SHIP DATE: 13JUL23
ACTWGT: 1.00 LB
CAD: 2544101017/INET4610

307-8561

0067 SAT 07/15
UNITED STATES
50 WALNUT ST
NEWARK NJ