**KRISS & FEUERSTEIN LLP**
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212) 661-9397-fax
Daniel N. Zinman, Esq.
dzinman@kandfllp.com

*Attorneys for W.B.P. Central Associates, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., et al, | Case No. 23-13359-VFP |
| Debtors.[1] | (Jointly Administered) |

-----------------------------------------------------------X

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF STUART L. KOSSAR, ESQ.**

Daniel N. Zinman, a member in good standing of the bar of New Jersey ("Movant"), pursuant to Civ. Rule 101.1(c) of the Local Rules of United States Court for the District of New Jersey and D.N.J. LBR 9010-1, respectfully moves this Court behalf of attorney, Stuart L. Kossar, Esq., for an order granting permission for him to appear *pro hac vice* on behalf W.B.P. Central Associates, LLC ("W.B.P.") in the above-captioned bankruptcy case and in any related adversary proceeding(s) filed or to be filed in these Chapter 11 cases. In support of this Application, Movant represents as follows:

1. I am counsel with the law firm of Kriss & Feuerstein LLP, which maintains an office at 360 Lexington Avenue, Suite 1200, New York, NY 10017, and am admitted to the bar of

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

the State of New Jersey and the District of New Jersey.

2. No disciplinary proceeding is pending against me and no discipline has been imposed against me during the five-year period preceding this Application in any jurisdiction.

3. As certified below, Stuart L. Kossar, is an associate with the law firm of Kriss & Feuerstein LLP and is admitted in the bar of the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York, has no disciplinary proceeding pending against him and no discipline has been imposed against him during the five-year period preceding this Application in any jurisdiction.

4. I have appeared as counsel of record for W.B.P. in this case and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

**{REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, requests entry of the Order submitted herewith granting admission *pro hac vice* of Stuart L. Kossar to represent W.B.P. as counsel in connection with this case and any related adversary proceeding and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
July 19, 2023

KRISS & FEUERSTEIN LLP

By: *s/ Daniel N. Zinman*
Daniel N. Zinman, Esq.
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(646) 454-4168 – facsimile
dzinman@kandfllp.com

*Attorneys for*
*W.B.P. Central Associates, LLC*