UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------X

In re:                                                    Chapter 11

BED BATH & BEYOND, INC., et al,          Case No. 23-13359-VFP

              Debtors.1                              (Jointly Administered)
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

| STATE OF NEW YORK | } |
|---|---|
|  | } ss.: |
| COUNTY OF NEW YORK | } |

    I, Christina Valenzuela, being duly sworn, hereby deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.  On **July 19, 2023**, I caused to be served a true and correct copy of the ***Application for Pro Hac Vice Admission of Stuart L. Kossar dated July 19, 2023,*** by filing same on the U.S. Bankruptcy Court, District of New Jersey Electronic Case Filing System.

    I hereby certify that all of the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 19, 2023

*/s/Christina Valenzuela*
Christina Valenzuela

---

1 The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.