# EXHIBIT "B"

**United States Bankruptcy Court, District of New Jersey (Newark)**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ˜ Bed Bath & Beyond Inc. (Case No. 23-13359) | ˜ Alamo Bed Bath & Beyond Inc. (Case No. 23-13360) | ˜ BBB Canada LP Inc. (Case No. 23-13361) | ˜ BBB Value Services Inc. (Case No. 23-13362) |
| ˜ BBBY Management Corporation (Case No. 23-13363) | ˜ BBBYCF LLC (Case No. 23-13364) | ˜ BBBYTF LLC (Case No. 23-13365) | ˜ bed 'n bath Stores Inc. (Case No. 23-13396) |
| ˜ Bed Bath & Beyond of Annapolis, Inc. (Case No. 23-13366) | ˜ Bed Bath & Beyond of Arundel Inc. (Case No. 23-13367) | ˜ Bed Bath & Beyond of Baton Rouge Inc. (Case No. 23-13368) | ˜ Bed Bath & Beyond of Birmingham Inc. (Case No. 23-13369) |
| ˜ Bed Bath & Beyond of Bridgewater Inc. (Case No. 23-13370) | ˜ Bed Bath & Beyond of California Limited Liability Company (Case No. 23-13371) | ˜ Bed Bath & Beyond of Davenport Inc. (Case No. 23-13372) | ˜ Bed Bath & Beyond of East Hanover Inc. (Case No. 23-13373) |
| ˜ Bed Bath & Beyond of Edgewater Inc. (Case No. 23-13374) | ˜ Bed Bath & Beyond of Falls Church, Inc. (Case No. 23-13375) | ˜ Bed Bath & Beyond of Fashion Center, Inc. (Case No. 23-13376) | ˜ Bed Bath & Beyond of Frederick, Inc. (Case No. 23-13377) |
| ˜ Bed Bath & Beyond of Gaithersburg Inc. (Case No. 23-13378) | ˜ Bed Bath & Beyond of Gallery Place L.L.C. (Case No. 23-13379) | ˜ Bed Bath & Beyond of Knoxville Inc. (Case No. 23-13380) | ˜ Bed Bath & Beyond of Lexington Inc. (Case No. 23-13381) |
| ˜ Bed Bath & Beyond of Lincoln Park Inc. (Case No. 23-13382) | ˜ Bed Bath & Beyond of Louisville Inc. (Case No. 23-13383) | ˜ Bed Bath & Beyond of Mandeville Inc. (Case No. 23-13384) | ˜ Bed, Bath & Beyond of Manhattan, Inc. (Case No. 23-13397) |
| ˜ Bed Bath & Beyond of Opry Inc. (Case No. 23-13385) | ˜ Bed Bath & Beyond of Overland Park Inc. (Case No. 23-13386) | ˜ Bed Bath & Beyond of Palm Desert Inc. (Case No. 23-13387) | ˜ Bed Bath & Beyond of Paradise Valley Inc. (Case No. 23-13388) |
| ˜ Bed Bath & Beyond of Pittsford Inc. (Case No. 23-13389) | ˜ Bed Bath & Beyond of Portland Inc. (Case No. 23-13390) | ˜ Bed Bath & Beyond of Rockford Inc. (Case No. 23-13391) | ˜ Bed Bath & Beyond of Towson Inc. (Case No. 23-13392) |
| ˜ Bed Bath & Beyond of Virginia Beach Inc. (Case No. 23-13393) | ˜ Bed Bath & Beyond of Waldorf Inc. (Case No. 23-13394) | ˜ Bed Bath & Beyond of Woodbridge Inc. (Case No. 23-13395) | ˜ Buy Buy Baby of Rockville, Inc. (Case No. 23-13398) |
| ˜ Buy Buy Baby of Totowa, Inc. (Case No. 23-13399) | ˜ Buy Buy Baby, Inc. (Case No. 23-13400) | ˜ BWAO LLC (Case No. 23-13401) | ˜ Chef C Holdings LLC (Case No. 23-13402) |
| ˜ Decorist, LLC (Case No. 23-13403) | ˜ Deerbrook Bed Bath & Beyond Inc. (Case No. 23-13404) | ˜ Harmon of Brentwood, Inc. (Case No. 23-13405) | ˜ Harmon of Caldwell, Inc. (Case No. 23-13406) |
| ˜ Harmon of Carlstadt, Inc. (Case No. 23-13407) | ˜ Harmon of Franklin, Inc. (Case No. 23-13408) | ˜ Harmon of Greenbrook II, Inc. (Case No. 23-13409) | ˜ Harmon of Hackensack, Inc. (Case No. 23-13410) |
| ˜ Harmon of Hanover, Inc. (Case No. 23-13411) | ˜ Harmon of Hartsdale, Inc. (Case No. 23-13412) | ˜ Harmon of Manalapan, Inc. (Case No. 23-13413) | ˜ Harmon of Massapequa, Inc. (Case No. 23-13414) |
| ˜ Harmon of Melville, Inc. (Case No. 23-13415) | ˜ Harmon of New Rochelle, Inc. (Case No. 23-13416) | ˜ Harmon of Newton, Inc. (Case No. 23-13417) | ˜ Harmon of Old Bridge, Inc. (Case No. 23-13418) |
| ˜ Harmon of Plainview, Inc. (Case No. 23-13419) | ˜ Harmon of Raritan, Inc. (Case No. 23-13420) | ˜ Harmon of Rockaway, Inc. (Case No. 23-13421) | ˜ Harmon of Shrewsbury, Inc. (Case No. 23-13422) |
| ˜ Harmon of Totowa, Inc. (Case No. 23-13423) | ˜ Harmon of Wayne, Inc. (Case No. 23-13424) | ˜ Harmon of Westfield, Inc. (Case No. 23-13425) | ˜ Harmon of Yonkers, Inc. (Case No. 23-13426) |
| ˜ Harmon Stores, Inc. (Case No. 23-13427) | ˜ Liberty Procurement Co. Inc. (Case No. 23-13428) | ˜ Of a Kind, Inc. (Case No. 23-13429) | ˜ One Kings Lane LLC (Case No. 23-13430) |
| ˜ San Antonio Bed Bath & Beyond Inc. (Case No. 23-13431) | ˜ Springfield Buy Buy Baby, Inc. (Case No. 23-13432) | | |

