# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>BED BATH & BEYOND INC., et al., | CASE NO: 23-13359 (VFP)<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 1434 |

On 7/21/2023, I did cause a copy of the following documents, described below,

1. Motion to Admit Sean C. Southard Pro Hac Vice Pursuant to Local District Court Rule 101.1(c)

    [ECF Docket Reference No. 1434]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/21/2023

/s/ Stephanie Sweeney
Stephanie Sweeney

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street
New York, NY  10036
212 972 3000
kstrine@klestadt.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>BED BATH & BEYOND INC., et al., | CASE NO: 23-13359 (VFP)<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 1434 |

On 7/21/2023, I did cause a copy of the following documents, described below,

1. Motion to Admit Sean C. Southard Pro Hac Vice Pursuant to Local District Court Rule 101.1(c)

    [ECF Docket Reference No. 1434]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/21/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephanie Sweeney
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street
New York, NY  10036

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BED BATH & BEYOND INC.<br>650 LIBERTY AVENUE<br>UNION, NJ 07083 | OLIVIA F. ACUNA<br>KIRKLAND AND ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | DAVID M. BASS, MICHAEL D. SIROTA, ESQ.<br>WARREN A. USATINE, ESQ., FELICE R.<br>YUDKIN, ESQ.<br>COLE SCHOTZ P.C.<br>COURT PLAZA NORTH, 25 MAIN STREET<br>HACKENSACK, NJ 07601 |
| ALEXANDRIA NIKOLINOS<br>DOJ-UST<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK, NJ 07102 | FRAN B. STEELE<br>U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ 07102-5504 | PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN, BRADFORD J. SANDLE<br>PAUL J. LABOV, COLIN R. ROBINSON<br>780 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10017 |
| MORRIS S. BAUER, ESQ.<br>DUANE MORRIS LLP<br>ONE RIVERFRONT PLAZA<br>1037 RAYMOND BOULEVARD, SUITE 1800<br>NEWARK, NEW JERSEY 07102 | SOMMER L. ROSS, ESQ.<br>DUANE MORRIS LLP<br>1940 ROUTE 70 EAST, SUITE 100<br>CHERRY HILL, NEW JERSEY 08003-2171 | DUANE MORRIS LLP<br>LAWRENCE J. KOTLER, ESQ.<br>WENDY M. SIMKULAK, ESQ.<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103 |
| LESLIE C. HEILMAN, ESQ.<br>LAUREL D. ROGLEN, ESQ.<br>BALLARD SPAHR LLP<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DELAWARE 19801-3034 | STARK & STARK, P.C.<br>ATTN: JOSEPH H. LEMKIN, ESQ. AND THOMAS<br>ONDER, ESQ<br>P.O. BOX 5315<br>PRINCETON NJ 08543-5315 | RIEMER & BRAUNSTEIN, LLP<br>STEVEN E. FOX<br>TIMES SQUARE TOWER<br>SEVEN TIMES SQUARE, SUITE 2506<br>NEW YORK, NY 10036 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DOUGLAS D. HERRMANN, MARCY J.<br>MCLAUGHLIN SMITH, HENRY J. JAFFE<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON, DELAWARE 19801 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>JESSICA D. MIKHAILEVICH<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>STEPHANIE L. JONAITIS, ESQ.<br>301 CARNEGIE CENTER, SUITE 400<br>PRINCETON, NJ 08543-5276 |
| PROSKAUER ROSE LLP<br>DAVID HILLMAN, ESQ., CHARLES A. DALE,<br>ESQ.<br>MEGAN VOLIN, ESQ., REUVEN C. KLEIN,<br>ESQ.<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036-8299 | GREENBERG TRAURIG, LLP<br>ALAN J. BRODY, ESQ.<br>PAUL SCHAFHAUSER, ESQ.<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932 | GREENBERG TRAURIG, LLP<br>NANCY A. PETERMAN, ESQ.<br>77 WEST WACKER DRIVE, SUITE 3100<br>CHICAGO, ILLINOIS 60601 |
