| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 1002<br>Telephone: (212) 704.6350<br>Fax:         (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Matthew R. Brooks<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212-704-6000<br>Email: matthew.brooks@troutmansanders.com<br><br>*Counsel for NPMC Retail, LLC*<br><br>In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Joint Administration Requested) |

## CERTIFICATE OF SERVICE

1.    I, Susan Henry:

    ☐ represent _____ in the above-captioned cases.

    ☑ am the paralegal for Jessica D. Mikhailevich who represents *NPMC Retail, LLC* in the above-captioned cases.

    ☐ am the _____ in the above case and am representing myself.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

160253257v1

2. On July 21, 2023, I sent a copy of the following pleading(s) and/or document(s) to the parties listed in the chart below:

*NPMC Retail, LLC'S Objection to The Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 21, 2023                                    */s/ Susan Henry*
                                                       Susan Henry

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>ross.fiedler@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>joshua.sussberg@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Michael D. Sirota, Warren A. Usatine, and Felice R. Yudkin<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Scott K. Charles<br>Michael S. Benn<br>Gordon S. Moodie<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| David S. Kurtz<br>Lazard Frères & Co, LLC<br>300 N. LaSalle Street, 23rd Floor<br>Chicago, IL 60654<br>david.kurtz@lazard.com | Debtors' investment banker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

160253257v1

| Name / Address | Role | Method |
|---|---|---|
| Jason Wooten<br>Christian Tempke<br>Lazard Frères & Co, LLC<br>30 Rockefeller Plaza<br>New York, New York 10112<br>jason.wooten@lazard.com<br>christian.tempke@lazard.com | Debtors' investment banker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Marshall S. Huebner<br>Michael Pera<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>marshall.huebner@davispolk.com<br>michael.pera@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Alexandria Nikolinos<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.go | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>Fran.B.Steele@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

160253257v1

| | | |
|---|---|---|
| David M. Hillman and<br>Charles A. Dale<br>Megan Volin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>cdale@proskauer.com<br>mvolin@proskauer.com | Counsel for the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

5

160253257v1