**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BALLARD SPAHR LLP
Leslie C. Heilman
Laurel D. Roglen
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
             roglenl@ballardspahr.com

Dustin P. Branch
Nahal Zarnighian
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail:  branchd@ballardspahr.com
             zarnighiann@ballardspahr.com

*Counsel to ARC BHT-VCMI001, LLC, ARC ASANDSC001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, Brixmor Operating Partnership LP, Deutsche Asset & Wealth Management, EDENS, Fairview Shopping Center, LLC, Federal Realty OP LP, Heitman, UBS Realty Investors LLC, and Urban Edge Properties, L.P.*

| In re | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**REQUEST OF ARC BHT-VCMI001, LLC, ARC ASANDSC001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, BRIXMOR OPERATING PARTNERSHIP, LP, DEUTSCHE ASSET & WEALTH MANAGEMENT, EDENS, FAIRVIEW SHOPPING CENTER, LLC, FEDERAL REALTY OP LP, HEITMAN, UBS REALTY INVESTORS LLC AND URBAN EDGE PROPERTIES, L.P. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

ARC BHT-VCMI001, LLC, ARC ASANDSC001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, Brixmor Operating Partnership, LP, Deutsche Asset & Wealth Management, EDENS, Fairview Shopping Center, LLC, Federal Realty OP LP, Heitman, UBS Realty Investors LLC and Urban Edge Properties, L.P. (the "Landlords"), by and through their undersigned counsel, pursuant to sections 503(b) and 365(d)(3) of title 11 of the United States Code, respectfully file this Request (the "Request") for an order granting the allowance and payment of Landlords' administrative expense claims in the amounts set forth herein. In support of this Request, Landlords state as follows:

## I. BACKGROUND

1. On April 23, 2023 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of New Jersey (the "Court"), which cases have been jointly consolidated for administrative purposes only (the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has been appointed in the Chapter 11 Cases.[2]

2. The Debtors lease retail space (the "Premises") from the Landlords pursuant to unexpired leases of nonresidential real property (individually, a "Lease," and collectively, the "Leases") at the locations set forth below.

3. Each Lease is a lease "of real property in a shopping center" as that term is used in Section 365(b)(3). See In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-87 (3d Cir. 1990).

4. On May 13, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), (II) Establishing Amended*

---

[2] Unless otherwise specified, all statutory references to "Section" are to 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2

*Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs Of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date Order").

5. The Bar Date Order established the deadline for filing requests for payment of administrative claims for counterparties to leases of unexpired leases of non-residential real property—which leases have not been assumed, assumed and assigned, or rejected—as **July 21, 2023**.

6. Under the terms of the Leases, the Debtors are required to make certain payments to the Landlords arising out of their use and occupancy of the Premises. These payments include such items as rent and related charges, common area maintenance obligations, real property taxes, and all other charges imposed by the Leases, including year-end adjustments and reconciliations for charges that the Debtors pay on an estimated basis. The Debtors have not paid all obligations that have arisen or accrued during the post-petition period, and certain amounts remain due and owing for the period from and after the Petition Date. The Landlords are entitled to administrative expense claims for such obligations, as set forth in greater detail on the attached Exhibits 1 – 28, in addition to any indemnity obligations, amounts subject to setoff and/or recoupment, and/or attorneys' fees.[3]

## II. RELIEF REQUESTED

7. Landlords respectfully request that the Court enter an order for allowance and payment of their administrative priority claims in the amounts set forth herein, for payment of obligations arising or accruing under the Leases from and after the Petition Date that remain unpaid, pursuant to Bankruptcy Code sections 365(d)(3), 503(a), 503(b)(1)(A), and 507(a)(2).

---

[3] The amounts set forth herein cover amounts that accrued or were billed from the Petition Date through the date of this Request. Landlords further reserve the right to assert additional claims for post-confirmation charges and/or second deadline for filing requests for administrative claims for any charges arising under assumed Leases in the appropriate forum to the extent not paid.

