# EXHIBIT 19

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  
**CASE NUMBER:** 23-13359  
**LOCATION:** Bison Hollow

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 6/1/2023 | Base Rent | $25,520.83 | $503.42 | $26,024.25 |
| 6/1/2023 | CAM | $4,150.00 | $81.86 | $4,231.86 |
| 6/2/2023 | Payment | ($28,101.64) | $0.00 | ($28,101.64) |
|  |  | $1,569.19 | $585.28 |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | **$2,154.47** |

[1] Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

# EXHIBIT 20

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  **LOCATION:** Fountain Square
**CASE NUMBER: 23-13359**

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 4/23/2023 | Pro-rated CAM (4/23/23 - 4/30/23) | $735.73 | $22.37 | $758.10 |
| 4/23/2023 | Pro-rated Insurance (4/23/23 - 4/30/23) | $156.80 | $4.77 | $161.57 |
| 4/23/2023 | Pro-rated Rent (4/23/23 - 4/30/23) | $4,516.62 | $137.35 | $4,653.97 |
| 4/23/2023 | Pro-rated TI1 (4/23/23 - 4/30/23) | $141.87 | $4.31 | $146.18 |
| 5/1/2023 | May 2023 Rent & Charges | $20,816.32 | $587.42 | $21,403.74 |
| 5/2/2023 | Payment | ($25,661.81) | $0.00 | ($25,661.81) |
| 6/1/2023 | June 2023 TI1 | $532.00 | $10.49 | $542.49 |
| 7/1/2023 | July 2023 CAM Short-pay | $557.00 | $6.41 | $563.41 |
| | | $1,794.53 | $773.12 | |

**TOTAL POST-PETITION CHARGES:** $2,567.65

[1] Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

# EXHIBIT 21

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  
**CASE NUMBER:** 23-13359  
**LOCATION:** Plaza San Mateo

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 4/23/2023 | Pro-rated CAM (4/23/23 - 4/30/23) | $1,742.78 | $53.00 | $1,795.78 |
| 4/23/2023 | Pro-rated Insurance (4/23/23 - 4/30/23) | $234.99 | $7.15 | $242.14 |
| 4/23/2023 | Pro-rated Rent (4/23/23 - 4/30/23) | $18,044.75 | $548.76 | $18,593.51 |
| 5/1/2023 | Payment | ($9,610.81) | $0.00 | ($9,610.81) |
|  |  | $10,411.71 | $608.91 |  |

**TOTAL POST-PETITION CHARGES:** **$11,020.62**

[1] Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

# EXHIBIT 22

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  **LOCATION:** Shops at Abilene
**CASE NUMBER:** 23-13359

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 5/2/2023 | May 2023 Rent & Charges Short-pay | $833.00 | $23.28 | $856.28 |
| 6/2/2023 | June 2023 Rent & Charges Short-pay | $833.00 | $16.20 | $849.20 |
| | | $1,666.00 | $39.48 | |
| | **TOTAL POST-PETITION CHARGES:** | | | **$1,705.48** |

1 Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

DMFIRM #408587454 v1

# EXHIBIT 23

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  **LOCATION:** Anderson Station
**CASE NUMBER:** 23-13359

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 7/1/2023 | Base Rent | $16,798.50 | $193.30 | $16,991.80 |
|  |  | $16,798.50 | $193.30 |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | **$16,991.80** |

