**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
BALLARD SPAHR LLP
Leslie C. Heilman
Laurel D. Roglen
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
  roglenl@ballardspahr.com

Dustin P. Branch
Nahal Zarnighian
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail:  branchd@ballardspahr.com
  zarnighiann@ballardspahr.com

*Counsel for ARC BHT-VCMI001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, Brixmor Operating Partnership LP, Deutsche Asset & Wealth Management, EDENS, Fairview Shopping Center, LLC, Federal Realty OP LP, Heitman, UBS Realty Investors LLC, and Urban Edge Properties, L.P.*

In re:

BED BATH & BEYOND INC, *et al.,*[1]

Debtors.

Case No.:  23-13359 (VFP)

Chapter 11

Judge Vincent F. Papalia

(Jointly Administered)

**CERTIFICATION OF SERVICE**

1. I, Leslie C. Heilman:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

☒ represent ARC BHT-VCMI001, LLC, ARC ASANDSC001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, Brixmor Operating Partnership, LP, Deutsche Asset & Wealth Management, EDENS, Fairview Shopping Center, LLC, Federal Realty OP LP, Heitman, UBS Realty Investors LLC, and Urban Edge Properties, L.P. in this matter.

2. On July 21, 2023, I caused a copy of the following pleading and/or document to be served electronically on those parties requesting electronic service through the Court's CM/EFF system:

- **Request of ARC BHT-VCMI001, LLC, ARC ASANDSC001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, Brixmor Operating Partnership LP, Deutsche Asset & Wealth Management, EDENS, Fairview Shopping Center, LLC, Federal Realty OP LP, Heitman, UBS Realty Investors LLC, and Urban Edge Properties, L.P. for Allowance And Payment of Administrative Expense Claims**

3. I certify under penalty of perjury that the above document was sent using the mode of service described herein.

Dated: July 21, 2023

*/s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: heilmanl@ballardspahr.com

*rev.8/1/16*