Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bed Bath & Beyond Inc.
   650 Liberty Avenue
   Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
   11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/28/23 at 10:00 AM

to consider and act upon the following:

*1392* – Document re: Supplemental Notice of Phase 2 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information (related document:422 Order (Generic), 1162 Document filed by Debtor Bed Bath & Beyond Inc.) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. (Sirota, Michael)

*1431* – Limited Objection to Proposed Cure Amount for Farley Real Estate Associates, LLC (related document:1392 Document re: Supplemental Notice of Phase 2 Lease Auction, Qualified Bids, Lease Sale Hearing, and Related Lease Asset Information (related document:422 Order (Generic), 1162 Document filed by Debtor Bed Bath & Beyond Inc.) filed by Michael D. Sirota on behalf of Bed Bath & Beyond Inc.. filed by Debtor Bed Bath & Beyond Inc.) filed by Steven A. Jayson on behalf of Farley Real Estate Associates, LLC. (Attachments: # 1 Ex. A to Limited Objection # 2 Ex. B to Limited Objection # 3 Ex. C to Limited Objection # 4 Certificate of Service) (Jayson, Steven)

Dated: 7/24/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court