# Notice Recipients

District/Off: 0312–2           User: admin              Date Created: 7/24/2023
Case: 23–13359–VFP             Form ID: ntchrgbk        Total: 2

**Recipients of Notice of Electronic Filing:**
aty    David M. Bass      dbass@coleschotz.com
aty    Steven A. Jayson   sjayson@msklaw.net

TOTAL: 2