| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BLANK ROME LLP**<br>Evan J. Zucker, Esq.<br>1271 Avenue of the Americas<br>New York, N.Y. 10020<br>(212) 885-5000<br>Evan.zucker@blankrome.com<br><br>*Counsel to 1019 Central Avenue Corp.* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 23-13359 (VFP)<br>(*Jointly Administered*) |

## CERTIFICATION OF SERVICE

1. I, Evan J. Zucker, represent 1019 Central Avenue Corp. in the above-captioned case.
2. On July 24, 2023, I sent a copy of the following pleading to the parties listed in the chart below:
   *Limited Objection of 1019 Central Avenue Corp. Regarding the Assumption and Assignment of Certain Unexpired Leases*
3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 24, 2023　　　　　　　　　　**BLANK ROME LLP**
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　 */s/ Evan J. Zucker*　　　　　　
　　　　　　　　　　　　　　　　　　　Evan J. Zucker
　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　Telephone:　(212) 885-5000
　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 885-5001
　　　　　　　　　　　　　　　　　　　Email:　　　Evan.Zucker@BlankRome.com

　　　　　　　　　　　　　　　　　　　*Counsel to 1019 Central Avenue Corp.*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>Ross J. Fiedler<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>ross.fiedler@kirkland.com | Counsel to the Debtor | -Electronic Mail<br><br>-Notice of Electronic Filing (NEF) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq<br>David M. Bass, Esq.<br>W. John Park, Esq.<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to the Debtor | -Electronic Mail<br><br>-Notice of Electronic Filing (NEF) |
| Fran B. Steele<br>Alexandria Nikolinos<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov<br>Fran.B.Steele@usdoj.gov | U.S. Trustee | -Electronic Mail<br><br>-Notice of Electronic Filing (NEF) |
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>780 3rd Ave #34<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | -Electronic Mail<br><br>-Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| David M. Hillman<br>Charles A. Dale<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>dhillman@proskauer.com<br>cdale@proskauer.com | Counsel for the DIP Agent | -Electronic Mail<br><br>-Notice of Electronic Filing (NEF) |
| Ian R. Winters, Esq.<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>iwinters@klestadt.com | Counsel to Dream on Me | -Electronic Mail<br><br>-Notice of Electronic Filing (NEF) |