# **EXHIBIT A**

## **PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert L. LeHane, Esq.
Ravi Vohra, Esq.
Connie Choe, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com
rvohra@kelleydrye.com
cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Kite Realty Group*

In re:

**BED BATH & BEYOND INC.,** *et al.*,

Debtors.[1]

Chapter: 11
Case No.: 23-13359 (VFP)

Judge: Hon. Vincent F. Papalia
U.S. Bankruptcy Judge

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is hereby **ORDERED**.

On request of the KITE REALTY GROUP to seal the following document(s):

I. Lease Dated June 19, 2003 between Gateway Pavilions, LLC, as Landlord, and

Marshalls of MA, Inc., as Tenant; and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

4871-6507-7361v.1

Debtors: BED BATH & BEYOND, INC., et al.

Case No. 23-13359 (VFP)

Caption of Order: ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

    II.    Lease Dated May 17, 2011 between KRG New Hill Place, LLC, as Landlord, and Marshalls of MA, Inc., as Tenant.

☐    ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☐    ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.