UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.; Ravi Vohra, Esq.; Connie Choe, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com; rvohra@kelleydrye.com; cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

Counsel for Kite Realty Group

---

In Re:

BED BATH & BEYOND INC., et al.,

    Debtors.

Case No.: 23-13359 (VFP)

Chapter: 11

Hearing Date: July 28, 2023 at 10:00 a.m. (ET)

Judge: Hon. Vincent F. Papalia

## APPLICATION FOR ORDER SHORTENING TIME

The applicant _____Kelley Drye & Warren LLP_____, on behalf of _____Kite Realty Group_____ requests that the time period to/for _____Hearing on the Motion to Seal_____ as required by _____Fed. R. Bankr. P. 2002_____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Kite Realty Group ("KRG") filed a Motion to Seal in connection with the hearing scheduled for July 28, 2023 on the Assumption Notice and the Debtors' proposed assumption of the Debtors' Lease to Burlington. KRG requests that the Motion to Seal be heard contemporaneously or prior to the hearing.

2. State the hearing dates requested:
   KRG respectfully requests that the Court hear the Motion to Seal on July 28, 2023 at 10:00 a.m. (ET), the date that the KRG, Debtors and other parties in interest are scheduled to appear for the Court on other matters.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 7/24/2023

/s/ Robert L. LeHane
Signature

*rev.8/1/15*