B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
# District of New Jersey
# (Newark)

In re: Bed Bath & Beyond Inc., et al.,
        Debtors

Chapter 11
Case No. 23-13359

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | Jean Pierre, Inc. |

| **Name and Address where notices to transferee should be sent:** | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA c/o Adam L. Rosen PLLC 1051 Port Washington Blvd. PO Box 552 Port Washington, New York 11050 | Claim No. 2201 Amount of Claim: $107,594.40 Date Claim Filed: 5/23/23 Jean Pierre, Inc. 320 Fifth Avenue, 3rd Fl. New York, NY 10001 Attn: Menachem Turbiner |
| Last Four Digits of Acct #: None Phone: (516) 407-3756 | Last Four Digits of Acct #: None Phone: 212-594-6920 |

Name and Address where transferee payments should be sent (if different from above):
Not applicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Adam L. Rosen*                    Date: July 25, 2023
    ADAM L. ROSEN PLLC
Attorney for National Union Fire Insurance Co.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.