

**DAVID H. STEIN, ESQ.**

T: 732.855.6126
F: 732.726.6570
dstein@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

July 25, 2023

*VIA ECF*
Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ 07102

Re:   **Bed, Bath & Beyond, Inc.
       Chapter 11
       Case No.: 23-13359 (VFP)**

Dear Judge Papalia:

    This law firm represents Enid Two, LLC ("Enid"), a landlord and creditor of the Debtor, Bed, Bath & Beyond, Inc. (the "Debtor"), in the above referenced Chapter 11 proceeding. Please accept this letter (the "Supplemental Objection"), in lieu of a more formal objection to Debtor's Notice of Successful and Backup Bidder With Respect to the Phase 2 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases (the "Notice"), with a hearing to consider approval of the sale, liquidation, or other disposition of the Debtor's lease assets currently scheduled for **July 28, 2023 at 10:00 am**.

    This Supplemental Objection is submitted in further support of and to supplement the Objection of Enid to Debtors' Proposed Cure Amount, Adequate Assurance Objection; Joinder and Reservation of Rights previously filed in this matter on June 26, 2023 (the "Objection", Docket No. 996); the Amended Objection of Enid to Debtors' Proposed Cure Amount, Adequate Assurance Objection; Joinder and Reservation of Rights previously filed in this matter on June 27, 2023 (the "Amended Objection", Docket No. 1096); and the Second Amended Objection of Enid to Debtors' Proposed Cure Amount, Adequate Assurance Objection; Joinder and Reservation of Rights previously filed in this matter on July 14, 2023 (the "Second Amended Objection", Docket No. 1364 and, together with the Objection and the Amended Objection, the "Previous Objections").

Case 23-13359-VFP    Doc 1509    Filed 07/25/23    Entered 07/25/23 12:52:46    Desc Main
Document    Page 2 of 3

**WILENTZ**
—ATTORNEYS AT LAW—

Honorable Vincent F. Papalia
July 25, 2023
Page 2

Enid is listed at No. 14 in the Notice in connection with the premises located at 711 Route 28, Bridgewater, New Jersey, identified as Store # 3037 (the "Leased Premises"). The Notice identifies Dream on Me as the successful bidder for the Leased Premises.

Although we understand that Dream on Me has purchased intellectual property from the estate, Enid is not aware of Dream on Me as being a viable "brick and mortar" retailer with the means to operate the Leased Premises and to satisfy and maintain all lease obligations.

The facts and statement of law relevant to this Supplemental Objection are set forth in the Previous Objections and are incorporated by reference herein as if fully set forth at-length; said facts and statement of law equally apply to the contents of the current Notice.

Enid reiterates it previous objection to the Debtors' proposed cure amount. As set forth in Enid's Second Amended Objection, as well as in its recently submitted Amended Proof of Claim, the correct cure amount, through June 26, 2023, is $202,552.94.

## CONCLUSION

For the reasons set forth on the Previous Objections and in this Supplemental Objection, it is respectfully requested that approval of the assignment and assumption of the lease for the Leased Premises be denied.

Respectfully submitted,

*/s/ David H. Stein*

DAVID H. STEIN

DHS/
cc:    All Parties on the attached service list
       *(via e-mail and/or ECF)*

#13936095.1

**Service List**

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Attn:   Joshua A. Sussberg, P.C.
        Emily E. Geier, P.C.
        Derek I. Hunter, P.C.
        Ross J. Fiedler
*Co-counsel to Debtors*

Cole Schotz, P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601
Attn:   Michael D. Sirota, Esq.
        Warren A. Usatine, Esq.
        Felice R. Yudkin, Esq.
        David M. Bass, Esq.
        W. John Park, Esq.
*Co-counsel to Debtors*

Office of the United States Trustee
Attn:   Fran B. Steele
        Alexandria Nikolinos

Pachulski, Stang, Ziehl & Jones LLP
780 3rd Avenue, #34
New York, NY  10017
Attn:   Robert J. Feinstein
        Bradford J. Sandler
        Paul J. Labov
        Colin R. Robinson
*Counsel to the Committee*

Proskauer Rose LLP
Eleven Time Square
New York, NY  10036
Attn:   David M. Hillman
        Charles A. Dale
*Counsel to the DIP Agent*

#13936095.1