Lauren R. Jacoby NJ Bar #03406 2009
Hooten & Jacoby LLP
17 Snyder Avenue
Toms River, NJ  08753
Telephone: (848) 223-7362
Facsimile: (848) 223-7391
Email: lrjacoby@jacobylawonline.com

Attorneys for Kelly Burt-Deasy

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No.   23-13359 (VFP) |
| Debtor. | (Joint Administration Requested) |
| | Hearing Date: August 15, 2023 at 2:30 p.m. |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered (2) through (2), is hereby **ORDERED**.

**(Page 2)**
**Debtor:  Bed Bath & Beyond Inc., et al.**
**Bankr. Case No.: 23-13359 (VFP)**
**ORDER GRANTING MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

---

It is hereby ORDERED, as follows:

The automatic stay is hereby modified pursuant to 11 U.S.C. Section 362(d)(1) as to the action pending in the Superior Court, State of California, County of Alameda against debtor and six non-debtor co-defendants entitled *Kelly Burt-Deasy v. Cost Plus, Inc. a.k.a Cost Plus, a California corporation, et al.*, Case No. RG20078793 ("State Court Action"), to permit Movant Kelly Burt-Deasy to prosecute the State Court Action to the point of judgment and allocation of liability only with any recovery against Debtor in such proceeding limited solely to the Debtor's applicable insurance proceeds which are payable by third parties.  Further, the stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

                                                      _____
                                                      Honorable Vincent F. Papalia
                                                      U.S. Bankruptcy Court Judge