Lauren R. Jacoby NJ Bar #03406 2009
Hooten & Jacoby LLP
17 Snyder Avenue
Toms River, NJ  08753
Telephone: (848) 223-7362
Facsimile: (848) 223-7391
Email: lrjacoby@jacobylawonline.com

Attorneys for Kelly Burt-Deasy

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No.   23-13359 (VFP) |
| Debtor. | (Joint Administration Requested) |
| | Hearing Date: August 15, 2023 at 2:30 p.m. |

**<u>CERTIFICATION OF SERVICE</u>**

1.  I, Lauren R. Jacoby, represent Kelly Burt-Deasy in this matter.

2.  On July 25, 2023, a copy of the following pleadings and/or documents were sent to the parties listed in the chart below.

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MEMORANDUM OF LAW IN SUPPORT**

**CERTIFICATION OF ROBERT S. JARET, ESQ. IN SUPPORT OF MOTION FOR RELIEF FROM STAY (WITH ATTACHED EXHIBITS "A" THROUGH "D")**

**[Proposed] ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

By:    */s/ Lauren R. Jacoby*
          Lauren R. Jacoby
          Hooten & Jacoby LLP
          Attorneys for KELLY BURT-DEASY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bed Bath & Beyond Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | Debtor | Regular Mail |
| Counsel for Debtor | | ECF / NEF |
| U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ECF / NEF |
| Official Committee of Unsecured Creditors through counsel | Unsecured Creditors Committee | ECF / NEF |
| All parties in interest appearing in this matter | | ECF / NEF |