# Exhibit B

| Database: | GRI | | | Aged Delinquencies | | | | Page: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | GRI LLC Property Database | | | | Date: | 7/25/2023 |
| BLDG: | 9000 | | | CORBINS COLLECTION | | | | Time: | 11:12 AM |
| | | | | Period: 07/23 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
| --- | --- | --- | --- | ---: | ---: | ---: | ---: | ---: | ---: |
| 9000-001885 | **Bed Bath and Beyond/Buy Buy Baby** | | | Master Occupant Id: BEDB9000-1 | | | Day Due: 1 | Delq Day: | |
| | | | | 270 | Current | | Last Payment: | 7/5/2023 | 27,552.52 |
| 1/5/2023 | TTR | Tenant Reimbursable | CH | 8,302.24 | 0.00 | 0.00 | 0.00 | 0.00 | 8,302.24 |
| 4/21/2023 | TTR | Tenant Reimbursable | CH | 467.94 | 0.00 | 467.94 | 0.00 | 0.00 | 0.00 |
| 5/1/2023 | CAM | CAM Reimbursement | CH | 57.89 | 0.00 | 0.00 | 57.89 | 0.00 | 0.00 |
| 5/1/2023 | RTR | Base Rent | CH | 20,106.83 | 0.00 | 0.00 | 20,106.83 | 0.00 | 0.00 |
| 5/1/2023 | TTR | Tenant Reimbursable | CH | 1,403.83 | 0.00 | 1,403.83 | 0.00 | 0.00 | 0.00 |
| 5/1/2023 | TTR | Tenant Reimbursable | CH | 5,301.54 | 0.00 | 5,301.54 | 0.00 | 0.00 | 0.00 |
| 5/1/2023 | TTR | Tenant Reimbursable | CH | 8,335.18 | 0.00 | 8,335.18 | 0.00 | 0.00 | 0.00 |
| 6/1/2023 | TTR | Tenant Reimbursable | CH | 1,403.83 | 0.00 | 1,403.83 | 0.00 | 0.00 | 0.00 |
| 6/30/2023 | PYC | Prior Year CAM Adj. | CH | 17,843.13 | 0.00 | 17,843.13 | 0.00 | 0.00 | 0.00 |
| 6/30/2023 | PYI | Prior Year Insurance | CH | 199.39 | 0.00 | 199.39 | 0.00 | 0.00 | 0.00 |
| 6/30/2023 | PYT | Prior Year Tax | CH | 43,487.11 | 0.00 | 43,487.11 | 0.00 | 0.00 | 0.00 |
| 7/25/2023 | TTR | Tenant Reimbursable | CH | 1,403.83 | 1,403.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | CAM Reimbursement | | 57.89 | 0.00 | 0.00 | 57.89 | 0.00 | 0.00 |
| | TTR | Tenant Reimbursable | | 8,302.24 | 0.00 | 0.00 | 0.00 | 0.00 | 8,302.24 |
| | PYC | Prior Year CAM Adj. | | 17,843.13 | 0.00 | 17,843.13 | 0.00 | 0.00 | 0.00 |
| | PYI | Prior Year Insurance | | 199.39 | 0.00 | 199.39 | 0.00 | 0.00 | 0.00 |
| | PYT | Prior Year Tax | | 43,487.11 | 0.00 | 43,487.11 | 0.00 | 0.00 | 0.00 |
| | RTR | Base Rent | | 20,106.83 | 0.00 | 0.00 | 20,106.83 | 0.00 | 0.00 |
| | TTR | Tenant Reimbursable | | 18,316.15 | 1,403.83 | 16,912.32 | 0.00 | 0.00 | 0.00 |
| | **Bed Bath and Beyond/Buy Buy Baby Total:** | | | 108,312.74 | 1,403.83 | 78,441.95 | 20,164.72 | 0.00 | 8,302.24 |