| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 1002<br>Telephone: (212) 704.6350<br>Fax:          (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Matthew R. Brooks<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212-704-6000<br>Email: matthew.brooks@troutman.com<br>*Counsel for NPMC Retail, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Joint Administration Requested) |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF
## MATTHEW R. BROOKS, ESQ.

To: The Honorable Vincent F. Papalia

Counsel for NPMC Retail, LLC ("NPMC"), by and through its undersigned counsel, make this application for entry of an order approving admission of attorney Matthew R. Brooks, Esq. ("Mr. Brooks") *pro hac vice*, pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1 of the United

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

160347575v1

States District Court for the District of New Jersey (the "Application"), and in support thereof respectfully avers as follows:

1. Mr. Brooks is an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman"), resident in the office of Troutman located at 875 Third Avenue, New York, New York 10022.

2. Mr. Brooks is a member in good standing of the bar of the State of Georgia (admitted in 2008) and the State of New York (Admitted in 2022). Further, Mr. Brooks is a member in good standing in, and is admitted to practice before, the following courts:

| Court | Admitted |
| --- | --- |
| U.S. Bankruptcy Court for the Middle District of Georgia | December 2, 2008 |
| U.S. Bankruptcy Court for the Northern District of Georgia | November 24, 2008 |
| U.S. Bankruptcy Court for the Southern District of Georgia | July 20, 2011 |
| U.S. Bankruptcy Court for the Western District of New York | July 7, 2023 |
| U.S. Bankruptcy Court for the Northern District of New York | June 28, 2023 |
| U.S. Bankruptcy Court for the Eastern District of New York | January 18, 2023 |
| U.S. Bankruptcy Court for the Southern District of New York | November 29, 2022 |
| U.S. Court of Appeals for the Eleventh Circuit | March 31, 2001 |
| U.S. District Court for the Middle District of Georgia | December 12, 2008 |
| U.S. District Court for the Northern District of Georgia | November 24, 2008 |
| U.S. District Court for the Southern District of Georgia | July 20, 2011 |
| U.S. District Court for the Eastern District of New York | January 18, 2023 |
| U.S. District Court for the Southern District of New York | November 29, 2022 |
| U.S. District Court for the Western District of New York | July 5, 2023 |
| U.S. District Court for the Northern District of New York | June 27, 2023 |

3. Mr. Brooks is not under suspension or disbarment by any court.

4. Mr. Brooks desires to appear in these cases *pro hac vice* on behalf of NPMC.

5. The statements made in paragraphs 1 through 4 of this Application are made in reliance upon the Certification of Matthew R. Brooks, Esq., submitted herewith, and upon Mr. Brooks' personal knowledge.

6. In accordance with Local Bankruptcy Ru1e 9010-1 and Local Civil Rule 101.1, Jessica D. Mikhailevich shall continue to appear as counsel of record for NPMC.

160347575v1

WHEREFORE, NPMC Retail, LLC respectfully request entry of an order in the form attached hereto granting the admission *pro hac vice* of Matthew R. Brook, Esq., of Troutman Pepper Hamilton Sanders LLP, to appear and participate in the above-captioned cases before this Court.

Dated: July 25, 2023

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Jessica D. Mikhailevich*
Jessica D. Mikhailevich
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6350
Facsimile: (212) 704-6288
Email: jessica.mikhailevich@troutman.com

- and -

Matthew R. Brooks (*pro hac vice* forthcoming)
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Email: matthew.brooks@troutman.com

*Counsel for NPMC Retail, LLC*

160347575v1