UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

TROUTMAN PEPPER HAMILTON SANDERS LLP
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 1002
Telephone: (212) 704.6350
Fax:       (212) 704.6288
Email: Jessica.Mikhailevich@troutman.com
-and-
Matthew R. Brooks
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Email: matthew.brooks@troutman.com
*Counsel for NPMC Retail, LLC*

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

**CERTIFICATION OF MATTHEW R. BROOKS, ESQ.**
**IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Matthew R. Brooks, of full age, does hereby certify as follows:

1.       I am an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP

("Troutman").

2.       I submit this Certification in support of the application by NPMC Retail, LLC ("NPMC")

seeking to have me admitted *pro hac vice* in the above-captioned bankruptcy cases.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

3.      I am a member in good standing of the bar of the State of Georgia (admitted in 2008) and

the State of New York (Admitted in 2022).  Further, I am a member in good standing in, and is

admitted to practice before, the following courts:

| Court | Admitted |
|---|---|
| U.S. Bankruptcy Court for the Middle District of Georgia | December 2, 2008 |
| U.S. Bankruptcy Court for the Northern District of Georgia | November 24, 2008 |
| U.S. Bankruptcy Court for the Southern District of Georgia | July 20, 2011 |
| U.S. Bankruptcy Court for the Western District of New York | July 7, 2023 |
| U.S. Bankruptcy Court for the Northern District of New York | June 28, 2023 |
| U.S. Bankruptcy Court for the Eastern District of New York | January 18, 2023 |
| U.S. Bankruptcy Court for the Southern District of New York | November 29, 2022 |
| U.S. Court of Appeals for the Eleventh Circuit | March 31, 2001 |
| U.S. District Court for the Middle District of Georgia | December 12, 2008 |
| U.S. District Court for the Northern District of Georgia | November 24, 2008 |
| U.S. District Court for the Southern District of Georgia | July 20, 2011 |
| U.S. District Court for the Eastern District of New York | January 18, 2023 |
| U.S. District Court for the Southern District of New York | November 29, 2022 |
| U.S. District Court for the Western District of New York | July 5, 2023 |
| U.S. District Court for the Northern District of New York | June 27, 2023 |

4.      I agree to associate in this matter with New Jersey counsel, Jessica D. Mikhailevich of

Troutman, who is qualified to practice pursuant to Local Civil Rule 1:21-1.

5.      No disciplinary proceedings are pending against me in any jurisdiction and no discipline

has previously been imposed on me in any jurisdiction.

6.      I agree to:

        a.      Abide by all New Jersey disciplinary rules;

        b.      Consent to the appointment of the Clerk of the Supreme Court as the agent
upon whom service may be made for all actions against me or my firm that may arise out
of my participation in this matter;

        c.      Notify the Court immediately of any matters affecting my standing at the
Bar of any other Court;

        d.      Have all pleadings, briefs and other papers filed with the Court signed by
an attorney of record authorized to practice in New Jersey; and

        e.      Comply with Local Civil Rule 1:20-l(b), Local Civil Rule 1:28-2 and Local
Civil Rule 1:28B-l(e) during the period of my admission.

160347575v1

7.      If admitted, I agree to pay such fees as shall have been prescribed by the Court.

8.      I respectfully request that the Court grant NPMC application seeking my admission *pro hac vice* in this matter.

        I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  July 25, 2023

                                                                Matthew R. Brooks, Esq.