UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

TROUTMAN PEPPER HAMILTON SANDERS LLP
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 1002
Telephone: (212) 704.6350
Fax:        (212) 704.6288
Email: Jessica.Mikhailevich@troutman.com
-and-
Matthew R. Brooks
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Email: matthew.brooks@troutman.com
*Counsel for NPMC Retail, LLC*

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Joint Administration Requested)

## CERTIFICATE OF SERVICE

1.      I, Susan Henry:

☐ represent _____ in the above-captioned cases.

☑ am the paralegal for Jessica D. Mikhailevich, who represents NPMC Retail, LLC in the above-captioned cases.

☐ am the _____ in the above case and am representing myself.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

2.      On July 25, 2023, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

*Application for Admission Pro Hac Vice of Matthew R. Brooks, Esq.*

3.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.


Date:   July 25, 2023                                    */s/ Susan Henry*_____
                                                        Susan Henry

160347578v1

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 10022 ross.fiedler@kirkland.com emily.geier@kirkland.com derek.hunter@kirkland.com joshua.sussberg@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |
| Michael D. Sirota, Warren A. Usatine, and Felice R. Yudkin Cole Schotz P.C. Court Plaza North 25 Main Street Hackensack, NJ 07601 msirota@coleschotz.com wusatine@coleschotz.com fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |
| Alexandria Nikolinos U.S. Department of Justice Office of the US Trustee One Newark Center 1085 Raymond Boulevard Suite 2100 Newark, NJ 07102 alexandria.nikolinos@usdoj.go | US Trustee | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |
| Fran B. Steele U.S. Department of Justice Office of the US Trustee One Newark Center Suite 2100 Newark, NJ 07102-5504 Fran.B.Steele@usdoj.gov | US Trustee | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ E-mail ☒ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the Court or rule) |

160347578v1

| | | |
|---|---|---|
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| David M. Hillman and<br>Charles A. Dale<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>cdale@proskauer.com | Counsel for the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |