Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com
    jraviele@kelleydrye.com
    rvohra@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Landlord, HGREIT II Edmondson Road, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x
In re:                                                                          :     Chapter 11
                                                                                    :
BED BATH & BEYOND, INC., et al.,            :     Case No. 23-13359 (VFP)
                                                                                    :
            Debtors.                                                     :     (Jointly Administered)
                                                                                    :
---------------------------------------------------------------x

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**

The relief set forth on the following pages is hereby **ORDERED**.

On request of the HGREIT II EDMONDSON ROAD, LLC to seal the following document(s):

   I.   Lease Dated May 29, 2019, between HGREIT II Edmondson Road, LLC, as landlord, and Williams-Sonoma Stores, Inc. as Tenant

Debtors: BED BATH & BEYOND, INC., et al.

Case No. 23-13359 (VFP)

Caption of Order: ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.