Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  rlehane@kelleydrye.com
jraviele@kelleydrye.com
rvohra@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Landlord, HGREIT II Edmondson Road, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| BED BATH & BEYOND, INC., et al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------------x

**APPLICATION FOR ORDER SHORTENING TIME**

The Applicant, HGREIT II Edmondson Road, LLC (the "Landlord"), by and through its undersigned counsel, hereby requests that the time period for its *Motion for Entry of an Order Authorizing HGREIT II Edmonson Road, LLC to File Under Seal its Unredacted Lease With Tenant Williams-Sonoma Stores, Inc.* (the "Motion") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

1. A shortened time hearing is requested because:

- The Landlord filed the Motion in connection with the hearing scheduled for July 28, 2023 (the "July 28 Hearing") regarding the Debtors' proposed assumption of the Landlord's lease with the Debtors (the "BBBY Lease") to Dania Incorporated d/b/a Scandinavian Designs (the "Proposed

1

Assignee").

- The Landlord desires to submit its lease with Williams-Sonoma Stores, Inc. as evidence to support that the Debtors may not assume and assign the BBBY Lease to the Proposed Assignee pursuant to section 365 of the Bankruptcy Code.

2. State the hearing dates requested:

- The Landlord requests that the Motion be heard prior to or at the July 28 Hearing.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1)

Dated: July 25, 2023

Respectfully submitted,

*/s/ Robert L. LeHane*
Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  rlehane@kelleydrye.com
jraviele@kelleydrye.com
rvohra@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Landlord, HGREIT II Edmondson Road, LLC*