# EXHIBIT 1

## Exhibit 1. Cure Amounts for Bed Bath & Beyond, Inc. Lease

## for Space in Cascade Village Held by CVSC, LLC

| Location | Cascade Village | | Attorney Fees[3] | $3,500.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation[1]** | | **Interest[2]** | **Landlord's Total Cure Amount** |
| **Rent and Charges:** | | | | |
| 3/31/2023 | $0.06 | Balance on Account | $0.00 | $0.06 |
| 4/1/2023 | $4,277.14 | CAM | $139.45 | $4,416.59 |
| 4/1/2023 | $736.86 | Insurance | $24.02 | $760.88 |
| 4/1/2023 | $1,124.20 | Insurance | $36.65 | $1,160.85 |
| 4/1/2023 | $27,621.29 | Rent | $900.53 | $28,521.82 |
| 4/20/2023 | ($32,777.01) | Payment | $0.00 | ($32,777.01) |
| 5/1/2023 | $33,022.63 | May 2023 Rent & Charges | $805.21 | $33,827.84 |
| 5/1/2023 | $15,903.08 | 2022/2023 Tax - 3rd Installment | $0.00 | $15,903.08 |
| 5/3/2023 | ($33,088.13) | Payment | $0.00 | ($33,088.13) |
| 5/12/2023 | ($6,815.60) | Payment | $0.00 | ($6,815.60) |
| 6/1/2023 | $3,117.45 | 2022 CAM Reconciliation | $0.00 | $3,117.45 |
| 6/1/2023 | $33,022.63 | June 2023 Rent & Charges | $524.74 | $33,547.37 |
| 6/2/2023 | ($35,201.39) | Payment | $0.00 | ($35,201.39) |
| | **$10,943.21** | | **$2,430.60** | **$13,373.81** |
| **Total Due:** | | **$16,873.81** | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 07-28-23 (Hearing Date).

3  Includes attorneys fees and costs accrued through 07-24-23.  Landlord will supplement with final attorneys fee and cost amounts when available.

# EXHIBIT 2

EXHIBIT 2

BuyBuyBaby, Inc. t/a BuyBuyBaby #3010
Ellisburg Circle Shopping Center, Cherry Hill, New Jersey
Landlord:  Congressional Plaza Associates, LLC
Security Deposit:  None
Guarantor:  None
Date: June 20, 2023
Chapter 11 File Date: April 23, 2023
Lease Expiration Date: January 31, 2024

## Pre-petition

| Date | Description | Amount |
|---|---|---|
| 4/12/2019 | Trs Fr 237654 B98832 4/12/19 | (393.30) |
| 7/15/2019 | Trs Fr 237654 B114416 7/15/19 | (996.68) |
| 2/21/2022 | February 2022 Late Fees | 760.00 |
| 3/21/2022 | March 2022 Late Fees | 560.00 |
| 4/21/2022 | April 2022 Late Fees | 620.00 |
| 6/15/2022 | SOL 5/1 - 5/31/22 | 1,739.11 |
| 6/15/2022 | SOL 5/1 - 5/31/22 | 115.23 |
| 6/21/2022 | June 2022 Late Fees | 1,360.00 |
| 7/21/2022 | July 2022 Late Fees | 1,938.00 |
| 8/21/2022 | August 2022 Late Fees | 620.00 |
| 9/15/2022 | SOL 6/1 - 6/30/22 | 2,641.15 |
| 9/15/2022 | SAL 6/1 - 6/30/22 | 175.00 |
| 9/15/2022 | SOL 7/1 - 7/31/22 | 3,991.97 |
| 9/15/2022 | SAL 7/1 - 7/31/22 | 264.51 |
| 9/15/2022 | SOL 8/1 - 8/31/22 | 3,660.11 |
| 9/15/2022 | SAL 8/1 - 8/31/22 | 242.52 |
| 9/21/2022 | September 2022 Late Fees | 620.00 |
| 10/7/2022 | SEW 05/03/22-08/27/22 | 837.28 |
| 11/21/2022 | November Late Fees | 620.00 |
| 11/28/2022 | Balance of Payment | (87.63) |
| 12/21/2022 | December 2022 Late Fees | 3,180.00 |
| 01/03/2023 | SOL 9/1 - 9/30/22 | 2,338.09 |
| 01/03/2023 | SAL 9/1 - 9/30/22 | 154.92 |
| 01/03/2023 | SOL 10/1 - 10/31/22 | 1,842.52 |
| 01/03/2023 | SAL 10/1 - 10/31/22 | 122.09 |
| 01/03/2023 | SOL 11/1 - 11/30/22 | 1,130.68 |
| 01/03/2023 | SAL 11/1 - 11/30/22 | 74.92 |
| 01/15/2023 | SOL 12/1 - 12/31/22 | 2,147.14 |
| 01/15/2023 | SAL 12/1 - 12/31/22 | 142.27 |
| 01/15/2023 | SEW 11/30/22-12/28/22 | 195.81 |
| 2/15/2023 | SOL 1/1 - 1/31/23 | 1,546.69 |
| 2/15/2023 | SAL 1/1 - 1/31/23 | 102.48 |

