| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LOIZIDES, P.A.**<br>Christopher D. Loizides, Esq.<br>Legal Arts Building<br>1225 King Street, Suite 800<br>Wilmington, Delaware  19801<br> (302) 654-0248<br>loizides@loizides.com<br><br>**KUTAK ROCK LLP**<br>Lisa M. Peters, Esq. (*pro hac vice* application to follow)<br>1650 Farnam Street<br>Omaha, Nebraska 68102<br>(402) 346-6000<br>lisa.peters@kutakrock.com<br><br>*Counsel for Northwoods III (San Antonio), LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of **Northwoods III (San Antonio), LLC ("Northwoods")**. Request is made that the documents filed in this case and identified below be served on counsel identified below at the following addresses:

　　Christopher D. Loizides

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases (as defined below) and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:    loizides@loizides.com

-and-

Lisa M. Peters
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: lisa.peters@kutakrock.com

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth above be added to any service list in this case. This Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to be a waiver of rights of Northwoods to (i) have final orders in non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Date: July 25, 2023                     BY:    */s/ Christopher D. Loizides*
                                                Christopher D. Loizides, Esq. (No.
                                                LOIZIDES, P.A.
                                                Legal Arts Building
                                                1225 King Street, Suite 800
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 654-0248

Facsimile: (302) 654-0728
Email: loizides@loizides.com

– and –

Lisa M. Peters (*pro hac vice application to follow*)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: lisa.peters@kutakrock.com

*Counsel to Northwoods III (San Antonio), LLC*