**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOIZIDES, P.A.**
Christopher D. Loizides, Esq.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware  19801
 (302) 654-0248
loizides@loizides.com

| In re: | Case No. 23-13359 (VFP) |
|---|---|
| BED BATH & BEYOND INC., et al., | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Judge: Hon. Vincent F. Papalia |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF LISA M. PETERS

I, Christopher D. Loizides, of full age, being duly sworn, depose, and say:

1. I am the owner of a law firm, Loizides, P.A., which maintains its office at 1225 King Street, Suite 800, Wilmington, DE 19801, and am admitted to the bar of the State of New Jersey.

2. No disciplinary proceeding is pending against me and no discipline has been imposed against me during the five-year period preceding this application in any jurisdiction.

3. I submit this application, pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1 for admission *pro hac vice* of Lisa M. Peters, a partner with the law firm of Kutak Rock LLP ("Applicant").

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases (as defined below) and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

4.       Lisa M. Peters is admitted to the bar of the State of Nebraska (2011), has no disciplinary proceeding pending against her and no discipline has been imposed against her during the five-year period preceding this application in any jurisdiction.

5.       I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WHEREFORE, pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, I respectfully request that this court grant the admission *pro hac vice* of Lisa M. Peters to represent Northwoods III (San Antonio), LLC in connection with the above-captioned jointly-administered bankruptcy case.

Date: July 26, 2023                    BY:     */s/ Christopher D. Loizides*
                                                                Christopher D. Loizides, Esq.
                                                                LOIZIDES, P.A.
                                                                Legal Arts Building
                                                                1225 King Street, Suite 800
                                                                Wilmington, Delaware 19801
                                                                Telephone: (302) 654-0248
                                                                Facsimile: (302) 654-0728
                                                                Email: loizides@loizides.com

                                                                *Counsel to Northwoods III (San Antonio), LLC*