**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOIZIDES, P.A.**
Christopher D. Loizides, Esq.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware  19801
 (302) 654-0248
loizides@loizides.com

In re:

BED BATH & BEYOND INC., *et al.*,

    Debtors.[1]

Case No. 23-13359 (VFP)

Chapter 11

(Jointly Administered)

Judge: Hon. Vincent F. Papalia

# CERTIFICATION OF LISA M. PETERS
# IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Lisa M. Peters, do hereby state that:

1.    I am a partner with the law firm of Kutak Rock, LLP, which maintains an office at 1650 Farnam Street, Omaha, Nebraska 68102.

2.    I am admitted to the bar of the State of Nebraska (2011). There are no disciplinary proceedings pending against me and no discipline has been imposed against me during the five-year period preceding this application in any jurisdiction.

3.    I am neither regularly employed in New Jersey, nor regularly engaged in professional activities in New Jersey, nor a resident of New Jersey.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases (as defined below) and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

4. I submit this Certification in support of an Order approving my admission, *pro hac vice*, in this matter, pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1.

5. As a condition of my admission, I agree to have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

6. I agree to be bound by and comply with the requirements of all applicable Rules of this Court, including all applicable disciplinary rules and to pay all fees required by all such rules.

7. I agree that automatic termination of *pro hac vice* admission will occur for failure to make the required annual payment to the New Jersey Fund for Client Protection.

8. Pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1 and for the above stated reasons, it is submitted that good cause exists to admit me *pro hac vice*.

WHEREFORE, it is respectfully requested that this Court grant my request to appear *pro hac vice* as co-counsel to Northwoods III (San Antonio), LLC in connection with matter.

Dated: July 25, 2023

                                                                    /s/ Lisa M. Peters
Lisa M. Peters
KUTAK ROCK LLP
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: lisa.peters@kutakrock.com