Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  rlehane@kelleydrye.com
           jraviele@kelleydrye.com
           rvohra@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Daly City Serramonte Center, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x
| In re: | : | Chapter 11 |
| BED BATH & BEYOND, INC., et al., | : | Case No. 23-13359 (VFP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
---------------------------------------------------------------x

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**

The relief set forth on the following pages is hereby **ORDERED**.

On request of the DALY CITY SERRAMONTE CENTER, LLC to seal the following document(s):

I.   Lease Dated February 1, 2016, between Daly City Serramonte Center, LLC, as landlord, and Ross Dress for Less, Inc. as Tenant

☐   ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

Debtors:         BED BATH & BEYOND, INC., et al.

Case No.         23-13359 (VFP)

Caption of Order:    ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

☐    ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.