UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (pro hac vice pending)
Ravi Vohra, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Phone: (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com
jraviele@kelleydrye.com
rvohra@kelleydrye.com

- and -

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

Counsel for Daly City Serramonte Center, LLC

In Re:

BED BATH & BEYOND INC., et al,

Debtors.

Case No.: 23-13359 (VFP)

Chapter: 11

Judge: Hon. Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

Debtors: BED BATH & BEYOND, INC., et al.

Case No: 23-13359 (VFP)

Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE

After review of the application of _____ for the reduction of time for a hearing on _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, _____, Courtroom No. _____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

Debtors: BED BATH & BEYOND, INC., et al.

Case No.: 23-13359 (VFP)

Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE

---

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

**3**