**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER (I) AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF**
**DELOITTE TAX LLP AS TAX ADVISORY SERVICES**
**PROVIDER TO THE DEBTORS AND DEBTORS IN POSSESSION**
**EFFECTIVE AS OF JUNE 26, 2023, (II) APPROVING THE TERMS**
**OF DELOITTE TAX'S EMPLOYMENT, AND (III) GRANTING RELATED RELIEF**

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "Debtors")
respectfully state the following in support of this application (the "Application").

## Relief Requested

1.      The Debtors seek entry of an order, substantially in the form attached hereto as
**Exhibit A** (the "Order"):  (a) authorizing the Debtors to employ and retain Deloitte Tax LLP
("Deloitte Tax") as their tax advisory services provider effective as of June 26, 2023, in accordance
with the terms and conditions set forth in:  (i) that certain engagement letter, dated May 23, 2023,
for certain tax compliance and consulting services for fiscal years ended February 25, 2023 and
ending February 26, 2024 (unless otherwise noted therein) (the "2023 Tax Engagement Letter");
and (ii) that certain engagement letter, dated June 16, 2023, for tax advisory services related to the
Debtors' restructuring (the "Tax Restructuring Engagement Letter" and together with the 2023
Tax Engagement Letter, the "Engagement Agreements"), copies of which are attached hereto as
Exhibit 1 and Exhibit 2 to the Order; (b) approving the terms of Deloitte Tax's employment
including the proposed compensation arrangements set forth in the Engagement Agreements; and
(c) granting related relief.  In support of this Application, the Debtors submit the *Declaration of
James Piazza in Support of the Debtors' Application for Entry of an Order (I) Authorizing the
Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider to the Debtors
And Debtors in Possession Effective as of June 26, 2023, (II) Approving the Terms of Deloitte
Tax's Employment, and (III) Granting Related Relief* (the "Piazza Declaration"), attached hereto
as **Exhibit B**[2] and incorporated herein by reference.

---

[2]    Capitalized terms used but not otherwise defined in this Motion shall have the meanings ascribed to them in the
       *Declaration of Holly Etlin, Chief Restructuring Officer of Bed Bath & Beyond Inc., in Support of the Debtors'*

## Jurisdiction and Venue

2.      The United States Bankruptcy Court for the District of New Jersey (the "Court")

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of*

*Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on

September 18, 2012 (Simandle, C.J.).  The Debtors confirm their consent to the Court entering a

final order in connection with this Application to the extent that it is later determined that the

Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith

consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(a), 328(a), and 1107(b)

of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of

the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local

Rules").

## Background

5.      On April 23, 2023 (the "Petition Date"), each Debtor filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and

managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  On April 24, 2023, the Court entered an order [Docket No. 75] authorizing

procedural consolidation and joint administration of these chapter 11 cases (the "Chapter 11

Cases") pursuant to Bankruptcy Rule 1015(b).  On May 5, 2023, the United States Trustee for the

---

*Chapter 11 Petitions and First Day Motions* (the "First Day Declaration").  A detailed description of the Debtors,
their businesses, and the facts and circumstances supporting the Debtors' Chapter 11 Cases is set forth in greater
detail in the First Day Declaration, incorporated by reference herein.

District of New Jersey (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 218].

### **Deloitte Tax's Qualifications**

6.      Pursuant to the Engagement Agreements between Deloitte Tax and the Debtors, the Debtors have hired Deloitte Tax to provide tax and accounting advisory services with respect to these Chapter 11 Cases.  Deloitte Tax is a tax services provider and well qualified to provide such services to the Debtors.  Deloitte Tax has extensive experience and knowledge in performing the scope of work described below and is widely recognized for its experience and expertise in large and complex chapter 11 cases on behalf of both debtors and creditors throughout the United States. *See, e.g.*, *In re David's Bridal, LLC*, Case No. 23-13131 (CMG) (Bankr. D.N.J. June 30, 2023); *In re BlockFi Inc.*, Case No. 22-19361 (MBK) (Bankr. D.N.J. June 23, 2023); *In re Pipeline Health Sys., LLC*, Case No. 22-90291 (MI) (Bankr. S.D. Tex. Feb. 2, 2023); *In re Voyager Digital Holdings, Inc.*, Case No. 22-10943 (MEW) (Bankr. S.D.N.Y. Oct. 20, 2022); *In re Revlon, Inc.*, Case No. 22-10760 (DSJ) (Bankr. S.D.N.Y. Aug. 23, 2022); *In re ION Geophysical Corp.*, Case No. 22-30987 (MI) (Bankr. S.D. Tex. July 19, 2022); *In re Talen Energy Supply, LLC*, Case No. 22-90054 (MI) (Bankr. S.D. Tex. July 1, 2022); *In re Limetree Bay Serv's, LLC*, Case No. 21-32351 (DRJ) (Bankr. S.D. Tex. May 26, 2022); *In re Basic Energy Serv's, Inc.*, Case No. 21-32351 (DRJ) (Bankr. S.D. Tex. Nov. 8, 2021); *In re Washington Prime Grp., Inc.*, Case No. 21-31948 (MI) (Bankr. S.D. Tex. July 27, 2021); *In re Extraction Oil & Gas, Inc.*, Case No. 20-11548 (CSS) (Bankr. D. Del. Aug. 11, 2020).

7.      Following the Petition Date, Deloitte Tax was retained as an Ordinary Course Professional in these cases for its non-restructuring related tax services, in accordance with the *Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 380] (the "OCP Order").  Subsequent to Deloitte Tax's retention as an

Ordinary Course Professional, the Debtors requested that Deloitte Tax perform certain tax services related to the Debtors' restructuring efforts in addition to the ordinary course tax services Deloitte Tax has been and continues to provide for the Debtors.

8.      Deloitte Tax's services fulfill an important need and are not provided by any of the Debtors' other professionals.  Deloitte Tax's qualifications, including a description of its staffing and approach in providing services, are more fully set forth in the Piazza Declaration. Accordingly, the Debtors believe that Deloitte Tax is both well-qualified and uniquely able to provide certain services during these Chapter 11 Cases in an efficient, cost-effective, and timely manner.

9.      Absent the relief requested herein, the Debtors' ability to analyze various tax issues and consequences during the pendency of these Chapter 11 Cases would be greatly diminished. As stated above, Deloitte Tax's experience in providing tax advisory services makes them well-positioned to advise the Debtors on the unique tax issues that will need to be addressed during these Chapter 11 Cases.   Additionally, finding a replacement for Deloitte Tax with similar experience would be expensive, time consuming, and would cause both delay and disruption, all at a time when the Debtors must act quickly in pursuing their reorganization efforts.   Accordingly, Deloitte Tax is both well-qualified and able to advise the Debtors during these Chapter 11 Cases.

## Services to be Provided

10.      Subject to further order of the Court, and as set forth more fully in the Engagement Agreements, in consideration for the compensation contemplated therein, Deloitte Tax has and will perform the following services (the "Services"), as requested by the Debtors:[3]

---

[3]      The description herein of the Services to be rendered pursuant to the Engagement Agreements is a summary only. To the extent that this Application and the terms of the Engagement Agreements are inconsistent, the terms of the Engagement Agreements shall control.

1)    ***2023 Tax Engagement Lette****r*.  Pursuant to the terms and conditions of the 2023 Tax Engagement Letter, Deloitte Tax will assist the Debtors with preparing the federal, state, local, and international tax returns, as detailed therein.  Such services include Deloitte Tax assisting the Debtors by preparing the 2022 and 2023 federal, state, and local income tax returns identified in Exhibit A attached thereto.  In addition, Deloitte Tax will assist in calculating the amount of extension payments and preparing the extension requests for 2022 and 2023 federal, state, local, and international income tax returns, as well as assisting in calculating 2023 and 2024 quarterly estimated tax payments as needed.  Deloitte Tax will also provide certain business personal property tax renditions identified in Exhibit C to the 2023 Tax Compliance Engagement Letter, as well as U.S. State and local sales and use tax preparation services for the Debtors, where such returns are identified in Exhibit E to the letter.  Further, Deloitte Tax will assist the Debtors in providing certain Canadian indirect tax return preparation services.  Lastly, Deloitte Tax will provide tax advisory services in connection with the calculation of the Debtors' income tax provision under the provisions of ASC 740 for the interim and the fiscal year-end periods May 28, 2023 through February 25, 2025.  Lastly, Deloitte Tax will provide tax advisory services for ongoing business as well as services related to potential dispositions and other bankruptcy matters, as requested by the Debtors.  In order to perform certain services under the 2023 Tax Engagement Letter, Deloitte Tax has engaged the DTTL Member Firm located in Canada ("Deloitte Canada") as a subcontractor under the terms of such letter to assist with certain of these services.

2)    ***Tax Restructuring Engagement Letter***:  Pursuant to the terms and conditions of the Tax Restructuring Engagement Letter, Deloitte Tax will provide tax advisory services in connection with the Debtors' restructuring, as follows:

a)    advise the Debtors as they consult with its legal and financial advisors on the cash tax effects of restructuring, bankruptcy, and the post-restructuring tax profile, including transaction costs and/or plan of reorganization tax costs, and the cash tax effects of the Chapter 11 Cases and emergence transaction, including obtaining an understanding of the Debtors' financial advisors' valuation model to consider the tax assumptions contained therein;

b)    advise the Debtors regarding the restructuring and bankruptcy emergence process from a tax perspective, including analyzing various structuring alternatives and modification of debt;

c)    advise the Debtors on the cancellation of indebtedness income for tax purposes under Internal Revenue Code ("IRC") section 108, including cancellation of debt income generated from a restructuring, bankruptcy emergence transaction, and/or modification of the debt;

d)    advise the Debtors on post-restructuring tax attributes and post-bankruptcy tax attributes (tax basis in assets, tax basis in subsidiary stock and net

operating loss carryovers) available under the applicable tax regulations and the reduction of such attributes based on the Debtors' operating projections, including a technical analysis of the effects of Treasury Regulation Section 1.1502-28 and the interplay with IRC sections 108 and 1017;

e)     advise the Debtors on the tax consequences resulting from a section 382 "ownership change" including analyzing the net built-in gain or net built-in loss position;

f)     if eventually applicable, advise the Debtors on the effects of tax rules under IRC sections 382(l)(5) and (l)(6) pertaining to the post-bankruptcy net operating loss carryovers and limitations on their utilization, and the Debtors' ability to qualify for IRC section 382(l)(5);

g)     advise the Debtors as to the treatment of post-petition interest for federal and state income tax purposes, including the applicability of the interest limitations under IRC section 163(j);

h)     advise the Debtors as to the state and federal income tax treatment of pre-petition and post-petition reorganization costs including restructuring-related professional fees and other costs, the categorization and analysis of such costs, and the technical positions related thereto;

i)     advise the Debtors with their evaluation and modeling of the tax effects of liquidating, disposing of assets, merging or converting entities as part of the restructuring, including the effects on federal and state tax attributes, state incentives, apportionment and other tax planning;

j)     advise the Debtors on state income tax treatment and planning for restructuring or bankruptcy provisions in various jurisdictions including cancellation of indebtedness calculations, adjustments to tax attributes and limitations on tax attribute utilization;

k)     advise the Debtors on responding to tax notices and audits from various taxing authorities;

l)     assist the Debtors with identifying potential tax refunds and advise the Debtors on procedures for tax refunds from tax authorities;

m)     advise the Debtors on income tax return reporting of restructuring and/or bankruptcy issues and related matters;

n)     assist the Debtors with documenting as appropriate, the tax analysis, development of the Debtors' opinions, recommendation, observations, and correspondence for any proposed restructuring alternative tax issue or other tax matter described above (does not include preparation of information for tax provision or financial reporting purposes);

o)     advise the Debtors with non-U.S. tax implications and structuring alternatives;

p)     advise the Debtors with their efforts to calculate tax basis in the stock of each of the Debtors' subsidiaries or other equity interests;

q)     advise the Debtors with their efforts to calculate tax basis in assets by entity;

r)     as requested by the Debtors and as may be agreed to by Deloitte Tax, advise the Debtors regarding other state, federal, or international income tax questions that may arise in the course of this engagement;

s)     as requested by the Debtors and as may be agreed to by Deloitte Tax, assist in documenting as appropriate, the tax analysis, development of the Debtors' opinions, recommendation, observations, and correspondence for any proposed debt restructuring or combination alternative tax issue or other tax matter described above; and

t)     as requested by the Debtors and as may be agreed to by Deloitte Tax, advise the Debtors regarding other state or federal income tax questions (e.g., ability to take worthless stock deduction) that may arise in the course of this engagement.

11.     The Services are necessary to the Debtors' efforts to administer these Chapter 11 Cases.  The Services will complement, and not duplicate, the services to be rendered by any other professional retained in these Chapter 11 Cases.

12.     In addition to the foregoing, Deloitte Tax, at the request of the Debtors, may provide additional services deemed appropriate and necessary to benefit the Debtors' estates.  Should Deloitte Tax agree in its discretion to undertake any such matter, Deloitte Tax and the Debtors may enter into additional agreements for such additional services.  Unless required by the Court, the Debtors and Deloitte Tax do not intend to seek entry of separate retention orders with regard to any additional agreements.  Instead, out of concern for efficiency, if the Debtors and Deloitte Tax enter into any additional agreements for additional services beyond those in the Application, the Debtors will file appropriate notices of such additional agreements with the Court in the form of supplemental declarations or affidavits and will serve them on the applicable notice parties.

Absent any objections filed within ten days after the filing and service of such supplemental declarations or affidavits, Deloitte Tax's employment shall continue as authorized pursuant to the proposed Order.

13.     The Debtors respectfully request that Deloitte Tax's retention be made effective as of June 26, 2023, so that Deloitte Tax may be compensated for the Services it has provided before this Application is heard by the Court. Deloitte Tax has provided Services to the Debtors in advance of approval of this Application out of necessity arising from the circumstances of these Chapter 11 Cases. The Debtors submit that these circumstances are of a nature warranting retroactive approval.

## Professional Compensation

14.     The Debtors understand that Deloitte Tax intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases consistent with the proposed compensation arrangement set forth in the Engagement Agreements (the "Fee Structure"). Deloitte Tax's retention by the Debtors is conditioned upon its ability to be retained in accordance with its terms and conditions of employment, including the proposed compensation arrangement.

15.     Pursuant to the terms of the 2023 Tax Engagement Letter, Deloitte Tax will bill the Debtors annual fixed fees for the services performed thereunder, as follows:

| Services | Fees |
|---|---|
| Federal, Multistate and International Tax Compliance (annual estimated fee) | $451,500 |
| Puerto-Rico Tax Compliance (annual estimated fee) | $17,850 |
| Property Tax Services (annual estimated fee) | $283,500 |
| Sales and Use Tax Services (annual estimated fee) | $271,832 |
| Tax Provision Preparation Services (annual estimated fee) | $708,750 |
| Total Annual estimated fees,  unless otherwise stated in the 2023 Tax Compliance Engagement Letter | $1,753,432[4] |

16.     In the event Deloitte Tax performs any services that are outside the scope of services contemplated by the 2023 Tax Engagement Letter, Deloitte Tax will bill the Debtors for such out of scope services at agreed-upon hourly rates, as set forth in the table below:

| Professional Level | Hourly Rate |
|---|---|
| Partner / Principal / Managing Director | $670 |
| Senior Manager | $600 |
| Manager | $500 |
| Senior | $250 |
| Staff | $200 |

17.     As noted above, with respect to the subcontracted services performed by Deloitte Canada under the terms of the 2023 Tax Engagement Letter, Deloitte Tax will pay Deloitte Canada its portion of the fees Deloitte Tax bills to the Debtors for the services Deloitte Canada performs under the 2023 Tax Engagement Letter.

---

[4]     The Total Annual estimated fees in the amount of $1,733,432 set forth in the 2023 Tax Engagement Letter inadvertently excludes $20,000 in fees that is associated with the services to be performed by Deloitte Canada as a subcontractor to Deloitte Tax.

18.    Pursuant to the terms and conditions of the Tax Restructuring Engagement Letter, Deloitte Tax will bill the Debtors fees that are based on the amount of professional time required and the experience level of the professionals involved, at agreed-upon hourly rates, as set forth in the following table:

| Professional Level | Hourly Rates |
|---|---|
| Partner / Principal / Managing Director | $670 |
| Senior Manager | $600 |
| Manager | $500 |
| Senior | $250 |
| Staff | $200 |

19.    The hourly rates set forth above are Deloitte Tax's applicable hourly rates for the work of its professionals and staff members for the Services as set forth in the Engagement Agreements.  These hourly rates reflect Deloitte Tax's normal and customary billing practices for engagements of this complexity and magnitude.  The Debtors believe that these compensation arrangements are reasonable considering Deloitte Tax's vast knowledge and experience.  As set forth in the Engagement Agreements, these hourly rates are subject to periodic adjustments to reflect economic and other conditions.

20.    Some services incidental to the tasks to be performed by Deloitte Tax in these chapter 11 cases may be performed by personnel now employed by or associated with affiliates of Deloitte Tax, such as Deloitte FAS, DTBA, Deloitte & Touche, and Deloitte Consulting, or their respective subsidiaries, including subsidiaries located outside of the United States.  For example, a portion of the tax services will be performed, at Deloitte Tax's direction, by its indirect subsidiary, Deloitte Tax Services India Private Limited ("Deloitte Tax India").  A specifically assigned team of personnel from Deloitte Tax India will assist in the tax services under the supervision, and with the input, of personnel of Deloitte Tax.  The hourly rates charged to clients

by Deloitte Tax for services performed by Deloitte Tax India personnel are comparable to the market rates charged for similar services by Deloitte Tax, but do not directly correlate with the hourly rates attributed to such services by Deloitte Tax India.

21.     With respect to certain fixed-fee tax accounting services set forth in the attached Engagement Agreements, Deloitte Tax will be paid by the Debtors for the Services at the agreed upon fixed fees set forth therein.

22.     In addition to the rates set forth above, Deloitte Tax will invoice the Debtors for its reasonable out-of-pocket expenses incurred in connection with Deloitte Tax's performance of the Services, including travel, report production, delivery services, and other reasonable and necessary expenses incurred in providing the Services.

23.     Deloitte Tax provided prepetition services to the Debtors and were paid $1,096,486.00 in the ninety days prior to the Petition Date.  As of the Petition Date, approximately $375,099.00 was outstanding with respect to the invoices issued by Deloitte Tax prior to the Petition Date, but Deloitte Tax will not seek a recovery with respect to such outstanding amounts.

24.     Deloitte Tax will comply with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures established by this Court, entered in these Chapter 11 Cases, as well as to decrease the overall fees associated with the administrative aspects of Deloitte Tax's engagement.

25.     Hourly rates are revised periodically in the ordinary course of Deloitte Tax's business.  Deloitte Tax shall advise the Debtors of any new rates should it institute a rate change during these Chapter 11 Cases.  Such changes will be noted on the statements for the first time period in which the revised rates become effective.

26.     The Debtors request that this Court allow Deloitte Tax's professionals to provide the following in its monthly fee statements and interim and final fee applications: (a) a narrative summarizing each project category and the services rendered under each project category; (b) as an exhibit to each monthly fee statements and interim and final fee application that Deloitte Tax files in these Chapter 11 Cases, a summary, by project category, of services rendered to the Debtors, which identifies each professional rendering services, the number of hours expended by each professional, and the amount of compensation requested with respect to the services rendered by each professional; and (c) reasonably detailed records of time in one-tenth (0.1) increments, describing the services rendered by each professional and the amount of time spent on each date.

27.     The Debtors submit that, given the nature of the services to be provided by Deloitte Tax, such billing format and associated time details will be sufficient for the Debtors and other parties in interest to make informed judgments regarding the nature and appropriateness of Deloitte Tax's services and fees.

28.     The Debtors believe that the Fee Structure is reasonable, consistent with, and typical of compensation arrangements entered into by Deloitte Tax and other comparable firms in connection with the rendering of similar services under similar circumstances, both in and out of bankruptcy proceedings.  The Debtors believe that the terms and conditions in the Engagement Agreements are reasonable, consistent with the market, and designed to compensate Deloitte Tax fairly for its work and to cover fixed and routine overhead expenses.

## Indemnification

29.     As part of the overall compensation provided to Deloitte Tax under the terms of the Engagement Agreements, the Debtors have agreed to certain indemnification and reimbursement obligations with respect to the Services, as modified by the proposed Order (the "Indemnification Provisions").

30.     In summary, and as more fully set forth in the Engagement Agreements, the Debtors agree to indemnify and hold Deloitte Tax and its personnel harmless from and against any and all third-party claims, losses, liabilities and damages arising from or relating to the Services or deliverables under the Engagement Agreements, except to the extent finally determined to have resulted from Deloitte Tax's intentional fraud, misconduct, or bad faith relating to such Services and/or deliverables.  The Engagement Agreements were negotiated by the Debtors and Deloitte Tax at arms' length and in good faith.  The Debtors believe that the Indemnification Provisions are appropriate and reasonable for the type of engagement covered by the Engagement Agreements, both out-of-court and in chapter 11 cases.  The Debtors further believe that the Indemnification Provisions reflect the qualifications and limitations on indemnification provisions that are customary in this district and other jurisdictions.

## No Duplication of Services

31.     The Debtors do not believe that the Services provided by Deloitte Tax will duplicate the services that other professionals will be providing to the Debtors in these Chapter 11 Cases. The Debtors will coordinate with Deloitte Tax and the Debtors' other professionals to avoid duplication of services among the Debtors' professionals in these Chapter 11 Cases.

## Deloitte Tax's Disinterestedness

32.     Deloitte Tax has informed the Debtors that, except as set forth in the Piazza Declaration, Deloitte Tax:  (a) does not hold any interest adverse to the Debtors' estates; and (b) believes that it is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code.  If any new material facts or relationships are discovered or arise, Deloitte Tax will inform the Court as required by Bankruptcy Rule 2014(a).

33.     Further, to the best of the Debtors' knowledge, except as set forth in the Piazza

Declaration, the partners and professionals of Deloitte Tax who are anticipated to provide services

pursuant to the Engagement Agreements do not have any connection with any of the Debtors, their

affiliates, their significant creditors, or any other significant party in interest, or to the Debtors'

attorneys, the U.S. Trustee, or any judge in the United States Bankruptcy Court for the District of

New Jersey with respect to the matters for which Deloitte Tax is to be employed.

## Basis for Relief

**I.      The Debtors Should be Permitted to Retain and Employ Deloitte Tax on the Terms of the Engagement Agreements Pursuant to Sections 327 and 328 of the Bankruptcy Code.**

34.     The Debtors seek approval of the retention and employment of Deloitte Tax

pursuant to sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code.  Section 327(a) of the

Bankruptcy Code empowers the trustee, with the Court's approval, to employ professionals "that

do not hold or represent an interest adverse to the estate, and that are disinterested persons, to

represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C.

§ 327(a).  Section 101(14) of the Bankruptcy Code defines a "disinterested person" as a person

that:

      a.     is not a creditor, an equity security holder, or an insider;

      b.     is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

      c.     does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationships to, connection with, or interest in, the debtor, or for any other reason.

11 U.S.C. § 101(14).

35.     Further, section 1107(b) of the Bankruptcy Code provides that "a person is not

disqualified for employment under section 327 of this title by a debtor in possession solely because

of such person's employment by or representation of the debtor before the commencement of the case." Deloitte Tax's prepetition relationship with the Debtors is therefore not an impediment to Deloitte Tax's retention.

36.     Section 328(a) of the Bankruptcy Code, in turn, authorizes the employment of a professional person "on any reasonable terms and conditions of employment." 11 U.S.C. § 328(a). Section 328 of the Bankruptcy Code permits the compensation of professionals on more flexible terms that reflect the nature of their services and market conditions.

37.     The Court's approval of the Debtors' retention of Deloitte Tax in accordance with the terms and conditions of the Engagement Agreements are warranted. As discussed above and in the Piazza Declaration, Deloitte Tax satisfies the disinterestedness standard in section 327(a) of the Bankruptcy Code. Additionally, Deloitte Tax's professionals have extensive experience and an excellent reputation for providing high-quality services. Further, the Debtors believe that Deloitte Tax is well-qualified to provide the Services to the Debtors in a cost-effective, efficient, and timely manner due to its existing familiarity with the Debtors' business and books and records.

38.     Likewise, the Debtors believe that the terms and conditions of the Engagement Agreements are customary and reasonable for tax advisory and compliance engagements and are in the best interests of the Debtors' estates, creditors, and all parties in interest. As such, the Debtors submit that the terms and conditions of Deloitte Tax's retention as described herein, including the proposed compensation and Indemnification Provisions, are reasonable and in keeping with the terms and conditions typical for engagements of this size and character. Because the Debtors will require assistance with the reorganization process, it is reasonable for the Debtors to seek to employ and retain Deloitte Tax to provide tax advisory and compliance services on the terms and conditions set forth herein.

## II.  Relief as of June 26, 2023 is Appropriate.

39.    The Debtors also believe that employment of Deloitte Tax effective as of June 26, 2023 is warranted by the circumstances presented by these Chapter 11 Cases.  The Third Circuit has identified "time pressure to begin service" and absence of prejudice as factors favoring retroactive retention.  *See In re Ark. Co.*, 798 F.2d 645, 648 (3d Cir. 1986) (collecting cases) ("[T]he bankruptcy courts have the power to authorize retroactive employment of counsel and other professionals under their broad equity power.").  The complexity, compressed timing, and intense activity relating to the preparation and filing of these Chapter 11 Cases necessitated that the Debtors and Deloitte Tax, as well as the Debtors' other professionals, focus their immediate attention on time-sensitive matters, and promptly devote substantial resources to the affairs of the Debtors to comply with the pending submission and approval of this Application. To the best of the Debtors' knowledge, approval of this Application will not prejudice any parties in interest, because, among other things, the services provided by Deloitte Tax will assist the Debtors in their restructuring efforts, as well as their compliance with their taxation requirements and other tax matters, which are necessary and in the best interest of the Debtors' estates, their creditor constituencies, and other parties in interest.

## III.  The Retention of Deloitte Tax is Critical to the Debtors' Chapter 11 Efforts.

40.    The Debtors seek approval of the retention and employment of Deloitte Tax pursuant to sections 327(a) and 328(a) of the Bankruptcy Code.  Section 327(a) of the Bankruptcy Code authorizes a debtor in possession to employ professionals that "do not hold or represent an interest adverse to the estate, and that are disinterested persons."  11 U.S.C. § 327(a). As discussed above, Deloitte Tax satisfies the disinterestedness standard of section 327(a).

41.     In addition, the Debtors seek approval of the Engagement Agreements, including the Fee Structure set forth therein, pursuant to section 328(a) of the Bankruptcy Code. Section 328(a) of the Bankruptcy Code provides, in relevant part, that debtors "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

## No Prior Request

42.     No prior request for the relief sought in this Application has been made to this Court or any other court.

## Notice

43.     The Debtors will provide notice of this Application to the following parties and/or their respective counsel, as applicable:  (a) the United States Trustee for the District of New Jersey; (b) the Committee; (c) the agents under the Debtors' prepetition secured facilities and counsel thereto; (d) the DIP Agent counsel thereto; (e) Davis Polk & Wardwell, LLP, and Greenberg Traurig, LLP, in their capacity as counsel to the Prepetition ABL Agent; (f) the indenture trustee to the Debtors' Senior Unsecured Notes; (g) the United States Attorney's Office for the District of New Jersey; (h) the Internal Revenue Service; (i) the U.S. Securities and Exchange Commission; (j) the attorneys general in the states where the Debtors conduct their business operations; (k) the monitor in the CCAA proceeding and counsel thereto; (l) the Debtors' Canadian Counsel; and (m) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of page intentionally left blank]*

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, in substantially the form submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated:  July 26, 2023

/s/  Holly Etlin
Holly Etlin
Chief Restructuring Officer

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**ORDER (I) AUTHORIZING
THE EMPLOYMENT AND RETENTION OF
DELOITTE TAX LLP AS TAX ADVISORY SERVICES
PROVIDER TO THE DEBTORS AND DEBTORS IN POSSESSION
EFFECTIVE AS OF JUNE 26, 2023, (II) APPROVING THE TERMS
OF DELOITTE TAX'S EMPLOYMENT, AND (III) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered four (4) through ten (10), is

**ORDERED**.

(Page | 3)

| Debtors: | BED BATH & BEYOND INC., *et al.* |
|---|---|
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider to the Debtors and Debtors in Possession Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

Upon the *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider to the Debtors and Debtors in Possession Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"): (a) authorizing the Debtors to employ and retain Deloitte Tax as their tax advisory services provider effective as of June 26, 2023, in accordance with the terms and conditions set forth in: (i) the 2023 Tax Engagement Letter; and (ii) the Tax Restructuring Engagement Letter; (b) approving the terms of Deloitte Tax's employment including the proposed compensation arrangements set forth in the Engagement Agreements; and (c) granting related relief, all as more fully set forth in the Application; and upon the First Day Declaration and the Piazza Declaration; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Application was appropriate under the circumstances and no other notice

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

| Debtors: | BED BATH & BEYOND INC., *et al.* |
|---|---|
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

need be provided; and this Court having reviewed the Application; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1.    The Application is **GRANTED** on a basis as set forth herein.

2.    In accordance with sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, the Debtors are hereby authorized to employ and retain Deloitte Tax as tax advisory services provider to the Debtors, effective as of June 26, 2023, on the terms set forth in the Engagement Agreements attached hereto as **Exhibit 1** and **Exhibit 2**, as modified by this Order.

3.    The terms of the Engagement Agreements, including the compensation provisions, are reasonable terms and conditions of employment and are hereby approved, as modified by this Order.

4.    Deloitte Tax shall file applications for allowance of its compensation and reimbursement of its expenses with respect to services rendered in these Chapter 11 Cases in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any applicable U.S. Trustee Guidelines, and such other applicable procedures as may be fixed by order of this Court.   Notwithstanding anything to the contrary contained in the Application, Piazza Declaration, or the Engagement Agreements, Deloitte Tax's interim and final applications for compensation and reimbursement of actual expenses shall be subject to review under the reasonableness standard in section 330 of the Bankruptcy Code.

(Page | 5)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

5.      Deloitte Tax shall include in its fee applications, among other things, contemporaneous time records setting forth a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services for the Debtors in one-tenth hour increments.

6.      In the event that the rates of compensation for the services increase from the rates disclosed for services in the Application or the Engagement Agreements, Deloitte Tax will provide at least ten (10) business days notice prior to the effective date of such increases to the Debtors, the U.S. Trustee, and the Committee, and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increases pursuant to section 330 of the Bankruptcy Code.

7.      If the Debtors and Deloitte Tax enter into any supplemental agreements, engagement agreements, or statements of work for additional services, the Debtors will file any such supplemental agreements, engagement agreements, or statements of work with the Court and serve the same upon the applicable notice parties.  Absent any objection filed within fourteen (14) days after the filing and service of any such supplemental agreement, engagement agreements, or statement of work, Deloitte Tax shall be deemed authorized and approved to provide and be compensated for such additional services pursuant to this Order and the terms of such supplemental agreement, engagement agreement, or statement of work.  If any parties object to such proposed supplemental agreement, engagement agreement, or statement of work, the Debtors will promptly

(Page | 6)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

schedule a hearing before the Court within ten (10) days of receipt of any such objection or as soon thereafter as is practicable. Any additional services shall be subject to the provisions of this Order.

8.      The Debtors shall coordinate with Deloitte Tax to avoid any unnecessary duplication of services provided by Deloitte Tax and any of the Debtors' other retained professionals in these Chapter 11 Cases.

9.      Notwithstanding anything in the Engagement Agreements to the contrary, the respective Indemnification Provisions set forth in the Engagement Agreements are hereby approved, subject to the following modifications with respect to the services performed thereunder from June 26, 2023 through the effective date of any chapter 11 plan:

a.      neither Deloitte Tax nor any Deloitte entity shall be entitled to indemnification pursuant to the Engagement Agreements for services, unless such services and the indemnification therefor are approved by this Court;

b.      notwithstanding subparagraph (a) above or any provisions of the Engagement Agreements to the contrary, the Debtors shall have no obligation to indemnify any Deloitte Entity or Deloitte Tax for any claim or expense to the extent it is either: (i) judicially determined (the determination having become final and no longer subject to appeal) to have arisen from any Deloitte Entity's or Deloitte Tax's gross negligence, willful misconduct or bad faith; (ii) for a contractual dispute in which the Debtors allege breach of any Deloitte Entity's or Deloitte Tax's contractual obligations, unless this Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by this Court, after notice and a hearing pursuant to subparagraph (c) hereof to be a claim or expense for which a Deloitte Entity or Deloitte Tax should not receive indemnity under the terms of the Engagement Agreements, as modified by this Order; and

c.      if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Chapter 11 Cases (that order having become a final order no longer

(Page | 7)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

subject to appeal) and (ii) the entry of an order closing these Chapter 11 Cases, any Deloitte Entity believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Engagement Agreements, as modified by this Order, a Deloitte Entity must file an application therefor in this Court, and the Debtors may not pay any such amounts to the Deloitte Entity before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time during which the Court shall have jurisdiction over any request by the Deloitte Entity for compensation and expenses by such Deloitte Entity for indemnification and is not a provision limiting the duration of the Debtors' obligation to indemnify.

10.     Notwithstanding anything in the Engagement Agreements to the contrary, the Engagement Agreements are hereby approved, subject to the following modifications with respect to the services performed thereunder from June 26, 2023 through the effective date of any chapter 11 plan:

a.     The last sentence of paragraph 1(c) of the General Business Terms attached to each Engagement Agreement shall be deemed deleted and replaced with the following:

Nothing contained in these terms shall alter in any way the duties imposed by law on Deloitte Tax in respect of the Services provided under the Engagement Letter. It is understood and agreed that Deloitte Tax is an independent contractor and that Deloitte Tax is not, and will not be considered to be, an agent, partner, or representative of the Client. Neither party shall act or represent itself, directly or by implication, in any such capacity or in any manner assume or create an obligation on behalf of, or in the name of, the other;

b.     The second sentence of Section 3 of the General Business Terms to the Engagement Agreements shall be deemed deleted;

c.     Section 6 of the General Business Terms to the Engagement Agreements setting forth the limitation on liability shall be deemed deleted; and

d.     Section 9 of the General Business Terms to the Engagement Agreements shall be deemed deleted.

(Page | 8)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

11.    Notwithstanding anything in the Application, the Piazza Declaration, or the Engagement Agreements to the contrary, Deloitte Tax shall file a notice with the Court in the event that it has determined to suspend and/or terminate its services for the Debtors under the terms of the Engagement Agreements, as modified by this Order, ten (10) days prior to the effective date of such suspension or termination.

12.    Notwithstanding anything in the Application, the Piazza Declaration, or the Engagement Agreements to the contrary, this Court shall have exclusive jurisdiction over Deloitte Tax's engagement hereunder with respect to services performed prior to the effective date of any plan of reorganization of the Debtors, unless such jurisdiction is relinquished.

13.    If Deloitte Tax seeks reimbursement from the Debtors for attorneys' fees and expenses pursuant to the Application and/or the Engagement Agreements, the invoices and supporting time records for the attorneys' fees and expenses shall be included in Deloitte Tax's own applications, both interim and final, and such invoices and time records shall be in compliance with Local Rule 2016-1(f) and shall be subject to the U.S. Trustee guidelines and approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code without regard to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorney's services satisfy section 330 (a)(3)(C) of the Bankruptcy Code.  All rights are reserved to permit objection to any request for reimbursement of expenses, including but not limited to any request for the reimbursement of legal fees of Deloitte Tax's independent counsel.

(Page | 9)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

14.     Notwithstanding anything in the Application or the Engagement Agreements to the contrary, Deloitte Tax shall, to the extent that Deloitte Tax uses the services of third-party subcontractors, who are not a subsidiary of, or otherwise affiliated with, Deloitte Tax (collectively, the "Contractors") in these Chapter 11 Cases, Deloitte Tax shall (i) pass through the cost of such Contractors to the Debtors at the same rate that Deloitte Tax pays the Contractors, (ii) seek reimbursement for actual costs only, (iii) ensure that the Contractors are subject to the same conflict checks as required for Deloitte Tax, and (iv) file with the Court such disclosures required by Bankruptcy Rule 2014.

15.     Deloitte Tax will only bill 50% for non-working travel and shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of Deloitte Tax's fee applications in these cases.

16.     Deloitte Tax will provide all monthly fee statements, interim fee applications, and its final fee application ins "LEDES" or "Excel" format to the U.S. Trustee.

17.     To the extent there is any inconsistency between the terms of the Application, the Engagement Agreements, the Piazza Declaration, and this Order, the terms of this Order shall govern.

18.     Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

19.     The Debtors and Deloitte Tax are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

(Page | 10)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief |

20.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **Exhibit 1**

**2023 Tax Engagement Letter**

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F33



Deloitte Tax LLP
110 Morris Street
Morristown, NJ 07960
USA

Tel: +1 973 602 6000
www.deloitte.com

May 23, 2023

Ms. Laura Crossen
Senior Vice President
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

Dear Ms. Crossen:

Thank you for choosing Deloitte Tax LLP ("Deloitte Tax" or "our") to provide the tax services (the "Services') for Bed Bath & Beyond and its subsidiaries and affiliates ("Client", "BBB" or "you") detailed in Exhibit A, Listing of Federal, State and Local and International Tax Returns Included in Engagement, attached to this engagement letter ("Engagement Letter") and incorporated herein by reference.  The Services are for fiscal year ending February 25, 2023 and February 26, 2024 unless otherwise noted (i.e., the property tax services will begin May 1, 2023 and cover services through December 31, 2025, the sales tax services will begin with the tax return reporting period March 1, 2023 and end with the reporting period through January 31, 2026, and the tax provision services will be for interim periods and fiscal year ending from May 27, 2023 through February 23, 2025).  This Engagement Letter describes the scope of Deloitte Tax Services, the respective responsibilities of Deloitte Tax and Client relating to this engagement and the fees Deloitte Tax expects to charge.

Deloitte Tax may subcontract certain Services and administrative services under this engagement to member firms of Deloitte Touche Tohmatsu Limited and their subsidiaries and affiliates (together with Deloitte Tax, "Deloitte Entities") located outside the US.

**ENGAGEMENT TERM**

The period for the provision of Services under this Engagement Letter will be effective from the signing of the Engagement Letter (the "Commencement Date") and continue until either (i) the Services are completed or (ii) this Engagement Letter is terminated in accordance with the provisions of Section 4 of the General Business Terms, whichever is the earlier (the "Contract Term").  This engagement is for multiple years and therefore, each annual anniversary of the effective date shall be considered a completion of the Services for the prior year. Also, prior to each annual anniversary, Client will discuss with Deloitte Tax any changes in Client's legal entity structure so that Client and Deloitte Tax can adjust and agree to an annual fee considering any increase or decrease in compliance that results from the change in structure.

**ENGAGEMENT DETAILS**

**Scope of Services**

**<u>Corporate Income Tax Returns</u>**

Deloitte Tax will prepare the 2022 and 2023 federal and state and local income tax returns ("tax returns") identified in Exhibit A, Listing of Federal and State and Local and International Income Tax Returns Included in Engagement, attached to this Engagement Letter and incorporated herein by reference. The summary of Deloitte Tax Services and the respective responsibilities of Deloitte Tax and Client are detailed in Exhibit B, Scope of Services.

**Extensions**

In addition to the preparation of Client's 2022 and 2023 federal and state and local income tax returns, Deloitte Tax will assist in calculating the amounts of extension payments and preparing the extension requests for the 2022 and 2023 federal and state and local income tax returns identified in Exhibit A.

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 2

**Estimated Taxes**

In addition to the preparation of Client's 2022 federal and state and local income tax returns, Deloitte Tax will assist in calculating 2023 and 2024 quarterly estimated tax payments as needed. Deloitte Tax will prepare these quarterly federal and state and local estimated income tax payment vouchers based on financial information supplied by Client.

<u>**Electronic Return Filing**</u>

Client has determined that it will file its federal income tax return electronically and has requested Deloitte Tax to assist in this process. Client will also electronically file in certain states and has asked that Deloitte Tax assist in this process. The Deloitte Tax responsibilities in connection with providing electronic filing assistance will be limited to communicating to Client the specific procedures and responsibilities that will enable Client to comply with the Internal Revenue Service ("IRS") and states' requirements, and the transmission of the electronic files in the form and content as authorized by the Client. In order for Deloitte Tax to electronically transmit Client's files, Client must provide a signed Form 8453-C, "U.S. Corporation Income Tax Return Declaration for an IRS e-file Return" or other applicable Form 8453 or other required declaration to Deloitte Tax at least seven (7) days prior to transmission to the IRS and states. Upon receipt of the signed Form 8453-C or required declaration, Deloitte Tax will transmit the electronic file without modification other than as necessary to resolve diagnostic or other errors generated as a result of the transmission. The receipt of a signed Form 8453-C or other required declaration will be deemed by Deloitte Tax as authorization by Client to transmit Client's electronic files. Client retains responsibility for compliance with any electronic funds transfer requirements that may apply to the payment of applicable taxes.

<u>**Electronic Funds Withdrawal**</u>

The IRS allows for payment of federal income taxes due or estimated tax payments via electronic funds withdrawal ("EFW"). In addition, certain states provide or mandate EFW for payment of taxes due and/or estimated tax payments. You have requested that Deloitte Tax provide assistance in connection with your use of EFW. Our assistance will be limited to entering the requisite bank account information, tax payment amount, etc. ("EFW Information") into the tax compliance software used to prepare your Returns. Your signed approval for Deloitte Tax to transmit your Returns will serve as your acknowledgement that the EFW Information is correct. Deloitte Tax will transmit the EFW Information to the IRS and state authorities as required without modification other than as necessary to resolve diagnostic or other errors generated as a result of the transmission. You retain responsibility for bank account accessibility and for confirming that the necessary funds are available in your bank account to pay the taxes due on the date prescribed for withdrawal, including those for quarterly estimated taxes. Deloitte Tax assumes no responsibility for any interest or penalties arising from your use of EFW under this Engagement Letter. Deloitte Tax will not remind you of future quarterly estimated tax payments that you have directed to be withdrawn by taxing authorities using EFW.

<u>**Property Tax Services**</u>

Deloitte Tax will prepare the business personal property tax renditions identified in Exhibit C, Listing of Business Personal Property Tax Renditions Included in Engagement Letter, attached to this Engagement Letter and incorporated herein by reference. Deloitte Tax will provide the business personal property tax rendition preparation services ("Services") for renditions filed annually.

To facilitate the timely transition to our business personal property rendition preparation Services, Client will provide Deloitte Tax with copies of its previously filed business personal property renditions for a recent filing period and a business personal property rendition calendar for renditions currently in the process of being prepared by Client's current service provider. Such information shall be supplied in a format acceptable to Deloitte Tax. Deloitte Tax will meet with Client personnel to mutually agree on the procedures for Deloitte Tax to gather data for the business personal property tax renditions.

Client will identify an individual who possesses suitable skill, knowledge, and/or experience, preferably within senior management, to oversee the Services and deliver the necessary property tax information by the requested due date. The initial information requested by Deloitte Tax to complete the renditions is outlined in Exhibit D, Initial List of Information Required, attached.

Deloitte Tax will provide the following as part of the Services:

- Prepare the renditions identified in Exhibit C for Client's review, approval and filing;

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 3

- Provide Client with electronic copies of all renditions prepared via a secure electronic portal;

- At Client's direction, receive copies of business personal property tax rendition notices and tax bills associated with the renditions prepared under this Engagement Letter and analyze and provide responses to such notices for Client's review and approval;

- Upon receipt of Client authorization, Deloitte Tax will transmit tax payment information to Client's third-party provider within 2 (two) days of Deloitte Tax's receipt of Client's authorization.

Deloitte Tax will commence, as soon as practicable, discussions with Client requisite data gathering processes. In order to provide the Services, complete and organized data needed to prepare the tax renditions must be received no later than January 15 annually. Deloitte Tax will discuss with Client personnel mutually agreeable procedures for Deloitte Tax to receive data for the business personal property tax renditions.

## Sales and Use Tax Return Preparation Services

Deloitte Tax will prepare the US State/Local Sales and Use Tax Returns Included in this Engagement Letter, as identified in Exhibit E, Listing of State/Local Sales and Use Tax Returns Included in Engagement. Deloitte Tax will prepare the US sales and use, gross receipts and transaction tax and Deloitte Canada will prepare the Canadian Goods and Services, Harmonized, Provincial and Excise tax returns for Client as identified in Exhibit F, Listing of Canadian Sales and Use & Provincial Tax Returns Included in Engagement. US and Canadian sales and use tax preparation services are incorporated herein collectively referred to as "Sales and Use Tax Preparation Services". Deloitte Tax will provide Services with the tax return reporting period beginning February 1, 2023 and provide such Services through the reporting period ending December 31, 2025. Deloitte Tax estimates the preparation of 4,052 US sales and use tax returns over each Annual Period and 60 Canadian sales and use and provincial returns based on Exhibit E and Exhibit F.

To facilitate the timely transition of our sales and use tax return preparation Services, Client will provide Deloitte Tax with its previously filed sales and use tax returns for a recent filing period and a sales and use tax calendar for returns currently in the process of being prepared by Client. Deloitte Tax will meet with Client personnel to mutually agree on the procedures for Deloitte Tax to gather data on taxable sales and purchases and the related sales and use taxes.

Each month, Deloitte Tax will provide the following US sales and use tax return preparation Services:

- Prepare a monthly calendar for sales and use tax returns identified in Exhibit E;
- Prepare US sales and use tax registrations as directed by Client;
- Prepare the US sales and use tax returns identified in Exhibit E for Client's review, approval and filing;
- Finalize the US sales and use tax returns identified in Exhibit E including Client's electronic signature, after Client has reviewed and approved the returns and given Deloitte Tax specific written authorization to finalize the sales and use tax returns;
- Provide observations and recommendations to Client regarding potential US sales and use tax compliance matters that are identified during the course of the Services;
- Provide Client a summary schedule of gross tax, discounts, and net tax due to support payment amounts for each US sales and use tax return;
- Provide Client with electronic copies of all returns prepared on a monthly basis via a Deloitte Tax secure electronic portal;
- Maintain duplicate copies of individual US sales and use tax return files by taxing jurisdiction, and supporting detail, in accordance with our record retention policy;
- Receive, analyze and respond, at Client's direction, to US sales and use tax-related communications and notices, associated with the returns prepared under this Engagement Letter;
- Assist Client with preparation of draft sales and use tax journal back-end compliance reconciliation entries in agreed upon format for Client's review and approval, and
- Prepare a notice log of US sales and use tax return notices for which Deloitte Tax provides sales and use tax return preparation Services.

In order to provide the sales and use tax return preparation Services, Deloitte Tax must receive complete and organized data needed to prepare the tax returns no later than by the tenth calendar day of each month.

## Canadian Indirect Tax Returns

DocuSign Envelope ID: 8127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 4

Each month, Deloitte Tax will provide the following Canadian Indirect tax return preparation services:

- Prepare a monthly calendar for Canadian Indirect Tax returns identified in Exhibit F;
- Prepare the Canadian Indirect Tax returns identified in Exhibit F based on the information provided (specifically we will include the Revenue amount, Tax collectible amount and Tax Payable amount provided for each return) for Client's review and approval;
- File the applicable Canadian Indirect Tax Returns in Exhibit F electronically using the relevant government authorities' online portal as applicable and we will do so in a timely manner before the required due date (on the understanding that we have the Client's approval by the due date);
- Provide details for payment(s) due by the Client to the various Canadian Government departments, (where applicable);
- Provide Client with electronic copies of all returns prepared on a monthly basis via a Deloitte Tax secure electronic portal; and
- Maintain duplicate copies of individual tax return files by taxing jurisdiction, and supporting detail, in accordance with our record retention policy.

## **Electronic Rendition Filing (Property Tax and Sales and Use Tax)**

*Property Tax*

Client may be required to file its property tax rendition electronically.  If Client determines electronic filing is required, the Deloitte Tax responsibilities in connection with providing electronic filing assistance will be limited to communicating to Client the specific procedures and responsibilities that will enable Client to comply with the jurisdiction's requirements, and to the extent requested by Client, the transmission of the electronic files in the form and content as authorized by the Client.  In order for Deloitte Tax to electronically transmit Client's files, Client must provide a signed authorization or other required declaration to Deloitte Tax at least three (3) days prior to transmission to the jurisdiction.  Upon receipt of the signed authorization or required declaration, Deloitte Tax will transmit the electronic file without modification other than as necessary to resolve diagnostic or other errors generated as a result of the transmission.  The receipt of a signed authorization or other required declaration will be deemed by Deloitte Tax as authorization by Client to transmit Client's electronic files.  Client retains responsibility for compliance with any electronic funds transfer requirements that may apply to the payment of applicable taxes.

Client renditions may be selected for review by taxing authorities, who may not agree with Client's positions.  Any adjustments proposed by taxing authorities are subject to certain rights of appeal.  Client representation in administrative taxing authority proceedings is not contemplated within the scope of this Engagement Letter.  Deloitte Tax would generally be willing to represent Client before appropriate tax authorities, if permissible, in such proceedings for an additional fee that is mutually agreed upon.  Such representation services should generally be agreed to by Client and Deloitte Tax through an addendum to this Engagement Letter, or a separate Engagement Letter or other written agreement.  Because of the lack of clarity in the law, Deloitte Tax cannot provide assurances that the positions asserted by taxing authorities will not ultimately be sustained, which could result in the assessment of potential penalties.

To the extent Client requests that Deloitte Tax provide Representation Services, Deloitte Tax will prepare the appropriate power of attorney form ("Power of Attorney" or "Agent Authorization") for Client to execute and acknowledge Deloitte Tax's ability to communicate with the state/local taxing authority regarding Client's business personal property tax matters.  Notwithstanding any language in the Agent Authorization, Client and Deloitte Tax mutually agree that Deloitte Tax's activities with respect to the Services are limited to allowing Deloitte Tax to communicate with the relevant taxing authority on behalf of Client.  Deloitte Tax will not execute agreements, extend a statute of limitation, receive refunds or make payments, and Client agrees that Deloitte Tax will not become liable for taxes or make any management decision on behalf of Client.

*Sales and Use Tax*

Client may be required or permitted to file its state/local sales and use tax return electronically. If Client determines electronic filing is required or is permitted, the Deloitte Tax responsibilities in connection with providing electronic filing assistance will be limited to communicating to Client the specific procedures and responsibilities that will enable Client to comply with the various state/local requirements, and to the extent requested by Client, the transmission of the electronic files in the form and content as authorized by the Client. In order for Deloitte Tax to electronically transmit Client's files, Client must provide the signed authorization to Deloitte Tax at least three (3) days prior to transmission to the various states or local taxing authority. Upon receipt of the signed authorization or required declaration, Deloitte Tax will transmit the electronic file

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB95D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 5

without modification other than as necessary to resolve diagnostic or other errors generated as a result of the transmission. The receipt of a signed authorization or other required declaration will be deemed by Deloitte Tax as authorization by Client to transmit Client's electronic files. Client retains responsibility for compliance with any electronic funds transfer requirements that may apply to the payment of applicable taxes.

Deloitte Tax understands that Client has separately engaged Anybill Financial Services, Inc. ("third-party provider") to print and mail Client's sales and use tax returns that are not electronically filed and to process Client's sales and use tax return payments to the various state/local taxing authorities. Client acknowledges that it will be responsible for communicating directly with and managing such third-party provider services and that Deloitte Tax will not be responsible for printing or mailing any returns nor facilitating any payments.

## Client Responsibilities (Property Tax and Sales and Use Tax)

The Services described herein are based on our analysis of the effort necessary to address Client's business personal property tax and sales and use tax compliance requirements, based on our understanding of Client's current structure and the following assumptions:

- Client management will meet with the Deloitte Tax client service team as reasonably requested (with reasonable prior notice from Deloitte Tax of the need and personnel required for such meeting);

- Client tax and financial personnel will participate in an active oversight role (within a commercially reasonable period following request from Deloitte Tax) and will provide timely information;

- Client will be responsible for extracting and providing necessary information from accounting systems (as identified and requested by Deloitte Tax) to prepare the business personal property tax renditions and sales and use tax returns, and such information will be provided to Deloitte Tax.  Such sales and use tax-related information will be provided to Deloitte Tax no later than the tenth calendar day of each month as noted above;

- Client will provide written authorization to finalize Client's business personal property tax renditions and sales and use tax returns, including Client's electronic signature, after Client has reviewed and approved those business personal property tax renditions and sales and use tax returns;

- Client will arrange for the mailing of all business personal property tax renditions and sales and use tax returns that are not electronically filed, and the payment of all business personal property taxes and sales and use taxes due, to each state/local taxing authority;

- Client will execute an agreement with Client's third-party service provider ("third-party provider") to process Client's business personal property tax payments to the various state/local taxing authorities and to provide Deloitte Tax access to Client's sales and use tax return and tax payment information.  Client acknowledges that it will be responsible for communicating directly with and managing such third-party provider services. Upon receipt of Client's written authorization, Deloitte Tax will electronically transmit Client's business personal property tax renditions and sales and use tax returns (in portable document format ("PDF") format and related tax payment information to Client's third-party provider within 2 (two) days of Deloitte Tax's receipt of Client's authorization. Deloitte Tax will resolve with Client any issues arising in connection with Deloitte Tax's transmission of Client's renditions, sales and use tax returns or tax payment information to the third-party provider.

- Deloitte Tax will assist Client to work to resolve state/local taxing authorities' notices and inquiries by working directly with Client; and

- Client will be responsible for making all management decisions relating to business personal property tax and sales and use tax matters, including reviewing and approving all business personal property tax renditions and sales and use tax returns prepared by Deloitte Tax.

In preparing each of the business personal property tax renditions and sales and use tax returns, Deloitte Tax will rely on the information that Client will supply to be accurate and complete.  Deloitte Tax will not audit or otherwise verify such information, although Deloitte Tax may request clarification of some of the information. Since the business personal property tax renditions and sales and use tax returns will reflect the information that Client has provided, Client will have the ultimate responsibility for their accuracy. Client will be responsible for any business property tax rendition and sales and use tax return related interest and penalties charged by a taxing authority.

DocuSign Envelope ID: 9137B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 6

*Sales and Use Tax*

Client returns may be selected for review by taxing authorities, who may not agree with Client's positions. Any adjustments proposed by taxing authorities are subject to certain rights of appeal. Client representation in administrative taxing authority proceedings is not contemplated within the scope of this Engagement Letter. Deloitte Tax would generally be willing to represent Client in such proceedings for an additional fee that is mutually agreed upon. Because of the lack of clarity in the law, Deloitte Tax cannot provide assurances that the positions asserted by taxing authorities will not ultimately be sustained, which could result in the assessment of potential penalties.

To the extent required to perform the Services, Deloitte Tax will prepare the appropriate power of attorney form ("Power of Attorney") for Client to execute and acknowledge Deloitte Tax's ability to communicate with the state/local taxing authority regarding Client's sales and use tax matters. Any such Power of Attorney will be limited to allowing Deloitte Tax to communicate with the state/local taxing authority on behalf of Client and will not authorize Deloitte Tax to execute agreements, extend a statute of limitation, receive refunds, make payments, become liable for taxes or make any management decision on behalf of Client.

In addition, if mutually agreed, Deloitte Tax will assist Client with the preparation of state and local sales and use tax registration applications.

## **Tax Provision Advisory Services**

Deloitte Tax will provide tax advisory services ("Provision Services") in connection with the calculation of Client's income tax provision under the provisions of ASC 740, *Income Taxes*, ("ASC 740") for the interim and the fiscal year-end periods May 28, 2023 through February 25, 2025. This Engagement Letter describes the scope of the Deloitte Tax Services, the respective responsibilities of Deloitte Tax and Client relating to this engagement and the fees Deloitte Tax expects to charge. Deloitte Tax will provide tax accounting services on Deloitte Tax's ONESOURCE TAX PROVISION ("OTP") license.[1]

The Provision Services to be provided by Deloitte Tax pursuant to this Engagement Letter, as described in Exhibit H, Provision Services to be Performed, attached to this Engagement Letter and incorporated herein by reference, are to be performed subject to Client's review and approval. The scope of the Provision Services has been established based on discussions with you. Determination as to the sufficiency of the Services for purposes of meeting financial reporting requirements is solely the responsibility of Client, as discussed below. In addition, this Engagement Letter will cover Provision Services incorporating computations and analyses related to Tax Consulting Services provided by other Deloitte Tax teams (e.g. §382 limitations on attribute carryforwards, cancellation of debt income, etc.), but does not cover any ASC 740 calculations related to these corporate life cycle events. In addition, the scope of the Provision Services may be changed or modified by mutual agreement between Client and Deloitte Tax if, for example, unforeseen circumstances arise. Deloitte Tax will promptly discuss any such circumstances it notes with Client and, likewise, Client agrees to promptly notify Deloitte Tax if Client believes that modifications to the scope of the Provision Services are necessary.

The Engagement Letter under this engagement will consist of providing computations, verbal comments and observations regarding Client's ASC 740 related computations and documentation reflecting collaboration between Client and Deloitte Tax personnel. Such computations and documentation will be prepared by Deloitte Tax personnel for Client's consideration. Client's management will be responsible for reviewing and making all decisions with respect to approval, potential modifications and ultimate acceptance of the computations.

Recently enacted tax reform measures have altered overall tax rates and numerous other areas of the Internal Revenue Code, including areas such as exclusions and deductions, cost recovery, credits, compensation, and taxation of foreign income and foreign persons. These tax reform measures could have a significant impact on Client's current and future tax obligations. As the full impact of tax reform on Client's overall tax situation and this engagement is analyzed, the scope of our Provision Services may need to change and it may be necessary to discuss a change in our fee estimate with you.

Our fees for such out-of-scope services will generally be based on the amount of professional time incurred and our agreed-upon hourly rates, which vary depending upon the experience level of the professionals involved. We will discuss such additional services and anticipated additional fees not included in our original

---

[1] Deloitte Tax will grant read/write access to Client.

DocuSign Envelope ID: 91278950-04D2-4946-9745-0BB95D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 7

scope with the Client prior to proceeding with any such out-of-scope work.   Deloitte Tax understands that any fees generated from any out-of-scope work performed, without Client's pre-approval, may not be accepted by Client.

Deloitte Tax may also prepare a summary memo and/or memoranda specific to certain components of the income tax provision and related balance sheet income tax accounts, documenting Client management's determination of evidence supporting Client's computations e.g., valuation allowance analysis, uncertain tax positions, etc. With respect to the memoranda provided, Deloitte Tax does not assume any management responsibility.  Client's management will be responsible for reviewing and making all decisions with respect to approval, potential modifications and ultimate acceptance of any memoranda.

**Tax Consulting Services**

Additionally, Deloitte Tax may perform consulting services (also, "Services") throughout the year, for which a separate engagement letter should generally be issued. If Client and Deloitte Tax fail to execute a separate engagement letter with respect to such services, the terms of this Engagement Letter will apply to all services rendered with respect thereto. Unless otherwise agreed, Deloitte Tax will bill for these services at mutually agreed-upon hourly rates.

**Kick-off Meeting Expectations**

To facilitate an understanding of the tax return preparation engagement processes, Client and Deloitte Tax will hold an engagement kick-off meeting to discuss in detail the information request and timetable, including key engagement deadlines. In addition, Client and Deloitte Tax will discuss potential issues arising from delays or incomplete or inaccurate information.

**Engagement Technology**

In providing the Services, we expect to utilize our innovative cloud-based solution, Intela, to facilitate efficient communication between Client's team and ours and streamline the process associated with requesting and receiving the data necessary for our Services.  For additional information about Intela, please contact your Deloitte Tax engagement team.

**Potential Impact of U.S. Supreme Court Decision in *Wayfair***

In light of the Court's statement in *South Dakota v. Wayfair, Inc.*, 138 S. Ct. 2080 (2018) ("*Wayfair"*) that physical presence is not a necessary element for "substantial nexus," guidance from the Multistate Tax Commission, and the potential state adoption and/or application of their guidance (e.g., California Technical Advice Memorandum 2022-01), Client may need to revisit positions it may have historically taken regarding income/franchise tax nexus.  As a result, the scope of our Services may need to be expanded to include a nexus review for additional filings. Deloitte Tax has not been engaged to perform a nexus review or consulting services. If you need assistance with these services, please notify Deloitte Tax and a separate fee estimate for these services can be provided.

**State Tax Return Apportionment Information**

Deloitte Tax will prepare state tax returns based upon the state information, apportionment data provided by the Client and apportionment methodologies utilized by Client on its 2021 tax returns. Client will address and correct instances where apportionment data is incomplete, inaccurate or does not reconcile to the book and tax balances reflected on the federal tax return. In the course of performing the Services, if Deloitte Tax becomes aware of such incomplete or inaccurate data, Deloitte Tax will inform Client. Deloitte Tax will discuss with and obtain Client's input for addressing apportionment methodologies used in the prior year that may be inappropriate to utilize for the 2022 and 2023 tax return(s).

**Foreign Account Tax Compliance Act ("FATCA")**

The Deloitte Tax return preparation Services that are the subject of this Engagement Letter do not include any services related to Client's compliance with the FATCA regulations.  However, if requested, Deloitte Tax would be available to advise Client on its obligations under the FATCA regulations under the terms of a separate engagement letter.

**Foreign Bank Account Reporting**

DocuSign Envelope ID: 9127B95E-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 8

If Client has foreign bank accounts, investment accounts, partnerships or similar assets, or if Client has signature or similar authority over these types of accounts or investments (whether owned by Client or by others), Client may have to file a FinCEN Form 114, Report of Foreign Bank and Financial Accounts.  Unless outlined above or the subject of a separate engagement letter, the Deloitte Tax return preparation Services that are the subject of this Engagement Letter do not include the preparation of any FinCEN Forms 114, which must be received by the Department of Treasury by April 15 with an automatic extension available until October 15. If assistance with these filings is needed, please notify Deloitte Tax and a separate fee estimate for these services can be provided.

**Non-U.S. Operations**

The tax laws of the United States and many foreign countries require that transactions between controlled taxpayers (commonly referred to as "transfer pricing") be carried out on an arm's-length basis.  The US transfer pricing rules are described in IRC Section 482 and the regulations promulgated thereunder. Transactions covered by these rules include intercompany sales of goods, transfers of intangible property, loans or advances, performance of services, and other related-party transactions.  Note that the Tax Cuts and Jobs Act, Pub. L. 115-97 (2017) significantly expanded the definition of "intangible property" (see IRC Section 367(d)(4)) for transfer pricing purposes. In a number of countries, including the United States, the pricing of such intercompany transactions and services must be supported by appropriate documentation (e.g., agreements, invoices, and/or economic analysis) to prevent the imposition of penalties if the tax authorities issue a transfer pricing adjustment on the basis that the transfer pricing was not arm's length.  The Services under this Engagement Letter do not include any procedures to analyze or review transfer pricing for federal, state, or foreign income tax purposes. If Client has not already done so, Client should consider whether intercompany transactions are being priced on an arm's-length basis and whether Client has appropriately documented such pricing under the laws of the relevant jurisdictions.

Client has represented to Deloitte Tax that Client's transfer pricing meets the requirements of IRC Section 482 (or comparable state provisions).  Accordingly, Deloitte Tax shall have no liability for any taxes, penalties, interest, or any other damages (including costs and expenses) arising from transfer pricing adjustments, including, but not limited to, penalties under IRC Section 6662 (or comparable state provisions).  In no event shall Deloitte Tax be liable for consequential, incidental, or exemplary damages or loss (or any lost profits, savings, or business opportunities).  The foregoing terms are intended to apply to the extent not contrary to applicable law, regardless of the grounds or nature of any claim asserted (including contract, statute, any form of negligence, intentional tort, strict liability, or otherwise) and whether or not Deloitte Tax was advised of the possibility of the damage or loss asserted. Such terms shall continue to apply after any termination of this Engagement Letter and during any dispute of the parties.

**IRC Section 174 expenditure calculation**
Any calculations or analyses related to the mandatory amortization of IRC Section 174 expenditures for taxable years beginning after December 31, 2021, as per the Tax Cuts and Jobs Act ("TCJA") are specifically excluded from our scope of services. For any such assistance a separate engagement letter should be executed.

**Excluded Services**

The Services of this Engagement Letter and the related fees are limited to the entities listed in Exhibit A, the tax compliance Services as previously described as listed in Exhibit A, the scope of services detailed in Exhibit B, and the tax consulting Services and tax provision services as previously described.  All other services are considered to be outside of the Services of this Engagement Letter and are therefore excluded.  In no event shall Deloitte Tax be obligated to perform any services that would cause it to be in violation of any applicable law, rule, or regulation, internal Deloitte Tax policy or any professional standards applicable to Deloitte Tax.

**Certain Changes**

Any event or transaction that significantly increases or decreases the size or nature of the operations of Client or any change in laws, rules, or regulations that affect the scope of the Services shall be considered a change in the scope of Services.  In this event, Deloitte Tax and Client shall promptly meet to negotiate an equitable adjustment in the fees. Deloitte Tax shall have no obligation to commence work in connection with any change until the fee impact is agreed upon in writing.  The agreement between Client and Deloitte Tax regarding such change in the scope of Services, including relevant terms, will be documented in writing as an addendum letter ("Addendum") to this Engagement Letter, a new engagement letter, or other writing accepted by Client and Deloitte Tax.  In the event that a subsequent written document is not executed in a timely manner, such change in the scope of Services will be provided upon Client request pursuant to the terms of this Engagement

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB95D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 9

Letter as subsequently described.

As Client expands its business into new countries, states, or localities, Deloitte Tax and Client will discuss whether additional compliance requirements exist. Client management will take responsibility to decide whether to file any additional tax returns or forms and inform Deloitte Tax in writing of additional tax returns or forms that are to be prepared by Deloitte Tax that are in addition to those listed in Exhibit A.

In determining the fees as discussed later in this Engagement Letter for tax compliance Services, tax provision advisory Services and tax consulting Services, Deloitte Tax assumes that timely and complete accounting information, including complete trial balances, will be provided by Client personnel in the format requested for tax compliance Services, tax provision advisory Services and tax consulting Services Deloitte Tax is engaged to perform.

**ENGAGEMENT TEAM**

Jim Piazza, Tax Partner, will be the lead tax partner with overall responsibility for all Services provided to Client. Sean McMahon, Managing Director, will help Jim oversee the engagement and Liliya Karimova will be the engagement Manager responsible for all tax compliance Services Deloitte Tax delivers to Client. They will, as necessary, call upon other individuals with specialized knowledge, either in the local Deloitte Tax office or elsewhere in our firm. For purposes of this engagement, the following individuals will be notified at the address listed for changes or modifications to this Engagement Letter:

| **Client Contact** | **Deloitte Tax Contact** |
|---|---|
| Ms. Laura Crossen<br>Senior Vice President | James Piazza<br>Tax Partner |
| Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | Deloitte Tax LLP<br>110 Morris Street<br>Morristown, NJ 07960 |

Deloitte Tax or Client, as the case may be, shall notify the other in writing 30 days prior to any replacements to the above-listed parties.

**Obligations Upon Termination**

In the event of termination of this engagement, Deloitte Tax shall work together with Client to identify the information, materials, and resources necessary to develop an overall plan for transitioning such items to Client. Termination assistance shall be set forth in an engagement letter and shall include:

- Providing Client with access to documentation in Deloitte Tax's possession related to the Services provided under this Engagement Letter.
- Returning all Client confidential and proprietary information in Deloitte Tax's possession, except that Deloitte Tax may retain copies, subject to its confidentiality obligations, for internal recordkeeping purposes and for compliance with applicable professional standards.

In addition, Client will terminate Deloitte Tax access to Client tax compliance software and programs and Deloitte Tax will return to Client documentation associated with such tax compliance software and programs.

Client shall pay Deloitte Tax's then standard hourly rates and reasonable expenses for any termination assistance provided by Deloitte Tax. Client shall be responsible for all costs associated with moving back to Client's premises any files and related documentation to which Client is entitled.

**Client Obligations Upon Early Termination**

In the event of early termination of this engagement, Deloitte Tax shall be entitled to payment of all fees for Services rendered and expenses incurred prior to such termination. Additionally, Deloitte Tax will be entitled to fees for any Services Deloitte Tax is required to perform relative to Deloitte Tax's "Obligations Upon Termination as set forth above. The foregoing provisions of this section shall in no way limit Deloitte Tax's other remedies, whether in law or in equity.

DocuSign Envelope ID: 9137B950-04D2-4946-9745-0BB95D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 10

**OTHER MATTERS**
**Tax Positions, Potential Penalties, Taxing Authority Audits**

In accordance with our professional standards, while in the course of performing our Services should Deloitte Tax become aware of tax return positions for which either you or Deloitte Tax may be subject to potential penalties by taxing authorities, Deloitte Tax will discuss with you these positions including how any such penalties may be avoided through adequate disclosures to taxing authorities. You should be aware that as a tax return preparer, Deloitte Tax may be required to satisfy disclosure requirements that may exceed those applicable to you. In those instances where Deloitte Tax is aware of tax return positions that may trigger an accuracy-related tax preparer penalty under Internal Revenue Code ("IRC") sections 6662 or 6694 (or comparable state provisions), Deloitte Tax will include in the returns we prepare the disclosures necessary to avoid such penalties.

Our Services do not include representation of you in administrative taxing authority proceedings. However, Deloitte Tax would generally be willing to represent you in such proceedings for an additional fee that is mutually agreed upon.

**ECONOMIC SUBSTANCE PENALTY**

Federal law imposes a strict liability penalty of 20% (or 40% for transactions not adequately disclosed) of the portion of any underpayment attributable to the disallowance of claimed tax benefits by reason of a transaction failing to meet the requirements of the codified economic substance doctrine (Internal Revenue Code section 7701(o)) or any similar rule of law. Client is responsible for informing Deloitte Tax of any transactions that are potentially subject to the strict liability penalty for failing to meet these requirements if applicable. Unless provided under the terms of a separate Engagement Letter or work order, the TP Services do not include any obligation by Deloitte Tax to analyze or otherwise conclude regarding the relevance of the economic substance doctrine or the application of any similar rule of law to any of Client's transactions. Deloitte Tax assumes no responsibility for any penalties resulting from Client's failure to meet the requirements of the economic substance doctrine or similar rule of law.

**REPORTABLE TRANSACTIONS**

The Internal Revenue Service ("IRS") and some states have promulgated rules that require taxpayers to disclose their participation in reportable transactions by attaching a disclosure form to their federal and/or state income tax returns and, when necessary, by filing a copy of that disclosure form with the IRS and/or the applicable state tax agency. These rules impose significant requirements to disclose certain transactions and such disclosures may encompass transactions entered into in the normal course of business. The Services that are the subject of this Engagement Letter do not include any obligation by Deloitte Tax to identify any reportable transactions or disclosure obligations. Any advisory services regarding reportable transactions will be provided under the terms of a separate Engagement Letter or work order. Client is responsible for ensuring that it has properly disclosed all reportable transactions; failure to make required disclosure will result in substantial penalties. Deloitte Tax will not be liable for any penalties resulting from Client's failure to accurately and timely file any required reportable transaction disclosure.

**UPDATES AND IRS AUDITS**

A. Updates

Tax regulations require that intercompany transfer pricing be reviewed on an annual basis. The work performed and conclusions reached pursuant to this engagement may lay the groundwork for such annual updates as well as a renewal study. However, the fee estimates included in this Engagement Letter do not include such future services and no responsibility is assumed for updates or application of our analysis to future years unless otherwise agreed in writing.

B. Audits

In the event of a transfer pricing examination, Deloitte Tax will be pleased to assist Client in responding to information requests and resolving any controversies that may arise. Deloitte Tax may perform services with respect thereto as requested by Client, for which a separate engagement letter should generally be issued. If Client and Deloitte Tax fail to execute a separate engagement letter with respect to such services, the terms of this Engagement Letter will apply to all services rendered with respect thereto. Unless otherwise agreed, Deloitte Tax will bill for these services at mutually agreed-upon hourly rates.

DocuSign Envelope ID: 9127B95C-04D2-4946-9745-DBB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 11

**Evaluating Necessary Disclosures**

In addition to the Services described above, Deloitte Tax will assist Client in identifying transactions that may be subject to disclosure under Federal and States' reportable transaction provisions.  Our ability to identify transactions requiring disclosure is limited to the information that Client provides as part of the tax return preparation process.  Deloitte Tax at this time is not able to estimate the cost of completing the required identification and analysis of those transactions that may be subject to disclosure.  The Deloitte Tax fees corresponding to the reportable transaction obligations will be based on the amount of professional time required and our standard hourly rates, which vary depending upon the experience level of the professionals involved.  These fees will be in addition to the fees discussed below related to the overall preparation of the tax returns.  If, as a result of our analysis, Deloitte Tax determines that the fee related to reportable transaction disclosure will exceed 10% of the fee for preparation of the affected tax returns, Deloitte Tax will inform Client prior to continuing the analysis.

**Deloitte Tax Responsibilities**

Deloitte Tax will perform tax compliance Services as described above and in Exhibit B for those returns as listed in Exhibit A.  Deloitte Tax cannot warrant that our process will enable us to identify every potential issue, election, filing, or notice requirement in every jurisdiction.

Deloitte Tax's responsibility is limited to performing the Services specified and agreed to, and to reporting the results, subject to limitations contained herein.  Deloitte Tax's engagement cannot be relied on to disclose material internal control weaknesses, errors, or fraud should they exist. Deloitte Tax is responsible only for the tax returns referred to above in the scope of Services section and listed in Exhibit A.  Additionally, Deloitte Tax is not providing tax services to directors, employees or other persons of Client and Deloitte Tax is not responsible for the personal tax implications to directors, employees or other persons of Client or entity implications to Client or foreign affiliates of Client as the result of positions taken in the tax returns.

**Acknowledgements and Agreements**

The tax consulting Services will be performed in accordance with the *Statement on Standards for Consulting Services* established by the American Institute of Certified Public Accountants ("AICPA").  The tax consulting Services to be performed by Deloitte Tax will be established by mutual agreement and can be changed or modified in the same manner.  Deloitte Tax will promptly inform Client of any circumstances that warrant a change in the scope of the specific Services to be provided, and similarly, Client agrees to notify Deloitte Tax promptly if modifications to the tax consulting Services are requested.

In addition to the responsibilities and obligations of Client as set forth previously and detailed in Exhibit B, Client acknowledges and agrees that the Services provided pursuant to this Engagement Letter will be based solely upon:

- Client's understanding that Deloitte Tax will only be responsible to provide tax advice with respect to the specific matter, transaction or question actually presented by Client, including the type of tax and the taxing jurisdiction specifically identified by Client (e.g., federal, foreign, state, local, sales, excise, etc.).

- Client's understanding that Deloitte Tax, as a result of providing such tax advice, is under no obligation to represent Client with respect to any such challenge or an administrative or judicial challenge thereof.  Deloitte Tax would generally be available to represent Client before the appropriate tax authorities, if permissible, for an additional fee that is mutually agreed upon.

- Client acknowledges that the performance of certain Services described herein may cause affiliates of Deloitte Tax, including Deloitte & Touche LLP ("Deloitte & Touche"), to not be independent with respect to Client's financial statements for the calendar or fiscal year to which the Services relate or in which the Services are performed. Accordingly, should Client wish to engage Deloitte & Touche to audit said financial statements, Deloitte & Touche may be required to decline that engagement.

- The Services will be performed in accordance with the *Statement on Standards for Consulting Services* issued by the American Institute of Certified Public Accountants ("AICPA").  However, the performance of the Services does not constitute an engagement to provide audit, compilation, review or attest services as described in the pronouncements on professional standards issued by the AICPA or the U.S. Public Company Accounting Oversight Board and, therefore, Deloitte Tax will not express an opinion or any other form of assurance with respect to any matters including, without

DocuSign Envelope ID: 91278950-04D2-4946-9745-DBB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 12

limitation, compliance with GAAP.

- Client's purpose for engaging Deloitte Tax to perform this work is due to Client management's need to obtain advice and recommendations in performing accounting analysis and to obtain guidance and insight to advise Client management as it makes its own determination as to appropriate application of accounting principles and not to obtain an opinion from Deloitte Tax as to such application.

- Client will not seek Deloitte Tax's opinion, and Deloitte Tax will not provide any such opinion, on the application of accounting principles in connection with this engagement. Furthermore, Client management agrees that it will not represent to any third parties that it has obtained such opinion from Deloitte Tax.

- The nature, scope, and design of the Services are solely the responsibility of Client. Deloitte Tax will make no representation nor provide any assurance with respect to the adequacy of the Services for Client's purposes. Furthermore, Deloitte Tax has no responsibility to advise Client of other procedures that might be performed.

- The responsibility of Deloitte Tax for purposes of this Engagement Letter is limited to performing the Services specified above, in Exhibit B or otherwise agreed to in writing, subject to the limitations contained herein. This engagement cannot be relied on to disclose internal control weaknesses, errors, or fraud should they exist. Deloitte Tax has no responsibility for updating the Services performed or for performing any additional services, except as agreed to in writing with Client.

- The scope of Services is limited in nature to the scope as set forth in this Engagement Letter and does not extend to all tax matters of Client.

- The working papers prepared by Deloitte Tax in connection with this engagement are the property of Deloitte Tax. Upon request, copies of any or all working papers that Deloitte Tax considers to be nonproprietary will be provided to Client management. However, third parties may not be provided access to such copies without prior written consent from Deloitte Tax.

In addition, as it relates to the Provision Services:

- All management decisions and final conclusions reached in connection with this engagement will be the responsibility of Client. Deloitte Tax will not perform any management functions, make any management decisions, or perform in a capacity equivalent to that of an employee of Client.

- Client will designate an individual with suitable skill, knowledge, and/or experience, preferably within senior management, to serve as the project manager and oversee the Services. Also, Client acknowledges that the Services do not include the recording of any amounts in Client's books or records. All amounts derived from the performance of the Services will be reviewed and approved by, and will be the responsibility of, Client's management.

- Client will advise Deloitte Tax of any past or current differences of opinion between Client and its independent auditors concerning the proper tax or accounting treatment for a particular item or circumstance that pertains to ASC 740. Deloitte Tax has no responsibility for any disagreements between Client and Client's independent auditors or any successor independent auditors related to Client's accounting or disclosure conclusions, whether or not such conclusions of Client are related to the Services.

- Client will consult with its independent auditors and be solely responsible for all decisions regarding the accounting treatment of any item discussed during this engagement. Client will be solely responsible for all decisions regarding its compliance with accounting principles generally accepted in the United States of America ("GAAP"). Client is solely responsible for the past, present, and future determination of the appropriate accounting treatment and/or financial statement presentation of Client's books and records.

- Client has informed its independent auditors of the Services and, if appropriate, will facilitate meetings, discussions, or other communications between Deloitte Tax and Client's independent auditors. The purpose of such communications will be to ensure that both Deloitte Tax and Client's independent auditors are fully aware of all facts and circumstances that may be relevant to Client's accounting for income taxes under ASC 740.

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 13

- The Services will be performed in accordance with the *Statement on Standards for Consulting Services* issued by the American Institute of Certified Public Accountants ("AICPA"). However, the performance of the Services does not constitute an engagement to provide audit, compilation, review or attest services as described in the pronouncements on professional standards issued by the AICPA or the U.S. Public Company Accounting Oversight Board and, therefore, Deloitte Tax will not express an opinion or any other form of assurance with respect to any matters including, without limitation, compliance with GAAP.

- Client will not seek Deloitte Tax's opinion, and Deloitte Tax will not provide any such opinion, on the application of accounting principles in connection with this engagement. Furthermore, Client management agrees that it will not represent to any third parties that it has obtained such opinion from Deloitte Tax. If such opinion is requested, any such services would be subject to a determination by Deloitte & Touche that such services can be rendered, additional client acceptance procedures and a separate signed engagement letter with terms and conditions that are acceptable to Deloitte & Touche and Client. Deloitte & Touche is under no obligation to perform such an engagement, if requested.

- The responsibility of Deloitte Tax for purposes of this Engagement Letter is limited to performing the Services specified above or otherwise agreed to in writing, subject to the limitations contained herein. This engagement cannot be relied on to disclose internal control weaknesses, errors, or fraud should they exist. Deloitte Tax has no responsibility for updating the Services performed or for performing any additional services, except as agreed to in writing with Client.

- Client will be solely responsible for the design and operation of effective internal controls and for complying with all applicable laws and regulations. In the performance of the Services, Deloitte Tax will not perform any evaluation of internal controls and procedures for financial reporting upon which Client's management can base its assertion in connection with the Sarbanes-Oxley Act of 2002 or related rules or regulations. In addition, Deloitte Tax will not provide any legal advice or conduct a legal review of any of Client's documents, records or policies.

- Client will be solely responsible for providing accurate and complete information requested by Deloitte Tax. Deloitte Tax has no responsibility for the accuracy or completeness of the information provided by or on behalf of Client.

- The scope of Services may include assistance, in addition to computational assistance, with respect to the Client's identification, recognition or measurement of Uncertain Tax Positions ("UTPs") pursuant to ASC 740 (see Exhibit H). If our scope of Services includes this assistance, Deloitte Tax will undertake an effort to identify material UTPs meeting the criteria established by Client. However, Deloitte Tax cannot, and does not, warrant or represent to Client that the Services will result in the identification of all such UTPs (including, but not limited to, any potential error, tax issue, tax disclosure, tax election, tax filing requirement or notice requirement.

- Client is solely responsible for providing support for opening deferred tax assets and liabilities. Deloitte Tax has no responsibility for the accuracy or completeness of the information provided. Deloitte Tax will consider supporting documentation and advise Client whether such documentation, may be appropriate to support ending deferred taxes. If the Client seeks to engage Deloitte Tax for Services for assistance in computations related to opening deferred tax balances, a separate Engagement Letter or work order should be prepared.

- Any information provided to Client as a result of the Services described herein has been prepared at the direction of, and is intended solely for the use of Client and is not intended to be used by or for the benefit of, or relied upon by or for the benefit of, any third party.

- Any information provided to Client as a result of the Services described herein is subject to the terms and conditions set forth in this Engagement Letter, including, without limitation, the scope limitations and Client's responsibilities set forth therein.

- Any information provided to Client as a result of the Services described herein does not constitute an opinion or any other form of assurance with respect to any matter, including, without limitation, the application of any accounting principles under the requirements of AU 625, Reports on the Application of Accounting Principles, and is intended for Client's review, consideration, possible modification and ultimate approval and acceptance as Client's own document.

Bed Bath & Beyond Inc.
May 23, 2023
Page 14

- The workpapers prepared by Deloitte Tax in connection with this engagement are the property of Deloitte Tax. Upon completion of the Services, Deloitte Tax will provide Client management with copies of any and all workpapers that Deloitte Tax considers nonproprietary. Client may provide access to such copies to Client's independent auditors in connection with their audit of Client's financial statements. However, third parties may not be provided access to such copies without prior written consent from Deloitte Tax.

Our reports will include all relevant information obtained by Deloitte Tax after the tax year has ended through the date our interviews are concluded, but may not include a description of relevant information the Client may obtain after our interviews are concluded. In addition, our reports will not include a general index of principal and background documents including a description of the record keeping system used for cataloging and accessing those documents, nor any background documents supporting the principal documents. If Client desires our assistance in its efforts to meet these additional principal document record-keeping requirements specified in the transfer pricing penalty regulations, Deloitte Tax and Client will mutually agree to such services pursuant to an addendum to this Engagement Letter or in a separate work order.

## ENGAGEMENT TIMING AND DELIVERABLE DUE DATES

At the commencement of the engagement, Deloitte Tax and Client will mutually agree to the expected timing of deliverables. Deloitte Tax and Client will jointly establish dates Client will provide data for the preparation of the tax returns. Likewise, Deloitte Tax will set expected timing of the provision of draft tax returns for the Client to review.

## CONSENT FOR DISCLOSURE AND USE OF TAX RETURN INFORMATION

Client authorizes that any and all information (i) furnished to Deloitte Tax for or in connection with the preparation of Client's tax returns under this Engagement Letter, (ii) derived or generated by Deloitte Tax from the information described in (i) above, or (iii) associated with prior years' tax return information in the possession of Deloitte Tax may, for a period of up to eight (8) years from the end of the tax year to which the information relates, be disclosed to and considered and used by Anybill Financial Services, Inc. and any Deloitte Tax affiliate, related entity (or its affiliate) or subcontractor, in each case, whether located within or outside the United States, engaged directly or indirectly in providing Services under this Engagement Letter, tax planning or preparation of tax returns, audited financial statements or other financial statements or financial information as required by a government authority, municipality or regulatory body. Disclosures under this paragraph may consist of all information contained in Client's tax returns; if Client wishes to request a more limited disclosure of tax return information, Client must inform Deloitte Tax. Client acknowledges that Client's tax return information may be disclosed to Deloitte Tax affiliates, related entities (or their affiliates) or subcontractors located outside of the United States.

## FEES AND EXPENSES

### Annual Fees

The Deloitte Tax annual fixed fee for Services as defined in this Engagement Letter are as follows:

| | |
|---|---|
| Federal, Multistate and International Tax Compliance | $451,500 |
| Puerto-Rico Tax Compliance | $17,850 |
| Property Tax Services | $283,500 |
| Sales and Use Tax Services | $271,832 |
| Tax Provision Preparation Services | $708,750 |
| Total Annual fixed fees,  unless otherwise stated in the Engagement Letter | $1,733,432 |

Subject to any applicable Bankruptcy Court (as defined below) orders, rules or procedures, payments will be due within 30 days of receipt of the invoice.  Payment shall be made electronically on or before the first

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 15

business day of each quarter as directed on the invoices to be provided.

**Additional Services**

In those situations where resources external to the compliance engagement team are required or the annual pool of compliance hours is expended, our Services provided by Deloitte Tax in the United States will be provided at the below hourly rates:

|  | Hourly Rate |
|---|---|
| Partner, Principal or Managing Director | $670 |
| Senior Manager | $600 |
| Manager | $500 |
| Senior | $250 |
| Staff | $200 |

Deloitte Tax's participation in Client-driven Sarbanes-Oxley activities, such as readiness reviews, attest reviews or remediation, is considered to be outside the scope of our tax compliance engagement.

Deloitte Tax has no responsibility for updating the Services performed or for performing any additional services, except as agreed to in writing with Client. Any additional services (those not within the scope of this Engagement Letter), as defined above, will require a separate written fee arrangement.

**Expenses and Allocated Costs**

Subject to any applicable Bankruptcy Court orders, rules or procedures, Client shall reimburse Deloitte Tax for (i) reasonable out-of-pocket expenses (e.g., travel, lodging, etc.) incurred by Deloitte Tax in connection with rendering the services and (ii) an allocation of estimated technology costs incurred (e.g., tax technology and processing support activities, research materials, etc.) equal to 5% of professional fees.

**Other**

The fees and expenses are not dependent upon the findings or results of the Services or the ultimate resolution of any items with the tax authorities, nor are those amounts contingent or refundable.

In light of Client's commencement of a Chapter 11 proceeding, Deloitte Tax expects to apply for compensation for professional services rendered and for reimbursement of expenses incurred, in accordance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, the applicable local rules of bankruptcy procedure (the "Local Rules") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under Bankruptcy Code § 330.  In such event, payment of fees and reimbursement of expenses will be subject to ultimate allowance and approval by the Bankruptcy Court.  However, in the interim, Client will ask the Bankruptcy Court for approval to allow Deloitte Tax to submit invoices to Client for prompt payment in accordance with the Local Rules or practices of the Bankruptcy Court regarding monthly payment of professional fees and expenses.  Accordingly, Deloitte Tax will provide Client with an invoice on a periodic basis, with the invoice due and payable pursuant to the payment procedures adopted by the Bankruptcy Court in Client's Chapter 11 proceeding. If applicable, payment of these invoices will be made by Client on an interim basis subject to approval and allowance upon application to and order by the Bankruptcy Court.

Client agrees that Client will promptly seek the Bankruptcy Court's approval of this engagement. The application, proposed order and other supporting documents (collectively, the "Application") submitted to the Bankruptcy Court seeking its approval of this engagement must be satisfactory to Deloitte Tax in all respects. In addition to Deloitte Tax's other rights or remedies hereunder, Deloitte Tax may, in its sole discretion and without any liability arising there from, terminate this engagement in the event that (a) a third party objects or threatens to object, or Deloitte tax reasonably believes that a third party may object, in the form of an

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB95D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 16

objection or otherwise, to Deloitte Tax's retention by Client on the terms and conditions set forth in this Engagement Letter, (b) a final order authorizing the employment of Deloitte Tax is not issued by the Bankruptcy Court on or before sixty (60) days from the filing date of Client's Chapter 11 petition on the terms and conditions set forth herein, or on such other terms and conditions as are satisfactory to Deloitte Tax, or (c) the Application is denied by the Bankruptcy Court.  In such event, Client hereby agrees to withdraw or amend, promptly upon Deloitte Tax's request, any Application filed or to be filed with the Bankruptcy Court to retain Deloitte Tax's services in the Chapter 11 proceeding.

For purposes of this Engagement Letter, "Bankruptcy Court" shall mean the United States Bankruptcy Court for the District of New Jersey.

**Impact on Fees Due to Failure to Provide Requested Information**

Deloitte Tax assumes that Client will provide timely and complete information as requested, including complete trial balances and reconciliations of the trial balances to the audited financial statements, state apportionment information that reconciles to Client trial balances, state payment/overpayment carryforward information (including adjustments for notices), depreciation reports and timely approval and authorization for a particular task. In the event that Client is unable to provide requested information in a manner suitable to prepare the returns or approval and authorization for a particular task by agreed-upon deadlines, Deloitte Tax may incur additional time necessary to analyze the required information or perform the particular task, resulting in an increase to our overall fees. To the extent the charges for these additional services will exceed 10% of the overall fees for this engagement, Deloitte Tax will inform Client prior to incurring such additional time.

**Increased Fees Due to Change in Scope of Services or New Issues, Including Changes Related to Tax Reform or Other Legislation**

As the full impact of tax law changes on Client's overall tax situation and this engagement continues to evolve, the scope of our Services may need to change.  In the event there is a mutually agreed, upon change in the scope of our Services, whether related to the continuing impact of Tax Reform, the CARES Act, or for any other reason (e.g., future legislation, changes in the number of entities or tax returns included in the engagement, a need to file amended federal or state tax returns, expansion of the requirements or complexities with electronically filing tax returns, regulatory changes in filing requirements, analysis and tracking of state attributes that have carryover amounts, or other items that would impact the amount of time incurred to perform the Services as currently contemplated), it may be necessary to discuss a change in our fee estimate with you.  Our fees for such out-of-scope services will generally be based on the amount of professional time incurred and our agreed-upon hourly rates, which vary depending upon the experience level of the professionals involved.  Deloitte Tax will bring these items to Client's attention and will discuss the associated additional fees for such out-of-scope services prior to proceeding.

Additionally, state tax jurisdictions may continue to modify their laws to address the changes. It is possible that a state may adopt retroactive legislation after the filing of the 2022 and 2023 tax return(s). Therefore, consideration may need to be given to filing an initial original return followed by an amended return once the state has issued final guidance.

**ACCEPTANCE**

This Engagement Letter including all exhibits, together with the General Business Terms attached hereto, constitutes the entire agreement between Client and Deloitte Tax with respect to this engagement, supersedes

all other oral and written representations, understandings or agreements relating to this engagement, and may not be amended except by the mutual written agreement of the Client and Deloitte Tax.

Please indicate your acceptance of this agreement by signing in the space provided below and returning a copy of this Engagement Letter to our office.  Your signature constitutes Client's consent to disclosure and use of Client's tax return information in the manner described above.  Your signature also constitutes acknowledgment of receipt of the attached Privacy Notice.

Thank you for giving Deloitte Tax the opportunity to serve you.  If you have any questions regarding the Services described in this Engagement Letter, or any other assistance that Deloitte Tax may provide to you, please feel free to contact me at (973) 602-6784 or Liliya Karimova at (973) 567-0476.

Bed Bath & Beyond Inc.
May 23, 2023
Page 17


Very truly yours,                                        AGREED AND ACCEPTED

DELOITTE TAX LLP                                Bed Bath & Beyond Inc., on behalf of itself
                                               and its subsidiaries and/or affiliates


By: _____       By: _____
    James M. Piazza                          Laura Crossen
    Partner


                                        Title: _SVP, Chief Accounting Officer_


                                        Date: _6/19/2023_____




Enclosures

cc: Ms. Toni-Anne Andrisano, Bed Bath & Beyond Inc.

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB95D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 18

**Exhibit A**
**Listing of Federal, State and Local and International Tax Returns Included in Engagement**

| Entity Name | Jurisdiction | Form Number | Form Name |
|---|---|---|---|
| Bed Bath & Beyond Inc. and Subsidiaries | Federal Consolidated | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Liberty Procurement Co Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon Stores, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Fashion Center, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Falls Church, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Annapolis, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Manhattan, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Lincoln Park, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Palm Desert, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Overland Park, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Gaithersburg, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Paradise Valley, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Rockford, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Pittsford, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Virginia Beach, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Edgewater, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Deerbrook Bed Bath & Beyond, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| San Antonio Bed Bath & Beyond, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Portland, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |

DocuSign Envelope ID: 9127B956-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 19

| Alamo Bed Bath & Beyond, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
|---|---|---|---|
| Bed Bath & Beyond of Birmingham, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of East Hanover, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Woodbridge, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Lexington, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Waldorf, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Knoxville, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Frederick, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Towson, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Norman, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Davenport, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Baton Rouge, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Bridgewater, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Concord, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Mandeville, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Louisville, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Opry, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of Arundel, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed Bath & Beyond of St. Louis, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Bed N Bath Stores, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Brentwood, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Wayne, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Hanover, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB95D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 20

| Harmon of Caldwell, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Hackensack, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Manalapan, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Rockaway, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Roxbury, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Totowa, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Raritan, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Old Bridge, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Franklin, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Newton, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Greenbrook II, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Carlstadt, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Westfield, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Hartsdale, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Yonkers, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Shrewsbury, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| BBBY Management Corporation | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Plainview, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of New Rochelle, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Melville, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Harmon of Massapequa, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| BBB Canada LP Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Buy Buy Baby, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Buy Buy Baby of Rockville, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |

DocuSign Envelope ID: 9127B95C-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 21

| | | | |
|---|---|---|---|
| Buy Buy Baby of Totowa, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Springfield Buy Buy Baby, Inc | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| BBB Value Services, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Of A Kind, Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Oak Insurance Company Inc. | Federal (Proforma) | 1120 | U.S. Corporation Income Tax Return |
| Divested companies | Federal (Proforma) – roll up into Bed Bath & Beyond, Inc. proforma | 1120 | U.S. Corporation Income Tax Return |
| One Kings Lane LLC | Federal (Proforma) – roll up into Bed Bath & Beyond, Inc. proforma | 1120 | U.S. Corporation Income Tax Return |
| Decorist LLC | Federal (Proforma) – roll up into Bed Bath & Beyond, Inc. proforma | 1120 | U.S. Corporation Income Tax Return |
| Chef Central LLC | Federal (Proforma) – roll up into Bed Bath & Beyond, Inc. proforma | 1120 | U.S. Corporation Income Tax Return |
| BBBYCF LLC | Federal (Proforma) – roll up into Bed Bath & Beyond, Inc. proforma | 1120 | U.S. Corporation Income Tax Return |
| BBBYTX LLC | Federal (Proforma) – roll up into Bed Bath & Beyond, Inc. proforma | 1120 | U.S. Corporation Income Tax Return |

DocuSign Envelope ID: 9127B959-04D2-4946-9745-0BB95D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 22

## Listing of International Forms included in Federal Income Tax Return

| Entity Name | Jurisdiction | Form Number | Form Name |
|---|---|---|---|
| BBB Canada Ltd | Federal | 5471 | Information Return of U.S. Persons With Respect To Certain Foreign Corporations |
| Bed Bath & Beyond Canada LP | Federal | 8865 | Return of U.S. Persons with Respect to Certain Foreign Partnerships |
| Bed Bath & Beyond | Puerto Rico | 8858 | Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs) |
| Bed Bath & Beyond | Federal | 5713 | International Boycott Report |
| Bed Bath & Beyond | Federal | 8975 | Country-by-Country Report |

## Listing of Puerto Rico Returns

| Entity Name | Jurisdiction | Tax Type |
|---|---|---|
| Bed Bath & Beyond, Inc. | Puerto Rico | 2022 Puerto Rico Corporation Income Tax Return for the period ending February 25, 2023 |
| Bed Bath & Beyond, Inc. | Puerto Rico | 2023 Puerto Rico Estimated Tax Payment Calculation for the period ending February 25, 2023 |
| Bed Bath & Beyond, Inc. | Puerto Rico | 2022 Puerto Rico Corporate Annual Report |
| Bed Bath & Beyond, Inc. | Puerto Rico | 2022 Personal Property Tax Return |
| Bed Bath & Beyond, Inc. | Puerto Rico | 2023 Personal Property Estimated Tax Calculation |
| Bed Bath & Beyond, Inc. | Puerto Rico, Municipality of Guaynabo | 2023-2024 Volume of Business Declaration, Municipality of Guaynabo |

## Listing of State Fillings

| Filing Entity | State / Locality | Tax Type |
|---|---|---|
| BBB Bakersfield, LLC | California | LLC Return |
| BBB of West L.A. LLC | California | LLC Return |
| BBB Value Services Inc. | Alabama | Franchise Tax |
| BBB Value Services Inc. | Alabama | Income Tax |
| BBB Value Services Inc. | Florida | Income Tax |
| BBB Value Services Inc. | Georgia | Income Tax |

DocuSign Envelope ID: 9127B959-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 23

| | | |
|---|---|---|
| BBB Value Services Inc. | Indiana | Income Tax |
| BBB Value Services Inc. | Iowa | Income Tax |
| BBB Value Services Inc. | Louisiana | Income Tax |
| BBB Value Services Inc. | Maryland | Income Tax |
| BBB Value Services Inc. | Missouri | Income Tax |
| BBB Value Services Inc. | North Carolina | Income Tax |
| BBB Value Services Inc. | Oklahoma | Income Tax |
| BBB Value Services Inc. | Oklahoma | Franchise Tax |
| BBB Value Services Inc. | Pennsylvania | Income Tax |
| BBB Value Services Inc. | Philadelphia, Pennsylvania | Income Tax |
| BBB Value Services Inc. | South Carolina | Income Tax |
| BBB Value Services Inc. | Tennessee | Income Tax |
| BBBYCF LLC | California | LLC Return |
| Bed Bath & Beyond Inc. | Alabama | Franchise Tax |
| Bed Bath & Beyond Inc. | Alabama | Income Tax |
| Bed Bath & Beyond Inc. | Arkansas | Income Tax |
| Bed Bath & Beyond Inc. | Delaware | Income Tax |
| Bed Bath & Beyond Inc. | District of Columbia | |
| Bed Bath & Beyond Inc. | Florida | Income Tax |
| Bed Bath & Beyond Inc. | Georgia | Income Tax |
| Bed Bath & Beyond Inc. | Georgia Wage Credit | Credits & Incentives |
| Bed Bath & Beyond Inc. | Indiana | Income Tax |
| Bed Bath & Beyond Inc. | Iowa | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (Bowling Green) | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (Elizabethtown) | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (Fayette) | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (Kenton) | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (Lexington) | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (Louisville) | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (McCkacken) | Income Tax |
| Bed Bath & Beyond Inc. | Kentucky (Warren) | Income Tax |
| Bed Bath & Beyond Inc. | Louisiana | Income Tax |
| Bed Bath & Beyond Inc. | Maryland | Income Tax |
| Bed Bath & Beyond Inc. | Michigan (Jackson) | Income Tax |
| Bed Bath & Beyond Inc. | Michigan (Walker) | Income Tax |
| Bed Bath & Beyond Inc. | Mississippi | Income Tax |
| Bed Bath & Beyond Inc. | Missouri | Income Tax |
| Bed Bath & Beyond Inc. | Nevada | Commerce Tax |
| Bed Bath & Beyond Inc. | New York City | Commercial Rent Tax |
| Bed Bath & Beyond Inc. | North Carolina | Income Tax |
| Bed Bath & Beyond Inc. | Ohio Municipal Net Profit | Income Tax |
| Bed Bath & Beyond Inc. | Oklahoma | Income Tax |
| Bed Bath & Beyond Inc. | Oklahoma | Franchise Tax |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB95D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 24

| Bed Bath & Beyond Inc. | Pennsylvania | Income Tax |
| Bed Bath & Beyond Inc. | Philadelphia, Pennsylvania | BIRT |
| Bed Bath & Beyond Inc. | South Carolina | Income Tax |
| Bed Bath & Beyond Inc. | Tennessee | Income Tax |
| Bed Bath & Beyond Inc. | Virginia | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | California | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Connecticut | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | District of Columbia | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Hawaii | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Idaho | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Kentucky | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Maine | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Massachusetts | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Michigan | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Montana | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | New Hampshire | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | New Mexico | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | New York City | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | New York State | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | North Dakota | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Ohio | Commercial Activity Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Rhode Island | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Texas | Franchise Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Vermont | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | West Virginia | Income Tax |
| Bed Bath & Beyond Inc. & Subsidiaries | Wisconsin | Income Tax |
| Bed Bath & Beyond of Annapolis, Inc. | Maryland | Income Tax |
| Bed Bath & Beyond of Arundel, Inc. | Maryland | Income Tax |
| Bed Bath & Beyond of Birmingham, Inc. | Alabama | Income Tax |
| Bed Bath & Beyond of Frederick, Inc. | Maryland | Income Tax |
| Bed Bath & Beyond of Gaithersburg, Inc. | Maryland | Income Tax |
| Bed Bath & Beyond of Towson, Inc. | Maryland | Income Tax |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 25

| Bed Bath & Beyond of Waldorf, Inc. | Maryland | Income Tax |
|---|---|---|
| Bed Bath & Beyond of Davenport, Inc. | Iowa | Income Tax |
| Bed Bath & Beyond of Baton Rouge, Inc. | Louisiana | Income Tax |
| Bed Bath & Beyond of Mandeville, Inc. | Louisiana | Income Tax |
| Bed Bath & Beyond of St. Louis, Inc. | Missouri | Income Tax |
| Bed Bath & Beyond of Concord, Inc. | North Carolina | Income Tax |
| Bed Bath & Beyond of Falls Church, Inc. | Virginia | Income Tax |
| Bed Bath & Beyond of Virginia Beach, Inc. | Virginia | Income Tax |
| Buy Buy Baby of Rockville, Inc. | Maryland | Income Tax |
| Buy Buy Baby of Springfield, Inc | Virginia | Income Tax |
| Buy Buy Baby, Inc. | Alabama | Franchise Tax |
| Buy Buy Baby, Inc. | Alabama | Income Tax |
| Buy Buy Baby, Inc. | Delaware | Income Tax |
| Buy Buy Baby, Inc. | Florida | Income Return |
| Buy Buy Baby, Inc. | Georgia | Income Tax |
| Buy Buy Baby, Inc. | Indiana | Income Tax |
| Buy Buy Baby, Inc. | Iowa | Income Tax |
| Buy Buy Baby, Inc. | Kentucky (Fayette) | Income Tax |
| Buy Buy Baby, Inc. | Kentucky (Lexington) | Income Tax |
| Buy Buy Baby, Inc. | Louisiana | Income Tax |
| Buy Buy Baby, Inc. | Maryland | Income Tax |
| Buy Buy Baby, Inc. | Missouri | Income Tax |
| Buy Buy Baby, Inc. | Nevada | Commerce Tax |
| Buy Buy Baby, Inc. | New York City | Commercial Rent Tax |
| Buy Buy Baby, Inc. | North Carolina | Income Tax |
| Buy Buy Baby, Inc. | Oklahoma | Income Tax |
| Buy Buy Baby, Inc. | Oklahoma | Franchise Tax |
| Buy Buy Baby, Inc. | Pennsylvania | Income Tax |
| Buy Buy Baby, Inc. | Philadelphia, Pennsylvania | BIRT |
| Buy Buy Baby, Inc. | South Carolina | Income Tax |
| Buy Buy Baby, Inc. | Tennessee | Income Tax |
| Buy Buy Baby, Inc. | Virginia | Income Tax |
| Decorist, LLC | California | LLC Return |
| Decorist, LLC | Nevada | Commerce Tax |
| Harmon Stores, Inc. | Florida | Income Tax |
| Harmon Stores, Inc. | Nevada | Commerce Tax |
| Harmon Stores, Inc. | New York City | Commercial Rent Tax |
| Harmon Stores, Inc. | Pennsylvania | Income Tax |
| Harmon Stores, Inc. | Philadelphia, Pennsylvania | BIRT |

Bed Bath & Beyond Inc.
May 23, 2023
Page 26

| Harmon Stores, Inc. | Virginia | Income Tax |
| Liberty Procurement Co Inc | Florida | Income Tax |
| Liberty Procurement Co Inc | North Carolina | Income Tax |
| Liberty Procurement Co Inc | Oregon | Commercial Activity Tax |
| Liberty Procurement Co Inc | Pennsylvania | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Alaska | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Arizona | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Colorado | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Illinois | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Kansas | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Minnesota | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Nebraska | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Oregon | Income Tax |
| Liberty Procurement Co Inc & Affiliates | Utah | Income Tax |
| One Kings Lane LLC | New York City | Commercial Rent Tax |
| One Kings Lane LLC | Nevada | Commerce Tax |
| One Kings Lane LLC | California | LLC Return |
| BBB of Norman, Inc. | Oklahoma | Franchise Tax |

**Listing of International Tax Returns**

| Entity Name | Jurisdiction | Form Number | Form Name |
| --- | --- | --- | --- |
| BBB Canada Ltd | Canada - Federal | T2 | Corporation Income Tax Return |
| BBB Canada Ltd | Alberta | AT1 | Corporate Income Tax Return |
| BBB  Canada  LP Inc. | Canada | T2 | Corporation Income Tax Return |
| BBB  Canada  LP Inc. | Alberta | AT1 | Corporate Income Tax Return |
| Bed Bath & Beyond Inc. | Canada | T2 schedule 91 | Treaty Based Return |
| BBB Canada LP | Canada | T5013 FIN | Partnership Financial Return |
| BBB Canada LP | Canada | T5013 SUM | Information Slips Summary |
| BBB Canada LP | Canada | T5013 | Statement of Partnership Income |
| BBB Canada LP | Canada | T106 | Information Return of Non- Arm's Length Transactions with Non-Residents |
| BBB  Canada  LP Inc. | Canada | T106 | Information Return of Non- Arm's Length Transactions with Non- Residents |

DocuSign Envelope ID: 91275B5C-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 27

**Exhibit B**
**Scope of Services**

The following chart outlines the ongoing tax activities anticipated in the corporate compliance process and the allocation of respective activities to be performed by Deloitte Tax and Bed Bath & Beyond Inc. ("BBB"). This list is not all inclusive.

| Tax department processes and activities | Engagement scope | |
|---|---|---|
| | Deloitte Tax | BBB |
| **Tax data management** | | |
| Provide updated organizational chart | | ✔ |
| Provide information regarding special events (mergers, acquisitions, etc.) or business changes on a timely basis | | ✔ |
| Assess tax impact of specific transactions and/or events such as enacted/proposed law changes, restructuring or reorganizations, acquisitions or dispositions, and intercompany transactions | | ✔ |
| Assess changes to state income and franchise tax filings based on changes in law (e.g., Wayfair), economic nexus provisions, changes in activities, etc. | | ✔ |
| Create or Rollover supporting tax package and provide to stakeholders | ✔ | |
| Provide trial balances from source systems in electronic format which reconcile to the worldwide financial statements and are sufficient to support the Form M-3 | | ✔ |
| Upload trial balances into tax software | ✔ | |
| Provide U.S eliminations, if applicable | | ✔ |
| Provide state eliminations, if applicable | | ✔ |
| Provide property, payroll, and sales apportionment information in standard electronic format | | ✔ |
| Compile and analyze state apportionment information | ✔ | |
| Prepare and send international data collection packages to contacts in local countries, as appropriate for US reporting of international activities | | ✔ |
| Prepare local country tax returns (Canada) and/or tax payments (English translation is preferred) | ✔ | |
| Provide details of contributions and distributions to foreign subsidiaries | | ✔ |
| Provide historical earnings and profits and tax pool data for controlled-foreign corporations, including previously taxed earnings & profits (PTEP), a breakout of transition tax PTEP by category and basis (relevant for calculating 986(c) currency gain and losses for future distributions of PTEP as well as state tax impact on distributions) | | ✔ |
| Complete data collection packages | | ✔ |
| Review data collection packages for completeness | ✔ | |
| **Tax technology** | | |
| Transition data from existing compliance software applications and perform related setup activities as appropriate to use Deloitte Tax standard | ✔ | ✔ |
| Evaluate need for remote access to tax compliance software by BBB as appropriate | | ✔ |
| Demonstrate current compliance processes to Deloitte Tax's tax software subject matter experts to better understand BBB's current | | ✔ |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 28

| Tax department processes and activities | Engagement scope | |
|---|---|---|
| | Deloitte Tax | BBB |
| workpapers and procedures with respect to the tax return preparation processes | | |
| Set up BBB's instance of Intela | ✔ | |
| **Tax accounting and provision services (Refer to Exhibit H)** | | |
| **Federal income tax returns** | | |
| Calculate extension payments (leverage provision data) | ✔ | |
| Prepare extension requests | ✔ | |
| Calculate estimated tax payments | ✔ | |
| Prepare estimated tax vouchers | ✔ | |
| Prepare book returns for all entities | ✔ | |
| Analyze top side adjustments and related push down to legal entities, if applicable | | ✔ |
| Sign off on book return | | ✔ |
| Provide additional requested information as necessary | | ✔ |
| Calculate book to tax differences | | ✔ |
| Import book to tax differences into tax software from supporting workpapers | ✔ | |
| Provide depreciation and disposal reports for federal | | ✔ |
| Review tax depreciation and amortization calculations based on reasonableness testing | ✔ | |
| Maintain book and tax basis for all investments | | ✔ |
| Compute tax gain/loss on disposals of assets | | ✔ |
| Prepare Section 263A adjustments and reconcile to financial statements (the Unicap project is under a separate WO) | ✔ | |
| Prepare Section 163(j) calculations | | ✔ |
| Prepare worldwide income reconciliation for Form M-3 | ✔ | |
| Sign off on taxable income based on tax software book/tax report | | ✔ |
| Prepare separate company pro forma returns | ✔ | |
| Upload elimination company adjustments into tax software | ✔ | |
| Prepare elections, statements, and disclosures, as required (with input from BBB) | ✔ | ✔ |
| Calculate federal tax credits, including R&D (R&D will be calculated by Deloitte Tax for Client's review and approval – the R&D project is under a separate WO) | ✔ | ✔ |
| Prepare forms related to federal tax credits | ✔ | |
| Identify and provide information regarding "reportable transactions" and related documentation as required | | ✔ |
| Prepare consolidated Form 1120 federal income tax return and sign as preparer | ✔ | |
| Prepare returns and attachments for electronic filings | ✔ | |
| Prepare provision to return reconciliations | | ✔ |
| Read final e-filing package with attachments | ✔ | |
| Provide approval to e-file | | ✔ |
| E-file federal income tax returns | ✔ | |
| **State and local income tax reporting** | | |

Bed Bath & Beyond Inc.
May 23, 2023
Page 29

| Tax department processes and activities | Engagement scope | |
|---|---|---|
| | Deloitte Tax | BBB |
| Calculate state and local income and franchise extension payments with provision | ✔ | |
| Prepare state and local income and franchise extension requests | ✔ | |
| Calculate state and local income and franchise estimated tax payments with provision | ✔ | |
| Prepare state and local income and franchise estimated tax vouchers | ✔ | |
| Collect and reconcile state apportionment to book return amounts | | ✔ |
| Import state apportionment information into tax software | ✔ | |
| Assist in identifying and determining tax return position issues and communicate issues to Client | ✔ | ✔ |
| Agree state apportionment detail to federal income tax return | ✔ | |
| Provide any carryover information, if any – net operating loss, credits, payments, etc. | | ✔ |
| Calculate state modifications using existing methodologies | ✔ | |
| Calculate state tax depreciation and maintain database for state tax purposes | | ✔ |
| Import or input state tax depreciation into tax compliance software | ✔ | |
| Prepare GILTI modification calculation and analysis based on state analysis of GILTI treatment, if applicable | | ✔ |
| Import or input GILTI into tax compliance software | ✔ | |
| Prepare IRC Section 163(j) modification calculation based on state-by-state conformity analysis on entity by entity, if applicable | | ✔ |
| Import or input IRC Section 163(j) modification into tax compliance software | ✔ | |
| Prepare FDII modification calculation based on state-by-state conformity analysis, if applicable | | ✔ |
| Import or input FDII modification into tax compliance software | ✔ | |
| Calculate state tax credits | | ✔ |
| Prepare forms related to state tax credits | ✔ | |
| Prepare elections, statements, and disclosures as required (with input from BBB) | ✔ | ✔ |
| Identify state reportable transactions and provide information to Deloitte | | ✔ |
| Prepare state income and franchise tax returns and sign as preparer | ✔ | |
| Prepare city income tax returns and sign as preparer | ✔ | |
| Review final returns and provide approval to e-file | | ✔ |
| E-file state and local income and franchise tax returns, as required, upon receipt of signed e-file authorization | ✔ | |
| Process filing copies of state income and franchise tax returns, as required | ✔ | |
| Provide state income tax notice log | | ✔ |
| Consider impact of TCJA and CARES Act items not mentioned above | ✔ | ✔ |
| International tax reporting | | |
| Calculate current year earnings and profits adjustments and calculations for foreign entities including controlled foreign corporations and partnerships, non-controlled foreign corporations and partnerships, foreign disregarded entities and foreign branches | ✔ | |
| Prepare transfer pricing calculations | | ✔ |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB95D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 30

| Tax department processes and activities | Engagement scope | |
|---|---|---|
| | Deloitte Tax | BBB |
| Provide input to identify Subpart F flows | | ✔ |
| Calculate Subpart F income | ✔ | ✔ |
| Provide taxable income adjustments for CFCs | | ✔ |
| Calculate tested income for CFCs | ✔ | ✔ |
| Provide information needed to calculate GILTI including items such as cash and cash equivalents and intangible income items | | ✔ |
| Prepare GILTI calculation, if applicable | ✔ | ✔ |
| Provide information to calculate Section 163(j), FDII deduction and BEAT analysis | | ✔ |
| Prepare Section 163(j) calculation, if applicable | ✔ | ✔ |
| Prepare FDII deduction calculation, if applicable | ✔ | ✔ |
| Prepare analysis and calculate BEAT, if applicable | ✔ | ✔ |
| Prepare Form 8990, Limitation on Business Interest Expense under Section 163(j) for each applicable CFC | ✔ | ✔ |
| Prepare Form 8991, Base Erosion Payments of Taxpayers with Substantial Gross Receipts | ✔ | ✔ |
| Prepare Form 8992, U.S. Shareholder Calculation of Global Intangible Low-Taxed Income (GILTI) including Schedule B | ✔ | ✔ |
| Prepare Form 8992 Schedule A for each U.S. shareholder to be kept on file, as required | ✔ | ✔ |
| Prepare Form 8993, Section 250 Deduction for Foreign-Derived Intangible Income (FDII) and Global Intangible Low-Taxed Income (GILTI) | ✔ | ✔ |
| Provide branch remittances as well as basis and equity pool information sufficient to support Section 987 calculations | | ✔ |
| Prepare Section 987 calculations on branch remittances based on client-provided basis and equity pool information | ✔ | |
| Provide schedules of intercompany transactions sufficient to support Schedule M on Forms 5471 and 8858 and Schedule N on Form 8865 | | ✔ |
| Prepare Forms 5471 for applicable foreign corporations | ✔ | |
| Prepare transaction disclosures and reporting statements for Form 5471, Schedule O events | ✔ | ✔ |
| Prepare transaction based calculations related to transactions such as gain on sale of entities, Section 304 or other. | ✔ | ✔ |
| Prepare disclosures/statements/elections/forms for transactions and other related events that occurred during the year. | ✔ | ✔ |
| Prepare elections related to Section 338(g) elections including Form 8023 and Form 8883, if required | ✔ | ✔ |
| Analyze information, and prepare Gain Recognition Agreements, with appropriate specialist review, if applicable. | ✔ | ✔ |
| Prepare dual consolidated loss (DCL) current year elections and prior year certifications, if applicable | ✔ | ✔ |
| Prepare Form 8858 for outbound foreign disregarded entities and foreign branches, as applicable | ✔ | |
| Prepare Form 8858 for inbound foreign disregarded entities and foreign branches, as applicable | ✔ | |
| Prepare Form 8865 for controlled foreign partnerships, if required | ✔ | |
| Gather information required for reporting on Schedule K-2/K-3 for Forms 1065/1120-S/8865, as applicable | | ✔ |

Bed Bath & Beyond Inc.
May 23, 2023
Page 31

| Tax department processes and activities | Engagement scope | |
|---|---|---|
| | Deloitte Tax | BBB |
| Prepare Schedules K-2/K-3 for Forms 1065/1120-S/8865, as applicable | ✔ | ✔ |
| Prepare Forms 5472 for domestic disregarded entities wholly owned by a foreign person, if required | ✔ | |
| Prepare pro-forma Form 1120 for submission of Form 5472 prepared for domestic disregarded entities wholly owned by a foreign person | ✔ | |
| Prepare Form 7004 extension for filing of pro forma Form 1120 prepared for domestic disregarded entities wholly owned by a foreign person | ✔ | ✔ |
| Provide schedules of intercompany transactions sufficient to support Form 5472 | | ✔ |
| Prepare Forms 5472 for all US Reporting Corp – Related party transactions | ✔ | |
| Collect and provide information to prepare Form 1118 by basket | | ✔ |
| Collect and provide information to calculate expense apportionment for inclusion of Form 1118 | | ✔ |
| Prepare Form 1118 – Foreign Tax Credit, including calculating income sourcing/basketing and expense allocations | ✔ | |
| Collect and provide the transaction data by jurisdiction sufficient to support the country-by-country reporting requirements | | ✔ |
| Prepare Form 8975 country-by-country report | ✔ | |
| Provide information to prepare Form 5713 | | ✔ |
| Prepare Form 5713 for activities or transactions with boycott countries | ✔ | |
| Prepare other International/Foreign reporting (Form 1042, 8832, W-8BEN, BE-125, W/H tax refunds), if applicable | | ✔ |
| Understand if there is effectively connected income (ECI) or FDAP which requires withholding. | ✔ | ✔ |
| If a foreign parent or foreign subsidiary has effectively connected income (ECI) or a US trade or business, prepare Form 5472 and/or Form 1120-F, if applicable. | ✔ | ✔ |
| Provide data needed to prepare Form 8621, if applicable | ✔ | ✔ |
| Prepare Form 8621, if applicable | ✔ | |
| Review XML e-file package | ✔ | ✔ |
| **Sales and use tax reporting** | | |
| Agree on procedures to gather data related to taxable purchases/sales and sales and use taxes | ✔ | ✔ |
| Provide electronic copy of indirect tax calendar by entity | | ✔ |
| Establish a process for providing updates to indirect tax calendar by entity to the extent additional filings are determined/identified | ✔ | ✔ |
| Post electronic data files for each entity on a monthly basis | | ✔ |
| Establish a source data reconciliation checklist detailing expected monthly source data files | ✔ | |
| Download electronic data files for each entity and compare against the agreed upon source data reconciliation checklist | ✔ | |
| Prepare indirect tax returns and reconcile to data provided | ✔ | |
| Review, approve, and provide written authorization to finalize indirect tax returns | | ✔ |
| E-file approved sales and use tax returns leveraging 3rd party/delegate logins | ✔ | |

Bed Bath & Beyond Inc.
May 23, 2023
Page 32

| Tax department processes and activities | Engagement scope | |
| --- | --- | --- |
| | Deloitte Tax | BBB |
| Request Deloitte Tax to upload payment information and PDF's to third- party payment processor | | ✔ |
| Upload payment information and PDF's to third-party payment processor upon approval | ✔ | |
| Provide observations and recommendations regarding potential indirect tax compliance matters that are identified | ✔ | |
| Provide a summary schedule of gross tax, discounts, prepayments, credit carryforwards, and net tax due necessary to support payment amounts for each return, including monthly payment reconciliation | ✔ | |
| Provide access to data analytics visualization dashboards for compliance | ✔ | |
| Receive, analyze and respond, at BBB's direction, to sales and use tax-related communications and notices associated with returns prepared by Deloitte Tax | ✔ | |
| Prepare a notice log of sales and use tax return notices associated with returns prepared by Deloitte Tax | ✔ | |
| Prepare sales and use tax registrations as directed by BBB | ✔ | |
| **Business personal property tax reporting** | | |
| Agree on procedures to gather data related to fixed assets and business personal property taxes | ✔ | ✔ |
| Provide finalized electronic copy of filing calendar for in-scope filing year | | ✔ |
| Prepare list of locations where BBB has assets/locations, but is not currently filing, based on fixed asset listing | ✔ | |
| Prepare tax renditions and workpapers using filing software and post to Intela | ✔ | |
| Review, approve, and provide specific written authorization to finalize renditions | | ✔ |
| Finalize tax returns, including BBB's electronic signature, upon receipt of BBB's authorization | ✔ | |
| E-file renditions, as required, upon receipt of BBB's authorization | ✔ | |
| Prepare filing copy of renditions, as required | ✔ | |
| Compare notice of assessed value to rendition filed.  Compare tax bill to notice of assessed value | ✔ | |
| Authorize Deloitte to upload payment information and PDF's to third-party payment processor, if needed | | ✔ |
| Upload payment information and PDF's to third-party payment processor, if requested | ✔ | |
| Provide observations and recommendations regarding potential business personal property tax compliance matters that are identified | ✔ | ✔ |
| Enter and track received assessments and tax bills associated with renditions provided by Deloitte in filing software | ✔ | |
| Prepare notice log of business personal property tax renditions notices, assessments and tax bills associated with returns prepared by Deloitte Tax | ✔ | |
| **Tax planning and knowledge sharing** | | |
| Identify potential tax planning opportunities | ✔ | ✔ |
| Conduct quarterly tax planning discussions | ✔ | ✔ |
| Provide legislative and industry updates | ✔ | |
| Respond to ongoing day-to-day questions, and follow up on tax compliance issues | ✔ | ✔ |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 33

| Tax department processes and activities | Engagement scope | |
|---|---|---|
| | Deloitte Tax | BBB |
| **General** | | |
| Track tax filings in scope | ✔ | ✔ |
| Participate in transition planning workshop in year of transition to confirm the services required by jurisdiction, agree upon a detailed engagement timeline, and work with you to identify particular milestones and activities to be incorporated into the transition plan | ✔ | ✔ |
| Attend tax return kick-off meeting | ✔ | ✔ |
| Conduct and attend regular status meetings during return preparation | ✔ | ✔ |
| Attend tax return review meeting | ✔ | ✔ |
| Prepared and execute power of attorney forms for appropriate jurisdictions | ✔ | ✔ |
| Prepare check and EFT requests for all tax payments for tax liabilities and assessments | | ✔ |
| Mail estimated payment and extension vouchers | | ✔ |
| Mail state and city tax returns that cannot be electronically filed | | ✔ |
| Provide agreed upon information within a defined timeline | | ✔ |
| Provide access to necessary BBB resources to enable Deloitte Tax to perform its obligation on a timely basis | | ✔ |
| Assign an overall engagement champion to serve as primary Deloitte Tax contact | | ✔ |
| Make all management decisions relating to tax matters, including approvals and acceptances of returns, reports, and schedules | | ✔ |
| Review, approve, sign and file (including the timely mailing of such filings) all required tax filings, forms, schedules and calculations. | | ✔ |

## Excluded services

Any other services not specifically included above would be subject to separate engagement terms and separately negotiated and agreed upon prior to commencing any work.

DocuSign Envelope ID: 91278956-04D2-4946-9745-DBB05D3C0E33

Bed Bath & Beyond Inc.
May 23, 2023
Page 34

**Exhibit C**
**Listing of Business Personal Property Tax Renditions**

| Store Number | Banner | Name | Address | City, State | State |
|---|---|---|---|---|---|
| 1175 | BBB | Anchorage | 601 E. Dimond Boulevard | Anchorage AK 99515 | AK |
| 98 | BBB | Birmingham | Riverchase Shopping Ctr,1771 | Montgomery Hwy Hoover AL 35244 | AL |
| 148 | BBB | Mountain Brook | The Summit, 313 Summit Blvd. | Birmingham AL 35243 | AL |
| 405 | BBB | Huntsville | 6888 Governors West | Huntsville AL 35806 | AL |
| 590 | BBB | Mobile | 3250 Airport Blvd Suite 100 | Mobile AL 36606-3800 | AL |
| 773 | BBB | Daphne | 6850 US Highway 90, Anchor D | Daphne AL 36526 | AL |
| 1169 | BBB | Oxford | 1000 Oxford Exchange Blvd. | Oxford AL 36203 | AL |
| 1183 | BBB | Dothan | 4863 Montgomery Highway Suite | 200 Dothan AL 36303 | AL |
| 1190 | BBB | Gulf Shores | 3800 Gulf Shores Parkway Suite | 300 Gulf Shores AL 36542 | AL |
| 1247 | BBB | Eastchase | 7971 Eastchase Parkway | Montgomery AL 36117 | AL |
| 1284 | BBB | Opelika | 2746 Enterprise Drive | Opelika AL 36801 | AL |
| 1344 | BBB | Florence | 356A Cox Creek Parkway | Florence AL 35630 | AL |
| 1409 | BBB | Tuscaloosa | 1320 McFarland Blvd E Bldg 300, | Suite 330 | AL |
| 3031 | Baby | Hoover Bbbaby | 4351 Creekside Ave. | Hoover AL 35244 | AL |
| 228 | BBB | Little Rock | 12309 Chenal Parkway, Suite A | Little Rock AR 72211 | AR |
| 278 | BBB | Fayetteville | 3816 North Mall Avenue | Fayetteville AR 72703 | AR |
| 517 | BBB | North Little Rock | 4122 McCain Blvd. | North Little Rock AR 72117 | AR |
| 1142 | BBB | Rogers | 2203 Promenade Boulevard, | Suite 20210 | AR |
| 1275 | BBB | Fort Smith | 3955 Phoenix Avenue | Fort Smith AR 72903 | AR |
| 1285 | BBB | Hot Springs | 1454 Higdon Ferry Rd | Hot Springs AR 71913 | AR |
| 47 | BBB | Tucson | 4811 E. Grant Road, Suite 131 | Tucson AZ 85712 | AZ |
| 189 | BBB | Chandler | Chandler Pavilion, 850 N. 54th | Street | AZ |
| 233 | BBB | Arrowhead | 7340 West Bell Road | Glendale AZ 85308 | AZ |
| 491 | BBB | East Mesa | 2039 N. Power Road | Mesa AZ 85215 | AZ |
| 573 | BBB | Scottsdale | 7000 E. Mayo Blvd., Building 12 | Phoenix AZ 85054 | AZ |
| 591 | BBB | Avondale | 10060 W. McDowell Road | Avondale AZ 85323 | AZ |
| 606 | BBB | Surprise | 13723 W. Bell Road | Surprise AZ 85374 | AZ |
| 766 | BBB | Oracle | 6310 N. Oracle Rd. | Tucson AZ 85704 | AZ |
| 807 | BBB | Frye Road | Chandler Village Center, 3445 | West Frye Road | AZ |
| 1033 | BBB | Gilbert | San Tan Village Shopping Center, | 2793 South Market Street Suite | AZ |
| 1077 | BBB | Camelback | Camelback Colonnade, 1919 | East Camelback Road Suite #128 | AZ |
| 1105 | BBB | Tucson East | 9590 East 22nd Street | Tucson AZ 85748 | AZ |
| 1148 | BBB | Yuma | 1212 South Castle Dome Avenue | Yuma AZ 85365 | AZ |
| 1151 | BBB | Signal Butte | 1834 South Signal Butte Road | Mesa AZ 85209 | AZ |
| 1162 | BBB | 202 & Dobson | 837 North Dobson Road | Mesa AZ 85201 | AZ |
| 1224 | BBB | I 19 & Irvington | 5225 South Calle Santa Cruz | Tucson AZ 85706 | AZ |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 35

| 1231 | BBB | I 17 & Carefree Highway | 34750 N. North Valley Parkway | Phoenix AZ 85086 | AZ |
|------|-----|-------------------------|-------------------------------|------------------|-----|
| 1232 | BBB | Casa Grande | 1004 North Promenade Parkway | Suite 103 Casa Grande AZ 85194 | AZ |
| 1257 | BBB | Queen Creek | 21258 South Ellsworth Loop | Road Queen Creek AZ 85142 | AZ |
| 1307 | BBB | Prescott | 3250 Gateway Blvd. Ste. 508 | Prescott AZ 86303 | AZ |
| 3022 | Baby | Chandler Bbbaby | 2640 W. Chandler Blvd. | Chandler AZ 85224 | AZ |
| 3023 | Baby | Scottsdale Bbbaby | 10080 N. 90th Street | Scottsdale AZ 85258 | AZ |
| 3079 | Baby | Tucson | 7475 North La Cholla Blvd. | Tucson AZ 85741 | AZ |
| 3119 | Baby | Peoria | 7375 W Bell Rd | Peoria AZ 85382 | AZ |
| 8 | BBB | Canoga Park | 6530 Canoga Avenue | Canoga Park CA 91303 | CA |
| 20 | BBB | West Los Angeles | 11854 West Olympic Boulevard | W. Los Angeles CA 90064 | CA |
| 23 | BBB | Huntington Beach | Huntington Beach Mall 7777 | Edinger Avenue, Suite B14 Huntington Beach CA 92647 | CA |
| 24 | BBB | Santa Rosa | 2785 Santa Rosa Avenue | Santa Rosa CA 95407 | CA |
| 25 | BBB | Studio City | 12555 Ventura Boulevard | Studio City CA 91604 | CA |
| 26 | BBB | Oakland | 590 2nd Street | Oakland CA 94607 | CA |
| 31 | BBB | San Diego | Mission Valley Center, 1750 | Camino Del Rio North San Diego CA 92108 | CA |
| 38 | BBB | San Francisco | 555 9th Street | San Francisco CA 94103 | CA |
| 83 | BBB | Palm Desert | 72459 Highway 111 | Palm Desert CA 92260 | CA |
| 101 | BBB | Rancho Cucamonga | 11530 4th Street, Suite 120 | Rancho Cucamonga CA 91730 | CA |
| 122 | BBB | Tustin | Tustin Market Place II, 13692 | Jamboree Rd. | CA |
| 127 | BBB | Santa Clara | Stephens Plaza, 5201 Stevens | Creek Blvd. | CA |
| 138 | BBB | Thousand Oaks | Northgate Plaza, 121 South | Westlake Blvd. | CA |
| 139 | BBB | Oceanside | Pacific Coast Plaza, 2120 Vista | Way | CA |
| 173 | BBB | Dublin | Hacienda Crossings, 4882 Dublin | Blvd. | CA |
| 179 | BBB | Valencia | Valencia Marketplace, 25540 The | Old Road | CA |
| 183 | BBB | Pasadena | Hastings Village, 3341 East | Foothill Blvd. | CA |
| 186 | BBB | Yorba Linda | 23041 Savi Ranch Parkway | Yorba Linda CA 92887 | CA |
| 212 | BBB | Chula Vista | 394 East H Street | Chula Vista CA 91910 | CA |
| 223 | BBB | Blossom Hill | 5353 Almaden Expressway, Suite | A-200 | CA |
| 225 | BBB | Fresno | 7497 N. Blackstone Avenue | Fresno CA 93720 | CA |
| 254 | BBB | Modesto | 3900 Sisk Road | Modesto CA 95356 | CA |
| 261 | BBB | Pleasant Hill | 15 Crescent Drive | Pleasant Hill CA 94523 | CA |
| 275 | BBB | Mission Viejo | 25732 El Paseo | Mission Viejo CA 92691 | CA |
| 284 | BBB | Costa Mesa | 3900 South Bristol Street, Suite C | Santa Ana CA 92704 | CA |
| 307 | BBB | Roseville 307 | 1120 Galleria Blvd Suite 140 | Roseville CA 95678 | CA |
| 312 | BBB | Visalia | 3125 South Mooney Blvd. | Visalia CA 93277 | CA |
| 315 | BBB | Daly City | 303 Gellert Boulevard | Daly City CA 94015 | CA |
| 325 | BBB | Buena Park | 8390 On The Mall #237 | Buena Park CA 90620 | CA |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB05D3C0F33

Case 23-13359-VFP    Doc 1534    Filed 07/26/23    Entered 07/26/23 19:03:04    Desc Main
Document    Page 67 of 218

Bed Bath & Beyond Inc.
May 23, 2023
Page 36

| 331 | BBB | San Luis Obispo | 317 Madonna Road | San Luis Obispo CA 93405 | CA |
|------|-----|-----------------|------------------|--------------------------|-----|
| 383 | BBB | Hawthorne | 14351 Hindry Ave. | Hawthorne CA 90250 | CA |
| 384 | BBB | Hollywood | 1557 Vine Street | Hollywood CA 90028 | CA |
| 407 | BBB | Bakersfield | 5000 Stockdale Highway | Bakersfield CA 93309 | CA |
| 409 | BBB | Elk Grove | 9145 W. Stockton Blvd. | Elk Grove CA 95758 | CA |
| 412 | BBB | Seal Beach | 12390 Seal Beach Blvd. | Seal Beach CA 90740 | CA |
| 474 | BBB | Santee | 9918 Mission Gorge Road | Santee CA 92071 | CA |
| 475 | BBB | Torrance | 2595 Pacific Coast Highway | Torrance CA 90505 | CA |
| 479 | BBB | Rancho Santa Margarita | 22235 El Paseo | Rancho Santa Margarita CA 92688 | CA |
| 488 | BBB | Vacaville | 128 Browns Valley Parkway | Vacaville CA 95688 | CA |
| 489 | BBB | Redding | 1140 Hilltop Drive | Redding CA 96003 | CA |
| 494 | BBB | La Habra | 1320 South Beach Blvd. | La Habra CA 90631 | CA |
| 505 | BBB | Carlsbad | 1905 Calle Barcelona, Suite 100 | Carlsbad CA 92009 | CA |
| 522 | BBB | Lakewood | 75 Lakewood Center Mall | Lakewood CA 90712 | CA |
| 527 | BBB | Larkspur | 2601 Larkspur Landing Circle | Larkspur CA 94939 | CA |
| 538 | BBB | Riverside | 3700 Tyler Street, Suite 14 | Riverside CA 92503 | CA |
| 539 | BBB | Redwood City | 1950 El Camino Real | Redwood City CA 94063 | CA |
| 540 | BBB | Capitola | 3555 Clares Street, Suite J | Capitola CA 95010 | CA |
| 562 | BBB | Eureka | 3300 Broadway, Space #340 | Eureka CA 95501 | CA |
| 569 | BBB | Country Club Plaza | 2725 Marconi Ave | Sacramento CA 95821 | CA |
| 581 | BBB | Palmdale | 39421 10th Street West | Palmdale CA 93551 | CA |
| 583 | BBB | Antioch | 5719 Lone Tree Way | Antioch CA 94531 | CA |
| 587 | BBB | Chico | 2101 Martin Luther King Parkway, | Suite 20 Chico CA 95928 | CA |
| 636 | BBB | Natomas | 3611 N. Freeway Blvd. | Sacramento CA 95834 | CA |
| 776 | BBB | Redlands | 27450 Lugonia Avenue | Redlands CA 92374 | CA |
| 820 | BBB | Goleta | 189 North Fairview Ave | Goleta CA 93117 | CA |
| 821 | BBB | Ventura | 4040 East Main Street | Ventura CA 93003 | CA |
| 830 | BBB | San Leandro | 15555 East 14th Street, Suite 240 | San Leandro CA 94578-1975 | CA |
| 1020 | BBB | Burbank | 201 East Magnolia Blvd. | Burbank CA 91501 | CA |
| 1025 | BBB | Upland | 1865 North Campus Ave., | Building 15 | CA |
| 1030 | BBB | La Quinta | La Quinta Pavillion, 79-110 Hwy | | CA |
| 1047 | BBB | 4 S Ranch | 10537 4S Commons Drive Suite | 170 San Diego CA 92127 | CA |
| 1063 | BBB | Culver City | 10822 Jefferson Blvd | Culver City CA 90230-4935 | CA |
| 1078 | BBB | Downey | Downey Landing Shopping | Center, 12060 Lakewood Blvd. | CA |
| 1097 | BBB | Murrieta | 24450 Village Walk Place | Murrieta CA 92562 | CA |
| 1103 | BBB | Laguna Niguel | 32391 Golden Lantern | Laguna Niguel CA 92677 | CA |
| 1121 | BBB | Campbell | Almarida Place 515 East | Hamilton Avenue | CA |
| 1137 | BBB | Las Posas | 165 S. Las Posas Road | San Marcos CA 92078 | CA |
| 1139 | BBB | Folsom | Folsom Gateway 2385 Iron Point | Road | CA |
| 1176 | BBB | Glendora | 1405 East Gladstone Street | Glendora CA 91740 | CA |
| 1199 | BBB | Beaumont | 1642 E. 2nd Street Marketplace | Beaumont CA 92223 | CA |

DocuSign Envelope ID: 9127B956-04D2-4946-9745-0BB95D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 37

| 1229 | BBB | Marina | 117 General Stilwell Drive | Marina CA 93933 | CA |
| 1266 | BBB | Bear Valley Road | 18815 Bear Valley Road | Apple Valley CA 92308 | CA |
| 1305 | BBB | Palm Springs | 5200 E. Ramon Road Building B | Palm Springs CA 92264 | CA |
| 1315 | BBB | Vallejo | 105 Plaza Drive, Suite 107 | Vallejo CA 94591 | CA |
| 1319 | BBB | Milpitas | 147 Great Mall Drive | Milpitas CA 95035 | CA |
| 3034 | Baby | Blossom Hill Bbbaby | 5353 Almaden Expressway Suite A | 100 San Jose CA 95118 | CA |
| 3043 | Baby | Temecula Bbbaby | 40438 Winchester Road | Temecula CA 92591 | CA |
| 3045 | Baby | Valencia Bbbaby | 24267 Magic Mountain Parkway | Santa Clarita CA 91355 | CA |
| 3048 | Baby | Fresno Bbbaby | 7458 North Blackstone Avenue | Fresno CA 93720 | CA |
| 3055 | Baby | Pleasant Hill Bbbaby | 3250 Buskirk Ave Suite 300-A | Pleasant Hill CA 94523 | CA |
| 3058 | Baby | Elk Grove Bbbaby | 7621 Laguna Blvd. | Elk Grove CA 95758 | CA |
| 3063 | Baby | Encinitas Bbbaby | 1014 N. El Camino Real | Encinitas CA 92024 | CA |
| 3076 | Baby | Torrance, CA | 3700 West Torrance Blvd. | Torrance CA 90503 | CA |
| 3084 | Baby | Mission Viejo | 25322 El Paseo | Mission Viejo CA 92691 | CA |
| 3088 | Baby | Roseville | 1120 Galleria Blvd Suite 160 | Roseville CA 95678 | CA |
| 3095 | Baby | Yorba Linda | 22999 Savi Ranch Parkway | Yorba Linda CA 92887 | CA |
| 3096 | Baby | Rancho Cucamonga | 11530 4th Street, Suite 125 | Rancho Cucamonga CA 91730 | CA |
| 3097 | Baby | Redlands | 27651 San Bernardino Avenue, Suite | B Redlands CA 92374 | CA |
| 3099 | Baby | West Hills | 6621 Fallbrook Avenue, Unit B | West Hills CA 91307 | CA |
| 3108 | Baby | Daly City | 149 Serramonte Center | Daly City CA 94015 | CA |
| 3118 | Baby | Chula Vista | 1660 Millenia Ave | Chula Vista CA 91915 | CA |
| 8068 | Harmon | Pasadena | 3609 E. Foothill Blvd. | Pasadena CA 91107 | CA |
| 8075 | Harmon | West Los Angeles | 10561 West Pico Blvd. | Los Angeles CA 90064 | CA |
| 68 | BBB | Denver 68 | 370 S Colorado Blvd | Glendale CO 80246 | CO |
| 137 | BBB | Denver West Village | Denver West Village, 14383 West | Colfax Ave. | CO |
| 194 | BBB | Ft. Collins | 110 W. Troutman Parkway | Fort Collins CO 80525 | CO |
| 200 | BBB | N. Colorado Springs | Woodmen Commons, 1790 E. | Woodmen Rd. | CO |
| 279 | BBB | Sw Denver 279 | 7421 W Bowles Ave, STE 1 | Littleton CO 80123 | CO |
| 338 | BBB | Broadmoor | 2180 Southgate Road | Colorado Springs CO 80906 | CO |
| 355 | BBB | Westminster | 7225 W. 88th Avenue | Westminster CO 80021 | CO |
| 408 | BBB | Northglenn | 241 W 104th Ave | Northglenn CO 80234 | CO |
| 436 | BBB | Aurora | 5560 South Parker Road | Aurora CO 80015 | CO |
| 438 | BBB | Dillon | 318 Dillon Ridge Way | Dillon CO 80435 | CO |
| 471 | BBB | Grand Junction | 2464 US Highway 6 & 50, Suite | 106 Grand Junction CO 81505 | CO |
| 605 | BBB | Parker | 11435 Twenty Mile Road | Parker CO 80134 | CO |
| 838 | BBB | Highlands Ranch | Highlands Ranch Town Center, | 9315 Dorchester Suite 100 | CO |
| 1013 | BBB | Pueblo | 5737 N. Elizabeth Street | Pueblo CO 81008 | CO |
| 1052 | BBB | Thornton | 16531 Washington Street | Thornton CO 80023 | CO |
| 1074 | BBB | Glenwood Springs | Glenwood Meadows Shopping | Center, 115 East Meadows Drive | CO |

Bed Bath & Beyond Inc.
May 23, 2023
Page 38

| 1108 | BBB | Longmont | 205 Ken Pratt Blvd Suite 240 | Longmont CO 80501 | CO |
| 1147 | BBB | Loveland | 1605 Fall River Drive | Loveland CO 80538 | CO |
| 1321 | BBB | Durango | 800 South Camino Del Rio | Durango CO 81301 | CO |
| 3105 | Baby | Aurora | 6492 South Parker Road | Aurora CO 80016 | CO |
| 6 | BBB | Stamford | Ridgeway Shopping Center, 2275 | Summer Street Stamford CT 06905 | CT |
| 12 | BBB | Norwalk | 542 Westport Avenue | Norwalk CT 06851 | CT |
| 311 | BBB | Simsbury | 532 Bushy Hill Road | Simsbury CT 06070 | CT |
| 453 | BBB | Manchester | 169B Hale Road | Manchester CT 06040 | CT |
| 521 | BBB | Hamden | 2045 Dixwell Avenue | Hamden CT 06514 | CT |
| 621 | BBB | Southington | 835 Queen Street | Southington CT 06489 | CT |
| 785 | BBB | Wethersfield | 1065 Silas Deane Highway | Wethersfield CT 06109 | CT |
| 837 | BBB | Brookfield | 14 Candlewood Lake Road | Brookfield CT 06804 | CT |
| 1023 | BBB | Fairfield | 2260 Kings Highway | Fairfield CT 06824 | CT |
| 1174 | BBB | Enfield | 20 Hazard Avenue | Enfield CT 06082 | CT |
| 1238 | BBB | Waterford | 850 Hartford Turnpike | Waterford CT 06385 | CT |
| 1417 | BBB | Guilford | 1919 Boston Post Road, Suite | | CT |
| 3121 | Baby | West Hartford | 1433 New Britain Avenue | West Hartford CT 06110 | CT |
| 8024 | Harmon | Norwalk | 205 Main Avenue | Norwalk CT 06851 | CT |
| 1177 | BBB | Dc Usa | 3100 14th Street NW | Washington DC 20010 | DC |
| 34 | BBB | Sawgrass | 12801 W. Sunrise Blvd., Anchor C | Sunrise FL 33323 | FL |
| 46 | BBB | Dadeland | 8380 South Dixie Highway | Miami FL 33143 | FL |
| 55 | BBB | West Palm Beach | 1875 Palm Beach Lakes Blvd., Suite A05 | West Palm Beach FL 33401 | FL |
| 59 | BBB | Hialeah | 1460 W 49th St | Hialeah FL 33012 | FL |
| 69 | BBB | Brandon | 320 Brandon Town Center Drive | Brandon FL 33511 | FL |
| 90 | BBB | Orlando | 5295 International Drive, Suite 100 | Orlando FL 32819 | FL |
| 92 | BBB | Boca Raton | 20560 State Road 7 | Boca Raton FL 33498 | FL |
| 99 | BBB | Carrollwood | Palms of Carrollwood, 13123 N | Dale Mabry Hwy | FL |
| 128 | BBB | Naples | Bed Bath & Beyond Plaza, 5351 | N. Airport Rd | FL |
| 150 | BBB | Boynton Beach | Boynton Commons Shopping Ctr, | 371 N. Congress Ave. | FL |
| 154 | BBB | Southside | Timberlin Village, 8801-1 | Southside Blvd. Jacksonville FL 32256 | FL |
| 171 | BBB | Oviedo | 1115 Vidina Place Suite 175 | Oviedo FL 32765 | FL |
| 178 | BBB | St. Petersburg | Crosswinds Center, 2060 66th | Street North | FL |
| 197 | BBB | Aventura | 19205 Biscayne Blvd. | Aventura FL 33180 | FL |
| 213 | BBB | Jensen Beach | Vista Plaza, 2450 NW Federal | Highway | FL |
| 214 | BBB | Clearwater | 23676 US Hwy 19 North | Clearwater FL 33765 | FL |
| 235 | BBB | Sarasota | 6567 S. Tamiami Trail | Sarasota FL 34231 | FL |
| 236 | BBB | Daytona Beach | 2500 W. International Speedway | Blvd. Daytona Beach FL 32114 | FL |
| 245 | BBB | Gainesville | 6855 Newberry Road | Gainesville FL 32605 | FL |
| 273 | BBB | Palm Beach Gardens | 2410 PGA Boulevard | Palm Beach Gardens FL 33410 | FL |

DocuSign Envelope ID: 91375950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 39

| 282 | BBB | Waterford Lakes | Waterford Lakes Town Center, | 397 North Alafaya Trail Orlando FL 32828 | FL |
|---|---|---|---|---|---|
| 285 | BBB | Fort Myers | 13499 South Cleveland Avenue, | Suite 200 Ft. Myers FL 33907 | FL |
| 291 | BBB | Coral Springs | 4631 North University Drive | Coral Springs FL 33067 | FL |
| 347 | BBB | Royal Palm Beach | 540 North State Road 7 | Royal Palm Beach FL 33411 | FL |
| 359 | BBB | Davie | 1801 South University Drive | Davie FL 33324-5807 | FL |
| 385 | BBB | East Boca | University Commons, 1400C | Glades Road Boca Raton FL 33431 | FL |
| 388 | BBB | Tallahassee | 1574 Governors Square Blvd. | Tallahassee FL 32301 | FL |
| 400 | BBB | Destin | 4441 Commons Drive East | Destin FL 32541 | FL |
| 424 | BBB | Port Charlotte | 18700 Veterans Blvd., Unit 14 | Port Charlotte FL 33954 | FL |
| 454 | BBB | Fort Lauderdale | 2701 N. Federal Highway | Fort Lauderdale FL 33306-1423 | FL |
| 480 | BBB | Melbourne | 1555 West New Haven Avenue | West Melbourne FL 32904 | FL |
| 484 | BBB | Orange Park | 6001-24 Argyle Forest Blvd. | Jacksonville FL 32244 | FL |
| 518 | BBB | Vero Beach | 6150 20th Street | Vero Beach FL 32966 | FL |
| 523 | BBB | Ocala | 2701 S.W. College Road, Suite | 400 Ocala FL 34474 | FL |
| 525 | BBB | Pensacola | 5450 N. 9th Avenue | Pensacola FL 32504 | FL |
| 543 | BBB | Largo | 10500 Ulmerton Road Suite 310 | Largo FL 33771 | FL |
| 551 | BBB | Bradenton | 825 Cortez Road West | Bradenton FL 34207 | FL |
| 556 | BBB | St. Augustine | 320 CBL Drive | St. Augustine FL 32086-5165 | FL |
| 579 | BBB | Miami International | 10640 N.W. 19th Street | Miami FL 33172 | FL |
| 759 | BBB | Sanford | 111 Towne Center Blvd. | Sanford FL 32771 | FL |
| 808 | BBB | Kissimmee | 3212 North John Young Parkway | Kissimmee FL 34741 | FL |
| 833 | BBB | Viera | 2291 Town Center Avenue, Suite | | FL |
| 846 | BBB | Pompano Beach | Shoppers Haven, 3459 N. | Federal Highway Space 16 | FL |
| 1028 | BBB | Lakeland | 1500 Town Center Drive | Lakeland FL 33803 | FL |
| 1110 | BBB | Miracle Market Place | The Miracle Marketplace 3301 | Coral Way | FL |
| 1125 | BBB | North Naples | 13585 Tamiami Trail N. Unit #6 | Naples FL 34110 | FL |
| 1131 | BBB | River City | River City Marketplace, 13221 | City Station Drive Suite 125 | FL |
| 1132 | BBB | Delray Beach | 14824 South Military Trail | Delray Beach FL 33484 | FL |
| 1138 | BBB | Jacksonville Beach | 4054 South 3rd Street | Jacksonville Beach FL 32250 | FL |
| 1143 | BBB | East Colonial | Colonial Landing 3228 East | Colonial Drive | FL |
| 1187 | BBB | Orange City | 963 Harley Strickland Boulevard | Orange City FL 32763 | FL |
| 1209 | BBB | Wesley Chapel | 5845 Wesley Grove Boulevard | Wesley Chapel FL 33544 | FL |
| 1211 | BBB | Sebring | 1748 US 27 N. | Sebring FL 33870 | FL |
| 1215 | BBB | Spring Hill | 7187 Coastal Blvd | Brooksville FL 34613 | FL |

DocuSign Envelope ID: 91278950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 40

| 1234 | BBB | Lady Lake | 546 N US Highway 441 | Lady Lake FL 32159 | FL |
| 1268 | BBB | University Town Center | 111 North Cattlemen Road | Sarasota FL 34243 | FL |
| 1304 | BBB | Cape Coral | 1827 NE Pine Island Road | Cape Coral FL 33909 | FL |
| 1306 | BBB | Homestead | 2595 NE 10th Court | Homestead FL 33033 | FL |
| 1338 | BBB | Winter Garden | 3215 Daniels Road | Winter Garden FL 34787 | FL |
| 1353 | BBB | Apopka | 2239 East Semoran Blvd. | Apopka FL 32703 | FL |
| 1367 | BBB | Panama City Beach, Fl | 15600 Panama City Beach | Parkway, #840 Panama City Beach FL 32413 | FL |
| 3015 | Baby | Coral Springs Bbbaby | 2035 N. University Drive | Coral Springs FL 33071 | FL |
| 3025 | Baby | Flagler Bbbaby | 8241 West Flagler Street Suite 100 | Miami FL 33144 | FL |
| 3029 | Baby | Brandon Bbbaby | 11345 Causeway Blvd | Brandon FL 33511 | FL |
| 3049 | Baby | Pembroke Pines Bbbaby | 1360 Pines Blvd | Pembroke Pines FL 33026 | FL |
| 3071 | Baby | Jacksonville, FL | 8801 Southside Blvd. Unit 10 | Jacksonville FL 32256 | FL |
| 3072 | Baby | Almonte Springs, Fl | 130 E. Altamonte Dr. Suite #1000 | Altamonte Springs FL 32701 | FL |
| 3074 | Baby | Orlando Bbbaby | 3206 East Colonial Drive | Orlando FL 32803 | FL |
| 3075 | Baby | Royal Palm Beach | 550 North State Road 7 | Royal Palm Beach FL 33411 | FL |
| 8063 | Harmon | Jupiter | 17450 North Alternate A1A | Jupiter FL 33477 | FL |
| 57 | BBB | Atlanta | 130 Perimeter Center West | Atlanta GA 30346 | GA |
| 66 | BBB | Kennesaw | 840 Ernest W. Barrett Parkway | N.W. Suite 170 Kennesaw GA 30144 | GA |
| 80 | BBB | Duluth | 3675 Satellite Blvd. | Duluth GA 30096 | GA |
| 103 | BBB | Alpharetta | 6050 North Point Parkway | Alpharetta GA 30022 | GA |
| 118 | BBB | Buckhead | One Buckhead Loop | Atlanta GA 30326 | GA |
| 155 | BBB | Augusta | 221 Robert C. Daniel, Jr Parkway | Augusta GA 30909 | GA |
| 168 | BBB | Snellville | Presidential Market Center, 1905 | Scenic Hwy Suite 5000 Snellville GA 30078 | GA |
| 255 | BBB | Mill Creek | 1705 Mall of Georgia Blvd. Suite | 4 Buford GA 30519 | GA |
| 280 | BBB | East Cobb | 4475 Roswell Road, Suite 100 | Marietta GA 30062 | GA |
| 283 | BBB | Brunswick | 197 Golden Isles Plaza | Brunswick GA 31520 | GA |
| 313 | BBB | Athens | 1791 Oconee Connector, Suite | | GA |
| 470 | BBB | Columbus Park | 5555 Whittlesey Blvd. | Columbus GA 31909 | GA |
| 473 | BBB | Cumming | 1545 Marketplace Blvd. | Cumming GA 30041 | GA |
| 497 | BBB | Mc Donough | 1898 Jonesboro Road | McDonough GA 30253 | GA |
| 529 | BBB | Savannah | 7400 Abercorn Street, Suite 201 | Savannah GA 31406 | GA |
| 1014 | BBB | Moreland Avenue | 1235 Caroline Street NE | Atlanta GA 30307 | GA |
| 1094 | BBB | Akers Mills | 2955 Cobb Parkway, Suite 110 | Atlanta GA 30339 | GA |
| 1119 | BBB | Peachtree City | 1245 North Peachtree Parkway | Peachtree City GA 30269 | GA |
| 1170 | BBB | Lake Lanier | 1025 Dawsonville Highway | Gainesville GA 30501 | GA |
| 1233 | BBB | Johns Creek | 2623 Peachtree Pkwy | Suwanee GA 30024 | GA |
| 1265 | BBB | Warner Robins | 3060 Watson Boulevard | Warner Robins GA 31093 | GA |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 41

| 1302 | BBB | Canton | 1810 Cumming Highway Suite | 850 Canton GA 30115 | GA |
|------|-----|--------|------|------|-----|
| 1416 | BBB | Valdosta | 1700 Norman Drive, Suite 400 | Valdosta GA 31601 | GA |
| 3019 | Baby | Augusta Bbbaby | 242 Robert C. Daniels Jr. Parkway | Augusta GA 30909 | GA |
| 3033 | Baby | ALPHARETTA Bbbaby | 7121 North Point Parkway | Alpharetta GA 30022 | GA |
| 3056 | Baby | Snellville, GA Bbbaby | 1670 Scenic Hwy N Suite 124 | Snellville GA 30078 | GA |
| 3100 | Baby | Kennesaw | 2555 Cobb Place Lane NW, Suite 50 | Kennesaw GA 30144 | GA |
| 333 | BBB | Meridian | 1350 North Eagle Road | Meridian ID 83642 | ID |
| 559 | BBB | Coeur D Alene | 440 W. Wilbur Avenue | Coeur d' Alene ID 83815 | ID |
| 626 | BBB | Idaho Falls | 3011 S. 25th East | Idaho Falls ID 83406 | ID |
| 1072 | BBB | Boise | The Family Center at Federal | Way, 3615 S. Federal Way | ID |
| 1114 | BBB | Pocatello | 1732 Hurley Drive | Pocatello ID 83202 | ID |
| 1222 | BBB | Moscow | 1966 Pullman Road | Moscow ID 83843 | ID |
| 1410 | BBB | Twin Falls | 1933 Fillmore Street | Twin Falls ID 83301 | ID |
| 215 | BBB | Mishawaka | 5802 Grape Road Suite B | Mishawaka IN 46545 | IN |
| 363 | BBB | Greenwood | 723 US 31 North, Suite A | Greenwood IN 46142 | IN |
| 375 | BBB | Evansville | 280 North Green River Road | Evansville IN 47715 | IN |
| 395 | BBB | Fort Wayne | 4020 West Jefferson Blvd. | Ft. Wayne IN 46804 | IN |
| 425 | BBB | Avon | 10350 East US Highway 36 | Avon IN 46123 | IN |
| 526 | BBB | Purdue | 3555 State Road 38 East | LaFayette IN 47905 | IN |
| 564 | BBB | Westfield | 1950-6 Greyhound Pass | Carmel IN 46033 | IN |
| 815 | BBB | Valparaiso | 91 Silhavy Road | Valparaiso IN 46383 | IN |
| 1145 | BBB | Bloomington | 731 College Mall Road South | Bloomington IN 47401 | IN |
| 1242 | BBB | Noblesville | 14139 Town Center Boulevard | Suite 800 Noblesville IN 46060 | IN |
| 1308 | BBB | Schererville | 124 US Highway 41 | Schererville IN 46375 | IN |
| 3016 | Baby | GREENWOOD Bbbaby | 1230 N. US 31 Suite A | Greenwood IN 46142 | IN |
| 3051 | Baby | Indianapolis Bbbaby | 4030 East 82nd Street | Indianapolis IN 46250 | IN |
| 87 | BBB | Overland Park | 12035 Metcalf Ave. | Overland Park KS 66213 | KS |
| 176 | BBB | Shawnee | Shawnee Station, 15400 | Shawnee Mission Pkwy | KS |
| 243 | BBB | Olathe | 15335 W. 119th Street | Olathe KS 66062 | KS |
| 326 | BBB | Wichita | 2750 N. Greenwich Ct. | Wichita KS 67226 | KS |
| 379 | BBB | West Wichita | 2441 N. Maize Road, Suite 601 | Wichita KS 67205 | KS |
| 761 | BBB | Lawrence | 3106 S. Iowa Street, Suite 215 | Lawrence KS 66046 | KS |
| 848 | BBB | Topeka | Topeka Crossing, 1900 B South | West Wanamaker Road | KS |
| 1250 | BBB | North District | 425 3rd Place | Manhattan KS 66502 | KS |
| 3057 | Baby | Overland Park Bbbaby | 12055 Metcalf Avenue | Overland Park KS 66213 | KS |
| 3104 | Baby | Wichita | 2756 N. Greenwich Ct. | Wichita KS 67226 | KS |
| 293 | BBB | Louisville | 996 Breckinridge Lane | Louisville KY 40207 | KY |
| 390 | BBB | Springdale | 4350 Summit Plaza Drive | Louisville KY 40241-8018 | KY |
| 512 | BBB | Elizabethtown | 1998 N. Dixie Avenue | Elizabethtown KY 42701 | KY |
| 800 | BBB | Sir Barton Way | 2321 Sir Barton Way, Suite 120 | Lexington KY 40509 | KY |

DocuSign Envelope ID: 9137B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 42

| 1053 | BBB | Crestview Hills | 2757 Town Center Boulevard | Crestview Hills KY 41017 | KY |
|------|-----|-----------------|-----------------------------|----------------------------|----|
| 1062 | BBB | Paducah | 5187 Hinkleville Road, Suite B | Paducah KY 42001 | KY |
| 1386 | BBB | Bowling Green | 2300 Gary Farms Blvd. Suite 400 | Bowling Green KY 42104-4418 | KY |
| 3042 | Baby | Lexington Bbbaby | 2321 Sir Barton Way Suite 110 | Lexington KY 40509 | KY |
| 248 | BBB | Baton Rouge | 10505 South Mall Drive | Baton Rouge LA 70809 | LA |
| 265 | BBB | Mandeville | 3414 Highway 190, Suite 2 | Mandeville LA 70471 | LA |
| 321 | BBB | Lafayette | 3617 Ambassador Caffery | Lafayette LA 70503 | LA |
| 398 | BBB | Shreveport | 7070 Youree Drive | Shreveport LA 71105-5109 | LA |
| 492 | BBB | Metairie | 4410 Veterans Blvd. | Metairie LA 70006 | LA |
| 548 | BBB | Houma | 1636 Martin Luther King Blvd. | Houma LA 70360 | LA |
| 580 | BBB | Lake Charles | 1768 W. Prien Lake Road | Lake Charles LA 70601 | LA |
| 582 | BBB | Monroe | 4239 Pecanland Mall Drive | Monroe LA 71203 | LA |
| 1202 | BBB | Bossier City | 2900 Meadow Creek Drive | Bossier City LA 71111 | LA |
| 1289 | BBB | Masonic Drive | 3437 Masonic Drive, Suite #1060 | Alexandria LA 71301 | LA |
| 1392 | BBB | Denham Springs | 10129 Crossing Way, Suite 420 | Denham Springs LA 70726 | LA |
| 3120 | Baby | Baton Rouge | 5919 Bluebonnet Blvd | Baton Rouge LA 70836 | LA |
| 102 | BBB | Burlington | 3 Abbott Park | Burlington MA 01803 | MA |
| 149 | BBB | Braintree | The Market Place at Braintree, | 400 Grossman Dr. | MA |
| 350 | BBB | Danvers | 180 Endicott Street | Danvers MA 01923 | MA |
| 450 | BBB | Auburn | 366 Southbridge Street | Auburn MA 01501-2439 | MA |
| 487 | BBB | Hyannis | 65 Independence Drive | Hyannis MA 02601 | MA |
| 763 | BBB | Raynham | 600 South Street West, Suite 13 | Raynham MA 02767 | MA |
| 810 | BBB | Somerville | 119 Middlesex Avenue | Somerville MA 02145 | MA |
| 836 | BBB | Seekonk | 35 Highland Avenue | Seekonk MA 02771 | MA |
| 844 | BBB | North Dartmouth | Dartmouth Towne Center, 458 | State Road - Route 6 Suite 100 | MA |
| 849 | BBB | Pittsfield | 665 Merrill Road | Pittsfield MA 01201 | MA |
| 1034 | BBB | North Attleborough | 1360 South Washington Street, | Unit #4 | MA |
| 1044 | BBB | Plymouth | 200 Colony Place | Plymouth MA 02360 | MA |
| 1090 | BBB | Leominster | 76 Orchard Hill Park Dr. | Leominster MA 01453 | MA |
| 1093 | BBB | Dedham | 820 Providence Highway | Dedham MA 02026-6810 | MA |
| 1100 | BBB | Dorchester | 8B Allstate Road, Suite 1 | Dorchester MA 02125 | MA |
| 1186 | BBB | Granite Heights | 230 Fortune Boulevard | Milford MA 01757 | MA |
| 1227 | BBB | Foxborough | 330 Patriot Place | Foxborough MA 02035 | MA |
| 1258 | BBB | Hingham | 9 Shipyard Drive | Hingham MA 02043 | MA |
| 1316 | BBB | Hadley | 337 Russell Street | Hadley MA 01035 | MA |
| 1414 | BBB | Hudson | 17 Highland Commons East | Hudson MA 01749 | MA |
| 3060 | Baby | BRAINTREE Bbbaby | 160 Granite Street | Braintree MA 02184 | MA |
| 33 | BBB | Rockville | Congressional North Shopping | Ctr, 1519 Rockville Pike Rockville MD 20852 | MD |
| 35 | BBB | Annapolis | 200 Harker Place Suite 200 | Annapolis MD 21401 | MD |
| 52 | BBB | Columbia 52 | 9021 Snowden River Parkway | Columbia MD 21046 | MD |

DocuSign Envelope ID: 9127B9E50-04D2-4946-9745-DBB95D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 43

| 169 | BBB | Waldorf | 3270 Crain Highway | Waldorf MD 20603 | MD |
| 188 | BBB | Frederick | Riverview Plaza, 5413 Urbana | Pike | MD |
| 196 | BBB | Towson | The Towson Place, 1238 Putty | Hill Ave. Suite 1 | MD |
| 324 | BBB | Hagerstown | 17716 Garland Groh Blvd. | Hagerstown MD 21740 | MD |
| 439 | BBB | Crofton | 2382 Brandermill Boulevard, | Suite 102 Gambrills MD 21054-1362 | MD |
| 570 | BBB | Bel Air | 559 Baltimore Pike | Bel Air MD 21014 | MD |
| 805 | BBB | Germantown | 12940 Middlebrook Road | Germantown MD 20874 | MD |
| 819 | BBB | Carroll County | 200 Clifton Blvd. | Westminster MD 21157 | MD |
| 1113 | BBB | Ocean City | 12641 Ocean Gateway Suite 240 | Ocean City MD 21842 | MD |
| 1387 | BBB | California | 23415 Three Notch Road, Unit | 9-B | MD |
| 3001 | Baby | Rockville Bbbaby | 1683 Rockville Pike | Rockville MD 20852 | MD |
| 365 | BBB | Bangor | 490 Stillwater Avenue | Bangor ME 04401 | ME |
| 433 | BBB | South Portland | 200 Running Hill Road, Suite 4 | South Portland ME 04106 | ME |
| 1150 | BBB | Augusta | 42 Whitten Road, Suite #1 | Augusta ME 04330 | ME |
| 1153 | BBB | Topsham | 147 Bath Road, Suite A170 | Brunswick ME 04011 | ME |
| 43 | BBB | Farmington Hills | 31075 Orchard Lake Road | Farmington Hills MI 48334 | MI |
| 44 | BBB | Troy | 650 John R. Road | Troy MI 48083 | MI |
| 49 | BBB | Sterling Heights | 12020 Hall Road | Sterling Heights MI 48313 | MI |
| 113 | BBB | Northville | Northville Retail Center, 17223 | Haggerty Rd. | MI |
| 166 | BBB | Roseville 166 | Gratiot Plaza, 30801 Gratiot | Avenue Roseville MI 48066 | MI |
| 202 | BBB | Grand Rapids | 4901 28th Street, SE | Grand Rapids MI 49512 | MI |
| 205 | BBB | Auburn Hills | Great Lakes Crossing, 4780 | Baldwin Rd. | MI |
| 234 | BBB | Ann Arbor | 3645 Washtenaw Avenue | Ann Arbor MI 48104 | MI |
| 288 | BBB | Westland | 35615 Warren Road | Westland MI 48185 | MI |
| 295 | BBB | Beverly Hills | 31535 Southfield Road | Beverly Hills MI 48025 | MI |
| 364 | BBB | Taylor | 23871 Eureka Road | Taylor MI 48180 | MI |
| 368 | BBB | Novi | 43610 West Oaks Drive | Novi MI 48377 | MI |
| 369 | BBB | Okemos | 1982 West Grand River Ave., Unit | #269 Okemos MI 48864 | MI |
| 378 | BBB | Rochester Hills | 1242 South Rochester Road | Rochester Hills MI 48307 | MI |
| 399 | BBB | Holland | 3050 Beeline Road Suite 30 | Holland MI 49424 | MI |
| 413 | BBB | Muskegon | 5540 Harvey Street | Muskegon MI 49444 | MI |
| 420 | BBB | Saginaw | 4420 Bay Road | Saginaw MI 48603 | MI |
| 446 | BBB | Flint | G-3605 Miller Road | Flint MI 48507 | MI |
| 496 | BBB | Jackson Crossing | 1132 Jackson Crossing | Jackson MI 49202 | MI |
| 510 | BBB | Brighton Towne Square | 8467 W. Grand River | Brighton MI 48116-2324 | MI |
| 520 | BBB | Portage | 5930 S. Westnedge Avenue | Portage MI 49024 | MI |
| 610 | BBB | West Lansing | 5845 W. Saginaw Highway | Lansing MI 48917 | MI |
| 762 | BBB | Traverse City | 3301 N. US 31 South | Traverse City MI 49684 | MI |
| 1006 | BBB | Walker | Green Ridge Square, 3410 Alpine | Avenue NW | MI |
| 1154 | BBB | Petoskey | 910 Spring Street | Petoskey MI 49770 | MI |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB95D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 44

| 1213 | BBB | Chesterfield Twp | 50551 Waterside Drive | Chesterfield MI 48051 | MI |
| 1361 | BBB | White Lake | 9050 Highland Road | White Lake Twp. MI 48386 | MI |
| 3011 | Baby | Utica Bbbaby | 13361 Hall Road, Suite 102 | Utica MI 48315 | MI |
| 3012 | Baby | Canton Bbbaby | 42595 Ford Road | Canton MI 48187 | MI |
| 3047 | Baby | Grand Rapids Bbbaby | 4100 28th Street SE | Kentwood MI 49512 | MI |
| 107 | BBB | Independence | 19950 East Jackson Drive | Independence MO 64057 | MO |
| 147 | BBB | Ballwin | 141 Highlands Boulevard Drive | Manchester MO 63011-4382 | MO |
| 151 | BBB | North Kansas | 8201 N.W. Roanridge Rd. | Kansas City MO 64151 | MO |
| 157 | BBB | Mid-Rivers | 281 Mid Rivers Mall Drive | St. Peters MO 63376 | MO |
| 219 | BBB | Brentwood | The Meridian at Brentwood 8340 | Eager Road | MO |
| 444 | BBB | Lees Summit | 1648 N.W. Chipman Road | Lee's Summit MO 64081 | MO |
| 460 | BBB | Sunset Hills | 10770 Sunset Hills Plaza | St. Louis MO 63127 | MO |
| 490 | BBB | Primrose | 3308 S, Glenstone Avenue | Springfield MO 65804 | MO |
| 1041 | BBB | St Joseph | 5201 North Belt Highway | St. Joseph MO 64506 | MO |
| 1065 | BBB | Joplin | 409 South Geneva Avenue | Joplin MO 64801 | MO |
| 1261 | BBB | Lake St Louis | 4 Meadows Circle Drive | Lake St. Louis MO 63367 | MO |
| 1342 | BBB | Columbia | 205 North Stadium Blvd. | Columbia MO 65203 | MO |
| 1378 | BBB | Osage Beach | 4627 Osage Beach Parkway | Osage Beach MO 65065 | MO |
| 3062 | Baby | Independence Bbbaby | 20000 East Jackson Drive | Independence MO 64057 | MO |
| 3070 | Baby | Ballwin | 15355A Manchester Road | Ballwin MO 63011 | MO |
| 3090 | Baby | St Louis Bbbaby | 3200 Laclede Station, Suite D | St. Louis MO 63143 | MO |
| 589 | BBB | Gulfport | 3951 Promenade Parkway | D'Iberville MS 39540 | MS |
| 801 | BBB | Tupelo | The Shoppes at Barnes, 3946 N. | Gloster Street Suite E | MS |
| 1029 | BBB | Hattiesburg | 6143 US Hwy 98 | Hattiesburg MS 39402 | MS |
| 1191 | BBB | Bonita Lakes | 131 S. Frontage Road, Suite 180 | Meridian MS 39301 | MS |
| 1259 | BBB | Flowood | 760 Mackenzie Lane | Flowood MS 39232 | MS |
| 1313 | BBB | Southaven | 6400 Towne Center Loop | Southaven MS 38671 | MS |
| 123 | BBB | Arboretum | The Arboretum, 3413 Pineville- | Matthews Rd. | NC |
| 124 | BBB | Cary | Cross Roads Plaza Shopping | Center, 405 Cross Roads Blvd. | NC |
| 268 | BBB | Asheville | 83G South Tunnel Road | Asheville NC 28805 | NC |
| 309 | BBB | Charlotte | 9559 South Blvd. | Charlotte NC 28273 | NC |
| 317 | BBB | Winston-Salem | 1020 Hanes Mall Blvd. | Winston Salem NC 27103 | NC |
| 418 | BBB | Wilmington | 352 South College Road, Unit | 10B Wilmington NC 28403 | NC |
| 426 | BBB | Onslow | 1305 Western Blvd. | Jacksonville NC 28546 | NC |
| 427 | BBB | Gastonia | 401 Cox Road, Suite 105 | Gastonia NC 28054 | NC |
| 435 | BBB | Matthews | 10530 Northeast Parkway, Suite K | Matthews NC 28105 | NC |
| 440 | BBB | Hickory | 1835 Catawba Valley Blvd. S.E. | Hickory NC 28602 | NC |
| 464 | BBB | North Raleigh | 9521 Strickland Road | Raleigh NC 27615 | NC |
| 483 | BBB | Lynncroft | 3160 Evans Street, Suite B | Greenville NC 27834 | NC |
| 560 | BBB | Morganton Road | 5075 Morganton Road, Suite 9C | Fayetteville NC 28314 | NC |

DocuSign Envelope ID: 8127B950-04D2-4946-9745-DBB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 45

| 774 | BBB | Patterson Place | 3616 Witherspoon Blvd., Suite 103 | 103 Durham NC 27707 | NC |
|---|---|---|---|---|---|
| 832 | BBB | Raleigh Triangle | Triangle Town Place, 3604 | Sumner Blvd. Suite 104 Raleigh NC 27616-2985 | NC |
| 1011 | BBB | Aberdeen | 200 Aberdeen Commons, 11088 | US 15-501 Highway | NC |
| 1022 | BBB | Alamance | 1463 University Drive | Burlington NC 27215 | NC |
| 1126 | BBB | North Greensboro | 1618 Highwoods Blvd. | Greensboro NC 27410 | NC |
| 1179 | BBB | Mooresville | 627 River Highway | Mooresville NC 28117 | NC |
| 1221 | BBB | Wilson | 3401 Raleigh Road Parkway W. | Building 5A Wilson NC 27896 | NC |
| 1237 | BBB | Morehead City | 5160 Highway 70 Suite 600 | Morehead City NC 28557 | NC |
| 1405 | BBB | Holly Springs | 208 Grand Hill Place | Holly Springs NC 27540 | NC |
| 3024 | Baby | Charlotte Bbbbaby | 9555 South Blvd. | Charlotte NC 28273 | NC |
| 3050 | Baby | Morrisville Bbbaby | 3121 Market Center Drive | Morrisville NC 27560 | NC |
| 3115 | Baby | Fayetteville | 2716 Freedom Parkway Drive | Fayetteville NC 28314 | NC |
| 3131 | Baby | Concord | 8062 Concord Mills Blvd, Suite 20 | Concord NC 28027 | NC |
| 211 | BBB | Lincoln | Southpointe Pavilions, 2960 Pine | Lake Rd Suite A | NE |
| 771 | BBB | West Omaha | 255 N. 170th Street | Omaha NE 68118 | NE |
| 1021 | BBB | Omaha | 1220 South 71st Street | Omaha NE 68106 | NE |
| 1375 | BBB | Grand Island | 3416 W. State Street | Grand Island NE 68803 | NE |
| 3101 | Baby | Omaha | 12204 K Plaza | Omaha NE 68137 | NE |
| 380 | BBB | Salem | 265 South Broadway, Suite 4 | Salem NH 03079 | NH |
| 542 | BBB | Nashua | 261 Daniel Webster Highway Unit 1 | Nashua NH 03060 | NH |
| 612 | BBB | Keene | 32 Ash Brook Road | Keene NH 03431 | NH |
| 756 | BBB | Bedford | Bedford Grove Shopping Center 5 | Colby Court, Unit 3 Bedford NH 03110 | NH |
| 841 | BBB | Concord | 10 Loudon Rd. | Concord NH 03301 | NH |
| 1244 | BBB | Portsmouth | 100 Durgin Lane | Portsmouth NH 03801 | NH |
| 1294 | BBB | Plaistow | 58 Plaistow Road | Plaistow NH 03865 | NH |
| 1320 | BBB | Amherst Crossing | 123 Route 101A #E | Amherst NH 03031 | NH |
| 3028 | Baby | Nashua Bbbbaby Bbbaby | 213 Daniel Webster Highway | Nashua NH 03060 | NH |
| 111 | BBB | Albuquerque | 2451 San Mateo Boulevard NE | Suite D | NM |
| 524 | BBB | Santa Fe | 4250 Cerrillos Road, Suite 1214 | Santa Fe NM 87507 | NM |
| 790 | BBB | Las Cruces | 2200 East Lohman Avenue | Las Cruces NM 88001 | NM |
| 1133 | BBB | Cottonwood Commons | 3601 Old Airport Road Suite A | Albuquerque NM 87114 | NM |
| 3087 | Baby | Albuquerque | 2451 San Mateo Boulevard NE, Suite | C Albuquerque NM 87110 | NM |
| 208 | BBB | Reno | Redfield Promanade, 4983 S. | Virginia Street | NV |
| 422 | BBB | Henderson | 621 Marks Street | Henderson NV 89014 | NV |
| 485 | BBB | Best In The West | 2100 N. Rainbow Blvd., Suite 110 | Las Vegas NV 89108 | NV |
| 503 | BBB | Summerlin Center | 2315 Summa Drive #180 | Las Vegas NV 89135 | NV |
| 563 | BBB | Carson City | 911 Topsy Lane, Suite 104 | Carson City NV 89705 | NV |
| 1098 | BBB | Sparks | 195 Los Altos Pkwy | Sparks NV 89436 | NV |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 46

| 1193 | BBB | Rainbow & Arroyo | 7175 Arroyo Crossing Parkway | Las Vegas NV 89113 | NV |
| 3112 | Baby | Summerlin | 2315 Summa Drive, Suite #120 | Summerlin NV 89135 | NV |
| 8071 | Harmon | Summerlin (Las Vegas) | 2315 Summa Drive, Suite 110 | Summerlin NV 89135 | NV |
| 86 | BBB | Tulsa | 10011 East 71st Street | Tulsa OK 74133 | OK |
| 164 | BBB | Oklahoma City | 2848 N.W. 63rd Street | Oklahoma City OK 73116 | OK |
| 231 | BBB | Norman | 620 Ed Noble Parkway | Norman OK 73072 | OK |
| 544 | BBB | Edmond | 412 S. Bryant Avenue | Edmond OK 73034 | OK |
| 1050 | BBB | Promenade Mall | 5352 East Skelly Drive | Tulsa OK 74135 | OK |
| 1273 | BBB | West Tulsa | 7410 South Olympia Avenue | Tulsa OK 74132 | OK |
| 1278 | BBB | Moore | 2150 S. Service Road | Moore OK 73160 | OK |
| 1391 | BBB | Lawton | 421 NW 2nd Street | Lawton OK 73507 | OK |
| 3053 | Baby | Tulsa Bbbaby | 10017 East 71st Street | Tulsa OK 74133 | OK |
| 136 | BBB | Portland | 16800 Southwest 72nd Ave | Tigard OR 97224 | OR |
| 319 | BBB | Eugene | 95 Oakway Center | Eugene OR 97401 | OR |
| 431 | BBB | Tanasbourne | 18043 NW Evergreen Parkway | Hillsboro OR 97006 | OR |
| 445 | BBB | Beaverton | 2780 SW Cedar Hills Blvd. | Beaverton OR 97005 | OR |
| 478 | BBB | Corvallis | 1725 N.W. 9th Street | Corvallis OR 97330 | OR |
| 812 | BBB | Bend | 63455 N. Highway 97, Suite 113 | Bend OR 97703 | OR |
| 1127 | BBB | Keizer | Keizer Station Village Center | 6180 Ulali Drive | OR |
| 1339 | BBB | Medford | 1600 North Riverside Ave. Ste. | 1094 Medford OR 97501 | OR |
| 1451 | BBB | Clackamas | 12535 SE 82nd Ave. Suite A | Clackamas OR 97015 | OR |
| 3124 | Baby | Beaverton | Cedar Hill Crossing 3485 SW Cedar | Hills Blvd, Suite 170 Beaverton OR 97005 | OR |
| 3128 | Baby | Clackamas | 12535 SE 82nd Ave. Suite B | Clackamas OR 97015 | OR |
| 372 | BBB | Warwick | 1500 Bald Hill Road Suite B | Warwick RI 02886-1634 | RI |
| 550 | BBB | Newport | 288 East Main Road | Middletown RI 02842 | RI |
| 199 | BBB | Columbia 199 | 136 Harbison Blvd. | Columbia SC 29212 | SC |
| 237 | BBB | Mt. Pleasant | 1744 Town Centre Way | Mt. Pleasant SC 29464 | SC |
| 298 | BBB | Hilton Head | 1460 Fording Island Road, Suite | 100 Bluffton SC 29910 | SC |
| 349 | BBB | Greenville | 1117 Woodruff Road, Suite D. | Greenville SC 29607 | SC |
| 367 | BBB | Spartanburg | 205 West Blackstock Road | Spartanburg SC 29301 | SC |
| 437 | BBB | Anderson Station | 146 Station Drive | Anderson SC 29621 | SC |
| 500 | BBB | Florence | 2853 David H McLeod Blvd, Suite | C Florence SC 29501 | SC |
| 592 | BBB | West Ashley | 946 Orleans Road, Suite E-1 | Charleston SC 29407 | SC |
| 593 | BBB | Sparkleberry Square | 10136 Two Notch Road, Suite | 109 Columbia SC 29229 | SC |
| 772 | BBB | Myrtle Beach | 2400 Coastal Grand Circle | Myrtle Beach SC 29577 | SC |
| 779 | BBB | East Columbia | 6090 Garners Ferry Road, Suite | C Columbia SC 29209 | SC |
| 1134 | BBB | Aiken | Hitchcock Plaza 339 Fabian Drive | Aiken SC 29803 | SC |

DocuSign Envelope ID: 9137B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 47

| 121 | BBB | Wolfchase | Wolfchase Galleria, 2810 | Germantown Pky | TN |
| 177 | BBB | Knoxville | The Centre at Deane Hill, 244 | Morrell Road | TN |
| 327 | BBB | Johnson City | 3211 Peoples Street, Suite 25 | Johnson City TN 37604 | TN |
| 339 | BBB | Cool Springs | Thoroughbred Village Shopping | Ctr. 545 Cool Springs Blvd. Suite# 150 Franklin TN 37067 | TN |
| 403 | BBB | Memphis | 870 South White Station Road | Memphis TN 38117 | TN |
| 476 | BBB | West Nashville | 7657 Highway 70 South, Suite | 112 Nashville TN 37221 | TN |
| 533 | BBB | Rivergate | 2156 Gallatin Road North | Madison TN 37115 | TN |
| 558 | BBB | Chattanooga | 2040 Hamilton Place Blvd., Suite | 600 Chattanooga TN 37421 | TN |
| 596 | BBB | The Columns | 1081 Vann Drive, Suite 107 | Jackson TN 38305 | TN |
| 611 | BBB | Murfreesboro | 2615 Medical Center Parkway, | Suite 1200 Murfreesboro TN 37129 | TN |
| 834 | BBB | Hermitage | Oakwood Commons, 4646 | Lebanon Pike | TN |
| 1035 | BBB | Turkey Creek | Colonial Pinnacle at Turkey | Creek, 11263 Parkside Drive | TN |
| 1089 | BBB | North Chattanooga | Towne Center North 5591 | Highway 153 Suite 112 | TN |
| 1198 | BBB | Bristol | 442 Pinnacle Parkway | Bristol TN 37620 | TN |
| 1312 | BBB | Collierville | 4610 Merchants Park Circle Suite | 501 Collierville TN 38017 | TN |
| 1350 | BBB | Clarksville | 2829 Wilma Rudolph Blvd | Clarksville TN 37040 | TN |
| 3086 | Baby | Knoxville | 202 Morrell Road | Knoxville TN 37919 | TN |
| 3110 | Baby | Franklin | 2000 Mallory Lane, Suite 400 | Franklin TN 37067 | TN |
| 292 | BBB | Orem | 50 West 1300 South | Orem UT 84058 | UT |
| 294 | BBB | Sugarhouse | 1169 Wilmington Avenue | Salt Lake City UT 84106 | UT |
| 764 | BBB | Park City | 1678 W. Redstone Center Drive | Park City UT 84098 | UT |
| 777 | BBB | St. George | 844 W. Telegraph Street | Washington City UT 84780 | UT |
| 783 | BBB | Riverdale | 4113 Riverdale Road | Ogden UT 84405-3582 | UT |
| 1260 | BBB | Sandy | 10433 South State Street | Sandy UT 84070 | UT |
| 3066 | Baby | Sandy, UT | 10230 South State Street | Sandy UT 84070 | UT |
| 29 | BBB | Falls Church | 5810 Crossroad Center | Falls Church VA 22041 | VA |
| 65 | BBB | Fairfax Town Center | 12100 Fairfax Towne Center | Fairfax VA 22033 | VA |
| 94 | BBB | Tysons Corner | 2051 Chain Bridge Road | Vienna VA 22182 | VA |
| 106 | BBB | Chesapeake | Greenbrier MarketCenter, 1324 | Greenbrier Pkwy | VA |
| 110 | BBB | Charlottesville | Barracks Rd Shopping Ctr, 975A | N. Emmet St | VA |
| 114 | BBB | Virginia Beach | Columbus Village, 220 | Constitution Dr. | VA |
| 156 | BBB | Henrico | 10050 West Broad Street | Glen Allen VA 23060 | VA |
| 172 | BBB | Newport News | 12132 A Jefferson Avenue | Newport News VA 23602 | VA |
| 192 | BBB | Midlothian | Towne Crossings, 11609 | Midlothian Tnpke. | VA |
| 269 | BBB | Franconia | 6642 Loisdale Road | Springfield VA 22150 | VA |
| 393 | BBB | Dulles | 45575 Dulles Eastern Plaza, Ste. | 154 Dulles VA 20166 | VA |
| 466 | BBB | Lynchburg | 4026-N Wards Road | Lynchburg VA 24502-2944 | VA |
| 554 | BBB | Harrisonburg | 283 Burgess Road | Harrisonburg VA 22801 | VA |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0E32

Bed Bath & Beyond Inc.
May 23, 2023
Page 48

| 630 | BBB | Roanoke | 1421 Towne Square Blvd. N.W. | Roanoke VA 24012 | VA |
| 765 | BBB | Fredericksburg | 3700 Plank Road | Fredericksburg VA 22407 | VA |
| 780 | BBB | Potomac Mills | 14101 Crossing Place | Woodbridge VA 22192 | VA |
| 1027 | BBB | Williamsburg | Windsor Meade Marketplace, | 4900 Monticello Avenue Suite 4 | VA |
| 1045 | BBB | Alexandria | 7690 B Richmond Highway | Alexandria VA 22306 | VA |
| 1201 | BBB | Christiansburg | 135 Shoppers Way NW | Christiansburg VA 24073 | VA |
| 1248 | BBB | Stonewall | 8135 Stonewall Shops Square | Gainesville VA 20155 | VA |
| 1288 | BBB | Leesburg | 532 Fort Evans Road | Leesburg VA 20176 | VA |
| 1343 | BBB | Winchester | 2540 S. Pleasant Valley Road | Winchester VA 22601 | VA |
| 1431 | BBB | Dulles Landing | 24670 Dulles Landing Dr, Unit | | VA |
| 3008 | Baby | Springfield Bbbaby | 6398 Springfield Plaza | Springfield VA 22150 | VA |
| 3080 | Baby | Potomac Mills | 2700 Potomac Mills Circle Suite 100 | Woodbridge VA 22192 | VA |
| 3085 | Baby | Fredricksburg | 1320 Carl D Silver Parkway Suite 100 | Fredericksburg VA 22401 | VA |
| 3113 | Baby | Chantilly | 24670 Dulles Landing Dr, Unit 130 | Dulles VA 20166 | VA |
| 85 | BBB | Auburn | 1101 Outlet Collection STE 1260 | Auburn WA 98001 | WA |
| 216 | BBB | Vancouver | Vancouver Plaza, 7809-B | Vancouver Plaza Dr Unit 102 | WA |
| 250 | BBB | Lynnwood | 3115 196th Street, SW | Lynnwood WA 98036 | WA |
| 314 | BBB | Kennewick | 1220 N. Columbia Center Blvd., | Suite J | WA |
| 362 | BBB | Spokane | 5628 N. Division Street | Spokane WA 99207 | WA |
| 371 | BBB | Tukwila | 400 Strander Blvd. | Tukwila WA 98188-2803 | WA |
| 374 | BBB | Bellevue | 15600 NE 8th Street, Ste. G8 | Bellevue WA 98008 | WA |
| 417 | BBB | Puyallup | 4102-D South Meridian Street | Puyallup WA 98373 | WA |
| 463 | BBB | Bellingham | 4255 Meridian Street | Bellingham WA 98226 | WA |
| 472 | BBB | Lakewood Towne Center | 5830 Lakewood Towne Center | Blvd., S.W. Lakewood WA 98499 | WA |
| 574 | BBB | Issaquah | 775 N.W. Gilman Blvd., Suite C1 | Issaquah WA 98027 | WA |
| 609 | BBB | West Seattle | 2600 SW Barton Street, Suite A1 | Seattle WA 98126 | WA |
| 760 | BBB | Wenatchee | 511 Valley Mall Parkway | East Wenatchee WA 98802 | WA |
| 1068 | BBB | Longview | 200 Triangle Center, Suite 250 | Longview WA 98632 | WA |
| 1129 | BBB | Olympia | 2405 4th Avenue West | Olympia WA 98502 | WA |
| 1130 | BBB | East Vancouver | Mill Plain Crossing 16701 South | East Mill Plain Blvd. | WA |
| 1207 | BBB | Northgate Mall | 401 NE Northgate Way Suite | 2100 Seattle WA 98125 | WA |
| 1332 | BBB | Union Gap | 1740 East Washington Street | Union Gap WA 98903 | WA |
| 1336 | BBB | Burlington | 1915 Marketplace Drive | Burlington WA 98233 | WA |
| 1372 | BBB | Silverdale | 9991 Mickelberry Road NW, Unit | 103 Silverdale WA 98383 | WA |
| 1436 | BBB | Walla Walla | 1630 W. Poplar Street | Walla Walla WA 99362 | WA |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 49

| 3098 | Baby | Tukwila | 17686 Southcenter Parkway | Tukwila WA 98188 | WA |
| 132 | BBB | Madison | Prairie Towne Center, 215 | Junction Rd. | WI |
| 222 | BBB | Appleton | 4721 W. Grande Market Drive | Grand Chute WI 54913 | WI |
| 402 | BBB | Greendale | 5445 South 76th Street | Greendale WI 53129 | WI |
| 499 | BBB | Mequon | 11110 N. Port Washington Road | Mequon WI 53092 | WI |
| 594 | BBB | East Madison | 4275 Lien Road | Madison WI 53704 | WI |
| 839 | BBB | Green Bay | 825 Pilgrim Way Suite B | Green Bay WI 54304 | WI |
| 1075 | BBB | Sheboygan | Memorial Mall, 3347 Kohler | Memorial Drive | WI |
| 1088 | BBB | Wausau | 3575 Rib Mountain Drive | Wausau WI 54401 | WI |
| 1374 | BBB | Kenosha | 7450 Green Bay Road Suite A | Kenosha WI 53142 | WI |
| 3038 | Baby | Brookfield Bbbaby | 665 Main Street | Brookfield WI 53005 | WI |
| 1043 | BBB | Morgantown | 395 Target Way | Morgantown WV 26501 | WV |
| 1223 | BBB | Wheeling | 555 Cabela Drive | Triadelphia WV 26059 | WV |
| 1216 | BBB | Casper | 601 SE Wyoming Boulevard Suite | 1124 Casper WY 82609 | WY |
| 1225 | BBB | Cheyenne | 5214 Rue Terre | Cheyenne WY 82009 | WY |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 50

**Exhibit D**
**Initial List of Information Required (Property Tax)**

<u>Information Request</u>

1) Property tax return forms and any tax jurisdiction notices received to date for the upcoming filings

2) List of locations noting whether the property is owned, leased and type of property, office, retail, warehouse, etc. and corresponding complete addresses (Street, City, State, Zip Code and County)

   a) Date Client began business at each location

3) Fixed asset report and/or other information showing detailed asset descriptions and dates placed in service as of the lien date (e.g., January 1, 2022).  Fixed asset report should tie to the trial balance and/or location and/or legal entity that rolls up to the Consolidated Balance Sheet – please provide in an excel format

4) Fixed asset roll-forward schedule, noting beginning of year balance, end of year balance, asset additions and disposals and assets transferred in and out of the location

5) Construction work-in-process ("CWIP") report showing detailed description of costs

   a) If Client uses CWIP as a holding account, please identify which costs are not located at the facility

6) Balance of supplies and inventory and supporting detail

   a) Inventory held for sale

   b) Inventory held as "spares"

   c) Noting date placed in service, original cost and current value which reconciles to trial balance and location or the address where the inventory is held

7) Copy of any abatements in place for any respective locations

8) Reporting of off-site assets and the address for which they are located

   a) Tooling

   b) Vehicles

   c) Inventory

   d) Assets leased to others

9) List of property on site but belonging to others.  Please note the type, lessor's name and mailing address and whether the tax obligation belongs with the lessor or the lessee.  Please provide the Year of Acquisition, Year of Manufacturer, Description and Lease or Identification Number and Cost to Purchase New and/or Annual Rent, where appropriate noting the type of property as follows:

   a) Leased equipment

   b) Lease purchase option equipment

   c) Capitalized lease equipment

   d) Vending equipment

   e) Other businesses

   f) Government owned property

10) Total number of tax bills processed each calendar year
11) Copy of the Property Tax Calendar

Bed Bath & Beyond Inc.
May 23, 2023
Page 51

**Exhibit E**
**Listing of State/Local Sales and Use Tax Returns Included in Engagement**

| Entity | Tax Return | State | Filing Freq |
|---|---|---|---|
| BBBYCF | CA St Loc Dist Sales Use CDTFA-401-A | CA | M |
| BBBYTF | TX Prepayment | TX | M |
| BBBYTF | TX Sales Use Tax Return 01-114 | TX | M |
| BED BATH & BEYOND OF MANHATTAN INC. | NY Commercial Rent Tax Return | NY | A |
| Bed Bath & Beyond, Inc. | AK-Remote Seller Sales Tax Return | AK | M |
| Bed Bath & Beyond, Inc. | AL State City&County Tax Return-Debit | AL | M |
| Bed Bath & Beyond, Inc. | AL State Consumers Use Return 2610 | AL | M |
| Bed Bath & Beyond, Inc. | AL State Sales Tax Return w Est Pay 2105 | AL | M |
| Bed Bath & Beyond, Inc. | AL State Sellers Use Tax Return 2620 | AL | M |
| Bed Bath & Beyond, Inc. | AR Excise Sales Use Tax Report | AR | M |
| Bed Bath & Beyond, Inc. | AR Prepayment 1 | AR | M |
| Bed Bath & Beyond, Inc. | AR Prepayment 2 | AR | M |
| Bed Bath & Beyond, Inc. | CA St Loc Dist Sales Use CDTFA-401-A | CA | MQ |
| Bed Bath & Beyond, Inc. | CT Annual Disaggregated Return | CT | A |
| Bed Bath & Beyond, Inc. | CT Sales Use Tax Return OS-114 | CT | M |
| Bed Bath & Beyond, Inc. | DC Sales Use Tax Return FR-800 M or Q | DC | M |
| Bed Bath & Beyond, Inc. | DC Sales Use Tax Return FR-800 M or Q | DC | M |
| Bed Bath & Beyond, Inc. | FL Sales Use Tax Return DR-15 | FL | M |
| Bed Bath & Beyond, Inc. | FL-Panama City Beach Business Tax | FL | M |
| Bed Bath & Beyond, Inc. | GA Sales Use Tax Report ST-3 | GA | M |
| Bed Bath & Beyond, Inc. | HI Annual Return Reconciliation G-49 | HI | A |
| Bed Bath & Beyond, Inc. | HI General Excise Tax Return G-45 | HI | M |
| Bed Bath & Beyond, Inc. | IA Sales and Use Tax Return | IA | M |
| Bed Bath & Beyond, Inc. | ID Sales Use Tax Return 850 | ID | M |
| Bed Bath & Beyond, Inc. | IL-Chicago Nontitled Bus Use Tax 8402B | IL | A |
| Bed Bath & Beyond, Inc. | IN Annual Return | IN | A |
| Bed Bath & Beyond, Inc. | IN Sales and Use Tax Voucher ST-103 | IN | M |
| Bed Bath & Beyond, Inc. | KY Sales Use Tax Return 51A103 | KY | M |
| Bed Bath & Beyond, Inc. | LA Monthly Sales Tax Return R-1029 | LA | M |
| Bed Bath & Beyond, Inc. | LA Monthly Sales Tax Return R-1029 | LA | M |
| Bed Bath & Beyond, Inc. | LA-ACADIA Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-ALLEN Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-ASCENSION Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-ASSUMPTION Sales Use Tax Report APSB | LA | M |
| Bed Bath & Beyond, Inc. | LA-AVOYELLES Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-BEAUREGARD Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-BIENVILLE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-BOSSIER Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-CADDO Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-CALCASIEU Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-CALDWELL Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-CATAHOULA Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-CLAIBORNE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-CONCORDIA Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-DESOTO Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-EAST BATON ROUGE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-EAST BATON ROUGE Sales Use Tax Report | LA | M |

DocuSign Envelope ID: 91375950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 52

| Entity | Tax Return | State | Filing Freq |
|---|---|---|---|
| Bed Bath & Beyond, Inc. | LA-EAST CARROLL Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-EAST FELICIANA Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-EVANGELINE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-FRANKLIN Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-GRANT Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-IBERIA Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-IBERVILLE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-JACKSON Sales Use Tax Report | LA | O |
| Bed Bath & Beyond, Inc. | LA-JEFFERSON DAVIS Sales Use Tax Report | LA | Q |
| Bed Bath & Beyond, Inc. | LA-JEFFERSON Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-JEFFERSON Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-LAFAYETTE Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-LAFOURCHE Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-LaSALLE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-LINCOLN Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-LIVINGSTON Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-LIVINGSTON Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-MADISON Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-MOREHOUSE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-NATCHITOCHES Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-NEW ORLEANS Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-OUACHITA Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-OUACHITA Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-PLAQUEMINES Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-POINTE COUPEE Sales Use Tax Report | LA | O |
| Bed Bath & Beyond, Inc. | LA-RAPIDES Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-RED RIVER Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-RICHLAND Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-SABINE Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST BERNARD Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST CHARLES Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST HELENA Sales and Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST JOHN THE BAPTIST Sales Use Tax | LA | O |
| Bed Bath & Beyond, Inc. | LA-ST LANDRY Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST MARTIN Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST MARY Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST TAMMANY Sales Use Tax Form | LA | M |
| Bed Bath & Beyond, Inc. | LA-ST TAMMANY Sales Use Tax Form | LA | M |
| Bed Bath & Beyond, Inc. | LA-TANGIPAHOA Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-TENSAS Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-TERREBONNE Sales Use Tax Return | LA | M |
| Bed Bath & Beyond, Inc. | LA-UNION Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-VERMILION Sales Use Tax Return | LA | O |
| Bed Bath & Beyond, Inc. | LA-VERNON Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-WASHINGTON Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-WEBSTER Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-WEST BATON ROUGE Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-WEST CARROLL Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-WEST FELICIANA Sales Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | LA-WINN Sales and Use Tax Report | LA | M |
| Bed Bath & Beyond, Inc. | MA Prepayment | MA | M |
| Bed Bath & Beyond, Inc. | MA Sales Use Tax Return ST-9 | MA | M |
| Bed Bath & Beyond, Inc. | MD Sales and Use Tax Return Form 202 | MD | M |

DocuSign Envelope ID: 9137B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 53

| Entity | Tax Return | State | Filing Freq |
|--------|-----------|-------|-------------|
| Bed Bath & Beyond, Inc. | ME Sales Use Tax Return ST-7 | ME | M |
| Bed Bath & Beyond, Inc. | MI Prepayment | MI | M |
| Bed Bath & Beyond, Inc. | MI Sales Use Withholding 5080 (the 20th) | MI | M |
| Bed Bath & Beyond, Inc. | MI Sales Use Withholding Annual 5081 | MI | A |
| Bed Bath & Beyond, Inc. | MO Consumers Use Tax Return 53-C | MO | M |
| Bed Bath & Beyond, Inc. | MO Sales Prepayment 1 | MO | M |
| Bed Bath & Beyond, Inc. | MO Sales Prepayment 2 | MO | M |
| Bed Bath & Beyond, Inc. | MO Sales Prepayment 3 | MO | M |
| Bed Bath & Beyond, Inc. | MO Sales Prepayment 4 | MO | M |
| Bed Bath & Beyond, Inc. | MO Sales Tax Return 53-1 | MO | M |
| Bed Bath & Beyond, Inc. | MO Vendors Use Return 53-V | MO | M |
| Bed Bath & Beyond, Inc. | MO-Brentwood Report | MO | M |
| Bed Bath & Beyond, Inc. | MO-Joplin Report | MO | M |
| Bed Bath & Beyond, Inc. | MO-Manchester Report | MO | M |
| Bed Bath & Beyond, Inc. | MS Unrounded Sales Tax Report | MS | M |
| Bed Bath & Beyond, Inc. | MS Unrounded Use Tax Report | MS | M |
| Bed Bath & Beyond, Inc. | NC Sales and Use Tax Return E-500_PP | NC | M |
| Bed Bath & Beyond, Inc. | ND ST Sales and Use Tax Return | ND | M |
| Bed Bath & Beyond, Inc. | ND ST Sales and Use Tax Return | ND | M |
| Bed Bath & Beyond, Inc. | ND ST Sales and Use Tax Return | ND | M |
| Bed Bath & Beyond, Inc. | ND ST Sales and Use Tax Return | ND | M |
| Bed Bath & Beyond, Inc. | NJ Litter Control Fee return | NJ | A |
| Bed Bath & Beyond, Inc. | NJ Sales Use Tax Return ST-50 (Q) ST-51 (M) | NJ | MQ |
| Bed Bath & Beyond, Inc. | NJ Urban Enterprise Zone Return | NJ | M |
| Bed Bath & Beyond, Inc. | NJ-ELIZABETH Franchise Tax Return Form | NJ | M |
| Bed Bath & Beyond, Inc. | NM Compensating Tax Return | NM | M |
| Bed Bath & Beyond, Inc. | NM Gross Receipts Tax Return | NM | M |
| Bed Bath & Beyond, Inc. | NV Combined Sales Use Tax Return ST-18 | NV | M |
| Bed Bath & Beyond, Inc. | NV Commerce Tax | NV | A |
| Bed Bath & Beyond, Inc. | NY Commercial Rent Tax Return | NY | A |
| Bed Bath & Beyond, Inc. | NY Part Qrtly Sales Use ST-809 or ST-810_PTP | NY | MQ |
| Bed Bath & Beyond, Inc. | OH CAT (Commercial Activity Tax) | OH | Q |
| Bed Bath & Beyond, Inc. | OH Universal Use Tax Return UUT-1 | OH | M |
| Bed Bath & Beyond, Inc. | OH UST-1 Sales | OH | M |
| Bed Bath & Beyond, Inc. | OH UST-1 Sellers Use | OH | M |
| Bed Bath & Beyond, Inc. | OK Consumers Use Tax Report SCU20004 | OK | M |
| Bed Bath & Beyond, Inc. | OK Sales Tax Prepayment Return | OK | M |
| Bed Bath & Beyond, Inc. | OK Sales Tax Report STS20002 | OK | M |
| Bed Bath & Beyond, Inc. | OK Vendors Use Prepayment Return | OK | M |
| Bed Bath & Beyond, Inc. | OK Vendors Use Tax Report SVU20005 | OK | M |
| Bed Bath & Beyond, Inc. | PA Prepayment Form for PA-3 | PA | M |
| Bed Bath & Beyond, Inc. | PA Sales Use Hotel Tax PA-3 | PA | M |
| Bed Bath & Beyond, Inc. | PR Sales and Use Tax Monthly Return | PR | M |
| Bed Bath & Beyond, Inc. | PR-Bayamon Sales and Use Tax Return | PR | M |
| Bed Bath & Beyond, Inc. | PR-GUAYNABO Retail Sales Return | PR | M |
| Bed Bath & Beyond, Inc. | RI Annual Reconciliation Return T-204R | RI | A |
| Bed Bath & Beyond, Inc. | RI Sales Use Tax Return T-204M | RI | M |
| Bed Bath & Beyond, Inc. | RI Sales Use Tax Return T-204M | RI | M |
| Bed Bath & Beyond, Inc. | RI Sales Use Tax Return T-204M | RI | M |
| Bed Bath & Beyond, Inc. | SC Sales and Use Tax Return ST-3 | SC | M |
| Bed Bath & Beyond, Inc. | SD Sales Use Tax Return | SD | M |
| Bed Bath & Beyond, Inc. | TN Sales Use Tax Return RV-R0000201 | TN | M |

DocuSign Envelope ID: 91375950-04D2-4946-9745-0BB95D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 54

| Entity | Tax Return | State | Filing Freq |
|---|---|---|---|
| Bed Bath & Beyond, Inc. | TX Prepayment | TX | M |
| Bed Bath & Beyond, Inc. | TX Sales Use Tax Return 01-114 | TX | M |
| Bed Bath & Beyond, Inc. | VA Dealers Sales Use Tax ST-9 | VA | M |
| Bed Bath & Beyond, Inc. | VA Out of State Dealer Use ST-8 | VA | M |
| Bed Bath & Beyond, Inc. | VA Prepayment | VA | A |
| Bed Bath & Beyond, Inc. | VT Sales Use Tax Return (SU-451) | VT | M |
| Bed Bath & Beyond, Inc. | WA Combined Monthly Excise Tax 2406M | WA | M |
| Bed Bath & Beyond, Inc. | WI State County Sales Use Tax ST-12 | WI | M |
| Bed Bath & Beyond, Inc. | WV Accelerated Payment Return | WV | A |
| Bed Bath & Beyond, Inc. | WV Sales and Use Tax Return CST-200CU | WV | M |
| Bed Bath & Beyond, Inc. | WV-The Highlands District Return | WV | M |
| Bed Bath & Beyond, Inc. | WY Sales Use Tax Return Form 41 | WY | M |
| Bed Bath and Beyond of California, LLC | AZ Accelerated Payment | AZ | A |
| Bed Bath and Beyond of California, LLC | AZ Privilege Use Return TPT-2 | AZ | M |
| Bed Bath and Beyond of California, LLC | CA St Loc Dist Sales Use CDTFA-401-A | CA | MQ |
| Bed Bath and Beyond of California, LLC | CA-City of Hawthorne | CA | Q |
| Bed Bath and Beyond of California, LLC | CO Consumers Use Tax Return DR0252 | CO | Q |
| Bed Bath and Beyond of California, LLC | CO Retail Delivery Fee Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO Retail Sales Tax Return DR0100 | CO | M |
| Bed Bath and Beyond of California, LLC | CO-AURORA Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-BOULDER Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-COLORADO SPRINGS Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-DENVER Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-DURANGO Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-FORT COLLINS Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-GLENDALE Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-Glenwood Springs PIF Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-GLENWOOD SPRINGS Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-GOLDEN Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-GRAND JUNCTION Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-GREELEY Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-LAKEWOOD Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-LONE TREE Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-LONGMONT Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-LOVELAND Centerra PIF Sch | CO | M |
| Bed Bath and Beyond of California, LLC | CO-LOVELAND CENTERRA Sales Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-LOVELAND Retail Sales Fee Admin Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-LOVELAND Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-NORTHGLENN Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-PARKER Sales Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-Pueblo North Gateway PIF Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-PUEBLO Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-THORNTON Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-THORNTON Sales Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | CO-WESTMINSTER Sales and Use Tax Return | CO | M |
| Bed Bath and Beyond of California, LLC | IL Sales Use Tax Prepayment 1 | IL | M |
| Bed Bath and Beyond of California, LLC | IL Sales Use Tax Prepayment 2 | IL | M |
| Bed Bath and Beyond of California, LLC | IL Sales Use Tax Prepayment 3 | IL | M |
| Bed Bath and Beyond of California, LLC | IL Sales Use Tax Prepayment 4 | IL | M |
| Bed Bath and Beyond of California, LLC | IL Sales Use Tax Return E911 ST-1 | IL | M |
| Bed Bath and Beyond of California, LLC | KS Consumers Use Tax Return CT-10U | KS | M |
| Bed Bath and Beyond of California, LLC | KS Retailers Sales Tax Return ST-36 | KS | M |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-DBB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 55

| Entity | Tax Return | State | Filing Freq |
|---|---|---|---|
| Bed Bath and Beyond of California, LLC | KS Retailers Tax Return CT-9U | KS | M |
| Bed Bath and Beyond of California, LLC | MN Consolidated Sales Use Tax ST-1 CON | MN | M |
| Bed Bath and Beyond of California, LLC | NE Litter Fee return | NE | A |
| Bed Bath and Beyond of California, LLC | NE State Local Sales Use Tax Return 10 | NE | M |
| Bed Bath and Beyond of California, LLC | NE-Lincoln South Pointe Occupation Tax | NE | M |
| Bed Bath and Beyond of California, LLC | UT Sales and Use Tax Return TC-62M | UT | M |
| Bed Bath and Beyond Procurement Co. Inc. | FL Sales Use Tax Return DR-15 | FL | Q |
| Bed Bath and Beyond Procurement Co. Inc. | NY Annual Sales Use Tax Return ST-101 | NY | A |
| Bed Bath and Beyond Procurement Co. Inc. | WA Combined Monthly Excise Tax 2406M | WA | M |
| Buy Buy Baby, Inc. | AK-Remote Seller Sales Tax Return | AK | M |
| Buy Buy Baby, Inc. | AL State City&County Tax Return-Debit | AL | M |
| Buy Buy Baby, Inc. | AL State Consumers Use Return 2610 | AL | M |
| Buy Buy Baby, Inc. | AL State Sales Tax Return w Est Pay 2105 | AL | M |
| Buy Buy Baby, Inc. | AL State Sellers Use Tax Return 2620 | AL | M |
| Buy Buy Baby, Inc. | AR Excise Sales Use Tax Report | AR | M |
| Buy Buy Baby, Inc. | AZ Accelerated Payment | AZ | A |
| Buy Buy Baby, Inc. | AZ Privilege Use Return TPT-2 | AZ | M |
| Buy Buy Baby, Inc. | CA St Loc Dist Sales Use CDTFA-401-A | CA | MQ |
| Buy Buy Baby, Inc. | CO Consumers Use Tax Return DR0252 | CO | M |
| Buy Buy Baby, Inc. | CO Retail Delivery Fee Return | CO | M |
| Buy Buy Baby, Inc. | CO Retail Sales Tax Return DR0100 | CO | M |
| Buy Buy Baby, Inc. | CO-AURORA Sales Use Tax Return | CO | M |
| Buy Buy Baby, Inc. | CO-DENVER Sales Use Tax Return | CO | M |
| Buy Buy Baby, Inc. | CO-LAKEWOOD Sales Use Tax Return | CO | M |
| Buy Buy Baby, Inc. | CO-WESTMINSTER Sales and Use Tax Return | CO | M |
| Buy Buy Baby, Inc. | CT Sales Use Tax Return OS-114 | CT | M |
| Buy Buy Baby, Inc. | DC Sales Use Tax Return FR-800 M or Q | DC | M |
| Buy Buy Baby, Inc. | FL Sales Use Tax Return DR-15 | FL | M |
| Buy Buy Baby, Inc. | GA Sales Use Tax Report ST-3 | GA | M |
| Buy Buy Baby, Inc. | HI Annual Return Reconciliation G-49 | HI | A |
| Buy Buy Baby, Inc. | HI General Excise Use Tax Return G-45 | HI | M |
| Buy Buy Baby, Inc. | IA Sales and Use Tax Return | IA | M |
| Buy Buy Baby, Inc. | ID Sales Use Tax Return 850 | ID | M |
| Buy Buy Baby, Inc. | IL Sales Use Tax Prepayment 1 | IL | M |
| Buy Buy Baby, Inc. | IL Sales Use Tax Prepayment 2 | IL | M |
| Buy Buy Baby, Inc. | IL Sales Use Tax Prepayment 3 | IL | M |
| Buy Buy Baby, Inc. | IL Sales Use Tax Prepayment 4 | IL | M |
| Buy Buy Baby, Inc. | IL Sales Use Tax Return E911 ST-1 | IL | M |
| Buy Buy Baby, Inc. | IN Annual Return | IN | A |
| Buy Buy Baby, Inc. | IN Sales and Use Tax Voucher ST-103 | IN | M |
| Buy Buy Baby, Inc. | KS Consumers Use Tax Return CT-10U | KS | M |
| Buy Buy Baby, Inc. | KS Retailers Sales Tax Return ST-36 | KS | M |
| Buy Buy Baby, Inc. | KS Retailers Tax Return CT-9U | KS | M |
| Buy Buy Baby, Inc. | KY Sales Use Tax Return 51A103 | KY | M |
| Buy Buy Baby, Inc. | LA Monthly Sales Tax Return R-1029 | LA | M |
| Buy Buy Baby, Inc. | LA-ACADIA Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-ALLEN Sales and Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-ASCENSION Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-ASSUMPTION Sales Use Tax Report APSB | LA | M |
| Buy Buy Baby, Inc. | LA-AVOYELLES Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-BEAUREGARD Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-BIENVILLE Sales Use Tax Report | LA | M |

DocuSign Envelope ID: 9127B956-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 56

| Entity | Tax Return | State | Filing Freq |
|---|---|---|---|
| Buy Buy Baby, Inc. | LA-BOSSIER Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-CADDO Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-CALCASIEU Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-CALDWELL Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-CATAHOULA Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-CLAIBORNE Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-CONCORDIA Sales and Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-DESOTO Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-EAST BATON ROUGE Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-EAST FELICIANA Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-EVANGELINE Sales Use Tax Report | LA | O |
| Buy Buy Baby, Inc. | LA-FRANKLIN Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-GRANT Sales and Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-IBERIA Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-IBERVILLE Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-JACKSON Sales Use Tax Report | LA | O |
| Buy Buy Baby, Inc. | LA-JEFFERSON DAVIS Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-JEFFERSON Sales and Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-LAFAYETTE Sales Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-LAFOURCHE Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-LaSALLE Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-LINCOLN Sales Use Tax Report | LA | O |
| Buy Buy Baby, Inc. | LA-LIVINGSTON Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-MADISON Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-MOREHOUSE Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-NATCHITOCHES Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-NEW ORLEANS Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-OUACHITA Sales Tax Return | LA | O |
| Buy Buy Baby, Inc. | LA-PLAQUEMINES Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-POINTE COUPEE Sales Use Tax Report | LA | O |
| Buy Buy Baby, Inc. | LA-RAPIDES Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-RED RIVER Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-RICHLAND Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-SABINE Sales and Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-ST BERNARD Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-ST CHARLES Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-ST HELENA Sales and Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-ST JAMES Sales and Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-ST JOHN THE BAPTIST Sales Use Tax | LA | O |
| Buy Buy Baby, Inc. | LA-ST LANDRY Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-ST MARTIN Sales and Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-ST MARY Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-ST TAMMANY Sales Use Tax Form | LA | M |
| Buy Buy Baby, Inc. | LA-TANGIPAHOA Sales Use Tax Report | LA | O |
| Buy Buy Baby, Inc. | LA-TERREBONNE Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-UNION Sales and Use Tax Report | LA | O |
| Buy Buy Baby, Inc. | LA-VERMILION Sales Use Tax Return | LA | M |
| Buy Buy Baby, Inc. | LA-VERNON Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-WASHINGTON Sales and Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-WEBSTER Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-WEST BATON ROUGE Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-WEST CARROLL Sales Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | LA-WEST FELICIANA Sales Use Tax Report | LA | M |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 57

| Entity | Tax Return | State | Filing Freq |
|---|---|---|---|
| Buy Buy Baby, Inc. | LA-WINN Sales and Use Tax Report | LA | M |
| Buy Buy Baby, Inc. | MA Prepayment | MA | M |
| Buy Buy Baby, Inc. | MA Sales Use Tax Return ST-9 | MA | M |
| Buy Buy Baby, Inc. | MD Sales and Use Tax Return Form 202 | MD | M |
| Buy Buy Baby, Inc. | ME Sales Use Tax Return ST-7 | ME | M |
| Buy Buy Baby, Inc. | MI Prepayment | MI | M |
| Buy Buy Baby, Inc. | MI Sales Use Withholding 5080 (the 20th) | MI | M |
| Buy Buy Baby, Inc. | MI Sales Use Withholding Annual 5081 | MI | A |
| Buy Buy Baby, Inc. | MN Consolidated Sales Use Tax ST-1 CON | MN | M |
| Buy Buy Baby, Inc. | MO Consumers Use Tax Return 53-C | MO | M |
| Buy Buy Baby, Inc. | MO Sales Prepayment 1 | MO | M |
| Buy Buy Baby, Inc. | MO Sales Prepayment 2 | MO | M |
| Buy Buy Baby, Inc. | MO Sales Prepayment 3 | MO | M |
| Buy Buy Baby, Inc. | MO Sales Prepayment 4 | MO | M |
| Buy Buy Baby, Inc. | MO Sales Tax Return 53-1 | MO | M |
| Buy Buy Baby, Inc. | MO Vendors Use Return 53-V | MO | M |
| Buy Buy Baby, Inc. | MS Unrounded Use Tax Report | MS | M |
| Buy Buy Baby, Inc. | NC Sales and Use Tax Return E-500_PP | NC | M |
| Buy Buy Baby, Inc. | ND ST Sales and Use Tax Return | ND | M |
| Buy Buy Baby, Inc. | NE Litter Fee return | NE | A |
| Buy Buy Baby, Inc. | NE State Local Sales Use Tax Return 10 | NE | M |
| Buy Buy Baby, Inc. | NJ Litter Control Fee return | NJ | A |
| Buy Buy Baby, Inc. | NJ Sales Use Tax Return ST-50 (Q) ST-51 (M) | NJ | MQ |
| Buy Buy Baby, Inc. | NM Compensating Tax Return | NM | M |
| Buy Buy Baby, Inc. | NM Gross Receipts Tax Return | NM | M |
| Buy Buy Baby, Inc. | NV Combined Sales Use Tax Return ST-18 | NV | M |
| Buy Buy Baby, Inc. | NV Commerce Tax | NV | A |
| Buy Buy Baby, Inc. | NY Commercial Rent Tax Return | NY | A |
| Buy Buy Baby, Inc. | NY Part Qrtly Sales Use ST-809 or ST-810_PTP | NY | M |
| Buy Buy Baby, Inc. | OH Universal Use Tax Return UUT-1 | OH | M |
| Buy Buy Baby, Inc. | OH UST-1 Sales | OH | M |
| Buy Buy Baby, Inc. | OH UST-1 Sellers Use | OH | M |
| Buy Buy Baby, Inc. | OK Consumers Use Tax Report SCU20004 | OK | M |
| Buy Buy Baby, Inc. | OK Sales Tax Prepayment Return | OK | M |
| Buy Buy Baby, Inc. | OK Sales Tax Report STS20002 | OK | M |
| Buy Buy Baby, Inc. | OK Vendors Use Prepayment Return | OK | M |
| Buy Buy Baby, Inc. | OK Vendors Use Tax Report SVU20005 | OK | M |
| Buy Buy Baby, Inc. | PA Prepayment Form for PA-3 | PA | M |
| Buy Buy Baby, Inc. | PA Sales Use Hotel Tax PA-3 | PA | M |
| Buy Buy Baby, Inc. | PR Sales and Use Tax Monthly Return | PR | M |
| Buy Buy Baby, Inc. | RI Annual Reconciliation Return T-204R | RI | A |
| Buy Buy Baby, Inc. | RI Sales Use Tax Return T-204M | RI | M |
| Buy Buy Baby, Inc. | SC Sales and Use Tax Return ST-3 | SC | M |
| Buy Buy Baby, Inc. | SD Sales Use Tax Return | SD | M |
| Buy Buy Baby, Inc. | TN Sales Use Tax Return RV-R0000201 | TN | M |
| Buy Buy Baby, Inc. | TX Prepayment | TX | M |
| Buy Buy Baby, Inc. | TX Sales Use Tax Return 01-114 | TX | M |
| Buy Buy Baby, Inc. | UT Sales and Use Tax Return TC-62M | UT | M |
| Buy Buy Baby, Inc. | VA Dealers Sales Use w Rent CU ST-9 | VA | M |
| Buy Buy Baby, Inc. | VA Out of State Dealer Use ST-8 | VA | M |
| Buy Buy Baby, Inc. | VA-Accelerated S U Coupon  ST-APC | VA | A |
| Buy Buy Baby, Inc. | VT Sales Use Tax Return (SU-451) | VT | M |
| Buy Buy Baby, Inc. | WA Combined Monthly Excise Tax 2406M | WA | M |

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F32

Bed Bath & Beyond Inc.
May 23, 2023
Page 58

| Entity | Tax Return | State | Filing Freq |
|---|---|---|---|
| Buy Buy Baby, Inc. | WI State County Sales Use Tax ST-12 | WI | M |
| Buy Buy Baby, Inc. | WV Sales and Use Tax Return CST-200CU | WV | M |
| Buy Buy Baby, Inc. | WY Sales Use Tax Return Form 41 | WY | M |
| Harmon Stores Inc. | CA St Loc Dist Sales Use CDTFA-401-A | CA | MQ |
| Harmon Stores Inc. | CT Annual Disaggregated Return | CT | A |
| Harmon Stores Inc. | FL Sales Use Tax Return DR-15 | FL | M |
| Harmon Stores Inc. | LA Monthly Sales Tax Return R-1029 | LA | M |
| Harmon Stores Inc. | NJ Litter Control Fee return | NJ | A |
| Harmon Stores Inc. | NJ Sales Use Tax Return ST-50 (Q) ST-51 (M) | NJ | MQ |
| Harmon Stores Inc. | NV Combined Sales Use Tax Return ST-18 | NV | M |
| Harmon Stores Inc. | NY Commercial Rent Tax Return | NY | A |
| Harmon Stores Inc. | NY Part Qrtly Sales Use ST-809 or ST-810_PTP | NY | MQ |
| Harmon Stores Inc. | OK Vendors Use Tax Report SVU20005 | OK | M |
| Harmon Stores Inc. | PA Sales Use Hotel Tax PA-3 | PA | Q |
| Harmon Stores Inc. | VA Out of State Dealer Use ST-8 | VA | M |
| Harmon Stores Inc. | WI State County Sales Use Tax ST-12 | WI | Q |
| Rahway Fixture & Supply Co, LLC. | LA Monthly Sales Tax Return R-1029 | LA | M |

**Exhibit F**
 **Listing of Canadian Sales and Use & Provincial Tax Returns Included in Engagement**

| COMP | ST | DESCRIPTION | Freq Filing |
|---|---|---|---|
| BBB | CN | BRITISH COLUMBIA PROVINCIAL SALES TAX | M |
| BBB | CN | MANITOBA PROVINCIAL RETAIL & INTERNET TAX | M |
| BBB INC | CN | REVENUE CANADA GST/HST | M |
| BBB LP | CN | REVENUE CANADA GST/HST | M |
| BBB | CN | SASKATCHEWAN PROVINCIAL SALES TAX - INTERNET SALES | M |

Bed Bath & Beyond Inc.
May 23, 2023
Page 59

**Exhibit H**
**Provision Services to be Performed**

The Services that Deloitte Tax will provide pursuant to this Engagement Letter include the following (interim and year-end periods unless otherwise noted):

1. Assist Client with the computation of its entries required to adjust the income tax account balances such that they are consistent with the tax return filed for the year ended February 25, 2023 and February 26, 2024.

2. Assist Client with the computation of its federal, state and foreign current income tax receivable/payable balances as of February 25, 2023, and February 26, 2024.

3. Assist Client in computing its federal, state and foreign current and deferred income tax expense or benefit for the year ended February 25, 2023, and February 26, 2024.

4. Assist Client with its allocation of total income tax expense or benefit among continuing operations and other components of the financial statements (e.g., discontinued operations, other comprehensive income, and equity) for the year February 25, 2023, and February 26, 2024.

5. Assist Client with the computation of its federal, state and foreign deferred income tax asset/liability balances as of February 25, 2023, and February 26, 2024.

6. Provide observations and assist Client with its documentation regarding the Client's assessment of positive and negative evidence identified in connection with whether a valuation allowance is needed with respect to deferred tax assets.

7. Assist Client with its efforts to summarize, record and disclose (not analyze) existing and prior period federal, state and foreign unrecognized tax benefits (tax, interest and penalties) for the year ended February 25, 2023, and February 26, 2024.

8. Assist Client with its preparation of the income tax footnote and related disclosures for the year ended February 25, 2023, and February 26, 2024.

9. Assist Client with its computation of amounts to be included in Client's interim financial statements for May 28, 2023, August 27, 2023, and November 26, 2023.

10. Assist Client in preparing Client materials, documents, presentations, etc. that will be used to communicate the results of the tax provision to management, Client's Audit Committee/Board of Directors and external auditors.

11. Deloitte Tax will assist Client with defining the data elements needed for the preparation of the income tax provision (except as noted below).

Unless otherwise mutually agreed-upon in writing (e.g., via email, or an addendum to this Engagement Letter, etc.), the procedures that Deloitte Tax specifically will not perform in connection with this engagement are:

1. Deloitte Tax will not assist with data collection (except as noted above).

2. Deloitte Tax will provide observations associated with Client's assessment of its income tax consequences related to specific events and issues, including enacted and proposed law changes, planned or actual dispositions, corporate restructuring and reorganizations, jurisdictional, and intercompany transactions.

3. Deloitte Tax will not conclude on the reasonableness of Client's tax position, including those positions or transaction for which Client has obtained an opinion unless specified above.

4. Deloitte Tax will not conclude as to the validity of the underlying book/tax basis differences related to opening deferred tax assets and liabilities. If, during the course of our procedures, we become aware of items requiring further analysis, Deloitte Tax will inform Client.

DocuSign Envelope ID: 9127B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 60

5.  Deloitte Tax will not perform procedures in connection with the Client's "proof" of deferred income tax asset/liability balances (or cumulative temporary differences), whether by use of tax basis balance sheet procedures or otherwise, unless engaged in connection with a separate engagement letter.

6.  Deloitte Tax will not perform a detailed analysis of book/tax basis differences related to goodwill and intangibles. With respect to goodwill and intangibles, the scope of Services is limited to a "reasonableness" check of schedules and reconciliation to the prior year income tax provision, unless engaged in connection with a separate engagement letter.

7.  Deloitte Tax will not analyze items such as earnings and profits calculations of the foreign entities, unless as mutually agreed-upon in writing. The scope of Services in connection with foreign tax credit calculations is limited to a "reasonableness" check of schedules and reconciliation to prior year income tax provision. Deloitte Tax will not analyze or verify supporting data, unless engaged in connection with a separate engagement letter.

8.  Deloitte Tax will not provide observations and assist Client with its documentation regarding the Client's analysis of outside basis difference in a foreign subsidiary or foreign corporate joint venture that is essentially permanent in duration and whether a deferred tax liability should be recognized, unless engaged in connection with a separate engagement letter.

9.  The scope of Deloitte Tax procedures involving state and foreign income taxes shall be limited to the taxing jurisdiction's and foreign currencies identified by Client and as mutually agreed-upon in advance of the performance of the Services by Deloitte Tax.

10. Assist Client in gathering information/documentation in connection with its internal control policies and procedures relating to its income tax provision process for the year February 25, 2023, and February 24, 2024.

The term "assist" as used above includes circumstances where Deloitte Tax may perform the work described subject to the review and approval of, and for use by, the person designated by Client, which will have overall responsibility for the work and the related results.

Deloitte Tax will meet with Client and its independent auditor, if appropriate, prior to providing any of the Services noted above to discuss any unusual or non-recurring transaction or circumstances for purposes of obtaining Client's direction and approval as to the proposed accounting and related documentation.

DocuSign Envelope ID: 9147B950-04D2-4946-9745-DBB05D3C0F33
Case 23-13359-VFP    Doc 1534    Filed 07/26/23    Entered 07/26/23 19:03:04    Desc Main
Document      Page 92 of 218
Bed Bath & Beyond Inc.
May 23, 2023
Page 61

<u>DELOITTE TAX LLP GENERAL BUSINESS TERMS</u>

1.  **Contract and Parties.**

(a)  The engagement letter and any appendices and exhibits other than these General Business Terms ("Engagement Letter") issued by Deloitte Tax LLP ("Deloitte Tax") and addressed to the Client, a particular work order associated with such Engagement Letter ("Work Order"), if any, and these General Business Terms (together, the "Contract") constitute the whole agreement between the Client and Deloitte Tax in relation to the services, delivered work product (including Advice as defined below) described in the Contract to be provided by Deloitte Tax (the "Services") and Deloitte Tax's responsibilities for providing the Services. Capitalized terms not defined in these General Business Terms shall have the meaning given to them in the Engagement Letter.

(b)  This Contract is between the Client and Deloitte Tax. For the purposes of this Contract:

"Client" shall mean the entity specified in the Engagement Letter and shall include such of the Client's subsidiaries and/or affiliates as identified in the Engagement Letter and/or Work Order or, if none is identified, all of the Client's subsidiaries and affiliates. The signatory of the Engagement Letter represents and warrants that it has the power and authority to (i) sign the Contract, and (ii) to bind, itself and its subsidiaries and/or affiliates.

"Advice" shall mean all advice, opinions, reports and other work product in any form (including Deliverables) provided by or on behalf of Deloitte Tax and/or its Subcontractors as part of the Services.

"Content" means any publications, thought pieces or other content or materials that are provided by Deloitte Tax or through the Deloitte Technologies that are not an output of the Services.

"Deliverables" means any and all tangible work outputs of the Services to be delivered by Deloitte Tax as part of the Services, including written returns, reports, documents and other materials.

(c)  Deloitte Tax may subcontract any Services under this Contract to any other Deloitte Entity and/or with Client's written authorization (which may be stated in the Work Order), to any other third party, in either case whether within or outside of the United States (collectively "Subcontractor"). The Client's relationship is solely with Deloitte Tax as the entity contracting to provide the Services. Each party to the Contract is an independent contractor and neither party is, nor shall be considered to be, the other's agent, distributor, partner, fiduciary, joint venturer, co-owner, or representative.

(d)  Deloitte Tax remains responsible to the Client for all of the Services performed or to be performed under this Contract, including Services performed by its Subcontractors. Accordingly, to the fullest extent possible under applicable law (i) none of the Deloitte Entities (except Deloitte Tax) will have any liability to the Client; (ii) the Client will not bring any claim or proceedings of any nature (whether in contract, tort, breach of statutory duty or otherwise, and including, but not limited to, a claim for negligence) in any way in respect of or in connection with this Contract against any of the Deloitte Entities (except Deloitte Tax); and (iii) the Client will also ensure that no Client subsidiary or affiliate which is not a party to the Contract brings any claim or proceedings of any nature (whether in contract, tort, breach of statutory duty or otherwise, and including, but not limited to, a claim for negligence) in any way in respect of or in connection with this Contract against any of the Deloitte Entities.

(e)  "Deloitte Entities" means Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its member firms and their respective subsidiaries and affiliates (including Deloitte Tax), their predecessors, successors and assignees, and all partners, principals, members, owners, directors, employees, subcontractors (including the Subcontractors) and agents of all such entities. Neither DTTL nor, except as expressly provided herein, any member firm of DTTL, has any liability for each other's acts or omissions. Each member firm of DTTL is a separate and independent legal entity operating under the names "Deloitte", "Deloitte & Touche", "Deloitte Touche Tohmatsu" or other related names; and services are provided by member firms or their subsidiaries or affiliates and not by DTTL.

DocuSign Envelope ID: 9147B950-04D2-4946-9745-0BB05D3C0E33

Bed Bath & Beyond Inc.
May 23, 2023
Page 62

**2.    Responsibilities of the Client and of Deloitte Tax.**

**(a)    Responsibilities of the Client**

(i)    The Client shall cooperate with Deloitte Tax and its Subcontractors in connection with the performance of the Services, including, without limitation, providing Deloitte Tax and its Subcontractors with reasonable facilities and timely access to data, information and personnel of the Client. The Client shall be responsible for the performance of its personnel and third parties retained by the Client, for the timeliness, accuracy and completeness of all data and information (including all financial information and statements) provided to Deloitte Tax and its Subcontractors by or on behalf of the Client and for the implementation of any Advice provided. Deloitte Tax and its Subcontractors may use and rely on information and data furnished by the Client or others without verification. The performance of the Services is dependent upon the timely performance of the Client's responsibilities under the Contract and timely decisions and approvals of the Client in connection with the Services. Deloitte Tax and its Subcontractors shall be entitled to rely on all decisions and approvals of the Client.

(ii)    The Client shall be solely responsible for, among other things: (A) making all management decisions, performing all management functions and assuming all management responsibilities; (B) designating one or more individuals who possess suitable skill, knowledge, and/or experience, preferably within senior management to oversee the Services; (C) evaluating the adequacy and results of the Services; (D) accepting responsibility for implementing the results of the Services; and (E) establishing and maintaining internal controls, including, without limitation, monitoring ongoing activities. The provisions in the preceding sentence are not intended to and do not alter, modify or change in any manner the duties and obligations of Deloitte Tax as agreed to and set forth in this Contract. With respect to the data and information provided by the Client to Deloitte Tax or its Subcontractors for the performance of the Services, the Client shall have all rights required to provide such data and information and shall do so only in accordance with applicable law and with any procedures agreed upon in writing.

**(b)    Responsibilities of Deloitte Tax**

(i)    The Services provided are not binding on tax or other governmental or regulatory authorities or the courts and do not constitute a representation, warranty, or guarantee that the tax or other governmental or regulatory authorities or the courts will concur with any Advice. Any Services provided by or on behalf of Deloitte Tax will be based upon the law, regulations, cases, rulings, and other tax authority in effect at the time the specific Services are provided. Subsequent changes in or to the foregoing (for which Deloitte Tax shall have no responsibility to advise the Client) may result in the Services provided by or on behalf of Deloitte Tax being rendered invalid.

(ii)    Except as specifically agreed to in writing, Deloitte Tax shall not provide Advice regarding the financial accounting treatment of any transaction implemented from the Services and will not assume any responsibility for any financial reporting with respect to the Services. Deloitte Tax shall have no responsibility to address any legal matters or questions of law, other than tax law in relation to the Services.

(iii)    In formulating any Advice as part of the Services, Deloitte Tax may discuss ideas with the Client orally or show the Client drafts of such Advice. To the extent that the content of drafts or oral Advice are expected to be finalized and confirmed to the Client in writing, such confirmed Advice shall supersede any previous drafts or oral Advice and Deloitte Tax shall not be responsible if the Client or others choose to rely on, act or refrain from acting on the basis of any drafts or oral Advice.

(iv)    Deloitte Tax will use its reasonable endeavors, acting in a commercially prudent manner, to carry out the Services in accordance with any timetable specified in the Contract. However, it is agreed that any dates specified in the Contract for the performance of any part of the Services, including delivery of any Advice, are estimated dates for planning purposes only. Deloitte Tax will notify the Client promptly if it expects or encounters any significant delays which will materially affect achievement of any timetable for delivery of the Services.

(v)    Unless expressly agreed otherwise in writing, each item of Advice will be deemed accepted (and the Services or relevant part completed) when such Advice has been delivered in its final form and no material objection to the Advice or its content is notified by the Client to Deloitte Tax in writing within fourteen (30) days of delivery or

DocuSign Envelope ID: 9147B956-04D2-4946-9745-0BB95D3C0E33

Bed Bath & Beyond Inc.
May 23, 2023
Page 63

when first use of the Advice is made by or on behalf of the Client, whichever occurs first.

### 3.    Payment of Invoices.

Subject to any applicable Bankruptcy Court orders, rules or procedures, Deloitte Tax's invoices are due and payable by the Client upon presentation. Subject to any applicable Bankruptcy Court orders, rules or procedures, if payment of an invoice is not received within thirty (30) days of the invoice date ("Due Date"), Deloitte Tax reserves the right to charge interest at the rate of (i) 1½% per month or, if higher, (ii) the rate mandated or allowable by law, in each case compounded monthly to the extent allowable by law. Without limiting its other rights or remedies, subject to any applicable Bankruptcy Court orders, rules or procedures, Deloitte Tax shall have the right to suspend or terminate the Services entirely or in part if payment is not received by the Due Date. The Client shall be responsible for all taxes, such as VAT, sales and use tax, gross receipts tax, withholding tax, and any similar tax, imposed on or in connection with the Services, other than Deloitte Tax's income and property taxes. If any portion of an invoice is disputed, the Client shall notify Deloitte Tax within fifteen (15) days of receipt of the disputed invoice and pay the undisputed portion of that invoice by the Due Date.

### 4.    Term.

(a)  This Contract or any Work Order hereunder, may be terminated in whole or in part by either party at any time, without cause, by giving written notice to the other party not less than thirty (30) days before the effective date of termination.

(b)  Either party may terminate this Contract or any Work Order hereunder in whole or in part by written notice to the other on or at any time after the occurrence of any of the following events: (i) a material breach by the other party of an obligation under the Contract or any respective Work Order hereunder and, if the breach is capable of remedy, the defaulting party failing to remedy the breach within 30 days of receipt of notice of such breach; (ii) the other party becomes insolvent or goes into liquidation; (iii) the other party has a resolution passed or a petition presented for its winding-up or dissolution (other than for the purpose of a solvent amalgamation or reconstruction); (iv) the making of an administration order in relation to the other party, or the appointment of a receiver over, or an encumbrancer taking possession of or selling, an asset of the other party; (v) the other party making an arrangement or composition with its creditors generally or making an application to a court of competent jurisdiction for protection from its creditors generally; or (vi) any event analogous to those set out in (ii) to (v) in any relevant jurisdiction.

(c)  Deloitte Tax may terminate this Contract or any Work Order hereunder in whole or in part, with immediate effect upon written notice to the Client if Deloitte Tax determines that (i) a governmental, regulatory, or professional entity, or other entity having the force of law has introduced a new, or modified an existing, law, rule, regulation, interpretation, or decision, the result of which would render Deloitte Tax's performance of any part of the Contract illegal or otherwise unlawful or in conflict with independence or professional rules; or (ii) circumstances change (including, without limitation, changes in ownership of the Client or of its affiliates) so that Deloitte Tax's performance of any part of the Contract would be illegal or otherwise unlawful or in conflict with independence or professional rules.

(d)  Upon termination of the Contract or any Work Order hereunder for any reason, other than a material breach by Deloitte Tax under Section 4(b) that prevents the client from receiving the Deliverables, the Client will compensate Deloitte Tax in accordance with the terms of the Contract for the Services performed and expenses incurred through the effective date of termination.

(e)  Termination of any part of the Contract shall not affect the remainder of the Contract. These General Business Terms shall continue to apply to any Work Order in force that has not itself been terminated in accordance with the provisions of Paragraphs 4(a), (b) or (c).

DocuSign Envelope ID: 91473950-04D2-4946-9745-DBB05D3C0F33
Case 23-13359-VFP    Doc 1534    Filed 07/26/23    Entered 07/26/23 19:03:04    Desc Main
Document    Page 95 of 218

Bed Bath & Beyond Inc.
May 23, 2023
Page 64

5.    Ownership of Deloitte Property & Work Products.

(a)   To the extent that any property (whether tangible or intangible) of any Deloitte Entity is used or developed in connection with this Contract, such property, including work papers, shall remain the property of the relevant Deloitte Entity. Subject to payment of all of Deloitte Tax's fees due in connection with the Services and this Contract, the Client shall obtain a perpetual, royalty-free, non-exclusive, non-transferable license to use any Advice for the purpose set out in the Contract (or in the Advice) and in compliance with the provisions of this Contract. Deloitte Tax shall have ownership (including, without limitation, copyright and other intellectual property ownership) of the Advice and all rights to use and disclose its ideas, concepts, know-how, methods, techniques, processes and skills, and adaptations thereof in conducting its business, and the Client shall ensure that it and its subsidiaries and/or affiliates do not assert or cause to be asserted against any Deloitte Entity any prohibition or restraint from so doing. Any intellectual property and other proprietary rights in the material and data provided by the Client for performing the Services shall remain the property of the Client.

(b)   Deloitte Tax and its Subcontractors, in connection with performing the Services, may develop or acquire general experience, skills, knowledge and ideas. Any Deloitte Entity may use and disclose such experience, skills, knowledge and ideas subject to the obligations of confidentiality set out in Paragraph 10.

(c)   The Client shall also be entitled to have access to and use of those Deloitte Technologies supplied solely for the purposes of receiving the Services, and for no other purposes, in accordance with and subject to the provisions of the terms of use and licenses that may be applicable to such Deloitte Technologies as notified by Deloitte Tax and agreed by the Client (acting reasonably). Client shall be responsible for all personnel (including other third parties, such as advisors) that Client and Deloitte Tax have agreed shall have access to the Deloitte Technologies in connection with the Services. As between the Client and Deloitte Tax, and for the benefit of the respective Deloitte Entity owning the Deloitte Technologies, Deloitte Tax and/or the respective Deloitte Entity will own and retain ownership of all intellectual property rights and other proprietary rights of any kind in the Deloitte Technologies that are used or developed in connection with this Contract.

(d)   To the extent any Deloitte Technologies provided to Client hereunder constitute inventory within the meaning of section 471 of the Internal Revenue Code, such Deloitte Technologies are licensed to Client by Deloitte Tax as agent for Deloitte Tax Products Company LLC on the terms and conditions contained herein. The rights granted in this Paragraph 5 do not apply to any intellectual property that is subject to a separate mutually executed license agreement between Client and any third party (including Deloitte Tax's affiliates).

(e)   "Deloitte Technologies" means all know-how and software, system interfaces, templates, methodologies, ideas, concepts, techniques, tools, processes, Content and technologies, including cloud-based technologies and algorithms owned by, licensed to or developed by any Deloitte Entity and used by Deloitte Tax and its Subcontractors in performing the Services or its other obligations.

6.    Limitations on Damages.

(a)   Deloitte Tax shall not be liable to the Client for any claims, liabilities, losses, damages, costs or expenses arising under or in connection with the Contract ("Claims") for an aggregate amount in excess of the fees paid under the Contract, or the fees paid under a particular Work Order for Claims arising under such Work Order, by the Client to Deloitte Tax, for that part of the Services giving rise to the Claim, except to the extent it is finally determined to have resulted primarily from the gross negligence, intentional fraud, intentional misconduct or bad faith of Deloitte Tax, any Deloitte Entity or any Subcontractor retained for providing the Services to the Client. For purposes of this Contract and these terms, the term "gross negligence" shall mean "gross negligence" as interpreted by the courts of the State of New York as of the date hereof.

(b)   In no event shall any Deloitte Entity (including Deloitte Tax and its Subcontractors) be liable whether in contract, tort or otherwise for any losses incurred as a result of loss of use, contracts, data, goodwill, revenues or profits (whether or not deemed to constitute direct Claims) or any consequential, special, indirect, incidental,

DocuSign Envelope ID: 9147B950-04D2-4946-9745-DBB05D3C0E33

Bed Bath & Beyond Inc.
May 23, 2023
Page 65

punitive or exemplary loss, damage, or expense arising under or in connection with the Contract.

(c)    In circumstances where all or any portion of the provisions of this Paragraph 6 are finally determined to be unavailable, the aggregate liability of Deloitte Tax, any other Deloitte Entity (including Subcontractors) and their respective personnel for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim.

(d)    Deloitte Tax's responsibility for the Services is solely toward the Client identified in the Contract or Advice to be entitled to rely on the Services, and not toward any other subsidiary or affiliate of the Client. If more than one Client subsidiary or affiliate is a party to the Contract or is identified in the Contract, Deloitte Tax's responsibility is solely toward the Client for whose benefit the Services were provided.

(e)    The liability cap in Paragraph 6(a) applies in aggregate to each and all Claims which from time to time arise under or in connection with the Contract and the Services, whether such Claims are made at the same or different times or by the Client entity and/or other persons. The liability cap in Paragraph 6(a) also applies to any and all Claims against any other Deloitte Entities, including the Subcontractors, if and only to the extent that it is judicially determined that any of them have any liability under or in connection with the Contract or the Services.

(f)    If the liability exclusion for other Deloitte Entities provided in Paragraph 1(d) is for any reason not effective, then the limitations on liability provided for in this Paragraph 6 shall apply to the other Deloitte Entities (including Subcontractors) as if they were named therein.

(g)    The provisions of Paragraph 6 shall not apply to any liability which by the governing law of the Contract is unlawful to limit or exclude.

7.    Limitation on Warranties.

THIS IS A SERVICES AGREEMENT. DELOITTE TAX WARRANTS THAT IT SHALL PERFORM THE SERVICES IN GOOD FAITH AND WITH DUE PROFESSIONAL CARE AND SKILL. TO THE FULLEST EXTENT PERMITTED BY LAW, DELOITTE TAX DISCLAIMS ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

8.    Force Majeure.

Neither party shall be liable for any delays or nonperformance resulting from circumstances or causes beyond its reasonable control, including, without limitation, acts or omissions or the failure to cooperate by the other party (including, without limitation, entities or individuals under its control, or any of their respective officers, directors, employees, other personnel and agents), fire or other casualty, act of God, epidemic, strike or labor dispute, war or other violence, or any law, order, or requirement of any governmental agency or authority.

9.    Limitation on Actions.

No action, regardless of form, relating to the Contract or the Services, may be brought by either party more than two years after the cause of action has accrued under applicable law, except that an action for non-payment of Deloitte Tax's invoices by the Client may be brought at any time.

10.    Confidentiality.

(a)    To the extent that, in connection with the Contract, Deloitte Tax comes into possession of any tax or other information related to the Services, trade secrets or other proprietary information relating to the Client which is either designated by the disclosing party as confidential or is by its nature clearly confidential ("Confidential Information"), Deloitte Tax shall not disclose such Confidential Information to any third party without the Client's consent. The Client hereby consents to Deloitte Tax disclosing such Confidential Information (i) to contractors

Bed Bath & Beyond Inc.
May 23, 2023
Page 66

providing administrative, infrastructure, hosting, cloud-based solutions and other support services to Deloitte Tax as well as to any Deloitte Entity (including any Subcontractors) and their respective personnel, in any case, and in each case in providing Services hereunder to Client, and in any case whether located within or outside of the United States, provided that such contractors and Subcontractors adhere to confidentiality obligations similar to those in this Paragraph 10; (ii) to Client's legal advisors, auditors, and insurers; and (iii) as may be required by law, regulation, judicial or administrative process, or in accordance with applicable professional standards, or in connection with potential or actual mediation, arbitration or litigation. To the extent permitted by applicable law or regulation, Deloitte Tax shall provide the Client with prompt written notice of disclosures required by law, regulation, judicial or administrative process. The obligation of confidentiality shall not apply to the extent such Confidential Information (A) is or becomes publicly available (including, without limitation, any information filed with any governmental agency and available to the public) other than as the result of a breach by Deloitte Tax; (B) becomes available to any Deloitte Entity on a non-confidential basis from a source other than the Client which Deloitte Tax reasonably believes is not prohibited from disclosing such Confidential Information to Deloitte Tax by an obligation of confidentiality to the Client; (C) is known by any Deloitte Entity prior to its receipt from the Client without any obligation of confidentiality; or (D) is developed by any Deloitte Entity independently of Confidential Information disclosed by the Client.

(b)  The Client shall not disclose to any third party any Advice without the express written consent of Deloitte Tax, except (i) disclosure may be made to the extent mandatory laws, applicable regulations, rules and professional obligations prohibit limitations on disclosure; (ii) if the Client or its affiliates have securities registered with the United States Securities and Exchange Commission and any Deloitte Entity is the auditor of the Client or any of its affiliates, in which case no restrictions or limitations are placed by Deloitte Tax on the Client's disclosure of the tax treatment or tax structure associated with the tax Services or transactions described in the Contract and the Client acknowledges that none of its other advisors has imposed or will impose restrictions or limitations with such tax treatment or tax structure; (iii) to the extent the United States Internal Revenue Code and applicable Internal Revenue Service guidance relating to confidential tax shelters (or comparable law or guidance from other taxing authorities in other jurisdictions) apply, in which case there are no restrictions or limitations on the disclosure of the tax treatment or tax structure; (iv) to the extent legislation or regulations of any jurisdiction provide for the reporting to the tax authorities of certain tax arrangements or transactions, there shall be no restrictions or limitations on the disclosure of any such arrangements or transactions provided as part of the Advice; (v) the Client may disclose the Advice on a need to know basis to any affiliate that is not a member of the Client for information purposes only, provided that the Client ensures and the recipient undertakes to keep such Advice confidential and not to bring any claim of any kind against any Deloitte Entity in relation to the Advice or the Services; and (vi) on a need to know basis to statutory auditors of the Client in their capacity as such.

(c)  The Client shall use the Advice, solely for the purposes specified in the Contract or Advice and, without limitation, shall not, without the prior written consent of Deloitte Tax, use any Advice, in connection with any business decisions of any third party or for advertisement purposes. All Services are intended only for the benefit of the Client identified in the Contract or Advice as being entitled to rely on the Advice. The mere receipt of any Advice (or any information derived therefrom) by any other persons is not intended to create any duty of care, professional relationship or any present or future liability of any kind between those persons and Deloitte Tax.

## 11. Assignment.

Neither party may assign or otherwise transfer this Contract without the prior express written consent of the other, except that Deloitte Tax may assign any of its rights or obligations hereunder to any other Deloitte Entity and to any successor to its business. Neither party will directly or indirectly agree to assign or transfer to a third party any Claim against the other party arising out of this Contract.

## 12. Indemnification.

The Client shall indemnify and hold harmless Deloitte Tax, and any other Deloitte Entity from all third-party Claims, except to the extent finally determined to have resulted primarily from the gross negligence, intentional

DocuSign Envelope ID: 9147B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 67

fraud, intentional misconduct or bad faith of Deloitte Tax, or any other Deloitte Entity. In circumstances where all or any portion of the provisions of this paragraph are finally determined to be unavailable, the aggregate liability of Deloitte Tax and all other Deloitte Entities (including their respective personnel) for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim.

### 13. Electronic Communications.

(a)   Except as instructed otherwise in writing, Deloitte Entities and the Client are authorized to receive properly addressed fax, e-mail (including e-mails exchanged via Internet media) and voicemail communication for both sensitive and non-sensitive documents and other communications concerning this Contract, as well as other means of communication used or accepted by the other. Deloitte Entities may also communicate electronically with tax and other authorities.

(b)   It is recognized that the internet is inherently insecure and that data can become corrupted, communications are not always delivered promptly (or at all) and that other methods of communication may be appropriate. Electronic communications are also prone to contamination by viruses. Each party will be responsible for protecting its own systems and interests and, to the fullest extent permitted by law, will not be responsible to the other on any basis (contract, tort or otherwise) for any loss, damage or omission in any way arising from the use of the internet or from access by any Deloitte Entity personnel to networks, applications, electronic data or other systems of the Client.

### 14. Other Clients.

Nothing in this Contract will prevent or restrict any Deloitte Entity, including Deloitte Tax, from providing services to other clients (including services which are the same or similar to the Services) or using or sharing for any purpose any knowledge, experience or skills used in, gained or arising from performing the Services subject to the obligations of confidentiality set out in Paragraph 10 even if those other clients' interests are in competition with the Client. Also, to the extent that Deloitte Tax possesses information obtained under an obligation of confidentiality to another client or other third party, Deloitte Tax is not obliged to disclose it to any member of the Client, or use it for the benefit of the Client, however relevant it may be to the Services.

### 15. Staff.

Deloitte Tax and the Client each agree not to directly or indirectly solicit, employ or engage any personnel of the other party who within six (6) months of such action has been involved directly with the provision of the Services or otherwise directly connected with this Contract, except where an individual responds directly to a general recruitment campaign.

### 16. Destruction of Working Papers.

Deloitte Tax may retain copies of documents and files provided by the Client in connection with the Services for purposes of compliance with professional standards and internal retention policies. Any documents and files retained by Deloitte Tax on completion of the Services subject to the obligations of confidentiality set forth in Paragraph 10(a) (including documents legally belonging to the Client) may routinely be destroyed in accordance with Deloitte Entities' policies applying from time to time.

### 17. Marketing Material & Use of Name.

Neither the Deloitte Entities nor the Client shall use the other's name, trademarks, service marks, logos, and/or branding in external publicity material without such other party's prior written consent.

Bed Bath & Beyond Inc.
May 23, 2023
Page 68

### 18.  Spreadsheets, Models and Tools.

In the course of providing the Services, Deloitte Tax may make reference to spreadsheets, models or tools (together "Models") that the Client provides to Deloitte Tax or requests Deloitte Tax to rely upon ("Client Models") or that Deloitte Tax otherwise uses in connection with the Services ("Deloitte Models"). All Models have limitations and may not produce valid results for all possible combinations of input data with the result that actual and potential errors are not detected. Unless otherwise expressly agreed in the Contract: (i) Deloitte Tax will not be responsible for reviewing, testing or detecting any errors in any Client Models; (ii) no Deloitte Model will be provided or treated as Advice; and (iii) where Deloitte Tax provides any Deloitte Model by way of explanation or illustration of any Advice, Deloitte Tax makes no representation, warranty or undertaking (express or implied) of any kind about the accuracy, suitability or adequacy of any such Deloitte Model for the Client's own needs.

### 19.  Data Protection.

(a)  Each party shall comply with its respective obligations under the applicable data protection laws to the extent that, in connection with the Contract and the Services, a party stores, processes and transfers any personal data to which data protection laws apply ("Personal Data").

(b)  The Client confirms that it has obtained all legally required authorizations to disclose and/or transfer any Personal Data to Deloitte Tax and its Subcontractors, including across borders and outside the territory of the European Economic Area ("EEA").

(c)  Deloitte Tax may collect data from the Client, other Deloitte Entities, third parties and the data subject directly. Deloitte Tax may for purposes of the collection, use, storage or processing thereof, transfer the Client's and/or the data subject's Personal Data to: (i) administrative contractors, including providers of cloud-based solutions; (ii) another country for legitimate purposes; (iii) another Deloitte Entity.

(d)  To the extent that Deloitte Tax processes Personal Data in or transferred from the EEA in its performance of the Services and to the extent that the EU General Data Protection Regulation 2016/679 ("GDPR") applies, the remainder of the provisions of this Paragraph 19 shall apply.

(e)  In this Paragraph 19, "Data Protection Legislation" means GDPR, together with all other applicable legislation relating to privacy or data protection including any statute or statutory provision which amends, extends, consolidates or replaces the same. The terms "personal data," "data subject," "controller," "processor" and "process" (and its derivatives) shall have the meanings given to them in the Data Protection Legislation.

(f)  The parties acknowledge that certain of the Services may be performed by Deloitte Tax acting as a controller and certain Services may be performed by Deloitte Tax acting as a processor. The Contract shall identify whether it is the understanding of the parties that Deloitte Tax carries out the particular Services as a controller or a processor. In the absence of any such indication, the capacity in which Deloitte Tax acts shall be determined in accordance with the Data Protection Legislation. When acting as a controller, the provisions of Paragraphs 19(a) to (f) and Paragraph 19.1 shall apply. When acting as a processor, the provisions of Paragraphs 19(a) to (f) and Paragraph 19.2 shall apply. Where Deloitte Tax acts as a processor, the Contract shall set out the scope of the processing carried out by Deloitte Tax in relation to the Services.

### 19.1 If Deloitte Tax Is Acting As Data Controller

(a)  Each of the Client and Deloitte Tax shall be considered to be a controller in respect of Personal Data disclosed to Deloitte Tax by or on behalf of the Client and processed in connection with the Contract and the Services and each of the Client and Deloitte Tax shall comply with its obligations as a controller under the Data Protection Legislation in respect of Personal Data processed by it in connection with the Contract and the Services.

(b)  The Client acknowledges that Deloitte Tax may process Personal Data as a controller for the purpose of, or

DocuSign Envelope ID: 9147B956-04D2-4946-9745-DBB05D3C0F33
Case 23-13359-VFP    Doc 1534    Filed 07/26/23    Entered 07/26/23 19:03:04    Desc Main
Document    Page 100 of 218
Bed Bath & Beyond Inc.
May 23, 2023
Page 69

in connection with the Services to comply with: (i) applicable legal, professional or regulatory requirements; (ii) requests and communications from competent authorities as permitted by law; and (iii) administrative, financial accounting, risk analysis, client relationship and other reasonable business purposes.

(c)  The Client shall collect any necessary permission, provide any necessary notice and do all such other things as are required under the Data Protection Legislation in order for it to disclose Personal Data to Deloitte Tax for the purposes described in Paragraph 19.1(b) and such other purposes as may be described in the Contract.

(d)  Deloitte Tax shall process the Personal Data as reasonably required to provide the Services, meet its legal or regulatory obligations or for its other reasonable business purposes (including quality control and administration) and may disclose Personal Data to any third parties including its Subcontractors, regulators and any party based in any jurisdiction including a jurisdiction outside the EEA provided that such disclosure is reasonably required in connection with such purposes and is at all times in compliance with the Data Protection Legislation that applies to Deloitte Tax in its performance of the Services.

## 19.2 If Deloitte Tax Is Acting As Data Processor

(a)  Where Deloitte Tax may process Personal Data as a processor Deloitte Tax shall: (i) only process Personal Data: (A) to the extent necessary to provide the Services; (B) in accordance with the specific reasonable instructions of the Client (except to the extent, in the reasonable opinion of Deloitte Tax, such instructions infringe the Data Protection Legislation or other applicable law, in which case Deloitte Tax shall notify the Client); or (C) as required by any competent authority or law that applies to Deloitte Tax in its performance of the Services; (ii) implement appropriate technical and organizational measures designed to provide a level of security appropriate to the risk relating to its processing of the Personal Data and any security measures specified in the Contract; (iii) keep, and require that its personnel and agents keep, Personal Data confidential in accordance with Deloitte Tax's confidentiality obligations contained in Paragraph 10(a); (iv) notify the Client in writing without undue delay, and provide reasonable cooperation after becoming aware of a personal data breach (that is, a breach of security leading to the accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to, Personal Data processed by Deloitte Tax) relating to Personal Data in Deloitte Tax's possession or control; (v) provide reasonable cooperation and assistance to the Client in relation to any request by a data subject to have access to Personal Data held about them or in relation to a reasonable request, allegation or complaint by a competent authority or data subject, including notifying the Client in writing without undue delay of receipt of any such request (except to the extent prevented from doing so by applicable law); (vi) be entitled to recover any reasonable costs incurred in complying with Paragraph 19.2(a)(v) above, or as result of assisting the Client in meeting its obligations under the Data Protection Legislation; (vii) subject to applicable legal, professional or regulatory requirements or business practices, at the reasonable request of the Client, delete or return all Personal Data to the Client on termination or expiry of the Contract and in such circumstance the provisions of Paragraph 19.1 apply.

(b)  To the extent required by Data Protection Legislation applicable to Deloitte Tax in its performance of the Services, Deloitte Tax shall maintain a record of its processing activities and provide such cooperation and information to the Client as is reasonably necessary for the Client to demonstrate compliance with its obligations pursuant to Data Protection Legislation. Such cooperation shall include permitting the Client, at the Client's sole cost and expense, to audit Deloitte Tax's compliance with this Paragraph 19.2 provided that (unless expressly required otherwise by any competent authority): (i) reasonable notice of not less than thirty (30) days is given of any proposed audit and the parties shall, acting reasonably, agree to the scope and parameters of any such audit; (ii) to the extent the audit scope is covered in any audit carried out for Deloitte Tax by an independent third party auditor within twelve (12) months prior to the Client's audit request and there have been no material changes to the controls audited, Deloitte Tax may share the report to the extent relevant to the Client and the disclosure of such report shall be deemed to satisfy the audit request made by the Client; (iii) where, acting reasonably, a specific audit is still required by the Client, such audit shall be conducted during regular business hours, subject to Deloitte Tax's policies and confidentiality requirements and may not unreasonably interfere with Deloitte Tax's business activities; (iv) the audit shall be subject to Deloitte Tax's duties of confidentiality owed to any of its

DocuSign Envelope ID: 91475950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 70

Case 23-13359-VFP    Doc 1534    Filed 07/26/23    Entered 07/26/23 19:03:04    Desc Main
Document    Page 101 of 218

clients, personnel or other parties; and (v) the rights granted in this Paragraph 19.2(b) may not be conducted more than once in any calendar year.

(c)   The Client authorizes Deloitte Tax to use any Subcontractor, including any Deloitte Entity, to process Personal Data as a subprocessor of Deloitte Tax provided that Deloitte Tax shall (i) procure that such processing is subject to a written contract or other legal act with such subprocessor containing data protection obligations no less onerous than those set out in this Paragraph 19.2; and (ii) remain liable for the acts and omissions of any such subprocessor with respect to the processing of Personal Data to the same extent Deloitte Tax would be liable if it had caused such acts or omissions. Deloitte Tax's material subprocessors who have been engaged to perform Services for Client, if any, are listed in the Contract.

(d)   Deloitte Tax shall be entitled to (i) transfer Personal Data to, and (ii) process Personal Data in, any jurisdiction including a jurisdiction outside the EEA, including to any Subcontractor, provided that such transfer is either permissible or legitimized by a valid transfer mechanism under Data Protection Legislation or as otherwise permitted under the Contract.

## 20.  Anti-corruption and Sanctions.

(a)   Deloitte Tax understands that the Client may be subject to laws that prohibit bribery and/or providing anything of value to government officials with the intent to influence that person's actions in respect of the Client. Deloitte Tax may be subject to similar laws and codes of professional conduct and has its own internal policies and procedures which prohibit illegal or unethical behaviors. In providing the Services, Deloitte Tax undertakes not to offer, promise or give financial or other advantage to another person with the intention of inducing a person to perform improperly or to reward improper behavior for the benefit of the Client, in each case, in violation of applicable law.

(b)   Each party shall comply with all economic sanctions, export control, and import laws and regulations applicable to it in (or having an impact on) providing and receiving the Services under this Contract. The parties recognize that such laws and regulations restrict the export and reexport of the Services and Deliverables to jurisdictions subject to territorial economic sanctions (currently, e.g., Russia).

## 21.  Disclosure Laws.

The Deloitte Entities may be obligated to notify relevant authorities of certain types of arrangements and of proposals to implement such arrangements. The decision to make such a notification, its timing and content, is a matter that the Deloitte Entities reserve entirely to their sole discretion. The Deloitte Entities may also be obligated to notify those authorities of the participants in those arrangements. The Client may also have obligations under the same legislation to give notification of such arrangements. Where there are other current or future laws or regulations in any jurisdiction that require disclosure relevant to the Deloitte Entities Services, the Deloitte Entities will also comply with those disclosure requirements. For the avoidance of doubt nothing in this Contract restricts the Client from disclosing any Deliverables or other Advice to any relevant authority.

## 22.  Counterparts and Language.

This Contract may be signed in any number of counterparts (whether such counterparts are original or fax or in the form of a pdf attachment to an e-mail). Each signed counterpart shall be deemed to be an original thereof, but all the counterparts shall together constitute one and the same instrument. Where there are versions of the Contract in the English language and another language, in the event of any discrepancies between versions, the English language version shall prevail.

## 23.  Entire Agreement, Modification and Effectiveness.

Nothing discussed prior to execution of the Contract induced, nor forms part of, the Contract except to the extent

DocuSign Envelope ID: 9147B950-04D2-4946-9745-DBB05D3C0F33

repeated in this Contract. This Contract supersedes any previous agreement, understanding or communication, written or oral, relating to its subject matter. No variation to the Contract shall be effective unless it is documented in writing and signed by authorized representatives of both parties, provided, however, that the scope of the Services may be changed by agreement of the parties in writing, including by e-mail or fax. If Deloitte Tax has already started work (e.g., by gathering information, project planning or giving initial advice) at the request of the Client then the Client agrees that this Contract is effective from the start of such work.

## 24.  Survival and Interpretation and Third-Party Beneficiary.

(a)  Any provisions of the Contract which either expressly or by their nature extend beyond the expiration or termination of this Contract shall survive such expiration or termination.

(b)  If any provision of the Contract is found by a court of competent jurisdiction or other competent authorities to be unenforceable, in whole or in part, such provision or the affected part shall not affect the other provisions, but such unenforceable provision shall be deemed modified to the extent necessary to render it enforceable, preserving to the fullest extent permissible the intent of the parties set forth herein. **Each of the provisions of the Contract or any Work Order shall apply to the fullest extent of the law, whether in contract, statute, tort (including without limitation negligence), or otherwise, notwithstanding the failure of the essential purpose of any remedy.** Any references herein to the term "including" shall be deemed to be followed by "without limitation".

(c)  Deloitte Entities are intended third-party beneficiaries of the Contract. Each such Deloitte Entity may in its own right enforce such terms, agreements and undertakings.

## 25.  Governing Law and Submission to Jurisdiction.

This Contract, and all matters relating to it (including non-contractual obligations) shall be governed by, and construed in accordance with, the laws of the State of New York (without giving effect to the choice of law principles thereof). Any action or proceeding arising out of or relating to this Contract or the Services shall be brought and maintained exclusively in New York County, the State of New York. Subject to Paragraph 26, the parties hereby expressly and irrevocably: (i) submit to the exclusive jurisdiction of such courts for the purposes of any such action or proceeding and (ii) waive, to the fullest extent permitted by law, any defense of inconvenient forum to the venue and maintenance of such action in any such courts. Nothing in this paragraph will prevent either party, at any time before or after the dispute resolution procedures are invoked, from commencing legal proceedings to protect any intellectual property rights, trade secrets or confidential information or to preserve any legal right or remedy. **DELOITTE TAX AND THE CLIENT HEREBY IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY LAW, ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM RELATING TO THE CONTRACT.**

## 26.  Dispute Resolution.

The parties agree to attempt in good faith to resolve any dispute or claim arising out of or in connection with the Contract promptly through negotiations between senior management. If the matter is not resolved through negotiation, then either party may request that a good faith attempt is made to resolve the dispute or claim by participating in an Alternative Dispute Resolution ("ADR") procedure. If the dispute or claim has not been resolved within sixty (60) days of a request being made for reference to ADR, then legal proceedings may be commenced in respect of the matter. Nothing in this paragraph prevent either party, at any time before or after the dispute resolution procedures are invoked, from commencing legal proceedings to protect any intellectual property rights, trade secrets or confidential information or to preserve any legal right or remedy.

## 27.  Third Parties and Internal Use.

Deloitte Tax acknowledges that Deloitte Tax has not placed any limitations on the Client's disclosure of the tax treatment or tax structure associated with the tax services or transactions described in the Contract. Nothing in

DocuSign Envelope ID: 9147B950-04D2-4946-9745-0BB05D3C0F33

Bed Bath & Beyond Inc.
May 23, 2023
Page 72

this paragraph shall be construed as limiting or restricting disclosure of the tax treatment or tax structure of the transaction as described in Rule 3501(c)(i) of PCAOB Release 2005-014, or IRC sections 6011 and 6111 and related IRS guidance. The Client acknowledges that none of its other advisors have imposed or will impose any conditions of confidentiality with respect to the tax treatment or tax structure associated with the tax services or transactions described in the Contract. All Services shall be solely for the Client's informational purposes and internal use, and this engagement does not create privity between Deloitte Tax and any person or party other than the Client ("third party"). This engagement is not intended for the express or implied benefit of any third party. Unless otherwise agreed to in writing by Deloitte Tax, no third party is entitled to rely, in any manner or for any purpose, on the advice, opinions, reports, or other Services of Deloitte Tax. In the event of any unauthorized reliance, the Client agrees to indemnify and hold harmless Deloitte Tax and its personnel from all third-party claims, liabilities, costs and expenses.

Bed Bath & Beyond Inc.
May 23, 2023
Page 73

## Deloitte Tax LLP Privacy Statement

Last revised: January 1, 2023

**Introduction**

This Privacy Statement explains what personal information we may collect about you in connection with our services engagement and how this personal information may be used and shared. This Privacy Statement also sets out your rights in relation to your personal information and tells you who you can contact if you have questions.

**To whom does this Privacy Statement apply and what does it cover?**

**This Privacy Statement applies to Deloitte Tax LLP (also referred to as "Deloitte Tax", "we", "us", and "our"), an entity within the Deloitte Network.** As used in this Privacy Statement, the "Deloitte Network" refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its network of member firms and their related entities. DTTL and each of its member firms are legally separate and independent entities. Please see deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu Limited and its member firms.

This Privacy Statement applies to how we will process your personal information as part of our provision of tax, social security and (in certain jurisdictions outside of the United States) immigration related services as may be relevant to you. Deloitte Tax is providing these services either under a direct contract with you or via a contract with another person (such as a company or a partnership or a trustee) who has asked us to provide the services.

Your personal information will be protected and handled with consideration for its confidentiality and Deloitte Tax will only disclose it asset out in the "To whom will we disclose your personal information?" section below.

In this Privacy Statement, we refer to handling, collecting, protecting and storing your personal information as "processing".

**What personal information do we collect?**

Deloitte Tax may collect personal information relating to you such as:

- name
- contact details (such as work or home address, email and phone numbers) date of birth
- government identifiers (such as social security number and passport details)
- financial information
- calendar data (where applicable)

In order to provide services to you, Deloitte Tax may receive and also need to process personal information about you that may be considered special category (or "sensitive") personal information under certain U.S. State laws (special category personal information is considered to include information about your social security, driver's license, state identification card, or passport numbers; non-Deloitte account username or number or financial account, debit card, or credit card number in combination with credentials allowing access to such accounts; racial or ethnic origin; immigration or citizenship status; religious or philosophical beliefs; trade union membership; genetic or biometric data for identification purposes; precise geolocation; political opinions; medical or health conditions; or sex life or sexual orientation. Sensitive personal information also includes the contents of your personal mail, email, or text messages unless we are the intended recipient). Special category personal information about you includes information that may be reasonably inferred from other information that we receive.

Where we receive special category personal information or other information from which special category personal information can be reasonably inferred, we will, where required by law, require explicit consent in order to process it.

**How do we collect personal information?**

Deloitte Tax may collect personal information about you in different ways:

- you may provide it directly to us
- we may obtain it because of the services that Deloitte Tax provides or has previously provided
- we may receive it from other members of the Deloitte Network or from third parties, such as your employer/partnership, or a tax authority and/or other relevant authority/administrative bodies
- we may observe or infer it from the information you provide to us and/or the way you interact with us

This personal information can be received in any manner, including in-person discussions, telephone conversations, and electronic or other written communications.

Without access to all the personal information that we need, we may be unable to provide or complete the services.

Where another party (such as a company or a partnership or any third parties acting on your or their behalf) provides your personal information to us, they must also comply with their obligations under the relevant privacy laws and regulations. If you believe that the entity for whom you work or a third party has not provided you with details of the personal information that it holds about you and/or has not obtained your authority to provide us with that personal information for processing as described in this Privacy Statement, then please contact such entity directly.

**Disclosing personal information to us relating to third parties**

If any personal information which you provide to us relates to any third party, for example a spouse or civil partner, individuals(including children) who depend on you financially, or a joint account holder or a beneficiary or trustee of a trust, then by providing us with their personal information you will need to ensure that you have obtained any necessary permissions from those persons to the use of their personal information in the way set out in this Privacy Statement, or you are otherwise permitted to give us this personal information. You should share a copy of this Privacy Statement with those other individuals before disclosing any personal information about them to us.

**How do we use your personal information?**

Deloitte Tax processes personal information about you to:

- establish or maintain our relationship with you
- provide services to you and/or family member(s) or to the entity that has engaged us to provide the services

We may also use your personal information for the purposes of, or In connection with:

- compliance with applicable legal, regulatory or professional requirements
- protecting our rights and/or property

Any personal information that we have about you may be de-identified and maintained and used by us without re-identifying such information. Such de-identified information is not subject to the terms of this Privacy Statement.

**On what basis do we process personal information about you?**

This Privacy Statement sets out the grounds upon which we rely in order to process your personal information.

We may use your personal information for the purposes outlined above because:

(a) where relevant, we have a contract with you to provide services and processing your personal information is necessary for the performance of such contract;

or (b) we have a legitimate interest in processing your personal information, which may be to:

- provide services to you and/or to the entity that has engaged us to provide the services;
- support the management of our client engagements;
- evaluate, develop or improve our services or products; or
- protect our business interests;

or (c) we are subject to legal, regulatory or professional obligations.

**To whom will we disclose your personal information?**

In connection with one or more of the purposes outlined in this Privacy Statement, we may disclose your personal information to:

- other members of the Deloitte Network
- those with whom you have requested us to share information, such as your spouse or civil partner
- competent authorities, including courts and authorities regulating us or another member of the Deloitte Network, in each case to comply with legal, regulatory or professional obligations or requests
- vendors and administrative, support, infrastructure and other service providers handling your information on our behalf; in each case, such vendors and service providers will be contractually bound by confidentiality and privacy obligations consistent with the obligations in this Privacy Statement
- third parties to whom we disclose information in the course of providing services to you or to the entity that has engaged us to provide the services

Any personal information that we have referenced above under "What personal information do we collect?" may be disclosed to the third parties identified in this section for the purposes set forth herein.

© 2023. For information, contact Deloitte Touche Tohmatsu Limited.

DocuSign Envelope ID: 91473950-04D2-4946-9745-DBB05D3C0F32

Case 23-13359-VFP    Doc 1534    Filed 07/26/23    Entered 07/26/23 19:03:04    Desc Main
Document      Page 105 of 218

Bed Bath & Beyond Inc.
May 23, 2023
Page 74

## Deloitte Tax LLP Privacy Statement

Last revised: January 1, 2023

Please note that some of the recipients of your personal information referred to above may be based in countries or regions without data protection rules similar to those in effect in your area of residence. In such cases, adequate safeguards will be in place to protect your personal information.

For further details about the transfers described above and the adequate safeguards used by Deloitte Tax with respect to such transfers, please contact us using the details below.

**Do we sell your personal information?**

We do not sell your personal information.

**How do we keep your personal information secure?**

We have in place reasonable commercial standards of technology and operational security to protect your personal information from loss, misuse and unauthorized access, disclosure, alteration or destruction. Only authorized personnel, with appropriate awareness of privacy obligations, are provided access to your personal information.

**How long will we keep your information?**

We retain personal information as long as is necessary to fulfill the purposes identified in this Privacy Statement or (i) as otherwise necessary to comply with applicable laws or professional standards, or (ii) as long as the period in which litigation or investigations might arise in respect of our services.

**What are your rights in relation to your personal information?**

You may have various rights in relation to your personal information. In particular, you have a right to:

- obtain confirmation that we are processing your personal information and request a copy of the personal information we hold about you
- ask that we update the personal information we hold about you, or correct such information that you think is inaccurate or incomplete

Depending on the jurisdiction in which you are located, you may also have the right to:

- ask that we delete personal information that we hold about you, or restrict the way in which we use your personal information
- withdraw consent to our processing of your personal information (to the extent our processing is based on your consent)
- ask us to stop or start sending you marketing messages at any time
- obtain and/or move your personal information to another service provider
- object to our processing of your personal information
- request that we provide the following information regarding the personal information we hold about you
  - the categories and/or specific pieces of personal information we collected
  - the categories of sources from which personal information is collected
  - the business or commercial purpose for collecting personal information
  - the categories of third parties with whom we shared personal information

Where our processing of special category personal information is reliant on your consent and you withdraw that consent, we will cease processing the relevant information for the purposes of providing our services and the effect maybe that we are no longer able to provide the services.

However, we may still retain a copy of the relevant information for as long as necessary to comply with applicable laws or professional standards, or as long as the period in which litigation or investigations might arise in respect of our services.

To exercise any of your rights under applicable law described above regarding your personal information, complete our Personal Information Request Form or call us at this toll-free number +1-844-919-0711. When calling us, please provide your full name, mailing address, email address and the specific type of request you are making. You may also have a right to appeal a denial of your request by completing the Personal Information Request Appeal Form (available at https://datasubject.deloitte.com/appeal-form).

For individuals in the EU and Switzerland, you may contact your European or Swiss data protection authority regarding our processing of your personal information.

We will not discriminate against you for exercising any of your rights with respect to your personal information.

**How do we verify your identity when you submit a data subject request?**

For certain personal information requests, we must first verify your identity before processing your request. To do so, we may ask you to provide us with your full name, contact information, and relationship to Deloitte. Depending On your request, we may ask you to provide additional information. Once we receive this information, we will then review it and determine whether we are able to match it to the information Deloitte maintains about you to verify your identity.

**How do we process third party requests?**

If you are submitting a personal information request on behalf of someone other than yourself, please complete our Personal Information Request Form (https://datasubject.deloitte.com/) and include proof that you are authorized to make the request. This may be in the form of a written authorization signed by the person whom you are acting on behalf of or a valid power of attorney.

**Privacy Shield Statement**

Deloitte LLP and its United States affiliates, including Deloitte Tax, adhere to the EU-U.S. and Swiss Privacy Shield Framework as set forth by the U.S.

Department of Commerce with respect to personally identifiable information that is transferred from the European Economic Area, the United Kingdom and Switzerland to the United States within the scope of their Privacy Shield certifications. To learn more, see our Privacy Shield Notice (available at https://www2.deloitte.com/us/en/footerlinks1/privacy-shield.html?icid=bottom%20_privacy-shield).

**Changes to this Privacy Statement**

In addition to describing our current privacy practices, this Privacy Statement also describes the categories of personal information we collected, disclosed, or sold during the preceding 12 months. We may modify or amend this Privacy Statement from time to time at our discretion. When we make changes to this Privacy Statement, we will amend the revision date at the top of this page and the modified or amended Privacy Statement shall apply to you and your personal information as of that revision date. We encourage you to review the Privacy Statement on our website (available at https://www2.deloitte.com/us/en/footerlinks1/tax-privacy.html?icid=bottom_tax-privacy) periodically to be informed about how we are protecting your personal information.

**Contact us**

If you have any questions or concerns regarding this Privacy Statement or your personal information, please contact our data protection officer by email at USPrivacyQuestions@deloitte.com or call us at +1-844-919-0711. Our European Union representative, Deloitte Tax EU Privacy Rep Limited, can be contacted by email at EURepresentative@deloitte.com.

© 2023. For information, contact Deloitte Touche Tohmatsu Limited.

## Exhibit 2

**Tax Restructuring Engagement Letter**

DocuSign Envelope ID: 1BE14668-AA2B-4934-B12A-53E8C5F6C927

# Deloitte.

**Deloitte Tax LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel: 212-492-4000
Fax: 212-489-1687
www.deloitte.com

June 16, 2023

Ms. Laura Crossen
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

Dear Ms. Crossen:

Thank you for choosing Deloitte Tax LLP ("Deloitte Tax" or "our") to provide tax advisory services (the "Services") to Bed Bath & Beyond Inc. and its subsidiaries and/or affiliates ("Client") in connection with Client's bankruptcy filing under Chapter 11 of Title 11 the U.S. Code. This engagement letter (the "Engagement Letter") describes the scope of our Services, the respective responsibilities of Deloitte Tax and Client, and the fees associated with such Services.

Client and Deloitte Tax agree that the terms of this Engagement Letter will apply to all Services provided by Deloitte Tax to Client during the period beginning April 23, 2023 through the date on which Client emerges from bankruptcy, unless such services are the subject of a separate written agreement entered into between Deloitte Tax and Client.

## SCOPE OF SERVICES

Deloitte Tax has agreed to perform the Services set forth below related to tax matters arising in connection with Client's debt restructuring and/or bankruptcy filing. The Services, as requested by Client and agreed to by Deloitte Tax, are as follows:

a) Advise Client as it consults with its legal and financial advisors on the cash tax effects of restructuring, bankruptcy, and the post-restructuring tax profile, including transaction costs and/or plan of reorganization tax costs, and the cash tax effects of the Chapter 11 filing and emergence transaction, including obtaining an understanding of Client's financial advisors' valuation model to consider the tax assumptions contained therein;

b) Advise Client regarding the restructuring and bankruptcy emergence process from a tax perspective, including analyzing various structuring alternatives and modification of debt;

c) Advise Client on the cancellation of indebtedness income for tax purposes under Internal Revenue Code ("IRC") section 108, including cancellation of debt income generated from a restructuring, bankruptcy emergence transaction, and/or modification of the debt;

d) Advise Client on post-restructuring tax attributes and post-bankruptcy tax attributes (tax basis in assets, tax basis in subsidiary stock and net operating loss carryovers) available under the applicable tax regulations and the reduction of such attributes based on Client's operating projections, including a technical analysis of the effects of Treasury Regulation Section 1.1502-28 and the interplay with IRC sections 108 and 1017;

e) Advise Client on the tax consequences resulting from a section 382 "ownership change" including analyzing the net built-in gain or net built-in loss position;

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C227

Bed Bath & Beyond Inc.
June 16, 2023
Page 2

f)   If eventually applicable, advise Client on the effects of tax rules under IRC sections 382(l)(5) and (l)(6) pertaining to the post-bankruptcy net operating loss carryovers and limitations on their utilization, and Client's ability to qualify for IRC section 382(l)(5).

g)   Advise Client as to the treatment of post-petition interest for federal and state income tax purposes, including the applicability of the interest limitations under IRC section 163(j);

h)   Advise Client as to the state and federal income tax treatment of pre-petition and post-petition reorganization costs including restructuring-related professional fees and other costs, the categorization and analysis of such costs, and the technical positions related thereto;

i)   Advise Client with its evaluation and modeling of the tax effects of liquidating, disposing of assets, merging or converting entities as part of the restructuring, including the effects on federal and state tax attributes, state incentives, apportionment and other tax planning;

j)   Advise Client on state income tax treatment and planning for restructuring or bankruptcy provisions in various jurisdictions including cancellation of indebtedness calculations, adjustments to tax attributes and limitations on tax attribute utilization;

k)   Advise Client on responding to tax notices and audits from various taxing authorities;

l)   Assist Client with identifying potential tax refunds and advise Client on procedures for tax refunds from tax authorities;

m)  Advise Client on income tax return reporting of restructuring and/or bankruptcy issues and related matters;

n)   Assist Client with documenting as appropriate, the tax analysis, development of Client's opinions, recommendation, observations, and correspondence for any proposed restructuring alternative tax issue or other tax matter described above (does not include preparation of information for tax provision or financial reporting purposes);

o)   Advise Client with non-U.S. tax implications and structuring alternatives;

p)   Advise Client with its efforts to calculate tax basis in the stock of each of Client's subsidiaries or other equity interests;

q)   Advise Client with its efforts to calculate tax basis in assets by entity;

r)   As requested by Client and as may be agreed to by Deloitte Tax, advise Client regarding other state, federal, or international income tax questions that may arise in the course of this engagement;

s)   As requested by Client and as may be agreed to by Deloitte Tax, assist in documenting as appropriate, the tax analysis, development of Client's opinions, recommendation, observations, and correspondence for any proposed debt restructuring or combination alternative tax issue or other tax matter described above; and

DocuSign Envelope ID: 3BE14668-AA2B-4934-B12A-53E8C5F6C937

Bed Bath & Beyond Inc.
June 16, 2023
Page 3

     t)    As requested by Client and as may be agreed to by Deloitte Tax, advise Client regarding other state or federal income tax questions (e.g., ability to take worthless stock deduction) that may arise in the course of this engagement.

The performance of the Services by Deloitte Tax may be based upon a review of various documentation including, but not limited to, legal opinions and books and records (collectively, "books and records") relevant to Client's transactions and business activity that Client provides to Deloitte Tax. With respect to such Services, Deloitte Tax is entitled to assume without independent verification the accuracy of all representations, assumptions, information and data provided by Client and its representatives. Deloitte Tax may ask Client to clarify or supplement information provided in this context.

From time to time additional Deloitte Tax services may be requested by Client, at which point, and to the extent agreed to by Deloitte Tax, an addendum ("Addendum") setting forth the scope of such services and the effective date of the performance thereof shall be executed as an addition to this Engagement Letter. The Addendum shall be executed by authorized representatives of Client and Deloitte Tax and shall become a part of this Engagement Letter. In the event of any inconsistency in the terms set forth in this Engagement Letter and the attached General Business Terms and Privacy Notice, the terms of this Engagement Letter shall control. In the event of any inconsistency in the terms set forth in this Engagement Letter and the terms of any Addendum hereto, the terms of this Engagement Letter shall control. Notwithstanding the immediately preceding sentence, in the event that an Addendum expressly provides that certain provisions therein shall control over specified provisions of this Engagement Letter, then, to the extent that such provisions of the Addendum conflict or are inconsistent with the specified provisions of this Engagement Letter, such provisions of the Addendum shall control. If an Addendum is not executed, as previously described, the terms of this Engagement Letter will apply to the additional Deloitte Tax services provided.

## TAX POSITIONS AND POTENTIAL PENALTIES

In accordance with our professional standards, should Deloitte Tax become aware during the performance of our Services of tax positions for which Client or Deloitte Tax may be subject to potential penalties by taxing authorities, Deloitte Tax will discuss whether such penalties may be avoided through adequate disclosure to taxing authorities. Client should be aware that in certain instances, the disclosure requirements applicable to Deloitte Tax, as a tax return preparer, may exceed those applicable to Client.

## ECONOMIC SUBSTANCE PENALTY

Federal law imposes a strict liability penalty of 20% (or 40% for transactions not adequately disclosed) of the portion of any underpayment attributable to the disallowance of claimed tax benefits by reason of a transaction failing to meet the requirements of the codified economic substance doctrine (IRC section 7701(o)) or any similar rule of law. Where Deloitte Tax advises whether the codified doctrine is relevant to any of Client's transaction(s), such analysis will be based on existing judicial, regulatory and administrative guidance. Client should understand that, because the Internal Revenue Service ("IRS") has not provided substantive guidance regarding the relevance of the codified doctrine or when the associated penalty will be asserted, the IRS could assert that Client's transaction fails the requirements of the codified doctrine and assert the associated penalty notwithstanding Deloitte Tax's analysis or conclusion that the codified doctrine is not relevant. Due to the strict liability nature of the penalty, Client cannot show reasonable cause by establishing reliance upon any advice received from Deloitte Tax.

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C927

Bed Bath & Beyond Inc.
June 16, 2023
Page 4

**REPORTABLE TRANSACTIONS**

The IRS and several states have promulgated rules that require taxpayers to disclose their participation in reportable transactions by attaching a disclosure form to their federal and/or state income tax returns and, when necessary, by filing a copy of that disclosure form with the IRS and/or the applicable state authority. These rules impose significant disclosure obligations that may encompass transactions entered into in the normal course of business. The Services that are the subject of this Engagement Letter do not include any obligation by Deloitte Tax to identify any reportable transactions or disclosure obligations. Any services regarding reportable transactions will be provided under the terms of a separate engagement letter. Client is responsible for ensuring that it has properly disclosed all reportable transactions; failure to make required disclosure will result in substantial penalties. Deloitte Tax will not be liable for any penalties resulting from Client's failure to accurately and timely file any required reportable transaction disclosure.

**ACKNOWLEDGMENTS AND AGREEMENTS**

The Services will be performed in accordance with the *Statement on Standards for Consulting Services* established by the American Institute of Certified Public Accountants ("AICPA"). Services to be performed by Deloitte Tax will be established by mutual agreement and can be changed or modified in the same manner. Deloitte Tax will promptly inform Client of any circumstances that warrant a change in the scope of the specific services to be provided, and similarly, Client agrees to notify Deloitte Tax promptly if modifications to the Services are requested.

Client acknowledges and agrees that the Services provided pursuant to this Engagement Letter will be based solely upon:

  a) The representations, information, documents and other facts provided to Deloitte Tax by Client, its personnel and any representatives thereof;

  b) Deloitte Tax's assumption that there will be timely execution, delivery, and performance, as may be required, by any representation or documents submitted by Client with respect to the Deloitte Tax Services;

  c) Client's understanding that Deloitte Tax will only be responsible to provide tax advice with respect to the specific matter, transaction or question actually presented by Client, including the type of tax and the taxing jurisdiction specifically identified by Client (e.g., federal, foreign, state, local, sales, excise, etc.);

  d) Client's understanding that any tax advice provided pursuant hereto will be based upon the law, regulations, cases, rulings, and other tax authority in effect at the time specific tax advice is provided. If there are subsequent changes in or to the foregoing tax authorities (for which Deloitte Tax shall have no specific responsibility to advise Client), Client acknowledges that such changes may result in that tax advice being rendered invalid or necessitate (upon Client's request) a reconsideration of that prior tax advice;

  e) Client's understanding that the results of Deloitte Tax's tax advice may be audited and challenged by the IRS and other tax agencies, who may not agree with our positions. In this regard, Client understands that the result of any tax advice is not binding on the IRS, other tax agencies or the

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C937

Bed Bath & Beyond Inc.
June 16, 2023
Page 5

courts and should never be considered a representation, warranty, or guarantee that the IRS, other tax agencies or the courts will concur with our advice or opinion;

f)   Client's understanding that the review of documents [and tax returns] under this Engagement Letter does not constitute an engagement to provide audit, compilation, review or attest services as described in the pronouncements on professional standards issued by the AICPA or the U.S. Public Company Accounting Oversight Board;

g)   Client's understanding that Deloitte Tax, as a result of providing such tax advice, is under no obligation to represent Client with respect to any such challenge or an administrative or judicial challenge thereof.  Deloitte Tax may be available to represent Client before the appropriate taxing authorities, if permissible, for an additional fee that is mutually agreed upon; and

h)   Client's understanding that Client will maintain ultimate responsibility for all management decisions and management functions.  Client understands and agrees that the ultimate responsibility with respect to the appropriate application and interpretation of any oral or written communications rests with management of Client.  Deloitte Tax will not be held liable for any misinterpretations of oral or written communications regarding the application of tax advice.

Although Deloitte Tax may in certain circumstances provide Client with drafts of a deliverable before it is finalized, Client understands that Client may not rely upon any of the analysis, conclusions, or recommendations unless and until the final deliverable is issued.  Any part of our analysis, including the recommendations or conclusions may change between the time of any draft and the issuance of a final deliverable.

## CONSENT FOR DISCLOSURE AND USE OF TAX RETURN INFORMATION

Client authorizes that any and all information (i) furnished to Deloitte Tax for or in connection with the Services under this Engagement Letter, (ii) derived or generated by Deloitte Tax from the information described in (i) above, or (iii) associated with prior years' tax return information in the possession of Deloitte Tax may, for a period of up to eight (8) years from the end of the tax year to which the information relates, be disclosed to and considered and used by any Deloitte Tax affiliate, related entity (or its affiliate) or subcontractor, in each case, whether located within or outside the United States, engaged directly or indirectly in providing Services under this Engagement Letter, tax planning or preparation of tax returns, audited financial statements, or other financial statements or financial information as required by a government authority, municipality or regulatory body.  Additionally, Client authorizes Deloitte Tax to disclose Client's tax information to Client's legal and other advisors and necessary.  Disclosures under this paragraph may consist of all information contained in Client's tax returns; if Client wishes to request a more limited disclosure of tax return information, Client must inform Deloitte Tax. Client acknowledges that Client's tax return information may be disclosed to Client's legal and other advisors and Deloitte Tax affiliates, related entities (or their affiliates) or subcontractors located outside the United States.

## FEES AND EXPENSES

The Deloitte Tax fees for Services are based on the amount of professional time incurred and the below agreed-upon hourly rates.  The hourly rates vary depending upon the experience level of the professionals involved.  In addition, the hourly rates of Washington National Tax and other subject matter specialists exceed the hourly rates of our local office professionals.

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C927

Bed Bath & Beyond Inc.
June 16, 2023
Page 6

| | |
|---|---|
| Partner/Principal/Managing Director | $670 |
| Senior Manager | $600 |
| Manager | $500 |
| Senior | $250 |
| Staff | $200 |

In the normal course of business, Deloitte Tax revises its hourly rates to reflect changes in responsibilities, increased experience, geographical differentials, and increased costs of doing business. Changes in the foregoing agreed-upon hourly rates will be subject to Client's approval in advance and will be noted on the invoices for the first time period in which the revised rates become effective.

Reasonable out-of-pocket expenses, including travel (with air travel based on coach fares), and an allocation of estimated administrative and technology costs incurred (e.g., report production, research materials, document delivery services, and other administrative and technology costs) are reflected as additional amounts on the bills.

In addition, in connection with the engagement Deloitte Tax will be entitled to compensation for any time and actual reasonable out-of-pocket expenses including, without limitation, reasonable legal fees and expenses that may be incurred in considering or responding to discovery requests or other requests for documents or information, or in participating as a witness or otherwise in any legal, regulatory, or other proceedings relating to the Client, including, without limitation, those relating to Client but arising other than as a result of or in connection with this agreement.

Upon the commencement of any Chapter 11 proceeding, Deloitte Tax expects to apply for compensation for professional services rendered and for reimbursement of expenses incurred, in accordance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, the applicable local rules of bankruptcy procedure (the "Local Rules") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under Bankruptcy Code § 330. In such event, payment of fees and reimbursement of expenses will be subject to ultimate allowance and approval by the Bankruptcy Court (as defined below). However, in the interim, Client will ask the Bankruptcy Court for approval to allow Deloitte Tax to submit invoices to Client for prompt payment in accordance with the Local Rules or practices of the Bankruptcy Court regarding monthly payment of professional fees and expenses. Accordingly, Deloitte Tax will provide Client with an invoice on a periodic basis, with the invoice due and payable pursuant to the payment procedures adopted by the Bankruptcy Court in Client's Chapter 11 proceeding. If applicable, payment of these invoices will be made by Client on an interim basis subject to approval and allowance upon application to and order by the Bankruptcy Court.

Client agrees that Client will promptly seek the Bankruptcy Court's approval of this engagement and the Engagement Letter. The application, proposed order and other supporting documents (collectively, the "Application") submitted to the Bankruptcy Court seeking its approval of this engagement must be satisfactory to Deloitte Tax in all respects. In addition to Deloitte Tax's other rights or remedies hereunder, Deloitte Tax may, in its sole discretion and without any liability arising there from, terminate this engagement in the event that (a) a third party objects or threatens to object, or Deloitte Tax reasonably believes that a third party may object, in the form of an objection or otherwise, to Deloitte Tax's retention by Client on the terms and conditions set forth in this Engagement Letter, (b) a final order authorizing the employment of Deloitte Tax is not issued by the Bankruptcy Court on or before sixty (60) days from the filing date of Client's Chapter 11 petition on the terms and conditions set forth herein, or on such other

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C327

Bed Bath & Beyond Inc.
June 16, 2023
Page 7

terms and conditions as are satisfactory to Deloitte Tax, or (c) the Application is denied by the Bankruptcy Court.  In such event, Client hereby agrees to withdraw or amend, promptly upon Deloitte Tax's request, any Application filed or to be filed with the Bankruptcy Court to retain Deloitte Tax's services in the Chapter 11 proceeding.

For purposes of this Engagement Letter, "Bankruptcy Court" shall mean the United States Bankruptcy Court with which Client files a Chapter 11 petition.

## ACCEPTANCE

This Engagement Letter, together with the General Business Terms attached hereto, constitutes the entire agreement between Client and Deloitte Tax with respect to this engagement, supersedes all other oral and written representations, understandings or agreements relating to this engagement, and may not be amended except by the mutual written agreement of the Client and Deloitte Tax.

Please indicate your acceptance of this agreement by signing in the space provided below and returning a copy of this Engagement Letter to our office.  Your signature constitutes Client's consent to disclosure and use of Client's tax return information in the manner described above.  Your signature also constitutes acknowledgment of receipt of the attached Privacy Notice.  Thank you for giving Deloitte Tax the opportunity to serve you.  If you have any questions regarding the Services described in this Engagement Letter, or any other assistance that Deloitte Tax may provide to you, please feel free to contact me at 212-436-7815.

Very truly yours,

DELOITTE TAX LLP

By: _____

Elias Tzavelis

Partner

AGREED AND ACCEPTED

Bed Bath & Beyond Inc., on behalf of itself and its subsidiaries and/or affiliates

By: _____

Laura Crossen

Date: 6/20/2023  _____

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C937

Bed Bath & Beyond Inc.
June 16, 2023
Page 8

**<u>DELOITTE TAX LLP GENERAL BUSINESS TERMS</u>**

**1.  Contract and Parties.**

(a)  The engagement letter and any appendices and exhibits other than these General Business Terms ("Engagement Letter") issued by Deloitte Tax LLP ("Deloitte Tax") and addressed to the Client, a particular work order associated with such Engagement Letter ("Work Order"), if any, and these General Business Terms (together, the "Contract") constitute the whole agreement between the Client and Deloitte Tax in relation to the services, delivered work product (including Advice as defined below) described in the Contract to be provided by Deloitte Tax (the "Services") and Deloitte Tax's responsibilities for providing the Services. Capitalized terms not defined in these General Business Terms shall have the meaning given to them in the Engagement Letter.

(b)  This Contract is between the Client and Deloitte Tax. For the purposes of this Contract:

"Client" shall mean the entity specified in the Engagement Letter and shall include such of the Client's subsidiaries and/or affiliates as identified in the Engagement Letter and/or Work Order or, if none is identified, all of the Client's subsidiaries and affiliates. The signatory of the Engagement Letter represents and warrants that it has the power and authority to (i) sign the Contract, and (ii) to bind, itself and its subsidiaries and/or affiliates.

"Advice" shall mean all advice, opinions, reports and other work product in any form (including Deliverables) provided by or on behalf of Deloitte Tax and/or its Subcontractors as part of the Services.

"Content" means any publications, thought pieces or other content or materials that are provided by Deloitte Tax or through the Deloitte Technologies that are not an output of the Services.

"Deliverables" means any and all tangible work outputs of the Services to be delivered by Deloitte Tax as part of the Services, including written returns, reports, documents and other materials.

(c)  Deloitte Tax may subcontract any Services under this Contract to any other Deloitte Entity and/or to any other third party, in either case whether within or outside of the United States (collectively "Subcontractor"). Additionally, Deloitte Tax may utilize other Deloitte Entities and third parties (in either case whether within or outside the United States) to provide administrative, infrastructure, hosting, the use of cloud-based solutions and other support services to Deloitte Tax (including with respect to the Deloitte Technologies). The Client's relationship is solely with Deloitte Tax as the entity contracting to provide the Services. Each party to the Contract is an independent contractor and neither party is, nor shall be considered to be, the other's agent, distributor, partner, fiduciary, joint venturer, co-owner, or representative.

(d)  Deloitte Tax remains responsible to the Client for all of the Services performed or to be performed under this Contract, including Services performed by its Subcontractors. Accordingly, to the fullest extent possible under applicable law (i) none of the Deloitte Entities (except Deloitte Tax) will have any liability to the Client; (ii) the Client will not bring any claim or proceedings of any nature (whether in contract, tort, breach of statutory duty or otherwise, and including, but not limited to, a claim for negligence) in any way in respect of or in connection with this Contract against any of the Deloitte Entities (except Deloitte Tax); and (iii) the Client will also ensure that no Client subsidiary or affiliate which is not a party to the Contract brings any claim or proceedings of any nature (whether in contract, tort, breach of statutory duty or

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C927

Bed Bath & Beyond Inc.
June 16, 2023
Page 9

otherwise, and including, but not limited to, a claim for negligence) in any way in respect of or in connection with this Contract against any of the Deloitte Entities.

(e) "Deloitte Entities" means Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its member firms and their respective subsidiaries and affiliates (including Deloitte Tax), their predecessors, successors and assignees, and all partners, principals, members, owners, directors, employees, subcontractors (including the Subcontractors) and agents of all such entities. Neither DTTL nor, except as expressly provided herein, any member firm of DTTL, has any liability for each other's acts or omissions. Each member firm of DTTL is a separate and independent legal entity operating under the names "Deloitte", "Deloitte & Touche", "Deloitte Touche Tohmatsu" or other related names; and services are provided by member firms or their subsidiaries or affiliates and not by DTTL.

## 2. Responsibilities of the Client and of Deloitte Tax.

### (a) Responsibilities of the Client

(i)   The Client shall cooperate with Deloitte Tax and its Subcontractors in connection with the performance of the Services, including, without limitation, providing Deloitte Tax and its Subcontractors with reasonable facilities and timely access to data, information and personnel of the Client. The Client shall be responsible for the performance of its personnel and third parties retained by the Client, for the timeliness, accuracy and completeness of all data and information (including all financial information and statements) provided to Deloitte Tax and its Subcontractors by or on behalf of the Client and for the implementation of any Advice provided. Deloitte Tax and its Subcontractors may use and rely on information and data furnished by the Client or others without verification. The performance of the Services is dependent upon the timely performance of the Client's responsibilities under the Contract and timely decisions and approvals of the Client in connection with the Services. Deloitte Tax and its Subcontractors shall be entitled to rely on all decisions and approvals of the Client.

(ii)  The Client shall be solely responsible for, among other things: (A) making all management decisions, performing all management functions and assuming all management responsibilities; (B) designating one or more individuals who possess suitable skill, knowledge, and/or experience, preferably within senior management to oversee the Services; (C) evaluating the adequacy and results of the Services; (D) accepting responsibility for implementing the results of the Services; and (E) establishing and maintaining internal controls, including, without limitation, monitoring ongoing activities. The provisions in the preceding sentence are not intended to and do not alter, modify or change in any manner the duties and obligations of Deloitte Tax as agreed to and set forth in this Contract. With respect to the data and information provided by the Client to Deloitte Tax or its Subcontractors for the performance of the Services, the Client shall have all rights required to provide such data and information and shall do so only in accordance with applicable law and with any procedures agreed upon in writing.

### (b) Responsibilities of Deloitte Tax

(i)   The Services provided are not binding on tax or other governmental or regulatory authorities or the courts and do not constitute a representation, warranty, or guarantee that the tax or other governmental or regulatory authorities or the courts will concur with any Advice. Any Services provided by or on behalf of Deloitte Tax will be based upon the law, regulations, cases, rulings, and other tax authority in effect at the time the specific Services are provided. Subsequent changes in or to the foregoing (for which Deloitte Tax shall have no responsibility to advise the Client) may result in the Services provided by or on behalf of Deloitte Tax being rendered invalid.

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6G927

Bed Bath & Beyond Inc.
June 16, 2023
Page 10

(ii) Except as specifically agreed to in writing, Deloitte Tax shall not provide Advice regarding the financial accounting treatment of any transaction implemented from the Services and will not assume any responsibility for any financial reporting with respect to the Services. Deloitte Tax shall have no responsibility to address any legal matters or questions of law, other than tax law in relation to the Services.

(iii) In formulating any Advice as part of the Services, Deloitte Tax may discuss ideas with the Client orally or show the Client drafts of such Advice. To the extent that the content of drafts or oral Advice are expected to be finalized and confirmed to the Client in writing, such confirmed Advice shall supersede any previous drafts or oral Advice and Deloitte Tax shall not be responsible if the Client or others choose to rely on, act or refrain from acting on the basis of any drafts or oral Advice.

(iv) Deloitte Tax will use its reasonable endeavors, acting in a commercially prudent manner, to carry out the Services in accordance with any timetable specified in the Contract. However, it is agreed that any dates specified in the Contract for the performance of any part of the Services, including delivery of any Advice, are estimated dates for planning purposes only. Deloitte Tax will notify the Client promptly if it expects or encounters any significant delays which will materially affect achievement of any timetable for delivery of the Services.

(v) Unless expressly agreed otherwise in writing, each item of Advice will be deemed accepted (and the Services or relevant part completed) when such Advice has been delivered in its final form and no material objection to the Advice or its content is notified by the Client to Deloitte Tax in writing within fourteen (14) days of delivery or when first use of the Advice is made by or on behalf of the Client, whichever occurs first.

**3.  Payment of Invoices.**

Deloitte Tax's invoices are due and payable by the Client upon presentation subject to any applicable Bankruptcy Court orders, rules and procedures. If payment of an invoice is not received within thirty (30) days of the invoice date or such later date as payment is permitted by any applicable Bankruptcy Court orders, rules or procedures ("Due Date"), Deloitte Tax reserves the right to charge interest at the rate of  (i) 1½% per month or, if higher, (ii) the rate mandated or allowable by law, in each case compounded monthly to the extent allowable by law. Without limiting its other rights or remedies, Deloitte Tax shall have the right to suspend or terminate the Services entirely or in part if payment is not received by the Due Date. The Client shall be responsible for all taxes, such as VAT, sales and use tax, gross receipts tax, withholding tax, and any similar tax, imposed on or in connection with the Services, other than Deloitte Tax's income and property taxes. If any portion of an invoice is disputed, the Client shall notify Deloitte Tax within fifteen (15) days of receipt of the disputed invoice and pay the undisputed portion of that invoice by the Due Date.

**4.  Term.**

(a)  This Contract or any Work Order hereunder, may be terminated in whole or in part by either party at any time, without cause, by giving written notice to the other party not less than thirty (30) days before the effective date of termination.

(b)  Either party may terminate this Contract or any Work Order hereunder in whole or in part by written notice to the other on or at any time after the occurrence of a material breach by the other party of an obligation under the Contract or any respective Work Order hereunder and, if the breach is capable of remedy, the defaulting party failing to remedy the breach within 30 days of receipt of notice of such breach.

DocuSign Envelope ID: 3BE14668-AA2B-4934-B12A-53E8C5F6C927

Bed Bath & Beyond Inc.
June 16, 2023
Page 11

(c)  Deloitte Tax may terminate this Contract or any Work Order hereunder in whole or in part, with immediate effect upon written notice to the Client if Deloitte Tax determines that (i) a governmental, regulatory, or professional entity, or other entity having the force of law has introduced a new, or modified an existing, law, rule, regulation, interpretation, or decision, the result of which would render Deloitte Tax's performance of any part of the Contract illegal or otherwise unlawful or in conflict with independence or professional rules; or (ii) circumstances change (including, without limitation, changes in ownership of the Client or of its affiliates) so that Deloitte Tax's performance of any part of the Contract would be illegal or otherwise unlawful or in conflict with independence or professional rules.

(d)  Upon termination of the Contract or any Work Order hereunder for any reason, the Client will compensate Deloitte Tax in accordance with the terms of the Contract for the Services performed and expenses incurred through the effective date of termination.

(e)  Termination of any part of the Contract shall not affect the remainder of the Contract. These General Business Terms shall continue to apply to any Work Order in force that has not itself been terminated in accordance with the provisions of Paragraphs 4(a), (b) or (c).

**5.  Ownership of Deloitte Property & Work Products.**

(a)  To the extent that any property (whether tangible or intangible) of any Deloitte Entity is used or developed in connection with this Contract, such property, including work papers, shall remain the property of the relevant Deloitte Entity. Subject to payment of all of Deloitte Tax's fees due in connection with the Services and this Contract, the Client shall obtain a perpetual, royalty-free, non-exclusive, non-transferable license to use any Advice for the purpose set out in the Contract (or in the Advice) and in compliance with the provisions of this Contract. Deloitte Tax shall have ownership (including, without limitation, copyright and other intellectual property ownership) of the Advice and all rights to use and disclose its ideas, concepts, know-how, methods, techniques, processes and skills, and adaptations thereof in conducting its business, and the Client shall ensure that it and its subsidiaries and/or affiliates do not assert or cause to be asserted against any Deloitte Entity any prohibition or restraint from so doing. Any intellectual property and other proprietary rights in the material and data provided by the Client for performing the Services shall remain the property of the Client.

(b)  Deloitte Tax and its Subcontractors, in connection with performing the Services, may develop or acquire general experience, skills, knowledge and ideas. Any Deloitte Entity may use and disclose such experience, skills, knowledge and ideas subject to the obligations of confidentiality set out in Paragraph 10.

(c)  The Client shall also be entitled to have access to and use of those Deloitte Technologies supplied solely for the purposes of receiving the Services, and for no other purposes, in accordance with and subject to the provisions of the terms of use and licenses that may be applicable to such Deloitte Technologies as notified by Deloitte Tax and agreed by the Client (acting reasonably). Client shall be responsible for all personnel (including other third parties, such as advisors) that Client and Deloitte Tax have agreed shall have access to the Deloitte Technologies in connection with the Services.  As between the Client and Deloitte Tax, and for the benefit of the respective Deloitte Entity owning the Deloitte Technologies, Deloitte Tax and/or the respective Deloitte Entity will own and retain ownership of all intellectual property rights and other proprietary rights of any kind in the Deloitte Technologies that are used or developed in connection with this Contract.

Bed Bath & Beyond Inc.
June 16, 2023
Page 12

(d) To the extent any Deloitte Technologies provided to Client hereunder constitute inventory within the meaning of section 471 of the Internal Revenue Code, such Deloitte Technologies are licensed to Client by Deloitte Tax as agent for Deloitte Tax Products Company LLC on the terms and conditions contained herein. The rights granted in this Paragraph 5 do not apply to any intellectual property that is subject to a separate mutually executed license agreement between Client and any third party (including Deloitte Tax's affiliates).

(e) "Deloitte Technologies" means all know-how and software, system interfaces, templates, methodologies, ideas, concepts, techniques, tools, processes, Content and technologies, including cloud-based technologies and algorithms owned by, licensed to or developed by any Deloitte Entity and used by Deloitte Tax and its Subcontractors in performing the Services or its other obligations.

**6. Limitations on Damages.**

(a) Deloitte Tax shall not be liable to the Client for any claims, liabilities, losses, damages, costs or expenses arising under or in connection with the Contract ("Claims") for an aggregate amount in excess of the fees paid under the Contract, or the fees paid under a particular Work Order for Claims arising under such Work Order, by the Client to Deloitte Tax, for that part of the Services giving rise to the Claim, except to the extent it is finally determined to have resulted primarily from the intentional fraud, intentional misconduct or bad faith of Deloitte Tax, any Deloitte Entity or any Subcontractor retained for providing the Services to the Client.

(b) In no event shall any Deloitte Entity (including Deloitte Tax and its Subcontractors) be liable whether in contract, tort or otherwise for any losses incurred as a result of loss of use, contracts, data, goodwill, revenues or profits (whether or not deemed to constitute direct Claims) or any consequential, special, indirect, incidental, punitive or exemplary loss, damage, or expense arising under or in connection with the Contract.

(c) In circumstances where all or any portion of the provisions of this Paragraph 6 are finally determined to be unavailable, the aggregate liability of Deloitte Tax, any other Deloitte Entity (including Subcontractors) and their respective personnel for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim.

(d) Deloitte Tax's responsibility for the Services is solely toward the Client identified in the Contract or Advice to be entitled to rely on the Services, and not toward any other subsidiary or affiliate of the Client. If more than one Client subsidiary or affiliate is a party to the Contract or is identified in the Contract, Deloitte Tax's responsibility is solely toward the Client for whose benefit the Services were provided.

(e) The liability cap in Paragraph 6(a) applies in aggregate to each and all Claims which from time to time arise under or in connection with the Contract and the Services, whether such Claims are made at the same or different times or by the Client entity and/or other persons. The liability cap in Paragraph 6(a) also applies to any and all Claims against any other Deloitte Entities, including the Subcontractors, if and only to the extent that it is judicially determined that any of them have any liability under or in connection with the Contract or the Services.

(f) If the liability exclusion for other Deloitte Entities provided in Paragraph 1(d) is for any reason not effective, then the limitations on liability provided for in this Paragraph 6 shall apply to the other Deloitte Entities (including Subcontractors) as if they were named therein.

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C927

Bed Bath & Beyond Inc.
June 16, 2023
Page 13

(g)  The provisions of Paragraph 6 shall not apply to any liability which by the governing law of the Contract is unlawful to limit or exclude.

**7.  Limitation on Warranties.**

**THIS IS A SERVICES AGREEMENT. DELOITTE TAX WARRANTS THAT IT SHALL PERFORM THE SERVICES IN GOOD FAITH AND WITH DUE PROFESSIONAL CARE AND SKILL. TO THE FULLEST EXTENT PERMITTED BY LAW, DELOITTE TAX DISCLAIMS ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

**8.  Force Majeure.**

Neither party shall be liable for any delays or nonperformance resulting from circumstances or causes beyond its reasonable control, including, without limitation, acts or omissions or the failure to cooperate by the other party (including, without limitation, entities or individuals under its control, or any of their respective officers, directors, employees, other personnel and agents), fire or other casualty, act of God, epidemic, strike or labor dispute, war or other violence, or any law, order, or requirement of any governmental agency or authority.

**9.  Limitation on Actions.**

No action, regardless of form, relating to the Contract or the Services, may be brought by either party more than two years after the cause of action has accrued under applicable law, except that an action for non-payment of Deloitte Tax's invoices by the Client may be brought at any time.

**10.  Confidentiality.**

(a)  To the extent that, in connection with the Contract, Deloitte Tax comes into possession of any tax or other information related to the Services, trade secrets or other proprietary information relating to the Client which is either designated by the disclosing party as confidential or is by its nature clearly confidential ("Confidential Information"), Deloitte Tax shall not disclose such Confidential Information to any third party without the Client's consent. The Client hereby consents to Deloitte Tax disclosing such Confidential Information (i) to contractors providing administrative, infrastructure, hosting, cloud-based solutions and other support services to Deloitte Tax as well as to any Deloitte Entity (including any Subcontractors) and their respective personnel, in any case, whether located within or outside of the United States, provided that such contractors and Subcontractors adhere to confidentiality obligations similar to those in this Paragraph 10; (ii) to Client's legal advisors, auditors, and insurers; and (iii) as may be required by law, regulation, judicial or administrative process, or in accordance with applicable professional standards, or in connection with potential or actual mediation, arbitration or litigation. To the extent permitted by applicable law or regulation, Deloitte Tax shall provide the Client with prompt written notice of disclosures required by law, regulation, judicial or administrative process.  The obligation of confidentiality shall not apply to the extent such Confidential Information (A) is or becomes publicly available (including, without limitation, any information filed with any governmental agency and available to the public) other than as the result of a breach by Deloitte Tax; (B) becomes available to any Deloitte Entity on a non-confidential basis from a source other than the Client which Deloitte Tax reasonably believes is not prohibited from disclosing such Confidential Information to Deloitte Tax by an obligation of confidentiality to the Client; (C) is known by

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C937

Bed Bath & Beyond Inc.
June 16, 2023
Page 14

any Deloitte Entity prior to its receipt from the Client without any obligation of confidentiality; or (D) is developed by any Deloitte Entity independently of Confidential Information disclosed by the Client.

(b) The Client shall not disclose to any third party any Advice without the express written consent of Deloitte Tax, except (i) disclosure may be made to the extent mandatory laws, applicable regulations, rules and professional obligations prohibit limitations on disclosure; (ii) if the Client or its affiliates have securities registered with the United States Securities and Exchange Commission and any Deloitte Entity is the auditor of the Client or any of its affiliates, in which case no restrictions or limitations are placed by Deloitte Tax on the Client's disclosure of the tax treatment or tax structure associated with the tax Services or transactions described in the Contract and the Client acknowledges that none of its other advisors has imposed or will impose restrictions or limitations with such tax treatment or tax structure; (iii) to the extent the United States Internal Revenue Code and applicable Internal Revenue Service guidance relating to confidential tax shelters (or comparable law or guidance from other taxing authorities in other jurisdictions) apply, in which case there are no restrictions or limitations on the disclosure of the tax treatment or tax structure; (iv) to the extent legislation or regulations of any jurisdiction provide for the reporting to the tax authorities of certain tax arrangements or transactions, there shall be no restrictions or limitations on the disclosure of any such arrangements or transactions provided as part of the Advice; (v) the Client may disclose the Advice on a need to know basis to any affiliate that is not a member of the Client for information purposes only, provided that the Client ensures and the recipient undertakes to keep such Advice confidential and not to bring any claim of any kind against any Deloitte Entity in relation to the Advice or the Services; and (vi) on a need to know basis to statutory auditors of the Client in their capacity as such.

(c) The Client shall use the Advice, solely for the purposes specified in the Contract or Advice and, without limitation, shall not, without the prior written consent of Deloitte Tax, use any Advice, in connection with any business decisions of any third party or for advertisement purposes. All Services are intended only for the benefit of the Client identified in the Contract or Advice as being entitled to rely on the Advice. The mere receipt of any Advice (or any information derived therefrom) by any other persons is not intended to create any duty of care, professional relationship or any present or future liability of any kind between those persons and Deloitte Tax.

## 11. Assignment.

Neither party may assign or otherwise transfer this Contract without the prior express written consent of the other. Neither party will directly or indirectly agree to assign or transfer to a third party any Claim against the other party arising out of this Contract.

## 12. Indemnification.

The Client shall indemnify and hold harmless Deloitte Tax, and any other Deloitte Entity from all third-party Claims, except to the extent finally determined to have resulted primarily from the intentional fraud, intentional misconduct or bad faith of Deloitte Tax, or any other Deloitte Entity. In circumstances where all or any portion of the provisions of this paragraph are finally determined to be unavailable, the aggregate liability of Deloitte Tax and all other Deloitte Entities (including their respective personnel) for any Claim shall not exceed an amount which is proportional to the relative fault that their conduct bears to all other conduct giving rise to such Claim.

## 13. Electronic Communications.

DocuSign Envelope ID: 1BE14668-AA2B-4934-B12A-53E8C5F6C227

Bed Bath & Beyond Inc.
June 16, 2023
Page 15

(a) Except as instructed otherwise in writing, Deloitte Entities and the Client are authorized to receive properly addressed fax, e-mail (including e-mails exchanged via Internet media) and voicemail communication for both sensitive and non-sensitive documents and other communications concerning this Contract, as well as other means of communication used or accepted by the other. Deloitte Entities may also communicate electronically with tax and other authorities.

(b) It is recognized that the internet is inherently insecure and that data can become corrupted, communications are not always delivered promptly (or at all) and that other methods of communication may be appropriate. Electronic communications are also prone to contamination by viruses. Each party will be responsible for protecting its own systems and interests and, to the fullest extent permitted by law, will not be responsible to the other on any basis (contract, tort or otherwise) for any loss, damage or omission in any way arising from the use of the internet or from access by any Deloitte Entity personnel to networks, applications, electronic data or other systems of the Client.

## 14. Other Clients.

Nothing in this Contract will prevent or restrict any Deloitte Entity, including Deloitte Tax, from providing services to other clients (including services which are the same or similar to the Services) or using or sharing for any purpose any knowledge, experience or skills used in, gained or arising from performing the Services subject to the obligations of confidentiality set out in Paragraph 10 even if those other clients' interests are in competition with the Client. Also, to the extent that Deloitte Tax possesses information obtained under an obligation of confidentiality to another client or other third party, Deloitte Tax is not obliged to disclose it to the Client, or use it for the benefit of the Client, however relevant it may be to the Services.

## 15. Staff.

Deloitte Tax and the Client each agree not to directly or indirectly solicit, employ or engage any personnel of the other party who within six (6) months of such action has been involved directly with the provision of the Services or otherwise directly connected with this Contract, except where an individual responds directly to a general recruitment campaign.

## 16. Destruction of Working Papers.

Deloitte Tax may retain copies of documents and files provided by the Client in connection with the Services for purposes of compliance with professional standards and internal retention policies. Any documents and files retained by Deloitte Tax on completion of the Services subject to the obligations of confidentiality set forth in Paragraph 10(a) (including documents legally belonging to the Client) may routinely be destroyed in accordance with Deloitte Entities' policies applying from time to time.

## 17. Marketing Material & Use of Name.

Neither the Deloitte Entities nor the Client shall use the other's name, trademarks, service marks, logos, and/or branding in external publicity material without such other party's prior written consent.

## 18. Spreadsheets, Models and Tools.

In the course of providing the Services, Deloitte Tax may make reference to spreadsheets, models or tools (together "Models") that the Client provides to Deloitte Tax or requests Deloitte Tax to rely upon ("Client Models") or that Deloitte Tax otherwise uses in connection with the Services ("Deloitte Models"). All

DocuSign Envelope ID: 3BE14668-AA2B-4934-B12A-53E8C5F6C997

Bed Bath & Beyond Inc.
June 16, 2023
Page 16

Models have limitations and may not produce valid results for all possible combinations of input data with the result that actual and potential errors are not detected. Unless otherwise expressly agreed in the Contract: (i) Deloitte Tax will not be responsible for reviewing, testing or detecting any errors in any Client Models; (ii) no Deloitte Model will be provided or treated as Advice; and (iii) where Deloitte Tax provides any Deloitte Model by way of explanation or illustration of any Advice, Deloitte Tax makes no representation, warranty or undertaking (express or implied) of any kind about the accuracy, suitability or adequacy of any such Deloitte Model for the Client's own needs.

**19. Data Protection.**

(a)  Each party shall comply with its respective obligations under the applicable data protection laws to the extent that, in connection with the Contract and the Services, a party stores, processes and transfers any personal data to which data protection laws apply ("Personal Data").

(b)  The Client confirms that it has obtained all legally required authorizations to disclose and/or transfer any Personal Data to Deloitte Tax and its Subcontractors, including across borders and outside the territory of the European Economic Area ("EEA").

(c)  Deloitte Tax may collect data from the Client, other Deloitte Entities, third parties and the data subject directly. Deloitte Tax may for purposes of the collection, use, storage or processing thereof, transfer the Client's and/or the data subject's Personal Data to: (i) administrative contractors, including providers of cloud-based solutions; (ii) another country for legitimate purposes; (iii) another Deloitte Entity.

(d)  To the extent that Deloitte Tax processes Personal Data in or transferred from the EEA in its performance of the Services and to the extent that the EU General Data Protection Regulation 2016/679 ("GDPR") applies, the remainder of the provisions of this Paragraph 19 shall apply.

(e)  In this Paragraph 19, "Data Protection Legislation" means GDPR, together with all other applicable legislation relating to privacy or data protection including any statute or statutory provision which amends, extends, consolidates or replaces the same. The terms "personal data," "data subject," "controller," "processor" and "process" (and its derivatives) shall have the meanings given to them in the Data Protection Legislation.

(f)  The parties acknowledge that certain of the Services may be performed by Deloitte Tax acting as a controller and certain Services may be performed by Deloitte Tax acting as a processor. The Contract shall identify whether it is the understanding of the parties that Deloitte Tax carries out the particular Services as a controller or a processor. In the absence of any such indication, the capacity in which Deloitte Tax acts shall be determined in accordance with the Data Protection Legislation. When acting as a controller, the provisions of Paragraphs 19(a) to (f) and Paragraph 19.1 shall apply. When acting as a processor, the provisions of Paragraphs 19(a) to (f) and Paragraph 19.2 shall apply. Where Deloitte Tax acts as a processor, the Contract shall set out the scope of the processing carried out by Deloitte Tax in relation to the Services.

**19.1 If Deloitte Tax Is Acting As Data Controller**

(a)  Each of the Client and Deloitte Tax shall be considered to be a controller in respect of Personal Data disclosed to Deloitte Tax by or on behalf of the Client and processed in connection with the Contract and the Services and each of the Client and Deloitte Tax shall comply with its obligations as a controller under

DocuSign Envelope ID: 3BE16669-AA2B-4934-B12A-53E8C5F6G927

Bed Bath & Beyond Inc.
June 16, 2023
Page 17

the Data Protection Legislation in respect of Personal Data processed by it in connection with the Contract and the Services.

(b)  The Client acknowledges that Deloitte Tax may process Personal Data as a controller for the purpose of, or in connection with the Services to comply with: (i) applicable legal, professional or regulatory requirements; (ii) requests and communications from competent authorities as permitted by law; and (iii) administrative, financial accounting, risk analysis, client relationship and other reasonable business purposes.

(c)  The Client shall collect any necessary permission, provide any necessary notice and do all such other things as are required under the Data Protection Legislation in order for it to disclose Personal Data to Deloitte Tax for the purposes described in Paragraph 19.1(b) and such other purposes as may be described in the Contract.

(d)  Deloitte Tax shall process the Personal Data as reasonably required to provide the Services, meet its legal or regulatory obligations or for its other reasonable business purposes (including quality control and administration) and may disclose Personal Data to any third parties including its Subcontractors, regulators and any party based in any jurisdiction including a jurisdiction outside the EEA provided that such disclosure is reasonably required in connection with such purposes and is at all times in compliance with the Data Protection Legislation that applies to Deloitte Tax in its performance of the Services.

## 19.2 If Deloitte Tax Is Acting As Data Processor

(a)  Where Deloitte Tax may process Personal Data as a processor Deloitte Tax shall: (i) only process Personal Data: (A) to the extent necessary to provide the Services; (B) in accordance with the specific reasonable instructions of the Client (except to the extent, in the reasonable opinion of Deloitte Tax, such instructions infringe the Data Protection Legislation or other applicable law, in which case Deloitte Tax shall notify the Client); or (C) as required by any competent authority or law that applies to Deloitte Tax in its performance of the Services; (ii) implement appropriate technical and organizational measures designed to provide a level of security appropriate to the risk relating to its processing of the Personal Data and any security measures specified in the Contract; (iii) keep, and require that its personnel and agents keep, Personal Data confidential in accordance with Deloitte Tax's confidentiality obligations contained in Paragraph 10(a); (iv) notify the Client in writing without undue delay, and provide reasonable cooperation after becoming aware of a personal data breach (that is, a breach of security leading to the accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to, Personal Data processed by Deloitte Tax) relating to Personal Data in Deloitte Tax's possession or control; (v) provide reasonable cooperation and assistance to the Client in relation to any request by a data subject to have access to Personal Data held about them or in relation to a reasonable request, allegation or complaint by a competent authority or data subject, including notifying the Client in writing without undue delay of receipt of any such request (except to the extent prevented from doing so by applicable law); (vi) be entitled to recover any reasonable costs incurred in complying with Paragraph 19.2(a)(v) above, or as result of assisting the Client in meeting its obligations under the Data Protection Legislation; (vii) subject to applicable legal, professional or regulatory requirements or business practices, at the reasonable request of the Client, delete or return all Personal Data to the Client on termination or expiry of the Contract and in such circumstance the provisions of Paragraph 19.1 apply.

(b)  To the extent required by Data Protection Legislation applicable to Deloitte Tax in its performance of the Services, Deloitte Tax shall maintain a record of its processing activities and provide such cooperation and information to the Client as is reasonably necessary for the Client to demonstrate compliance with its

DocuSign Envelope ID: 3BE14668-AA2B-4934-B12A-53E8C5F6C937

Bed Bath & Beyond Inc.
June 16, 2023
Page 18

obligations pursuant to Data Protection Legislation. Such cooperation shall include permitting the Client, at the Client's sole cost and expense, to audit Deloitte Tax's compliance with this Paragraph 19.2 provided that (unless expressly required otherwise by any competent authority): (i) reasonable notice of not less than thirty (30) days is given of any proposed audit and the parties shall, acting reasonably, agree to the scope and parameters of any such audit; (ii) to the extent the audit scope is covered in any audit carried out for Deloitte Tax by an independent third party auditor within twelve (12) months prior to the Client's audit request and there have been no material changes to the controls audited, Deloitte Tax may share the report to the extent relevant to the Client and the disclosure of such report shall be deemed to satisfy the audit request made by the Client; (iii) where, acting reasonably, a specific audit is still required by the Client, such audit shall be conducted during regular business hours, subject to Deloitte Tax's policies and confidentiality requirements and may not unreasonably interfere with Deloitte Tax's business activities; (iv) the audit shall be subject to Deloitte Tax's duties of confidentiality owed to any of its clients, personnel or other parties; and (v) the rights granted in this Paragraph 19.2(b) may not be conducted more than once in any calendar year.

(c)  The Client authorizes Deloitte Tax to use any Subcontractor, including any Deloitte Entity, to process Personal Data as a subprocessor of Deloitte Tax provided that Deloitte Tax shall (i) procure that such processing is subject to a written contract or other legal act with such subprocessor containing data protection obligations no less onerous than those set out in this Paragraph 19.2; and (ii) remain liable for the acts and omissions of any such subprocessor with respect to the processing of Personal Data to the same extent Deloitte Tax would be liable if it had caused such acts or omissions. Deloitte Tax's material subprocessors who have been engaged to perform Services for Client, if any, are listed in the Contract.

(d)  Deloitte Tax shall be entitled to (i) transfer Personal Data to, and (ii) process Personal Data in, any jurisdiction including a jurisdiction outside the EEA, including to any Subcontractor, provided that such transfer is either permissible or legitimized by a valid transfer mechanism under Data Protection Legislation or as otherwise permitted under the Contract.

## 20.  Anti-corruption and Sanctions.

(a) Deloitte Tax understands that the Client may be subject to laws that prohibit bribery and/or providing anything of value to government officials with the intent to influence that person's actions in respect of the Client. Deloitte Tax may be subject to similar laws and codes of professional conduct and has its own internal policies and procedures which prohibit illegal or unethical behaviors. In providing the Services, Deloitte Tax undertakes not to offer, promise or give financial or other advantage to another person with the intention of inducing a person to perform improperly or to reward improper behavior for the benefit of the Client, in each case, in violation of applicable law.

(b) Each party shall comply with all economic sanctions, export control, and import laws and regulations applicable to it in (or having an impact on) providing and receiving the Services under this Contract.  The parties recognize that such laws and regulations restrict the export and reexport of the Services and Deliverables to jurisdictions subject to territorial economic sanctions (currently, e.g., Russia).

## 21.  Disclosure Laws.

The Deloitte Entities may be obligated to notify relevant authorities of certain types of arrangements and of proposals to implement such arrangements. The decision to make such a notification, its timing and content, is a matter that the Deloitte Entities reserve entirely to their sole discretion. The Deloitte Entities may also be obligated to notify those authorities of the participants in those arrangements. The Client may

DocuSign Envelope ID: 3BE14668-AA2B-4934-B12A-53E8C5F6C937

Bed Bath & Beyond Inc.
June 16, 2023
Page 19

also have obligations under the same legislation to give notification of such arrangements. Where there are other current or future laws or regulations in any jurisdiction that require disclosure relevant to the Deloitte Entities Services, the Deloitte Entities will also comply with those disclosure requirements. For the avoidance of doubt nothing in this Contract restricts the Client from disclosing any Deliverables or other Advice to any relevant authority.

**22. Counterparts and Language.**

This Contract may be signed in any number of counterparts (whether such counterparts are original or fax or in the form of a pdf attachment to an e-mail). Each signed counterpart shall be deemed to be an original thereof, but all the counterparts shall together constitute one and the same instrument. Where there are versions of the Contract in the English language and another language, in the event of any discrepancies between versions, the English language version shall prevail.

**23. Entire Agreement, Modification and Effectiveness.**

Nothing discussed prior to execution of the Contract induced, nor forms part of, the Contract except to the extent repeated in this Contract. This Contract supersedes any previous agreement, understanding or communication, written or oral, relating to its subject matter. No variation to the Contract shall be effective unless it is documented in writing and signed by authorized representatives of both parties, provided, however, that the scope of the Services may be changed by agreement of the parties in writing, including by e-mail or fax. If Deloitte Tax has already started work (e.g., by gathering information, project planning or giving initial advice) at the request of the Client then the Client agrees that this Contract is effective from the start of such work.

**24. Survival and Interpretation and Third-Party Beneficiary.**

(a)  Any provisions of the Contract which either expressly or by their nature extend beyond the expiration or termination of this Contract shall survive such expiration or termination.

(b)  If any provision of the Contract is found by a court of competent jurisdiction or other competent authorities to be unenforceable, in whole or in part, such provision or the affected part shall not affect the other provisions, but such unenforceable provision shall be deemed modified to the extent necessary to render it enforceable, preserving to the fullest extent permissible the intent of the parties set forth herein. **Each of the provisions of the Contract or any Work Order shall apply to the fullest extent of the law, whether in contract, statute, tort (including without limitation negligence), or otherwise, notwithstanding the failure of the essential purpose of any remedy.** Any references herein to the term "including" shall be deemed to be followed by "without limitation".

(c)  Deloitte Entities are intended third-party beneficiaries of the Contract. Each such Deloitte Entity may in its own right enforce such terms, agreements and undertakings.

**25. Governing Law and Submission to Jurisdiction.**

This Contract, and all matters relating to it (including non-contractual obligations) shall be governed by, and construed in accordance with, the laws of the State of New York (without giving effect to the choice of law principles thereof). Any action or proceeding arising out of or relating to this Contract or the Services shall be brought and maintained exclusively in New York County, the State of New York. Subject to Paragraph 26, the parties hereby expressly and irrevocably: (i) submit to the exclusive jurisdiction of such

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C937

Bed Bath & Beyond Inc.
June 16, 2023
Page 20

courts for the purposes of any such action or proceeding and (ii) waive, to the fullest extent permitted by law, any defense of inconvenient forum to the venue and maintenance of such action in any such courts. Nothing in this paragraph will prevent either party, at any time before or after the dispute resolution procedures are invoked, from commencing legal proceedings to protect any intellectual property rights, trade secrets or confidential information or to preserve any legal right or remedy. **DELOITTE TAX AND THE CLIENT HEREBY IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY LAW, ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM RELATING TO THE CONTRACT.**

**26. Dispute Resolution.**

The parties agree to attempt in good faith to resolve any dispute or claim arising out of or in connection with the Contract promptly through negotiations between senior management. If the matter is not resolved through negotiation, then either party may request that a good faith attempt is made to resolve the dispute or claim by participating in an Alternative Dispute Resolution ("ADR") procedure. If the dispute or claim has not been resolved within sixty (60) days of a request being made for reference to ADR, then legal proceedings may be commenced in respect of the matter. Nothing in this paragraph prevent either party, at any time before or after the dispute resolution procedures are invoked, from commencing legal proceedings to protect any intellectual property rights, trade secrets or confidential information or to preserve any legal right or remedy.

**27. Third Parties and Internal Use.**

Deloitte Tax acknowledges that Deloitte Tax has not placed any limitations on the Client's disclosure of the tax treatment or tax structure associated with the tax services or transactions described in the Contract. Nothing in this paragraph shall be construed as limiting or restricting disclosure of the tax treatment or tax structure of the transaction as described in Rule 3501(c)(i) of PCAOB Release 2005-014, or IRC sections 6011 and 6111 and related IRS guidance. The Client acknowledges that none of its other advisors have imposed or will impose any conditions of confidentiality with respect to the tax treatment or tax structure associated with the tax services or transactions described in the Contract. All Services shall be solely for the Client's informational purposes and internal use, and this engagement does not create privity between Deloitte Tax and any person or party other than the Client ("third party"). This engagement is not intended for the express or implied benefit of any third party. Unless otherwise agreed to in writing by Deloitte Tax, no third party is entitled to rely, in any manner or for any purpose, on the advice, opinions, reports, or other Services of Deloitte Tax. In the event of any unauthorized reliance, the Client agrees to indemnify and hold harmless Deloitte Tax and its personnel from all third-party claims, liabilities, costs and expenses.

Bed Bath & Beyond Inc.
June 16, 2023
Page 21

## Deloitte Tax LLP Privacy Statement

Last revised: August 17, 2020

### Introduction

This Privacy Statement explains what personal information we may collect about you in connection with our services engagement and how this personal information may be used and shared. This Privacy Statement also sets out your rights in relation to your personal information and tells you who you can contact if you have questions.

### To whom does this Privacy Statement apply and what does it cover?

**This Privacy Statement applies to Deloitte Tax LLP (also referred to as "Deloitte Tax", "we", "us", and "our"),** an entity within the Deloitte Network. As used in this Privacy Statement, the "Deloitte Network" refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its network of member firms and their related entities. DTTL and each of its member firms are legally separate and independent entities. Please see deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu Limited and its member firms.

This Privacy Statement sets out how we will process your personal information as part of our provision of tax, social security and (in certain jurisdictions outside of the United States) immigration related services as may be relevant to you. Deloitte Tax is providing these services either under a direct contract with you or via a contract with another person (such as a company or a partnership or a trustee) who has asked us to provide the services.

Your personal information will be protected and handled with consideration for its confidentiality and Deloitte Tax will only disclose it as set out in the "To whom will we disclose your personal information?" section below.

In this Privacy Statement, we refer to handling, collecting, protecting and storing your personal information as "processing".

### What personal information do we collect?

Deloitte Tax may collect personal information relating to you such as:

- name
- contact details (such as work or home address, email and phone numbers)
- date of birth
- government identifiers (such as social security number and passport details)
- financial information
- calendar data (where applicable)

In order to provide services to you, Deloitte Tax may receive and also need to process personal information about you that may be considered special category (or "sensitive") personal information (special category personal information is considered to include information about your health, racial or ethnic origin, political opinions, religious or philosophical beliefs, trade union membership, genetic data, biometric data or sexual orientation). Special category personal information about you includes information that may be reasonably inferred from other information that we receive.

Where we receive special category personal information or other information from which special category personal information can be reasonably inferred, we will require explicit consent in order to process it.

### How do we collect personal information?

Deloitte Tax may collect personal information about you in different ways:

- you may provide it directly to us
- we may obtain it because of the services that Deloitte Tax provides or has previously provided
- we may receive it from other members of the Deloitte Network or from third parties, such as your employer/partnership, or a tax authority and/or other relevant authority/administrative bodies
- we may observe or infer it from the information you provide to us and/or the way you interact with us

This personal information can be received in any manner, including in-person discussions, telephone conversations, and electronic or other written communications.

Without access to all the personal information that we need, we may be unable to provide or complete the services.

Where another party (such as a company or a partnership or any third parties acting on your or their behalf) provides your personal information to us, they must also comply with their obligations under the relevant privacy laws and regulations. If you believe that the entity for whom you work or a third party has not provided you with details of the personal information that it holds about you and/or has not obtained your authority to provide us with that personal information for processing as described in this Privacy Statement, then please contact such entity directly.

### Disclosing personal information to us relating to third parties

If any personal information which you provide to us relates to any third party, for example a spouse or civil partner, individuals (including children) who depend on you financially, or a joint account holder or a beneficiary or trustee of a trust, then by providing us with their personal information you will need to ensure that you have obtained any necessary permissions from those persons to the use of their personal information in the way set out in this Privacy Statement, or you are otherwise permitted to give us this personal information. You should share a copy of this Privacy Statement with those other individuals before disclosing any personal information about them to us.

### How do we use your personal information?

Deloitte Tax processes personal information about you to:

- establish or maintain our relationship with you
- provide services to you and/or family member(s) or to the entity that has engaged us to provide the services

We may also use your personal information for the purposes of, or in connection with:

- compliance with applicable legal, regulatory or professional requirements
- protecting our rights and/or property

### On what basis do we process personal information about you?

This Privacy Statement sets out the grounds upon which we rely in order to process your personal information.

We may use your personal information for the purposes outlined above because:

(a)    where relevant, we have a contract with you to provide services and processing your personal information is necessary for the performance of such contract;

or (b) we have a legitimate interest in processing your personal information, which may be to:

- provide services to you and/or to the entity that has engaged us to provide the services;
- support the management of our client engagements;
- evaluate, develop or improve our services or products; or
- protect our business interests.

or (c) we are subject to legal, regulatory or professional obligations.

### To whom will we disclose your personal information?

In connection with one or more of the purposes outlined in this Privacy Statement, we may disclose your personal information to:

- other members of the Deloitte Network
- those with whom you have requested us to share information, such as your spouse or civil partner
- competent authorities, including courts and authorities regulating us or another member of the Deloitte Network, in each case to comply with legal, regulatory or professional obligations or requests
- vendors and administrative, support, infrastructure and other service providers handling your information on our behalf; in each case, such vendors and service providers will be contractually bound by confidentiality and privacy obligations consistent with the obligations in this Privacy Statement

© 2020. For information, contact Deloitte Touche Tohmatsu Limited.

DocuSign Envelope ID: 4BE14668-AA2B-4934-B12A-53E8C5F6C927

Bed Bath & Beyond Inc.
June 16, 2023
Page 22

## Deloitte Tax LLP Privacy Statement

Last revised: August 17, 2020

- third parties to whom we disclose information in the course of providing services to you or to the entity that has engaged us to provide the services

Any personal information that we have referenced above under "What personal information do we collect?" may be disclosed to the third parties identified in this section for the purposes set forth herein.

Please note that some of the recipients of your personal information referred to above may be based in countries or regions without data protection rules similar to those in effect in your area of residence. In such cases, adequate safeguards will be in place to protect your personal information.

For further details about the transfers described above and the adequate safeguards used by Deloitte Tax with respect to such transfers, please contact us using the details below.

**Do we sell your personal information?**

We do not sell your personal information.

**How do we keep your personal information secure?**

We have in place reasonable commercial standards of technology and operational security to protect your personal information from loss, misuse and unauthorized access, disclosure, alteration or destruction. Only authorized personnel, with appropriate awareness of privacy obligations, are provided access to your personal information.

**How long will we keep your information?**

We retain personal information as long as is necessary to fulfill the purposes identified in this Privacy Statement or (i) as otherwise necessary to comply with applicable laws or professional standards, or (ii) as long as the period in which litigation or investigations might arise in respect of our services.

**What are your rights in relation to your personal information?**

You have various rights in relation to your personal information. In particular, you have a right to:

- obtain confirmation that we are processing your personal information and request a copy of the personal information we hold about you
- ask that we update the personal information we hold about you, or correct such information that you think is inaccurate or incomplete

Depending on the jurisdiction in which you are located, you may also have the right to:

- ask that we delete personal information that we hold about you, or restrict the way in which we use your personal information
- withdraw consent to our processing of your personal information (to the extent our processing is based on your consent)
- ask us to stop or start sending you marketing messages at any time
- obtain and/or move your personal information to another service provider
- object to our processing of your personal information
- request that we provide the following information regarding the personal information we hold about you:
  - The categories and/or specific pieces of personal information we collected
  - The categories of sources from which personal information is collected
  - The business or commercial purpose for collecting personal information
  - The categories of third parties with whom we shared personal information

Where our processing of special category personal information is reliant on your consent and you withdraw that consent, we will cease processing the relevant information for the purposes of providing our services and the effect may be that we are no longer able to provide the services.

However, we may still retain a copy of the relevant information for as long as necessary to comply with applicable laws or professional standards, or as long as the period in which litigation or investigations might arise in respect of our services.

To exercise any of your rights under applicable law described above regarding your personal information, please complete our Personal Information Request Form (available at https://datasubject.deloitte.com/) or call us at this toll-free number **+1-844-919-0711**. When calling us, please provide your full name, mailing address and email address.

Applicable laws may also give you the right to lodge a complaint with a local supervisory authority related to this Privacy Statement. For individuals in the EU, you may contact your European or Swiss data protection authority regarding our processing of your personal information.

We will not discriminate against you for exercising any of your rights with respect to your personal information.

**How do we verify your identity when you submit a data subject request?**

For certain personal information requests, we must first verify your identity before processing your request. To do so, we may ask you to provide us with your full name, contact information, and relationship to Deloitte. Depending on your request, we may ask you to provide additional information. Once we receive this information, we will then review it and determine whether we are able to match it to the information Deloitte maintains about you to verify your identity.

**How do we process third party requests?**

If you are submitting a personal information request on behalf of someone other than yourself, please contact us at USPrivacyQuestions@deloitte.com and include proof that you are authorized to make the request. This may be in the form of a written authorization signed by the person whom you are acting on behalf of or a valid power of attorney.

**Privacy Shield Notice**

Deloitte LLP and its United States affiliates, including Deloitte Tax, adhere to the EU-U.S. and Swiss Privacy Shield Framework as set forth by the U.S. Department of Commerce with respect to personally identifiable information that is transferred from the European Economic Area, the United Kingdom and Switzerland to the United States within the scope of their Privacy Shield certifications. To learn more, see our Privacy Shield Notice (available at https://www2.deloitte.com/us/en/footerlinks1/privacy-shield.html?icid=bottom_privacy-shield).

**Changes to this Privacy Statement**

In addition to describing our current privacy practices, this Privacy Statement also describes the categories of personal information we collected, disclosed, or sold during the preceding 12 months. We may modify or amend this Privacy Statement from time to time at our discretion. When we make changes to this Privacy Statement, we will amend the revision date at the top of this page and the modified or amended Privacy Statement shall apply to you and your personal information as of that revision date. We encourage you to review the Privacy Statement on our website (available at https://www2.deloitte.com/us/en/footerlinks1/tax-privacy.html?icid=bottom_tax-privacy) periodically to be informed about how we are protecting your personal information.

**Contact us**

If you have any questions or concerns regarding this Privacy Statement or your personal information, please contact our data protection officer by email at USPrivacyQuestions@deloitte.com or call us at +1-844- 919-0711. Our European Union representative, Deloitte Tax EU Privacy Rep Limited, can be contacted by email at EURepresentative@deloitte.com.

© 2020. For information, contact Deloitte Touche Tohmatsu Limited.

## **Exhibit B**

### **Piazza Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### DECLARATION OF JAMES PIAZZA IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF DELOITTE TAX LLP AS TAX ADVISORY SERVICES PROVIDER TO THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JUNE 26, 2023, (II) APPROVING THE TERMS

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

4096" = "1" "121387280v6" ""

**OF DELOITTE TAX'S EMPLOYMENT, AND (III) GRANTING RELATED RELIEF**

I, James Piazza, under penalty of perjury, declare as follows:

1.  I am a partner of the firm of Deloitte Tax LLP ("Deloitte Tax"), which has an office at 110 Morris Street, Morristown, New Jersey 07960. I am duly authorized to make and submit this declaration (the "Declaration") on behalf of Deloitte Tax as tax advisory services provider for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases in support of the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Deloitte Tax LLP as Tax Advisory Services Provider Effective as of June 26, 2023, (II) Approving the Terms of Deloitte Tax's Employment, and (III) Granting Related Relief* (the "Application").[2]

2.  The Debtors seek to retain Deloitte Tax pursuant to the terms and conditions set forth in: (i) that certain engagement letter, dated May 23, 2023, for certain tax compliance and consulting services for fiscal years ended February 25, 2023 and ending February 26, 2024 (unless otherwise noted therein) (the "2023 Tax Engagement Letter"); and (ii) that certain engagement letter, dated June 16, 2023, for tax advisory services related to the Debtors' restructuring (the "Tax Restructuring Engagement Letter" and together with the 2023 Tax Engagement Letter, the "Engagement Agreements"). Copies of the Engagement Agreements are attached to the Order as Exhibit 1 and Exhibit 2, respectively.

3.  The statements set forth in this Declaration are based upon my personal knowledge, information and belief, and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte Tax or its affiliates.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

### Deloitte Tax's Qualifications

4.      Deloitte Tax is a tax services firm with offices across the United States.  Deloitte Tax has significant experience performing tax services and has performed such services in large and complex chapter 11 cases on behalf of debtors throughout the United States.  Such experience renders Deloitte Tax well-qualified and able to provide services to the Debtors during the pendency of these chapter 11 cases in a cost-effective, efficient, and timely manner.  Deloitte Tax's services fulfill an important need and are not provided by any of the Debtors' other professionals.

5.      In addition, since approximately October 2002, Deloitte Tax has provided various tax-related professional services to the Debtors and has continued to provide such services post-petition.  Following the Petition Date, Deloitte Tax was retained as an Ordinary Course Professional in these cases, in accordance with the *Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 380] (the "OCP Order"). *See* Docket No. 563 for the declaration I submitted in connection with the OCP Order (the "OCP Declaration").  Deloitte Tax's retention as an Ordinary Course Professional covered service to be provided under the Tax Consulting Engagement Letter, the Tax Compliance Engagement Letter, the Compliance Addendum, and the 2023 Tax Engagement Letter.  Subsequent to Deloitte Tax's retention as an Ordinary Course Professional, the Debtors requested that Deloitte Tax perform certain tax services related to the Debtors' restructuring efforts in addition to the ordinary course tax services Deloitte Tax has been and continues to provide for the Debtors.  It is my understanding that the Debtors are filing the Application because, in light of the expanded scope of services that are reflected in the Engagement Agreements, Deloitte Tax's retention no longer fits within the limitations of the OCP Order.

6.      In providing such prepetition and postpetition professional services to the Debtors, Deloitte Tax has become familiar with the Debtors and their financial affairs, debt structure,

business operations, and related matters.  Having worked with the Debtors' management, Deloitte

Tax has developed relevant experience and knowledge regarding the Debtors that will assist it in

providing effective and efficient services during the chapter 11 cases.  Accordingly, Deloitte Tax

is both well-qualified and able to provide the services for the Debtors during the chapter 11 cases

in an efficient and timely manner.

7.     Deloitte Tax is the United States-based firm of a global network of separate and

independent member firms that operate locally in countries around the world.  Deloitte Tax has

considerable experience providing accounting, tax, auditing, and financial advisory services to

businesses in a chapter 11 environment and has been retained pursuant to section 327 of the

Bankruptcy Code in numerous chapter 11 cases.  *See, e.g.*, *In re David's Bridal, LLC*, Case

No. 23-13131 (CMG) (Bankr. D.N.J. June 30, 2023); *In re BlockFi Inc.*, Case No. 22-19361

(MBK) (Bankr. D.N.J. June 23, 2023); *In re Pipeline Health Sys., LLC*, Case No. 22-90291 (MI)

(Bankr. S.D. Tex. Feb. 2, 2023); *In re Voyager Digital Holdings, Inc.*, Case No. 22-10943 (MEW)

(Bankr. S.D.N.Y. Oct. 20, 2022); *In re Revlon, Inc.,* Case No. 22-10760 (DSJ) (Bankr. S.D.N.Y.

Aug. 23, 2022); *In re ION Geophysical Corp.*, Case No. 22-30987 (MI) (Bankr. S.D. Tex. July 19,

2022); *In re Talen Energy Supply, LLC*, Case No. 22-90054 (MI) (Bankr. S.D. Tex. July 1, 2022);

*In re Limetree Bay Serv's, LLC*, Case No. 21-32351 (DRJ) (Bankr. S.D. Tex. May 26, 2022);

*In re Basic Energy Serv's, Inc.*, Case No. 21-32351 (DRJ) (Bankr. S.D. Tex. Nov. 8, 2021);

*In re Washington Prime Grp., Inc.*, Case No. 21-31948 (MI) (Bankr. S.D. Tex. July 27, 2021); *In

re Extraction Oil & Gas, Inc.*, Case No. 20-11548 (CSS) (Bankr. D. Del. Aug. 11, 2020).

**Disinterestedness**

8.     A description of background information related to the member firms of Deloitte

Touche Tohmatsu Limited ("<u>DDTL</u>") and Deloitte Tax and its U.S. affiliates, as well as of the

conflicts check process conducted by Deloitte Tax and its affiliates, generally and with respect to these cases, along with the results thereof, are included in the OCP Declaration. The conflicts searches conducted by Deloitte Tax involve checking client and other databases of Deloitte's U.S. entities. Given the separateness of the various DTTL member firms, the Deloitte's U.S. entities do not have the capability to directly check the client or other databases of any of the non-U.S. DTTL member firms or their respective affiliates or subsidiaries. However, notwithstanding the separateness of the DTTL member firms, the Deloitte U.S. entities' checking procedures in bankruptcy cases do result in the gathering of certain information related to the DTTL member firms. When any of Deloitte LLP's operating affiliates, such as Deloitte Tax, is to be the subject of an application to be retained in a chapter 11 case, a process commences regarding checking connections to the debtor, its affiliates and the debtor's parties in interest (as provided by the debtors). With the assistance of the Deloitte U.S. entities' conflicts team (the "Conflicts Team"), a series of conflicts checking procedures are undertaken, including checking a number of Deloitte U.S. entities' databases for their connections.

9.      Subject to the information set forth in the OCP Declaration, except as set forth therein and in the attachments thereto, to the best of my knowledge, information, and belief, Deloitte Tax and the Engagement Partners/Principals/Managing Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte Tax is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

10.     Despite the efforts described in the OCP Declaration to identify and disclose Deloitte Tax's connections with the potential parties-in-interest in these chapter 11 cases, because Deloitte Tax is a nationwide firm with thousands of personnel, and because the Debtors are a large

enterprise, Deloitte Tax is unable to state with certainty that every client relationship or other

connection has been disclosed.  In this regard, if Deloitte Tax discovers additional material

information that it determines requires disclosure, it will file a supplemental disclosure promptly

with the Court.

## Scope of Services

11.    As set forth more fully in the Engagement Agreements, Deloitte Tax has agreed to

provide tax advisory services for the Debtors in accordance with the terms and conditions set forth

in the Engagement Agreements, and as requested by the Debtors and agreed to by Deloitte Tax, as

follows:

1)    ***2023 Tax Engagement Letter.***  Pursuant to the terms and conditions of the 2023 Tax Engagement Letter, Deloitte Tax will assist the Debtors with preparing the federal, state, local, and international tax returns, as detailed therein.  Such services include Deloitte Tax assisting the Debtors by preparing the 2022 and 2023 federal, state, and local income tax returns identified in Exhibit A attached thereto.  In addition, Deloitte Tax will assist in calculating the amount of extension payments and preparing the extension requests for 2022 and 2023 federal, state, local, and international income tax returns, as well as assisting in calculating 2023 and 2024 quarterly estimated tax payments as needed.  Deloitte Tax will also provide certain business personal property tax renditions identified in Exhibit C to the 2023 Tax Compliance Engagement Letter, as well as U.S. State and local sales and use tax preparation services for the Debtors, where such returns are identified in Exhibit E to the letter.  Further, Deloitte Tax will assist the Debtors in providing certain Canadian indirect tax return preparation services.  Lastly, Deloitte Tax will provide tax advisory services in connection with the calculation of the Debtors' income tax provision under the provisions of ASC 740 for the interim and the fiscal year-end periods May 28, 2023 through February 25, 2025.  Lastly, Deloitte Tax will provide tax advisory services for ongoing business as well as services related to potential dispositions and other bankruptcy matters, as requested by the Debtors.  In order to perform certain services under the 2023 Tax Engagement Letter, Deloitte Tax has engaged the DTTL Member Firm located in Canada ("<u>Deloitte Canada</u>") as a subcontractor under the terms of such letter to assist with certain of these services.

2)    ***Tax Restructuring Engagement Letter.***  Pursuant to the terms and conditions of the Tax Restructuring Engagement Letter, Deloitte Tax will provide tax advisory services in connection with the Debtors' restructuring, as follows:

   a)    advise the Debtors as they consult with their legal and financial advisors on the cash tax effects of restructuring, bankruptcy, and the post-restructuring

tax profile, including transaction costs and/or plan of reorganization tax costs, and the cash tax effects of the Chapter 11 filing and emergence transaction, including obtaining an understanding of the Debtors' financial advisors' valuation model to consider the tax assumptions contained therein;

b)     advise the Debtors regarding the restructuring and bankruptcy emergence process from a tax perspective, including analyzing various structuring alternatives and modification of debt;

c)     advise the Debtors on the cancellation of indebtedness income for tax purposes under Internal Revenue Code ("IRC") section 108, including cancellation of debt income generated from a restructuring, bankruptcy emergence transaction, and/or modification of the debt;

d)     advise the Debtors on post-restructuring tax attributes and post-bankruptcy tax attributes (tax basis in assets, tax basis in subsidiary stock and net operating loss carryovers) available under the applicable tax regulations and the reduction of such attributes based on the Debtors' operating projections, including a technical analysis of the effects of Treasury Regulation Section 1.1502-28 and the interplay with IRC sections 108 and 1017;

e)     advise the Debtors on the tax consequences resulting from a section 382 "ownership change" including analyzing the net built-in gain or net built-in loss position;

f)     if eventually applicable, advise the Debtors on the effects of tax rules under IRC sections 382(l)(5) and (l)(6) pertaining to the post-bankruptcy net operating loss carryovers and limitations on their utilization, and the Debtors' ability to qualify for IRC section 382(l)(5).

g)     advise the Debtors as to the treatment of post-petition interest for federal and state income tax purposes, including the applicability of the interest limitations under IRC section 163(j);

h)     advise the Debtors as to the state and federal income tax treatment of pre-petition and post-petition reorganization costs including restructuring-related professional fees and other costs, the categorization and analysis of such costs, and the technical positions related thereto;

i)     advise the Debtors with their evaluation and modeling of the tax effects of liquidating, disposing of assets, merging or converting entities as part of the restructuring, including the effects on federal and state tax attributes, state incentives, apportionment and other tax planning;

j)     advise the Debtors on state income tax treatment and planning for restructuring or bankruptcy provisions in various jurisdictions including cancellation of indebtedness calculations, adjustments to tax attributes and limitations on tax attribute utilization;

k)    advise the Debtors on responding to tax notices and audits from various taxing authorities;

l)    assist the Debtors with identifying potential tax refunds and advise the Debtors on procedures for tax refunds from tax authorities;

m)    advise the Debtors on income tax return reporting of restructuring and/or bankruptcy issues and related matters;

n)    assist the Debtors with documenting as appropriate, the tax analysis, development of the Debtors' opinions, recommendation, observations, and correspondence for any proposed restructuring alternative tax issue or other tax matter described above (does not include preparation of information for tax provision or financial reporting purposes);

o)    advise the Debtors with non-U.S. tax implications and structuring alternatives;

p)    advise the Debtors with their efforts to calculate tax basis in the stock of each of the Debtor's subsidiaries or other equity interests;

q)    advise the Debtors with their efforts to calculate tax basis in assets by entity;

r)    as requested by the Debtors and as may be agreed to by Deloitte Tax, advise the Debtors regarding other state, federal, or international income tax questions that may arise in the course of the engagement;

s)    as requested by the Debtors and as may be agreed to by Deloitte Tax, assist in documenting as appropriate, the tax analysis, development of the Debtors' opinions, recommendation, observations, and correspondence for any proposed debt restructuring or combination alternative tax issue or other tax matter described above; and

t)    as requested by the Debtors and as may be agreed to by Deloitte Tax, advise the Debtors regarding other state or federal income tax questions (e.g., ability to take worthless stock deduction) that may arise in the course of the engagement.

12.    Deloitte Tax respectfully requests that its retention be made effective as of the Petition Date so that Deloitte Tax may be compensated for the professional services it has provided before the Application is heard by the Court. Deloitte Tax has provided services to the Debtors in advance of approval of this Application in anticipation that its retention would be approved

effective as of the Petition Date. Deloitte Tax submits that these circumstances are of a nature

warranting retroactive approval.

## **Professional Compensation**

13.      Deloitte Tax's retention by the Debtors is conditioned upon its ability to be retained

in accordance with its terms and conditions of employment, including the proposed compensation

arrangements set forth in the Engagement Agreements.

14.      Pursuant to the terms of the 2023 Tax Engagement Letter, Deloitte Tax will bill the

Debtors annual fixed fees for the services performed thereunder, as follows:

| Services | Fees |
|---|---|
| Federal, Multistate and International Tax Compliance (annual estimated fee) | $451,500 |
| Puerto-Rico Tax Compliance (annual estimated fee) | $17,850 |
| Property Tax Services (annual estimated fee) | $283,500 |
| Sales and Use Tax Services (annual estimated fee) | $271,832 |
| Tax Provision Preparation Services (annual estimated fee) | $708,750 |
| Total Annual estimated fees,  unless otherwise stated in the 2023 Tax Compliance Engagement Letter | $1,753,432[3] |

15.      In the event Deloitte Tax performs any services that are outside the scope of

services contemplated by the 2023 Tax Engagement Letter, Deloitte Tax will bill the Debtors for

such out of scope services at agreed-upon hourly rates, as set forth in the table below:

| Professional Level | Hourly Rate |
|---|---|
| Partner / Principal / Managing Director | $670 |
| Senior Manager | $600 |
| Manager | $500 |

---

[3]      The Total Annual estimated fees in the amount of $1,733,432 set forth in the 2023 Tax Engagement Letter inadvertently excludes $20,000 in fees that is associated with the services to be performed by Deloitte Canada, as a subcontractor to Deloitte Tax.

| Senior | $250 |
|---|---|
| Staff | $200 |

16.    As noted above, with respect to the subcontracted services performed by Deloitte Canada under the terms of the 2023 Tax Engagement Letter, Deloitte Tax will pay Deloitte Canada its portion of the fees Deloitte Tax bills to the Debtors for the services Deloitte Canada performs under the 2023 Tax Engagement Letter.

17.    Pursuant to the terms and conditions of the Tax Restructuring Engagement Letter, Deloitte Tax will bill the Debtors fees that are based on the amount of professional time required and the experience level of the professionals involved, at agreed-upon hourly rates, as set forth in the following table:

| Professional Level | Hourly Rates |
|---|---|
| Partner / Principal / Managing Director | $670 |
| Senior Manager | $600 |
| Manager | $500 |
| Senior | $250 |
| Staff | $200 |

18.    Hourly rates are revised periodically in the ordinary course of Deloitte Tax's business.  Deloitte Tax shall advise the Debtors of any new rates should it institute a rate-change during the chapter 11 cases.  Such changes will be noted on the invoices for the first time period in which a revised rate becomes effective.

19.    In addition to the fees set forth above, actual, reasonable and necessary expenses, including travel, report production, delivery services, and other expenses incurred in providing Deloitte Tax's services will be included in the total amount billed.

20.     Deloitte Tax intends to file interim and final fee applications for the allowance of compensation for the services rendered and reimbursement of expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court, including the order granting this application (to the extent compliance is not waived), and/or any guidelines issued by the Office of the U.S. Trustee.

21.     Deloitte Tax will maintain records in support of any fees incurred in connection with the services it performs in these chapter 11 cases by category and nature of the services rendered and will provide reasonably detailed descriptions of those services rendered on behalf of the Debtors, the time expended in provided those services, and the individuals who provided professional services for the Debtors.  Deloitte Tax will present such records to the Court in its fee applications to the Court.  Deloitte Tax requests that the invoices, after appropriate review, be paid in a manner consistent with the payment of other retained professionals in this matter, consistent with any administrative orders, if any, that would apply to interim payments.  I understand that all payments rendered pursuant to Deloitte Tax's retention by the Debtors must be approved by an order of this Court and based upon the filing by Deloitte Tax of appropriate interim and final applications for allowance of compensation and reimbursement of expenses.

22.     As noted in the OCP Declaration, prior to the Petition Date, Deloitte Tax provided professional services to the Debtors.  In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte Tax approximately $1,096,486 for services performed and/or to be performed.  As of the Petition Date, approximately $375,099 was outstanding with respect to the invoices issued by Deloitte Tax prior to such date.  Deloitte Tax will not seek a recovery with respect to such outstanding amounts.

23.     Prior to the Petition Date, Deloitte & Touche provided professional services to the Debtors.  In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte & Touche approximately $724,769 for services performed and/or to be performed.  As of the Petition Date, no amounts were outstanding with respect to the invoices issued by Deloitte & Touche prior to such date.

24.     Prior to the Petition Date, Deloitte Consulting provided, and continues to provide, various information technology and systems-related support and maintenance services for the Debtors.  In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte Consulting approximately $175,000 for services performed.  As of the Petition Date, approximately $213,841 was outstanding with respect to the invoices issued by Deloitte Consulting prior to such date.

25.     Some services incidental to the tasks to be performed by Deloitte Tax in these chapter 11 cases may be performed by personnel now employed by or associated with affiliates of Deloitte Tax, such as Deloitte FAS, DTBA, Deloitte & Touche, and Deloitte Consulting, or their respective subsidiaries, including subsidiaries located outside of the United States.  For example, a portion of the tax services will be performed, at Deloitte Tax's direction, by its indirect subsidiary, Deloitte Tax Services India Private Limited ("Deloitte Tax India").  A specifically assigned team of personnel from Deloitte Tax India will assist in the tax services under the supervision, and with the input, of personnel of Deloitte Tax.  The hourly rates charged to clients by Deloitte Tax for services performed by Deloitte Tax India personnel are comparable to the market rates charged for similar services by Deloitte Tax, but do not directly correlate with the hourly rates attributed to such services by Deloitte Tax India.  The connections of Deloitte Tax India (along with the connections of Deloitte Tax and its other affiliates) to the Potential Parties-in-Interest searched by Deloitte Tax are set forth on **Schedule 2**.

26.    Deloitte Tax has received no promises regarding compensation in the chapter 11 cases other than in accordance with the Bankruptcy Code and as set forth in this Declaration. Deloitte Tax has no agreement with any nonaffiliated or unrelated entity to share any compensation earned in the chapter 11 cases.

**Efforts to Avoid Duplication of Services**

27.    The services performed by Deloitte Tax will not unnecessarily duplicate or overlap with the other services performed by the Debtors' other retained professionals.  Deloitte Tax understands that the Debtors have retained and may retain additional professionals during the term of the Engagement Agreements, and Deloitte Tax agrees to work cooperatively with the Debtors to avoid unnecessary duplication of services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 26, 2023

/s/ James Piazza
_____
James Piazza
Partner
Deloitte Tax LLP

## Schedule 1

## Potential Parties-in-Interest List

| |
|---|
| 0509 CC Ocala Joint Venture |
| 0534 Pensacola Cordova Land, LLC |
| 101 & Scottsdale, LLC |
| 1019 Central Avenue Corporation |
| 12535 SE 82nd Ave LLC |
| 1301 East Gladstone Street Investors, LLC |
| 13555 TTN, LLC |
| 168th and Dodge, LP |
| 1700 Oxford Drive Partnership |
| 1832 Asset Management, L.P. |
| 200-220 West 26 LLC |
| 209-261 Junction Road Madison Investors LLC |
| 2180 Kings Highway DE LLC |
| 2200 Lohman Ave. LLC |
| 270 Greenwich Street Associates LLC |
| 271 South Broadway LLC |
| 28th Street Management Company, LLC |
| 293-305 Route 22 East, LLC |
| 31535 Southfield Road LLC |
| 36 Monmouth Plaza LLC |
| 3600 Long Beach Road, LLC |
| 4S Commons Partners, LLC |
| 555 9th Street LP |
| 5737-5848 North Elizabeth Street Holdings, LLC |
| 6034 Azle Avenue, LLC |
| 675 AOA Owner LLC |
| 81 Associates, LLC |
| A & W Acquisitions, LLC |
| Aberdeen Commons Associates, LLC |
| ABJ Group Advancement TX LLC |
| Abram, Harwick Chya |
| Acadia Realty Limited Partnership |
| ACCENTURE LLP |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) |
| ACOSTA INC./ACTIONLINK SERVICES, LLC |
| ACS Fort Smith Pavilion AR, LLC |
| ACS Town Square Shopping Center IN, LLC |
| ADEN & ANAIS INC. |

1

| |
|---|
| ADOBE SYSTEMS INC |
| AE Holdings I, LLC |
| AES Indiana |
| AES Ohio |
| AFA PROTECTIVE SYSTEMS, INC. |
| AFFILIATED FM INSURANCE COMPANY |
| AGC Pacific Coast Plaza, LLC |
| Agree 1031, LLC |
| Agree Grand Chute WI LLC |
| Agree Limited Partnership |
| AGUA MANSA COMMERCE PHASE I, |
| AIG |
| AIG INSURANCE COMPANY OF CANADA |
| AIG Specialty Insurance Company |
| Airport Plaza, LLC |
| AJG Enterprises, LLC |
| Akamai Technologies Inc |
| AK-SAR-BEN Village LLC |
| ALABAMA POWER CO |
| Alamo Bed Bath & Beyond Inc. |
| Alan Freeman |
| ALBUQUERQUE BERNALILLO COUNTY |
| ALDERWOOD WATER & WSTWTR DIST |
| Alectra Utilities Corporation |
| Alexander's Rego Shopping Center, Inc. |
| Alexandria Main Mall LLC |
| AlixPartners LLP |
| Allan A. & Beverly M. Sebanc |
| AllianceBernstein, L.P. (U.S.) |
| ALLIANT ENERGY IPL |
| ALLIANT ENERGY WP&L |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY |
| Almaden Plaza Shopping Center Inc. |
| Alpine Cherry Creek LLC |
| Alta Capital Management, LLC |
| ALTO Northpoint LP |
| ALTOONA WATER AUTHORITY |
| Altrius Capital Management, Inc. |
| Ameren Illinois |
| Ameren Missouri |
| American Alternative Insurance (BBB) |
| American Alternative Insurance (CTS) |

American Electric Power
AMERICAN GREETINGS CORPORATION
AMERICAN WATER & ENERGY SAVERS
Ameritas Life Insurance Corp. of New York
Amherst Crossing AMA Realty Ventures, LLC
AML IP, LLC,
Amos, Sadina
Anderson, Carol
Andrea Weiss
Angelo Gordon
Ann Yerger
Anna Mscisz Trust
APG Asset Management US, Inc.
APOLLO RETAIL SPECIALISTS LLC
Appalachian Power
APPLIED PREDICTIVE
APPRISS RETAIL
APS
APS&EE
AQS Asset Management, LLC
AQUA ILLINOIS INC
AQUA INDIANA
AQUA NEW JERSEY
AQUA OHIO INC
AQUA PENNSYLVANIA
AQUARION WATER COMPANY OF CT
Arapahoe Crossings, L.P.
Arboretum Retail, LLC
ARC ASANDSC001, LLC
ARC BHTVCMI001, LLC
ARC CLORLFL001, LLC
ARC CPFAYNC001, LLC
ARC PCBIRAL001, LLC
ARC PRLAWKS001, LLC
ARC SMWMBFL001, LLC
ARC SSSEBFL001, LLC
ARC TCMESTX001, LLC
Arch Insurance Company
ARCH SPECIALTY INSURANCE COMPANY
Ares Management
ARG BBSCHIL001, LLC
ARG CCALBNMOO1, LLC
ARG FSBROWI001, LLC

ARG GFBOGKY001, LLC
ARG MPLTRAR001, LLC
ARG PSALBNM001, LLC
ARG SAABITX001, LLC
ARG SPSPRIL001, LLC
ARG SSSTRPA001, LLC
ARG TTRALNC001, LLC
ARGONAUT INSURANCE COMPANY
Aristotle Capital Management, LLC
ARKANSAS OKLAHOMA GAS CORP
ARNOLD LINE WATER
Arrowhead Palms, L.L.C.
ARTSANA USA INC/JUVENILE
A-S 149 Island Gate Plaza, L.P.
A-S 156 HQSC, L.P.
Asbury Shops, LLC
ASHWAUBENON WATER & SEWER UTIL
ASSEMBLE PARTNERS
Asset Allocation & Management Company, LLC
ATCO ENERGY
ATLANTIC CITY ELECTRIC
ATLAS SIGN INDUSTRIES
ATMOS ENERGY
ATT OST Marketplace, LLC
AUBURN WATER DISTRICT
Augenbaum, Todd
AUGUSTA UTILITIES DEPT
AURORA WATER
Authentic Brands
AUTORIDAD DE ACUEDUCTOS Y
Aviary Capital Enterprises, Inc.
AVISTA
AVR CPC Associates, LLC
AW BILLING SERVICES LLC
AXIS Surplus Insurance Company
B Comm Realty, LLC
B33 Erie Marketplace II LLC
B33 Maple Grove II LLC
BABYBJORN INC.
BALDWIN EMC
Banco de Sabadell, S.A
Banco Popular
BANGOR NATURAL GAS

| |
|---|
| BANGOR WATER DISTRICT |
| Bank of America Merrill Lynch Proprietary Trading |
| Bank of America, N.A. |
| Bank of Montreal |
| Barclays Capital, Inc. |
| Barrywoods Holdings, LLC |
| Bart Sichel |
| Basser-Kaufman Real Estate |
| BATON ROUGE WATER CO |
| BAY ISLAND, LLC |
| Bayer Development Company, L.L.C. |
| Bayshore Mall Partners |
| BB&T |
| BBB Canada LP Inc. |
| BBB Canada LP Inc. |
| BBB Canada Ltd. |
| BBB Canada Ltd. |
| BBB Mexico L.L.C. |
| BBB Mexico L.L.C. |
| BBB Plaza Associates Ltd |
| BBB Value Services Inc. |
| BBBY Management Corporation |
| BBBYCF LLC |
| BBBYTF LLC |
| BBP Partners, LLC |
| BC Hydro |
| BCB Group Investements Tramonto Marketplace LLC |
| BCC II, LLC |
| BCWSA |
| BEACHES ENERGY SERVICES |
| BEACHWAVER CO., THE |
| Beatty Limited Partnership |
| BEAUFORT JASPER |
| Bed Bath & Beyond Canada L.P. |
| Bed Bath & Beyond Canada L.P. |
| Bed Bath & Beyond Inc. |
| Bed Bath & Beyond Mexico S. de R. de C.V. |
| Bed Bath & Beyond Mexico S. de R. de C.V. |
| Bed Bath & Beyond of Annapolis, Inc. |
| Bed Bath & Beyond of Arundel Inc. |
| Bed Bath & Beyond of Baton Rouge Inc. |
| Bed Bath & Beyond of Birmingham Inc. |

| |
|---|
| Bed Bath & Beyond of Bridgewater Inc. |
| Bed Bath & Beyond of California Limited Liability Company |
| Bed Bath & Beyond of Davenport Inc. |
| Bed Bath & Beyond of East Hanover Inc. |
| Bed Bath & Beyond of Edgewater Inc. |
| Bed Bath & Beyond of Falls Church, Inc. |
| Bed Bath & Beyond of Fashion Center, Inc. |
| Bed Bath & Beyond of Frederick, Inc. |
| Bed Bath & Beyond of Gaithersburg Inc. |
| Bed Bath & Beyond of Gallery Place L.L.C. |
| Bed Bath & Beyond of Knoxville Inc. |
| Bed Bath & Beyond of Lexington Inc. |
| Bed Bath & Beyond of Lincoln Park Inc. |
| Bed Bath & Beyond of Louisville Inc. |
| Bed Bath & Beyond of Mandeville Inc. |
| Bed Bath & Beyond of Manhattan, Inc. |
| Bed Bath & Beyond of Norman Inc. |
| Bed Bath & Beyond of Opry Inc. |
| Bed Bath & Beyond of Overland Park Inc. |
| Bed Bath & Beyond of Palm Desert Inc. |
| Bed Bath & Beyond of Paradise Valley Inc. |
| Bed Bath & Beyond of Pittsford Inc. |
| Bed Bath & Beyond of Portland Inc. |
| Bed Bath & Beyond of Rockford Inc. |
| Bed Bath & Beyond of St. Louis Inc. |
| Bed Bath & Beyond of Towson Inc. |
| Bed Bath & Beyond of Virginia Beach Inc. |
| Bed Bath & Beyond of Waldorf Inc. |
| Bed Bath & Beyond of Woodbridge Inc. |
| bed 'n bath Stores Inc. |
| Bell Tower Shops, LLC |
| Belleclaire Hotel LLC |
| Belz Investco, GP |
| Benchmark-Clarence Associates, LLC |
| Benderson 85-1 Trust |
| Benderson Properties, Inc., |
| Benton PUD |
| BERKLEY ASSURANCE COMPANY |
| BERKSHIRE BLANKET & HOME CO., INC. |
| BERKSHIRE GAS COMPANY |
| BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY |

| |
|---|
| Berkshire Merrill Road, LLC |
| BEVERLY HILLS WATER DEPT |
| BG Monmouth, LLC |
| BGE |
| BHF INTERNATIONAL LIMITED |
| BISSELL INTERNATIONAL TRADING |
| BIT Holdings Sixty-Three, Inc. |
| BIT Investment Twenty Seven, LLC |
| Bivium Capital Partners, LLC |
| Black Hills Energy |
| BlackRock Advisors, LLC |
| BlackRock Inc |
| Blackstone Liquid Credit Strategies, LLC |
| BLENDJET INC. |
| Blue Cross Blue Shield (Anthem) |
| Blue Torch Capital |
| BLUE YONDER INC |
| BlueCrest Capital Management (U.K.), LLP |
| BNP Paribas Asset Management France |
| BNP Paribas Securities Corporation |
| BOISE CITY UTILITY BILLING |
| BondBloxx Investment Management Corporation |
| BOROUGH OF BUTLER |
| BOROUGH OF PARAMUS |
| BOROUGH OF TOTOWA |
| BOSSIER CITY UTILITIES DEPT |
| Bowles Village Center LLC |
| BOWLING GREEN MUNI UTILITIES |
| Boyer Spring Creek, L.C. |
| Bradenton I, LLC |
| BRAINTREE ELECTRIC LIGHT DEPT |
| BRAINTREE WATER & SEWER DEPT |
| BRANTFORD POWER INC |
| BRAZORIA COUNTY MUD #6 |
| BRE DDR Fairfax Town Center LLC |
| BRE DDR Flatacres Marketplace LLC |
| BRE DDR IVA Southmont PA LLC |
| BRE DDR Lake Brandon Village LLC |
| BRE/Pearlridge LLC |
| BREIT Bingo Holdings LLC |
| Brentwood Plaza LLC |
| BREVILLE USA INC. |
| BRICK TOWNSHIP MUA |

| |
|---|
| BRIDGETREE LLC |
| Bridgewater Falls Station LLC |
| Brighton Mall Associates LP |
| BrightRidge |
| BRISTOL TENNESSEE ESSENTIAL SV |
| Bristol-Warner Investors, LLC |
| BRITAX CHILD SAFETY, INC. |
| Brixmor Arborland LLC |
| Brixmor GA Coastal Landing (FL) LLC |
| Brixmor GA Cobblestone Village At St. Augustine LL |
| Brixmor GA Delta Center (MI) LLC |
| Brixmor GA Fashion Corner, LLC |
| Brixmor GA Springdale/Mobile Limited Partnership |
| Brixmor GA Westminster LLC |
| Brixmor Hale Road LLC |
| BRIXMOR HOLDINGS 11 SPE LLC |
| Brixmor Holdings 6 SPE, LLC |
| Brixmor Property Owner II, LLC |
| Brixmor SPE 1 LLC |
| Brixmor/IA Delco Plaza, LLC |
| Brixton Beaumont, LLC |
| Brixton Rogue, LLC |
| BROADRIDGE |
| Broadway Belvedere LLC |
| BRODHEAD CREEK REGIONAL AUTH |
| Brookwood Capital Partners LLC |
| BROWARD CO WATER & WASTEWTR SV |
| Brown Ranch Properties LP |
| BRUNSWICK GLYNN COUNTY JOINT |
| Burlington Gateway Limited Partnership |
| Burt-Deasy, Kelly |
| BUTLER CO WATER & SEWER DEPT |
| BUTTERBLU LLC |
| Buy Buy Baby of Rockville, Inc. |
| Buy Buy Baby of Totowa, Inc. |
| Buy Buy Baby, Inc. |
| BV Southwind, LLC |
| BV Waco Central Texas Marketplace, LLC |
| BVA Avenue LLC |
| BVA Deerbrook SPE LLC |
| BVA Towne Square LLC |

| |
|---|
| BVA Woodhill LLC |
| BVC Oakwood Commons Inc. |
| BVCV Union Plaza LLC |
| BVK- Beamtenversicherungskasse des Kantons Zurich |
| BWAO LLC |
| CA 5-15 West 125th LLC |
| Cable Car Capital, LLC |
| CAC Atlantic LLC |
| Cahill, Doreen |
| CAL Development, LLC |
| Caldwell Mooney Partners II, LP |
| CALIBER AMERICAS LLC |
| California Public Employees Retirement System |
| CALIFORNIA WATER SERVICE CO |
| Camden Village LLC |
| Camille Fratanduono |
| Canal Insurance Company |
| Candlewood Lake Road, LLC |
| Canton Corners Ford Road LLC |
| Canton Marketplace Owner LLC |
| CANTON TOWNSHIP WATER DEPT |
| Canyon Park West, LLC |
| Caparra Center Associates, LLC |
| CAPE FEAR PUBLIC UTILITY AUTH |
| CAPITAL ELECTRIC COOP INC |
| Capital Mall Land LLC |
| Capital One, National Association |
| CapitalatWork - Foyer Group (Belgium) |
| Capstone Marketplace LLC |
| CARAWAY HOME, INC. |
| CARBONDALE WATER & SEWER |
| Carillon Tower Advisers, Inc. |
| CARLE PLACE WATER DISTRICT |
| CARPENTER COMPANY/THERAPEDIC |
| CARRIER CORPORATION |
| CARROLL ELECTRIC COOP CORP |
| Carson Valley Center LLC |
| Caruth Acquisition LP |
| Cascade Natural Gas |
| CASEYVILLE TOWNSHIP SEWER |
| CASS COUNTY ELECTRIC COOP |
| Castle Ridge Associates |

| |
|---|
| CastleKnight Management, L.P. |
| Casto-Oakbridge Venture Ltd |
| Catholic Family Fraternal Of Texas |
| CCA AND B LLC |
| CD 2007-CD5 ED NOBLE PARKWAY, LLC |
| CEDAR RAPIDS MUNICIPAL UTIL |
| CELLA INC |
| Center Developments Oreg., LLC |
| Centerbridge Partners |
| CenterPoint Energy |
| Centerra Retail Shops, LLC |
| Centerton Square Owners, LLC |
| CENTRAL HUDSON GAS & ELEC CORP |
| CENTRAL MAINE POWER |
| Central Mall Port Arthur Realty Holding, LLC |
| Central Shopping Centers CC, LLC |
| CENTRIC SOFTWARE INC |
| Cerberus Capital Management |
| CERTAIN UNDERWRITERS AT LLOYD'S - SYNDICATE 1183 (VALIDUS) |
| CFH REALTY III/ SUNSET VALLEY, L.P. |
| CFH Realty III/Sunset Valley, L.P. |
| CHAIN STORE MAINTENANCE, INC. |
| Champlain Center South Assoc., LLC |
| Chandler Festival SPE LLC |
| Chandler Village Center, LLC |
| CHARLES COUNTY GOVERNMENT |
| CHARLESTON WATER SYSTEM |
| CHARLOTTE COUNTY UTILITIES |
| CHARTER TOWNSHIP OF MERIDIAN |
| CHARTER TWP OF CHESTERFIELD |
| Charter Warwick, LLC |
| Chartwell Investment Partners, LLC |
| Chase Green Mountain L.P. |
| CHATTANOOGA GAS |
| Chef C Holdings LLC |
| Chenal Place Properties LLC |
| Cherry Hill Retail Partners LLC |
| CHESTERFIELD COUNTY |
| Chicago Capital, LLC |
| Chico Crossroads, LP |
| Christiana Town Center , LLC |
| Chubb - Federal Insurance |

Chugach Electric Association
CIGNA Investments, Inc.
CISCO SYSTEMS CAPITAL CORP
Citi
Citigroup Global Markets, Inc.
CITIZENS ENERGY GROUP
CITIZENS WESTFIELD
CITRUS AD INTERNATIONAL INC
CITY AND COUNTY OF HONOLULU
CITY OF ABILENE
CITY OF AIKEN
CITY OF ALEXANDRIA
CITY OF ALTAMONTE SPRINGS
CITY OF AMMON
CITY OF ANN ARBOR WATER UTIL
CITY OF ANTIOCH
CITY OF APPLE VALLEY
CITY OF ASHEVILLE
CITY OF ATLANTA
CITY OF AUBURN
CITY OF AUSTIN
CITY OF AVONDALE
CITY OF BAKERSFIELD
CITY OF BEAUMONT
CITY OF BEAVERTON
CITY OF BELLEVILLE
CITY OF BELLINGHAM
CITY OF BEND UTILITIES
CITY OF BILLINGS
CITY OF BISMARCK WATER DEPT
CITY OF BOCA RATON
CITY OF BOYNTON BEACH
CITY OF BOZEMAN
CITY OF BRANTFORD
CITY OF BRIGHTON
CITY OF BRISTOL TN FINANCE DPT
CITY OF BROOKFIELD UTILITIES
CITY OF BUENA PARK
CITY OF BUFORD
CITY OF BURLINGTON
CITY OF CAPE CORAL
CITY OF CHANDLER
CITY OF CHARLOTTESVILLE

| |
|---|
| CITY OF CHATTANOOGA |
| CITY OF CLAREMONT |
| CITY OF CLEARWATER |
| CITY OF CLEVELAND DIV OF WATER |
| CITY OF COCOA |
| CITY OF COEUR D ALENE |
| CITY OF COLUMBIA |
| CITY OF COLUMBIA MISSOURI |
| CITY OF CONCORD |
| CITY OF CONROE |
| CITY OF CORALVILLE |
| CITY OF CORPUS CHRISTI |
| CITY OF CRYSTAL LAKE |
| CITY OF DALLAS |
| CITY OF DALY CITY |
| CITY OF DAVENPORT |
| CITY OF DELRAY BEACH |
| CITY OF DENTON |
| CITY OF DIBERVILLE |
| CITY OF DOWNEY |
| CITY OF DUBUQUE |
| CITY OF DURHAM |
| CITY OF EDMOND |
| CITY OF EULESS |
| CITY OF EUREKA |
| CITY OF FARGO |
| CITY OF FLORENCE |
| CITY OF FLOWOOD |
| CITY OF FORT WORTH WATER DEPT |
| CITY OF FREDERICKSBURG |
| CITY OF FREDERICTON |
| CITY OF FRESNO |
| CITY OF FRISCO |
| CITY OF FT LAUDERDALE |
| CITY OF FT WAYNE UTILITIES |
| CITY OF GAINESVILLE |
| CITY OF GASTONIA |
| CITY OF GENEVA |
| CITY OF GLENDALE |
| CITY OF GLENDORA |
| CITY OF GLENWOOD SPRINGS |
| CITY OF GRAND ISLAND UTILITIES |
| CITY OF GREENSBORO |

| |
|---|
| CITY OF GULF SHORES |
| CITY OF HARKER HEIGHTS |
| CITY OF HARRISONBURG VA |
| CITY OF HATTIESBURG |
| CITY OF HELENA |
| CITY OF HIALEAH |
| CITY OF HICKORY |
| CITY OF HOUSTON |
| CITY OF HUBER HEIGHTS |
| CITY OF HUMBLE |
| CITY OF HURST UTILITY BILLING |
| CITY OF INDEPENDENCE |
| CITY OF ISSAQUAH |
| CITY OF ITHACA |
| CITY OF JACKSON |
| CITY OF JACKSONVILLE |
| CITY OF JOLIET |
| CITY OF JOPLIN |
| CITY OF KALISPELL MONTANA |
| CITY OF KAMLOOPS |
| CITY OF KEIZER |
| CITY OF KENNEWICK |
| CITY OF LA HABRA |
| CITY OF LAFAYETTE |
| CITY OF LAKE CHARLES |
| CITY OF LAKE WORTH |
| CITY OF LAKELAND |
| CITY OF LAKEWOOD |
| CITY OF LAS CRUCES |
| CITY OF LAWTON UTILITY SVCS |
| CITY OF LEOMINSTER |
| CITY OF LETHBRIDGE |
| CITY OF LEWISVILLE |
| CITY OF LONGMONT |
| CITY OF LONGVIEW |
| CITY OF LOVELAND |
| CITY OF LUBBOCK UTILITIES |
| CITY OF LYNCHBURG UTILITY BLLG |
| CITY OF LYNNWOOD |
| CITY OF MANDEVILLE |
| CITY OF MANHATTAN |
| CITY OF MANSFIELD |
| CITY OF MAPLE GROVE |

| |
| --- |
| CITY OF MCKINNEY |
| CITY OF MEDICINE HAT |
| CITY OF MEQUON UTILITIES |
| CITY OF MERIDIAN |
| CITY OF MESQUITE |
| CITY OF MIDLAND WATER DEPT |
| CITY OF MISSOULA |
| CITY OF MONROE |
| CITY OF MONROVIA |
| CITY OF MOORE |
| CITY OF MOSCOW |
| CITY OF MYRTLE BEACH |
| CITY OF NAPERVILLE |
| CITY OF NEW LONDON |
| CITY OF NEWPORT |
| CITY OF NOBLESVILLE UTILITIES |
| CITY OF NORMAN |
| CITY OF NORTHGLENN |
| CITY OF NOVI |
| CITY OF OCALA |
| CITY OF OCEANSIDE |
| CITY OF O'FALLON |
| CITY OF OKLAHOMA CITY |
| CITY OF OLYMPIA |
| CITY OF OREM |
| CITY OF OSAGE BEACH |
| CITY OF OTTAWA |
| CITY OF PASADENA WTR DEPT |
| CITY OF PEMBROKE PINES |
| CITY OF PEORIA |
| CITY OF PERRYSBURG |
| CITY OF PETOSKEY |
| CITY OF PHARR |
| CITY OF PHOENIX |
| CITY OF PITTSFIELD |
| CITY OF PLANO |
| CITY OF PORT ARTHUR |
| CITY OF PORTAGE |
| CITY OF PORTSMOUTH |
| CITY OF PUYALLUP |
| CITY OF QUINCY |
| CITY OF RALEIGH |
| CITY OF RED DEER |

| |
|---|
| CITY OF REDDING |
| CITY OF REDLANDS |
| CITY OF REDWOOD CITY |
| CITY OF REGINA |
| CITY OF REHOBOTH BEACH |
| CITY OF RENO UTILITIES |
| CITY OF RICHMOND |
| CITY OF ROCHESTER HILLS WT&SWR |
| CITY OF ROCKWALL |
| CITY OF ROSEVILLE |
| CITY OF ROSEVILLE WATER DEPT |
| CITY OF ROUND ROCK |
| CITY OF RUTLAND |
| CITY OF SAN LUIS OBISPO |
| CITY OF SAN MARCOS |
| CITY OF SANTA CLARA |
| CITY OF SANTA CRUZ MUNIE UTIL |
| CITY OF SANTA FE NM |
| CITY OF SANTA ROSA |
| CITY OF SASKATOON |
| CITY OF SAVANNAH |
| CITY OF SEAL BEACH |
| CITY OF SEATTLE |
| CITY OF SEBRING |
| CITY OF SELMA |
| CITY OF SHERMAN |
| CITY OF SHREVEPORT |
| CITY OF SIOUX CITY |
| CITY OF SOMERVILLE |
| CITY OF SOUTHAVEN |
| CITY OF SPARKS |
| CITY OF ST PETERSBURG |
| CITY OF STERLING HEIGHTS WATER |
| CITY OF SUNRISE |
| CITY OF SURPRISE |
| CITY OF TACOMA |
| CITY OF TALLAHASSEE |
| CITY OF TAYLOR WATER DEPT |
| CITY OF TEMPLE |
| CITY OF THORNTON |
| CITY OF TIGARD |
| CITY OF TOLEDO DEPT PUBL UTIL |
| CITY OF TOPEKA |

| |
|---|
| CITY OF TORRANCE UTILITIES |
| CITY OF TROY WATER |
| CITY OF TUCSON UTILITY LOCKBOX |
| CITY OF TUKWILA |
| CITY OF TULSA UTILITIES |
| CITY OF TUSCALOOSA WATER SEWER |
| CITY OF TWIN FALLS |
| CITY OF TYLER |
| CITY OF UPLAND |
| CITY OF VALDOSTA |
| CITY OF VALLEJO |
| CITY OF VANCOUVER UTILITIES |
| CITY OF VICTORIA UBO |
| CITY OF VISALIA |
| CITY OF WACO WATER OFFICE |
| CITY OF WALKER |
| CITY OF WALLA WALLA |
| CITY OF WARNER ROBINS |
| CITY OF WEATHERFORD |
| CITY OF WEBSTER |
| CITY OF WEST MELBOURNE |
| CITY OF WESTLAND WATER |
| CITY OF WESTMINSTER |
| CITY OF WICHITA |
| CITY OF WICHITA FALLS |
| CITY OF WILDWOOD WATER UTILITY |
| CITY OF WILSON |
| CITY OF WINNIPEG |
| CITY OF WINSTON SALEM |
| CITY OF WINTER GARDEN |
| CITY OF WOODBURY |
| CITY TREASURER |
| CITY UTILITIES |
| CITY UTILITIES OF SPRINGFIELD |
| CITY WATER LIGHT & POWER |
| CLACKAMAS RIVER WATER |
| CLARK CO WTR RECLAMATION DIST |
| CLARK PUBLIC UTILITIES |
| CLARKSVILLE DEPT OF ELECTRICTY |
| CLARKSVILLE GAS & WATER |
| CLARKSVL WSTWTR TREATMENT DEPT |
| CLEARY GOTTLIEB STEEN & |
| Cleco Power LLC |

| |
|---|
| Closter Marketplace (EBA), LLC |
| CMR Limited Partnership |
| COACHELLA VALLEY WATER DIST |
| COAST EPA |
| Coastal Grand CMBS LLC |
| Cobb Place Property, LLC |
| Cohen, Judith |
| Cole MT Folsom CA, LP |
| COLE MT SAN MARCOS TX LLC |
| Cole San Marcos TX, LLC |
| College Plaza Station LLC |
| COLLEGE STATION UTILITIES |
| COLLIER COUNTY UTILITIES |
| Colorado Springs Utilities |
| Columbia Gas of Kentucky |
| Columbia Gas of Maryland |
| Columbia Gas of Ohio |
| Columbia Gas of Pennsylvania |
| COLUMBIA GAS OF VIRGINIA |
| Columbia Square Kennewick, LLC |
| Columbia Tech Center, LLC |
| Columbiana Station E&A , LLC |
| Columbus Town Center II, L.L.C. |
| COLUMBUS WATER WORKS |
| ComEd |
| COMFORT REVOLUTION/THERAPEDIC |
| COMM WORKS LLC |
| COMMERCE HUB |
| COMMISSION JUNCTION INC |
| Commons at Issaquah, Inc. |
| Con Edison |
| Concord Investment CO |
| Congressional North Associates Limited Partnership |
| Congressional Plaza Associates LLC |
| CONNECTICUT NATURAL GAS CORP |
| Conroe Marketplace S.C, L.P. |
| CONSERVICE |
| CONSOLIDATED EDISON CO OF NY |
| CONSOLIDATED UTILITY DISTRICT |
| CONSOLIDATED WATERWORKS DIST 1 |
| Consumers Energy |
| CONTINENTAL INSURANCE COMPANY (CNA) |

| |
|---|
| CONTINENTAL WEB PRESS INC |
| CONTRA COSTA WATER DISTRICT |
| COPPER PEARL, INC. |
| Coral Sky Retail LLC |
| CORAL SPRINGS IMPROVEMENT DIST |
| CORE ELECTRIC COOPERATIVE |
| CORP OF THE CITY OF CAMBRIDGE |
| CORP OF THE CITY OF KITCHENER |
| CoServ |
| Council for Education and Research on Toxics (CERT) |
| COUNTY OF HENRICO VA UTILITY |
| COWAY USA, INC. |
| COWLITZ PUD |
| CP Venture Five-AV LLC |
| CP Venture Two, LLC |
| CPC Gateway Plaza, LLC |
| CPS Energy |
| CPT Arlington Highlands 1, LP |
| CPT Louisville I LLC |
| CR Hagerstown, LLC |
| CR Mount Pleasant LLC |
| CR Oakland Square, LLC |
| CR West Ashley, LLC |
| Credi Chattanooga, LLC |
| Creekstone Juban I, LLC |
| Crestview Hills Town Center LLC |
| Croatian Fraternal Union of America |
| Crocker Park Phase III, LLC |
| CROSSMARK INC |
| Crossroads Canada, LLC |
| Crosswinds St. Pete, LLC |
| CRYSTAL OF AMERICA |
| Crystall Mall, LLC |
| CSC Generation, Inc. |
| CSHV WoodlandsII, LP |
| CSM West Ridge Inc |
| CT Center S.C., LP |
| CTC Alternative Strategies, LTD |
| CTC Phase II, LLC |
| CUISINARTS INC |
| CUIVRE RIVER ELECTRIC COOP |
| CVSC, LLC |

| |
|---|
| CW Northridge Plaza LLC |
| CYBERSOURCE CORP |
| Dadeland Station Associates |
| DAKOTA ELECTRIC ASSOC |
| Daly City Partners I, L.P. |
| Daly City Serramonte Center, LLC |
| DAPHNE UTILITES |
| Dartmouth Marketplace Associates, LLC |
| DATA NETWORKS |
| DATAPIPE INC |
| DAVACO, INC. |
| Davenport CRG LLC |
| David Kastin |
| Davis, Chuck |
| DAYTON POWER & LIGHT CO |
| DBX Advisors, LLC |
| DC USA Operating Co., LLC |
| DDR CAROLINA PAVILION LP |
| DDR Creekside LP |
| DDR Del Sol LLC, S.E. |
| DDR Guilford LLC |
| DDR Hendon Nassau Park II LP |
| DDR Southeast Loisdale, L.L.C. |
| DDR Southeast Snellville, LLC |
| DDR Winter Garden LLC |
| DDRA Tanasbourne Town Center, LLC |
| DDRM Shoppes of Ellenwood LLC |
| DDRTC Marketplace at Mill Creek LLC |
| DDRTC Village Crossing LLC |
| Decatur Mall |
| Decatur Realty LLC |
| Decorist, LLC |
| Dedham Real Estate Development LLC |
| DEDHAM WESTWOOD WATER DISTRICT |
| Deerbrook Bed Bath & Beyond Inc. |
| Delco LLC |
| DELMARVA POWER |
| Delta & Delta Realty Trust |
| DELTA CHARTER TOWNSHIP |
| Demoulas Super Markets Inc. |
| DENVER WATER |
| Denver West Village LP |
| DeRito/Kimco Riverview, LLC |

DESIGN PRODUCTIONS
Design Toscano
DESTIN WATER USERS INC
Deutsche Bank Securities, Inc.
Dewcom, LLC
DFG-BBB Monroe, LLC
Diamond Insurance Group, LTD
Dickman & Chernotsky
Dierbergs Osage Beach, LLC
Dillon Ridge Marketplace III LLC
DIMENSION DATA NORTH AMERICA, INC.
DIRECT ENERGY BUSINESS
DIRECT ENERGY REGULATED SVCS
DISPLAYMAX INC
Dixie Electric Cooperative
DJD Partners 10, LLC
Dollinger-Ventura Associates
Dollinger-Westlake Associates
DOMINION ENERGY
Dominion Energy North Carolina
DOMINION ENERGY OHIO
Dominion Energy South Carolina
DOMINION ENERGY VIRGINIA
Donahue Schriber Realty Group, L.P.
Dorcich-Vidovich
Dothan Pavilion Group, LLC
DOTHAN UTILITIES
DOWNERS GROVE SANITARY DIST
Downey Landing SPE, LLC
Downtown Summerlin
DPEG Fountains, LP
Dreamland of Asheville Associates, L.L.C.
DRM WASTE MANAGEMENT INC.
DRP Market Heights Property Owner, LLC
DRP Tulsa Hills Property Owner, LLC
DS Properties 18 LP
DT University Centre LP
DTE Energy
DTL-SGW LLC & DTR1C-SGW LLC
DTS Properties LLC
DUBLIN SAN RAMON SERVICES DIST
Duke Energy
DUKE ENERGY PAYMENT PROCESSING

| |
|---|
| Duluth (Gwinnett) SSR, LLC |
| DUPAGE COUNTY PUBLIC WORKS |
| Duquesne Light Company |
| Durango Mall LLC |
| Dyson Canada Limited |
| DYSON CANADA LIMITED/CA |
| DYSON INC./PERSONAL ELECTRICS |
| Dyson, Inc. |
| E & A Northeast Limited Parnership |
| E. MISHAN & SONS INC. |
| Eager Road Associates West, LLC |
| EAST BRUNSWICK TWP WATER SEWER |
| East Chase Properties, LLC |
| EAST LAMPETER TOWNSHIP |
| Easton Market LLC |
| EASTON SUBURBAN WATER AUTH |
| Eastridge Mall Realty Holding LLC |
| Eastward Energy Inc |
| Edens Plaza SC Owner LLC |
| Edgewood Retail LLC |
| Edison BRMA001 LLC |
| Edison BRMA002 LLC |
| Edison DENJ001 LLC |
| Edison EHNJ001 LLC |
| Edison NNVA001 LLC |
| EIG Grand Island, LLC |
| EIG Wanamaker, LLC |
| EL PASO ELECTRIC |
| EL PASO WATER |
| ELECTRIC CITY UTILITIES |
| ELEXICON ENERGY |
| Elite Development Group LLC |
| ELIZABETHTOWN GAS |
| ELIZABETHTOWN UTILITES |
| Elmsford-119 Associates LLC |
| Ema Bell |
| Emcor Facilities Services, Inc. |
| Empire East , LLC |
| ENBRIDGE |
| ENBRIDGE GAS DISTRIBUTION INC |
| ENBRIDGE GAS INC |
| Encinitas Town Center Associates I, LLC |

| |
|---|
| ENDURANCE AMERICAN INSURANCE COMPANY (SOMPO) |
| ENERGIE NB POWER |
| Energy West Montana |
| ENERGY+ INC |
| ENGIE RESOURCES LLC |
| Enid Two, LLC |
| ENMAX |
| Enstar |
| ENTERGY |
| ENTERGY TEXAS INC |
| Environmental Health Advocates |
| EPB |
| EPCOR ELECTRCTY DISTRBN ON INC |
| Epps Bridge Centre Property Company, LLC |
| EPSTEIN BECKER & GREEN PC |
| Equity One (Florida Portfolio) LLC |
| Equity One (Northeast Portfolio) LLC |
| Equity One (Southeast Portfolio) LLC |
| EREP Broadway Commons I, LLC |
| ERIE COUNTY SEWER & WATER |
| EUGENE WATER & ELECTRIC BOARD |
| EURO-LINE APPLIANCES INC/CA/VDC |
| EVENFLO COMPANY, INC. |
| Evergreen -1-10 & Ray, L.L.C. |
| EVERGY |
| EVERSOURCE |
| EVERYDAY HEALTH INC |
| ExchangeRight Value-Add Portfolio 2 Master Lessee, LLC |
| EXPLORAMED NC7 INC./WILLOW |
| F 3 METALWORX INC |
| F&H Sinclair Properties |
| FACEBOOK, INC. |
| FACTORY MUTUAL INS. CO. |
| Faegre Drinker Biddle & Reath LLP |
| FAIRCLOUGH PROPANE |
| FAIRFAX WATER |
| Fairview Shopping Center, LLC |
| Farley Realty Associates |
| FAYETTEVILLE PBLC WRKS COMMSSN |
| FBL Investment Management Services, Inc. |
| Federal Express |

| |
|---|
| FEDERAL HEATH SIGN COMPANY LLC |
| FEDERAL INSURANCE COMPANY |
| Federal Realty - Barracks Rd (500-2070) |
| Federal Realty - Gratiot S.C. (500-1220) |
| Federal Realty Investment Trust |
| Federal Realty Investment Trust Property #1180 |
| Federal Realty Investment Trust Property #1217 |
| Federal Realty Partners LP |
| Federated Associates |
| FEDERATED SERVICE SOLUTIONS |
| FHS Promenade, LLC |
| Fidelity Management & Research Company, LLC |
| Fidelity Totowa Associates LLC |
| Fifth Third |
| Finlabo SIM S.p.A. |
| Finmarc Wildewood LLC |
| FIRST DATA CORP INTEGRATED PAY |
| First Hawaiian |
| FIRST REAL EST INVSTMNT TRUST |
| First Real Estate Investment Trust of NJ |
| FISHER PRICE BABY GEAR |
| FISHER PRICE TOYS |
| Five Points Revocable Trust |
| Flagler S.C., LLC |
| FLATHEAD ELECTRIC COOP |
| FLEMINGTON RETAIL, LLC |
| FLEXPRINT LLC |
| FLINT EMC |
| FLORENCE UTILITIES |
| FLORIDA CITY GAS |
| FLORIDA POWER & LIGHT CO |
| FLORIDA PUBLIC UTILITIES |
| Floriey Industries |
| Flow Traders U.S., LLC |
| FM GLOBAL DE MEXICO, S.A. de C.V. |
| Forest Plaza, LLC |
| FORT BEND CO WCID #2 |
| Fort Collins Utilities |
| FORTIS BC NATURAL GAS |
| FORTISBC ELECTRICITY |
| Forum Lone Star, L.P. |
| Fox River Commons |
| Foxhill Capital Partners, LLC |

| |
|---|
| FPL |
| FPL Northwest FL |
| FR Assembly Square, LLC (180-1008) |
| FR Camelback Colonnade, LLC |
| Franklin Advisers, Inc. |
| FRANKLIN BOARD OF PUBLIC WORKS |
| Franklin Park SC LLC |
| FREDERICK CO MARYLAND |
| Frederick, Randall |
| Freedom Group, LLC |
| FRIDABABY LLC |
| Frontier Plaza, LLC |
| FRUITLAND MUTUAL WATER CO |
| FRUITPORT CHARTER TOWNSHIP |
| FTI Consulting Inc |
| FUNDER AMERICA, INC. |
| FW Ridge Rock, Ltd |
| G&I IX Kildeer LLC |
| G&I IX Primrose Marketplace LLC |
| G&I VII Carriage Crossing LLC |
| G3C Temple, LLC |
| Gainesville Associates |
| Gainesville Regional Utilities |
| Garfield-Southcenter LLC |
| Gastelum, Fernando |
| Gateway Center Properties II, LLC |
| Gateway Fairview, Inc. |
| GC Ambassador Courtyard, LLC |
| General Security Indemnity Company of Arizona |
| GEORGIA NATURAL GAS |
| Georgia Power |
| Georgiou, Katerina |
| Germantown E&A , LLC |
| GF Valdosta Mall, LLC |
| GFA INC |
| GG Midlothian TC, LLC |
| GG REIF I GATEWAY LLC |
| GGCal, LLC |
| GIA Partners, LLC |
| GIBSON OVERSEAS, INC./COOKWARE |
| Giebe, Michael |
| GINSEY INDUSTRIES INC. |
| GK Holiday Village, LLC |

| |
|---|
| GKT Shoppes At Legacy Park, L.L.C. |
| Glacier 400 Wilbur LLC |
| Glimcher SuperMall Venture, LLC |
| GLP Flint LLC |
| GM Realty of Bangor, LLC |
| Golden Isles Plaza, LLC |
| Golden Spectrum Property |
| GOLDEN STATE WATER CO |
| Goldman Sachs Asset Management, L.P. (U.S.) |
| Goldman Sachs Bank USA |
| GORDONS CORNER WATER CO |
| GOTHAM TECHNOLOGY GROUP LLC |
| Governors SPV LLC |
| Governors Square Plaza |
| GRAND CHUTE UTILITIES |
| Grand Mesa Center LLC |
| Grand Plaza Management, LLC |
| GRAND TRAVERSE COUNTY DPW |
| Grandbridge Real Estate Capital LLC |
| Granite Park Retail, LLC |
| GRANITE TELECOMMUNICATIONS LLC |
| GRE Altamonte LP |
| GRE Broadmoor, LLC |
| GREAT AMERICAN INSURANCE COMPANY |
| GREATER PEORIA SANITARY DIST |
| GREEN MOUNTAIN POWER CORP |
| Green Ridge Holdings LLC |
| Greendale 14, LLC |
| GREENLAWN WATER DISTRICT |
| GREENSPOON MARDER LLP |
| GREENVILLE UTILITIES COMMISSN |
| GREENVILLE WATER |
| Greenwich Place Partners, LLC |
| GREENWOOD SANITATION |
| Greg Dyer |
| GRIEQY PRESIDENTIAL MARKETS |
| Grove Court Shopping Center LLC |
| GSO Capital Partners L.P. |
| GSU |
| GULF POWER |
| HALLMARK MARKETING COMPANY, LLC |
| HALLMART COLLECTIBLES INC. |
| HALO INNOVATIONS INC. |

| |
|---|
| HALO INNOVATIONS INC./VDC |
| Hamilton Commons TEI Equities LLC |
| Hamilton Properties |
| Hamilton TC, LLC |
| HAMILTON TOWNSHIP |
| Hanes M. Owner, LLC |
| HARDIN COUNTY WATER DISTRICT#2 |
| Harmon of Brentwood, Inc. |
| Harmon of Caldwell, Inc. |
| Harmon of Carlstadt, Inc. |
| Harmon of Franklin, Inc. |
| Harmon of Greenbrook II, Inc. |
| Harmon of Hackensack, Inc. |
| Harmon of Hanover, Inc. |
| Harmon of Hartsdale, Inc. |
| Harmon of Manalapan, Inc. |
| Harmon of Massapequa, Inc. |
| Harmon of Melville, Inc. |
| Harmon of New Rochelle, Inc. |
| Harmon of Newton, Inc. |
| Harmon of Old Bridge, Inc. |
| Harmon of Plainview, Inc. |
| Harmon of Raritan, Inc. |
| Harmon of Rockaway, Inc. |
| Harmon of Roxbury, Inc. |
| Harmon of Shrewsbury, Inc. |
| Harmon of Totowa, Inc. |
| Harmon of Wayne, Inc. |
| Harmon of Westfield, Inc. |
| Harmon of Yonkers, Inc. |
| Harmon Stores, Inc. |
| HARPETH VLY UTILITIES DISTRICT |
| Harriet Edelman |
| HARRISONBURG ELEC COMMISSION |
| HART Miracle Marketplace |
| HART TC I-III, LLC |
| Har-Zait, LLC |
| Hastings Village Investment Company, LP |
| HAWAIIAN ELECTRIC COMPANY |
| Hawthorne Investors 1 LLC |
| Hayden, Shadi |
| HCL Texas Avenue LLC |
| HCP Vista Ridge LLC |

| |
|---|
| Healthcare of Ontario Pension Plan |
| Heritage House South LLC |
| Heritage Plaza, LLC |
| HERNANDO CNTY UTILITIES DEPT |
| Herricks Mineola, LLC |
| Hess, Donald |
| HGREIT Edmondson Road LLC |
| Highbridge Capital Management, LLC |
| Highland Commons Assoc., LLC |
| HILCO MERCHANT RESOURCES LLC |
| Hill Management Services, Inc. |
| HILL WARD & HENDERSON PA |
| HILLSBOROUGH CO BOCC |
| HIMATSINGKA/WAMSUTTA/TOWEL |
| Hingham Launch Property LLC |
| HINGHAM MUNICIPAL LIGHTING PLT |
| Hitchcock Plaza, LLC |
| HIXSON UTILITY DISTRICT |
| HLT Partnership, L.P. |
| HOLLAND BOARD OF PUBLIC WORKS |
| HOLLAND CHARTER TOWNSHIP |
| Holmdel GT, LP & GBR Holmdel Plaza, LLC |
| HOLT CONSTRUCTION CORP |
| HOMEDICS USA LLC |
| HOPE GAS |
| HOT SPRINGS MUNICPAL UTILITIES |
| Hotchkis and Wiley Capital Management, LLC |
| Houma LA LLC |
| HOWARD COUNTY |
| HRSD |
| HRTC I LLC |
| HSBC Bank plc |
| Hudson Bay Capital |
| HUDSON INSURANCE COMPANY (EUCLID) |
| HUDSONS HOLIDAY HELPERS |
| HUMMELS WHARF MUNIC AUTH |
| HUNTSVILLE UTILITIES |
| HYANNIS WATER SYSTEM |
| HYDRO ONE NETWORKS INC |
| Hydro Ottawa |
| IA LaQuinta Pavilion, L.L.C. |
| IA Matthews Sycamore, L.L.C. |
| IA Sarasota Tamiami, L.L.C. |

| |
|---|
| IBM CORPORATION-TR4 |
| Idaho Power |
| IDX |
| Ikea Property, Inc |
| ILLINOIS AMERICAN WATER |
| IMI Huntsville, LLC |
| IMPERIAL IRRIGATION DISTRICT |
| Imperial Legacy Enterprises, LLC |
| Importadora BBBMex, S de R.L. de C.V. |
| Importadora BBBMex, S de R.L. de C.V. |
| INCORPORATED VILL OF MINEOLA |
| INDIAN RIVER COUNTY UTILITIES |
| INDIANA AMERICAN WATER |
| INDIANAPOLIS WATER CO |
| Inland Commercial Real Estate Services LLC |
| Inland National Real Estate Services LLC Bldg 7503 |
| INSIDE EDGE COMMERCIAL |
| Insurance Corporation of British Columbia (ICBC) |
| INTELLIGRATED SYSTEMS LLC |
| Intermountain Gas Company |
| International City Management Association Retirement Corporation |
| International Speedway Square, LTD. |
| INTERSOFT DATA LABS INC |
| Interweave |
| Invesco Advisers, Inc. |
| Invesco Capital Management, LLC |
| IOWA AMERICAN WATER |
| IRC Retail Centers |
| IRC University Crossings, L.L.C. |
| Ireland Davie, Ltd. |
| IRON MOUNTAIN RECORDS MGNT |
| IRVING ENERGY |
| ISM Holdings Inc. |
| I-Southport LLC |
| ITAC 192, LLC |
| ITENTIAL INC |
| IVT Highlands at Flower Mound, LP |
| IVT Parke Cedar Park LLC |
| J.B. HUNT TRANSPORT, INC. |
| J.P. Morgan Investment Management, Inc. |
| J.P. Morgan Securities, LLC |
| JACKSON CO WTR & SEWERAGE AUTH |

| |
|---|
| JACKSON EMC |
| JACKSON ENERGY AUTHORITY |
| Jackson Lewis PC |
| Jaydor Bleeker Realty Sub II |
| JCP&L |
| JDN Real Estate Hamilton, LP |
| JEA |
| Jefferson Pointe SPE, LLC |
| Jeffrey Kirwan |
| Jeffrey Management Corp |
| Jemal's Boulevard L.L.C. |
| Jeremy Patrick dba Eastland Electric Services |
| JERSEY CENTRAL PWR & LGT |
| Jess Ranch Brea Retail XVI, LLC |
| JG ELIZABETH II, LLC |
| Jim R. Smith |
| JLP CRANBERRY EQUITY LLC |
| JLP Kentwood |
| JLP-Harvard Park LLC |
| JLPK-Orange Park, LLC. |
| JLP-Novi LLC |
| JOHNSON CITY UTILITY SYSTEM |
| JOHNSON COUNTY WASTEWATER |
| Johnson, Jeffrey |
| Jonathan Foster |
| JONATHAN Y DESIGNS INC |
| JORDAN TAX SERVICE INC |
| Joshua Schecter |
| Joule Las Palmas Owner, LLC |
| JPMorgan |
| JPMorgan Chase Bank, N.A. |
| Jubilee - Cranberry Equity, LLC |
| Jubilee LP |
| Jubilee Square, LLC |
| Kansas Gas Service |
| KAZ USA, INC./PUR |
| KBC Properties |
| KCP&L |
| KDM POPSOLUTIONS GROUP |
| KDMM LLC and ABAH LLC |
| KEECO LLC / POLY-FILLED BED PILLOW |
| Keene MZL LLC |
| Kelly, Whitney |

KENTUCKY AMERICAN WATER

KEPLER GROUP LLC

KEURIG GREEN MOUNTAIN, INC.

Key Bank

KFT Enterprises No. 2 LP

Kiemle & Hagood

Kimco Savannah 185, Inc

Kingston, Donette

KIR Brandon 011, LLC

KIR Bridgewater 573, LLC

KIR Montgomery 049, LLC

KIR Pasadena II L.P.

KIR Soncy L.P.

KIR Tukwila L.P.

Kirkland & Ellis LLP

KISSIMMEE UTILITY AUTHORITY

KITCHENAID PORTABLE APPLIANCES

KITCHENER WILMOT HYDRO INC

KITSAP COUNTY PUBLIC WORKS

KMO-361 (Paramus) LLC

KONE INC._FAC100071

KPMG LLP

KPRS CONSTRUCTION SERVICES, INC.

Kraus-Anderson, Incorporated

KREBER

KRG Avondale McDowell, LLC

KRG Cool Springs, LLC

KRG Leesburg Fort Evans, LLC

KRG Livingston Center LLC

KRG Market Street Village, L.P.

KRG McDonough Henry Town, LLC

KRG Miami 19th Street II, LLC

KRG New Hill Place, LLC

KRG Plaza Green, LLC

KRG Rivers Edge, LLC

KRG Shops at Moore LLC

KRG Southlake, LLC

KRG Sunland LP

KRG Temecula Commons, LLC

KRUPS/ ROWENTA, INC.

KSI Cary 483 LLC

KSKJ Life American Slovenian Catholic Union

KU

| |
|---|
| KUB |
| La Frontera Improvements, LLC |
| La Habra Westridge Partners, L.P. |
| LA PLATA ELECTRIC ASSOCIATION |
| LAKE APOPKA NATURAL GAS DIST |
| LAKE COUNTY DEPT OF UTILITIES |
| LAKE COUNTY DEPT PUBLIC WORKS |
| Lake Success Shopping Center, LLC |
| Lakeline Plaza, LLC |
| Lakes Mall Realty LLC |
| LAKEWOOD WATER DISTRICT |
| Lane Avenue 450 LLC |
| LANSING BOARD OF WATER & LIGHT |
| LaSalle Shopping Center LLC |
| Laura Crossen |
| Lawson Kroeker Investment Management, Inc. |
| Lazard |
| LCEC |
| LEE COUNTY UTILITIES |
| LENNOX NATIONAL ACCOUNT |
| LENOIR CITY UTILITIES BOARD |
| LESTER SCHWAB KATZ & DWYER LLP |
| Levin Management Corporation |
| LEVTEX LLC |
| LEXINGTON FAYETTE URBAN CO GOV |
| LG-BBB, LLC |
| LGE |
| LIBERTY |
| Liberty Procurement Co. Inc. |
| LIBERTY SURPLUS INSURANCE CORPORATION |
| LIBERTY UTILITES |
| Liberty Utilities Georgia |
| LIBERTY UTILITIES NEW YORK |
| LIBERTY UTILITIES NH |
| LIFETIME BRANDS INC. |
| Lilac19 LP |
| Lincoln Electric System |
| Lindale Holdings LLC and Lindale Holdings II LLC |
| Livesey East LLC |
| Lloyd, Carol |
| LM Capital Group, LLC |
| LOGAN TOWNSHIP |
| LOGIXAL INC |

| |
|---|
| Loja WTP, LLC |
| Lombard Odier Asset Management Europe, LTD |
| London Hydro |
| Lopez, Florencia |
| LOS ANGELES COUNTY |
| LOS ANGELES DEPT OF WTR & PWR |
| LOUDOUN WATER |
| LOUISVILLE WATER CO |
| LPC Retail Accounting |
| LTC Retail, LLC |
| LUMA ENERGY |
| LUS |
| Lynchburg (Wards Crossing), LLC |
| Lynda Markoe |
| M BOOTH & ASSOCIATES LLC |
| M&D Real Estate, LP |
| M&J Big Waterfront Market, LLC |
| M.O.R. Snowden Square Limited Partnership |
| M3 Partners LP |
| Macerich Lakewood LP |
| MACKAY LAW INC |
| MacKay Shields, LLC |
| Mad River Development LLC |
| MADISON GAS & ELECTRIC |
| MADISON SUBURBAN UTILITY DIST |
| MADIX INC. |
| Magnolia Commons SC, LLC |
| Main Street At Exton LP |
| MAINE NATURAL GAS |
| Mall at Gurnee Mills LLC |
| Mall at Potomac Mills, LLC |
| Manalapan UE, LLC |
| MANATEE CO UTILITIES DEPT |
| MANHATTAN ASSOCIATES INC. |
| Manhattan Life Insurance |
| Manhattan Marketplace Shopping Center LLC |
| Manitoba Hydro |
| Manning & Napier Advisors, LLC |
| Mansell Crossing Retail LP |
| Mara Sirhal |
| Marathon Asset Management, LTD |
| MARIETTA POWER WATER |
| Marin Country Mart, LLC |

| |
|---|
| MARIN MUNICIPAL WATER DISTRICT |
| MARINA COAST WATER DISTRICT |
| MARITIME ELECTRIC |
| Marjorie Bowen |
| Mark Danzig |
| Marketplace At Vernon Hills, LLC |
| MARKETPLACE WEST PARTNERS, LLC |
| MARLITE |
| MARTIN COUNTY UTILITIES |
| MARYLAND AMERICAN WATER |
| MATTEL INC. |
| Maverick Investors LLC |
| McAllen TX LLC |
| MCG ARCHITECTURE |
| McKinley Mall Realty Holding, LLC |
| MCS-LANCASTER DE HOLDING, LP |
| MCV23 LLC |
| MDC Coastal I, LLC |
| Mediant Communications Inc. |
| Medistar Parkwest JV, Ltd. |
| Mellon Investments Corporation |
| MEMPHIS LIGHT GAS & WATER DIV |
| Mercer Insurance Company |
| MERCHANTVILLE PENNSAUKEN WATER |
| MERCHSOURCE LLC |
| Meridian Kellogg LLC |
| Meridian Mall Limited Partnership |
| MERKLE INC |
| MESA AZ |
| METRO ONE LOSS PREVENTION SERV |
| METRO WATER DISTRICT |
| METRO WATER SERVICES |
| Metropolitan Life Insurance Company |
| METROPOLITAN ST LOUIS SWR DIST |
| METROPOLITAN UTILITIES DIST |
| MFC Longview LLC |
| MFS Eastgate-I, LLC |
| MGP IX Properties, LLC |
| MGP XII Magnolia, LLC |
| MIAMI DADE WATER SEWER DEPT |
| Michaels Stores, Inc. |
| MICROSOFT ONLINE INC |
| MID CAROLINA ELECTRIC COOP |

| |
|---|
| MIDAMERICAN ENERGY CO |
| MIDAMERICAN ENERGY SERVICES |
| MidCap Financial |
| MIDDLE TENNESSEE ELECTRIC |
| MIDDLESEX WATER CO |
| Middletown I Resources LP |
| Middletown Shopping Center I, LP |
| Midstate Owner LLC |
| M-III Olathe Station Property LLC |
| MILBERG FACTORS, INC. |
| MILFORD SEWER DEPARTMENT |
| MILFORD WATER DEPARTMENT |
| Millenium Advisors, LLC |
| Miller Value Partners, LLC |
| MILLION DOLLAR BABY/VDC |
| Minesh Shah |
| Minnesota Energy Resources |
| Mirabaud Asset Management, LTD |
| MIRAKL INCORPORATED |
| MISHAWAKA UTILITIES |
| Mishorim Gold Houston, LLC |
| Mishorim Gold Properties, LP |
| Mission Valley Shoppingtown, LLC |
| Mission Viejo Freeway Center |
| Mississippi ADP, LLC |
| MISSOURI AMERICAN WATER |
| MLE DEVELOPMENT |
| ML-MJW Port Chester SC Owner LLC |
| MLO Great South Bay LLC |
| MM/PG (Bayfair) Properties LLC |
| MOBILE MINI TEXAS LIMITED |
| MODERN SPACE PACIFIC SERVICES |
| Modesto Irrigation District |
| MONAHAN PRODUCTS, LLC |
| MONARCH UTILITIES |
| MONONGAHELA POWER |
| MONROE COUNTY WATER AUTHORITY |
| MONROEVILLE MUNICIPAL AUTH |
| Monroeville S.C. LP |
| Mont Blanc Capital Management AG |
| MONTANA DAKOTA UTILITIES CO |
| MONTGOMERY WATER WRKS & SEWER |
| Mooresville Crossing, LP |

| |
|---|
| Morgan Lewis & Bockius LLP |
| Morgan Stanley & Company, LLC |
| MORGANTOWN UTILITY BOARD |
| Morris Plains Holding UE LLC |
| MOULTON NIGUEL WATER |
| MOUNT LAUREL MUA |
| MOUNT PLEASANT WATERWORKS |
| Mountain Grove Partners, LLC |
| MP Northglenn LLC |
| MS Flowood, LP |
| MSS Millburn Realty Co. |
| MTMSA |
| MUFG Union Bank, N.A. |
| MULTIPLE |
| Munday, Janice |
| MUNICIPALITY OF BETHEL PARK |
| Murchinson, L.P. |
| Murphy, Michael |
| Muzinich & Company, Inc. |
| MY MOVE LLC |
| NADG/TRC Lakepointe LP |
| Najjar, Kelley Maloney and Talib |
| Napier Park Global Capital (US), L.P. |
| NASHUA WASTE WATER SYSTEM |
| Nashville Electric Service |
| National Cart, LLC |
| NATIONAL CASUALTY COMPANY (NATIONWIDE) |
| NATIONAL EXEMPTION SERVICE |
| NATIONAL FUEL |
| NATIONAL GRID |
| National Retail Properties, LP |
| NATIONAL TREE COMPANY |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA |
| NAVCO SECURITY SYSTEMS |
| NAVIGATORS INSURANCE COMPANY (HARTFORD) |
| NCR CORPORATION |
| NEW JERSEY AMERICAN WATER |
| New Jersey Division of Investment |
| NEW MEXICO GAS CO |
| New Plan of West Ridge, LLC |
| New York City Comptroller's Office |
| NEW YORK STATE ELEC & GAS CORP |

| |
|---|
| Newbridge, LLC |
| Newburgh Mall Ventures LLC |
| NEWELL BRANDS CANADA ULC/CA/VDC |
| NEWELL BRANDS INC. |
| NEWKOA, LLC |
| Newmarket Square, Ltd. |
| NEWMARKET TAY POWER DISTR LTD |
| NEWPORT NEWS WATERWORKS |
| News Company LLC |
| NEWTOWN ARTESIAN WATER CO |
| Newtown Bucks Associates, LP |
| NICOR GAS |
| NIPSCO |
| NJ NATURAL GAS CO |
| NORITAKE/VDC |
| NORTH AMERICAN CORPORATION |
| North American Corporation of Illinois |
| North Attleboro Marketplace II LLC |
| NORTH ATTLEBOROUGH ELECTR DEPT |
| NORTH BRUNSWICK TOWNSHIP |
| NORTH LITTLE ROCK ELECTRIC |
| North Massepequa, LLC |
| North Park Crossing, LC |
| North Shore Gas |
| NORTH SPRINGS IMPROVEMENT DIST |
| North Village Associates |
| NORTH WALES WATER AUTHORITY |
| Northeast Holdings LLC |
| NORTHEAST OHIO REGION SWR DIST |
| Northern Trust Global Investments, LTD |
| Northgate Mall Partnership |
| Northington Mechanicsburg Investors, LLC |
| Northville Retail Center Joint Venture, L.L.C. |
| NORTHVILLE TOWNSHIP WATER DEPT |
| Northway Mall Properties, LLC |
| NORTHWESTERN ENERGY |
| Northwestern Mutual Investment Management Company, LLC |
| NORTHWESTERN WATER & SWR DIST |
| Northwoods III (San Antonio), LLC |
| Norton Rose Fulbright US LLP |
| Nova Scotia Power Inc |
| NOVEC |

| |
|---|
| NP Royal Ridge LLC |
| NPMC Retail, LLC |
| NPP Development, LLC |
| NTT AMERICA, INC. |
| NV ENERGY |
| NW Natural |
| NYC WATER BOARD |
| Nykredit Bank A/S |
| NYSEG |
| O.M.I. INDUSTRIES |
| Oak Insurance Company Inc. IC** |
| Oak Leaf Property Management LLC |
| Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC |
| Oak Street Investment Grade Net Lease Fund Series 2021-2 LLC |
| Oakland Iron Works Associates |
| Oaks Square Joint Venture |
| OAKVILLE HYDRO |
| OCONEE COUNTY WATER RESOURCES |
| OCWRC |
| Of a Kind, Inc. |
| Ogden CAP Properties |
| OGE |
| Ohio Edison |
| OKALOOSA GAS DISTRICT |
| OKLAHOMA ELECTRIC COOP |
| OKLAHOMA NATURAL GAS |
| Old Bridge Market Place II, LLC |
| Old Republic Union Insurance Company |
| OLIVENHAIN MUNICIPAL WATER DIS |
| OLIVET KOM LLC |
| OLP Champaign, Inc. |
| OMAHA PUBLIC POWER DIST |
| One Kings Lane LLC |
| ONE NETWORK ENTERPRISES INC |
| Only Kids Apparel, LLC |
| Onni Burbank Town Center, LLC |
| OPELIKA POWER SERVICES |
| OPELIKA UTILITIES |
| Oppenheimer Asset Management Inc. |
| ORACLE AMERICA , INC |
| Oracle Plaza, LLC |

| |
|---|
| ORANGE & ROCKLAND |
| ORANGE CITY UTILITIES |
| Orchard Hill Park |
| ORF V Sugar Creek Plaza, LLC |
| ORF VII Felch Street, LLC |
| ORF VII Pelican Place, LLC |
| Orlando Utilities Commission |
| OSLER HOSKIN & HARCOURT LLP |
| Overton Park Plaza Associates, LLC |
| Pace - 64 Associates, L.L.C. |
| Pacific Coast Highway Property, LLC |
| PACIFIC GAS & ELECTRIC CO |
| PACIFIC POWER |
| Padilla, Elizabeth |
| PADRE DAM MWD |
| Paducah Power System |
| PADUCAH WATER |
| Pagosa Partners III, Ltd. |
| PALM BEACH COUNTY WTR UTIL DPT |
| PALMETTO ELECTRIC COOPERATIVE |
| PALMETTO UTILITIES INC |
| Palouse Mall LLC |
| Panama City Beach Venture II, LLC |
| PAPF Dimond, LLC |
| PAPF Redding, LLC |
| Pappas Laguna LP |
| PAPYRUS-RECYCLED GREETINGS, INC. |
| Paramount JSM At Jenkintown, LLC |
| PARAMOUNT NEWCO REALTY LLC |
| Paramount Newco Realty LLC Upland |
| Paramount Plaza at Brick LLC |
| Park West Village Phase I LLC |
| Parkmall, LLC |
| Parkway Crossing East Shopping Center LP |
| Partridge Equity Group I LLC |
| PASADENA WATER AND POWER |
| PASSAIC VALLEY WATER COMM |
| Paterson Place Durham, LLC |
| Patty Wu |
| Pavilions at Hartman Heritage, LLC |
| Pearl River Valley EPA |
| Pearland RJR, LLC |
| PECO ENERGY |

| |
|---|
| PECO PAYMENT PROCESSING |
| PEDERNALES ELECTRIC COOP INC |
| PEM AMERICA INC. |
| PENELEC |
| Pengcheng Si |
| PENN POWER |
| PENNICHUCK WATER |
| Pennsylvania American Water |
| Pension Reserves Investment Management Board (PRIM) |
| Peoples Gas |
| PEPCO |
| Pergament Mall of Staten Island LLC |
| Perrysburg Enterprise, LLC |
| Petoskey Mall Associates LLC |
| PFA Asset Management A/S |
| PG&E |
| PGIM, Inc. |
| PGS Burlington and Tower Burlington, LLC |
| Pharus Management S.A. |
| PHILIPS CONSUMER LIFESTYLE |
| Piedmont Natural Gas |
| PIERCE COUNTY SEWER |
| PINELLAS COUNTY UTILITIES |
| PING IDENTITY CORPORATION |
| Pinnacle North II, LLC |
| Pinterest, Inc. |
| Pioneer Hills SPE, LLC |
| Pittsburgh Hilton Head Associates |
| Pivotal 650 California St., LLC |
| PL DULLES LLC |
| Place Services |
| PLACE SERVICES INCORPORATED |
| Pleasant Hill Crescent Drive Investors LLC |
| PMAT Waterside, L.L.C. |
| PMH Properties, LLC |
| PNC Bank, National Association |
| PNM |
| Pontiac Mall Limited Partnership |
| PORTLAND GENERAL ELECTRIC |
| POTOMAC EDISON |
| Poughkeepsie Plaza Mall, LLC |
| POWERSTREAM ENERGY SERVICES |

| |
|---|
| PP&L INC |
| PP-Gaston Mall L.L.C. |
| PPL ELECTRIC UTILITIES CORP |
| PPL UTILITIES |
| Premier Centre, LLC |
| PREMIER WORKFORCE INC |
| Premium Properties, L.L.C. |
| Prescott Gateway Mall Realty Holding, LLC |
| Presidential Markets |
| PRGX USA INC |
| Price/Baybrook Ltd. |
| PRLHCAnnapolis TwnCntr Parole 162302 |
| PROMENADE DELAWARE LLC |
| Promenade Delaware, LLC |
| PROS CHOICE BEAUTY CARE INC. |
| PRU/Desert Crossing II, LLC |
| PSE&G CO |
| PSEGLI |
| PSNC ENERGY |
| PTC TX Holdings, LLC |
| PT-USRIF Meridian, LLC |
| PUBLIC SERVICE CO OF OKLAHOMA |
| PUBLIC UTIL DIST 1 SKAGIT CO |
| PUEBLO BOARD OF WATERWORKS |
| Puget Sound Energy |
| Putman Investments |
| PWCSA |
| QCM Partners, LLC |
| Quail Creek Crossing, Ltd |
| QUANTUM METRIC INC |
| R&F Garden City, LLC |
| R.E.D. Capital Management, L.L.C. |
| R.K. Associates VIII Inc. |
| R.K. Middletown, LLC |
| RACKSPACE HOSTING INC |
| RAF Jackson LLC |
| RAF Johnson City LLC |
| RAF Lake Charles LLC |
| Rainbow Arroyos Commons, LLC |
| Rainier Colony Place Acquisitions LLC |
| Rainier Summit Woods Acquisitions, LLC |
| Ramco-Gershenson Properties, L.P. |
| RAMSEY BOARD OF PUBLIC WORKS |

| |
|---|
| Ramsey Interstate Center LLC |
| Ranch Town Center, LLC |
| Rancho Dowlen, LLC |
| Rancho Texarkana Investors, LLC |
| RAPID CITY UTIL BILLING OFFICE |
| Raslavich, Anna |
| Ravid Lake St. Louis II LLC |
| RAYNHAM CENTER WATER DISTRICT |
| RCG-Sparks, LLC |
| RCWD |
| REALPAGE UTILITY MANAGEMENT |
| Realty Income Properties 27, LLC |
| Redfield Promenade, L.P., |
| Redlands Joint Venture, LLC |
| REDWOOD SUPPLY CHAIN SOLUTIONS |
| Regency Centers, L.P. |
| Regent Shopping Center Inc |
| REGION OF PEEL |
| Rehoboth Gateway, LLC |
| Reimer, Ruhi |
| RESOURCE PLUS OF NORTH FLORIDA |
| Restore Capital |
| Revesco (USA) Properties of Bozeman, LP |
| RG&E |
| Rhode Island Energy |
| RIB MOUNTAIN SANITARY DISTRICT |
| Richards Clearview, LLC |
| RICHARDS HOMEWARES INC. |
| Ridge Park Square, LLC |
| Ridgeport Limited Partnership |
| RIKER,DANZIG,SCHERER,HYLAND & PERRETTI LLP |
| RISKIFIED INC |
| River Park Properties II |
| Riverchase Crossings, LLC |
| Riverdale Cener North, LLC |
| RIVERSIDE PUBLIC UTILITIES |
| Riverview Plaza (E&A), LLC |
| Riviera Center Properties HITF The Dong Koo Kim and Jong OK Kim Family Trust |
| RIVIERA UTILITIES |
| RK Coral Palm Plaza, LLC |
| RK Hialeah, LLC |
| RK Pembroke Pines, LLC |

| |
|---|
| RK Southington, LLC |
| ROANOKE GAS CO |
| Robinson, Jarrett, Simone and Laura |
| Rochester Public Utilities |
| Rockaway Town Court LLC |
| ROCKAWAY TWSP MUNICIPAL UTIL |
| ROCKLAND ELECTRIC CO |
| Rockwall Crossing Ltd |
| ROCKY MOUNTAIN POWER |
| Rogers Retail, LLC |
| ROIC California, LLC |
| Rolling Hills Plaza LLC |
| Ronald Benderson 1995 Trust |
| Rosedale Commons LP |
| Rosemont 2019, LLC |
| ROSEMONT COMMONS DELAWARE LLC |
| Route 206 Northbound LLC |
| Roxville Associates |
| RPAI Butler Kinnelon, L.L.C. |
| RPAI King's Grant II Limited Partnership |
| RPAI Lakewood, LLC |
| RPAI San Antonio Huebner Oaks GP L.L.C. |
| RPAI Southwest Management LLC |
| RPI Interests II, Ltd. |
| RPT Realty, L.P. |
| RPT Terra Nova Plaza LLC |
| RR DONNELLEY AND SONS COMPANY |
| RREEF America REIT II Corp. MM |
| Running Hill SP, LLC |
| Ruscio Management LLC |
| Rushmore Crossing Associates, LLC |
| Russell Investment Management, LLC |
| RXR 620 Master Lessee LLC |
| Ryan Cohen |
| RYDER INTEGRATED LOGISTICS |
| S & E Realty Company, Inc |
| SACRAMENTO COUNTY UTILTIES |
| SACRAMENTO MUNIC UTILITY DIST |
| SAFAVIEH |
| SAFETY NATIONAL CASUALTY CORPORATION |
| SAFETY SPECIALTY INSURANCE COMPANY |
| Safeway Insurance Group |
| Safra Securities, LLC |

| |
|---|
| SAGINAW CHARTER TWP WATER DEPT |
| SAILPOINT TECHNOLOGIES INC |
| Salesforce.com, Inc. (4-606198 |
| Salmar Properties LLC |
| SALT LAKE CITY PUBLIC UTILITES |
| SAMA PLASTICS CORPORATION |
| San Antonio Bed Bath & Beyond Inc. |
| SAN ANTONIO WATER SYSTEM |
| San Diego Gas & Electric |
| SAN DIEGUITO WATER DISTRICT |
| SANDPIPER ENERGY INC |
| Sandusky Pavilion |
| SANDY CITY |
| Santa Fe Mall Property Owner LLC |
| SANTA MARGARITA WATER DISTRICT |
| Santa Rosa Town Center |
| SanTan MP LP |
| SANTEE COOPER |
| Santee Trolley Square 991, LP |
| Sanzari 89 Associates LP |
| SARASOTA COUNTY PUBLIC UTILITI |
| SAS INSTITUTE INC |
| SASK ENERGY |
| SASK POWER |
| Saul Holdings Limited Partnership |
| Savi Ranch Group, LLC |
| Sawgrass |
| SAWNEE ELECTRIC MEMBERSHIP |
| Sayville Plaza Development Co. |
| SB360 Capital Partners |
| SBC ADVERTISING LTD |
| SBLO Barrett Pavilion, LLC |
| SCA Tree 1, LLC |
| SCE&G |
| SCHNEIDER LOGISTICS INC |
| Schnitzer Stephanie, LLC |
| Scotia Bank |
| Scott Lindblom |
| Scottsdale Fiesta Retail Center, LLC |
| SCOTTSDALE INSURANCE COMPANY (NATIONWIDE) |
| SDC/Pacific/Youngman-Santa Ana |
| SEACOAST UTILITY AUTHORITY |

| |
|---|
| Seaview Acquisition LLC |
| SECO ENERGY |
| Section 14 Development Co. |
| Seix Investment Advisors, LLC |
| Selected Funeral and Life Insurance Company |
| SEMCO ENERGY GAS COMPANY |
| Sentry Insurance |
| SEP Augusta, LLC |
| Seritage SRC Finance LLC |
| Serota Islip NC, LLC |
| Servicios BBBMex, S. de R.L. de C.V. |
| Servicios BBBMex, S. de R.L. de C.V. |
| Servicios, S. de R.L. de C.V. |
| Servicios, S. de R.L. de C.V. |
| SF HOME DECOR LLC. |
| SF WH Property Owner LLC |
| SG Americas Securities, LLC |
| Shadowwood Square, LTD |
| SHARKNINJA OPERATING, LLC/CA |
| Shelby Corners RE Holdings, LLC |
| Shelly Lombard |
| SHENANDOAH VALLEY ELEC COOP |
| SHI Owner LLC |
| Shiloh Venture, LLC |
| Shlomo Holdings, LTD |
| Shreve Center DE L.L.C |
| Shrewsbury Commons |
| Siegen Lane Properties LLC |
| Sigfeld Realty Marketplace, LLC |
| Silver Point Capital |
| SILVERDALE WATER DISTRICT |
| Silvertown Inc. |
| Simon Nicholas Richmond |
| Simon Property Group LP |
| SIMPLY MOMMY LLC/SNUGGLE ME |
| Simsbury Commons LLC |
| SIOUX FALLS UTILITIES |
| SIPOC, LLC |
| Sir Barton Place, LLC |
| Site C LLC |
| Sixth Street Lending Partners |
| Sixth Street Specialty Lending, Inc. |
| SKIP HOP INC. |

| |
|---|
| Skyway Regional Shopping Center L.L.C |
| Sleep Country Canada |
| SLO Promenade DE LLC |
| SM Eastland Mall, LLC |
| SMH Capital Advisors, LLC |
| Smith, Patricia |
| SMUD |
| Snohomish County PUD |
| SOCALGAS |
| SOMERSET CAPITAL GROUP, LTD. |
| SOUTH CAROLINA ELECTRIC & GAS |
| South Frisco Village SC, L.P. |
| SOUTH JERSEY GAS |
| SOUTH LAKE WATER UTILITIES |
| South Town Owner PR, LLC |
| SOUTHAVEN TOWNE CENTER II, LLC |
| SOUTHEAST GAS |
| Southern California Edison |
| SOUTHERN CALIFORNIA GAS CO |
| SOUTHERN CONNECTICUT GAS CO |
| SOUTHERN MARYLAND ELEC COOP |
| Southgate Mall Montana II LLC |
| SOUTHINGTON BOARD WATER COMM |
| Southridge Plaza, LLC |
| Southwest Gas |
| Southwestern Electric Power |
| SP Bossier, L.L.C. |
| Spalding, James |
| Sparkleberry Square |
| SPARTANBURG WATER SYSTEM |
| SPG Doral Retail Partners, LLC |
| SPIN MASTER INC. |
| Spingarn, Michael and Sandra |
| SPIRE |
| Spirit VC Victoria TX LLC |
| Spring Creek Improvements, LLC |
| Spring Ridge, LP |
| Springfield Buy Buy Baby, Inc. |
| Springfield Plaza, LLC |
| Squarepoint OPS, LLC |
| SREIT Palm Beach Lakes Blvd., L.L.C. |
| SRK Lady Lake 21 SPE, LLC |
| SRL Crossings at Taylor LLC |

| |
|---|
| SRLLC SG FORT COLLINS LLC |
| SRP |
| SSB/Morgan Stanley |
| SSS Village at West Oaks |
| ST JOHNS COUNTY UTILITY DEPT |
| ST MARYS CO METROPOLITAN COMM |
| St. Cloud Rainbow Village, LLC |
| ST. GEORGE DISTRIBUTION , CORP |
| STANDARD WASTE SERVICES |
| STARK CO METROPOLTN SEWER DIST |
| STARR SURPLUS LINES INSURANCE COMPANY |
| Star-West Chicago Ridge, LLC |
| STATE NATIONAL INSURANCE COMPANY, INC. (CANOPIUS) |
| State Street Global Advisors (SSgA) |
| Stone Creek Retail, LLC |
| STORFLEX |
| Stram Associates |
| STRATHCONA COUNTY |
| Studio City East 93K, LLC |
| STUDIO MOCOCO LLC |
| Sue Gove |
| SUFFOLK COUNTY WATER AUTHORITY |
| SUMMIT NATURAL GAS OF MISSOURI |
| SUMMIT TOWNSHIP SEWER AUTH |
| SUMMIT TOWNSHIP WATER AUTH |
| Summit Utilities Arkansas Inc |
| SUMMIT UTILITIES OKLAHOMA INC |
| SUMOLOGIC INC |
| SumRidge Partners, LLC |
| SUN INDUSTRIAL INC |
| SUNBEAM PRODUCTS INC./CALPHALON |
| Sunbury Gardens Realty Co. |
| Sunmark Property, LLC |
| Sunnybrook Partners, L.L.C. |
| Sunrise Mills (MLP), LP |
| Sunset & Vine Apartment |
| Sunset Hills Owner LLC |
| Super, LLC |
| SUPERIOR PROPANE |
| Surprise Marketplace Holdings, LLC |
| Susie Kim |
| SVAP II Creekwalk Village, LLC |

| |
|---|
| SWIFTWIN SOLUTIONS INC |
| Sycamore Browns Valley, LLC |
| Sycamore Partners |
| SYNDICATE 2623 / 623 AT LLOYD'S OF LONDON (BEAZLEY) |
| Systems, LLC |
| T L Street Marketplace NE, LLC |
| Taboada, Natalia |
| Taft Corners Associates |
| Talisman Towson Limited Partnership |
| Tamarack Village Shopping Center, LP |
| TAMPA ELECTRIC |
| TAO Talents, LLC |
| Target Jefferson Boulevard, LLC |
| TATA CONSULTANCY SERVICES |
| TCSC, LLC |
| TD Bank, N.A. |
| TEALIUM INC |
| Team Worldwide Corporation |
| TECHNIBILT LTD |
| TECO |
| TECO PEOPLES GAS |
| Telegraph Marketplace Partners II LLC |
| TEMPUR-PEDIC NORTH AMERICA LLC |
| TEMUA |
| TENNESSEE AMERICAN WATER |
| Tennessee Farmers Mutual Insurance Co. |
| TERADATA CORPORATION, INC |
| TERREBONNE PARISH CONSOL GOVNT |
| TESTRITE PRODUCTS CORP. |
| TEXARKANA WATER UTILITIES |
| Texas Gas Service |
| TFP Limited Real Estate Development |
| The Cafaro Northwest Partnership |
| The Centre at Deane Hill LLC |
| The Centre at Deane Hill, GP |
| THE CIT GROUP/COMMERCIAL SERVICES, |
| THE CITY OF DAYTONA BEACH |
| THE CITY OF DOTHAN ALABAMA |
| The Colonies-Pacific, LLC |
| The Commons at Sugarhouse, LC |
| THE CONNECTICUT WATER CO |
| The Crossing at 288 Phase 2, Ltd. |

| |
|---|
| The Family Center at Federal Way, LLC |
| THE GAS CO |
| The Grewe Limited Partnership |
| THE ILLUMINATING CO |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (AIG) |
| THE KNOT WORLDWIDE INC |
| THE MORNING CONSULT LLC |
| THE NARRATIV COMPANY INC |
| THE OHIO CASUALTY INSURANCE COMPANY (LIBERTY MUTUAL) |
| The Promenade D Iberville, LLC |
| The Shoppes At Hamilton Place CMBS LLC |
| The Shoppes at Wilton LLC |
| The Shops at Summerlin South, LP |
| The Shops of Tupelo LLC |
| The Stop & Shop Supermarket Company LLC |
| The Strip Delaware LLC |
| THE UNITED ILLUMINATING CO |
| THE VILLAGE OF GURNEE |
| The Widewaters Group, Inc. |
| THF Harrisonburg Crossings, LLC |
| THF Shawnee Station LLC |
| THF/MRP Tiger Town, LLC |
| THINK UTILITY SERVICES INC |
| THOROUGHBRED VILLAGE |
| Thoroughbred Village LLC |
| TINECO INTELLIGENT, INC |
| TJ Center LLC |
| TKG - Manchester Highlands Shopping Center , LLC |
| TKG Biscayne, LLC |
| TKG Coral North, LLC |
| TKG Logan Town Centre, LP |
| TKG Monroe Louisiana 2, LLC |
| TKG Mountain View Plaza, L.L.C. |
| TKG Paxton Towne Center Development, LP |
| TKG Woodmen Commons, L.L.C. |
| TMLP |
| TMS CONSTRUCTION INC |
| TOBAM |
| TOHO WATER AUTHORITY |
| TOLEDO EDISON CO |
| TOMBIGBEE ELECTRIC POWER ASSN |

| |
|---|
| TOMSA |
| Toni-Anne Andrisano |
| Topalli, Leutrim |
| TORONTO HYDRO ELEC SYSTEM LTD |
| TOSHIBA GCS |
| Totowa UE LLC |
| Town & Country (CA) Station L.P. |
| TOWN OF ABERDEEN |
| TOWN OF AUBURN |
| TOWN OF BEL AIR |
| TOWN OF BURLINGTON |
| TOWN OF CARY |
| TOWN OF CHRISTIANSBURG |
| TOWN OF CORTLANDT |
| TOWN OF DANVERS |
| TOWN OF DANVERS WATER & SEWER |
| TOWN OF DARTMOUTH |
| TOWN OF DILLON |
| TOWN OF FLOWER MOUND |
| TOWN OF FOXBOROUGH |
| TOWN OF GILBERT |
| TOWN OF HADLEY |
| TOWN OF HEMPSTEAD DEPT OF WTR |
| TOWN OF JUPITER |
| TOWN OF LADY LAKE |
| TOWN OF MANCHESTER |
| TOWN OF MOREHEAD CITY |
| TOWN OF NEWBURGH |
| TOWN OF NORMAL |
| TOWN OF NORTH ATTLEBOROUGH |
| TOWN OF PLATTSBURGH WTR & SWR |
| TOWN OF PLYMOUTH |
| TOWN OF QUEEN CREEK |
| TOWN OF SALEM NH |
| TOWN OF SCHERERVILLE |
| TOWN OF SOUTHINGTON |
| TOWN OF WILLISTON |
| Town Pointe Associates |
| TOWNSHIP OF E HANOVER |
| TOWNSHIP OF LIVINGSTON |
| TOWNSHIP OF SPRING |
| TOWNSHIP OF WAYNE |
| TPC Stonewall Investors I LC |

| |
|---|
| TPP 207 Brookhill LLC |
| TPP Bryant LLC |
| Trahwen, LLC |
| Travelers Casualty and Surety Company |
| TREA NW Forum at Carlsbad Owner LLC |
| TREASURER SPOTSYLVANIA COUNTY |
| TRI COUNTY ELEC COOP INC |
| Trisura Insurance (CAD $1,103,586.58) |
| TRUCKEE MEADOWS WATER AUTH |
| Truist Bank |
| Truss Realty Co. |
| TSO Winchester Station, LP |
| Tucson Electric Power Company |
| Tucson Shopping Center, LLC |
| TUPELO WATER & LIGHT |
| TXU ELECTRIC |
| TYCO INTEGRATED SECURITY LLC |
| Tyler Broadway/Centennial, LP |
| U.S. REIF Joliet SC Fee, LLC |
| UB Stamford LP |
| UBS |
| UBS Securities, LLC |
| UDISENSE INC/NANIT |
| UE 675 Paterson Avenue LLC |
| UE 675 Route 1 LLC |
| UG2 Solon OH, LP |
| UGI CENTRAL |
| UGI SOUTH |
| UGI Utilities Inc |
| UH US Lynncroft 2019 LLC |
| UNDERWRITERS AT LLOYD'S, LONDON (HISCOX) |
| Union Bank |
| UNITED POWER INC |
| United Rentals |
| United States Fidelity and Guaranty |
| UNITED WATER DELAWARE |
| UNITIL |
| University Mall Realty LLC |
| University of Louisville Real Estate FoundationInc |
| UNS GAS INC |
| Uptown Group, LLC |
| Urstadt Biddle Properties |
| URSTADT BIDDLE PROPERTIES INC |

| |
|---|
| US 41 AND I-285 Company LLC |
| US Bank |
| US MAINTENANCE |
| USA Life One Insurance Company of Indiana |
| USPP Fischer Market Place, LLC |
| UTC, LP |
| UTILITIES KINGSTON |
| UTILITY BILLING SERVICES |
| V & V 224 Limited |
| V&V Stores, Inc. |
| Valencia Marketplace I, LLC |
| Valley and Plainfield Associates, L.P. |
| Valley Hills Mall LLC |
| Valley Square I, L.P. |
| VALPARAISO CITY UTILITIES |
| VAM, Ltd. |
| Van Eck Associates Corporation |
| Vanguard Group Inc |
| VEOLIA WATER DELAWARE |
| VEOLIA WATER IDAHO |
| Veolia Water New Jersey |
| VEOLIA WATER NEW YORK INC |
| VEOLIA WATER PENNSYLVANIA |
| VERIFONE |
| Verition Fund Management, LLC |
| VERIZON BUSINESS NETWORK |
| Verizon Wireless |
| VERSANT POWER |
| Vestar Best In The West Property LLC |
| VF Center Associates, L.P. |
| VGS |
| VICTOR SEWER DISTRICT |
| Village Developers |
| VILLAGE OF BRADLEY |
| VILLAGE OF CHICAGO RIDGE |
| VILLAGE OF COLONIE WATER DIST |
| VILLAGE OF DOWNERS GROVE |
| VILLAGE OF ELMSFORD |
| VILLAGE OF FRANKFORT |
| Village of Schaumburg |
| VILLAGE OF SKOKIE |
| VILLAGE OF WILLOWBROOK |
| VILLAGE OF WILMETTE |

| |
|---|
| VINTAGE LAW, LLC |
| VIRGINIA NATURAL GAS INC |
| Virtus Investment Advisers, Inc. |
| VORNADO AIR LLC |
| VOXX ACCESSORIES CORPORATION |
| W A C M A |
| W HARRIS CO MUD 5 |
| W.B.P. Central Associates, LLC |
| W.R. Partners, LLC |
| W/S Brunswick Properties II LLC |
| W/S Hadley Properties II LLC |
| Wade Haddad |
| W-ADP Harvest Junction OP Owner VIII L.L.C. |
| Waite, Joshua |
| Waldorf Shopper's World |
| WALKER EDISON FURNITURE CO. LLC |
| Wallace Real Estate Co. |
| WALTON EMC |
| WARD 2 WATER DISTRICT |
| WASHINGTON CITY |
| WASHINGTON GAS |
| Watchung Square Associates, LLC |
| WATER DIST NO 1 OF JOHNSN CNTY |
| Water Tower Square Associates |
| Waterford Lakes Town Center, LLC |
| WCK, LC |
| WE ENERGIES |
| Weatherford Dunhill LLC |
| Webster Bank |
| Weingarten Nostat, Inc |
| Weingarten Realty Investors - Co. 001 |
| WEIR RIVER WATER SYSTEM |
| Wells Fargo Bank, National Association |
| WELSPUN USA INC |
| WELSPUN USA INC/WAMSUTTA |
| WERNER NATIONAL LLC |
| WESCO SERVICES LLC |
| West 64th Street LLC |
| WEST DES MOINES WATER WORKS |
| WEST PENN POWER |
| Western Asset Management Company, LLC |
| WESTERN VIRGINIA WTR AUTH |
| Westgate Mall CMBS, LLC |

| |
|---|
| Westminster Crossing East, LLC |
| Wethersfield Shopping Center LLC |
| WF Kingsbury Center LLC |
| WHIRLPOOL CORPORATION |
| White Goose, LLC |
| WHITE LAKE TOWNSHIP WATER DEPT |
| Whitemak Associates |
| Whitemak Associates & PREIT |
| Whitestone Eldorado Plaza, LLC |
| WILLIAM CARTER CO. |
| Williams and Frost Specialty Group |
| Willowbrook Town Center LLC |
| Will-Ridge Associates, LLC |
| WILTON INDUSTRIES, INC. |
| WILTON WATER & SEWER AUTHORITY |
| Windsor Park Estates Silverdale, LLC |
| WISCONSIN PUBLIC SERVICE CORP |
| WITHLACOOCHEE RIVER ELEC COOP |
| WM Acquisition Delaware LLC |
| WM Associates, LP |
| WMG Meadows, LLC |
| Wood Stone Plano Partners LLC |
| WOODLANDS WATER MUD# METRO |
| Woolbright Wekiva, LLC |
| WORLD DISTRIBUTION SERVICES |
| World Market of Texas LLC (fka Cost Plus of Texas Inc) v YSM Ponderosa |
| WRG Homestead, LLC |
| WRI Mueller LLC |
| WRI/Raleigh, LP |
| WRIGHT HENNEPIN COOP ELECTRIC |
| WRI-URS South Hill, LLC |
| WSSC |
| WUNDERKIND CORPORATION |
| Wutsboro Associates, LLC |
| Xcel Energy |
| XL INSURANCE AMERICA, INC. |
| YARD NYC |
| YORBA LINDA WATER DISTRICT |
| ZADRO INC. |
| ZEMOGA, INC. |
| Zest S.A. |
| ZIPLINE LLC |

| ZP No. 171, LLC |
| ZURICH AMERICAN INSURANCE COMPANY |

## Schedule 2

## Potential Parties-in-Interest with Connections

Potential parties-in-interest or their affiliates for whom Deloitte Tax LLP or its affiliates, or certain non-U.S. member firms of Deloitte Touche Tohmatsu Limited, has provided or is currently providing services in matters unrelated to these chapter 11 cases, or with whom such parties have other relationships, including banking relationships.

| |
|---|
| 1832 Asset Management, L.P. |
| 6034 Azle Avenue, LLC |
| Acadia Realty Limited Partnership |
| ACCENTURE LLP |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) |
| ACOSTA INC./ACTIONLINK SERVICES, LLC |
| ADOBE SYSTEMS INC |
| AFA PROTECTIVE SYSTEMS, INC. |
| Agree 1031, LLC |
| Agree Grand Chute WI LLC |
| Agree Limited Partnership |
| AIG |
| AIG INSURANCE COMPANY OF CANADA |
| AIG Specialty Insurance Company |
| Airport Plaza, LLC |
| Akamai Technologies Inc |
| ALABAMA POWER CO |
| Alamo Bed Bath & Beyond Inc. |
| Alexander's Rego Shopping Center, Inc. |
| AlixPartners LLP |
| AllianceBernstein, L.P. (U.S.) |
| ALLIANT ENERGY IPL |
| ALLIANT ENERGY WP&L |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY |
| Ameren Illinois |
| Ameren Missouri |
| American Alternative Insurance (BBB) |
| American Alternative Insurance (CTS) |
| American Electric Power |

| |
|---|
| AMERICAN GREETINGS CORPORATION |
| Ameritas Life Insurance Corp. of New York |
| Anderson, Carol |
| Angelo Gordon |
| APG Asset Management US, Inc. |
| APOLLO RETAIL SPECIALISTS LLC |
| APPRISS RETAIL |
| APS |
| APS&EE |
| AQUARION WATER COMPANY OF CT |
| Arch Insurance Company |
| ARCH SPECIALTY INSURANCE COMPANY |
| Ares Management |
| ARGONAUT INSURANCE COMPANY |
| Aristotle Capital Management, LLC |
| ASSEMBLE PARTNERS |
| ATCO ENERGY |
| ATLANTIC CITY ELECTRIC |
| ATMOS ENERGY |
| Authentic Brands |
| AVISTA |
| AXIS Surplus Insurance Company |
| BABYBJORN INC. |
| Banco de Sabadell, S.A |
| Banco Popular |
| Bank of America Merrill Lynch Proprietary Trading |
| Bank of America, N.A. |
| Bank of Montreal |
| Barclays Capital, Inc. |
| BB&T |
| BBB Canada LP Inc. |
| BBB Canada Ltd. |
| BBB Mexico L.L.C. |
| BBB Plaza Associates Ltd |
| BBB Value Services Inc. |
| BBBY Management Corporation |
| BBBYCF LLC |
| BBBYTF LLC |
| BC Hydro |
| Bed Bath & Beyond Canada L.P. |
| Bed Bath & Beyond Inc. |

| |
|---|
| Bed Bath & Beyond Mexico S. de R. de C.V. |
| Bed Bath & Beyond of Annapolis, Inc. |
| Bed Bath & Beyond of Arundel Inc. |
| Bed Bath & Beyond of Baton Rouge Inc. |
| Bed Bath & Beyond of Birmingham Inc. |
| Bed Bath & Beyond of Bridgewater Inc. |
| Bed Bath & Beyond of California Limited Liability Company |
| Bed Bath & Beyond of Davenport Inc. |
| Bed Bath & Beyond of East Hanover Inc. |
| Bed Bath & Beyond of Edgewater Inc. |
| Bed Bath & Beyond of Falls Church, Inc. |
| Bed Bath & Beyond of Fashion Center, Inc. |
| Bed Bath & Beyond of Frederick, Inc. |
| Bed Bath & Beyond of Gaithersburg Inc. |
| Bed Bath & Beyond of Gallery Place L.L.C. |
| Bed Bath & Beyond of Knoxville Inc. |
| Bed Bath & Beyond of Lexington Inc. |
| Bed Bath & Beyond of Lincoln Park Inc. |
| Bed Bath & Beyond of Louisville Inc. |
| Bed Bath & Beyond of Mandeville Inc. |
| Bed Bath & Beyond of Manhattan, Inc. |
| Bed Bath & Beyond of Norman Inc. |
| Bed Bath & Beyond of Opry Inc. |
| Bed Bath & Beyond of Overland Park Inc. |
| Bed Bath & Beyond of Palm Desert Inc. |
| Bed Bath & Beyond of Paradise Valley Inc. |
| Bed Bath & Beyond of Pittsford Inc. |
| Bed Bath & Beyond of Portland Inc. |
| Bed Bath & Beyond of Rockford Inc. |
| Bed Bath & Beyond of St. Louis Inc. |
| Bed Bath & Beyond of Towson Inc. |
| Bed Bath & Beyond of Virginia Beach Inc. |
| Bed Bath & Beyond of Waldorf Inc. |
| Bed Bath & Beyond of Woodbridge Inc. |
| bed 'n bath Stores Inc. |
| Bell Tower Shops, LLC |
| Belz Investco, GP |
| BERKLEY ASSURANCE COMPANY |
| BERKSHIRE GAS COMPANY |
| BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY |

| |
|---|
| BGE |
| BISSELL INTERNATIONAL TRADING |
| BlackRock Advisors, LLC |
| BlackRock Inc |
| Blackstone Liquid Credit Strategies, LLC |
| Blue Cross Blue Shield (Anthem) |
| Blue Torch Capital |
| BLUE YONDER INC |
| BNP Paribas Asset Management France |
| BNP Paribas Securities Corporation |
| BRE DDR Fairfax Town Center LLC |
| BRE DDR Flatacres Marketplace LLC |
| BRE DDR IVA Southmont PA LLC |
| BRE DDR Lake Brandon Village LLC |
| BRE/Pearlridge LLC |
| BREIT Bingo Holdings LLC |
| Brixmor Arborland LLC |
| Brixmor GA Coastal Landing (FL) LLC |
| Brixmor GA Cobblestone Village At St. Augustine LL |
| Brixmor GA Delta Center (MI) LLC |
| Brixmor GA Fashion Corner, LLC |
| Brixmor GA Springdale/Mobile Limited Partnership |
| Brixmor GA Westminster LLC |
| Brixmor Hale Road LLC |
| BRIXMOR HOLDINGS 11 SPE LLC |
| Brixmor Holdings 6 SPE, LLC |
| Brixmor Property Owner II, LLC |
| Brixmor SPE 1 LLC |
| Brixmor/IA Delco Plaza, LLC |
| BROADRIDGE |
| BROWARD CO WATER & WASTEWTR SV |
| Buy Buy Baby of Rockville, Inc. |
| Buy Buy Baby of Totowa, Inc. |
| Buy Buy Baby, Inc. |
| BWAO LLC |
| California Public Employees Retirement System |
| CALIFORNIA WATER SERVICE CO |
| Canal Insurance Company |
| Caparra Center Associates, LLC |
| Capital Mall Land LLC |

| |
|---|
| Capital One, National Association |
| CapitalatWork - Foyer Group (Belgium) |
| CARAWAY HOME, INC. |
| CARRIER CORPORATION |
| Cascade Natural Gas |
| CELLA INC |
| Centerbridge Partners |
| CenterPoint Energy |
| CENTRAL HUDSON GAS & ELEC CORP |
| CENTRAL MAINE POWER |
| Central Shopping Centers CC, LLC |
| CENTRIC SOFTWARE INC |
| Cerberus Capital Management |
| CERTAIN UNDERWRITERS AT LLOYD'S - SYNDICATE 1183 (VALIDUS) |
| Chartwell Investment Partners, LLC |
| CHATTANOOGA GAS |
| Chef C Holdings LLC |
| CHESTERFIELD COUNTY |
| Chicago Capital, LLC |
| Chubb - Federal Insurance |
| CIGNA Investments, Inc. |
| CISCO SYSTEMS CAPITAL CORP |
| Citi |
| Citigroup Global Markets, Inc. |
| CITIZENS ENERGY GROUP |
| CITIZENS WESTFIELD |
| CITRUS AD INTERNATIONAL INC |
| CITY AND COUNTY OF HONOLULU |
| CITY OF ANN ARBOR WATER UTIL |
| CITY OF ATLANTA |
| CITY OF AUSTIN |
| CITY OF BELLEVILLE |
| CITY OF BRANTFORD |
| CITY OF BURLINGTON |
| CITY OF CLEARWATER |
| CITY OF COLUMBIA |
| CITY OF CORPUS CHRISTI |
| CITY OF DALLAS |
| CITY OF DALY CITY |
| CITY OF DAVENPORT |
| CITY OF DENTON |
| CITY OF DURHAM |

| |
|---|
| CITY OF FORT WORTH WATER DEPT |
| CITY OF FREDERICTON |
| CITY OF FRISCO |
| CITY OF FT LAUDERDALE |
| CITY OF GLENDALE |
| CITY OF GLENWOOD SPRINGS |
| CITY OF HOUSTON |
| CITY OF JACKSONVILLE |
| CITY OF JOPLIN |
| CITY OF LETHBRIDGE |
| CITY OF MCKINNEY |
| CITY OF MOORE |
| CITY OF NEWPORT |
| CITY OF OKLAHOMA CITY |
| CITY OF OTTAWA |
| CITY OF PASADENA WTR DEPT |
| CITY OF PHOENIX |
| CITY OF PLANO |
| CITY OF PORTAGE |
| CITY OF RALEIGH |
| CITY OF RED DEER |
| CITY OF REGINA |
| CITY OF SAN MARCOS |
| CITY OF SANTA CLARA |
| CITY OF SANTA FE NM |
| CITY OF SASKATOON |
| CITY OF SEATTLE |
| CITY OF SEBRING |
| CITY OF TOLEDO DEPT PUBL UTIL |
| CITY OF TULSA UTILITIES |
| CITY OF WESTMINSTER |
| CITY WATER LIGHT & POWER |
| CLARK CO WTR RECLAMATION DIST |
| CLEARY GOTTLIEB STEEN & |
| Cleco Power LLC |
| Closter Marketplace (EBA), LLC |
| Coastal Grand CMBS LLC |
| Cole MT Folsom CA, LP |
| COLE MT SAN MARCOS TX LLC |
| Cole San Marcos TX, LLC |
| College Plaza Station LLC |
| COLLEGE STATION UTILITIES |
| Colorado Springs Utilities |

| |
|---|
| Columbia Gas of Kentucky |
| Columbia Gas of Maryland |
| Columbia Gas of Ohio |
| Columbia Gas of Pennsylvania |
| COLUMBIA GAS OF VIRGINIA |
| Columbia Tech Center, LLC |
| Columbiana Station E&A , LLC |
| COLUMBUS WATER WORKS |
| ComEd |
| Commons at Issaquah, Inc. |
| Con Edison |
| CONNECTICUT NATURAL GAS CORP |
| CONSERVICE |
| CONSOLIDATED EDISON CO OF NY |
| Consumers Energy |
| CONTINENTAL INSURANCE COMPANY (CNA) |
| CONTRA COSTA WATER DISTRICT |
| CoServ |
| COWAY USA, INC. |
| COWLITZ PUD |
| CPC Gateway Plaza, LLC |
| CPS Energy |
| CSC Generation, Inc. |
| CSHV WoodlandsII, LP |
| CW Northridge Plaza LLC |
| CYBERSOURCE CORP |
| DATA NETWORKS |
| DATAPIPE INC |
| DAYTON POWER & LIGHT CO |
| DBX Advisors, LLC |
| Decorist, LLC |
| Deerbrook Bed Bath & Beyond Inc. |
| DELMARVA POWER |
| Demoulas Super Markets Inc. |
| DENVER WATER |
| Deutsche Bank Securities, Inc. |
| Diamond Insurance Group, LTD |
| DIMENSION DATA NORTH AMERICA, INC. |
| DIRECT ENERGY BUSINESS |
| Dixie Electric Cooperative |
| DOMINION ENERGY |
| Dominion Energy North Carolina |

| |
|---|
| DOMINION ENERGY OHIO |
| Dominion Energy South Carolina |
| DOMINION ENERGY VIRGINIA |
| Donahue Schriber Realty Group, L.P. |
| DT University Centre LP |
| DTE Energy |
| Duke Energy |
| DUKE ENERGY PAYMENT PROCESSING |
| Duquesne Light Company |
| Durango Mall LLC |
| Dyson Canada Limited |
| DYSON CANADA LIMITED/CA |
| DYSON INC./PERSONAL ELECTRICS |
| Dyson, Inc. |
| E & A Northeast Limited Parnership |
| Eastridge Mall Realty Holding LLC |
| Edens Plaza SC Owner LLC |
| Edison BRMA001 LLC |
| Edison BRMA002 LLC |
| Edison DENJ001 LLC |
| Edison EHNJ001 LLC |
| Edison NNVA001 LLC |
| EL PASO ELECTRIC |
| EL PASO WATER |
| ELEXICON ENERGY |
| ELIZABETHTOWN GAS |
| ELIZABETHTOWN UTILITES |
| Emcor Facilities Services, Inc. |
| ENBRIDGE |
| ENBRIDGE GAS DISTRIBUTION INC |
| ENBRIDGE GAS INC |
| ENDURANCE AMERICAN INSURANCE COMPANY (SOMPO) |
| ENERGIE NB POWER |
| ENGIE RESOURCES LLC |
| ENMAX |
| Enstar |
| ENTERGY |
| ENTERGY TEXAS INC |
| EPSTEIN BECKER & GREEN PC |
| Equity One (Florida Portfolio) LLC |
| Equity One (Northeast Portfolio) LLC |
| Equity One (Southeast Portfolio) LLC |

| |
|---|
| EUGENE WATER & ELECTRIC BOARD |
| EVENFLO COMPANY, INC. |
| Evergreen -1-10 & Ray, L.L.C. |
| EVERGY |
| EVERSOURCE |
| EVERYDAY HEALTH INC |
| EXPLORAMED NC7 INC./WILLOW |
| FACEBOOK, INC. |
| FACTORY MUTUAL INS. CO. |
| Faegre Drinker Biddle & Reath LLP |
| FBL Investment Management Services, Inc. |
| Federal Express |
| FEDERAL INSURANCE COMPANY |
| Federal Realty - Barracks Rd (500-2070) |
| Federal Realty - Gratiot S.C. (500-1220) |
| Federal Realty Investment Trust |
| Federal Realty Investment Trust Property #1180 |
| Federal Realty Investment Trust Property #1217 |
| Federal Realty Partners LP |
| Fidelity Management & Research Company, LLC |
| Fifth Third |
| Finlabo SIM S.p.A. |
| FIRST DATA CORP INTEGRATED PAY |
| First Hawaiian |
| FISHER PRICE BABY GEAR |
| FISHER PRICE TOYS |
| Five Points Revocable Trust |
| FLATHEAD ELECTRIC COOP |
| FLEXPRINT LLC |
| FLINT EMC |
| FLORIDA CITY GAS |
| FLORIDA POWER & LIGHT CO |
| FLORIDA PUBLIC UTILITIES |
| Flow Traders U.S., LLC |
| Fort Collins Utilities |
| FORTIS BC NATURAL GAS |
| FORTISBC ELECTRICITY |
| Franklin Advisers, Inc. |
| Franklin Park SC LLC |

| |
|---|
| FREDERICK CO MARYLAND |
| FTI Consulting Inc |
| Gainesville Regional Utilities |
| General Security Indemnity Company of Arizona |
| GEORGIA NATURAL GAS |
| Georgia Power |
| Germantown E&A , LLC |
| GFA INC |
| GGCal, LLC |
| Goldman Sachs Asset Management, L.P. (U.S.) |
| Goldman Sachs Bank USA |
| Grandbridge Real Estate Capital LLC |
| Granite Park Retail, LLC |
| GRANITE TELECOMMUNICATIONS LLC |
| GREAT AMERICAN INSURANCE COMPANY |
| GREEN MOUNTAIN POWER CORP |
| Green Ridge Holdings LLC |
| GREENVILLE UTILITIES COMMISSN |
| GREENVILLE WATER |
| Grove Court Shopping Center LLC |
| GSO Capital Partners L.P. |
| GSU |
| GULF POWER |
| HALLMARK MARKETING COMPANY, LLC |
| Hamilton Properties |
| Harmon of Brentwood, Inc. |
| Harmon of Caldwell, Inc. |
| Harmon of Carlstadt, Inc. |
| Harmon of Franklin, Inc. |
| Harmon of Greenbrook II, Inc. |
| Harmon of Hackensack, Inc. |
| Harmon of Hanover, Inc. |
| Harmon of Hartsdale, Inc. |
| Harmon of Manalapan, Inc. |
| Harmon of Massapequa, Inc. |
| Harmon of Melville, Inc. |
| Harmon of New Rochelle, Inc. |
| Harmon of Newton, Inc. |
| Harmon of Old Bridge, Inc. |
| Harmon of Plainview, Inc. |
| Harmon of Raritan, Inc. |

| |
|---|
| Harmon of Rockaway, Inc. |
| Harmon of Roxbury, Inc. |
| Harmon of Shrewsbury, Inc. |
| Harmon of Totowa, Inc. |
| Harmon of Wayne, Inc. |
| Harmon of Westfield, Inc. |
| Harmon of Yonkers, Inc. |
| Harmon Stores, Inc. |
| HART Miracle Marketplace |
| HART TC I-III, LLC |
| HAWAIIAN ELECTRIC COMPANY |
| Hawthorne Investors 1 LLC |
| Heritage Plaza, LLC |
| Highbridge Capital Management, LLC |
| Hingham Launch Property LLC |
| HOMEDICS USA LLC |
| Hotchkis and Wiley Capital Management, LLC |
| HOWARD COUNTY |
| HSBC Bank plc |
| Hudson Bay Capital |
| HUDSON INSURANCE COMPANY (EUCLID) |
| HYDRO ONE NETWORKS INC |
| Hydro Ottawa |
| IBM CORPORATION-TR4 |
| Idaho Power |
| IDX |
| Ikea Property, Inc |
| IMI Huntsville, LLC |
| IMPERIAL IRRIGATION DISTRICT |
| Importadora BBBMex, S de R.L. de C.V. |
| Insurance Corporation of British Columbia (ICBC) |
| INTELLIGRATED SYSTEMS LLC |
| Intermountain Gas Company |
| International Speedway Square, LTD. |
| INTERSOFT DATA LABS INC |
| Interweave |
| Invesco Advisers, Inc. |
| Invesco Capital Management, LLC |
| IRON MOUNTAIN RECORDS MGMT |
| IRVING ENERGY |
| ISM Holdings Inc. |

| |
|---|
| J.B. HUNT TRANSPORT, INC. |
| J.P. Morgan Investment Management, Inc. |
| J.P. Morgan Securities, LLC |
| JACKSON EMC |
| JACKSON ENERGY AUTHORITY |
| JLP Kentwood |
| JLP-Harvard Park LLC |
| JLPK-Orange Park, LLC. |
| JLP-Novi LLC |
| JPMorgan |
| JPMorgan Chase Bank, N.A. |
| Jubilee - Cranberry Equity, LLC |
| Jubilee LP |
| Jubilee Square, LLC |
| KCP&L |
| KEURIG GREEN MOUNTAIN, INC. |
| Key Bank |
| Kirkland & Ellis LLP |
| KITCHENAID PORTABLE APPLIANCES |
| KONE INC._FAC100071 |
| KPMG LLP |
| Kraus-Anderson, Incorporated |
| KRG Avondale McDowell, LLC |
| KRG Cool Springs, LLC |
| KRG Leesburg Fort Evans, LLC |
| KRG Livingston Center LLC |
| KRG Market Street Village, L.P. |
| KRG McDonough Henry Town, LLC |
| KRG Miami 19th Street II, LLC |
| KRG New Hill Place, LLC |
| KRG Plaza Green, LLC |
| KRG Rivers Edge, LLC |
| KRG Shops at Moore LLC |
| KRG Southlake, LLC |
| KRG Sunland LP |
| KRG Temecula Commons, LLC |
| KU |
| Lakes Mall Realty LLC |
| LANSING BOARD OF WATER & LIGHT |
| Lazard |
| LCEC |
| LIBERTY |
| Liberty Procurement Co. Inc. |

| |
|---|
| LIBERTY SURPLUS INSURANCE CORPORATION |
| LIBERTY UTILITES |
| Liberty Utilities Georgia |
| LIBERTY UTILITIES NEW YORK |
| LIBERTY UTILITIES NH |
| LIFETIME BRANDS INC. |
| Lincoln Electric System |
| Lombard Odier Asset Management Europe, LTD |
| LOS ANGELES COUNTY |
| LOS ANGELES DEPT OF WTR & PWR |
| LOUISVILLE WATER CO |
| M BOOTH & ASSOCIATES LLC |
| M3 Partners LP |
| Macerich Lakewood LP |
| MacKay Shields, LLC |
| MADISON GAS & ELECTRIC |
| MADISON SUBURBAN UTILITY DIST |
| MADIX INC. |
| Magnolia Commons SC, LLC |
| Main Street At Exton LP |
| MAINE NATURAL GAS |
| Manalapan UE, LLC |
| MANATEE CO UTILITIES DEPT |
| MANHATTAN ASSOCIATES INC. |
| Manhattan Life Insurance |
| Manitoba Hydro |
| Manning & Napier Advisors, LLC |
| Marathon Asset Management, LTD |
| MARITIME ELECTRIC |
| Marketplace At Vernon Hills, LLC |
| MARLITE |
| MARTIN COUNTY UTILITIES |
| MATTEL INC. |
| McKinley Mall Realty Holding, LLC |
| Mediant Communications Inc. |
| Mellon Investments Corporation |
| MEMPHIS LIGHT GAS & WATER DIV |
| Mercer Insurance Company |
| MERCHSOURCE LLC |
| Meridian Mall Limited Partnership |
| MERKLE INC |

| |
|---|
| MESA AZ |
| Metropolitan Life Insurance Company |
| METROPOLITAN ST LOUIS SWR DIST |
| METROPOLITAN UTILITIES DIST |
| Michaels Stores, Inc. |
| MICROSOFT ONLINE INC |
| MIDAMERICAN ENERGY CO |
| MIDAMERICAN ENERGY SERVICES |
| MidCap Financial |
| MIDDLE TENNESSEE ELECTRIC |
| MILBERG FACTORS, INC. |
| Miller Value Partners, LLC |
| Minnesota Energy Resources |
| MIRAKL INCORPORATED |
| Mishorim Gold Houston, LLC |
| Mishorim Gold Properties, LP |
| Mission Valley Shoppingtown, LLC |
| ML-MJW Port Chester SC Owner LLC |
| MOBILE MINI TEXAS LIMITED |
| MONROE COUNTY WATER AUTHORITY |
| Mont Blanc Capital Management AG |
| MONTANA DAKOTA UTILITIES CO |
| Morgan Lewis & Bockius LLP |
| Morgan Stanley & Company, LLC |
| Morris Plains Holding UE LLC |
| Mountain Grove Partners, LLC |
| MP Northglenn LLC |
| MUFG Union Bank, N.A. |
| MULTIPLE |
| Muzinich & Company, Inc. |
| NADG/TRC Lakepointe LP |
| Nashville Electric Service |
| NATIONAL CASUALTY COMPANY (NATIONWIDE) |
| NATIONAL FUEL |
| NATIONAL GRID |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA |
| NAVIGATORS INSURANCE COMPANY (HARTFORD) |
| NCR CORPORATION |
| NEW JERSEY AMERICAN WATER |
| New Jersey Division of Investment |

| |
|---|
| New Plan of West Ridge, LLC |
| New York City Comptroller's Office |
| NEW YORK STATE ELEC & GAS CORP |
| Newbridge, LLC |
| NEWELL BRANDS CANADA ULC/CA/VDC |
| NEWELL BRANDS INC. |
| NEWPORT NEWS WATERWORKS |
| News Company LLC |
| NICOR GAS |
| NIPSCO |
| NJ NATURAL GAS CO |
| NORITAKE/VDC |
| NORTH AMERICAN CORPORATION |
| North American Corporation of Illinois |
| North Shore Gas |
| NORTHEAST OHIO REGION SWR DIST |
| Northern Trust Global Investments, LTD |
| NORTHWESTERN ENERGY |
| Northwestern Mutual Investment Management Company, LLC |
| Northwoods III (San Antonio), LLC |
| Norton Rose Fulbright US LLP |
| Nova Scotia Power Inc |
| NOVEC |
| NTT AMERICA, INC. |
| NV ENERGY |
| NW Natural |
| NYC WATER BOARD |
| Nykredit Bank A/S |
| Oak Insurance Company Inc. IC** |
| Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC |
| Oak Street Investment Grade Net Lease Fund Series 2021-2 LLC |
| Of a Kind, Inc. |
| OGE |
| Old Republic Union Insurance Company |
| OMAHA PUBLIC POWER DIST |
| One Kings Lane LLC |
| Oppenheimer Asset Management Inc. |
| ORACLE AMERICA , INC |
| Orchard Hill Park |
| Orlando Utilities Commission |

| |
|---|
| OSLER HOSKIN & HARCOURT LLP |
| PACIFIC GAS & ELECTRIC CO |
| PACIFIC POWER |
| PADRE DAM MWD |
| Pagosa Partners III, Ltd. |
| PAPYRUS-RECYCLED GREETINGS, INC. |
| PASADENA WATER AND POWER |
| PEDERNALES ELECTRIC COOP INC |
| PENN POWER |
| Pension Reserves Investment Management Board (PRIM) |
| Peoples Gas |
| PEPCO |
| PFA Asset Management A/S |
| PG&E |
| PGIM, Inc. |
| PHILIPS CONSUMER LIFESTYLE |
| Piedmont Natural Gas |
| PINELLAS COUNTY UTILITIES |
| PING IDENTITY CORPORATION |
| Pinterest, Inc. |
| PNC Bank, National Association |
| PNM |
| PORTLAND GENERAL ELECTRIC |
| PP&L INC |
| PPL ELECTRIC UTILITIES CORP |
| PPL UTILITIES |
| Premium Properties, L.L.C. |
| PSE&G CO |
| PSEGLI |
| Puget Sound Energy |
| Putman Investments |
| PWCSA |
| QUANTUM METRIC INC |
| RACKSPACE HOSTING INC |
| Regency Centers, L.P. |
| REGION OF PEEL |
| Restore Capital |
| RG&E |
| Rhode Island Energy |
| RIKER,DANZIG,SCHERER,HYLAND & PERRETTI LLP |
| RISKIFIED INC |

| |
|---|
| Riverview Plaza (E&A), LLC |
| Riviera Center Properties HITF The Dong Koo Kim and Jong OK Kim Family Trust |
| ROCKY MOUNTAIN POWER |
| Rogers Retail, LLC |
| Rolling Hills Plaza LLC |
| Rosedale Commons LP |
| RPAI Butler Kinnelon, L.L.C. |
| RPAI King's Grant II Limited Partnership |
| RPAI Lakewood, LLC |
| RPAI San Antonio Huebner Oaks GP L.L.C. |
| RPAI Southwest Management LLC |
| RPT Realty, L.P. |
| RPT Terra Nova Plaza LLC |
| RR DONNELLEY AND SONS COMPANY |
| RREEF America REIT II Corp. MM |
| Russell Investment Management, LLC |
| RXR 620 Master Lessee LLC |
| RYDER INTEGRATED LOGISTICS |
| SACRAMENTO COUNTY UTILTIES |
| SACRAMENTO MUNIC UTILITY DIST |
| SAFETY NATIONAL CASUALTY CORPORATION |
| SAFETY SPECIALTY INSURANCE COMPANY |
| Safeway Insurance Group |
| Safra Securities, LLC |
| SAILPOINT TECHNOLOGIES INC |
| Salesforce.com, Inc. (4-606198 |
| San Antonio Bed Bath & Beyond Inc. |
| SAN ANTONIO WATER SYSTEM |
| San Diego Gas & Electric |
| SANTA MARGARITA WATER DISTRICT |
| SANTEE COOPER |
| SARASOTA COUNTY PUBLIC UTILITI |
| SAS INSTITUTE INC |
| SASK ENERGY |
| SASK POWER |
| Saul Holdings Limited Partnership |
| Sawgrass |
| SB360 Capital Partners |
| SBLO Barrett Pavilion, LLC |
| SCA Tree 1, LLC |
| SCHNEIDER LOGISTICS INC |

| |
|---|
| Scotia Bank |
| SCOTTSDALE INSURANCE COMPANY (NATIONWIDE) |
| Seix Investment Advisors, LLC |
| SEMCO ENERGY GAS COMPANY |
| Sentry Insurance |
| Seritage SRC Finance LLC |
| Servicios BBBMex, S. de R.L. de C.V. |
| Servicios, S. de R.L. de C.V. |
| SF WH Property Owner LLC |
| SG Americas Securities, LLC |
| SHARKNINJA OPERATING, LLC/CA |
| Silver Point Capital |
| Simon Property Group LP |
| Simsbury Commons LLC |
| Sixth Street Lending Partners |
| Sixth Street Specialty Lending, Inc. |
| Sleep Country Canada |
| SM Eastland Mall, LLC |
| SMUD |
| Snohomish County PUD |
| SOCALGAS |
| SOMERSET CAPITAL GROUP, LTD. |
| SOUTH CAROLINA ELECTRIC & GAS |
| SOUTH JERSEY GAS |
| SOUTHAVEN TOWNE CENTER II, LLC |
| Southern California Edison |
| SOUTHERN CALIFORNIA GAS CO |
| SOUTHERN CONNECTICUT GAS CO |
| SOUTHERN MARYLAND ELEC COOP |
| Southgate Mall Montana II LLC |
| Southwest Gas |
| SPIN MASTER INC. |
| SPIRE |
| Springfield Buy Buy Baby, Inc. |
| Squarepoint OPS, LLC |
| SREIT Palm Beach Lakes Blvd., L.L.C. |
| SRP |
| SSB/Morgan Stanley |
| ST JOHNS COUNTY UTILITY DEPT |
| ST. GEORGE DISTRIBUTION , CORP |
| STARR SURPLUS LINES INSURANCE COMPANY |

| |
|---|
| Star-West Chicago Ridge, LLC |
| STATE NATIONAL INSURANCE COMPANY, INC. (CANOPIUS) |
| State Street Global Advisors (SSgA) |
| STRATHCONA COUNTY |
| SUFFOLK COUNTY WATER AUTHORITY |
| SUNBEAM PRODUCTS INC./CALPHALON |
| Super, LLC |
| SUPERIOR PROPANE |
| Sycamore Partners |
| SYNDICATE 2623 / 623 AT LLOYD'S OF LONDON (BEAZLEY) |
| Systems, LLC |
| TAMPA ELECTRIC |
| Target Jefferson Boulevard, LLC |
| TATA CONSULTANCY SERVICES |
| TD Bank, N.A. |
| TEALIUM INC |
| TECO |
| TECO PEOPLES GAS |
| TEMPUR-PEDIC NORTH AMERICA LLC |
| Tennessee Farmers Mutual Insurance Co. |
| TERADATA CORPORATION, INC |
| TESTRITE PRODUCTS CORP. |
| Texas Gas Service |
| THE CIT GROUP/COMMERCIAL SERVICES, |
| THE CONNECTICUT WATER CO |
| THE GAS CO |
| THE ILLUMINATING CO |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (AIG) |
| THE KNOT WORLDWIDE INC |
| THE MORNING CONSULT LLC |
| THE OHIO CASUALTY INSURANCE COMPANY (LIBERTY MUTUAL) |
| The Promenade D Iberville, LLC |
| The Shoppes At Hamilton Place CMBS LLC |
| The Stop & Shop Supermarket Company LLC |
| THE UNITED ILLUMINATING CO |
| The Widewaters Group, Inc. |
| TKG - Manchester Highlands Shopping Center , LLC |

| |
|---|
| TKG Biscayne, LLC |
| TKG Coral North, LLC |
| TKG Logan Town Centre, LP |
| TKG Monroe Louisiana 2, LLC |
| TKG Mountain View Plaza, L.L.C. |
| TKG Paxton Towne Center Development, LP |
| TKG Woodmen Commons, L.L.C. |
| TORONTO HYDRO ELEC SYSTEM LTD |
| TOSHIBA GCS |
| Totowa UE LLC |
| Town & Country (CA) Station L.P. |
| Travelers Casualty and Surety Company |
| Trisura Insurance (CAD $1,103,586.58) |
| Tucson Electric Power Company |
| TXU ELECTRIC |
| TYCO INTEGRATED SECURITY LLC |
| UBS |
| UBS Securities, LLC |
| UE 675 Paterson Avenue LLC |
| UE 675 Route 1 LLC |
| UH US Lynncroft 2019 LLC |
| UNDERWRITERS AT LLOYD'S, LONDON (HISCOX) |
| Union Bank |
| UNITED POWER INC |
| United Rentals |
| United States Fidelity and Guaranty |
| UNITIL |
| University of Louisville Real Estate FoundationInc |
| UNS GAS INC |
| US Bank |
| US MAINTENANCE |
| UTC, LP |
| UTILITIES KINGSTON |
| Valley Hills Mall LLC |
| VAM, Ltd. |
| Van Eck Associates Corporation |
| Vanguard Group Inc |
| VEOLIA WATER DELAWARE |
| VEOLIA WATER IDAHO |
| Veolia Water New Jersey |

| |
|---|
| VEOLIA WATER NEW YORK INC |
| VEOLIA WATER PENNSYLVANIA |
| VERIFONE |
| Verition Fund Management, LLC |
| VERIZON BUSINESS NETWORK |
| Verizon Wireless |
| VERSANT POWER |
| Vestar Best In The West Property LLC |
| VIRGINIA NATURAL GAS INC |
| Virtus Investment Advisers, Inc. |
| VORNADO AIR LLC |
| VOXX ACCESSORIES CORPORATION |
| WALKER EDISON FURNITURE CO. LLC |
| WASHINGTON GAS |
| WE ENERGIES |
| Webster Bank |
| Weingarten Nostat, Inc |
| Weingarten Realty Investors - Co. 001 |
| Wells Fargo Bank, National Association |
| WELSPUN USA INC |
| WELSPUN USA INC/WAMSUTTA |
| WESCO SERVICES LLC |
| Western Asset Management Company, LLC |
| Westgate Mall CMBS, LLC |
| WHIRLPOOL CORPORATION |
| Whitemak Associates |
| Whitemak Associates & PREIT |
| WILTON INDUSTRIES, INC. |
| WISCONSIN PUBLIC SERVICE CORP |
| WSSC |
| WUNDERKIND CORPORATION |
| Xcel Energy |
| XL INSURANCE AMERICA, INC. |
| Zest S.A. |
| ZIPLINE LLC |
| ZURICH AMERICAN INSURANCE COMPANY |