**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF REJECTION OF CERTAIN**
**EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON SCHEDULE 1 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

PLEASE TAKE NOTICE that on May 17, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order on the motion (the "Lease Rejection Procedures Motion")[2] of the debtors and debtors in possession (the "Debtors"), approving procedures for the rejection of executory contracts and unexpired leases and granting related relief [Docket No. 382] (the "Lease Rejection Procedures Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Lease Rejection Procedures Order and by this notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** (the "Rejection Schedule") annexed to the proposed form of order attached hereto as **Exhibit A** (the "Rejection Order") shall be rejected effective as of the date (the "Rejection Date") set forth in Rejection Schedule, or such other date as the Debtors and the counterparty or counterparties to any such Contract agree.

PLEASE TAKE FURTHER NOTICE that, for the avoidance of doubt, and pursuant to the Lease Rejection Procedures Order, the Debtors reserve the right to remove any Contract from **Schedule 1** at any time prior to the entry of the Rejection Order and may remove any such Contract for any reason.

PLEASE TAKE FURTHER NOTICE that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' Chapter 11 Cases no later than ten (10) days after the date that the Debtors served this Notice and promptly serve such objection on the following parties:  (i) the Debtors, Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, New

---

[2]    Capitalized terms used and not otherwise defined herein have the meanings given to them in the Lease Rejection Procedures Motion or Lease Sale Procedures Order (as defined herein), as applicable.

Jersey 07083; (ii) co-counsel to the Debtors, (A) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler, and (B) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn.: Michael D. Sirota, Esq., Warren A. Usatine, Esq., and Felice R. Yudkin, Esq.; (iii) Office of The United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, New Jersey 07102, Attn: Fran Steele, John Schanne, and Alexandria Nikolinos (Fran.B.Steele@usdoj.gov, John.Schanne@usdoj.gov, and Alexandria.Nikolinos@usdoj.gov); and (iv) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 3rd Ave #34, New York, NY 10017, Attn: Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov and Colin R. Robinson. Only those responses that are timely filed, served, and received will be considered at any hearing.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors may include and file with the Court the above-described Contract(s) in the Rejection Schedule attached to the Rejection Order under a certificate of no objection. No Contract shall be deemed rejected absent entry of an applicable Rejection Order. The rejection of each Contract shall become effective on the applicable Rejection Date set forth on the Rejection Schedule, or such other date as the Debtors and the counterparty or counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such

---

[3] An objection to the rejection of any particular Contract listed in the Rejection Schedule shall not constitute an objection to the rejection of any other Contract listed in the Rejection Schedule. Any objection to the rejection of any particular Contract listed in the Rejection Schedule must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Rejection Order.

objection is overruled or withdrawn, such Contract or Contracts shall be rejected as of the applicable Rejection Date set forth in **Schedule 1** attached hereto or such other date as the Debtors and the counterparty or counterparties to any such Contract agree.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Lease Rejection Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described in the Rejection Schedule shall be deemed abandoned as of the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so by the later of (a) the claims bar date established in these Chapter 11 Cases, if any, and (b) 30 days after the later of (i) the date of entry of the Rejection Order approving rejection of the applicable Contract and (ii) the Rejection Date. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE, FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated: July 26, 2023

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      joshua.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**Exhibit A**

**Proposed Rejection Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## NINTH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

(Page |3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Ninth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 382] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.     The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page |4 )

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Ninth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

agrees; *provided*, *however*, that the Rejection Date for a rejection of a lease of non-residential real

property shall not occur until the later of (i) the Rejection Date set forth in the Rejection Notice

and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord

in writing of the Debtors' surrender of the premises and (A) turning over keys, key codes, and

security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing that

the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the

leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' personal property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

(i) nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under applicable law from any of the Debtors' leased premises

(ii) to the extent the Debtors seek to abandon personal property that contains "personally

identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code

(the "PII"), the Debtors will use commercially reasonable efforts to remove the PII from such

personal property before abandonment, and (iii) within five (5) business days of filing a Rejection

Notice, the Debtors will make reasonable efforts to contact any third parties that may be known to

the Debtors to have a property interest in the Abandoned Property and ask such third parties to

remove or cause to be removed personal property, if any, from the premises prior to the Rejection

Date.  Landlords may, in their sole discretion and without further notice or order of this Court,

utilize and/or dispose of such property without notice or liability to the Debtors or third parties

(Page |5 )

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Ninth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

and, to the extent applicable, the automatic stay is modified to allow such disposition. The rights of the applicable landlord to assert claims with respect to such disposition of the abandoned property are reserved, as are all parties' rights to object to such claims.

