UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300
Attorneys for Creditor
Gotham Technology Group, LLC

In re:

BED BATH & BEYOND INC., et al.

      Debtors.

Chapter 11

Case No. 23-13359 (VFP)

Hearing Date: July 28, 2023

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned counsel for creditor Gotham Technology Group, LLC, notifies the Court that the matter identified below has been:

    [ ] Settled    **[ X ] Withdrawn**

Matter: Gotham hereby withdraws without prejudice the following motion: **ECF No. 787** – Gotham's Motion (i) to set an immediate deadline for debtor to assume or reject executory contract, (ii) to compel payment of related cure costs or administrative claims, or, in the alternative, (iii) for relief from the automatic stay.

Date:  July 27, 2023                           */s/ Stephen R. Catanzaro*
                                                           STEPHEN R. CATANZARO, ESQ.

115543169.1