UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300
Attorneys for Creditor
Gotham Technology Group, LLC

In re:

BED BATH & BEYOND INC., et al.

    Debtors.

Chapter 11

Case No. 23-13359 (VFP)

Hearing Date: July 28, 2023

## CERTIFICATION OF SERVICE

1. I, Stephen R. Catanzaro, of the law firm of Day Pitney LLP, attorneys for creditor Gotham Technology Group, LLC ("Gotham"), hereby certify the following:

2. On July 27, 2023, I filed the original copy of Gotham's Status Change Form pursuant to DNJ LBR 9013-3, which notified the Court that Gotham has withdrawn without prejudice the Motion it filed at ECF No. 787.

3. Also on July 27, 2023, I caused a copy of the papers referenced in ¶ 2 to be served on the below individuals and entities in the manner identified in the chart below.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 27, 2023

*/s/ Stephen R. Catanzaro*
STEPHEN R. CATANZARO, ESQ.

- 1 -

115543431.1

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Kirkland and Ellis LLP<br>3101 Old Jacksonville Road<br>Springfield, IL 62704 | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court [*]) |
| All registered CM/ECF users in this matter | - | ☐ Hand-delivered<br>☐ Via UPS Overnight<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court [*]) |

- 2 -

115543431.1