UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (pro hac vice pending)
Ravi Vohra, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Phone:  (212) 808-7800
Fax:      (212) 808-7897
Email:   rlehane@kelleydrye.com
            jraviele@kelleydrye.com
            rvohra@kelleydrye.com

- and -

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

Counsel for HGREIT II Edmondson Road, LLC



Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BED BATH & BEYOND INC., et al,

Debtors.

Case No.:  23-13359 (VFP)

Chapter:  11

Judge:  Hon. Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: July 27, 2023

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors:        BED BATH & BEYOND, INC. et al

Case No.        23-13359 (VFP)

Caption of Order:    ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE

After review of the application of __HGREIT II Edmondson Road, LLC__ for the reduction of time for a hearing on Motion for Entry of an Order Authorizing HGREIT II Edmondson Road, LLC to File Under Seal its Unredacted Lease [Docket No. XX] (the "Seal Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 28, 2023__ at __10:00am__ in the United States Bankruptcy Court, for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Counsel to the Debtors, Counsel to the Official Committee of Unsecured Creditors, and Counsel to the United States Trustee

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Counsel for Debtor & Counsel for the Official Committee of Unsecured Creditors

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

| | |
|---|---|
| Debtors: | BED BATH & BEYOND, INC., et al |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE |

---

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may appear in person or request to appear via zoom by contacting Chambers prior to the return date.

*rev.1/12/22*

Case 23-13359-VFP    Doc 1559    Filed 07/27/23    Entered 07/27/23 13:48:22    Desc Main
Document    Page 3 of 3

Debtors: BED BATH & BEYOND, INC., et al
Case No. 23-13359 (VFP)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE