UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____

Chapter: _____

Judge: _____

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: July 27, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors:       BED BATH & BEYOND, INC, et al

Case No.       23-13359 (VFP)

Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE

After review of the application of _____ for the reduction of time for a hearing on _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 28, 2023_____ at ___10:00am_ in the United States Bankruptcy Court, _____, Courtroom No. _____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Counsel for Debtor & Counsel for the Official Committee of Unsecured Creditors

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

Debtors:     BED BATH & BEYOND, INC., et al
Case No.     23-13359 (VFP)
Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE

---

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear in person or request to appear via zoom by contacting Chambers prior to the return date.

*rev.1/12/22*