**STARK & STARK**
A Professional Corporation
Joseph H. Lemkin, Esquire
Thomas S. Onder, Esquire
PO Box 5315
Princeton, NJ 08543-5315
(609) 896-9060
*Attorneys for Springfield Plaza, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., et al. | Case No. 23-13359 (VFP) |
| Debtors[1] | Judge: Hon. Vincent F. Papalia |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE THAT Springfield Plaza, LLC, by and through its counsel, hereby withdraws its preliminary objection [Docket No. 1515] to the *Notice of Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1447].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

118942\000001\4881-8829-1187.v1

Dated: July 27, 2023

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

By: */s/ Joseph H. Lemkin*
Joseph H. Lemkin, Esquire

and

By: */s/ Thomas S. Onder*
Thomas S. Onder, Esquire

P.O. Box 5315
Princeton, NJ 08543
(609) 791-7022 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
jlemkin@sstark-stark.com
tonder@stark-stark.com
*Attorneys for Springfield Plaza, LLC*

118942\000001\4881-8829-1187.v1