UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (pro hac vice pending)
Ravi Vohra, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Phone: (212) 808-7800
Fax:     (212) 808-7897
Email:  rlehane@kelleydrye.com
           jraviele@kelleydrye.com
           rvohra@kelleydrye.com

- and -

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

Counsel for Brookfield Properties Retail, Inc.

| | |
|---|---|
| In Re: | Case No.: 23-13359 (VFP) |
| BED BATH & BEYOND INC., et al, | Chapter: 11 |
| Debtors. | Judge: Hon. Vincent F. Papalia |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

Debtors: BED BATH & BEYOND, INC., et al.

Case No.: 23-13359 (VFP)

Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE

After review of the application of  Brookfield Properties Retail, Inc. ("Landlord")  for the reduction of time for a hearing on Motion for Entry of an Order Authorizing Pinnacle Hills, LLC to File Under Seal its Unredacted Lease With Tenant Hobby Lobby Stores, Inc. [Docket No. 1389] (the "Seal Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, Courtroom No. ___3B___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Counsel to the Debtors, Counsel to the Official Committee of Unsecured Creditors, and Counsel to the United States Trustee

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

Debtors: BED BATH & BEYOND, INC., et al.
Case No.: 23-13359

Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING
HEARING, AND LIMITING NOTICE

---

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

　　☐  must be filed with the Court and served on all parties in interest by electronic or overnight mail

　　＿＿＿＿＿＿ day(s) prior to the scheduled hearing; or

　　☐  may be presented orally at the hearing.

8.　☐  Court appearances are required to prosecute the motion/application and any objections.

　　☐  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3