**GREENBERG TRAURIG, LLP**

Paul H. Schafhauser, Esq.
500 Campus Drive
Florham Park, New Jersey 07932
Telephone: (973) 443-3233
Email: paul.schafhauser@gtlaw.com
*Counsel to IKEA Property, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE THAT Ikea Property, Inc. ("Ikea"), by and through its counsel, hereby respectfully withdraws its *Motion for Entry of an Order Compelling Debtors' Payment of Certain Post-Petition Rent and Other Obligations Due Pursuant to 11 U.S.C. § 365(d)(3)* [Docket No. 1193], without prejudice to any of Ikea's rights and claims.

Dated: July 27, 2023

        **GREENBERG TRAURIG, LLP**

        By: */s/ Paul H. Schafhauser*
            Paul H. Schafhauser
        500 Campus Drive
        Florham Park, New Jersey 07932
        Telephone: (973) 443-3233
        Email: paul.schafhauser@gtlaw.com

        *Counsel to IKEA Property, Inc.*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## **CERTIFICATE OF SERVICE**

I certify that on July 27, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on those parties registered to receive electronic notices.

By: */s/ Paul H. Schafhauser*
Paul H. Schafhauser