**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF MATTERS SCHEDULED FOR HEARING ON
### JULY 28, 2023 at 10:00 A.M. (ET)

**PLEASE TAKE NOTICE** that on May 22, 2023 the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Establishing Procedures to Sell*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

*Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Docket No. 422] (the "Lease Sale Procedures Order"),[2] by which the Court, among other things, approved expedited procedures for the assumption and assignment of unexpired leases and granted related relief.

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2023, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1114] which set the Lease Sale Objection deadline as July 11, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 1 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** on June 30, 2023, the Debtors filed the *Notice of Assumption of Certain Unexpired Leases* [Docket No. 1157] which set the Assumption Objection deadline as July 11, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 1 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** that on July 20, 2023, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Phase 2 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1428] which set the Lease Sale Objection (together with the Phase 1 Lease Sale Objection and Assumption Objection, the "Lease Objection") deadline as July 25, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 2 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider these matters is scheduled for **July 28, 2023, at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Lease Sales identified on **Exhibit A**, annexed hereto, are resolved and the Debtors will seek approval of these sales at the Hearing.[3]

**PLEASE TAKE FURTHER NOTICE** that if you resolved your Lease Objection with the Debtors' counsel, you do not need to attend the Hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Debtors' Motion for Entry of an Order (I) Establishing Sales Procedures, (II) Approving the Sale of Certain Real Property and Leases, and (III) Granting Related Relief* [Docket No. 193], as applicable.

[3] As indicated in **Exhibit A**, certain matters are resolved subject to reconciliation of cure costs. As provided in the form of order(s) to be submitted to the Court, the Debtors, with the support of the applicable landlords and assignees, intend to reconcile these cure amounts post-assignment, to the extent necessary.

Dated: July 27, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    joshua.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**Exhibit A**

**Resolved Matters**

| Store No. | Address | City/State | Assignee | Objection (Docket Number) | Cure Amount |
|---|---|---|---|---|---|
| 384 | 1557 Vine Street | Hollywood, CA | Burlington | 1001 | $2,039.77 |
| 3025 | 8241 West Flagler Street Suite 100 | Miami FL | Burlington | 1033 | $40,643.50 |
| 557 | 2315 Colorado Boulevard, Suite 180 | Denton, TX | Burlington | 1178 | $36,211.28 |
| 769 | 4633 S Jack Kultgen Expressway | Waco, TX | Burlington | 1239 | $62,091.05 |
| 1309 | 160 Marketplace Boulevard | Hamilton, NJ | Burlington | 1329 | $91,998.10 |
| 1409 | 1320 McFarland Blvd E | Tuscaloosa, AL | Burlington | 921 | $3,258.00 |
| 525 | 5450 N. 9th Avenue | Pensacola, FL | Burlington | 955 | $72,857.99 |
| 1314 | 1440 Old Country Road | Riverhead, NY | Burlington | 990 | $99,287.12 |
| 192 | 11609 Midlothian Turnpike | Midlothian, VA | Burlington | n/a | $0.00 |
| 318 | 3001-A101 West Loop 250 North | Midland, TX | Burlington | n/a | $26,938.57 |
| 542 | 261 Daniel Webster Highway | Nashus, NH | Burlington | n/a | $0.00 |
| 585 | 1430 Texas Avenue South | College Station, TX | Burlington | n/a | $0.00 |
| 589 | 3951 Promenade Parkway | D'Iberville, MS | Burlington | n/a | n/a |
| 1002 | 6001 North West Loop 410 | San Antonio, TX | Burlington | n/a | $0.00 |
| 1011 | 200 Aberdeen Commons | Aberdeen, NC | Burlington | n/a | $0.00 |
| 1014 | 1235 Caroline Street NE | Atlanta, GA | Burlington | n/a | $7,000.00 |
| 1175 | 601 E. Dimond Boulevard | Anchorage, AK | Burlington | n/a | $40.444.80 |
| 1237 | 5160 Highway 70 Suite 600 | Morehead City, NC | Burlington | n/a | $15,054.00 |
| 1265 | Margie Drive & State Route 247 | Warner Robins, GA | Burlington | n/a | $0.00 |
| 1365 | 422 W. Loop 281 Suite 200 | Longview, TX | Burlington | n/a | $10,682.96 |
| 3086 | 202 Morrell Road | Knoxville, TN | Burlington | n/a | $16,347.22 |
| 1094 | 2955 Cobb ParkwaySE | Atlanta, GA | Burlington | 1310 | $9,296.00 |

| Store No. | Address | City/State | Assignee | Objection (Docket Number) | Cure Amount |
|---|---|---|---|---|---|
| 507 | 3640 Long Beach Road | Oceanside, NY | Burlington | 1232 | $1,049.38 |
| 55 | 1875 Palm Beach Lakes Blvd. | West Palm Beach, FL | Burlington | 1315 | Subject to further reconciliation |
| 591 | 10060 W. McDowell Road | Avondale AZ | Burlington | 1330 | Subject to further reconciliation |
| 149 | 400 Grossman Drive | Braintree, MA | Burlington | 1324 | Subject to further reconciliation |
| 454 | 2701 N. Federal Highway | Ft. Lauderdale, FL | Burlington | 1324 | Subject to further reconciliation |
| 1096 | 404 Route 3 West | Clifton, NJ | Burlington | 744, 1023, 1304, 1357 | $46,869.11 |
| 1143 | Colonial Landing | Orlando FL | Burlington | 1315 | Subject to further reconciliation |
| 1333 | 1365 Eglin Street | Rapid City, SD | Burlington | 1305 | $64,696.97 |
| 1367 | 15600 Panama City Beach Parkway | Panama City Beach, FL | Burlington | 1281 | $10,402.15 |
| 1405 | 208 Grand Hill Place | Holly Springs, NC | Burlington | 1330 | $47,523.11 |
| 544 | 412 S. Bryant Ave | Edmond, OK | Burlington | 1318 | $0.00 |
| 556 | 320 CBL Drive | St. Augustine, FL | Burlington | 1315 | Subject to further reconciliation |
| 1044 | 200 Colony Place | Plymouth MA | Burlington | 917, 1309, 1381 | $10,317.44 |
| 1024 | 963 East Interstate Highway 30 | Rockwall, TX | Burlington | 1289 | $0.00 |
| 1110 | Miracle Marketplace | Miami FL | Burlington | 1298 | $97,441.75 |
| 1177 | 3100 14th Street NW | Washington, DC | Burlington | 1295 | $276,836.50 |

| Store No. | Address | City/State | Assignee | Objection (Docket Number) | Cure Amount |
|---|---|---|---|---|---|
| 3036 | 1440 Central Avenue | Colonie, NY | Burlington | 1012, 1433 | $44,915.59 |
| 577 | San Patricio Plaza | Guaynabo, PR | Burlington | 795, 1119, 1291 | Subject to further reconciliation |
| 1268 | Building # 4 | Sarasota, FL | Burlington | 1331 | Subject to further reconciliation |
| 3002 | 1019 Central Park Avenue | Scarsdale, NY | Dream On Me | 784, 1480 | $3,360.00 |
| 3003 | Route 17 North | Paramus, NJ | Dream On Me | 1012 | Subject to further reconciliation |
| 3083 | 1261 Niagara Falls Boulevard, #1 | Amherst, NY | Dream On Me | N/A | $518.16 |
| 3121 | 1445 New Britain Avenue | West Hartford, CT | Dream On Me | 1513 | $35,000.00 |
| 3001 | 683 Rockville Pike | Rockville, MD | Dream on Me | 1523 | $71,191.00 |
| 3008 | 6398 Springfield Plaza | Springfield, VA | Dream on Me | 1515 | Subject to further reconciliation |
| 3010 | 1590 Kings Highway North | Cherry Hill, NJ | Dream on Me | 1523 | Subject to further reconciliation |
| 3130 | 675 U.S. 1 | Woodbridge Township, NJ | Dream on Me | 1523 | $67,946.69 |
| 385 | 1400C Glades Road | Boca Raton, FL | Michaels | 1328 | $5,000.00 |
| 1161 | 1201 Barbara Jordan Boulevard Suite #200 | Austin, Tx | Michaels | N/A | $0.00 |
| 214 | 23676 US Hwy 19 North | Clearwater, FL | Scandinavian Designs | 1033 | $51,154.00 |
| 333 | 1350 North Eagle Road | Meridian, ID | Scandinavian Designs | N/A | $0.00 |
| 3063 | 1014 N. El Camino Real | Encinitas, CA | Scandinavian Designs | N/A | $30,496.13 |
| 3029 | 11345 Causeway Blvd | Brandon, FL | Scandinavian Designs | 1519 | Subject to further reconciliation |

## Lease Termination Agreements

| Store No. | Address | City/State | Applicable Landlord | Objection (Docket Number) | Cure Amount |
|---|---|---|---|---|---|
| 3005 | 895 East Gate Boulevard | Garden City East, NY | R&F Garden City, LLC | N/A | N/A |
| 1258 | Lincoln Street (3A) & Shipyard | Hingham, MA | Hingham Launch Property, LLC | N/A | N/A |