UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP** Kenneth
A. Rosen, Esq.
Mary E. Seymour, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: krosen@lowenstein.com E-mail:
pgross@lowenstein.com E-mail:
mseymour@lowenstein.com

*Co-Counsel to Michaels Stores, Inc.*

Order Filed on July 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**WHITE & CASE LLP**
Gregory F. Pesce, Esq. *(pro hac vice pending)* Laura E.
Baccash, Esq. *(pro hac vice pending)* 111 South Wacker
Drive, Suite 5100 Chicago, IL 60606-4302
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com Email:
laura.baccash@whitecase.com

-and-

Samuel P. Hershey, Esq. (*pro hac vice* pending) 1221
Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: sam.hershey@whitecase.com

-and-

Devin J. Rivero, Esq. *(pro hac vice pending)* Southeast
Financial Center
200 South Biscayne Blvd., Suite 4900 Miami, FL
33131-2352
Telephone: (305) 371-2700
Email: devin.rivero@whitecase.com

In re:

    BED BATH & BEYOND INC., *et al.*,

    Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP) (Jointly Administered)

### ORDER FOR ADMISSION PRO HAC VICE OF SAMUEL P. HERSHEY, ESQ.

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby

**ORDERED**

. **DATED: July 28, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Page:       2
Adv. Proc.: Bed Bath & Beyond Inc., *et al.*
Case No.:   23-13359 (VFP)
Caption:    Order For Admission *Pro Hac Vice* of Samuel Hershey, Esq.

_____

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, an out-of-state attorney, and considered this matter pursuant to D.N.J. L.R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. Samuel P. Hershey, Esq. is hereby permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders.

2. The applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.R.101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order.

3. The $150.00 fee required by D.N.J. L.R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

Page:      3
Adv. Proc.:  Bed Bath & Beyond Inc., *et al.*
Case No.:   23-13359 (VFP)
Caption:    Order For Admission *Pro Hac Vice* of Samuel Hershey, Esq.

_____

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

4.    The applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey.

5.    The Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.