UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP** Joshua
A. Sussberg, P.C. (admitted *pro hac vice*) Emily E. Geier,
P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
*Co-Counsel for Debtors and Debtors in Possession*

Order Filed on July 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH PARKWAY CROSSING SHOPPING CENTER L.P.**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: July 26, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH PARKWAY CROSSING SHOPPING CENTER L.P. |

Upon the *Debtors' Motion for Entry of an Order Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Docket No. 193] (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), authorizing and approving, among other things, (a) the Lease Sale Procedures, and (b) the Debtors' right to consummate Lease Sales, including through Lease Termination Agreements between the Debtors and the applicable landlord, all as more fully set forth in the Motion, and upon entry of the *Order (I) Establishing Procedures To Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Docket No. 422]; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the Lease Termination Agreement attached hereto as **Exhibit 1** (the "Lease Termination Agreement"), as applicable.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH PARKWAY CROSSING SHOPPING CENTER L.P. |

Debtors having complied with the Lease Sale Procedures, and that the Debtors' entry into the

Lease Termination Agreement is in the best interest of the Debtors and their estates and provides

for the highest or best bid for the Lease (as defined in the Lease Termination Agreement); and

upon all of the proceedings had before the Court and after due deliberation and sufficient cause

appearing therefor **IT IS HEREBY ORDERED THAT**:

1.     Pursuant to sections 105(a), 363(b)(1) and (f) and 365(a) of the Bankruptcy Code,

the Debtors and Landlord (as defined in the Lease Termination Agreement) are authorized to

enter into and perform under the Lease Termination Agreement, and to implement the Lease

Termination Agreement and the transactions contemplated thereunder and hereunder.  The Lease

Termination Agreement and all of the terms and conditions thereof, including, without

limitation, the rejection and termination of the Lease, the Debtors' surrender of the Premises (as

defined in the Lease Termination Agreement), the consummation of the transactions

contemplated thereunder and hereunder, and the releases contemplated therein, which for the

avoidance of doubt includes the Landlord's release of any administrative claims (except as

provided thereunder), are hereby approved in all respects.

2.     Upon the Termination Date (as defined in the Lease Termination Agreement), the

Debtors' rejection and termination of the Lease shall occur without any further action required

by the Debtors, and the Debtors shall surrender the Premises pursuant to the terms of the Lease

Termination Agreement.

3.     The Debtors are authorized, pursuant to section 363(b)(1) of the Bankruptcy

Code, to transfer any rights in and under the Lease and the Premises to the Landlord, pursuant to

| (Page | 4) | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH PARKWAY CROSSING SHOPPING CENTER L.P. |

the terms of the Lease Termination Agreement, which transfer shall, pursuant to section 363(f) of

the Bankruptcy Code, be free and clear of any and all liens, claims and encumbrances, with such

liens, claims and encumbrances to attach to the proceeds received on account of such transfer in

the same order of priority and with the same validity, force and effect that any creditor had prior

to the transfer, subject to any claims and defenses the Debtors and the Debtors' estates may have

with respect thereto.

4.     The Debtors and the Landlord are authorized to take any and all actions

reasonably necessary or appropriate to consummate the Lease Termination Agreement and the

transactions contemplated thereunder and hereunder.

5.     The Lease Termination Agreement and each of the transactions contemplated

therein were negotiated, proposed and are undertaken by the Debtors and the Landlord from

arm's-length bargaining positions without collusion or fraud, and in good faith within the

meaning of section 363(m) of the Bankruptcy Code.  As a result of the foregoing, the Landlord is

entitled to all of the protections afforded by section 363(m) of the Bankruptcy Code.

6.     The Debtors and Landlord are authorized to take all actions necessary to

effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.     Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), this Order shall be

effective and enforceable immediately upon entry hereof.

8.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

Lease Termination Agreement

DocuSign Envelope ID: 53233C75-1E40-465B-B6C5-1AFE45A88049

Case 23-13359-VFP    Doc 1634    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc
Case 23-13359-VFP    Docmaged Certificate of Notice    05/7223-16:59:33    Desc Main
Document    Page 35 of 62

## LEASE TERMINATION AGREEMENT

This Lease Termination Agreement (the "Agreement") is made as of this ___ day of _____, 2023 by and between PARKWAY CROSSING SHOPPING CENTER CENTER L.P. ("Landlord") and BED BATH & BEYOND, INC. ("Tenant" or "Debtor").

### RECITALS

WHEREAS, Landlord and Tenant entered into a certain lease dated October 03, 2003    (the "Lease"), covering certain premises located at 14101 Crossing Place, Woodbridge, VA    (the "Premises"), on the terms and conditions set forth therein;

WHEREAS, Tenant, along with its affiliated debtors and debtors in possession, has filed a voluntary petition for relief pursuant to chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court");

WHEREAS, the Parties desire to enter into this Agreement, for among things, Landlord is restored to possession of the Premises as of the Termination Date, the parties release the other and Landlord is able to dispose of any remaining equipment at the Premises in its sole and absolute discretion;

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the receipt and sufficiency of which are hereby acknowledged, Landlord and Tenant hereby covenant and agree as follows subject only to an order of the Bankruptcy Court approving this Agreement:

### AGREEMENT

1.   Recitals. The Recitals are incorporated herein as if set forth at length.

2.   Lease Termination.   The Lease is terminated effective June 26, 2023 (the "Termination Date").

3.   Consideration. Landlord shall pay to Tenant $5,000.00.

4.   Landlord Release of Tenant. For valuable consideration, and the mutual covenants and agreements contained herein, Landlord does hereby fully, forever and irrevocably release, discharge and acquit Tenant, and its respective past and present affiliates, and the respective past and present officers, directors, shareholders, agents, and employees of each and all of the foregoing entities, and its and their respective successors, heirs, and assigns, and any other person or entity now, previously, or hereafter affiliated with any or all of the foregoing entities, of and from any and all rights, claims, demands, obligations liabilities, indebtedness, breaches of contract, breaches of duty or any relationship, acts, omissions, misfeasance, malfeasance, cause or causes of action, debts, sums of money, accounts, compensations, contracts, controversies, promises, damages, costs, losses and expenses of every type, kind, nature, description or character, and irrespective of how, why, or by reason of what facts, whether heretofore or now existing, or that could, might, or may be claimed to exist, of whatever kind or name, whether known or unknown, suspected or unsuspected, liquidated or unliquidated, claimed or unclaimed, whether based on contract, tort, breach of any duty, or other legal or equitable theory of recovery, each as though fully set forth herein at length, including, without limitation, any and all claims evidenced by the Lease.

DocuSign Envelope ID: 53233C75-4E49-465B-B6C5-1AFE45A85049

Case 23-13359-VFP    Doc 1634    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc
Case 23-13359-VFP    Document 420    Filed 05/12/23    Entered 05/12/23 17:51:33    Desc Main
                                Document    Page 36 of 62

5.    Tenant Release of Landlord. For valuable consideration, and the mutual covenants and agreements contained herein, Tenant does hereby fully, forever and irrevocably release, discharge and acquit Landlord, and its respective past and present affiliates, and the respective past and present officers, directors, shareholders, agents, property managers, and employees of each and all of the foregoing entities, and its and their respective successors, heirs, and assigns, and any other person or entity now, previously, or hereafter affiliated with any or all of the foregoing entities, of and from any and all rights, claims, demands, obligations liabilities, indebtedness, breaches of contract, breaches of duty or any relationship, acts, omissions, misfeasance, malfeasance, cause or causes of action, debts, sums of money, accounts, compensations, contracts, controversies, promises, damages, costs, losses and expenses of every type, kind, nature, description or character, and irrespective of how, why, or by reason of what facts, whether heretofore or now existing, or that could, might, or may be claimed to exist, of whatever kind or name, whether known or unknown, suspected or unsuspected, liquidated or unliquidated, claimed or unclaimed, whether based on contract, tort, breach of any duty, or other legal or equitable theory of recovery, each as though fully set forth herein at length, including, without limitation, any and all claims evidenced by the Lease.

6.    As further consideration for this Release, the parties hereto, for themselves and their successors and assigns, hereby agree, represent and warrant that the matters released herein are not limited to matters that are known or disclosed, and the parties hereby waive any and all rights and benefits that they now have, or in the future may have, conferred upon it by virtue of the provisions of Section 1542 of the Civil Code of the State of California (or any other statute or common law principles of similar effect), which Section provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

7.    In this connection, the parties hereby agree, represent and warrant that they realize and acknowledge that factual matters now unknown to them may have given or may hereafter give rise to causes of action, claims, demands, debts, controversies, damages, costs, losses, and expenses that are presently unknown, unanticipated, and unsuspected, and the parties further agree, represent and warrant that this Release has been negotiated and agreed upon in light of that realization and that, except as expressly limited above, it nevertheless hereby intends to release, discharge, and acquit the Released Parties from any such unknown causes of action, claims, demands, debts, controversies, damages, costs, losses, and expenses.

8.    Conditions Precedent. As a condition precedent to the effectiveness of this Agreement, each and all of the following shall have occurred no later than the Termination Date:

(a)    Tenant has delivered possession of the Premises to Landlord;

(b)    Tenant has delivered to Landlord the keys and access codes to the Premises;

(c)    An order has been entered by the Bankruptcy Court approving the entirety of this Agreement.

9.    Furniture, Fixtures and Equipment (FF&E). Any FF&E remaining at the Premises after the Termination Date is deemed abandoned and the Landlord and their managing agents are free to dispose of the FF&E in their sole and absolute discretion without liability to the Debtor or any entity.

DocuSign Envelope ID: 53233C75-4E49-465B-B6C5-1AFE45A88949

Case 23-13359-VFP    Doc 1634    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc
Case 23-13359-VFP    Doc 1634 Filed 05/22/23    of Notice 05/22/23 18:51:33    Desc Main
                    Document    Page 37 of 62

10.    <u>Authority to Settle</u>. Each of the parties to this Agreement respectively represents and warrants that each such party has the absolute and unfettered power, right and authority to enter into this Agreement and settle, compromise and release fully and completely all matters and claims contemplated to be resolved hereby. Each of the parties to this Agreement respectively represents and warrants that each such party owns and controls each of the claims, causes of action, or other matters that are the subject matter of this Agreement and that it has not assigned or transferred to any other person any of such claims, causes of action, or other matters.

11.    <u>Entire Agreement</u>. This Agreement, the exhibits hereto and the other items to be delivered as a condition precedent to the effectiveness of this Agreement, contains the entire agreement and understanding concerning the subject matter of the Agreement supersedes and replaces all prior negotiations and proposed settlement agreements, written or oral. Each of the parties to this Agreement respectively represents and warrants that no other party to this Agreement, nor any agent or attorney of any such party, has made any promise, representation or warranty, express or implied, not contained in this Agreement or the exhibits hereto to induce any party to execute this Agreement. Each of the parties to this Agreement further acknowledges that such party is not executing this Agreement in reliance on any promise, representation or warranty not contained in this Agreement or the exhibits hereto.

12.    <u>Advice of Counsel</u>. Each of the parties to this Agreement respectively represents and warrants that each such party has (a) been adequately represented, or has had the opportunity to be represented, by independent legal counsel of its own choice, throughout all of the negotiations that preceded the execution of this Agreement, (b) executed this Agreement with the consent and upon the competent advice of such counsel, or that it has had the opportunity to seek such consent and advice, (c) read this Agreement, and understands and assents to all the terms and conditions contained in this Agreement without any reservations; and (d) had, or has had the opportunity to have had, the same explained to it by its own counsel. In entering into this Agreement, no Party is relying on any representation or statement made by any other Party or any person representing such other Party.

13.    <u>Attorneys' Fees</u>. Each party to this Agreement agrees that in the event a dispute arises as to the validity, scope, applicability, or enforceability of this Agreement, the prevailing party shall be entitled to recover its costs and attorneys' fees.

14.    <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which shall be an original, and all of which shall constitute one and the same document. Further, each of the parties to this Agreement agrees that scanned signatures of each party hereto shall be deemed original signatures and shall be binding on each such party whose signature is by scan to the same extent as if it were its original signature.

15.    <u>Governing Law.</u> This Agreement shall be governed by and construed under the laws of the State of New York, without regard to conflicts of laws principles that would require the application of the law of another jurisdiction.

16.    <u>Jurisdiction</u>. The Parties consent to the exclusive jurisdiction of the United States Bankruptcy Court for the District of New Jersey with respect to all matters arising under or relating to this Agreement. The Parties hereby irrevocably waive any objection on the grounds of venue, forum non conveniens, or any similar grounds and irrevocably consent to service of process by mail or in any other manner permitted by applicable law. The Parties further hereby waive any right to a trial by jury with respect to any lawsuit or judicial proceeding arising or relating to this Agreement.

DocuSign Envelope ID: 53233C75-4E40-465B-B6C5-1AFE45A88949

Case 23-13359-VFP    Doc 1634    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc
Case 23-13359-VFP    Doc 1420    Filed 05/22/20    Entered 05/22/23 19:51:33    Desc Main
Document    Page 38 of 62

17.    <u>Miscellaneous</u>.

(a)    The headings of the sections of this Agreement are for convenience of reference only and shall not affect the meaning or interpretation of this Agreement.  This Agreement and its terms, provisions, covenants and conditions may not be amended, changed, altered, modified or waived except by an express instrument in writing signed by each and all of the parties hereto.

(b)    This Agreement and each of its provisions are binding upon and shall inure to the benefit of the Tenant's successors and assigns, including, without limitation, a trustee, if any, subsequently appointed under Chapter 7 or 11 of the Bankruptcy Code.

(c)    Each of the parties to this Agreement shall take all necessary steps, cooperate, and use reasonable best efforts to obtain and achieve the objectives and fulfill the obligations of this Agreement. Each of the parties hereto shall cooperate with each other and shall execute and deliver any and all additional notices, papers, documents, and other assurances, and shall do any and all acts and things reasonably necessary in connection with the performance of their obligations hereunder and to carry out the intent of this Agreement.

(d)    Each of the parties to this Agreement shall pay all of its own legal fees, costs, and any other expenses incurred or to be incurred in connection with the consummation of this Agreement.

(e)    The determination of the terms of, and the drafting of, this Agreement has been by mutual agreement after negotiation, with consideration by and participation of all parties hereto and their counsel. Because this Agreement was drafted with the participation of all parties hereto and their counsel, the presumption that ambiguities shall be construed against the drafter does not apply.  Each of the parties to this Agreement respectively represents and warrants that each such party was represented by competent and effective counsel throughout the course of settlement negotiations and in the drafting and execution of this Agreement, and there was no disparity in bargaining power among the parties to this Agreement.

*[Signatures appear on following page]*

DocuSign Envelope ID: 53233C76-4E40-465B-B6C5-1AFE45A85949

Case 23-13359-VFP    Doc 1634    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc
Case 23-13359-VFP    Doc 422    Filed 05/22/23    Entered 05/22/23 16:59:13    Desc Main
                  Imaged Certificate of Notice    Page 10 of 33
                  Document        Page 39 of 62

IN WITNESS HEREOF, the parties have duly executed this Agreement as of the date and year first written above.

**PARKWAY CROSSING EAST SHOPPING CENTER, L.P., a Virginia limited partnership by its General Partner, PCE MGMT., a Virginia Corporation**

By:_____

Print Name: Matthias D. Renner

Its: President

**BED BATH & BEYOND, INC.**

By _____
   *Wade Haddad*

Print Name:_____

Its:_____

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 23-13359-VFP

Bed Bath & Beyond Inc.                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                          Page 1 of 23

Date Rcvd: Jul 27, 2023                   Form ID: pdf903                   Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A.J. Webb | |
| | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com |

Aaron Applebaum
                        on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com

Aaron Applebaum
                        on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com
                        aaron--applebaum--3547@ecf.pacerpro.com

Aaron Applebaum
                        on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com
                        aaron--applebaum--3547@ecf.pacerpro.com

Aaron Applebaum
                        on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com
                        aaron--applebaum--3547@ecf.pacerpro.com

Aaron Applebaum
                        on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com

Aaron R. Cahn
                        on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com

Alan J. Brody
                        on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  NJLitDock@gtlaw.com

Alan J. Brody
                        on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Albert Anthony Ciardi, III
                        on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
                        on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
                        on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com,
                        sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Alexander F. Barth
                        on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com

Alexandria Nikolinos
                        on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov

Allen J Barkin
                        on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com

Allen Joseph Underwood, II
                        on behalf of Creditor 12535 SE 82nd AVE LLC aunderwood@litedepalma.com
                        ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allyson Stavis
                        on behalf of Interested Party Nordstrom  Inc. astavis@atllp.com

Amish R. Doshi
                        on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Elizabeth Vulpio
                        on behalf of Creditor Salesforce.com  inc. vulpioa@whiteandwilliams.com

Andrew Braunstein
                        on behalf of Creditor Commission Junction LLC andrew.braunstein@lockelord.com

Andy Winchell
                        on behalf of Creditor River Park Properties II  LP andy@winchlaw.com,
                        awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell
                        on behalf of Creditor Dong Koo Kim and Jong Ok Kim  Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated
                        October 18, 1996 andy@winchlaw.com,
                        awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo
                        on behalf of Interested Party Valley Square I  L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
                        on behalf of Interested Party CTC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
                        on behalf of Interested Party Christiana Town Center  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anthony Sodono, III
                        on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com

District/off: 0312-2
Date Rcvd: Jul 27, 2023

User: admin
Form ID: pdf903

Page 3 of 23
Total Noticed: 12

Arthur Abramowitz

on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com

Barbra Rachel Parlin

on behalf of Creditor ALTO Northpoint  LP barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Beth E Levine

on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler

on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com
mseidl@pszjlaw.com;lsc@pszjlaw.com

Brendan Scott

on behalf of Creditor Dream on Me Industries  Inc. bscott@klestadt.com

Brett D. Goodman

on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Airport Plaza  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Chico Crossroads  L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KSI Cary 483  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor C T Center S.C.  LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Mooresville Crossing  LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Franklin Park S.C.  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor CFH Realty III/Sunset Valley  L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor WRI Mueller  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR MONTGOMERY 049  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Kimco Riverview  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman

on behalf of Creditor Redfield Promenade  LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Conroe Marketplace S.C. L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Flagler S.C. LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor KIR Brandon 011 LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brian Morgan
on behalf of Creditor Prologis brian.morgan@faegredrinker.com

Brian Morgan
on behalf of Creditor Prologis USLF NV II LLC brian.morgan@faegredrinker.com

Brian Morgan
on behalf of Creditor PRW Urban Renewal 1 LLC brian.morgan@faegredrinker.com

Brian Morgan
on behalf of Creditor UG2 Solon OH LP brian.morgan@faegredrinker.com

Brian I. Kantar
on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brittany B Falabella
on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com rhenderson@hirschlerlaw.com

Carol L. Knowlton
on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Christopher D Loizides
on behalf of Interested Party NORTHWOODS III (SAN ANTONIO) LLC loizides@loizides.com

Clayton Daniel Harvey
on behalf of Creditor Federal Heath Sign Company LLC charvey@sgrlaw.com

Colin R. Robinson
on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com

Courtney Brown
on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael
on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com

Dana Lee Robbins
on behalf of Creditor DS Properties 18 LP drobbins@burr.com mguerra@burr.com

Dana Lee Robbins
on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com mguerra@burr.com

Dana S. Plon
on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Middletown Shopping Center I L.P. dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Riverhead Centre Owners LLC dplon@sirlinlaw.com

Daniel Stolz
on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira
on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira
on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman
on behalf of Creditor W.B.P. Central Associates LLC dzinman@kandfllp.com,
skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com

Daniel R. Utain

| | |
|---|---|
| | on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com |
| David Edelberg | |
| | on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com |
| David Graff | |
| | on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com |
| David H. Pikus | |
| | on behalf of Creditor Acxiom LLC dpikus@bressler.com |
| David H. Stein | |
| | on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| David L. Bruck | |
| | on behalf of Creditor Chase Green Mountain LP bankruptcy@greenbaumlaw.com |
| David L. Bruck | |
| | on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com |
| David L. Bruck | |
| | on behalf of Creditor Chenal Place Properties LLC bankruptcy@greenbaumlaw.com |
| David L. Bruck | |
| | on behalf of Creditor Almaden Plaza Shopping Center  Inc. bankruptcy@greenbaumlaw.com |
| David L. Bruck | |
| | on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc. bankruptcy@greenbaumlaw.com |
| David M Stauss | |
| | on behalf of Creditor CBL & Associates Management  Inc. david.stauss@huschblackwell.com, serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com |
| David M Stauss | |
| | on behalf of Interested Party Safety National Casualty Corporation david.stauss@huschblackwell.com serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com |
| David M. Bass | |
| | on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com |
| David P. Primack | |
| | on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor GKT Gallatin Shopping Center dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor TKG Coral North  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor Shreve Center DE LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor TKG Logan Town Centre LP dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor SLO Promenade DE LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor Grand Mesa Center  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor TKG-Manchester Highland dprimack@mdmc-law.com  kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor Wedgewood Hills  Inc. dprimack@mdmc-law.com, kpatterson@mdmc-law.com |
| David P. Primack | |
| | on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com |

District/off: 0312-2                              User: admin                              Page 6 of 23
Date Rcvd: Jul 27, 2023                        Form ID: pdf903                          Total Noticed: 12

David P. Primack
                    on behalf of Creditor Carson Valley Center  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
                    on behalf of Creditor Dreamland Shopping Center dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
                    on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
                    on behalf of Creditor MCS-Lancaster DE LP dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack
                    on behalf of Creditor TKG Biscayne  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
                    on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
                    on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack
                    on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David S. Catuogno
                    on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Derek J. Baker
                    on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diane Sanders
                    on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Don Stecker
                    on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don Stecker
                    on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don A. Beskrone
                    on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com,
                    rpalacio@ashbygeddes.com;snewman@ashbygeddes.com;ahrycak@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashb
                    ygeddes.com

Douglas J. McGill
                    on behalf of Creditor Ak-Sr-Ben Village  L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik
                    on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Casto-Oakbridge Venture  Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com,
                    rdalba@dttlaw.com

Drew S. McGehrin
                    on behalf of Creditor NP New Castle  LLC dsmcgehrin@duanemorris.com

Edmond P O'Brien
                    on behalf of Creditor RXR 620 Master Lessee LLC eobrien@cszlaw.com  jrich@cszlaw.com

Elliot D. Ostrove
                    on behalf of Creditor Iris Software  Inc. e.ostrove@epsteinostrove.com

Eric Horn
on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric S. Chafetz
on behalf of Interested Party Pagosa Partners III  Ltd. echafetz@lowenstein.com

Eric S. Chafetz
on behalf of Interested Party CPT Arlington Highlands 1  LP echafetz@lowenstein.com

Erin Teske
on behalf of Creditor SRK Lady Lake 21 SPE  LLC eteske@hodgsonruss.com

Erin Teske
on behalf of Creditor Benchmark-Clarence Associates  LLC eteske@hodgsonruss.com

Evan J. Zucker
on behalf of Creditor 1019 Central Avenue Corp. ezucker@blankrome.com  nybankruptcydocketing@blankrome.com

Faye C Rasch
on behalf of Creditor SHI Owner  LLC faye@wrlawgroup.com, travis@wrlawgroup.com

Felice R. Yudkin
on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com

Fernand L Laudumiey, IV
on behalf of Creditor Richards Clearview  LLC laudumiey@chaffe.com

Fran B. Steele
on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Frank F. Velocci
on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Frank F. Velocci
on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott
on behalf of Creditor Verizon Entities glynott@mccarter.com  lharkins@mccarter.com

Gregory Plotko
on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian
on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Jaclyn Dopke
on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com
jdopke@fleischerlaw.com

James McCartney
on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James C. Thoman
on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James C. Thoman
on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James S. Carr
on behalf of Creditor Ryder Integrated Logistics  Inc.
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jamese Suozzo
on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jamese Suozzo
on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com

District/off: 0312-2
Date Rcvd: Jul 27, 2023

User: admin

Form ID: pdf903

Page 8 of 23

Total Noticed: 12

Jami B. Nimeroff
on behalf of Creditor Mode Transportation  Inc. jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com

Jami B. Nimeroff
on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com

Jaspreet S. Mayall
on behalf of Creditor 3600 Long Beach Road  LLC ,
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
on behalf of Creditor Serota Islip NC LLC
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein
on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com

Jeffrey Kurtzman
on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman
on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Lester
on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Wurst
on behalf of Interested Party Nordstrom  Inc. jwurst@atllp.com

Jeffrey C. Wisler
on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jeremy M. Campana
on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
ECFDocket@thompsonhine.com

Jerrold S. Kulback
on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, chansen@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, chansen@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  chansen@archerlaw.com

Jesse M. Harris
on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC
jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco
on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco
on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle

on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb1
24931@notify.bestcase.com

John David Folds
                    on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com

John David Folds
                    on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com

John David Folds
                    on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com

John David Folds
                    on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com

John Kendrick Turner
                    on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
                    on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John S. Mairo
                    on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor U.S. 41 & I-285 Company LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor DFW Lewisville Partners GP jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor DPEG Fountains  LP jsmairo@pbnlaw.com,
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor KMO-361 (Paramus) LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor MLO Great South Bay LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor Siegen Lane Properties LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor Northway Mall Properties Sub  LLC jsmairo@pbnlaw.com,
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jonathan S. Bodner
                    on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask
                    on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph H Baldiga
                    on behalf of Creditor Running Hill SP  LLC jbaldiga@mirickoconnell.com

Joseph H. Lemkin
                    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joshua Sussberg
on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com  ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner
on behalf of Creditor Texas Taxing Authorities jb@ansellgrimm.com  courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Julie Anne Parsons
on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com

Kenneth A. Rosen
on behalf of Interested Party Michael's Stores  Inc. krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth L. Baum
on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Forum Lone Star  L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm
on behalf of Creditor Hart TC I-III  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Bayer Development Company  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Hart Miracle Marketplace  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Cobb Place Property  LLC kklemm@bakerdonelson.com

Keri P. Ebeck
on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin C Calhoun
on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com  smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party Flexport  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kristen Peters Watson
on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor DS Properties 18 LP kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kurt F Vote

on behalf of Creditor River Park Properties II LP kvote@wjhattorneys.com, kdodd@wjhattorneys.com

Lauren M. Macksoud

on behalf of Creditor Mishorim 255 LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com

Lauren Rebecca Jacoby

on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton

on behalf of Creditor HRTC 1 LLC lhilton@onellp.com lthomas@onellp.com

Lee Squitieri

on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee Squitieri

on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Leslie Carol Heilman

on behalf of Creditor ARG FSBROWI001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 210 Development LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG PSALBNM001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC heilmanl@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG SAABITX001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CVSC LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Agua Mansa Commerce Phase I LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC ASANDSC001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GC Ambassador Courtyard LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Marketplace LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UBS Realty Investors LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor PF Portfolio 2 LP heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XII Magnolia LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

District/off: 0312-2                                    User: admin                                    Page 12 of 23
Date Rcvd: Jul 27, 2023                              Form ID: pdf903                              Total Noticed: 12

|  |  |
|---|---|
|  | on behalf of Creditor Urban Edge Properties  L.P. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Heitman heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor UE 675 Route 1 LLC heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Congressional Plaza Associates  LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor ARC BHT-VCMI001  LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor EDENS heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor ARC CLORLFL001  LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Lisa M. Solomon | on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net |
| Loren L. Speziale | on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Mark Minuti | on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com |
| Mark Christopher Errico | on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com, maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com |
| Mark E. Hall | on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Marshall Dworkin | on behalf of Creditor Studio City East 93K LLC mdworkin@moritthock.com |
| Matthew E. Kaslow | on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com |
| Melissa A. Pena | on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com |
| Melissa A. Pena | on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com |
| Melissa A. Pena | on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com |
| Melissa A. Pena | on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com |
| Meredith Mitnick | on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com |
| Merrill M. O'Brien | on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com |
| Michael Korik | on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com |
| Michael Kwiatkowski | on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |

Michael Kwiatkowski
on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenllp.com,
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor PECO Energy Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@cullenllp.com,
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Boston Gas Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor PSEG Long Island mkwiatkowski@cullenllp.com  mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor West Penn Power Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Georgia Power Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor American Electric Power mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com  mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com
mkwiatkowski@msek.com;mmillnamow@cullenllp.com

Michael Kwiatkowski

| | |
|---|---|
| | on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenllp.com, mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenllp.com, mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor NV Energy  Inc. mkwiatkowski@cullenllp.com, mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com mkwiatkowski@msek.com;mmillnamow@cullenllp.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Caldwell  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Decorist  LLC msirota@coleschotz.com, |

fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

District/off: 0312-2                                 User: admin                                 Page 18 of 23
Date Rcvd: Jul 27, 2023                             Form ID: pdf903                              Total Noticed: 12

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor Harmon of New Rochelle  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael R. Herz
                    on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  cbrown@foxrothschild.com

Mollie Margaret Lerew
                    on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino
                    on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com

Morris J. Schlaf
                    on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer
                    on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Nancy Isaacson
                    on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com

Naznen Rahman
                    on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Nicole A. Leonard
                    on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com
                    gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com

Nicole M. Nigrelli
                    on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli
                    on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,
                    sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik

District/off: 0312-2                                    User: admin                                              Page 19 of 23
Date Rcvd: Jul 27, 2023                              Form ID: pdf903                                        Total Noticed: 12

|  |  |
|---|---|
|  | on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Humble Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Paul Rubin | on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com |
| Paul Rubin | on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com |
| Paul Hans Schafhauser | on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com |
| Paul J. Winterhalter | on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com |
| Paul J. Winterhalter | on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com |
| Paul S. Murphy | on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com ecf.notices@butlersnow.com,kitty.logan@butlersnow.com |
| Paul W Carey | on behalf of Creditor ISM Holdings  Inc. pcarey@mirickoconnell.com |
| Paul W Carey | on behalf of Creditor Running Hill SP  LLC pcarey@mirickoconnell.com |
| Richard L Fuqua, II | on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com |
| Richard L Fuqua, II | on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com |
| Richard L. Zucker | on behalf of Creditor Taft Associates rzucker@lasserhochman.com |
| Richard L. Zucker | on behalf of Interested Party Taft Associates rzucker@lasserhochman.com |
| Rick Aaron Steinberg | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |
| Robert Malone | on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert J Feinstein | on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com |
| Robert J Sproul | on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov |
| Robert L. LeHane | on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com, |

District/off: 0312-2    User: admin    Page 20 of 23
Date Rcvd: Jul 27, 2023    Form ID: pdf903    Total Noticed: 12

KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert S. Roglieri

on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Westermann

on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Ronald S. Gellert

on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  abrown@gsbblaw.com

Sari Blair Placona

on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com

Sari Blair Placona

on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com

Sari Blair Placona

on behalf of Interested Party Central Transport  LLC splacona@msbnj.com

District/off: 0312-2                                    User: admin                                    Page 21 of 23
Date Rcvd: Jul 27, 2023                                Form ID: pdf903                                Total Noticed: 12

Scott Fleischer
> on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor RED Development  LLC sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com

Scott Fleischer
> on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com

Scott A. Zuber
> on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott H. Bernstein
> on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com, scott.bernstein@gmail.com

Shai Schmidt
> on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shawn M. Christianson
> on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein
> on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross
> on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie L. Jonaitis
> on behalf of Interested Party OXO International Ltd. stephanie.jonaitis@troutman.com  balaa@pepperlaw.com

Stephanie L. Jonaitis
> on behalf of Interested Party Helen of Troy L.P. stephanie.jonaitis@troutman.com  balaa@pepperlaw.com

Stephanie L. Jonaitis
> on behalf of Interested Party Kaz Canada  Inc. stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Stephanie L. Jonaitis
> on behalf of Interested Party Kaz USA  Inc. stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Stephanie R Sweeney
> on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen R. Catanzaro
> on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Steven A. Jayson
> on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
> on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Stuart D. Gavzy
> on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;ecf123@casedriver.com

Sunjae Lee
> on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tara J. Schellhorn

| | |
|---|---|
| | on behalf of Creditor TPP Bryant  LLC tschellhorn@riker.com |
| Tara J. Schellhorn | |
| | on behalf of Creditor Dadeland Station Associates  Ltd. tschellhorn@riker.com |
| Thomas James Monroe | |
| | on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com |
| Thomas S. Onder | |
| | on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Gator Investments tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Levin Management Corporation tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor North Village Associates tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com |
| Tina Moss | |
| | on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com |
| Tina Moss | |
| | on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com |
| Turner Falk | |
| | on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com  catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor College Plaza Station LLC turner.falk@saul.com  catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Interested Party Town & Country (CA) Station L.P. turner.falk@saul.com  catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Interested Party Loja WTP  LLC turner.falk@saul.com, catherine.santangelo@saul.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Vahbiz Karanjia | |
| | on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com |
| Walter E. Swearingen | |
| | on behalf of Creditor TF Cornerstone Inc. wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com |
| Walter E. Swearingen | |
| | on behalf of Creditor 200-220 West 26 LLC wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com |
| Warren A. Usatine | |
| | on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com |
| Wendy M Simkulak | |
| | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |
| Wendy M Simkulak | |
| | on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com |

William G. Wright

on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 4 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 1 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 7 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 6 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 5 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 2 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III

on behalf of Creditor DT-SGW  LLC wfirth@pashmanstein.com, ddanielson@cohenseglias.com


TOTAL: 519