**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF MATTERS SCHEDULED FOR HEARING ON**
**JULY 31, 2023 at 11:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that on May 22, 2023 the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Establishing Procedures to Sell*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

*Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Docket No. 422] (the "Lease Sale Procedures Order"),[2] by which the Court, among other things, approved expedited procedures for the assumption and assignment of unexpired leases and granted related relief.

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2023, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1114] which set the Lease Sale Objection deadline as July 11, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 1 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** on June 30, 2023, the Debtors filed the *Notice of Assumption of Certain Unexpired Leases* [Docket No. 1157] which set the Assumption Objection deadline as July 11, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 1 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** that on July 20, 2023, the Debtors filed the *Notice of Successful and Backup Bidder with Respect to the Phase 2 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1428] which set the Lease Sale Objection (together with the Phase 1 Lease Sale Objection and Assumption Objection, the "Lease Objection") deadline as July 25, 2023 at 5:00 p.m. (prevailing Eastern Time) with respect to any lease in the Phase 2 Lease Sale Process.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider these matters is scheduled for **July 31, 2023, at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Lease Sales identified on **Exhibit A**, annexed hereto, are resolved and the Debtors will seek approval of these sales at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Lease Sales identified on **Exhibit B** will be adjourned to a date to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that if you resolved your Lease Objection with the Debtors' counsel, you do not need to attend the Hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Lease Sale Procedures Order or the *Debtors' Motion for Entry of an Order (I) Establishing Sales Procedures, (II) Approving the Sale of Certain Real Property and Leases, and (III) Granting Related Relief* [Docket No. 193], as applicable.

Dated: July 30, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    joshua.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**Exhibit A**

**Resolved Matters**

| Store No. | Address | City/State | Assignee | Objection (Docket Number) | Cure Amount |
|---|---|---|---|---|---|
| 86 | 10011 East 71st Street | Tulsa, OK | Dicks Sporting Goods | 1240 | $11,901.75 |
| 3053 | 10011 East 71st Street | Tulsa, OK | Dicks Sporting Goods | 1512 | $7,225.53 |
| 812 | 63455 North Highway 97 | Bend, OR | Scandinavian Designs | 1523 | $16,873.81 |
| 3037 | 711 Route 28 | Bridgewater, NJ | Dream on Me | 996, 1096, 1364, 1509 | $75,000.00 |
| 3046 | 501 West Main St | Newark, DE | Dream on Me | 1188 | $30,563.37 |
| 3060 | 160 Granite Street | Braintree, MA | Dream on Me | 1518 | $51,925.40 |

**Exhibit B**

**Matters Adjourned to August**

| Store No. | Address | City/State | Assignee | Objection (Docket Number) | Cure Amount |
|---|---|---|---|---|---|
| 3108 | 149 Serramonte Center | Daly City, CA | Burlington | 1328 | Subject to further reconciliation |
| 126 | 12520 Fountain Lake Circle | Stafford, TX | Burlington | 1340, 1344 | Subject to further reconciliation |
| 301 | 2719 Edmondson Road | Cincinnati, OH | Scandinavian Designs | 1326 | Subject to further reconciliation |
| 1142 | 2203 Promenade Boulevard | Rogers, AR | Michaels | 1323 | Subject to further reconciliation |
| 1107 | 1050 McKinley Place Drive | San Marcos, TX | Ollie's | 1360 | $159.91 |
| 3076 | 3700 West Torrance Blvd | Torrance, CA | A&M Properties | 1320 | Subject to further reconciliation |