B 2100A (Form 2100A) (12/15)

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

23 JUL 28 P 1:00

JEANNE A. NAUGHTON
BY: [signature]

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Liberty Procurement Co. Inc.         ,         Case No. 23-13428
                                                              13459

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRADEGUARD LLC | TREND LAB LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1460 BROADWAY
NEW YORK, NY 10036

Phone: 212-970-1102
Last Four Digits of Acct #: _____

Court Claim # (if known): 6168
Amount of Claim: $196,242.45
Date Claim Filed: 06/26/2023

Phone: 612-384-0260
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]                         Date: 07/26/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

TradeGuard LLC
1460 Broadway
New York, NY 10036

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 JUL 28  P 12: 51

JENNIFER CREIGHTON

BY_____
DEPUTY CLERK

07102-3550S9

US Bankruptcy Court District of New Jersey
Martin Luther King, Jr., Federal Building
50 Walnut St # 3017
Newark, NJ  07102



NEW YORK NY 100
26 JUL 2023 PM 10 L

FOREVER USA