B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Liberty Procurement Co. Inc. ,    Case No. 23-13428  13459

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRADEGUARD LLC | TREND LAB LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1460 BROADWAY
NEW YORK, NY 10036

Phone: 212-970-1102
Last Four Digits of Acct #: _____

Court Claim # (if known): 13656
Amount of Claim: $196,242.45
Date Claim Filed: 06/30/2023

Phone: 612-384-0260
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

[Filed stamp: 2023 JUL 28 P 1:01 U.S. BANKRUPTCY COURT FILED NEWARK, NJ  BY: JEANNE A. NAUGHTON DEPUTY CLERK]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: 07/26/2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Trend Lab LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to TradeGuard LLC ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Liberty Procurement Co. Inc. (Case No. 23-13428) and Buy Buy Baby, Inc. (Case No. 23-13400) (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Bed Bath & Beyond Inc., Chapter 11 (Case No. 23-13359) (VFP) (Jointly Administered)*, pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), in the amount of $196,242.45 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of July, 2023.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| TREND LAB LLC | TRADEGUARD LLC |
| By: *(signature)* Pres | By: *(signature)* |
| Name: DONNELLE SAMPSON | Name: ~~Steven~~ Azarbad |
| Title: PRESIDENT | Title: Managing Member |
| 7-19-2023 | |

TradeGuard LLC
1460 Broadway
New York, NY 10036

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 JUL 28  P 12: 51

JEANNE A. NAUGHTON
BY:_____
       DEPUTY CLERK

07102-925099

US Bankruptcy Court District of New Jersey
Martin Luther King, Jr., Federal Building
50 Walnut St # 3017
Newark, NJ 07102

NEW YORK NY 100
26 JUL 2023 PM 10 L

