Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Connie Y. Choe, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax:  (212) 808-7897
Email:  rlehane@kelleydrye.com
        jraviele@kelleydrye.com
        cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Kite Realty Group*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BED BATH & BEYOND, INC., et al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**<u>NOTICE OF WITHDRAWAL OF DOCUMENT</u>**

PLEASE TAKE NOTICE THAT Kite Realty Group ("<u>KRG</u>"), as managing agent to

Gateway Pavilions, L.L.C. ("<u>Gateway</u>") and KRG New Hill Place, LLC ("<u>New Hill</u>",

collectively with Gateway and KRG, the "<u>Landlord</u>"), by and through its counsel, hereby

withdraws its *Motion for Entry of an Order Authorizing Kite Realty Group to File Under Seal*

*its Unredacted Leases.* [Docket No. 1499], filed July 24, 2023, without prejudice to any of the

Landlords' rights and claims.

1

Dated: July 31, 2023

Respectfully submitted,

*/s/  Robert L. LeHane*
Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Connie Y. Choe, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax:  (212) 808-7897
Email:  rlehane@kelleydrye.com
        jraviele@kelleydrye.com
        cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Kite Realty Group*

2