Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com
       jraviele@kelleydrye.com
       rvohra@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Landlord, Pinnacle Hills, LLC, and*
*Managing Agent Brookfield Properties Retail, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BED BATH & BEYOND, INC., et al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE THAT Pinnacle Hills, LLC and managing agent Brookfield Properties Retail, Inc., by and through its undersigned counsel, hereby withdraws its *Motion for Entry of an Order Authorizing Pinnacle Hills, LLC to File Under Seal its Unredacted Lease with Tenant Hobby Lobby Stores, Inc.* [Docket No. 1389], filed July 17, 2023, without prejudice.

1

<table>
<tr><td>Dated: July 31, 2023</td><td>Respectfully submitted,</td></tr>
</table>

*/s/ Robert L. LeHane*
Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com
 jraviele@kelleydrye.com
 rvohra@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Landlord, Pinnacle Hills, LLC, and Managing Agent Brookfield Properties Retail, Inc.*