UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (pro hac vice pending)
Ravi Vohra, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:    (212) 808-7800
Fax:    (212) 808-7897
Email: rlehane@kelleydrye.com
         jraviele@kelleydrye.com
         rvohra@kelleydrye.com

- and -

One Jefferson Road
Parsippany, NJ 07054
Tel:    (973) 503-5900

Counsel for Daly Serramonte Center, LLC

In Re:

BED BATH & BEYOND, INC., et al.,

Debtors.

Case No.: 23-13359 (VFP)

Chapter: 11

Adv. No.:

Hearing Date: July 28, 2023

Judge: Hon. Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, __Sherlly Alceus__:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Kelley Drye & Warren LLP__, who represents __Daly Serramonte Center, LLC__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 27, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Motion/Application to Seal Ross Lease
    - Declaration of Ernst A. Bell
    - Proposed Order Concerning Request to Seal Document
    - Application to Shorten Time for Hearing on Ross Lease Seal
    - Proposed Order for Shortening Time for Notice, Setting Hearing, and Limiting Notice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __July 31, 2023__            /s/ Sherlly Alceus
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn:  Joshua A. Sussberg, Esq.<br>        Emily E. Geier, Esq.<br>        Derek I. Hunter, Esq.<br>        Ross J. Fiedler, Esq. | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn:  Michael D. Sirota, Esq.<br>        Warren A. Usatine, Esq.<br>        Felice R. Yudkin, Esq. | Co-Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF, Email, and/or Telephone<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>District of New Jersey<br>1 Newark Center, Suite 21B<br>Newark, NJ 07102<br>Attn:  Fran B. Steele, Esq.<br>        Alexandria Nikolinos, Esq. | United States Trustee's Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 3rd Avenue #34<br>New York, NY 10017<br>Attn:  Robert J. Feinstein, Esq.<br>        Bradford J. Sandler, Esq.<br>        Paul J. Labov, Esq.<br>        Colin R. Robinson, Esq. | Counsel for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF, Email, and/or Telephone<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn:  David M. Hillman, Esq.<br>        Charles A. Dale, Esq. | Counsel for the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |