James P. Chou (JC-2629)
Marshall O. Dworkin (MD-5152)
**MORITT HOCK & HAMROFF LLP**
1407 Broadway, Suite 3900
New York, NY 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
Email: jchou@moritthock.com
       mdworkin@moritthock.com
Attorneys for Mara Sirhal

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No.   23-13359 (VFP) |
| Debtor. | (Joint Administration Requested) |
| | Hearing Date: August 12, 2023 at 10:00 a.m. |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered (2) through (2), is hereby **ORDERED**.

3335679v1

**(Page 2)**
**Debtor: Bed Bath & Beyond Inc., et al.**
**Bankr. Case No.: 23-13359 (VFP)**
**ORDER GRANTING MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

---

It is hereby ORDERED, as follows:

The automatic stay is hereby modified pursuant to 11 U.S.C. Section 362(d)(1) as to the action pending in the Superior Court of New Jersey, Union County initiated by Debtor against Mara Sirhal entitled *Bed Bath & Beyond Inc. v. Mara Sirhal*, Case No. UNN-L-01291-23 ("State Court Action"), to permit Movant Mara Sirhal to assert counterclaims against Debtor in the State Court Action.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

    _____
    Honorable Vincent F. Papalia
    U.S. Bankruptcy Court Judge

3335679v1