James P. Chou (JC-2629)
Marshall O. Dworkin (MD-5152)
**MORITT HOCK & HAMROFF LLP**
1407 Broadway, Suite3900
New York, NY 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
Email: jchou@moritthock.com
     mdworkin@moritthock.com
Attorneys for Mara Sirhal

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No.   23-13359 (VFP) |
| Debtor. | (Joint Administration Requested) |
| | Hearing Date: August 22, 2023 at 10:00 a.m. |

### CERTIFICATION OF SERVICE

Marshall Dworkin, Esq., of full age, hereby certifies as follows:

1.     I am an attorney with Moritt Hock & Hamroff, LLP and represent Mara Sirhal, a defendant in a pre-petition action that Bed Bath & Beyond Inc. ("BBBY") commenced in the Law Division of the Superior Court of New Jersey, Union County, captioned *Bed Bath & Beyond Inc. v. Mara Sirhal*, Docket No. UNN-L-00129-23 (the "State Court Action").

2.     On July 31, 2023, I caused a copy of the following documents to be served electronically on those parties requesting electronic service through the Court's CM/EFF system:

    a.  Notice of Motion for Relief from the Automatic Stay;

    b.  Memorandum of Law

    c.   Certification of Mara Sirhal

    d.   Proposed Order

3.     Additionally, I caused a copy of the aforementioned documents, as well as this

Certification of Service, to be served on the following Debtor's counsel and the Court through the

Court's CM/EFF system, as well as Federal Express:

    Michael D. Sirota, Esq.
    Cole Schotz P.C.
    25 Main Street
    Hackensack, NJ 07601
    msirota@coleschotz.com

4.     I also caused a copy of the aforementioned documents, as well as this Certification of

Service, to be served on Debtor's counsel in the State Court Action through email, as well as Federal

Express:

    Maxine Neuhauser, Esq.
    Epstein Becker Green, P.C.
    One Gateway Center
    Newark, NJ 07102
    mneuhasuer@ebglaw.com

    I certify under penalty of perjury that the above documents were sent using the mode of

service indicated on July 31, 2023.

Date: July 31, 2023

                       */s/ Marshall Dworkin*
                        Marshall O. Dworkin, Esq.