UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
1675 Broadway, Suite 1810
New York, New York 10019
(646) 348-6723
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Dean M. Oswald, Esq. (dmoswald@pbnlaw.com) (*pro hac vice admission pending*)

*Counsel for Englewood Construction, Inc.*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING RELIEF FROM STAY
## PURSUANT TO 11 U.S.C. SECTION 362 AND FOR OTHER RELIEF

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

7420269

| | |
|---|---|
| **Page** | (2) |
| **Debtor:** | IN BED BATH & BEYOND, INC. |
| **Case No.:** | 23-13359 (VFP) |
| **Caption:** | ORDER GRANTING RELIEF FROM STAY PURSUANT TO 11 U.S.C. SECTION 362 AND FOR OTHER RELIEF |

Upon consideration of the motion (the "Motion")[1] of Englewood Construction, Inc. for relief from the automatic stay pursuant to 11 U.S.C. section 362 and granting such other and further relief as requested therein or as the Court deems necessary or appropriate; and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Englewood is hereby granted relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code to name one or more of the Debtors as defendants in the Virginia Action, but shall not assert any claims against the Debtors in the Virginia Action.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

7420269