|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>1675 Broadway, Suite 1810<br>New York, New York 10019<br>(646) 348-6723<br>Brett S. Moore, Esq. (bsmoore@pbnlaw.com)<br>Dean M. Oswald, Esq. (dmoswald@pbnlaw.com) (*pro hac vice admission pending*)<br><br>*Counsel for Englewood Construction, Inc.* |  |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

7420253

After review of the application of Englewood Construction, Inc. ("Englewood"), by and through its undersigned counsel, for a reduction of time for a hearing on the *Motion of Englewood Construction Inc., For Relief From the Automatic Stay* [D.I. 1696] (the "Stay Relief Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the Stay Relief Motion on _____ _____, **2023 at ___:___ __.m.**, in the United States Bankruptcy Court, for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. 3B.

2. The Applicant must serve a copy of this Order and the Stay Relief Motion on the following parties: _____: by: ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order and the Stay Relief Motion on the following parties: _____
_____
by: ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

7420253

6. A *Certification of Service* must be filed prior to the hearing.

7. Any objections to the Stay Relief Motion:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing in the manner prescribed below.

8. ☐ Court appearances are required to prosecute said motion/application and any objections

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

7420253