UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLE SCHOTZ P.C.
Michael D. Sirota, Esq. msirota@coleschotz.com
Warren A. Usatine, Esq. wusatine@coleschotz.com
Felice R. Yudkin, Esq. fyudkin@coleschotz.com
25 Main Street, Court Plaza North
Hackensack, NJ 07601
(201) 489-3000
Co-Counsel for Debtors and Debtors-in-Possession

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.

Case No.:      23-13359 (VFP)
Chapter:                11
Hearing Date: _____
Judge:           Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Debtors' Objection to Telegraph Partners Motion to Confirm Absence of Automatic Stay [Docket No. 1371]

Date: August 1, 2023

/s/ Michael D. Sirota
Signature

*rev.8/1/15*