| | |
|---|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Lauren Macksoud<br>**DENTONS US LLP**<br>1221 Avenue of the Americas,<br>New York, NY 10020-1089<br>Tel: (212) 768-5347<br>E-mail: lauren.macksoud@dentons.com<br><br>*Counsel for Mishorim 255, LLC and Mishorim Gold Houston, LLC* | Order Filed on August 1, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*<br><br>                                                  Debtors. | Chapter 11<br>Case No. 23-13359 (VFP) |

## ORDER APPROVING APPLICATION FOR ADMISSION PRO HAC VICE

The relief set forth on the following pages numbered (2) through (3) is hereby **ORDERED.**

**DATED: August 1, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been brought before the court (the "Court") on application for an order for admission *pro hac vice*; and the Court having reviewed the moving papers of the applicant and certification of out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.J.J. L. Civ. R 101.1, and D.N.J. LBR 9010-1, and good cause having been showing; it is

**ORDERED** that Thomas B. Humphries, Esq. of the law firm of Dentons Sirote, PC, be permitted to appear *pro hac vice* in the above-captioned case and any related adversary proceeding; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that the application shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, and said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court District of New Jersey
Martin Luther King, Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

DOCSBHM\2435466\2

Attn: *Pro Hac Vice* Admissions

**IT IS FURTHER ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey, and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasure of New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.

DOCSBHM\2435466\2