## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No. 23-13359-VFP |
| BED, BATH & BEYOND INC., et. al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court
US Bankruptcy Court
Martin Luther King Jr.
Federal Building
50 Walnut Street
Newark, NJ 07102

Olivia F. Acuna
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022

US Trustee
US Department of Justice
Office of the US Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

Alvarez & Marsal North America
LLC
ASK LLP
60 East 42nd Street
46th Floor
New York, NY 10165

PLEASE ENTER THE APPEARANCE of Moe Freedman, Assistant Attorney General, as attorney for the Michigan Department of Treasury, in the above-titled case. This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance. Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

/s/ *Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-Mail: FreedmanM1@michigan.gov

Dated: August 3, 2023