**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**MOORE & VAN ALLEN PLLC**
David B. Wheeler, Esq.
78 Wentworth Street (29401)
Post Office Box 22828
Charleston, SC 29413-2828
Telephone: 843-579-7000
Facsimile: 843-579-8727
*Counsel to Dominion Energy South Carolina, Inc.
(identified herein as SCE&G and South Carolina
Electric & Gas Company) and PSNC Energy, Inc.
dba Dominion Energy North Carolina*

|  |  |
|---|---|
| In re: ) | |
| Bed Bath & Beyond, *et al.*,[1] ) | |
| ) | Case No.:  23-13359 (VFP) |
| ) | Chapter:  11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| _____ ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), Dominion Energy South Carolina, Inc. (identified herein as SCE&G and South Carolina Electric & Gas Company) and PSNC Energy, Inc. dba Dominion Energy North Carolina, by and through the attorneys set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ralcroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

case by the Court, the above-captioned debtor, and/or any other parties-in-interest, be given to and served upon the following:

> **MOORE & VAN ALLEN PLLC**
> David B. Wheeler, Esq.
> 78 Wentworth Street (29401)
> Post Office Box 22828
> Charleston, SC 29413-2828
> Telephone: 843-579-7000
> Email: davidwheeler@mvalaw.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without prejudice to the rights, remedies and claims of Dominion Energy South Carolina, Inc. (identified herein as SCE&G and South Carolina Electric & Gas Company) and PSNC Energy, Inc. dba Dominion Energy North Carolina against other entities or any objection by Dominion Energy South Carolina, Inc. (identified herein as SCE&G and South Carolina Electric & Gas Company) and PSNC Energy, Inc. dba Dominion Energy North Carolina, that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Dominion Energy South Carolina, Inc. (identified herein as SCE&G and South Carolina Electric & Gas Company) and PSNC Energy, Inc. dba Dominion Energy North Carolina, to the jurisdiction of the Court.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature, including claim objections.

Respectfully submitted,

**MOORE & VAN ALLEN PLLC**

/s/David B. Wheeler
David B. Wheeler
78 Wentworth Street (29401)
Post Office Box 22828
Charleston, SC 29413-2828
(843) 579-7000
(843) 579-8727 facsimile
davidwheeler@mvalaw.com
ATTORNEYS FOR CREDITOR, DOMINION ENERGY SOUTH CAROLINA, INC. (IDENTIFIED HEREIN AS SCE&G AND SOUTH CAROLINA ELECTRIC & GAS COMPANY) AND PSNC ENERGY, INC. DBA DOMINION ENERGY NORTH CAROLINA

CHARLESTON, SC
August 3, 2023