UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
E-mail: heilmanl@ballardspahr.com
        roglenl@ballardspahr.com

Michael S. Myers, Esquire
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5446
Facsimile: (602) 798-5595
E-mail: myersm@ballardspahr.com

*Counsel for 209-261 Junction Road Madison Investors, LLC*

In Re:

BED BATH & BEYOND INC, *et al.*[1]

    Debtor.

Case No.: 23-13359 (VFP)

Chapter 11

Judge Vincent F. Papalia

(Jointly Administered)

## CERTIFICATION OF SERVICE

1. I, Leslie C. Heilman:

    ☒ represent 209-261 Junction Road Madison Investors, LLC in this matter.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On August 4, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Limited Objection and Reservation of Rights of 209-261 Junction Road Madison Investors, LLC to Debtors' Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   August 4, 2023                               /s/ Leslie C. Heilman
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bed Bath & Beyond Inc., <br> 650 Liberty Avenue <br> Union, New Jersey 07083 | Debtors | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other ECF/CM Noticing and by email per Fed. R. Bankr. P. 9036 <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, P.C. <br> Emily E. Geier, P.C. <br> Derek I. Hunter <br> Ross J. Fiedler <br> Kirkland & Ellis LLP <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Email: joshua.sussberg@kirkland.com <br> emily.geier@kirkland.com <br> derek.hunter@kirkland.com <br> ross.fiedler@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other ECF/CM Noticing and by email per Fed. R. Bankr. P. 9036 <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Cole Schotz P.C. <br> 25 Main Street, P.O. Box 800 <br> Hackensack, New Jersey 07602 <br> Telephone: (201) 489-3000 <br> Email: msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com | Counsel to the Debtors | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other ECF/CM Noticing and by email per Fed. R. Bankr. P. 9036 <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson , Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF/CM Noticing and by email per Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fran B. Steele, Esq.<br>John Schanne, Esq.<br>Alexandria Nikolinos, Esq<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Email: Fran.B.Steele@usdoj.gov;<br>John.Schanne@usdoj.gov;<br>Alexandria.Nikolinos@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF/CM Noticing and by email per Fed. R. Bankr. P. 9036<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*