**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
Telephone: (201) 931-6910
Ilana Volkov, Esq.
Email: ivolkov@mcgrailbensinger.com

*Counsel to Dewar Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 23-13359 (VFP) |
| BED BATH & BEYOND INC., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors.[1] | |

**NOTICE OF INTEREST IN PURCHASING REMNANT ASSETS**

TO:    Bed Bath & Beyond Inc., et al.
c/o KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C.
Emily E. Geier, P.C.
Derek I. Hunter
601 Lexington Avenue
New York, New York 10022

COLE SCHOTZ P.C.
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE NOTICE** that Dewar Capital, LLC, a purchaser of remnant assets, has an interest in, and would like to receive notice of, any sale by the above-captioned estates of any known and unknown assets, rights to payment, or claims, which have not been previously sold, assigned, or transferred and may not have been sold, assigned or transferred as of the time the liquidating trust is ready to close these cases (such assets more commonly known as "Remnant Assets").

Any such notice of the estate's sale of Remnant Assets should be directed to:

> Ilana Volkov, Esq.
> McGrail & Bensinger LLP
> 888-C 8th Avenue #107
> New York, New York 10019
> Email: ivolkov@mcgrailbensinger.com

DATED:   August 7, 2023
         New York, New York

        **MCGRAIL & BENSINGER LLP**
        *Counsel to Dewar Capital, LLC*

        By:   *s/ Ilana Volkov*
              Ilana Volkov