| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>1675 Broadway, Suite 1810<br>New York, New York 10019<br>(646) 348-6723<br>Brett S. Moore, Esq. (bsmoore@pbnlaw.com)<br>Dean M. Oswald, Esq. (dmoswald@pbnlaw.com) (*pro hac vice admission pending*)<br><br>*Counsel for Englewood Construction, Inc.* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, <u>Jessica M. O'Connor</u> :

   [ ] represent _____, in the above-captioned matters

   [X] am a paralegal for Brett S. Moore, who is counsel to Englewood Construction, Inc., in the above-captioned matter.

   [ ] am the _____ in the above case and am representing myself.

2. On August 1, 2023, the following document was electronically filed with the Court, using the Court's Electronic Filing System and served via the Court's CM/ECF system on the parties that have consented to electronic service of all court filings:

   - **ECF Dkt No. 1696 (filed on August 1, 2023)**: Motion of Englewood Construction, Inc. for Relief from Automatic Stay (the "<u>Stay Relief Motion</u>").

3. On August 3, 2023, the following document was entered by the Court, using the Court's Electronic Filing System and served via the Court's CM/ECF system on the parties that consented to electronic service of all court filings:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

7429568

- **ECF Dkt No. 1745 (filed on August 3, 2023)**: Order Shortening Time Period for Notice and Setting Hearing (the "Order Shortening Time").

4. On August 3, 2023, I provided the Stay Relief Motion and Order Shortening Time to Parcels, Inc., a legal services vendor, for completion of service via overnight mail to the parties listed on **Exhibit A**.

5. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    August 8, 2023                                             */s/ Jessica M. O'Connor*
                                                                    Signature: Jessica M. O'Connor

7429568

# **EXHIBIT A**

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg, Emily E. Geier, Derek I. Hunter<br>601 Lexington Avenue<br>New York, NY 10022 | *Counsel for Debtors* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>**X** Other: Overnight Mail<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Attn: Michael D. Sirota, Warren A. Usatine, Felice R. Yudkin<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | *Co-Counsel for Debtors* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>**X** Other: Overnight Mail<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov, Colin R. Robinson<br>780 Third Avenue, 34th Floor<br>New York, NY 10017 | *Counsel for the Official Committee of Unsecured Creditors* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>**X** Other: Overnight Mail<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |

7429568

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Office of the United States Trustee<br>Attn: Fran B. Steele and Alexandria Nikolinos<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | *U.S. Trustee* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other: Overnight Mail<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |

7429568