Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  rlehane@kelleydrye.com
           jraviele@kelleydrye.com
           rvohra@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Landlord, HGREIT II*
*Edmondson Road, LLC*

**Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BED BATH & BEYOND, INC., et al., | : | Case No. 23-13359 (VFP) |
| Debtors. | : | (Jointly Administered) |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors: BED BATH & BEYOND, INC., et al.

Case No. 23-13359 (VFP)

Caption of Order: ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

On request of the HGREIT II EDMONDSON ROAD, LLC to (i) file an unredacted copy of the *Lease Dated May 29, 2019, between HGREIT II Edmondson Road, LLC, as landlord, and Williams-Sonoma Stores, Inc. as Tenant* (the "West Elm Lease") under seal which shall remain confidential and not be made available to anyone other than the Court; and (ii) file a version of the West Elm Lease with all confidential portions redacted.

- ☐ ORDERED that the request is denied and the West Elm Lease shall be deleted from the court's electronic filing system.

- ☒ ORDERED that the request is granted and that Landlord is authorized to file an (i) unredacted version of the West Elm Lease under seal, and (ii) a version of the West Elm Lease with all confidential portions redacted.