Robert L. LeHane, Esq.
Jennifer Raviele, Esq. (*pro hac vice* pending)
Ravi Vohra, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  rlehane@kelleydrye.com
           jraviele@kelleydrye.com
           rvohra@kelleydrye.com

Order Filed on August 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Daly City Serramonte Center, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BED BATH & BEYOND, INC., et al., | : | Case No. 23-13359 (VFP) |
| Debtors. | : | (Jointly Administered) |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 9, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtors: | BED BATH & BEYOND, INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER CONCERNING REQUEST TO SEAL DOCUMENTS |

On request of the DALY CITY SERRAMONTE CENTER, LLC to (i) file an unredacted copy of the *Lease Dated February 1, 2016, between Daly City Serramonte Center, LLC, as landlord, and Ross Dress for Less, Inc. as Tenant* (the "Ross Lease") under seal which shall remain confidential and not be made available to anyone other than the Court; and (ii) file a version of the Ross Lease with all confidential portions redacted.

☐ ORDERED that the request is denied and the Ross Lease shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and that Landlord is authorized to file an (i) unredacted version of the Ross Lease under seal, and (ii) a version of the Ross Lease with all confidential portions redacted.