HEARING DATE & TIME: ~~MAY 12 2023~~ 1.00PM

_____BBBBB_

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CITY BANKRUPTCY**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

............................................................x

**In re:**

Case No.23-13359

2023 AUG -9 P 2: 17

Chapter:
11

JEANN NAUGHTON
BY:
DEPUTY CLERK

BED BATH BEYOND
BUY BUY BUY BABY

**Debtor(s)**

BED BATH BEYOND ........x

**HEARING RESPONSE TO NOTICE OF MOTION PURCHASE**
**OFFER BED BATH BEYOND BANKRUPTCY OF CASE 23-13359**
**BANKRUPTCY PURCHASE OFFER A**

To the Hon. <u>JUDGE VINCENT PAPALIA</u> , Bankruptcy Judge;

I COLIN ANTEN /VENTURE CAPITAL GROUP INVESTORS CANADA _____,
the above-captioned bankruptcy proceeding, respectfully TO A HEARING ORDER
MOTION  filed by  COLIN ANTEN CEO OF THE NAME MENTION IN THIS
APPLICATION VENTURE CAPITAL GROUP INVESTORS

CALGARY ALBERTA CANADA 587 917-7548 EMAIL <u>questreply@hotmail.com</u>

## We request a hearing in a telephone
## CONVERSATION  not zoom 587-917-7548  CANADA

JULY 24TH -2023 1.00PM FOR HEARING BY TELEPHONE

<u>WE AS CANADA INVESTORS    ARE PUTTING AN OFFER FOR THE</u>
<u>BANKRUPTCY OF BED BATH BEYOND AND BUY- BUY -BUY BABY DEBT ON A</u>
<u>REVERS TAKE OVER</u>_____for the following relief, IN THIS APPLICATION
WE WERE THE BUYRS OF CANADA WHICH THE BUSINESS OF BED BATH AND
BEYOND HAD MISFITS LAWYERS AND EMPLOYEES TO RUN THE CORPORATION
IN THE GROUND OF BANKRUPTCY CONTRAT FOR THE DEBT BUYERS TO BUY A
BUSINESS FOR NOTHING THIS APPLICATION IS WITH MERIT AND WITH STAUE
OF WHAT WE WANT TO DO IN A LEGAL FORM OF LAW NOT LIKE THE REVLON
WHERE THE INVESTORS DID GET NOTHING WHICH I WAS IN WE ARE NOT
WORKING WITH MISFIT LAWYERS

## WE ARE WORKING WITH A HONOURABLE JUDGE YOU

SIR YOU HAVE THE EXPERIENCE OF THIS KIND OF CASE
AND MANY WITHIN YOUR EXPERIENCE OUR PROPOSAL IS
CLEAR

AND TO THE POINT

SIXTH FINANCING US THE INVESTORS FOR 1.5 BILLION
AND THE INVESTORS



GET THERE MONEY OR 20 MILLION AND  TAKE IT TO
CANADA ALL AND LEAVE USA AMERICA UNEMPLOYED OF
700 HUNDRED MILLION PEOPLE

WE WANT YOUR CHOICE OF WORDS OF THIS CASE
JUDGE NOT MISFITS LAWYERS AS KIRKLAND OR ANY
OTHER  YOU SIR HAVE THE EXPERIENCE OF LAW WE BUILD
ARENAS IN CANADA AND ARE READY FOR USA AMERICA
TO PUT PEOPLE TO WORK AT GOOD WAGES THIS IS A
AMERICA DREAM OF LIVES EITHER THE DEAL SIXTH
FINANCING SUPPORT US IN 1.5 BILLION DOLLARS OR WE
BUY ALL FOR 20 MILLION INVESTORS GET NOTHING

JUST LIKE REVLON DEALS I STILL HAVE A 7 BILLION
CLAIM IN NEW YORK COURT AGAINST REVLON STILL
SITTING IN BANKRUPTCY COURT

WE ARE USING THE COMPLETE DIP FUND AND OFFER THE BBBY BED
BATH BEYOND AN OPPORTUNITY OF A LIFE OF SUCCESS OR WE DEBT BUY IT
AND SELL THE BUSINESS TO ONE OF OUR BUYERS

EXPAND WE HAVE A HOCKEY TEAM TO PURCHASE AND ARENAS TO
BUILD IN CANADA AT 5 AND USA AMERICA 17 ARENAS IN TOTAL WE BID ON
CONTRACTS AND CREATE OUR OWN INTEREST AS RAILROAD AND HOTELS WE

HAVE MANY PUBLIC TRADE CORPORATIONS ON THE MARKET OF CANADA AND THE USA AMERICA TO REACH OUT TO,

WITH THE DEBT WELL AS I MAY SAY , WE ARE TO TAKE THE DEBT AND REVERS IT INTO ONE OF OUR SUITORS IN A REVERS TAKE OVER AND THREE MORE WE WANT TO COME INTO USA AMERICA TO CREATE EMPOYMENT AND EMPLOYMENT



PRODUCT OF HOMES CARS INVESTMENTS WE AS THE CANADIANS LOVE DEBT VERY MUCH WE CAN PLAY WITH IT TO TRANSFER IT INTO EQUITY WE CAN DO A LOT OF THINGS BETTER THEN MICHAEL MILKEN THE JUNKBOND

KING WHICH HE DID NOT GET A CROWN FOR CREATE THE YIELD SYSTEM THE BED BATH AND BEYOND WILL BE TRANFORM TO AN ENTERTAINMENT SYSTEM OF SPORTS ENTERTAINMENT

THE FUTURE OF THIS BUSINESS WE HAVE SELF EXPLAIN JUDGE _____ _____ WE HAVE 700 MILLION OUT OF FLORIDA

AND 800 MILLION OUT OF OUR BANKS IN CANADA

,WITH THIS OFFER WITH THE DIP FUND THIS DEAL IS DO -ABLE WITHOUT A MISLEADING THOUGHT IN MIND

BED BATH BEYOND IGNOR ALL OPPORTUNITY OF A BUYER BUY OUT AND FUND MONEY NOW ITS DIFFERENT

NOT ANSWERING PHONES AND TAKING LETTERS FROM UPS FROM CANADA THAT IS WHY THEY ARE HERE WE ARE THE DEBT BUYER AND WE ARE INTERESTED WE ARE LOOKING AT RAISES PROFIT SHARING AND MEDICAL COVERAGE WE ARE LOOKING AT A FACTORY TO ENHANCE OUR PRODUCTS AT A MOST DISCOUNT PRICE AND A BLOW OUT SALE TO GET BACK IN THE GAME



OF THINGS WORKING WITH OUR BROKERS ON PERFORMANCE BONUS WALL STREET NEEDS A KICK IN THE BUTT TO RESTART BED BATH BEYOND INTEREST THIS WILL BE WITH A CENTIVE OF 3 MILLION BONUSES FOR THE FAST STOCK TO SELL AS PERFORMANCE BONUS

WE HAVE TALKED TO THE SEC COMMISSION IN USA AMERICA WERE ON THE SAME PAGE OF CONVERSATION AND LEGAL AVENUE

BEDBATH AND BEYOND DOES NOT NEED TO FORCLOUSE ON

THE MARKET IT NEEDS A GAME CHANGER THERE IS NOT A
GOLDEN PARACHUTE              WE HAVE CUT THEM IT'S A FREE
FALL



THE INTEREST IS NOT SEEING PEOPLE KILLING THEM SELF
BECAUSE OF THE FOUL UP OF NOT WHERE ONE HAS NO
KNOWLEDGE OF DEBT RECOVERY

JUST BORROW AND BORROW THAT IS WHERE A MISFIT
EMP,OYEE TAKES THE CHANCE TO PLACE IT IN BANKRUPTCY  SO
WITH THE IDEA OF THIS BUSINESS HAS

TOO TERMS SUPPORT OF THE SIXTH FINANCING FOR 1.5
BILLION WITHIN SECURITIES OF A NEW TRANSACTION OR 20
MILLION OF PURCHASE

FOR THE BUY BUY BUY BABY AND BED BATH BEYOND WHEN
THIS DEFUNCT NOT A CORPORATION OF WHICH IS NOW A BUSINESS
HAD A BUYER AND IGNOR THE IDEA OF TELEPHONE LAWYERS AND
MESSENGERS I CALL THEM MISFITS AND SO AS THE LEGAL
COUNSEL

SO JUDGE OF CANADA THE GREAT WHITE NORTH OF AMERICA
SOIL

FROM THE FAMOUS WORDS OF HOWARD MANDEL A
ENTERTAINER   A GREAT ENTERTAINER OF CANADA THE WORDS
ARE

DEAL OR NO DEAL

AND THE INVESTORS GET NOTHING JUST LIKE REVLON



WHICH I WAS IN  WHERE I STILL HAVE A CLAIM OF 7  BILLION
STILL IN THE NEW YORK COURTS  FILED

SO  SUPPORT FROM SIXTH FINANCING OR 20 MILLION THAT'S

MY TERMS JUDGE MAY I SAY JUDGE YOU'RE A GOOD PERSON BUT THIS IS BUSINESS AND PEOPLE LIVES THERE IS 700 HUNDRED MILLION UNEMPLOYED IN USA AMERICA THE DEBT IS 34.0 TRILLION DOLLARS

IN DEBT I AM A DEBT BUYER



IM INTERESTED IN A DEAL ARE THE PARTIES WILLING OR NOT

I WILL IN MY POWER OF BUSINESS CREATE MORE BUSINESS IN USA

WILL EXPAND AND MAKE AMERICA GREAT IN THE USA

CANADA IS ALREADY GREAT AMERICA IS HURTING JUDGE

DEAL OR NO DEAL

THERE IS A LOT OF DEAL TO DO IN USA NO DISRESPECT TO YOU JUDGE

FOR THE INVESTORS THE SHARE OR STOCKS WILL HAVE MARKET VALUE OF THE CORPORATION AS IT GOES INTO TRANSACTION OF RESTORE ORDER WITHIN A CORPORATION

IN THE SUPPORT OF THIS PURCHASE OFFER OR AN OMINOUS HEARING AS THE COURT MAY CALL IT

SINCE WE HAVE HAD INTEREST WITHIN THIS CORPORATION AND THE CEO DIED BY HIS OWN SELF AND THE CORPORATION WAS RUN BY A MISFIT OF AN EMPLOYEE THE OFFER MAY GO LOWER TO A POSSIBLE OF 20 MILLION WITHIN NO INCENTIVE

FOR INVESTORS JUST LIKE REVLON

OF THE DIP FUND WHICH IS ON THE TABLE WE ARE USING ALL OF IT AND SIXTH FINANCING IF WE HAVE A DEAL ALL WILL BE PAID

IF NOT, WE WILL BUY IT FOR LESS 20 MILLION DOLLARS
AND THE INVESTORS GET NOTHING

IS THIS THE USA WAY OF BUSINESS OF REVLON INVESTORS INVEST
AND THEY GET NOTHING THE SAME AS BERNIE MADOFF TAKE
INVESTORS MONEY AND GET NOTHING?



IF THIS IS THE NEW WAY OF LAW DEBT BUYERS WILL LOVE USA
AMERICA AS PEOPLE WITH NO JOBS KILL ONE ANOTHER

THIS COMES WITH A HOCKEY TEAM ENTERTAINMENT

ILL EVEN BRING IN JOHNNY DEPP TAYLOR SWIFT
SELEAN GOMEZ
RONNIE COLEMAN THE KING OF BODY BUILDERS AND
MIKE TYSON AND GARY BUSY I HAVE THEIR REP
CONTACT ITS NOT HARD TO DO A DEAL TO
ENTERTAIN THEM

I EVEN STATED TO THE LAWYERS AS A STALKING

HORSE NOT NOW THE LEGAL TEAM DID NOT

DISCLOSE TO THE COURT OF THIS IDEA

USA AMERICA DREAM IS COMING APART JUDGE
RIGHT IN FRONT OF OUR EYES AND MINDS



I HAVE WATCH ASIA INVESTORS GET RIP OFF
CHEATED IN USA

IF THIS IS THE WAY USA OPERATES THEN LET ME
HAVE IT THE BUSINESS FOR ONE HUNDRED DOLLARS

AND ILL PUT UP THE BEER AND CHICKEN WINGS AND
THE INVESTORS GET NOTHING

JUDGE IN ALL RESPECT TO YOU YOU'RE THE BOSS OF
THIS CASE



DEAL OR NO DEAL

SIXTH FINANCING OR 20 MILLION PURCHASE PRICE
AND MOVE TO CANADA

 THANK YOU FOR YOUR TIME SIR JUDGE YOU'RE A
GOOD JUDGE CHEERS FROM CANADA

/VENTURE CAPITAL GROUP INVESTORS   THIS IS OUR OFFER

CALGARY ALBERTA CANADA WE ARE PRIVATE DEBT BUYERS WE HAVE PUBLIC SHELLS WITH

OTHER CLIENTS TO DO DEALS

DATE JULY 8TH 2023 REQUEST BY PHONE FOR COMMUNICATION OF THE 24TH JULY
2023

Dated:                                            By: _____ *Colin Antien*
                                                      *(Signature of Party Filer)*

Type or Print Name: *Colin Antien Agent*

Address: *53 marwood Circle NE*

*Calgary Alberta.   T2A - 2RM*

Telephone Number: *587 - 917 7548*

*587 - 917 7548*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

........................................................x

In re:    _BB By & Be & Bath & Beyon_    Case No. 23 -13359.
                                          Chapter: 11.


_____ **Debtor(s)** _____

........................................................x

### CERTIFICATE OF SERVICE

The undersigned certifies that on _July 8th 2023._ , a copy of the annexed papers was served

by depositing same, enclosed in a properly addressed postage-paid envelope, in an official

depository under the exclusive care of the United States Postal Service within the State of New

York, upon *[below specify the name and mailing address of each party served]*:

All parties have a copy.

Colin Farika
Venture group Investors
Venture Capital.
Private Investors.

Dated: _July 8th 2023_

_____ *(Signature)*



CANADA POSTES
POST CANADA
Date
2023.07.09
CALGARY AB T2A 5Z0
1.0          CANADA
Postage - Port
$3.19 CAD
0.082 Kg
0000000   0102160990   0101072
R: 102160990.101072
Destination:07102

PRAYED

Other Letter USA
Autre lettre – E. – U.

Do not cover chevron
Ne couvrez pas le chevron

US Bankruptcy Court

District of New Jersey

973 - 645 - 4764

United States.

U.S.A.

r. 1973 - 645 - 4764

On Back.

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 AUG -9 P 2:18
JEFFERY NAUGHTON
BY ___ DEPUTY CLERK

Colin Anten
53 magWood Circle, NE.
Calg ary Alberta. Canada. Postal, T3A2R4.
Phone - 587. 917. 7548.
email. qWest Realty@ 163 mail

HiA. Great.
Canada