# WANGER JONES HELSLEY PC
### ATTORNEYS

OLIVER W. WANGER
TIMOTHY JONES*
MICHAEL S. HELSLEY
RILEY C. WALTER
PATRICK D. TOOLE
SCOTT D. LAIRD
JOHN P. KINSEY
KURT F. VOTE
TROY T. EWELL
JAY A. CHRISTOFFERSON
MARISA L. BALCH
AMANDA G. HEBESHA**
PETER M. JONES†
JEFFREY B. PAPE†
DEBORAH K. BOYETT
STEVEN K. VOTE
NICOLAS R. CARDELLA
GIULIO A. SANCHEZ
KATHLEEN D. DEVANEY
BENJAMIN C. WEST
HUNTER C. CASTRO
STEPHANIE M. HOSMAN
RACHEL L. POMBO
NATHAN J. MARTIN
COLTEN D. BALLINGER

\* Also admitted in Washington
\** Also admitted in Idaho
† Of Counsel

265 E. RIVER PARK CIRCLE, SUITE 310
FRESNO, CALIFORNIA 93720

MAILING ADDRESS
POST OFFICE BOX 28340
FRESNO, CALIFORNIA 93729

TELEPHONE
(559) 233-4800

FAX
(559) 233-9330



CLOVIS OFFICE:
642 Pollasky Avenue
Suite 100
Clovis, California 93612

OFFICE ADMINISTRATOR
LYNN M. HOFFMAN

Writer's E-Mail Address:
kvote@wjhattorneys.com

Website:
www.wjhattorneys.com

FILED
JEANNE A. NAUGHTON, CLERK
AUG 03 2023
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

August 2, 2023

<u>Via FedEx</u>

Clerk of the Court, U.S. Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

      Re:   <u>Bed Bath & Beyond, Inc.</u>
             Case No. 23-13359-VFP

Dear Clerk of the Court:

On behalf of Creditor, River Park Properties II, LP, I hereby request to be removed from all service lists.

Please remove the following from all mailing and electronic service lists:

Kurt F. Vote
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
E-mail: <u>kvote@wjhattorneys.com</u>
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

{7108/052/01637499.DOCX}

Clerk of the Court
U.S Bankruptcy Court
August 2, 2023
Page 2

Thank you for your prompt attention to this request.

Very truly yours,

Kurt F. Vote
WANGER JONES HELSLEY PC

KFV/kad

{7108/052/01637499.DOCX}

Firefox     https://www.fedex.com/shipping/html/en/PrintIFrame.html



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# Ship, manage, track, deliver

RATE & SHIP     TRACK     LOCATIONS

**TRACKING ID**
772931806274

TRACK

MULTIPLE TRACKING NUMBERS | NEED HELP?

**DELIVERED**
Thursday
8/3/2023 at 9:28 am

Signed for by: R.LAROSA

⬇ Obtain proof of delivery

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**
Delivered ✓

✉ Get Status Updates

**TRACKING ID**
772931806274 ✏ ☆

FROM
Fresno, CA US

*Label Created*
8/2/2023 2:48 PM

WE HAVE YOUR PACKAGE
CLOVIS, CA
8/2/2023 3:09 PM