| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br> Neelay Das <br> Gabriel Rostom <br><br><br><br> In Re: <br><br> BED BATH & BEYOND INC., et al., <br><br> Debtors.[9] | FILED <br> JEANNE A. NAUGHTON, CLERK <br><br> AUG 0 8 2023 <br><br> U.S. BANKRUPTCY COURT <br> NEWARK, N.J. <br> BY_____DEPUTY <br><br> Chapter 11 <br><br> Case No.: 23-13359 (VFP) <br><br> (Joint Administration Requested) |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, Neelay Das:

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☑ am a Common Stock Equity Security Holder in this case and am representing myself.

2. On August 8, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

---

[9] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

9

*BED BATH AND BEYOND COMMON STOCK EQUITY INTEREST HOLDERS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) (A) CONDITIONALLY APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (B) APPROVING THE SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF THE PLAN, (C) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, (D) SCHEDULING A COMBINED DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION HEARING AND CERTAIN DATES AND DEADLINES WITH RESPECT THERETO, AND (E) GRANTING RELATED RELIEF, AND (II) (A) EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE AND (B) GRANTING RELATED RELIEF*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   August 8, 2023                             */s/ Neelay Das*
                                                   Neelay Das

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Vincent F. Papalia<br>United States Bankruptcy Court<br>District Of New Jersey<br>50 Walnut Street 3rd fl.<br>Newark, NJ 07102<br>chambers_of_vfp@njb.uscourts.gov | United States Bankruptcy Judge for the District of New Jersey | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Diane Chrzanowski<br>United States Bankruptcy Court<br>District Of New Jersey<br>50 Walnut Street 3rd fl.<br>Newark, NJ 07102<br>Diane_Chrzanowski@njb.uscourts.gov | Case Administration Specialist | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |

| | | |
|---|---|---|
| Joshua A. Sussberg, P.C.,<br>Emily E. Geier, P.C.,<br>Derek I. Hunter, and<br>Ross J. Fiedler<br>Kirkland & Ellis LLP<br>601 Lexington Avenue New York, NY 10022<br>ross.fiedler@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>joshua.sussberg@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Michael D. Sirota,<br>Warren A. Usatine, and<br>Felice R. Yudkin<br>Cole Schotz P.C.<br>Court Plaza North 25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Scott K. Charles<br>Michael S. Benn Gordon<br>S. Moodie<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>SKCharles@wlrk.com<br>MSBenn@wlrk.com<br>GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| David S. Kurtz<br>Lazard Frères & Co, LLC<br>300 N. LaSalle Street, 23rd Floor<br>Chicago, IL 60654<br>david.kurtz@lazard.com | Debtors' investment banker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Jason Wooten<br>Christian Tempke<br>Lazard Frères & Co, LLC<br>30 Rockefeller Plaza<br>New York, New York 10112<br>jason.wooten@lazard.com<br>christian.tempke@lazard.com | Debtors' investment banker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marshall S. Huebner<br>Michael Pera<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>marshall.huebner@davispolk.com<br>michael.pera@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Alexandria Nikolinos<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov | Counsel to US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>Fran.B.Steele@usdoj.gov | Counsel to US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| David M. Hillman and<br>Charles A. Dale<br>Megan Volin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>cdale@proskauer.com<br>mvolin@proskauer.com | Counsel for the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |