**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION WITH**
**RESPECT TO THE DEBTORS' NOTICE OF REJECTION**
**OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1.      On July 26, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1537] (the "Rejection Notice").

2.      The proposed form of *Seventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any* (the "Proposed Order") is attached hereto as **Exhibit A**.

3.      The deadline for parties to file objections and responses to the Rejection Notice was August 5, 2023 (the "Objection Deadline"). No objections or responses to the Rejection Notice were filed on the docket on or before the Objection Deadline. Counsel to the Debtors did not receive any other informal responses on or before the Objection Deadline.

4.      The Debtors request that the Court enter the attached Proposed Order at the earliest convenience of the Court.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 10, 2023

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:     josuha.sussberg@kirkland.com
           emily.geier@kirkland.com
           derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

# SEVENTH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

(Page |3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Seventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 382] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty

---

[1]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page |4 )

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Seventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

agrees; *provided*, *however*, that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth in the Rejection Notice and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' surrender of the premises and (A) turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that (i) nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under applicable law from any of the Debtors' leased premises (ii) to the extent the Debtors seek to abandon personal property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors will use commercially reasonable efforts to remove the PII from such personal property before abandonment, and (iii) within five (5) business days of filing a Rejection Notice, the Debtors will make reasonable efforts to contact any third parties that may be known to the Debtors to have a property interest in the Abandoned Property and ask such third parties to remove or cause to be removed personal property, if any, from the premises prior to the Rejection Date.  Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties

(Page |5 )

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Seventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

and, to the extent applicable, the automatic stay is modified to allow such disposition. The rights of the applicable landlord to assert claims with respect to such disposition of the abandoned property are reserved, as are all parties' rights to object to such claims.

3.      Claims arising out of the rejection of Contracts, if any, must be filed in accordance with the Plan or on or before the later of (i) the deadline for filing proofs of claim established in these Chapter 11 Cases, if any, and (ii) 30 days after the later of (A) the date of entry of this Order, and (B) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Rejection Schedule

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 1. | CMR LIMITED PARTNERSHIP | 740 WAUKEGAN ROAD SUITE 300, DEERFIELD, IL 60015 | Store Lease | 63 | 1800 N. Clybourn, Suite A, Chicago, IL, 60614 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 2. | COASTAL GRAND CMBS, LLC | C/O CBL & ASSOCIATES MANAGEMENT, INC., ATTN: CHIEF LEGAL OFFICER, 2030 HAMILTON PLACE BLVD., SUITE 500, CHATTANOOGA, TN 37421 | Store Lease | 772 | 2400 Coastal Grand Circle, Myrtle Beach, SC, 29577 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 3. | COBB PLACE PROPERTY, LLC | ATTN: MARK IBANEZ, 7 E. CONGRESS STREET SUITE 900A, SAVANNAH, GA 31401 | Store Lease | 66 | 840 Ernest W. Barrett Parkway N.W. Suite 170, Kennesaw, GA, 30144 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 4. | COLE MT GILBERT AZ LLC | MALONEY, MARA, C/O COLE REAL ESTATE INVENSTMENTS, 2325 E CAMELBACK RD SUITE 1100, PHOENIZ, AZ 85016 | Store Lease | 1033 | San Tan Village Shopping Center, 2793 South Market Street Suite 101, Gilbert, AZ, 85296 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 5. | CONGRESSIONAL NORTH ASSOCIATES LIMITED PARTNERSHIP | C/O PROPERTY MANAGEMENT ACCOUNT SERVICES, LLC, 121 CONGRESSIONAL LANE #200, ROCKVILLE, MD 20852 | Store Lease | 33 | Congressional North Shopping Ctr, 1519 Rockville Pike, Rockville, MD, 20852 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6. | COVENTRY REAL ESTATE ADVISORS | 1 EAST 52ND ST 4TH FL, NEW YORK, NY 10022 | Store Lease | 535 | 620 E. Expressway 83, McAllen, TX, 78503 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 7. | CP VENTURE TWO, LLC | NORTH POINT MARKETCENTER, C/O CBRE, INC., 8080 PARK LANE, DALLAS, TX 75231 | Store Lease | 103 | 6050 North Point Parkway, Alpharetta, GA, 30022 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 8. | CRESTVIEW HILLS TOWN CENTER, LLC | C/O JEFFREY R. ANDERSON REAL ESTATE, INC., 3825 EDWARDS ROAD SUITE 200, CINCINNATI, OH 45209 | Store Lease | 1053 | 2757 Town Center Boulevard, Crestview Hills, KY, 41017 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 9. | CSHV WOODLANDS, LP | LIEB, STEVEN, LANDLORD, C/O FIDELIS REALTY PARTNERS, ATTN: PROPERTY MANAGEMENT, 4500 BISSONNET STREET, SUITE 200, BELLAIRE, TX 77401 | Store Lease | 504 | 1560 Lake Woodlands Drive, The Woodlands, TX, 77380 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 10. | CT CENTER S. C., LP | C/O KIMCO REALTY CORPORATION, ATTN: REGIONAL GENERAL COUNSEL, 500 NORTH BROADWAY, SUITE 201, JERICHO, NY 11753 | Store Lease | 1069 | Cypress Towne Center, 25839 US Highway 290 (Northwest Freeway), Cypress, TX, 77433 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 11. | D & B ASSOCIATES | 2525 EAST BROADWAY BLVD, SUITE 111, TUCSON, AZ 85716 | Store Lease | 766 | 6310 N. Oracle Rd., Tucson, AZ, 85704 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 12. | DADELAND STATION ASSOC., LTD | GRAND BAY PLAZA, 2665 S. BAYSHORE DR. SUITE 1200, COCONUT GROVE, FL 33133 | Store Lease | 46 | 8380 South Dixie Highway, Miami, FL, 33143 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. | DALY CITY PARTNERS I, L.P. | C/O SPI HOLDINGS, LLC, 88 KEARNEY STREET SUITE 1400, SAN FRANCISCO, CA 94108 | Store Lease | 315 | 303 Gellert Boulevard, Daly City, CA, 94015 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 14. | DDRTC VILLAGE CROSSING LLC | C/O FAIRBOURNE PROPERTIES, LLC, 200 SOUTH MICHIGAN AVENUE SUITE 400, CHICAGO, IL 60604 | Store Lease | 486 | 5545 W. Touhy Avenue, Skokie, IL, 60077 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 15. | DELCO DEVELOPMENT LLC | DELCO LLC, 200 CAMPBELL DRIVE SUITE 200, WILLINGBORO, NJ 08046 | Store Lease | 1091 | Grande Shopping Center, 3201 Route 9 South Unit B, Rio Grande, NJ, 08242 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 16. | DENTONS SIROTE PC | STEVEN BRICKMAN, ESQ., 2311 HIGHLAND AVENUE SOUTH, BIRMINGHAM, AL 32505 | Store Lease | 1209 | 5845 Wesley Grove Boulevard, Wesley Chapel, FL, 33544 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 17. | DENVER WEST VILLAGE INC. | STEVENSON, GREGORY, 1515 ARAPAHOE STREET, SUITE 1545, DENVER, CO 80202 | Store Lease | 137 | Denver West Village, 14383 West Colfax Ave., Lakewood, CO, 80401 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 18. | DOLLINGER - WESTLAKE ASSOCIATES | GROVER, KIM, CONTROLLER, 555 TWIN DOLPHIN DRIVE, SUITE 600, REDWOOD CITY, CA 94065 | Store Lease | 138 | Northgate Plaza, 121 South Westlake Blvd., Thousand Oaks, CA, 91362 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 19. | DOLLINGER-VENTURA ASSOCIATES | DOLLINGER, DAVE, LANDLORD, 555 TWIN DOLPHIN DRIVE, SUITE 600, REDWOOD CITY, CA 94065 | Store Lease | 821 | 4040 East Main Street, Ventura, CA, 93003 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20. | DONG KOO KIM & JONG OK KIM TRUSTEES OF THE DONG KOO KIM & JONG OK KIM FAMILY TRUST | DATED OCT. 18, 1996, 1332 PASEO DEL MAR, PALOS VERDES ESTATES, CA 90274 | Store Lease | 225 | 7497 N. Blackstone Avenue, Fresno, CA, 93720 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 21. | DPEG FOUNTAINS, LP | VELANI, INNARA, LEASING ASSOCIATE, 1455 HIGHWAY 6 SUITE B, SUGAR LAND, TX 77478 | Store Lease | 3126 | 12710 Fountain Lake Circle, Stafford, TX, 77477 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 22. | EDISON BACA001 LLC | BEAR, HEATHER, LANDLORD, EDISON PORTFOLIO OWNER LLC, OAK STREET REAL ESTATE CAPITAL, 30 N LA SALLE ST, SUITE 4140, CHICAGO, IL 60602-2900 | Store Lease | 407 | 5000 Stockdale Highway, Bakersfield, CA, 93309 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 23. | EDISON EHNJ001 LLC | WIDES, DREW, ASSOCIATE, OAK STREET REAL ESTATE CAPITAL, ATTN: ASSET MANAGEMENT, 30 N. LASALLE ST., SUITE 4140, CHICAGO, IL 60602 | Store Lease | 159 | 180 Route 10 West, East Hanover, NJ, 07936 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 24. | EDISON JAFL001 LLC C/O OAK STREET REAL ESTATE CAPITAL | 30 Lasalle St Suite 4140, Chicago, IL 60602 | Non-Store Lease | 90886 | 1200 Springfield Rd, Union, NJ 07083 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 25. | EDISON JAFL001 LLC C/O OAK STREET REAL ESTATE CAPITAL | 30 Lasalle St Suite 4140, Chicago, IL 60602 | Non-Store Lease | 90888 | 685 Liberty Ave, Union, NJ 07083 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26. | EDISON NNVA001 LLC | BEAR, HEATHER, LANDLORD, OAK STREET, INVESTMENT GRADE NET LEASE FUND SERIES 2021-1, LLC, C/O OAK STREET REAL ESTATE CAPITAL, ATTN: ASSET MGMT 30 N. LASALLE ST., SUITE 4140, CHICAGO, IL 60602 | Store Lease | 172 | 12132 A Jefferson Avenue, Newport News, VA, 23602 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 27. | EDISON PORTFOLIO OWNER LLC | BEAR, HEATHER ,LANDLORD, EDISON MVCA001 LLC, 125 S WACKER DRIVE SUITE 1220, CHICAGO, IL 60606 | Store Lease | 3084 | 25322 El Paseo, Mission Viejo, CA, 92691 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 28. | EMPIRE EAST, LLC | C/O WASHINGTON PRIME GROUP INC., 180 EAST BROAD STREET, COLUMBUS, OH 43215 | Store Lease | 1149 | 3800 South Louise Avenue, STE 2, Sioux Falls, SD, 57106 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 29. | EPPS BRIDGE CENTRE PROPERTY COMPANY, LLC | 6445 POWERS FERRY ROAD, SUITE 120, ATLANTA, GA 30339 | Store Lease | 313 | 1791 Oconee Connector, Suite 350, Athens, GA, 30606 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 30. | EQUITY ONE (FLORIDA PORTFOLIO) LLC | C/O REGENCY CENTERS CORPORATION, ATTN: LEASE ADMINISTRATION, ONE INDEPENDENT DRIVE, SUITE 114, JACKSONVILLE, FL 32202-5019 | Store Lease | 197 | 19205 Biscayne Blvd., Aventura, FL, 33180 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 31. | EQUITY ONE (FLORIDA PORTFOLIO) LLC | C/O REGENCY CENTERS CORPORATION, ATTN: LEASE ADMINISTRATION, ONE INDEPENDENT DRIVE, SUITE 114, JACKSONVILLE, FL 32202 | Store Lease | 321 | 3617 Ambassador Caffery, Lafayette, LA, 70503 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| 32. | EQUITY ONE INC | 1600 NE MIAMI GARDENS DRIVE, NORTH MIAMI BEACH, FL 33179 | Store Lease | 1138 | 4054 South 3rd Street, Jacksonville Beach, FL, 32250 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
|---|---|---|---|---|---|---|---|
| 33. | FAIRVIEW SHOPPING CENTER, LLC | 1900 AVENUE OF THE STARS, SUITE 2475, LOS ANGELES, CA 90067 | Store Lease | 820 | 189 North Fairview Ave, Goleta, CA, 93117 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 34. | FAISON-MOORESVILLE, LLC, | LEASING, RETAIL, C/O FAISON & ASSOCIATES, LLC, 121 WEST TRADE STREET, 27TH FLOOR, CHARLOTTE, NC 28202 | Store Lease | 1179 | 627 River Highway, Mooresville, NC, 28117 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 35. | FEDERAL REALTY INVESTMENT TRUST | 909 ROSE AVENUE SUITE 202, NORTH BETHESDA, MD 20852 | Store Lease | 53 | 1548 Butterfield Rd., Downers Grove, IL, 60515 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 36. | FEDERAL REALTY INVESTMENT TRUST | DEPARTMENT, LEGAL, 1626 EAST JEFFERSON STREET, ROCKVILLE, MD 20852-4041 | Store Lease | 166 | Gratiot Plaza, 30801 Gratiot Avenue, Roseville, MI, 48066 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 37. | FOURTH QUARTER PROPERTIES, XL III, LLC | MINIUTTI, DAVID, C/O THOMAS ENTERPRISES INC., 45 ANSLEY DRIVE, NEWMAN, GA 30263 | Store Lease | 1030 | La Quinta Pavillion, 79-110 Hwy 111, La Quinta, CA, 92253 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 38. | FR ASSEMBLY SQUARE LLC | C/O FEDERAL REALTY INVESTMENT TRUST, 909 ROSE AVENUE, SUITE 200 ATTN: LEGAL DEPARTMENT, NORTH BETHESDA, MD 20852 | Store Lease | 810 | 119 Middlesex Avenue, Somerville, MA, 02145 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 39. | FRANKLIN PARK SC LLC | 500 NORTH BROADWAY SUITE 201, JERICHO, NY 11753 | Store Lease | 362 | 5628 N. Division Street, Spokane, WA, 99207 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40. | FRONTIER VILLAGE L.P. | C/O SANSONE GROUP, 120 SOUTH CENTRAL AVENUE, SUITE 500, ST. LOUIS, MO 63105 | Store Lease | 305 | 2701-A Parker Road, Suite 400, Round Rock, TX, 78681 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 41. | FW RIDGE ROCK LTD | LINCOLN PROPERTY CO. COMMERCIAL, INC., 10210 N. CENTRAL EXPRESSWAY SUITE 218, DALLAS, TX 75231 | Store Lease | 330 | 4931 Overton Ridge Blvd., Ft. Worth, TX, 76132 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 42. | GALLATIN TR LP | C/O TWIST REALTY, LP, 2501 N. JOSEY LANE SUITE 120, CARROLLTON, TX 75006 | Store Lease | 1115 | 2155 West Cattail Street, Bozeman, MT, 59718 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 43. | GLACIER 400 WILBUR, LLC | TOSCANO, NANCY, PROPERTY MANAGER, C/O PARKWOOD BUSINESS PROPERTIES, 2100 NORTHWEST BLVD SUITE 350, COEUR D' ALENE, ID 83814 | Store Lease | 559 | 440 W. Wilbur Avenue, Coeur d' Alene, ID, 83815 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 44. | GRE ALTAMONTE LP | 201 EAST LAS OLAS BOULEVARD, SUITE 1200, FORT LAUDERDALE, FL 33301 | Store Lease | 3072 | 130 E. Altamonte Dr. Suite #1000, Altamonte Springs, FL, 32701 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 45. | GRE BROADMOOR, LLC | C/O BENCHMARK OPPORTUNITY PARTNERS, LLC, 13747 MONTFORT DRIVE SUITE 100, DALLAS, TX 75240 | Store Lease | 338 | 2180 Southgate Road, Colorado Springs, CO, 80906 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 46. | HAMILTON PROPERTIES | C/O BINGHAM CONSTRUCTION, INC., 3939 N.W. SAINT HELENS ROAD, PORTLAND, OR 97210 | Store Lease | 136 | 16800 Southwest 72nd Ave, Tigard, OR, 97224 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 47. | HANES M OWNER, LLC AND HANES Z OWNER, LLC | C/O CASTO SOUTHEAST REALTY SERVICES, LLC, 5391 LAKEWOOD RANCH BLVD. SUITE 100, SARASOTA, FL 34240 | Store Lease | 317 | 1020 Hanes Mall Blvd., Winston Salem, NC, 27103 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 48. | HART TC I - III LC | C/O CRAWFORD SQUARE REAL ESTATE ADVISORS, 2700 2ND AVENUE SOUTH SUITE 200, BIRMINGHAM, AL 35233 | Store Lease | 1035 | Colonial Pinnacle at Turkey Creek, 11263 Parkside Drive Suite 612, Knoxville, TN, 37934 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 49. | HASTINGS VILLAGE INVESTMENT COMPANY, L.P. | C/O THE ARBA GROUP, 6300 WILSHIRE BOULEVARD SUITE 1800, LOS ANGELES, CA 90048 | Store Lease | 183 | Hastings Village, 3341 East Foothill Blvd., Pasadena, CA, 91107 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 50. | HERITAGE PLAZA, LLC | C/O NATIONAL REAL ESTATE MANAGEMENT CORP., 9986 MANCHESTER ROAD, ST. LOUIS, MO 63122 | Store Lease | 424 | 18700 Veterans Blvd., Unit 14, Port Charlotte, FL, 33954 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 51. | HIP STEPHANIE, LLC | 1121 S.W. SALMON STREET, SUITE 500, PORTLAND, OR 97205 | Store Lease | 3136 | 535 North Stephanie Street, Henderson, NV, 89014-6613 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 52. | HLT PARTNERSHIP LP | PO BOX 7817, BEVERLY HILLS, CA 90212 | Store Lease | 250 | 3115 196th Street, SW, Lynnwood, WA, 98036 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 53. | HRTC I, LLC | C/O SHEA PROPERTIES, 8351 E. BELLEVIEW AVENUE SUITE 100, DENVER, CO 80237 | Store Lease | 838 | Highlands Ranch Town Center, 9315 Dorchester Suite 100, Highlands Ranch, CO, 80129 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54. | IA SOUTH FRISCO VILLAGE, L.L.C. | C/O INVENTRUST PROPERTY MANAGEMENT, LLC, ATTN: LEGAL/LEASING/PROPERTY MANAGEMENT BLDG 40114, 3025 HIGHLAND PARKWAY, SUITE 350, DOWNERS GROVE, IL 60515 | Store Lease | 404 | 2930 Preston Road, Suite 400, Frisco, TX, 75034 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 55. | IN-GRANGER UNIVERSITY-WMX TIC, LLC | C/O RIVERCREST REALTY ASSOCIATES, LLC, ATTN: HANS HUANG, 8816 SIX FORKS ROAD, SUITE 201, RALEIGH, NC 27615 | Store Lease | 3140 | University Crossing Shopping Center, 435 E. University Drive, Granger, IN, 46530 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 56. | INLAND WESTERN KALISPELL MOUNTAIN VIEW, L.L.C. | C/O INLAND US MANAGEMENT LLC, 90 SOUTH 400 WEST SUITE 330, SALT LAKE CITY, UT 84101 | Store Lease | 1073 | 2411 Highway 93 North, Kalispell, MT, 59901 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 57. | INLAND WESTERN SAN ANTONIO HUEBNER OAKS, LP | RPAI SOUTHWEST MANAGEMENT LLC, 1560 E. SOUTHLAKE BLVD., SUITE 100, SOUTHLAKE, TX 76092 | Store Lease | 134 | Huebner Oaks Center, 11745 IH 10 West Ste. 750, San Antonio, TX, 78230 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 58. | INLAND-SAU, LLC (PATTERSON PLACE) | 2901 BUTTERFIELD RD., OAK BROOK, IL 60521 | Store Lease | 774 | 3616 Witherspoon Blvd., Suite 103, Durham, NC, 27707 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 59. | INTERNATIONAL SPEEDWAY SQUARE LTD | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 236 | 2500 W. International Speedway Blvd., Daytona Beach, FL, 32114 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 60. | IRC BOHL FARM, L.L.C. | C/O IRC RETAIL CENTERS, 814 COMMERCE DRIVE SUITE 300, OAK BROOK, IL 60523 | Store Lease | 3040 | 5540 Northwest Hwy, Crystal Lake, IL, 60014 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61. | IRC WOODFIELD PLAZA, L.L.C. | PRIDMORE, WILL, VP DEPUTY GENERAL COUNSEL, C/O PINE TREE COMMERCIAL REALTY, LLC, ATTN: LEGAL DEPARTMENT, 814 COMMERCE DRIVE, SUITE 300, OAK BROOK, IL 60523 | Store Lease | 3017 | 580 E. Golf Road, Schaumburg, IL, 60173 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 62. | IRELAND DAVIE, LTD. | ELEK, RITA, EXECUTIVE ASST TO M SCOTT IRELAND, 85 WESTON ROAD SUITE 101, WESTON, FL 33326 | Store Lease | 359 | 1801 South University Drive, Davie, FL, 33324-5807 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 63. | IVT PARKE CEDAR PARK, LLC | 3025 HIGHLAND PARKWAY SUITE 350, ATTN: LEGAL DEPT/LEASE/PROPMGMT BLDG #44755, DOWNERS GROVE, IL 60515 | Store Lease | 3117 | 5001-183A Toll Road, Suite i100, Cedar Park, TX, 78613 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 64. | JIM R SMITH | SMITH, JIM, LANDLORD, 1400 POST OAK BLVD, SUITE 990, HOUSTON, TX 77056 | Store Lease | 88 | 10515 Katy Freeway, Suite A, Houston, TX, 77024 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 65. | JLP-HARVARD PARK LLC | 4300 EAST FIFTH AVENUE, COLUMBUS, OH 43219 | Store Lease | 3093 | 4045 Richmond Road, Warrensville Heights, OH, 44122-6048 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 66. | JLP-KENTWOOD LLC, | 4300 EAST FIFTH AVENUE, COLUMBUS, OH 43219 | Store Lease | 3047 | 4100 28th Street SE, Kentwood, MI, 49512 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 67. | JPMCC 2006-LDP9 RETAIL 3250, LLC | C/O LNR PARTNERS LLC, 1601 WASHINGTON AVE SUITE 700, MIAMI BEACH, FL 33139 | Store Lease | 1307 | 3250 Gateway Blvd. Ste. 508, Prescott, AZ, 86303 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 68. | JUBILEE LP | VP, TODD, C/O SCHOTTENSTEIN MANAGEMENT, LEASE ADMINISTRATION, 4300 E. FIFTH AVENUE, COLUMBUS, OH 43219 | Store Lease | 370 | 3708 W. Dublin-Granville Road, Columbus, OH, 43235 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 69. | KIMCO REALTY CORPORATION | COLLINS, BARBARA, 6278-201 GLENWOOD AVENUE, RALEIGH, NC 27612 | Store Lease | 124 | Cross Roads Plaza Shopping Center, 405 Cross Roads Blvd., Cary, NC, 27518-6895 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 70. | KIMCO SAVANNAH 185 | C/O KIMCO REALTY CORPORATION, 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, ATTN: REGIONAL GENERAL COUNSEL, CHARLOTTE, NC 28287 | Store Lease | 529 | 7400 Abercorn Street, Suite 201, Savannah, GA, 31406 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 71. | KIR SONCY L.P. | 500 NORTH BROADWAY SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 352 | 3000 Soncy Road, Amarillo, TX, 79124 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 72. | KIR TUKWILA L.P. | 500 NORTH BROADWAY SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 3098 | 17686 Southcenter Parkway, Tukwila, WA, 98188 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 73. | KRG COOL SPRINGS, LLC | C/O KITE REALTY GROUP, 30 SOUTH MERIDIAN ST. SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3110 | 2000 Mallory Lane, Suite 400, Franklin, TN, 37067 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 74. | KRG MARKET STREET VILLAGE, LP, AN INDIANA LIMITED | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3052 | 1451 West Pipeline Rd., Hurst, TX, 76053 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 75. | KRG MIAMI 19TH STREET II, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 260 | 950 Merchants Concourse, Westbury, NY, 11590-5199 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 76. | KRG PLAZA GREEN LLC | KITE REALTY GROUPS, 30 SOUTH MERIDIAN STREET, SUITE 1100, ATTN: VICE PRESIDENT OF PROPERTY OPERATION, INDIANAPOLIS, IN 46204 | Store Lease | 3032 | 1117 Woodruff Road Suite, Greenville, SC, 29607 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 77. | KRG PLAZA GREEN, LLC | C/O KITE REALTY GROUP, L.P., 30 S. MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 349 | 1117 Woodruff Road, Suite D., Greenville, SC, 29607 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 78. | KRG RIVERS EDGE, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, ATTN: VP PROPERTY OPERATIONS, INDIANAPOLIS, IN 46204 | Store Lease | 3051 | 4030 East 82nd Street, Indianapolis, IN, 46250 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 79. | KRG SOUTHLAKE, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3106 | 2901 East State Hwy 114, Southlake, TX, 76092 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 80. | KRG SUNLAND, LP, AN INDIANA LIMITED PARTNERSHIP | KRAMER, FRANK, PROPERTY MANAGER, 30 SOUTH MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 1291 | 655 Sunland Park Drive, Suite I, El Paso, TX, 79912 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 81. | KRG TEMECULA COMMONS, LLC | 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN 46204 | Store Lease | 3043 | 40438 Winchester Road, Temecula, CA, 92591 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| 82. | LAKELINE PLAZA, LLC | C/O SIMON PROPERTY GROUP, 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204-3438 | Store Lease | 571 | 11066 Pecan Park Boulevard, Bldg. 1, Cedar Park, TX, 78613-1366 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 83. | M.O.R. SNOWDEN SQUARE LP | C/O HARBOR EAST MANAGEMENT GROUP, 650 SOUTH EXETER STREET SUITE 200, BALTIMORE, MD 21202 | Store Lease | 52 | 9021 Snowden River Parkway, Columbia, MD, 21046 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 84. | MAIN STREET AT EXTON, LP | C/O WOLFSON GROUP INC., 120 W. GERMANTOWN PIKE, STE 120, ATTN: STEVEN B. WOLFSON, PLYMOUTH MEETING, PA 19462 | Store Lease | 432 | 108 Bartlett Avenue, Exton, PA, 19341 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |