

Arthur J. Abramowitz, Esq.
Direct Dial 856.661.2081
Direct Fax 856.773.5308
aabramowitz@shermansilverstein.com

August 11, 2023

<u>Via ECF</u>
Clerk
United States Bankruptcy Court, District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

  Re: **Bed Bath & Beyond, Inc., et. al.**
     **Case No. 23-13359 (VFP)**

Dear Clerk:

  The firm's representation of Golf & Tennis Pro Shops, Inc. (d/b/a/ PGA Tour Superstore) in this proceeding has concluded. As a result, I respectfully request that I be removed from the CM/ECF noticing list as well as the service list maintained by Kroll Restructuring Administration, LLC in this matter.

  Thank you for the Court's consideration.

       Respectfully Submitted,
    SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
       A Professional Corporation

       *[signature]*

       ARTHUR J. ABRAMOWITZ

AJA/jb

308 Harper Drive, Suite 200 • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

3392135.1