**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATION OF MAX M. FREEDMAN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF MAX M. FREEDMAN

Max M. Freedman, Esq., of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice before the courts of the State of Illinois, and an associate at the firm of Kirkland and Ellis LLP, counsel for Bed Bath & Beyond Inc. and its affiliated debtors and debtors in possession (the "Debtors"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

2. I was admitted to practice in the State of Illinois in 2021, and the United States District Court for the Northern District of Illinois in 2022.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The

KE 99264189

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body. The name and address of the office maintaining the roll of members in good standing for the State of Illinois is 3101 Old Jacksonville Road, Springfield, IL 62704. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Northern District of Illinois is 219 South Dearborn Street, Chicago, IL 60604.

4. The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

*[Remainder of page left intentionally blank.]*

---

location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Max Freedman*
Max M. Freedman
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: max.freedman@kirkland.com

DATED: August 15, 2023