**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 16, 2023 AT 2:30 P.M. (ET)**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

65548/0001-45929216

> **PLEASE TAKE NOTICE THAT THIS HEARING WILL BE HELD VIRTUALLY. PARTIES, HOWEVER, MAY APPEAR IN-PERSON IF THEY CHOOSE TO DO SO.**
>
> **PARTIES INTENDING TO APPEAR VIRTUALLY AND PRESENT ARGUMENT MUST REGISTER AND FOLLOW THE COURT'S ZOOM APPEARANCE GUIDELINES FOUND HERE: https://www.njb.uscourts.gov/bbb.**
>
> **PARTIES INTENDING TO APPEAR WITH "LISTEN-ONLY" ACCESS CAN ATTEND FOLLOWING THE INSTRUCTIONS IN THE LINK PROVIDED ON THE COURT'S WEBSITE.**

I.   **MATTERS GOING FORWARD**

1. Debtor's Motion Seeking Entry of an Order (I) Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 1442]

    A. Related Documents

      • Certification of No Objection to Debtor's Motion Seeking Entry of an Order (I) Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 1877]

    **Status: This matter is proceeding on an uncontested basis and with permission of the Court.**

2. Request of ARC BHT-VCMI001, LLC, ARC ASANDSC001, LLC, ARG FSBROWI001, LLC, ARG PSALBNM001, LLC, ARG SAABITX001, LLC, Brixmor Operating Partnership, LP, Deutsche Asset & Wealth Management, EDENS, Fairview Shopping Center, LLC, Federal Realty OP LP, Heitman, UBS Realty Investors LLC and Urban Edge Properties For Allowance and Payment of Administrative Expense Claims, L.P [Docket No. 1445]

    **Status: The Debtors and the Movants have agreed to treat the claims underlying this request as proofs of claims. The Debtors have requested that this matter be withdrawn.**

3. Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (III) Granting Related Relief [Docket No. 1613]

    A. Related Documents

      • Application for Order Shortening Time [Docket No. 1614]

- Order Shortening Time Period for Notice [Docket No. 1676]

B. <u>Responses/Objections</u>

- Ikea Property, Inc.'s Objection to the Debt Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (III) Granting Related Relief [Docket No. 1879]

**Status: This matter is going forward with permission of the Court with respect to all of the proposed rejections, except for (i) the Nordstrom lease for the store located at 13900 Dallas Parkway, Addison, TX 75240 and (ii) IKEA lease for the store located at 300 IKEA Drive, Paramus, New Jersey. The Debtors will adjourn the matter with respect to the (i) Nordstrom lease for the store located at 13900 Dallas Parkway, Addison, TX 75240 and (ii) IKEA lease for the store located at 300 IKEA Drive, Paramus, New Jersey to August 30, 2023 at 10:00 a.m. (ET).**

4. Motion Requesting Redaction of Personal Identifiers filed by Gabriel Rostom and Neelay Das [Docket No. 1729]

   **Status:    This matter is proceeding on an uncontested basis and with permission of the Court**

II.    **ADJOURNED MATTERS**

1. Motion for Relief from the Automatic Stay and Memorandum of Law in Support [Docket No. 1511]

   **Status:   This matter is adjourned to August 29, 2023 at 2:30 p.m. (ET).**

*[Remainder of Page Intentionally Left Blank]*

Dated: August 15, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*