UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP** Joshua
A. Sussberg, P.C. (admitted *pro hac vice*) Emily E. Geier,
P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**Order Filed on August 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

# EIGHTH ORDER APPROVING THE REJECTION
# OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
# LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

**DATED: August 15, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Case is 650 Liberty Avenue, Union, New Jersey 07083.

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Eighth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 382] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Eighth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

agrees; *provided*, *however*, that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth in the Rejection Notice and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' surrender of the premises and (A) turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that (i) nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under applicable law from any of the Debtors' leased premises (ii) to the extent the Debtors seek to abandon personal property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors will use commercially reasonable efforts to remove the PII from such personal property before abandonment, and (iii) within five (5) business days of filing a Rejection Notice, the Debtors will make reasonable efforts to contact any third parties that may be known to the Debtors to have a property interest in the Abandoned Property and ask such third parties to remove or cause to be removed personal property, if any, from the premises prior to the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Eighth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

and, to the extent applicable, the automatic stay is modified to allow such disposition. The rights of the applicable landlord to assert claims with respect to such disposition of the abandoned property are reserved, as are all parties' rights to object to such claims.

3. Claims arising out of the rejection of Contracts, if any, must be filed in accordance with the Plan or on or before the later of (i) the deadline for filing proofs of claim established in these Chapter 11 Cases, if any, and (ii) 30 days after the later of (A) the date of entry of this Order, and (B) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejection Schedule**

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|
| 1. | MANSELL CROSSING LLC, GSL MANSELL LLC, AND HML MANSELL LLC | LIVINGSTON, HANNAH, LANDLORD, 1109 RUSSELL PARKWAY, WARNER ROBINS, GA 21088 | Store Lease | 3033 | 7121 North Point Parkway, Alpharetta, GA, 30022 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 2. | MARKETPLACE WEST PARTNERS, LLC | CORNING, STEVE, LANDLORD, CORNING COMPANIES, 2280 GRANT ROAD SUITE A, BILLINGS, MT 59102 | Store Lease | 1310 | 2821 King Ave West, Billings, MT, 59102 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 3. | MAVERICK INVESTORS LLC | C/O NIFONG REALTY, INC., 895 LOMBARDI AVENUE, GREEN BAY, WI 54304 | Store Lease | 839 | 825 Pilgrim Way Suite B, Green Bay, WI, 54304 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 4. | MCALLEN LEVCAL LLC | 1001 WEST LOOP SOUTH, SUITE 600, ATTN: HERBERT L. LEVINE, HOUSTON, TX 77027 | Store Lease | 3111 | 500 N. Jackson Road, #A-2, Pharr, TX, 78577 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 5. | MCKAY INVESTMENT COMPANY LLC | 2300 OAKMONT WAY SUITE 200, EUGENE, OR 97401 | Store Lease | 319 | 95 Oakway Center, Eugene, OR, 97401 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 6. | MDC COASTAL I, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMINO REAL, BLDG ID #5242, SAN DIEGO, CA 92130 | Store Lease | 3057 | 12055 Metcalf Avenue, Overland Park, KS, 66213 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | MEDISTAR PARKWEST JV, LTD. | C/O THE RETAIL CONNECTION, 2525 MCKINNON ST., SUITE 700, DALLAS, TX 75201 | Store Lease | 272 | 24600 Katy Fwy, Suite 100, Katy, TX, 77494 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 8. | MEDISTAR PARKWEST JV, LTD. | C/O THE RETAIL CONNECTION, 2525 MCKINNON ST., SUITE 700, DALLAS, TX 75201 | Store Lease | 3109 | 24600 Katy Fwy, Suite 200, Katy, TX, 77494 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 9. | MIDDLETOWN SHOPPING CENTER I, L.P. | C/O WILNER REALTY & DEVELOPMENT CO., 136 COULTER AVENUE, ARDMORE, PA 19003 | Store Lease | 289 | 1115 Route 35, Middletown, NJ, 07748 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 10. | MISSION VALLEY | ATTN: GENERAL MANAGER, 1640 CAMINO DEL RIO N. #351, SAN DIEGO, CA 92108 | Store Lease | 31 | Mission Valley Center, 1750 Camino Del Rio North, San Diego, CA, 92108 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 11. | NATIONAL RETAIL PROPERTIES, LP | 450 S. ORANGE AVENUE SUITE 900, ORLANDO, FL 32801 | Store Lease | 156 | 10050 West Broad Street, Glen Allen, VA, 23060 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 12. | NATIONAL RETAIL PROPERTIES, LP | 450 S. ORANGE AVENUE SUITE 900, ORLANDO, FL 32801 | Store Lease | 233 | 7340 West Bell Road, Glendale, AZ, 85308 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 13. | NORTHEAST HOLDINGS LLC | 279 PEMBROKE LANE, RICHMOND, VA 23238 | Store Lease | 765 | 3700 Plank Road, Fredericksburg, VA, 22407 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 14. | OAKLAND IRONWORKS ASSOC. | CONOCONO, LINA, 580 SECOND STREET, SUITE 260, OAKLAND, CA 94607 | Store Lease | 26 | 590 2nd Street, Oakland, CA, 94607 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

| | | | | | |
|---|---|---|---|---|---|
| 15. | ORF VII BARRETT PAVILION, LLC | ALLEN, J. WES, PRESIDENT PINNACLE, C/O PINNACLE LEASING & MANAGEMENT, LLC, 11770 HAYNES BRIDGE ROAD SUITE 205 - 542, ALPHARETTA, GA 30009 | Store Lease | 3100 | 2555 Cobb Place Lane NW, Suite 50, Kennesaw, GA, 30144 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 16. | ORF VII PELICAN PLACE, LLC | ALLEN, J. WES, PRESIDENT, PINNACLE LEASING & MANAGEMENT, LLC, 11770 HAYNES BRIDGE ROAD, SUITE 205 - 542, ALPHARETTA, GA 30009 | Store Lease | 1190 | 3800 Gulf Shores Parkway Suite 300, Gulf Shores, AL, 36542 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 17. | OVERTON PARK PLAZA ASSOCIATES, LLC | C/O FIDELIS REALTY PARTNERS, LTD., ATTN: PROPERTY MANAGAER, 4500 BISSONNET STREET, SUITE 200, BELLAIRE, TX 77401 | Store Lease | 3054 | 4648 SW Loop 820, Fort Worth, TX, 76109 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 18. | PACE-HIGHLANDS ASSOCIATES, LLC | 1401 SOUTH BRENTWOOD BLVD, SUITE 900, ST. LOUIS, MO 63144 | Store Lease | 147 | 141 Highlands Boulevard Drive, Manchester, MO, 63011-4382 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 19. | PAGOSA PARTNERS III, LTD. | 5307 W. LOOP 289, SUITE 302, LUBBOCK, TX 79414 | Store Lease | 632 | 2624 W Loop 289, Lubbock, TX, 79407 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 20. | PARAMOUNT JSM AT JENKINTOWN, LLC | C/O PARAMOUNT NEWCO REALTY LIMITED LIABILITY COMPANY, 1195 ROUTE 70 SUITE 2000, LAKEWOOD, NJ 08701 | Store Lease | 227 | 905 Old York Road, Jenkintown, PA, 19046 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 21. | PARAMOUNT PLAZA AT BRICK LLC | C/O PARAMOUNT REALTY SERVICES INC., 1195 ROUTE 70, LAKEWOOD, NJ 08701 | Store Lease | 224 | 51 Chambersbridge Road, Brick, NJ, 08723 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 22. | PARK WEST VILLAGE PHASE I LLC | C/O CASTO SOUTHEAST REALTY SERVICES LLC, 5391 LAKEWOOD RANCH BOULEVARD SUITE 100, SARASOTA, FL 34240 | Store Lease | 3050 | 3121 Market Center Drive, Morrisville, NC, 27560 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 23. | PASSCO COMPANIES LLC | 96 CORPORATE PARK SUITE 200, IRVIN, CA 92606 | Store Lease | 61 | 801 West 15th St, Suite D, Plano, TX, 75075 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 24. | PERGAMENT PROPERTIES | 95 Froelich Farm Blvd, Woodbury, NY 11797 | Store Lease | 1009 | 2795 Richmond Ave, Staten Island, NY 10314 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 25. | PIONEER HILLS SPE, LLC | C/O SPERRY EQUITIES, LLC, 18881 VON KARMAN SUITE 800, IRVINE, CA 95612 | Store Lease | 436 | 5560 South Parker Road, Aurora, CO, 80015 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 26. | PITTSBURGH HILTON HEAD ASSOCIATES L.P. | C/O COSTA LAND COMPANY, 6301 FORBES AVE. SUITE 220, PITTSBURGH, PA 15217 | Store Lease | 298 | 1460 Fording Island Road, Suite 100, Bluffton, SC, 29910 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 27. | PL DULLES LLC | C/O KIMCO REALTY CORPORATION, 500 NORTH BROADWAY, SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 393 | 45575 Dulles Eastern Plaza, Ste. 154, Dulles, VA, 20166 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 28. | PRICE/BAYBROOK LTD. | C/O KIMCO REALTY CORPORATION, ATTN: REGIONAL GENERAL COUNSEL, 660 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC 28287 | Store Lease | 51 | 19801 Gulf Freeway, Suite 1000, Webster, TX, 77598 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 29. | PRICE/BAYBROOK LTD. | 500 NORTH BROADWAY SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 3067 | 19801 Gulf Freeway Ste. 800, Webster, TX, 77598 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 30. | R.K. MIDDLETOWN, LLC | C/O RK CENTERS, 50 CABOT STREET SUITE 200, NEEDHAM, MA 02494 | Store Lease | 550 | 288 East Main Road, Middletown, RI, 02842 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 31. | RAMCO- GERSHENSON INC | 20750 CIVIC CENTER DRIVE, SUITE 310, SOUTHFIELD, MI 48076 | Store Lease | 3044 | 5255 Deerfield Blvd., Mason, OH, 45040 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 32. | RAMCO GERSHENSON PROPERTIES, L.P. | RPT REALTY, INC., 20750 CIVIC CENTER DRIVE SUITE 310, SOUTHFIELD, MI 48076 | Store Lease | 3090 | 3200 Laclede Station, Suite D, St. Louis, MO, 63143 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 33. | RAMCO-GERSHENSON PROPERTIES LIMITED PARTNERSHIP | 31500 NORTHWESTERN HIGHWAY, SUITE 300, FARMINGTON HILLS, MI 48334 | Store Lease | 378 | 1242 South Rochester Road, Rochester Hills, MI, 48307 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 34. | RAMCO-GERSHENSON PROPERTIES LP | 31500 NORTHWESTERN HIGHWAY, SUITE 300, FARMINGTON HILLS, MI 48334 | Store Lease | 213 | Vista Plaza, 2450 NW Federal Highway, Stuart, FL, 34994 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 35. | RANCH TOWN CENTER, LLC | 101 N. WESTLAKE BLVD., SUITE 201, WESTLAKE VILLAGE, CA 91362 | Store Lease | 412 | 12390 Seal Beach Blvd., Seal Beach, CA, 90740 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 36. | REDFIELD PROMENADE LP | 500 NORTH BROADWAY SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 208 | Redfield Promanade, 4983 S. Virginia Street, Reno, NV, 89502 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 37. | REHOBOTH GATEWAY, LLC | 246 REHOBOTH AVENUE, REHOBOTH, DE 19801 | Store Lease | 1422 | 30134 Veterans Way, Rehoboth Beach, DE, 19971 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 38. | RIVER PARK PROPERTIES II | LANCE-KASHIAN & COMPANY, 265 E. RIVER PARK CIRCLE, SUITE 150, FRESNO, CA 93720 | Store Lease | 3048 | 7458 North Blackstone Avenue, Fresno, CA, 93720 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 39. | RIVERCHASE CROSSING LLC, GSL RIVERCHASE LLC, AND HML RIVERCHASE LLC | LIVINGSTON, HANNAH ,LANDLORD, LIVINGSTON PROPERTIES, 1109 RUSSELL PARKWAY, WARNER ROBINS, GA 31088 | Store Lease | 98 | Riverchase Shopping Ctr, 1771 Montgomery Hwy, Hoover, AL, 35244 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 40. | RK CORAL PALM PLAZA, LLC | C/O RK CENTERS 17, 100 COLLINS AVENUE, SUITE 225, SUNNY ISLES BEACH, FL 33160 | Store Lease | 3015 | 2035 N. University Drive, Coral Springs, FL, 33071 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 41. | ROLLING HILLS PLAZA LLC | C/O BRISTOL GROUP, INC., 350 SANSOME STREET, SUITE 900, ATTN: JEFFREY S. KOTT, MANAGING PARTNER, SAN FRANCISCO, CA 94104 | Store Lease | 475 | 2595 Pacific Coast Highway, Torrance, CA, 90505 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 42. | RPI INTERESTS II, LTD. | LANDLORD, RPI MANAGEMENT COMPANY LLC, ATTN: TOMMY J. FRIEDLANDER, MANAGER, 5333 GULFTON, HOUSTON, TX 77081 | Store Lease | 442 | 3102 Kirby Drive, Houston, TX, 77098 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

6

| | | | | | |
|---|---|---|---|---|---|
| 43. | RREEF AMERICA REIT II CORP MM | C/O JLL CROSSROADS CENTER, 4100 CARMEL ROAD, SUITE B #221, CHARLOTTE, NC 28226 | Store Lease | 29 | 5810 Crossroad Center, Falls Church, VA, 22041 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 44. | SANTA ROSA TOWN CENTER, LLC | C/O JONES LANG LASALLE AMERICAS, LLC, 655 REDWOOD HIGHWAY, SUITE 177, MILL VALLEY, CA 94941 | Store Lease | 24 | 2785 Santa Rosa Avenue, Santa Rosa, CA, 95407 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 45. | SAUL HOLDINGS LIMITED PARTNERSHIP | 7501 WISCONSIN AVENUE, SUITE 1500E, BETHESDA, MD 20814 | Store Lease | 164 | 2848 N.W. 63rd Street, Oklahoma City, OK, 73116 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 46. | SERITAGE SRC FINANCE LLC | C/O SERITAGE GROWTH PROPERTIES, ATTN: CHIEF LEGAL OFFICER & CORPORATE SECRETARY, 500 FIFTH AVENUE, SUITE 1530, NEW YORK, NY 10110 | Store Lease | 3125 | 522 Northwest Loop 410 Suite 108, San Antonio, TX, 78216 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 47. | SEROTA ISLIP NC, LLC | C/O LIGHTHOUSE REALTY PARTNERS, LLC, 70 EAST SUNRISE HIGHWAY, SUITE 610, VALLEY STREAM, NY 11581 | Store Lease | 3115 | 2716 Freedom Parkway Drive, Fayetteville, NC, 28314 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 48. | SHELBY CORNERS RE HOLDINGS, LLC | C/O GRAND MANAGEMENT & DEVELOPMENT, 30201 ORCHARD LAKE ROAD, SUITE 110, FARMINGTON HILLS, MI 48334 | Store Lease | 3011 | 13361 Hall Road, Suite 102, Utica, MI, 48315 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 49. | SIEGEN LANE PROPERTIES LLC | C/O OLSHAN PROPERTIES, 5500 NEW ALBANY ROAD, SUITE 200, ATTN: HEAD OF RETAIL, NEW ALBANY, OH 43054 | Store Lease | 248 | 10505 South Mall Drive, Baton Rouge, LA, 70809 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| 50. | SILVERTOWN INC. | 43 E. COLORADO BLVD. SUITE 200, PASADENA, CA 91105 | Store Lease | 3095 | 22999 Savi Ranch Parkway, Yorba Linda, CA, 92887 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 51. | SIR BARTON PLACE, LLC | P.O. BOX 12128, LEXINGTON, KY 40580 | Store Lease | 3042 | 2321 Sir Barton Way, Suite 110, Lexington, KY, 40509 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 52. | SIR BARTON PLACE, LLC, | P.O. BOX 12128, LEXINGTON, KY 40580 | Store Lease | 800 | 2321 Sir Barton Way, Suite 120, Lexington, KY, 40509 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 53. | SOUTH TOWN OWNER PR, LLC | 100 N. PACIFIC COAST HIGHWAY, SUITE 1925, EL SEGUNDO, CA 90245 | Store Lease | 3066 | 10230 South State Street, Sandy, UT, 84070 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 54. | SOUTHGATE MALL MONTANA II LLC | C/O WASHINGTON PRIME GROUP, 180 EAST BROAD, STREET, ATTN: GENERAL COUNSEL, COLUMBUS, OH 43215 | Store Lease | 1157 | 3017 Paxson Street, Missoula, MT, 59801 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 55. | SPRING CREEK IMPROVEMENTS, LLC | C/O DLC MANAGEMENT CORPORATION, 565 TAXTER ROAD, SUITE 400, ELMSFORD, NY 10523 | Store Lease | 278 | 3816 North Mall Avenue, Fayetteville, AR, 72703 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 56. | SRK LADY LAKE 21 ASSOCIATES LLC | C/O BENCHMARK MGMT CORPORATION, 4053 MAPLE ROAD, AMHERST, NY 14226 | Store Lease | 1234 | 546 N US Highway 441, Lady Lake, FL, 32159 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 57. | STUDIO CITY EAST 93K | 16633 VENTURA BLVD., STE #913, ENCINO, CA 91436-1849 | Store Lease | 25 | 12555 Ventura Boulevard, Studio City, CA, 91604 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| 58. | SUNMARK CENTERS, LLC | 433 NORTH CAMDEN DRIVE, SUITE 725, BEVERLY HILLS, CA 90210 | Store Lease | 422 | 621 Marks Street, Henderson, NV, 89014 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 59. | T L STREET MARKETPLACE MAIN NE, LLC | 16600 DALLAS PARKWAY SUITE 300, DALLAS, TX 75248 | Store Lease | 3101 | 12204 K Plaza, Omaha, NE, 68137 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 60. | TAFT CORNERS ASSOCIATES | DAVIS, JEFF, C/O J.L. DAVIS, INC., 2 CHURCH STREET, BURLINGTON, VT 05401 | Store Lease | 181 | 115 Trader Lane, Williston, VT, 05495 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 61. | TALISMAN TOWSON LIMITED PARTNERSHIP | C/O KIMCO REALTY CORPORATION, 500 BROADWAY, SUITE 201, P.O. BOX 9010, JERICHO, NY 11753 | Store Lease | 196 | The Towson Place, 1238 Putty Hill Ave. Suite 1, Towson, MD, 21286 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 62. | THE GREWE LIMITED PARTNERSHIP | APPLEBAUM, BILL, 9109 WATSON ROAD, SUITE 302, ST. LOUIS, MO 63126 | Store Lease | 157 | 281 Mid Rivers Mall Drive, St. Peters, MO, 63376 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 63. | THE SECTION 14 DEVELOPMENT CO. | C/O JORDON PERLMUTTER & CO., 1601 BLAKE STREET, SUITE 600, DENVER, CO 80202 | Store Lease | 3132 | 5134 South Wadsworth Blvd., Lakewood, CO, 80123 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 64. | THE STRIP DELAWARE LLC | C/O ROBERT L STARK ENTERPRISES, INC., 629 EUCLID AVENUE, SUITE 1300, CLEVELAND, OH 44114 | Store Lease | 119 | The Strip, 6725 Strip Ave NW, North Canton, OH, 44720 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 65. | TJ CENTER - I L.L.C. | C/O SCHOTTENSTEIN PROPERTY CENTERLEASE ADMINISTRATION, 4300 E FIFTH AVE, COLUMBUS, OH 43219 | Store Lease | 328 | 4340 13th Avenue, SW, Fargo, ND, 58103 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

9

| | | | | | |
|---|---|---|---|---|---|
| 66. | TKG WOODMEN COMMONS, L.L.C. | C/O TKG MANAGEMENT, 211 N STADIUM BLVD, SUITE 201, COLUMBIA, MO 65203 | Store Lease | 200 | Woodmen Commons, 1790 E. Woodmen Rd., Colorado Springs, CO, 80920 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 67. | TOTOWA UE LLC | KALVANI, KOMAL, SENIOR DIRECTOR-LEASE ADMINISTRATION, 210 ROUTE 4 EAST, ATTN: CHIEF OPERATING OFFICER, PARAMUS, NJ 07652 | Store Lease | 477 | 545 Route 46, Totowa, NJ, 07512 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 68. | TREA NW FORUM AT CARLSBAD OWNER LLC | 1819 Wazee St, Denver, CO 80202 | Store Lease | 505 | 1905 Calle Barcelona, Carlsbad, CA 92009 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 69. | TYLER BROADWAY/CENTENNIAL, LP | C/O CONNECTED MANAGEMENT SERVICES, LLC, 2525 MCKINNON ST., SUITE 710, DALLAS, TX 75201 | Store Lease | 547 | 8970 S. Broadway Avenue, Suite 144, Tyler, TX, 75703 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 70. | UE 675 ROUTE 1 LLC | ATTN: LEGAL DEPARTMENT, 210 ROUTE 4 EAST, PARAMUS, NJ 07652 | Store Lease | 160 | 675 US Highway 1 South; Suite #5, Iselin, NJ, 08830 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 71. | UE PROPERTY MANAGEMENT | 210 ROUTE 4 EAST, PARAMUS, NJ 07652 | Store Lease | 3006 | 545 Route 46 West, Totowa, NJ, 07512 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 72. | UG2 SOLON OH, LP | C/O UNITED GROWTH, ATTN: VINCE ACCURSO, 1000 FOURTH STREET, SAN RAFAEL, CA 94901 | Store Lease | 204 | Uptown Solon Shopping Ctr, 6025 Kruse Dr. Ste 123, Solon, OH, 44139 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| 73. | VALLEY SQUARE I, L.P. | 2 RIGHTER PARKWAY, SUITE 301, ATTN: MANAGER, WILMINGTON, DE 19803 | Store Lease | 449 | 1015 Main St, Warrington, PA, 18976 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 74. | VILLAGE PARK PLAZA LLC | MILAN, JOHN, C/O M.S. MANAGEMENT ASSOCIATES INC., 225 W. WASHINGTON STREET, INDIANAPOLIS, IN 46202 | Store Lease | 564 | 1950-6 Greyhound Pass, Carmel, IN, 46033 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 75. | W.B.P. CENTRAL ASSOCIATES, LLC | 365 WHITE PLAINS ROAD, EASTCHESTER, NY 10709 | Store Lease | 394 | 2141 Central Park Avenue, Yonkers, NY, 10710 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 76. | WALDORF SHOPPER'S WORLD | C/O RICHARD H. RUBIN MANAGEMENT CORP., 6001 MONTROSE ROAD, SUITE 700, ROCKVILLE, MD 20852 | Store Lease | 169 | 3270 Crain Highway, Waldorf, MD, 20603 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 77. | WCK, LC | C/O KNAPP PROPERTIES, 5000 WESTOWN PARKWAY, SUITE 400, WEST DES MOINES, IA 50266 | Store Lease | 428 | 11101 University Avenue, Clive, IA, 50325 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 78. | WHITEMAK ASSOCIATES | C/O WP GLIMCHER INC., 180 EAST BROAD STREET, ATTN: GENERAL COUNSEL, COLUMBUS, OH 43215 | Store Lease | 251 | 1223 Whitehall Mall, Whitehall, PA, 18052 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 79. | WINDSOR PARK ESTATES SILVERDALE, LLC | 40 LAKE BELLEVUE DRIV, SUITE 270, BELLEVUE, WA 98005 | Store Lease | 1372 | 9991 Mickelberry Road NW, Unit 103, Silverdale, WA, 98383 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |
| 80. | ZP NO. 171, LLC | 111 PRINCESS STREET, PO BOX 2628, WILMINGTON, NC 28402 | Store Lease | 1126 | 1618 Highwoods Blvd., Greensboro, NC, 27410 | July 31, 2023 | Miscellaneous FF&E and/or retail fixtures |

11