**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP** Kenneth A.
Rosen, Esq.
Mary E. Seymour, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: krosen@lowenstein.com  E-mail:
pgross@lowenstein.com  E-mail:
mseymour@lowenstein.com

*Co-Counsel to Michaels Stores, Inc.*

**WHITE & CASE LLP**
Gregory F. Pesce, Esq. *(pro hac vice pending)* Laura E.
Baccash, Esq. *(pro hac vice pending)* 111 South Wacker
Drive, Suite 5100 Chicago, IL 60606-4302
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com
Email: laura.baccash@whitecase.com

-and-

Samuel P. Hershey, Esq. (*pro hac vice* pending) 1221
Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: sam.hershey@whitecase.com

-and-

Devin J. Rivero, Esq. *(pro hac vice pending)* Southeast
Financial Center
200 South Biscayne Blvd., Suite 4900 Miami, FL
33131-2352
Telephone: (305) 371-2700
Email: devin.rivero@whitecase.com

In re:

   BED BATH & BEYOND INC., *et al.,*
        Debtors.[1]

Chapter 11
Case No. 23-13359 (VFP)
(Jointly Administered)

Order Filed on August 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING MICHAELS STORES, INC.'S MOTION TO FILE UNDER
SEAL EXHIBIT A TO THE DECLARATION OF TODD POWERS**

The relief set forth on the following pages, numbered two (2) to three (3), is hereby **ORDERED**.

**DATED: August 18, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of
Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter
11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Page:        2
Debtors:    BED BATH & BEYOND INC., *et al.*
Case No:    23-13359 (VFP)
Caption:    *Order Granting Michaels Stores, Inc.'s Motion to File Under Seal Exhibit A to Declaration of Todd Powers*

---

On the motion [Docket No. 1385] (the "**Seal Motion**") of Michaels Stores, Inc. ("**Michaels**") for entry of an order (this, "**Order**") authorizing Michaels to file **Exhibit A** to the *Declaration of Todd Powers in Support of Michaels Stores Inc.'s Reply to Objection of Pinnacle Hills, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142* [Docket No. 1384] (the "**Declaration**") under seal; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Seal Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice of the Seal Motion has been provided under the circumstances and that no other or further notice or hearing is required; and this Court having determined that the legal and factual bases set forth in the Seal Motion establishes sufficient cause for the relief granted herein pursuant to 11 U.S.C. § 107(b)(1), Bankruptcy Rule 9018, and Local Rule 9018-1; and the Court having considered the Seal Motion at a hearing held on July 28, 2023 and approved the relief sought in the Seal Motion as set forth on the record of such hearing; and, accordingly it is **HEREBY ORDERED THAT**:

1.      The Seal Motion is granted as set forth herein.

2.      Michaels is authorized, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, to file **Exhibit A** to the Declaration (the "**BBBY Lease**") (i) in an unredacted format under seal, and (ii) on the docket in a redacted format that removes commercially sensitive and confidential portions of the BBBY Lease.

Page:        3
Debtors:     BED BATH & BEYOND INC., *et al.*
Case No:     23-13359 (VFP)
Caption:     *Order Granting Michaels Stores, Inc.'s Motion to File Under Seal Exhibit A to
             Declaration of Todd Powers*

_____

3.      Michaels is authorized to cause an unredacted version of the BBBY Lease to be
made available, on a confidential basis, to: (a) the Court; and (b) the Debtors' and Landlord
Pinnacle Hills, LLC's counsel.

4.      Michaels is authorized to take all actions necessary to effectuate the ruling set
forth in this Order.

5.      The Court retains exclusive jurisdiction with respect to all matters arising from or
related to the implementation, interpretation, and enforcement of this Order.