**GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Phyllis Eichner (68336(1))

*BY:*   /s/ Francis J. Ballak
        *FRANCIS J. BALLAK, ESQUIRE. (FJB2746)*

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **BED BATH & BEYOND INC., et al.** | : | CASE NO. 23-13359 |
| | : | |
| *Debtors* | : | JUDGE: VINCENT F. PAPALIA. |

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on **September 12, 2023** at 10:00 a.m. in the forenoon or soon thereafter as counsel may be heard, the undersigned attorneys for Phyllis Eichner shall move before the Hon. Vincent F. Papalia., United States Bankruptcy Court at the 50 Walnut Street, Courtroom 3B, Newark, NJ 07102 for an Order granting relief from the automatic stay.

Movant shall rely upon the enclosed Statement of Counsel.

Movant requests oral argument if opposition is filed.

                          **GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL**
Attorneys for Phyllis Eichner


                         /s/ Francis J. Ballak
Dated: August 18, 2023    FRANCIS J. BALLAK, ESQUIRE (FJB2746)