# EXHIBIT "B"

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| SAFETY NATIONAL CASUALTY CORP<br>ST. LOUIS, MO 63146<br>(888) 995-5300 | COMMERCIAL GENERAL LIABILITY<br>COVERAGE FORM DECLARATIONS |
|---|---|

| | Policy Period | |
|---|---|---|
| Policy Number | From | To |
| GL 4046928 | 03/01/2020 | 03/01/2021 |

12:01 A.M. Standard Time at the described location

**Previous Policy Number:** GL 4046928

| Transaction |
|---|
| Renewal |

| Named Insured and Address | Agent |
|---|---|
| BED BATH & BEYOND INC.<br>650 LIBERTY AVENUE<br>UNION, NJ 07083 | 10155<br>Willis Towers Watson Northeast, Inc.<br>BROOKFIELD PLACE 200 LIBERTY STREET<br>NEW YORK, NY 10281<br><br>Telephone: |
| Business Description<br>MISCELLANEOUS HOME FURNISHINGS STORES | Type of Business<br>CORPORATION |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 2,000,000 | Combined BI & PD |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 1,000,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | N/A - No Coverage | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 2,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 4,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 4,000,000 |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS:<br>☐ INDIVIDUAL    ☐ PARTNERSHIP    ☐ JOINT VENTURE    ☐ TRUST<br><br>☐ LIMITED LIABILITY COMPANY    ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)<br><br>BUSINESS DESCRIPTION:    MISCELLANEOUS HOME FURNISHINGS STORES |

CG 10 01 11 09     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 1 of 2
Safety National Casualty Corporation