| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>GOLDENBERG, MACKLER, SAYEGH, MINTZ,<br>PFEFFER, BONCHI & GILL<br>660 New Road, Suite 1-A<br>Northfield, NJ  08225<br>(609) 646-0222  FAX (609) 646-0887<br>Attorneys for Phyllis Eichner (68336(1)) | |
| In Re:<br><br>**BED BATH & BEYOND INC., et al.**<br>　　　　　　　Debtors | Case No.:    23-13359<br><br>Hearing Date:<br><br>Judge:    VINCENT F. PAPALIA |

### ORDER GRANTING MOTION TO COMPEL PRODUCTION OF INSURANCE POLICY AND FOR RELIEF FROM THE AUTOMATIC STAY

　　　The relief set forth on the following pages, numbered two (2) through two (2), is hereby

**ORDERED:**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. VINCENT F. PAPALIA, U.S.B.J.

**(Page 2)**
**Debtor:** **Bed Bath & Beyond Inc., et al**
**Bankr. Case No.:** **23-13359(VFP)**
**ORDER GRANTING MOTION TO COMPEL PRODUCTION OF INSURANCE POLICY AND FOR RELIEF FROM THE AUTOMATIC STAY**

It is hereby ORDERED, as follows:

To the extent the full insurance policy has not been supplied and produced to counsel for the Movant by the return date of this Motion such shall be produced within seven (7) days of the date of this Order:

The automatic stay is hereby modified pursuant to 11 U.S.C. Section 362(d)(1) as to the action pending in the Superior Court, State of New Jersey, County of Atlantic as against the Debtor in the case bearing docket ATL-L-2254-21 in order to permit the Movant, Phyllis Eichner to prosecute the State Court action to the point of a judgment and allocation of liability only with any recovery against Debtor in such proceeding be limited solely to the Debtor's applicable insurance proceeds which are payable by third parties. Further, the stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

The Movant shall serve a copy of this order on the Debtor, Debtor's counsel, and any trustee and any other party who entered an appearance on the Motion.