| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert L. LeHane, Esq.<br>Kristin S. Elliott, Esq.<br>Jennifer D. Raviele, Esq. (admitted *pro hac vice*)<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: 212-808-7800<br>Fax: 212-808-7897<br>Email: rlehane@kelleydrye.com<br>       kelliott@kelleydrye.com<br>       jraviele@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07504<br>Tel: 973-503-5900<br><br>*Counsel for Pinnacle Hills, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Case No.: 23-13359 (VFP)<br><br>Chapter 11<br><br>(Jointly Administered) |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is hereby **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER CONCERNING REQUEST TO SEAL DOCUMENTS |

On request of Pinnacle Hills, LLC to (i) file under seal unredacted copies of (a) *Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142* (the "Sur-Reply"); and (b) the *Declaration of Jeffrey Aronoff in Support of Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142* (the "Declaration"), which shall both remain confidential and not be made available to anyone other than the Court; and (ii) file versions of the Sur-Reply and Declaration with all confidential portions redacted;

And the Court having considered the request and any objection thereto, it is

☐ ORDERED that the request is denied and the Sur-Reply and the Declaration shall be deleted from the Court's electronic filing system.

☐ ORDERED that the request is granted and that Landlord is authorized to file (i) unredacted versions of the Sur-Reply and the Declaration under seal; and (ii) versions of the Sur-Reply and the Declaration with all confidential portions redacted.

2