| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert L. LeHane, Esq.<br>Kristin S. Elliott, Esq.<br>Jennifer D. Raviele, Esq. (admitted *pro hac vice*)<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: 212-808-7800<br>Fax: 212-808-7897<br>Email: rlehane@kelleydrye.com<br>         kelliott@kelleydrye.com<br>         jraviele@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07504<br>Tel: 973-503-5900<br><br>*Counsel for Pinnacle Hills, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>                                  Debtors.[1] | Case No.: 23-13359 (VFP)<br><br>Chapter 11<br><br>(Jointly Administered) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITED NOTICE

The relief set forth on the following pages, numbers two (2) and three (3) is hereby **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Case 23-13359-VFP    Doc 1935-1    Filed 08/18/23    Entered 08/18/23 20:00:05    Desc
Proposed Order    Page 2 of 3

Debtors:          BED BATH & BEYOND INC., et al.
Case No.          23-13359 (VFP)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITED NOTICE

After review of the application of Pinnacle Hills, LLC for a reduction of time for a hearing on *Motion For Entry of an Order Authorizing Pinnacle Hills, LLC to File Under Seal (I) Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142; and (II) the Declaration of Jeffrey Aronoff in Support of Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142*, under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, _____, Courtroom No. _____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

Debtors: BED BATH & BEYOND INC., et al.
Case No. 23-13359 (VFP)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITED NOTICE

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

   ☐ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.