**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP** Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: krosen@lowenstein.com  E-mail: pgross@lowenstein.com  E-mail: mseymour@lowenstein.com

*Co-Counsel to Michaels Stores, Inc.*

**WHITE & CASE LLP**
Gregory F. Pesce, Esq. *(pro hac vice pending)* Laura E. Baccash, Esq. *(pro hac vice pending)* 111 South Wacker Drive, Suite 5100 Chicago, IL 60606-4302
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com
Email: laura.baccash@whitecase.com

-and-

Samuel P. Hershey, Esq. (*pro hac vice* pending) 1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: sam.hershey@whitecase.com

-and-

Devin J. Rivero, Esq. *(pro hac vice pending)* Southeast Financial Center
200 South Biscayne Blvd., Suite 4900 Miami, FL 33131-2352
Telephone: (305) 371-2700
Email: devin.rivero@whitecase.com



**Order Filed on August 18, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

BED BATH & BEYOND INC., *et al.*,
        Debtors.[1]

Chapter 11
Case No. 23-13359 (VFP)
(Jointly Administered)

**ORDER GRANTING MICHAELS STORES, INC.'S MOTION TO FILE UNDER
SEAL EXHIBIT A TO THE DECLARATION OF TODD POWERS**

The relief set forth on the following pages, numbered two (2) to three (3), is hereby **ORDERED**.

**DATED: August 18, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

44412/2
08/11/2023 214288432.2

Page: 2
Debtors: BED BATH & BEYOND INC., *et al.*
Case No: 23-13359 (VFP)
Caption: *Order Granting Michaels Stores, Inc.'s Motion to File Under Seal Exhibit A to Declaration of Todd Powers*

_____

On the motion [Docket No. 1385] (the "**Seal Motion**") of Michaels Stores, Inc. ("**Michaels**") for entry of an order (this, "**Order**") authorizing Michaels to file **Exhibit A** to the *Declaration of Todd Powers in Support of Michaels Stores Inc.'s Reply to Objection of Pinnacle Hills, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142* [Docket No. 1384] (the "**Declaration**") under seal; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Seal Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice of the Seal Motion has been provided under the circumstances and that no other or further notice or hearing is required; and this Court having determined that the legal and factual bases set forth in the Seal Motion establishes sufficient cause for the relief granted herein pursuant to 11 U.S.C. § 107(b)(1), Bankruptcy Rule 9018, and Local Rule 9018-1; and the Court having considered the Seal Motion at a hearing held on July 28, 2023 and approved the relief sought in the Seal Motion as set forth on the record of such hearing; and, accordingly it is **HEREBY ORDERED THAT**:

1. The Seal Motion is granted as set forth herein.

2. Michaels is authorized, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, to file **Exhibit A** to the Declaration (the "**BBBY Lease**") (i) in an unredacted format under seal, and (ii) on the docket in a redacted format that removes commercially sensitive and confidential portions of the BBBY Lease.

Page:      3
Debtors:   BED BATH & BEYOND INC., *et al.*
Case No:   23-13359 (VFP)
Caption:   *Order Granting Michaels Stores, Inc.'s Motion to File Under Seal Exhibit A to Declaration of Todd Powers*

_____

3. Michaels is authorized to cause an unredacted version of the BBBY Lease to be made available, on a confidential basis, to: (a) the Court; and (b) the Debtors' and Landlord Pinnacle Hills, LLC's counsel.

4. Michaels is authorized to take all actions necessary to effectuate the ruling set forth in this Order.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13359-VFP |
| Bed Bath & Beyond Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 18, 2023 | Form ID: pdf903 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023                    Signature:         /s/Gustava Winters