**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS**

[Related Docket No. 414 and 606]

**PLEASE TAKE NOTICE** that Cole Schotz P.C. ("**Cole Schotz**") is hereby providing notice of the increase of the hourly rate of certain of its professionals, pursuant to the *Order Approving the Employment and Retention of Cole Schotz P.C. as Bankruptcy Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 606].

Pursuant to its internal operating procedures, Cole Schotz revisits, and adjusts, the rates of its professionals annually. The following table reflects the hourly rate increases for those certain

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

professionals specified in the *Declaration of Michael D. Sirota, Esq.* attached as Exhibit A to the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as Bankruptcy Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 414].

| Name | Title | Hourly Rate in Cole Schotz P.C. Retention Application | Hourly Rate, Effective September 1, 2023 |
|---|---|---|---|
| Michael D. Sirota | Member | $1,200.00 | $1,475.00 |
| Warren A. Usatine | Member | $950.00 | $1,150.00 |
| Seth Van Aalten | Member | $950.00 | $1,050.00 |
| David M. Bass | Member | $935.00 | $1,000.00 |
| Felice R. Yudkin | Member | $705.00 | $850.00 |
| Ryan T. Jareck | Member | $695.00 | $830.00 |
| Sarah A. Carnes | Member | $750.00 | $835.00 |
| Andreas D. Milliaressis | Associate | $475.00 | $575.00 |
| Bryant P. Churbuck | Associate | $460.00 | $560.00 |
| Frances Pisano | Paralegal | $355.00 | $380.00 |

The foregoing rates will be effective on September 1, 2023.

Dated: August 21. 2023            Respectfully submitted,

By:    */s/ Michael D. Sirota*
      Michael D. Sirota, Esq.
      **COLE SCHOTZ P.C.**
      Court Plaza North
      25 Main Street
      Hackensack, NJ 07601
      Telephone: (201) 489-3000
      Facsimile: (201) 489-1536
      Email: msirota@coleschotz.com

*Attorneys for Debtors and Debtors in Possession*

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                    */s/ Michael D. Sirota*
                                                    Michael D. Sirota