UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Kristin S. Elliott, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com

      kelliott@kelleydrye.com
      jraviele@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07504
Tel: 973-503-5900

*Counsel for Daly City Serramonte Center, LLC*

---

Order Filed on August 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In re:

BED BATH & BEYOND INC., *et al.*,

Debtors.[1]

Case No.: 23-13359 (VFP)

Chapter 11

(Jointly Administered)

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITED NOTICE

The relief set forth on the following pages, numbers two (2) and three (3) is hereby **ORDERED**.

**DATED: August 23, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITED NOTICE |

After review of the application of Pinnacle Hills, LLC for a reduction of time for a hearing on Motion For Entry of an Order Authorizing Pinnacle Hills, LLC to File Under Seal (I) Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142; and (II) the Declaration of Jeffrey Aronoff in Support of Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142, under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 29, 2023  at  2:30pm  in the United States Bankruptcy Court,  50 Walnut Street, Newark, NJ , Courtroom No.  3B .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

Counsel to the Debtors, Counsel to the Official Committee of Unsecured Creditors, and Counsel to the U.S.Trustee

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

2

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITED NOTICE |

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___1___ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections. If no objections are filed, the Court may consider the motion on the papers.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.