# NORGAARD, O'BOYLE & HANNON

### (A TRADE NAME OF GARY K. NORGAARD, PC)
## COUNSELLORS AT LAW

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

---------------------

ANTHONY E. HOPE†
MARK E. NORGAARD†
JACLYNN N. MCDONNELL◊

---------------------

WILLIAM H. SCHMIDT of counsel
ILISSA CHURGIN HOOK of counsel †
MILICA A. FATOVICH of counsel

184 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631-3507
Telephone (201) 871-1333
Facsimile (201) 871-3161

____

810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NEW JERSEY 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only

____

1025 WESTCHESTER AVENUE, SUITE 215
WHITE PLAINS, NEW YORK 10604
By Appointment Only

Senders Direct Email:
joboyle@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars

www.norgaardfirm.com

**PLEASE REPLY TO
ENGLEWOOD OFFICE**

August 22, 2023

**VIA LAWYERS SERVICE**

Clerk of the Court
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ  07102

**Re:  Request for Certified Copy**
**Bed Bath & Beyond, *et al*, Case No. 23-13359**
**Ninth Order Approving the Rejection of Certain Executory Contracts**
**And/or Unexpired Leases and the Abandonment of Certain Personal Property**
**(Docket No. 1908)**

Dear sir or madam:

Please provide us with a certified copy of the above-referenced order.  Enclosed is a non-certified copy of the order for your convenience.  Also enclosed is our check in the amount of $19.50 for the court's fees and copying costs, and our return envelope.

Please contact me if you have any questions.  Thank you.

Respectfully,

John O'Boyle, Esq.

cc:  Sybil Aytch *(via email)*

1 Certification
17 Copies @ .50¢ A page