| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert L. LeHane, Esq.<br>Kristin S. Elliott, Esq.<br>Jennifer D. Raviele, Esq. (admitted *pro hac vice*)<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: 212-808-7800<br>Fax: 212-808-7897<br>Email:  rlehane@kelleydrye.com<br>           kelliott@kelleydrye.com<br>           jraviele@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for Pinnacle Hills, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Case No.:   23-13359 (VFP)<br><br>Chapter:    11<br><br>Judge:       Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1.     I, Gina Karnick, am the paralegal for Kelley Drye & Warren LLP, who represents Pinnacle Hills, LLC in the above referenced proceeding.

2.     On August 23, 2023, I caused to be served the following documents to the parties listed on the chart below via e-mail and/or Federal Express Mail:

- Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142 [Docket No. 1926];

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

4867-4273-6506v.2

- Declaration of Jeffrey Aronoff in Support of Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142 [Docket No. 1927];

- Declaration of Kristin S. Elliott, Esq. in Support of Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142 [Docket No. 1928];

- Motion for Entry of an Order Authorizing Pinnacle Hills, LLC to File Under Seal (I) Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142; and (II) the Declaration of Jeffrey Aronoff in Support of Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors' to Assume and Assign Lease for Store No. 1142 [Docket No. 1934];

- Application for Order Shortening Time [Docket No. 1935]; and

- Order Shortening Time Period for Notice, Setting Hearing and Limited Notice [Docket No. 2036].

3. I certify under penalty of perjury that the above documents were sent using the method of service indicated.

Date: August 23, 2023   /s/ Gina Karnick
　　　　　　　　　　　　　　　　　　　　Gina Karnick

4867-4273-6506v.2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn.: Joshua A. Sussberg, Esq.<br>       Emily E. Geier, Esq.<br>       Derek I. Hunter, Esq.<br>       Ross J. Fiedler, Esq. | Counsel for Debtors | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail & Federal Express Mail |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota, Esq.<br>       Warren A. Usatine, Esq.<br>       Felice R. Yudkin, Esq. | Co-Counsel for Debtors | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail & Federal Express Mail |
| Office of the United States Trustee<br>District of New Jersey<br>1 Newark Center, Suite 21B<br>Newark, NJ 07102<br>Attn: Fran B. Steele, Esq.<br>       Alexandria Nikolinos, Esq. | United States Trustee | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail & Federal Express Mail |
| Pachulski Stang Ziehl & Jones LLP<br>780 3rd Avenue #34<br>New York, NY 10017<br>Attn: Robert J. Feinstein, Esq.<br>       Bradford J. Sandler, Esq.<br>       Paul J. Labov, Esq.<br>       Colin R. Robinson, Esq. | Counsel for the Official Committee of Unsecured Creditors | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail & Federal Express Mail |
| Davis Polk & Wardwell LLP<br>Attn: Adam Shpeen<br>       Steven Szanzer<br>Email: adam.shpeen@davispolk.com<br>       steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail |
| Proskauer Rose LLP<br>Attn: David M. Hillman<br>       Charles A. Dale<br>Email: dhillman@proskauer.com<br>       cdale@proskauer.com | Counsel to the DIP Agent | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail |

4867-4273-6506v.2

| Lowenstein Sandler LLP<br>Attn:   Kenneth A. Rosen<br>         Mary E. Seymour<br>         Philip J. Gross<br>E-mail: krosen@lowenstein.com<br>           pgross@lowenstein.com<br>           mseymour@lowenstein.com | Co-Counsel to Michael's Stores, Inc. | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail |
|---|---|---|
| White & Case LLP<br>Attn:   Gregory F. Pesce<br>         Laura E. Baccash<br>         Samuel P. Hershey<br>         Devin J. Rivero<br>Email:  gregory.pesce@whitecase.com<br>          laura.baccash@whitecase.com<br>          sam.hershey@whitecase.com<br>          devin.rivero@whitecase.com | Co-Counsel to Michael's Stores, Inc. | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[X] Other E-Mail |