**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**ORDINARY COURSE PROFESSIONAL FEE**
**STATEMENT FROM MAY 17, 2023 THROUGH JULY 31, 2023**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession,

pursuant to the *Order Granting Debtors' Motion for Entry of an Order Authorizing Employment*

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

*and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 380],

have prepared a statement (the "Statement") that includes:  (a) the name of the Ordinary Course

Professional;  (b) the  aggregate  amounts  paid  as  compensation  for  services  rendered  and

reimbursement of expenses incurred by such Ordinary Course Professional during the Statement

period;  and  (c) a  general  description  of  the  services  rendered  by  such  Ordinary  Course

Professional.  The Statement is attached hereto as **Exhibit A**.

Dated: August 23, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      joshua.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**EXHIBIT A**

| Ordinary Course Professional | Aggregate Amount Paid: May 17, 2023 Through July 31, 20233 | Services Provided to Debtors |
|---|---|---|
| Assessment Technologies, LTD, d/b/a AT Tax Advisory | $0.00 | Property Tax Consulting Services. |
| Cleary Gottlieb Steen & Hamilton LLP | $0.00 | Legal – Securities Litigation. |
| Crowell & Morning LLP | $0.00 | Legal – Tariff Litigation. |
| Deloitte & Touche LLP | $0.00 | Accounting – Internal Control and Accounting Related Services. |
| Deloitte Tax LLP | $0.00 | Tax Compliance. |
| Epstein Becker Green, P.C. | $0.00 | Legal – Employment Litigation. |
| Huth Reynolds LLP | $0.00 | Legal – Freight Litigation. |
| Jackson Lewis P.C. | $0.00 | Legal – Employment Litigation. |
| KPMG LLP | $0.00 | Audit Services. |
| Lerner David LLP | $0.00 | Legal – Intellectual Property Maintenance. |
| Perkins Coie LLP | $0.00 | Legal – Litigation. |
| PricewaterhouseCoopers LLP | $0.00 | Audit Services. |
| Pryor Cashman | 0.00 | Legal – Immigration Counsel. |
| Sandler, Travis, & Rosenberg, P.A. | 0.00 | Legal – International Trade and Customs Legal Services. |