UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**DECLARATION OF
EMILIO AMENDOLA IN SUPPORT OF DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING
PROCEDURES TO SELL CERTAIN LEASES, (II) APPROVING THE
SALE OF CERTAIN LEASES, AND (III) GRANTING RELATED RELIEF**

I, Emilio Amendola, hereby declare under penalty of perjury as follows:

1. I am a Managing Director at A&G Realty Partners ("A&G"), a real estate consulting firm. As more fully described in the retention application filed with this Court [Docket No. 616], A&G has been engaged to conduct the sale of the real estate assets of Bed Bath & Beyond Inc. and certain of its direct and indirect subsidiaries, as debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "Debtors").

2. I co-founded A&G in 2012 and currently serve as co-president. I have over 25 years of experience in the commercial real estate industry. My responsibilities at A&G primarily involve managing the company and overseeing and executing many of the in- and out-of-court real estate transactions with which we are involved. In this capacity, I have assisted more than 150 distressed retailers with the disposition or restructuring of their real estate assets.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Prior to co-founding A&G, I worked in finance for over a decade. I began my career as a certified public accountant and continued in investment banking at Thomson McKinnon Securities, where I eventually served as Senior Vice President and Managing Director of Real Estate Investment Banking.

3.    I now submit this declaration (this "Declaration") to support the relief requested in the Debtors' *Notice of Successful and Backup Bidder with Respect to the Phase 1 Auction of Certain of the Debtors' Lease Assets and Assumption and Assignment of Certain Unexpired Leases* [Docket No. 1114] (the "Successful Bidder Notice"), the *Notice of Assumption of Certain Unexpired Leases* [Docket No. 1157] (the "Assumption Notice" and together with the Successful Bidder Notice, the "Notices"), and the *Debtors' Motion for Entry of an Order (I) Establishing Procedures to Sell Certain Leases, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief* [Docket No. 193] (the "Motion") and the Debtors' reply in support of the Relief filed contemporaneously herewith (the "Reply").[2] Unless otherwise indicated, all facts set forth in this Declaration are based upon: (a) my personal knowledge of the Debtors' operations and financial performance; (b) information learned from my review of relevant financial and operational data regarding the Debtors; (c) information received from members of the Debtors' management or their advisors; and (d) my 35 years of professional experience. I am not a participant, other than my role as an advisor to the Debtors, in any of the transactions described in the Motion, Notices, and Reply.

4.    I am authorized to submit this Declaration on behalf of the Debtors, and, if I were called upon as a witness, I could and would testify competently to the facts set forth herein.

---

[2] Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Notices, Motion, or Reply, as applicable.

2

5.  I was involved in the marketing process, Auction, discussions, and negotiations that ultimately led to the execution of the Sale Agreements and Lease Termination Agreements to purchase, assume and assign, or otherwise dispose of certain of the Debtors' real estate assets. I have reviewed the leases for (a) store number 3108 located at 149 Serramonte Center, Daly City, CA, 94015 (the "Serramonte Lease"), (b) store number 126 located at The Fountains on the Lake, 12520 Fountain Lake Circle, Stafford, TX, 77477 (the "Fountains Lease"), and (c) store number 1142 located at 2203 Promenade Boulevard, Suite 20210, Rogers, AR, 72758 (the "Pinnacle Hills Lease").

**Serramonte Lease and Fountains Lease**

6.  In preparing this declaration, I reviewed portions of the most recent annual report filed by Ross Stores, Inc.® ("Ross").[3] I also reviewed portions of the most recent annual report filed by Burlington.[4] Several of the relevant portions are detailed herein.

7.  Ross "operates two brands of off-price retail apparel and home fashion stores—Ross Dress for Less and dd's DISCOUNTS®." Ross 10-K at 3. "Ross is the largest off-price apparel and home fashion chain in the United States . . . ." *Id.* "Ross's target customers are primarily from middle income households." *Id.* In addition:

> As of January 28, 2023, we operated a total of 2,015 stores comprised of 1,693 Ross stores and 322 dd's DISCOUNTS stores. Our stores are located predominantly in community and neighborhood shopping centers in heavily populated urban and suburban areas. Where the size of the market and real estate opportunities permit, our real estate strategy ***is to cluster Ross stores*** with the objective to increase our market penetration and to benefit from economies of scale in advertising, distribution, field management, and other overhead. When evaluating a new store location, we consider factors such as the availability and quality of potential sites, demographic characteristics, competition, and population density of the local trade area. In addition, we continue to consider opportunistic real estate acquisitions.

---

[3] Ross Stores, Inc., Annual Report (Form 10-K) (Aug. 17, 2023) (the "Ross 10-K").

[4] Burlington Stores Inc., Annual Report (Form 10-K) (May 25, 2023) (the "Burlington 10-K").

3

> Where possible, we obtain sites in buildings requiring minimal alterations, allowing us to establish stores in new locations in a relatively short period of time and at reasonable costs in a given market. We do the same for dd's DISCOUNTS stores.

Ross 10-K at 5 (emphasis added).

> Although we may offer ***fewer classifications*** of merchandise than most department stores, we generally offer a large selection within each classification, with a wide assortment of vendors, labels, prices, colors, styles, and fabrics within each size or item. Our merchandise offerings include, but are not limited to, apparel, footwear, accessories, ***small furniture***, home accents, ***bed and bath***, ***beauty***, toys, ***luggage***, ***gourmet food***, ***cookware***, ***jewelry and watches***, and ***pet accessories***.

Ross 10-K at 4 (emphasis added where different than Burlington's listed merchandise offerings).

> We believe the principal competitive factors in the off-price retail apparel and home fashion industry are offering significant discounts on brand name merchandise, offering a well-balanced assortment that appeals to our target customers, and consistently providing store environments that are convenient and easy to shop. To execute this concept, we continue to make strategic investments in our organization. We also continue to make improvements to our merchandising systems to strengthen our ability to plan, buy, and allocate product to our stores. We operate in an attractive sector of retail which offers both value and convenience. We believe that we are ***well-positioned within the off price retail apparel and home fashion industry*** to compete based on these factors.

Ross 10-K at 7 (emphasis added).

8. Burlington is "a nationally recognized off-price retailer of high-quality, branded merchandise at everyday low prices" with a store base "of 927 stores as of January 28, 2023 . . . ."

Burlington 10-K at 1. In addition:

> Burlington Stores offer customers ***a complete line*** of merchandise, including: women's ready-to-wear apparel, menswear, youth apparel, ***baby***, ***beauty***, footwear, accessories, home, toys, ***gifts*** and ***coats***. Our ***broad selection*** provides a wide range of apparel, accessories and furnishings for all ages. Our strategy to chase the sales trend allows us the flexibility to purchase less pre-season merchandise with the balance purchased in-season and opportunistically. It also provides us with the flexibility to shift purchases between suppliers and categories. This enables us to obtain better terms with our suppliers, which we expect to help offset any rising costs of goods. Furthermore, we believe the "treasure hunt" nature of the off-price buying experience drives frequent visits to our stores.

Burlington 10-K at 2.

4

9. Additionally, I have reviewed websites, locations, and directories and have discovered over 215 Ross stores (not including an additional 26 dd's DISCOUNTS stores) within a quarter mile from the front door of a Burlington store—many within the same shopping center.

10. **Serramonte Lease**. I do not believe the addition of a Burlington store would negatively affect Serramonte's other tenants, including those operating discount department stores with an apparel and home fashion retailer such as Ross. In fact, an additional store may benefit the existing tenants by increasing consumer traffic in the area. Indeed, customers purchasing clothing, shoes, and home décor prefer to shop in areas with multiple clothing and other retail store offerings so they can view multiple offerings in one outing. Burlington stores are often located next to Ross Stores. As mentioned, across the country, Burlington co-exists within a quarter mile of approximately 215 Ross stores—the majority within the same shopping center.

11. The location of the Serramonte Lease makes it highly prized and Serramonte might obtain more value for itself if the Serramonte Lease were rejected and returned to its possession.

12. In reviewing the Serramonte Lease, I observe that it lacks any provision requiring the Debtors' compliance with other exclusives and non-competes in other leases in the shopping center other than those that existed at the time it was executed. This type of provision is often drafted to include future use restrictions in other leases enforceable as to a particular tenant, but such a construction was not included in the Serramonte Lease.

13. **Fountains Lease**. I have reviewed the mix of stores at the Fountains location, and I believe the addition of another retailer would not significantly alter Fountains' tenant mix. Fountains is a 600,000 square foot shopping center. Of the tenants in the shopping center, only Old Navy and Ross sell similar goods to Burlington. It is common in such premises to have several apparel stores.

14. The presence of an all-purpose retailer in the location is unlikely to harm Ross stores.

15. For similar reasons to those above, the presence of a Burlington store may actually benefit Ross stores by bringing more customers to the shopping center. Consumers often prefer to purchase clothing in areas with various apparel stores. Indeed, Burlington stores are often located next to Ross stores. As mentioned above, there are a number of Ross stores located next to a Burlington store throughout the country, many of which are in the same shopping center.

16. Like the Serramonte Lease, the Fountains Lease is also an under market lease. Fountains could obtain more value for itself if the lease were rejected and returned to its possession.

17. In reviewing the Fountains Lease, I understand that section 23(d) of the Fountains Lease includes a provision requiring the Debtors' compliance with exclusives and non-competes in other leases in the shopping center other than those that existed at the time it was executed (the "Future Exclusive"). I also understand that section 23(d)(iii) of the Fountains Lease includes a carve out to the Future Exclusive for the "sale, rental or distribution of apparel or apparel accessories." I believe Burlington is involved in the sale of apparel and apparel accessories.

### Pinnacle Hills Lease

18. In preparing this declaration, I have reviewed the adequate assurance package that Michaels sent to Pinnacle Hills. From the Q4 2022 financial statement (the "Michaels Report") that Michaels provided, I understand that "The Michael Companies, Inc . . . is the largest arts and crafts specialty retailer in North America (based on store count) providing materials, project ideas and education for creative activities." Michaels Report at 3. Michaels operates 1,291 retail stores in the United States and Canada. *Id.*

19. In preparing this declaration I have also reviewed Hobby Lobby's website.[5] From Hobby Lobby's website, I understand that Hobby Lobby has over 900 stores and "is the largest privately owned arts-and-crafts retailer in the world . . . ."[6] I also understand that "Hobby Lobby offers over 70,000 items featuring home decor, seasonal decor, tableware, floral, art supplies, craft supplies, yarn, fabric, jewelry making, hobbies and much more."[7]

20. From my review of Dollar Tree, Inc.'s ("Dollar Tree") 10-K ("Dollar Tree 10-K"), it is my understanding that they are a "leading provider of discount variety stores" which "operate under the brand names of Dollar Tree, Family Dollar and Dollar Tree Canada." Dollar Tree 10-K at 6. As of January 28, 2023, Dollar Tree operated 8,134 variety retail stores in the United States and Canada. *Id.* Dollar Tree completed a rollout of a $1.25 price point initiative during fiscal year 2022. *Id.* Dollar Tree's merchandise consists of approximately 8,000 items with a mix consisting of:

> consumable merchandise, which includes everyday consumables such as household paper and chemicals, food, candy, health and personal care products, and in most stores, frozen and refrigerated food;
>
> variety merchandise, which includes toys, durable housewares, gifts, stationery, party goods, greeting cards, softlines, arts and crafts supplies and other items; and
>
> seasonal goods, which include, among others, Christmas, Easter, Halloween and Valentine's Day merchandise.

Dollar Tree 10-K at 7.

21. I have reviewed the mix of stores at the Pinnacle Hills Location, and I believe the addition of one arts-and-craft specialty retailer would not significantly alter Pinnacle Hills' tenant

---

[5] https://www.hobbylobby.com/about-us/our-story (last accessed Aug. 25, 2023).

[6] *Id.*

[7] *Id.*

7

mix. Of the tenants in the strip center, only Hobby Lobby (and to a much lesser-extent, Dollar Tree), sells similar goods to Michaels.

22. The presence of an arts and craft specialty retailer in the location is unlikely to harm Hobby Lobby or Dollar Tree.

23. **Hobby Lobby**. For similar reasons to those above, the presence of a Michaels store may actually benefit Hobby Lobby by bringing more customers to the shopping center. Consumers often prefer to purchase arts and crafts in areas with various arts-and-craft stores. Indeed, Michaels stores are often located next to Hobby Lobby. Specifically, I believe that Michaels co-exists in approximately 30 shopping centers across the country with Hobby Lobby.

24. **Dollar Tree**. Additionally, the presence of a Michaels store may actually benefit Dollar Tree by bringing more deal-seeking customers to the shopping center. Consumers often prefer to purchase merchandise in areas with multiple retail stores. Indeed, Michaels stores are often located next to Dollar Tree stores.

25. Like the Serramonte Lease and Fountains Lease, the Pinnacle Hills Lease is also an under market lease. Pinnacle Hills could obtain more value for itself if the lease were rejected and returned to its possession.

26. In reviewing the Pinnacle Hills Lease, I observe that it lacks any provision requiring the Debtors' compliance with other exclusives and non-competes in other leases in the shopping center other than those that existed at the time it was executed. This type of provision is often drafted to include future use restrictions in other leases enforceable as to a particular tenant, but such a construction was not included in the Pinnacle Hills Lease.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  August 25, 2023  
       Newark, New Jersey

*s/ Emilio Amendola*  
Emilio Amendola  
Co-President  
A&G Realty Partners