UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Neelay Das
4682 Chabot Dr #10236
Pleasanton, CA 94588-2747

Email: neelay.bbby.njb@gmail.com

-and-

Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS – France

Tel : +33756942880

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**NOTICE OF BED BATH AND BEYOND COMMON STOCK EQUITY INTEREST HOLDERS'
MOTION, PURSUANT TO 11 U.S.C. § 105(a), FED. R. CIV. P. 60(b), AND FED. R. BANKR. P. 9024,
FOR AN ORDER VACATING THE ORDER (I) (A) CONDITIONALLY APPROVING THE
ADEQUACY OF THE DISCLOSURE STATEMENT, (B) APPROVING THE SOLICITATION AND
NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF THE PLAN, (C) APPROVING
THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The
location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these
Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

PLEASE TAKE NOTICE that the undersigned holders (the "Stockholders") of equity interests in Bed Bath And Beyond's Common Stock, which has traded on Nasdaq exchange under the symbol "BBBY" and now trades over the counter under the symbol "BBBYQ", hereby move (the "Motion to Vacate"), on an expedited basis, before the Honorable Vincent F. Papalia[2], United States Bankruptcy Judge for the United States Bankruptcy Court for the District of New Jersey, Newark Vicinage, at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102, pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 60(b), and Fed. R. Bankr. P. 9024, for entry of an order, substantially in the form submitted herewith, (A) vacating the *Order (I) (A) Conditionally Approving The Adequacy Of The Disclosure Statement, (B) Approving The Solicitation And Notice Procedures With Respect To Confirmation Of The Plan, (C) Approving The Forms Of Ballots And Notices In Connection Therewith* [Docket No. 1716] and (B) granting the Stockholders such other and further relief as the Court believes is just and proper.

PLEASE TAKE FURTHER NOTICE that, substantially contemporaneously with the filing of this Motion to Vacate, the Stockholders have filed an Application for Order Shortening Time (the "Scheduling Application") requesting that the hearing on the Motion to Vacate be scheduled for August 29, 2023. **PLEASE TAKE NOTE that the order entered with respect to the Scheduling Application will specify the date and time of the hearing on the Motion to Vacate.**

PLEASE TAKE FURTHER NOTICE that the Stockholders shall rely upon the Certification of Neelay Das (the "Das Certification") filed herewith in support of the relief sought by the Motion to Vacate.

PLEASE TAKE FURTHER NOTICE that oral argument is requested, unless the Court directs that no oral argument would be necessary.

PLEASE TAKE FURTHER NOTICE that all objections, if any, must be made in accordance with the Court's order entered with respect to the Scheduling Application. If the order entered with respect to the Scheduling Application directs that written objections be filed, then in accordance with D.N.J. LBR 9013-2(a)(2), written objections shall be filed with U. S. Bankruptcy Court, Clerk's Office, Martin Luther King, Jr. Federal Building, 50 Walnut Street,

---

[2] Information regarding Judge Papalia is accessible here: https://www.njb.uscourts.gov/judges-info/honorable-vincent-f-papalia

2

Newark, NJ 07102, and a copy thereof must simultaneously be served upon Neelay Das, 4682 Chabot Dr #10236, Pleasanton, CA 94588-2747, including via e-mail to neelay.bbby.njb@gmail.com, so they are received by the deadline set forth in the Court's order entered with respect to the Scheduling Application.

      **PLEASE TAKE FURTHER NOTICE** that, in the absence of any objections, the relief requested hereunder may be granted without further notice.

Date:  08/28/2023                /s/ Neelay Das
                                          Neelay Das

Date:  08/28/2023                /s/ Gabriel Rostom
                                            Gabriel Rostom