UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Neelay Das
4682 Chabot Dr #10236
Pleasanton, CA 94588-2747

Email: neelay.bbby.njb@gmail.com

-and-

Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS – France

Tel : +33756942880

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

U.S. BANKRUPTCY COURT
FILED

2023 AUG 28  P 2: 45

ANNIE A. HAUGHTON

DReaves

## APPLICATION FOR ORDER SHORTENING TIME

The applicants, the undersigned holders (the "Stockholders") of equity interests in Bed Bath And Beyond's Common Stock, request that the time period required by D.N.J. LBR 9013-2(a) with respect to *Bed Bath And Beyond Common Stock Equity Interest Holders' Motion, Pursuant To 11 U.S.C. § 105(A), Fed. R. Civ. P. 60(B), And Fed. R. Bankr. P. 9024, For An Order Vacating The Order (I) (A) Conditionally Approving The Adequacy Of The Disclosure Statement, (B) Approving The Solicitation And Notice Procedures With Respect To Confirmation Of The Plan, (C) Approving The Forms Of Ballots And Notices In Connection Therewith* (the "Motion") be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. For the reasons set forth below, the Stockholders respectfully request that the hearing on the Motions be scheduled for August 29, 2023, at 10:00 a.m., or as soon thereafter as the Court's calendar permits.:

2. August 29, 2023, at 10:00 a.m. is the only hearing date currently available for a General motion like the Motion before the September 1, 2023 voting deadline per the debtors' Chapter 11 plan.

3. If voting completes per the currently published plan it will cause irreparable harm to class 9 holders of Interests in BBB, the class under which the undersigned Stockholders have been categorized, as many class 9 holders of Interests in BBB would not sign up for the Release Opt-Out forms due to the misrepresentation in the form of such holders belonging to class 8 and that will limit their legal avenues for further relief.

4. If voting completes per the currently published plan it will likely cause voting by several creditors whose claims are disallowed, as they would still be holding on to borrowed common shares of Bed Bath and Beyond in violation of section 542 of the Bankruptcy Code. This will cause the plan to be unconfirmable, as described in the Motion.

5. By this application, the Stockholders respectfully request that the hearing on the Motions be scheduled for August 29, 2023, at 10:00 a.m., or as soon thereafter as the Court's calendar permits

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicants request entry of the attached proposed *Order Shortening Time Period For Notice, Setting Hearing And Limiting Notice*.

Date:  08/28/2023                                    /s/ Neelay Das
                                                     Neelay Das

Date:  08/28/2023                                    /s/ Gabriel Rostom
                                                     Gabriel Rostom