| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br> BED BATH & BEYOND INC., et al., <br> Debtors. | Case No.: 23-13359 (VFP) <br> Adversary No.: <br> Chapter: 11 <br> Judge: Hon. Vincent F Papalia |

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 AUG 21 P 3:19
JEANNE A. NAUGHTON
BY: /s/ DEPUTY CLERK

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Neelay Das, stockholder
(Example: John Smith, creditor)

Old address: on record with the Court

New address: 4682 Chabot Dr #10236
Pleasanton, CA 94588-2747

New phone no.: neelay.bbby.njb@gmail.com
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: August 19, 2023        /s/ Neelay Das
                              Signature

rev.8/1/2021