| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Bed Bath & Beyond Inc.<br><br>Debtor. | Case No.: 23-13359<br><br>Hearing Date: 8/16/2023<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 11 |

Order Filed on August 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER CONCERNING MOTION FOR
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 29, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the application of Neelay Das and Gabriel Rostom, filed at docket number 1729, to redact certain unspecified personal information from the limited objections filed at docket number 1728, with both such documents currently filed under seal; and the Court having reviewed those documents and determined that there did not appear to be any protected personally identifiable information or trade secret or confidential research, development or commercial information in those documents sufficient to rebut the strong presumption of public access to documents filed with the Bankruptcy Court, as required and defined by 11 U.S.C. 107, Bankruptcy Rule 9037 and New Jersey Bankruptcy Court Local Rule 9037-1; and Mr. Das and Mr. Rostom having appeared by Zoom at the hearing on the application held on August 16, 2023 and Mr. Das having advised that the only information he sought to protect from public view was his personal address, phone number and email address, and Mr. Rostom having initially taken a similar position; and the Court having advised Mr. Das and Mr. Rostom that the identified information is not generally subject to redaction, but offered them the option of providing (i) a physical address, which may be a post office address, and (ii) an email or phone number at which they could be contacted; and Mr. Das having advised the Court that he seeks to use a post office box and email address, and Mr. Das having advised the Court that Mr. Rostom no longer seeks to redact his contact information as set forth on the identified documents; and due notice having been given, and for the reasons set forth on the record on August 16, 2023;

IT IS HEREBY ORDERED that the application for redaction is denied, except as specifically set forth herein; and it is further

ORDERED that the document filed under seal on July 31, 2023 and August 2, 2023 (docket numbers 1728 and 1729) and linked to the Debtor's Notice of Filing of Revised Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement and for related relief (docket number 1692) shall remain sealed; and it is further

ORDERED that Mr. Das shall file with the Court within seven (7) days of the date of this Order redacted versions of Document Numbers 1728 and 1729 which do not reflect Mr. Das' physical address, phone number and email address. These documents, as redacted, shall be available for public viewing; and it is further

ORDERED that in any future filings, Mr. Das will utilize a post office address (or other physical address) and email address at which he consents to be contacted for all purposes in these proceedings. Although the Court indicated that these same same conditions would apply to any future filings by Mr. Rostom, Mr. Das subsequently advised the Court that Mr. Rostom no longer sought any such limitations or redactions. Accordingly, the application as relates to Mr. Rostom is denied as moot.