UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Kristin S. Elliott, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com

     kelliott@kelleydrye.com
    jraviele@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07504
Tel: 973-503-5900

*Counsel for Daly City Serramonte Center, LLC*

In re:

BED BATH & BEYOND INC., *et al.*,

        Debtors.[1]

Order Filed on August 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-13359 (VFP)

Chapter 11

(Jointly Administered)

# ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 30, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER CONCERNING REQUEST TO SEAL DOCUMENTS |

On request of Daly City Serramonte Center, LLC to (i) file under seal unredacted copies of the (a) *Supplemental Objection in Further Support of Opposition of Daly City Serramonte Center, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 3108* (the "Supplemental Objection"); and (b) *Declaration of Ernst A. Bell in Support of Objection of Daly City Serramonte Center, LLC to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 3108* (the "Declaration"), which shall both remain confidential and not be made available to anyone other than the Court; and (ii) file versions of the Supplemental Objection and Declaration with all confidential portions redacted;

And the Court having considered the request and any objection thereto, it is

☐ ORDERED that the request is denied and the Supplemental Objection and the Declaration shall be deleted from the Court's electronic filing system.

☒ ORDERED that the request is granted and that Landlord is authorized to file (i) unredacted versions of the Supplemental Objection and the Declaration under seal; and (ii) versions of the Supplemental Objection and the Declaration with all confidential portions redacted.