**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Kristin S. Elliott, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com

      kelliott@kelleydrye.com
      jraviele@kelleydrye.com

-and-

One Jefferson Road Parsippany, NJ 07504
Tel: 973-503-5900

*Counsel for Pinnacle Hills, LLC*

Order Filed on August 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Case No.: 23-13359 (VFP) |
|---|---|
| BED BATH & BEYOND INC., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 30, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., et al. |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | ORDER CONCERNING REQUEST TO SEAL DOCUMENTS |

On request of Pinnacle Hills, LLC to (i) file under seal unredacted copies of (a) *Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142* (the "Sur-Reply"); and (b) the *Declaration of Jeffrey Aronoff in Support of Pinnacle Hills, LLC's Sur-Reply in Further Support of its Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Lease for Store No. 1142* (the "Declaration"), which shall both remain confidential and not be made available to anyone other than the Court; and (ii) file versions of the Sur-Reply and Declaration with all confidential portions redacted;

And the Court having considered the request and any objection thereto, it is

☐ ORDERED that the request is denied and the Sur-Reply and the Declaration shall be deleted from the Court's electronic filing system.

☒ ORDERED that the request is granted and that Landlord is authorized to file (i) unredacted versions of the Sur-Reply and the Declaration under seal; and (ii) versions of the Sur-Reply and the Declaration with all confidential portions redacted.