**EXHIBIT C**
ITEMIZED EXPENSE DETAIL
FOR THE PERIOD OF JULY 1, 2023 THROUGH JULY 31, 2023

*Exhibit C*

**Bed Bath & Beyond, Inc., et al.**
*Expense Detail by Category*
*July 1, 2023 through July 31, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Miscellaneous** | | | |
| Greenberg, Mark | 7/1/2023 | $ 38.13 | Wireless usage charges |
| Fischer-Hafner, Rudolf | 7/1/2023 | 11.05 | Wireless usage charges |
| Gosau, Tracy | 7/10/2023 | 20.00 | Property record database access - Westchester County |
| Gosau, Tracy | 7/12/2023 | 20.00 | Property record database access - Allegheny County |
| Gosau, Tracy | 7/14/2023 | 5.00 | Property record database access - Chatham Cty |
| Waldie, Bill | 7/5/2023 | 62.70 | PACER expense |
| Waldie, Bill | 7/7/2023 | 14.51 | TLO database access |
| Waldie, Bill | 7/7/2023 | 765.94 | TLO database access |
| Waldie, Bill | 7/31/2023 | 70.33 | CourtLink expense |
| Myers, Haleigh | 7/12/2023 | 10.50 | Document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 10.50 | Document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 10.50 | Document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 10.50 | Documentation purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 10.50 | Documentation purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 0.28 | Documentation purchase for asset search |
| | | **$ 1,061.56** | |
| **Grand Total** | | **$ 1,061.56** | |