## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of August, 2023, a true and correct copy of *MSC Mediterranean Shipping Company SA's (I) Notice Of Assertion Of Setoff And Recoupment Rights And (II) Limited Objection To Amended Joint Chapter 11 Plan Of Bed Bath & Beyond Inc. And Its Debtor Affiliates* has been electronically filed with the Court via the CM/ECF system and will be served by electronic means through the CM/ECF system to the parties listed below and to all registered CM/ECF participants.

<u>Debtors Counsel</u>
Kirkland & Ellis LLP
Attn: Joshua A. Sussberg,
Attn: Emily E. Geier
Attn: Derek I. Hunter
601 Lexington Avenue
New York, New York 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

<u>Debtors Counsel</u>
Cole Schotz P.C.
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
25 Main Street Hackensack
New Jersey 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

<u>United States Trustee</u>
Fran B. Steele, Esq.
Alexandria Nikolinos
One Newark Center, Suite 2100
Newark, NJ 07102
Fran.B.Steele@usdoj.gov
alexandria.nikolinos@usdoj.gov

<u>Counsel to the Official Committee of Unsecured Creditors</u>
Robert J. Feinstein
Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

 /s/ Daniel N. Brogan
Daniel N. Brogan (NJ I.D. #042592012)

23204377 v3