**PASHMAN STEIN WALDER & HAYDEN, P.C.**
Joseph C. Barsalona II
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Email: jbarsalona@pashmanstein.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.* | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C., Pomerantz LLP, and Bronstein, Gewirtz & Grossman, LLC hereby enter their appearance (this "Notice of Appearance") in the above-captioned cases as counsel to Bratya SPRL, and other similarly situated shareholders of Bed Bath & Beyond, Inc. (collectively, "Bratya"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| **PASHMAN STEIN WALDER & HAYDEN, P.C.**<br>Joseph C. Barsalona II, Esq.<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 488-8200<br>Email: jbarsalona@pashmanstein.com | **POMERANTZ LLP**<br>Omar Jafri, Esq.<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>Telephone: (312) 881-4850<br>Email: ojafri@pomlaw.com |

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein, Esq.
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Bratya: (1) to have an Article III judge adjudicate in the first instance any case,

2

proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bratya is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: September 1, 2023

**PASHMAN STEIN WALDER & HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email: jbarsalona@pashmanstein.com

-and-

Richard C. Solow
The Woolworth Building
233 Broadway, Suite 820
New York, New York 10279
Email: rsolow@pashmanstein.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs*