## **CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on September 1, 2023, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS to* be served on all parties who are scheduled to receive notice through the Court's ECF system and will be served by electronic means through the CM/ECF system to the parties listed below and to all registered CM/ECF participants.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email: jbarsalona@pashmanstein.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs*