**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IFRAH LAW PLLC
Jeff Ifrah
George R. Calhoun
1717 Pennsylvania Ave. NW, Ste. 650
Washington DC 20006
(202) 524-4147
jeff@ifrahlaw.com
george@ifrahlaw.com

*Attorneys for Federal Insurance Company*

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BED BATH & BEYOND., *et al.* ) | |
| ) | Bankruptcy Case No. 23-13359 |
| Debtors. ) | |
| _____ ) | |

**APPLICATION FOR ADMISSION**
**_PRO HAC VICE_ OF GEORGE R. CALHOUN, ESQ.**

**TO:** **THE HONORABLE VINCENT F. PAPALIA**
**UNITED STATES BANKRUPTCY JUDGE**

The undersigned hereby seeks an Order granting the admission *pro hac vice* of George R. Calhoun (the "Application"), of the law firm Ifrah PLLC, counsel for The Federal Insurance Company, to practice before this Court in connection with the above captioned chapter 11 case.

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey ("LBR") and Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey, application is hereby made for an Order for *pro hac vice* admission of George R. Calhoun (the "Applicant") of the law firm Ifrah PLLC, 1717 Pennsylvania Avenue, NW, Suite 650, Washington, DC 20006. In support of the Application, the Applicant relies upon the attached Certified Statement of George R. Calhoun. In support of the Application,

the Applicant relies upon the attached Certified Statement of George R. Calhoun. Unless requested by other parties, no oral argument is requested. A proposed form of Order is also submitted herewith.

Dated: September 1, 2023

                                              IFRAH LAW PLLC

                                              _____
                                              Jeff Ifrah

                                              1717 Pennsylvania Ave., NW
                                              Washington, D.C. 20006
                                              (202) 525-4140
                                              Email: jeff@ifrahlaw.com

                                              IFRAH PLLC
                                              George R. Calhoun, V (*pro hac vice* forthcoming)

                                              1717 Pennsylvania Ave., NW
                                              Washington, D.C. 20006
                                              (202) 525-4147
                                              Email: george@ifrahlaw.com

                                              *Attorneys for Federal Insurance Company*