**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IFRAH LAW PLLC
Jeff Ifrah
George R. Calhoun
1717 Pennsylvania Ave. NW, Ste. 650
Washington DC 20006
(202) 524-4147
jeff@ifrahlaw.com
george@ifrahlaw.com

*Attorneys for Federal Insurance Company*

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BED BATH & BEYOND., *et al.* ) | |
| ) | Bankruptcy Case No. 23-13359 |
| Debtors. ) | |
| _____ ) | |

**CERTIFIED STATEMENT OF GEORGE R. CALHOUN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Bankruptcy Rule 9010-1 and in support of his application for admission *pro hac vice*, George R. Calhoun certifies as follows:

1. I am admitted to practice and am a member of good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| Maryland | 12/16/1997 |
| United States District Court for the District of Maryland | 1/9/1998 |
| United States District Court for the District of Columbia | 5/4/1998 |
| District of Columbia | 10/5/1998 |
| United States Court of Appeals for the Third Circuit | 7/3/2006 |

| | |
|---|---|
| United States District Court for the Eastern District of Michigan | 7/12/2007 |
| United States District Court for the Northern District of Illinois | 8/30/2016 |
| United States Court of Appeals for the District of Columbia Circuit | 10/16/2017 |

2. There are no disciplinary proceedings pending against me.

3. Discipline has not been imposed on me during the five year period preceding this application.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment. Executed on September 1, 2023, in Washington, DC.

_____

George R. Calhoun, Esq.