IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO. 23-13359 (VFP) |
| BED BATH & BEYOND, INC., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATION OF SERVICE

1. I am a Legal Assistant employed by the Firm of Ansell Grimm & Aaron, P.C., attorneys for Creditors, the Texas Taxing Authorities in the above-entitled matter.

2. On September 5, 2023, I sent for filing, via the Court's ECF system, Limited Joint Objection of the Texas Taxing Authorities to the Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates, via the Court's ECF system and email to Debtors' counsel, Ross Fiedler, Esq., ross.fiedler@kirkland.com; Emily E. Geier, Esq., Emily.geier@kirkland.com; Derek I. Hunter, Esq., derek.hunter@kirkland.com; Michael D. Sirota, Esq., msirota@coleschotz.com; Charles B. Sterrett, Esq., Charles.sterrett@kirkland.com; Joshua Sussberg, Esq., Joshua.sussberg@kirkland.com; Warren A. Usatine, Esq., wusatine@coleschotz.com ; US. Trustee, Alexandria Nikolinos, Alexandria.nikolinos@usdoj.gov, Fran B. Steele, fran.b.steele@usdoj.gov and Creditor Committee, Bradford J. Sandler, Esq., bsandler@pszjlaw.com.

3. I certify that the foregoing statements made by me are true. I am aware that should any of the foregoing statements made by me be willfully false, I am subject to punishment.

Dated: September 5, 2023

*Carol A. Sheridan*
Carol A. Sheridan