**HUSCH BLACKWELL LLP**
David Stauss (NJ I.D. #013862005)
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: 303.749.7200
Facsimile: 303.749.7272
Email: david.stauss@huschblackwell.com

**HUSCH BLACKWELL LLP**
Caleb T. Holzaepfel, Esq.
Admitted *pro hac vice*
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone:  423.755.2654
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Safety National Casualty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| -----------------------------------------------------------x | : | |
| In re | : | Chapter 11 |
| | : | |
| BED BATH & BEYOND INC., *et al.*, | : | |
| | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| -----------------------------------------------------------x | | |

### RESERVATION OF RIGHTS OF SAFETY NATIONAL CASUALTY CORPORATION AS TO MOTION FOR RELIEF FROM AUTOMATIC STAY ON BEHALF OF PHYLLIS EICHNER

Safety National Casualty Corporation ("Safety National"), by and through the undersigned counsel, hereby files this reservation of rights (the "Reservation of Rights") as to the *Notice of Motion for Relief from Automatic Stay* filed by Phyllis Eichner [Docket No. 1925] (the

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

HB: 4867-6852-3134.1

"Eichner Motion") In support of this Reservation of Rights, Safety National respectfully states a follows:

1. On August 18, 2023, movant Phyllis Eichner ("Eichner") filed her *Notice of Motion for Relief from Automatic Stay* at Docket Number 1925, requesting relief from the automatic stay to pursue claims against Debtor Bed Bath & Beyond, Inc. (the "Debtor") and affiliates of the Debtor, potentially including other debtor entities in the above captioned case (collectively with the Debtor, the "Debtors"), under a certain lawsuit styled *Phyllis Eichner v. Bed, Bath & Beyond, Inc., et al.*, Case No. ATL-L-2254-21 filed on July 19, 2021 in the Superior Court of New Jersey, Atlantic County Law Division (the "State Court Lawsuit"). The State Court Lawsuit includes premises claims against the Debtors based on alleged injuries sustained by Eicher on September 25, 2020 while she was a patron/business invitee in a Bed Bath & Beyond store located in Mays Landing, New Jersey. The Eichner Motion requests that Eichner be allowed to pursue claims against the Debtors under the State Court Lawsuit to the extent of applicable insurance and states that Eichner believes the applicable insurance to be a certain commercial general liability policy held by the Debtor with Safety National (the "Safety National Insurance Policy").

2. As of the filing of this Reservation of Rights, no proposed stipulation has been filed on the docket nor have the Debtors filed any objection to the Eichner Motion. Safety National will object to any stipulation or proposed order that attempts to modify the rights or defenses held by Safety National under the Safety National Insurance Policy, any applicable policy or contractual agreements between the Debtors and Safety National, the Bankruptcy Code, or other applicable law. Accordingly, Safety National hereby expressly reserves all of it rights, claims, counterclaims, defenses, and remedies under the Bankruptcy Code, the Safety National Insurance Policy, any

HB: 4867-6852-3134.1

applicable contractual agreements between the Debtors and Safety National, and other applicable law.

WHEREFORE the reasons set forth above, Safety National respectfully requests a reservation of its rights as to the Eichner Motion.

Dated:  September 5, 2023                                  Respectfully Submitted,

/s/ David Stauss
David Stauss (NJ I.D. #013862005)
**HUSCH BLACKWELL LLP**
1801 Wewatta Street, Suite 1000
Denver, CO 80202
T: 303.749.7200; F: 303.749.7272
Email: david.stauss@huschblackwell.com

Caleb T. Holzaepfel, Esq. (admitted *pro hac vice*)
**HUSCH BLACKWELL LLP**
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
T: 423.755.2654; F: 423.266.5500
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Safety National Casualty Corporation*

HB: 4867-6852-3134.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of September, 2023, a true and correct copy of *Safety National's Reservation of Rights* has been electronically filed with the Court via the CM/ECF system and will be served by electronic means through the CM/ECF system to the below and to all registered CM/ECF participants.

Debtors' Counsel
Kirkland & Ellis LLP
Attn: Joshua A. Sussberg,
Attn: Emily E. Geier
Attn: Derek I. Hunter
601 Lexington Avenue
New York, New York 10022
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

Debtors' Counsel
Cole Schotz P.C.
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
25 Main Street Hackensack
New Jersey 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

United States Trustee
Fran B. Steele, Esq.
Alexandria Nikolinos
One Newark Center, Suite 2100
Newark, NJ 07102
Fran.B.Steele@usdoj.gov
alexandria.nikolinos@usdoj.gov

Counsel to the Official Committee of Unsecured Creditors
Robert J. Feinstein
Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com

Counsel to Phyllis Eichner
Francis J. Ballak
Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill
A Professional Corporation
660 New Road, Suite 1-A
Northfield, NJ 08225
francis@gmslaw.com

*/s/ David Stauss*
David Stauss (NJ I.D. #013862005)

HB: 4867-6852-3134.1