UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS – France

Tel : +33756942880

-and-

Neelay Das

| | |
|---|---|
| In Re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**BED BATH AND BEYOND COMMON STOCK EQUITY INTEREST HOLDERS' LIMITED
OBJECTION TO DEBTORS' PROPOSED REVISED ORDER (I) (A) CONDITIONALLY
APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (B) APPROVING THE
SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF THE
PLAN, (C) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION
THEREWITH, (D) SCHEDULING A COMBINED DISCLOSURE STATEMENT APPROVAL AND
PLAN CONFIRMATION HEARING AND CERTAIN DATES AND DEADLINES WITH RESPECT
THERETO, AND (E) GRANTING RELATED RELIEF, AND (II) (A) EXTENDING THE DEBTORS'
EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The
location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these
Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS – France

Tel : +33756942880


-and-

Neelay Das

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**BED BATH AND BEYOND COMMON STOCK EQUITY INTEREST HOLDERS' LIMITED
OBJECTION TO DEBTORS' PROPOSED REVISED ORDER (I) (A) CONDITIONALLY
APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (B) APPROVING THE
SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF THE
PLAN, (C) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION
THEREWITH, (D) SCHEDULING A COMBINED DISCLOSURE STATEMENT APPROVAL AND
PLAN CONFIRMATION HEARING AND CERTAIN DATES AND DEADLINES WITH RESPECT
THERETO, AND (E) GRANTING RELATED RELIEF, AND (II) (A) EXTENDING THE DEBTORS'
EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The
location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these
Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE AND (B) GRANTING RELATED RELIEF**

The undersigned holders of equity interests in Bed Bath And Beyond's Common Stock which has traded on Nasdaq exchange under the symbol "BBBY" and now trades over the counter under the symbol "BBBYQ", hereby object (this "Objection") to the Debtors' Proposed *Revised Order (I) (A) Conditionally Approving The Adequacy Of The Disclosure Statement, (B) Approving The Solicitation And Notice Procedures With Respect To Confirmation Of The Plan, (C) Approving The Forms Of Ballots And Notices In Connection Therewith, (D) Scheduling A Combined Disclosure Statement Approval And Plan Confirmation Hearing And Certain Dates And Deadlines With Respect Thereto, And (E) Granting Related Relief, And (Ii) (A) Extending The Debtors' Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof Pursuant To Section 1121 Of The Bankruptcy Code And (B) Granting Related Relief* [D.I. 1692] (the "Motion")[2], and in support of that Objection state as follows:

## PRELIMINARY STATEMENT

1.    Pursuant to the Debtors' Proposed Plan and Solicitation and Voting procedures, General Unsecured Claim holders have been classified in class 6, which includes 2014 Senior Unsecured Notes Claim Holders and for voting purposes their claims only will be the unpaid principal amount of the applicable positions such Holder held as of the Voting Record Date. Under **Exhibit 3** *Solicitation and Voting Procedures* of the Motion section (iv).2 *"Class 6 2014 Senior Unsecured Notes Claims"* it is stated that the claim amounts for voting purposes for Holders of Class 6 2014 Senior Unsecured Notes Claims will be established by reference to the books and records of the applicable indenture trustee, or, as the case may be, in the amount of such Claims held by each Beneficial Holder through its Nominee as of the Voting Record Date as evidenced by the securities position report(s) from the DTC or other applicable depository firm. Also, pursuant to the Debtors' Plan and Solicitation and Voting procedures, holders of equity interests in Bed Bath And Beyond's Common Stock (the "Shareholders") are deemed to have "Interests in BBB" per the *Release Opt-Out Form (Attachment A)* in the Motion and so are classified under class 9 per

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

the table in section III.D in the Motion, even though the *Release Opt-Out Form* states that such holders are classified under class 8, which presumably is a typographical error. The treatment for such holders per the table in section III.D in the motion is specified as follows: *"In full and final satisfaction of each Allowed Interest in BBB, each Allowed Interest in BBB shall be canceled, released, and extinguished, and will be of no further force or effect and no Holder of Interests in BBB shall be entitled to any recovery or distribution under the Plan on account of such Interest"*. Further, Article III.B of the *Amended Joint Chapter 11 Plan Of Bed Bath & Beyond Inc. And Its Debtor Affiliates* [D.I. 1688] (the "Proposed Plan") states the following about the above treatment, which is also described in Article III.B.9 of the Proposed Plan: *"Subject to Article VI hereof, each holder of an Allowed Claim or Allowed Interest, as applicable, shall receive under the Plan the treatment described below in full and final satisfaction, compromise, settlement, release, and discharge of, and in exchange for, such holder's Allowed Claim or Allowed Interest, <u>except to the extent different treatment is agreed to by the Debtors and the holder of such Allowed Claim or Allowed Interest, as applicable.</u> Unless otherwise indicated, the holder of an Allowed Claim or Allowed Interest, as applicable, shall receive such treatment on the later of the Effective Date and the date such holder's Claim or Interest becomes an Allowed Claim or Allowed Interest or as soon as reasonably practicable thereafter."* Pursuant to the above description and the meaning of the word "Allowed" in this context, as specified in the Proposed Plan [D.I. 1688] section I.A.13, shareholders get any distribution in equity or cash proceeds, before their equity interests are extinguished, only if they enter into an agreement with the Debtors to that effect, as underlined above and such an agreement currently doesn't exist. Also, however, as explained in the <u>Background</u> and <u>Argument</u> sections, Equities swaps trading data downloaded from the DTCC Public Price Dissemination (PPD) Website[3] shows circumstantial evidence of still open short positions in Bed Bath And Beyond's Common Stock being used to hedge bonds corresponding to 2014 Senior Unsecured Notes due in 2024. Also, as specified in paragraph 2 of D.I. 1438 the Proposed Plan and the Motion were formulated after a "robust diligence sharing process" with the Official

---

[3] https://pddata.dtcc.com/gtr/dashboard.do, Quick Reference Guide available at:
https://kgc0418-tdw-data-0.s3.amazonaws.com/gtr/static/gtr/docs/RT_PPD_quick_ref_guide.pdf

Committee Of Unsecured Creditors (UCC) and per Debtors' Counsel Noah Z. Sosnick's testimony in the July 18 Court Hearing the Debtors reached an agreement on the terms of the Proposed Plan with UCC and the DIP lenders. All holders of Senior Unsecured Notes are represented by The Bank of New York Mellon, the trustee for all such notes, on the UCC. **Any holder of Senior Unsecured Notes who has an open short position in Bed Bath And Beyond's Common Stock while voting for the Proposed Plan would be falsely certifying that Bed Bath And Beyond owes them the unpaid principal amount of the applicable positions or the amount established by reference to the books and records of the applicable indenture trustee, or, as the case may be, in the amount of such Claims held by each Beneficial Holder through its Nominee as of the Voting Record Date as evidenced by the securities position report(s) from the DTC or other applicable depository firm, while in fact the actual amount owed should be the above amount subtracted by the full proceeds from their short position assuming they never have to close that position, because the Proposed Plan doesn't offer any distribution of proceeds to the shareholders in exchange for tendering their shares which otherwise would prompt shareholders who have lent their shares to recall them back, thereby, in turn, causing the short positions to be closed. This will be a violation of Securities and Exchange Act Sections 17(a)(2), potentially 17(a)(1), potentially SEC Rules 10b5(a) and 10b5(b), which in turn will make the Proposed Plan unconfirmable, due to violation of section 1129(a)(3) of the Bankruptcy Code.** Also, on January 5, 2023, Bed Bath And Beyond reported in a press release[4] that the previously commenced exchange offer and consent solicitation with respect to its unsecured senior notes for a new series of convertible notes, as previously reported in a press release on October 18, 2022[5], was terminated after the offer expired on January 04, 2023, after multiple extensions of the expiry date, without all note holders tendering their notes. The press release added that conditions to the exchange offer and consent solicitation were not satisfied, with, as of last reporting per December 20, 2022 8K SEC filing[6] only 18.21% of notes due 2024, 24.77% of notes due 2034 and 11.19% of notes due 2044 being tendered. In a

---

[4] https://www.sec.gov/Archives/edgar/data/886158/000119312523002004/d427733dex991 htm
[5] https://www.sec.gov/Archives/edgar/data/886158/000119312522264253/d411604dex991.htm
[6] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000886158/000119312522308768/d432604d8k.htm

snapshot of the post 2022-12-03 Equities swaps trading data downloaded from the DTCC PPD website shown in **Exhibit D** it can be seen that, there were a flurry of CFD[7] swap transactions with very large notional amounts of up to $2 million USD per transaction, which were hedging corresponding large short positions in days leading up to the termination of the notes exchange offer. Also, FINRA Short Sale Volume Data[8] shows that this coincided with a big jump in the short sale volume to 60.64% (5,289,670 short sale volume, 8,723,023 total volume) on January 03, 2023, the day before expiry of the Exchange Offer and this caused a 7.97% drop in BBBY price per share from $2.51 the previous day to $2.31[9] at the market close on that day. This would have definitely deterred any unsecured note holders who were yet to tender their notes in exchange for convertible notes and were contemplating on doing so, as exchanging for convertible notes makes economic sense if price per share is expected to appreciate. The failure of the exchange offer prompted Bed Bath And Beyond to issue a possible bankruptcy warning in the January 05, 2023 press release. Moreover, as seen from the "Swap Transaction Publish Date" column in the snapshot of the Equity Swaps data in **Exhibit E**, the data for the flurry of CFD swap transactions hedging for the large short positions that were opened up leading up to the possible bankruptcy warning was not published months later until March 2023, indicating a possible attempt to hide those transactions. **This shows a scheme where aggressive short selling by bondholders and/or their affiliates, combined with the refusal by the bondholders to tender old unsecured notes was instrumental in causing a failure of the Exchange Offer, which in turn eventually led to the company filing for Chapter 11 bankruptcy protection. Now, representatives of the same bondholders (BNY Mellon and UCC) have collaborated with Bed Bath and Beyond to devise a Chapter 11 plan, which causes the short positions opened by the bondholders and/or their affiliates never to be closed and thereby they walk away with large proceeds from their open short positions. This is textbook violation of SEC Rule 10b5(a) and Securities and Exchange Act Section 17(a)(1), which in turn will make the Proposed Plan unconfirmable, due to violation of section 1129(a)(3) of the Bankruptcy Code, as provisions of the Proposed Plan**

---

[7] Contract For Difference
[8] https://cdn.finra.org/equity/regsho/daily/CNMSshvol20230103.txt
[9] https://finance.yahoo.com/quote/BBBYQ/history?p=BBBYQ

are forbidden by law as shown above. The issue is being raised now so Debtors may resolve the situation by amending the Proposed Plan to offer distribution of proceeds to the common stock equity security holders or alternatively, by mandating that any holders of Senior Unsecured Notes who have open short positions in Bed Bath And Beyond's Common Stock close their short positions, before voting on the amended plan.

2.    Pursuant to the Debtors' Proposed Plan and Solicitation and Voting procedures, Holders of Claims or Interests will be deemed to have released certain third parties unless they complete and submit an electronic Opt-Out Form through the E-Ballot Portal or Public Securities Opt-Out Portal so that it is actually received by the Notice and Claims Agent on or before the Voting Deadline. Section 524(e) of the Bankruptcy Code specifically provides that the discharge of claims against the Debtors upon confirmation of a chapter 11 plan pursuant to section 1141(d) of the Bankruptcy Code does not affect the pre-confirmation liability of non-debtor entities. In *First Fid. Bank v. McAteer, 985 F.2d 114, 118 (3d Cir. 1993)* the Third Circuit Court ruled that, where releasing parties have consented to a provision in a plan of reorganization that releases claims against non-debtors, such <u>releases will be approved on the basis of general principles of contract law</u>. Under basic contract law principles, consent may be express or manifested by conduct. Parties must "objectively manifest their acceptance and intent to be bound by a contract [.]" *Craddock v. LeClair Ryan, P.C.*, 2016 WL 1464562, at *8 (E.D. Va. Apr. 12, 2016). By the same token, a legal right may be waived only if it is "knowingly, voluntarily and intentionally abandoned." Luitpold Pharm., Inc. v. Ed. Geistlich Sohne A.G. Fur Chemische Industrie, 784 F.3d 78, 95 (2d Cir. 2015). In *re Washington Mutual, Inc.*, 442 B.R. 314 (Bankr. D. Del. 2011), where the Court ruled that "any third party release is effective only with respect to those who affirmatively consent to it by voting in favor of the Plan and not opting out of the third party releases." Id. at 355 (emphasis added). The Court clarified that an "opt out mechanism is not sufficient to support the third party releases . . . particularly with respect to parties who do not return a ballot (or are not entitled to vote in the first place). Failing to return a ballot is not a sufficient manifestation of consent to a third party release." Id. *See also In re Emerge Energy Services LP*, 19-11563 (KBO), 2019 WL 7634308, *18 (Bankr. D.

Del. Dec. 5, 2019) (Court ruled that consent can not be inferred by the failure of a creditor or equity holder to return a ballot or opt-out form). In *re: PURDUE PHARMA, L.P.* (USDC SDNY 2021) Case 7:21-cv-08566-CM Document 100[10] the District Court held that nothing either express or implied in the Bankruptcy Code gave a bankruptcy court statutory authority to confirm a plan containing non-consensual third party releases. Among other things, the District Court rejected the argument that Bankruptcy Code sections 105(a), 1123(a)(5), 1123(b)(6) and 1129(a)(1), either singularly or in the aggregate, permit the approval of third party releases, noting that none of the sections could, in context, be read to grant such a wide-ranging ability to release the claims of non-debtors against non-debtors. The District Court similarly reasoned that Congress's enactment of Bankruptcy Code sections 524(g) and (h)—which permit third party releases but only in asbestos cases—indicated that such releases were not permissible in other cases. In *Patterson v. Mahwah Bergen Retail Group, Inc* Civil No. 3:21cv167 (DJN) (USDC EDVA)[11] the District Court also held that the bankruptcy court had been incorrect to infer consent from parties' inaction in failing to affirmatively opt-out of the releases. The District Court held that while non-consensual third party releases may, when jurisdiction exists, be approved, they must satisfy the Fourth Circuit's seven factor test in Behrmann v. Nat'l Heritage Found., Inc., 663 F.3d 704 (4th Cir. 2011), and even then, they should be used "cautiously and infrequently." The seven factor test adopted by the Fourth Circuit in Behrmann (following the Sixth Circuit's ruling in In re Dow Corning Corp., 280 F.2d 648 (6th Cir. 2002)), only permits non-consensual third party releases where: (1) there is an identity of interests between the debtor and the third party such that a suit against the non-debtor will deplete the assets of the estate; (2) the non-debtor has contributed substantial assets to the reorganization; (3) the injunction is essential to reorganization; (4) the impacted class, or classes, has overwhelmingly voted to accept the plan; (5) the plan provides a mechanism to pay for all, or substantially all claims, of the class or classes affected by the injunction; (6) the plan provides an opportunity for those claimants who choose not to settle to recover in full and; and (7) the bankruptcy court made a record of specific factual

---

[10] https://www.restructuring-globalview.com/wp-content/uploads/sites/21/2021/12/Purdue-Appeal-Decision-and-Order.pdf
[11] https://reorg-research.com/pdf/3714294.pdf

findings that support its conclusions. The non-consensual third party release provisions in the Motion do not meet the above test, specifically the above underlined factors. Also, as discussed in paragraph 1, if the Motion is approved, as it is, it leaves the possibility of Securities Fraud being committed by the Senior Unsecured Notes Holders who opened up short positions in Bed Bath And Beyond's Common Stock and are represented by third party UCC. Non-consensual third party releases against such potential fraud claims have typically not been approved by courts. **The issue is being raised now so that Debtors may resolve the situation by changing the opt-out portion of their ballots to an opt-in form. Doing so will ensure that only those claimants who actually receive the forms and actually consent to give third-party releases, will be deemed to provide the same. Approval of the solicitation procedures should be denied absent this change being made.**

3.    In the Motion the debtors are seeking an extension of the exclusivity period. Per article XI.B.1 of the Motion the Debtors state that as of the end of the 2022 fiscal year, they had approximately $1.6 billion of U.S. federal net operating losses (the "NOLs") and $143 million of disallowed business interest carryovers under section 163(j) of the Tax Code (the "163(j) Carryovers"). Per the latest filed SEC 10K form[12] on page 63 the Debtors state that during the year ended February 25, 2023 shares were reissued out of treasury stock at a weighted-average cost of $44.27 per share, for a total cost of $3.1 billion. The difference between the cost of the treasury stock and the consideration received is recorded as a reduction to retained earnings on the consolidated balance sheets. These extensive deferred tax assets could have been used by Debtors to market a maximized value of the estate to potential acquirers for a takeover transaction pursuant to I.R.C. § 382(l)(5), I.R.C. § 382(c), § 1.1032-1(b) and I.R.C. § 1212(a)(1)(B). However, the asset sale transactions that have been pursued and executed, so far, by the debtors have been of assets that are parts of the estate instead of the entire estate itself, which would have made the transaction pursuant to I.R.C. § 382(l)(5), I.R.C. § 382(c) provisions. As a result, these transactions were not value maximizing and resulted in inadequate proceeds, which in turn were insufficient for effecting a successful turnaround, so far. This shows that the debtors have not fulfilled their fiduciary duty to the shareholders of pursuing a value

---

[12] https://www.sec.gov/ix?doc=/Archives/edgar/data/0000886158/000088615823000059/bbby-20230225.htm

maximizing turnaround strategy and now, per the currently Proposed Plan and Motion shareholder equity is expected to be extinguished with no distribution to shareholders. Also, in multiple court filings [D.I.s: 10, 25, 1437 and 1438], like the Motion, the debtors have described GameStop Executive Chairman Ryan Cohen's investment in and exit from Bed Bath And Beyond in 2022 in unfavorable terms, blaming him for the decline in the stock price, while completely ignoring investment and exit of Jake Freeman from Freeman Capital, who took a comparable investment position and exited one day before (08/16/22)[13] Ryan exited from his position. On the other hand, Ryan Cohen has been listed as an Interested Party, as of 01/19/2023, in multiple dockets [D.I.s: 178, 179, 180 and 181]. This is indicative of Bed Bath And Beyond Board of Directors' prejudice towards Ryan Cohen, which might have possibly prevented a value maximizing takeover deal, as described above, where Ryan Cohen is an acquiring party and the same situation may continue, if the exclusivity period is not terminated. **So, we respectfully request that the Debtors' request for extension of the exclusivity period be denied and also that the currently active exclusivity period be terminated, so that third parties may present alternate value maximizing Chapter 11 plan(s), which may generate better proceeds for all stakeholders.**

## **BACKGROUND**

4.    On April 23, 2023 (the "Petition Date") the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

5.    The Debtors remain in possession of their assets and continue to manage their businesses as debtors-in-possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

---

[13] SEC 13G Form corresponding to Jake Freeman's entry into BBBY:
https://www.sec.gov/Archives/edgar/data/1939210/000193921022000002/test.htm
SEC 13G Form corresponding to Jake Freeman's exit from BBBY:
https://www.sec.gov/Archives/edgar/data/1939210/000193921022000004/test.htm
SEC 13D/A Form showing Ryan Cohen's updated stake after the stock repurchases by the company:
https://www.sec.gov/Archives/edgar/data/1822844/000119380522001199/e621886_sc13da-rcv.htm
SEC 13D/A Form showing Ryan Cohen's exit from BBBY, one day after Jake Freeman's exit:
sec.gov/Archives/edgar/data/1822844/000092189522002496/sc13da313351002_08182022.htm

6.    On or about May 5, 2023, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Ryder Integrated Logistics, Inc.; (ii) The Bank of New York Mellon, as Indenture Trustee for All 2014 Senior Unsecured Notes Holders; (iii) Intersoft Data Labs Inc; (iv) KDM P.O.P. Solutions Group; (v) Shark Ninja Operating LLC; (vi) Lenox Corporation; and (vii) SITE Centers Corp. See Notice of Appointment of Official Committee of Unsecured Creditors [D.I. 218].

7.    Prior to the Petition Date, on July 21, 2022 in a Letter[14] addressed to Bed Bath And Beyond Board of Directors, attached as an Exhibit to his SEC Form 13G[15] filing, Jake Freeman from Freeman Capital revealed that it had acquired 6.21% stake in the company and proposed a turnaround plan for the company. In the letter he also revealed that Freeman Capital and affiliates were owners of the 2014 Unsecured Notes expiring in 2024. In the letter he also proposed a turnaround plan for Bed Bath And Beyond that involved exchanging the existing unsecured notes with a series secured notes, expiring on 8/1/2024, 8/1/2029, 8/1/2033. In addition, the letter proposed issuance of warrants to purchase common shares expiring on 8/1/2029 and 8/1/2033 and convertible notes to purchase shares that would mature on 07/22/28.

8.    Prior to investing in Bed Bath And Beyond Jake jointly published a paper with Vivek Kapoor from Volaris Capital Management titled *Irreducible Risks of Hedging a Bond with a Default Swap*[16]. The abstract of the paper states *"The results show that there are irreducible risks when hedging a defaultable bond with a CDS; these irreducible risks increase with the magnitude of the premium/discount of the bond and decrease as the correlation between default time and recovery increase"*. Before starting Volaris Capital Management Vivek Kapoor used to work for Credit Suisse[17], which is still dealing[18] with the fallout from the failure of Archegos Total Return swaps back in 2021.

---

[14] https://www.sec.gov/Archives/edgar/data/1939210/000193921022000002/BBBYL.htm
[15] https://www.sec.gov/Archives/edgar/data/1939210/000193921022000002/test.htm
[16] https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3405367
[17] https://www.bloomberg.com/news/articles/2017-05-02/ex-credit-suisse-trader-said-to-lure-1-6-billion-of-client-cash
[18] https://www.investmentweek.co.uk/news/4120805/credit-suisse-receives-record-fine-archegos-failures

# ARGUMENT

## Circumstantial Evidence Of Still Open Short Positions In Bed Bath And Beyond's Common Stock Being Used To Hedge 2024 Bonds

1.      A search of the Credit Default Swaps trading data downloaded from the DTCC Public Price Dissemination (PPD) Website[19] for the ISIN numbers US075896AA80, US075896AB63 and US075896AC47 of Bed Bath And Beyond Senior Unsecured Notes (Bonds) did not bring up any such swaps hedging the Bonds, but the data does show these swap financial instruments being used to hedge other corporate bonds. This would be in alignment with the paper published by Jake Freeman, as discussed in the Background section, which found that hedging bonds using CDS was not that effective. However, a search of the unzipped .csv format Daily Equity Swaps trading data downloaded from the same above website, using the links shown in **Exhibit A** below, for the ISIN number US0758961009 corresponding to Bed Bath And Beyond common stock brings up a lot of swap transactions which have been collected in a spreadsheet[20] showing the data prior to 2022-12-03 and in another spreadsheet[21] showing the data post 2022-12-03, since they are published in different formats by DTCC. These swaps are used to hedge against losses in short positions and they are either of the type Total Return Swap or Contract For Difference (CFDs) as seen in the "Product ID" column in the spreadsheet with reference to this article[22] for explanation of the various Product IDs. This article[23] explains how taking a long position in CFDs hedges short positions in stock. The swap transactions highlighted in the spreadsheet are those with a high notional amount and with expiration dates close to one of the proposed secured notes expiry dates, per the turnaround proposal, in Jake Freeman's letter to Bed Bath and Beyond board, as described in the background section. Comparison of a screenshot this data (**Exhibit B**) with 2024 bonds trading data screenshot from FINRA[24] (**Exhibit C**) for the same date 07/07/22 shows large swap positions being opened up or amended close to large bond purchases, thereby indicating that the bonds were being hedged using short transactions corresponding to these swap positions. The fact that most of the highlighted CFD expiry

---

[19] https://pddata.dtcc.com/gtr/dashboard.do
[20]
https://docs.google.com/spreadsheets/d/e/2PACX-1vRkigsLWF83cpBG9JRKui7QTheDr_mrOCyiPKdwXK8qHCLU6J8RpvUNmu-z
SOBwPaXpjIoj6zCTVsJH/pubhtml
[21]
https://docs.google.com/spreadsheets/d/e/2PACX-1vTQwNR3w9Ye8SK-e_EJkUo19BLHXJlYZuhPUsEQ-RWddHNzx07HJxyFPHM
mjz-ipMyoxqU_KEe1QyHu/pubhtml
[22] https://www.clarusft.com/variance-swaps-and-other-equity-derivatives-on-sdr/
[23] https://www.contracts-for-difference.com/strategies/CFDs-hedge.html
[24] https://www.finra.org/finra-data/fixed-income/trade-history?cusip=075896AA8&bondType=CA

dates align with the expiry dates of proposed secure notes, per Jake Freeman's proposal in his letter to Bed Bath And Beyond Board of Directors provide circumstantial evidence that he and/or his affiliates had already opened up the corresponding short positions to hedge those proposed bonds, even before the proposal was accepted by the board, since those short positions could be used to hedge existing bond holdings. None of the highlighted CFDs show up as being terminated thereby showing that the corresponding short positions are still open. This data supports the need for one of the remedies requested in paragraph 1, under the Preliminary Statement section.

Date:  08/31/2023

Gabriel Rostom (Aug 31, 2023 08:23 GMT+3)

Gabriel Rostom
63 Rue de la Folie Regnault
75011 Paris
FRANCE
Tel : +33756942880

Date:  08/31/2023

Neelay Das

12

## EXHIBIT A

## Links To Download Equity Swaps Trading Data

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_02_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_03_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_04_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_05_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_21.zip

15

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_06_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_07_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_08_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_09_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_10_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_11_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2022_12_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_01_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_02_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_03_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_24.zip

22

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_04_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_04.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_24.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_25.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_05_31.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_01.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_02.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_08.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_09.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_15.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_16.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_22.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_23.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_26.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_27.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_28.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_29.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_06_30.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_03.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_05.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_06.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_07.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_10.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_11.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_12.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_13.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_14.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_17.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_18.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_19.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_20.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_21.zip

https://kgc0418-tdw-data-0.s3.amazonaws.com/sec/eod/SEC_CUMULATIVE_EQUITIES_2023_07_24.zip

## EXHIBIT B

### Equity Swaps Trading Data Snapshot For 07/07/22

**EXHIBIT C**

## 2024 Bonds Trading Data Snapshot For 07/07/22

FINra DATA    Browse    Tools

> FINRA DATA > FIXED INCOME DATA

# Trade History

Real-time trade history for up to three calendar years. For up to 10 years of end of day pricing, see Trade Activity.

**Symbol:** BBBY4144687  **Issuer Name:** BED BATH & BEYOND INC  **Coupon Rate:** 3.749          **Maturity Date:** 8/1/2024

Start Date: 01/03/2022          End Date: 07/25/2023

SHOW RESULTS

**Total Count: 757**          Columns    Filter

Filters: ( Symbol X ) ( Date X ) ( Quantity X )

| Symbol | Issuer Name | Date | Quantity | Price | Yield | Time |
|--------|-------------|------|----------|-------|-------|------|
| BBBY4144687 | BED BATH & BEYO... | 2022-07-07 | 350000 | 40.375 | 56.18524 | 09:30:08 |
| BBBY4144687 | BED BATH & BEYO... | 2022-07-07 | 1000000 | 40.25 | 56.388091 | 14:33:58 |
| BBBY4144687 | BED BATH & BEYO... | 2022-07-07 | 1000000 | 40.5 | 55.983194 | 15:41:23 |
| BBBY4144687 | BED BATH & BEYO... | 2022-07-07 | 1000000 | 40.375 | 56.18524 | 15:42:18 |
| BBBY4144687 | BED BATH & BEYO... | 2022-07-07 | 433000 | 40.5 | 55.983194 | 16:12:49 |
| BBBY4144687 | BED BATH & BEYO... | 2022-07-07 | 1000000 | 40.5 | 56.79623 | 15:36:53 |
| BBBY4144687 | BED BATH & BEYO... | 2022-07-07 | 400000 | 39.033 | 58.406304 | 16:54:59 |

27

**EXHIBIT D**

# Equity Swaps Trading Data Snapshot Leading Up To Termination Of Bonds Exchange Offer On 2023-01-05

| | Event type | Event timestamp | Amendment Indicator | Asset Class | Product name | Cleared | Execution Timestamp | Effective Date | Expiration Date | Notional amount | Notional amount | Notional currenc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 450 | TRAD | 2022-12-31T00:37:46Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-21T22:22:14. | 2022-12-23 | 2032-12-23 | 52,000 | | USD |
| 451 | TRAD | 2022-12-31T00:37:04Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-25T22:09:51. | 2022-11-30 | 2032-11-30 | 17,000 | | USD |
| 452 | TRAD | 2022-12-31T00:37:53Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-22T22:18:46. | 2022-12-27 | 2032-12-24 | 45,000 | | USD |
| 453 | TRAD | 2022-12-31T00:36:10Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-18T22:28:22. | 2022-11-22 | 2032-11-22 | 20,000 | | USD |
| 454 | TRAD | 2022-12-31T00:37:39Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-28T22:22:44. | 2022-12-01 | 2032-12-22 | 23,000 | | USD |
| 455 | TRAD | 2022-12-31T00:37:33Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-19T22:21:29. | 2022-12-21 | 2032-12-22 | 140,000 | | USD |
| 466 | TRAD | 2022-12-31T00:26:54Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-17T21:25:26. | 2022-11-21 | 2029-03-09 | 2,000,000 | | USD |
| 457 | TRAD | 2022-12-31T00:37:27Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance N | | 2022-12-05T22:16:07. | 2022-12-07 | 2032-12-08 | 8,500 | | USD |
| 468 | TRAD | 2023-03-07T21:16:41Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance N | | 2023-01-23T20:24:35. | 2023-01-23 | 2024-01-25 | 29,000 | | USD |
| 469 | TRAD | 2022-12-31T00:37:12Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-25T22:09:52. | 2022-11-30 | 2032-11-30 | 45,000 | | USD |
| 470 | TRAD | 2022-12-31T00:44:02Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-02T21:39:24. | 2022-11-04 | 2032-11-04 | 460,000 | | USD |
| 471 | TRAD | 2022-12-31T00:37:20Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-29T22:15:51. | 2022-12-01 | 2032-12-01 | 76,000 | | USD |
| 472 | TRAD | 2023-01-04T01:02:56Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-28T22:19:51. | 2022-11-30 | 2032-12-01 | 33,000 | | USD |
| 473 | TRAD | 2023-01-04T01:02:15Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-17T21:25:26. | 2022-11-21 | 2029-03-09 | 2,000,000 | | USD |
| 474 | TRAD | 2023-01-04T01:03:11Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-29T22:15:51. | 2022-12-01 | 2032-12-01 | 56,000 | | USD |
| 475 | TRAD | 2023-01-04T01:03:06Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-02T21:39:24. | 2022-11-04 | 2032-11-04 | 630,000 | | USD |
| 477 | TRAD | 2023-01-04T01:03:14Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-21T22:22:14. | 2022-12-23 | 2032-12-22 | 120,000 | | USD |
| 478 | TRAD | 2023-01-04T01:02:36Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-18T22:28:22. | 2022-11-22 | 2032-11-22 | 15,000 | | USD |
| 479 | TRAD | 2023-01-04T00:50:52Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-07T21:33:35. | 2022-11-09 | 2032-11-10 | 76,000 | | USD |
| 480 | TRAD | 2023-01-04T01:03:01Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-05T22:16:07. | 2022-12-07 | 2032-12-08 | 6,800 | | USD |
| 451 | TRAD | 2023-01-04T01:02:45Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-26T22:09:51. | 2022-11-29 | 2032-11-30 | 13,000 | | USD |
| 452 | TRAD | 2023-01-04T01:03:11Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-20T22:27:44. | 2022-12-22 | 2032-12-22 | 21,000 | | USD |
| 453 | TRAD | 2023-01-04T01:03:19Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-22T22:18:46. | 2022-12-27 | 2032-12-24 | 49,000 | | USD |
| 454 | TRAD | 2023-03-07T17:20:34Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance N | | 2023-02-13T16:36:36. | 2023-02-23 | 2024-11-27 | 375 | | EUR |
| 455 | TRAD | 2023-03-07T17:29:13Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance N | | 2023-02-13T16:35:36. | 2023-03-13 | 2024-11-27 | 190 | | EUR |
| 456 | TRAD | 2023-03-07T17:31:05Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance N | | 2023-02-13T16:35:36. | 2023-03-13 | 2024-11-27 | 5 | | EUR |
| 457 | TRAD | 2023-03-07T00:46:08Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-01T21:31:54. | 2022-11-04 | 2032-11-04 | 150,000 | | USD |
| 458 | TRAD | 2023-03-07T09:27:28Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2023-02-01T00:01. | 2023-02-02 | 2033-02-02 | 170,000 | | USD |
| 459 | TRAD | 2023-01-08T00:52:16Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-12-07T21:39:24. | 2022-11-04 | 2032-11-04 | 150,000 | | USD |
| 490 | TRAD | 2023-03-08T22:43:55Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2021-12-17T21:00:06. | 2021-12-17 | 2029-10-30 | 5 | | USD |
| 491 | TRAD | 2022-12-30T00:41:30Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-02T21:39:24. | 2022-11-04 | 2032-11-04 | 440,000 | | USD |
| 492 | TRAD | 2022-12-30T00:34:23Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-17T21:25:26. | 2022-11-21 | 2029-03-09 | 2,000,000 | | USD |
| 493 | TRAD | 2023-03-08T21:28:50Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance N | | 2021-12-17T21:00:06. | 2021-12-17 | 2023-13-30 | 2,700 | | USD |
| 494 | TRAD | 2022-12-28T00:56:10Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-02T21:39:24. | 2022-11-04 | 2032-11-04 | 350,000 | | USD |
| 495 | TRAD | 2023-03-09T21:59:53Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2023-03-09T21:59:53. | 2023-03-09 | 9999-12-31 | 47,000 | 47,000 | MXN |
| 496 | TRAD | 2022-12-29T00:02:54Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerfo N | | 2022-11-02T21:39:24. | 2022-11-04 | 2032-11-04 | 400,000 | | USD |

Sum: 6,000,000

28

# Equity Swaps Trading Data Leading Up To Termination Of Bonds Exchange Offer On 2023-01-05 Published Late

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Swap Transaction Publish Date | Dissemination Identifier | Original Dissemination Identifier | Action type | Event type | Event timestamp | Amendment Indicator | Asset Class | Product name | | Cleared |
| 459 | 2023-03-07 | 566228347 | 566149143 MODI | TRAD | 2022-12-31T00:37:46Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 431 | 2023-03-07 | 566238508 | 566149026 MODI | TRAD | 2022-12-31T00:37:04Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 432 | 2023-03-07 | 566234728 | 566150365 MODI | TRAD | 2022-12-31T00:37:53Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 433 | 2023-03-07 | 566235682 | 566149383 MODI | TRAD | 2022-12-31T00:36:10Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 464 | 2023-03-07 | 566230163 | 566149940 MODI | TRAD | 2022-12-31T00:37:39Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 465 | 2023-03-07 | 566239778 | 566149045 MODI | TRAD | 2022-12-31T00:37:33Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 466 | 2023-03-07 | 566242005 | 566140536 MODI | TRAD | 2022-12-31T00:26:54Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 467 | 2023-03-07 | 566260624 | 566149634 MODI | TRAD | 2022-12-31T00:37:27Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 463 | 2023-03-07 | 566163584 | 563002692 MODI | TRAD | 2023-03-07T21:16:41Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance:N | | |
| 408 | 2023-03-07 | 566196036 | 566147955 MODI | TRAD | 2022-12-31T00:37:12Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 470 | 2023-03-07 | 566202550 | 566148955 MODI | TRAD | 2023-01-04T00:44:02Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 471 | 2023-03-07 | 566225950 | 566148571 MODI | TRAD | 2022-12-31T00:37:20Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 472 | 2023-03-07 | 566147955 | 497122166 MODI | TRAD | 2023-01-04T01:02:50Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 473 | 2023-03-07 | 566140536 | 497119270 MODI | TRAD | 2023-01-04T01:02:15Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 474 | 2023-03-07 | 566140571 | 497125904 MODI | TRAD | 2023-01-04T01:02:56Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 475 | 2023-03-07 | 566148955 | 566139609 MODI | TRAD | 2023-01-04T01:03:11Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 476 | 2023-03-07 | 566149045 | 510435057 MODI | TRAD | 2023-01-04T01:03:06Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 477 | 2023-03-07 | 566149143 | 512127397 MODI | TRAD | 2023-01-04T01:03:14Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 470 | 2023-03-07 | 566149383 | 497127637 MODI | TRAD | 2023-01-04T00:32:36Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 479 | 2023-03-07 | 566149529 | 542967669 MODI | TRAD | 2023-01-04T00:50:52Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 460 | 2023-03-07 | 566149534 | 499007986 MODI | TRAD | 2023-01-04T01:03:01Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 451 | 2023-03-07 | 566149926 | 497122200 MODI | TRAD | 2023-01-04T01:02:45Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 452 | 2023-03-07 | 566149940 | 511148476 MODI | TRAD | 2023-01-04T01:03:11Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 453 | 2023-03-07 | 566150365 | 513280604 MODI | TRAD | 2023-01-04T01:03:19Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 424 | 2023-03-07 | 565502726 | 554013887 MODI | TRAD | 2023-03-07T17:20:34Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance:N | | |
| 457 | 2023-03-07 | 565502726 | 554013887 MODI | TRAD | 2023-03-07T17:39:53Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance:N | | |
| 437 | 2023-03-07 | 566018470 | 566012076 MODI | TRAD | 2023-03-07T17:31:00Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance:N | | |
| 438 | 2023-03-07 | 566113609 | 542969724 MODI | TRAD | 2023-03-07T00:46:08Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 439 | 2023-03-07 | 565113729 | 539209155 MODI | TRAD | 2023-03-07T00:58:50Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 439 | 2023-03-08 | 566322635 | 566202950 MODI | TRAD | 2023-03-08T02:52:16Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 490 | 2023-03-08 | 567435164 | 567358950 MODI | TRAD | 2023-03-08T22:43:55Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance:N | | |
| 491 | 2023-03-08 | 567440071 | 566322535 MODI | TRAD | 2023-03-08T00:41:30Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance:N | | |
| 492 | 2023-03-08 | 567440519 | 566242085 MODI | TRAD | 2022-12-30T00:34:23Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 493 | 2023-03-08 | 567358990 | 564982228 MODI | TRAD | 2023-03-08T02:27:50Z | TRUE | EQ | Equity:PortfolioSwap:PriceReturnBasicPerformance:N | | |
| 494 | 2023-03-09 | 568059311 | 567502214 MODI | TRAD | 2022-12-20T00:55:10Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 495 | 2023-03-09 | 568590468 | NEWT | TRAD | 2023-03-09T21:59:53Z | | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |
| 496 | 2023-03-09 | 567502214 | 567440071 MODI | TRAD | 2022-12-29T00:52:54Z | TRUE | EQ | Equity:ContractForDifference:PriceReturnBasicPerformance:N | | |

BBBY_swap_transactions_post_2022-12-03

Min: 2023-03-07

29