| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br><br><br><br><br>In Re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtors.[25] | Chapter 11<br><br>Case No.: 23-13359 (VFP)<br><br>(Joint Administration Requested) |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Neelay Das:

---

[25] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☑ am a Common Stock Equity Security Holder in this case and am representing myself.

2. On August 31, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

*BED BATH AND BEYOND COMMON STOCK EQUITY INTEREST HOLDERS' LIMITED OBJECTION TO DEBTORS' PROPOSED REVISED ORDER (I) (A) CONDITIONALLY APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (B) APPROVING THE SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF THE PLAN, (C) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, (D) SCHEDULING A COMBINED DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION HEARING AND CERTAIN DATES AND DEADLINES WITH RESPECT THERETO, AND (E) GRANTING RELATED RELIEF, AND (II) (A) EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    August 31, 2023

*signature*

Neelay Das

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Vincent F. Papalia<br>United States Bankruptcy Court<br>District Of New Jersey<br>50 Walnut Street 3rd fl.<br>Newark, NJ 07102<br>chambers_of_vfp@njb.uscourts.gov | United States Bankruptcy Judge for the District of New Jersey | ☑ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |

31