UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Neelay Das
4682 Chabot Dr #10236
Pleasanton, CA 94588-2747

Email: neelay.bbby.njb@gmail.com

-and-

Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS – France

Tel : +33756942880

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.[4]

FILED
JEANNE A. NAUGHTON, CLERK
AUG 3 1 2023
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Chapter 11

Case No.: 23-13359 (VFP)

(Joint Administration Requested)

## CERTIFICATION OF SERVICE

1. I, Neelay Das:

   ____ represent _____ in this matter.

   ____ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ____ am a Common Stock Equity Security Holder in this case and am representing myself.

2. On August 31, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *BED BATH AND BEYOND COMMON STOCK EQUITY INTEREST*

---

[4] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

9

*HOLDERS' REPLY IN SUPPORT OF THE APPLICATION FOR*

*ORDER SHORTENING TIME WITH RESPECT TO THE MOTION*

*OF BED BATH AND BEYOND COMMON STOCK EQUITY INTEREST*

*HOLDERS' MOTION, PURSUANT TO 11 U.S.C. § 105(A), FED. R. CIV. P. 60(B),*

*AND FED. R. BANKR. P. 9024 FOR AN ORDER VACATING THE ORDER*

*(I)(A) CONDITIONALLY APPROVING THE ADEQUACY OF THE DISCLOSURE*

*STATEMENT, (B) APPROVING THE SOLICITATION AND NOTICE PROCEDURES*

*WITH RESPECT TO CONFIRMATION OF THE PLAN, (C) APPROVING*

*THE FORMS AND BALLOTS AND NOTICES IN CONNECTION THEREWITH*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 31, 2023

Neelay Das

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Vincent F. Papalia<br>United States Bankruptcy Court<br>District Of New Jersey<br>50 Walnut Street 3rd fl.<br>Newark, NJ 07102<br>chambers_of_vfp@njb.uscourts.gov | United States Bankruptcy Judge for the District of New Jersey | ☑ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |

10

| | | |
|---|---|---|
| Joshua A. Sussberg, P.C., <br> Emily E. Geier, P.C., <br> Derek I. Hunter, and <br> Ross J. Fiedler <br> Kirkland & Ellis LLP <br> 601 Lexington Avenue <br> New York, NY 10022 <br> ross.fiedler@kirkland.com <br> emily.geier@kirkland.com <br> derek.hunter@kirkland.com <br> joshua.sussberg@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☑ Email <br> ☐ Other |
| Michael D. Sirota, <br> Warren A. Usatine, and <br> Felice R. Yudkin <br> Cole Schotz P.C. <br> Court Plaza <br> North 25 Main Street <br> Hackensack, NJ 07601 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☑ Email <br> ☐ Other |
| Scott K. Charles <br> Michael S. Benn Gordon <br> S. Moodie <br> Wachtell Lipton Rosen & Katz <br> 51 West 52nd Street <br> New York, NY 10019 <br> SKCharles@wlrk.com <br> MSBenn@wlrk.com <br> GSMoodie@wlrk.com | Counsel to Stalking Horse Bidder | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☑ Email <br> ☐ Other |
| David S. Kurtz <br> Lazard Frères & Co, LLC <br> 300 N. LaSalle Street, 23rd Floor <br> Chicago, IL 60654 <br> david.kurtz@lazard.com | Debtors' investment banker | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☑ Email <br> ☐ Other |
| Jason Wooten <br> Christian Tempke <br> Lazard Frères & Co, LLC <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> jason.wooten@lazard.com <br> christian.tempke@lazard.com | Debtors' investment banker | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☑ Email <br> ☐ Other |

11

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marshall S. Huebner<br>Michael Pera<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>marshall.huebner@davispolk.com<br>michael.pera@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Alexandria Nikolinos<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov | Counsel to US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>Fran.B.Steele@usdoj.gov | Counsel to US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |
| David M. Hillman and<br>Charles A. Dale<br>Megan Volin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>cdale@proskauer.com<br>mvolin@proskauer.com | Counsel for the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Email<br>☐ Other |