BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Gregory W. Werkheiser (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:   dbrogan@beneschlaw.com
               gwerkheiser@beneschlaw.com

*Attorneys for MSC Mediterranean Shipping Company SA*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

**APPLICATION FOR ADMISSION *PRO HAC VICE*
OF GREGORY W. WERKHEISER, ESQ.**

TO:     THE HONORABLE VINCENT F. PAPALIA
        UNITED STATES BANKRUPTCY JUDGE

The undersigned hereby seeks an Order granting the admission pro hac vice of Gregory. W. Werkheiser (the "Application"), of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, counsel for MSC Mediterranean Shipping Company SA, to practice before this Court in connection with the above captioned chapter 11 case.  Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey and Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey, application is hereby

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

23219071

made for an Order for pro hac vice admission of Gregory W. Werkheiser (the "Applicant") of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, 1313 North Market Street, Ste. 1201, Wilmington, Delaware 19801. In support of the Application, the Applicant relies upon the attached Certified Statement of Gregory W. Werkheiser. Unless requested by other parties, no oral argument is requested. A proposed form of Order is also submitted herewith.

Dated: September 6, 2023                    BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

 /s/ Daniel N. Brogan
Daniel N. Brogan (NJ I.D. #042592012)
Gregory W. Werkheiser (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE 19801
(302) 442-7010
Email: dbrogan@beneschlaw.com
            gwerkheiser@beneschlaw.com