BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Gregory W. Werkheiser (pro hac vice admission to be requested)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:   dbrogan@beneschlaw.com
            gwerkheiser@beneschlaw.com

*Attorneys for MSC Mediterranean Shipping Company SA*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

**CERTIFIED STATEMENT OF GREGORY W. WERKHEISER IN SUPPORT OF
<u>APPLICATION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Local Bankruptcy Rule 9010-1 and in support of his application for admission *pro hac vice*, Gregory R. Werkheiser certifies as follows:

1. I am admitted to practice and am a member of good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| State of Delaware | December 1996 |
| District of Columbia | December 2012 |

---

[2] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| | |
|---|---|
| State of New York | June 2020 |
| U.S. District Court, District of Delaware | |
| U.S. Court of Appeals, Third Circuit | |
| U.S. District Court, Southern District of New York | |
| U.S. District Court, Western District of New York | |

2. There are no disciplinary proceedings pending against me.

3. Discipline has not been imposed on me during the five year period preceding this application.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on:  September 6, 2023
              Wilmington, Delaware

_____
Gregory G. Werkheiser, Esquire