| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **DUANE MORRIS LLP** <br> Wendy M. Simkulak, Esq. <br> Elisa M. Hyder, Esq. (admitted *pro hac vice*) <br> 30 South 17th Street <br> Philadelphia, PA 19103-4196 <br> Telephone: (215) 979-1000 <br> Facsimile: (215) 979-1020 <br> Email: wmsimkulak@duanemorris.com <br> Email: ehyder@duanemorris.com <br><br> *Counsel for the Chubb Companies* <br><br> **IFRAH PLLC** <br> George R. Calhoun, V, Esq. (admission *pro hac vice* pending) <br> 1717 Pennsylvania Ave., NW <br> Suite 650 <br> Washington DC 20006 <br> Telephone: (202) 524-4147 <br> Email: george@ifrahlaw.com <br><br> *Counsel for Federal* |

| | |
|---|---|
| In re: <br><br> BED BATH & BEYOND INC. *et al.*,[1] <br><br><br> Debtor | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

# CERTIFICATION OF SERVICE

1. I, <u>Wendy M. Simkulak</u>:

   ☒ represent <u>the Chubb Companies</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in the case and am representing myself.

2. On <u>September 6, 2023</u>, I caused a copy of the following pleading and/or document to be sent to the parties listed in the chart below:

   a. *Objection of the Chubb Companies to Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates*

3. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: <u>September 6, 2023</u>                   <u>/s/ Wendy M. Simkulak</u>
                                                 Wendy M. Simkulak, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Emily E. Geier, P.C.,<br>(emily.geier@kirkland.com)<br>Derek I. Hunter<br>(derek.hunter@kirkland.com)<br>Ross J. Fiedler<br>(ross.fiedler@kirkland.com)<br><br>-and-<br><br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Attn: Charles B. Sterrett<br>(charles.sterrett@kirkland.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br><br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota<br>(msirota@coleschotz.com)<br>Warren A. Usatine<br>(wusatine@coleschotz.com)<br>Felice R. Yudkin<br>(fyudkin@coleschotz.com) | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br><br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Robert J. Feinstein<br>(rfeinstein@pszjlaw.com)<br>Bradford J. Sandler<br>(bsandler@pszjlaw.com) | Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br><br>(As authorized by the Court or by rule. Cite the rule if applicable |

DM3\9879290.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>Attn: Fran. B Steele, Esq.<br>(fran.b.steele@usdoj.gov)<br>Alexandria Nikolinos<br>(alexandria.nikolinos@usdoj.gov) | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |

4

DM3\9879290.1