Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bed Bath & Beyond Inc.
    650 Liberty Avenue
    Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
    11−2250488

### Notice That a Transcript Has Been Filed

    You are Noticed that a Transcript has been filed on 9/1/23. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: September 5, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Bed Bath & Beyond Inc.

Debtor

Case No. 23-13359-VFP

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 28
Date Rcvd: Sep 05, 2023 | Form ID: tsntc | Total Noticed: 234

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | ASK LLP, ASK LLP, 60 East 42nd Street, 46th Floor, New York, NY 10165-0043 |
| aty | + | Adam L. Shpeen, Davis Polk & Wardwell LLP,, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Agustina G. Berro, Glenn Agre Bergman & Fuentes, LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, CA 90067-4114 |
| aty | + | Alec P. Ostrow, Becker, Glynn, Muffly, et. al., 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| aty | + | Alexander Hoehne, GOODWIN PROCTER LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Alexander J. Nicas, GOODWIN PROCTER LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Andrew K. Glenn, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Artem Skorostensky, GOODWIN PROCTER LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Brendan M Gage, Goulston & Storrs PC, 400 Atlantic Avenue, Boston, MA 02110-3331 |
| aty | + | Brooke Harwood Blackwell, KING & SPALDING LLP, 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309-7525 |
| aty | + | Candice M. Carson, law firm of Butler Snow LLP, 2911 Turtle Creek Blvd, Suite 1400, Dallas, TX 75219-6258 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Charles Dale, Proskauer Rose LLP, Eleven Time Square, New York, NY 10036-8299 |
| aty | + | Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| aty | + | Cristina A Fernandez Rodriguez, aw firm of MCD LAW LLC, 416 Ponce de Leon Avenue, Suite 1002, San Juan, PR 00918-3424 |
| aty | + | DC USA Operating Co. LLC, Scarinci Hollenbeck, 150 Clove Road, 9th Fl, Little Falls, NJ 07424-2139 |
| aty | + | Darren Neilson, Parsons Behle and Latimer, 201 S Main St reet, #1800, Salt Lake City, UT 84111-2218 |
| aty | + | Darwin H Bingham, Scalley Reading Bates, et al, 15 West South Temple, Ste Laake City, UT 84101-1536 |
| aty | + | David Hillman, Proskauer Rose LLP, 11 Time Square, New York, NY 10036-8299 |
| aty | + | David l. Kane, Vedder Price P.C, 222 North LaSalle Street,, Suite 2600, Chicago, IL 60601-1104 |
| aty | + | Dean M. Oswald, Porzio, Bromberg & Newman, P.C.,, 1675 Broadway, Suite 1810, New York, NY 10019-5820 |
| aty | + | Delia Garza, Travis County Attorney, PO Box 1748, Austin, TX 78767-1748 |
| aty | + | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Devin J. Rivero, WHITE & CASE LLP, Southeast Financial Center, 200 South Biscayne Blvd., Suite 4900, Miami, Fl 33131-2346 |
| aty | + | Douglas M Foley, McGuireWoods LLP, 800 East Canal Street, Richmond, VA 23219-3916 |
| aty | | Elisa M. Hyder, DUANE MORRIS LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| aty | + | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Erine Zachary Park, 13215 E. Penn St., Ste 510, Whitter, CA 90602-1776 |
| aty | + | Evan W. Rassman, Cohen Seglias Pallas Greenhall & Furman, 500 Delaware Avenue, Suite 730, Wilmington, DE 19801-1490 |
| aty | + | Francis J Brennan, Nolan Heller Kauffman LLP, 80 State Street, 11th Floor, Albany, NY 12207-5015 |
| aty | + | George Hoffman, Cohne Kinghorn, PC, 111 East Broadway, 11th Floor, Salt Lake City, UT 84111-5238 |
| aty | | Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| aty | + | Gregory F. Pesce, WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606-4418 |
| aty | + | Hanna J. Redd, Locke Lord LLP, Brookfield Place, 200 Vesey St., New York, NY 10281-5512 |
| aty | + | Heath B. Kushnick, Greenberg Traurig LLP, One Vanderbilt Avenue, New York, NY 10017-3978 |
| aty | + | Henry J. Jaffe, Troutman Pepper Hamilton Sanders LLP, 1313 N. Market St.,, Hercules Plaza, Suite 5100, Wilmington, DE 19801-6101 |

District/off: 0312-2 | User: admin | Page 2 of 28
Date Rcvd: Sep 05, 2023 | Form ID: tsntc | Total Noticed: 234

| aty | + | Ian R. Winters, KLESTADT WINTERS JURELLER SOUTHARD & STE, 200 West 41st Street, 17th Floor, New Yok, NY 10036-7219 |
|---|---|---|
| aty | + | Ivan Gold, ALLEN MATKINS LECK GAMBLE MALLORY &, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4003 |
| aty | + | J. Alexandra Rhim, Hemar, Rousso & Heald, LLP, 15910 Ventura Blvd., Suite 1200, Encino, CA 91436-2829 |
| aty | + | J. Seth Moore, 1700 Pacific Avenue, Suite 4400, Dallas, TX 75201-7324 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob M Weiss, McGuireWoods LLP, 800 East Canal Street, Richmond, VA 23219-3916 |
| aty | + | James H. Haithcock, III, Burr & Forman LLP, 420 N. 20th Street, Suite 3400, Birmingham, AL 35203-3284 |
| aty | + | Jason B. Curtin, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Floor 19, Boston, MA 02210-2209 |
| aty | + | Jeffrey A Dito, Valinoti, Specter & Dito, 301 Junipero Serra Blvd, San Francisco, CA 94127-2614 |
| aty | + | Jennifer D. Raviele, KELLEY DRYE & WARREN LLP, 3 World Trade Center 175, Greenwich Street, New York, NY 10007-0042 |
| aty | + | Jennifer V Doran, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, MA 02109-1776 |
| aty | + | John M. Craig, Law Firm of Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103-2168 |
| aty | + | Jonathan W. Young, Locke Lord LLP, 701 8th Street N.W., Suite 500,, Washington, DC 20001-3965 |
| aty | + | Joseph A. Anesta, Cameron & Mittleman LLP, 301 Promenade Street, Providence, RI 02908-5720 |
| aty | + | Julie Beth Teicher, Maddin, Hauser, Roth, & Heller, PC, 28400 Northwestern Highway, 2nd Floor, Southfield, MI 48034-8348 |
| aty | + | Julie Rome-Banks, Binder & Malter LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004 |
| aty | + | Justin T. Shay, Cameron & Mittleman LLP, 301 Promenade Street, Providence, RI 02908-5720 |
| aty | + | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Kurt A. Mayr, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Laura E. Baccash, WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606-4418 |
| aty | + | Laurel D. Roglen, Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| aty | + | Lawerence J. Kotler, 30 South 17th St., Philadelphia, PA 19103-4001 |
| aty | + | Lazarus & Lazarus, PC, Lazarus & Lazarus, PC, 240 Madison Avenue, 8th Floor, New York, NY 10016-2831 |
| aty | + | Lisa M. Peters, Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102-2186 |
| aty | + | M. Ryan Pinkston, Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105-2992 |
| aty | ++++ | MATTHEW R. BROOKS, TROUTMAN SANDERS LLP, 875 3RD AVE FL 15, NEW YORK NY 10022-7254 address filed with court:, Matthew R. Brooks, Troutman Sanders LLP, 875 Third Avenue, New York, NY 10022 |
| aty | + | Marcy J. McLaughlin Smith, Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, 1313 N. Market Street, Suite 5100 Wilmington, DE 19801-6111 |
| aty | + | Margaret J. Lovric, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Mark Salzberg, Squire Patton Boggs (US) LLP, 2550 M Street, NW, Washington, DC 20037-1350 |
| aty | + | Marshall S. Huebner, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Martin A. Sosland, law firm of Butler Snow LLP, 2911 Turtle Creek Blvd., Suite 1400, Dallas, TX 75219-6258 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Megan Volin, Proskauer Rose LLP, Eleven Time Square, New York, NY 10036-8299 |
| aty | + | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Michael T. Mervis, Proskauer Rose LLP, Eleven Time Square, New York, New York, NY 10036-6600 |
| aty | + | Moe Freedman, Cadillac Place Building, 3030 W Grand Blvd Ste 10-200, Detroit, MI 48202-6030 |
| aty | + | Molly N Sigler, law firm Barnes & Thornburg LLP, 225 South Sixth Street, Suite 2800, Minneapolis, MN 55402-4662 |
| aty | + | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue,34th Floor, New York, NY 10017-2024 |
| aty | + | Peter Muthig, Civil Services Division, 225 W Madison Street, Phoenix, AZ 85003-2141 |
| aty | + | Philip A Goldstein, McGuireWoods, LLP, 1251 Avenue of the Americas, 20th floor, New York, NY 10020-1104 |
| aty | + | Rachel L. Smiley, Ferguson Braswell Fraser Kubasta, P.C., 2500 Dallas Parkway, Suite 600, Plano, TX 75093-4820 |
| aty | + | Reuven C Klein, Proskauer Rose LLP, Eleven Time Square, New York, NY 10036-8299 |
| aty | + | Richard C. Ramirez, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Ronald E Gold, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245 |
| aty | + | Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN 46204-3435 |
| aty | + | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Ruchi Prasad, Kepler Group, LLC, 6 East 32nd St, 9th Floor, New York, NY 10016-5415 |
| aty | + | Samuel P. Hershey, WHITE & CASE LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Sean C. Southard, KLESTADT WINTERS JURELLER SOUTHARD & STE, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| aty | + | Sheppard A. Guryan, Lasser Hochman, 75 Eisenhower Pkwy, Roseland, NJ 07068-1691 |
| aty | + | Stan D Smith, Mitchell, Williams, Selig et al, 425 West Capital Avenue, Ste 1800, Little Rock, AK 72201-3527 |
| aty | + | Steven E Fox, Reimer & Braunstein, LLP, Times Square Tower, Seven Times Square, Suite 2506 New York, NY 10036-6546 |
| aty | + | Stuart L. Kossar, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, NY 10017-6555 |
| aty | + | Tara T LeDay, Chamberlain, Hrdlicka, et al, 1200 Smith St., Ste. 1400, Houston, TX 77002-4496 |
| aty | + | Thomas B Humphries, DENTONS SIROTE PC, 2311 Highland Avenue South, Birmingham, AL 35205-2972 |

District/off: 0312-2 User: admin Page 3 of 28
Date Rcvd: Sep 05, 2023 Form ID: tsntc Total Noticed: 234

| | | |
|---|---|---|
| aty | + | Vanessa P. Moody, Goulston 7 Storrs PC, 400 Atlantic Avenue, Boston, MA 02110-3331 |
| aty | + | Vincent Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Floor 19, Boston, MA 02210-2209 |
| aty | + | W Austin Jowers, KING & SPALDING LLP, 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309-7525 |
| aty | + | William G Wright, Capehart & Scatchard PA, 8000 Midlantic Dr., Suite 300S, Mt. Laurel, NJ 08054-1543 |
| cr | + | 101 & Scottsdale, LLC, c/o Norgaard O'Boyle & Hannon, 184 Grand Avenue, Engelwood, NJ 07631-3578 |
| cr | + | 12535 SE 82nd AVE LLC, c/o Allen J. Underwood II, Esq., Lite DePalma Greenberg & Afanador LLC, 570 Broad Street, Suite 1201 Newark, NJ 07102-4532 |
| intp | + | 250 Hudson Street, LLC, c/o Rivkin Radler LLP, 25 Main Street, Court Plaza North, Suite 501, Hackensack, NJ 07601-9004 |
| cr | + | 3600 Long Beach Road, LLC, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| consult | + | A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410, Melville, NY 11747-3601 |
| op | + | AP Services, AP Services, 909 Third Avenue, 30th Floor, New York, NY 10022-5002 |
| cr | | ARC ASANDSC001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARC BHT-VCMI001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARG FSBROWI001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARG PSALBNM001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARG SAABITX001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Acxiom LLC, Mitchell, Williams, Selig, Gates & Woody, 425 W. Capitol Ave., Little Rock, AR 72201-3527 |
| cr | + | Alexander's Rego Shopping Center, Inc., c/o Alan Brody, Greenberg Traurig LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, UNITED STATES 07932-1024 |
| cr | + | Almaden Plaza Shopping Center, Inc., Att: David L. Bruck, Esq., Greenbaum Rowe Smith & Davis LLP, PO Box 5600, Woodbridge, NJ 07095-0988 |
| cr | + | American Express Travel Related Services Company,, c/o Rubin LLC/ Attn Paul Rubin, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| cr | + | Arch Insurance Company, c/o CSG Law, 105 Eisenhower Parkway, Attn: Scott Zuber, Roseland, NJ 07068-1640 |
| cr | + | Bell Tower Shops, LLC, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Benchmark-Clarence Associates, LLC, c/o Hodgson Russ LLP, 605 Third Avenue, Suite 2300, New York, NY 10158-0180 |
| cr | + | Caparra Center Associates LLC, PO Box 19732, San Juan, PR 00910-1732 |
| cr | + | Cartus Corporation, c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor Newark, NJ 07102-5237 |
| intp | + | Case Snow Management, LLC, c/o Rivkin Radler LLP, 25 Main Street, Court Plaza North, Suite 501, Hackensack, NJ 07601-9004 |
| cr | + | Castle Ridge Plaza LLC, c/o Rubin LLC, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| cr | + | Casto-Oakbridge Venture, Ltd, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7408 |
| cr | + | ChannelAdvisor Corp., c/o Stradley Ronon Stevens & Young, LLP, Attn: Daniel M. Pereira, 2005 Market Street, Suite 2600 Philadelphia, PA 19103-7098 |
| cr | + | Chase Green Mountain LP, Att: David L. Bruck, Esq., Greenbaum, Rowe, Smith & Davis, PO Box 5600, Woodbridge, NJ 07095-0988 |
| cr | + | Chenal Place Properties LLC, Att: David L. Bruck, Esq., Greenbaum Rowe Smith & Davis, PO Box 5600, Woodbridge, NJ 07095-0988 |
| sp | + | Christine Shang, Kirkland & Ellis, LLP, 609 Main Street, Houston, TX 77002-3167 |
| cr | + | Commerce Technologies LLC, c/o Stradley Ronon Stevens & Young, LLP, Attn: Daniel M. Pereira, 2005 Market Street, Suite 2600 Philadelphia, PA 19103-7098 |
| cr | + | Commission Junction LLC, c/o Locke Lord LLP, Attn Jonathan W. Young / Michael B. Kind, 111 South Wacker Drive, Chicago, IL 60606 UNITED STATES 60606-4302 |
| cr | + | Conopco, Inc. dba Unilever United States, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Consumer Centre Paramount 1, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 2, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 4, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 5, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 6, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 7, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | DS Properties 18 LP, Burr & Forman LLP, 201 N. Franklin Street, Tampa, FL 33602-5182 |
| cr | + | Dadeland Station Associates, Ltd., c/o Riker Danzig LLP, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | | Deutsche Asset & Wealth Management, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Dong Koo Kim and Jong Ok Kim, Trustees of the Dong, Attn : Dong Koo Kim, 1332 Paseo Del Mar, Palos Verdes Estates, CA 90274-1850 |
| cr | #+ | Dream on Me Industries, Inc., 1532 S Washington Ave., Piscataway Township, NJ 08854-3947 |
| cr | | EDENS c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Enid Two, LLC, 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq., Woodbridge, NJ 07095 UNITED STATES 07095-1155 |
| cr | + | Evergreen Shipping Agency (America), One Evertrust Plaza, Jersey City, NJ 07302-3051 |
| cr | | F3 Metalworx, Inc., 1209 E. Main Road, North East, PA 16428, UNITED STATES |
| cr | | Fairview Shopping Center, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Farley Real Estate Associates, LLC, 21 Partridge Lane, Long Valley, NJ 07853-3338 |
| cr | + | Federal Realty OP LP, c/o Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Federated Service Solutions c/o Jaclyn Scarduzio D, Four Green Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| cr | + | GFA Alabama Inc., 6211 Fairfax Bypass, Valley, AL 36854-4550 |

District/off: 0312-2 | User: admin | Page 4 of 28
---|---|---
Date Rcvd: Sep 05, 2023 | Form ID: tsntc | Total Noticed: 234

| intp | | Gabriel Rostom, 63 Rue de la Folie Regnault, 75011 Paris, France |
|---|---|---|
| cr | + | Gator Investments, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Google LLC, c/o White and Williams LLP, 1650 Market St., Fl. 18, Philadelphia, PA 19103-7304 |
| cr | + | Hanes M. Owner, LLC and Hanes Z. Owner, LLC, Joint, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7408 |
| cr | | Heitman, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| op | + | Holly F Etlin, AlixPartners, LLP, 909 Third Avenue, Floor 30, New York,, NY 10022-5002 |
| cr | + | Inland Commercial Real Estate Services, L.L.C., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | JPMorgan Chase Bank N.A., Greenberg Traurig, LLP, c/o Alan Brody, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 UNITED STATES 07932-1024 |
| consult | + | Jones Lang LaSalle Americas, Inc, 101 Wood Avenue South, Suite 410, Iselin, NJ 08830-2755 |
| sp | + | Kathleen R. Cruickshank, Murphy & King, P.C., 28 State Street, Suite 3101, Boston, MA 02109-1775 |
| intp | + | Kelly Burt-Deasy, c/o Jaret & Jaret, 1016 Lincoln Avenue, San Rafael, CA 94901, UNITED STATES 94901-3226 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| cr | + | LOGIXAL INC., Suite 135, 20 Commerce Drive, Cranford, NJ 07016-3614 |
| op | + | Lazard Frres & Co. LLC, Lazard Frres & Co. LLC, 300 N. LaSalle Street, 23 Floor, Chicago, IL 60654 |
| cr | + | ML-MJW Port Chester SC Owner LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Mad River Development LLC, c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| cr | + | Main Street at Exton II, L.P., 120 West Germantown Pike, Suite 120, Plymouth Meeting, PA 19462-1420 |
| none | + | Mara Sirhal, c/o Morritt Hock & Hamroff LLP, 1407 Broadway, Suite 3900, New York, NY 10018-5139 |
| cr | + | Maricopa County Treasurer, Civil Services Division, 225 W. Madison Street, Phoenix, AZ 85003-2141 |
| sp | | Marshall Goldberg, Glass & Goldberg, 22917 Burbank Blvd., Woodland Hills, CA 91367-4203 |
| cr | + | Mastic Associates of New York LLC, c/o Belkin Burden Goldman, LLP, Attn.: Jay B. Solomon, Esq., 60 E 42nd Street, 16th Floor, New York, NY 10165 UNITED STATES 10165-0020 |
| intp | + | Michael's Stores, Inc., c/o Lowenstein Sandler LLP, Attn: Kenneth A. Rosen, Esq., Attn: Mary Seymour and Philip Gross, One Lowenstein Drive Roseland, NJ 07068-1740 |
| cr | + | Microsoft Corporation, c/o Maria A. Milano, Fox Rothschild LLP, 1001 4th Ave, Suite 4400 Seattle, WA 98154-1192 |
| cr | + | Middletown Shopping Center I, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Mission Valley Shoppingtown LLC, c/o Barclay Damon LLP, Attn: Niclas A. Ferland, 545 Long Wharf Drive, Ninth Floor New Haven, CT 06511-5960 |
| cr | + | NP New Castle, LLC, 3315 N. Oak Trfy, Kansas City, MO 64116-2775 |
| stkhld | + | Neelay Das, 4682 Chabot Dr, #10236, Pleasanton, CA 94588-6105 |
| none | + | No Place Like Home Corp, c/o Law Office of Shmuel Klein PA, 316 Prospect avenue, Suite 3J, Hackensack, NJ 07601-2590 |
| cr | + | North Village Associates, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Panama City Beach Venture II, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7408 |
| cr | + | Park West Village Phase I, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7408 |
| cr | + | Phyllis Eichner, 9400 Atlantic Avenue, Margate, NJ 08402-2322 |
| cr | + | Pittsburgh Hilton Head Associates L.P., c/o Martin Sosland, Butler Snow LLP, 2911 Turtle Creek Blvd., Ste. 1400, Dallas, TX 75219 UNITED STATES 75219-6258 |
| cr | + | Rachel Medrano County of Kern, State of California, Jordan Kaufman,Treasurer/Tax Collector, PO Box 579, Bakersfield, CA 93302-0579 |
| cr | + | Rainier Colony Place Acquisitions, LLC, c/o Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| cr | + | Regent Shopping Center Inc., c/o Rubin LLC, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| cr | | RetailMeNot, Inc., c/o Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150 Wilmington, DE 19899-1150 |
| cr | + | Rivercrest Realty Associates, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| cr | + | Riverhead Centre Owners, LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | SF WH Property Owner LLC, Burr & Forman LLP, 201 N. Franklin Street, Tampa, FL 33602-5182 |
| cr | + | SRK Lady Lake 21 SPE, LLC, c/o Hodgson Russ LLP, 605 Third Avenue, Suite 2300, New York, NY 10158-0180 |
| cr | + | Salesforce.com, inc., c/o Amy E. Vulpio, White and Williams LLP, 1650 Market St., Fl. 18, Philadelphia, PA 19103-7395 |
| cr | + | Saul Holdings, Limited Partnership, 7501 Wisconsin Avenue, Suite 1500E, Bethesda, MD 20814-6522 |
| intp | + | Securites and Exchange Commission, 100 Pearl Street, Suite 20-100, New York, NY 10004-6003 |
| cr | + | Select Consolidated Management, LLC, c/o A.J. Webb, Frost Brown Todd LLP, 301 E. Fourth Street, Suite 3300 Cincinnati, OH 45202-4257 |
| cr | + | Serota Islip NC LLC, Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| cr | + | Serota Islip NC LLC, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| cr | + | Simsbury Commons LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| op | + | Sixth Street Specialty Lending, Inc., c/o DUANE MORRIS LLP, One Riverfront PLaza, 1037 Raymond Blvd., Suite 1800 Newark, NJ 07102-5423 |
| cr | + | Somerville Circle Partnership, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |

| | | |
|---|---|---|
| cr | + | Springfield Plaza Limited Partnership, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | TFP Limited, c/o Carol L. Knowlton, Esquire, Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| cr | + | TPP Bryant, LLC, c/o Riker Danzig LLP, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | The Anna Mscisz Trust, c/o Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| cr | + | The Morning Consult LLC, 1025 F Street NW, Ste 800, Washington, DC 20004-1432 |
| cr | | Township of Whitehall, c/o Loren L. Speziale, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| trfee | + | Tradeguard, LLC, Attn: Joseph Azarbad, 1460 Broadway, New York, NY 10036-7329 |
| cr | + | UBS Realty Investors, LLC, c/o Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Urban Edge Properties, L.P., c/o Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Verizon Entities, c/o McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4062 |
| cr | + | Westfield LLC, c/o Barclay Damon LLP, Attn: Niclas A. Ferland, 545 Long Wharf Drive, Ninth Floor New Haven, CT 06511-5960 |

TOTAL: 212

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: caleb.holzaepfel@huschblackwell.com | Sep 05 2023 21:34:00 | Caleb T. Holzaepfel, Husch Blackwell LLP, 736 Georgia Avenue, Suite 300, Chattanooga,, TN 37402-2059 |
| aty | + | Email/Text: jarrod.martin@chamberlainlaw.com | Sep 05 2023 21:34:00 | Jarrod B. Martin, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| aty | + | Email/Text: lmbkr@pbfcm.com | Sep 05 2023 21:34:00 | Laura J Monroe, Perdue, Brandon,Fielder et al, PO Box 817, Lubbock, TX 79408-0817 |
| aty | + | Email/Text: mvaldez@pbfcm.com | Sep 05 2023 21:34:00 | Melissa E. Valdez, Perdue, Brandon, Fielder, Collins & Mott, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| aty | + | Email/Text: trustee@certilmanbalin.com | Sep 05 2023 21:34:43 | Richard J. McCord, Certilman, Balin, Adler & Hyman, LLP, 90 Merrick Ave., 9th Floor, East Meadow, NY 11554-1597 |
| aty | + | Email/Text: houston_bankruptcy@LGBS.com | Sep 05 2023 21:34:00 | Tara L Grundemeier, Linebarger Goggan Blair & Samson LLP, PO Box 3064, Houston, TX 77253-3064 |
| aty | | Email/Text: houston_bankruptcy@LGBS.com | Sep 05 2023 21:34:00 | Tara L Grundermeier, Linebarger, Googan, Blair & Sampson, LLP, PO Box 3064, Houston, TX 77253-3064 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2023 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2023 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Sep 05 2023 21:32:58 | DLC Management Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 05 2023 21:34:00 | Duquesne Light Company, Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | | Email/Text: legal@taxcollector.com | Sep 05 2023 21:33:00 | Ken Burton, Jr., Manatee County Tax Collector, c/o Michelle Leeson, CFCA, 1001 3rd Avenue W,, Ste. 240, Bradenton, FL 34205 |
| cr | ^ | MEBN | Sep 05 2023 21:32:59 | National Realty & Development Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| na | | Email/Text: EBN@primeclerk.com | Sep 05 2023 21:33:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | ^ | MEBN | | |

District/off: 0312-2 | User: admin | Page 6 of 28
Date Rcvd: Sep 05, 2023 | Form ID: tsntc | Total Noticed: 234

| | | | Sep 05 2023 21:32:57 | RPT Realty, L.P., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | + | Email/Text: mhall@foxrothschild.com | Sep 05 2023 21:33:00 | Silvertown, Inc., c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| cr | + | Email/Text: cmartin@simon.com | Sep 05 2023 21:34:00 | Simon Property Group, 225 West Washington Street, Indianapolis, IN 46204-3438 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 05 2023 21:34:00 | Tamarack Village Shopping Center, A Limited Partne, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | Sep 05 2023 21:34:00 | Tammy Jones, Oklahoma County Treasurer, 320 Robert S, Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 05 2023 21:34:00 | Texas Taxing Authorities, c/o Linebarger Goggan Blair & Sampson LL, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: WPGBankruptcy@fbtlaw.com | Sep 05 2023 21:34:00 | WPG Legacy, LLC, C/O Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 E. Fourth Street, Cincinnati, OH 45202-4257 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 05 2023 21:34:00 | Water Tower Square Associates, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Avenue, Suite 4A, Margate, NJ 08402-1195 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Alvarez & Marsal North America, LLC |
| aty | | Kirkland & Ellis LLP and Kirkland & Ellis Internat |
| cr | | AJG Enterprises, LLC |
| op | | AP Services, LLC |
| op | | Alvarez & Marsal North America, LLC |
| intp | | Candlewood Lake Road, LLC |
| intp | | Colin Anten, 53 Marwood Circle N.E Calgary, Alberta, CA T2A2RT |
| intp | | Creatable |
| intp | | Deloitte Tax LLP |
| op | | Lazard Freres and Co. LLC |
| op | | Pachulski Stang Ziehl & Jones LLP |
| intp | | R&F Garden City, LLC |
| cr | | RC Ventures, LLC |
| cr | | Royal Packaging, LLC |
| cr | | Ryan Cohen |
| stkhld | * | Gabriel Rostom, 63 Rue de la Folie Regnault, 75011 Paris, France |
| op | *P++ | PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 EAST 42ND STREET SUITE 1440, NEW YORK NY 10165-1446, address filed with court:, Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | *+ | Tradeguard, LLC, Attn: Joseph Azarbad, 1460 Broadway, New York, NY 10036-7329 |

TOTAL: 15 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com |
| Aaron Applebaum | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan Stuart Maza | on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Albert Anthony Ciardi, III | on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Alexander F. Barth | on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Allen J Barkin | on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com |
| Allen Joseph Underwood, II | on behalf of Creditor 12535 SE 82nd AVE LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allyson Stavis | on behalf of Interested Party Nordstrom  Inc. astavis@atllp.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |
| Amy Elizabeth Vulpio | on behalf of Creditor Google LLC vulpioa@whiteandwilliams.com |

District/off: 0312-2    User: admin    Page 8 of 28
Date Rcvd: Sep 05, 2023    Form ID: tsntc    Total Noticed: 234

Amy Elizabeth Vulpio
on behalf of Creditor Salesforce.com inc. vulpioa@whiteandwilliams.com

Andrew Braunstein
on behalf of Creditor Commission Junction LLC andrew.braunstein@lockelord.com

Andy Winchell
on behalf of Creditor River Park Properties II LP andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell
on behalf of Creditor Dong Koo Kim and Jong Ok Kim Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated
October 18, 1996 andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo
on behalf of Interested Party Valley Square I L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
on behalf of Interested Party CTC Phase II LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
on behalf of Interested Party Christiana Town Center LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anthony Sodono, III
on behalf of Creditor Salmar Properties LLC asodono@msbnj.com

Arthur Abramowitz
on behalf of Other Prof. Golf & Tennis Pro Shops Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com

Barbra Rachel Parlin
on behalf of Creditor ALTO Northpoint LP barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Beth E Levine
on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler
on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com
mseidl@pszjlaw.com;lsc@pszjlaw.com

Brendan Scott
on behalf of Creditor Dream on Me Industries Inc. bscott@klestadt.com

Brett D. Goodman
on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Chico Crossroads L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor C T Center S.C. LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Flagler S.C. LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor KIR Brandon 011 LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Airport Plaza LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor KSI Cary 483 LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Mooresville Crossing LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Franklin Park S.C. LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Creditor Kimco Realty OP LLC brett.goodman@afslaw.com, john.murphy@troutman.com

District/off: 0312-2                                          User: admin                                          Page 9 of 28
Date Rcvd: Sep 05, 2023                                      Form ID: tsntc                                      Total Noticed: 234

Brett D. Goodman
                on behalf of Creditor WRI-URS South Hill  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor Weingarten Nostat  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor KIR Bridgewater 573  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor CFH Realty III/Sunset Valley  L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor WRI Mueller  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor KIR MONTGOMERY 049  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com  john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor Kimco Riverview  LLC brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor Redfield Promenade  LP brett.goodman@afslaw.com, john.murphy@troutman.com

Brett D. Goodman
                on behalf of Creditor Conroe Marketplace S.C.  L.P. brett.goodman@afslaw.com, john.murphy@troutman.com

Brett S. Moore
                on behalf of Creditor Englewood Construction  Inc. bsmoore@pbnlaw.com,
                pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian Morgan
                on behalf of Creditor UG2 Solon OH  LP brian.morgan@faegredrinker.com

Brian Morgan
                on behalf of Creditor Prologis brian.morgan@faegredrinker.com

Brian Morgan
                on behalf of Creditor Prologis USLF NV II  LLC brian.morgan@faegredrinker.com

Brian Morgan
                on behalf of Creditor PRW Urban Renewal 1  LLC brian.morgan@faegredrinker.com

Brian I. Kantar
                on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brittany B Falabella
                on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Carol L. Knowlton
                on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Christopher D Loizides
                on behalf of Interested Party NORTHWOODS III (SAN ANTONIO)  LLC loizides@loizides.com, lisa.peters@kutakrock.com

Clayton Daniel Harvey
                on behalf of Creditor Federal Heath Sign Company LLC charvey@sgrlaw.com

Colin R. Robinson
                on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com

Courtney Brown
                on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
                ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael
                on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Dana Lee Robbins
                on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com  mguerra@burr.com

Dana Lee Robbins
                on behalf of Creditor DS Properties 18 LP drobbins@burr.com  mguerra@burr.com

Dana S. Plon
> on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
> on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com

Dana S. Plon
> on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Dana S. Plon
> on behalf of Creditor Riverhead Centre Owners  LLC dplon@sirlinlaw.com

Daniel Brogan
> on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@beneschlaw.com

Daniel Stolz
> on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com
> dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
> on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com
> dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira
> on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira
> on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman
> on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com,
> skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com

Daniel R. Utain
> on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg
> on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Graff
> on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David B Wheeler
> on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David H. Pikus
> on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein
> on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David L. Bruck
> on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.
> bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Chase Green Mountain LP bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Chenal Place Properties LLC bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Almaden Plaza Shopping Center  Inc. bankruptcy@greenbaumlaw.com

David M Stauss
> on behalf of Creditor CBL & Associates Management  Inc. david.stauss@huschblackwell.com,
> serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss
> on behalf of Interested Party Safety National Casualty Corporation david.stauss@huschblackwell.com
> serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss
> on behalf of Interested Party Safety Specialty Insurance Company david.stauss@huschblackwell.com
> serena.hill@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M. Bass
> on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com

David P. Primack

on behalf of Creditor MCS-Lancaster DE LP dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Biscayne  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor GKT Gallatin Shopping Center dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Coral North  LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor Shreve Center DE LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Logan Town Centre LP dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor SLO Promenade DE LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor Grand Mesa Center  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor TKG-Manchester Highland dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor Wedgewood Hills  Inc. dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor Carson Valley Center  LLC dprimack@mdmc-law.com, kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor Dreamland Shopping Center dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David P. Primack

on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mdmc-law.com  kpatterson@mdmc-law.com

David S. Catuogno

on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Derek J. Baker

on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diane Sanders

on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

    on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders

    on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Don Stecker

    on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don Stecker

    on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don A. Beskrone

    on behalf of Creditor RetailMeNot Inc. DBeskrone@ashbygeddes.com, rpalacio@ashbygeddes.com;snewman@ashbygeddes.com;ahrycak@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com

Douglas J. McGill

    on behalf of Creditor Ak-Sr-Ben Village L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik

    on behalf of Creditor Hanes M. Owner LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik

    on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com rdalba@dttlaw.com

Douglas T Tabachnik

    on behalf of Creditor Casto-Oakbridge Venture Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik

    on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com rdalba@dttlaw.com

Drew S. McGehrin

    on behalf of Creditor NP New Castle LLC dsmcgehrin@duanemorris.com

Edmond P O'Brien

    on behalf of Creditor RXR 620 Master Lessee LLC eobrien@cszlaw.com jrich@cszlaw.com

Elliot D. Ostrove

    on behalf of Creditor Iris Software Inc. e.ostrove@epsteinostrove.com

Eric Horn

    on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn

    on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric S. Chafetz

    on behalf of Interested Party CPT Arlington Highlands 1 LP echafetz@lowenstein.com

Eric S. Chafetz

    on behalf of Interested Party Pagosa Partners III Ltd. echafetz@lowenstein.com

Ericka Fredricks Johnson

    on behalf of Interested Party Burlington Stores Inc. ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com;cindy.giobbe@wbd-us.com

Erin Teske

    on behalf of Creditor SRK Lady Lake 21 SPE LLC eteske@hodgsonruss.com

Erin Teske

    on behalf of Creditor Benchmark-Clarence Associates LLC eteske@hodgsonruss.com

Evan J. Zucker

    on behalf of Creditor 1019 Central Avenue Corp. ezucker@blankrome.com nybankruptcydocketing@blankrome.com

Faye C Rasch

    on behalf of Creditor SHI Owner LLC faye@wrlawgroup.com, travis@wrlawgroup.com

Felice R. Yudkin

    on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com fpisano@coleschotz.com

Fernand L Laudumiey, IV

    on behalf of Creditor Richards Clearview LLC laudumiey@chaffe.com

Fran B. Steele

    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak
                    on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci
                    on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Frank F. Velocci
                    on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott
                    on behalf of Creditor Verizon Entities glynott@mccarter.com  lharkins@mccarter.com

Gregory Plotko
                    on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian
                    on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Ilana Volkov
                    on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Jaclyn Dopke
                    on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com
                    jdopke@fleischerlaw.com

James McCartney
                    on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James C. Thoman
                    on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James C. Thoman
                    on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James S. Carr
                    on behalf of Creditor Ryder Integrated Logistics  Inc.
                    KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
                    on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
                    on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jamese Suozzo
                    on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
                    matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jamese Suozzo
                    on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
                    matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jami B. Nimeroff
                    on behalf of Creditor Mode Transportation  Inc. jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com

Jami B. Nimeroff
                    on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com

Jaspreet S. Mayall
                    on behalf of Creditor 3600 Long Beach Road  LLC ,
                    jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
                    on behalf of Creditor Serota Islip NC LLC
                    jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
                    on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
                    on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein
                    on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com

Jeffrey Kurtzman
                    on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                    on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman
                    on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Lester
    on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Wurst
    on behalf of Interested Party Nordstrom  Inc. jwurst@atllp.com

Jeffrey C. Wisler
    on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler
    on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jeremy M. Campana
    on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
ECFDocket@thompsonhine.com

Jerrold S. Kulback
    on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  chansen@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, chansen@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, chansen@archerlaw.com

Jesse M. Harris
    on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich
    on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
    on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
    on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
    on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC
jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
    on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco
    on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco
    on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle
    on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb1
24931@notify.bestcase.com

John David Folds
    on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com

John David Folds
    on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com

John David Folds
    on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com

John David Folds
    on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com

John Kendrick Turner
    on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John S. Mairo
    on behalf of Creditor Northway Mall Properties Sub  LLC jsmairo@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor U.S. 41 & I-285 Company LLC jsmairo@pbnlaw.com

pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor DFW Lewisville Partners GP jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor DPEG Fountains  LP jsmairo@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor KMO-361 (Paramus) LLC jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor MLO Great South Bay LLC jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor Siegen Lane Properties LLC jsmairo@pbnlaw.com
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Jonathan S. Bodner

on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask

on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph Charles Barsalona, II

on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
jbarsalona@pashmanstein.com

Joseph H Baldiga

on behalf of Creditor Running Hill SP  LLC jbaldiga@mirickoconnell.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joshua Sussberg

on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com  ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner

on behalf of Creditor Texas Taxing Authorities jb@ansellgrimm.com  courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Julie Anne Parsons

on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com

Kenneth A. Rosen

on behalf of Interested Party Michael's Stores  Inc. krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth L. Baum

on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

District/off: 0312-2                          User: admin                                    Page 16 of 28
Date Rcvd: Sep 05, 2023                       Form ID: tsntc                                 Total Noticed: 234

Kenneth L. Baum
                    on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
                    on behalf of Creditor Forum Lone Star  L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm
                    on behalf of Creditor Hart TC I-III  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
                    on behalf of Creditor Bayer Development Company  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
                    on behalf of Creditor Hart Miracle Marketplace  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
                    on behalf of Creditor Cobb Place Property  LLC kklemm@bakerdonelson.com

Keri P. Ebeck
                    on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM
                    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
                    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin C Calhoun
                    on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
                    on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
                    on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com
                    docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
                    on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
                    on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com
                    docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
                    on behalf of Interested Party Flexport  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
                    on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com  smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kristen Peters Watson
                    on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
                    on behalf of Creditor Comenity Capital Bank kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
                    on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
                    on behalf of Creditor DS Properties 18 LP kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Lauren M. Macksoud
                    on behalf of Creditor Mishorim 255  LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com

Lauren Rebecca Jacoby
                    on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton
                    on behalf of Creditor HRTC 1 LLC lhilton@onellp.com  lthomas@onellp.com

Lee Squitieri
                    on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri
                    on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Leslie Carol Heilman
                    on behalf of Creditor ARG PSALBNM001  LLC heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor ARG SAABITX001  LLC heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor EDENS heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC CLORLFL001 LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG FSBROWI001 LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 209-261 Junction Road Madison Investors LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 210 Development LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CVSC LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Agua Mansa Commerce Phase I LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC ASANDSC001 LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GC Ambassador Courtyard LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Marketplace LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UBS Realty Investors LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor PF Portfolio 2 LP heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XII Magnolia LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Urban Edge Properties L.P. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Heitman heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UE 675 Route 1 LLC heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Congressional Plaza Associates LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC BHT-VCMI001  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Lisa M. Solomon

on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

Loren L. Speziale

on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Mark Minuti

on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com

Mark Christopher Errico

on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mark E. Hall

on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Marshall Dworkin

on behalf of Creditor Studio City East 93K LLC mdworkin@moritthock.com

Marshall Dworkin

on behalf of Unknown Role Type Mara Sirhal mdworkin@moritthock.com

Matthew E. Kaslow

on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena

on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Meredith Mitnick

on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien

on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik

on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski

on behalf of Creditor PSEG Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenllp.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor American Electric Power mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenllp.com
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski
    on behalf of Creditor NV Energy Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski
    on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com

Michael Kwiatkowski
    on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com

Michael Kwiatkowski
    on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com

Michael Kwiatkowski
    on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com

Michael Kwiatkowski
    on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenllp.com crodriguez@cullenllp.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Hartsdale Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Brentwood Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Buy Buy Baby of Rockville Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Greenbrook II Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of New Rochelle Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Caldwell Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Decorist LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Westfield Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael R. Herz
on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael S Tucker
on behalf of Creditor MLO Great South Bay LLC mtucker@ulmer.com

Michael S Tucker
on behalf of Creditor Siegen Lane Properties LLC mtucker@ulmer.com

Michael S Tucker
on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ulmer.com

District/off: 0312-2                          User: admin                          Page 24 of 28
Date Rcvd: Sep 05, 2023                       Form ID: tsntc                        Total Noticed: 234

Michael S Tucker
   on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ulmer.com

Michael S Tucker
   on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ulmer.com

Mollie Margaret Lerew
   on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino
   on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
   on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
   on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com

Morris J. Schlaf
   on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer
   on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Nancy Isaacson
   on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com

Naznen Rahman
   on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Nicole A. Leonard
   on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com
gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com

Nicole M. Nigrelli
   on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli
   on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik
   on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
   on behalf of Creditor Humble Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
   on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
   on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
   on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Paige M. Guarino
   on behalf of Interested Party Nordstrom  Inc. pguarino@atllp.com

Pamela Elchert Thurmond
   on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

Paul Rubin
   on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
   on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
   on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Paul Hans Schafhauser
   on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com

Paul J. Winterhalter
   on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul S. Murphy

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

Paul W Carey

on behalf of Creditor ISM Holdings  Inc. pcarey@mirickoconnell.com

Paul W Carey

on behalf of Creditor Running Hill SP  LLC pcarey@mirickoconnell.com

Richard L Fuqua, II

on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com

Richard L Fuqua, II

on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com

Richard L. Zucker

on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Richard L. Zucker

on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Rick Aaron Steinberg

on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com

Robert Malone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com
nmitchell@gibbonslaw.com

Robert J Feinstein

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul

on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

| | |
|---|---|
| | on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com, |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com, |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com, |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com, |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com, |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| | on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com |
| Robert L. LeHane | KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert S. Roglieri | on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law |
| Robert S. Westermann | on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com |
| Ronald S. Gellert | on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  abrown@gsbblaw.com |
| Sari Blair Placona | on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com |
| Sari Blair Placona | on behalf of Interested Party Central Transport  LLC splacona@msbnj.com |
| Scott Fleischer | on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor RED Development  LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com |
| Scott Fleischer | on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com |
| Scott A. Zuber | on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com |

Scott H. Bernstein
 on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Shai Schmidt
 on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shawn M. Christianson
 on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein
 on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
 bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross
 on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie L. Jonaitis
 on behalf of Interested Party OXO International Ltd. stephanie.jonaitis@troutman.com  balaa@pepperlaw.com

Stephanie L. Jonaitis
 on behalf of Interested Party Helen of Troy L.P. stephanie.jonaitis@troutman.com  balaa@pepperlaw.com

Stephanie L. Jonaitis
 on behalf of Interested Party Kaz Canada  Inc. stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Stephanie L. Jonaitis
 on behalf of Interested Party Kaz USA  Inc. stephanie.jonaitis@troutman.com, balaa@pepperlaw.com

Stephanie R Sweeney
 on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen R. Catanzaro
 on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
 cparlapiano@daypitney.com;jcohen@daypitney.com

Steven A. Jayson
 on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
 jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
 on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
 nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
 law.net

Stuart D. Gavzy
 on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
 lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;ecf123@casedriver.
 com

Sunjae Lee
 on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tara J. Schellhorn
 on behalf of Creditor TPP Bryant  LLC tschellhorn@riker.com

Tara J. Schellhorn
 on behalf of Creditor Dadeland Station Associates  Ltd. tschellhorn@riker.com

Thomas James Monroe
 on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com

Thomas S. Onder
 on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder
 on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder
 on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder
 on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
 on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder
 on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com

Thomas S. Onder
 on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Tina Moss

District/off: 0312-2                          User: admin                                    Page 28 of 28
Date Rcvd: Sep 05, 2023                       Form ID: tsntc                                  Total Noticed: 234

| | |
|---|---|
| | on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com |
| Tina Moss | |
| | on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com |
| Turner Falk | |
| | on behalf of Interested Party Loja WTP  LLC turner.falk@saul.com, catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com  catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor College Plaza Station LLC turner.falk@saul.com  catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com catherine.santangelo@saul.com |
| Turner Falk | |
| | on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com  catherine.santangelo@saul.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Vahbiz Karanjia | |
| | on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com |
| Walter E. Swearingen | |
| | on behalf of Creditor 200-220 West 26 LLC wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com |
| Walter E. Swearingen | |
| | on behalf of Creditor TF Cornerstone Inc. wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com |
| Warren A. Usatine | |
| | on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com |
| Wendy M Simkulak | |
| | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |
| Wendy M Simkulak | |
| | on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com |
| William G. Wright | |
| | on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com |
| William J. Levant | |
| | on behalf of Creditor Consumer Centre Paramount 4  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | |
| | on behalf of Creditor Consumer Centre Paramount 1  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | |
| | on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | |
| | on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | |
| | on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | |
| | on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | |
| | on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com |
| William R. Firth, III | |
| | on behalf of Creditor DT-SGW  LLC wfirth@pashmanstein.com, ddanielson@cohenseglias.com |

TOTAL: 540