**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Brian Horman, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Notice of Cancellation of All Matters Scheduled for Hearings on August 29, 2023 at 2:30 p.m. (ET) [Docket No. 2073]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: September 6, 2023

*/s/ Brian Horman*
Brian Horman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 6, 2023, by Brian Horman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO LEONARD FEINSTEIN AND WARREN EISENBERG | A.Y. STRAUSS LLC | EHORN@AYSTRAUSS.COM<br>HVOGEL@AYSTRAUSS.COM |
| COUNSEL TO ALTO NORTHPOINT, LP | ALTO NORTHPOINT, LP | DOR@ALTO-INV.COM<br>YISSACHAR@ALTO-INV.COM<br>NITAY@ALTO-INV.COM |
| COURT-APPOINTED MONITOR | ALVAREZ & MARSAL CANADA INC. | AHUTCHENS@ALVAREZANDMARSAL.COM<br>RGRUNEIR@ALVAREZANDMARSAL.COM<br>NFENNEMA@ALVAREZANDMARSAL.COM<br>CGOOD@ALVAREZANDMARSAL.COM |
| MONITOR TO THE CCAA PROCEEDING AND COUNSEL | ALVAREZ & MARSAL LLP | AHUTCHENS@ALVAREZANDMARSAL.COM |
| COUNSEL TO THE TEXAS TAXING AUTHORITIES "BEXAR COUNTY, CAMERON COUNTY, CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY, CITY OF EL PASO, FORT BEND COUNTY WCID #02, FORT BEND COUNTY, CITY OF FRISCO, GRAYSON COUNTY, GREGG COUNTY, HARRIS COUNTY, HIDALGO COUNTY, JEFFERSON COUNTY, LEWISVILLE INDEPENDENT SCHOOL DISTRICT, CITY OF MCALLEN, MCLENNAN COUNTY, CITY OF MESQUITE, MONTGOMERY COUNTY, NUECES COUNTY, PARKER CAD, ROCKWALL CAD, SAN MARCOS CISD, SMITH COUNTY, TARRANT COUNTY, TOM GREEN CAD, VICTORIA COUNTY, WICHITA COUNTY TAX OFFICE, RANDALL COUNTY TAX OFFICE, BRAZORIA COUNTY, BRAZORIA COUNTY SPECIAL ROAD & BRIDGE, ALVIN INDEPENDENT SCHOOL DISTRICT, ALVIN COMMUNITY COLLEGE, BRAZORIA COUNTY DRAINAGE DISTRICT #4, PEARLAND MUNICIPAL MANAGEMENT, BRAZORIA MUNICIPAL UTILITY DISTRICT #06, WOODLANDS METRO MUNICIPAL UTILITY DISTRICT, WOODLANDS ROAD UTILITY DISTRICT, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, HUMBLE INDEPENDENT SCHOOL DISTRICT, PASADENA INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, LUBBOCK CENTRAL APPRAISAL DISTRICT, MIDLAND COUNTY, CITY OF LAKE WORTH, CROWLEY INDEPENDENT SCHOOL DISTRICT, GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT, FRISCO INDEPENDENT SCHOOL DISTRICT, PLANO INDEPENDENT SCHOOL DISTRICT, BELL COUNTY TAX APPRAISAL DISTRICT, BOWIE CENTRAL APPRAISAL DISTRICT, BRAZOS COUNTY, DENTON COUNTY, GUADALUPE COUNTY, HAYS COUNTY, MIDLAND CENTRAL APPRAISAL DISTRICT, TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT, CITY OF WACO, WACO INDEPENDENT SCHOOL DISTRICT AND WILLIAMSON COUNTY" | ANSELL GRIMM & AARON, P.C. | JB@ANSELLGRIMM.COM |
| COUNSEL TO HINGHAM LAUNCH PROPERTY, LLC AND CP VENTURE FIVE – AV, LLC | ARCHER & GREINER, P.C. | JKULBACK@ARCHERLAW.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO AIRPORT PLAZA, LLC, C T CENTER S.C., LP, CFH REALTY III/SUNSET VALLEY, L.P., CHICO CROSSROADS, L.P., CONROE MARKETPLACE S.C., L.P., FLAGLER S.C., LLC, FRANKLIN PARK S.C., LLC, KIMCO REALTY OP, LLC, KIMCO RIVERVIEW, LLC, KIR BRANDON 011, LLC, KIR BRIDGEWATER 573, LLC, KIR MONTGOMERY 049, LLC, KIR PASADENA II L.P., KIR SONCY L.P., KIR TUKWILA L.P., KSI CARY 483, LLC, MOORESVILLE CROSSING, LP, PL DULLES LLC, PRICE/BAYBROOK LTD., REDFIELD PROMENADE, LP, TALISMAN TOWSON LIMITED PARTNERSHIP, WEINGARTEN NOSTAT, LLC, WRI MUELLER, LLC, WRI/RALEIGH L.P., AND WRI-URS SOUTH HILL, LLC (COLLECTIVELY, THE "KIMCO LANDLORDS") | ARENTFOX SCHIFF LLP | BRETT.GOODMAN@AFSLAW.COM |
| COUNSEL TO RETAILMENOT, INC. | ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM DBESKRONE@ASHBYGEDDES.COM |
| COUNSEL TO THE MICHIGAN DEPARTMENT OF TREASURY | ASSISTANT ATTORNEY GENERAL FOR MICHIGAN | FREEDMANM1@MICHIGAN.GOV |
| COUNSEL TO THE COUNTY OF LOUDOUN, VIRGINIA | ASSISTANT COUNTY ATTORNEY | ROBERT.SPROUL@LOUDOUN.GOV |
| COUNSEL TO HART MIRACLE MARKETPLACE, LLC, BAYER DEVELOPMENT COMPANY, LLC, HART TC I-III, LLC, COBB PLACE PROPERTY, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | DFOLDS@BAKERDONELSON.COM |
| COUNSEL TO COBB PLACE PROPERTY, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KKLEMM@BAKERDONELSON.COM |
| COUNSEL TO HART MIRACLE MARKETPLACE, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KKLEMM@BAKERDONELSON.COM |
| COUNSEL TO BRIXMOR OPERATING PARTNERSHIP LP. | BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM |
| STATE OF NEW JERSEY ATTORNEY GENERAL | BANKRUPTCY DEPARTMENT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW JERSEY ATTORNEY GENERAL | BANKRUPTCY DEPARTMENT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM |
| COUNSEL TO RPT REALTY, L.P., INLAND COMMERCIAL REAL ESTATE SERVICES, L.L.C., DLC MANAGEMENT CORP., RIVERCREST REALTY ASSOCIATES, LLC, NATIONAL REALTY & DEVELOPMENT CORP., WESTFIELD LLC, & MISSION VALLEY SHOPPINGTOWN LLC (THE "CREDITORS") | BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| COUNSEL TO INFOR (US), LLC | BARNES & THORNBURG LLP | GPLOTKO@BTLAW.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | AOSTROW@BECKERGLYNN.COM<br>WSWEARINGEN@BECKERGLYNN.COM |
| COUNSEL TO MASTIC ASSOCIATES OF NEW YORK LLC | BELKIN BURDEN GOLDMAN, LLP | JSOLOMON@BBGLLP.COM |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM |
| MONITOR TO THE CCAA PROCEEDING AND COUNSEL | BENNETT JONES FIRM | SHAKRAM@BENNETTJONES.COM<br>FOSTERJ@BENNETTJONES.COM |
| COUNSEL TO COURT-APPOINTED MONITOR | BENNETT JONES LP | ZYCHK@BENNETTJONES.COM<br>ZWEIGS@BENNETTJONES.COM<br>SHAKRAM@BENNETTJONES.COM<br>FOSTERJ@BENNETTJONES.COM |
| COUNSEL TO DUQUESNE LIGHT COMPANY | BERNSTEIN-BURKLEY, P.C. | KEBECK@BERNSTEINLAW.COM |
| COUNSEL FOR EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION | BETANCOURT, GRECO & EVANS LLC | JGRECO@BGE-LAW.COM |
| ATTORNEY FOR HUNTINGTON OAKS DELAWARE PARTNERS, LLC | BEWLEY, LASSLEBEN & MILLER, LLP | ERNIE.PARK@BEWLEYLAW.COM |
| COUNSEL TO VALLEY SQUARE I, L.P., CHRISTIANA TOWN CENTER, LLC & CTC PHASE II, LLC | BIELLI & KLAUDER, LLC | MASTRANGELO@BK-LEGAL.COM<br>DKLAUDER@BK-LEGAL.COM |
| COUNSEL TO DADELAND STATION ASSOCIATES, LTD. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP | JSNYDER@BILZIN.COM |
| COUNSEL TO WILLOWBROOK TOWN CENTER, LLC ("WILLOWBROOK") | BLANK ROME LLP | MATT.KASLOW@BLANKROME.COM |
| COUNSEL TO WALDORF SHOPPERS' WORLD, LLC ("WALDORF") | BROWN MCGARRY NIMEROFF LLC | JNIMEROFF@BMNLAWYERS.COM |
| COUNSEL TO PREP HOME RETAIL-OCEANSIDE LLC | BUCHALTER | ANAPOLITANO@BUCHALTER.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO COMENITY CAPITAL BANK | BURR & FORMAN LLP | KWATSON@BURR.COM |
| COUNSEL TO CREDITOR, PITTSBURGH HILTON HEAD ASSOCIATES L.P. | BUTLER SNOW LLP | PAUL.MURPHY@BUTLERSNOW.COM<br>ECF.NOTICES@BUTLERSNOW.COM<br>KITTY.LOGAN@BUTLERSNOW.COM |
| COUNSEL TO 1-800-FLOWERS.COM, INC. ("1-800-FLOWERS") | CAHILL GORDON & REINDEL LLP | JLEVITIN@CAHILL.COM<br>RSTIEGLITZ@CAHILL.COM |
| COUNSEL TO OAKLAND COUNTY TREASURER | CALHOUN & DI PONIO, PLC | KEVIN@LAWYERMICH.COM |
| COUNSEL TO ARC INTERNATIONAL NORTH AMERICA, LLC | CAPEHART & SCATCHARD, P.A. | WWRIGHT@CAPEHART.COM |
| COUNSEL TO THE BANK OF NEW YORK MELLON, AS TRUSTEE | CARTER LEDYARD & MILBURN LLP | BANKRUPTCY@CLM.COM |
| COUNSEL TO SEROTA ISLIP, NC LLC, AND 3600 LONG BEACH ROAD, LLC AND SEROTA ISLIP NC LLC | CERTILMAN BALIN ADLER & HYMAN, LLP | JMAYALL@CERTILMANBALIN.COM<br>TMONROE@CERTILMANBALIN.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO RICHARDS CLEARVIEW, LLC | CHAFFE MCCALL, LLP | LAUDUMIEY@CHAFFE.COM |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | BKANTAR@CSGLAW.COM |
| COUNSEL TO ARCH INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | BKANTAR@CSGLAW.COM SZUBER@CSGLAW.COM |
| COUNSEL TO RAINIER COLONY PLACE ACQUISTIONS LLC AND THE ANNA MSCISZ TRUST | CIARDI CIARDI & ASTIN | ACIARDI@CIARDILAW.COM NNIGRELLI@CIARDILAW.COM |
| COUNSEL TO CANTON CORNERS/FORD ROAD LLC, A&W ACQUISITIONS, CPT LOUISVILLE I LLC, SANTAN MP, LP, VPQCM, LLC, WEINGARTEN REALTY INVESTORS AND SURPRISE MARKETPLACE HOLDINGS, LLC | CLARK HILL PLC | BFRANKE@CLARKHILL.COM AHORNISHER@CLARKHILL.COM |
| COUNSEL TO CHE CHEN LIU AND SHU FEN LIU REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ABARTH@COHENSEGLIAS.COM ERASSMAN@COHENSEGLIAS.COM |
| COUNSEL TO DT-SGW, LLC, AND CHEN LIU AND SHU FEN LIE REVOCABLE TRUST | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ERASSMAN@COHENSEGLIAS.COM |
| COUNSEL TO DT-SGW, LLC | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | WFIRTH@COHENSEGLIAS.COM |
| COUNSEL TO AKAMAI TECHNOLOGIES, INC. | COHNE KINGHORN, P.C. | GHOFMANN@CK.LAW |
| COUNSEL TO THE DEBTORS | COLE SCHOTZ P.C. | MSIROTA@COLESCHOTZ.COM WUSATINE@COLESCHOTZ.COM FYUDKIN@COLESCHOTZ.COM |
| COUNSEL TO TPP BRYANT, LLC ("BRYANT") | CROWE & DUNLEVY | CRISSIE.STEPHENSON@CROWEDUNLEVY.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO AMERICAN ELECTRIC POWER, ARIZONA PUBLIC SERVICE COMPANY, GEORGIA POWER COMPANY, SALT RIVER PROJECT, SAN DIEGO GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, THE CLEVELAND ELECTRIC ILLUMINATING COMPANY, TOLEDO EDISON COMPANY, OHIO EDISON COMPANY, PENNSYLVANIA POWER COMPANY, MONONGAHELA POWER COMPANY, POTOMAC EDISON COMPANY, WEST PENN POWER COMPANY, JERSEY CENTRAL POWER & LIGHT COMPANY, THE CONNECTICUT LIGHT & POWER COMPANY, YANKEE GAS SERVICE COMPANY, PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, EVERSOURCE GAS OF MASSACHUSETTS, NSTAR ELECTRIC COMPANY, WESTERN MASSACHUSETTS, TAMPA ELECTRIC COMPANY, PEOPLES GAS SYSTEM, INC., ROCHESTER GAS & ELECTRIC CORPORATION, PSEG LONG ISLAND, TUCSON ELECTRIC POWER COMPANY, UNS GAS, INC., CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., BALTIMORE GAS AND ELECTRIC COMPANY, FLORIDA POWER & LIGHT COMPANY, BOSTON GAS COMPANY, COLONIAL GAS CAPE COD, KEYSPAN ENERGY DELIVERY LONG ISLAND, KEYSPAN ENERGY DELIVERY NEW YORK, MASSACHUSETTS ELECTRIC COMPANY, NARRAGANSETT ELECTRIC COMPANY, NIAGARA MOHAWK POWER CORPORATION, VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, THE EAST OHIO GAS COMPANY D/B/A DOMINION ENERGY OHIO, PECO ENERGY COMPANY, DELMARVA POWER & LIGHT COMPANY, ATLANTIC CITY ELECTRIC COMPANY, NV ENERGY, INC., PUBLIC SERVICE ELECTRIC AND GAS COMPANY, NEW YORK STATE ELECTRIC AND GAS CORPORATION, AND COMMONWEALTH EDISON COMPANY | CULLEN AND DYKMAN LLP | MKWIATKOWSKI@CULLENLLP.COM |
| COUNSEL TO JPMORGAN CHASE BANK N.A. | DAVIS POLK & WARDWELL, LLC | ADAM.SHPEEN@DAVISPOLK.COM |
| COUNSEL TO THE PREPETITION ABL AGENT | DAVIS POLK & WARDWELL, LLP | MICHAEL.PERA@DAVISPOLK.COM ADAM.SHPEEN@DAVISPOLK.COM NATASHA.TSIOURIS@DAVISPOLK.COM |
| COUNSEL TO GOTHAM TECHNOLOGY GROUP, LLC ("GOTHAM") | DAY PITNEY LLP | SCATANZARO@DAYPITNEY.COM |
| COUNSEL TO MISHORIM 255, LLC AND MISHORIM GOLD HOUSTON, LLC | DENTONS SIROTE PC | LAUREN.MACKSOUD@DENTONS.COM |
| COUNSEL TO MISHORIM 255, LLC AND MISHORIM GOLD HOUSTON, LLC | DENTONS SIROTE PC | THOMAS.HUMPHRIES@DENTONS.COM |
| COUNSEL FOR CONTINENTAL REALTY CORPORATION, AND WM SUNSET & VINE LLC | DLA PIPER LLP (US) | AARON.APPLEBAUM@US.DLAPIPER.COM |
| COUNSEL FOR CONTINENTAL REALTY CORPORATION, AND WM SUNSET & VINE LLC | DLA PIPER LLP (US) | RICHARD.KREMEN@DLAPIPER.COM |
| COUNSEL TO NP NEW CASTLE, LLC | DUANE MORRIS LLP | LJKOTLER@DUANEMORRIS.COM |
| COUNSEL TO ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, FEDERAL INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY, EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, EXECUTIVE RISK INDEMNITY INC., GREAT NORTHERN INSURANCE COMPANY, CHUBB INSURANCE COMPANY OF NEW JERSEY, VIGILANT INSURANCE COMPANY, CHUBB INDEMNITY INSURANCE COMPANY, ESIS, INC. | DUANE MORRIS LLP | WMSIMKULAK@DUANEMORRIS.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | MSBAUER@DUANEMORRIS.COM SLROSS@DUANEMORRIS.COM |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC | DUANE MORRIS LLP | SLROSS@DUANEMORRIS.COM |
| COUNSEL TO IRIS SOFTWARE, INC. | EPSTEIN OSTROVE, LLC | E.OSTROVE@EPSTEINOSTROVE.COM V.KARANJIA@EPSTEINOSTROVE.COM |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | BRIAN.MORGAN@FAEGREDRINKER.COM |
| COUNSEL TO PROLOGIS, PROLOGIS USLF NV II, LLC, AND PRW URBAN RENEWAL 1, LLC | FAEGRE DRINKER BIDDLE & REATH LLP | FRANK.VELOCCI@FAEGREDRINKER.COM |
| COUNSEL TO FEDERAL SERVICE SOLUTIONS | FLEISCHER, FLEISCHER & SUGLIA, P.C. | JDOPKE@FLEISCHERLAW.COM |
| COUNSEL TO WPG LEGACY, LLC AND SELECT CONSOLIDATED MANAGEMENT, LLC | FROST BROWN TODD LLP | JBLASK@FBTLAW.COM |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | RGOLD@FBTLAW.COM |
| COUNSEL TO HCL TEXAS AVENUE, LLC & PTC TX HOLDINGS, LLC | FUQUA & ASSOCIATES, P.C. | FUQUA@FUQUALEGAL.COM |
| COUNSEL FOR ROCKAWAY TOWNSHIP AND TAX COLLECTOR, ROCKAWAY TOWNSHIP | GAVZY LAW | STUART@GAVZYLAW.COM |
| COUNSEL TO SERITAGE SRC FINANCE LLC | GELLERT SCALI BUSENKELL & BROWN, LLC | RGELLERT@GSBBLAW.COM MBUSENKELL@GSBBLAW.COM ABROWN@GSBBLAW.COM |
| COUNSEL TO AD HOC COMMITTEE OF BONDHOLDERS | GENOVA BURNS, LLC | DSTOLZ@GENOVABURNS.COM GKINOIAN@GENOVABURNS.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "CREDITORS' COMMITTEE") | GIBBONS P.C. | RMALONE@GIBBONSLAW.COM BTHEISEN@GIBBONSLAW.COM KMCEVILLY@GIBBONSLAW.COM |
| COUNSEL TO AD HOC COMMITTEE OF BONDHOLDERS | GLENN AGRE BERGMAN & FUENTES LLP | AGLENN@GLENNAGRE.COM KMAYR@GLENNAGRE.COM SSCHMIDT@GLENNAGRE.COM ABERRO@GLENNAGRE.COM NRAHMAN@GLENNAGRE.COM |
| COUNSEL TO SHARKNINJA OPERATING LLC | GOODWIN PROCTER LLP | KJARASHOW@GOODWINLAW.COM MMITNICK@GOODWINLAW.COM |
| COUNSEL TO CREDITOR, TFP LIMITED | GORSKI & KNOWLTON PC | CKNOWLTON@GORSKIKNOWLTON.COM |
| COUNSEL TO HINGHAM LAUNCH PROPERTY, LLC AND CP VENTURE FIVE – AV, LLC | GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM BGAGE@GOULSTONSTORRS.COM |
| COUNSEL TO TELEGRAPH MARKETPLACE PARTNERS II, LLC | GRAFF SILVERSTEIN LLP | DGRAFF@GRAFFSILVERSTEINLLP.COM MSILVERSTEIN@GRAFFSILVERSTEINLLP.COM |
| COUNSEL TO TRIPLE B MISSION VIEJO LLC (SUCCESSOR TO THE 1031 NATIONAL EXCHANGE CORPORATION) & BROTHERS INTERNATIONAL HOLDING CORPORATION | GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO BROTHERS INTERNATIONAL HOLDING CORPORATION AND ALMADEN PLAZA SHOPPING CENTER INC | GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| COUNSEL TO JPMORGAN CHASE BANK N.A. & ALEXANDER'S REGO SHOPPING CENTER, INC. | GREENBERG TRAURIG, LLP | BRODYA@GTLAW.COM |
| COUNSEL TO ALEXANDER'S REGO SHOPPING CENTER, INC. | GREENBERG TRAURIG, LLP | KUSHNICKH@GTLAW.COM |
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | PAUL.SCHAFHAUSER@GTLAW.COM |
| COUNSEL TO IKEA PROPERTY, INC. | GREENBERG TRAURIG, LLP | PETERMANN@GTLAW.COM |
| COUNSEL TO CITY OF MESQUITE ("SECURED CREDITORS") | GRIMES & LINEBARGER, LLP | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO TOWNSHIP OF WHITEHALL | GROSS MCGINLEY, LLP | LSPEZIALE@GROSSMCGINLEY.COM |
| COUNSEL TO MARIN COUNTRY MART, LLC | HANSON BRIDGETT LLP | JLAVINSKY@HANSONBRIDGETT.COM |
| COUNSEL TO NPP DEVELOPMENT LLC | HINCKLEY, ALLEN & SNYDER LLP | JDORAN@HINCKLEYALLEN.COM |
| COUNSEL TO THE BRINK'S COMPANY, INCLUDING BUT NOT LIMITED TO, BRINK'S, INC., BRINK'S CAPITAL, AND ALL OTHER DIVISIONS, SUBSIDIARIES, AND RELATED ENTITIES ("BRINK'S") | HIRSCHLER FLEISCHER, P.C. | RWESTERMANN@HIRSCHLERLAW.COM<br>BFALABELLA@HIRSCHLERLAW.COM |
| COUNSEL TO BENCHMARK-CLARENCE ASSOCIATES, LLC AND SRK LADY LAKE 21 SPE, LLC | HODGSON RUSS LLP | ETESKE@HODGSONRUSS.COM |
| COUNSEL TO ALTO NORTHPOINT, LP | HOLLAND & KNIGHT LLP | BARBRA.PARLIN@HKLAW.COM |
| COUNSEL TO CBL & ASSOCIATES MANAGEMENT, INC. | HUSCH BLACKWELL LLP | DAVID.STAUSS@HUSCHBLACKWELL.COM |
| COUNSEL TO CARTUS CORPORATION | K&L GATES LLP | DAVID.CATUOGNO@KLGATES.COM |
| COUNSEL TO NEWTOWN/BUCKS ASSOCIATES, L.P., CONSUMER CENTRE PARAMOUNT 1, LLC, CONSUMER CENTRE PARAMOUNT 2, LLC, CONSUMER CENTRE PARAMOUNT 4, LLC, CONSUMER CENTRE PARAMOUNT 5, LLC, CONSUMER CENTRE PARAMOUNT 6, LLC, CONSUMER CENTRE PARAMOUNT 7, LLC | KAPLIN STEWART MELOFF REITER & STEIN, P.C. | DUTAIN@KAPLAW.COM<br>WLEVANT@KAPLAW.COM |
| COUNSEL TO BENDERSON DEVELOPMENT COMPANY,BLUMENFELD DEVELOPMENT GROUP, LTD., BROOKFIELDPROPERTIES RETAIL, INC., KITE REALTY GROUP, LERNERPROPERTIES, OAK STREET REAL ESTATE, NUVEEN REALESTATE, REGENCY CENTERS, L.P., SHOPCOREPROPERTIES, SITE CENTERS CORP. AND RYDER INTEGRATED LOGISTIC, INC. (TOP 30 UNSECURED CREDITOR) | KELLEY DRYE & WARREN LLP | RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRYE.COM<br>CCHOE@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>MMCLOUGHLIN@KELLEYDRYE.COM<br>JCARR@KELLEYDRYE.COM |
| COUNSEL TO JORDAN KAUFMAN, TREASURER/TAX OF COLLECTOR | KEN COUNTY TREASUER AND TAX COLLECTOR OFFICE | BANKRUPTCY@KERNCOUNTY.COM |
| COUNSEL TO KEPLER GROUP LLC | KEPLER GROUP LLC | RUCHI.PRASAD@KEPLERGRP.COM |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | JOSHUA.SUSSBERG@KIRKLAND.COM<br>EMILY.GEIER@KIRKLAND.COM<br>DEREK.HUNTER@KIRKLAND.COM |
| COUNSEL TO DREAM ON ME INDUSTRIES, INC. | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | IWINTERS@KLESTADT.COM<br>BSCOTT@KLESTADT.COM<br>SSWEENEY@KLESTADT.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO W.B.P. CENTRAL ASSOCIATES, LLC | KRISS & FEUERSTEIN LLP | DZINMAN@KANDFLLP.COM |
| COUNSEL TO WATER TOWER SQUARE ASSOCIATES | KURTZMAN STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| COUNSEL TO NORTHWOODS III (SAN ANTONIO), LLC | KUTAK ROCK LLP | LISA.PETERS@KUTAKROCK.COM |
| COUNSEL TO FOR TAFT ASSOCIATES | LASSER HOCHMAN, L.L.C. | RZUCKER@LASSERHOCHMAN.COM SGURYAN@LASSERHOCHMAN.COM |
| COUNSEL TO NO PLACE LIKE HOME CORP. (NPLHC) | LAW OFFICE OF SHMUEL KLEIN PA | SHMUEL.KLEIN@VERIZON.NET |
| ATTORNEY FOR DONG KOO KIM AND JONG OK KIM, TRUSTEES OF THE DONG KOO KIM AND JONG OK KIM FAMILY TRUST | LAW OFFICES OF ANDY WINCHELL, P.C. | ANDY@WINCHLAW.COM |
| COUNSEL TO COLUMBUS PARK CROSSING, LLC AND FORUM LONE STAR, L.P | LAW OFFICES OF KENNETH L. BAUM LLC | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| COUNSEL FOR DC USA OPERATING CO., LLC (CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-1(B)) & VF CENTER ASSOCIATES, L.P. (CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-1(B)) | LAW OFFICES OF LISA M. SOLOMON | LISA.SOLOMON@ATT.NET |
| COUNSEL TO 36 MONMOUTH PLAZA LLC AS SUCCESSOR IN INTEREST TO HENDON/DDR/BP LLC & CAC ATLANTIC LLC (THE "NOTICE PARTIES") | LAZARUS & LAZARUS, P.C. | HLAZARUS@LAZARUSANDLAZARUS.COM |
| COUNSEL TO NUECES COUNTY, CITY OF MCALLEN, SAN MARCOS CISD, CAMERON COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY & VICTORIA COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@LGBS.COM |
| COUNSEL TO PARKER CAD, GRAYSON COUNTY, DALLAS COUNTY, SMITH COUNTY, TARRANT COUNTY, LEWISVILLE ISD, ROCKWALL CAD, CITY OF FRISCO, GREGG COUNTY ("SECURED CREDITORS"), TOM GREEN CAD | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, ANGELINA COUNTY, HARRIS COUNTY, FORT BEND CO WCID #02, MONTGOMERY COUNTY, JEFFERSON COUNTY, AND FORT BEND COUNTY | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@LGBS.COM |
| COUNSEL TO BEXAR COUNTY & CITY OF EL PASO | LINBARGER GOGGAN BLAIR & SAMPSON, LLP | SANANTONIO.BANKRUPTCY@LGBS.COM |
| COUNSEL TO 12535 SE 82ND AVE LLC | LITE DEPALMA GREENBERG & AFANADOR, LLC | AUNDERWOOD@LITEDEPALMA.COM |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | ANDREW.BRAUNSTEIN@LOCKELORD.COM |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | HANNA.REDD@LOCKELORD.COM |
| COUNSEL TO COMMISSION JUNCTION LLC | LOCKE LORD LLP | JONATHAN.YOUNG@LOCKELORD.COM |
| COUNSEL TO NORTHWOODS III (SAN ANTONIO), LLC | LOIZIDES, P.A. | LOIZIDES@LOIZIDES.COM |
| COUNSEL TO MICHAELS STORES, INC. ("MICHAELS") | LOWENSTEIN SANDLER LLP | KROSEN@LOWENSTEIN.COM MSEYMOUR@LOWENSTEIN.COM PGROSS@LOWENSTEIN.COM |
| COUNSEL TO KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR | MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| COUNSEL TO CAPARRA CENTER ASSOCIATES LLC | MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C. | JMCCARTNEY@MCWPC.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| ATTORNEY FOR TKG BISCAYNE, LLC, TKG PAXTON TOWNE CENTER DEVELOPMENT, LP, TKG-MANCHESTER HIGHLAND, TKG CORAL NORTH, LLC, MANHATTAN MARKETPLACE SC LLC, THF HARRISONBURG CROSSING, LLC, CARSON VALLEY CENTER, LLC, DREAMLAND SHOPPING CENTER, SLO PROMENADE DE LLC, MCS-LANCASTER DE LP, TKG MONROE LOUISIANA 2 LLC, SHREVE CENTER DE LLC, TKG LOGAN TOWN CENTRE LP, TKG MOUNTAIN VIEW PLAZA, LLC, TKG WOODMEN COMMONS, LLC, GKT SHOPPES AT LEGACY PARK, GKT GALLATIN SHOPPING CENTER, THF/MRP TIGER TOWN, LLC, GRAND MESA CENTER, LLC, THE SHOPPES AT WILTON, LLC, AND EPPS BRIDGE CENTRE PROPERTY CO, LLC (COLLECTIVELY, THE "TKG ENTITIES") | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM |
| COUNSEL TO HRTC 1 LLC | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | JBERNSTEIN@MDMC-LAW.COM |
| COUNSEL TO HRTC 1 LLC | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | NLEONARD@MDMC-LAW.COM |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | DFOLEY@MCGUIREWOODS.COM JMWEISS@MCGUIREWOODS.COM |
| COUNSEL TO BRITAX CHILD SAFETY, INC. | MCGUIREWOODS LLP | PAGOLDSTEIN@MCGUIREWOODS.COM |
| COUNSEL TO SALMAR PROPERTIES, LLC. | MCMANIMON SCOTLAND & BAUMANN, LLC | ASODONO@MSBNJ.COM SPLACONA@MSBNJ.COM |
| COUNSEL TO FARLEY REAL ESTATE ASSOCIATES, LLC | MELLINGER KARTZMAN LLC | SKARTZMAN@MSKLAW.NET |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | JBALDIGA@MIRICKOCONNELL.COM |
| COUNSEL TO RUNNING HILL SP, LLC, THE LESSOR OF THE DEBTORS' LOCATION IN SOUTH PORTLAND, MAINE (THE "LANDLORD") & ISM HOLDINGS, INC., THE LESSOR OF THE DEBTORS' LOCATION IN AUBURN, MASSACHUSETTS (THE "LANDLORD") | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | PCAREY@MIRICKOCONNELL.COM |
| COUNSEL TO ACXIOM LLC ("ACXIOM") | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC | SSMITH@MWLAW.COM |
| COUNSEL TO DOMINION ENERGY SOUTH CAROLINA, INC. & PSNC ENERGY, INC. DBA DOMINION ENERGY NORTH CAROLINA | MOORE & VAN ALLEN PLLC | DAVIDWHEELER@MVALAW.COM |
| COUNSEL TO STUDIO CITY EAST 93K LLC | MORITT HOCK & HAMROFF LLP | MDWORKIN@MORITTHOCK.COM LBERKOFF@MORITTHOCK.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KCORDRY@NAAG.ORG |
| COUNSEL TO KEYBANK NATIONAL ASSOCIATION | NOLAN HELLER KAUFFMAN LLP | FBRENNAN@NHKLLP.COM |
| COUNSEL TO CREDITOR F3 METALWORK, INC. | O'BRIEN THORNTON LLC | OBRIEN@OBRIENTHORNTON.COM |
| COUNSEL TO SAUL HOLDINGS LIMITED PARTNERSHIP (FRENCH MARKET MALL SHOPPING CENTER) | OFFIT KURMAN, P.A. | PWINTERHALTER@OFFITKURMAN.COM |
| COUNSEL TO OKLAHOMA COUNTY TREASURER | OKLAHOMA COUNTY TREASURER | TAMMY.JONES@OKLAHOMACOUNTY.ORG |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO HRTC I, LLC | ONE LLP | LHILTON@ONELLP.COM |
| DEBTORS' CANADIAN COUNSEL | OSLER | MWASSERMAN@OSLER.COM |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES LLP | RFEINSTEIN@PSZJLAW.COM<br>BSANDLER@PSZJLAW.COM<br>PLABOV@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM |
| COUNSEL TO LUBBOCK CENTRAL APPRAISAL DISTRICT MIDLAND COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | LMBKR@PBFCM.COM |
| COUNSEL TO HUMBLE INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, CITY OF HOUSTON, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT AND PASADENA INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |
| COUNSEL TO SAMA PLASTICS CORP. AND SAMA WOOD LLC | PORZIO, BROMBERG & NEWMAN, P.C. | JSMAIRO@PBNLAW.COM |
| COUNSEL TO TOTE GROUP, LLC | PRICE MEESE SHULMAN & D'ARMINIO, P.C. | RSTEINBERG@PRICEMEESE.COM |
| COUNSEL TO SIXTH STREET SPECIALTY LENDING, INC. ("SIXTH STREET") | PROSKAUER ROSE LLP | CDALE@PROSKAUER.COM |
| COUNSEL TO DIP AGENTS AND SIXTH STREET SPECIALTY LENDING, INC., | PROSKAUER ROSE LLP | DHILLMAN@PROSKAUER.COM<br>DHILLMAN@PROSKAUER.COM<br>MVOLIN@PROSKAUER.COM<br>RKLEIN@PROSKAUER.COM |
| COUNSEL TO MAD RIVER DEVELOPMENT LLC | RABINOWITZ, LUBETKIN & TULLY, LLC | JLUBETKIN@RLTLAWFIRM.COM |
| COUNSEL TO KEURIG DR PEPPER | RICHARD W. WARD LAW OFFICE | RWWARD@AIRMAIL.NET |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | RIEMER & BRAUNSTEIN, LLP | SFOX@RIEMERLAW.COM |
| COUNSEL TO DADELAND STATION ASSOCIATES, LTD. | RIKER DANZIG LLP | TSCHELLHORN@RIKER.COM |
| COUNSEL TO TPP BRYANT, LLC ("BRYANT") | RIKER DANZIG LLP | TTSCHELLHORN@RIKER.COM<br>DBLOOM@RIKER.COM |
| COUNSEL TO 250 HUDSON STREET, LLC, COUNSEL TO CASE SNOW MANAGEMENT, LLC | RIVKIN RADLER LLP | JAMES.SUOZZO@RIVKIN.COM |
| COUNSEL TO REGENT SHOPPING CENTER INC. AND CASTLE RIDGE PLAZA LLC | RUBIN LLC | PRUBIN@RUBINLAWLLC.COM |
| COUNSEL FOR CREDITOR ELENI ZERVOS | SACCO & FILLAS, LLP | MSCHLAF@SACCOFILLAS.COM |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | MARK.MINUTI@SAUL.COM |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM |
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | TURNER.FALK@SAUL.COM |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL FOR COLLEGE PLAZA STATION LLC, TOWN & COUNTRY (CA) STATION L.P. AND PHILLIPS EDISON & COMPANY | SAUL EWING LLP | TURNER.FALK@SAUL.COM |
| COUNSEL TO THE COMMONS AT SUGAR HOUSE, L.C., A CREDITOR, BOYER SPRING CREEK, L.C., AND WN ACQUISTION DELAWARE, LLC | SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | DBINGHAM@SCALLEYREADING.NET |
| COUNSEL TO DC USA OPERATING CO., LLC | SCARINCI HOLLENBECK, LLC | DEDELBERG@SH-LAW.COM |
| COUNSEL TO LOGIXAL INC. | SCHWARTZ BARKIN & MITCHELL | ABARKIN@SBMESQ.COM |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO KEPLER GROUP LLC | SEWARD & KISSEL LLP | GAYDA@SEWKIS.COM MATOTT@SEWKIS.COM |
| COUNSEL TO 36 MONMOUTH PLAZA LLC AND CA-5-15 WEST 125TH LLC | SEYFARTH SHAW LLP | JYU@SEYFARTH.COM |
| COUNSEL TO SHARKNINJA OPERATING LLC | SHARKNINJA OPERATING LLC | BPORWAY@SHARKNINJA.COM |
| COUNSEL TO SIMON PROPERTY GROUP, INC. | SIMON PROPERTY GROUP, INC. | RTUCKER@SIMON.COM |
| COUNSEL TO SIMSBURY COMMONS LLC; MIDDLETOWN SHOPPING CENTER I, L.P. AND RIVERHEAD CENTRE OWNERS, LLC | SIRLIN LESSER & BENSON, P.C. | DPLON@SIRLINLAW.COM PLESSER@SIRLINLAW.COM |
| AGENTS UNDER THE DEBTORS PREPETITION SECURED FACILITIES AND COUNSEL THERETO | SIXTH STREET SPECIALTY LENDING, INC. | IRTSLX@SIXTHSTREET.COM |
| COUNSEL TO CNA ENTERPRISES, INC. (PROPERTY OWNER: SCOTTSDALE FIESTA RETAIL CENTER, LLC), NEWMARK MERRILL COMPANIES, INC. (PROPERTY OWNER: UAP GRAND PLAZA; WPI GRAND PLAZA FKA GRAND LAS POSAS, LLC) (PROPERTY OWNER: TRIANGLE TOWN CENTER NW, LLC), AND ROLLING HILLS PLAZA, LLC | SKLAR KIRSH, LLP | ILANDSBERG@SKLARKIRSH.COM |
| COUNSEL FOR BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | MARK.ERRICO@SQUIREPB.COM |
| COUNSEL FOR BLUE YONDER, INC. | SQUIRE PATTON BOGGS (US) LLP | MARK.SALZBERG@SQUIREPB.COM |
| COUNSEL TO LEVIN MANAGEMENT CORPORATION, SPRINGFIELD PLAZA LIMITED PARTNERSHIP, CONOPCO, INC. D/B/A UNILEVER UNITED STATES | STARK & STARK, P.C. | JLEMKIN@STARK-STARK.COM TONDER@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | BANKRUPTCY@COAG.GOV |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 12 of 14

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | AGO.BANKRUPTCIES@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| COUNSEL TO COMMERCE TECHNOLOGIES LLC D/B/A COMMERCEHUB | STRADLEY RONON STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| COUNSEL TO GFA ALABAMA INC. | THE LAW OFFICE OF JOHN C. KIM, P.C. | SUNJAE@JCKLAW.COM |
| COUNSEL TO IMI HUNTSVILLE LLC | THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| COUNSEL TO WORLD MARKET, LLC | TRENK ISABEL SIDDIQI & SHAHDANIAN P.C. | RROGLIERI@TRENKISABEL.LAW |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | DOUGLAS.HERRMANN@TROUTMAN.COM MARCY.SMITH@TROUTMAN.COM |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC & GORDON BROTHERS RETAIL PARTNERS, LLC | TROUTMAN PEPPER HAMILTON SANDERS LLP | JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | TROUTMAN PEPPER HAMILTON SANDERS LLP | HENRY.JAFFE@TROUTMAN.COM |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | TROUTMAN PEPPER HAMILTON SANDERS LLP | STEPHANIE.JONAITIS@TROUTMAN.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | USANJ.COMMUNITYOUTREACH@USDOJ.GOV |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.NE.ECF@USDOJ.GOV FRAN.B.STEELE@USDOJ.GOV ALEXANDRIA.NIKOLINOS@USDOJ.GOV |
| COUNSEL TO COMMONS AT ISSAQUAH, INC. | VALINOTI, SPECTER & DTIO, LLP | JDITO@VALINOTI-DITO.COM |
| COUNSEL TO CMR LIMITED PARTNERSHIP | VEDDER PRICE P.C. | CMBROWN@VEDDERPRICE.COM |
| COUNSEL TO HAWTHORNE INVESTORS 1 LLC | WANGER JONES HELSLEY | RWALTER@WJHATTORNEYS.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | OAG@DC.GOV |
| COUNSEL TO STRATFORD HALL, INC. | WENOKUR RIORDAN PLLC | FAYE@WRLAWGROUP.COM |
| COUNSEL TO MICHAELS STORES, INC. ("MICHAELS") | WHITE & CASE LLP | DEVIN.RIVERO@WHITECASE.COM |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 13 of 14

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO MICHAELS STORES, INC. ("MICHAELS") | WHITE & CASE LLP | GREGORY.PESCE@WHITECASE.COM LAURA.BACCASH@WHITECASE.COM |
| COUNSEL TO MICHAELS STORES, INC. ("MICHAELS") | WHITE & CASE LLP | SAM.HERSHEY@WHITECASE.COM |
| COUNSEL TO ENID TWO, LLC | WILENTZ, GOLDMAN & SPITZER | DSTEIN@WILENTZ.COM |