UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PAMELA ELCHERT THURMOND
Senior Attorney
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (fax)
Email: Pamela.Thurmond@phila.gov

---

In Re

BED BATH & BEYOND INC.

Case No.: 23-13359 (VFP)

Judge: Papalia

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan, filed on September 1, 2023 [Docket No. 2111].

                        Respectfully submitted,

                        THE CITY OF PHILADELPHIA

Dated: September 8, 2023         By:    /s/ Pamela Elchert Thurmond
                                          PAMELA ELCHERT THURMOND
                                          Senior Attorney
                                          PA Attorney I.D. 202054
                                          Attorney for the City of Philadelphia
                                          City of Philadelphia Law Department
                                          1401 JFK Blvd., 5th Floor
                                          Philadelphia, PA  19102-1595
                                          215-686-0508 (phone)
                                          Email: Pamela.Thurmond@phila.gov

1