**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 29, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via email on the Master Email Service List attached hereto as **Exhibit A**, and (2) via email on (ADRID: 18237389), a notice party whose name and email address has been redacted in the interest of privacy:

- Debtors' Objection to the Application for Order Shortening Time with Respect to the Motion of Bed Bath and Beyond Common Stock Equity Interest Holders' Motion, Pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 60(b), and Fed. R. Bankr. P. 9024 for an Order Vacating the Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan, (C) Approving the Forms and Ballots and Notices in Connection Therewith [Docket No. 2074]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: September 5, 2023

                                                              */s/ Amy Castillo*
                                                              Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 5, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

# Exhibit A
## Master Email Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| A.Y. STRAUSS LLC | EHORN@AYSTRAUSS.COM; HVOGEL@AYSTRAUSS.COM |
| ALTO NORTHPOINT, LP | DOR@ALTO-INV.COM; YISSACHAR@ALTO-INV.COM; NITAY@ALTO-INV.COM |
| ALVAREZ & MARSAL CANADA INC. | AHUTCHENS@ALVAREZANDMARSAL.COM; RGRUNEIR@ALVAREZANDMARSAL.COM; NFENNEMA@ALVAREZANDMARSAL.COM; CGOOD@ALVAREZANDMARSAL.COM |
| ALVAREZ & MARSAL LLP | AHUTCHENS@ALVAREZANDMARSAL.COM |
| ANSELL GRIMM & AARON, P.C. | JB@ANSELLGRIMM.COM |
| ARCHER & GREINER, P.C. | JKULBACK@ARCHERLAW.COM |
| ARENTFOX SCHIFF LLP | BRETT.GOODMAN@AFSLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; DBESKRONE@ASHBYGEDDES.COM |
| ASSISTANT ATTORNEY GENERAL FOR MICHIGAN | FREEDMANM1@MICHIGAN.GOV |
| ASSISTANT COUNTY ATTORNEY | ROBERT.SPROUL@LOUDOUN.GOV |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | DFOLDS@BAKERDONELSON.COM |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KKLEMM@BAKERDONELSON.COM |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KKLEMM@BAKERDONELSON.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BANKRUPTCY DEPARTMENT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| BANKRUPTCY DEPARTMENT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| BARNES & THORNBURG LLP | GPLOTKO@BTLAW.COM |
| BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | AOSTROW@BECKERGLYNN.COM;WSWEARINGEN@BECKERGLYNN.COM |
| BELKIN BURDEN GOLDMAN, LLP | JSOLOMON@BBGLLP.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM |
| BENNETT JONES FIRM | SHAKRAM@BENNETTJONES.COM; FOSTERJ@BENNETTJONES.COM |
| BENNETT JONES LP | ZYCHK@BENNETTJONES.COM; ZWEIGS@BENNETTJONES.COM; SHAKRAM@BENNETTJONES.COM; FOSTERJ@BENNETTJONES.COM |

# Exhibit A
Master Email Service List
Served via email

| NAME | EMAIL |
|---|---|
| BERNSTEIN-BURKLEY, P.C. | KEBECK@BERNSTEINLAW.COM |
| BETANCOURT, GRECO & EVANS LLC | JGRECO@BGE-LAW.COM |
| BEWLEY, LASSLEBEN & MILLER, LLP | ERNIE.PARK@BEWLEYLAW.COM |
| BIELLI & KLAUDER, LLC | MASTRANGELO@BK-LEGAL.COM; DKLAUDER@BK-LEGAL.COM |
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | JSNYDER@BILZIN.COM |
| BLANK ROME LLP | MATT.KASLOW@BLANKROME.COM |
| BROWN MCGARRY NIMEROFF LLC | JNIMEROFF@BMNLAWYERS.COM |
| BUCHALTER | ANAPOLITANO@BUCHALTER.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | KWATSON@BURR.COM |
| BUTLER SNOW LLP | PAUL.MURPHY@BUTLERSNOW.COM; ECF.NOTICES@BUTLERSNOW.COM; KITTY.LOGAN@BUTLERSNOW.COM; |
| CAHILL GORDON & REINDEL LLP | JLEVITIN@CAHILL.COM; RSTIEGLITZ@CAHILL.COM |
| CALHOUN & DI PONIO, PLC | KEVIN@LAWYERMICH.COM |
| CAPEHART & SCATCHARD, P.A. | WWRIGHT@CAPEHART.COM |
| CARTER LEDYARD & MILBURN LLP | BANKRUPTCY@CLM.COM |
| CERTILMAN BALIN ADLER & HYMAN, LLP | JMAYALL@CERTILMANBALIN.COM; TMONROE@CERTILMANBALIN.COM |
| CHAFFE MCCALL, LLP | LAUDUMIEY@CHAFFE.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC | BKANTAR@CSGLAW.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC | BKANTAR@CSGLAW.COM; SZUBER@CSGLAW.COM |
| CIARDI CIARDI & ASTIN | ACIARDI@CIARDILAW.COM; NNIGRELLI@CIARDILAW.COM |
| CLARK HILL PLC | BFRANKE@CLARKHILL.COM; AHORNISHER@CLARKHILL.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ABARTH@COHENSEGLIAS.COM; ERASSMAN@COHENSEGLIAS.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ERASSMAN@COHENSEGLIAS.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | WFIRTH@COHENSEGLIAS.COM |
| COHNE KINGHORN, P.C. | GHOFMANN@CK.LAW |
| COLE SCHOTZ P.C. | MSIROTA@COLESCHOTZ.COM;WUSATINE@COLESCHOTZ.COM;FYUDKIN@COLESCHOTZ.COM |
| CROWE & DUNLEVY | CRISSIE.STEPHENSON@CROWEDUNLEVY.COM |

Exhibit A
Master Email Service List
Served via email

| NAME | EMAIL |
|---|---|
| CULLEN AND DYKMAN LLP | MKWIATKOWSKI@CULLENLLP.COM |
| DAVIS POLK & WARDWELL, LLC | ADAM.SHPEEN@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL, LLP | MICHAEL.PERA@DAVISPOLK.COM; ADAM.SHPEEN@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM |
| DAY PITNEY LLP | SCATANZARO@DAYPITNEY.COM |
| DENTONS SIROTE PC | LAUREN.MACKSOUD@DENTONS.COM |
| DENTONS SIROTE PC | THOMAS.HUMPHRIES@DENTONS.COM |
| DLA PIPER LLP (US) | AARON.APPLEBAUM@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | RICHARD.KREMEN@DLAPIPER.COM |
| DUANE MORRIS LLP | LJKOTLER@DUANEMORRIS.COM |
| DUANE MORRIS LLP | WMSIMKULAK@DUANEMORRIS.COM |
| DUANE MORRIS LLP | MSBAUER@DUANEMORRIS.COM; SLROSS@DUANEMORRIS.COM |
| DUANE MORRIS LLP | SLROSS@DUANEMORRIS.COM |
| EPSTEIN OSTROVE, LLC | E.OSTROVE@EPSTEINOSTROVE.COM; V.KARANJIA@EPSTEINOSTROVE.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | BRIAN.MORGAN@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | FRANK.VELOCCI@FAEGREDRINKER.COM |
| FLEISCHER, FLEISCHER & SUGLIA, P.C. | JDOPKE@FLEISCHERLAW.COM |
| FROST BROWN TODD LLP | JBLASK@FBTLAW.COM |
| FROST BROWN TODD LLP | RGOLD@FBTLAW.COM |
| FUQUA & ASSOCIATES, P.C. | FUQUA@FUQUALEGAL.COM |
| GAVZY LAW | STUART@GAVZYLAW.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | RGELLERT@GSBBLAW.COM; MBUSENKELL@GSBBLAW.COM; ABROWN@GSBBLAW.COM |
| GENOVA BURNS, LLC | DSTOLZ@GENOVABURNS.COM; GKINOIAN@GENOVABURNS.COM |
| GIBBONS P.C. | RMALONE@GIBBONSLAW.COM; BTHEISEN@GIBBONSLAW.COM; KMCEVILLY@GIBBONSLAW.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | AGLENN@GLENNAGRE.COM; KMAYR@GLENNAGRE.COM; SSCHMIDT@GLENNAGRE.COM; ABERRO@GLENNAGRE.COM; NRAHMAN@GLENNAGRE.COM |

Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| GOODWIN PROCTER LLP | KJARASHOW@GOODWINLAW.COM; MMITNICK@GOODWINLAW.COM |
| GORSKI & KNOWLTON PC | CKNOWLTON@GORSKIKNOWLTON.COM |
| GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM;BGAGE@GOULSTONSTORRS.COM |
| GRAFF SILVERSTEIN LLP | DGRAFF@GRAFFSILVERSTEINLLP.COM;MSILVERSTEIN@GRAFFSILVERSTEINLLP.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| GREENBERG TRAURIG, LLP | BRODYA@GTLAW.COM |
| GREENBERG TRAURIG, LLP | KUSHNICKH@GTLAW.COM |
| GREENBERG TRAURIG, LLP | PAUL.SCHAFHAUSER@GTLAW.COM |
| GREENBERG TRAURIG, LLP | PETERMANN@GTLAW.COM |
| GRIMES & LINEBARGER, LLP | DALLAS.BANKRUPTCY@LGBS.COM |
| GROSS MCGINLEY, LLP | LSPEZIALE@GROSSMCGINLEY.COM |
| HANSON BRIDGETT LLP | JLAVINSKY@HANSONBRIDGETT.COM |
| HINCKLEY, ALLEN & SNYDER LLP | JDORAN@HINCKLEYALLEN.COM |
| HIRSCHLER FLEISCHER, P.C. | RWESTERMANN@HIRSCHLERLAW.COM; BFALABELLA@HIRSCHLERLAW.COM |
| HODGSON RUSS LLP | ETESKE@HODGSONRUSS.COM |
| HOLLAND & KNIGHT LLP | BARBRA.PARLIN@HKLAW.COM |
| HUSCH BLACKWELL LLP | DAVID.STAUSS@HUSCHBLACKWELL.COM |
| K&L GATES LLP | DAVID.CATUOGNO@KLGATES.COM |
| KAPLIN STEWART MELOFF REITER & STEIN, P.C. | DUTAIN@KAPLAW.COM; WLEVANT@KAPLAW.COM |
| KELLEY DRYE & WARREN LLP | RLEHANE@KELLEYDRYE.COM; JRAVIELE@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; MMCLOUGHLIN@KELLEYDRYE.COM; JCARR@KELLEYDRYE.COM |
| KEN COUNTY TREASUER AND TAX COLLECTOR OFFICE | BANKRUPTCY@KERNCOUNTY.COM |
| KEPLER GROUP LLC | RUCHI.PRASAD@KEPLERGRP.COM |
| KIRKLAND & ELLIS LLP | JOSHUA.SUSSBERG@KIRKLAND.COM;EMILY.GEIER@KIRKLAND.COM;DEREK.HUNTER@KIRKLAND.COM |

## Exhibit A
### Master Email Service List
Served via email

| NAME | EMAIL |
|---|---|
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | IWINTERS@KLESTADT.COM; BSCOTT@KLESTADT.COM; SSWEENEY@KLESTADT.COM |
| KRISS & FEUERSTEIN LLP | DZINMAN@KANDFLLP.COM |
| KURTZMAN STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| KUTAK ROCK LLP | LISA.PETERS@KUTAKROCK.COM |
| LASSER HOCHMAN, L.L.C. | RZUCKER@LASSERHOCHMAN.COM; SGURYAN@LASSERHOCHMAN.COM |
| LAW OFFICE OF SHMUEL KLEIN PA | SHMUEL.KLEIN@VERIZON.NET |
| LAW OFFICES OF ANDY WINCHELL, P.C. | ANDY@WINCHLAW.COM |
| LAW OFFICES OF KENNETH L. BAUM LLC | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| LAW OFFICES OF LISA M. SOLOMON | LISA.SOLOMON@ATT.NET |
| LAZARUS & LAZARUS, P.C. | HLAZARUS@LAZARUSANDLAZARUS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@LGBS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@LGBS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@LGBS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | SANANTONIO.BANKRUPTCY@LGBS.COM |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | AUNDERWOOD@LITEDEPALMA.COM |
| LOCKE LORD LLP | ANDREW.BRAUNSTEIN@LOCKELORD.COM |
| LOCKE LORD LLP | HANNA.REDD@LOCKELORD.COM |
| LOCKE LORD LLP | JONATHAN.YOUNG@LOCKELORD.COM |
| LOIZIDES, P.A. | LOIZIDES@LOIZIDES.COM |
| LOWENSTEIN SANDLER LLP | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM; PGROSS@LOWENSTEIN.COM |
| MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C. | JMCCARTNEY@MCWPC.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | DPRIMACK@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | JBERNSTEIN@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | NLEONARD@MDMC-LAW.COM |
| MCGUIREWOODS LLP | DFOLEY@MCGUIREWOODS.COM; JMWEISS@MCGUIREWOODS.COM |
| MCGUIREWOODS LLP | PAGOLDSTEIN@MCGUIREWOODS.COM |

# Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| MCMANIMON SCOTLAND & BAUMANN, LLC | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM |
| MELLINGER KARTZMAN LLC | SKARTZMAN@MSKLAW.NET |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | JBALDIGA@MIRICKOCONNELL.COM |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | PCAREY@MIRICKOCONNELL.COM |
| MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC | SSMITH@MWLAW.COM |
| MOORE & VAN ALLEN PLLC | DAVIDWHEELER@MVALAW.COM |
| MORITT HOCK & HAMROFF LLP | MDWORKIN@MORITTHOCK.COM; LBERKOFF@MORITTHOCK.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KCORDRY@NAAG.ORG |
| NOLAN HELLER KAUFFMAN LLP | FBRENNAN@NHKLLP.COM |
| O'BRIEN THORNTON LLC | OBRIEN@OBRIENTHORNTON.COM |
| OFFIT KURMAN, P.A. | PWINTERHALTER@OFFITKURMAN.COM |
| OKLAHOMA COUNTY TREASURER | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| ONE LLP | LHILTON@ONELLP.COM |
| OSLER | MWASSERMAN@OSLER.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | RFEINSTEIN@PSZJLAW.COM;BSANDLER@PSZJLAW.COM;PLABOV@PSZJLAW.COM;CROBINSON@PSZJLAW.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | LMBKR@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |
| PORZIO, BROMBERG & NEWMAN, P.C. | JSMAIRO@PBNLAW.COM |
| PRICE MEESE SHULMAN & D'ARMINIO, P.C. | RSTEINBERG@PRICEMEESE.COM |
| PROSKAUER ROSE LLP | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | DHILLMAN@PROSKAUER.COM; DHILLMAN@PROSKAUER.COM; MVOLIN@PROSKAUER.COM; RKLEIN@PROSKAUER.COM |
| RABINOWITZ, LUBETKIN & TULLY, LLC | JLUBETKIN@RLTLAWFIRM.COM |
| RICHARD W. WARD LAW OFFICE | RWWARD@AIRMAIL.NET |
| RIEMER & BRAUNSTEIN, LLP | SFOX@RIEMERLAW.COM |
| RIKER DANZIG LLP | TSCHELLHORN@RIKER.COM |
| RIKER DANZIG LLP | TTSCHELLHORN@RIKER.COM; DBLOOM@RIKER.COM |
| RIVKIN RADLER LLP | JAMES.SUOZZO@RIVKIN.COM |

Exhibit A
Master Email Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| RUBIN LLC | PRUBIN@RUBINLAWLLC.COM |
| SACCO & FILLAS, LLP | MSCHLAF@SACCOFILLAS.COM |
| SAUL EWING LLP | MARK.MINUTI@SAUL.COM |
| SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | TURNER.FALK@SAUL.COM |
| SAUL EWING LLP | TURNER.FALK@SAUL.COM |
| SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | DBINGHAM@SCALLEYREADING.NET |
| SCARINCI HOLLENBECK, LLC | DEDELBERG@SH-LAW.COM |
| SCHWARTZ BARKIN & MITCHELL | ABARKIN@SBMESQ.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| SEWARD & KISSEL LLP | GAYDA@SEWKIS.COM; MATOTT@SEWKIS.COM |
| SEYFARTH SHAW LLP | JYU@SEYFARTH.COM |
| SHARKNINJA OPERATING LLC | BPORWAY@SHARKNINJA.COM |
| SIMON PROPERTY GROUP, INC. | RTUCKER@SIMON.COM |
| SIRLIN LESSER & BENSON, P.C. | DPLON@SIRLINLAW.COM; PLESSER@SIRLINLAW.COM |
| SIXTH STREET SPECIALTY LENDING, INC. | IRTSLX@SIXTHSTREET.COM |
| SKLAR KIRSH, LLP | ILANDSBERG@SKLARKIRSH.COM |
| SQUIRE PATTON BOGGS (US) LLP | MARK.ERRICO@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP | MARK.SALZBERG@SQUIREPB.COM |
| STARK & STARK, P.C. | JLEMKIN@STARK-STARK.COM; TONDER@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |

Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| STATE OF ILLINOIS ATTORNEY GENERAL | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | AGO.BANKRUPTCIES@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| STRADLEY RONON STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| THE LAW OFFICE OF JOHN C. KIM, P.C. | SUNJAE@JCKLAW.COM |
| THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| TRAVIS COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TRENK ISABEL SIDDIQI & SHAHDANIAN P.C. | RROGLIERI@TRENKISABEL.LAW |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | DOUGLAS.HERRMANN@TROUTMAN.COM; MARCY.SMITH@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | HENRY.JAFFE@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | STEPHANIE.JONAITIS@TROUTMAN.COM |

# Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | USANJ.COMMUNITYOUTREACH@USDOJ.GOV |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.NE.ECF@USDOJ.GOV; FRAN.B.STEELE@USDOJ.GOV; ALEXANDRIA.NIKOLINOS@USDOJ.GOV |
| VALINOTI, SPECTER & DTIO, LLP | JDITO@VALINOTI-DITO.COM |
| VEDDER PRICE P.C. | CMBROWN@VEDDERPRICE.COM |
| WANGER JONES HELSLEY | RWALTER@WJHATTORNEYS.COM |
| WASHINGTON DC ATTORNEY GENERAL | OAG@DC.GOV |
| WENOKUR RIORDAN PLLC | FAYE@WRLAWGROUP.COM |
| WHITE & CASE LLP | DEVIN.RIVERO@WHITECASE.COM |
| WHITE & CASE LLP | GREGORY.PESCE@WHITECASE.COM; LAURA.BACCASH@WHITECASE.COM |
| WHITE & CASE LLP | SAM.HERSHEY@WHITECASE.COM |
| WILENTZ, GOLDMAN & SPITZER | DSTEIN@WILENTZ.COM |