**Exhibit A**

**Lammert Declaration**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**DECLARATION OF JOHN W. LAMMERT IN SUPPORT OF DEBTORS' (I) OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (II) MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS**

I, JOHN W. LAMMERT, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Executive Vice President of Assessment Technologies, Ltd. ("ATL"). I have held this position with ATL since October of 2001 and currently manage the firm's Bankruptcy Tax Practice. I have been involved with the valuation of complex properties during my entire tenure with the firm.

2. I submit this declaration (this "Declaration") in support of the *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Omnibus Objection").[2] I have reviewed the Omnibus Objection and am familiar with the contents thereof and the relief sought therein.

3. ATL was retained by the Debtors to provide *ad valorem* tax services. As part of these services, ATL agreed to, among other things, verify the methodology used to determine the property values assigned by the various Texas Authorities in which the Debtors have Property, identify instances whereby the methodology would result in over-assessment, over-valuation, and excessive taxation by the Texas Authorities, and seek appropriate reductions, as warranted by applicable law, for any such excess.

4. ATL's professional staff has represented clients throughout the United States and is familiar with the Texas Authorities' tax statutes governing Fair Market Value (as statutorily defined) and the underlying valuation methodology addressed by the Omnibus Objection.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Omnibus Objection.

2

5. I have been personally involved in ATL's review of the methodology applied by, and documents provided to and by, the Texas Authorities. In this regard, I have overseen the review of the Property and the methodology applied by the Texas Authorities, identifying areas where the Texas Authorities' methodology, as applied to these specific assets, would generate excessive Fair Market Values. From this, I have identified assets that should be reduced or disputed based upon (i) the records maintained by the Debtors in the ordinary course of business; (ii) other materials generated in connection with ATL's review of the Debtors' assets and Fair Market Value; (iii) the Debtors' sales data in connection with going out of business sales, and (iv) information provided by a third-party firm Property Tax Research Services ("PTRS").

6. Based on all of the information obtained through the above-described process, I have determined that the Texas Authorities' methodology employed in arriving at the purported Market Values of the Property is erroneous. Here, the Texas Authorities purported to arrive at Fair Market Values on the basis absent consideration of the sales of Property at the stores together with information or sales from the marketplace. The assessments therefore do not reflect the Fair Market Value. By omitting actual sales data to estimate an open market, arm's-length sales prices, the Texas Authorities' analysis and conclusions were flawed.

7. The hypothetical well-informed buyer contemplated by the statutory definition of "Market Value" under Texas law would consider and deal with each of the above-listed factors differently than did the Texas Authorities. ATL has concluded that the methodology, if any, used by the Texas Authorities resulted in an overvaluing of the Property.

8. The analytical process employed by ATL to determine the correct Fair Market Values consistent with respective Texas Authorities definition of Fair Market Value, are detailed below. These methods are consistent with the respective state valuation standards.

3

**Valuation of Debtors' Property**

9. In assessing the Property and quantifying the Claims for the tax year 2023, the various taxing assessors were required to determine the Fair Market Value of the Property (as such term is defined by Texas state statute). Fair Market Value contemplates current market prices and values as of the assessment date of such property. Pursuant to Texas Tax Code Section 23.01, taxable property is required to be "appraised at its market value as of January 1" of the applicable tax year, the "market value of property shall be determined by the application of generally accepted appraisal methods and techniques," and "each property shall be appraised based upon the individual characteristics that affect the property's market value, and all available evidence that is specific to the value of the property shall be taken into account in determining the property's market value." Tex. Tax Code § 23.01.  As set forth in the Texas Administrative Code, market value is defined as:

> [t]he price at which a property would transfer for cash or its equivalent under prevailing market conditions if:
>
> (A) exposed for sale in the open market with a reasonable time for the seller to find a purchaser;
>
> (B) both the seller and the purchaser know of all the uses and purposes to which the property is adapted and for which it is capable of being used and of the enforceable restrictions on its use; and
>
> (C) both the seller and purchaser seek to maximize their gains and neither is in a position to take advantage of the exigencies of the other.

10. Accordingly, the Fair Market Value attributed to the Property must contemplate a hypothetical arm's-length sales transaction for the Property as if such property were offered for sale on the open market between a prudent, voluntary seller and an equally prudent, voluntary buyer, both of whom are well-informed about the property. The taxing assessors are specifically required to implement and apply this definition of Fair Market Value in assessing taxable property within their jurisdiction.

4

11. The Texas Authorities did not apply the correct definition of Fair Market Value, or conducted no valuation at all, which resulted in an improper determination of the Fair Market Value of the Property. ATL used both sales of retail inventory, furniture, fixtures and equipment at the Debtor's stores ("Debtor Sales Data") together with information provided by PTRS ("Third-Party Research Data") to approximate the Fair Market Value of the Property as allowed by applicable non-bankruptcy law as of the date the values were to be assessed. These two sources provide a representative assessment of the Fair Market Value of the Debtors' Property.

12. Debtor Sales Data - As of January 1, 2023, the Debtors had 1,020 stores, including 834 Bed Bath & Beyond stores, 132 buybuy BABY stores, and 54 stores under the names Harmon, Harmon Face Values or Face Values. The Debtors have undergone a store closing process for a large number of stores, selling all assets and inventory in place. As of the date of the Petition Date, the store count in the United States was reduced to just 360 Bed Bath & Beyond locations and 120 buybuy BABY stores. Data from the Debtors' sales of store assets were collected from records provided by the Debtors and included sales from stores which are the subject of the Omnibus Objection and other stores throughout the Debtors' portfolio. The Debtors submit that the sales prices derived from the Debtor Sales Data approximates the Fair Market Value definition, considering a willing buyer and seller.

13. Third-Party Research Data – ATL also reviewed inventory schedules produced by PTRS. The inventory schedules produced by PTRS are developed to reflect typical discounts on inventory in different markets. The information obtained by PTRS is derived from questionnaires with companies in the industry, sales and financial information from various companies, and other resources. From this data, the results are divided into various property types and include items such

5

as freight, damaged goods, discounts/markdowns, price match, private label, slow moving items, rebates, returns, obsolete, scrap and bulk discounts.

14. From these two sources, the Debtors' have estimated the Fair Market Value of the Property at the Debtors' store locations as of January 1, 2023. Those values are set forth as "Revised Fair Market Values" in the Assessment Schedule attached as Exhibit 1 to this Declaration.

15. For the above reasons, I believe the Debtors should be granted the relief requested in the Omnibus Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, information, and belief, and after reasonable inquiry, the foregoing is true and correct.

Dated: September 11, 2023               Assessment Technologies, Ltd.

                                        By: _____
                                        Name:  John W. Lammert
                                        Title:    Executive Vice President

6

**Exhibit 1**

**Assessment Schedule**

# Exhibit 1

| JURISDICTION (ASSESSING AUTHORITY) | STORE NO. | STORE NAME | PROPERTY ADDRESS | PARCEL NO. | ASSESSING AUTHORITIES 2023 FAIR MARKET VALUE | REVISED 2023 FAIR MARKET VALUE |
|---|---|---|---|---|---|---|
| **Bexar County Appraisal District** | 134 | Bed Bath & Beyond | 11745 West IH 10 | 827408 | $ 1,262,750 | $ 243,110 |
| | 430 | Bed Bath & Beyond | 1730 North FM 1604 East | 827407 | $ 1,308,960 | $ 172,556 |
| | 141 | Bed Bath & Beyond | 522 Northwest Loop 410 Suite 103 | 1328825 | $ 1,766,520 | $ 237,856 |
| | 1002 | Bed Bath & Beyond | 6001 Northwest Loop 410 | 1015969 | $ 868,230 | $ 184,258 |
| | 1317 | Bed Bath & Beyond | 8262 Agora Parkway | 1142637 | $ 1,100,350 | $ 215,646 |
| | 3125 | Buy Buy Baby | 522 Northwest Loop 410 Suite 108 | 1328820 | $ 1,367,620 | $ 202,252 |
| **Bowie Central Appraisal District** | 803 | Bed Bath & Beyond | 4248 St. Michael Drive | 42800440000 | $ 663,136 | $ 145,302 |
| **Brazoria County Appraisal District** | 1001 | Bed Bath & Beyond | 2750 Smith Ranch Road | 569747 | $ 1,141,650 | $ 151,621 |
| **Brazos Central Appraisal District** | 585 | Bed Bath & Beyond | 1430 Texas Avenue South | 335670 | $ 983,811 | $ 149,441 |
| **Cameron County Appraisal District** *(Store/Tax Account closed in 2022)* | 1080 | Bed Bath & Beyond | 3000 Pablo Kisel Blvd, Suite 200 | 232423 | $ 568,480 | $0 |
| **Collin Central Appraisal District** | 825 | Bed Bath & Beyond | 2975 Craig Drive | 2596182 | $ 1,125,003 | $ 153,599 |
| | 404 | Bed Bath & Beyond | 2930 Preston Road | 2136174 | $ 1,562,607 | $ 227,502 |
| | 61 | Bed Bath & Beyond | 801 West 15th Street | 2019375 | $ 1,846,657 | $ 285,967 |
| | 406 | Bed Bath & Beyond | 6401 West Plano Parkway | 2136401 | $ 1,068,664 | $ 156,460 |
| | 3021 | Buy Buy Baby | 2712 N. Central Expressway | 2656125 | $ 904,326 | $ 199,461 |
| | 3039 | Buy Buy Baby | 2930 Preston Rd Suite 600 | 2664301 | $ 1,085,306 | $ 195,514 |
| **Dallas Central Appraisal District** | 82 | Bed Bath & Beyond | 8005 Park Lane | 99952150000103700 | $ 2,542,500 | $ 306,382 |
| | 67 | Bed Bath & Beyond | 13900 Dallas Parkway | 99100111250000000 | $ 1,538,170 | $ 239,072 |
| | 514 | Bed Bath & Beyond | 2705 North Mesquite Drive | 992002252000206300 | $ 1,039,410 | $ 154,380 |
| | 3027 | Buy Buy Baby | 13900 Dallas Parkway | 99100111240000000 | $ 1,409,320 | $ 283,660 |
| **Denton Central Appraisal District** | 677 | Bed Bath & Beyond | 2900 S Valley Pkwy | 696803 | $ 15,955,194 | $ 500,000 |
| | 557 | Bed Bath & Beyond | 2315 Colorado Boulevard, Suite 180 | 943191 | $ 912,160 | $ 170,292 |
| | 1403 | Bed Bath & Beyond | 6101 Long Prairie Road, Suite 200 | 655782 | $ 867,491 | $ 168,013 |
| | 481 | Bed Bath & Beyond | 420 East FM 3040 | 938862 | $ 889,974 | $ 176,778 |
| | 3135 | Buy Buy Baby | 719 Hebron Parkway | 1015639 | $ 1,780,029 | $ 320,405 |

| Appraisal District | | Store | Address | Account | Value | Tax |
|---|---|---|---|---|---|---|
| El Paso Central Appraisal District | | 356 | Bed Bath & Beyond | 1327 George Dieter Drive | 506121 | $ 1,075,622 | $ 144,687 |
| | | 1291 | Bed Bath & Beyond | 655 Sunland Park Road | 606188 | $ 876,104 | $ 188,784 |
| Fort Bend Central Appraisal District | | 126 | Bed Bath & Beyond | 12520 Fountain Lake Circle | P205692 | $ 1,406,847 | $ 186,711 |
| | | 3126 | Buy Buy Baby | 12710 Fountain Lake Circle | P366150 | $ 870,760 | $ 168,252 |
| Grayson Central Appraisal District | | 778 | Bed Bath & Beyond | 3710 Town Center Street | 230015 | $ 684,623 | $ 150,853 |
| Gregg County Appraisal District | | 1365 | Bed Bath & Beyond | 422 West Loop 281, Suite 200 | 1172123 | $ 758,920 | $ 156,856 |
| Harris Central Appraisal District | | 1069 | Bed Bath & Beyond | 25839 U.S. Highway 290 | 2002542 | $ 1,289,306 | $ 173,863 |
| | | 45 | Bed Bath & Beyond | 17355 State Highway 249 | 0594876 | $ 2,324,172 | $ 259,579 |
| | | 442 | Bed Bath & Beyond | 3102 Kirby Drive | 0922755 | $ 1,870,675 | $ 212,700 |
| | | 88 | Bed Bath & Beyond | 10515 Katy Freeway | 0712040 | $ 1,935,794 | $ 220,808 |
| | | 443 | Bed Bath & Beyond | 5636 Fairmont Parkway | 0926033 | $ 1,342,930 | $ 175,241 |
| | | 51 | Bed Bath & Beyond | 19801 Gulf Freeway | 0651006 | $ 2,163,570 | $ 240,565 |
| | | 272 | Bed Bath & Beyond | 24600 Katy Freeway, Suite 100 | 2250397 | $ 1,623,948 | $ 212,417 |
| | | 3091 | Buy Buy Baby | 17355 Tomball Parkway Suite 1K | 2196679 | $ 1,357,008 | $ 250,341 |
| | | 3122 | Buy Buy Baby | 20416 Highway 59N | 2310368 | $ 1,291,821 | $ 201,100 |
| | | 3109 | Buy Buy Baby | 24600 Katy Fwy, Suite 200 | 2250400 | $ 982,482 | $ 184,979 |
| | | 3067 | Buy Buy Baby | 19801 Gulf Freeway Ste. 800 | 2169870 | $ 1,291,696 | $ 257,272 |
| Hays County Central Appraisal District | | 1107 | Bed Bath & Beyond | 1050 McKinley Place Drive | P117965 | $ 907,373 | $ 143,150 |
| Hidalgo County Appraisal District | | 535 | Bed Bath & Beyond | 620 East Expressway 83 | 651292 | $ 534,656 | $ 107,357 |
| | | 3111 | Buy Buy Baby | 500 N. Jackson Road, #A-2 | 1378466 | $ 1,376,146 | $ 236,767 |
| Jefferson County Appraisal District | | 519 | Bed Bath & Beyond | 3975 Dowlen Road | 161852 | $ 896,814 | $ 149,944 |
| | | 1172 | Bed Bath & Beyond | 3100 Highway 365, Ste 114 | 239337 | $ 353,971 | $ 90,671 |
| Lubbock Central Appraisal District | | 632 | Bed Bath & Beyond | 2624 W Loop 289 | P174914 | $ 1,417,394 | $ 161,214 |
| McLennan County Appraisal District | | 769 | Bed Bath & Beyond | 4633 S Jack Kultgen Expressway, Suite 102 | 329973 | $ 1,017,490 | $ 157,094 |
| Midland Central Appraisal District | | 318 | Bed Bath & Beyond | 3001 West Loop 250 North | P000027228 | $ 1,347,910 | $ 172,014 |
| Montgomery Central Appraisal District | | 1117 | Bed Bath & Beyond | 2920 Interstate 45 North | P360269 | $ 957,037 | $ 150,690 |
| | | 504 | Bed Bath & Beyond | 1560 Lake Woodlands Drive | P306154 | $ 1,718,597 | $ 229,172 |
| Nueces County Appraisal District | | 502 | Bed Bath & Beyond | 4717 South Padre Island Drive | 367547 | $ 1,007,321 | $ 198,137 |

| Appraisal District | Account | Store | Address | Parcel ID | Value | Tax |
|---|---|---|---|---|---|---|
| **Parker County Appraisal District** | 1239 | **Bed Bath & Beyond** | 225 Adams Drive | P000013372 | $ 736,380 | $ 116,209 |
| **Rockwall Central Appraisal District** | 1024 | **Bed Bath & Beyond** | 963 Interstate 30 East | 64848 | $ 949,868 | $ 141,172 |
| **Smith County Appraisal District** | 547 | **Bed Bath & Beyond** | 8970 S. Broadway Avenue, Suite 144 | P156987 | $ 1,154,984 | $ 215,384 |
| | 3134 | Buy Buy Baby | 8934 South Broadway Ave; Suite 448 | P222153 | $ 1,457,363 | $ 262,325 |
| **Tarrant County Appraisal District** | 129 | **Bed Bath & Beyond** | 4000 Retail Connection Way | 10601481 | $ 852,651 | $ 180,179 |
| | 330 | **Bed Bath & Beyond** | 4931 Overton Ridge Road | 11091908 | $ 1,587,195 | $ 190,587 |
| | 1262 | **Bed Bath & Beyond** | 1551 North U.S. Highway 287 | 12716022 | $ 703,503 | $ 140,050 |
| | 341 | **Bed Bath & Beyond** | 2930 East Southlake Boulevard | 11058986 | $ 1,258,042 | $ 174,777 |
| | 1158 | **Bed Bath & Beyond** | 6038 Azle Ave | 12200018 | $ 112,660 | $ 39,869 |
| | 1212 | **Bed Bath & Beyond** | 2800 Highway 121 | 12694096 | $ 717,224 | $ 156,664 |
| | 3052 | Buy Buy Baby | 1451 West Pipeline Rd. | 13701525 | $ 1,140,251 | $ 240,276 |
| | 3054 | Buy Buy Baby | 4648 SW Loop 820 | 13682342 | $ 1,208,432 | $ 251,651 |
| | 3106 | Buy Buy Baby | 2901 East State Hwy 114 | 14383930 | $ 974,414 | $ 178,913 |
| **Taylor County Appraisal District** | 615 | **Bed Bath & Beyond** | 3417 Catclaw Drive | 972540 | $ 633,520 | $ 137,269 |
| **Travis Central Appraisal District** | 1161 | **Bed Bath & Beyond** | 1201 Barbara Jordan Boulevard | 761563 | $ 1,344,540 | $ 155,324 |
| | 97 | **Bed Bath & Beyond** | 5400 Brodie Lane | 418830 | $ 1,300,679 | $ 254,932 |
| | 3018 | Buy Buy Baby | 5400 Brodie Lane | 787400 | $ 1,011,239 | $ 213,226 |
| **Tom Green County Appraisal District** *(Store/Tax Account closed in 2022)* | 851 | **Bed Bath & Beyond** | 4169 Sunset Drive | P000078818 | $ 304,840 | $0 |
| **Victoria Central Appraisal District** | 845 | **Bed Bath & Beyond** | 7808 Zac Lentz Parkway | 20375155 | $ 665,070 | $ 148,188 |
| **Williamson Central Appraisal District** | 571 | **Bed Bath & Beyond** | 11066 Pecan Park Boulevard, Building 1 | P450420 | $ 1,352,657 | $ 209,327 |
| | 305 | **Bed Bath & Beyond** | 2701A Parker Road | P406323 | $ 1,083,153 | $ 240,903 |
| | 3117 | Buy Buy Baby | 5001-183A Toll Road, Suite i100 | P490204 | $ 975,703 | $ 180,037 |