## Exhibit B

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING DEBTORS' (I) OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (II) MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/BBBY.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

(Page | 2)

| Debtors: | BED BATH & BEYOND INC., *et al.* |
|---|---|
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER GRANTING DEBTORS' (I) OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (II) MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS |

Upon the *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Omnibus Objection")[2] on behalf of the Debtors Bed Bath & Beyond Inc. and its affiliated debtors, for entry of an order (this "Order"), pursuant to sections 105(a), 502, and 505 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-2 (i) determining market values to establish the bases upon which to compute taxes for tax year 2023 as to the Claims and to stay state proceedings and (ii) modifying or reducing the claims listed on **Schedule A** attached to the Proposed Order based on the determination of assessed value of the Debtors' property; and the Court having jurisdiction to consider the Omnibus Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Omnibus Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and it appearing that proper and adequate notice of the Motion has been given and that no other of further notice is necessary; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

1.    The Omnibus Objection is GRANTED as set forth herein.

2.    Pursuant to section 505(a) of the Bankruptcy Code, the Court finally determines that the Revised Fair Market Values set forth on the Assessment Schedule attached as Exhibit 1 to the Lammert Declaration are the appropriate bases upon which the Texas Authorities are to compute taxes for the tax year 2023 for the Property.

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Omnibus Objection.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER GRANTING DEBTORS' (I) OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (II) MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS |

---

3.      All tax related administrative or state proceedings (whether administrative hearings, administrative appeals, judicial appeals, or state court litigation) related to the valuation of the Property and related deadlines shall be stayed from entry of this Order until the Court orders otherwise.  This Order does not preclude the parties from informal settlement efforts.

4.      The Claims set forth on **Schedule A** attached hereto shall be reduced or modified for the tax year 2023 based on the Revised Fair Market Values set forth in the Assessment Schedule.

5.      Nothing contained in this Order shall impair the rights of the Debtors to seek, pursuant to section 505 of the Bankruptcy Code, a refund of any taxes previously paid with respect to the Property.

6.      All rights of the Debtors or their successors to object to claims of the Texas Authorities on any other grounds, and to amend, modify, and/or supplement this Omnibus Objection are preserved.

7.      Nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtors, (b) an implication or admission that any particular claim is of the type specified or defined in the Claim, Omnibus Objection, or Order, and/or (c) constitute a waiver of the Debtors' or their successors' rights to dispute the Claims or any other claim on any other grounds.

8.      The objection to each Claim addressed in the Omnibus Objection and as set forth in Schedule A attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Claim that is the subject of the Omnibus Objection and this Order.  Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER GRANTING DEBTORS' (I) OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (II) MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS |

---

claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

9.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

10.      Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.      The Debtors or their successors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

12.      This Court shall retain jurisdiction over all matters arising from or related to the implementation and interpretation of this Order.

# Schedule A

## Disputed Claims

| CLAIMANT NAME AND ADDRESS | Appraiser Address | Debtor | Claim # | Claim Amount | 2023 Amount | Treatment |
|---|---|---|---|---|---|---|
| Bexar County c/o Linebarger Goggan Blair & Sampson, LLP 112 E. Pecan Street, Suite 2200 San Antonio, TX 78205 | Bexar County Appraisal District 411 North Frio Street San Antonio, TX 76512-3241 | Bed Bath & Beyond Inc. | 130 | $  343,643.74 | $  150,062.29 | Reduce 2023 claim amount based on Revised Fair Market Value for Bexar County |
| Bexar County c/o Linebarger Goggan Blair & Sampson, LLP 112 E. Pecan Street, Suite 2200 San Antonio, TX 78205 | Bexar County Appraisal District 411 North Frio Street San Antonio, TX 76512-3241 | Buy Buy Baby, Inc. | 137 | $  48,549.60 | $  21,263.16 | Reduce 2023 claim amount based on Revised Fair Market Value for Bexar County |
| Bowie Central Appraisal District c/o Julie Ann Parsons McCreary, Veselka, Bragg & Allen, P.C. P.O. Box 1269 Round Rock, TX 78680-1269 | Bowie Central Appraisal District 122 Plaza West, Suite A Texarkana, TX 75501-5917 | Bed Bath & Beyond Inc. | 148 | $  8,724.67 | $  8,724.67 | Reduce 2023 claim amount based on Revised Fair Market Value for Bowie County |
| Brazoria County Tax Office c/o Michael J. Darlow 1235 North Loop West, Suite 600 Houston, TX 77008 | Brazoria County Appraisal District 500 North Chenango Street Angleton, TX 77515-4650 | Bed Bath & Beyond Inc. | 6955 | $  34,671.08 | $  15,709.99 | Reduce 2023 claim amount based on Revised Fair Market Value for Brazoria County |
| Brazoria Municipal Utility District #06 c/o Michael J. Darlow 1235 North Loop West, Suite 600 Houston, TX 77008 | Brazoria County Appraisal District 500 North Chenango Street Angleton, TX 77515-4650 | Bed Bath & Beyond Inc. | 7444 | $  7,456.58 | $  3,372.63 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Brazoria County |
| Brazos County c/o Julie Ann Parsons McCreary, Veselka, Bragg & Allen, P.C. P.O. Box 1269 Round Rock, TX 78680-1269 | Brazos Central Appraisal District 4051 Pendleton Drive Bryan, TX 77802-2465 | Bed Bath & Beyond Inc. | 135 | $  49,723.04 | $  23,015.08 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Brazos County |
| Cameron County Linebarger Goggan Blair & Sampson, LLP PO Box 17428 Austin, TX 78205 | Cameron County Appraisal District 2021 Amistad Drive San Benito, TX 78486-2657 | Bed Bath & Beyond Inc. | 440 | $  14,744.40 | $  14,744.40 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Cameron County |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| City of El Paso<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | El Paso Central Appraisal District<br>5801 Trowbridge Drive<br>El Paso, TX 79925-3345 | Bed Bath & Beyond Inc. | 134 | $ 139,698.79 | $ 59,905.14 | Reduce 2023 claim amount based on Revised Fair Market Assessment for El Paso County |
| City of Frisco<br>c/o Linebarger Groggan Blair &<br>Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Denton Central Appraisal District<br>3911 Morse Street<br>Denton, TX 76208-6331 | Buy Buy Baby, Inc. | 149 | $ 12,958.37 | $ 5,692.23 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Denton County |
| City of Frisco<br>c/o Linebarger Groggan Blair &<br>Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Denton Central Appraisal District<br>3911 Morse Street<br>Denton, TX 76208-6331 | Bed Bath & Beyond Inc. | 159 | $ 12,350.28 | $ 5,425.12 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Denton County |
| City of Houston<br>c/o Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 | Bed Bath & Beyond Inc. | 490 | $ 15,714.70 | $ 7,107.80 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| City of Lake Worth<br>c/o Eboney Cobb<br>Purdue Brandon Fielder et al<br>500 East Border Street<br>Suite 640<br>Arlington, TX 76010 | Tarrant County Appraisal District<br>2500 Handley-Ederville Road<br>Fort Worth, TX 76118-6909 | Bed Bath & Beyond Inc. | 20 | $ 6,456.40 | $ 2,920.25 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tarrant County |
| City of McAllen<br>c/o Linebarger Goggan Blair &<br>Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Hidalgo County Appraisal District<br>4405 South Professional Drive<br>Edinburg, TX 78539-6556 | Bed Bath & Beyond Inc. | 484 | $ 7,135.39 | $ 3,134.37 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Hidlago County |
| City of Mesquite<br>P.O. Box 850267<br>Mesquite, TX 75184-0267 | Dallas Central Appraisal District<br>2949 North Stemmons Freeway<br>Dallas, TX 75247-6195 | Bed Bath & Beyond Inc. | 163 | $ 35,245.59 | $ 16,704.07 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Dallas County |
| City of Waco & Waco<br>Independent School District<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen,<br>P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | McLennan County Appraisal District<br>315 South 26th Street<br>Waco, TX 76710-7400 | Bed Bath & Beyond Inc. | 139 | $ 24,619.29 | $ 11,395.43 | Reduce 2023 claim amount based on Revised Fair Market Assessment for McLennan County |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clear Creek Independent School District c/o Melissa E. Valdez 1235 North Loop West Suite 600 Houston, TX 77008 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Bed Bath & Beyond Inc. | 497 | $ | 26,283.42 | $ | 13,082.25 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Clear Creek Independent School District c/o Melissa E. Valdez 1235 North Loop West Suite 600 Houston, TX 77008 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Buy Buy Baby, Inc. | 541 | $ | 21,122.43 | $ | 10,513.43 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Collin County c/o Abernathy, Roeder, Boyd & Hullett, P.C. 1700 Redbud Blvd., Suite 300 McKinney, TX 75079 | Collin Central Appraisal District 250 Eldorado Parkway McKinney, TX 75069-8023 | Bed Bath & Beyond Inc. | 10 | $ | 138,705.15 | $ | 72,000.00 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Collin County |
| Crowley Independent School District c/o Eboney Cobb Purdue Brandon Fielder et al 500 East Border Street Suite 640 Arlington, TX 76010 | Tarrant County Appraisal District 2500 Handley-Ederville Road Fort Worth, TX 76118-6909 | Bed Bath & Beyond Inc. | 15 | $ | 37,557.31 | $ | 16,987.27 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tarrant County |
| Crowley Independent School District c/o Eboney Cobb Purdue Brandon Fielder et al 500 East Border Street Suite 640 Arlington, TX 76010 | Tarrant County Appraisal District 2500 Handley-Ederville Road Fort Worth, TX 76118-6909 | Buy Buy Baby, Inc. | 753 | $ | 43,151.88 | $ | 19,517.71 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tarrant County |
| Cypress-Fairbanks Independent School District c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston, TX 77253-3064 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Buy Buy Baby, Inc. | 14 | $ | 20,131.08 | $ | 8,632.54 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Cypress-Fairbanks Independent School District c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston, TX 77253-3064 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Bed Bath & Beyond Inc. | 868 | $ | 57,616.68 | $ | 24,706.98 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dallas County<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Dallas Central Appraisal District<br>2949 North Stemmons Freeway<br>Dallas, TX 75247-6195 | Buy Buy Baby, Inc. | 100 | $ | 92,561.03 | $ 39,691.69 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Dallas County |
| Dallas County<br>Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Dallas Central Appraisal District<br>2949 North Stemmons Freeway<br>Dallas, TX 75247-6195 | Bed Bath & Beyond Inc. | 142 | $ | 267,847.27 | $ 118,716.66 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Dallas County |
| Denton County<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Denton Central Appraisal District<br>3911 Morse Street<br>Denton, TX 76208-6331 | Bed Bath & Beyond Inc. | 151 | $ | 703,242.14 | $ 318,624.92 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Denton County |
| Fort Bend County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Fort Bend Central Appraisal District<br>2801 B. F. Terry Boulevard<br>Rosenberg, TX 77471-5600 | Buy Buy Baby, Inc. | 22 | $ | 19,570.49 | $ 8,392.15 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Fort Bend County |
| Fort Bend County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Fort Bend Central Appraisal District<br>2801 B. F. Terry Boulevard<br>Rosenberg, TX 77471-5600 | Bed Bath & Beyond Inc. | 887 | $ | 30,559.74 | $ 13,104.52 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Fort Bend County |
| Fort Bend County WCID #02<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Fort Bend Central Appraisal District<br>2801 B. F. Terry Boulevard<br>Rosenberg, TX 77471-5600 | Buy Buy Baby, Inc. | 21 | $ | 2,526.46 | $ 1,083.39 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Fort Bend County |
| Fort Bend County WCID #02<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Fort Bend Central Appraisal District<br>2801 B. F. Terry Boulevard<br>Rosenberg, TX 77471-5600 | Bed Bath & Beyond Inc. | 894 | $ | 3,945.11 | $ 1,691.73 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Fort Bend County |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Frisco Independent School District c/o Linda D. Reece Purdue Brandon Fielder et al 1919 S. Shiloh Road Suite 640, LB 40 Garland, TX 75042 | Denton Central Appraisal District 3911 Morse Street Denton, TX 76208-6331 | Buy Buy Baby, Inc. | 19 | $ | 37,596.89 | $ | 17,005.17 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Denton County |
| Frisco Independent School District c/o Linda D. Reece Purdue Brandon Fielder et al 1919 S. Shiloh Road Suite 640, LB 40 Garland, TX 75042 | Denton Central Appraisal District 3911 Morse Street Denton, TX 76208-6331 | Bed Bath & Beyond Inc. | 24 | $ | 35,832.65 | $ | 16,207.20 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Denton County |
| Grapevine-Colleyville Independent School District c/o Eboney Cobb Purdue Brandon Fielder et al 500 East Border Street Suite 640 Arlington, TX 76010 | Tarrant County Appraisal District 2500 Handley-Ederville Road Fort Worth, TX 76118-6909 | Bed Bath & Beyond Inc. | 17 | $ | 33,948.64 | $ | 21,971.30 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tarrant County |
| Grapevine-Colleyville Independent School District c/o Eboney Cobb Purdue Brandon Fielder et al 500 East Border Street Suite 640 Arlington, TX 76010 | Tarrant County Appraisal District 2500 Handley-Ederville Road Fort Worth, TX 76118-6909 | Buy Buy Baby, Inc. | 31 | $ | 28,278.33 | $ | 12,790.36 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tarrant County |
| Grayson County c/o Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Grayson Central Appraisal District 512 North Travis Street Sherman, TX 75090 | Bed Bath & Beyond Inc. | 153 | $ | 26,214.29 | $ | 11,515.17 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Grayson County |
| Gregg County c/o Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Gregg County Appraisal District 4367 West Loop 281 Longview, TX 75604-5550 | Bed Bath & Beyond Inc. | 161 | $ | 14,430.52 | $ | 14,430.52 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Gregg County |

| | | | | | | |
|---|---|---|---|---|---|---|
| Guadalupe County for City of Selma c/o Julie Ann Parsons McCreary, Veselka, Bragg & Allen, P.C. P.O. Box 1269 Round Rock, TX 78680-1269 | Bexar County Appraisal District 411 North Frio Street San Antonio, TX 76512-3241 | Bed Bath & Beyond Inc. | 145 | $ 4,773.54 | $ 2,209.51 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Guadalupe County |
| Harris County c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston, TX 77253-3064 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Bed Bath & Beyond Inc. | 873 | $ 236,985.59 | $ 107,212.32 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Harris County c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston, TX 77253-3064 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Buy Buy Baby, Inc. | 889 | $ 95,650.13 | $ 44,310.69 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Hays County c/o Julie Ann Parsons McCreary, Veselka, Bragg & Allen, P.C. P.O. Box 1269 Round Rock, TX 78680-1269 | Hays County Central Appraisal District 21001 1H 35 North Kyle, TX 78640-4795 | Bed Bath & Beyond Inc. | 147 | $ 7,977.10 | $ 3,692.34 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Hays County |
| Hidalgo County c/o Linebarger Goggan Blair & Sampson, LLP PO Box 17428 Austin, TX 78760-7428 | Hidalgo County Appraisal District 4405 South Professional Drive Edinburg, TX 78539-6556 | Buy Buy Baby, Inc. | 498 | $ 85,787.07 | $ 39,053.62 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Hidlago County |
| Hidalgo County c/o Linebarger Goggan Blair & Sampson, LLP PO Box 17428 Austin, TX 78760-7428 | Hidalgo County Appraisal District 4405 South Professional Drive Edinburg, TX 78539-6556 | Bed Bath & Beyond Inc. | 529 | $ 29,572.12 | $ 13,632.76 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Hidlago County |
| Humble Independent School District c/o Melissa E. Valdez 1235 North Loop West Suite 600 Houston, TX 77008 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Buy Buy Baby, Inc. | 494 | $ 18,294.84 | $ 9,106.03 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Humble Independent School District c/o Melissa E. Valdez 1235 North Loop West Suite 600 Houston, TX 77008 | Harris  Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Bed Bath & Beyond Inc. | 530 | $ | 48,565.48 | $ | 24,172.86 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Jefferson County c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston, TX 77253-3064 | Jefferson County Appraisal District 4610 South Fourth Street Beaumont, TX 77705-4547 | Bed Bath & Beyond Inc. | 895 | $ | 53,644.45 | $ | 23,003.62 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Jefferson County |
| Lewisville Independent School District c/o  Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Denton Central Appraisal District 3911 Morse Street Denton, TX 76208-6331 | Bed Bath & Beyond Inc. | 152 | $ | 1,186,552.13 | $ | 508,813.09 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Denton County |
| Lewisville Independent School District c/o Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Denton Central Appraisal District 3911 Morse Street Denton, TX 76208-6331 | Buy Buy Baby, Inc. | 2767 | $ | 22,015.40 | $ | 22,015.40 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Denton County |
| Lubbock Central Appraisal District c/o Laura J. Monroe P.O. Box 817 Lubbock, TX 79408 | Lubbock Central Appraisal District 2109 Avenue Q Lubbock, TX 79411-1524 | Bed Bath & Beyond Inc. | 246 | $ | 39,533.07 | $ | 17,880.91 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Lubbock County |
| McLennan County c/o Linebarger Goggan Blair & Sampson, LLP PO Box 17428 Austin, TX 78760-7428 | McLennan County Appraisal District 315 South 26th Street Waco, TX 76710-7400 | Bed Bath & Beyond Inc. | 489 | $ | 6,060.36 | $ | 2,667.29 | Reduce 2023 claim amount based on Revised Fair Market Assessment for McLennan County |
| Midland County c/o Laura J. Monroe P.O. Box 817 Lubbock, TX 79408 | Midland Central Appraisal District 4631 Andrews Highway Midland, TX 79703-4608 | Bed Bath & Beyond Inc. | 247 | $ | 2,026.20 | $ | 916.45 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Midland County |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Montgomery County<br>c/o Linebarger Goggan Blair &<br>Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Montgomery Central Appraisal District<br>109 Gladstell Street<br>Conroe, TX 77301-4236 | Bed Bath & Beyond Inc. | 900 | $ | 90,001.86 | $ | 38,594.28 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Montgomery County |
| Nueces County<br>c/o Linebarger Goggan Blair &<br>Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Nueces Central Appraisal District<br>201 North Chaparral Street<br>Suite 206<br>Corpus Christi, TX 78401-2503 | Bed Bath & Beyond Inc. | 477 | $ | 59,168.41 | $ | 25,372.39 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Neuces County |
| Parker CAD<br>c/o Linebarger Groggan Blair &<br>Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Parker Central Appraisal District<br>1108 Santa Fe Drive<br>Weatherford, TX 76086-5818 | Bed Bath & Beyond Inc. | 157 | $ | 16,387.57 | $ | 7,027.27 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Parker County |
| Pasadena Independent School District<br>c/o Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 | Bed Bath & Beyond Inc. | 510 | $ | 25,992.56 | $ | 11,756.50 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Plano Independent School District<br>c/o Linda D. Reece<br>Purdue Brandon Fielder et al<br>1919 S. Shiloh Road<br>Suite 640, LB 40<br>Garland, TX 75042 | Collin Central Appraisal District<br>250 Eldorado Parkway<br>McKinney, TX 75069-8023 | Bed Bath & Beyond Inc. | 25 | $ | 89,512.05 | $ | 40,859.51 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Collin County |
| Plano Independent School District<br>c/o Linda D. Reece<br>Purdue Brandon Fielder et al<br>1919 S. Shiloh Road<br>Suite 640, LB 40<br>Garland, TX 75042 | Collin Central Appraisal District<br>250 Eldorado Parkway<br>McKinney, TX 75069-8023 | Buy Buy Baby, Inc. | 30 | $ | 27,453.04 | $ | 12,531.47 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Collin County |
| Rockwall CAD<br>c/o Linebarger Groggan Blair &<br>Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Rockwall Central Appraisal District<br>841 Justin Road<br>Rockwall, TX 75087-4842 | Bed Bath & Beyond Inc. | 162 | $ | 18,094.33 | $ | 7,759.15 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Rockwall County |

| | | | | | | |
|---|---|---|---|---|---|---|
| San Marcos CISD c/o Linebarger Goggan Blair & Sampson, LLP PO Box 17428 Austin, TX 78760-7428 | Hays County Central Appraisal District 21001 1H 35 North Kyle, TX 78640-4795 | Bed Bath & Beyond Inc. | 442 | $ 8,771.25 | $ 4,156.99 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Hays County |
| Smith County c/o Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Smith Central Appraisal District 245 South S. E. Loop 323 Tyler, TX 75702-6456 | Bed Bath & Beyond Inc. | 154 | $ 60,620.95 | $ 26,629.01 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Smith County |
| Smith County c/o Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Smith Central Appraisal District 245 South S. E. Loop 323 Tyler, TX 75702-6456 | Buy Buy Baby, Inc. | 305 | $ 64,839.99 | $ 64,839.99 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Smith County |
| Spring Branch Independent School District c/o Owen M. Sonik 1235 North Loop West Suite 600 Houston, TX 77008 | Harris Central Appraisal District 13013 Northwest Freeway Houston, TX 77040-6305 | Bed Bath & Beyond Inc. | 531 | $ 37,363.84 | $ 16,899.76 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Harris County |
| Tarrant County c/o Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Tarrant County Appraisal District 2500 Handley-Ederville Road Fort Worth, TX 76118-6909 | Buy Buy Baby, Inc. | 97 | $ 118,312.39 | $ 50,734.32 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tarrant County |
| Tarrant County c/o Linebarger Groggan Blair & Sampson, LLP 2777 N. Stemmons Freeway Suite 1000 Dallas, TX 75207 | Tarrant County Appraisal District 2500 Handley-Ederville Road Fort Worth, TX 76118-6909 | Bed Bath & Beyond Inc. | 158 | $ 187,221.95 | $ 87,867.71 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tarrant County |
| Taylor County Central Appraisal District c/o Julie Ann Parsons McCreary, Veselka, Bragg & Allen, P.C. P.O. Box 1269 Round Rock, TX 78680-1269 | Taylor County Appraisal District 1534 South Treadway Abilene, TX 79602-4927 | Bed Bath & Beyond Inc. | 143 | $ 21,838.00 | $ 9,877.40 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Taylor County |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tom Green CAD<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Tom Green County Appraisal District<br>2302 Pulliam Street<br>San Angelo, TX 76905-5165 | Bed Bath & Beyond Inc. | 155 | $ 15,751.77 | $ 6,754.62 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Tom Green County |
| Travis County<br>P.O. Box 1748<br>Austin, TX 78767 | Travis Central Appraisal District<br>850 East Anderson Lane<br>Austin, TX 78752 | Bed Bath & Beyond Inc. | 2378 | $ 96,784.76 | $ 45,438.86 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Travis Green County |
| Travis County<br>P.O. Box 1748<br>Austin, TX 78767 | Travis Central Appraisal District<br>850 East Anderson Lane<br>Austin, TX 78752 | Buy Buy Baby, Inc. | 4544 | $ 17,827.95 | $ 8,292.07 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Travis  County |
| Victoria County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Victoria Central Appraisal District<br>2805 North Navarro, Suite 300<br>Victoria, TX 77901-3947 | Bed Bath & Beyond Inc. | 444 | $ 22,130.15 | $ 9,721.13 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Victoria County |
| Williamson County<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Williamson Central Appraisal District<br>625 FM 1460<br>Georgetown, TX 78626-8050 | Buy Buy Baby, Inc. | 113 | $ 34,736.93 | $ 16,078.56 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Williamson County |
| Williamson County<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Williamson Central Appraisal District<br>625 FM 1460<br>Georgetown, TX 78626-8050 | Bed Bath & Beyond Inc. | 136 | $ 126,569.80 | $ 58,584.86 | Reduce 2023 claim amount based on Revised Fair Market Assessment for Williamson County |