**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Bexar County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | Bexar County Appraisal District<br>411 North Frio Street<br>San Antonio, TX 76512-3241 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077224v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Bowie Central Appraisal District<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Bowie Central Appraisal District<br>122 Plaza West, Suite A<br>Texarkana, TX 75501-5917 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077231v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
<u>                                                </u>

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077231v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| Brazoria County Tax Office<br>c/o Michael J. Darlow<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | Brazoria County Appraisal District<br>500 North Chenango Street<br>Angleton, TX 77515-4650 |
|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077241v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Brazoria Municipal Utility District #06<br>c/o Michael J. Darlow<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | Brazoria County Appraisal District<br>500 North Chenango Street<br>Angleton, TX 77515-4650 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077251v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077251v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Brazos County<br>c/o Julie Ann Parsons McCreary, Veselka, Bragg<br>& Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Brazos Central Appraisal District<br>4051 Pendleton Drive<br>Bryan, TX 77802-2465 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077255v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077255v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Cameron County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78205 | Cameron County Appraisal District<br>2021 Amistad Drive<br>San Benito, TX 78486-2657 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077260v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| City of El Paso<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | El Paso Central Appraisal District<br>5801 Trowbridge Drive<br>El Paso, TX 79925-3345 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077262v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
                emily.geier@kirkland.com
                derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| City of Frisco<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Denton Central Appraisal District<br>3911 Morse Street<br>Denton, TX 76208-6331 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077270v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077270v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| City of Houston<br>c/o Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Harris  Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077283v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
               wusatine@coleschotz.com
               fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
               emily.geier@kirkland.com
               derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077283v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| City of Lake Worth<br>c/o Eboney Cobb<br>Purdue Brandon Fielder et al<br>500 East Border Street<br>Suite 640<br>Arlington, TX 76010 | Tarrant County Appraisal District<br>2500 Handley-Ederville Road<br>Fort Worth, TX 76118-6909 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077285v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077285v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| City of McAllen | Hidalgo County Appraisal District |
|---|---|
| c/o Linebarger Goggan Blair & Sampson, LLP | 4405 South Professional Drive |
| PO Box 17428 | Edinburg, TX 78539-6556 |
| Austin, TX 78760-7428 | |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077289v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
               wusatine@coleschotz.com
               fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
               emily.geier@kirkland.com
               derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077289v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| City of Mesquite<br>P.O. Box 850267<br>Mesquite, TX 75184-0267 | Dallas Central Appraisal District<br>2949 North Stemmons Freeway<br>Dallas, TX 75247-6195 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077300v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077300v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| City of Waco & Waco Independent School District c/o Julie Ann Parsons McCreary, Veselka, Bragg & Allen, P.C. P.O. Box 1269 Round Rock, TX 78680-1269 | McLennan County Appraisal District 315 South 26th Street Waco, TX 76710-7400 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077306v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
_____
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077306v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Clear Creek Independent School District<br>c/o Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077312v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Collin County<br>c/o Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75079 | Collin Central Appraisal District<br>250 Eldorado Parkway<br>McKinney, TX 75069-8023 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077325v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

65548/0001-46077325v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Crowley Independent School District<br>c/o Eboney Cobb<br>Purdue Brandon Fielder et al<br>500 East Border Street<br>Suite 640<br>Arlington, TX 76010 | Tarrant County Appraisal District<br>2500 Handley-Ederville Road<br>Fort Worth, TX 76118-6909 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
                emily.geier@kirkland.com
                derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077346v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| Cypress-Fairbanks Independent School District<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 |
|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
                emily.geier@kirkland.com
                derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Dallas County<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Dallas Central Appraisal District<br>2949 North Stemmons Freeway<br>Dallas, TX 75247-6195 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq.  and  Felice  R.  Yudkin,  Esq.  or  via  email  at  wusatine@coleschotz.com  and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Denton County<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Denton Central Appraisal District<br>3911 Morse Street<br>Denton, TX 76208-6331 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**.     At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ Michael D. Sirota
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077398v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| Fort Bend County WCID #02<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Fort Bend Central Appraisal District<br>2801 B. F. Terry Boulevard<br>Rosenberg, TX 77471-5600 |
|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077423v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
             emily.geier@kirkland.com
             derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Fort Bend County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Fort Bend Central Appraisal District<br>2801 B. F. Terry Boulevard<br>Rosenberg, TX 77471-5600 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077407v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
                emily.geier@kirkland.com
                derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Frisco Independent School District<br>c/o Linda D. Reece<br>Purdue Brandon Fielder et al<br>1919 S. Shiloh Road<br>Suite 640, LB 40<br>Garland, TX 75042 | Denton Central Appraisal District<br>3911 Morse Street<br>Denton, TX 76208-6331 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077433v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077433v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Grapevine-Colleyville Independent School District c/o Eboney Cobb Purdue Brandon Fielder et al 500 East Border Street Suite 640 Arlington, TX 76010 | Tarrant County Appraisal District 2500 Handley-Ederville Road Fort Worth, TX 76118-6909 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077437v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077437v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
|  | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
|  | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Grayson County<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Grayson Central Appraisal District<br>512 North Travis Street<br>Sherman, TX 75090 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

65548/0001-46077446v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Gregg County<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Gregg County Appraisal District<br>4367 West Loop 281<br>Longview, TX 75604-5550 |

 The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

 If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

 If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077454v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
               wusatine@coleschotz.com
               fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
               emily.geier@kirkland.com
               derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077454v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
     the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
     website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of
     Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these
     Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Guadalupe County for City of Selma<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Bexar County Appraisal District<br>411 North Frio Street<br>San Antonio, TX 76512-3241 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
|  | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
|  | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Harris County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

<div style="margin-left: 40%;">

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

</div>

3

65548/0001-46077461v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Hays County<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Hays County Central Appraisal District<br>21001 1H 35 North<br>Kyle, TX 78640-4795 |

    The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

    If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

    If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077470v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
             emily.geier@kirkland.com
             derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077470v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| Hidalgo County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Hidalgo County Appraisal District<br>4405 South Professional Drive<br>Edinburg, TX 78539-6556 |
| --- | --- |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

65548/0001-46077475v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Humble Independent School District<br>c/o Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 |

 The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

 If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

 If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077480v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
                emily.geier@kirkland.com
                derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| Jefferson County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Jefferson County Appraisal District<br>4610 South Fourth Street<br>Beaumont, TX 77705-4547 |
| --- | --- |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Lewisville Independent School District<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Denton Central Appraisal District<br>3911 Morse Street<br>Denton, TX 76208-6331 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Lubbock Central Appraisal District<br>c/o Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 | Lubbock Central Appraisal District<br>2109 Avenue Q<br>Lubbock, TX 79411-1524 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
           emily.geier@kirkland.com
           derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
|  | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
|  | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| McLennan County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | McLennan County Appraisal District<br>315 South 26th Street<br>Waco, TX 76710-7400 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077504v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
_____
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
                emily.geier@kirkland.com
                derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077504v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases are 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Midland County<br>c/o Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 | Midland Central Appraisal District<br>4631 Andrews Highway<br>Midland, TX 79703-4608 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have

filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to*

*Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights

by finding your claim should be modified or reduced.  You should look for your name on Schedule

"A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk

of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October**

**17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney,

Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine,

Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and

fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that

will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the

United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey

unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your

matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

65548/0001-46077506v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| Montgomery County | Montgomery Central Appraisal District |
|---|---|
| c/o Linebarger Goggan Blair & Sampson, LLP | 109 Gladstell Street |
| PO Box 3064 | Conroe, TX 77301-4236 |
| Houston, TX 77253-3064 | |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077511v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Nueces County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Nueces Central Appraisal District<br>201 North Chaparral Street<br>Suite 206<br>Corpus Christi, TX 78401-2503 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077514v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
               wusatine@coleschotz.com
               fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
               emily.geier@kirkland.com
               derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Parker CAD<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Parker Central Appraisal District<br>1108 Santa Fe Drive<br>Weatherford, TX 76086-5818 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077518v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

_/s/ Michael D. Sirota_

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted _pro hac vice_)
Emily E. Geier, P.C. (admitted _pro hac vice_)
Derek I. Hunter (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

_Co-Counsel for Debtors and_
_Debtors in Possession_

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Pasadena Independent School District<br>c/o Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 |

  The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

  If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

  If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077530v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Plano Independent School District<br>c/o Linda D. Reece<br>Purdue Brandon Fielder et al<br>1919 S. Shiloh Road<br>Suite 640, LB 40<br>Garland, TX 75042 | Collin Central Appraisal District<br>250 Eldorado Parkway<br>McKinney, TX 75069-8023 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have

filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to

Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights

by finding your claim should be modified or reduced.  You should look for your name on Schedule

"A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk

of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October

17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney,

Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine,

Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and

fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that

will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the

United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey

unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your

matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
                 wusatine@coleschotz.com
                 fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
                 emily.geier@kirkland.com
                 derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Rockwall CAD<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Rockwall Central Appraisal District<br>841 Justin Road<br>Rockwall, TX 75087-4842 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077537v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077537v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases are 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| San Marcos CISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Hays County Central Appraisal District<br>21001 1H 35 North<br>Kyle, TX 78640-4795 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077540v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
             emily.geier@kirkland.com
             derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

65548/0001-46077540v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of
Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these
Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Smith County<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Smith Central Appraisal District<br>245 South S. E. Loop 323<br>Tyler, TX 75702-6456 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**.    At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077542v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Spring Branch Independent School District<br>c/o Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | Harris Central Appraisal District<br>13013 Northwest Freeway<br>Houston, TX 77040-6305 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077548v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Tarrant County<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Tarrant County Appraisal District<br>2500 Handley-Ederville Road<br>Fort Worth, TX 76118-6909 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077553v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46077553v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Taylor County Central Appraisal District<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Taylor County Appraisal District<br>1534 South Treadway<br>Abilene, TX 79602-4927 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**.    At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at <u>wusatine@coleschotz.com</u> and <u>fyudkin@coleschotz.com</u>.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077556v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
               wusatine@coleschotz.com
               fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
               emily.geier@kirkland.com
               derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of
Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these
Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| | |
|---|---|
| Tom Green CAD<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Tom Green County Appraisal District<br>2302 Pulliam Street<br>San Angelo, TX 76905-5165 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
             emily.geier@kirkland.com
             derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| Travis County<br>P.O. Box 1748<br>Austin, TX 78767 | Travis Central Appraisal District<br>850 East Anderson Lane<br>Austin, TX 78752 |
|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2024**.   At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at <u>wusatine@coleschotz.com</u> and <u>fyudkin@coleschotz.com</u>.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
     the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the
     website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of
     Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these
     Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Victoria County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Victoria Central Appraisal District<br>2805 North Navarro, Suite 300<br>Victoria, TX 77901-3947 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077568v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ *Michael D. Sirota*
_____
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
                emily.geier@kirkland.com
                derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | |
|---|---|
| Williamson County<br>c/o Julie Ann Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Williamson Central Appraisal District<br>625 FM 1460<br>Georgetown, TX 78626-8050 |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced.  You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**.    At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077573v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 11, 2023

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
             emily.geier@kirkland.com
             derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3