**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| Sacramento County Tax Collector<br>700 H Street Room 1710<br>Sacramento, CA 95814 | Sacramento County<br>Assessor's Office<br>3636 American River Dr.<br>Suite 200<br>Sacramento, CA 95864 | Sacramento County Assessor's<br>Office<br>Attn: Assessment Appeals Board<br>700 H Street, Room 2450<br>Sacramento, CA 95814 |
|---|---|---|

      The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

      If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

      If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46112351v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
|  | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
|  | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| San Mateo County Tax Collector<br>555 County Center, 1st Floor<br>Redwood City, CA 94063 | San Mateo County Assessor<br>555 County Center<br>Redwood City, CA 94063 | San Mateo County Assessor<br>Attn: Assessment Appeals Board<br>400 County Center, BOS 104<br>Redwood City, CA 94063 |
|---|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46112468v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
                 wusatine@coleschotz.com
                 fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
                 emily.geier@kirkland.com
                 derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | | |
|---|---|---|
| San Luis Obispo County /o James W Hamilton CPA - Auditor - Controller - Treasurer - Tax Collector James W Hamilton - Acctc 1055 Monterey Street Suite D-290 San Luis Obispo, CA 93408 | San Luis Obispo County Assessor's Office 1055 Monterey Street Suite D360 San Luis Obispo, CA 93408 | San Luis Obispo County Assessor's Office Attn: Assessment Appeals Board Clerk 1055 Monterey Street Suite D430 San Luis Obispo, CA 93408 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

2

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46112460v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| San Diego County Treasurer Tax Collector<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | San Diego County Assessor<br>1600 Pacific Highway, Ste. 103<br>San Diego, CA 92101 | San Diego County Assessor<br>Attn: Clerk of the Board of Supervisors<br>1600 Pacific Highway, Room 402<br>San Diego, CA 92101-2471 |
|---|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46112408v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

65548/0001-46112408v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

1    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| San Bernardino County<br>Office of the Tax Collector<br>268 West Hospitality Lane<br>1st Floor<br>San Bernardino, CA 92415 | San Bernardino County<br>Assessor<br>222 W. Hospitality Lane<br>San Bernardino, CA 92415 | San Bernardino County Assessor<br>Attn: Clerk of the Board of<br>Supervisors<br>385 N. Arrowhead Avenue<br>Second Floor<br>San Bernardino, CA 92415-0130 |
| --- | --- | --- |

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have

filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion

to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights

by finding your claim should be modified or reduced.  You should look for your name on Schedule

"A" attached to the Proposed Order enclosed herewith.  Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk

of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October

17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney,

Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine,

Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and

fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that

will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the

United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey

unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your

matter to a future date.

65548/0001-46112372v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
              emily.geier@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | | |
|---|---|---|
| Marin County Tax Collector<br>PO Box 4220<br>San Rafael, CA 94949 | Marin County Assessor<br>3501 Civic Center Drive<br>Rm 208<br>San Rafael, CA 94903 | Marin County Assessor<br>Attn: Assessment Appeals Board<br>Clerk<br>3501 Civic Center Drive<br>Suite 329<br>San Rafael, CA 94903-4139 |

  The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

  If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

  If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:     josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| Kern County Treasurer and Tax Collector PO Box 579 Bakersfield, CA 93302 | Kern County Assessor 1115 Truxtun Avenue Bakersfield, CA 93301 | Kern County Assessor Attn: Clerk of the Board of Supervisors 1115 Truxtun Avenue, 5th Floor Bakersfield, CA 93301-4617 |
|---|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46112329v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
           emily.geier@kirkland.com
           derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

| County of Orange Treasurer- Tax Collector<br>PO Box 4515<br>Santa Ana, CA 92702-4515 | Orange County Assessor<br>500 S. Main Street, 2nd Fl.<br>Orange, CA 92868 | Orange County Assessor<br>Attn: Assessment Appeals Board<br>P.O. Box 22023<br>Santa Ana, CA 92702-2023 |
|---|---|---|

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "Objection") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46111989v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

3

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | **HEARING DATE AND TIME: October 24, 2023, at 10:00 a.m. (ET)** |
| | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## <u>NOTICE OF OBJECTION TO YOUR CLAIM</u>

TO:

| | | |
|---|---|---|
| Butte County Tax Collector<br>25 County Center Dr<br>Ste 125<br>Oroville, CA 95965 | Butte County Assessor<br>25 County Center Drive<br>Suite 100<br>Oroville, CA 95965 | Butte County Assessor<br>Attn: Assessment Appeals Board<br>25 County Center Drive<br>Suite 100<br>Oroville, CA 95965 |

The above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") have filed the enclosed *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* (the "<u>Objection</u>") which seeks to alter your rights by finding your claim should be modified or reduced. You should look for your name on Schedule "A" attached to the Proposed Order enclosed herewith. Names are listed alphabetically.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101-1352 on or before **October 17, 2023**. At the same time, you must also serve a copy of the response upon the Debtors' attorney, Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602-0800, Attn: Warren A. Usatine, Esq. and Felice R. Yudkin, Esq. or via email at wusatine@coleschotz.com and fyudkin@coleschotz.com.

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Vincent F. Papalia on **October 24, 2023, at 10:00 a.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey unless you reach an agreement with counsel to the Debtors to resolve your claim or continue your matter to a future date.

65548/0001-46077500v1

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY**

**GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT**

**FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
          emily.geier@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*