## Exhibit A

**Lammert Declaration**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**DECLARATION OF JOHN W. LAMMERT IN SUPPORT OF DEBTORS' MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES**

I, JOHN W. LAMMERT, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Executive Vice President of Assessment Technologies, Ltd. ("ATL"). I have held this position with ATL since October of 2001 and currently manage the firm's Bankruptcy Tax Practice. I have been involved with the valuation of complex properties during my entire tenure with the firm.

2. I submit this declaration (this "Declaration") in support of the *Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities* (the "Motion").[2] I have reviewed the Motion and am familiar with the contents thereof and the relief sought therein.

3. ATL was retained by the Debtors to provide *ad valorem* tax services. As part of these services, ATL agreed to, among other things, verify the methodology used to determine the property values assigned by the various California counties in which the Debtors have Property, identify instances whereby the methodology would result in over-assessment, over-valuation, and excessive taxation by California counites, and seek appropriate reductions, as warranted by applicable law, for any such excess.

4. ATL's professional staff has represented clients throughout the United States and is familiar with the California Counties' tax statutes governing Fair Market Value (as statutorily defined) and the underlying valuation methodology addressed by the Motion.

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

5.  I have been personally involved in ATL's review of the methodology applied by, and documents provided to and by, the California Counties. In this regard, I have overseen the review of the Property and the methodology applied by the California Counties, identifying areas where the California Counties methodology, as applied to these specific assets, would generate excessive Fair Market Values. From this, I have identified assets that should be reduced or disputed based upon (i) the records maintained by the Debtors in the ordinary course of business; (ii) other materials generated in connection with ATL's review of the Debtors' assets and Fair Market Value; and (iii) the Debtors' sales data in connection with going out of business sales.

6.  Based on all of the information obtained through the above-described process, I have determined that the California Counties' methodology employed in arriving at the purported Market Values of the Property is erroneous. Here, the California Counties purported to arrive at Fair Market Values on the basis absent consideration of the sales of Property at the stores together with information or sales from the marketplace. The assessments therefore do not reflect the Fair Market Value. By omitting actual sales data to estimate an open market, arm's-length sales prices, the California Counties' analyses, and conclusions were flawed.

7.  The hypothetical well-informed buyer contemplated by the statutory definition of "Fair Market Value" under California law would consider and deal with each of the above-listed factors differently than did the California Counties. ATL has concluded that the methodology, if any, used by the California Counties resulted in an overvaluing of the Property.

8.  The analytical process employed by ATL to determine the correct Fair Market Values consistent with respective California Counties' definition of Fair Market Value, are detailed below. These methods are consistent with the respective state valuation standards.

3

**Valuation of Debtors' Property**

9. In assessing the Property and quantifying the taxes for the tax year 2023, the various taxing assessors were required to determine the Fair Market Value of the Property (as such term is defined by California state statute). Fair Market Value contemplates current market prices and values as of the assessment date of such property. California taxable property is required to be appraised at its fair market value as of January 1 of the applicable tax year, the fair market value of property shall be determined by the application of generally accepted appraisal methods and techniques, and each property shall be appraised based upon the individual characteristics that affect the property's fair market value, and all available evidence that is specific to the value of the property shall be taken into account in determining the property's fair market value. As set forth in the California Revenue and Tax Code, fair market value is defined as:

> Full cash value" or "fair market value" defined; determination
> (a) Except as is otherwise provided in Section 110.1, "full cash value" or "fair market value" means the amount of cash or its equivalent that property would bring if exposed for sale in the open market under conditions in which neither buyer nor seller could take advantage of the exigencies of the other, and both the buyer and the seller have knowledge of all of the uses and purposes to which the property is adapted and for which it is capable of being used, and of the enforceable restrictions upon those uses and purposes.

Cal. Rev. & Tax. Code § 110.

10. Accordingly, the Fair Market Value attributed to the Property must contemplate a hypothetical arm's-length sales transaction for the Property as if such property were offered for sale on the open market between a prudent, voluntary seller and an equally prudent, voluntary buyer, both of whom are well-informed about the property. The taxing assessors are specifically required to implement and apply this definition of Fair Market Value in assessing taxable property within their jurisdiction.

11. The California Counties did not apply the correct definition of Fair Market Value which resulted in an improper determination of the Fair Market Value of the Property. ATL used sales of retail furniture, fixtures, equipment, and leasehold improvements at the Debtor's stores ("<u>Debtor Sales Data</u>") to approximate the Fair Market Value of the Property as allowed by applicable non-bankruptcy law as of the date the values were to be assessed. These sales were of all assets in the store and included leasehold improvements to the extent there was a willing buyer for those assets. This source provides a representative assessment of the Fair Market Value of the Debtors' Property.

12. As of January 1, 2023, the Debtors had 1,020 stores, including 834 Bed Bath & Beyond stores, 132 buybuy BABY stores, and 54 stores under the names Harmon, Harmon Face Values or Face Values. The Debtors have undergone a store closing process for a large number of stores, selling all assets and inventory in place. As of the date of the Petition Date, the store count in the United States was reduced to just 360 Bed Bath & Beyond locations and 120 buybuy BABY stores. Data from the Debtors' sales of store assets were collected from records provided by the Debtors and included sales from stores which are the subject of the Motion and other stores throughout the Debtors' portfolio. The Debtors submit that the sales prices derived from the Debtor Sales Data approximates the Fair Market Value definition, considering a willing buyer and seller.

13. From this source, the Debtors' have estimated the Fair Market Value of the Property at the Debtor's store locations as of January 1, 2023. Those values are set forth as "Revised Fair Market Values" in the Assessment Schedule attached as Exhibit 1 to this Declaration.

14. For the above reasons, I believe the Debtors should be granted the relief requested in the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, information, and belief, and after reasonable inquiry, the foregoing is true and correct.

Dated: September 15, 2023

Assessment Technologies, Ltd.

By: _____
Name: John W. Lammert
Title: Executive Vice President

# EXHIBIT 1

| JURISDICTION (ASSESSING AUTHORITY) | STORE NO. | STORE NAME | PROPERTY ADDRESS | PARCEL NO. | ASSESSING AUTHORITIES 2023 FAIR MARKET VALUE | REVISED 2023 FAIR MARKET VALUE |
|---|---|---|---|---|---|---|
| **Alameda County Assessor's Office** | 173 | Bed Bath & Beyond | 4882 Dublin Boulevard | 00-090818-00-001 | $ 262,989 | $ 11,167 |
| | 26 | Bed Bath & Beyond | 590 2nd Street | 00-090818-00-000 | $ 165,412 | $ 10,821 |
| **Contra Costa County Assessor's Office** | 3055 | Buy Buy Baby | 3250 Buskirk Avenue, Suite 300-A | 280133-0000 | $ 1,234,829 | $ 38,091 |
| | 261 | Bed Bath & Beyond | 15 Crescent Drive | 263816-0000 | $ 316,145 | $ 33,497 |
| | 583 | Bed Bath & Beyond | 5719 Lone Tree Way | 263816-0002 | $ 298,666 | $ 32,656 |
| **Fresno County Assessor** | 225 | Bed Bath & Beyond | 7497 North Blackstone Avenue | 303-670-01 | $ 1,162,900 | $ 75,525 |
| | 3048 | Buy Buy Baby | 7458 North Blackstone Avenue | 303-650-40 | $ 759,000 | $ 14,200 |
| **Humboldt County Assessor** | 562 | Bed Bath & Beyond | 3300 Broadway, Space #340 | 800-009-016-000 | $ 214,753 | $ 44,176 |
| **Los Angeles County Assessor** | 20 | Bed Bath & Beyond | 11854 West Olympic Boulevard | 2814000002 | $ 870,940 | $ 84,651 |
| | 383 | Bed Bath & Beyond | 14351 Hindry Avenue | 2814000009 | $ 1,444,633 | $ 113,329 |
| | 25 | Bed Bath & Beyond | 12555 Ventura Boulevard | 2814000001 | $ 1,284,644 | $ 92,553 |
| | 3099 | Buy Buy Baby | 6621 Fallbrook Avenue, Unit B | 3877640002 | $ 1,222,550 | $ 71,784 |
| | 8 | Bed Bath & Beyond | 6530 Canoga Avenue | 2814000000 | $ 952,260 | $ 67,844 |
| | 1063 | Bed Bath & Beyond | 10822 Jefferson Boulevard | 2814000006 | $ 730,282 | $ 63,611 |
| | 8075 | Harmon Stores | 10561 West Pico Boulevard | 2103870001 | $ 714,712 | $ 68,994 |
| | 3076 | Buy Buy Baby | 3700 West Torrance Boulevard | 3877640001 | $ 610,329 | $ 152,582 |
| | 179 | Bed Bath & Beyond | 25540 The Old Road | 2814000007 | $ 542,858 | $ 49,696 |
| | 8068 | Harmon Stores | 3609 East Foothill Boulevard | 2103870000 | Unknown | $ 30,000 |
| | 183 | Bed Bath & Beyond | 3341 East Foothill Boulevard | 2814000005 | $ 437,616 | $ 40,557 |
| | 475 | Bed Bath & Beyond | 2595 Pacific Coast Highway | 2814000010 | $ 275,922 | $ 22,001 |
| | 384 | Bed Bath & Beyond | 1557 Vine Street | 2814000015 | $ 257,166 | $ 20,776 |
| | 1020 | Bed Bath & Beyond | 201 East Magnolia Boulevard | 2814000020 | $ 200,834 | $ 13,875 |
| | 522 | Bed Bath & Beyond | 75 Lakewood Center Mall | 2814000013 | $ 173,373 | $ 15,659 |
| | 1078 | Bed Bath & Beyond | 12060 Lakewood Boulevard | 2814000018 | $ 119,221 | $ 10,167 |
| | 1176 | Bed Bath & Beyond | 1405 East Gladstone Street | 2814000024 | $ 117,099 | $ 11,014 |
| | 581 | Bed Bath & Beyond | 39421 10th Street West | 2814000014 | $ 88,465 | $ 8,537 |
| **Monterey County Assessor** | 1229 | Bed Bath & Beyond | 117 General Stilwell Drive | 800-032-868-000 | $ 291,510 | $ 11,665 |
| **Placer County Assessor** | 307 | Bed Bath & Beyond | 1120 Galleria Boulevard, Suite 140 | 800-025-723-000 | $ 5,140,860 | $ 363,448 |
| | 3088 | Buy Buy Baby | 1120 Galleria Boulevard, Suite 160 | 800-040-043-000 | $ 1,353,290 | $ 59,083 |
| **Riverside County Assessor** | 1097 | Bed Bath & Beyond | 24450 Village Walk Place | U000232083 | $ 913,578 | $ 126,595 |
| | 3043 | Buy Buy Baby | 40438 Winchester Road | U000258080 | $ 257,280 | $ 43,646 |
| | 1030 | Bed Bath & Beyond | 79-110 Highway 111 | U000232017 | $ 682,485 | $ 84,199 |
| | 83 | Bed Bath & Beyond | 72459 Highway 111 | U000130859 | $ 322,812 | $ 51,545 |
| | 538 | Bed Bath & Beyond | 3700 Tyler Street, Suite 14 | U000189212 | $ 368,764 | $ 33,304 |
| | 1305 | Bed Bath & Beyond | 5200 East Ramon Road, Building B | U000250099 | $ 104,454 | $ 17,675 |
| | 1199 | Bed Bath & Beyond | 1642 East 2nd Street Marketplace | U000246896 | $ 94,202 | $ 7,726 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **San Francisco County Assessor** | 38 | Bed Bath & Beyond | 555 9th Street | 162359001/A1067152 | $ 2,915,855 | $ 42,577 |
| **Santa Barbara County Assessor** | 820 | Bed Bath & Beyond | 189 North Fairview Avenue | 07717042-030-9 | $ 630,370 | $ 104,233 |
| **Santa Clara County Assessor** | 223 | Bed Bath & Beyond | 5353 Almaden Expressway, Suite A200 | 36724300029 | $ 811,131 | $ 49,430 |
| | 3034 | Buy Buy Baby | 5353 Almaden Expressway, Suite A100 | 44053100010 | $ 634,470 | $ 33,436 |
| | 127 | Bed Bath & Beyond | 5201 Stevens Creek Boulevard | 36724300011 | $ 1,012,055 | $ 103,788 |
| **Santa Cruz County Assessor** | 540 | Bed Bath & Beyond | 3555 Clares Street, Suite J | 01608001 | $ 295,019 | $ 17,833 |
| **Solano County Assessor** | 488 | Bed Bath & Beyond | 128 Browns Valley Parkway | 0000129891 | $ 815,602 | $ 42,186 |
| | 1315 | Bed Bath & Beyond | 105 Plaza Drive, Suite 107 | 0000123289 | $ 184,466 | $ 14,898 |
| **Sonoma County Assessor's Office** | 24 | Bed Bath & Beyond | 2785 Santa Rosa Avenue | 800-003-314-000 | $ 253,957 | $ 30,723 |
| **Stanislaus County Assessor** | 254 | Bed Bath & Beyond | 3900 Sisk Road | 800-017-763-000 | $ 260,940 | $ 25,218 |
| **Tulare County Assessor** | 312 | Bed Bath & Beyond | 3125 South Mooney Boulevard | 800-233-234-000 | $ 545,640 | $ 65,138 |
| **Ventura County Assessor** | 138 | Bed Bath & Beyond | 121 South Westlake Boulevard | 698-0-020-175 | $ 542,300 | $ 40,450 |
| | 821 | Bed Bath & Beyond | 4040 East Main Street | 084-0-091-115 | $ 305,000 | $ 32,000 |