PASHMAN STEIN WALDER & HAYDEN, P.C.
Joseph C. Barsalona II, Esq.
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email:   jbarsalona@pashmanstein.com

-and-

SHIPMAN & GOODWIN LLP
Eric S. Goldstein, Esq.
Jessica M. Signor, Esq.
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Email:   egoldstein@goodwin.com
         jsignor@goodwin.com

*Attorneys for Gartner, Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF MOTION OF GARTNER, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE THAT** GARTNER, INC. ("Gartner") filed a motion for allowance of an administrative expense claim pursuant to 11 U.S.C. §503(b) in the amount of $15,333.47 (the "Motion").

---

[1] 1 The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must:

1. On or before October 4, 2023, file with the Bankruptcy Court a written Objection to the Motion, explaining your position, at:

> Clerk of the Bankruptcy and Chambers
> of Hon. Vincent F. Papalia, U.S.B.J.
> 50 Walnut Street
> Newark, New Jersey  07102

If you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it on or before October 4, 2023. You must also mail a copy to the undersigned counsel at:

> Joseph C. Barsalona II, Esq.
> Pashman Stein Walder & Hayden, P.C.
> 21 Main Street, Suite 200
> Hackensack, New Jersey 07601

2. Attend a hearing on October 11, 2023 at 10:00 A.M. at the United States Bankruptcy Court for the District of New Jersey, Courtroom 3B, 50 Walnut Street, Newark, New Jersey 07102. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Certification of Paul Kindred and the memorandum of law incorporated in the Motion and filed herewith. Pursuant to D.N.J. L.B.R. 9013, the undersigned waives oral argument and consents

to the disposition on the papers. A proposed form of Order is also submitted. Oral argument is hereby waived unless opposition is submitted.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed in writing with the Clerk of the Bankruptcy Court and a copy served on the undersigned so as to be received by at least seven (7) days prior to the return date. In the event that no opposition is filed, the Order may be entered.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion of Gartner, Inc. for Allowance of an Administrative Expense Claim and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an Order approving the Motion for Allowance of an Administrative Expense Claim without hearing.

Dated: September 15, 2023                    Respectfully submitted,

    */s/ Joseph C. Barsalona II*
PASHMAN STEIN WALDER & HAYDEN, P.C.
Joseph C. Barsalona II, Esq.
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
Email:    jbarsalona@pashmanstein.com

-and-

SHIPMAN & GOODWIN LLP
Eric S. Goldstein, Esq.
Jessica M. Signor, Esq.
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Email:    egoldstein@goodwin.com
             jsignor@goodwin.com

*Attorneys for Gartner, Inc.*