# EXHIBIT A

# Gartner, Inc. Service Agreement for BED BATH & BEYOND INC. ("Client")

This Service Agreement ("**SA**") is between Gartner, Inc. of 56 Top Gallant Road, Stamford, CT 06902 ("**Gartner**") on behalf of itself and all wholly-owned affiliates of Gartner, Inc. and Client of 650 LIBERTY AVE STE 2 Union NJ 07083-8107. ("**Client**"), and includes the Master Client Agreement between Gartner and Client or Client's parent or affiliate dated JUN-2013 the terms of which are incorporated by reference, and all applicable Service Descriptions. This SA constitutes the complete agreement between Gartner and Client. Client agrees to subscribe to the following Services for the term and fees set forth below.

1. **DEFINITIONS AND ORDER SCHEDULE:**

***Services*** are the subscription-based research and related services purchased by Client in the Order Schedule below and described in the Service Descriptions.  Service Names and Levels of Access are defined in the Service Descriptions.  Gartner may periodically update the names and the deliverables for each Service.  If Client adds Services or upgrades the level of service or access, an additional Service Agreement will be required.

***Service Descriptions*** describe each Service purchased, specify the deliverables for each Service, and set forth any additional terms unique to a specific Service.  Service Descriptions for the Services purchased in this SA may be viewed and downloaded through the hyperlinks listed in Section 2 below or may be attached to this SA in hard copy, and are incorporated by reference into this SA.

| **Service Name** | **Level of Access** | **Quantity** | **Name of User to be Licensed** | **Contract Term Start Date** | **Contract Term End Date** | **Annual Fee USD** | **Total Fee USD** |
|---|---|---|---|---|---|---|---|
| Gartner for Chief Human Resource Officers | Team Advisor Member | 2 | Lindy Blevins, Dana Furrow | 01-JAN-2022 | 31-DEC-2022 | | |
| Gartner for Chief Human Resource Officers | Team Leader | 1 | Lynda Markoe | 01-JAN-2022 | 31-DEC-2022 | | |
| | | | | Term Total | (Excluding applicable taxes) | | $164,700.00 |
| | | | | | | | |
| Gartner for Chief Human Resource Officers | Team Advisor Member | 2 | Lindy Blevins, Dana Furrow | 01-JAN-2023 | 31-DEC-2023 | | |
| Gartner for Chief Human Resource Officers | Team Leader | 1 | Lynda Markoe | 01-JAN-2023 | 31-DEC-2023 | | |
| | | | | Term Total | (Excluding applicable taxes) | | $171,300.00 |
| | | | | | | | |

**1-28JRJVTE    2210**

REPLACEMENT OF SERVICES. Upon execution by both parties, this SA shall cancel the previous Service Agreement or Letter of Agreement dated 01-JAN-2022, between Client and Gartner or any wholly-owned affiliate of Gartner, Inc. (the "Contract"). Client will receive a credit, which represents the portion of the fee paid by Client applicable to the remaining, unfulfilled Term of the Contract. This credit will be applied to the invoice for this Service Agreement between Client and Gartner, and is subject to confirmation of the payment previously made to Gartner or any wholly-owned affiliate of Gartner, Inc.

2. **SERVICE DESCRIPTIONS:**

| **Service Name/ Level of Access** | **Service Description URL** |
|---|---|
| **Gartner for Chief Human Resource Officers Team Advisor Member** | **http://sd.gartner.com/sd_chro_team_advisor_member.pdf** |
| **Gartner for Chief Human Resource Officers Team Leader** | **http://sd.gartner.com/sd_chro_team_leader.pdf** |

**3. PAYMENT TERMS**

Gartner will invoice Client annually in advance for all Services. Payment is due 30 days from the invoice date. Client shall pay any sales, use, value-added, or other tax or charge imposed or assessed by any governmental entity upon the sale, use or receipt of Services, with the exception of any taxes imposed on the net income of Gartner.

Please attach any required Purchase Order ("**PO**") to this SA and enter the PO number below. If an annual PO is required for multi-year contracts, Client will issue the new PO at least 30 days prior to the beginning of each subsequent contract year. Any pre-printed or additional contract terms included on the PO shall be inapplicable and of no force or effect. All PO's are to be sent to purchaseorders@gartner.com. This SA may be signed in counterparts.

**4. CLIENT BILLING INFORMATION**

_____         _____
*Purchase Order Number*                 *Billing Address*

_____         _____
*Invoice Recipient Tel. No.*            *Invoice Recipient Name*

                                        _____
                                        *Invoice Recipient Email*

**5. AUTHORIZATION**

| Client: | Gartner, Inc. |
|---|---|
| **BED BATH & BEYOND INC.** | |
| DocuSigned by: *Lynda Markoe* — 43E3E6AB14B04B2... | DocuSigned by: *Alexandra Canizales* — 9EC299859525461... |
| *Signature* | *Signature* |
| December 30, 2021 | December 30, 2021 |
| *Date* | *Date* |
| Lynda Markoe | Alexandra Canizales |
| *Print Name* | *Print Name* |
| EVP – Chief People & Culture Officer | Contracts Specialist |
| *Title* | *Title* |

*Gartner, Inc. - Service Agreement for use with a Master Client Agreement - Version 09/20 - Page 2 of 2*