# EXHIBIT B



| Gartner Inc. | Remittance: CashApplications@gartner.com |
| 13200 Paul J Doherty Parkway | E-mail: CFS@gartner.com |
| Ft. Myers, FL 33913 | |

# Invoice

**Bill-to:**

Michelle Toto
BED BATH & BEYOND INC.
650 Liberty Ave Ste 2
Union, NJ 07083-8107

P.O. No :
Client Tax Id :

Invoice No : 1201134
Date : 05/03/2023
Client : 18737030

| Description | Amount |
|---|---:|
| Gartner for Chief Human Resource Officers Advisor Team Member (04/2023 - 12/2023) | |
| Gartner for Chief Human Resource Officers Team Leader (04/2023 - 12/2023) | |
| Subtotal | 129,426.68 |
| NJ Sales Tax: | 8,574.52 |
| **Total Amount Due** USD | **138,001.20** |

**Terms:** 30 Days from Invoice Date

**Remit Payment to:**
Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319
USA

**Wire/ACH Payments To:**
JP Morgan Chase Bank, NA
270 Park Ave, New York, NY 10017
Account Name: Redacted
Account No: Redacted
ABA no: Redacted
Swift: Redacted

Federal Tax ID: Redacted
Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Gartner contract.
Please reference your invoice number when remitting payment

If you receive instructions to change Gartner payment instructions, please contact our Treasury department at treasury@gartner.com to confirm the details.

Original