# EXHIBIT C



# BBY Usage: Gartner for CHROs
# 4/23/23 – 8/2/23



1   **RESTRICTED DISTRIBUTION**
© 2023 Gartner, Inc. and/or its affiliates. All rights reserved.



# Usage Overview for BBBY: 4/23/23 – 8/2/23

**12 Documents**  **3 Toolkits**  **1 Inquiry Expert Call**  **4 Calls with Executive Partner/Account Team**

- 3 users, 4 calls since 4/23/23, two with the Executive Partner
- 3 calls scheduled upcoming in August 2023
- Expert advisory call on *Dual Paths/Navigating Uncertainty* to learn how best to lead employees through uncertainty and have a sounding board.
- Themes Gartner has supported: reductions-in-force, "sustain" phase for those retained, navigate crises, and prepare employees for what's next
- Value Statements:
    - *"Gartner has been a really great resource... We've seen value and I know myself and the team will tap Gartner wherever we end up next" – Lynda Markoe (7/17/23)*
    - *"Gartner helps us get out of our myopic view and to stay current." – Lynda Markoe (7/17/23)*
    - *"Yes, I'd like to use Gartner advisory as a sounding board to discuss how help the team through the uncertainty. We're in a ever-changing environment and hard to lead teams with dual paths." – Diana Paek (5/19/23)*

RESTRICTED DISTRIBUTION
© 2023 Gartner, Inc. and/or its affiliates. All rights reserved.



# Usage for Lynda Markoe (CHRO License)

| Call Date | Client | Topic |
|---|---|---|
| 6/23/23 | Lynda Markoe (CPO) | • Lynda shared it's helpful to have someone to talk through what's going on. Currently, she finds more value in speaking with the Executive Partner than using the website. |
| 7/17/23 | Lynda Markoe (CPO) | • As Lynda thinks about what's next, she is looking to stay current and get out of their myopic view. Continue to send resources.<br>• Values calls and committed to keeping them. |
| Next Calls | Lynda Markoe (CPO) | *Scheduled 8/5/23 and 8/11/23* |

3    RESTRICTED DISTRIBUTION
© 2023 Gartner, Inc. and/or its affiliates. All rights reserved.



# Usage for Diana Paek (Advisor License)

| Call Date | Client | Topic |
|---|---|---|
| 5/19/23 | Diana Paek | • Samples to lead through disruption using the connector manager model.<br>• How to lead through crisis and upskill executives to take on this model. |
| 5/23/23 | Diana Paek | • Met with advisor to discuss how to navigate uncertainty, including managers leading with empathy, build lower-level autonomy for decision making, and consider the roles/behaviors of leaders during this time. |
| 8/11/23 | Diana Paek | • *Scheduled Call* |

| Document Title | Date Accessed |
|---|---|
| Leading Through a Crisis With the SIMPLER Model | 06/01/2023 |
| Case Study: Minimum Critical Specifications (Grupo Proeza) | 06/01/2023 |
| 4 Principles for Creating and Implementing an Impactful | 06/01/2023 |
| 4 Steps for Creating and Revamping Leadership Models | 05/25/2023 |
| 4 Principles for Creating and Implementing an Impactful | 05/25/2023 |
| Case Study: Minimum Critical Specifications (Grupo Proeza) | 05/25/2023 |
| Leading Through Disruption: Success Stories From Connector | 05/22/2023 |
| Leading Through a Crisis With the SIMPLER Model | 05/22/2023 |

4    **RESTRICTED DISTRIBUTION**
© 2023 Gartner, Inc. and/or its affiliates. All rights reserved.



# Usage for Nicole Cokley (Advisor License)

| Call Date | Client | Topic |
|---|---|---|
| 5/8/23 | Nicole Cokley | • How to keep employees engaged and manage the mixed emotions.<br>• Help employees navigate crisis and fatigue.<br>• External link to updating LinkedIn – changed focus to upskilling employees for next role. |
| 7/7/23 (EMAIL + DOWNLOAD) | Nicole Cokley | • Informing on response to affirmative action ruling<br>• Keep Nicole informed, whether for current or future role. |
| 4/6/23 | Nicole Cokley | • *Scheduled 8/14/23* |

| Document Title | Date Accessed |
|---|---|
| How Should U.S. DEI Leaders Respond to the Affirmative Action Rulings? | 07/27/2023 |
| Inspiring Employee Trust Through DEI Communication | 05/27/2023 |
| Integrate DEI Competencies in Leadership | 05/06/2023 |
| The Evolving HRBP Role in the HR Operating Model of the Future | 04/24/2023 |
| Tool: Employee Resource Group Playbook (Part 1) | 05/06/2023 |
| Tool: 2023 Diversity, Equity and Inclusion Holiday Calendar | 04/24/2023 |
| Tool: Employee Resource Group Playbook (Part 2) | 04/24/2023 |

RESTRICTED DISTRIBUTION
© 2023 Gartner, Inc. and/or its affiliates. All rights reserved.

