# EXHIBIT D

| Access Date-Time | Total Documents Per Day | Document Title | Org Name | Line of Business | Pubs Document Type Name | Price Plan Long Description |
|---|---|---|---|---|---|---|
| 8/3/2023 09:50:33.000 | 1 | CHRO Strategy on a Page: Digitalization | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article | Gartner for Chief Human Resource Officers Advisor Team Member |
| 8/3/2023 09:50:33.000 | 1 | CHRO Strategy on a Page: Digitalization | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article | Gartner for Chief Human Resource Officers Advisor Team Member CV |
| 8/8/2023 22:01:37.000 | 1 | How CHROs Can Enhance Their Well-Being By Reshaping the Role | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article | Gartner for Chief Human Resource Officers Advisor Team Member |
| 8/8/2023 22:01:37.000 | 1 | How CHROs Can Enhance Their Well-Being By Reshaping the Role | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article | Gartner for Chief Human Resource Officers Advisor Team Member CV |
| 8/12/2023 09:30:16.000 | 1 | Model of a World-Class CHRO: Resource Collections for Each CHRO Role | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article Top View | Gartner for Chief Human Resource Officers Advisor Team Member |
| 8/12/2023 09:30:16.000 | 1 | Model of a World-Class CHRO: Resource Collections for Each CHRO Role | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article Top View | Gartner for Chief Human Resource Officers Advisor Team Member CV |
| 8/12/2023 09:31:37.000 | 1 | Leadership Vision for 2023: Chief HR Officer | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Presentation Slides | Gartner for Chief Human Resource Officers Advisor Team Member |
| 8/12/2023 09:31:37.000 | 1 | Leadership Vision for 2023: Chief HR Officer | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Presentation Slides | Gartner for Chief Human Resource Officers Advisor Team Member CV |
| 8/17/2023 14:32:57.000 | 1 | 5 Must-Have Labor Market Insights for Recruiting in 3Q23 | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article | Gartner for Chief Human Resource Officers Advisor Team Member |
| 8/17/2023 14:32:57.000 | 1 | 5 Must-Have Labor Market Insights for Recruiting in 3Q23 | BED BATH & BEYOND INC.-US-NJ | Research and Advisory Services | Article | Gartner for Chief Human Resource Officers Advisor Team Member CV |