**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING GARTNER, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

The relief set forth on the following page, numbered two (2) is ORDERED.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

(Page 2)

Debtor: Bed Bath & Beyond Inc.
Case No. 23-13359
Caption of Order: Order Granting Gartner, Inc.'s Motion for Allowance of Administrative Expense Claim

   THIS MATTER having been opened to the Court pursuant to the September 15, 2023 Notice of Motion of Gartner, Inc. ("Gartner") for Allowance of an Administrative Expense Claim (the "Motion"), in which Gartner seeks an administrative expense claim in the amount of $15,333.47, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; (iv) upon consideration of the Motion and the relief requested and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and (v) after due deliberation, sufficient cause exists for the granting of the relief sought by the Motion, it is hereby

   **ORDERED** that the Motion is granted and any objections thereto are overruled; and it is further

   **ORDERED,** that Gartner shall have an administrative expense claim under 11 U.S.C. § 503(b) in the amount of $15,333.47; and it is further

   **ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

20559650.1 - 9/15/2023 11:20 AM