| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PASHMAN STEIN WALDER & HAYDEN, P.C.<br>Joseph C. Barsalona II, Esq.<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 488-8200<br>Email:    jbarsalona@pashmanstein.com<br><br>-and-<br><br>SHIPMAN & GOODWIN LLP<br>Eric S. Goldstein, Esq.<br>Jessica M. Signor, Esq.<br>One Constitution Plaza<br>Hartford, Connecticut 06103<br>Telephone: (860) 251-5000<br>Email:    egoldstein@goodwin.com<br>         jsignor@goodwin.com<br><br>*Attorneys for Gartner, Inc.* | Case No.:    23-13359 (VFP)<br><br>Chapter:    11 |
| In Re:<br>BED BATH & BEYOND INC., et al.,<br>Debtors | Adv. No.:    Click or tap here to enter text.<br>Hearing Date:    Click or tap here to enter text.<br>Judge:    Click or tap here to enter text. |

## CERTIFICATION OF SERVICE

1. I, Joseph C. Barsalona II, Esq.:

   ☒  represent Gartner, Inc. in this matter.

   ☐  am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

   ☐  am the Click or tap here to enter text. in this case and am representing myself.

2.  On September 15, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Gartner, Inc.'s Motion for Allowance of Administrative Expense Claim

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   09/15/2023                              /s/ Joseph C. Barsalona II
                                                Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP Joshua A. Sussberg, P.C. Emily E. Geier, P.C. Derek I. Hunter 601 Lexington Avenue New York, New York 10022 joshua.sussberg@kirkland.com emily.geier@kirkland.com derek.hunter@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| COLE SCHOTZ P.C. Michael D. Sirota, Esq. Warren A. Usatine, Esq. Felice R. Yudkin, Esq. Court Plaza North, 25 Main Street Hackensack, New Jersey 07601 msirota@coleschotz.com wusatine@coleschotz.com fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria Nikolinos, Esq. United States Department of Justice, Office of the United States Trustee One Newark Center, Suite 2100 Newark, NJ 07102 alexandria.nikolinos@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Fran B. Steele, Esq. Office of the United States Trustee One Newark Center, Suite 2100 Newark, NJ 07102 Fran.B.Steele@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP 780 3rd Avenue #34 New York, NY 10017 Attn: Robert J. Feinstein, Esq. Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq. | Counsel for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Adam Shpeen<br>    Steven Szanzer<br>Email: adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*