UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Gregory W. Werkheiser (*pro hac vice* motion filed)
1313 North Market Street, Ste. 1201
Wilmington, DE 19801
(302) 442-7010
E-Mail:  dbrogan@beneschlaw.com
            gwerkheiser@beneschlaw.com

*Attorneys for MSC Mediterranean Shipping Company SA*

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.

Case No.: 23-13359 (VFP)
Chapter: 11
Judge: Vincent F. Papalia

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Kevin M. Capuzzi will be substituted as attorney of record for MSC Mediterranean Shipping Company SA, Creditor in this case.[1]

Date: September 20, 2023

/s/ Gregory W. Werkheiser
Signature of Former Attorney

Date: September 20, 2023

/s/ Kevin M. Capuzzi (NJ 173442015)
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.