UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re: BED BATH & BEYOND INC., et al.                    Case No. (Jointly Administered): 23-13359 (VFP)
                                                                              Reporting Period: August 2023

| SUPPORTING DOCUMENTATION TO UST FORM 11-MOR |
|---|

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Selected Assets and Liabilities (Unaudited) | MOR-2 | x | |
| Schedule of Post-Petition Accounts Payable | MOR-3 | x | |

MOR NOTES

In re: BED BATH & BEYOND INC., et al.  Case No. (Jointly Administered): 23-13359 (VFP)

Reporting Period: August 2023

| Notes to the Monthly Operating Report |
|---|

**General:**

The report includes activity from the following Debtors and related Case Numbers:

| Debtor Name | Case No. |
|---|---|
| Bed Bath & Beyond Inc. | 23-13359 (VFP) |
| Alamo Bed Bath & Beyond Inc. | 23-13360 (VFP) |
| BBB Canada LP Inc. | 23-13361 (VFP) |
| BBB Value Services Inc. | 23-13362 (VFP) |
| BBBY Management Corporation | 23-13363 (VFP) |
| BBBYCF LLC | 23-13364 (VFP) |
| BBBYTF LLC | 23-13365 (VFP) |
| bed 'n bath Stores Inc. | 23-13396 (VFP) |
| Bed Bath & Beyond of Annapolis, Inc. | 23-13366 (VFP) |
| Bed Bath & Beyond of Arundel Inc. | 23-13367 (VFP) |
| Bed Bath & Beyond of Baton Rouge Inc. | 23-13368 (VFP) |
| Bed Bath & Beyond of Birmingham Inc. | 23-13369 (VFP) |
| Bed Bath & Beyond of Bridgewater Inc. | 23-13370 (VFP) |
| Bed Bath & Beyond of California Limited Liability Company | 23-13371 (VFP) |
| Bed Bath & Beyond of Davenport Inc. | 23-13372 (VFP) |
| Bed Bath & Beyond of East Hanover Inc. | 23-13373 (VFP) |
| Bed Bath & Beyond of Edgewater Inc. | 23-13374 (VFP) |
| Bed Bath & Beyond of Falls Church, Inc. | 23-13375 (VFP) |
| Bed Bath & Beyond of Fashion Center, Inc. | 23-13376 (VFP) |
| Bed Bath & Beyond of Frederick, Inc. | 23-13377 (VFP) |
| Bed Bath & Beyond of Gaithersburg Inc. | 23-13378 (VFP) |
| Bed Bath & Beyond of Gallery Place L.L.C. | 23-13379 (VFP) |
| Bed Bath & Beyond of Knoxville Inc. | 23-13380 (VFP) |
| Bed Bath & Beyond of Lexington Inc. | 23-13381 (VFP) |
| Bed Bath & Beyond of Lincoln Park Inc. | 23-13382 (VFP) |
| Bed Bath & Beyond of Louisville Inc. | 23-13383 (VFP) |
| Bed Bath & Beyond of Mandeville Inc. | 23-13384 (VFP) |
| Bed, Bath & Beyond of Manhattan, Inc. | 23-13397 (VFP) |

MOR NOTES

In re: BED BATH & BEYOND INC., et al.   Case No. (Jointly Administered): 23-13359 (VFP)

Reporting Period: August 2023

| | |
|---|---|
| Bed Bath & Beyond of Opry Inc. | 23-13385 (VFP) |
| Bed Bath & Beyond of Overland Park Inc. | 23-13386 (VFP) |
| Bed Bath & Beyond of Palm Desert Inc. | 23-13387 (VFP) |
| Bed Bath & Beyond of Paradise Valley Inc. | 23-13388 (VFP) |
| Bed Bath & Beyond of Pittsford Inc. | 23-13389 (VFP) |
| Bed Bath & Beyond of Portland Inc. | 23-13390 (VFP) |
| Bed Bath & Beyond of Rockford Inc. | 23-13391 (VFP) |
| Bed Bath & Beyond of Towson Inc. | 23-13392 (VFP) |
| Bed Bath & Beyond of Virginia Beach Inc. | 23-13393 (VFP) |
| Bed Bath & Beyond of Waldorf Inc. | 23-13394 (VFP) |
| Bed Bath & Beyond of Woodbridge Inc. | 23-13395 (VFP) |
| Buy Buy Baby of Rockville, Inc. | 23-13398 (VFP) |
| Buy Buy Baby of Totowa, Inc. | 23-13399 (VFP) |
| Buy Buy Baby, Inc. | 23-13400 (VFP) |
| BWAO LLC | 23-13401 (VFP) |
| Chef C Holdings LLC | 23-13402 (VFP) |
| Decorist, LLC | 23-13403 (VFP) |
| Deerbrook Bed Bath & Beyond Inc. | 23-13404 (VFP) |
| Harmon of Brentwood, Inc. | 23-13405 (VFP) |
| Harmon of Caldwell, Inc. | 23-13406 (VFP) |
| Harmon of Carlstadt, Inc. | 23-13407 (VFP) |
| Harmon of Franklin, Inc. | 23-13408 (VFP) |
| Harmon of Greenbrook II, Inc. | 23-13409 (VFP) |
| Harmon of Hackensack, Inc. | 23-13410 (VFP) |
| Harmon of Hanover, Inc. | 23-13411 (VFP) |
| Harmon of Hartsdale, Inc. | 23-13412 (VFP) |
| Harmon of Manalapan, Inc. | 23-13413 (VFP) |
| Harmon of Massapequa, Inc. | 23-13414 (VFP) |
| Harmon of Melville, Inc. | 23-13415 (VFP) |
| Harmon of New Rochelle, Inc. | 23-13416 (VFP) |
| Harmon of Newton, Inc. | 23-13417 (VFP) |
| Harmon of Old Bridge, Inc. | 23-13418 (VFP) |
| Harmon of Plainview, Inc. | 23-13419 (VFP) |

MOR NOTES

In re: BED BATH & BEYOND INC., et al.    Case No. (Jointly Administered): 23-13359 (VFP)

Reporting Period: August 2023

| | |
|---|---|
| Harmon of Raritan, Inc. | 23-13420 (VFP) |
| Harmon of Rockaway, Inc. | 23-13421 (VFP) |
| Harmon of Shrewsbury, Inc. | 23-13422 (VFP) |
| Harmon of Totowa, Inc. | 23-13423 (VFP) |
| Harmon of Wayne, Inc. | 23-13424 (VFP) |
| Harmon of Westfield, Inc. | 23-13425 (VFP) |
| Harmon of Yonkers, Inc. | 23-13426 (VFP) |
| Harmon Stores, Inc. | 23-13427 (VFP) |
| Liberty Procurement Co. Inc. | 23-13428 (VFP) |
| Of a Kind, Inc. | 23-13429 (VFP) |
| One Kings Lane LLC | 23-13430 (VFP) |
| San Antonio Bed Bath & Beyond Inc. | 23-13431 (VFP) |
| Springfield Buy Buy Baby, Inc. | 23-13432 (VFP) |

**Introduction**: On April 23, 2023 (the "Petition Date"), Bed Bath and Beyond Inc. and its affiliated debtors and debtors in possession (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), thereby commencing cases jointly administered as *In re Bed Bath & Beyond Inc., et al.*, No. 23-13359 (VFP). The Debtors are authorized to continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.

Additional information about these chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website: https://restructuring.ra.kroll.com/bbby/.

**Accounting Principles:** This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the Debtors' obligations to provide monthly operating reports during these chapter 11 cases. This MOR is not prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and does not include all information and disclosures required by U.S. GAAP. The Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. Thus, this MOR is true and accurate to the best of the Debtors' knowledge, information, and belief based on currently available data.

**General Methodology**: The Debtors prepared this MOR relying primarily upon the information set forth in their books and records. This MOR may exclude information regarding non-Debtor affiliates. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply when preparing their quarterly and annual consolidated financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and these changes could be material.

This is the fourth MOR to be filed since the Petition Date and includes cash activity in MOR-1 for the fiscal month ending August 31, 2023.

**Insiders.** For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not

MOR NOTES

In re: BED BATH & BEYOND INC., et al.                                    Case No. (Jointly Administered): 23-13359 (VFP)

Reporting Period: August 2023

take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

**Cash Balances.** With respect to cash balances, the amounts reported in the *Selected Assets and Liabilities (Unaudited)* exhibit are reported on the Debtor entities associated with each bank account. As more fully described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records; (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees Associated with the Cash Management System, and (D) Continue Performance of Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Balances; and (III) Waiving Certain U.S. Trustee Requirements for a Period Not to Exceed Thirty Days* [Docket No. 18], the Debtors utilize certain Debtor legal entities to administer payment and receipt activities. Accordingly, the Debtors do not represent that these cash balances are attributable to the respective Debtors that administer the activities, and reserve all rights with respect to ownership of the assets.

**Reservation of Rights:** The Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation, or other statement in this MOR and reserve the right to amend or supplement this MOR, if necessary. In future periods, any changes to prior period balances will be reflected in the current month's MOR.

**MOR NOTES**

In re: BED BATH & BEYOND INC., et al.    Case No. (Jointly Administered): 23-13359 (VFP)

Reporting Period: August 2023

**Notes to Supporting Documentation**

**<u>Notes to UST Form 11-MOR, Part 1 Cash Receipts and Disbursements:</u>**

   Based on official instructions published by the Office of the United States Trustee in connection with the completion of UST Form 11-MOR Part 1, Cash Receipts and Disbursements, reported cash receipts and disbursements should exclude intercompany, debtor-to-debtor, transactions.  As a result, for those Debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 will not agree with the ending cash balances per the Debtors' bank statements or the Debtors' books and records.  The Debtors have only listed in this schedule those Debtors with cash balances or cash activity during the applicable reporting period.

Case 23-13359-VFP    Doc 2198-1    Filed 09/21/23    Entered 09/21/23 11:19:35    Desc
Supporting Documentation - Global Notes    Page 7 of 9

MOR-1

In re: BED BATH & BEYOND INC., et al.                                             Case No. (Jointly Administered): 23-13359 (VFP)
Reporting Period: August 2023

Schedule of Cash Receipts and Disbursements - $(000's)

| DEBTOR ENTITY NAME | Bed Bath & Beyond Inc. | Liberty Procurement Co. Inc. | Bed Bath & Beyond of California Limited Liability Company | BBB Value Services Inc. | BBBY Management Corporation | Buy Buy Baby, Inc. | Harmon Stores, Inc. | BBBYTF LLC | Buy Buy Baby of Rockville, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | $18,423 | $43 | $12,384 | $208 | $2,425 | $501 | $70 | $420 | $0 |
| **Receipts** | | | | | | | | | |
| Store Receipts | $85,111 | $0 | $11,240 | $0 | $0 | $13,759 | $0 | $0 | $0 |
| Other | $3,000 | $0 | $0 | $0 | $0 | $0 | $14 | $145 | $0 |
| Intercompany Receipts from BBB Canada LP Inc. | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Intercompany Receipts from Debtor | $56,372 | $0 | $0 | $0 | $0 | $0 | $0 | $48,192 | $0 |
| **Total Receipts** | $144,483 | $0 | $11,240 | $0 | $0 | $13,759 | $14 | $48,338 | $0 |
| **Disbursements** | | | | | | | | | |
| Vendor, Other Accts Payable | $10,989 | $0 | $0 | $0 | $0 | $242 | $0 | $2,864 | $0 |
| Sales Tax, Customs | $12,917 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll & Benefits | $626 | $0 | $0 | $0 | $0 | $0 | $0 | $24,915 | $0 |
| Funded Debt | $13,318 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Professional Fees | $53,578 | $0 | $0 | $0 | $0 | $0 | $0 | $291 | $0 |
| Rent | $2,346 | $0 | $0 | $0 | $0 | $835 | $0 | $0 | $0 |
| Letter of Credit Payments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Lender Reserve Account Funding | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Intercompany Disbursements to Debtors | $48,193 | $0 | $23,624 | $0 | $936 | $12,566 | $0 | $19,246 | $0 |
| **Total Disbursements** | $141,967 | $0 | $23,624 | $0 | $936 | $13,643 | $0 | $47,316 | $0 |
| **Ending Balance** | $20,940 | $43 | $0 | $208 | $1,489 | $617 | $84 | $1,442 | $0 |
| **Disbursements for MOR** | | | | | | | | | |
| Total Disbursements | $141,967 | $0 | $23,624 | $0 | $936 | $13,643 | $0 | $47,316 | $0 |
| Debtor to Debtor Interco | ($48,193) | $0 | ($23,624) | $0 | ($936) | ($12,566) | $0 | ($19,246) | $0 |
| Sales Tax Obligations (Paid)/Satisfied by Another Debtor | ($5,696) | $0 | $3,344 | $0 | $0 | $2,353 | $0 | $0 | $0 |
| Payroll Obligations (Paid)/Satisfied by Another Debtor | $20,365 | $0 | $0 | $0 | $0 | $4,550 | $0 | ($24,915) | $0 |
| Lease Obligations (Paid)/Satisfied by Another Debtor | $0 | $0 | $0 | $0 | $0 | ($173) | $0 | $0 | $173 |
| **Net Disb. For MOR Part 1-F** | $108,443 | $0 | $3,344 | $0 | $0 | $7,806 | $0 | $3,154 | $173 |
| **Reconciliation to MOR Report Ending Cash** | | | | | | | | | |
| Beginning Cash per MOR Report 1-A | $18,423 | $43 | $12,384 | $208 | $2,425 | $501 | $70 | $420 | |
| Receipts per MOR Report 1-B | $88,111 | $0 | $11,240 | $0 | $0 | $13,759 | $14 | $145 | |
| Disbursements per MOR Report 1-C | ($88,078) | $0 | $0 | $0 | $0 | ($904) | $0 | ($3,154) | |
| **Ending Cash per MOR Report 1-D** | $18,457 | $43 | $23,624 | $208 | $2,425 | $13,356 | $84 | ($2,589) | |
| Ending Balance | $20,940 | $43 | $0 | $208 | $1,489 | $617 | $84 | $1,442 | |
| Intercompany Receipts from Debtor | ($56,372) | $0 | ($0) | $0 | $0 | $0 | $0 | ($48,192) | |
| Intercompany Disbursements to Debtors | $48,193 | $0 | $23,624 | $0 | $936 | $12,566 | $0 | $19,246 | |
| Sales Tax Obligations (Paid)/Satisfied by Another Debtor | $5,696 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Payroll Obligations (Paid)/Satisfied by Another Debtor | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $24,915 | |
| Lease Obligations (Paid)/Satisfied by Another Debtor | $0 | $0 | $0 | $0 | $0 | $173 | $0 | $0 | |
| **Reconciled Cash to MOR Report 1-D** | $18,457 | $43 | $23,624 | $208 | $2,425 | $13,356 | $84 | ($2,589) | |

Case 23-13359-VFP    Doc 2198-1    Filed 09/21/23    Entered 09/21/23 11:19:35    Desc
Supporting Documentation - Global Notes    Page 8 of 9

MOR-2

In re: BED BATH & BEYOND INC., et al.

Case No. (Jointly Administered): 23-13359 (VFP)

Reporting Period: August 2023

**Selected Assets and Liabilities (Unaudited) - $(000's)**

| DEBTOR ENTITY NAME | Bed Bath & Beyond Inc. | Liberty Procurement Co. Inc. | Bed Bath & Beyond of California Limited Liability Company | BBB Value Services Inc. | BBBY Management Corporation | Buy Buy Baby, Inc. | Harmon Stores, Inc. | BBBYTF LLC | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Assets - Selected Items** | | | | | | | | | |
| Cash | $20,940 | $43 | $0 | $208 | $1,489 | $617 | $84 | $1,442 | $24,823 |
| Inventory | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Liabilities - Selected Items** | | | | | | | | | |
| **Funded Debt (Principal Balances)** | | | | | | | | | |
| Debtor-in-Possession Loan Facility | $34,916 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $34,916 |
| Roll-up Debtor-in-Possession Loan Facility | $180,885 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $180,885 |
| ABL Facility - Prepetition | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| LC Balance - Prepetition | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FILO Term Loan Facility - Prepetition | $187,806 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $187,806 |
| Capital Lease Obligation | $61,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $61,500 |
| Total Secured Debt | $465,108 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $465,108 |
| 3.749% Senior Notes Due 2024 - Prepetition | $215,400 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $215,400 |
| 4.915% Senior Notes Due 2034 - Prepetition | $209,700 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $209,700 |
| 5.165% Senior Notes Due 2044 - Prepetition | $604,800 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $604,800 |
| Total Unsecured Debt | $1,029,900 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,029,900 |
| Total Funded Debt | $1,495,008 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,495,008 |
| Pre-petition Merchandise Payables | $0 | $116,021 | $0 | $0 | $0 | $0 | $0 | $0 | $116,021 |
| Pre-petition Non-Merchandise Payables | $269,888 | $0 | $0 | $0 | $0 | $17,246 | $5,077 | $0 | $292,212 |
| Post-petition Merchandise Payables | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Post-petition Non-Merchandise Payables | $9,415 | $0 | $0 | $0 | $0 | $40 | $0 | $0 | $9,455 |

Case 23-13359-VFP    Doc 2198-1    Filed 09/21/23    Entered 09/21/23 11:19:35    Desc
Supporting Documentation - Global Notes    Page 9 of 9

MOR-3

In re: BED BATH & BEYOND INC., et al.

Case No. (Jointly Administered): 23-13359 (VFP)
Reporting Period: August 2023

### Selected Post-Petition Accounts Payable (Unaudited)

| Vendor Name | Total | Not Yet Due | Less than 30 Days | 30 to 45 Days | 45 to 60 Days | More than 60 Days |
|---|---:|---:|---:|---:|---:|---:|
| | | | Aging (Days) - based on Due Date | | | |
| ORACLE AMERICA , INC | 2,032,081 | 2,032,081 | - | - | - | - |
| GOOGLE LLC | 1,834,287 | 1,834,287 | - | - | - | - |
| WORKDAY INC | 1,435,891 | 1,435,891 | - | - | - | - |
| NEW RELIC | 464,384 | - | - | - | - | 464,384 |
| SWIFTWIN SOLUTIONS INC | 363,583 | - | - | - | - | 363,583 |
| TCP, INC | 259,727 | - | - | - | 259,727 | - |
| MICROSOFT CORPORATION_IT100875 | 232,329 | - | 889 | - | 935 | 230,506 |
| VERIZON BUSINESS NETWORK | 165,333 | - | 165,333 | - | - | - |
| MANHATTAN ASSOCIATES INC. | 139,600 | 3,500 | - | - | - | 136,100 |
| BAZAARVOICE INC | 134,920 | 67,460 | - | - | - | 67,460 |
| PagerDuty, Inc. | 115,562 | - | - | - | - | 115,562 |
| MERCURY GATE INTERNATIONAL INC | 112,008 | 28,405 | 27,947 | - | 27,896 | 27,761 |
| TIME WARNER CABLE | 106,011 | - | 109,745 | - | - | (3,734) |
| ALLIED UNIVERSAL SECURITY | 103,454 | - | 74,317 | 10,646 | 16,130 | 2,361 |
| FIRST DATA CORP INTEGRATED PAY | 92,675 | - | 18,173 | - | 38,054 | 36,448 |
| IRON MOUNTAIN RECORDS MGNT | 90,603 | - | - | - | 90,603 | - |
| INTELLIGRATED SYSTEMS LLC | 87,033 | - | 75,000 | - | 12,033 | - |
| CORVEL ENTERPRISE COMP INC | 86,235 | - | 86,235 | - | - | - |
| OPTORO INC | 85,435 | - | 60,000 | - | - | 25,435 |
| ANKURA INTERMEDIATE HOLDINGS LP | 83,518 | - | - | 83,518 | - | - |
| INSTITUTE FOR CORPORATE | 83,048 | - | - | - | - | 83,048 |
| LEGALPEOPLE | 74,835 | - | 74,835 | - | - | - |
| Linkedin Corporation | 71,954 | - | - | 71,954 | - | - |
| GARTNER INC | 71,012 | - | - | - | - | 71,012 |
| TRINTECH INC. | 69,531 | 42,466 | 27,066 | - | - | - |
| EASTERN ESSENTIAL SERVICES | 68,917 | 30,090 | 13,716 | - | 4,222 | 20,888 |
| NARVAR INC | 64,784 | - | - | - | - | 64,784 |
| TEALIUM INC | 50,000 | 50,000 | - | - | - | - |
| PLACER LABS INC | 45,338 | - | - | - | - | 45,338 |
| VERIZON | 42,652 | - | - | 42,652 | - | - |
| LRN CORPORATION | 40,735 | - | - | - | - | 40,735 |
| TRANSACTION TAX RESOURCES INC | 40,634 | - | - | - | - | 40,634 |
| NEXLA INC | 38,750 | - | 38,750 | - | - | - |
| GARDA CL ATLANTIC, INC. | 38,516 | 27,144 | 11,372 | - | - | - |
| THE MORNING CONSULT LLC | 38,175 | - | - | - | - | 38,175 |
| CITRUS AD INTERNATIONAL INC | 38,119 | - | - | - | - | 38,119 |
| UPLAND SOFTWARE INC | 35,054 | - | - | - | - | 35,054 |
| MOBILE MINI TEXAS LIMITED | 32,731 | - | 32,731 | - | - | - |
| BLACKHAWK NETWORK INC. | 28,638 | 224 | 2,341 | 917 | 1,240 | 23,917 |
| VERIZON WIRELESS | 28,285 | - | 28,285 | - | - | - |
| AFA PROTECTIVE SYSTEMS, INC. | 26,608 | 26,608 | - | - | - | - |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP. | 26,434 | 3,806 | 22,627 | - | - | - |
| CONCENTRIX SOLUTIONS | 25,543 | - | - | - | - | 25,543 |
| KHOROS LLC_MRK268066 | 22,134 | - | - | - | - | 22,134 |
| CALIBER AMERICAS LLC | 20,320 | 20,320 | - | - | - | - |
| PHENOM PEOPLE INC | 20,000 | 20,000 | - | - | - | - |
| STYLUS MEDIA GROUP LTD | 19,041 | - | - | - | - | 19,041 |
| FIVE9 INC | 16,382 | - | 16,382 | - | - | - |
| FEINCO, LLC | 12,999 | - | 517 | - | - | 12,482 |
| KOALA CORPORATION | 12,996 | - | 12,996 | - | - | - |
| **Sub-Total (Top 50 Vendors per AP Report)** | **$ 9,228,836** | **$ 5,622,283** | **$ 899,256** | **$ 209,688** | **$ 450,840** | **$ 2,046,768** |
| *Top 50 Vendors (% of Total)* | *97.6%* | *98.9%* | *95.6%* | *94.7%* | *96.1%* | *95.6%* |
| **Total (Per AP Report)** | **$ 9,454,504** | **$ 5,683,185** | **$ 940,375** | **$ 221,469** | **$ 469,156** | **$ 2,140,318** |