**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Landlord Parties Service List attached hereto as **Exhibit A**:

- Notice of (I) Phase 2 Lease Auction and Potential Lease Sale Hearing and (II) Extension of Dates and Deadlines Related Thereto [Docket No. 1162]

On September 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental DN 1442 Affected Landlords Service List attached hereto as **Exhibit B**:

- Notice of Hearing on Debtors' Motion Seeking Entry of an Order (I) Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending Debtors' Time to Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief [Docket No. 1442]

On September 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental DN 1444 Affected Landlords Service List attached hereto as **Exhibit C**:

- Amended Notice of Cancellation of Hearing Scheduled for July 24, 2023 at 10:00 a.m. (ET) and Rescheduled Hearing on July 28, 2023 at 10:00 a.m. (ET) [Docket No. 1444]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On September 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Contract Counterparties Service List attached hereto as **<u>Exhibit D</u>**:

- Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 714]

On September 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **<u>Exhibit E</u>**:

- Notice of Amendment of Cure Objection Deadline [Docket No. 952]

Dated: September 21, 2023

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 21, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

<u>/s/ HERBERT BAER</u>
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 72773, 72775, 72878 & 72880

## Exhibit A

Exhibit A
Supplemental Landlord Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12770973 | 042PAY-JAMESTOWN 19 L.P. | C/O JAMESTOWN MANAGEMENT CORP. | PONCE CITY MARKET | 675 PONCE DE LEON AVENUE NE | 7TH FLOOR | ATLANTA | GA | 30308 | |
| 12775470 | 082PAY1-WELLS FARGO BANK NA | NATIONAL BANK | PO BOX 203452 | | | DALLAS | TX | 75320-3452 | |
| 12775671 | 087P1-DLC MANAGEMENT CORP. | 565 TAXTER ROAD | SUITE 400 | | | ELMSFORD | NY | 10523 | |
| 12775841 | 099P1-WEINGARTEN REALTY INVESTORS | 2600 CITADEL PLAZA DRIVE | SUITE 125 | | | HOUSTON | TX | 77008 | |
| 12765404 | 1035P1-COLONIAL PROPERTIES | 3049 VETERANS BLVD | | | | PIGEON FORGE | TN | 37863 | |
| 18140272 | 1073P1-MOUNTAIN VIEW, L.P. | 120 NEW CAVENDISH STREET | | | | LONDON | | W1W 6XX | UNITED KINGDOM |
| 12766019 | 1119-KRG KEDRON VILLAGE. LLC | DARBY, HOLLENE | C/O FAISON & ASSOCIATES. LLC | 1011 EAST MOREHEAD STREET | SUITE 150 | CHARLOTTE | NC | 28204 | |
| 12766445 | 1179PAY-FAISON-MOORESVILLE, LLC | C/O FAISON & ASSOCIATES LLC, | ATTN: RETAIL LEASING | 1011 EAST MOREHEAD STREET | SUITE 150 | CHARLOTTE | NC | 28204 | |
| 12767605 | 134PAY1-MS INLAND FUND, LLC | MS INLAND SOUTHWEST | 2607 S SOUTHEAST BLVD | STE A100 | | SPOKNE | WA | 60674 | |
| 12767764 | 137PAY-DW VILLAGE #10210651.2 | C/O JP MORGAN CHASE BANK N.A. | 270 PARK AVENUE | | | NEW YORK | NY | 10017 | |
| 12768487 | 197P2-CHAMPION RETAIL LP | C/O TURNBERRY ASSOCIATES | 19501 BISCAYNE BLVD | SUITE 400 | | AVENTURA | FL | 33180 | |
| 12769193 | 275LL-TRIPLE B MISSION VIEJO | C/O BURNHAM REAL ESTATE | 273 BARKLY STREET | | | FOOTSCRAY | VIC | 3011 | AUSTRALIA |
| 12769295 | 293P1-NTS REALTY HOLDINGS LIMITED PARTNERSHIP | 500 NORTH HURSTBOURNE PKWY | SUITE 400 | | | LOUISVILLE | KY | 40222 | |
| 12769325 | 298P1-PITTSBURGH HILTON HEAD ASSOCIATES | C/O S&T BANK | PO BOX 190 | | | INDIANA | PA | 15701 | |
| 12769341 | 3001P1-CONGRESSIONAL PLAZA ASSOCIATES, LLC | C/O FEDERAL REALTY INVESTMENT TRUST CONGRESSIONAL | 154 CONGRESSIONAL LANE | | | ROCKVILLE | MD | 20852 | |
| 12769366 | 3007P1-200 WEST 26 L.L.C. | C/O TF CORNERSTONE INC. | 387 PARK AVE SOUTH | 14TH FLOOR | | NEW YORK | NY | 10016 | |
| 12769364 | 3007P3-TF CORNERSTONE INC. | 200-220 WEST 26 L.L.C | 387 PARK AVE | | | SOUTH NEW YORK | NY | 10016 | |
| 12769379 | 3011P1-MDS REALTY I, LLC | C/O KLAFF REALTYq | 35 E. WACKER DRIVE | SUITE 2900 | | CHICAGO | IL | 60601 | |
| 12769450 | 3024P1-DIM VASTGOED, N.V. - CAROLINA PAVILION | C/O EQUITY ONE, INC. | PO BOX 530611 | | | ATLANTA | GA | 30353 | |
| 12769535 | 3039P1-TEACHERS INSURANCE & ANNUITY ASSOC OF AMERICA | 730 Third Ave. | | | | New York | NY | 10017 | |
| 12769572 | 3044P1-DEERFIELD TOWNE CENTER HOLDING COMPANY | 5503 DEERFIELD BLVD | | | | MASON | OH | 45040 | |
| 12769628 | 3054P2-WEINGARTEN REALTY INVESTORS | 2600 CITADEL PLAZA DRIVE | SUITE 125 | | | HOUSTON | TX | 77008 | |
| 12769698 | 3064P1-BRIXMOR HOLDINGS 6 SPE, LLC | 450 LEXINGTON AVENUE | FLOOR 13 | | | NEW YORK | NY | 10017 | |
| 12770256 | 330PAY-IPERS RIDGE ROCK PLAZA, INC. | 7401 REGISTER DRIVE | | | | DES MOINES | IA | 50321 | |
| 12770276 | 333PAY-GS II MERIDIAN CROSSROADS LLC | 8173 Starwood Drive | | | | Loves Park | IL | 61111 | |
| 12770403 | 355PAY-BROOK HILL CENTER 05 A, LLC | C/O HANNAY INVESTMENTS PROPERTIES, INC | 2999 NORTH 44TH STREET | SUITE 400 | | PHOENIX | AZ | 85018 | |
| 12770431 | 359PAY-IRELAND DAVIE, LTD. | 150 Harmonstown Road Raheny | | | | DUBLIN | DONAGHMEDE | 5 | IRELAND |
| 12770561 | 371PAY-GARFIELD-SOUTHCENTER LLC | C/O MANAGEMENT NORTHWEST INC | P.O. BOX 9748 | | | MOSCOW | ID | 83843 | |
| 12770786 | 404P1-TIAA-CREF | C/O CB RICAHRD ELLIS, INC. ASSET SERVICES | 2100 MCKINNEY AVENUE | SUITE 1250 | | DALLAS | TX | 75201 | |
| 12771397 | 486 P1-INLAND MID-ATLANTIC MANAGEMENT CORP. | 4070 BUTLER PIKE | SUITE 700 | | | PLYMOUTH MEETING | PA | 19462 | |
| 12771632 | 518 P2-CIII, BACM05-1-INDIAN RIVER | C/O BAYER PROPERTIES, L.L.C. | 8750 N. CENTRAL EXPRESSWAY | SUITE 1740 | | DALLAS | TX | 75231 | |
| 12774878 | 772PAY-COASTAL GRAND, LLC | 2000 Coastal Grand Cir | | | | Myrtle Beach | SC | 29577 | |
| 12774889 | 774P1-INLAND MID-ATLANTIC MANAGEMENT CORP. | 2901 BUTTERFIELD ROAD | | | | OAK BROOK | IL | 60523 | |
| 12770981 | BARSHOP & OLES COMPANY | 901 S. Mopac Expwy. | Barton Oaks Plaza II, Suite 550 | | | AUSTIN | TX | 78746 | |
| 12766078 | BENDERSON DEVELOPMENT CO. | WALKER, MIKE | BOULEVARD\ | | | UNIVERSITY PARK | FL | 34201 | |
| 12770780 | BONNIE MANAGEMENT CORPORATION | HANSEN, STACEY, LANDLORD | 1350 E. TOUHY AVE | SUITE 360E | | DES PLAINES | IL | 60018 | |
| 12769947 | BRIXMOR PROPERTY GROUP | MAHONEY, JASON | 450 LEXINGTON AVENUE, FLOOR 13 | | | NEW YORK | NY | 10017 | |
| 16667544 | CASTO | PISARIS, STEPHANIE, PROPERTY MANAGER | 250 CIVIC CENTER DR. | SUITE 500 | | COLUMBUS | OH | 43215 | |
| 12772724 | CF MURFREESBORO ASSOCIATES | C/O COUSINS PROPERTIES INCORPORATED | 3344 PEACHTREE RD NE, SUITE 1800 | | | ATLANTA | GA | 30326 | |
| 12766131 | COLLIERS INTERNATIONAL | SILVA, CHRISTY, PROPERTY MANAGER | 1140 N REDWOOD RD | | | SARATOGA SPRINGS | UT | 84045 | |
| 12766130 | COLLIERS INTERNATIONAL | MAINTENANCE, PROPERTY MANAGER | 5051 JOURNAL CENTER NE | SUITE 200 | | ALBUQUERQUE | NM | 87109 | |
| 12769344 | CONGRESSIONAL PLAZA ASSOCIATES, LLC | VUNAK, WENDY | C/O FEDERAL REALTYINVESTMENT TRUST | 154 CONGRESSIONAL LANE | | ROCKVILLE | MD | 20852 | |
| 12765457 | CP VENTURE TWO, LLC | NORTH POINT MARKETCENTER | C/O CBRE, INC. | 6200 N POINT PKWY | | ALPHARETTA | GA | 30022 | |
| 12765661 | CT CENTER S. C., LP | C/O KIMCO REALTY CORPORATION | ATTN: REGIONAL GENERAL COUNSEL | 500 NORTH BROADWAY | SUITE 201 | JERICHO | NY | 11753 | |
| 12769923 | DDR CORP | MOORE, DEBBIE, PROPERTY MANAGER | TWO SECURITIES CENTER | 3300 ENTERPRISE PARKWAY | | BEACHWOOD | OH | 44122 | |
| 12775675 | DLC MANAGEMENT CORP. | HENRICKSEN, DALE | 565 TAXTER ROAD SUITE 400 | | | ELMSFORD | NY | 10523 | |

Exhibit A

Supplemental Landlord Parties Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12770208 | EQUTIY ONE | DUCOTE, RYLEA, PROPERTY MANAGER | LEVEL 13, 256 QUEEN ST | | | MELBOURNE, VIC | GA | 3000 | AUSTRALIA |
| 12766447 | FAISON-MOORESVILLE, LLC, | LEASING, RETAIL | C/O FAISON & ASSOCIATES, LLC | 1011 EAST MOREHEAD STREET | SUITE 150 | CHARLOTTE | NC | 28204 | |
| 12769377 | FEDERAL REALTY INVESTMENT TRUST | MAURER, JUDY | 909 ROSE AVENUE, SUITE 200 | | | NORTH BETHESDA | MD | 20852 | |
| 12767492 | FLAD DEVELOPMENT & INVESTMENT CORP. | VOGT, JIM, PROPERTY MANAGER | 3330 UNIVERSITY AVENUE SUITE 206 | | | MADISON | WI | 53705 | |
| 12775539 | HRTC I, LLC | BURCH, JULIE, PROPERTY MANAGER | C/O SHEA PROPERTIES | 130 VANTIS, SUITE 200, | | ALISO VIEJO | CA | 92656 | |
| 12769715 | KIMCO REALTY | FRANZ, CARLA | 500 NORTH BROADWAY | SUITE 201 | | JERICHO | NY | 11753 | |
| 12771698 | KIMCO SAVANNAH 185 | C/O KIMCO REALTY CORPORATION | ATTN: REGIONAL GENERAL COUNSEL | 500 NORTH BROADWAY | SUITE 201 | JERICHO | NY | 11753 | |
| 12768207 | KIR AUGUSTA I 044, LLC | C/O KIMCO REALTY CORPORATION | ATTN: REGIONAL GENERAL COUNSEL | 500 NORTH BROADWAY | SUITE 201 | JERICHO | NY | 11753 | |
| 12769972 | LEVCOR | MADDISON, SHANTE, PROPERTY MANAGER | 7800 WASHINGTON AVENUE | SUITE 800 | | HOUSTON | TX | 77007 | |
| 12769757 | LINCOLN PROPERTY COMPANY OF FLORIDA | HOLLENBECK, KEVIN, PROPERTY MANAGER | 2000 MCKINNEY AVENUE, SUITE 1000 | | | DALLAS | TX | 75201 | |
| 12770406 | MDC REALTY ADVISORS | BACKSTROM, JUSTIN, PROPERTY MANAGER | 101 UNIVERSITY BLVD., SUITE 330 | | | DENVER | CO | 80206 | |
| 12771526 | NEWQUEST | MEYERS, DAVID K. , PROPERTY MANAGER | 8827 W SAM HOUSTON PKWY N | SUITE 200 | | HOUSTON | TX | 77040 | |
| 12770864 | OLD RANCH TOWN CENTER | DE PORTOLA WINE TRAIL | | | | TEMECULA | CA | 92592 | |
| 12773157 | PASSCO COMPANIES LLC | 2050 MAIN STREET | SUITE 650 | | | IRVINE | CA | 92614 | |
| 12771647 | PRICE/BAYBROOK LTD. | C/O KIMCO REALTY CORPORATION | ATTN: REGIONAL GENERAL COUNSEL | 500 NORTH BROADWAY | SUITE 201 | JERICHO | NY | 11753 | |
| 12766328 | PROLOGIS | NEANS-SPECK, GLENDA | PIER 1, BAY 1 | | | SAM FRANCISCO | CA | 94111 | |
| 12768908 | RAMCO-GERSHENSON PROPERTIES LP | 19 W 44TH STREET | SUITE 1002 | | | NEW YORK | NY | 10036 | |
| 12770865 | RANCH TOWN CENTER, LLC | 5990 SEPULVEDA BLVD | STE 600 | | | VAN NUYS | CA | 91411-2523 | |
| 12769983 | REALTY LINK | GUNN, BRAD | 201 RIVERPLACE, SUITE 400 | | | GREENVILLE | SC | 29601 | |
| 12768911 | RPT REALTY | 19 W 44TH STREET | SUITE 1002 | | | NEW YORK | NY | 10036 | |
| 12770978 | RXR REALTY | BARONE, SAL, PROPERTY MANAGER | 75 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10019 | |
| 12768279 | SAUL CENTERS, INC | ZYNDA, ZANE, PROPERTY MANAGER | 7501 WISCONSIN AVENUE | SUITE 1500E | | BETHESDA | MD | 20814 | |
| 12771929 | SIMON PROPERTY GROUP | EVERHART, CLARISSA | 225 WEST WASHINGTON STREET | | | INDIANAPOLIS | IN | 46204 | |
| 12768336 | TARGET CORPORATION | LEAVER, JASON | C/O JENEL MANAGEMENT CORP. | 1000 NICOLLET MALL | | MINNEAPOLIS | MN | 55403 | |
| 12767352 | TOWN SQUARE SHOPPING CENTER LLC | C/O METROWEST DEVELOPMENT | 888 N 1ST AVENUE, SUITE #107 | | | PHOENIX | AZ | 85003 | |
| 12775425 | TRANSWESTERN PROPERTY COMPANY | LEE, SALINA, GENERAL MANAGER | 575 FIFTH AVENUE | 19TH FLOOR | | NEW YORK | NY | 10017 | |
| 12769890 | TREELANE REALTY GROUP | SHENG, FRANCIS | 9150 LAS TUNAS DR. | | | TEMPLE CITY | CA | 91780 | |
| 12771738 | URBAN RETAIL PROPERTIES LLC | JOHNSON, DAVE | 925 S. FEDERAL HIGHWAY SUITE 700 | | | BOCA RATON | FL | 33432 | |
| 12775679 | WINSTON KC, LLC AND WEBER KC, LLC | C/O DLC MANAGEMENT CORP. | 565 TAXTER ROAD | SUITE 400 | | ELMSFORD | NY | 10523 | |

## Exhibit B

Exhibit B

Supplemental DN 1442 Affected Landlords Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTALCODE |
|---|---|---|---|---|---|---|---|
| 12765237 | 1011PAY-501 ASSOCIATES ABERDEEN LLC | 9808 Alburtis Ave | | | Santa Fe Springs | CA | 90670 |
| 12771170 | 454 P2-EDISON FL 001 LLC | EDISON PORTFOLIO OWNER LLC | 281 WITHERSPOON STREET | 3RD FLOOR | PRINCETON | NJ | 08540 |
| 12771434 | 490 PAY-KIMCO GLENSTONE AVE 789 INC. | 3445 Peachtree Rd NE | Suite 1275 | | Atlanta | GA | 30326 |
| 12771672 | 524 P2-SANTA FE MALL PROPERTY OWNER LLC | 4250 Cerrillos Rd | | | Santa Fe | NM | 87507-4697 |
| 12772108 | 591 PAY1-INLAND WESTERN AVONDALE MCDOWELL LLC | 640 N. LaSalle St. Suite 670 | | | CHICAGO | IL | 60654 |
| 12767385 | BIT INVESTMENT TWENTY-SEVEN, LLC | 4701 Patrick Henry Dr | Bldg 25 | | Santa Clara | CA | 95054 |
| 12765923 | COLE MT SAN MARCOS TX, LLC | 2325 E Camelback Rd Ste 1100 | | | PHOENIX | AZ | 85016-9078 |
| 12770764 | PIVOTAL 650 CALIFORNIA ST., LLC | 8173 Starwood Drive | | | Loves Park | IL | 61111 |
| 12768165 | SEBAR HOLDINGS, LLC | PRINCE, SHERRIE | 3150 SABRE DRIVE | | SOUTHLAKE | TX | 76092 |

**Exhibit C**

Exhibit C

Supplemental DN 1444 Affected Landlords Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12765237 | 1011PAY-501 ASSOCIATES ABERDEEN LLC | 9808 Alburtis Ave | | | Santa Fe Springs | CA | 90670 |
| 12766322 | 1161P1-CATELLUS OPERATING LP | C/O BANK OF AMERICAFILE #1918 | 100 NORTH TRYON STREET | | CHARLOTTE | NC | 28255 |
| 12771170 | 454 P2-EDISON FL 001 LLC | EDISON PORTFOLIO OWNER LLC | 281 WITHERSPOON STREET | 3RD FLOOR | PRINCETON | NJ | 08540 |
| 12771434 | 490 PAY-KIMCO GLENSTONE AVE 789 INC. | 3445 Peachtree Rd NE | Suite 1275 | | Atlanta | GA | 30326 |
| 12771672 | 524 P2-SANTA FE MALL PROPERTY OWNER LLC | 4250 Cerrillos Rd | | | Santa Fe | NM | 87507-4697 |
| 12767385 | BIT INVESTMENT TWENTY-SEVEN, LLC | 4701 Patrick Henry Dr | Bldg 25 | | Santa Clara | CA | 95054 |
| 12770764 | PIVOTAL 650 CALIFORNIA ST., LLC | 8173 Starwood Drive | | | Loves Park | IL | 61111 |
| 12768165 | SEBAR HOLDINGS, LLC | PRINCE, SHERRIE | 3150 SABRE DRIVE | | SOUTHLAKE | TX | 76092 |

**Exhibit D**

Exhibit D

Supplemental Contract Counterparties Service List

Served via first class mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 12925766 | Horizons HRS Manufacturing Staffing II | 1425 W. Pioneer Dr. | Suite 134 | | | Irving | TX | 75061 | |
| 12926632 | NOVUS MEDIA INC | 7900 XERXES AVENUE | #310 | | | BLOOMINGTON | MN | 55431 | |
| 12925420 | Pacer Transportation Solutions, Inc. | 150-22 132nd Avenue | | | | Jamaica | NY | 11434 | |
| 12925695 | Placer.ai | 343 Soquel Ave | | | | Santa Cruz | CA | 95062 | |
| 12925616 | PROLOGISTIX | 1040 Crown Pointe Pkwy | | | | Atlanta | GA | 30338 | |
| 12925903 | RXR 620 Master Lessee LLC | C/O JAMESTOWN MANAGEMENT CORP. | GENERAL POST OFFICE | 75 NINTH AVENUE, 5TH FLOOR | SUITE A | NEW YORK | NY | 10011 | |
| 12926042 | Southridge Plaza, L.L.C. | HANSEN, STACEY, LANDLORD | 2A SOUTHRIDGE STREET | | | EASTERN CREEK | NSW | 2766 | AUSTRALIA |
| 12926600 | Tech Mahindra Limited | 5700 Democracy Dr. | Suite 2500 | | | Plano | TX | 75024 | |
| 12926604 | Webdam | 321 Summer Street | 1st Floor | | | Boston | MA | 02210 | |

**Exhibit E**

Exhibit E

Supplemental Contract Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| 12925540 | ADECCO | 10 EAST 21ST STREET | 4TH FLOOR | NEW YORK | NY | 10010 | CANADA |
| 12925527 | 10TH MAGNITUDE INC | 20 N WACKER DR | SUITE 3250 | CHICAGO | IL | 60606 | |
| 12925545 | AMS STAFFING INC | 910 SKOKIE BLVD | SUITE #2012 | NORTHBROOK | IL | 60062 | |
| 12925204 | EKISS, ROBIN | ADDRESS ON FILE | | | | | |
| 12925789 | SYMPHONY EYC | 5000 EL DORADO PKWY SUITE 150 | | FRISCO | TX | 75033 | |
| 12926601 | THE SEARCH MONITOR | 424 E. CENTRAL BLVD #519 | | ORLANDO | FL | 32801 | |
| 12925673 | WYLESS INC | 3750 MONROE AVE | STE. 300 | PITTSFORD | NY | 14534 | |