**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(a)**

Daniel N. Brogan (NJ No. 042592012)
Kevin M. Capuzzi (NJ No. 173442015)
BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
dbrogan@beneschlaw.com
kcapuzzi@beneschlaw.com

*Attorneys for MSC Mediterranean Shipping Company SA*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | Jointly Administered |
| | Judge: Vincent F. Papalia |
| | **RE: Docket No. 2128** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 2128

**PLEASE TAKE NOTICE** that MSC Mediterranean Shipping Company SA, by and through its undersigned counsel, hereby withdraws the *Application for Admission Pro Hac Vice of Gregory W. Werkheiser, Esq.* [Docket No. 2128].

*[Remainder of page intentionally blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

| | |
|---|---|
| Dated: September 26, 2023 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br> /s/ *Daniel N. Brogan*<br>Daniel N. Brogan (NJ No. 042592012)<br>Kevin M. Capuzzi (NJ No. 173442015)<br>Continental Plaza II<br>411 Hackensack Ave., 3rd Floor<br>Hackensack, NJ 07601-6323<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>dbrogan@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br><br>*Attorneys for MSC Mediterranean Shipping Company SA* |

2

## **CERTIFICATE OF SERVICE**

On September 26, 2023, I, Daniel N. Brogan, caused copies of the foregoing *Notice of Withdrawal of Docket No. 2128*, to be filed and served via CM/ECF upon all parties registered to receive notice in this case.

                                         */s/ Daniel N. Brogan*
                                         Daniel N. Brogan (NJ No. 042592012)