UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Paul Pflumm (006912002)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Sharmele Moore

|  |  |
|---|---|
| In re: | Case No.: 23-13359 (VFP) |
| Bed Bath & Beyond Inc., | Chapter 11 |
| Debtor. | Honorable Vincent F. Papalia |

**NOTICE OF MOTION TO MODIFY STAY AND FOR LEAVE TO PROCEED TO THE EXTENT OF INSURANCE PROCEEDS; AND FOR RELATED RELIEF**

To:   Vincent F. Papalia
      Martin Luther King, Jr. Federal Building
      50 Walnut Street
      Newark, NJ 07102

      All Parties on the attached Service List

Sharmele Moore has filed papers with the court for Relief from the Automatic Stay to Pursue Insurance Coverage; and for Related Relief.  Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to order the requested relief, or if you want the court to consider your views on the motion, then on or before October 18, 2023, you or your attorney must File with the court a written response, explaining your position at:

US Bankruptcy Court,
District of New Jersey

PO Box 1352
Newark, NJ 07101-1352

If you mail your response, to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Paul Pflumm
McDOWELL LAW, PC
46 W. Main Street
Maple Shade, NJ 08052

Attend the hearing scheduled to be held on October 24, 2023, at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, N.J. 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## CERTIFICATION

The undersigned certifies that no novel issues of law or fact are presented on this motion to necessitate or require the preparation and filing of a brief on this motion.

McDOWELL LAW, PC

DATED: September 26, 2023         BY: /s/ *Paul Pflumm*

Paul Pflumm

M:\Active Files\Moore, Sharmelle\stay relief\NOM.wpd

SERVICE LIST

In re Bed Bath & Beyond

Bed Bath & Beyond Inc., et al.
650 Liberty Avenue
Union, NJ, 07083
Debtors

Cole Schotz P.C.
Attn: Michael D. Sirota, Warren A. Usatine, Felice R. Yudkin
Court Plaza North
25 Main Street
Hackensack, NJ, 07601
Counsel To the Debtors

Shark Ninja Operating LLC
Attn: Paul Carbone
89 A Street
Needham, MA, 02494
The Official Committee Of Unsecured Creditors

Kirkland & Ellis LLP
Attn: Joshua A. Sussberg, Emily E. Geier, &
Derek I. Hunter
601 Lexington Avenue
New York, NY, 10022
Counsel To the Debtors

Duane Morris LLP
Attn: Wendy M. Simkulak
30 South 17th Street
Philadelphia, PA, 19103
Counsel To Ace American Insurance Company, Ace Property & Casualty Insurance Company, Westchester Fire Insurance Company, Westchester Surplus Lines Insurance Company, Indemnity Insurance Company Of North America, Federal Insurance Company, Chubb Custom Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Indemnity Inc., Great Northern Insurance Company, Chubb Insurance Company Of New Jersey, Vigilant Insurance Company, Chubb Indemnity Insurance Company, Esis, Inc.

A.Y. Strauss LLC

Attn: Eric H. Horn & Heike M. Vogel
101 Eisenhower Parkway, Suite 412
Roseland, NJ, 07068
Counsel To Leonard Feinstein And Warren Eisenberg

Alto Northpoint, LP
Attn: General Counsel
2093 Philadelphia Pike # 1971
Claymont, DE, 19703
Counsel To Alto Northpoint, LP

Alvarez & Marsal Canada Inc.
Attn: Al Hutchens, Ryan Gruneir, Nate Fennema & Connor Good
200 Bay Street
Toronto, ON, M5J 2J1
Court-Appointed Monitor

Alvarez & Marsal LLP
Attn: Al Hutchens
South Tower
200 Bay Street, Suite 2900
P.O. Box 22
Toronto, ON, M5J 2J1
Monitor To the Ccaa Proceeding And Counsel

Ansell Grimm & Aaron, P.C.
Attn: Joshua S. Bauchner
365 Rifle Camp Road
Woodland Park, NJ, 07424
Counsel To the Texas Taxing Authorities

Archer & Greiner, P.C.
Attn: Jerrold S. Kulback
1025 Laurel Oak Road
Voorhees, NJ, 08043-3506
Counsel To Hingham Launch Property, LLC and CP Venture Five – Av, LLC

Arentfox Schiff LLP
Attn: Brett D. Goodman, Esq.
1301 Avenue of The Americas, 42nd Floor
New York, NY, 10019
Counsel To Airport Plaza, LLC, C T Center S.C., LP, Cfh Realty

III/Sunset Valley, L.P., Chico Crossroads, L.P., Conroe Marketplace S.C., L.P., Flagler S.C., LLC, Franklin Park S.C., LLC, Kimco Realty Op, LLC, Kimco Riverview, LLC, Kir Brandon 011, LLC, Kir Bridgewater 573, LLC, Kir Montgomery 049, LLC, Kir Pasadena II L.P., Kir Soncy L.P., Kir Tukwila L.P., Ksi Cary 483, LLC, Mooresville Crossing, LP, Pl Dulles LLC, Price/Baybrook Ltd., Redfield Promenade, LP, Talisman Towson Limited Partnership, Weingarten Nostat, LLC, Wri Mueller, LLC, Wri/Raleigh L.P., And Wri-Urs South Hill, LLC (Collectively, The "Kimco Landlords")

Ashby & Geddes, P.A.
Attn: Gregory A. Taylor & Don A. Beskrone
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE, 19801
Counsel To Retailmenot, Inc.

Assistant Attorney General For Michigan
Attn: Moe Freedman
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI, 48202
Counsel to the Michigan Department of Treasury

Assistant County Attorney
Attn: Robert J. Sproul
One Harrison Street, S.E.
P.O. Box 7000
Leesburg, VA, 20177-7000
Counsel to the County Of Loudoun, Virginia

Baker, Donelson, Bearman, Caldwell & Berkowitz, Pc
Attn: J. David Folds
901 K Street NW, Suite 900
Washington, DC, 20001
Counsel to Hart Miracle Marketplace, LLC, Bayer Development Company,

LLC, Hart TC I-III, LLC, Cobb Place Property, LLC

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attn: Kenneth M. Klemm
201 St. Charles Avenue, 36th Floor
New Orleans, LA, 70170
Counsel To Cobb Place Property, LLC

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attn: Kenneth M. Klemm
201 St. Charles Avenue, 36th Floor
New Orleans, LA, 70170
Counsel to Hart Miracle Marketplace, LLC

Ballard Spahr LLP
Attn: Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
919 N. Market Street, 11th Floor
Wilmington, DE, 19801-3034
Counsel to Brixmor Operating Partnership LP.

Bank of New York Mellon
Attn: Corporate Trust Unit
101 Barclay Street
New York, NY, 10286
Indenture Trustee to the Debtors' Senior Unsecured Notes

Bank of New York Mellon
Attn: President or General Counsel
240 Greenwich Street
New York, NY, 10286
Indenture Trustee to the Debtors' Senior Unsecured Notes

State of New Jersey Attorney General
Attn: Bankruptcy Department
RJ Hughes Justice Complex
25 Market Street
Trenton, NJ, 08625-0080

Barclay Damon LLP
Attn: Kevin M. Newman, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY, 13202
Counsel To Rpt Realty, L.P., Inland Commercial Real Estate Services, L.L.C., Dlc Management Corp., Rivercrest Realty Associates, LLC, National Realty & Development Corp., Westfield LLC, & Mission Valley Shoppingtown LLC (The "Creditors")

Barclay Damon LLP
Attn: Nicolas A. Ferland, Esq.
545 Long Wharf Drive, Ninth Floor
New Haven, CT, 06511
Counsel To Rpt Realty, L.P., Inland Commercial Real Estate Services, L.L.C., Dlc Management Corp., Rivercrest Realty Associates, LLC, National Realty & Development Corp., Westfield LLC, & Mission Valley Shoppingtown LLC (The "Creditors")

Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue Of The Americas, Suite 501
New York, NY, 10020
Counsel To Rpt Realty, L.P., Inland Commercial Real Estate Services, L.L.C., Dlc Management Corp., Rivercrest Realty Associates, LLC, National Realty & Development Corp., Westfield LLC, & Mission Valley Shoppingtown LLC (The "Creditors")

Barnes & Thornburg LLP
Attn: Gregory G. Plotko, Esquire
390 Madison Avenue, 12th Floor
New York, NY, 10017-2509
Counsel To Infor (Us), LLC

Becker, Glynn, Muffly, Chassin & Hosinski LLP
Attn: Alec P. Ostrow, Walter E. Swearingen
299 Park Avenue, 16th Floor
New York, NY, 10017
Counsel To TF Cornerstone Inc. and 200-220 West 26 LLC

Belkin Burden Goldman, LLP
Attn: Jay B. Solomon, Esq.
60 East 42nd Street, 16th Floor
New York, NY, 10165
Counsel To Mastic Associates Of New York LLC

Benesch, Friedlander, Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi
1313 North Market Street, Suite 1201
Wilmington, DE, 19801
Counsel To Infosys Limited, and Prep Home Retail-Oceanside LLC

Bennett Jones Firm
Attn: Mike Shakra, Josh Foster
3400 One First Canadian Place
P.O. Box 130
Toronto, ON, M5X 1A4
Monitor To the CCAA Proceeding And Counsel

Bennett Jones LP
Attn: Kevin Zych, Sean Zweig, Michael Shakra & Joshua Foster
3400 One First Canadian Place
P.O. Box 130
Toronto, ON, M5X 1A4
Counsel To Court-Appointed Monitor

Bernstein-Burkley, P.C.
Attn: Keri P. Ebeck
601 Grant Street, 9th Floor
Pittsburgh, PA, 15219
Counsel To Duquesne Light Company

Betancourt, Greco & Evans LLC
Attn: John Greco
151 Bodman Place, Suite 200
Red Bank, NJ, 07701
Counsel For Evergreen Shipping Agency (America) Corporation

Bewley, Lassleben & Miller, LLP
Attn: Ernie Zachary Park
13215 E. Penn St., Suite 510
Whittier, CA, 90602
Attorney For Huntington Oaks Delaware Partners, LLC

Bielli & Klauder, LLC
Attn: Angela L. Mastrangelo & David M. Klauder
1905 Spruce Street
Philadelphia, PA, 19103
Counsel To Valley Square I, L.P., Christiana Town Center, LLC & CTC Phase II, LLC

Bilzin Sumberg Baena Price &

Axelrod LLP
Attn: Jeffrey I. Snyder, Esq.
1450 Brickell Avenue, 23rd Floor
Miami, FL, 33131
Counsel To Dadeland Station Associates, Ltd.

Blank Rome LLP
Attn: Matthew E. Kaslow
130 North 18th Street
Philadelphia, PA, 19103
Counsel To Willowbrook Town Center, LLC ("Willowbrook")

Braverman & Lester
Attn: Jeffery A. Lester, Esq.
374 Main Street
Hackensack, NJ, 07601
Counsel To Western Carriers, Inc.

Bronstein, Gewirtz & Grossman, LLC
Attn: Peretz Bronstein, Esq.
60 East 42nd Street, Suite 4600
New York, NY, 10165
Counsel To Bratya Sprl

Brown Mcgarry Nimeroff LLC
Attn: Jami B. Nimeroff, Esquire
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA, 19102
Counsel To Waldorf Shoppers' World, LLC ("Waldorf")

Buchalter
Attn: Anthony J. Napolitano
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA, 90017-1730
Counsel To Prep Home Retail-Oceanside LLC

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson, Esq.
425 Market Street, Suite 2900
San Francisco, CA, 94105-3493
Counsel To Oracle America, Inc.

Burr & Forman LLP
Attn: Kristen P. Watson, Esq.
420 N. 20th Street, 3400
Birmingham, AL, 35203
Counsel To Comenity Capital Bank

Butler Snow LLP
Attn: Paul S. Murphy
P.O. Drawer 4248
Gulfport, MS, 39502
Counsel To Creditor, Pittsburgh Hilton Head Associates L.P.

Cahill Gordon & Reindel LLP
Attn: Joel H. Levitin, Esq., and Richard A. Stieglitz Jr., Esq.
32 Old Slip
New York, NY, 10005
Counsel To 1-800-Flowers.Com, Inc. ("1-800-Flowers")

Calhoun & Di Ponio, Plc
Attn: Kevin C. Calhoun
29828 Telegraph Road
Southfield, MI, 48034-1338
Counsel To Oakland County Treasurer

Capehart & Scatchard, P.A.
Attn: William G. Wright, Esq.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ, 08054
Counsel To ARC International North America, LLC

Carter Ledyard & Milburn LLP
Attn: Aaron R. Cahn
28 Liberty Street, 41st Floor
New York, NY, 10005
Counsel To the Bank of New York Mellon, As Trustee

Certilman Balin Adler & Hyman, LLP
Attn: Jaspreet S. Mayall, Thomas J. Monroe
90 Merrick Avenue
East Meadow, NY, 11554
Counsel To Serota Islip, NC LLC, and 3600 Long Beach Road, LLC And Serota Islip NC LLC

Chaffe Mccall, LLP
Attn: Fernand L. Laudumiey, Iv
2300 Energy Centre
1100 Poydras Street
New Orleans, LA, 70163-2300
Counsel To Richards Clearview, LLC

Chiesa Shahinian & Giantomasi PC
Attn: Brian Kantar, Esq.
105 Eisenhower Parkway
Roseland, NJ, 07068
Counsel To Arch Insurance Company

Chiesa Shahinian & Giantomasi PC
Attn: Scott A. Zuber, Brian Kantar
105 Eisenhower Parkway
Roseland, NJ, 07068
Counsel To Arch Insurance Company

Ciardi Ciardi & Astin
Attn: Albert A. Ciardi, III, Esq & Nicole M. Nigrelli, Esq
1905 Spruce Street
Philadelphia, PA, 19103
Counsel To Rainier Colony Place Acquistions LLC And The Anna Mscisz Trust

City Of Philadelphia Law
Tax & Revenue Unit
Attn: Pamela Elchert Thurmond
1401 JFK Blvd, 5th Floor
Philadelphia, PA, 19102-1595
Counsel To the City Of Philadelphia

Clark Hill PLC
Attn: Robert P. Franke
901 Main Street, Suite 6000
Dallas, TX, 75202-3794
Counsel To Canton Corners/Ford Road LLC, A&W Acquisitions, Cpt Louisville I LLC, Santan Mp, LP, Vpqcm, LLC, Weingarten Realty Investors And Surprise Marketplace Holdings, LLC

Cohen Seglias Pallas Greenhall & Furman, P.C.
Attn: Alexander F. Barth
1600 Market Street, 32nd Floor
Philadelphia, PA, 19103
Counsel to Che Chen Liu And Shu Fen Liu Revocable Trust

Cohen Seglias Pallas Greenhall & Furman, P.C.
Attn: Evan W. Rassman, Esq.
500 Delaware Avenue, Suite 730
Wilmington, DE, 19801
Counsel To DT-SGW, LLC, And Chen Liu And Shu Fen Lie Revocable Trust

Cohen Seglias Pallas Greenhall & Furman, P.C.
Attn: William R. Firth, III, Esq.
One Newark Center
1085 Raymond Boulevard, 21st Floor
Newark, NJ, 07102
Counsel To DT-SGW, LLC

Cohne Kinghorn, P.C.
Attn: George Hofmann
111 East Broadway, 11th Floor
Salt Lake City, UT, 84111
Counsel To Akamai Technologies, Inc.

Commonwealth Of Puerto Rico
Attention Bankruptcy Dept
Apartado 9020192
San Juan, Pr, 00902-0192
Commonwealth Of Puerto Rico

Crowe & Dunlevy
Attn: Christina Stephenson, Esq.
2525 Mckinnon Street, Suite 425
Dallas, TX, 75201
Counsel To Tpp Bryant, LLC ("Bryant")

Cullen And Dykman LLP
Attn: Michael Kwiatkowski
100 Quentin Roosevelt Boulevard
Garden City, NY, 11530
Counsel To American Electric Power, Arizona Public Service Company, Georgia Power Company, Salt River Project, San Diego Gas And Electric Company, Southern California Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Pennsylvania Power Company, Monongahela Power Company, Potomac Edison Company, West Penn Power Company, Jersey Central Power & Light Company, The Connecticut Light & Power Company, Yankee Gas Service Company, Public Service Company Of New Hampshire, Eversource Gas Of Massachusetts, Nstar Electric Company, Western Massachusetts, Tampa Electric Company, Peoples Gas System, Inc., Rochester Gas & Electric Corporation, Pseg Long Island, Tucson Electric Power Company, Uns Gas, Inc., Consolidated Edison Company Of New York, Inc., Baltimore Gas And Electric Company, Florida Power & Light Company, Boston Gas Company, Colonial Gas Cape Cod, Keyspan Energy Delivery Long Island, Keyspan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, Virginia Electric And Power Company D/B/A Dominion Energy Virginia, The East Ohio Gas Company D/B/A Dominion Energy Ohio, Peco Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, Nv Energy, Inc., Public Service Electric And Gas Company, New York State Electric And Gas Corporation, And Commonwealth Edison Company

Cyruli, Shanks & Zizmor, LLP
Attn: Edmond P. O'Brien & Jeffrey C. Ruderman, Esq.
420 Lexington Avenue, Suite 2320
New York, NY, 10170
Counsel To RXR 620 Master Lessee LLC

Davis Polk & Wardwell, LLC
Attn: Adam L. Shpeen, Esq.
450 Lexington Avenue
New York, NY, 10017
Counsel To JPMorgan Chase Bank N.A.

Davis Polk & Wardwell, LLC
Attn: Natasha Tsiouris, Adam Shpeen, & Michael Pera
450 Lexington Avenue
New York, NY, 10017
Counsel To the Prepetition ABL Agent

Day Pitney LLP
Attn: Stephen R. Catanzaro
One Jefferson Road
ParsippaNY, NJ, 07054
Counsel To Gotham Technology Group, LLC ("Gotham")

Dentons Sirote PC
Attn: Lauren Macksound
1221 Avenue Of The Americas
New York, NY, 10020-1089
Counsel To Mishorim 255, LLC And Mishorim Gold Houston, LLC

Dentons Sirote PC
Attn: Thomas B. Humphries
2311 Highland Ave, Suite 500
Birmingham, AL, 35205
Counsel To Mishorim 255, LLC And Mishorim Gold Houston, LLC

DLA Piper LLP (Us)
Attn: Aaron S. Applebaum
1201 North Market Street, Suite 2100
Wilmington, DE, 19801
Counsel For Continental Realty Corporation, and Wm Sunset & Vine LLC

DLA Piper LLP (Us)
Attn: Richard M. Kremen
The Marbury Building
6225 Smith Avenue
Baltimore, MD, 21209-3600
Counsel For Continental Realty Corporation, and Wm Sunset & Vine LLC

Duane Morris LLP
Attn: Lawrence J. Kotler
30 South 17th Street
Philadelphia, PA, 19103
Counsel To Np New Castle, LLC

Duane Morris LLP
Attn: Morris S. Bauer & Sommer L. Ross, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ, 07102
Counsel To Sixth Street Specialty Lending, Inc

Duane Morris LLP
Attn: Sommer L. Ross
1940 Route 70 East, Suite 100
Cherry Hill, NJ, 08003-2171
Counsel To Sixth Street Specialty Lending, Inc

Epstein Ostrove, LLC
Attn: Elliot D. Ostrove, Esq., &

Vahbiz P. Karanjia, Esq.
200 Metroplex Drive, Suite 304
Edison, NJ, 08817
Counsel To Iris Software, Inc.

Faegre Drinker Biddle & Reath LLP
Attn: Brian P. Morgan
1177 Avenue Of The Americas, 41st Floor
New York, NY, 10036
Counsel To Prologis, Prologis USLF NV II, LLC, And PRW Urban Renewal 1, LLC

Faegre Drinker Biddle & Reath LLP
Attn: Frank F. Velocci
600 Campus Drive
Florham Park, NJ, 07932
Counsel To Prologis, Prologis USLF NV II, LLC, And PRW Urban Renewal 1, LLC

Fleischer, Fleischer & Suglia, P.C.
Attn: Jaclyn Scarduzio Dopke, Esq.
Four Green Tree Centre
601 Route 73 N., Suite 305
Marlton, NJ, 08053
Counsel To Federal Service Solutions

Frost Brown Todd LLP
Attn: Jordan S. Blask
501 Grant Street, Suite 800
Pittsburgh, PA, 15219
Counsel To WPG Legacy, LLC & Select Consolidated Management, LLC

Frost Brown Todd LLP
Attn: Ronald E. Gold
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH, 45202
Counsel To WPG Legacy, LLC

Fuqua & Associates, P.C.
Attn: Richard L. Fuqua
8558 Katy Freeway, Suite 119
Houston, TX, 77024
Counsel To Hcl Texas Avenue, LLC &
PTC TX Holdings, LLC

Gavzy Law
Attn: Stuart D. Gavzy
8171 E. Del Barquero Drive
Scottsdale, AZ, 85258
Counsel For Rockaway Township And Tax Collector, Rockaway Township

Gellert Scali Busenkell & Brown, LLC
Attn: Ronald S. Gellert, Michael Busenkell, Esq., Amy D. Brown, Esq.
1201 North Orange Street
Suite 300
Wilmington, DE, 19801
Counsel To Seritage SRC Finance LLC

Genova Burns, LLC
Attn: Daniel M. Stolz, Esq., & Gregory S. Kinoian
110 Allen Road, Suite 304
Basking Ridge, NJ, 07920
Counsel To Ad Hoc Committee Of Bondholders

Gibbons P.C.
Attn: Robert K. Malone, Esq., Brett S. Theisen, Esq., Kyle P. Mcevilly, Esq.
One Gateway Center
Newark, NJ, 07102-5310
Counsel To Official Committee Of Unsecured Creditors (The "Creditors' Committee")

Glenn Agre Bergman & Fuentes LLP
Attn: Andrew K. Glenn, Kurt Mayr, Shai Schmidt, Agustina G. Berro, Naznen Rahman
1185 Avenue Of The Americas, 22nd Floor
New York, NY, 10036
Counsel To Ad Hoc Committee Of Bondholders

Goodwin Procter LLP
Attn: Kizzy L. Jarashow, Meredith L. Mitnick
The New York Times Building
620 Eighth Avenue
New York, NY, 10018-1405
Counsel To SharkniNJa Operating LLC

Gorski & Knowlton PC
Attn: Carol L. Knowlton, Esquire
311 Whitehorse Avenue, Suite A
Hamilton, NJ, 08610
Counsel To Creditor, TFP Limited

Goulston & Storrs PC
Attn: Vanessa P. Moody, Brendan M. Gage
400 Atlantic Avenue
Boston, MA, 02110
Counsel To Hingham Launch Property, LLC and CP Venture Five – Av, LLC

Graff Silverstein LLP
Attn: David Graff, Matthew J. Silverstein
3 Middle Patent Road
Armonk, NY, 10504
Counsel To Telegraph Marketplace Partners II, LLC

Greenbaum, Rowe, Smith & Davis LLP
Attn: David L. Bruck
99 Wood Avenue South
Iselin, NJ, 08830
Counsel To Triple B Mission Viejo LLC (Successor To the 1031 National Exchange Corporation) & Brothers International Holding Corporation

Greenbaum, Rowe, Smith & Davis LLP
Attn: David L. Bruck
P.O. Box 5600
Woodbridge, NJ, 07095
Counsel To Brothers International Holding Corporation And Almaden Plaza Shopping Center Inc

Greenberg Traurig, LLP
Attn: Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, NJ, 07932
Counsel To JPMorgan Chase Bank N.A. & Alexander's Rego Shopping Center, Inc.

Greenberg Traurig, LLP
Attn: Heath B. Kushnick
One Vanderbilt Avenue
New York, NY, 10017
Counsel To Alexander's Rego Shopping Center, Inc.

Greenberg Traurig, LLP
Attn: Nancy A. Peterman, Esq.
77 West Wacker Drive, Suite 3100
Chicago, IL, 60601
Counsel To Ikea Property, Inc.

Greenberg Traurig, LLP
Attn: Paul Schafhauser, Esq.
500 Campus Drive, Suite 400
Florham Park, NJ, 07932
Counsel To Ikea Property, Inc.

Grimes & Linebarger, LLP
Attn: John K. Turner
120 W. Main, Suite 201
Mesquite, TX, 75149
Counsel To City Of Mesquite ("Secured Creditors")

Gross McGinley, LLP
Attn: Loren L. Speziale, Esquire
3 South 7th Street
PO Box 4060
Allentown, PA, 18105-4060
Counsel To Township Of Whitehall

Hanson Bridgett LLP
Attn: Jordan A. Lavinsky
425 Market Street, 26th Floor
San Francisco, CA, 94105
Counsel To Marin Country Mart, LLC

Hinckley, Allen & Snyder LLP
Attn: Jennifer V. Doran, Esq.
28 State Street
Boston, MA, 02109
Counsel To NPP Development LLC

Hirschler Fleischer, P.C.
Attn: Robert S. Westermann, Esq. & Brittany B. Falabella, Esq.
2100 East Cary Street
Richmond, VA, 23223
Counsel To the Brink's Company, Including But Not Limited To, Brink's, Inc., Brink's Capital, And All Other Divisions, Subsidiaries, And Related Entities ("Brink's")

Hodgson Russ LLP
Attn: Erin N. Teske, Esq.
605 Third Avenue, Suite 2300
New York, NY, 10158
Counsel To Benchmark-Clarence Associates, LLC And Srk Lady Lake 21 SPE, LLC

Holland & Knight LLP
Attn: Barbra R. Parlin, Esq.
31 West 52nd Street
New York, NY, 10019
Counsel To Alto Northpoint, LP

Husch Blackwell LLP
Attn: David Stauss
1801 Wewatta Street, Suite 1000
Denver, CO, 80202
Counsel To CBL & Associates Management, Inc.

Internal Revenue Service
Attn: Centralized Insolvency Operation
1111 Pennsylvania Ave NW
Washington, DC, 20004-2541
Internal Revenue Service

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA, 19101-7346
Internal Revenue Service

Intersoft Data Labs Inc.
Attn: Ralph Liuzzo
5850 Waterloo Road, Suite 245
Columbia, MD, 21045
The Official Committee Of Unsecured Creditors

K&L Gates LLP
Attn: David S. Catuogno, Esq.
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, NJ, 07102
Counsel To Cartus Corporation

Kaplin Stewart Meloff Reiter & Stein, P.C.
Attn: Daniel R. Utain, Esquire, William J. Levant, Esquire
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA, 19422
Counsel To Newtown/Bucks Associates, L.P., Consumer Centre Paramount 1, LLC, Consumer Centre Paramount 2, LLC, Consumer Centre Paramount 4, LLC, Consumer Centre Paramount 5, LLC, Consumer Centre Paramount 6, LLC, Consumer Centre Paramount 7, LLC

KDM P.O.P. Solutions Group
Attn: Bill Kissel
10450 N. Medallion Drive
Cincinnati, OH, 45241
The Official Committee Of Unsecured Creditors

Kelley Drye & Warren LLP
Attn: Robert L. Lehane, Jennifer D. Raviele, Connie Choe, James S. Carr, Maeghan J. Mcloughlin
3 World Trade Center
175 Greenwich Street
New York, NY, 10007
Counsel To Benderson Development Company, Blumenfeld Development Group, Ltd., Brookfieldproperties Retail, Inc., Kite Realty Group, Lernerproperties, Oak Street Real Estate, Nuveen Realestate, Regency Centers, L.P., Shopcoreproperties, Site Centers Corp. And Ryder Integrated Logistic, Inc. (Top 30 Unsecured Creditor)

Ken County Treasuer And Tax Collector Office
Attn: Bankruptcy Division
C/O Rachel Medrano
P.O. Box 579
Bakersfield, CA, 93302-0579
Counsel To Jordan Kaufman, Treasurer/Tax Of Collector

Kepler Group LLC
Attn: Ruchi Prasad
6 East 32nd Street, 9th Floor
New York, NY, 10016
Counsel To Kepler Group LLC

Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Ian R. Winters, Brendan M. Scott, & Stephanie R. Sweeney
200 West 41st Street, 17th Floor
New York, NY, 10036-7023
Counsel To Dream On Me Industries, Inc.

Kriss & Feuerstein LLP

Attn: Daniel N. Zinman, Esq.
360 Lexington Avenue, Suite 1200
New York, NY, 10017
Counsel To W.B.P. Central Associates, LLC

Kroll Restructuring Administration LLC
Attn: Selwyn Perry
55 East 52nd Street, 17th Floor
New York, NY, 10055
Claims And Noticing Agent

Kurtzman Steady, LLC
Attn: Jeffrey Kurtzman, Esq.
101 N. Washington Avenue, Suite 4A
Margate, NJ, 08402
Counsel To Water Tower Square Associates

Kutak Rock LLP
Attn: Lisa M. Peters
1650 Farnam Street
Omaha, NB, 68102
Counsel To Northwoods III (San Antonio), LLC

Lasser Hochman, L.L.C.
Attn: Richard L. Zucker & Sheppard A. Guryan
75 Eisenhower Parkway, Suite 120
Roseland, NJ, 07068
Counsel To For Taft Associates

Law Office Of Shmuel Klein PA
Attn: Shmuel Klein, Esq.
316 Prospect Avenue, #3J
Hackensack, NJ, 07601
Counsel To No Place Like Home Corp. (NPLHC)

Law Offices Of Andy Winchell, P.C.
Attn: Andy Winchell
90 Washington Valley Road
Bedminster, NJ, 07921
Attorney For Dong Koo Kim And Jong Ok Kim, Trustees Of The Dong Koo Kim And Jong Ok Kim Family Trust

Law Offices Of Kenneth L. Baum LLC
Attn: Kenneth L. Baum
201 W. Passaic Street, Suite 104
Rochelle Park, NJ, 07662
Counsel To Columbus Park Crossing, LLC And Forum Lone Star, L.P

Law Offices Of Lisa M. Solomon
Attn: Lisa M. Solomon
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY, 10165
Counsel For DC USA Operating Co., LLC (Caption In Compliance With D.N.J. Lbr 9004-1(B)) & Vf Center Associates, L.P. (Caption In Compliance With D.N.J. Lbr 9004-1(B))

Lazarus & Lazarus, P.C.
Attn: Harlan M. Lazarus
240 Madison Ave, 8th Floor
New York, NY, 10016
Counsel To 36 Monmouth Plaza LLC As Successor In Interest To Hendon/DDR/BP LLC & CAC Atlantic LLC (The "Notice Parties")

Lenox Corporation
Attn: Bob Burbank
1414 Radcliff Street
Bristol, PA, 19007
The Official Committee Of Unsecured Creditors

Linbarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
P.O. Box 17428
Austin, TX, 78760-7428
Counsel To Nueces County, City Of Mcallen, San Marcos Cisd, Cameron County, Mclennan County, Hidalgo County & Victoria County

Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX, 78205
Counsel To Bexar County & City Of El Paso

Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX, 75207
Counsel To Parker Cad, Grayson County, Dallas County, Smith County, Tarrant County, Lewisville Isd, Rockwall Cad, City Of Frisco, Gregg County ("Secured Creditors"), Tom Green Cad

Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
P.O. Box 3064
Houston, TX, 77253-3064
Counsel To Cypress-Fairbanks Isd, Angelina County, Harris County, Fort Bend Co Wcid #02, Montgomery County, Jefferson County, And Fort Bend County

Lite Depalma Greenberg & Afanador, LLC
Attn: Allen J. Underwood II, Esq.
570 Broad Street, Suite 1201
Newark, NJ, 07102
Counsel To 12535 Se 82nd Ave LLC

Locke Lord LLP
Attn: Andrew Braunstein
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY, 10281
Counsel To Commission Junction LLC

Locke Lord LLP
Attn: Hanna J. Redd
111 Huntington Ave, 9th Floor
Boston, Ma, 02199
Counsel To Commission Junction LLC

Locke Lord LLP
Attn: Jonathan W. Young
701 8th Street, N.W., Suite 500
Washington, D.C., 20001
Counsel To Commission Junction LLC

Loizides, P.A.
Attn: Christopher D. Loizides
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE, 19801
Counsel To Northwoods III (San Antonio), LLC

| | | |
|---|---|---|
| Lowenstein Sandler LLP<br>Attn: Kenneth A. Rosen, Esq., Mary E. Seymour, Esq., Philip J. Gross, Esq.<br>One Lowenstein Drive<br>Roseland, NJ, 07068<br>Counsel To Michaels Stores, Inc. ("Michaels") | 570 Broad Street, Suite 1401<br>Newark, NJ, 07102<br>Counsel To HRTC 1 LLC<br><br>Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Nicole Leonard<br>225 Liberty Street, 36th Floor<br>New York, NY, 10281<br>Counsel To HRTC 1 LLC | The Lessor Of The Debtors' Location In South Portland, Maine (The "Landlord")<br><br>Mirick, O'connell, Demallie & Lougee, LLP<br>Attn: Paul W. Carey<br>100 Front Street<br>Worcester, MA, 01608<br>Counsel To Running Hill SP, LLC, The Lessor Of The Debtors' Location In South Portland, Maine (The "Landlord") & Ism Holdings, Inc., The Lessor Of The Debtors' Location In Auburn, Massachusetts (The "Landlord") |
| Manatee County Tax Collector<br>Attn: Michelle Leeson, Paralegal Collections Specialist, Cfca<br>1001 3rd Ave W, Suite 240<br>Bradenton, FL, 34205-7863<br>Counsel To Ken Burton, Jr., Manatee County Tax Collector | McGuirewoods LLP<br>Attn: Douglas M. Foley, Esq., Jacob M. Weiss, Esq.<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Va, 23219<br>Counsel To Britax Child Safety, Inc. | |
| Marshall Conway Bradley Gollub & Weissman, P.C.<br>Attn: James W. Mccartney<br>2500 Plaza 5<br>Harborside Financial Center<br>Jersey City, NJ, 07311<br>Counsel To Caparra Center Associates LLC | Mcguirewoods LLP<br>Attn: Philip A. Goldstein, Esq.<br>1251 Avenue Of The Americas, 20th Floor<br>New York, NY, 10020<br>Counsel To Britax Child Safety, Inc. | Mitchell, Williams, Selig, Gates & Woodyard, PLLC<br>Attn: Stan D. Smith<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, AR, 72201-3525<br>Counsel To Acxiom LLC ("Acxiom") |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: David P. Primack, Esq.<br>300 Delaware Ave., Suite 1014<br>Wilmington, De, 19801<br>Attorney For Tkg Biscayne, LLC, Tkg Paxton Towne Center Development, LP, Tkg-Manchester Highland, Tkg Coral North, LLC, Manhattan Marketplace Sc LLC, Thf Harrisonburg Crossing, LLC, Carson Valley Center, LLC, Dreamland Shopping Center, Slo Promenade De LLC, Mcs-Lancaster De LP, Tkg Monroe Louisiana 2 LLC, Shreve Center De LLC, Tkg Logan Town Centre LP, Tkg Mountain View Plaza, LLC, Tkg Woodmen Commons, LLC, Gkt Shoppes At Legacy Park, Gkt Gallatin Shopping Center, Thf/Mrp Tiger Town, LLC, Grand Mesa Center, LLC, The Shoppes At Wilton, LLC, And Epps Bridge Centre Property Co, LLC (Collectively, The "Tkg Entities") | Mcmanimon Scotland & Baumann, LLC<br>Attn: Anthony Sodono, III, Esq., Sari B. Placona, Esq.<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ, 07068<br>Counsel To Salmar Properties, LLC.<br><br>Mellinger Kartzman LLC<br>Attn: Steven P. Kartzman<br>101 Gibraltar Drive, Suite 2f<br>Morris Plains, NJ, 07950<br>Counsel To Farley Real Estate Associates, LLC<br><br>Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. KeNWorthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD, 20737-1385<br>Counsel To Charles County, Maryland<br><br>Mirick, O'connell, Demallie & Lougee, LLP<br>Attn: Joseph H. Baldiga<br>1800 West Park Drive, Suite 400<br>Westborough, MA, 01581<br>Counsel To Running Hill SP, LLC, | Moore & Van Allen PLLC<br>Attn: David B. Wheeler, Esq.<br>78 Wentworth Street (29401)<br>P.O. Box 22828<br>Charleston, SC, 29413-2828<br>Counsel To Dominion Energy South Carolina, Inc. & PSNC Energy, Inc. Dba Dominion Energy North Carolina<br><br>Moritt Hock & Hamroff LLP<br>Attn: Marshall O. Dworkin, Esq & Leslie A. Berkoff, Esq<br>1407 Broadway, Suite 3900<br>New York, NY, 10018<br>Counsel To Studio City East 93K LLC<br><br>National Association Of Attorneys General<br>Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington, DC, 20036<br>National Association Of Attorneys General<br><br>Nolan Heller Kauffman LLP<br>Attn: Francis J. Brennam<br>80 State Street, 11th Floor<br>Albany, NY, 12207<br>Counsel To Keybank National |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Jeffrey Bernstein | | |

Association

Norgaard, O'Boyle & Hannon
Attn: John O'Boyle
184 Grand Avenue
Englewood, NJ, 07631-3507
Counsel To Creditor, 101 & Scottsdale, LLC C/O Yam Properties

O'Brien Thornton LLC
Attn: Merri M. O'Brien, Esq.
160 Park Street
Monclair, NJ, 07042
Counsel To Creditor F3 Metalwork, Inc.

Offit Kurman, P.A.
Attn: Paul J. Winterhalter, Esq.
100 Eagle Rock Avenue, Suite 105
East Hanover, NJ, 07936
Counsel To Saul Holdings Limited Partnership (French Market Mall Shopping Center)

Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr, Room 307
Oklahoma City, OK, 73102
Counsel To Oklahoma County Treasurer

One LLP
Attn: Lawrence J. Hilton
23 Corporate Plaza, Suite 150-105
Newport Beach, CA, 92660
Counsel To HRTC I, LLC

Osler
Attn: Marc Wasserman, Dave Rosenblat
100 King Street West
1 First Canadian Place Suite 6200
P.O. Box 50
Toronto, ON, M5X 1B8
Debtors' Canadian Counsel

Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov, Colin R. Robinson
780 Third Avenue, 34th Floor
New York, NY, 10017
The Official Committee Of Unsecured Creditors

Pashman Stein Walder & Hayden, P.C.
Attn: Joseph C. Barsalona II
21 Main Street, Suite 200
Hackensack, NJ, 07601
Counsel To Bratya Sprl

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Laura J. Monroe
P.O. Box 817
Lubbock, TX, 79408
Counsel To Lubbock Central Appraisal District Midland County

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Owen M. Sonik
1235 North Loop West, Suite 600
Houston, TX, 77008
Counsel To Humble Independent School District, Spring Branch Independent School District, City Of Houston, Clear Creek Independent School District And Pasadena Independent School District

Pomerantz LLP
Attn: Omar Jafri, Esq.
10 South Lasalle Street, Suite 3505
Chicago, IL, 60603
Counsel To Bratya Sprl

Porzio, Bromberg & Newman, P.C.
Attn: John S. Mairo, Esq.
100 Southgate Parkway
Morristown, NJ, 07962
Counsel To Sama Plastics Corp. And Sama Wood LLC

Price Meese Shulman & D'arminio, P.C.
Attn: Rick A. Steinberg, Esq.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ, 07677
Counsel To Tote Group, LLC

Proskauer Rose LLP
Attn: Charles A. Dale, Esq.
One International Place
Boston, MA, 02110-2600
Counsel To Sixth Street Specialty Lending, Inc. ("Sixth Street")

Proskauer Rose LLP
Attn: David M. Hillman, Esq., Megan Volin, Esq. & Reuven C. Klein, Esq.
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY, 10036-8299
Counsel To Dip Agents and Sixth Street Specialty Lending, Inc.

Rabinowitz, Lubetkin & Tully, LLC
Attn: Jay L. Lubetkin, Esq.
293 Eisenhower Parkway, Suite 100
Livingston, NJ, 07039
Counsel To Mad River Development LLC

Richard W. Ward Law Office
Attn: Richard W. Ward
6304 Teal Ct.
Plano, TX, 75024
Counsel To Keurig Dr Pepper

Riemer & Braunstein, LLP
Attn: Steven E. Fox
Times Square Tower
Seven Times Square Tower, Suite 2506
New York, NY, 10036
Counsel To Hilco Merchant Resources, LLC & Gordon Brothers Retail Partners, LLC

Riker Danzig LLP
Attn: Tara J. Schellhorn, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ, 07962-1981
Counsel To Dadeland Station Associates, Ltd.

Riker Danzig LLP
Attn: Tara J. Schellhorn, Esq.& Daniel A. Bloom, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ, 07962-1981
Counsel To TPP Bryant, LLC ("Bryant")

Rivkin Radler LLP
Attn: James C. Suozzo, Esq.
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
Counsel To 250 Hudson Street, LLC, Counsel To Case Snow Management,

LLC

Rubin LLC
Attn: Paul Rubin
11 Broadway, Suite 715
New York, NY, 10004
Counsel To Regent Shopping Center Inc. and Castle Ridge Plaza LLC

Ryder Integrated Logistics, Inc.
Attn: Michael Mandell
11690 NW 105th Street
Miami, FL 33178
The Official Committee Of Unsecured Creditors

Sacco & Fillas, LLP
Attn: Morris Schlaf
31-19 Newtown Avenue, Seventh Floor
Astoria, NY, 11102
Counsel For Creditor Eleni Zervos

Saul Ewing LLP
Attn: Mark Minuti
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE, 19899
Counsel To LOJA WTP, LLC

Saul Ewing LLP
Attn: Monique B. Disabatino, Esq.
1201 North Market Street
Suite 2300
P.O. Box 1266
Wilmington, DE, 19899
Counsel For College Plaza Station LLC, Town & Country (Ca) Station L.P. And Phillips Edison & Company

Saul Ewing LLP
Attn: Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, pa, 19102
Counsel To Loja WTP, LLC

Saul Ewing LLP
Attn: Turner N. Falk, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pa, 19102-2186
Counsel For College Plaza Station LLC, Town & Country (Ca) Station L.P. And Phillips Edison & Company

Scalley Reading Bates Hansen & Rasmussen, P.C.
Attn: Darwin H. Bingham
15 West South Temple, Suite 600
Salt Lake City, UT, 84101
Counsel To the Commons At Sugar House, L.C., A Creditor, Boyer Spring Creek, L.C., And Wn Acquistion Delaware, LLC

Scarinci Hollenbeck, LLC
Attn: David Edelberg, Esq.
150 Clove Road, 9th Floor
Little Falls, NJ, 07424
Counsel To DC USA Operating Co., LLC

Schwartz Barkin & Mitchell
Attn: Allen J. Barkin, Esq.
1110 Springfield Rd
PO Box 1339
Union, NJ, 07083-1339
Counsel To Logixal Inc.

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Dept
Brookfield Place
200 Vesey Street, Ste 400
New York, NY, 10281-1022
Securities And Exchange Commission - Regional Office

Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Dept
One Penn Center
1617 JFK Blvd, Ste 520
Philadelphia, PA, 19103
Securities And Exchange Commission - Regional Office

Securities And Exchange Commission
Attn: Secretary Of The Treasury
100 F. Street NE
Washington, DC, 20549
Securities And Exchange Commission - Headquarters

Seward & Kissel LLP
Attn: Robert J. Gayda, Andrew J. Matott
One Battery Park Plaza
New York, NY, 10004
Counsel To Kepler Group LLC

Seyfarth Shaw LLP
Attn: James S. Yu
620 8th Avenue
New York, NY, 10018
Counsel To 36 Monmouth Plaza LLC &
CA-5-15 West 125th LLC

SharkniNJa Operating LLC
Attn: Beverly R. Porway
Svp/Deputy General Counsel
89 A Street
Needham, MA, 02494
Counsel To Sharkninja Operating LLC

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN, 46204
Counsel To Simon Property Group, Inc.

Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon, Esq., Peter A. Lesser, Esq
123 South Broad Street, Suite 2100
Philadelphia, PA, 19109
Counsel To Simsbury Commons LLC; Middletown Shopping Center I, L.P. And Riverhead Centre Owners, LLC

Site Centers Corp.
Attn: Hilary Michael
3300 Enterprise Parkway
Beachwood, OH, 44122
The Official Committee Of Unsecured Creditors

Sixth Street Specialty Lending, Inc.
Attn: President Or General Counsel
2100 Mckinney Avenue, Suite 1500
Dallas, TX, 75201
Agents Under The Debtors Prepetition Secured Facilities And Counsel Thereto

Sklar Kirsh, LLP
Attn: Ian S. Landsberg
1880 Century Park East, Ste. 300
Los Angeles, CA, 90067

| | | |
|---|---|---|
| Counsel To Cna Enterprises, Inc. (Property Owner: Scottsdale Fiesta Retail Center, LLC), Newmark Merrill Companies, Inc. (Property Owner: Uap Grand Plaza; Wpi Grand Plaza Fka Grand Las Posas, LLC) (Property Owner: Triangle Town Center NW, LLC), And Rolling Hills Plaza, LLC | State Of California Attorney General<br>Attention Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento, CA, 94244-2550<br>State Of California Attorney General | State Of Illinois Attorney General<br>Attention Bankruptcy Dept<br>100 West Randolph Street<br>Chicago, IL, 60601<br>State Of Illinois Attorney General |
| Squire Patton Boggs (Us) LLP<br>Attn: Mark A. Salzberg<br>2550 M Street, NW<br>Washington, DC, 20037<br>Counsel For Blue Yonder, Inc. | State Of Colorado Attorney General<br>Attention Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO, 80203<br>State Of Colorado Attorney General | State Of Indiana Attorney General<br>Attention Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN, 46204<br>State Of Indiana Attorney General |
| Squire Patton Boggs (Us) LLP<br>Attn: Mark C. Errico<br>382 Springfield Ave., Suite 300<br>Summit, NJ, 07901<br>Counsel For Blue Yonder, Inc. | State Of Connecticut Attorney General<br>Attention Bankruptcy Dept<br>165 Capitol Avenue<br>Hartford, CT, 06106<br>State Of Connecticut Attorney General | State Of Iowa Attorney General<br>Attention Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines, IA, 50319<br>State Of Iowa Attorney General |
| Stark & Stark, P.C.<br>Attn: Joseph H. Lemkin, Esq. & Thomas Onder, Esq.<br>P.O. Box 5315<br>Princeton, NJ, 08543-5315<br>Counsel To Levin Management Corporation, Springfield Plaza Limited Partnership, Conopco, Inc. D/B/A Unilever United States | State Of Delaware Attorney General<br>Attention Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE, 19801<br>State Of Delaware Attorney General | State Of Kansas Attorney General<br>Attention Bankruptcy Dept<br>120 Sw 10th Ave., 2nd Floor<br>Topeka, KS, 66612-1597<br>State Of Kansas Attorney General |
| | State Of Florida Attorney General<br>Attention Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee, FL, 32399-1050<br>State Of Florida Attorney General | State Of Kentucky Attorney General<br>Attention Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY, 40601<br>State Of Kentucky Attorney General |
| State Of Alabama Attorney General<br>Attention Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery, AL, 36130-0152<br>State Of Alabama Attorney General | State Of Georgia Attorney General<br>Attention Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta, GA, 30334-1300<br>State Of Georgia Attorney General | State Of Louisiana Attorney General<br>Attention Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge, LA, 70804-4095<br>State Of Louisiana Attorney General |
| State Of Alaska Attorney General<br>Attention Bankruptcy Dept<br>P.O. Box 110300<br>Juneau, AK, 99811-0300<br>State Of Alaska Attorney General | State Of Hawaii Attorney General<br>Attention Bankruptcy Dept<br>425 Queen St.<br>Honolulu, HI, 96813<br>State Of HawaII Attorney General | State Of Maine Attorney General<br>Attention Bankruptcy Dept<br>6 State House Station<br>Augusta, ME, 04333-0000<br>State Of Maine Attorney General |
| State Of Arizona Attorney General<br>Attention Bankruptcy Dept<br>2005 N Central Ave<br>Phoenix, AZ, 85004-2926<br>State Of Arizona Attorney General | State Of Idaho Attorney General<br>Attention Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID, 83720-1000<br>State Of Idaho Attorney General | State Of Maryland Attorney General<br>Attention Bankruptcy Dept<br>200 St. Paul Place<br>Baltimore, MD, 21202-2202<br>State Of Maryland Attorney General |
| State Of Arkansas Attorney General<br>Attention Bankruptcy Dept<br>323 Center Street, Suite 200<br>Little Rock, AR, 72201-2610<br>State Of Arkansas Attorney General | | Commonwealth Of Massachusetts Attorney General<br>Attention Bankruptcy Dept<br>One Ashburton Place<br>Boston, MA, 02108-1698<br>State Of Massachusetts Attorney General |

State Of Michigan Attorney General
Attention Bankruptcy Dept
G. Mennen Williams Building
7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI, 48909-0212
State Of Michigan Attorney General

State Of Minnesota Attorney General
Attention Bankruptcy Dept
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN, 55101-2131
State Of Minnesota Attorney General

State Of Mississippi Attorney General
Attention Bankruptcy Dept
Walter Sillers Building
550 High Street, Suite 1200
P.O. Box 220
Jackson, MS, 39201
State Of Mississippi Attorney General

State Of Missouri Attorney General
Attention Bankruptcy Dept
Supreme Court Building
207 W. High St.
Jefferson City, MO, 65102
State Of Missouri Attorney General

State Of Montana Attorney General
Attention Bankruptcy Dept
215 N Sanders, Third Floor
PO Box 201401
Helena, MT, 59620-1401
State Of Montana Attorney General

State Of Nebraska Attorney General
Attention Bankruptcy Dept
2115 State Capitol
2nd Fl, Rm 2115
Lincoln, NB, 68509-8920
State Of Nebraska Attorney General

State Of Nevada Attorney General
Attention Bankruptcy Dept
100 North Carson Street
Carson City, NV, 89701
State Of Nevada Attorney General

State Of New Hampshire Attorney General
Attention Bankruptcy Dept
33 Capitol St.
Concord, NH, 03301-0000
State Of New Hampshire Attorney General

State Of New Mexico Attorney General
Attention Bankruptcy Dept
P.O. Drawer 1508
Santa Fe, NM, 87504-1508
State Of New Mexico Attorney General

State Of New York Attorney General
Attention Bankruptcy Dept
The Capitol
Albany, NY, 12224-0341
State Of New York Attorney General

State Of North Carolina Attorney General
Attention Bankruptcy Dept
9001 Mail Service Center
Raleigh, NC, 27699-9001
State Of North Carolina Attorney General

State Of North Dakota Attorney General
Attention Bankruptcy Dept
State Capitol
600 E Boulevard Ave Dept 125
Bismarck, NJ, 58505-0040
State Of North Dakota Attorney General

State Of Ohio Attorney General
Attention Bankruptcy Dept
30 E. Broad St., 14th Floor
Columbus, OH, 43215
State Of Ohio Attorney General

State Of Oklahoma Attorney General
Attention Bankruptcy Dept
313 Ne 21st Street
Oklahoma City, OK, 73105
State Of Oklahoma Attorney General

State Of Oregon Attorney General
Attention Bankruptcy Dept
1162 Court Street NE
Salem, OR, 97301
State Of Oregon Attorney General

State Of Pennsylvania Attorney General
Attention Bankruptcy Dept
Strawberry Square, 16th Floor
Harrisburg, PA, 17120
State Of Pennsylvania Attorney General

State Of Rhode Island Attorney General
Attention Bankruptcy Dept
150 South Main Street
Providence, RI, 02903-0000
State Of Rhode Island Attorney General

State Of South Carolina Attorney General
Attention Bankruptcy Dept
P.O. Box 11549
Columbia, SC, 29211-1549
State Of South Carolina Attorney General

State Of South Dakota Attorney General
Attention Bankruptcy Dept
1302 East Highway 14, Suite 1
Pierre, SD, 57501-8501
State Of South Dakota Attorney General

State Of Tennessee Attorney General
Attention Bankruptcy Dept
P.O. Box 20207
Nashville, TN, 37202-0207
State Of Tennessee Attorney General

State Of Texas Attorney General
Attention Bankruptcy Dept
Capitol Station
PO Box 12548
Austin, TX, 78711-2548
State Of Texas Attorney General

State Of Utah Attorney General
Attention Bankruptcy Dept
PO Box 142320
Salt Lake City, UT, 84114-2320
State Of Utah Attorney General

State Of Vermont Attorney General
Attention Bankruptcy Department
109 State St.

Montpelier, VT, 05609-1001
State Of Vermont Attorney General

State Of Virginia Attorney General
Attention Bankruptcy Dept
900 East Main Street
Richmond , VA, 23219
State Of Virginia Attorney General

State Of Washington Attorney General
Attention Bankruptcy Dept
1125 Washington St. Se
P.O. Box 40100
Olympia, WA, 98504-0100
State Of Washington Attorney General

State Of West Virginia Attorney General
Attention Bankruptcy Dept
State Capitol Bldg 1 Room E 26
Charleston, WV, 25305
State Of West Virginia Attorney General

State Of Wisconsin Attorney General
Attention Bankruptcy Dept
Wisconsin Department Of Justice
State Capitol, Room 114 East
P. O. Box 7857
Madison, WI, 53707-7857
State Of Wisconsin Attorney General

State Of Wyoming Attorney General
Attention Bankruptcy Dept
123 Capitol Building
200 W. 24th Street
Cheyenne, WY, 82002
State Of Wyoming Attorney General

Stradley Ronon Stevens & Young, LLP
Attn: Daniel M. Pereira
2005 Market Street, Suite 2600
Philadelphia, PA, 19103-7098
Counsel To Commerce Technologies LLC D/B/A Commercehub
The Bank of New York Mellon
Attn: Alex Chang
240 GreeNWich Street
New York, NY, 10686
The Official Committee Of Unsecured Creditors

The Law Office Of John C. Kim, P.C.
Attn: SuNJae Lee, Esq.
163-10 Northern Boulevard, Suite 201
Flushing, NY, 11358
Counsel To GFA Alabama Inc.

Thompson Hine LLP
Attn: Louis F. Solimine, Esq.
312 Walnut Street – Suite 2000
Cincinnati, OH, 45202-4029
Counsel To Imi Huntsville LLC

Travis County Attorney
Attn: Jason A. Starks
P.O. Box 1748
Austin, TX, 78767
Counsel To Travis County

Trenk Isabel Siddiqi & Shahdanian P.C.
Attn: Robert S. Roglieri
290 W. Mt. Pleasant Avenue, Suite 2370
Livingston, NJ, 07039
Counsel To World Market, LLC

Troutman Pepper Hamilton Sanders LLP
Attn: Douglas D. Hermann & Marcy J. Mclaughlin Smith
1313 N. Market Street, Hercules Plaza
Suite 5100
Wilmington, DE, 19801
Counsel To Hilco Merchant Resources, LLC & Gordon Brothers Retail Partners, LLC

Troutman Pepper Hamilton Sanders LLP
Attn: Jessica D. Milhailevich
875 Third Avenue
New York, NY, 10022
Counsel To Hilco Merchant Resources, LLC & Gordon Brothers Retail Partners, LLC

Troutman Pepper Hamilton Sanders LLP
Attn: Henry J. Jaffe
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE, 19801
Counsel To Oxo International Ltd., Helen Of Troy L.P., Kaz Usa, Inc.
And Kaz Canada, Inc.

Troutman Pepper Hamilton Sanders LLP
Attn: Stephanie L. Jonaitis
301 Carnegie Center, Suite 400
Princeton, NJ, 08543-5276
Counsel To Oxo International Ltd., Helen Of Troy L.P., Kaz Usa, Inc.
And Kaz Canada, Inc.

United States Attorney's Office For The District Of New Jersey
Attn: Philip R. Sellinger
970 Broad Street, 7th Floor
Newark, NJ, 07102
United States Attorney's Office For The District Of New Jersey

United States Of America Attorney General
Attention Bankruptcy Dept
US Dept Of Justice
950 Pennsylvania Ave NW
Washington, DC, 20530-0001
United States Of America Attorney General

USDOJ, Office Of The United States Trustee
Attn: Fran B. Steele, Esq. & Alexandria Nikolinos, Esq.
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ, 07102
U.S. Trustee For The District Of New Jersey

Valinoti, Specter & Dtio, LLP
Attn: Jeffrey A. Dtio
301 Junipero Serra Blvd, Suite 200
San Francisco, CA, 94127
Counsel To Commons At Issaquah, Inc.

Vedder Price P.C.
Attn: Courtney M. Brown
1633 Broadway, 31st Floor
New York, NY, 10019
Counsel To Cmr Limited Partnership

Wanger Jones Helsley
Attn: Riley C. Walter
265 E. River Park Circle, Suite 310

Fresno, Ca, 93720
Counsel To Hawthorne Investors 1 LLC

Washington Dc Attorney General
Attention Bankruptcy Dept
441 4th Street, NW
Washington, DC, 20001
Washington DC Attorney General

Wenokur Riordan PLLC
Attn: Faye C. Rasch
600 Stewart Street, Suite 1300
Seattle, WA, 98101
Counsel To Stratford Hall, Inc.

White & Case LLP
Attn: Devin J. Rivero, Esq.
Southeast Financial Center
200 South Bicayne Blvd., Suite 4900
Miami, FL, 33131-2352
Counsel To Michaels Stores, Inc. ("Michaels")

White & Case LLP
Attn: Gregory F. Pesce, Esq., Laura E. Baccash, Esq.
111 South Wacker Drive, Suite 5100
Chicago, IL, 60606-4302
Counsel To Michaels Stores, Inc. ("Michaels")

White & Case LLP
Attn: Samuel P. Hershey, Esq.
1221 Avenue Of The Americas
New York, NY, 10020
Counsel To Michaels Stores, Inc. ("Michaels")
Wilentz, Goldman & Spitzer
Attn: David H. Stein
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ, 07095
Counsel To Enid Two, LLC

SCHMIDTY KICKS LLC
Case No. 23-10412 (JNP)
Service List

Patrick Collison, CEO
Stripe
510 Townsend St.
San Francisco, CA 94103

**354 Oyster Point Blvd South San Francisco, CA, 94080-1912**

**Attorney For Debtor**
E. Richard Dressel
Lex Nova Law, LLC
10 E. Stow Road
Suite 250
Marlton, NJ 08053
856-382-8211
Email: rdressel@lexnovalaw.com

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014
Email:

**Trustee**
Joseph Marchand
Joseph D. Marchand, Chapter 7 Trustee
117-119 West Broad Street
Bridgeton, NJ 08302
856-451-7600
Email: jdmarchand@comcast.net

**Special Counsel for Trustee**
Joseph E. Sarachek
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
(646) 517-5420
Email: joe@sarachecklawfirm.com

**Attorney for Sneaker Ventures II, LLC**
Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg, LLP
10000 Lincoln Drive East, Suite 201
Marlton, NJ 08053
(856) 486-2700
Email: rbeck@klehr.com

**Attorney for American Express**
Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30326-1031
(404) 873-8120
Email: darryl.laddin@agg.com

**Attorney for American Express**
Bruce S. Luckman, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email: bluckman@shermansilverstein.com

**Attorney for American Express**
Arthur J. Abramowitz, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email: aabramowitz@shermansilverstein.com

**Attorney for American Express**
Ross J. Switkes, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057

856-662-0700
Email: rswitkes@shermansilverstein.com

**Attorney for PayPal, Inc.**
Alan J. Brody, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, New Jersey 07932
973-443-3543
Email: brodya@gtlaw.com

**Attorney for ATL Jerseys, LLC and Christopher Carmichael**
Ralph A. Ferro, Jr., Esq.
Law Offices of Ralph A. Ferro, Jr., Esq.
66 East Main Street, 3rd Floor
Little Falls, NJ 07423
(973) 200-0988
email: ralphferrojr@msn.com

Peter Indelicato
47 Lavister Drive
Mt. Laurel, NJ 08054
(609) 922-3079
Email: Pete.Indelicato@gmail.com

Marie D'Adamo
1 Westwood Ave.
Cherry Hill, NJ 08002
(856) 371-8416
Email: Supermar16@gmail.com

Christopher and Lauren Monaco
10 Beechtree Drive
Cinnaminson, NJ 08077
(856) 816-7208
Email: cmon621@gmail.com

Michael Nelson
103 White Oak Road
Cherry Hill, NJ 08034
(856) 275-7177
Email: mikenel85@gmail.com

Dominic Paoletti
204 Sussex Drive
Cinnaminson, NJ 08077
(856) 912-8415
Email: dompaoletti@gmail.com

3818 New York LLC
attn: Brian Sharpe
104 Monticello Drive
Cinnaminson, NJ 08077
(609) 206-9763
Email: bsharpe.hks@gmail.com

Dennis Kelley
31 Volans Street
Merchantville, NJ 08109
(856) 220-7832
Email: comfortfood2u@yahoo.com

Richard Krouse
129 Morris Street
Merchantville, NJ 08109
(856) 873-3137
Email: rkrouse12@gmail.com

M:\Active Files\Moore, Sharmelle\stay relief\NOM.wpd