UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Paul Pflumm (006912002)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Sharmele Moore

_____x
                                      :
In re:                                :    Case No.: 23-13359 (VFP)
                                      :
    Bed Bath & Beyond Inc.,           :    Chapter 11
                                      :
                    Debtor.           :    Honorable Vincent F. Papalia
_____x

**CERTIFICATION IN SUPPORT OF MOTION TO MODIFY STAY AND FOR LEAVE
TO PROCEED TO THE EXTENT OF INSURANCE PROCEEDS;
AND FOR RELATED RELIEF**

I, Sharmele Moore, being of legal age, do hereby certify:

1. I am a resident of Cincinnati, Ohio.

2. On or around July 26, 2022, I was shopping at the Bed Bath & Beyond store located at 9775 Colerain Avenue, Cincinnati, Ohio.

3. At that time, I was injured by falling shelving.

4. The injuries were partially permanent and resulted in substantial pain and suffering.

5. I subsequently caused a complaint to be filed in the Hamilton County Ohio Court of Common Pleas, asserting, *inter alia*, negligence by Bed Bath & Beyond and its employees. Said Complaint initiated the case Shamele Moore v. Bed Bath & Beyond Inc. *et al*, Case No. 2301117. *See* Complaint annexed hereto as Exhibit A.

6. I and my counsel were subsequently informed that the case was stayed by the filing of the

above-captioned Chapter 11 case.

7. Upon the advice of counsel, I seek relief from the automatic stay to pursue available insurance only, with any damages in excess of insurance coverage constituting an unsecured claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 26th day of September, 2023

Sharmele Moore