UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
· **Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Pflumm, Esquire
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Sharmele Moore

In Re:

    Bed Bath & Beyond Inc.,

           Debtor

Case No.:    23-13359 (VFP)

Chapter:    11

Hearing Date:

Judge:    Honorable Vincent F. Papalia

**ORDER MODIFYING STAY AND GRANTING LEAVE TO PROCEED TO THE EXTENT OF INSURANCE PROCEEDS; AND RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

This matter having come before the Court by way of Motion filed by Sharmele Moore by and through her attorneys, McDowell Law, PC, Paul Pflumm appearing, and after consideration of the arguments of the parties, and for good cause shown:

IT IS HEREBY ORDERED:

1. The Motion to Modify Stay and for Leave to Proceed to the Extent of Insurance Proceeds; and for Related Relief is hereby granted.

2. The Automatic Stay and/or the Discharge Injunction is modified to permit the Movant, Sharmele Moore, to institute or resume and prosecute to conclusion a personal injury case in the Ohio courts.

3. Such relief is limited to the extent of available insurance coverage. Any damages in excess of insurance coverage shall only be recoverable through the claims process as an unsecured creditor to the extent permitted under the Confirmed Plan.

4. The Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

M:\Active Files\Moore, Sharmelle\stay relief\proposed order.wpd