UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Paul Pflumm (006912002)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Sharmele Moore

_____x
                                              :
In re:                                        :   Case No.: 23-13359 (VFP)
                                              :
    Bed Bath & Beyond Inc.,                   :   Chapter 11
                                              :
                    Debtor.                   :   Honorable Vincent F. Papalia
_____x

**CERTIFICATION OF SERVICE**

1.  I, Paul Pflumm, Esquire:

    ■   represent Sharmele Moore in this matter.

    ☐   am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐   am the _____ in this case and am representing myself.

2.  On September 27, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Modify Stay and for Leave to Proceed to the Extent of Insurance Proceeds and for Related Relief.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 27, 2023

_____
Paul Pflumm

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All parties on the attached Master Service List by electronic mail pursuant to Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures, and (II) Granting Related Relief | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ Other<br>Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Bed Bath & Beyond Inc., et al.<br>650 Liberty Avenue<br>Union, NJ, 07083 | Debtors | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ Other<br>Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Cole Schotz P.C.<br>Attn: Michael D. Sirota, Warren A. Usatine, Felice R. Yudkin<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ, 07601 | Counsel to the Debtors | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ Other<br>Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Shark Ninja Operating LLC<br>Attn: Paul Carbone<br>89 A Street<br>Needham, MA, 02494 | The Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ Other<br>Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg, Emily E. Geier, & Derek I. Hunter<br>601 Lexington Avenue<br>New York, NY, 10022 | Counsel to the Debtors | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ Other<br>Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Duane Morris LLP<br>Attn: Wendy M. Simkulak<br>30 South 17th Street<br>Philadelphia, PA, 19103 | Counsel To Ace American Insurance Company, Ace Property & Casualty Insurance Company, Westchester Fire Insurance Company, Westchester Surplus Lines Insurance Company, Indemnity Insurance Company Of North America, Federal Insurance Company, Chubb Custom Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Indemnity Inc., Great Northern Insurance Company, Chubb Insurance Company Of New Jersey, Vigilant Insurance Company, Chubb Indemnity Insurance Company, Esis, Inc. | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ Other<br>Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |