## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 6, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Affected Landlords Service List attached hereto as **Exhibit A**:

- Notice of Assumption of Certain Unexpired Leases [Docket No. 1157]

On September 6, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Affected Landlords Service List attached hereto as **Exhibit B**:

- Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1127]

On September 7, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Internal Revenue Service (ADRID: 12739971), Attn: Centralized Insolvency Operation, 1111 Pennsylvania Ave NW, Washington, DC, 20004-2541:

- Order Authorizing the Debtors' Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 605]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

- Order Approving the Employment and Retention of Cole Schotz P.C. As Bankruptcy Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 606]

On September 7, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Store Closing Landlord List attached hereto as **Exhibit C**:

- Final Order (I) Authorizing the Debtors to Assume the Consulting Agreements, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of all Liens, Claims, and Encumbrances, (III) Authorizing Customary Bonuses to Employees of Closing Stores, and (IV) Granting Related Relief [Docket No. 641]

On September 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit D**:

- Notice of Extension of Dates and Deadlines Related to the Debtors' Lease Sale Procedures [Docket No. 756]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 22, 2023

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 22, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

## **Exhibit A**

Exhibit A

Supplemental Affected Landlords Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12771897 | 055P4-CLPF- MARKETPLACE, LLC | 951 FARGO AVE | | | ELK GROVE VILLAGE | IL | 60007 |
| 12765840 | 1094P1-US 41 AND I-285 COMPANY LLC | C/O OLSHAN PROPERTIES | ATTN: ACCOUNTS RECEIVABLE | 6525 WEST CAMPUS OVAL, SUITE 100 | NEW ALBANY | OH | 43054 |
| 12769426 | 301P1-CLP-SPF ROOKWOOD COMMONS, LLC | 5150 Rockwood Parkway, NW | | | Washington | DC | 20016 |
| 12771527 | 503 P2-THE SHOPS AT SUMMERLIN SOUTH, LP | C/O THE HOWARD HUGHES CORPORATION | LEASE ID 297889 | 9950 WOODLOCH FOREST DRIVE, 11TH FLOOR | THE WOODLANDS | TX | 77380 |
| 12771880 | LINCOLN PROPERTY COMPANY | ORTIZ, KATHY, PROPERTY MANAGER | 8111 DOUGLAS AVENUE | SUITE 600 | DALLAS | TX | 75225 |
| 12770764 | PIVOTAL 650 CALIFORNIA ST., LLC | 8173 Starwood Drive | | | Loves Park | IL | 61111 |
| 12769637 | RETAIL OPPORTUNITY INVESTMENTS CORP | BUSALACCHI, FRANCESCA, PROPERTY MANAGER | 11250 EL CAMINO REAL, # 200 | | SAN DIEGO | CA | 92130 |

## **Exhibit B**

Exhibit B

Supplemental Affected Landlords Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 12771284 | 470 P1-COLUMBUS PARK CROSSING, LLC | 5555 WHITTLESEY BLVD. | | | | COLUMBUS | GA | 31909 |
| 12768924 | KRC MISHAWAKA 895, INC. | C/O KIMCO REALTY CORP | 500 NORTH BROADWAY | SUITE 201 | | JERICHO | NY | 11753 |
| 12772467 | SURPRISE MARKETPLACE HOLDINGS, LLC | C/O HEITMAN CAPITAL MANAGEMENT | 110 N. WACKER DRIVE | SUITE 4000 | ATTN: ASSET MANAGEMENT | CHICAGO | IL | 60606 |

**<u>Exhibit C</u>**

Exhibit C

Supplemental Store Closing Landlord List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|-----------|------|----------|----------|----------|----------|------|-------|-------------|
| 12766251 | 1150P1-TAURUS BUSINESS CENTER LIMITED | C/O TAURUS MANAGEMENT SERVICES LLC | 600 NORTHLAKE BLVD STE 130 | | | ALTAMONTE SPG | FL | 32701-6130 |
| 12767265 | FAIRBOURNE PROPERTIES LLC | DARDON, DONNA, SENIOR PORTFOLIO MANAGER | 200 S MICHIGAN AVE STE 400 | | | CHICAGO | IL | 60604-2411 |
| 12769749 | LOJA WTP, LLC | BENNETT, JILLIAN, PROPERTY MANAGER | ATTN PROPERTY MANAGEMENT | 4350 WESTOWN PKWY | STE 100 | WDM | IA | 50266-1062 |
| 12770865 | RANCH TOWN CENTER, LLC | 5990 SEPULVEDA BLVD | STE 600 | | | VAN NUYS | CA | 91411-2523 |

## **Exhibit D**

Exhibit D

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 12766251 | 1150P1-TAURUS BUSINESS CENTER LIMITED | C/O TAURUS MANAGEMENT SERVICES LLC | 600 NORTHLAKE BLVD STE 130 | ALTAMONTE SPG | FL | 32701-6130 |
| 12769112 | DDRTC MARKETPLACE AT MILL CREEK LLC | C/O CRAWFORD SQUARE REAL ESTATE ADVISORS | 1100 PEACHTREE ST NE STE 200 | ATLANTA | GA | 30309-4829 |
| 12739971 | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20004-2541 |
| 12770865 | Ranch Town Center, LLC | 5990 SEPULVEDABLVD STE 600 | | VAN NUYS | CA | 91411-2523 |