IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO. 23-13359 (VFP) |
| BED BATH & BEYOND, INC., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**WITHDRAWAL OF MOTION OF THE TEXAS TAXING AUTHORITIES FOR A DETERMINATION OF HOLDBACK AMOUNT FROM THE COMBINED RESERVE**

The Texas Taxing Authorities, through their attorneys, hereby withdraw their Motion for a Determination of Holdback Amount From the Combined Reserve, filed on September 22, 2023 (Docket Entry #2277).

Respectfully submitted,

Dated: September 29, 2023

/s/ *Joshua S. Bauchner*
Joshua S. Bauchner
ANSELL GRIMM & AARON, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel: 973.247.9000
Email: jbauchner@ansell.law.

*Co-Counsel for the Texas Taxing Authorities*:

/s/ *Julie Anne Parsons*
Julie Anne Parsons
Texas State Bar No. 00790358
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P. O. Box 1269
Round Rock, TX 78680-1269

Telephone: (512) 323-3200
Fax: (512) 323-3205
Email:  jparsons@mvbalaw.com

*/s/ Melissa E. Valdez*
Melissa E. Valdez
Texas State Bar No. 24051463
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008
(713) 862-1860 (phone)
(713) 862-1429 (fax)
Email: mvaldez@pbfcm.com

*/s/ Tara L. Grundemeier*
Tara L. Grundemeier
SBN: 24036691
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
(713) 844-3478 (phone)
(713) 844-3503 (fax)
tara.grundemeier@lgbs.com