Merrill M. O'Brien, Esq.
O'Brien Thornton LLC
160 Park Street
Montclair, NJ 07042
T: 973-886-8853
F: 973-354-8029
obrien@obrienthornton.com
    and
Joseph A. Anesta, Esq.
Cameron & Mittleman LLP
301 Promenade Street
Providence, RI 02908
T: 401-331-5700
F: 401-331-5787
janesta@cm-law.com
*Attorneys for Creditor F3 Metalworx, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |
| Debtors | |

**NOTICE OF MOTION BY CREDITOR F3 METALWORX, INC.
FOR THE ALLOWANCE AND PAYMENT OF POST-PETITION STORAGE
CHARGES OF $23,437 THROUGH OCTOBER 2023 AS AN ADMINISTRATIVE
EXPENSE AND FOR PAYMENT OF $3,750 PER MONTH AS A CONTINUING
ORDINARY COURSE ADMINISTRATIVE EXPENSE**

TO:    Kirkland & Ellis LLP
       Kirkland & Ellis International, LLP
       601 Lexington Avenue
       New York, NY 10022
       Joshua A. Sussberg, joshua.sussberg@kirkland.com
       Emily E. Geier, emily.geier@kirkland.com
       Derek I. Hunter, derek.hunter@kirkland.com

       Cole Schotz P.C.
       Court Plaza North, 25 Main Street
       Hackensack, NJ  07601
       Michael D. Sirota, msirota@coleschotz.com
       Warren A. Usatine, wusatine@coleschotz.com
       Felice R. Yudkin, fyudkin@coleschotz.com

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ   07102
https://www.justice.gov/ust-regions-r03/region-3-district-new-jersey

**PLEASE TAKE NOTICE**, that Creditor F3 Metalworx, Inc., by its attorneys O'Brien Thornton LLC, and Cameron & Mittleman LLP, moves for an Order, in a Motion to be argued at the Hearing on Various Motions scheduled for October 24, 2023 if an objection is timely filed, for the allowance and payment of post-petition storage charges of $23,437 through October 2023 as an administrative expense and for payment of $3,750 per month as a continuing ordinary course administrative expense pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a).  Movant will rely upon the Declaration of Jason Paglia, signed 9/28/2023, and the memorandum of law submitted in support of the motion.   A proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE that if no objection is filed and served by October 17, 2023, the Court may enter an Order granting the relief requested without further notice or a hearing. Email service of any objection at the email addresses below is requested, in addition to the ECF service effected when filing the objection.**

|  |  |
|---|---|
|  | O'Brien Thornton LLC |
|  | Attorneys for Creditor F3 Metalworx, Inc. |
| Dated: September 28, 2023 | s/Merrill O'Brien |
|  | obrien@obrienthornton.com |
|  | 160 Park Street |
|  | Montclair, NJ  07042 |
|  | 973-886-8853 |
|  |  |
|  | Joseph A. Anesta, Esq. |
|  | Cameron & Mittleman LLP |
|  | janesta@cm-law.com |
|  | 301 Promenade Street |
|  | Providence, RI 02908 |
|  | T: 401-331-5700 |