Merrill M. O'Brien, Esq.
O'Brien Thornton LLC
Attorneys for Creditor F3 Metalworx, Inc.
160 Park Street
Montclair, NJ  07042
T: 973-886-8853
F: 973-354-8029
obrien@obrienthornton.com
          and
Joseph A. Anesta, Esq.
Cameron & Mittleman LLP
301 Promenade Street
Providence, RI 02908
T: 401-331-5700
F: 401-331-5787
janesta@cm-law.com
*Attorneys for Creditor F3 Metalworx, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |
| Debtors | |

---

**DECLARATION OF JASON S. PAGLIA
IN SUPPORT OF MOTION BY CREDITOR F3 METALWORX, INC. FOR THE
ALLOWANCE AND PAYMENT OF POST-PETITION STORAGE CHARGES OF
$23,437 THROUGH OCTOBER 2023 AS AN ADMINISTRATIVE EXPENSE**

Pursuant to 28 U.S.C. § 1746(2), Jason S. Paglia declares the following to be true:

1.      I am the President and CEO of the creditor F3 Metalworx, Inc. ("F3").  I make this declaration based on personal knowledge and information provided by F3 employees who have communicated directly with authorized representatives of the debtor Bed Bath & Beyond, Inc. ("BBB"), and based on information obtained from F3's counsel regarding responses from the Notice and Claims Agent Kroll Restructuring Administration LLC ("Kroll") as detailed below.

**Background Facts**

2.      F3 manufactures shelving systems of various sizes and uses which BBB purchased

and installed for 30+ years as part of the fit-up of BBB retail locations around the U.S. and Canada.

Examples of F3 products can be seen on the F3 website at f3metalworx.com.

3.      F3's claims against BBB and Buy Baby Buy, Inc. are in the Claims Register as

#12397 and #12240, respectively.    F3's $2,155,254.77 unsecured claim against BBB is for

manufactured product which BBB purchased but never paid for.  As detailed below, F3 also has

an administrative claim against BBB for storage charges pursuant to an F3/BBB executory

contract, which charges continue to accrue at $3,750 per month.

4.      To my knowledge, F3 has not received a Rejection Notice, as referenced in

paragraph 117 of the 9/14/2023 Order approving BBB's Plan and Disclosure Statement, ECF Doc.

2172, nor does the BBB/F3 storage contract appear on any schedule of Rejected Executory

Contracts and Unexpired Leases filed by BBB.

5.      F3's counsel, Merrill O'Brien, has contacted the Notice and Claims Agent Kroll

Restructuring Administration LLC ("Kroll"). Kroll advises that it has no record of BBB

communication with F3 addressing the BBB/F3 storage contract, that Kroll would only process

F3's *pre-petition* claims in the processes outlined in BBB's Plan and Disclosure Statement, and

that F3 must pursue BBB directly for the administrative expense claim for the post-petition storage

charges.

6.      F3 continues to store BBB's property at the agreed rate of $3,750 per month

pursuant to the executory contract detailed below.

### The BBB/F3 Executory Storage Contract

7.      For years prior to December 2021, BBB stored its shelving systems, known as Valance Bands, at the warehouse facilities of Caliber Global ("Caliber"), a multinational warehouse storage operation for retail sellers.

8.      In late 2021 due to Caliber's troublesome servicing of BBB's stored property, BBB's Scott Csordos contacted F3's Vice President of Sales, Shaun C. Coletta, to ask if F3 would provide storage services for 20 truckloads of BBB's Valance Bands which are shelving systems BBB previously purchased from F3.

9.      By email dated 12/13/2021 F3's Shaun Coletta responded to Csordos, and requested information about the amount of the pallets which BBB wanted to transfer from the Caliber warehouses, and to store with F3, asking, "How soon would you like us to store?"  See 12/13-14/2021 email chain, **Ex. A** hereto. BBB's Scott Csordos responded, "According to Caliber they estimate it to be 20 truckloads."  **Ex. A**.

10.     On 12/14/2021 BBB's Csordos provided the following additional detail about the proposed storage agreement:

> Shaun
>
> Please see additional information I was able to get from the warehouse and advise if we can return any/all of these parts to F3
>
> Please see below:
>
> VB4810W- 178 pallets
> 3600lbs 57x54x46
>
> VB3610- 38 pallets
> 2500 lbs 42x52x48

F3's Shaun Coletta responded:

> How soon would these be delivered? We have the space for the Valance bands but would need to charge for storage and applicable fees. Would this work for you and Bed Bath?

BBB's Csordos telephoned for more information and sent the following email requesting timing, location, and cost information:

> Shaun
>
> Per our call, please advise on below
>
> - Location that parts could be shipped back
> - How soon you could take deliveries? (we would look to ship out at ASAP)
> - Breakout of all applicable fees to warehouse and storage
> - Pick/pack cost to ship out items to the stores once we finalize a distro

**Ex. A**.

11.    F3's Colletta responded with the following timing, location, and cost information for the storage services BBB requested:

> Please find the details requested below. We could begin receiving shipments as early as tomorrow at the following address.
>
> 1803 Pittsburgh Ave Erie Pa 16505
>
> Warehousing:
> - Pallet build and shrink wrap- $11 Per Pallet
> - Order Processing- $8.50 per order
> - Storage $30.00/Pallet per month
> - Banding- $9.00 per pallet if requested
> - Palletized Truckload in/out- $400.00
> - Labels- $1.00 Each

The next day, in his 12/15/2021 email, BBB's Csordos' confirmed BBB's agreement to pay F3's stated Warehousing charges, in the following email:

> Shaun
>
> We are going to be moving forward on returns. We have asked Caliber to reconfirm inventory one more time and we will also be keeping around 4000 total of the 2 sizes for demand for stores next year.  I have provided Caliber your contact info and they will be in

contact over the next couple of days to start arranging the returns. Caliber will be handling the trucking.

Thanks

Scott

See 12/14-15/2023 email chain annexed as **Ex. B**.

12.     From 12/21/2021 to 1/5/2022, BBB shipped its Valance Band pallets from Caliber to a warehouse provided by Logistics Plus Inc., which F3 paid to store the Bands. See bills of lading annexed hereto as **Ex. C**.   During 2022 F3 moved BBB's stored pallets from Logistics to F3's own warehouse and issued invoices to BBB.  See **Ex. D** hereto.  BBB has continued to store 125 skids or pallets of Valance Bands at F3's warehouse, at the agreed monthly charge of $3,750 ($30 per pallet per month x 125 pallets).  **Ex.** D. BBB has never challenged or disputed any of F3's invoices.

13.     The agreed charges of 6.25 months x $3,750 per month from BBB's 4/23/2023 Petition filing through October 2023 total $23,437.

14.     On 7/6/2023 and 7/24/2023, F3's counsel inquired as to BBB's plans for the stored products, both paid for and not paid for, **Ex. E** hereto, and on 8/3/2023, BBB's counsel responded as follows:

Hi Lisa,

Your client may resell or recycle the products as they wish.  The Company will not be accepting any of the shipments.

Please let us know of anything else.

Thank you,
Sarah

Sarah R. Margolis
KIRKLAND & ELLIS LLP

**Ex. F** hereto.

15.     With respect to BBB's stored Valance Bands, on the same day, 8/3/2023, BBB's

Manager of Store Set Up emailed the undersigned as follows:

> **Subject:** BBBY- paid valance band inventory
> Jason,
> Per our conversation Monday, I had a few additional questions concerning our paid inventory at F3. Can you or one of your representatives answer the following questions so we will be able to better assist with the inventory.
>
> - Address where material is currently located?
> - Is there a pallet count and an inventory count for the valance bands?
> - Are the valance bands already packaged in cardboard boxes?
>
> Thank you in advance.
>
> Tom Campbell
> Bed Bath & Beyond
> Manager- Store Set Up

**Ex. G** hereto. On 8/7/2023, the undersigned emailed answers to BBB's Manager Tom Campbell's

questions, and closed the email asking Mr. Campbell to "please let me know next steps and your

overall thoughts." **Ex. H** hereto.

16.     I've received no response from Tom Campbell or from any other BBB

representative.

17.     The storage fees quoted to BBB's Scott Csordos, and agreed to by BBB, are

reasonable for the storage services identified in paragraph 11 above and in the Shaun Coletta

12/14/2021 email attached as Ex. B hereto.

18.     The storage services F3 has provided BBB has allowed BBB to keep its Valance

Bands accessible during BBB's reorganization efforts, and to avoid the storage charges BBB was

incurring with Caliber. See 12/14-15/2023 email chain annexed as Ex. B.

19.     From its Petition date through October, BBB has had access to the stored Valance Bands for purposes of providing fit-up shelving for any retail commercial leasehold BBB has attempted to, or continues to attempt to, market.

20.     As of its filing date, BBB had 360 such commercial leaseholds.  BBB's Amended Disclosure Statement filed 7/31/2023, Doc 1690, p. 43

21.     Because BBB has benefitted from both the storage space it continues to utilize, from its savings of the Caliber Global storage charges it has avoided, *and* from BBB's continued ability to assume or reject the storage contract, F3 respectfully requests that the Court enter an Order requiring BBB to pay F3 $23,437 in post-petition storage charges from 4/23/2023 through October, as an administrative expense, and to continue paying F3 $3,750 per month as an ordinary course expense going forward until BBB assumes or rejects the F3/BBB storage contract.

22.     I declare under penalty of perjury that the foregoing is true pursuant to 28 U.S.C. § 1746(2).

September 28, 2023

Jason S. Paglia

7

## Merrill O'Brien

| | |
|---|---|
| **From:** | Scott Csordos <Scott.Csordos@bedbath.com> |
| **Sent:** | Tuesday, December 14, 2021 1:51 PM |
| **To:** | Shaun Coletta |
| **Cc:** | Chester Tait |
| **Subject:** | RE: Valance Bands |

Shaun

Per our call, please advise on below

- Location that parts could be shipped back
- How soon you could take deliveries? (we would look to ship out at ASAP)
- Breakout of all applicable fees to warehouse and storage
- Pick/pack cost to ship out items to the stores once we finalize a distro

Thanks

**From:** Shaun Coletta <scoletta@f3metalworx.com>
**Sent:** Tuesday, December 14, 2021 1:30 PM
**To:** Scott Csordos <Scott.Csordos@bedbath.com>
**Cc:** Chester Tait <Chester.Tait@bedbath.com>
**Subject:** RE: Valance Bands

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Scott,

How soon would these be delivered? We have the space for the Valance bands but would need to charge for storage and applicable fees. Would this work for you and Bed Bath?

**Shaun C. Coletta**
**VP-Sales**

**F3 Metalworx, Inc.**
2731 West 11th Street
Erie, PA 16505
**Phone:** (814) 838-9444 | **Cell:** (814) 572-9354
**Email:** scoletta@f3metalworx.com
Click Here to sign up for our Newsletter!



PAGLIA DECLARATION EXHIBIT A

**From:** Scott Csordos
**Sent:** Tuesday, December 14, 2021 10:51 AM
**To:** Shaun Coletta
**Cc:** Chester Tait
**Subject:** RE: Valance Bands

Shaun

Please see additional information I was able to get from the warehouse and advise if we can return any/all of these parts to F3

Please see below:

VB4810W- 178 pallets
3600lbs 57x54x46

VB3610- 38 pallets
2500 lbs 42x52x48

---

**From:** Scott Csordos
**Sent:** Monday, December 13, 2021 9:10 PM
**To:** Shaun Coletta <scoletta@f3metalworx.com>
**Cc:** Chester Tait <Chester.Tait@bedbath.com>
**Subject:** RE: Valance Bands

+Chester

Shaun

I am working to get below information. According to Caliber they estimate it to be 20 truckloads

Scott

---

**From:** Shaun Coletta <scoletta@f3metalworx.com>
**Sent:** Monday, December 13, 2021 1:05 PM
**To:** Scott Csordos <Scott.Csordos@bedbath.com>
**Subject:** Valance Bands

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Scott,

What is the size of the pallets and are they able to be stacked? If you have a picture of the valance bands that would be ideal. How soon would you like us to store?

**Shaun C. Coletta**
**VP-Sales**

**F3 Metalworx, Inc.**
2731 West 11th Street
Erie, PA 16505
**Phone:** (814) 838-9444 | **Cell:** (814) 572-9354
**Email:** scoletta@f3metalworx.com
Click Here to sign up for our Newsletter!



**Merrill O'Brien**

| | |
|---|---|
| **From:** | Scott Csordos <Scott.Csordos@bedbath.com> |
| **Sent:** | Wednesday, December 15, 2021 1:28 PM |
| **To:** | Shaun Coletta |
| **Cc:** | Chester Tait |
| **Subject:** | RE: Valance Bands |

Shaun

We are going to be moving forward on returns. We have asked Caliber to reconfirm inventory one more time and we will also be keeping around 4000 total of the 2 sizes for demand for stores next year.
I have provided Caliber your contact info and they will be in contact over the next couple of days to start arranging the returns. Caliber will be handling the trucking

Thanks

Scott

**From:** Shaun Coletta <scoletta@f3metalworx.com>
**Sent:** Tuesday, December 14, 2021 3:54 PM
**To:** Scott Csordos <Scott.Csordos@bedbath.com>
**Subject:** FW: Valance Bands

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Scott,

Please find the details requested below. We could begin receiving shipments as early as tomorrow at the following address.

1803 Pittsburgh Ave Erie Pa 16505

Warehousing:
- Pallet build and shrink wrap- $11 Per Pallet
- Order Processing- $8.50 per order
- Storage $30.00/Pallet per month
- Banding- $9.00 per pallet if requested
- Palletized Truckload in/out- $400.00
- Labels- $1.00 Each

**Shaun C. Coletta**
**VP-Sales**

**F3 Metalworx, Inc.**
2731 West 11th Street
Erie, PA 16505

1

**Phone:** (814) 838-9444 | **Cell:** (814) 572-9354
**Email:** scoletta@f3metalworx.com
Click Here to sign up for our Newsletter!



---

**From:** Shaun Coletta
**Sent:** Tuesday, December 14, 2021 3:46 PM
**To:** Shaun Coletta
**Subject:**

**Shaun C. Coletta**
**VP-Sales**

**F3 Metalworx, Inc.**
2731 West 11th Street
Erie, PA 16505
**Phone:** (814) 838-9444 | **Cell:** (814) 572-9354
**Email:** scoletta@f3metalworx.com
Click Here to sign up for our Newsletter!



2

# SEKO

1100 Arlington Heights Road
Suite 600
Itasca, IL 60143

Phone: 630-919-4800

Fax: 630-773-4215

| SHIP DATE Certification | ORIGIN | DEST | Due Date | Hawb |
|---|---|---|---|---|
| 12/21/2021 | CMH | ERI | 12/22/2021 | 210144838 |

**SEKO Worldwide limits their liability.**
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| Redhawk Logistics | | F3ERIE | |
| 2642 Fisher Rd | | 1803 Pittsburgh Ave | |
| - | 43204 | | 16505 |
| Columbus | OH | Erie | PA |
| UNITED STATES | | UNITED STATES | |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

| BILL TO PARTY | | BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|---|---|
| SDS AMERICAS LLC -BB | | Prepaid (Credit Approved) | $0.00 | subject to paragraph 8 in Terms & Conditions $0.00000 |
| 4100 REGENT ST | | prepaid unless otherwise noted | | |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

STE# C

COLUMBUS    OH    43219

UNITED STATES

Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

| ACCOUNT # | SDSA43219 | DECLARED VALUE FOR $ 0.00 | FULL VALUE INSURANCE $0.00 |
|---|---|---|---|

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

**SHIPPER'S SIGNATURE**          **DATE**
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)

X

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 12/22/2021 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/21 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

# LOGISTICS+

Name _Coy Labarski_

Signature

PURCHASE ORDER

380603

(Plts) Pcs _12_    Date _12/22/1_

Damage (yes) no

_Plts double stacked + tipped over — Plts have rips/tears_

| SPECIAL DELIVERY INSTRUCTIONS |
|---|
| MUST DELIVER BETWEEN 0800-1600 ON 12/22 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

**Shipper must check one of the items below.**

_____ Shipment contains no dangerous goods.    _____ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144838 | | | | |

X POD #1    **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

1

_____    _____    _____    _____
Name                    Date                Time            Cartons Received

X    (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

POD #2 (FOR OSD or PARTIALS)

_____    _____    _____    _____
Name                    Date                Time            Cartons Received

(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

Ø _12 - PHs at 280_    (_VB-48X10 W_)

| | | | | **Pieces Detail** | | | | |
|---|---|---|---|---|---|---|---|---|
| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

_John Hogan 12/21/21_

PAGLIA DECLARATION EXHIBIT C

_Joseph 12-21-21_

_row 2_

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING

1100 Arlington Heights Road   Phone: 630-919-4800
Suite 600
Itasca, IL 60143   Fax: 630-773-4215

SEKO Worldwide limits their liability.
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| Redhawk Logistics | F3ERIE |
| 2642 Fisher Rd | 1803 Pittsburgh Ave |
| Columbus      OH      43204 | Erie      PA      16505 |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

| BILL TO PARTY | BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|---|
| SDS AMERICAS LLC -BB | Prepaid (Credit Approved) | $0.00 | subject to paragraph 8 in Terms & Conditions |
| 4100 REGENT ST | prepaid unless otherwise noted | | $0.0000 |
| STE# C | | | |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

| COLUMBUS      OH      43219 | Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply. |
|---|---|
| UNITED STATES | |

| ACCOUNT # | SDSA43219 | DECLARED VALUE FOR   $ 0.00 | FULL VALUE INSURANCE   $0.00 |
|---|---|---|---|

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

| PIECES | WEIGHT | DIM WGT | DUE DATE | SHIPPER'S SIGNATURE (SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE) | DATE |
|---|---|---|---|---|---|
| 1 | 35000 | 1 | 12/22/2021 | x | 12/21/21 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/21 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

**LOGISTICS+**

Name   PURCHASE ORDER   Cory Falkowski
380603   Signature
Plts/Pcs   12   Date 12/22/21
Damage  yes / no

| SPECIAL DELIVERY INSTRUCTIONS |
|---|
| MUST DELIVER BETWEEN 0800-1600 ON 12/22 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

Plts have rips/tears

■ Shipment contains no dangerous goods.     ___ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144842 | | | | |

x POD #1   **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

x   Name _____   Date _____   Time _____   Cartons Received   1
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

POD #2 (FOR OSD or PARTIALS)
Name _____   Date _____   Time _____   Cartons Received _____
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

**Pieces Detail**

| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

1 plts. at 270   10 plts at 280   V B-36X10W
1 plt at 260

rev 3

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING

1100 Arlington Heights Road   Phone: 630-919-4800
Suite 600
Itasca, IL 60143   Fax: 630-773-4215

12/21/2021   12/22/2021   210144837

SEKO Worldwide limits their liability.
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| Redhawk Logistics | F3ERIE |
| 2642 Fisher Rd | 1803 Pittsburgh Ave |
| 43204 | 16505 |
| Columbus            OH | Erie                PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

| BILL TO PARTY | BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|---|
| SDS AMERICAS LLC -BB | Prepaid (Credit Approved) prepaid unless otherwise noted | $0.00 | subject to paragraph 8 in Terms & Conditions $0.0000 |
| 4100 REGENT ST | | | |
| STE# C | **SHIPPER'S DECLARED VALUE / INSURANCE OPTION** | | |
| COLUMBUS          OH        43219 | Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply. | | |
| UNITED STATES | | | |
| ACCOUNT #          SDSA43219 | DECLARED VALUE FOR $ 0.00   FULL VALUE INSURANCE $0.00 | | |

| PIECES | WEIGHT | DIM WGT | DUE DATE | I hereby give SEKO Worldwide permission to inspect all air cargo shipments. |
|---|---|---|---|---|
| 1 | 35000 | 1 | 12/22/2021 | SHIPPER'S SIGNATURE          DATE (SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE) X |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/21 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

*Plts have rips, tears*

| PURCHASE ORDER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| 380603 | MUST DELIVER BETWEEN 0800-1600 ON 12/22 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

Shipper must check one of the items below.

■ Shipment contains no dangerous goods.          ___ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144837 | | | | |

X POD #1   **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

X ___Name_____   ___Date_____   ___Time_____   _Cartons Received_ 1
POD #2 (FOR OSD or PARTIALS)   (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

___Name_____   ___Date_____   ___Time_____   _Cartons Received_
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

| Pieces Detail | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

*7 plts at 280          1 plt at 260*

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING

# SEKO

1100 Arlington Heights Road
Suite 600
Itasca, IL 60143

Phone: 630-919-4800

Fax: 630-773-4215

| SHIP DATE Certification | ORIGIN | DEST | Due Date | Hawb |
|---|---|---|---|---|
| 12/22/2021 | CMH | ERI | 12/23/2021 | 210144843 |

**SEKO Worldwide limits their liability.**
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| REDHAWK LOGISTICS | F3ERIE |
| 4417 EQUITY DRIVE | 1803 Pittsburgh Ave |
| 43228 | 16505 |
| COLUMBUS OH | Erie PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| REDH43228F | BULKPOBBB | F3ER16505 | BULKPOBBB |

## BILL TO PARTY

| | BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|---|
| SDS AMERICAS LLC -BB | Prepaid (Credit Approved) | $0.00 | subject to paragraph 8 in Terms & Conditions |
| 4100 REGENT ST | prepaid unless otherwise noted | | $0.0000 |
| STE# C | | | |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

| COLUMBUS OH 43219 | Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply. |
|---|---|
| UNITED STATES | |

| ACCOUNT # | SDSA43219 | DECLARED VALUE FOR | FULL VALUE INSURANCE |
|---|---|---|---|
| | | $ 0.00 | $0.00 |

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

| PIECES | WEIGHT | DIM WGT | DUE DATE | **SHIPPER'S SIGNATURE** | **DATE** |
|---|---|---|---|---|---|
| 1 | 35000 | 1 | 12/23/2021 | (SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE) x | |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/22 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

LOGISTICS+

Name

| PURCHASE ORDER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| 380603 Signature Plts/Pcs 12 Date 12-23-2 Damage (yes)/ no Multiple Canton Damaged Not Drivers fault | MUST DELIVER BETWEEN 0800-1600 ON 12/23 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

**Shipper must check one of the items below.**

■ Shipment contains no dangerous goods.    Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144843 | | | | |

**X POD #1    PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

| | | | 1 |
|---|---|---|---|
| Name | Date | Time | Cartons Received |

X (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

**POD #2 (FOR OSD or PARTIALS)**

| | | | |
|---|---|---|---|
| Name | Date | Time | Cartons Received |

(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

## Pieces Detail

| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

12 pltsat 280    VB-48X10W

# SEKO

1100 Arlington Heights Road   Phone: 630-919-4800
Suite 600
Itasca, IL 60143          Fax: 630-773-4215

| SHIP DATE Certification | ORIGIN | DEST | Due Date | Hawb |
|---|---|---|---|---|
| 12/22/2021 | CMH | ERI | 12/23/2021 | 210144844 |

SEKO Worldwide limits their liability.
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| REDHAWK LOGISTICS | F3ERIE |
| 4417 EQUITY DRIVE | 1803 Pittsburgh Ave |
| 43228 | 16505 |
| COLUMBUS   OH | Erie   PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| REDH43228F | BULKPOBBB | F3ER16505 | BULKPOBBB |

## BILL TO PARTY

SDS AMERICAS LLC -BB
4100 REGENT ST
STE# C
COLUMBUS      OH      43219
UNITED STATES

| ACCOUNT # | SDSA43219 |
|---|---|

| BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|
| Prepaid (Credit Approved) prepaid unless otherwise noted | $0.00 | subject to paragraph 8 in Terms & Conditions $0.00 |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

| DECLARED VALUE FOR | FULL VALUE INSURANCE |
|---|---|
| $ 0.00 | $0.00 |

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

SHIPPER'S SIGNATURE          DATE
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)
x

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 12/23/2021 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/22 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

# LOGISTICS+

| PURCHASE ORDER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| 38060 | MUST DELIVER BETWEEN 0800-1600 ON 12/23 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

Name
Signature
Plts/ Pcs
Damage  yes / no    Date 12-23-21
notify Cartons Damage not Drivers Fault

Shipper must check one of the items below.

☑ Shipment contains no dangerous goods.      ___ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144844 | | | | |

X POD #1   **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

1

_____      _____      _____      _____
Name                  Date        Time        Cartons Received

X   (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)
POD #2 (FOR OSD or PARTIALS)

_____      _____      _____      _____
Name                  Date        Time        Cartons Received
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

12 plts at 280      VB-48X10W

| Pieces Detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

# SEKO

| SHIP DATE Certification | ORIGIN | DEST | Due Date | Hawb |
|---|---|---|---|---|
| 12/22/2021 | CMH | ERI | 12/23/2021 | 210144839 |

1100 Arlington Heights Road    Phone: 630-919-4800
Suite 600
Itasca, IL 60143    Fax: 630-773-4215

**SEKO Worldwide limits their liability.**
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| REDHAWK LOGISTICS | F3ERIE |
| 4417 EQUITY DRIVE | 1803 Pittsburgh Ave |
| 43228 | 16505 |
| COLUMBUS        OH | Erie        PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| REDH43228F | BULKPOBBB | F3ER16505 | BULKPOBBB |

| BILL TO PARTY | BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|---|
| SDS AMERICAS LLC -BB | Prepaid (Credit Approved) prepaid unless otherwise noted | $0.00 | subject to paragraph 8 in Terms & Conditions $0.0000 |

4100 REGENT ST
STE# C
COLUMBUS        OH        43219
UNITED STATES

| ACCOUNT # | SDSA43219 |
|---|---|

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

| DECLARED VALUE FOR | FULL VALUE INSURANCE |
|---|---|
| $ 0.00 | $ 0.00 |

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

**SHIPPER'S SIGNATURE**        **DATE**
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)
x

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 12/23/2021 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/22 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

# LOGISTICS+

Name
Signature

380883
Plts/Pcs            Date 12-23-21
Damage (yes) no    Cartons Damaged on Plts
                   Not Driver's Fault

| SPECIAL DELIVERY INSTRUCTIONS |
|---|
| MUST DELIVER BETWEEN 0800-1600 ON 12/23 WITHOUT FAIL. NO EXCEPTIONS, ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

Shipper must check one of the items below.

☑ Shipment contains no dangerous goods.    ___ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144839 | | | | |

X **POD #1**    **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

_____    _____    _____    1
Name        Date        Time        Cartons Received
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

X **POD #2 (FOR OSD or PARTIALS)**

_____    _____    _____    _____
Name        Date        Time        Cartons Received
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

| Pieces Detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

12 plts @ 280   VB-48X10W

# SEKO

1100 Arlington Heights Road   Phone: 630-919-4800
Suite 600
Itasca, IL 60143   Fax: 630-773-4215

| Confirmation | Origin | Dest | Due Date | Hawb |
|---|---|---|---|---|
| 12/28/2021 | CMH | ERI | 12/29/2021 | 210144848 |

SEKO Worldwide limits their liability.
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| Redhawk Logistics | F3ERIE |
| 2642 Fisher Rd | 1803 Pittsburgh Ave |
| - | |
| 43204 | 16505 |
| Columbus      OH | Erie      PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

| BILL TO PARTY | |
|---|---|
| SDS AMERICAS LLC -BB | |
| 4100 REGENT ST | |
| STE# C | |
| COLUMBUS      OH      43219 | |
| UNITED STATES | |
| ACCOUNT #      SDSA43219 | |

**BILL CHARGES TO**: Prepaid (Credit Approved) — prepaid unless otherwise noted

| | FCCOD | SHIPPER'S COD |
|---|---|---|
| | $0.00 | subject to paragraph 8 in Terms & Conditions $0.0000 |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**
Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

DECLARED VALUE FOR   $ 0.00          FULL VALUE INSURANCE   $0.00

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

SHIPPER'S SIGNATURE      DATE
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)
x

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 12/29/2021 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/28 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

| PURCHASE ORDER # | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| 380603 | MUST DELIVER BETWEEN 0800-1600 ON 12/29 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

Shipper must check one of the items below.

■ Shipment contains no dangerous goods.          ___ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144848 | | | | |

x POD #1   **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

x      Name ___      Date ___      Time ___      Cartons Received   1
POD #2 (FOR OSD or PARTIALS)
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

Name ___      Date ___      Time ___      Cartons Received ___
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

| | Pieces Detail | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING



**SEKO**

1100 Arlington Heights Road
Suite 600
Itasca, IL 60143

Phone: 630-919-4800

Fax: 630-773-4215

| SHIP DATE | ORIGIN | DEST | Due Date | Hawb |
|---|---|---|---|---|
| 12/28/2021 | CMH | ERI | 12/29/2021 | 210144849 |

SEKO Worldwide limits their liability.
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| Redhawk Logistics | F3ERIE |
| 2642 Fisher Rd | 1803 Pittsburgh Ave |
| -                          43204 | 16505 |
| Columbus          OH | Erie          PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
|  |  |  |  |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

**BILL TO PARTY**

SDS AMERICAS LLC -BB
4100 REGENT ST
STE# C
COLUMBUS          OH          43219
UNITED STATES

| ACCOUNT # | SDSA43219 |
|---|---|

| BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|
| Prepaid (Credit Approved) prepaid unless otherwise noted | $0.00 | subject to paragraph 8 in Terms & Conditions $0.00 |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

| DECLARED VALUE FOR | FULL VALUE INSURANCE |
|---|---|
| $ 0.00 | $0.00 |

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

| SHIPPER'S SIGNATURE | DATE |
|---|---|
| (SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE) | |
| x | |

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 12/29/2021 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/28 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

LOGISTICS+

Name  *Cole N Fraschitti*

Signature

| PURCHASE ORDER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| 380603 | MUST DELIVER BETWEEN 0800-1600 ON 12/29 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MXOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

Plts/Pcs *12*  Date *12-29-21*

Damage (yes) no  *Some Cartons Damaged*

*Not Drivers Fault*

*C-3-3 + C-3-4*

*12 plts @ 280*

*VB-48X102*

Shipper must check one of the items below.

☑ Shipment contains no dangerous goods.      ☐ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144849 | | | | |

x POD #1    **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

_____     _____     _____     _____
Name          Date          Time          Cartons Received
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

x POD #2 (FOR OSD or PARTIALS)

_____     _____     _____     _____
Name          Date          Time          Cartons Received
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

| Pieces Detail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

*John Flog  12/28/21*    *Amel Tahir*

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING

# SEKO

1100 Arlington Heights Road
Suite 600
Itasca, IL 60143

Phone: 630-919-4800
Fax: 630-773-4215

**SEKO Worldwide limits their liability.**
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIP DATE | ORIGIN | DEST | Due Date | Hawb |
|---|---|---|---|---|
| 12/28/2021 | CMH | ERI | 12/29/2021 | 210144850 |

## SHIPPER

Redhawk Logistics
2642 Fisher Rd
-
Columbus          OH          43204
UNITED STATES

## CONSIGNEE

F3ERIE
1803 Pittsburgh Ave
Erie                      PA          16505
UNITED STATES

| SENT BY / NAME / DEPT | TELEPHONE |
|---|---|
| | |

| ATTN NAME / DEPT | TELEPHONE |
|---|---|
| | |

| SEKO ACCOUNT # | SHIPPER REFERENCE |
|---|---|
| Redh43204C | BULKPOBBB |

| SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|
| F3ER16505 | BULKPOBBB |

## BILL TO PARTY

SDS AMERICAS LLC -BB
4100 REGENT ST
STE# C
COLUMBUS          OH          43219
UNITED STATES

ACCOUNT #          SDSA43219

## BILL CHARGES TO

Prepaid (Credit Approved)
prepaid unless otherwise noted

| | FCCOD | SHIPPER'S COD |
|---|---|---|
| | $0.00 | subject to paragraph 8 in Terms & Conditions $0.0000 |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

DECLARED VALUE FOR     $ 0.00

FULL VALUE INSURANCE     $0.00

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

SHIPPER'S SIGNATURE                     DATE
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)

x

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 12/29/2021 |

## SERVICE LEVEL

TRUCKLOAD

# LOGISTICS+

Name _____   PURCHASE ORDER 380603
Signature _____
Plts/Pcs _12_          Date _12-29-21_
Damage yes/no   Some Cartes damaged
                not Driver Fault

12 plts at 280   VB-48 X 10 W

**Shipper must check one of the items below.**

☐ Shipment contains no dangerous goods.

☐ Shipment contains dangerous goods as described.

## SPECIAL PICKUP INSTRUCTIONS

MUST PICKUP ON 12/28 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT

## SPECIAL DELIVERY INSTRUCTIONS

MUST DELIVER BETWEEN 0800-1600 ON 12/29 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144850 | | | | |

x POD #1   **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

C-3-5
C-6-3

x   Name _____   Date _____   Time _____   Cartons Received _1_
POD #2 (FOR OSD or PARTIALS)   (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

Name _____   Date _____   Time _____   Cartons Received _____
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

## Pieces Detail

| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

John Flog 12/28/21   _____ 12-28-21

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING

# SEKO

| Ship Date | Origin | Dest | Due Date | Hawb |
|---|---|---|---|---|
| 12/28/2021 | CMH | ERI | 12/29/2021 | 210144851 |

1100 Arlington Heights Road   Phone: 630-919-4800
Suite 600
Itasca, IL 60143   Fax: 630-773-4215

**SEKO Worldwide limits their liability.**
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| Redhawk Logistics | F3ERIE |
| 2642 Fisher Rd | 1803 Pittsburgh Ave |
| - 43204 | 16505 |
| Columbus            OH | Erie            PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

| BILL TO PARTY | BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|---|
| SDS AMERICAS LLC -BB | Prepaid (Credit Approved) | $0.00 | subject to paragraph 8 in Terms & Conditions |
| 4100 REGENT ST | prepaid unless otherwise noted | | $0.0000 |
| STE# C | | | |
| COLUMBUS       OH       43219 | |||

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

UNITED STATES

Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

| ACCOUNT #       SDSA43219 | DECLARED VALUE FOR | FULL VALUE INSURANCE |
|---|---|---|
| | $ 0.00 | $0.00 |

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 12/29/2021 |

**SHIPPER'S SIGNATURE          DATE**
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)

x

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 12/28 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

# LOGISTICS+

PURCHASE ORDER

Name

Signature

Plts/Pcs _12 pts_   Date _12-29_

Damage   yes / no

| | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| 380603 | MUST DELIVER BETWEEN 0800-1600 ON 12/29 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

**Shipper must check one of the items below.**

☑ Shipment contains no dangerous goods.          ─── Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210144851 | | | | |

x POD #1   **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

Name _____   Date _____   Time _____   Cartons Received   1

X   (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

POD #2 (FOR OSD or PARTIALS)

Name _____   Date _____   Time _____   Cartons Received

(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

12   plts   250          VB-48x10W

| Pieces Detail | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB3610 | | | | |

John Hog   12/28/21          SCAVROS 12.29.2

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING



| | | | | | |
|---|---|---|---|---|---|
| | 1/5/2022 | CMH | ERI | 1/6/2022 | 210145362 |

1100 Arlington Heights Road    Phone: 630-919-4800
Suite 600
Itasca, IL 60143    Fax: 630-773-4215

**SEKO Worldwide limits their liability.**
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIPPER | CONSIGNEE |
|---|---|
| Redhawk Logistics | F3ERIE |
| 2642 Fisher Rd | 1803 Pittsburgh Ave |
| 43204 | 16505 |
| Columbus          OH | Erie          PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

| BILL TO PARTY | |
|---|---|
| SDS AMERICAS LLC -BB | |
| 4100 REGENT ST | |
| STE# C | |
| COLUMBUS          OH          43219 | |
| UNITED STATES | |
| ACCOUNT #          SDSA43219 | |

**BILL CHARGES TO**    FCCOD    **SHIPPER'S COD**
Prepaid (Credit Approved)    $0.00    subject to paragraph 8 in Terms & Conditions
prepaid unless otherwise noted    $0.00

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**
Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

DECLARED VALUE FOR          FULL VALUE INSURANCE
$ 0.00          $0.00

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.
**SHIPPER'S SIGNATURE**          DATE
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)
x

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 1/6/2022 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 01/05 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

LOGISTICS+

PURCHASE ORDER
380603
Name
Signature
Plts/Pcs          Date 1-6-22
Damage  yes  (no)

| | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| | MUST DELIVER BETWEEN 0800-1600 ON 01/06 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

**Shipper must check one of the items below.**
■ Shipment contains no dangerous goods.          ____ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210145362 | | | | |

x POD #1    **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

1

_____          _____    _____    _____
Name                  Date        Time        Cartons Received
X          (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)
POD #2 (FOR OSD or PARTIALS)

_____          _____    _____    _____
Name                  Date        Time        Cartons Received
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

### Pieces Detail

| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | VB4810 | | | | |




# SEKO

1100 Arlington Heights Road
Suite 600
Itasca, IL 60143

Phone: 630-919-4800

Fax: 630-773-4215

SEKO Worldwide limits their liability.
To view SEKO Worldwide's tariffs rules, terms and conditions, please visit www.sekologistics.com.

| SHIP DATE Certification | ORIGIN Date 24 of | DEPT | Due Date | Hawb |
|---|---|---|---|---|
| 1/5/2022 | CMH | ERI | 1/6/2022 | 210145361 |

| SHIPPER | CONSIGNEE |
|---|---|
| Redhawk Logistics | F3ERIE |
| 2642 Fisher Rd | 1803 Pittsburgh Ave |
| 43204 | 16505 |
| Columbus          OH | Erie          PA |
| UNITED STATES | UNITED STATES |

| SENT BY / NAME / DEPT | TELEPHONE | ATTN NAME / DEPT | TELEPHONE |
|---|---|---|---|
| | | | |

| SEKO ACCOUNT # | SHIPPER REFERENCE | SEKO ACCOUNT # | CONSIGNEE REF # |
|---|---|---|---|
| Redh43204C | BULKPOBBB | F3ER16505 | BULKPOBBB |

## BILL TO PARTY

SDS AMERICAS LLC -BB
4100 REGENT ST
STE# C
COLUMBUS          OH          43219
UNITED STATES

ACCOUNT #          SDSA43219

| BILL CHARGES TO | FCCOD | SHIPPER'S COD |
|---|---|---|
| Prepaid (Credit Approved) prepaid unless otherwise noted | $0.00 | subject to paragraph 8 in Terms & Conditions $0.0000 |

**SHIPPER'S DECLARED VALUE / INSURANCE OPTION**

Unless indicated below and subject to conditions on second page, reimbursement for loss/damage is the greater of $50.00 or $0.50 per pound of affected freight. Additional charges apply.

| DECLARED VALUE FOR | FULL VALUE INSURANCE |
|---|---|
| $ 0.00 | $0.00 |

I hereby give SEKO Worldwide permission to inspect all air cargo shipments.

SHIPPER'S SIGNATURE          DATE
(SUBJECT TO TERMS AND CONDITIONS ON SECOND PAGE)

X

| PIECES | WEIGHT | DIM WGT | DUE DATE |
|---|---|---|---|
| 1 | 35000 | 1 | 1/6/2022 |

| SERVICE LEVEL | SPECIAL PICKUP INSTRUCTIONS |
|---|---|
| TRUCKLOAD | MUST PICKUP ON 01/05 BETWEEN 1500-1600; CARRIER: EASE LOGISTICS / DRIVER PICKUP NUMBER-BBB # ERIE, PA 16505 / DO NOT DOUBLE STACK FREIGHT |

| PURCHASE ORDER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| 380603 | MUST DELIVER BETWEEN 0800-1600 ON 01/06 WITHOUT FAIL. NO EXCEPTIONS. ANY ISSUES CONTACT: MXOPS <MxOps@sekologistics.com>. DO NOT DOUBLE STACK FREIGHT |

Shipper must check one of the items below.

■ Shipment contains no dangerous goods.     ___ Shipment contains dangerous goods as described.

| HOUSE WAYBILL NO | SIGNED FOR BY SEKO WORLDWIDE BY | DATE RECEIVED | TIME RECEIVED | NO. SHPTS |
|---|---|---|---|---|
| 210145361 | | | | |

X POD #1     **PLEASE FAX SIGNED PROOF OF DELIVERY TO 1.866.481.7356 (toll-free)**

Name _____     Date _____     Time _____     Cartons Received     1
X
POD #2 (FOR OSD or PARTIALS)     (RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

Name _____     Date _____     Time _____     Cartons Received
(RECEIVED ABOVE SHIPMENT COMPLETE AND IN GOOD CONDITION EXCEPT AS NOTE)

## Pieces Detail

| PCS | WGHT | LGTH | WIDTH | HGHT | DESCRIPTION | SERIAL # | UN/NA # | SHIPPING NAME | HAZ CLS | PKG GRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 35000 | 1 | 1 | 1 | Store Fixtures | | | | | |

SEKO WORLDWIDE NORTH AMERICAN BILL OF LADING

# INVOICE

No.: **114985**

**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

metalworx
FIXTURES • FABRICATING • FINISHING

 **Bill To:** **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

 **Ship To:** **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | Valance Band Storage Nov. 2021 -July 2022 | | Net 30 Days | 08/01/2022 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 1166 | | Skid Storage | Skid Storage | $30.00 | $34980.00 |
| 26 | | Palletized T/L (In/Out) | | $400.00 | $10400.00 |
| 85 | | Pallet Build & Shrink Wrap | | $11.00 | $935.00 |
| 4 | | Order Processing | | $8.50 | $34.00 |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $47054.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $47054.00 |

# INVOICE

No.: **114985**

**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

**Bill To:** **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

**Ship To:** **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | Valance Band Storage Nov. 2021 -July 2022 | | Net 30 Days | 08/01/2022 | 2 |

| | | | | |
|---|---|---|---|---|
| 51 | Banding | | $9.00 | $459.00 |
| 246 | Labels | | $1.00 | $246.00 |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $47054.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $47054.00 |

# INVOICE

No.: **115613**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

 **Bill To:** **Bed Bath & Beyond**

Po Box 3118
Union, NJ 07083-3118

**Ship To:** **BUY BUY BABY #3092**

1745 DEPTFORD CENTER ROAD
DEPTFORD, NJ 08096-5662

| Ship Via | P.O. No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | Valance Band Storage | | Net 30 Days | 09/29/2022 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | Misc | | $30.00 | $3750.00 |
| | | 125 Skids @ $30/Skid | | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **116030**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

**Bill To:** **Bed Bath & Beyond**

Po Box 3118

Union, NJ 07083-3118

**Ship To:** **BUY BUY BABY #3092**

1745 DEPTFORD CENTER ROAD

DEPTFORD, NJ 08096-5662

| Ship Via | P.O. No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | SEPTEMBER PALLET STORAGE | | Net 30 Days | 10/17/2022 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | Misc | | $30.00 | $3750.00 |
| | | | SEPTEMBER PALLET STORAGE | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **117957**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

 **Bill To:** **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

 **Ship To:** **BUY BUY BABY #3092**
1745 DEPTFORD CENTER ROAD
DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | January Pallet Storage | | 1% 10/ Net 30 | 02/09/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | Misc | | $30.00 | $3750.00 |
| | | January Pallet Storage | | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **118510**

**F3 Metalworx, Inc.**

PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

FIXTURES • FABRICATING • FINISHING

**Bill To** **Bed Bath & Beyond**

Po Box 3118
Union, NJ 07083-3118

**Ship To** **BUY BUY BABY #3092**

1745 DEPTFORD CENTER ROAD
DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | February Pallet Storage | | 1% 10/ Net 30 | 03/02/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | Misc | | $30.00 | $3750.00 |
| | | February Valance Band Storage | | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **119209**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

 **Bill To** **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

**Ship To** **BUY BUY BABY #3092**
1745 DEPTFORD CENTER ROAD
DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | March Valance Band Storage | | 1% 10/ Net 30 | 04/07/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | Misc | | $30.00 | $3750.00 |
| | | | March Valance Band Storage | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **119638**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

FIXTURES • FABRICATING • FINISHING

**Bill To** **Bed Bath & Beyond**

Po Box 3118

Union, NJ 07083-3118

**Ship To** **BUY BUY BABY #3092**

1745 DEPTFORD CENTER ROAD

DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | | | 1% 10/ Net 30 | 05/02/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | Misc | | $30.00 | $3750.00 |
| | | April Valance Band Storage | | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **120136**

**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

FIXTURES • FABRICATING • FINISHING

 **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

Ship To: **BUY BUY BABY #3092**
1745 DEPTFORD CENTER ROAD
DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | May Valance Band Storage | | 1% 10/ Net 30 | 06/02/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | MISC | | $30.00 | $3750.00 |
| | | MISC | May Valance Band Storage | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **120695**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

 **Bed Bath & Beyond**

Po Box 3118

Union, NJ 07083-3118

 **BUY BUY BABY #3092**

1745 DEPTFORD CENTER ROAD

DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | July Valence Band Storage | | 1% 10/ Net 30 | 07/06/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | MISC | | $30.00 | $3750.00 |
| | | MISC | | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **120694**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

 **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

 **BUY BUY BABY #3092**
1745 DEPTFORD CENTER ROAD
DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | June Valence Band Storage | | 1% 10/ Net 30 | 07/06/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | MISC | | $30.00 | $3750.00 |
| | | MISC | | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **121525**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

FIXTURES • FABRICATING • FINISHING

**Bill To** **Bed Bath & Beyond**
Po Box 3118
Union, NJ 07083-3118

**Ship To** **90995**
TBD
NORTH EAST, PA

| Ship Via | P.O. No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | August Valence Band Storage | | 1% 10/ Net 30 | 08/11/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | MISC | | $30.00 | $3750.00 |
| | | MISC | Monthly storage fee for Valence Bands | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# INVOICE

No.: **122122**



**F3 Metalworx, Inc.**
PO Box 70
North East PA 16428
P 814-725-8637
F 814-347-0062

 **Bill To:** **Bed Bath & Beyond**

Po Box 3118
Union, NJ 07083-3118

 **Ship To:** **BUY BUY BABY #3092**

1745 DEPTFORD CENTER ROAD
DEPTFORD, NJ 08096-5662

| Ship Via | P.O No. | FOB | Terms | Date | Page |
|---|---|---|---|---|---|
| | September Valence Band Storage | | 1% 10/ Net 30 | 09/11/2023 | 1 |

| Quantity | Job # | Part Number | PO # | Price / Unit | Extended Price |
|---|---|---|---|---|---|
| 125 | | MISC | | $30.00 | $3750.00 |
| | | MISC | | | |

Please Remit Electronically To:
F3 Metalworx, Inc.
Account Number: 9837337105
Routing Number: 022000046
SWIFT Code: MANTUS33
Please Email Remittance Information to ap@f3metalworx.com

## Thank you for your business!

| | |
|---|---|
| Sub Total: | $3750.00 |
| Freight: | |
| Tax: | $0.00 |
| Total Amount: | $3750.00 |

# CM

## CAMERON & MITTLEMAN LLP
### Attorneys-at-Law

janesta@cm-law.com

July 6, 2023

**VIA EMAIL**

Joshua A. Sussberg, P.C. (Joshua.sussberg@kirkland.com)
Emily E. Geier, P.C. (Emily.geier@kirkland.com)
Derek I. Hunter (derek.hunter@kirkland.com)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Michael D. Sirota, Esq. (msirota@coleschotz.com)
Warren A. Usatine, Esq. (wusatine@coleschotz.com)
Felice R. Yudkin, Esq. (fyudkin@coleschotz.com)
COLE SCHOTZ P.C.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601

Re: Bed Bath & Beyond, Inc., et al

Ladies and Gentlemen:

This firm represents creditor F3 Metalworx, Inc. ("F3").

1. F3 is currently storing approximately $1,000,000 of product it manufactured at the direction of Bed, Bath & Beyond (BB&B"), consisting of nested metal tables and metal shelving. F3 has invoiced BB&B for this product but has not been paid.

2. F3 is also storing approximately $1,000,000 of product manufactured at the direction of BB&B, consisting of metal product name plates. BB&B has paid F3 for this product but has not authorized F3 to ship it.

By this letter F3 is requesting that BB&B pay for and authorize delivery of the product referenced in paragraph 1 and that BB&B authorize delivery of the product referenced in paragraph 2.

Alternatively, if BB&B does not wish to pay for or accept delivery of this product, we ask that F3 be allowed to sell this product, thereby reducing F3's claim against BB&B.

Very truly yours,

Joseph A. Anesta

cc:    Jason Paglia
       Merrill O'Brien, Esq.
       Justin T. Shay, Esq.

P:\DOCS\WIREW\48317\LETTERS\2G19717.DOCX

PAGLIA DECLARATION EXHIBIT E

*Experienced. Practical. Personal.*

# C M

## CAMERON & MITTLEMAN LLP
### Attorneys-at-Law

janesta@cm-law.com

July 24, 2023

**VIA EMAIL**

Joshua A. Sussberg, P.C. (Joshua.sussberg@kirkland.com)
Emily E. Geier, P.C. (Emily.geier@kirkland.com)
Derek I. Hunter (derek.hunter@kirkland.com)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Michael D. Sirota, Esq. (msirota@coleschotz.com)
Warren A. Usatine, Esq. (wusatine@coleschotz.com)
Felice R. Yudkin, Esq. (fyudkin@coleschotz.com)
COLE SCHOTZ P.C.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601

Re: Bed Bath & Beyond, Inc., et al

Ladies and Gentlemen:

This firm represents creditor F3 Metalworx, Inc. ("F3").

I am following up on my letter of July 6, 2023 (attached).

Please advise.

Very truly yours,

Joseph A. Anesta

cc:     Jason Paglia
        Merrill O'Brien, Esq.
        Justin T. Shay, Esq.

P:\DOCS\WIREW\48317\LETTERS\2G52020.DOCX



301 Promenade Street, Providence, Rhode Island 02908  |  Phone: 401.331.5700 | Fax: 401.331.5787 | www.cm-law.com

*Experienced. Practical. Personal.*

**From:** Margolis, Sarah R. <sarah.margolis@kirkland.com>
**Sent:** Thursday, August 3, 2023 2:33 PM
**To:** Lisa J. Kelly <lkelly@cm-law.com>
**Cc:** Sterrett, Charles B. <charles.sterrett@kirkland.com>; Hunter, Derek I. <derek.hunter@kirkland.com>; Joseph A. Anesta <janesta@cm-law.com>
**Subject:** RE: Bed Bath & Beyond, Inc., et al

[External]

Hi Lisa,

Your client may resell or recycle the products as they wish.  The Company will not be accepting any of the shipments.

Please let us know of anything else.

Thank you,
Sarah

Sarah R. Margolis

KIRKLAND & ELLIS LLP
601 Lexington Avenue. New York. NY 10022
T +1 212 909 3479  M +1 332 225 6904

sarah.margolis@kirkland.com

**From:** Lisa J. Kelly <lkelly@cm-law.com>
**Sent:** Monday, July 24, 2023 4:10 PM

1

PAGLIA DECLARATION EXHIBIT F

**To:** Sussberg, Josh <jsussberg@kirkland.com>; Geier, Emily <emily.geier@kirkland.com>; Hunter, Derek I. <derek.hunter@kirkland.com>; *MSirota@coleschotz.com <MSirota@coleschotz.com>; *WUsatine@coleschotz.com <WUsatine@coleschotz.com>; fyudkin@coleschotz.com
**Cc:** Joseph A. Anesta <janesta@cm-law.com>
**Subject:** Bed Bath & Beyond, Inc., et al


All –

Joe Anesta asked that I forward you the attached follow up letter relating to Bed Bath & Beyond., et al.

Thank you.


**Lisa J. Kelly**| Legal Assistant
CAMERON & MITTLEMAN LLP
301 Promenade Street  |  Providence, Rhode Island 02908
Phone: 401-331-5700  |  Fax: 401-331-5787
lkelly@cm-law.com  |  www.cm-law.com

The information contained herein and any attachments hereto is confidential. If addressed to a client or certain counsel, it is subject to the attorney-client or work-product privilege, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, please reply or notify me immediately, and destroy or erase this message.

Disclosure under IRS Circular 230:  To ensure compliance with requirements recently imposed by the IRS, we inform you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any tax related matters addressed herein.

 *Please consider the environment before printing this email.*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security,

compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**F3 Metalworx, Inc.**
Phone: (814) 431-4140
Email: jpaglia@f3metalworx.com
Click Here to sign up for our Newsletter!



**From:** Tom Campbell <Tom.Campbell@bedbath.com>
**Sent:** Thursday, August 3, 2023 8:40 AM
**To:** Jason Paglia <jpaglia@f3metalworx.com>
**Subject:** BBBY- paid valance band inventory

Jason,

Per our conversation Monday, I had a few additional questions concerning our paid inventory at F3.  Can you or one of your representatives answer the following questions so we will be able to better assist with the inventory.

- Address where material is currently located?
- Is there a pallet count and an inventory count for the valance bands?
- Are the valance bands already packaged in cardboard boxes?

Thank you in advance.

Tom Campbell
Bed Bath & Beyond
Manager- Store Set Up
Direct: 704-806-5513
tom.campbell@bedbath.com

2

**From:** Jason Paglia <jpaglia@f3metalworx.com>
**Sent:** Monday, August 7, 2023 10:17 AM
**To:** Tom Campbell <Tom.Campbell@bedbath.com>
**Cc:** Jason Paglia <jpaglia@f3metalworx.com>
**Subject:** RE: BBBY- paid valance band inventory

Tom,

Please see below – the accumulated storage fee's are $88,304 through July and accumulating at $3,750/month.

Please see the below: Also attached is the current storage charges for all VB's
1. Address where material is currently located? **12125 East Main Rd North East PA 16428**
2. Is there a pallet count and an inventory count for the valance bands?
    1. VB-36X10W=20 pallets @Total of 5,461
    2. VB-48X10W=105 Pallets @Total of 29,348
3. Are the valance bands already packaged in cardboard boxes? Yes, they are currently packaged in cardboard cartons

Tom, please let me know next steps and your overall thoughts.

Thanks so much and have a great day and so sorry it took so long to get back to you.


**Jason Paglia**
**President & CEO**

1