# Exhibit 1

**June 13, 2023 Email Exchange with Mr. Brian Tader at Brookfield**

**From:** Tader, Brian <Brian.Tader@bpretail.com>
**Sent:** Tuesday, June 13, 2023 2:00 PM
**To:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Subject:** RE: Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

> This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Ok.  That makes sense now.

**Brian Tader**
Senior Director Leasing - Big Box | Development Retail
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654
T 312.960.5007 | M 847.962.5584
brian.tader@bpretail.com
www.brookfieldproperties.com/retail

**Brookfield**
Properties



---

**From:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Sent:** Tuesday, June 13, 2023 12:57 PM
**To:** Tader, Brian <Brian.Tader@bpretail.com>
**Subject:** RE: Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

[EXTERNAL]

This is the feedback I got from Michaels, "This is a potential acquisition of a few Bed Bath and Beyond. We will be bidding in an auction for the space along with others I'm sure."

Does this make more sense?

Thank You,



**Ashley Fehlman | Senior Project Manager**
Atlas | One Source…Many Solutions
t: 561 863 6659 x4454 |  m: 561 635 4998
**Toll Free 800 772 7932**
e: ashley.f@atlasbtw.com  |  w:  www.atlasbtw.com



**From:** Tader, Brian <Brian.Tader@bpretail.com>
**Sent:** Tuesday, June 13, 2023 1:38 PM
**To:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Subject:** RE: Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

> This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

I am the box leasing person for the center. I just have not talked to Michaels yet.

**Brian Tader**
Senior Director Leasing - Big Box | Development Retail
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654
T 312.960.5007 | M 847.962.5584
brian.tader@bpretail.com
www.brookfieldproperties.com/retail

**Brookfield Properties**



---

**From:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Sent:** Tuesday, June 13, 2023 12:09 PM
**To:** Tader, Brian <Brian.Tader@bpretail.com>
**Subject:** RE: Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

**[EXTERNAL]**

I will find out, they gave me your name as the "landlord" contact.

Thank You,



**Ashley Fehlman | Senior Project Manager**
Atlas | One Source...Many Solutions
t: 561 863 6659 x4454 | m: 561 635 4998
**Toll Free 800 772 7932**
e: ashley.f@atlasbtw.com | w: www.atlasbtw.com



**From:** Tader, Brian <Brian.Tader@bpretail.com>
**Sent:** Tuesday, June 13, 2023 1:04 PM
**To:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Subject:** RE: Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

> This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

We have a Hobby Lobby at the center.  Who is Michaels talking to?

**Brian Tader**
Senior Director Leasing - Big Box | Development Retail
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654
T 312.960.5007 | M 847.962.5584
brian.tader@bpretail.com
www.brookfieldproperties.com/retail

**Brookfield**
Properties



---

**From:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Sent:** Tuesday, June 13, 2023 11:59 AM
**To:** Tader, Brian <Brian.Tader@bpretail.com>
**Subject:** RE: Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

[EXTERNAL]

HI There,

I work for Michaels, I have been told they are looking to potentially occupy the former Bed Bath & Beyond.

Thank You,



**Ashley Fehlman | Senior Project Manager**
Atlas | One Source...Many Solutions
t: 561 863 6659 x4454 | m: 561 635 4998
**Toll Free 800 772 7932**
e: ashley.f@atlasbtw.com | w: www.atlasbtw.com

**From:** Tader, Brian <Brian.Tader@bpretail.com>
**Sent:** Tuesday, June 13, 2023 12:27 PM
**To:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Subject:** RE: Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

> This message was sent from outside the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Ashley,

Who are you working with at the mall? Are you sure you have the right address?

**Brian Tader**
Senior Director Leasing - Big Box | Development Retail
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654
T 312.960.5007 | M 847.962.5584
brian.tader@bpretail.com
www.brookfieldproperties.com/retail

**Brookfield Properties**



**From:** Ashley Fehlman <ashley.f@atlasbtw.com>
**Sent:** Tuesday, June 13, 2023 10:03 AM
**To:** Tader, Brian <Brian.Tader@bpretail.com>
**Subject:** Landlord Sign Regulations: Michaels - 2203 S. Promenade Blvd, Rogers, AR

[EXTERNAL]

Good Morning,

I am working on putting together the sign package for the Michaels to be located at Michaels - 2203 S. Promenade Blvd, Rogers, AR

I wanted to reach out to see if you have a landlord sign regulations you could provide to me for this shopping center.

Thank You,



**Ashley Fehlman | Senior Project Manager**
Atlas | One Source...Many Solutions
t: 561 863 6659 x4454 | m: 561 635 4998
**Toll Free 800 772 7932**
e: ashley.f@atlasbtw.com | w: www.atlasbtw.com

 

Highly Confidential                                                                                                                       PINNACLEHILLS_0000038