# Exhibit 2

## June 30, 2023 Message from Hobby Lobby to the Landlord

**From:** HOBBY LOBBY STO[+14056419377]
**Sent:** Fri 6/30/2023 11:38:17 AM Eastern Daylight Time
**To:** Tader, Brian[Brian.Tader@bpretail.com]
**Subject:** Voice Mail (1 minute and 3 seconds)
**Attachment:** audio.mp3

[EXTERNAL]
Hey, Brian Les Miller with Hobby Lobby Stores. Just wanted to catch up with you. We notice that Michaels apparently was a successful bidder on the. Bed Bath Beyond Space and Rogers AR. Boy, I really thought you guys would probably bid on that and recapture the space, but. Regardless Monday visit with you about that we certainly haven't exclusive in our lease but I that it applies to the Bed Bath lease given the age of it but. Just checking in as well touching base, we can talk middle and next week after the holiday. I'm traveling right now, but if you want to check with me now, my cell phone number is 405-641-9377. Thank you. Bye.

You received a voice mail from HOBBY LOBBY STO.

Thank you for using Transcription! If you don't see a transcript above, it's because the audio quality was not clear enough to transcribe.

Set Up Voice Mail

Highly Confidential
PINNACLEHILLS_0000166