## Exhibit 10

**Debtors' Email Proposing to Modify the Bidding Procedures Under the Procedures Order**

## Rivero, Devin

| | |
|---|---|
| **From:** | Fiedler, Ross J. <ross.fiedler@kirkland.com> |
| **Sent:** | Wednesday, September 27, 2023 12:47 PM |
| **Cc:** | Geier, Emily; *WUsatine@coleschotz.com; dbass@coleschotz.com; Sandler, Bradford J.; rfeinstein@pszjlaw.com; Charles Dale |
| **Subject:** | Bed Bath & Beyond – Pinnacle Hills Lease Auction |

An auction will be held today, **Wednesday, September 27, 2023 at 3:00 p.m. Eastern Time** via Zoom (with details set forth below and in the calendar invite circulated last night).

The auction will be conducted in accordance with, and subject to, the order approving the lease sale procedures, entered by the Bankruptcy Court at Docket Number 422 (as may have been amended or modified) ("Lease Sale Procedures Order"), subject to the following terms:

1. Hobby Lobby, Pinnacle Hills, and Michaels (the "Bidding Parties") shall each be deemed to be Qualified Bidders (as defined in the Lease Sale Procedures Order);
2. each Bidding Party shall be permitted to discuss the terms of any bid with any other Bidding Party;
3. the starting bid for the Pinnacle Hills Lease is $1.7 million from Hobby Lobby;
4. the minimum overbid is $50,000;
5. absent consent of the Debtors, a Qualified Bid may not deviate substantially from the terms of the assumption and assignment agreement between the Debtor and Hobby Lobby;
6. Pinnacle Hills, as Landlord on the Pinnacle Hills Lease, is precluded from raising any objection to the proposed lease assignment which was already ruled upon by the Bankruptcy Court at the hearing on August 30, 2023; and
7. a hearing is scheduled for October 3, 2023 for approval of the Pinnacle Hills Lease Assignment, with objections due by Monday, October 2, 2023 at 4:00 p.m. Eastern Time.

**Topic: Bed Bath & Beyond Auction**
**Time: Sep 27, 2023 03:00 PM Eastern Time (US and Canada)**

Join Zoom Meeting
https://kirkland.zoom.us/j/96620689967?pwd=Ukx6SHNmN2VsV3hZY2pxT0N6TUlKQT09

Meeting ID: 966 2068 9967
Passcode: 375701
One tap mobile
+16469313860,,96620689967#,,,,,,0#,,375701# US
+16465588656,,96620689967#,,,,,,0#,,375701# US (New York)

Dial by your location
    +1 646 931 3860 US
    +1 646 558 8656 US (New York)
    +1 305 224 1968 US
    +1 309 205 3325 US

Meeting ID: 966 2068 9967
Passcode: 375701
Find your local number: https://kirkland.zoom.us/u/abkPWIAxVC

1

Join by SIP
96620689967@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
221.122.88.195 (China)
213.244.140.110 (Germany)
209.9.211.110 (Hong Kong SAR)
Meeting ID: 966 2068 9967
Passcode: 375701

**Ross J. Fiedler**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4351  **M** +1 914 523 2487
**F** +1 212 446 4900

ross.fiedler@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.