# **Exhibit 11**

**Debtors' Email Announcing the Successful Bidder and Backup Bidder**

# Rivero, Devin

| | |
|---|---|
| **From:** | Fiedler, Ross J. <ross.fiedler@kirkland.com> |
| **Sent:** | Wednesday, September 27, 2023 5:30 PM |
| **To:** | krosen@lowenstein.com; mseymour@lowenstein.com; Pesce, Gregory; Hershey, Samuel; Baccash, Laura; Rivero, Devin; rmalone@gibbonslaw.com; Gyves, William; Elliott, Kristin; Weintraub, Philip A.; LeHane Robert L.; Gross, Philip J. |
| **Cc:** | Geier, Emily; *MSirota@coleschotz.com; *WUsatine@coleschotz.com; dbass@coleschotz.com; Sandler, Bradford J.; rfeinstein@pszjlaw.com; Charles Dale; Volin, Megan R. |
| **Subject:** | RE: Bed Bath & Beyond – Pinnacle Hills Lease Auction |

All –

Thank you for your participation in today's auction.  Consistent with the Lease Sale Procedures Order [Docket No. 422], the Debtors, in consultation with the Consultation Parties, have selected the Qualified Bid from Hobby Lobby Stores, Inc. as the Successful Bid and the Qualified Bid from Michaels Stores, Inc. as the Backup Bid.

For the avoidance of doubt, the Successful Bid from Hobby Lobby Stores, Inc. includes, among other things, $2.1 million in cash consideration and is otherwise on the terms of the assumption and assignment agreement entered into with the Debtors.  The Backup Bid from Michaels Stores, Inc. includes $2.05 million in cash consideration and is otherwise on the terms of the assumption and assignment agreement entered into with the Debtors.

A hearing on approval of the assumption and assignment of the Pinnacle Hills Lease will be held on Tuesday, October 3, 2023 at 2:00 p.m. Eastern Time.  The deadline to object to the assumption and assignment of the Pinnacle Hills Lease is October 2, 2023 at 4:00 p.m. Eastern Time.

Thank you –

**Ross J. Fiedler**

---

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4351  **M** +1 914 523 2487
**F** +1 212 446 4900

---

ross.fiedler@kirkland.com


-----Original Appointment-----
**From:** Black, Jacob E. <jacob.black@kirkland.com>
**Sent:** Tuesday, September 26, 2023 10:19 PM
**To:** Black, Jacob E.; krosen@lowenstein.com; mseymour@lowenstein.com; gregory.pesce@whitecase.com; sam.hershey@whitecase.com; laura.baccash@whitecase.com; devin.rivero@whitecase.com; Geier, Emily; Fiedler, Ross J.; *MSirota@coleschotz.com; dbass@coleschotz.com; *WUsatine@coleschotz.com; rmalone@gibbonslaw.com; Sandler, Bradford J.; rfeinstein@pszjlaw.com; Gyves, William; Elliott, Kristin; Weintraub, Philip A.; LeHane Robert L.; Charles Dale; Foster, Julia R.; Gross, Philip J.
**Subject:** Bed Bath & Beyond – Pinnacle Hills Lease Auction
**When:** Wednesday, September 27, 2023 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://kirkland.zoom.us/j/96620689967?pwd=Ukx6SHNmN2VsV3hZY2pxT0N6TUlKQT09

Join Zoom Meeting

https://kirkland.zoom.us/j/96620689967?pwd=Ukx6SHNmN2VsV3hZY2pxT0N6TUlKQT09

Meeting ID: 966 2068 9967
Passcode: 375701
One tap mobile
+16469313860,,96620689967#,,,,,,0#,,375701# US
+16465588656,,96620689967#,,,,,,0#,,375701# US (New York)

Dial by your location
    +1 646 931 3860 US
    +1 646 558 8656 US (New York)
    +1 305 224 1968 US
    +1 309 205 3325 US

Meeting ID: 966 2068 9967
Passcode: 375701
Find your local number: https://kirkland.zoom.us/u/abkPWIAxVC

Join by SIP
96620689967@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
221.122.88.195 (China)
213.244.140.110 (Germany)
209.9.211.110 (Hong Kong SAR)
Meeting ID: 966 2068 9967
Passcode: 375701

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.