# Exhibit 13

## Hobby Lobby's Email Exchange with the Landlord

**From:** Les S Miller[les.miller@hobbylobby.com]
**Sent:** Thur 8/24/2023 12:12:20 PM Eastern Daylight Time
**To:** Tader, Brian[Brian.Tader@bpretail.com]; Aronoff, Jeffrey[Jeffrey.Aronoff@bpretail.com]
**Subject:** RE: Rogers AR

[EXTERNAL]

Apologies for the email…

**From:** Les S Miller
**Sent:** Thursday, August 24, 2023 10:53 AM
**To:** 'Tader, Brian' <Brian.Tader@bpretail.com>; 'Aronoff, Jeffrey' <Jeffrey.Aronoff@bpretail.com>
**Subject:** RE: Rogers AR

Brain…will LL send us the BBB lease now so that we can do a quick review of it? Thanks.

**From:** Les S Miller
**Sent:** Thursday, August 24, 2023 10:45 AM
**To:** 'Tader, Brian' <Brian.Tader@bpretail.com>; Aronoff, Jeffrey <Jeffrey.Aronoff@bpretail.com>
**Subject:** Rogers AR

Brain…has LL done any additional work in regard to option periods for Mardel?

**From:** Les S Miller
**Sent:** Monday, August 21, 2023 4:05 PM
**To:** 'Tader, Brian' <Brian.Tader@bpretail.com>
**Subject:** RE: [EXTERNAL]RE: Call

Brain,

Our plan would be for Hobby Lobby Stores, Inc. to take assignment of the lease, assuming it gives us the right to sublease the space to Mardel (at the same rent). We would also like to secure three additional, 5-year options. Let me know how you want to manage this. Thanks,

Les

**From:** Tader, Brian <Brian.Tader@bpretail.com>
**Sent:** Monday, August 21, 2023 3:29 PM
**To:** Les S Miller <les.miller@hobbylobby.com>
**Subject:** [EXTERNAL]RE: Call

Do you have time for a quick call?

**Brian Tader**
Senior Director Leasing - Big Box | Development Retail
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654
T 312.960.5007 | M 847.962.5584
brian.tader@bpretail.com
www.brookfieldproperties.com/retail

**Brookfield Properties**



**From:** Les S Miller <les.miller@hobbylobby.com>
**Sent:** Monday, August 21, 2023 3:16 PM
**To:** Tader, Brian <Brian.Tader@bpretail.com>

**Subject:** Call

[EXTERNAL]
Sorry I missed your call Brian. I'm in the office this afternoon. Thanks.

*Les Miller, MAI*
Real Estate Representative
**P:** 405.745.1658
**F:** 405.745.1635
**E:** les.miller@hobbylobby.com
7707 SW 44th Street, Oklahoma City, OK 73179

**HOBBY LOBBY.**

---

This email message, including any attachment(s) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email.

⚠ This email is from an external address. Exercise caution when following links or opening attachments. ⚠

Highly Confidential                                                                                                                                                         PINNACLEHILLS_0000163