**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP**
Jeffrey Bernstein, Esq.
570 Broad Street, Suite 1401
Newark, NJ 07102
Telephone: (973) 622-7711
E-mail: jbernstein@mdmc-law.com
         -AND-
Lawrence J. Hilton, Esq. (admitted *pro hac vice*)
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
E-mail: lhilton@onellp.com

*Attorneys for HRTC I, LLC*

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11
(Jointly Administered)

Case No. 23-13359 (VFP)

## ORDER GRANTING MOTION OF HRTC I, LLC FOR LEAVE TO FILE A LATE ADMINISTRATIVE CLAIM

The relief set forth on the following pages numbered two (2) through two (2) is

**ORDERED.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

This matter having come before the Court by way of Motion filed by HRTC I, LLC by and through its attorneys, and after consideration, and for good cause shown:

IT IS HEREBY ORDERED:

1. The Motion of HRTC I, LLC for Leave to File a Late Administrative Claim is hereby GRANTED.

2. HRTC I, LLC is permitted to file an administrative claim in substantially similar form to the proposed claim submitted with the Motion as Exhibit 4 to the Hilton Declaration.

_____
U.S.B.J.