## **CERTIFICATE OF SERVICE**

      Undersigned counsel hereby certifies that on October 2, 2023, true and correct copies of the foregoing document was served upon the parties listed on the attached service list in the manner indicated and on all parties via CM/ECF:

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Jeffrey Bernstein*
Jeffrey Bernstein, Esq.
Nicole Leonard, Esq.
570 Broad Street, Suite 1401
Newark, NJ 07102
Telephone: (973) 565-2183
Facsimile: (973) 622-5314
E-mail: jbernstein@mdmc-law.com
         nleonard@mdmc-law.com

*Attorneys for HRTC I, LLC*

**Service List**
*(All Parties Served Via E-Mail Delivery, Unless Otherwise Indicated)*

| | |
|---|---|
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>**Cole Schotz, P.C.**<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Counsel to Debtors* | Joshua A. Sussberg<br>Emily E. Geier<br>Derek I. Hunter<br>Ross J. Fiedler<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>ross.fiedler@kirkland.com<br><br>*Co-Counsel to Debtors* |
| Alexandria Nikolinos<br>Fran B. Steele<br>**U.S. Department of Justice**<br>Alexandria.nikolinos@usdoj.gov<br>fran.b.steele@usdoj.gov<br><br>*U.S. Trustee* | Beth E. Levine<br>Robert J. Feinstein<br>Colin R. Robinson<br>Bradford J. Sandler<br>Alan J. Kornfeld<br>**Pachulski Stang Ziehl & Jones, LLP**<br>blevine@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>crobinson@pszjlaw.com<br>bsandler@pszjlaw.com<br>akornfeld@pszjlaw.com<br><br>*Counsel to Official Committee of Unsecured Creditors* |