**EXHIBIT B**
ITEMIZED DAILY TIME RECORDS
FOR THE PERIOD OF SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Business Plan** | | | |
| Bresnahan, Thomas | 9/11/2023 | 1.0 | Participate on call with Alix, Debtors and A&M team (Greenberg, Bresnahan, Londo, Brouwer, Sinclair) re: long term forecasts |
| Brouwer, Matthew | 9/11/2023 | 1.0 | Participate on call with Debtor, Alix Partners and A&M (Greenberg, Bresnahan, Londo, Brouwer, Sinclair) re: long term forecasts |
| Greenberg, Mark | 9/11/2023 | 1.0 | Call with CFO, Alix and A&M team (Greenberg, Bresnahan, Londo, Brouwer, Sinclair) to discuss long-term forecasting |
| Londo, Mason | 9/11/2023 | 1.0 | Participate on call with Alix, Debtors and A&M team (Greenberg, Bresnahan, Londo, Brouwer, Sinclair) re: long term forecasts |
| Sinclair, Gibbons | 9/11/2023 | 1.0 | Call with Alix, Debtors and A&M team (Greenberg, Sinclair, Brouwer, Bresnahan, Londo) re: long-range forecast |
| Bresnahan, Thomas | 9/11/2023 | 0.8 | Internal call (Greenberg, Brouwer, Bresnahan, Sinclair) re: long term forecasting |
| Brouwer, Matthew | 9/11/2023 | 0.8 | Internal call (Greenberg, Brouwer, Bresnahan, Sinclair) to discuss long term forecasting |
| Greenberg, Mark | 9/11/2023 | 0.6 | Call (partial) with A&M team (Greenberg, Brouwer, Bresnahan, Sinclair) to discuss long-term forecasting |
| Sinclair, Gibbons | 9/11/2023 | 0.8 | Call with A&M team (Greenberg, Brouwer, Bresnahan, Sinclair) re: long-range forecasting |
| Brouwer, Matthew | 9/11/2023 | 1.3 | Review documentation to prepare for call with Debtors, Alix Partners and A&M re: long term forecasts |
| Greenberg, Mark | 9/11/2023 | 0.2 | Prepare for call with CFO to discuss long-term forecasting |
| Sinclair, Gibbons | 9/11/2023 | 0.7 | Review long-term forecasts in preparation for call with Crossen |
| Sinclair, Gibbons | 9/11/2023 | 0.4 | Summarize call with Debtors' CFO re: long-term forecasting |
| Sinclair, Gibbons | 9/12/2023 | 1.2 | Draft internal memorandum re: call with Debtors' CFO re: long-term forecasting |
| Brouwer, Matthew | 9/25/2023 | 0.2 | Correspond with Debtors re: historical forecasts |
| **Subtotal** | | **12.0** | |
| **Case Administration** | | | |
| Brouwer, Matthew | 9/5/2023 | 0.4 | Update internal A&M work plan |
| Brouwer, Matthew | 9/6/2023 | 0.2 | Update internal A&M work plan |
| **Subtotal** | | **0.6** | |
| **Cash Budget** | | | |
| Brouwer, Matthew | 9/1/2023 | 0.9 | Review weekly operational report |
| Brouwer, Matthew | 9/1/2023 | 0.8 | Review latest weekly cash flow forecast |
| Sterling, Andrew | 9/1/2023 | 2.4 | Prepare budget-to-actual cash variance report |
| Sterling, Andrew | 9/1/2023 | 1.1 | Analyze weekly operational update |
| Brouwer, Matthew | 9/5/2023 | 0.5 | Review updated weekly cash flow forecast |
| Brouwer, Matthew | 9/5/2023 | 0.4 | Review weekly operational report provided by the Debtors |
| Sinclair, Gibbons | 9/5/2023 | 0.4 | Develop weekly fee estimate |
| Sterling, Andrew | 9/5/2023 | 2.8 | Analyze weekly cash flow budget |
| Brouwer, Matthew | 9/6/2023 | 0.8 | Review latest weekly cash flow report |
| Greenberg, Mark | 9/6/2023 | 0.2 | Review UCC professional fee estimates |

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Greenberg, Mark | 9/6/2023 | 0.1 | Correspond with Debtors re: UCC professional fee estimates |
| Sinclair, Gibbons | 9/6/2023 | 0.7 | Develop weekly fee estimate |
| Brouwer, Matthew | 9/7/2023 | 0.2 | Correspondence with Alix Partners re: operational report |
| Brouwer, Matthew | 9/7/2023 | 0.3 | Call with Alix Partners re: cash flow forecast |
| Greenberg, Mark | 9/7/2023 | 0.4 | Review updated cash flow report |
| Sterling, Andrew | 9/7/2023 | 2.8 | Prepare budget-to-actual cash variance report |
| Sterling, Andrew | 9/7/2023 | 1.1 | Analyze weekly operational update |
| Brouwer, Matthew | 9/8/2023 | 0.6 | Review updated liquidity analysis |
| Brouwer, Matthew | 9/8/2023 | 0.7 | Review updated liquidity report / recovery analysis |
| Greenberg, Mark | 9/8/2023 | 1.3 | Analyze latest operational update |
| Greenberg, Mark | 9/12/2023 | 0.3 | Review cash sources & uses correspondence from Debtors |
| Sinclair, Gibbons | 9/12/2023 | 0.3 | Review Debtors' cash sources and uses |
| Greenberg, Mark | 9/13/2023 | 0.9 | Analyze cash sources & uses |
| Greenberg, Mark | 9/13/2023 | 0.6 | Review cash budget detail |
| Sinclair, Gibbons | 9/13/2023 | 0.2 | Research Debtors' cash sources and uses |
| Sinclair, Gibbons | 9/13/2023 | 3.4 | Review tax proofs of claims re: Debtors' cash sources and uses |
| Sinclair, Gibbons | 9/13/2023 | 0.4 | Review Debtors' winddown budget re: Debtors' cash sources and uses |
| Sinclair, Gibbons | 9/13/2023 | 1.3 | Develop weekly professional fee estimate |
| Brouwer, Matthew | 9/14/2023 | 1.1 | Review updated weekly cash flow forecast |
| Greenberg, Mark | 9/14/2023 | 0.2 | Correspond with Debtors re: UCC professional fee estimates |
| Brouwer, Matthew | 9/15/2023 | 1.4 | Review updated weekly operational report |
| Sterling, Andrew | 9/15/2023 | 2.5 | Prepare budget-to-actual cash variance report |
| Sterling, Andrew | 9/15/2023 | 1.1 | Analyze weekly operational update |
| Greenberg, Mark | 9/16/2023 | 0.2 | Correspond with Debtors re: tax payments |
| Sinclair, Gibbons | 9/16/2023 | 0.7 | Research prepetition taxes paid from the petition date |
| Greenberg, Mark | 9/17/2023 | 0.2 | Review professional fee carve out estimate |
| Greenberg, Mark | 9/17/2023 | 0.5 | Review cash budget detail |
| Brouwer, Matthew | 9/18/2023 | 2.3 | Analyze flow of funds provided by the Debtors |
| Brouwer, Matthew | 9/18/2023 | 0.9 | Analyze costs related to the winddown of the estate |
| Sinclair, Gibbons | 9/18/2023 | 0.4 | Review postpetition expenses for winddown budget analysis |
| Sterling, Andrew | 9/18/2023 | 1.4 | Analyze weekly cash flow budget |
| Brouwer, Matthew | 9/19/2023 | 1.3 | Review Debtors' cash forecast to assess ability to pay admin and priority claims |
| Sinclair, Gibbons | 9/20/2023 | 0.9 | Develop weekly professional fee estimate |

*Exhibit B*

**Bed Bath & Beyond, Inc., et al.**
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Brouwer, Matthew | 9/21/2023 | 0.8 | Update analysis of winddown costs |
| Greenberg, Mark | 9/21/2023 | 0.3 | Correspond with Debtors re: UCC professional fee estimates |
| Brouwer, Matthew | 9/22/2023 | 0.6 | Review operational update report |
| Brouwer, Matthew | 9/22/2023 | 0.4 | Review updated liquidity forecast provided by the Debtors |
| Sterling, Andrew | 9/23/2023 | 1.2 | Prepare budget-to-actual cash variance report |
| Sterling, Andrew | 9/24/2023 | 1.5 | Prepare budget-to-actual cash variance report |
| Brouwer, Matthew | 9/25/2023 | 0.4 | Update analysis of winddown costs |
| Brouwer, Matthew | 9/26/2023 | 0.6 | Analyze support from Alix Partners re: pre-filing tax payments |
| Sinclair, Gibbons | 9/26/2023 | 1.5 | Review operational reports for prepetition tax payments |
| Sinclair, Gibbons | 9/26/2023 | 0.8 | Develop weekly professional fee estimate |
| Sterling, Andrew | 9/26/2023 | 1.5 | Analyze weekly operational update |
| Greenberg, Mark | 9/27/2023 | 0.6 | Review final cash flows prepared by Debtors |
| Greenberg, Mark | 9/27/2023 | 0.1 | Correspond with Debtors re: estimated UCC professional fees |
| Sinclair, Gibbons | 9/27/2023 | 0.6 | Develop weekly professional fee estimate |
| Sterling, Andrew | 9/27/2023 | 0.8 | Analyze weekly operational update |
| Sterling, Andrew | 9/27/2023 | 2.9 | Analyze weekly cash flow budget |
| Brouwer, Matthew | 9/28/2023 | 1.2 | Analyze updated cash flow forecast |
| Greenberg, Mark | 9/28/2023 | 0.2 | Correspond with Debtors re: estimated UCC professional fees |
| Greenberg, Mark | 9/28/2023 | 0.1 | Correspond with Debtors re: operational update |
| Sterling, Andrew | 9/28/2023 | 0.9 | Analyze estimated FILO recoveries |
| Brouwer, Matthew | 9/29/2023 | 0.8 | Review final operating report |
| Brouwer, Matthew | 9/29/2023 | 0.3 | Review admin / priority claim funding sources |
| Sterling, Andrew | 9/29/2023 | 1.4 | Analyze weekly operational update |
| Sterling, Andrew | 9/29/2023 | 1.0 | Analyze weekly cash flow budget |
| **Subtotal** | | **61.5** | |

| **Claims / Liabilities Subject to Compromise** | | | |
|---|---|---|---|
| Brouwer, Matthew | 9/8/2023 | 0.7 | Analyze admin and priority claim estimates |
| Greenberg, Mark | 9/11/2023 | 0.4 | Correspond with unsecured creditor and Debtors re: outstanding post-petition obligation |
| Brouwer, Matthew | 9/13/2023 | 0.8 | Participate on call with Alix Partners and A&M team (Brouwer, Greenberg, Sinclair) re: admin / priority claims |
| Greenberg, Mark | 9/13/2023 | 0.8 | Call with Debtors and A&M team (Brouwer, Greenberg, Sinclair) to discuss administrative and priority claims |
| Sinclair, Gibbons | 9/13/2023 | 0.8 | Call with Alix Partners and A&M team (Brouwer, Greenberg, Sinclair) re: admin /priority claims |
| Brouwer, Matthew | 9/13/2023 | 0.5 | Prepare for call with Alix Partners re: admin / priority claims |

Exhibit B

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Brouwer, Matthew | 9/13/2023 | 0.7 | Review support for 503b9 claims provided by the Debtors |
| Brouwer, Matthew | 9/13/2023 | 1.3 | Analyze filed proofs of claim related to admin / priority claims |
| Brouwer, Matthew | 9/14/2023 | 1.5 | Review support for priority tax claims |
| Brouwer, Matthew | 9/14/2023 | 0.9 | Review outstanding litigation claims |
| Brouwer, Matthew | 9/17/2023 | 1.1 | Review updated support for priority and admin claims provided by Alix Partners |
| Brouwer, Matthew | 9/18/2023 | 1.9 | Assess admin and priority claim estimates provided by the Debtors |
| Brouwer, Matthew | 9/18/2023 | 1.3 | Update admin and priority claim analysis |
| Greenberg, Mark | 9/18/2023 | 1.7 | Analyze admin and priority claims |
| Brouwer, Matthew | 9/19/2023 | 2.5 | Update admin and priority claim analysis |
| Brouwer, Matthew | 9/19/2023 | 0.2 | Correspond with UCC counsel regarding admin and priority claims |
| Brouwer, Matthew | 9/19/2023 | 1.9 | Review detail supporting priority tax claims |
| Greenberg, Mark | 9/19/2023 | 0.3 | Call with UCC counsel to discuss admin and priority claims |
| Greenberg, Mark | 9/19/2023 | 0.9 | Analyze admin and priority claims |
| Brouwer, Matthew | 9/20/2023 | 1.0 | Call with UCC counsel and A&M team (Greenberg, Brouwer) re: priority / admin claims |
| Greenberg, Mark | 9/20/2023 | 0.9 | Call with UCC counsel (partial) and A&M team (Greenberg, Brouwer) to discuss admin and priority claims |
| Brouwer, Matthew | 9/20/2023 | 1.6 | Update admin / priority claim analysis |
| Brouwer, Matthew | 9/21/2023 | 0.6 | Update admin / priority claim analysis |
| Brouwer, Matthew | 9/22/2023 | 0.3 | Update admin / priority claim analysis |
| Greenberg, Mark | 9/26/2023 | 0.2 | Correspond with UCC counsel re: admin and priority claims |
| Greenberg, Mark | 9/26/2023 | 0.6 | Review admin and priority claims |
| Brouwer, Matthew | 9/27/2023 | 0.3 | Update admin / priority claim analysis |
| **Subtotal** | | **25.7** | |

| Court Attendance / Participation | | | |
|---|---|---|---|
| Brouwer, Matthew | 9/12/2023 | 1.9 | Attend plan confirmation hearing |
| Greenberg, Mark | 9/12/2023 | 1.9 | Attend plan confirmation hearing |
| Sinclair, Gibbons | 9/12/2023 | 1.9 | Attend plan confirmation hearing |
| **Subtotal** | | **5.7** | |

| Employee Matters | | | |
|---|---|---|---|
| Schoenbrun, Max | 9/6/2023 | 0.6 | Analyze stock prices for peer companies re: employee compensation analysis |
| Schoenbrun, Max | 9/6/2023 | 0.4 | Analyze peer companies re: employee compensation analysis |
| Yudell, Vance | 9/6/2023 | 1.1 | Review stock price details for Debtors' peer companies re: employee compensation analysis |
| Schoenbrun, Max | 9/7/2023 | 0.3 | Analyze Debtors' compensation practices |
| Schoenbrun, Max | 9/7/2023 | 0.7 | Review Debtors' compensation analysis |

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Sinclair, Gibbons | 9/7/2023 | 1.8 | Review updated board materials for executive compensation analyses |
| Yudell, Vance | 9/7/2023 | 1.2 | Review peer severance arrangements for executive level employees |
| Hoeinghaus, Allison | 9/8/2023 | 0.2 | Review employee severance arrangements |
| Sinclair, Gibbons | 9/8/2023 | 2.7 | Review updated board materials for executive compensation analyses |
| Sinclair, Gibbons | 9/8/2023 | 1.8 | Develop summary of executive compensation materials |
| Yudell, Vance | 9/8/2023 | 1.8 | Review peer severance arrangements for non-executive level employees |
| Hoeinghaus, Allison | 9/11/2023 | 0.5 | Review director compensation arrangements |
| Yudell, Vance | 9/15/2023 | 1.4 | Review diligence materials re: director compensation presentations for the board |
| Yudell, Vance | 9/18/2023 | 2.0 | Review diligence materials re: executive compensation presentations for the board |
| Hoeinghaus, Allison | 9/27/2023 | 0.9 | Review executive compensation arrangements |
| **Subtotal** | | **17.4** | |

| **Fee Application** | | | |
|---|---|---|---|
| Sinclair, Gibbons | 9/14/2023 | 2.1 | Draft August fee statement |
| Greenberg, Mark | 9/20/2023 | 2.6 | Review August fee statement |
| Greenberg, Mark | 9/26/2023 | 0.3 | Review August fee statement |
| Sinclair, Gibbons | 9/26/2023 | 1.2 | Draft August fee statement |
| Sinclair, Gibbons | 9/27/2023 | 0.5 | Update August fee statement |
| **Subtotal** | | **6.7** | |

| **Financial & Operational Matters** | | | |
|---|---|---|---|
| Brouwer, Matthew | 9/1/2023 | 0.5 | Review updated diligence tracker |
| Brouwer, Matthew | 9/1/2023 | 0.4 | Review board material index |
| Brouwer, Matthew | 9/1/2023 | 0.3 | Correspondence with UCC counsel re: document production |
| Brouwer, Matthew | 9/1/2023 | 1.3 | Review document production provided by the Debtors |
| Sinclair, Gibbons | 9/1/2023 | 0.6 | Review board materials in Debtors' latest document production |
| Brouwer, Matthew | 9/5/2023 | 0.3 | Supervise due diligence tracker update |
| Brouwer, Matthew | 9/5/2023 | 0.2 | Correspond with Debtors re: outstanding document requests |
| Sinclair, Gibbons | 9/5/2023 | 0.8 | Update diligence request list |
| Sinclair, Gibbons | 9/5/2023 | 1.5 | Review board of director document production for missing data |
| Sinclair, Gibbons | 9/5/2023 | 0.5 | Update summary of board of director minutes |
| Sinclair, Gibbons | 9/5/2023 | 2.3 | Review board of director resolutions re: business transformation |
| Sinclair, Gibbons | 9/5/2023 | 0.7 | Review dataroom for board minutes |
| Brouwer, Matthew | 9/6/2023 | 0.9 | Review and update document request tracker |

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Sinclair, Gibbons | 9/6/2023 | 1.3 | Review board resolutions re: share repurchases |
| Sinclair, Gibbons | 9/6/2023 | 0.4 | Draft internal memoranda re: board minutes |
| Sinclair, Gibbons | 9/6/2023 | 0.8 | Research Debtors' historical organizational structure |
| Sterling, Andrew | 9/6/2023 | 1.4 | Prepare analysis on insider stock sales/purchases |
| Brouwer, Matthew | 9/7/2023 | 2.1 | Review board of directors materials |
| Brouwer, Matthew | 9/7/2023 | 1.2 | Review Everlaw data room productions |
| Brouwer, Matthew | 9/7/2023 | 1.1 | Review insider stock sales/purchases analysis |
| Sinclair, Gibbons | 9/7/2023 | 1.5 | Review board materials for investment banker valuations |
| Brouwer, Matthew | 9/8/2023 | 0.5 | Review document production provided by the Debtors |
| Brouwer, Matthew | 9/9/2023 | 0.8 | Review and update share repurchase analysis |
| Brouwer, Matthew | 9/11/2023 | 0.6 | Review share repurchase analysis |
| Brouwer, Matthew | 9/11/2023 | 0.1 | Correspond with Alix Partners re: outstanding information requests |
| Brouwer, Matthew | 9/11/2023 | 0.9 | Review data room production |
| Sinclair, Gibbons | 9/11/2023 | 1.3 | Review latest board material production |
| Sinclair, Gibbons | 9/12/2023 | 0.2 | Review document database for information re: 3rd party advisors |
| Brouwer, Matthew | 9/13/2023 | 0.8 | Update diligence list |
| Brouwer, Matthew | 9/13/2023 | 0.3 | Correspond with Debtor professionals re: outstanding information requests |
| Greenberg, Mark | 9/18/2023 | 0.3 | Research record retention costs |
| Greenberg, Mark | 9/19/2023 | 0.3 | Correspond with plan administrator re: record retention |
| Brouwer, Matthew | 9/21/2023 | 0.6 | Call with A&M team (Greenberg, Brouwer, Sinclair) to discuss outstanding due diligence items |
| Greenberg, Mark | 9/21/2023 | 0.6 | Call with A&M team (Greenberg, Brouwer, Sinclair) to discuss outstanding due diligence items |
| Sinclair, Gibbons | 9/21/2023 | 0.6 | Call with A&M team (Greenberg, Brouwer, Sinclair) to discuss outstanding due diligence items |
| Brouwer, Matthew | 9/21/2023 | 0.4 | Update outstanding due diligence list |
| Sinclair, Gibbons | 9/21/2023 | 0.7 | Review document dataroom for capex materials |
| Sinclair, Gibbons | 9/21/2023 | 0.7 | Draft memorandum to Alix for outstanding diligence items |
| Sinclair, Gibbons | 9/21/2023 | 2.8 | Review board /sub-committee minutes for references to additional meetings |
| Brouwer, Matthew | 9/22/2023 | 0.3 | Review responses to due diligence requests provided by Alix Partners |
| Sinclair, Gibbons | 9/22/2023 | 1.9 | Summarize board of director data for diligence request |
| Sinclair, Gibbons | 9/22/2023 | 0.5 | Review solvency certificates for diligence request |
| Brouwer, Matthew | 9/25/2023 | 0.6 | Review due diligence responses from Alix Partners |
| Brouwer, Matthew | 9/25/2023 | 0.7 | Review capex spend support |
| Sinclair, Gibbons | 9/25/2023 | 0.7 | Review Debtors' capex data for diligence request |
| Sinclair, Gibbons | 9/25/2023 | 0.9 | Review Debtors' depreciation worksheet for capex analysis |

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Brouwer, Matthew | 9/26/2023 | 0.5 | Review responses to due diligence requests provided by Alix Partners |
| Sinclair, Gibbons | 9/26/2023 | 0.2 | Correspond with Alix re: outstanding diligence requests |
| Brouwer, Matthew | 9/27/2023 | 1.3 | Update historical event timeline at request of UCC counsel |
| Brouwer, Matthew | 9/27/2023 | 0.7 | Update share repurchase analysis |
| Brouwer, Matthew | 9/27/2023 | 2.2 | Review plan administrator transition report |
| Sinclair, Gibbons | 9/27/2023 | 0.3 | Review additional capex data from Debtors |
| Sinclair, Gibbons | 9/27/2023 | 0.2 | Correspond with Alix re: diligence requests |
| Brouwer, Matthew | 9/28/2023 | 0.4 | Review borrowing base support provided by Alix Partners |
| Brouwer, Matthew | 9/28/2023 | 0.5 | Review updated capex spend support |
| **Subtotal** | | **44.5** | |

| **General Correspondence with Debtor & Debtors' Professionals** | | | |
|---|---|---|---|
| Brouwer, Matthew | 9/1/2023 | 1.1 | Correspond with Alix Partners re: outstanding requests, preference analysis, solvency analysis, liquidity forecasts |
| Greenberg, Mark | 9/25/2023 | 0.2 | Correspond with Debtors re: billing information for plan administrator |
| **Subtotal** | | **1.3** | |

| **General Correspondence with Other Professionals** | | | |
|---|---|---|---|
| Greenberg, Mark | 9/8/2023 | 0.2 | Correspond with plan administrator re: case status |
| Greenberg, Mark | 9/12/2023 | 0.8 | Call with plan administrator to discuss case update |
| **Subtotal** | | **1.0** | |

| **General Correspondence with UCC & UCC Counsel** | | | |
|---|---|---|---|
| Greenberg, Mark | 9/5/2023 | 0.2 | Call with UCC member to discuss case status |
| Greenberg, Mark | 9/11/2023 | 0.3 | Call with UCC counsel to discuss oversight board membership and amended plan |
| Greenberg, Mark | 9/13/2023 | 0.1 | Correspond with UCC re: case status |
| Greenberg, Mark | 9/18/2023 | 0.5 | Call with UCC member to discuss case status |
| Greenberg, Mark | 9/19/2023 | 0.2 | Correspond with UCC member re: case status |
| Greenberg, Mark | 9/26/2023 | 0.2 | Correspond with UCC member re: case status |
| Greenberg, Mark | 9/28/2023 | 0.2 | Correspond with unsecured creditor re: case status |
| **Subtotal** | | **1.7** | |

| **Intercompany Claims** | | | |
|---|---|---|---|
| Sinclair, Gibbons | 9/11/2023 | 0.3 | Review board presentation re: intercompany reporting issues |
| **Subtotal** | | **0.3** | |

| **Miscellaneous Motions** | | | |
|---|---|---|---|
| Sterling, Andrew | 9/11/2023 | 1.4 | Review landlord objections for lease tracker |
| Greenberg, Mark | 9/13/2023 | 0.2 | Review tax motion |

*Exhibit B*

**Bed Bath & Beyond, Inc., et al.**
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Sterling, Andrew | 9/18/2023 | 1.4 | Review settlement agreement between the Debtors and the Mexico JV partner |
| Brouwer, Matthew | 9/22/2023 | 0.5 | Review docket re: Texas Taxing Authority |
| **Subtotal** | | **3.5** | |

**Plan of Reorganization / Disclosure Statement**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Greenberg, Mark | 9/1/2023 | 0.6 | Call with UCC counsel to discuss plan |
| Brouwer, Matthew | 9/5/2023 | 0.3 | Review limited objections to the Plan |
| Brouwer, Matthew | 9/5/2023 | 0.9 | Review draft plan confirmation order |
| Greenberg, Mark | 9/5/2023 | 0.4 | Correspond with UCC counsel re: plan administrator agreement |
| Greenberg, Mark | 9/5/2023 | 1.0 | Review and comment on draft plan administrator agreement |
| Greenberg, Mark | 9/5/2023 | 0.4 | Correspond with UCC counsel re: oversight board membership |
| Sterling, Andrew | 9/5/2023 | 0.7 | Review dockets re: plan objection / landlord matters |
| Brouwer, Matthew | 9/6/2023 | 0.7 | Review updated creditor recovery analysis |
| Greenberg, Mark | 9/6/2023 | 0.2 | Review and comment on revised draft plan administrator agreement |
| Greenberg, Mark | 9/6/2023 | 0.4 | Call with UCC member re: post-effective date activity |
| Greenberg, Mark | 9/6/2023 | 0.4 | Call with UCC counsel to discuss plan administrator agreement |
| Sterling, Andrew | 9/6/2023 | 1.1 | Analyze estimated FILO recoveries |
| Sterling, Andrew | 9/6/2023 | 1.9 | Review objections to confirmation of plan |
| Brouwer, Matthew | 9/7/2023 | 1.9 | Review amended plan of reorganization |
| Brouwer, Matthew | 9/7/2023 | 0.7 | Review Plan objections |
| Sterling, Andrew | 9/7/2023 | 1.6 | Analyze estimated FILO recoveries |
| Brouwer, Matthew | 9/8/2023 | 0.6 | Review updated recovery analysis |
| Brouwer, Matthew | 9/8/2023 | 1.4 | Review filed documents supporting plan confirmation |
| Greenberg, Mark | 9/8/2023 | 0.3 | Review Etlin declaration in support of DS and plan |
| Greenberg, Mark | 9/8/2023 | 0.4 | Review memorandum of law in support of DS and plan |
| Greenberg, Mark | 9/8/2023 | 0.9 | Review findings of facts supporting DS and plan |
| Sinclair, Gibbons | 9/8/2023 | 1.2 | Prepare summary of plan objections |
| Greenberg, Mark | 9/11/2023 | 0.6 | Call with UCC member to discuss oversight board membership |
| Sinclair, Gibbons | 9/11/2023 | 0.5 | Review workplans in preparation for plan confirmation |
| Brouwer, Matthew | 9/12/2023 | 1.1 | Review amended Plan |
| Brouwer, Matthew | 9/12/2023 | 0.8 | Review plan administrator agreement |
| Sinclair, Gibbons | 9/12/2023 | 0.5 | Review plan documents in preparation for confirmation hearing |
| Greenberg, Mark | 9/13/2023 | 0.4 | Review second amended plan |
| Greenberg, Mark | 9/13/2023 | 0.2 | Review plan objection of Texas taxing authorities |

*Exhibit B*

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Sterling, Andrew | 9/13/2023 | 2.5 | Review amended Chapter 11 plan/disclosure statement |
| Brouwer, Matthew | 9/15/2023 | 1.6 | Review final confirmation order and findings of fact |
| Greenberg, Mark | 9/16/2023 | 0.2 | Review findings of facts supporting DS and plan |
| Sterling, Andrew | 9/19/2023 | 0.5 | Prepare presentation for UCC re: estimated FILO recoveries |
| Brouwer, Matthew | 9/21/2023 | 0.7 | Review post effective date checklist for plan administrator |
| Brouwer, Matthew | 9/21/2023 | 0.9 | Prepare post effective date task list for plan administrator transition |
| Greenberg, Mark | 9/21/2023 | 0.3 | Supervise development of plan administrator task list |
| Greenberg, Mark | 9/21/2023 | 0.6 | Review and comment on plan administrator task list |
| Sinclair, Gibbons | 9/21/2023 | 0.4 | Review post-confirmation issues list |
| Sinclair, Gibbons | 9/22/2023 | 0.2 | Review SEC filings re: plan of reorganization |
| Brouwer, Matthew | 9/27/2023 | 0.5 | Call with UCC counsel, Alix Partners, Proskauer, K&E and A&M (Brouwer, Greenberg) re: plan effective date |
| Greenberg, Mark | 9/27/2023 | 0.5 | Call with Debtors, lenders, UCC counsel, and A&M team (Brouwer, Greenberg) to discuss plan effectiveness |
| Brouwer, Matthew | 9/27/2023 | 0.4 | Review updated asset recovery analysis |
| Brouwer, Matthew | 9/28/2023 | 0.6 | Review updated asset recovery analysis |
| Greenberg, Mark | 9/28/2023 | 0.1 | Correspond with UCC counsel re: plan effectiveness |
| Greenberg, Mark | 9/29/2023 | 0.1 | Review notice of plan effectiveness |
| Sinclair, Gibbons | 9/29/2023 | 0.1 | Review notice of plan effective date |
| **Subtotal** | | **32.3** | |

**Potential Avoidance Actions / Litigation Matters**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Brouwer, Matthew | 9/1/2023 | 0.4 | Review preference analysis document request responses from Debtors |
| Sinclair, Gibbons | 9/1/2023 | 0.5 | Correspond with Debtors re: preference analysis |
| Sinclair, Gibbons | 9/1/2023 | 0.4 | Correspond with ASK re: preference analysis |
| Brouwer, Matthew | 9/5/2023 | 0.4 | Review data request responses re: preference analysis |
| Sinclair, Gibbons | 9/5/2023 | 0.2 | Call with AlixPartners re: preference analysis |
| Sinclair, Gibbons | 9/5/2023 | 0.3 | Correspond with ASK re: preference analysis |
| Sinclair, Gibbons | 9/5/2023 | 0.4 | Research D&O litigation |
| Sinclair, Gibbons | 9/5/2023 | 0.4 | Review vendor contacts for preference analysis |
| Brouwer, Matthew | 9/6/2023 | 0.4 | Review document request responses related to preference analysis |
| Sinclair, Gibbons | 9/6/2023 | 0.7 | Review unpaid invoice data for preference analysis |
| Brouwer, Matthew | 9/8/2023 | 0.2 | Review preference analysis document request responses from Debtors |
| Sinclair, Gibbons | 9/13/2023 | 0.5 | Research additional preference diligence requests from ASK |
| Sinclair, Gibbons | 9/14/2023 | 0.6 | Research additional D&O litigation |
| Sinclair, Gibbons | 9/15/2023 | 2.2 | Review landlord legal entities for preference analysis |

Exhibit B

**Bed Bath & Beyond, Inc., et al.**
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Sinclair, Gibbons | 9/18/2023 | 1.5 | Reconcile landlord preference payments |
| Sinclair, Gibbons | 9/18/2023 | 0.6 | Update landlord preference payments analysis |
| Sinclair, Gibbons | 9/25/2023 | 0.5 | Draft memorandum to ASK re: preference analysis requests |
| Sinclair, Gibbons | 9/25/2023 | 0.6 | Review vendor data for preference analysis |
| Brouwer, Matthew | 9/26/2023 | 0.1 | Correspond with UCC counsel re: outstanding litigation |
| Greenberg, Mark | 9/26/2023 | 0.2 | Call with UCC counsel to discuss litigation |
| Sinclair, Gibbons | 9/26/2023 | 0.8 | Review post-petition payments for preference analysis |
| Sinclair, Gibbons | 9/26/2023 | 0.5 | Research postpetition vendor payment discrepancies re: preference analysis |
| Brouwer, Matthew | 9/27/2023 | 0.8 | Call with UCC counsel and A&M (Greenberg, Brouwer) re: outstanding litigation |
| Greenberg, Mark | 9/27/2023 | 0.8 | Call with UCC counsel and A&M team (Greenberg, Brouwer) to discuss litigation |
| Greenberg, Mark | 9/27/2023 | 0.2 | Call with UCC counsel to discuss litigation |
| Bresnahan, Thomas | 9/29/2023 | 1.1 | Call (partial) with UCC counsel and A&M team (Greenberg, Brouwer, Bresnahan) to discuss litigation |
| Brouwer, Matthew | 9/29/2023 | 1.3 | Call with UCC counsel and A&M team (Greenberg, Brouwer, Bresnahan) to discuss litigation |
| Greenberg, Mark | 9/29/2023 | 1.3 | Call with UCC counsel and A&M team (Greenberg, Brouwer, Bresnahan) to discuss litigation |
| **Subtotal** | | **17.9** | |

| Valuation | | | |
|---|---|---|---|
| Bresnahan, Thomas | 9/1/2023 | 2.7 | Conduct cash flow scenario analysis of Debtors' long range forecast |
| Bresnahan, Thomas | 9/1/2023 | 1.4 | Review discrepancies in Debtors' long range forecast |
| Bresnahan, Thomas | 9/1/2023 | 0.6 | Analyze Debtors' long range forecast re: projected performance and financial condition |
| Londo, Mason | 9/1/2023 | 0.9 | Review board materials for assumptions related to long-term forecast |
| Londo, Mason | 9/1/2023 | 2.7 | Conduct stress test of Debtors' forecast for solvency analysis |
| Londo, Mason | 9/1/2023 | 1.0 | Adjust projected balance sheet for impact of divested companies for solvency analysis |
| Londo, Mason | 9/5/2023 | 1.8 | Revise Debtors' forecast assumptions to assess projected performance and financial condition |
| Sinclair, Gibbons | 9/5/2023 | 0.3 | Correspond with UCC counsel re: solvency analysis |
| Bresnahan, Thomas | 9/6/2023 | 0.4 | Internal call with A&M team (Greenberg, Sinclair, Brouwer, Bresnahan) re: solvency analysis |
| Brouwer, Matthew | 9/6/2023 | 0.4 | Internal A&M call (Greenberg, Bresnahan, Sinclair, Brouwer) re: solvency analysis |
| Greenberg, Mark | 9/6/2023 | 0.4 | Call with A&M team (Greenberg, Sinclair, Brouwer, Bresnahan) to discuss solvency analysis |
| Sinclair, Gibbons | 9/6/2023 | 0.4 | Call with A&M team (Greenberg, Sinclair, Brouwer, Bresnahan) to discuss solvency analysis |
| Bresnahan, Thomas | 9/6/2023 | 0.8 | Analyze discrepancies in Debtors' long-range forecast |
| Bresnahan, Thomas | 9/6/2023 | 0.2 | Draft memorandum re: long-range forecast issues |
| Brouwer, Matthew | 9/6/2023 | 0.2 | Correspondence with UCC counsel re: solvency |

*Exhibit B*

*Bed Bath & Beyond, Inc., et al.*
*Time Detail by Project Category*
*September 1, 2023 through September 30, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Brouwer, Matthew | 9/6/2023 | 0.5 | Review long term cash flow forecasts re: solvency |
| Londo, Mason | 9/6/2023 | 2.0 | Revise Debtors' forecast assumptions to assess projected performance and financial condition |
| Londo, Mason | 9/6/2023 | 2.1 | Adjust internal long-term cash flow model for impact of actual performance |
| Sinclair, Gibbons | 9/6/2023 | 0.6 | Review updated solvency questionnaire for Debtors |
| Sinclair, Gibbons | 9/6/2023 | 0.3 | Correspond with UCC counsel re: solvency analysis |
| Sinclair, Gibbons | 9/6/2023 | 0.2 | Call with UCC counsel re: solvency analysis |
| Sinclair, Gibbons | 9/6/2023 | 0.4 | Correspond internally re: solvency analysis |
| Londo, Mason | 9/7/2023 | 2.0 | Adjust sensitivity mechanics in Debtors' cash flow forecast |
| Sinclair, Gibbons | 9/7/2023 | 1.6 | Review Debtors' bank statements for solvency analysis |
| Sinclair, Gibbons | 9/7/2023 | 1.6 | Review updated board materials for forecasts |
| Sinclair, Gibbons | 9/7/2023 | 0.7 | Review updated board presentations for solvency data |
| Hurley, Stephen | 9/8/2023 | 1.6 | Review new document production for solvency materials |
| Londo, Mason | 9/8/2023 | 1.2 | Compare Debtors' forecast models for assumptions |
| Londo, Mason | 9/8/2023 | 0.8 | Compare Debtors' forecast models for actual performance |
| Sinclair, Gibbons | 9/8/2023 | 0.4 | Develop summary of solvency materials |
| Sinclair, Gibbons | 9/11/2023 | 0.7 | Research outstanding solvency analysis diligence items |
| Sinclair, Gibbons | 9/11/2023 | 0.4 | Review solvency questionnaire in preparation for call with Crossen |
| Sinclair, Gibbons | 9/11/2023 | 0.3 | Correspond internally re: solvency analysis |
| Sinclair, Gibbons | 9/11/2023 | 0.7 | Review additional board minutes for solvency analysis |
| Londo, Mason | 9/12/2023 | 1.8 | Analyze Debtors' long-term forecast re: projected performance and financial condition |
| Sinclair, Gibbons | 9/28/2023 | 0.2 | Review updated solvency materials |
| **Subtotal** | | **34.3** | |
| **Grand Total** | | **266.4** | |