**EXHIBIT C**
ITEMIZED EXPENSE DETAIL
FOR THE PERIOD OF SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

*Exhibit C*

*Bed Bath & Beyond, Inc., et al.*
*Expense Detail by Category*
*September 1, 2023 through September 30, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Miscellaneous** | | | |
| Yudell, Vance | 9/16/2023 | $ 210.00 | Capital IQ database expense |
| | | $ 210.00 | |
| **Grand Total** | | $ 210.00 | |