**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**MCELROY, DEUTSCH, MULVANEY
  & CARPENTER, LLP**
Jeffrey Bernstein, Esq.
570 Broad Street, Suite 1401
Newark, NJ 07102
Telephone: (973) 622-7711
E-mail: jbernstein@mdmc-law.com
          -AND-
Lawrence J. Hilton, Esq. (admitted *pro hac vice*)
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
E-mail: lhilton@onellp.com


*Attorneys for HRTC I, LLC*

---

In re:

BED BATH & BEYOND INC., *et al.*, [1]

                                    Debtors.

Chapter 11
(Jointly Administered)

Case No. 23-13359 (VFP)

## <u>NOTICE OF MOTION OF HRTC I, LLC FOR LEAVE
TO FILE A LATE ADMINISTRATIVE CLAIM</u>

TO:     Joshua A. Sussberg, Esq.
        Emily E. Geier, Esq.
        Derek I. Hunter, Esq.
        Kirkland & Ellis LLP
        Kirkland & Ellis International LLP
        601 Lexington Avenue
        New York, NY 10022

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

Beth E. Levine, Esq.
Robert J. Feinstein, Esq.
Colin R. Robinson, Esq.
Bradford J. Sandler, Esq.
Alan J. Kornfeld, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 34th Floor
New York, NY  10017

Alexandria Nikolinos, Esq.
Fran B. Steele, Esq.
U.S. Department of Justice
One Newark center
1085 Raymond Blvd., Ste. 2100
Newark, NJ 07102

**PLEASE TAKE NOTICE** that creditor HRTC I LLC, by and through its undersigned attorneys, has moved for an Order for leave to file a late filed administrative claim (the "Motion") [Doc. No. 2397].

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed in writing with the Clerk of the Bankruptcy Court and a copy served on the undersigned so as to be received within at least seven (7) days prior to the return date, on **October 17, 2023**.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are deemed to be timely filed and served, a hearing on the Motion will take place on **October 24, 2023 at 10:00 AM** at the United States Bankruptcy Court for the District of New Jersey, Courtroom 3B, 50 Walnut Street, Newark, NJ  07102.  There will be no further notice of the hearing and failure to attend the hearing will be deemed a waiver of your objection.

**PLEASE TAKE FURTHER NOTICE** that, in addition to the memorandum of law incorporated in the Motion, undersigned counsel will rely upon the Declaration of Lawrence Hilton, Esq. submitted in support thereof [Doc. No. 2397-2].  Pursuant to D.N.J. L.B.R. 9013, the undersigned waives oral argument and consents to the disposition on the papers.  A proposed form of Order has been submitted [Doc. No. 2397-3].  Oral argument is hereby waived unless opposition is submitted.  In the event that no opposition is filed, the Order may be entered.

                                    **McELROY, DEUTSCH, MULVANEY**
                                    **& CARPENTER, LLP**

Dated: October 2, 2023             */s/ Jeffrey Bernstein*
                                   Jeffrey Bernstein, Esq.
                                   570 Broad Street, Suite 1401
                                   Newark, NJ 07102
                                   Telephone: (973) 565-2183
                                   Facsimile: (973) 622-5314
                                   E-mail: jbernstein@mdmc-law.com

                                   -and-

                                   Lawrence J. Hilton, Esq. (admitted *pro hac vice*)
                                   **ONE LLP**
                                   23 Corporate Plaza, Suite 150-105
                                   Newport Beach, CA 92660
                                   Telephone: (949) 502-2870
                                   E-mail: lhilton@onellp.com

                                   *Attorneys for HRTC I, LLC*