# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
| | Hearing Date: | _____ |
| | Chapter: | _____ |
| | Judge: | _____ |

## NOTICE OF EVIDENTIARY HEARING

You are hereby notified of a hearing before the Honorable  _Christine M. Gravelle_____ ,
United States Bankruptcy Judge.

**Reason for Hearing:**     Evidentiary hearing regarding Store Number 1107, (Dkt. No. 1025 & 1360)

**Location of Hearing:**     U.S. Bankruptcy Court
50 Walnut Street, 3rd Fl.
Newark, NJ 07102
Courtroom No. 3B

**Date and Time:**     _____

**COURT APPEARANCES:**    ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

Please visit the U.S. Bankruptcy Court website (http://www.njb.uscourts.gov/BBB) for instruction on how to appear via Zoom.

JEANNE A. NAUGHTON, Clerk

DATE: _October 3, 2023_

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_23__ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*