|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |  |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                        Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.    I, La Asia S. Canty:

    ☐ represent the _____ in this matter.
    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Official Committee of Unsecured Creditors.
    ☐ am the _____ in this matter am representing myself.

2.    On October 2, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

- ***Fourth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP For the Period of August 1, 2023 Through August 31, 2023* [Docket No. 2398]**;

- ***Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC, For Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors For the Period From September 1, 2023 Through September 30, 2023* [Docket No. 2399].**

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 3, 2023

/s/ La Asia S. Canty
La Asia S. Canty

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See Exhibit A** | **See Exhibit 1** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **See Exhibit B** | **See Exhibit 2** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# EXHIBIT 1

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALTO NORTHPOINT, LP | ATTN: GENERAL COUNSEL | DOR@ALTO-INV.COM<br>YISSACHAR@ALTO-INV.COM<br>NITAY@ALTO-INV.COM |
| ALVAREZ & MARSAL CANADA INC. | ATTN: AL HUTCHENS, RYAN GRUNEIR, NATE FENNEMA & CONNOR GOOD | AHUTCHENS@ALVAREZANDMARSAL.COM<br>RGRUNEIR@ALVAREZANDMARSAL.COM<br>NFENNEMA@ALVAREZANDMARSAL.COM<br>CGOOD@ALVAREZANDMARSAL.COM |
| ALVAREZ & MARSAL LLP | ATTN: AL HUTCHENS | AHUTCHENS@ALVAREZANDMARSAL.COM |
| ANSELL GRIMM & AARON, P.C. | ATTN: JOSHUA S. BAUCHNER | JB@ANSELLGRIMM.COM |
| ARCHER & GREINER, P.C. | ATTN.: JERROLD S. KULBACK | JKULBACK@ARCHERLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: BRETT D. GOODMAN, ESQ. | BRETT.GOODMAN@AFSLAW.COM |
| ARTSANA USA INC | ATTN: STEVE RUBIN | STEVE.RUBIN@ARTSANA.COM |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR & DON A. BESKRONE | GTAYLOR@ASHBYGEDDES.COM<br>DBESKRONE@ASHBYGEDDES.COM |
| A.Y. STRAUSS LLC | ATTN.: ERIC H. HORN, HEIKE M. VOGE | EHORN@AYSTRAUSS.COM<br>HVOGEL@AYSTRAUSS.COM |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: J. DAVID FOLDS & KENNETH M. KLEMM | DFOLDS@BAKERDONELSON.COM<br>KKLEMM@BAKERDONELSON.COM |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, ESQ. & LAUREL D. ROGLEN, ESQ. | HEILMANL@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM |
| BANKRUPTCY DEPARTMENT | ATTN: RJ HUGHES JUSTICE COMPLEX | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| BANKRUPTCY DEPARTMENT | ATTN: RJ HUGHES JUSTICE COMPLEX | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN, ESQ. | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND, ESQ. | NFERLAND@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | ATTN: SCOTT L. FLEISCHER | SFLEISCHER@BARCLAYDAMON.COM |
| BARNES & THORNBURG LLP | ATTN.: GREGORY G. PLOTKO | GPLOTKO@BTLAW.COM |
| BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | ATTN: ALEC P. OSTROW, WALTER E. SWEARINGEN | AOSTROW@BECKERGLYNN.COM<br>WSWEARINGEN@BECKERGLYNN.COM |
| BELKIN BURDEN GOLDMAN, LLP | ATTN: JAY B. SOLOMON, ESQ. | JSOLOMON@BBGLLP.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI | KCAPUZZI@BENESCHLAW.COM |
| BENNETT JONES FIRM | ATTN: MIKE SHAKRA, JOSH FOSTER | SHAKRAM@BENNETTJONES.COM<br>FOSTERJ@BENNETTJONES.COM |
| BENNETT JONES LP | ATTN: KEVIN ZYCH, SEAN ZWEIG, MICHAEL SHAKRA & JOSHUA FOSTER | ZYCHK@BENNETTJONES.COM<br>ZWEIGS@BENNETTJONES.COM<br>SHAKRAM@BENNETTJONES.COM<br>FOSTERJ@BENNETTJONES.COM |
| BERNSTEIN-BURKLEY, P.C. | ATTN: KERI P. EBECK | KEBECK@BERNSTEINLAW.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BETANCOURT, GRECO & EVANS LLC | ATTN: JOHN GRECO | JGRECO@BGE-LAW.COM |
| BEWLEY, LASSLEBEN & MILLER, LLP | ATTN: ERNIE ZACHARY PARK | ERNIE.PARK@BEWLEYLAW.COM |
| BIELLI & KLAUDER, LLC | ATTN: ANGELA L. MASTRANGELO, DAVID M. KLAUDER | MASTRANGELO@BK-LEGAL.COM DKLAUDER@BK-LEGAL.COM |
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | ATTN.: JEFFREY I. SNYDER | JSNYDER@BILZIN.COM |
| BLANK ROME LLP | ATTN.: MATTHEW E. KASLOW | MATT.KASLOW@BLANKROME.COM |
| BLUE YONDER INC | ATTN: DEBORAH COLEY, JONATHAN AMPHLETT, PREETI IYER | DEBORAH.COLEY@BLUEYONDER.COM JONATHAN.AMPHLETT@BLUEYONDER.COM PREETI.IYER@BLUEYONDER.COM |
| BNY MELLON | ATTN: CLAYTON COLQUITT | CLAYTON.COLQUITT@BNYMELLON.COM |
| BRIDGETREE LLC | ATTN: MICHELE BOVE | MBOVE@BRIDGETREE.COM |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | JNIMEROFF@BMNLAWYERS.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ANTHONY J. NAPOLITANO | SCHRISTIANSON@BUCHALTER.COM ANAPOLITANO@BUCHALTER.COM |
| BURR & FORMAN LLP | ATTN: KRISTEN P. WATSON, ESQ. | KWATSON@BURR.COM |
| BUTLER SNOW LLP | ATTN.: PAUL S. MURPHY | PAUL.MURPHY@BUTLERSNOW.COM ECF.NOTICES@BUTLERSNOW.COM KITTY.LOGAN@BUTLERSNOW.COM |
| CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, ESQ., AND RICHARD A. STIEGLITZ JR., ESQ. | JLEVITIN@CAHILL.COM RSTIEGLITZ@CAHILL.COM |
| CALHOUN & DI PONIO, PLC | ATTN: KEVIN C. CALHOUN | KEVIN@LAWYERMICH.COM |
| CAPEHART & SCATCHARD, P.A. | ATTN: WILLIAM G. WRIGHT, ESQ. | WWRIGHT@CAPEHART.COM |
| CARTER LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN | BANKRUPTCY@CLM.COM |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, ESQ. | JMAYALL@CERTILMANBALIN.COM |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, THOMAS MONROE | JMAYALL@CERTILMANBALIN.COM TMONROE@CERTILMANBALIN.COM |
| CHAFFE MCCALL, LLP | ATTN: FERNAND L. LAUDUMIEY, IV | LAUDUMIEY@CHAFFE.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: BRIAN KANTAR, ESQ. | BKANTAR@CSGLAW.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, BRIAN KANTAR | BKANTAR@CSGLAW.COM SZUBER@CSGLAW.COM |
| CIARDI CIARDI & ASTIN | ALBERT A. CIARDI, III, NICOLE M. NIGRELLI | ACIARDI@CIARDILAW.COM NNIGRELLI@CIARDILAW.COM |
| CITRUS AD INTERNATIONAL INC | ATTN: STEPHANIE RICHMOND | STEPHANIE.RICHMOND@CITRUSAD.COM |
| CITY OF PHILADELPHIA | ATTN.: PAMELA ELCHERT THURMOND | PAMELA.THURMOND@PHILA.GOV |
| CLARK HILL PLC | ATTN: ROBERT P. FRANKE, AUDREY L. HORNISHER | BFRANKE@CLARKHILL.COM AHORNISHER@CLARKHILL.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: EVAN W. RASSMAN, ESQ. | ERASSMAN@COHENSEGLIAS.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: EVAN W. RASSMAN, ESQ. | ERASSMAN@COHENSEGLIAS.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: WILLIAM R. FIRTH, III, ESQ. | WFIRTH@COHENSEGLIAS.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: WILLIAM R. FIRTH, III, ESQ. | WFIRTH@COHENSEGLIAS.COM |
| COHNE KINGHORN, P.C. | ATTN.: GEORGE HOFMAN | GHOFMAN@CK.LAW |
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, & FELICE R. YUDKIN | MSIROTA@COLESCHOTZ.COM WUSATINE@COLESCHOTZ.COM FYUDKIN@COLESCHOTZ.COM |
| COMMISSION JUNCTION INC | ATTN: SOPHIE RAMOS | CJAR@CJ.COM |
| COUNTY OF LOUDOUN, VIRGINIA | ATTN: ROBERT J. SPROUL | ROBERT.SPROUL@LOUDOUN.GOV |
| CULLEN AND DYKMAN LLP | ATTN: MICHAEL KWIATKOWSKI | MKWIATKOWSKI@CULLENLLP.COM |
| CYRULI, SHANKS & ZIZMOR, LLP | ATTN.: JEFFREY C. RUDERMAN | JRUDERMAN@CSHZLAW.COM |
| DAVIS POLK & WARDWELL, LLC | ATTN: MARSHAL S. HUEBNER, ESQ. & ADAM L. SHPEEN, ESQ. | ADAM.SHPEEN@DAVISPOLK.COM MARSHALL.HUEBNER@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL, LLP | ATTN: MARSHALL HUEBNER, NATASHA TSIOURIS, ADAM SHPEEN, & MICHAEL PERA | MICHAEL.PERA@DAVISPOLK.COM ADAM.SHPEEN@DAVISPOLK.COM NATASHA.TSIOURIS@DAVISPOLK.COM |
| DAY PITNEY LLP | ATTN.: STEPHEN R. CATANZARO | SCATANZARO@DAYPITNEY.COM |
| DENTONS SIROTE PC | ATTN.: THOMAS B. HUMPHRIES | THOMAS.HUMPHRIES@DENTONS.COM |
| DENTONS US LLP | ATTN.: LAUREN MACKSOUD | LAUREN.MACKSOUD@DENTONS.COM |
| DLA PIPER LLP (US) | ATTN: AARON S. APPLEBAUM | AARON.APPLEBAUM@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: AARON S. APPLEBAUM | AARON.APPLEBAUM@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN | RICHARD.KREMEN@DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN | RICHARD.KREMEN@DLAPIPER.COM |
| DUANE MORRIS LLP | ATTN: MORRIS S. BAUER & SOMMER L. ROSS, LAWRENCE J. KOTLER, WENDY M. SIMKULAK | MSBAUER@DUANEMORRIS.COM; SLROSS@DUANEMORRIS.COM; LJKOTLER@DUANEMORRIS.COM; WMSIMKULAK@DUANEMORRIS.COM |
| F 3 METALWORX INC | ATTN: LORENA UNTALAN | LUNTALAN@F3METALWORX.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: BRIAN P. MORGAN | BRIAN.MORGAN@FAEGREDRINKER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: FRANK F. VELOCCI | FRANK.VELOCCI@FAEGREDRINKER.COM |
| FEDERAL HEATH SIGN COMPANY LLC | ATTN: SUSAN ALDRIDGE | SALDRIDGE@FEDERALHEATH.COM |
| FEDEX | ATTN: GREGORY DI SESSA | GJDISESSA@FEDEX.COM |
| FLEISCHER, FLEISCHER & SUGLIA, P.C. | ATTN: JACLYN SCARDUZIO DOPKE, ESQ. | JDOPKE@FLEISCHERLAW.COM |
| FROST BROWN TODD LLP | ATTN: JORDAN S. BLASK | JBLASK@FBTLAW.COM |
| FROST BROWN TODD LLP | ATTN: RONALD E. GOLD | RGOLD@FBTLAW.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| FROST BROWN TODD LLP | ATTN.: A.J. WEBB | AWEBB@FBTLAW.COM |
| FUQUA & ASSOCIATES, P.C. | ATTN: RICHARD L. FUQUA | FUQUA@FUQUALEGAL.COM |
| GAVZY LAW | ATTN: STUART D. GAVZY | STUART@GAVZYLAW.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT, MICHAEL BUSENKELL, ESQ., AMY D. BROWN, ESQ. | RGELLERT@GSBBLAW.COM MBUSENKELL@GSBBLAW.COM ABROWN@GSBBLAW.COM |
| GENOVA BURNS, LLC | ATTN: DANIEL M. STOLZ, ESQ., GREGORY S. KINOIAN | DSTOLZ@GENOVABURNS.COM GKINOIAN@GENOVABURNS.COM |
| GLENN AGRE BERGMAN & FUENTES LLP | ATTN: SHAI SCHMIDT NAZNEN RAHMAN AGUSTINA G. BERRO | SSCHMIDT@GLENNAGRE.COM NRAHMAN@GLENNAGRE.COM ABERRO@GLENNAGRE.COM |
| GOODWIN PROCTER LLP | ATTN: KIZZY L. JARASHOW, MEREDITH L. MITNICK | KJARASHOW@GOODWINLAW.COM MMITNICK@GOODWINLAW.COM |
| GORSKI & KNOWLTON PC | ATTN.: CAROL L. KNOWLTON | CKNOWLTON@GORSKIKNOWLTON.COM |
| GOULSTON & STORRS PC | ATTN.: VANESSA P. MOODY BRENDAN M. GAGE | VMOODY@GOULSTONSTORRS.COM BGAGE@GOULSTONSTORRS.COM |
| GRAFF SILVERSTEIN LLP | ATTN: DAVID GRAFF | DGRAFF@GRAFFSILVERSTEINLLP.COM |
| GRANITE TELECOMMUNICATIONS LLC | ATTN: LISA BURTON | LMARIEBURTON@GRANITENET.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK | DBRUCK@GREENBAUMLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: ALAN J. BRODY, PAUL SCHAFHAUSER, NANCY A. PETERMAN, HEATH B. KUSHNICK | BRODYA@GTLAW.COM; PAUL.SCHAFHAUSER@GTLAW.COM; PETERMANN@GTLAW.COM; KUSHNICKH@GTLAW.COM |
| GRIMES & LINEBARGER, LLP | ATTN: JOHN K. TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| GROSS McGINLEY, LLP | ATTN: LOREN L. SPEZIALE | LSPEZIALE@GROSSMCGINLEY.COM |
| HANSON BRIDGETT LLP | JORDAN A. LAVINSKY | JLAVINSKY@HANSONBRIDGETT.COM |
| HINCKLEY, ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN, ESQ. | JDORAN@HINCKLEYALLEN.COM |
| HIRSCHLER FLEISCHER, P.C. | ATTN: ROBERT S. WESTERMANN, ESQ. & BRITTANY B. FALABELLA, ESQ. | RWESTERMANN@HIRSCHLERLAW.COM BFALABELLA@HIRSCHLERLAW.COM |
| HIDGSON RUSS LLP | ATTN.: ERIN N. TESKE | ETESKE@HODGSONRUSS.COM |
| HOLLAND & KNIGHT LLP | ATTN: BARBRA R. PARLIN, ESQ. | BARBRA.PARLIN@HKLAW.COM |
| HUSCH BLACKWELL LLP | ATTN: DAVID STAUSS | DAVID.STAUSS@HUSCHBLACKWELL.COM |
| IDX | ATTN: ROBERT GIOVINO | ROBERT.GIOVINO@IDXCORPORATION.COM |
| INTERSOFT DATA LABS INC | ATTN: RALPH LIUZZO | RALPH.LIUZZO@INTSOF.COM |
| K&L GATES LLP | ATTN.: DAVID S. CATUOGNO | DAVID.CATUOGNO@KLGATES.COM |
| KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN.: DANIEL R. UTAIN, WILLIAM J. LEVANT | DUTAIN@KAPLAW.COM WLEVANT@KAPLAW.COM |
| KDM P.O.P. SOLUTIONS GROUP | ATTN: BILL ZIMMERMAN | B.ZIMMERMAN@KDMPOP.COM |
| KEECO LLC | ATTN: ANDREA GRASSI | ANDREAG@GRASSIASSOCIATESINC.COM |
| KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, JENNIFER D. RAVIELE, CONNIE CHOE, JAMES S. CARR, | RLEHANE@KELLEYDRYE.COM JRAVIELE@KELLEYDRYE.COM CCHOE@KELLEYDRYE.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| | MAEGHAN J. MCLOUGHLIN | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM MMCLOUGHLIN@KELLEYDRYE.COM JCARR@KELLEYDRYE.COM |
| KEPLER GROUP LLC | ATTN: RUCHI PRASAD | RUCHI.PRASAD@KEPLERGRP.COM |
| KEPLER GROUP LLC | ATTN: HANNAH GROBMYER | HGROBMYER@KEPLERGRP.COM |
| KERN COUNTY TREASURER AND TAX COLLECTOR | ATTN.: BANKRUPTCY DIVISION | BANKRUPTCY@KERNCOUNTY.COM |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, EMILY E. GEIER, DEREK I. HUNTER | JOSHUA.SUSSBERG@KIRKLAND.COM EMILY.GEIER@KIRKLAND.COM DEREK.HUNTER@KIRKLAND.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | IAN R. WINTERS, BRENDAN M. SCOTT, AND STEPHANIE R. SWEENEY | IWINTERS@KLESTADT.COM; BSCOTT@KLESTADT.COM; SSWEENEY@KLESTADT.COM |
| KRISS & FEUERSTEIN LLP | ATTN: DANIEL N. ZINMAN, ESQ. | DZINMAN@KANDFLLP.COM |
| KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: SELWYN PERRY | BBBYTEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM |
| KURTZMAN STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQ. | KURTZMAN@KURTZMANSTEADY.COM |
| KUTAK ROCK LLP | ATTN.: LISA M. PETERS | LISA.PETERS@KUTAKROCK.COM |
| LASSER HOCHMAN, L.L.C. | ATTN: RICHARD L. ZUCKER & SHEPPARD A. GURYAN | RZUCKER@LASSERHOCHMAN.COM SGURYAN@LASSERHOCHMAN.COM |
| LAW OFFICE OF SHMUEL KLEIN PA | ATTN: SHMUEL KLEIN | SHMUEL.KLEIN@VERIZON.NET |
| LAW OFFICES OF ANDY WINCHELL, P.C. | ATTN: ANDY WINCHELL | ANDY@WINCHLAW.COM |
| LAW OFFICES OF KENNETH L. BAUM LLC | ATTN: KENNETH L. BAUM | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| LAW OFFICES OF LISA M. SOLOMON | ATTN: LISA M. SOLOMON | LISA.SOLOMON@ATT.NET |
| LAZARUS & LAZARUS, P.C. | ATTN: HARLAN M. LAZARUS | HLAZARUS@LAZARUSANDLAZARUS.COM |
| LENOX CORPORATION | ATTN: CYNTHIA LAFFERTY | CYNTHIA_LAFFERTY@LENOX.COM |
| LIFETIME BRANDS INC | ATTN: CAROL MARKS | CAROL.MARKS@LIFETIMEBRANDS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | AUSTIN.BANKRUPTCY@LGBS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@LGBS.COM |
| LINBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@LGBS.COM |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | ATTN.: ALLEN J. UNDERWOOD II | AUNDERWOOD@LITEDEPALMA.COM |
| LOCKE LORD LLP | ATTN: ANDREW BRAUNSTEIN | ANDREW.BRAUNSTEIN@LOCKELORD.COM |
| LOCKE LORD LLP | ATTN: HANNA J. REDD | HANNA.REDD@LOCKELORD.COM |
| LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG | JONATHAN.YOUNG@LOCKELORD.COM |
| LOIZIDES, P.A | ATTN.: CHRISTOPHER D. LOIZIDES | LOIZIDES@LOIZIDES.COM |
| LOWENSTEIN SANDLER LLP | ATTN.: KENNETH A. ROSEN, MARY E. SEYMOUR, PHILIP J. | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM; |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
|  | GROSS | PGROSS@LOWENSTEIN.COM |
| MANATEE COUNTY TAX COLLECTOR | ATTN: MICHELLE LEESON, PARALEGAL | LEGAL@TAXCOLLECTOR.COM |
| MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN, P.C. | ATTN.: JAMES W. MCCARTNEY | JMCCARTNEY@MCWPC.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: DAVID P. PRIMACK, JEFFREY BERNSTEIN, NICOLE LEONARD | DPRIMACK@MDMC-LAW.COM JBERNSTEIN@MDMC-LAW.COM NLEONARD@MDMC-LAW.COM |
| MCGUIREWOODS LLP | ATTN: DOUGLAS M. FOLEY, ESQ., JACOB M. WEISS, ESQ. | DFOLEY@MCGUIREWOODS.COM JMWEISS@MCGUIREWOODS.COM |
| MCGUIREWOODS LLP | ATTN: PHILIP A. GOLDSTEIN, ESQ. | PAGOLDSTEIN@MCGUIREWOODS.COM |
| MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN: ANTHONY SODONO, III, ESQ., SARI B. PLACONA, ESQ. | ASODONO@MSBNJ.COM SPLACONA@MSBNJ.COM |
| MELLINGER KARTZMAN LLC | ATTN: STEVEN P. KARTZMAN | SKARTZMAN@MSKLAW.NET |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: MOE FREEDMAN | FREEDMANM1@MICHIGAN.GOV |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: JOSEPH H. BALDIGA | JBALDIGA@MIRICKOCONNELL.COM |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: PAUL W. CAREY | PCAREY@MIRICKOCONNELL.COM |
| MITCHELL WILLIAMS SELIG GATES & WOODYARD, P.L.L.C. | ATTN.: STAN D. SMITH | SSMITH@MWLAW.COM |
| MOORE & VAN ALLEN PLLC | ATTN.: DAVID B. WHEELER | DAVIDWHEELER@MVALAW.COM |
| MORITT HOCK & HAMROFF LLP | ATTN.: MARSHALL O. DWORKIN, LESLIE A. BERKOFF | MDWORKIN@MORITTHOCK.COM LBERKOFF@MORITTHOCK.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY | KCORDRY@NAAG.ORG |
| NATIONAL TREE COMPANY | ATTN: DONNA CYRIL | DONNA@NATIONALTREE.COM |
| NOLAN HELLER KAUFFMAN LLP | ATTN.: FRANCIS J. BRENNAN | FBRENNAN@NHKLLP.COM |
| NORGAARD, O'BOYLE & HANNON | ATTN.: JOHN O'BOYLE | JOBOYLE@NORGAARDFIRM.COM, |
| NORTH AMERICAN CORPORATION | ATTN: KRISTIE SCHNIER | KSCHNIER@NA.COM |
| O'BRIEN THORNTON LLC | ATTN.: MERRILL M. O'BRIEN | OBRIEN@OBRIENTHORNTON.COM |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER, ESQ. | PWINTERHALTER@OFFITKURMAN.COM |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| ONE LLP | ATTN.: LAWRENCE J. HILTON | LHILTON@ONELLP.COM; LTHOMAS@ONELLP.COM |
| OSLER | ATTN: MARC WASSERMAN, DAVE ROSENBLAT | MWASSERMAN@OSLER.COM |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | ATTN: JOSEPH C. BARSALONA II | JBARSALONA@PASHMANSTEIN.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE | LMBKR@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M. SONIK | OSONIK@PBFCM.COM |
| PERSONALIZATIONMALL | ATTN: ROBERT TURNER | ROBERTT@PMALL.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PINTEREST, INC. | ATTN: COLE REUTTER | AR@PINTEREST.COM |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO, ESQ. | JSMAIRO@PBNLAW.COM |
| PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN.: RICK A. STEINBERG | RSTEINBERG@PRICEMEESE.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ. | CDALE@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: DAVID M. HILLMAN, ESQ., MEGAN VOLIN, ESQ. & REUVEN C. KLEIN, ESQ. | DHILLMAN@PROSKAUER.COM DHILLMAN@PROSKAUER.COM MVOLIN@PROSKAUER.COM RKLEIN@PROSKAUER.COM |
| RABINOWITZ, LUBETKIN & TULLY, LLC | ATTN: JAY L. LUBETKIN, ESQ. | JLUBETKIN@RLTLAWFIRM.COM |
| RICHARD W. WARD LAW OFFICE | ATTN: RICHARD W. WARD | RWWARD@AIRMAIL.NET |
| RIEMER & BRAUNSTEIN, LLP | ATTN: STEVEN E. FOX | SFOX@RIEMERLAW.COM |
| RIKER DANZIG LLP | ATTN.: TARA J. SCHELLHORN, CHRISTINA STEPHENSON | TSCHELLHORN@RIKER.COM; CRISSIE.STEPHENSON@CROWEDUNLEVY.COM |
| RIVKIN RADLER LLP | ATTN: JAMES C. SUOZZO, ESQ. | JAMES.SUOZZO@RIVKIN.COM |
| RUBIN LLC | ATTN: PAUL RUBIN | PRUBIN@RUBINLAWLLC.COM |
| SACCO & FILLAS, LLP | ATTN: MORRIS SCHLAF | MSCHLAF@SACCOFILLAS.COM |
| SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQ. ATTN: MARK MINUTI ATTN: TURNER N. FALK, ESQ. | MONIQUE.DISABATINO@SAUL.COM MARK.MINUTI@SAUL.COM TURNER.FALK@SAUL.COM |
| SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM | DBINGHAM@SCALLEYREADING.NET |
| SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM | DBINGHAM@SCALLEYREADING.NET |
| SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. | ATTN: DARWIN H. BINGHAM | DBINGHAM@SCALLEYREADING.NET |
| SCARINCI HOLLENBECK, LLC | ATTN.: DAVID EDELBERG | DEDELBERG@SH-LAW.COM |
| SCHWARTZ BARKIN & MITCHELL | ATTN: ALLEN J. BARKIN, ESQ. | ABARKIN@SBMESQ.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SEWARD & KISSEL LLP | ATTN: ROBERT J. GAYDA, ANDREW J. MATOTT | GAYDA@SEWKIS.COM MATOTT@SEWKIS.COM |
| SEYFARTH SHAW LLP | ATTN.: JAMES S. YU | JYU@SEYFARTH.COM |
| SHARKNINJA OPERATING LLC | ATTN: BEVERLY R. PORWAY | BPORWAY@SHARKNINJA.COM |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. | RTUCKER@SIMON.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, PETER A. LESSER | DPLON@SIRLINLAW.COM PLESSER@SIRLINLAW.COM |
| SIXTH STREET SPECIALTY LENDING, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | IRTSLX@SIXTHSTREET.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SKLAR KIRSH, LLP | ATTN: IAN S. LANDSBERG | ILANDSBERG@SKLARKIRSH.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK C. ERRICO | MARK.ERRICO@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK A. SALZBERG | MARK.SALZBERG@SQUIREPB.COM |
| STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQ. & THOMAS ONDER, ESQ. | JLEMKIN@STARK-STARK.COM TONDER@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | HAWAIIAG@HAWAII.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CONSUMERHELP@STATE.SD.US |
| STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | UAG@UTAH.GOV |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | AGO.BANKRUPTCIES@VERMONT.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | CONSUMER@WVAGO.GOV |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA | DPEREIRA@STRADLEY.COM |
| TEMPUR-PEDIC | ATTN: CINDY TREAGER | CINDY.TREAGER@TEMPURSEALY.COM |
| TESTRITE PRODUCTS CORP. | ATTN: CLAUDIA VEGA | CLAUDIA.V@TESTRITE-USA.COM |
| THE KNOT WORLDWIDE INC | ATTN: ASHLEY BERGEN | ABERGEN@THEKNOTWW.COM |
| THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TRENK ISABEL SIDDIQI & SHAHDANIAN P.C. | ATTN.: ROBERT S. ROGLIERI | RROGLIERI@TRENKISABEL.LAW |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DOUGLAS D. HERMANN, MARCY J. MCLAUGHLIN SMITH, STEPHANIE L. JONAITIS, HENRY J. JAFFE | DOUGLAS.HERRMANN@TROUTMAN.COM MARCY.SMITH@TROUTMAN.COM STEPHANIE.JONAITIS@TROUTMAN.COM HENRY.JAFFE@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: JESSICA D. MILHAILEVICH | JESSICA.MIKHAILEVICH@TROUTMAN.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF NEW JERSEY | ATTN: PHILIP R. SELLINGER | USANJ.COMMUNITYOUTREACH@USDOJ.GOV |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | USTPREGION03.NE.ECF@USDOJ.GOV FRAN.B.STEELE@USDOJ.GOV ALEXANDRIA.NIKOLINOS@USDOJ.GOV |
| VALINOTI, SPECTER & DTIO, LLP | ATTN: JEFFREY A. DTIO | JDITO@VALINOTI-DITO.COM |
| VEDDER PRICE P.C. | ATTN: COURTNEY M. BROWN | CMBROWN@VEDDERPRICE.COM |
| VERIZON BUSINESS NETWORK | ATTN: NORMA MCEWAN | NORMA.MCEWAN@VERIZON.COM |
| WANGER JONES HELSLEY | ATTN: RILEY C. WALTER | RWALTER@WJHATTORNEYS.COM |
| WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | OAG@DC.GOV |
| WENOKUR RIORDAN PLLC | ATTN: FAYE C. RASCH | FAYE@WRLAWGROUP.COM |
| WHITE & CASE LLP | ATTN: GREGORY F. PESCE, LAURA E. BACCASH, SAMUEL P. HERSHEY, DEVIN J. RIVERO | GREGORY.PESCE@WHITECASE.COM; LAURA.BACCASH@WHITECASE.COM; SAM.HERSHEY@WHITECASE.COM; DEVIN.RIVERO@WHITECASE.COM |
| WILENTZ, GOLDMAN & SPITZER | ATTN: DAVID H. STEIN | DSTEIN@WILENTZ.COM |
| WILLIAM CARTER CO. | ATTN: VANNESCIA WATKINS-BANKS | VANNESCIA.WATKINS-BANKS@CARTERS.COM |

**Service by First Class U.S. Mail**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON | ATTN: CORPORATE TRUST UNIT | 101 BARCLAY STREET | | NEW YORK | NY | 10286 |
| BANK OF NEW YORK MELLON | ATTN: PRESIDENT OR GENERAL COUNSEL | 240 GREENWICH STREET | | NEW YORK | NY | 10286 |
| BED BATH & BEYOND INC., ET AL. | | 650 LIBERTY AVENUE | | UNION | NJ | 07083 |
| BRAVERMAN & LESTER | ATTN: JEFFERY A. LESTER, ESQ. | 374 MAIN STREET | | HACKENSACK | NJ | 07601 |
| COMMONWEALTH OF PUERTO RICO | ATTENTION BANKRUPTCY DEPT | APARTADO 9020192 | | SAN JUAN | PR | 00902-0192 |
| CYRULI, SHANKS & ZIZMOR, LLP | ATTN: EDMOND P. O'BRIEN | 420 LEXINGTON AVENUE | SUITE 2320 | NEW YORK | NY | 10170 |
| EPSTEIN OSTROVE, LLC | ATTN: ELLIOT D. OSTROVE, VAHBIZ P. KARANJIA | 200 METROPLEX DRIVE | SUITE 304 | EDISON | NJ | 08817 |
| FACEBOOK, INC. | ATTN: MARVIN ROBLES | 15161 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| INTERSOFT DATA LABS INC. | ATTN: RALPH LIUZZO | 5850 WATERLOO ROAD | SUITE 245 | COLUMBIA | MD | 21045 |
| KDM P.O.P. SOLUTIONS GROUP | ATTN: BILL KISSEL | 10450 N. MEDALLION DRIVE | | CINCINNATI | OH | 45241 |
| KEURIG GREEN MOUNTAIN INC. | ATTN: ANDREW ARCHAMBAULT | PO BOX 414159 | | BOSTON | MA | 02241 |
| LENOX CORPORATION | ATTN: BOB BURBANK | 1414 RADCLIFF STREET | | BRISTOL | PA | 19007 |
| MADIX INC. | ATTN: SCOTT SCHERBAK | 500 AIRPORT RD | | TERRELL | TX | 75160 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | ATTN: NICOLE C. KENWORTHY | 6801 KENILWORTH AVENUE | SUITE 400 | RIVERDALE | MD | 20737-1385 |
| RYDER INTEGRATED LOGISTICS, INC. | ATTN: MICHAEL MANDELL | 11690 NW 105TH STREET | | MIAMI | FL | 33178 |
| SHARK NINJA OPERATING LLC | ATTN: PAUL CARBONE | 89 A STREET | | NEEDHAM | MA | 02494 |
| SHARKNINJA SALES COMPANY | ATTN: CAROL WEINBERG | 89 A STREET | | NEEDHAM | MA | 02494 |
| SITE CENTERS CORP. | ATTN: HILARY MICHAEL | 3300 ENTERPRISE PARKWAY | | BEACHWOOD | OH | 44122 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 |

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 |
| STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333-0000 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200, P.O. BOX 220 | JACKSON | MS | 39201 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | THE CAPITOL | | ALBANY | NY | 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 |
| STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 30 E. BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 900 EAST MAIN STREET | | RICHMOND | VA | 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 | MADISON | WI | 53707-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 |

DOCS_NY:47648.3 08728/002

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | ATTN: ALEX CHANG | 240 GREENWICH STREET | | NEW YORK | NY | 10686 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |