UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> John W. Weiss <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 101 Crawfords Corner Road, Suite 4202 <br> Holmdel, NJ 07733 <br> (201) 488-8200 <br> jweiss@pashmanstein.com <br><br> -and- <br><br> Henry J. Jaffe (admitted *pro hac vice*) <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 1007 North Orange Street <br> 4th Floor, Suite 183 <br> Wilmington, DE 19801 <br> (302) 592-6496 <br> hjaffe@pashmanstein.com <br><br> *Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.* | |
| In re: <br><br> BED BATH & BEYOND INC., *et al.* <br><br>     Debtors.[1] | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that John. Weiss, Esq. and Henry Jaffe, Esq., will be substituted as attorney of record for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. (collectively, the "Creditors") in this case. Mr.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Jaffe was admitted in this case *pro hac vice* for the Creditors in these cases when he was affiliated with Troutman Pepper Hamilton Sanders LLP and will continue to represent the Creditors in these cases through his new affiliation with Pashman Stein Walder & Hayden, P.C. and Mr. Weiss, who is admitted to practice before this court.

Dated: October 4, 2023     **TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Stephanie L. Jonaitis
Stephanie L. Jonaitis
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Telephone: (609) 452-0808
Email: stephanie.jonaitis@troutman.com

*Signature of Former Attorney*

Dated: October 4, 2023     **PASHMAN STEIN WALDER & HAYDEN, P.C.**

/s/ John W. Weiss
John W. Weiss
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (201) 488-8200
Email: jweiss@pashmanstein.com

*Signature of Substituted Attorney*