## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on October 4, 2023, I caused a copy of the foregoing *NOTICE OF SUBSTITUTION OF ATTORNEY to* be served on all parties who are scheduled to receive notice through the Court's ECF system and will be served by electronic means through the CM/ECF system to the parties listed below and to all registered CM/ECF participants.

                              **PASHMAN STEIN WALDER HAYDEN, P.C.**

                              */s/ John W. Weiss*
                              John W. Weiss
                              101 Crawfords Corner Road, Suite 4202
                              Holmdel, NJ 07733
                              Telephone: (201) 488-8200
                              Email: jweiss@pashmanstein.com

                              *Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*