**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>John W. Weiss<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>101 Crawfords Corner Road, Suite 4202<br>Holmdel, NJ 07733<br>(201) 488-8200<br>jweiss@pashmanstein.com<br><br>-and-<br><br>Henry J. Jaffe (admitted *pro hac vice*)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>1007 North Orange Street<br>4th Floor, Suite 183<br>Wilmington, DE 19801<br>(302) 592-6496<br>hjaffe@pashmanstein.com<br><br>*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br><br>　　Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C. hereby enter its appearance (this "Notice of Appearance") in the above-captioned cases as counsel to OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. (collectively, "OXO"),

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **PASHMAN STEIN WALDER & HAYDEN, P.C.**<br>John W. Weiss<br>101 Crawfords Corner Road, Suite 4202<br>Holmdel, NJ 07733<br>Telephone: (201) 488-8200<br>Email: jweiss@pashmanstein.com | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br>Henry J. Jaffe<br>1007 North Orange Street, 4th Floor, Suite 183<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>hjaffe@pashmanstein.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the

rights of OXO: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which OXO is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 4, 2023       **PASHMAN STEIN WALDER & HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (201) 488-8200
Email: jweiss@pashmanstein.com

-and-

Henry J. Jaffe (admitted *pro hac vice*)
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801
Telephone: (302) 592-6496
Email - hjaffe@pashmanstein.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*