UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
John W. Weiss
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
(201) 488-8200
jweiss@pashmanstein.com

-and-

Henry J. Jaffe (admitted *pro hac vice*)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801
(302) 592-6496
hjaffe@pashmanstein.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.* | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF CHANGE OF LAW FIRM

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), below is the new contact information for Henry Jaffe, Esq., counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc. (collectively, the "Claimants"). Mr. Jaffe was

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

admitted *pro hac vice* as counsel for the Claimants by order of this Court dated June 21, 2023 [D.I. No. 797].

Request is made that the documents filed in this case now be served on the undersigned at this address:

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Henry J. Jaffe
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801
Telephone: (302) 592-6496
hjaffe@pashmanstein.com

Dated: October 4, 2023

**PASHMAN STEIN WALDER & HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (201) 488-8200
Email: jweiss@pashmanstein.com

-and-

Henry J. Jaffe (admitted *pro hac vice*)
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801
Telephone: (302) 592-6496
Email - hjaffe@pashmanstein.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*