| | |
|---|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J. LBR 9004-1(b)* | |
| **BRYAN CAVE LEIGHTON PAISNER LLP** Brigid K. Ndege, Esq. (NJ Bar No. 55032014) 161 North Clark Street, Suite 4300 Chicago, Illinois 60601 (312) 602-5104 brigid.ndege@bclplaw.com  -and-  Jarret P. Hitchings, Esq. One Wells Fargo Center 301 S. College Street, Suite 2150 Charlotte, North Carolina 28202 (704) 749-8965 jarret.hitchings@bclplaw.com  *Counsel to Ben Rosenzweig and Marjorie L. Bowen*  **KRIEGER KIM & LEWIN LLP** Nick Lewin, Esq. 350 Fifth Avenue, 77th Floor New York, New York 10118 (212) 390-9559 Nick.Lewin@KKLllp.com  *Counsel to Shelly Lombard* | |
| In re:  BED BATH & BEYOND INC., *et al*.,[1]  Debtors. | Case No. 23-13359 (VFP)  Chapter 11 (Jointly Administered)  Hearing Date: October 24, 2023 at 10:00 a.m. |

## CERTIFICATION OF SERVICE

1. I, Brigid K. Ndege, Esq. represent Ben Rosenzweig and Marjorie L. Bowen in this matter.

2. On October 4, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

- *Ben Rosenzweig, Marjorie L. Bowen, and Shelly Lombard's Motion for Entry of an Order Allowing the Advancement and Payment of Defense Costs Pursuant to the Debtors' D&O Insurance Policy*

- *Notice of Ben Rosenzweig, Marjorie L. Bowen, and Shelly Lombard's Motion for Entry of an Order Allowing the Advancement and Payment of Defense Costs Pursuant to the Debtors' D&O Insurance Policy*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 4, 2023

*/s/ Brigid Ndege*
Brigid K. Ndege, Esq. (NJ Bar No. 55032014)
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5104
brigid.ndege@bclplaw.com

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>601 Lexington Avenue<br>New York, New York 10022<br>ross.fiedler@kirkland.com<br>emily.geier@kirkland.com<br>joshua.sussberg@kirkland.com<br>derek.hunter@kirkland.com | Debtors' Counsel | ____  Hand-delivered<br> X    Regular mail<br>____  Certified mail/ RR<br> X    Other: electronic Mail |
| Cole Schotz P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq<br>Felice R. Yudkin, Esq.<br>Court Plaza North<br>25 Main Street Hackensack<br>New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Debtors' Counsel | ____  Hand-delivered<br> X    Regular mail<br>____  Certified mail/ RR<br> X    Other: electronic Mail |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| Alexandria Nikolinos, Esq.<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>alexandria.nikolinos@usdoj.gov | Office of the United States Trustee | ____<br> X <br>____<br> X  | Hand-delivered<br>Regular mail<br>Certified mail/ RR<br>Other: electronic Mail |
| Fran B. Steele, Esq.<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102<br><br>Fran.B.Steele@usdoj.gov | Office of the United States Trustee, Regions 3&9 | ____<br> X <br>____<br> X  | Hand-delivered<br>Regular mail<br>Certified mail/ RR<br>Other: electronic Mail |
| Pachulski Stang Ziehl & Jones LLP<br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>780 3rd Avenue #34<br>New York, NY 10017<br><br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com | Counsel to the Office Committee of Unsecured Creditors | ____<br> X <br>____<br> X  | Hand-delivered<br>Regular mail<br>Certified mail/ RR<br>Other: electronic Mail |