UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date: _____          _____
                                                                                                         Signature

*new.8/1/15*

## Exhibit A

Tax Appraisal District of Bell County, Texas
Bowie Central Appraisal District
The County of Brazos, Texas
The County of Denton, Texas
The County of Guadalupe, Texas
The County of Hays, Texas
McLennan Central Appraisal District
Midland Central Appraisal District
Central Appraisal District of Taylor County, Texas
City of Waco, Texas and Waco Independent School District
The County of Williamson, Texas