| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>vroldan@mblawfirm.com<br><br>Attorneys for Entities on Exhibit A | Case No. 23-13359 (VFP)<br><br>Chapter 11 |
| In re<br><br>Bed Bath & Beyond, Inc.<br><br>                              Debtor. | |

## APPLICATION FOR ADMISSION OF
## MATTHEW TEPPER, ESQ. PRO HAC VICE

    Pursuant to D.N.J. LBR 9010-1(b)(1) and the attached certification, counsel moves for the admission *pro hac vice* of Matthew Tepper, Esq. to represent the parties on Exhibit A in the above-captioned Chapter 11 case.

Dated: Roseland, NJ
October 4, 2023

                    MANDELBAUM BARRETT PC

                    By: /s/ Vincent J. Roldan
                    Vincent J. Roldan
                    3 Becker Farm Road
                    Roseland, NJ 07068
                    (973) 736-4600

                    *Attorneys for Entities on Exhibit A*

1

4892-5895-7444, v. 1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D.N.J. LBR 9010-1(b)(2), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and am admitted to practice before the United States District Court for the Western District of Texas. I was admitted to the Bar of the State of Texas in 2001, and I was admitted to the United States District Court for the Western District of Texas in 2005. I was also admitted to the Bar of the Fifth Circuit Court of Appeals, and am practicing and in good standing in these jurisdictions.

I have not been subject to disciplinary proceedings, and discipline has not been imposed on me by any bar of which I am now or have been a member, in the ten-year period preceding submission of this application. I am not under suspension or disbarment by any Court and am not subject to any disciplinary proceedings. If admitted *pro hac vice,* I agree to abide by the Local Bankruptcy Rules and to submit myself to the disciplinary jurisdiction of this Court.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

October 4, 2023                                                      /s/ Matthew Tepper
                                                                                      Matthew Tepper

4892-5895-7444, v. 1

## Exhibit A

Tax Appraisal District of Bell County, Texas
Bowie Central Appraisal District
The County of Brazos, Texas
The County of Denton, Texas
The County of Guadalupe, Texas
The County of Hays, Texas
McLennan Central Appraisal District
Midland Central Appraisal District
Central Appraisal District of Taylor County, Texas
City of Waco, Texas and Waco Independent School District
The County of Williamson, Texas

4892-5895-7444, v. 1