UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
BED BATH & BEYOND INC., et al

Debtors

Chapter 11  
Case No. 23-13359 (VFP)  
(Jointly Administered)

# CERTIFICATION OF SERVICE

Pursuant to 28 U.S.C. § 1746(2), Merrill O'Brien, Esq. declares that on October 2, 2023, he caused a hard copy of the following:

1. Creditor F3 Metalworx, Inc.'s Notice of Motion for an order for the allowance and payment of post-petition storage charges;
2. Declaration of Jason Paglia, signed 9/28/2023, with Exhibits A-H;
3. Memorandum of law; and
4. A proposed form of Order.

to be served via First Class Mail on:

Office of the United States Trustee  
One Newark Center  
1085 Raymond Boulevard, Suite 2100  
Newark, NJ   07102

pursuant to Court's April 25, 2023 Case Management Order. The above were also served via CM/ECF, and via email at USTPRegion03.NE.ECF@usdoj.gov on September 29, 2023. I declare under penalty of perjury that the foregoing is true pursuant to 28 U.S.C. § 1746(2).

Dated: October 6, 2023

s/Merrill O'Brien  
O'Brien Thornton LLC  
Attorneys for Creditor F3 Metalworx, Inc.  
obrien@obrienthornton.com  
160 Park Street  
Montclair, NJ  07042  
973-886-8853

Joseph A. Anesta, Esq.  
Cameron & Mittleman LLP  
janesta@cm-law.com  
301 Promenade Street  
Providence, RI 02908  
T: 401-331-5700