Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/24/23 at 10:00 AM

to consider and act upon the following:

2397 − Motion to File Claim After Claims Bar Date Filed by Jeffrey Bernstein on behalf of HRTC 1 LLC. (Attachments: # 1 Declaration of Lawrence Hilton, Esq. # 2 Exhibits to Declaration # 3 Proposed Order # 4 Certificate of Service) (Bernstein, Jeffrey)

Dated: 10/10/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court