IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO. 23-13359 (VFP) |
| BED BATH & BEYOND, INC., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Mandelbaum Barrett PC as attorneys for Creditor, the Texas Taxing Authorities, in the above-entitled action.

| | |
|---|---|
| MANDELBAUM BARRETT PC<br>Superseding Attorneys | ANSELL GRIMM & AARON, P.C.<br>Withdrawing Attorneys |
| By: Joshua S. Bauchner, Esq. | By: Anthony J D'Artiglio, Esq. |
| Dated: September ___, 2023 | Dated: October 10, 2023 |