UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Kenneth A. Rosen
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-6206
krosen@lowenstein.com

---

| | | |
|---|---|---|
| In re: | ) | Case No. 23-13359 (VFP) |
| | ) | |
| BED BATH & BEYOND, INC. *et al.*, | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors[1]. | ) | Judge Papalia |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF COLLEEN G. THOMAS

Kenneth A. Rosen, a member in good standing of the bar of New Jersey (the "Movant"), pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and D.J.J. LBR 9010-1, respectfully moves this Court, on behalf of attorney, Colleen G. Thomas, for an order granting permission to appear *pro hac vice* on behalf of Continental Web Press, Inc. (a "Creditor") in these cases and in any related adversary proceeding(s) filed or to be filed in these Chapter 11 cases. In support of this request, Movant represents as follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1. I am a member of the law firm of Lowenstein Sandler LLP, which maintains an office at One Lowenstein Drive, Roseland, New Jersey 07068. I am admitted to practice in the State of New Jersey and before the United States District Court of New Jersey.

2. I certify that I am, and have remained, a member in good standing of the New Jersey bar at all times, that no disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceeding has previously been imposed on me in any jurisdiction.

3. Colleen G. Thomas is a sole practitioner at Thomas Law Office. Upon information and belief, Colleen G. Thomas is admitted to the bar of the State of Illinois and the United States District Court for the Northern District of Illinois. Ms. Thomas is, and has remained a member in good standing of the bar of the State of Illinois at all times, and no disciplinary proceedings are pending against her nor have been imposed on her in any jurisdiction.

4. I have appeared as counsel of record for Continental Web Press, Inc., in these cases and shall serve as local counsel upon whom all notices, orders, and pleadings shall be served.

5. I am familiar with the Local Rules of practice of this Court.

WHEREFORE, Movant respectfully requests entry of the Order submitted herewith granting admission *pro hac vice* of Colleen G. Thomas to represent Continental Web Press, Inc. in connection with these cases and any related adversary proceeding.

Dated: October 12, 2023

/s/ Kenneth A. Rosen
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-6206
krosen@lowenstein.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Kenneth A. Rosen
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-6206
krosen@lowenstein.com

---

| | | |
|---|---|---|
| In re: | ) | Case No. 23-13359 (VFP) |
| | ) | |
| BED BATH & BEYOND, INC. *et al.*, | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors[1]. | ) | Judge Papalia |

CERTIFICATION OF COLLEEN G. THOMAS
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Colleen G. Thomas, certify, pursuant to 28 U.S.C. 1746, as follows:

1. I am an attorney as a sole practitioner with Thomas Law Office, which maintains an office at 30 North Western Avenue, Carpentersville, IL 60110.

2. I am, and have always been, a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois since 1994. No disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceedings have been imposed on me in any jurisdiction.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

3. I am not admitted to practice law in the State of New Jersey and therefore seek *pro hac vice* admission in these cases.

4. Kenneth A. Rosen, a member of Lowenstein Sandler LLP, has appeared as counsel of record for the Creditor and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

5. I am in possession of and have reviewed a copy of the Local Bankruptcy Rules and of this Court.

6. I understand and agree that, if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

7. I have made no prior oral or written application to be admitted to this Court in connection with these Chapter 11 cases. This is my first application for *pro hac vice* admission in this District during the year 2023.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2023

/s/ Colleen G. Thomas,
Colleen G. Thomas
Thomas Law Office
30 North Western Avenue
Carpentersville, IL 60110
(847) 426-7990
Collections@CGTLaw.com
Illinois Atty. ID: 06226227