| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN STEADY, LLC**<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Tamarack Village Shopping Center, A Limited Partnership | |
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**NOTICE OF MOTION OF TAMARACK VILLAGE SHOPPING CENTER, A LIMITED PARTNERSHIP FOR AN ORDER FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)**

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-l (a).

NOTICE IF HEREBY GIVEN THAT the Tamarack Village Shopping Center, a Limited Partnership has filed a motion for an order for allowance of payment and administrative expense claim pursuant to 11 U.S.C. §365, Federal Rule of Bankruptcy Procedure 6006 and Local Bankruptcy Rule 6006-1.

If you file and serve an objection/response within the time permitted, a hearing will be held on November 14, 2023 at 10:00 a.m. at the U.S. Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, Courtroom 3B, New Jersey. If you do not file an objection/response on or before November 7, 2023, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

If you object to the relief requested, you must file your objection/response with the Clerk of Court at:

Clerk, United States Bankruptcy Court
District of New Jersey

3968936.v1                                    13

50 Walnut Street
Newark, NJ 07102

and serve a copy on the attorneys for the Movant:

Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
2 Kings Highway West, Suite 102
Haddonfield, NJ  08033

Dated:  October 12, 2023                    KURTZMAN | STEADY, LLC


                                            By: */s/ Jeffrey Kurtzman*_____
                                                Jeffrey Kurtzman, Esquire
                                            2 Kings Highway West, Suite 102
                                            Haddonfield, NJ  08033
                                            Telephone: (856) 428-1060
                                            Email:  kurtzman@kurtzmansteady.com

                                            Attorneys for Tamarack Village Shopping
                                            Center, a Limited Partnership