| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN STEADY, LLC**<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Tamarack Village Shopping Center, A Limited Partnership | |
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>            Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

## **ORDER**

The relief set forth on the following page numbered two (2) is hereby ORDERED

3968936.v1                                                    15

Case No.      23-13359 (VFP)
Case Name.    BED BATH & BEYOND INC., et al.
Caption:      ORDER

---

This matter having come before the Court on the motion (the "Motion") of Tamarack Village Shopping Center, a Limited Partnership ("Tamarack"), pursuant to 11 U.S.C. §365 and Federal Rule of Bankruptcy Procedure 6006, and any objections or responses to the relief requested therein, and after notice and an opportunity for hearing, and good cause appearing for the relief requested, it is hereby

ORDERED, pursuant to 11 U.S.C. §365, that the Motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that Tamarack is entitled to immediate payment of an administrative expense of $77,491 by Debtor Bed Bath & Beyond, Inc.

3968936.v1                                    16