| | |
|---|---|
| **From:** | workflow@mrinetsource.com |
| **Sent:** | Tuesday, May 23, 2023 6:19 PM |
| **To:** | Leasepayable@bedbath.com |
| **Cc:** | Karissah DeSantis/USA; James Swanson/USA |
| **Subject:** | Monthly Statement from Cushman and Wakefield |
| **Attachments:** | 15558f60-5c60-4889-8a19-49e675b90fb6.pdf |

External Mail

Your monthly statement from Cushman and Wakefield is attached. Contact your property manager with any inquiries. Thank you for your tenancy.

1

Tamarack Village Shopping Ctr
8278 Tamarack Village
Woodbury, MN  55125



|  |  |  | 5/23/2023 |  | ACCOUNT NUMBER |  |
|---|---|---|---|---|---|---|
|  |  |  | INVOICE #: |  | 01000632 | 1 |

Bed Bath & Beyond Inc
Mr. Warren Eisenberg
650 Liberty Avenue
Union, NJ  07083

**MAKE CHECKS PAYABLE TO:** Tamarack Village Shopping Center, LP      BALANCE DUE      116,157.21

| Date | Code | Suite Id | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|---|
| 1/1/2020 | CM1 | 1006 | Common Area Maintenance | 145.99 | .00 | 145.99 |
| 2/1/2020 | CM1 | 1006 | Common Area Maintenance | 145.99 | .00 | 145.99 |
| 3/1/2020 | CM1 | 1006 | Common Area Maintenance | 145.99 | .00 | 145.99 |
| 3/31/2020 | PYE | 1006 | 2019 CAM Reconciliation | 2,366.89 | 968.53 | 1,398.36 |
| 4/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 5/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 6/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 6/1/2020 | IN1 | 1006 | Insurance | 234.74 | 231.49 | 3.25 |
| 7/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 8/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 9/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 10/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 11/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 12/1/2020 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 1/1/2021 | CM1 | 1006 | Common Area Maintenance | 5,869.30 | 5,723.31 | 145.99 |
| 2/1/2021 | AD1 | 1006 | Administration | 416.36 | 141.57 | 274.79 |
| 3/1/2021 | CM1 | 1006 | Common Area Maintenance | 6,014.21 | 5,803.82 | 210.39 |
| 4/1/2021 | CM1 | 1006 | Common Area Maintenance | 6,014.21 | 5,854.46 | 159.75 |
| 5/1/2021 | AD1 | 1006 | Administration | 405.49 | .00 | 405.49 |
| 1/20/2022 | PYE | 1006 | 2020 Prior Year Adjustments | -2,955.31 | .00 | -2,955.31 |
| 5/31/2022 | PYR | 1006 | 2021 Prior Year Adjust - RET | -4,520.03 | .00 | -4,520.03 |
| 10/1/2022 | CM1 | 1006 | Common Area Maintenance | 6,017.66 | .00 | 6,017.66 |
| 4/25/2023 | RT1 | 1006 | 1st Half 2023 RE Taxes | 77,491.00 | .00 | 77,491.00 |

Tamarack Village Shopping Ctr
8278 Tamarack Village
Woodbury, MN  55125



|  |  | 5/23/2023 |  | ACCOUNT NUMBER |  |
|---|---|---|---|---|---|
| Bed Bath & Beyond Inc |  | INVOICE #: |  | 01000632 | 1 |
| Mr. Warren Eisenberg |  |  |  |  |  |
| 650 Liberty Avenue |  |  |  |  |  |
| Union, NJ  07083 |  |  |  |  |  |

**MAKE CHECKS PAYABLE TO:**   Tamarack Village Shopping Center, LP            **BALANCE DUE**       116,157.21

| Date | Code | Suite Id | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|---|
| 6/1/2023 | AD1 | 1006 | Administration | 433.56 | .00 | 433.56 |
| 6/1/2023 | BR1 | 1006 | Base Rent | 28,353.41 | .00 | 28,353.41 |
| 6/1/2023 | CM1 | 1006 | Common Area Maintenance | 6,437.10 | .00 | 6,437.10 |
| 6/1/2023 | IN1 | 1006 | Insurance | 549.92 | .00 | 549.92 |

|  | 5/23/2023 |  | ACCOUNT NUMBER |  |
|---|---|---|---|---|
| Please send this portion of the statement with your remittance. | INVOICE #: |  | 01000632 | 1 |
|  | Bed Bath & Beyond Inc |  |  |  |

Tamarack Village Shopping Center, LP
c/o Cushman & Wakefield
SDS 12-2659, PO Box 86
Minneapolis, MN  55486-2659

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 113,264.99 | 0.00 | 0.00 | 0.00 | 2,892.22 | 116,157.21 |