**EXHIBIT C**

| | |
|---|---|
| **From:** | Park, John <JPark@coleschotz.com> |
| **Sent:** | Wednesday, June 21, 2023 4:55 PM |
| **To:** | Will R. Tansey |
| **Cc:** | Bass, David |
| **Subject:** | RE: Bed Bath and Beyond Objection to Cure Amount [IWOV-CSDOCS.FID2477406] |

Debtor agrees with a cure for the RET of $77,491.20.  The remaining $2,892.22 appears to be cam escrows for 2020 but the 2020 CAM rec was a credit rec.

## JOHN PARK
MEMBER

OFFICE   201.525.6211
CELL   201.723.9240
EMAIL   jpark@coleschotz.com

Court Plaza North | 25 Main Street | Hackensack, NJ 07601

NEW JERSEY   NEW YORK   DELAWARE   MARYLAND   TEXAS   FLORIDA
VCARD | BIO | COLESCHOTZ.COM

Legal Practice Assistant: Susan Daly | 201.489-3000, ext. 5106 | sdaly@coleschotz.com

**From:** Will R. Tansey <WTansey@Felhaber.com>
**Sent:** Wednesday, June 21, 2023 1:15 PM
**To:** Sirota, Michael <MSirota@coleschotz.com>
**Cc:** Usatine, Warren <WUsatine@coleschotz.com>; Yudkin, Felice <FYudkin@coleschotz.com>
**Subject:** Bed Bath and Beyond Objection to Cure Amount

**CAUTION:** External Message

Mr. Sirota,

I represent Tamarack Village Shopping Center (Store 1842). We object to the proposed cure of $0. Attached is an invoice for unpaid real estate taxes ($77,491.20) due under the lease as well as a small AR balance ($2,892.22). The total cure amount is $80,383.42. Are you willing to resolve this informally so we don't have to incur a lot of expense and hire local counsel?

**Will R. Tansey**
Attorney

220 South 6th Street, Suite 2200, Minneapolis, MN 55402
Direct: 612.373.8430 | Main: 612.339.6321 | Fax: 612.338.0535
WTansey@Felhaber.com

1