**EXHIBIT D**

---

| | |
|---|---|
| **From:** | Hodman Ahmed/USA <Hodman.Ahmed@cushwake.com> |
| **Sent:** | Monday, April 18, 2022 10:18 AM |
| **To:** | leasepayable@bedbath.com |
| **Cc:** | James Swanson/USA |
| **Subject:** | BBBY 1st Half RET Billing |
| **Attachments:** | BBBY 1st Half RET Billing.pdf |

Hello-

The first half of 2022 real estate taxes will be billed with the May statement. Attached is the backup.

Thank you,

**Hodman Ahmed**
Client Accountant
Client Accounting | Asset Services

Direct:+1 952 346 4603
Hodman.ahmed@cushwake.com



3500 American Blvd W, Suite 200
Bloomington, MN 55431 | USA
cushmanwakefield.com

LinkedIn | Facebook | Twitter | YouTube | Google+ | Instagram

**From:**          Hodman Ahmed/USA <Hodman.Ahmed@cushwake.com>
**Sent:**          Tuesday, August 23, 2022 10:21 AM
**To:**            leasepayable@bedbath.com
**Cc:**            James Swanson/USA
**Subject:**       BBBY 2nd Half RET Billing
**Attachments:**   BBBY 2nd Half RET Billing.pdf

Good Morning,

The second half of 2022 real estate taxes will be billed with the September statement. Attached is the backup.

Thank you,

**Hodman Ahmed**
Client Accountant
Client Accounting | Asset Services

Direct:+1 952 346 4603
Hodman.ahmed@cushwake.com



3500 American Blvd W, Suite 200
Bloomington, MN 55431 | USA
cushmanwakefield.com

LinkedIn | Facebook | Twitter | YouTube | Google+ | Instagram