| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> Jeffrey Kurtzman, Esquire (JK-7689) <br> **KURTZMAN STEADY, LLC** <br> 101 N. Washington Avenue, Suite 4A <br> Margate, NJ 08402 <br> kurtzman@kurtzmansteady.com <br> Telephone: (215) 839-1222 <br><br> Attorneys for Tamarack Village Shopping Center, A Limited Partnership | |
| In re: <br><br> BED BATH & BEYOND INC., et al. <br><br> Debtors. | Case No. 23-13359 (VFP) <br><br> Chapter 11 <br><br> (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

1. I, <u>Jeffrey Kurtzman, Esquire</u>:

   ☒ represent <u>Tamarack Village Shopping Center, a Limited Partnership</u> in this matter.
   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.
   ☐ am the _____ in this case and am representing myself.

2. On <u>October  12, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **MOTION OF TAMARACK VILLAGE SHOPPING CENTER, A LIMITED PARTNERSHIP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)**

   */s/ Jeffrey Kurtzman*
   Jeffrey Kurtzman

| Party to the Case | | |
|---|---|---|
| Kirkland & Ellis LLP,<br>601 Lexington Avenue,<br>New York, New York 10022,<br>Attn: Joshua A. Sussberg, P.C.,<br>Emily E. Geier, P.C.,<br>Derek I. Hunter<br>Ross J. Fiedler<br>Olivia F. Acuna<br>Jacob E. Black<br>Email: joshua.sussberg@kirkland.com;<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>ross.fiedler@kirkland.com<br>olivia.acuna@kirkland.com<br>Jacob.black@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota, Esq.,<br>Warren A. Usatine, Esq.,<br>Felice R. Yudkin, Esq.<br>David M. Bass, Esq<br>mail: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>dbass@coleschotz.com | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Attn: Davis Polk & Wardwell LLP,<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Marshall S. Huebner<br>(marshall.huebner@davispolk.com),<br>Adam L. Shpeen<br>(adam.shpeen@davispolk.com),<br>Steven Z. Szanzer<br>(steven.szanzer@davispolk.com ) and<br>Michael Pera<br>(michael.pera@davispolk.com | counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman<br>(DHillman@proskauer.com )<br>and Megan R. Volin<br>(MVolin@proskauer.com | Counsel to the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

3968936.v1                                    11

| | | |
|---|---|---|
| Office of the United States Trustee for Region 3, District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102, Attn: Fran B. Steele Alexandria Nikolinos Fran.b.steele@usdoj.gov Alexandria.nikolinos@usdoj.gov | USTO | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Pachulski Stang Ziehl & Jones LLP Beth E. Levine Robert J. Feinstein Bradford J. Sandler Paul J. Labov Colin R. Robinson 780 Third Avenue, 34th Floor New York, NY 10017 blevine@pszjlaw.com rfeinstein@pszjlaw.com bsandler@pszjlaw.com plabov@pszjlaw.com crobinson@pszjlaw.com | counsel to the Creditors' Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| All parties entering an Appearance served via CM/ECF | Appearances Filed | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | |

3968936.v1

12