Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 23−13359−VFP
> Chapter: 11
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Bed Bath & Beyond Inc.
 650 Liberty Avenue
 Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
 11−2250488

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/24/23 at 10:00 AM

to consider and act upon the following:

*2404* − Document re: Notice of Ben Rozenweig, Marjorie L. Bowen, and Shelly Lombards Motion for Entry of an Order Allowing the Advancement and Payment of Defense Costs Pursuant to the Debtors D&O Insurance Policy (related document:2403 Motion (Generic) filed by Creditor Ben Rosenzweig) filed by Brigid K Ndege on behalf of Ben Rosenzweig. (Ndege, Brigid)

Dated: 10/13/23

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court