| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**STRADLEY RONON STEVENS**<br>**& YOUNG, LLP**<br>Liberty View<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Daniel M. Pereira, Esq.<br>(215) 564-8747<br>dpereira@stradley.com<br>Attorneys for ChannelAdvisors Corp. | |
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP) |

**NOTICE OF MOTION OF CHANNELADVISOR CORPORATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

    NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a).

    NOTICE IS HEREBY GIVEN THAT ChannelAdvisor Corporation has filed amotion for an order for allowance of payment and administrative expense claim pursuant to 11 U.S.C. § 365, Federal Rule of Bankruptcy Procedure 6006 and Local Bankruptcy Rule 6006-1.

    If you file and serve an objection/response within the time permitted, a hearing will be held on November 14, 2023 at 10:00 a.m. at the U.S. Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, NJ, Courtroom 3B. If you do not file an objection/response on or before November 7, 2023, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

    If you object to the relief requested, you must file your objection/response with the Clerk of Court at:

Clerk, United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

and serve a copy on the attorneys for the Movant:

Daniel M. Pereira, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Dated: October 13, 2023                    STRADLEY RONON STEVENS & YOUNG, LLP

/s/ Daniel M. Pereira
Daniel M. Pereira, Esq. (#119862014)
Stradley Ronon Stevens & Young, LLP
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
(215) 564-8747
dpereira@stradley.com

*Attorneys for ChannelAdvisors Corp.*