UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STRADLEY RONON STEVENS
& YOUNG, LLP**
Liberty View
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
Daniel M. Pereira, Esq.
(215) 564-8747
dpereira@stradley.com
Attorneys for ChannelAdvisors Corp.

In re:

BED BATH & BEYOND INC., et al.

        Debtors.

Chapter 11

Case No. 23-13359 (VFP)

## **ORDER**

The relief set forth on the following page numbered two (2) is hereby ORDERED.

Case No.      23-13359 (VFP)
Case Name:    BED BATH & BEYOND INC., et al.
Caption:      ORDER

---

This matter having come before the Court on the motion (the "Motion") of ChannelAdvisor Corporation, pursuant to 11 U.S.C. § 365 and Federal Rule of Bankruptcy Procedure 6006, and any objection or responses to the relief requested therein, and after notice and an opportunity for hearing, and good cause appearing for the relief requested, it is hereby

ORDERED, pursuant to 11 U.S.C. § 365, that the Motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that ChannelAdvisor Corporation is entitled to immediate payment of an administrative expense of $125,753.42