| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**STRADLEY RONON STEVENS & YOUNG, LLP**<br>Liberty View<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Daniel M. Pereira, Esq.<br>(215) 564-8747<br>dpereira@stradley.com<br>Attorneys for ChannelAdvisors Corp. |
| In re:<br><br>BED BATH & BEYOND INC., et al.<br><br>        Debtors. |

Chapter 11

Case No. 23-13359 (VFP)

## CERTIFICATE OF SERVICE

1.    I, Daniel M. Pereira, represent ChannelAdvisor Corporation in this matter.

2.    On October 13, 2023, I sent a copy of the Motion of ChannelAdvisor Corporation for Allowance and Payment of Administrative Expense Claim to the parties listed below.

                                      /s/ Daniel M. Pereira
                                      Daniel M. Pereira, Esq. (#119862014)
                                      Stradley Ronon Stevens & Young, LLP
                                      LibertyView
                                      457 Haddonfield Road, Suite 100
                                      Cherry Hill, NJ 08002
                                      (215) 564-8747
                                      dpereira@stradley.com

                                      *Attorneys for ChannelAdvisors Corp.*

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Attn: Joshua A. Susberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>Ross J. Fiedler<br>Olivia F. Acuna<br>Jacob E. Black<br>Email: joshusa.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Derek.hunter@kirkland.com<br>Ross.fiedler@kirkland.com<br>Olivia.acuna@kirkland.com<br>Jacob.black@kirkland.com | Counsel to the Debtors | Via Email |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>David M. Bass, Esq.<br>Email: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>dbass@coleschotz.com | Co-Counsel to the Debtors | Via email |
| Attn: Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn:Marshal S. Huebner<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Michael Pera<br>Marshall.huebner@davispolk.com<br>Adam.shpeen@davispolk.com<br>Steven.szanzer@davispolk.com<br>Michael.pera@davispolk.com | Counsel to the Prepetition ABL Agent | Via email |

| | | |
|---|---|---|
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman<br>Megan R. Volin<br>DHillman@proskauer.com<br>MVolin@proskauer.com | Counsel to the DIP Agent | Via email |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B. Steele<br>Alexandria Nikolinos<br>Fran.b.steele@usdoj.gov<br>Alexandria.nikolinos@usdoj.gov | USTO | Via email |
| Pachulski Stang Ziehl & Jones LLP<br>Beth E. Levine<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>blevine@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Creditors' Committee | Via email |
| All parties entering an Appearance served via CM/ECF | Appearances filed | Notice of Electronic Filing |