**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
Connie Choe, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com
　　　　jraviele@kelleydrye.com
　　　　cchoe@kelleydrye.com
-and-

One Jefferson Road
Parsippany, NJ 07504
Tel: 973-503-5900

*Counsel for Landlord, Equity One, Inc.*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Case No.: 23-13359 (VFP)<br><br>Chapter 11<br><br>(Jointly Administered) |

## ORDER GRANTING APPLICATION OF EQUITY ONE, INC. FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM

　　　　The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Upon the Application (the "<u>Application</u>") of Equity One, Inc. (the "<u>Landlord</u>"), for entry of an order granting the allowance and payment of an administrative expense claim attached hereto as <u>Exhibit 1</u> (the "<u>Administrative Expense Claim</u>"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having determined that notice of the Application provided by the Landlord was adequate and sufficient under the circumstances and that no further notice of the Application need be provided; and this Court having reviewed the Application and the exhibits thereto; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Administrative Expense Claim is hereby granted, approved, and allowed in the amount of $4,225.27.

2. The Plan Administrator shall pay the Landlord the Administrative Expense Claim within seven (7) days of the entry of this Order.