| R560001M | | | | JDE EnterpriseOne 9.2 | | | | | 10/9/2023 | 14:10:43 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GGP0007 | | | | A/R Details with Aging | | | | | Page - | 1 |
| By Tenant Name - CSV Format | | | | Posted and Unposted Transactions | | | | | User ID | JMINNICK |
| | | | | As Of | 10/9/2023 | | | | | |

| Parent: | 3300140 | BED, BATH & BEYOND, INC. |
| --- | --- | --- |
| Tenant: | 2035165 | BED BATH & BEYOND, INC. |
| DBA: | 2430667 | BED BATH + BEYOND |
| Company | 3961 | Pinnacle Hills Power Center |
| Business Unit | 3961 | Pinnacle Hills Power Center |

Lease:  242967  Unit No : 20210  Type: RT - Retail   Status: D - Dark    BKT  Bankruptcy

| P C | Ty | Number | Document Company | G/L Offset | Invoice Date | Due Date/ Check Date | Original Amount | Open Amount | Pre Petition BKPR | Post Petition | Remark |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| D | RN | 15990842 | 3961 | WTSZ | 4/15/2023 | 4/15/2023 | $136.72 | $136.72 | $136.72 | | DRQ323592 2022 WATR SETTLEMENT |
| D | RH | 16070337 | 3961 | RETZ | 6/3/2023 | 6/3/2023 | $28,384.75 | $28,384.75 | $28,384.75 | | Real Estate Tax Settlement |
| D | RD | 16166326 | 3961 | BMRS | 8/1/2023 | 8/1/2023 | $20,000.00 | $20,000.00 | | $20,000.00 | MINIMUM RENT |
| D | RD | 16166326 | 3961 | CATS | 8/1/2023 | 8/1/2023 | $6,236.78 | $6,236.78 | | $6,236.78 | CAM TOE |
| D | RD | 16166326 | 3961 | WTSP | 8/1/2023 | 8/1/2023 | $170.00 | $170.00 | | $170.00 | WATER & SEWER |
| D | RD | 16220451 | 3961 | BMRS | 9/1/2023 | 9/1/2023 | $20,000.00 | $20,000.00 | | $20,000.00 | MINIMUM RENT |
| D | RD | 16220451 | 3961 | CATS | 9/1/2023 | 9/1/2023 | $6,236.78 | $6,236.78 | | $6,236.78 | CAM TOE |
| D | RD | 16220451 | 3961 | WTSP | 9/1/2023 | 9/1/2023 | $170.00 | $170.00 | | $170.00 | WATER & SEWER |
| D | RD | 16271820 | 3961 | BMRS | 10/1/2023 | 10/1/2023 | $20,000.00 | $20,000.00 | | $20,000.00 | MINIMUM RENT |
| D | RD | 16271820 | 3961 | CATS | 10/1/2023 | 10/1/2023 | $6,236.78 | $6,236.78 | | $6,236.78 | CAM TOE |
| D | RD | 16271820 | 3961 | WTSP | 10/1/2023 | 10/1/2023 | $170.00 | $170.00 | | $170.00 | WATER & SEWER |
| | | Lease: | 242967 | | | | $107,741.81 | $107,741.81 | $28,521.47 | $79,220.34 | |
| | Total | BED BATH & BEYOND, INC. | | | | Legal Fees: | | $691,924.61 | | $691,924.61 | |
| Business Unit: | 3961 | Pinnacle Hills Power Center | | | | Total Claim: | | $799,666.42 | | $771,144.95 | |
| Company | 3961 | Pinnacle Hills Power Center | | | | | | | | | |

| R5615001 | | JDE EnterpriseOne 9.2 | 10/11/2023 13:15:20 |
| --- | --- | --- | --- |
| GGP0001 | | Tenant Profile with Legal Clauses | Page - 55 |
| | | | As Of - 10/11/2023 |
| Reviewer_____ | | **BED BATH & BEYOND** | |
| | | **Pinnacle Hills Power Center** | |

| Parent ID: | 3300140 | BED, BATH & BEYOND, INC. | Property ID: | 3961 | Lease Type: | Retail | Rentable SF: | 30,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tenant ID: | 2035165 | BED BATH & BEYOND, INC. | Unit ID: | 20210 | Lease Status: | Dark | Usable SF: | 30,000 |
| DBA ID: | 2430667 | BED BATH & BEYOND | Unit Type: | Strip Center | Deal Type: | Renewal / Ancillary Doc | Document: | Lease |
| Lease ID: | 242967 | Lease Version: 3 | Unit Usage: | Big Box | Closed Reason: | Bankruptcy | Rent Structure: | Taxes Paid Direct or Annually |
| Master Lease ID: | 242967 | | Ownership: | Landlord Owned | | | Closed Store Bill Type: | . |

Billing Address:
BED BATH & BEYOND, INC.
ATTN: LEASE ADMINISTRATION
650 LIBERTY AVENUE
UNION NJ 07083

Legal Address:
BED BATH & BEYOND, INC.
650 LIBERTY AVENUE
ATTN: WARREN EISENBERG
UNION NJ 07083

**LEASE DATES**

| Approved: | 6/30/2022 | Signed: | 6/1/07 | Rent Start Date: | 9/18/07 | Expire Date: | 1/31/2028 | Original End: | 1/31/28 | Commencement Date: | 9/18/07 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Version Effective: | 2/1/2023 | Commitment: | 9/18/2007 | Open Date: | 9/18/07 | Plan Out: | 1/31/2028 | Close Date: | 7/30/23 | | |

**LOG DETAILS**

| LC | Property Log Class Description | AM ID | Begin Date | Expired Date | Description | Explanation Remark | Units | UM | Critical Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DM | Deal Maker | DMID | | | Deal Maker/Salesforce Id | S0852508 | | | |
| ND | Nexus Lease Logs | ND09 | | | Water: Secondary Service | | | | |
| ND | Nexus Lease Logs | ND13 | | | Direct Billed Electric | | | | |

**CURRENT MONTH RENT**

| Bill Code | Description | Starting Date | Ending Date | SC | Suspend Date | Gross Amount | Annual Gross | Annual Amount Per Square Foot | Rentable Square Footage | Bill Frq | Tax Code | Tax Rate/Area | Taxable Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BMRS | MINIMUM RENT | 2/1/2023 | 1/31/2028 | | | 20,000.00 | 240,000.00 | 8.00 | 30,000 | M | | | |