# INVOICE





**BILL TO**
Bed Bath & Beyond, Inc.
650 Liberty Ave
Union NJ 07083
United States

**CONTACT INFO**
Transaction Tax Resources, Inc.
255 South King Street, Ste 1800
Seattle, WA 98104
503.472.8500 | accounting@ttrus.com

**INVOICE NO** INV120230190F
**ACCOUNT NO** C00101
**DATE** 05/04/2023
**EIN** 20-5504199

This product ensures your company will *get tax right.*

| Billing Cycle | States | Seats | Due Date | TTR Rep. |
|---|---|---|---|---|
| Annually | 50 | Unlimited | 06/03/2023 | Demian Cratty |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | **Automation**  Prorated Subscription Period: 06/15/2023 - 08/31/2023 | $27,780.82 | $27,780.82 |

| **Purchase Order** | | |
|---|---|---|
| | Subtotal | $27,780.82 |
| **Notes** | Tax Total | $1,840.48 |
| | Total | $29,621.30 |

## THANK YOU FOR BEING AWESOME.

Make all payments out to Transaction Tax Resources, Inc
THANK YOU FOR YOUR BUSINESS