| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|
| In re:<br>BED BATH & BEYOND INC., et al., | Chapter 11<br><br>Case Number: 23-13359 | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: Google LLC<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Name and Addresses Where Notices Should Be Sent:<br>Google LLC<br>c/o Amy E. Vulpio, Esq.<br>White and Williams LLP<br>1650 Market St., Fl. 18<br>Philadelphia, PA 19103  vulpioa@whiteandwilliams.com | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: XXXXXXXX8025 | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

1. BASIS FOR CLAIM

☐ Goods Sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED: 02/04/2023

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: $2,339,738.82_____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other (Describe briefly) _____
   Value of Collateral: $_____
☐ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date:<br><br>10/13/2023 | **Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).**<br><br> /s/ Amy E. Vulpio_____ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).      *rev.8/1/15*

**Bed Bath & Beyond Inc. et, al. - Account Statement**
**Chapter 11 Bankruptcy Filing - 04.23.2023**

| Customer | CustomerBillTo | CustomerExternalID | PDFInvoiceNumber | InvoiceDate | DueDate | Currency | OpenAmountLocal | PostPetitionLocal | Entity | AccountType |
|---|---|---|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 6367011080Z5 | 4828028743 | 9/30/2023 | 10/30/2023 | USD | 502,521.99 | 502,521.99 | Google LLC f/k/a Google Inc. | Google Cloud |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 6367011080Z5 | 4812802061 | 9/22/2023 | 10/22/2023 | USD | 67,502.28 | 67,502.28 | Google LLC f/k/a Google Inc. | Google Cloud |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 6367011080Z5 | 4783599294 | 7/31/2023 | 8/30/2023 | USD | 1,766,019.48 | 1,766,019.48 | Google LLC f/k/a Google Inc. | Google Cloud |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 6367011080Z5 | 4750105512 | 6/22/2023 | 7/22/2023 | USD | 3,695.07 | 3,695.07 | Google LLC f/k/a Google Inc. | Google Cloud |
| | | | | | | **Total Outstanding** | **2,339,738.82** | **2,339,738.82** | | |



## Invoice

Invoice number: 4828028743

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: ███████

**Bill to**

Accounts Payable
Bed Bath & Beyond Inc.
650 Liberty Ave.
Union, NJ 07083-8135
United States

**Details**

| | |
|---|---|
| Invoice number | 4828028743 |
| Invoice date | Sep 30, 2023 |
| Payment terms | Net 30 |
| Billing ID | 6367-0110-8025 |
| Account ID | 01B91A-D1FB2C-7F431D |
| Purchase order | 458492, 557178 |

**Google Cloud**

Total amount due in USD  **$502,521.99**

Due Oct 30, 2023

**Summary for Sep 1, 2023 - Sep 30, 2023**

Pay in USD:

| | |
|---|---|
| Subtotal in USD | $502,521.99 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $502,521.99 |

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**

Account holder name: Google Payment Corp
Bank: JPMorgan Chase Bank National Association
SWIFT BIC: CHASUS33
ABA #: 021000021
Account #: ███████

**Bank branch address:**

JPMorgan Chase Bank National Association
1111 Polaris Parkway
Columbus, OH 43240
USA

For questions about this invoice please email collections@google.com    Page 1 of 2

 **Invoice**

Invoice number: 4828028743

Use the Google Cloud Platform cost table to view and download detailed invoice data such as per-project costs: console.cloud.google.com/billing/01B91A-D1FB2C-7F431D/reports/tabular.

| Description | Amount($) |
|---|---|
| Google Cloud - Fee for September 2023 | 502,521.99 |

| | | |
|---|---|---|
| | Subtotal in USD | $502,521.99 |
| | Tax (0%) | $0.00 |
| | Total in USD | **$502,521.99** |



## Invoice

Invoice number: 4804894820

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: ▮▮▮▮▮▮▮▮▮

**Bill to**

Accounts Payable
Bed Bath & Beyond Inc.
650 Liberty Ave.
Union, NJ 07083-8135
United States

**Details**

| | |
|---|---|
| Invoice number | 4804894820 |
| Invoice date | Aug 31, 2023 |
| Payment terms | Net 30 |
| Billing ID | 6367-0110-8025 |
| Account ID | 01B91A-D1FB2C-7F431D |
| Purchase order | 458492, 557178 |

**Google Cloud**

Total amount due in USD         **$661,842.89**

Due Sep 30, 2023

**Summary for Aug 1, 2023 - Aug 31, 2023**

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | $661,842.89 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $661,842.89 |

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**

Account holder name: Google Payment Corp
Bank: JPMorgan Chase Bank National Association
SWIFT BIC: CHASUS33
ABA #: 021000021
Account #: ▮▮▮▮▮▮▮▮▮

**Bank branch address:**

JPMorgan Chase Bank National Association
1111 Polaris Parkway
Columbus, OH 43240
USA

For questions about this invoice please email collections@google.com

Page 1 of 3

 **Invoice**

Invoice number: 4804894820

Use the Google Cloud Platform cost table to view and download detailed invoice data such as per-project costs: console.cloud.google.com/billing/01B91A-D1FB2C-7F431D/reports/tabular.

| Description | Amount($) |
|---|---|
| Google Cloud - Fee for August 2023 | 661,860.81 |

|  | Subtotal in USD | $661,860.81 |
|---|---|---|
|  | Tax (0%) | $0.00 |
|  | **Total in USD** | **$661,860.81** |

 **Invoice**

Invoice number: 4804894820

**Adjustments**
**Aug 25, 2023**

| Description | Amount($) |
|---|---:|
| Billing correction - Adjustment for overcharge for project 507938699894 [b/293330541] | -8.37 |
| Billing correction - Adjustment for overcharge for project 1042800963020 [b/293330541] | -9.55 |
| Subtotal in USD | -$17.92 |
| Tax (0%) | $0.00 |
| **Total in USD** | **-$17.92** |



# Invoice

Invoice number: 4812802061

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: ███

**Bill to**
IT Finance Administration
Bed Bath & Beyond Inc.
BED BATH & BEYOND CORP
650 Liberty Ave.
UNION, NJ 07083
United States

**Ship to**
Bed Bath & Beyond Inc.
BED BATH & BEYOND
Bed Bath & Beyond #651
1001 W Middlesex Avenue
Port Reading, NJ 07064
United States

**Details**

| | |
|---|---|
| Invoice number | 4812802061 |
| Invoice date | Sep 22, 2023 |
| Payment terms | Net 30 |
| Billing ID | 6367-0110-8025 |

**Google Cloud**

| | |
|---|---|
| Total amount due in USD | **$67,502.28** |
| | **Due Oct 22, 2023** |

**Summary for Sep 22, 2023 - Dec 21, 2023**

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | $67,502.28 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $67,502.28 |

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**
Account holder name: Google LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ███

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
Google LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email collections@google.com

Page 1 of 8

 **Invoice**

Invoice number: 4812802061

**Sep 22, 2023 - Dec 21, 2023**

| Description | Quantity | Amount($) |
|---|---|---|
| EDGE - USER # 1-5 (PRICE PER USER) - SO# 8001168504.000010 - PO#P-1010-108393- - Support Term:22-SEP-2023 to 21-DEC-2023 - APGUBP1 - | 5 | 3,428.42 |
| | Subtotal in USD | $3,428.42 |
| | Tax (0%) | $0.00 |
| | Total in USD | **$3,428.42** |

 **Invoice**    Invoice number: 4812802061

**Sep 22, 2023 - Dec 21, 2023**

| Description | Quantity | Amount($) |
|---|---|---|
| EDGE - USER # 6-15 (PRICE PER USER) - SO# 8001168504.000020 - PO#P-1010-108393- - Support Term:22-SEP-2023 to 21-DEC-2023 - APGUBP2 - | 10 | 6,170.06 |
| | Subtotal in USD | $6,170.06 |
| | Tax (0%) | $0.00 |
| | Total in USD | **$6,170.06** |

 **Invoice**

Invoice number: 4812802061

**Sep 22, 2023 - Dec 21, 2023**

| Description | Quantity | Amount($) |
|---|---|---|
| EDGE - USER # 16-40 (PRICE PER USER) - SO# 8001168504.000030 - PO#P-1010-108393- - Support Term:22-SEP-2023 to 21-DEC-2023 - APGUBP3 - | 5 | 2,741.64 |

| | | |
|---|---|---|
| | Subtotal in USD | $2,741.64 |
| | Tax (0%) | $0.00 |
| | Total in USD | $2,741.64 |

 **Invoice**

Invoice number: 4812802061

**Sep 22, 2023 - Dec 21, 2023**

| Description | Quantity | Amount($) |
|---|---|---|
| ONE REGION DN EXPANSION - SO# 8001168504.000040 - PO#P-1010-108393- - Support Term:22-SEP-2023 to 21-DEC-2023 - APGUBDN - | 2 | 13,713.68 |
| Subtotal in USD | | $13,713.68 |
| Tax (0%) | | $0.00 |
| Total in USD | | **$13,713.68** |

 **Invoice**

Invoice number: 4812802061

**Sep 22, 2023 - Dec 21, 2023**

| Description | Quantity | Amount($) |
|---|---|---|
| ORG/ENV EXPANSION PACK (PER REGION) - SO# 8001168504.000050 - PO#P-1010-108393- - Support Term:22-SEP-2023 to 21-DEC-2023 - APGUBORG - | 2 | 9,972.34 |
| Subtotal in USD | | $9,972.34 |
| Tax (0%) | | $0.00 |
| Total in USD | | $9,972.34 |

 **Invoice**

Invoice number: 4812802061

**Sep 22, 2023 - Dec 21, 2023**

| Description | Quantity | Amount($) |
|---|---|---|
| Traffic Isolation Pack (per environment/region) - SO# 8001168504.000060 - PO#P-1010-108393- - Support Term:22-SEP-2023 to 21-DEC-2023 - APGUBTIP - | 3 | 7,479.94 |
| | Subtotal in USD | $7,479.94 |
| | Tax (0%) | $0.00 |
| | Total in USD | **$7,479.94** |

 **Invoice**

Invoice number: 4812802061

**Sep 22, 2023 - Dec 21, 2023**

| Description | Quantity | Amount($) |
|---|---|---|
| ENTERPRISE SUPPORT AND ENTITLEMENTS - SO# 8001168504.000070 - PO#P-1010-108393- - Support Term:22-SEP-2023 to 21-DEC-2023 - APGUBPLAN04 - | 1 | 23,996.20 |

|  |  |
|---|---|
| Subtotal in USD | $23,996.20 |
| Tax (0%) | $0.00 |
| Total in USD | **$23,996.20** |

 **Invoice**



## Invoice

Invoice number: 4783599294

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: ███

**Bill to**
Accounts Payable
Bed Bath & Beyond Inc.
650 Liberty Ave.
Union, NJ 07083-8135
United States

**Details**

| | |
|---|---|
| Invoice number | 4783599294 |
| Invoice date | Jul 31, 2023 |
| Payment terms | Net 30 |
| Billing ID | 6367-0110-8025 |
| Account ID | 01B91A-D1FB2C-7F431D |
| Purchase order | 458492, 557178 |

**Google Cloud**

Total amount due in USD        **$1,834,281.16**

Due Aug 30, 2023

Summary for Jul 1, 2023 - Jul 31, 2023

**Pay in USD:**

| | |
|---|---|
| Subtotal in USD | $1,834,281.16 |
| Tax (0%) | $0.00 |
| Total amount due in USD | $1,834,281.16 |

**Remittance instructions:**

To ensure we correctly match your payment, always reference invoice numbers when making your payment. If paying for multiple invoices, send an email to collections@google.com with your company name and total payment amount in the subject line and list the invoice numbers & respective amounts in the email. Please send your payments only to the bank account listed below on this official Google invoice.

**To pay by wire transfer, send to:**
Account holder name: Google LLC
Bank: Wells Fargo
SWIFT BIC: WFBIUS6S
ABA #: 121000248
Account #: ███

**Bank branch address:**
Wells Fargo Bank, N.A.
420 Montgomery St
San Francisco, CA 94104
USA

**To pay by check, mail to:**
Google LLC
P.O. Box 883654
Los Angeles, CA 90088-3654
United States

For questions about this invoice please email collections@google.com        Page 1 of 3

 **Invoice**

Invoice number: 4783599294

Use the Google Cloud Platform cost table to view and download detailed invoice data such as per-project costs: console.cloud.google.com/billing/01B91A-D1FB2C-7F431D/reports/tabular.

| Description | Amount($) |
|---|---:|
| Google Cloud - Fee for July 2023 | 1,834,287.29 |
| Subtotal in USD | $1,834,287.29 |
| Tax (0%) | $0.00 |
| **Total in USD** | **$1,834,287.29** |

 **Invoice**

Invoice number: 4783599294

**Adjustments**
Jul 24, 2023

| Description | Amount($) |
|---|---|
| Service Adjustment - Adjustment for overcharge for project 10485 [b/265826228] | -6.13 |

|  | Subtotal in USD | -$6.13 |
|---|---|---|
|  | Tax (0%) | $0.00 |
|  | **Total in USD** | **-$6.13** |