# EXHIBIT A

7/25/2023  
User: JCARRUBA

## LIGHTHOUSE REALTY PARTNERS LLC

### OCCUPANT LEDGER

2:35:37PM  
Page 4 of 5

Unit Reference Number : 10455-2716    Occupant Name/Type : Buy Buy Baby #3115 / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|---|---|---|---:|---:|
| 03/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 03/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 03/16/2022 | RBR | Pymt. Batch 813 Check ACH | -14,926.32 | 0.00 |
| 04/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 04/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 04/04/2022 | RBR | Pymt. Batch 829 Check 101107 | -14,926.32 | 0.00 |
| 04/18/2022 | RBR | Pymt. Batch 848 Check INCTRANS | -932.21 | -932.21 |
| 05/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 05/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 05/04/2022 | RBR | Pymt. Batch 865 Check 102247 | -14,926.32 | -932.21 |
| 06/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 06/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 06/06/2022 | RBR | Pymt. Batch 898 Check 103330 | -14,926.32 | -932.21 |
| 07/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 07/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 07/05/2022 | RBR | Pymt. Batch 926 Check 104462 | -14,926.32 | -932.21 |
| 07/21/2022 | RBR | Adj From Closing 2/17/2 CIT | 932.21 | 0.00 |
| 08/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 08/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 08/02/2022 | RBR | Pymt. Batch 955 Check 105519 | -14,926.32 | 0.00 |
| 09/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 09/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 09/01/2022 | RBR | Pymt. Batch 982 Check 106596 | -14,926.32 | 0.00 |
| 10/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 10/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 10/04/2022 | RBR | Pymt. Batch 005 Check 107085 | -14,926.32 | 0.00 |
| 11/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 11/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 11/01/2022 | RBR | Pymt. Batch 026 Check 108133 | -14,926.32 | 0.00 |
| 12/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 12/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 12/01/2022 | RTY | Tax Y/E Reconciliation. | 28,620.28 | 43,546.60 |
| 12/02/2022 | RBR | Pymt. Batch 058 Check 109061 | -14,926.32 | 28,620.28 |
| 01/01/2023 | RBR | Base Rent | 13,720.50 | 42,340.78 |
| 01/01/2023 | ROM | Common Area | 1,205.82 | 43,546.60 |
| 01/04/2023 | RBR | Pymt. Batch 087 Check 110267 | -14,926.32 | 28,620.28 |
| 01/17/2023 | RTY | Pymt. Batch 096 Check 11126 | -28,620.28 | 0.00 |
| 02/01/2023 | RBR | Base Rent | 15,092.55 | 15,092.55 |
| 02/01/2023 | ROM | Common Area | 1,205.82 | 16,298.37 |
| 02/03/2023 | ROM | Pymt. Batch 110 Check 111142 | -1,205.82 | 15,092.55 |
| 02/14/2023 | LAT | LATE CHARGE | 150.00 | 15,242.55 |
| 03/01/2023 | RBR | Base Rent | 15,092.55 | 30,335.10 |
| 03/01/2023 | ROM | Common Area | 1,205.82 | 31,540.92 |
| 03/07/2023 | ROM | Pymt. Batch 138 Check 112122 | -1,205.82 | 30,335.10 |
| 03/21/2023 | LAT | LATE CHARGE | 150.00 | 30,485.10 |

| 7/25/2023 | | LIGHTHOUSE REALTY PARTNERS LLC | | 2:35:37PM |
| --- | --- | --- | --- | --- |
| User: JCARRUBA | | OCCUPANT LEDGER | | Page 5 of 5 |

Unit Reference Number : 10455-2716　　　　　　　　　　Occupant Name/Type : Buy Buy Baby #3115 / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
| --- | --- | --- | --- | --- |
| 04/01/2023 | RBR | Base Rent | 15,092.55 | 45,577.65 |
| 04/01/2023 | ROM | Common Area | 1,205.82 | 46,783.47 |
| 04/10/2023 | ROM | Pymt. Batch 169 Check 112928 | -1,205.82 | 45,577.65 |
| 05/01/2023 | RBR | Base Rent | 15,092.55 | 60,670.20 |
| 05/01/2023 | ROM | Common Area | 1,205.82 | 61,876.02 |
| 05/01/2023 | ROM | Reverse Wrong CAM CODE | -5,942.78 | 55,933.24 |
| 05/01/2023 | ROM | 2022 CAM Reconciliations | 5,942.78 | 61,876.02 |
| 05/01/2023 | ROY | 2022 CAM Reconciliations | 5,942.78 | 67,818.80 |
| 05/03/2023 | ROM | Pymt. Batch 193 Check 113914 | -1,205.82 | 66,612.98 |
| 06/01/2023 | RBR | Base Rent | 15,092.55 | 81,705.53 |
| 06/01/2023 | ROM | Common Area | 1,205.82 | 82,911.35 |
| 06/02/2023 | ROM | Pymt. Batch 219 Check 114473 | -1,205.82 | 81,705.53 |
| 07/01/2023 | RBR | Base Rent | 15,092.55 | 96,798.08 |
| 07/01/2023 | ROM | Common Area | 1,205.82 | 98,003.90 |
| 07/06/2023 | ROM | Pymt. Batch 246 Check 114900 | -1,205.82 | 96,798.08 |

There are no comments for this occupant.