# EXHIBIT B

Post-Petition Claim:

April 23 – April 30 – 8 days @ $503.09 per day = $4,024.72
May rent- $15,092.55 + CAM Reconciliation amount $5,942.78
June rent $15,092.55
July rent $15,092.55

$55,245.15 – Post Petition Claim *

*Plus any future accruals until such time as the claim is paid in full.

| Total Amended Administrative Claim | $ 96,798.23 |
|---|---|