# EXHIBIT D

Claim No. [ 🖉 ]   16682
Initials [MH] [AC]



## United States Bankruptcy Court, District of New Jersey (Newark)

| Fill in this information to identify the case (Select only one Debtor per claim form): | | | |
|---|---|---|---|
| ☒ Bed Bath & Beyond Inc. (Case No. 23-13359) | ☐ Alamo Bed Bath & Beyond Inc. (Case No. 23-13360) | ☐ BBB Canada LP Inc. (Case No. 23-13361) | ☐ BBB Value Services Inc. (Case No. 23-13362) |
| ☐ BBBY Management Corporation (Case No. 23-13363) | ☐ BBBYCF LLC (Case No. 23-13364) | ☐ BBBYTF LLC (Case No. 23-13365) | ☐ bed 'n bath Stores Inc. (Case No. 23-13396) |
| ☐ Bed Bath & Beyond of Annapolis, Inc. (Case No. 23-13366) | ☐ Bed Bath & Beyond of Arundel Inc. (Case No. 23-13367) | ☐ Bed Bath & Beyond of Baton Rouge Inc. (Case No. 23-13368) | ☐ Bed Bath & Beyond of Birmingham Inc. (Case No. 23-13369) |
| ☐ Bed Bath & Beyond of Bridgewater Inc. (Case No. 23-13370) | ☐ Bed Bath & Beyond of California Limited Liability Company (Case No. 23-13371) | ☐ Bed Bath & Beyond of Davenport Inc. (Case No. 23-13372) | ☐ Bed Bath & Beyond of East Hanover Inc. (Case No. 23-13373) |
| ☐ Bed Bath & Beyond of Edgewater Inc. (Case No. 23-13374) | ☐ Bed Bath & Beyond of Falls Church, Inc. (Case No. 23-13375) | ☐ Bed Bath & Beyond of Fashion Center, Inc. (Case No. 23-13376) | ☐ Bed Bath & Beyond of Frederick, Inc. (Case No. 23-13377) |
| ☐ Bed Bath & Beyond of Gaithersburg Inc. (Case No. 23-13378) | ☐ Bed Bath & Beyond of Gallery Place L.L.C. (Case No. 23-13379) | ☐ Bed Bath & Beyond of Knoxville Inc. (Case No. 23-13380) | ☐ Bed Bath & Beyond of Lexington Inc. (Case No. 23-13381) |
| ☐ Bed Bath & Beyond of Lincoln Park Inc. (Case No. 23-13382) | ☐ Bed Bath & Beyond of Louisville Inc. (Case No. 23-13383) | ☐ Bed Bath & Beyond of Mandeville Inc. (Case No. 23-13384) | ☐ Bed, Bath & Beyond of Manhattan, Inc. (Case No. 23-13397) |
| ☐ Bed Bath & Beyond of Opry Inc. (Case No. 23-13385) | ☐ Bed Bath & Beyond of Overland Park Inc. (Case No. 23-13386) | ☐ Bed Bath & Beyond of Palm Desert Inc. (Case No. 23-13387) | ☐ Bed Bath & Beyond of Paradise Valley Inc. (Case No. 23-13388) |
| ☐ Bed Bath & Beyond of Pittsford Inc. (Case No. 23-13389) | ☐ Bed Bath & Beyond of Portland Inc. (Case No. 23-13390) | ☐ Bed Bath & Beyond of Rockford Inc. (Case No. 23-13391) | ☐ Bed Bath & Beyond of Towson Inc. (Case No. 23-13392) |
| ☐ Bed Bath & Beyond of Virginia Beach Inc. (Case No. 23-13393) | ☐ Bed Bath & Beyond of Waldorf Inc. (Case No. 23-13394) | ☐ Bed Bath & Beyond of Woodbridge Inc. (Case No. 23-13395) | ☐ Buy Buy Baby of Rockville, Inc. (Case No. 23-13398) |
| ☐ Buy Buy Baby of Totowa, Inc. (Case No. 23-13399) | ☐ Buy Buy Baby, Inc. (Case No. 23-13400) | ☐ BWAO LLC (Case No. 23-13401) | ☐ Chef C Holdings LLC (Case No. 23-13402) |
| ☐ Decorist, LLC (Case No. 23-13403) | ☐ Deerbrook Bed Bath & Beyond Inc. (Case No. 23-13404) | ☐ Harmon of Brentwood, Inc. (Case No. 23-13405) | ☐ Harmon of Caldwell, Inc. (Case No. 23-13406) |
| ☐ Harmon of Carlstadt, Inc. (Case No. 23-13407) | ☐ Harmon of Franklin, Inc. (Case No. 23-13408) | ☐ Harmon of Greenbrook II, Inc. (Case No. 23-13409) | ☐ Harmon of Hackensack, Inc. (Case No. 23-13410) |
| ☐ Harmon of Hanover, Inc. (Case No. 23-13411) | ☐ Harmon of Hartsdale, Inc. (Case No. 23-13412) | ☐ Harmon of Manalapan, Inc. (Case No. 23-13413) | ☐ Harmon of Massapequa, Inc. (Case No. 23-13414) |
| ☐ Harmon of Melville, Inc. (Case No. 23-13415) | ☐ Harmon of New Rochelle, Inc. (Case No. 23-13416) | ☐ Harmon of Newton, Inc. (Case No. 23-13417) | ☐ Harmon of Old Bridge, Inc. (Case No. 23-13418) |
| ☐ Harmon of Plainview, Inc. (Case No. 23-13419) | ☐ Harmon of Raritan, Inc. (Case No. 23-13420) | ☐ Harmon of Rockaway, Inc. (Case No. 23-13421) | ☐ Harmon of Shrewsbury, Inc. (Case No. 23-13422) |
| ☐ Harmon of Totowa, Inc. (Case No. 23-13423) | ☐ Harmon of Wayne, Inc. (Case No. 23-13424) | ☐ Harmon of Westfield, Inc. (Case No. 23-13425) | ☐ Harmon of Yonkers, Inc. (Case No. 23-13426) |
| ☐ Harmon Stores, Inc. (Case No. 23-13427) | ☐ Liberty Procurement Co. Inc. (Case No. 23-13428) | ☐ Of a Kind, Inc. (Case No. 23-13429) | ☐ One Kings Lane LLC (Case No. 23-13430) |
| ☐ San Antonio Bed Bath & Beyond Inc. (Case No. 23-13431) | ☐ Springfield Buy Buy Baby, Inc. (Case No. 23-13432) | | |

Received

AUG 2 9 2023

Kroll Restructuring Administration

page 1

Modified Official Form 410

## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Serota Islip NC, LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554

Attn:  Richard J. McCord, Esq.

Where should payments to the creditor be sent? (if different)

Serota Islip NC, LLC
70 East Sunrise Highway
Valley Stream, NY 11581

Attn:   Joseph V. Scimone

Contact phone  (516) 296-7000

Contact email  rmccord@certilmanbalin.com

Contact phone  (516) 561-9500

Contact email  jscimone@serotaproperties.com

**4. Does this claim amend one already filed?**

☐ No

☒ Yes.  Claim number on court claims registry (if known)  6357

Filed on  06/16/2023
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No

☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  2  7  1  6

**7. How much is the claim?**

$  96,798.23  . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

LEASE CLAIM - 2716 Freedom Parkway Drive, Fayetteville, NC

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br><br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $_____<br><br>Amount of the claim that is secured: $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☐ No<br>☒ Yes. Amount necessary to cure any default as of the date of the petition. $ 96,798.23 |
| **11. Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check one:*                 **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

| | |
|---|---|
| **13.** Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☒ **No**<br>☐ **Yes.** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $ _____ |
| **14.** Is all or part of the claim being asserted as an administrative expense claim? | ☐ **No**<br>☒ **Yes.** Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim. If yes, please indicate when this claim was incurred: |

|  |  |  |
|---|---|---|
| ☒ On or prior to June 27, 2023: | $ | 40,152.60 |
| ☒ After June 27, 2023: | $ | 15,092.55 |
| Total Administrative Expense Claim Amount: | $ | 55,245.15 * |

**\* Plus any future accruals until such time as the claim is paid in full.**

THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE.

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                   MM / DD / YYYY

Signature _____

Name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Joseph V. Scimone |
| | First name          Middle name                    Last name |
| Title | Authorized Signatory |
| Company | Serota Islip NC, LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 70 East Sunrise Highway |
| | Number         Street |
| | Valley Stream, NY 11581 |
| | City                                              State      ZIP Code |
| Contact phone | (516) 561-9500 |
| | Email   jscimone@serotaproperties.com |

Amended Lease Claim

Debtor/Lessee:  Bed Bath & Beyond

Case No.: 23-13359

Filing Date: April 23, 2023

Lessor:        Serota Islip, NC LLC
               70 East Sunrise Highway
               Valley Stream., New York 11581

Premises:      2716 Freedom Parkway Drive
               Fayetteville, NC

Lease Commencement Date:  October 31, 2016

<u>Calculation Under 11 U.S.C. §502(b)(6):</u>


Pre-Petition Claim:

45,477.65 – Rent, Taxes, Monthly Operating Expenses owed as of April 1, 2023, i.e. April 2023 rent.

$15,092.55 – monthly rent ÷ 30 = $ 503.09 per day

April 1- through April 23 - $11,067.98 + (45,577.65 - $15,092.55) = $30,485.10 pre-petition rent

**$41,553.08 – Pre Petition Claim**

Post-Petition Claim:

April 23 – April 30 – 8 days @ $503.09 per day = $4,024.72
May rent- $15,092.55 + CAM Reconciliation amount $5,942.78
June rent $15,092.55
July rent $15,092.55

**$55,245.15 – Post Petition Claim \***

**\*Plus any future accruals until such time as the claim is paid in full.**

Total Amended Administrative Claim          $ 96,798.23

7/25/2023
User:  JCARRUBA

## LIGHTHOUSE REALTY PARTNERS LLC

2:35:37PM
Page 4 of 5

### OCCUPANT LEDGER

Unit Reference Number :    10455-2716

Occupant Name/Type :  Buy Buy Baby #3115 / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|------|------|------|------|------|
| 03/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 03/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 03/16/2022 | RBR | Pymt. Batch 813 Check ACH | -14,926.32 | 0.00 |
| 04/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 04/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 04/04/2022 | RBR | Pymt. Batch 829 Check 101107 | -14,926.32 | 0.00 |
| 04/18/2022 | RBR | Pymt. Batch 848 Check INCTRANS | -932.21 | -932.21 |
| 05/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 05/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 05/04/2022 | RBR | Pymt. Batch 865 Check 102247 | -14,926.32 | -932.21 |
| 06/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 06/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 06/06/2022 | RBR | Pymt. Batch 898 Check 103330 | -14,926.32 | -932.21 |
| 07/01/2022 | RBR | Base Rent | 13,720.50 | 12,788.29 |
| 07/01/2022 | ROM | Common Area | 1,205.82 | 13,994.11 |
| 07/05/2022 | RBR | Pymt. Batch 926 Check 104462 | -14,926.32 | -932.21 |
| 07/21/2022 | RBR | Adj From Closing 2/17/2 CIT | 932.21 | 0.00 |
| 08/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 08/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 08/02/2022 | RBR | Pymt. Batch 955 Check 105519 | -14,926.32 | 0.00 |
| 09/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 09/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 09/01/2022 | RBR | Pymt. Batch 982 Check 106596 | -14,926.32 | 0.00 |
| 10/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 10/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 10/04/2022 | RBR | Pymt. Batch 005 Check 107085 | -14,926.32 | 0.00 |
| 11/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 11/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 11/01/2022 | RBR | Pymt. Batch 026 Check 108133 | -14,926.32 | 0.00 |
| 12/01/2022 | RBR | Base Rent | 13,720.50 | 13,720.50 |
| 12/01/2022 | ROM | Common Area | 1,205.82 | 14,926.32 |
| 12/01/2022 | RTY | Tax Y/E Reconciliation | 28,620.28 | 43,546.60 |
| 12/02/2022 | RBR | Pymt. Batch 058 Check 109061 | -14,926.32 | 28,620.28 |
| 01/01/2023 | RBR | Base Rent | 13,720.50 | 42,340.78 |
| 01/01/2023 | ROM | Common Area | 1,205.82 | 43,546.60 |
| 01/04/2023 | RBR | Pymt. Batch 087 Check 110267 | -14,926.32 | 28,620.28 |
| 01/17/2023 | RTY | Pymt. Batch 096 Check 11126 | -28,620.28 | 0.00 |
| 02/01/2023 | RBR | Base Rent | 15,092.55 | 15,092.55 |
| 02/01/2023 | ROM | Common Area | 1,205.82 | 16,298.37 |
| 02/03/2023 | ROM | Pymt. Batch 110 Check 111142 | -1,205.82 | 15,092.55 |
| 02/14/2023 | LAT | LATE CHARGE | 150.00 | 15,242.55 |
| 03/01/2023 | RBR | Base Rent | 15,092.55 | 30,335.10 |
| 03/01/2023 | ROM | Common Area | 1,205.82 | 31,540.92 |
| 03/07/2023 | ROM | Pymt. Batch 138 Check 112122 | -1,205.82 | 30,335.10 |
| 03/21/2023 | LAT | LATE CHARGE | 150.00 | 30,485.10 |

7/25/2023
User:  JCARRUBA

## LIGHTHOUSE REALTY PARTNERS LLC

2:35:37PM
Page 5 of 5

### OCCUPANT LEDGER

Unit Reference Number  :    10455-2716

Occupant Name/Type :   Buy Buy Baby #3115 / CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|------|------|------|------|------|
| 04/01/2023 | RBR | Base Rent | 15,092.55 | 45,577.65 |
| 04/01/2023 | ROM | Common Area | 1,205.82 | 46,783.47 |
| 04/10/2023 | ROM | Pymt. Batch 169 Check 112928 | -1,205.82 | 45,577.65 |
| 05/01/2023 | RBR | Base Rent | 15,092.55 | 60,670.20 |
| 05/01/2023 | ROM | Common Area | 1,205.82 | 61,876.02 |
| 05/01/2023 | ROM | Reverse Wrong CAM CODE | -5,942.78 | 55,933.24 |
| 05/01/2023 | ROM | 2022 CAM Reconciliations | 5,942.78 | 61,876.02 |
| 05/01/2023 | ROY | 2022 CAM Reconciliations | 5,942.78 | 67,818.80 |
| 05/03/2023 | ROM | Pymt. Batch 193 Check 113914 | -1,205.82 | 66,612.98 |
| 06/01/2023 | RBR | Base Rent | 15,092.55 | 81,705.53 |
| 06/01/2023 | ROM | Common Area | 1,205.82 | 82,911.35 |
| 06/02/2023 | ROM | Pymt. Batch 219 Check 114473 | -1,205.82 | 81,705.53 |
| 07/01/2023 | RBR | Base Rent | 15,092.55 | 96,798.08 |
| 07/01/2023 | ROM | Common Area | 1,205.82 | 98,003.90 |
| 07/06/2023 | ROM | Pymt. Batch 246 Check 114900 | -1,205.82 | 96,798.08 |

There are no comments for this occupant.