UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Neelay Das
4682 Chabot Dr #10236
Pleasanton, CA 94588-2747

Email: neelay.bbby.njb@gmail.com

-and-

Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS – France

Tel : +33756942880

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.[1]

U.S. BANKRUPTCY COURT

2023 OCT 13 P 3: 30

Chapter 11

Case No.: 23-13359 (VFP)

(Joint Administration Requested)

## CERTIFICATION OF SERVICE

1. I, Neelay Das:

    represent _____ in this matter.

    am the secretary/paralegal for _____, who represents

    _____ in this matter.

    am a Common Stock Equity Security Holder in this case and am representing myself.

2. On October 13, 2023, I sent a copy of the following pleadings and/or documents to the parties

    listed in the chart below.

_____

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

> a. *Notice Of Emergency Motion Of Common Stock Equity Interest Holders For Stay And Associated Relief Pending Appeal Pursuant To Fed. R. Bankr. P. 8013(D) And 8007*
>
> b. *Notice Of Motion Of Common Stock Equity Interest Holders For Certification Of Direct Appeal To The United States Court Of Appeals For The Third Circuit*
>
> c. *Application For Order Shortening Time*

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   October 13, 2023

Neelay Das

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua A. Sussberg, P.C., Emily E. Geier, P.C., Derek I. Hunter, and Ross J. Fiedler Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 10022 ross.fiedler@kirkland.com emily.geier@kirkland.com derek.hunter@kirkland.com joshua.sussberg@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/Return receipt requested ☒ Email ☐ Other _____ |
| Michael D. Sirota, Warren A. Usatine, and Felice R. Yudkin Cole Schotz P.C. Court Plaza North 25 Main Street Hackensack, NJ 07601 msirota@coleschotz.com wusatine@coleschotz.com fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/Return receipt requested ☒ Email ☐ Other _____ |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marshall S. Huebner<br>Michael Pera<br>Adam L. Shpeen<br>Steven Z. Szanzer<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>marshall.huebner@davispolk.com<br>michael.pera@davispolk.com<br>adam.shpeen@davispolk.com<br>steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Email<br>☐ Other<br>_____ |
| Alexandria Nikolinos<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov | Counsel to US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Email<br>☐ Other<br>_____ |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>Fran.B.Steele@usdoj.gov | Counsel to US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Email<br>☐ Other<br>_____ |
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Email<br>☐ Other<br>_____ |
| David M. Hillman and<br>Charles A. Dale<br>Megan Volin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br>cdale@proskauer.com<br>mvolin@proskauer.com | Counsel for the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Email<br>☐ Other<br>_____ |

| Alan S. Maza<br>New York Regional Office<br>100 Pearl Street, Suite 20-100<br>New York, New York 10004<br>Phone: (212) 336-1100<br>Email: Mazaa@sec.gov | On behalf of United States<br>Securities And<br>Exchange Commission | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Email<br>☐ Other<br>——————————— |

4