## EXHIBIT B

## Unpaid Post-Petition Amounts

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 156 | Bed Bath & Beyond, Inc. | 10050 W. Broad Street | Glen Allen, VA | NNN REIT, Inc. f/k/a National Retail properties, LP | $25,603.19 |
| 233 | Bed Bath & Beyond, Inc | 7340 W. Bell Road | Glendale, AZ | NNN REIT, Inc. f/k/a National Retail properties, LP | $39,216.54 |
| | | | | Total: | **$64,819.73** |