Modified Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Where should payments to the creditor be sent? (if different)

Contact phone
Contact email

Contact phone
Contact email

**4. Does this claim amend one already filed?**
☐ No
☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ____ / ____ / ____
                                                                                   MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes. Who made the earlier filing?

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**   $_____.    **Does this amount include interest or other charges?**
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

| 9. **Is all or part of the claim secured?** | ❑ No <br> ❑ Yes. The claim is secured by a lien on property. <br><br>**Nature of property:** <br> ❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ❑ Motor vehicle <br> ❑ Other. Describe: _____ <br><br>**Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br>**Value of property**:                                        $_____ <br><br>**Amount of the claim that is secured:**        $_____ <br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____ <br><br>**Annual Interest Rate** (when case was filed) _____% <br> ❑ Fixed <br> ❑ Variable |
|---|---|
| 10. **Is this claim based on a lease?** | ❑ No <br> ❑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. **Is this claim subject to a right of setoff?** | ❑ No <br> ❑ Yes. Identify the property: _____ |
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No <br> ❑ Yes. *Check one:*                                                                                   **Amount entitled to priority** <br><br> ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                                                                 $_____ <br><br> ❑ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).                                                                       $_____ <br><br> ❑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                                                                       $_____ <br><br> ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).        $_____ <br><br> ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).            $_____ <br><br> ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.            $_____ <br><br> * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

**Proof of Claim**                                                                                                                                                                             page 3

| 13. | **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ❑ No<br><br>❑ **Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |
|---|---|---|---|
| 14. | **Is all or part of the claim being asserted as an administrative expense claim?** | ❑ No<br><br>❑ **Yes. Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim. If yes, please indicate when this claim was incurred:**<br><br>❑ On or prior to June 27, 2023:<br>❑ After June 27, 2023:<br>**Total Administrative Expense Claim Amount:** | <br><br><br><br>$ _____<br>$ _____<br>$ _____ |

**THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE.**

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

❑ I am the creditor.
❑ I am the creditor's attorney or authorized agent.
❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                  MM / DD / YYYY

_____
Signature

**Name of the person who is completing and signing this claim:**

Name _____
      First name       Middle name       Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number       Street
        _____
        City                                State       ZIP Code

Contact phone _____   Email _____

**BURNS & SCHAFFER, ESQS.**
599 Springfield Avenue
2nd Floor
Berkeley Heights, NJ 07922
973-822-0500
Fax 973-822-9016

May 01, 2023

Taxpayer ID 47-3578991

**Diane Farley Reeves**  Invoice #    22430
21 Partridge Lane
Long Valley, NJ 07853

*For Period Ending  April 30, 2023*

RE:   File #15-102S
      Farley Real Estate Associates, LLC
      Lease with Bed Bath & Beyond Inc.
      715 Morris Tpk.
      Springfield, NJ 07081-1514

**For Professional Services Rendered:**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2023 | SJS | Communicate w/client April rent | 0.10<br>395.00/hr | 39.50 |
|  | SJS | Correspondence to Bradley April rent default letter | 0.25<br>395.00/hr | 98.75 |
| 4/5/2023 | SJS | Email client and Bradley | 0.18<br>395.00/hr | 69.13 |
| 4/20/2023 | SJS | Telephone conference with Diane re HVAC failure, review leases for Tenant responsibility | 0.33<br>395.00/hr | 130.35 |
|  | SJS | Correspondence to Tenant demand repair HVAC | 0.33<br>395.00/hr | 130.35 |
| 4/24/2023 | SJS | BBB bankruptcy, flooding violation; Telephone conference with client | 0.30<br>395.00/hr | 118.50 |
|  |  | **Total Services Rendered:** | 1.49 | **$586.58** |
|  |  | **Previous Balance Outstanding:** |  | $876.69 |
| 4/20/2023 |  | Payment - Thank you - Check #5372 from Farley Realty Associates (Inv. 22422) - Dep. #16 |  | ($876.69) |
|  |  | **Total payments and adjustments** |  | ($876.69) |

Diane Farley Reeves                                                                    Page    2
Farley Lease w/Bed Bath Beyond

|  | Amount |
|---|---|
| **TOTAL BALANCE DUE:** | $586.58 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Steven J. Schaffer | 1.49 | 395.00 | $586.58 |

*Thank you for your confidence in selecting us to represent you in this matter.*

*PLEASE NOTE: Payments received after the billing period are not reflected in this invoice.*

**BURNS & SCHAFFER, ESQS.**
599 Springfield Avenue
2nd Floor
Berkeley Heights, NJ 07922
973-822-0500
Fax 973-822-9016

June 01, 2023

Taxpayer ID 47-3578991

Diane Farley Reeves
21 Partridge Lane
Long Valley, NJ 07853

Invoice #    22446

*For Period Ending   May 31, 2023*

RE:   File #15-102S
      Farley Real Estate Associates, LLC
      Lease with Bed Bath & Beyond Inc.
      715 Morris Tpk.
      Springfield, NJ 07081-1514

**For Professional Services Rendered:**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2023 | SJS | Telephone conference with client- brokers, site issues, drainage, | 0.27 395.00/hr | 106.65 |
|  | SJS | Revise proposed addendum | 0.18 395.00/hr | 69.13 |
|  | SJS | Correct 2% and 4%- transmit to client | 0.13 395.00/hr | 49.38 |
| 5/2/2023 | SJS | Revise addendum to listing agreement per broker | 0.17 395.00/hr | 67.15 |
|  | **Total Services Rendered:** |  | 0.75 | $292.31 |
|  | **Previous Balance Outstanding:** |  |  | $586.58 |
| 5/19/2023 | Payment - Thank you - Check #5391 from Farley Realty Associates (Inv. 22430)- Dep. #18 |  |  | ($586.58) |
|  | **Total payments and adjustments** |  |  | ($586.58) |
|  | **TOTAL BALANCE DUE:** |  |  | $292.31 |

Diane Farley Reeves  
Farley Lease w/Bed Bath Beyond

Page 2

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Steven J. Schaffer | 0.75 | 395.00 | $292.31 |

*Thank you for your confidence in selecting us to represent you in this matter.*

*PLEASE NOTE: Payments received after the billing period are not reflected in this invoice.*

# Steven P. Kartzman

| | |
|---|---|
| **From:** | Diane Reeves <dfreeves21@gmail.com> |
| **Sent:** | Tuesday, June 20, 2023 9:57 AM |
| **To:** | Steven P. Kartzman |
| **Subject:** | Fwd: drainage repair |
| **Attachments:** | Estimate-1030-from-MFB-Landscaping-LLC-1.pdf |

Steve,
Attached is a landscape drainage repair bill concerning a repair we needed to complete. We were noticed by town zoning officer that we had a drainage problem that could be a mosquito breeding problem.

---------- Forwarded message ---------
From: **Diane Reeves** <dfreeves21@gmail.com>
Date: Tue, Jun 20, 2023 at 9:53 AM
Subject:
To: <dfreeves21@gmail.com>

1

# Township of Springfield

WHICH IS IN THE COUNTY OF UNION
STATE OF NEW JERSEY
ESTABLISHED APRIL 14, 1794

**ROBERT HERBERT**
ZONING OFFICER
(973) 232-4449
FAX (973) 912-2283

**ENGINEERING DEPARTMENT**
MUNICIPAL BUILDING
100 MOUNTAIN AVENUE
SPRINGFIELD, NEW JERSEY 07081-1785

April 19, 2023

VIA STANDARD AND CERTIFIED MAIL

Farley Realty Assc LLC
705C Croyton Road
Monroe Township, New Jersey 08831

RE:  10-day Warning Notice
     715 Morris Tpke.
     Block 501  Lot 2

Dear Property Owner:

It has come to the attention of this office that you have pooling water in the parking lot that is going to attract mosquitos as the spring is upon us. This must be corrected immediately.

**You have ten days to comply or a summons will be issued.**

Thanking you in advance for your cooperation. If you have any questions you may contact me at (973) 232-4449.

Sincerely,

Robert Herbert
Robert Herbert
Zoning Official

RH: nt

MFB Landscaping LLC
PO Box 1137
Little Falls, NJ  07424
+1 8622643953



# Estimate

ESTIMATE # 1030
DATE 06/19/2023

**ADDRESS**
Bed Bath & Beyond
715 Morris Tpke
Short Hills, NJ  07081

**SHIP TO**
Bed Bath & Beyond
715 Morris Tpke
Short Hills, NJ  07081

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
|  | Trench drain install<br>- Prepare area for excavation<br>- Dig 20x3x4 area where drain will be placed.<br>- Apply 3 1/4 gravel and compact it down.<br>- Install three trench drains<br>- Backfill with concrete<br><br>Please note, we are not responsible for the damage of any pipes if there are any in the area chosen to install trench drains.<br><br>Once accepted a 50% deposit will be required before commencing the work. | 1 | 6,000.00T |

SUBTOTAL 6,000.00
TAX 397.50
TOTAL **$6,397.50**

Accepted By                                       Accepted Date

# BURNS & SCHAFFER
ATTORNEYS AT LAW
599 Springfield Avenue, 1st Floor
Berkeley Heights, New Jersey 07922

(973) 822-0500

FAX: (973) 822-9016

**BRIAN D. BURNS**
*1984-2015*

17 Hanover Road, Suite 120
Florham Park, New Jersey 07932
**Please reply to Berkeley Heights**

STEVEN J. SCHAFFER
LL.M in Taxation
sschaffer@burns-schaffer.com

April 21, 2023

**Via email kenneth.bradley@bedbath.com**
Bed Bath & Beyond
650 Liberty Avenue
Union, New Jersey 07083
Attention: Kenneth O. Bradley, Esq.
 Assistant General Counsel

  Re: Bed Bath & Beyond Lease
    715 Morris Avenue, Springfield, New Jersey
    (BB&B #1, the "Demised Premises")

## LANDLORD'S NOTICE OF HVAC FAILURE AND REQUEST TO MAKE REPAIRS

Dear Mr. Bradley:

  Recently, the Landlord's contractor, Service Star Cooling Corp. performed a standard mechanical system inspection of the HVAC at the Demised Premises. Unfortunately, there were significant and immediate failures identified with the HVAC system components. A copy of the HVAC Evaluation Report dated March 30, 2023 (the 'Report") is attached for your reference.

  Under the Lease, it is the Tenant's obligation to keep the Demised Premises in good working order, condition and repair, and at its expense to make all necessary repairs and replacements including with respect to structural repairs. The Report on the whole concludes the HVAC system is in need of immediate repairs.

  Please promptly advise us of Tenant's intention and timeline for making the necessary repairs. The Landlord recommends an in-person meeting take place to discuss choice of contractors, scheduling and cost.

  Thank you for your prompt response.

          Very truly yours,

          *Steven J. Schaffer*
         Steven J. Schaffer

SJS:is
cc: Farley Realty Associates (via email)



Air Conditioning  
Heating  
Ventilation  

Service  
Repair  
Installation  

S S C C

1275 Bloomfield Ave  
Fairfield, NJ 07004  
(973) 227-6161

---

## HVAC EVALUATION REPORT

**Existing (8) natural gas fired heating and cooling roof top units  
(5) split systems (2) Reznor unit heaters**

**Location:** Bed Bath and Beyond  
715 Morris Turnpike  
Springfield, NJ 07081

**Technicians:** Thaddeus Gabara, Francesco Mudano & Elfego Guerriero

**Weather:** Sunny 60 degrees

**Date:** 3/30/23

**Evaluated condition and performance of all existing HVAC systems /control system**  
All systems were tested manually at rooftop controls for compressor operation/ heating section/refrigerant charge /blower operation/ condenser fan motor operation and observations were made for each unit and noted.

## (8) ROOF TOP UNITS

**RTU #1 Lennox Model # lga120hh14 Serial #5699f0602**
24 years old in age. 10-TON unit
Need all starting components in heating section. Needs new 3 pole contactors.
Refrigerant circuit #2 has no refrigerant in it with a failed #2 compressor.
Major crack in heat exchanger
Estimated cost to replace with a new 10-TON unit is $22,500.00

**RTU #2 Lennox Model # lga088hs14 Serial # 5601f03780**
22 years old in age. 7.5-TON unit
Failed condenser fan motor and blade
Failed draft inducer and assembly.
Needs all the heating section starting components
Unit is currently not operational.
Estimated cost for repair is $2,760.00

**RTU #3 Lennox Model # lga120hs14 Serial # 5600f0312**
23 years old in age. 10-TON unit
Found missing indoor blower motor
Need 3 pole contactor with heat sink (burnt)
Need all starting components in heating section including draft assembly/gas valve.
Unit is currently not operational
Estimated cost for repair is $4,670.00

**RTU #4 Carrier Model # 48hjd006-531 Serial # 3303g20512**
20 years old in age. 10-TON unit
Must replace following parts to make unit reliable…
Replace flame sensor, spark ignitors, rollout switch ,p-trap, (2) 2 pole contactors, limit switches and control board
Unit is currently operational
Estimated cost for repair is $2,360.00

RTU # 5 Carrier Model # 48hjd006-531 Serial #3900g24432
23 years old in age. 5-TON unit
Beyond repair major heat exchanger failure along with too many parts to list.
Unit is condemned.
Estimated cost to replace with a new 5-TON unit is $16,800.00

RTU #7 Lennox Model # lga088hs14 Serial # 5601f03779
22 years old in age. 7.5-TON unit
Need the following parts replaced for equipment reliability
Flame sensor, spark ignitors, rollout switches and limit switches.
Unit is currently operational
Estimated cost for repair is $1,100.00

RTU #8 Lennox Model # lga088hs14 Serial #5600go5849
23 years old in age. 7.5-TON unit
Stage #2 cooling circuit is not working. Needs the following parts…
Condenser fan motor with fan blade and capacitor
Wiring short detected. Need time to locate short and repair wiring.
Broken p-trap found. Needs new p-trap
Heating section currently working, but needs the following parts for reliability…
Flame sensor, spark ignitor, rollout switches and limit switches.
Estimated cost for repair is $3,100.00

RTU #9 Carrier Model # 48hjeo12l-571hy Serial #3303g20513
20 years old in age. 10-TON unit
Side duct discharged with outdoor roof ductwork. Unit is currently working, but needs a full preventative maintenance service.
Estimated cost for service is $425.00

## (5) SPLIT SYSTEMS

**Split System #6 Carrier Outdoor Unit Model # 38arz0075012b Serial # 3703g30024**
**20 years old in age. 6-TON system**
This system is completely out of refrigerant with signs of leaks on indoor and outdoor equipment. System is condemned. Estimated cost to replace with a new 6-TON system is $25,800.00

**Split System #9 Lennox Model # hs29090-24 Serial # 5601a03350**
**22 years old in age. 7.5-TON unit**
This system is completely out of refrigerant with signs of leaks on indoor and outdoor equipment. This system is condemned.
Estimated cost to replace with a new 7.5-TON system is $28,200.00

**Split System #10 Lennox Model # lsa090c2y Serial #5600m01687**
**23 years old in age. 7.5-TON system.**
Melted electrical disconnect and shorted compressor terminals. This system is condemned.
Estimated cost to replace with a new 7.5-TON system is $28,200.00

**Split System #11 Carrier Model # 09e016-521 Serial # 3703f53669**
**20 years old in age. 12.5-TONS**
System has failed condenser fan motors and blades with multiple controls jumped out. System has no refrigerant in the cooling circuits. This system is condemned.
Estimated cost to replace with a new 12.5-TON system is $34,900.00

**Split System #12 Carrier Model # 09e016-521 Serial # 3703f53651**
**20 years old in age. 12.5-TON system**
Same as split system #11
System has failed condenser fan motors and blades with multiple controls jumped out. System has no refrigerant in the cooling circuits. This system is condemned.
Estimated cost to replace with a new 12.5-TON system is $34,900.00

## REZNOR UNIT HEATERS

**Reznor #9 located in the warehouse**
125,000 BTU heater is operating. Needs a pilot assembly and thermocouple for equipment reliability.
Estimated cost for repair is $1,000.00.

**Reznor heater #10 located near the front door**
150,000 BTU heater is condemned with a cracked heat exchanger.
Estimated cost to replace this unit is $5,200.00

---

## CONTROL SYSTEM

Control system/BMS system is outdated and inoperable. Recommend installing new control wire from each system to stand alone programmable thermostats throughout the location.
Estimated cost for EACH HVAC system is $755.00
Note: Multiple systems on site.

Bed, Bath & Beyond   715 Morris Tpke. Springfield, NJ 07081

HVAC Roof Layout

- RTU 7
- RTU 8
- RTU 5
- RTU 4
- Split 6
- Split 10
- Split 11
- RTU 3
- RTU 2
- RTU 1
- RTU 9
- Split 12
- Split 9

Rear Parking Lot

# Farley Real Estate Associates, LLC (Cure Amount)

| Property | Lease | Charge Code | Date | Current Owed | 0-30 Owed | 31-60 Owed | Over 90 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| 715 Morris Ave | Bed Bath & Beyond | Real Estate Taxes | 4/1/2023 | $ - | $ - | $ 44,871.51 | $ - | $ - | $ 44,871.51 |
| 715 Morris Ave | Bed Bath & Beyond | Real Estate Taxes | 6/1/2023 | $ (34,023.45) | $ - | $ - | $ - | $ - | $ (34,023.45) |
| 715 Morris Ave | Bed Bath & Beyond | Service Star Cooling Corp. | 3/30/2023 | $ 205,715.00 | $ - | $ - | $ - | $ - | $ 205,715.00[1] |
| 715 Morris Ave | Bed Bath & Beyond | Blair Image | 4/24/2023 | $ - | $ - | $ 1,684.91 | $ - | $ - | $ 1,684.91 |
| 715 Morris Ave | Bed Bath & Beyond | Burns & Schaffer, Esqs. | 5/1/2023 | $ - | $ - | $ 586.58 | $ - | $ - | $ 586.58 |
| 715 Morris Ave | Bed Bath & Beyond | Burns & Schaffer, Esqs. | 6/1/2023 | $ 292.31 | $ - | $ - | $ - | $ - | $ 292.31 |
| 715 Morris Ave | Bed Bath & Beyond | MFB Landscaping | 6/19/2023 | $ 6,397.50 | $ - | $ - | $ - | $ - | $ 6,397.50 |
| 715 Morris Ave | Bed Bath & Beyond | Mellinger Kartzman LLC | | $ 15,000.00 | $ - | $ - | $ - | $ - | $ 15,000.00 |
| | | | | $ 193,381.36 | $ - | $ 47,143.00 | $ - | $ - | $ 240,524.36 |

[1] This amount may be less once a complete evaluation of the equipment is completed.