| GREENBERG TRAURIG, LLP<br>HEATH B. KUSHNICK<br>ONE VANDERBILT AVENUE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL, LLC<br>MARSHALL S. HUEBNER, ESQ.<br>ADAM L. SHPEEN, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK, NEW YORK 10017 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>DON STECKER<br>112 E. PECAN STREET, SUITE 2200<br>SAN ANTONIO, TX 78205 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| GRIMES & LINEBARGER, LLP<br>120 W. MAIN, SUITE 201<br>MESQUITE, TX 75149 | KURTZMAN STEADY, LLC<br>JEFFREY KURTZMAN, ESQ.<br>101 N. WASHINGTON AVENUE, SUITE 4A<br>MARGATE, NJ 08402 | CAPEHART & SCATCHARD, P.A.<br>WILLIAM G. WRIGHT, ESQ.<br>8000 MIDLANTIC DRIVE, SUITE 300 S<br>MT. LAUREL, NEW JERSEY 08054 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MCMANIMON SCOTLAND & BAUMANN, LLC<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA, ESQ.<br>75 LIVINGSTON AVENUE, SUITE 201<br>ROSELAND, NJ 07068 | BERNSTEIN-BURKLEY, P.C.<br>ATTN: KERI P. EBECK<br>601 GRANT STREET, 9TH FLOOR<br>PITTSBURGH, PA 15219 | MCGUIREWOODS LLP<br>PHILIP A. GOLDSTEIN, ESQ.<br>1251 AVENUE OF THE AMERICAS, 20TH FLOOR<br>NEW YORK, NEW YORK 10020 |
| MCGUIREWOODS LLP<br>DOUGLAS M. FOLEY, ESQ.<br>JACOB M. WEISS, ESQ.<br>GATEWAY PLAZA<br>800 EAST CANAL STREET<br>RICHMOND, VIRGINIA 23219 | DELIA GARZA<br>TRAVIS COUNTY ATTORNEY<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>DANIEL M. PEREIRA<br>2005 MARKET STREET, SUITE 2600<br>PHILADELPHIA, PA 19103-7098 |
| RUBIN LLC<br>ATTENTION: PAUL A. RUBIN<br>11 BROADWAY, SUITE 715<br>NEW YORK, NEW YORK 10004 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>OWEN M. SONIK<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 | FROST BROWN TODD LLP<br>JORDAN S. BLASK<br>501 GRANT STREET, SUITE 800<br>PITTSBURGH, PA 15219 |
| FROST BROWN TODD LLP<br>RONALD E. GOLD<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI, OH 45202 | SAUL EWING LLP<br>MONIQUE B. DISABATINO, ESQ., MARK MINUTI, ESQ<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON, DE 19899 | SAUL EWING LLP<br>TURNER N. FALK, ESQ.<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102 |
| CALHOUN & DI PONIO, PLC<br>KEVIN C. CALHOUN<br>29828 TELEGRAPH ROAD<br>SOUTHFIELD, MICHIGAN 48034-1338 | BELKIN BURDEN GOLDMAN, LLP<br>JAY B. SOLOMON, ESQ.<br>60 EAST 42ND STREET, 16TH FLOOR<br>NEW YORK, NEW YORK 10165 | CHIESA SHAHINIAN & GIANTOMASI PC<br>SCOTT A. ZUBER, ESQ.<br>BRIAN KANTAR, ESQ.<br>105 EISENHOWER PARKWAY<br>ROSELAND, NEW JERSEY 07068 |
| VALINOTI, SPECTER & DITO, LLP<br>JEFFREY A. DTIO, ESQ.<br>301 JUNIPERO SERRA BOULEVARD, SUITE 200<br>SAN FRANCISCO, CA 94127 | GOODWIN PROCTER LLP<br>KIZZY L. JARASHOW<br>MEREDITH L. MITNICK<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018-1405 | SHARKNINJA OPERATING LLC<br>BEVERLY R. PORWAY<br>89 A STREET<br>NEEDHAM, MA 02494 |
| SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, INDIANA 46204 | MELLINGER KARTZMAN LLC<br>STEVEN P. KARTZMAN<br>101 GIBRALTAR DRIVE, SUITE 2F<br>MORRIS PLAINS, NJ 07950 | PORZIO, BROMBERG & NEWMAN, P.C.<br>JOHN S. MAIRO, ESQ.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NEW JERSEY 07962 |
| MICHAEL D. SIROTA<br>25 MAIN STREET<br>POST OFFICE BOX 800<br>HACKENSACK, NJ 07602-0800 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TENNESSEE 37202-0207 | BROWN MCGARRY NIMEROFF LLC<br>JAMI B. NIMEROFF, ESQ.<br>TWO PENN CENTER, SUITE 610<br>1500 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19102 |
| KIRKLAND & ELLIS LLP<br>JOSHUA A. SUSSBERG, ESQ.<br>EMILY E. GEIER, ESQ.<br>DEREK I. HUNTER, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | LOCKE LORD LLP<br>ANDREW BRAUNSTEIN<br>BROOKFIELD PLACE, 200 VESEY STREET, 20TH FLOOR<br>NEW YORK, NY 10281 | LOCKE LORD LLP<br>JONATHAN W. YOUNG<br>701 8TH STREET, N.W., SUITE 500<br>WASHINGTON, D.C. 20001 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

LOCKE LORD LLP
HANNA J. REDD
111 HUNTINGTON AVE., 9TH FLOOR
BOSTON, MA 02199

CHAFFE MCCALL, LLP
FERNAND L. LAUDUMIEY, IV, ESQ.
2300 ENERGY CENTRE, 1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2300

WILENTZ, GOLDMAN & SPITZER, P.A.
ATTN: DAVID H. STEIN, ESQ.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10,
WOODBRIDGE, NEW JERSEY 07095

CYRULI, SHANKS & ZIZMOR, LLP
ATTN: EDMOND P. O'BRIEN, ESQ. AND
JEFFREY C. RUDERMAN, ESQ.
420 LEXINGTON AVENUE, SUITE 2320
NEW YORK, NEW YORK 10170

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE, ESQ., JENNIFER D.
RAVIELE, ESQ.
CONNIE CHOE, ESQ., JAMES S. CARR, ESQ.,
MAEGHAN J. MCLOUGHLIN, ESQ.
3 WORLD TRADE CENTER
175 GREENWICH STREET
NEW YORK, NY 10007

FUQUA & ASSOCIATES, PC
RICHARD L. FUQUA
8558 KATY FREEWAY, SUITE 119
HOUSTON, TX 77024

RABINOWITZ, LUBETKIN & TULLY, LLC
ATTENTION: JAY L. LUBETKIN, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NEW JERSEY 07039

FLEISCHER, FLEISCHER & SUGLIA, P.C.
JACLYN SCARDUZIO DOPKE, ESQ.
FOUR GREENTREE CENTRE
601 ROUTE 73 N., SUITE 305
MARLTON, NJ 08053

CERTILMAN BALIN ADLER & HYMAN, LLP.
JASPREET S. MAYALL, ESQ., THOMAS J.
MONROE, ESQ.
90 MERRICK AVENUE
EAST MEADOW, NEW YORK 11554

MIRICK, O'CONNELL, DEMALLIE & LOUGEE,
LLP
JOSEPH H. BALDIGA
PAUL W. CAREY
1800 WEST PARK DRIVE, SUITE 400
WESTBOROUGH, MA 01581

MIRICK, O'CONNELL, DEMALLIE & LOUGEE,
LLP
PAUL W. CAREY
100 FRONT STREET
WORCESTER, MA 01608

LAZARUS & LAZARUS, P.C.
HARLAN M. LAZARUS
240 MADISON AVE, 8TH FLOOR
NEW YORK, NEW YORK 10016

HIRSCHLER FLEISCHER, P.C.
ROBERT S. WESTERMANN, ESQ.
BRITTANY B. FALABELLA, ESQ.
2100 EAST CARY STREET
RICHMOND, VIRGINIA 23223

BARCLAY DAMON LLP
SCOTT L. FLEISCHER
1270 AVENUE OF THE AMERICAS, SUITE 501
NEW YORK, NEW YORK 10020

BARCLAY DAMON LLP
KEVIN M. NEWMAN, ESQ.
BARCLAY DAMON TOWER
125 EAST JEFFERSON STREET
SYRACUSE, NY 13202

BARCLAY DAMON LLP
NICLAS A. FERLAND, ESQ.
545 LONG WHARF DRIVE, NINTH FLOOR
NEW HAVEN, CT 06511

CARTER LEDYARD & MILBURN LLP
28 LIBERTY STREET, 41ST FLOOR
NEW YORK, NY 10005

MCELROY, DEUTSCH, MULVANEY & CARPENTER
LLP
DAVID P. PRIMACK
300 DELAWARE AVE., SUITE 1014
WILMINGTON, DE 19801

MCELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP
JEFFREY BERNSTEIN, ESQ.
570 BROAD STREET, SUITE 1401
NEWARK, NJ 07102

MCELROY, DEUTSCH, MULVANEY & CARPENTER,
LLP
NICOLE LEONARD, ESQ.
225 LIBERTY STREET, 36TH FLOOR
NEW YORK, NY 10281

LASSER HOCHMAN LLC
RICHARD L. ZUCKER, ESQ. AND SHEPPARD A
GURYAN, ESQ.
75 EISENHOWER PARKWAY, SUITE 120
ROSELAND, NJ 07068

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94105-3493

ARENTFOX SCHIFF LLP
ATTN: BRETT D. GOODMAN, ESQ.
1301 AVENUE OF THE AMERICAS, 42ND FLOOR
NEW YORK, NY 10019

DAVID STAUSS
1801 WEWATTA STREET, SUITE 1000
DENVER, CO 80202

HINCKLEY, ALLEN & SNYDER LLP
JENNIFER V. DORAN, ESQ.
28 STATE STREET
BOSTON, MA 02109

ASHBY & GEDDES, P.A.
GREGORY A. TAYLOR
DON A. BESKRONE
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19801

OFFIT KURMAN, P.A.
PAUL J. WINTERHALTER, ESQ.
100 EAGLE ROCK AVENUE, SUITE 105
EAST HANOVER, NJ 07936

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KEN BURTON, JR. MANATEE COUNTY TAX COLLECTOR<br>1001 3RD AVE., W. SUITE 240<br>BRADENTON, FL 34205 | RIVKIN RADLER LLP<br>JAMES C. SUOZZO, ESQ.<br>25 MAIN STREET<br>COURT PLAZA NORTH, SUITE 501<br>HACKENSACK, NJ 07601-7082 | KRISS & FEUERSTEIN LLP<br>DANIEL N. ZINMAN, ESQ.<br>360 LEXINGTON AVENUE, SUITE 1200<br>NEW YORK, NEW YORK 10017 |
| GENOVA BURNS, LLC<br>DANIEL M. STOLZ, ESQ.<br>GREGORY S. KINOIAN, ESQ.<br>110 ALLEN ROAD, SUITE 304<br>BASKING RIDGE, NJ 07920 | SCALLEY READING BATES HANSEN & RASMUSSEN P.C.<br>DARWIN H. BINGHAM<br>15 WEST SOUTH TEMPLE, SUITE 600<br>SALT LAKE CITY, UT 84101 | SIRLIN LESSER & BENSON, P.C.<br>DANA S. PLON, ESQ., PETER A. LESSER, ESQ.<br>123 SOUTH BROAD STREET, SUITE 2100<br>PHILADELPHIA, PA 19109 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>LAURA K. MONROE<br>PO BOX 817<br>LUBBOCK, TX 79408 | LAW OFFICES OF ANDY WINCHELL, PC<br>ANDY WINCHELL<br>90 WASHINGTON VALLEY ROAD<br>BEDMINSTER, NEW JERSEY 07921 | BURR & FORMAN LLP<br>KRISTEN P. WATSON, ESQUIRE<br>JAMES H. HAITHCOCK III, ESQUIRE<br>420 N. 20TH STREET, 3400<br>BIRMINGHAM, AL 35203 |
| BEWLEY LASSLEBEN & MILLER, LLP<br>ERNIE ZACHARY PARK<br>13215 E. PENN STREET, SUITE 510<br>WHITTIER, CA 90602 | FAEGRE DRINKER BIDDLE & REATH LLP<br>BRIAN P. MORGAN<br>1177 AVENUE OF THE AMERICAS, 41ST FLOOR<br>NEW YORK, NEW YORK 10036 | GELLERT SCALI BUSENKELL & BROWN, LLC<br>RONALD S. GELLERT, MICHAEL BUSENKELL, ESQ., AMY D. BROWN, ESQ.<br>1201 NORTH ORANGE STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| KEPLER GROUP LLC<br>RUCHI PRASAD<br>6 EAST 32ND ST., 9TH FLOOR<br>NEW YORK, NY 10016 | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.<br>WILLIAM R. FIRTH, III, ESQ.<br>EVAN W. RASSMAN, ESQ.<br>500 DELAWARE AVENUE, SUITE 730<br>WILMINGTON, DE 19801 | FAEGRE DRINKER BIDDLE & REATH LLP<br>FRANK F. VELOCCI<br>600 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932 |
| SCHWARTZ BARKIN & MITCHELL<br>1110 SPRINGFIELD ROAD<br>PO BOX 1339<br>UNION, NJ 07083-1339 | BRAVERMAN & LESTER<br>JEFFREY A. LESTER, ESQ.<br>374 MAIN STREET<br>HACKENSACK, NJ 07601 | RICHARD W. WARD<br>6304 TEAL CT.<br>PLANO, TX 75024 |
| VEDDER PRICE P.C.<br>COURTNEY M. BROWN<br>1633 BROADWAY, 31ST FLOOR<br>NEW YORK, NEW YORK 10019 | CAHILL GORDON & REINDEL LLP<br>RICHARD A. STIEGLITZ JR.<br>32 OLD SLIP<br>NEW YORK, NEW YORK 10005 | WANGER JONES HELSLEY<br>RILEY C. WALTER<br>265 E. RIVER PARK CIRCLE, SUITE 310<br>FRESNO, CALIFORNIA 93720 |
| SKLAR KIRSH, LLP<br>ATTN: IAN S. LANDSBERG<br>1880 CENTURY PARK EAST, STE. 300<br>LOS ANGELES, CALIFORNIA 90067 | BIELLI & KLAUDER, LLC<br>ANGELA L. MASTRANGELO, ESQ.<br>DAVID M. KLAUDER, ESQ.<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>J. DAVID FOLDS<br>901 K. STREET, NW, SUITE 900<br>WASHINGTON, DC 20001 |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>KENNETH M. KLEMM<br>201 ST. CHARLES AVENUE, 36TH FLOOR<br>NEW ORLEANS, LOUISIANA 70170 | ANSELL GRIMM & AARON, P.C.<br>JOSHUA S. BAUCHNER, ESQ.<br>365 RIFLE CAMP ROAD<br>WOODLAND PARK, NEW JERSEY 07424 | LAW OFFICES OF LISA M. SOLOMON<br>ATTN: LISA M. SOLOMON, ESQ.<br>ONE GRAND CENTRAL PLACE<br>305 MADISON AVENUE, SUITE 4700<br>NEW YORK, NEW YORK 10165 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP<br>ALEC P. OSTROW, ESQ.<br>WALTER E. SWEARINGEN, ESQ.<br>299 PARK AVENUE, 16TH FLOOR<br>NEW YORK, NEW YORK 10017 | SACCO & FILLAS, LLP<br>MORRIS J. SCHLAF, ESQ.<br>31-19 NEWTOWN AVENUE, SEVENTH FLOOR<br>ASTORIA, NEW YORK 11102 | HOLLAND & KNIGHT LLP<br>BARBRA R. PARLIN, ESQ.<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019 |
| GREENBAUM, ROWE, SMITH & DAVIS LLP<br>ATTENTION: DAVID L. BRUCK, ESQ.<br>99 WOOD AVENUE SOUTH<br>ISELIN, NEW JERSEY 08830 | SQUIRE PATTON BOGGS (US) LLP<br>MARK C. ERRICO, ESQ.<br>382 SPRINGFIELD AVE., SUITE 300<br>SUMMIT, NJ 07901 | DLA PIPER LLP (US)<br>RICHARD M. KREMEN, ESQ.<br>THE MARBURY BUILDING<br>6225 SMITH AVENUE<br>BALTIMORE, MARYLAND 21209-3600 |
| DLA PIPER LLP (US)<br>AARON S. APPLEBAUM, ESQ.<br>1201 NORTH MARKET STREET, SUITE 2100<br>WILMINGTON, DELAWARE 19801 | BETANCOURT, GRECO & EVANS LLC<br>JOHN GRECO<br>151 BODMAN PLACE - SUITE 200<br>RED BANK, NJ 07701 | WENOKUR RIORDAN PLLC<br>FAYE C. RASCH<br>600 STEWART STREET, SUITE 1300<br>SEATTLE, WA 98101 |
| HANSON BRIDGETT LLP<br>ATTN: JORDAN A. LAVINSKY<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94105 | GRAFF SILVERSTEIN LLP<br>DAVID GRAFF, ESQ.<br>3 MIDDLE PATENT ROAD<br>ARMONK, NY 10504 | KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE<br>ATTN: BANKRUPTCY DIVISION, C/O RACHEL MEDRANO<br>PO BOX 579<br>BAKERSFIELD, CA 93302 |
| ARCHER & GREINER, P.C.<br>JERROLD S. KULBACK, ESQ.<br>1025 LAUREL OAK ROAD<br>VOORHEES, NJ 08043-3506 | GOULSTON & STORRS PC<br>VANESSA P. MOODY, ESQ.<br>BRENDAN M. GAGE, ESQ.<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110 | ONE LLP<br>LAWRENCE J. HILTON<br>23 CORPORATE PLAZA, SUITE 150-105<br>NEWPORT BEACH, CA 92660 |
| NOLAN HELLER KAUFFMAN LLP<br>FRANCIS J. BRENNAN, ESQ.<br>80 STATE STREET, 11TH FLOOR<br>ALBANY, NY 12207 | ROBERT J. SPROUL<br>ASSISTANT COUNTY ATTORNEY<br>ONE HARRISON STREET, S.E.<br>P.O. BOX 7000<br>LEESBURG, VIRGINIA 20177-7000 | THOMPSON HINE LLP<br>LOUIS F. SOLIMINE, ESQ.<br>312 WALNUT STREET – SUITE 2000<br>CINCINNATI, OHIO 45202-4029 |
| GLENN AGRE BERGMAN & FUENTES LLP<br>SHAI SCHMIDT, NAZNEN RAHMAN, AGUSTINA G. BERRO<br>1185 AVENUE OF THE AMERICAS, 22ND FLOOR<br>NEW YORK, NEW YORK 10036 | SEYFARTH SHAW LLP<br>JAMES S. YU<br>620 8TH AVENUE<br>NEW YORK, NY 10018 | TAMMY JONES<br>OKLAHOMA COUNTY TREASURER<br>320 ROBERT S. KERR, ROOM 307<br>OKLAHOMA CITY, OK 73102 |
| K&L GATES LLP<br>DAVID S. CATUOGNO, ESQ.<br>ONE NEWARK CENTER, TENTH FLOOR<br>1085 RAYMOND BOULEVARD<br>NEWARK, NEW JERSEY 07102 | SCARINCI HOLLENBECK, LLC<br>DAVID EDELBERG, ESQ.<br>150 CLOVE ROAD<br>LITTLE FALLS, NJ 07424 | GROSS MCGINLEY, LLP<br>LOREN L. SPEZIALE, ESQ.<br>33 SOUTH 7TH STREET, PO BOX 4060<br>ALLENTOWN, PA 18105-4060 |
| EPSTEIN OSTROVE, LLC<br>ELLIOT D. OSTROVE, ESQ., VAHBIZ P. KARANJIA<br>200 METROPLEX DRIVE, SUITE 304<br>EDISON, NJ 08817 | LAW OFFICES OF KENNETH L. BAUM LLC<br>KENNETH L. BAUM, ESQ.<br>201 W. PASSAIC STREET, SUITE 104<br>ROCHELLE PARK, NEW JERSEY 07662 | GIBBONS P.C.<br>ROBERT K. MALONE, ESQ.<br>BRETT S. THEISEN, ESQ.<br>KYLE P. MCEVILLY, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK, NEW JERSEY 07102-5310 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LAW OFFICE OF SHMUEL KLEIN PA<br>SHMUEL KLEIN, ESQ.<br>316 PROSPECT AVENUE #3J<br>HACKENSACK, NJ 07601 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>KEVIN M. CAPUZZI<br>1313 NORTH MARKET STREET, SUITE 1201<br>WILMINGTON, DE 19801 | BUCHALTER<br>ANTHONY J. NAPOLITANO<br>1000 WILSHIRE BOULEVARD<br>SUITE 1500<br>LOS ANGELES, CA 90017-1730 |
| CLARK HILL PLC<br>ROBERT P. FRANKE, AUDREY L. HORNISHER<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TEXAS 75202-3794 | TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.<br>ROBERT S. ROGLIERI, ESQ.<br>290 W. MT. PLEASANT AVENUE, SUITE 2370<br>LIVINGSTON, NJ 07039 | DAY PITNEY LLP<br>STEPHEN R. CATANZARO<br>ONE JEFFERSON ROAD<br>PARSIPPANY, NJ 07054 |
| A.Y. STRAUSS LLC<br>ERIC H. HORN, ESQ.<br>HEIKE M. VOGEL<br>101 EISENHOWER PARKWAY, SUITE 412<br>ROSELAND, NEW JERSEY 07068 | MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C.<br>JAMES W. MCCARTNEY, ESQ.<br>2500 PLAZA 5, HARBORSIDE FINANCIAL CENTER<br>JERSEY CITY, NEW JERSEY 07311 | NORGAARD, O'BOYLE & HANNON<br>JOHN O'BOYLE, ESQ.<br>184 GRAND AVENUE<br>ENGLEWOOD, NEW JERSEY 07631-3507 |
| BUTLER SNOW LLP<br>PAUL S. MURPHY, ESQ.<br>P.O. DRAWER 4248<br>GULFPORT, MS 39502 | MORITT HOCK & HAMROFF LLP<br>MARSHALL O. DWORKIN, ESQ.<br>LESLIE A. BERKOFF, ESQ.<br>1407 BROADWAY, SUITE 3900<br>NEW YORK, NY 10018 | CIARDI CIARDI & ASTIN<br>ALBERT A. CIARDI, III, ESQUIRE<br>NICOLE M. NIGRELLI, ESQUIRE<br>1905 SPRUCE STREET<br>PHILADELPHIA, PA 19103 |
| KAPLIN STEWART MELOFF REITER & STEIN, P.C.<br>DANIEL R. UTAIN, ESQ., WILLIAM J. LEVANT, ESQ<br>910 HARVEST DRIVE, POST OFFICE BOX 3037<br>BLUE BELL, PA 19422 | GREGORY G. PLOTKO, ESQ.<br>BARNES & THORNBURG LLP<br>390 MADISON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017-2509 | BLANK ROME LLP<br>MATTHEW E. KASLOW<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103 |
| LITE DEPALMA GREENBERG & AFANADOR, LLC<br>ALLEN J. UNDERWOOD II., ESQ.<br>570 BROAD STREET, SUITE 1201<br>NEWARK, NEW JERSEY 07102 | GORSKI & KNOWLTON PC<br>CAROL L. KNOWLTON, ESQUIRE<br>311 WHITEHORSE AVENUE, SUITE A<br>HAMILTON, NEW JERSEY 08610 | RIKER DANZIG LLP<br>TARA J. SCHELLHORN, ESQ.<br>HEADQUARTERS PLAZA, ONE SPEEDWELL AVENUE<br>MORRISTOWN, NEW JERSEY 07962-1981 |
| HODGSON RUSS LLP<br>ERIN N. TESKE, ESQ.<br>605 THIRD AVENUE, SUITE 2300<br>NEW YORK, NY 10158 | COHNE KINGHORN, PC<br>GEORGE HOFMANN<br>111 EAST BROADWAY, 11TH FLOOR<br>SALT LAKE CITY, UT 84111 | O'BRIEN THORNTON LLC<br>MERRILL M. O'BRIEN, ESQ.<br>160 PARK STREET<br>MONTCLAIR, NJ 07042 |
| THE LAW OFFICE OF JOHN C. KIM, P.C.<br>ATTN: SUNJAE LEE, ESQ.<br>163-10 NORTHERN BOULEVARD, SUITE 201<br>FLUSHING, NY 11358 | PRICE MEESE SHULMAN & D'ARMINIO, P.C.<br>RICK A. STEINBERG, ESQ.<br>50 TICE BOULEVARD, SUITE 380<br>WOODCLIFF LAKE, NEW JERSEY 07677 | MOE FREEDMAN<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE BUILDING<br>3030 W. GRAND BLVD. STE. 10-200<br>DETROIT, MI 48202 |
| RIKER DANZIG LLP<br>TARA J. SCHELLHORN, ESQ.<br>DANIEL A. BLOOM, ESQ.<br>HEADQUARTERS PLAZA, ONE SPEEDWELL AVENUE<br>MORRISTOWN, NEW JERSEY 07962-1981 | CROWE & DUNLEVY<br>CHRISTINA STEPHENSON, ESQ.<br>2525 MCKINNON STREET, SUITE 425<br>DALLAS, TX 75201 | LOWENSTEIN SANDLER LLP<br>KENNETH A. ROSEN, ESQ.<br>MARY E. SEYMOUR, ESQ.<br>PHILIP J. GROSS, ESQ.<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WHITE & CASE LLP<br>GREGORY F. PESCE, ESQ.<br>LAURA E. BACCASH, ESQ.<br>111 SOUTH WACKER DRIVE, SUITE 5100<br>CHICAGO, IL 60606-4302 | SAMUEL P. HERSHEY, ESQ.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020 | DEVIN J. RIVERO, ESQ.<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131-2352 |
| LAUREN MACKSOUD<br>DENTONS US LLP<br>LAUREN MACKSOUD<br>1221 AVENUE OF THE AMERICAS,<br>NEW YORK, NY 10020-1089 | DENTONS SIROTE PC<br>THOMAS B. HUMPHRIES<br>2311 HIGHLAND AVE. SOUTH, SUITE 50<br>BIRMINGHAM, AL 35205 | |