3

### III. BASIS FOR THE RELIEF REQUESTED

8. Section 365(d)(3) provides that a debtor is required to "timely perform all the obligations of the debtor . . . arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected . . . ." 11 U.S.C. § 365(d)(3). *See, e.g., Imperial Beverage Group, LLC*, 457 B.R. 490, 497-500 (Bankr. N.D. Tex. 2011); *In re Appletree Markets, Inc.*, 139 B.R. 417, 419-20 (Bankr. S.D. Tex. 1992). *See also In re Simbaki, Ltd.*, Case No. 13-36878, 2015 BL 97167, *6 (Bankr. S.D. Tex. Apr. 6, 2015).

9. The majority of courts that have considered the operation of Section 365(d)(3) have arrived at the same conclusion: costs and expenses incurred for post-petition, pre-assumption or rejection performance under an unexpired nonresidential real estate lease must be allowed as an administrative expense regardless of Section 503(b)(1)(A) limitations. *Id. See also In re Liberty Outdoors, Inc.*, 205 B.R. 414, 417 (Bankr. E.D. Mo. 1997) (lessor entitled to recover unpaid expenses pursuant to section 365(d)(3) of the Bankruptcy Code regardless of whether such "expenses benefited or preserved the estate"); *In re Worths Stores Corp.*, 135 B.R. 112, 115 (Bankr. E.D. Mo. 1991) (same); *In re S. Lincoln Med. Grp., P.C.*, Case No. BK07-41636-TLS, 2008 WL 506086, at *2 (Bankr. D. Neb. Feb. 21, 2008) (citing *In re Brewer*, 233 B.R. 825, 829 (Bankr. E.D. Ark. 1999). Thus, the plain language of Section 365(d)(3) and the relevant case law clearly requires the Debtors' immediate payment of all rents and related charges that arise post-petition as administrative expenses of these estates.

10. In addition, Section 503(b)(1) provides for an administrative expense claim for "the actual, necessary costs and expenses of preserving the estate. *See* 11 U.S.C. § 503(b)(1). A landlord's administrative claim under Section 503(b)(1) is equal to the lease contract rate. *In re ZB Co., Inc.*, 302 B.R. 316, 319 (Bankr. D. Del. 2003) (contract rate is presumed to be the fair rental value.). Section 507(a) of the Bankruptcy Code provides that administrative expense claims that are allowed under section 503(b) of the Bankruptcy Code have first priority. *See* 11 U.S.C. § 507(a)(2). The Debtors benefited from the post-petition use

4

and occupancy of the Premises, including being able to conduct non-ordinary course store closing sales for the direct benefit of themselves and their lenders.

11. On the basis of the foregoing, Landlords respectfully request that the Court enter an order allowing their administrative expense claims in the amounts set forth in the attached Schedule A and accompanying supporting exhibits.

WHEREFORE, Landlords respectfully request that the Court enter an Order: (i) awarding the allowance and payment of the Landlords' administrative expense claims against the Debtors' estates under sections 365(d)(3), 503(a) and 503(b)(1)(A) of the Bankruptcy Code in the amounts set forth herein; and (ii) providing such other relief the Court deems just and necessary.

Dated: July 21, 2023
Wilmington, Delaware

Respectfully submitted,

*/s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
         roglenl@ballardspahr.com

and

Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
        zarnighiann@ballardspahr.com

*Counsel to ARC BHT-VCMI001, LLC, ARC ASANDSC001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, Brixmor Operating Partnership, LP, Deutsche Asset & Wealth Management, EDENS, Fairview Shopping Center, LLC, Federal Realty OP LP, Heitman, UBS Realty Investors LLC, and Urban Edge Properties, L.P.*

**SCHEDULE A**

| Store No. | Landlord Entity | Center | Location | Administrative Claim Amount | Exhibit |
|---|---|---|---|---|---|
| 0762 | ARC BHTVCMI001, LLC | Bison Hollow | Traverse City, MI | $2,154.47 | 19 |
| 0437 | ARC ASANDSC001, LLC | Anderson Station | Anderson, SC | $16,991.80 | 23 |
| 3038 | ARG FSBROWI001, LLC | Fountain Square (BuyBuy Baby) | Brookfield, WI | $2,567.65 | 20 |
| 0111 | ARG PSALBNM001, LLC | Plaza San Mateo | Albuquerque, NM | $11,020.62 | 21 |
| 0615 | ARG SAABITX001, LLC | Shops at Abilene | Abilene, TX | $1,705.48 | 22 |
| 3105 | Arapahoe Crossings, L.P. (Brixmor) | Arapahoe Crossings (BuyBuy Baby) | Aurora, CO | $90,685.91 | 1 |
| 0049 | Brixmor/IA Delco Plaza, LLC | Delco Plaza | Sterling Heights, MI | $57,567.43 | 2 |
| 3138 | Brixmor GA Westminster LLC | Westminster City Center | Westminster, CO | $55,070.86 | 3 |
| 0133 | Brixmor Holdings 6 SPE, LLC | Westridge Court | Naperville, IL | $69.83 | 4 |
| 3064 | Brixmor Holdings 6 SPE, LLC | Westridge Court (BuyBuy Baby) | Naperville, IL | $12,619.27 | 5 |
| 0029 | Deutsche | Crossroads Center | Falls Church, VA | $10,284.91 | 24 |
| 0032 | Deutsche | Deerbrook Mall | Deerfield, IL | $12,635.21 | 25 |
| 0188 | EDENS | Riverview Plaza | Frederick, MD | $2,873.89 | 26 |
| 0820 | Fairview Shopping Center, LLC | Fairview Shopping Center | Goleta, CA | $6,755.56 | 27 |
| 0810 | FR Assembly Square, LLC (Federal Realty) | Assembly Square | Somerville, MA | $64,489.52 | 6 |
| 0110 | Federal Realty OP LP | Barracks Road Shopping Center | Charlottesville, VA | $94,650.48 | 7 |
| 1077 | FR Camelback Colonnade, LLC (Federal Realty) | Camelback Colonnade | Phoenix, AZ | $83,867.80 | 8 |
| 3022 | Chandler Festival SPE LLC (Federal Realty) | Chandler Festival (BuyBuy Baby) | Chandler, AZ | $70,319.63 | 9 |

| 3001 | Congressional Plaza Associates, LLC (Federal Realty) | Congressional Plaza | Rockville, MD | $2,456.69 | 10 |
|---|---|---|---|---|---|
| 3010 | Federal Realty OP LP | Ellisburg (BuyBuy Baby) | Cherry Hill, NJ | $43,794.55 | 11 |
| 0053 | Federal Realty OP LP | Finely Square | Downers Grove, IL | $246,096,05 | 12 |
| 3009 | Federal Realty OP LP | Finely Square (BuyBuy Baby) | Downers Grove, IL | $236,050.20 | 13 |
| 0606 | Heitman | Surprise Town Center | Surprise, AZ | $32,565.96 | 28 |
| 3139 | 206-261 Junction Road Madison Investors LLC (UBS) | Prairie Towne Center (BuyBuyBaby) | Madison, WI | $977,805.83[4] | 14 |
| 0008 | Victory Warner Marketplace, LLC (UBS) | Warner Marketplace | Canoga Park, CA | $4,992.46 | 15 |
| 0160 | UE 675 Route 1 LLC (Urban Edge) | The Plaza at Woodbridge | Woodbridge (Iselin), NJ | $50,010.12 | 16 |
| 3130 | UE 675 Route 1 LLC (Urban Edge) | The Plaza at Woodbridge (BuyBuy Baby) | Woodbridge (Iselin), NJ | $14,762.30 | 17 |
| 0477 | Totowa UE LLC (Urban Edge) | Totowa Commons | Totowa, NJ | $24,044.00 | 18 |

---

[4] This administrative expense arises as a result of the filing of that certain complaint on July 17, 2023, by TMS Construction, Inc. against Landlord based on a lien claim in the Dane County Circuit Court, Wisconsin, Case No. 2023CV001823 (the "Lawsuit"), which Lawsuit triggered Tenant's and the Guarantor's obligations to indemnify the Landlord pursuant to Section 10.1.3 of the Lease and Section 365(d)(3) of the Bankruptcy Code.