1 Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

# EXHIBIT 24

**CASE NAME:** BED BATH & BEYOND, INC.    **LOCATION:** Crossroads Center
**CASE NUMBER:** 23-13359

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 4/23/2023 | Pro-rated Rent (4/23/23 - 4/30/23) | $18,599.27 | $565.62 | $19,164.89 |
| 4/23/2023 | Pro-rated CAM (4/23/23 - 4/30/23) | $1,719.35 | $52.29 | $1,771.64 |
| 5/1/2023 | May 2023 Rent & Charges | $76,194.82 | $2,150.16 | $78,344.98 |
| 5/1/2023 | Payment | ($19,899.27) | $0.00 | ($19,899.27) |
| 5/2/2023 | Payment | ($74,622.25) | $0.00 | ($74,622.25) |
| 6/1/2023 | June 2023 Rent & Charges | $76,194.82 | $1,503.02 | $77,697.84 |
| 6/2/2023 | Payment | ($74,622.25) | $0.00 | ($74,622.25) |
| 7/1/2023 | July 2023 Rent & Charges | $76,194.82 | $876.76 | $77,071.58 |
| 7/3/2023 | Payment | ($74,622.25) | $0.00 | ($74,622.25) |
| | | $5,137.06 | $5,147.85 | |
| | **TOTAL POST-PETITION CHARGES:** | | | **$10,284.91** |

[1] Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

# EXHIBIT 25

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  **LOCATION:** Deerbrook Mall
**CASE NUMBER:** 23-13359

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 5/1/2023 | Rent & Charges | $62,028.72 | $1,036.64 | $63,065.36 |
| 5/2/2023 | Payment | ($56,484.35) | $0.00 | ($56,484.35) |
| 6/1/2023 | Rent & Charges | $62,028.72 | $509.83 | $62,538.55 |
| 6/2/2023 | Payment | ($56,484.35) | $0.00 | ($56,484.35) |
|  |  | $11,088.74 | $1,546.47 |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | **$12,635.21** |

[1] Interest calculated at 10.% through 06/30/23, the Claims Bar Date.

# EXHIBIT 26

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  **LOCATION:** Riverview Plaza
**CASE NUMBER:** 23-13359

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 5/24/2023 | Tenant Miscellaneous Billback | $186.98 | $4.10 | $191.08 |
| 7/12/2023 | Tenant Miscellaneous Billback | $186.98 | $1.59 | $188.57 |
| 7/12/2023 | Tenant Miscellaneous Billback | $897.60 | $7.62 | $905.22 |
| 7/12/2023 | Tenant Miscellaneous Billback | $1,575.64 | $13.38 | $1,589.02 |
|  |  | $2,847.20 | $26.69 |  |

**TOTAL POST-PETITION CHARGES:** $2,873.89

[1] Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

# EXHIBIT 27

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  **LOCATION:** Fairview Shopping Center
**CASE NUMBER:** 23-13359

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 4/23/2023 | Pro-rated CAM (4/23/23 - 4/30/23) | $775.59 | $23.59 | $799.18 |
| 5/1/2023 | CAM | $2,908.47 | $82.07 | $2,990.54 |
| 6/1/2023 | CAM | $2,908.47 | $57.37 | $2,965.84 |
|  |  | $6,592.53 | $163.03 |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | **$6,755.56** |

[1] Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

DMFIRM #408587442 v1

# EXHIBIT 28

# POST-PETITION CHARGES

**CASE NAME:** BED BATH & BEYOND, INC.  **LOCATION:** Surprise Town Center
**CASE NUMBER:** 23-13359

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 5/1/2023 | Base Rent | $25,000.00 | $705.48 | $25,705.48 |
| 5/1/2023 | Sales Tax - Base Rent | $675.00 | $0.00 | $675.00 |
| 5/1/2023 | CAM | $2,187.71 | $61.74 | $2,249.45 |
| 5/1/2023 | Sales Tax - CAM | $59.07 | $0.00 | $59.07 |
| 5/1/2023 | Insurance | $273.54 | $7.72 | $281.26 |
| 5/1/2023 | Sales Tax - Insurance | $7.39 | $0.00 | $7.39 |
| 5/1/2023 | Payment | ($24,273.53) | $0.00 | ($24,273.53) |
| 5/1/2023 | Payment | ($665.39) | $0.00 | ($665.39) |
| 7/1/2023 | July 2023 Rent & Charges | $28,202.71 | $324.52 | $28,527.23 |
|  |  | $31,466.50 | $1,099.46 |  |

**TOTAL POST-PETITION CHARGES:** **$32,565.96**

1 Interest calculated at 10.% through 08/11/23, the Claims Bar Date.

DMFIRM #408594566 v1