| | | |
|---|---|---:|
| 03/15/2023 | SEW 12/28/22-02/27/23 | 418.49 |
| 03/15/2023 | SOL 2/1 - 2/28/23 | 1,501.27 |
| 03/15/2023 | SAL 2/1 - 2/28/23 | 99.47 |
| 04/01/2023 | 0423 - Minimum Rent Retail (4/1 - 4/22 - 22 days) | 21,242.16 |
| 04/15/2023 | SEW 02/27/23-03/27/23 | 187.02 |
| 04/15/2023 | SOL 3/1 - 3/31/23 | 1,627.18 |
| 04/15/2023 | SAL 3/1 - 3/31/23 | 107.82 |
| 04/21/2023 | April 2023 Late Fees | 1,500.00 |

------------------

Total:                                                                 58,948.29

## Post-petition

| | | |
|---|---|---:|
| 05/15/2023 | SEW 03/27/23-04/22/23 | 190.38 |
| 05/15/2023 | SOL 4/1 - 4/30/23 | 2,232.60 |
| 05/15/2023 | SAL 4/1 - 4/30/23 | 147.93 |
| 05/16/2023 | 2023 RE Tax Recon | 19,810.78 |
| 05/23/2023 | OTH 4/21/23 Backflow Insp. Fee | 182.00 |
| 6/7/2023 | 2022 CAM YE | 17,585.85 |
| 6/15/2023 | SEW 04/22/23-05/30/23 | 224.02 |
| 06/15/2023 | SAL 5/1 - 5/31/23 | 212.59 |
| 06/15/2023 | SOL 5/1 - 5/31/23 | 3,208.40 |
| TO BE BILLED | CYE 2023 YE CAM | 0.00 |
| TO BE BILLED | CYE 2023 YE RE Taxes | 0.00 |

------------------

Total:                                                                 43,794.55

Attorney's Fees                                          3,500.00

**TOTAL CLAIM:**                                              106,242.84

# EXHIBIT 3

EXHIBIT 3

**Aged Delinquencies Collections**
**Urban Edge Properties**
**RWO2 - Woodbridge II**
**Buy Buy Baby #3130**
**Master Occupant ID:  000000696**
**Period:  07/23**

| Invoice Date | Category | Category Description | Transaction Description | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| 2/21/2023 | TTT | Real Estate Tax | Estimate Reconciliation | 32,056.48 | 0.00 | 0.00 | 0.00 | 0.00 | 32,056.48 |
| 3/22/2023 | CAM | CAM | Recovery Reconciliation 12/22 | (1,656.15) | 0.00 | 0.00 | 0.00 | 0.00 | (1,656.15) |
| 4/1/2023 | BRR | Base Rent - Retail | AUTOCHRG @T4/30/2023 | 22,641.54 | 0.00 | 0.00 | 0.00 | 22,641.54 | 0.00 |
| 4/1/2023 | CAM | CAM | AUTOCHRG @T4/30/2023 @R | 3,168.50 | 0.00 | 0.00 | 0.00 | 3,168.50 | 0.00 |
| 4/1/2023 | OTR | Tenant Trash Removal | AUTOCHRG @T4/30/2023 | 486.41 | 0.00 | 0.00 | 0.00 | 486.41 | 0.00 |
| 5/1/2023 | TTT | Real Estate Tax | AUTOCHRG @T7/31/2023 @R | 7,749.91 | 0.00 | 0.00 | 7,749.91 | 0.00 | 0.00 |
| **Buy Buy Baby #3130 Total:** | | | | **64,446.69** | **0.00** | **0.00** | **7,749.91** | **26,296.45** | **30,400.33** |

Attorney's Fees                     3,500

Total Cure:                  **67,946.69**