3.      Claims arising out of the rejection of Contracts, if any, must be filed in accordance with the Plan or on or before the later of (i) the deadline for filing proofs of claim established in these Chapter 11 Cases, if any, and (ii) 30 days after the later of (A) the date of entry of this Order, and (B) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejection Schedule**

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 1. | 087PAY-TMD DEVELOPMENT, L.L.C. | C/O WALTER MORRIS INVESTMENT COMPANY, 1707 N. WATERFRONT PARKWAY, WICHITA, KS 67206-6602 | Store Lease | 87 | 12035 Metcalf Ave., Overland Park, KS, 66213 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 2. | 101 & SCOTTSDALE, LLC | C/O YAM PROPERTIES, LLC, 15750 N. NORTHSIGHT BLVD., SCOTTSDALE, AZ 85260 | Store Lease | 573 | 7000 E. Mayo Blvd., Building 12, Phoenix, AZ, 85054 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 3. | 1028P1-CASTO-OAKBRIDGE VENTURE LTD | PO BOX 1450, COLUMBUS, OH 43216 | Store Lease | 1028 | 1500 Town Center Drive, Lakeland, FL, 33803 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 4. | 1059PAY-BENCHMARK MAIN TRANSIT ASSOCIATES LLC | 4053 MAPLE ROAD#200, AMHERST, NY 14226 | Store Lease | 1059 | 4401 Transit Road, Williamsville, NY, 14221 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 5. | 13555 TTN, LLC | ATTN: LEASE ADMINISTRATION, 570 DELAWARE AVENUE, BUFFALO, NY 14202 | Store Lease | 1125 | 13585 Tamiami Trail N. Unit #6, Naples, FL, 34110 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6. | 168TH AND DODGE, LP | C/O RED DEVELOPMENT, LLC, ATTN: LEASE LEGAL NOTICES, ONE EAST WASHINGTON STREET, SUITE 300, PHOENIX, AZ 85004-2513 | Store Lease | 771 | 255 N. 170th Street, Omaha, NE, 68118 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 7. | 188PAY-E&A PORTFOLIO LIMITED PARTNERSHIP | C/O RIVERVIEW PLAZA SHOPPING CENTER, P.O. BOX 528, COLUMBIA, SC 29202 | Store Lease | 188 | Riverview Plaza, 5413 Urbana Pike, Frederick, MD, 21704 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 8. | 200-220 WEST 26 LLC | C/O TF CORNERSTONE INC., 387 PARK AVE SOUTH, 7TH FLOOR, NEW YORK, NY 10016 | Store Lease | 3007 | 270 Seventh Ave (btwn 25th and 26th), New York, NY, 10001 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 9. | 209-261 JUNCTION ROAD MADISON INVESTORS LLC | C/O UBS REALTY INVESTORS LLC, 10 STATE HOUSE SQUARE, 15TH FLOOR, HARTFORD, CT 06103-3604 | Store Lease | 132 | Prairie Towne Center, 215 Junction Rd., Madison, WI, 53717 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 10. | 209-261 JUNCTION ROAD MADISON INVESTORS LLC | 10 STATE HOUSE SQUARE, 15TH FLOOR, HARTFORD, CT 06103-3604 | Store Lease | 3139 | 231 Junction Road, Madison, WI, 53717-2615 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 11. | 211PAY-R.E.D. CAPITAL MANAGEMENT, L.L.C. | PO BOX 415048, KANSAS CITY, MO 64141-5048 | Store Lease | 211 | Southpointe Pavilions, 2960 Pine Lake Rd Suite A, Lincoln, NE, 68516 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 12. | 235PAY-INLAND SOUTHEAST PROPERTY MANAGEMENT CORP. #2050 | 4770 PAYSPHERE CIRCLE, CHICAGO, IL 60674 | Store Lease | 235 | 6567 S. Tamiami Trail, Sarasota, FL, 34231 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13. | 271 SOUTH BROADWAY LLC | C/O HUNTINGTON HOLDINGS, INC., 9595 WILSHIRE BLVD., SUITE 411, BEVERLY HILLS, CA 90210 | Store Lease | 380 | 265 South Broadway, Suite 4, Salem, NH, 03079 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 14. | 273PAY-AMERICAN UNITED LIFE INSURANCE CO. | MORTGAGE LOAN ACCOUNTING - LOAN #2077501, 5875 RELIABLE PARKWAY, CHICAGO, IL 60686 | Store Lease | 273 | 2410 PGA Boulevard, Palm Beach Gardens, FL, 33410 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 15. | 275LL-TRIPLE B MISSION VIEJO | C/O BURNHAM REAL ESTATE, P.O. BOX 514637, LOS ANGELES, CA 90051-4637 | Store Lease | 275 | 25732 El Paseo, Mission Viejo, CA, 92691 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 16. | 293PAY-NTS/BRECKINRIDGE & NTS/WILLOW LAKE PARTNERS, LP | 10172 LINN STATION ROAD, LOUISVILLE, KY 40223 | Store Lease | 293 | 996 Breckinridge Lane, Louisville, KY, 40207 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 17. | 3013P1-EASTON MARKET LIMITED LIABILITY COMPANY | DEPT 314736-20434-34931, 26536 NETWORK PLACE, CHICAGO, IL 60673-1265 | Store Lease | 3013 | 3749 Easton Market, Columbus, OH, 43219 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 18. | 3024P1-DIM VASTGOED, N.V. - CAROLINA PAVILION | C/O EQUITY ONE, INC., PO BOX 530611, ATLANTA, GA 30353 | Store Lease | 3024 | 9555 South Blvd., Charlotte, NC, 28273 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 19. | 3039P1-TEACHERS INSURANCE & ANNUITY ASSOC OF AMERICA | SOUTH FRISCO VILLAGE, 14487 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693-4487 | Store Lease | 3039 | 2930 Preston Rd Suite 600, Frisco, TX, 75034 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 20. | 3056P1-DDR SOUTHEAST SNELLVILLE, LLC | DEPT 324597-30042-42057, PO BOX 931835, CLEVELAND, OH 44193 | Store Lease | 3056 | 1670 Scenic Hwy N Suite 124, Snellville, GA, 30078 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21. | 309PAY-DIM VASTGOED, NV | BELT, A.J., C/O EQUITY ONE INC. ATTN: LEGAL DEPT, 1600 NE MIAMI GARDENS DRIVE, NORTH MIAMI BEACH, FL 33179 | Store Lease | 309 | 9559 South Blvd., Charlotte, NC, 28273 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 22. | 311PAY-E&A/I&G SIMSBURY COMMONS LIMITED PARTNERSHIP | SIMSBURY COMMONS, PO BOX 1716, COLUMBIA, SC 29202 | Store Lease | 311 | 532 Bushy Hill Road, Simsbury, CT, 06070 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 23. | 3503 RP MIAMI 19TH STREET | RPAI US MANAGEMENT LLC, 2021 SPRING ROAD, SUITE 200, OAK BROOK, IL 60523 | Store Lease | 579 | 10640 N.W. 19th Street, Miami, FL, 33172 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 24. | 355PAY-BROOK HILL CENTER 05 A, LLC | C/O HANNAY INVESTMENTS PROPERTIES, INC, FBO BROOKHILL CENTER, 2999 N 44TH ST, PHOENIX, AZ 85018 | Store Lease | 355 | 7225 W. 88th Avenue, Westminster, CO, 80021 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 25. | 36 MONMOUTH PLAZA LLC | ADJMI, ALEX, LANDLORD, C/O ACHS MANAGEMENT CORP., 1412 BROADWAY, 3RD FLOOR, NEW YORK, NY 10018 | Store Lease | 266 | 92 Route 36, Eatontown, NJ, 07724 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 26. | 371PAY-GARFIELD-SOUTHCENTER LLC | C/O MANAGEMENT NORTHWEST INC, 1201 THIRD AVE, SUITE 5020, SEATTLE, WA 98101 | Store Lease | 371 | 400 Strander Blvd., Tukwila, WA, 98188-2803 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 27. | 418P2-DT UNIVERSITY CENTRE LP | 418P2-DT UNIVERSITY CENTRE LP, DEPT. 101412 25600 76774, PO BOX 734208, CHICAGO, IL 60673-4208 | Store Lease | 418 | 352 South College Road, Unit 10B, Wilmington, NC, 28403 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28. | 426 PAY-INLAND MID-ATLANTIC MANAGEMENT LLC #313 | PO BOX 403089, ATLANTA, GA 30384-3089 | Store Lease | 426 | 1305 Western Blvd., Jacksonville, NC, 28546 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 29. | 437 PAY-AIG BAKER ANDERSON, LLC | 1701 LEE BRANCH LANE, BIRMINGHAM, AL 35242 | Store Lease | 437 | 146 Station Drive, Anderson, SC, 29621 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 30. | 560 PAY-JDN REALTY CORP. | DEPT. 101412 20548 895, PO BOX 532614 DEPT 410, ATLANTA, GA 30353-2614 | Store Lease | 560 | 5075 Morganton Road, Suite 9C, Fayetteville, NC, 28314 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 31. | 592 P1-W. ASHLEY SHOPPES, LLC | C/O KIMCO REALTY CORP., 3333 NEW HYDE PARK ROAD, NEW HYDE PARK, NY 11042 | Store Lease | 592 | 946 Orleans Road, Suite E-1, Charleston, SC, 29407 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 32. | 605 P1-DDR MDT FLATACRES MARKETCENTER LLC | ATTN: RICK MERKEL, DEPT 10412207479352, PO BOX 73961, CLEVELAND, OH 44193 | Store Lease | 605 | 11435 Twenty Mile Road, Parker, CO, 80134 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 33. | 626PAY-TETON SPECTRUM LLC | C/O HAWKINS - SMITH MANAGEMENT INC, 1951 S SATURN WAY, SUITE 100, BOISE, ID 83709 | Store Lease | 626 | 3011 S. 25th East, Idaho Falls, ID, 83406 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 34. | 775PAY-MORRIS BETHLEHEM ASSOCIATES, LP | ATTN: ERIKA CARR, 350 VETERANS BOULEVARD, RUTHERFORD, NJ 07070 | Store Lease | 775 | 4449 Southmont Way, Easton, PA, 18045 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 35. | ABJ GROUP ADVANCEMENT TX LLC | C/O WEITZMAN, 3102 MAPLE AVENUE, SUITE #350, DALLAS, TX 75201 | Store Lease | 1212 | 2800 Highway 121 Suite 600, Euless, TX, 76039 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 36. | ACS TOWN SQUARE SHOPPING CENTER IN, LLC | 350 PINE STREET, SUITE #800, BEAUMONT, TX 77701 | Store Lease | 1308 | 124 US Highway 41, Schererville, IN, 46375 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 37. | AE HOLDINGS I, LLC | SELECT STRATEGIES REALTY, ATTN: BRIAN NELTNER JR., 400 TECHNE CENTER DRIVE, SUITE 320, MILFORD, OH 45150 | Store Lease | 155 | 221 Robert C. Daniel, Jr Parkway, Augusta, GA, 30909 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 38. | AE HOLDINGS I, LLC | SELECT STRATEGIES REALTY, ATTN: BRIAN NELTNER JR., 400 TECHNE CENTER DRIVE, SUITE 320, MILFORD, OH 45150 | Store Lease | 3019 | 242 Robert C. Daniels Jr. Parkway, Augusta, GA, 30909 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 39. | AGREE LIMITED PARTNERSHIP | ATTN: LAITH HERMIZ, 70 EAST LONG LAKE ROAD, BLOOMFIELD HILLS, MI 48304 | Store Lease | 121 | Wolfchase Galleria, 2810 Germantown Pky, Memphis, TN, 38133 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 40. | ALEXANDER'S REGO SHOPPING CENTER, INC. | C/O VORNADO REALTY TRUST, 210 ROUTE 4 EAST, PARAMUS, NJ 07652 | Store Lease | 135 | 96-05 Queens Blvd, Rego Park, NY, 11374 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 41. | ALPINE CHERRY CREEK, LLC | C/O LINCOLN PROPERTY COMPANY RETAIL, 2000 MCKINNEY AVENUE #1000, DALLAS, TX 75201 | Store Lease | 68 | 370 S Colorado Blvd, Glendale, CO, 80246 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 42. | ANNA MSCISZ TRUST | C/O KEYPOINT PARTNERS, LLC, ONE VAN DE GRAAFF DRIVE, SUITE 402, BURLINGTON, MA 01803 | Store Lease | 350 | 180 Endicott Street, Danvers, MA, 01923 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 43. | ARAPAHOE CROSSINGS, L.P. | C/O BRIXMOR PROPERTY GROUP, 450 LEXINGTON AVENUE, FLOOR 13, ATTN: GENERAL COUNSEL, NEW YORK, NY 10170 | Store Lease | 3105 | 6492 South Parker Road, Aurora, CO, 80016 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 44. | ARC CLORLFL001, LLC | 405 PARK AVENUE15TH FLOOR, NEW YORK, NY 10022 | Store Lease | 3074 | 3206 East Colonial Drive, Orlando, FL, 32803 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 45. | ARG CCALBNM001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 1133 | 3601 Old Airport Road Suite A, Albuquerque, NM, 87114 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 46. | ARG FSBROWI001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 3038 | 665 Main Street, Brookfield, WI, 53005 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 47. | ARG PSALBNM001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 111 | 2451 San Mateo Boulevard NE Suite D, Albuquerque, NM, 87110 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 48. | ARG PSALBNM001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 5TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 3087 | 2451 San Mateo Boulevard NE, Suite C, Albuquerque, NM, 87110 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 49. | ARG TTRALNC001, LLC | C/O AR GLOBAL INVESTMENTS, LLC, 650 TH AVENUE, 30TH FLOOR, ATTN: LEGAL COUNSEL, NEW YORK, NY 10019 | Store Lease | 832 | Triangle Town Place, 3604 Sumner Blvd. Suite 104, Raleigh, NC, 27616-2985 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 50. | ARLINGTON HIGHLANDS, LTD | CONNECTED MGMT SVC, LLC, C/O LINCOLN PROPERTY CO COMMERCIAL, INC., 500 NO AKARD, DALLAS, TX 75201 | Store Lease | 129 | 4000 Retail Connection Way, Suite 101, Arlington, TX, 76018 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 51. | ARROWHEAD PALMS LLC | C/O CAPITAL ASSET MANAGEMENT, 2701 E. CAMELBACK ROAD, SUITE 170, PHOENIX, AZ 85016 | Store Lease | 3119 | 7375 W Bell Rd, Peoria, AZ, 85382 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 52. | ARI WEST FALLS PLAZA LLC; WEST FALLS PLAZA PARTNERS LLC; ELI WEST FALLS PLAZA LLC C/O/ MADISON PROPERTIES | 475 Oberlin Ave S, Suite 205 Lakewood NJ 08701 | Store Lease | 6078 | 1730 US Route 46, Woodland Park, NJ 07424 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 53. | A-S 149 ISLAND GATE PLAZA L.P. | C/O NEWQUEST PROPERTIES, 8827 W. SAM HOUSTON PKWY N., SUITE 200, HOUSTON, TX 77040 | Store Lease | 502 | 4717 S. Padre Island Drive, Suite F, Corpus Christi, TX, 78411 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 54. | B33 MAPLE GROVE II LLC | 601 UNION STREET SUITE 1115, SEATTLE, WA 98101 | Store Lease | 456 | 7950 Wedgewood Lane N., Maple Grove, MN, 55369 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 55. | BARSHOP & OLES COMPANY | 801 CONGRESS AVENUE, SUITE 300, AUSTIN, TX 78701 | Store Lease | 430 | 1730 N. FM 1604 East, San Antonio, TX, 78232 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 56. | BAYER DEVELOPMENT COMPANY, L.L.C. | C/O CENTENNIAL ADVISORY SERVICE, LLC, ATTN: CHIEF OPERATING OFFICER, 8750 N. CENTRAL EXPRESSWAY, SUITE 1740, DALLAS, TX 75231 | Store Lease | 148 | The Summit, 313 Summit Blvd., Birmingham, AL, 35243 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57. | BBP PARTNERS, LLC | C/O EQUITY MANAGEMENT GROUP, INC., 840 EAST HIGH STREET, LEXINGTON, KY 40502 | Store Lease | 3120 | 5919 Bluebonnet Blvd, Baton Rouge, LA, 70836 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 58. | BEATTY LIMITED PARTNERSHIP | 6824 ELM STREET, SUITE 400, MCLEAN, VA 22101 | Store Lease | 3113 | 24670 Dulles Landing Dr, Unit 130, Dulles, VA, 20166 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 59. | BELL ROAD LODGE, LLC & GRAND RAPIDS 28TH STREET LLC | C/O FOX REALTY LLC, 2150 FRANKLIN ROAD, SUITE B, BLOOMFIELD, MI 48302 | Store Lease | 202 | 4901 28th Street, SE, Grand Rapids, MI, 49512 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 60. | BELL TOWER SHOPS, LLC | C/O MADISON MARQUETTE, 1000 MAINE AVE., SW, SUITE 300, WASHINGTON, DC 20024 | Store Lease | 285 | 13499 South Cleveland Avenue, Suite 200, Ft. Myers, FL, 33907 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 61. | BIT HOLDINGS SIXTY-THREE, INC. | C/O VESTAR PROPERTY MANAGEMENT, 2415 EAST CAMELBACK ROAD, SUITE 100, PHOENIX, AZ 85016 | Store Lease | 173 | Hacienda Crossings, 4882 Dublin Blvd., Dublin, CA, 94568 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 62. | BONNIE MANAGEMENT CORPORATION | HANSEN, STACEY, LANDLORD, 1000 LAKE STREET SUITE 200, OAK PARK, IL 60301-1146 | Store Lease | 402 | 5445 South 76th Street, Greendale, WI, 53129 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 63. | BOWLES VILLAGE CENTER LLC | C/O JORDAN PERLMUTTER & CO., 1601 BLAKE STREET, STE. 600, DENVER, CO 80202 | Store Lease | 279 | 7421 W Bowles Ave, STE 1, Littleton, CO, 80123 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 64. | BREIT BINGO HOLDINGS LLC | SHOPCORE PROPERTIES, 50 S. 16TH STREET, SUITE 3325, ATTN: LEGAL DEPARTMENT, PHILADELPHIA, PA 19102 | Store Lease | 1119 | 1245 North Peachtree Parkway, Peachtree City, GA, 30269 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 65. | BRISTOL-WARNER INVESTORS, LLC | 2392 MORSE AVENUE SUITE 100, IRVINE, CA 92614 | Store Lease | 8 | 6530 Canoga Avenue, Canoga Park, CA, 91303 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 66. | BRIXMOR HOLDINGS 6 SPE, LLC | C/O BRIXMOR PROPERTY GROUP, 450 LEXINGTON AVENUE, 13TH FLOOR, ATTN: GENERAL COUNSEL, NEW YORK, NY 10170 | Store Lease | 3064 | 324 S. Route 59, Naperville, IL, 60540 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 67. | BRIXMOR/IA DELCO PLAZA, LLC | C/O BRIXMOR PROPERTY GROUP, 450 LEXINGTON AVENUE, 13TH FLOOR, ATTN: GENERAL COUNSEL, NEW YORK, NY 10170 | Store Lease | 49 | 12020 Hall Road, Sterling Heights, MI, 48313 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 68. | BV EVERMAN GP LLC | 5820 W NORTHWEST HIGHWAY, SUITE 200, DALLAS, TX 75225 | Store Lease | 487 | 65 Independence Drive, Hyannis, MA, 02601 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 69. | BVA AVENUE LLC | C/O BIG V PROPERTIES LLC, 176 NORTH MAIN STREET, SUITE 210, FLORIDA, NY 10921 | Store Lease | 611 | 2615 Medical Center Parkway, Suite 1200, Murfreesboro, TN, 37129 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 70. | BVA DEERBROOK SPE LLC C/O BIG V PROPERTIES | 176 N Main St, Suite 210 Florida, NY 10921 | Store Lease | 3122 | 20416 Highway 59 N Humble, TX 77338 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 71. | CAL DEVELOPMENT, LLC | C/O CITYCOM, 9469 HAVEN AVENUE, SUITE 200, RANCHO CUCAMONGA, CA 91730 | Store Lease | 101 | 11530 4th Street, Suite 120, Rancho Cucamonga, CA, 91730 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 72. | CAL DEVELOPMENT, LLC | C/O CITYCOM, 9469 HAVEN AVENUE, SUITE 200, RANCHO CUCAMONGA, CA 91730 | Store Lease | 3096 | 11530 4th Street, Suite 125, Rancho Cucamonga, CA, 91730 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73. | CANDLEWOOD LAKE ROAD, LLC | ATTN: REAL ESTATE DEPARTMENT, PO BOX 220, 7248 MORGAN ROAD, LIVERPOOL, NY 13088 | Store Lease | 837 | 14 Candlewood Lake Road, Brookfield, CT, 06804 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 74. | CANTON CORNERS SHOPPING CENTER, L.L.C. | C/O JFK INVESTMENT COMPANY, L.L.C., 43252 WOODWARD AVENUE, SUITE 210, BLOOMFIELD HILLS, MI 48302 | Store Lease | 3012 | 42595 Ford Road, Canton, MI, 48187 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 75. | CAPITOL INDUSTRIES | COHEN, SCOTT, 231 WEST CHERRY HILL COURTPO BOX 1056, REISTERTOWN, MD 21136 | Store Lease | 114 | Columbus Village, 220 Constitution Dr., Virginia Beach, VA, 23462 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 76. | CARROLLWOOD PALM CENTER, LLC | KARPINSKI, DAN, 3399 PGA BOULEVARD, SUITE 450, PALM BEACH GARDENS, FL 33410 | Store Lease | 99 | Palms of Carrollwood, 13123 N Dale Mabry Hwy, Tampa, FL, 33618 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 77. | CARUTH ACQUISITION LP | C/O MADISON PARTNERS LLC, 2622 COMMERCE STREET, DALLAS, TX 75226 | Store Lease | 82 | Caruth Plaza, 8005 Park Lane, Dallas, TX, 75231 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 78. | CENTENNIAL REAL ESTATE MANAGEMENT, LLC | ATTN: CHIEF LEGAL OFFICER, 8750 N CENTRAL EXPRESSWAY, SUITE 1740, DALLAS, TX 75231 | Store Lease | 405 | 6888 Governors West, Huntsville, AL, 35806 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 79. | CENTER DEVELOPMENTS OREG., LLC | 1701 SE COLUMBIA RIVER DRIVE, VANCOUVER, WA 98661 | Store Lease | 3124 | Cedar Hill Crossing 3485 SW Cedar Hills Blvd, Suite 170, Beaverton, OR, 97005 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 80. | CFH REALTY III/SUNSET VALLEY, L.P. | MCCLAIN, ROBERT, PROPERTY MANAGER, 500 NORTH BROADWAY SUITE 201 P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 97 | Sunset Valley Marketfair, 5400 Brodie Lane Ste. 300, Sunset Valley (Austin), TX, 78745 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 81. | CFH REALTY III/SUNSET VALLEY, L.P. | 500 NORTH BROADWAY, SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 3018 | 5400 Brodie Lane, Suite 400, Austin, TX, 78745 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 82. | CHANDLER FESTIVAL SPE LLC | C/O FEDERAL REALTY OP LP, ATTN: LEGAL DEPARTMENT, 909 ROSE AVENUE, SUITE 200, N. BETHESDA, MD 20852 | Store Lease | 3022 | 2640 W. Chandler Blvd., Chandler, AZ, 85224 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 83. | CHARTER WARWICK, LLC | ATTN: LEGAL DEPT., 7978 COOPER CREEK BLVD. SUITE 100, UNIVERSITY PARK, FL 34201 | Store Lease | 372 | 1500 Bald Hill Road Suite B, Warwick, RI, 02886-1634 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 84. | CIII, BACM05-1-INDIAN RIVER | C/O BAYER PROPERTIES, L.L.C., ATTN: GENERAL COUNSEL, 2222 ARLINGTON AVENUE, BIRMINGHAM, AL 35205 | Store Lease | 518 | 6150 20th Street, Vero Beach, FL, 32966 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |