**National Retail Properties, LP**
**Bed Bath & Beyond**
**Outstanding Balance**
Includes Interest (0.00%) and Late Charges (0.00%)
As of
October 12, 2023

0.00%    0.00%

**Post-Petition ( Date 04/23/2022)**

| Location | Month Due | Invoice Number | Description | Amount | Less Payments Received | Total Unpaid Balance | Days Late | Interest Charges | Late Charges | NSF Fee's | Total Charges | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BBB - Glen Allen, VA #156 (00266.0120) | Apr-23 | 706468 | Rent | 12,417.78 | (12,417.78) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glen Allen, VA #156 (00266.0120) | May-23 | 92408 | Rent | $ 46,566.67 | $ (46,566.67) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glen Allen, VA #156 (00266.0120) | May-23 | 92554 | 2023 Reimbursable County RET (1st half) | $ 21,706.05 | $ (8,200.06) | $ 13,505.99 | 140 | $ - | $ - | $ - | $ - | $ 13,505.99 |
| BBB - Glen Allen, VA #156 (00266.0120) | Jun-23 | 716963 | Rent | $ 46,566.67 | $ (46,566.67) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glen Allen, VA #156 (00266.0120) | Jun-23 | 93017 | 23-24 Reimbursed Insurance | $ 12,097.20 | $ - | $ 12,097.20 | 133 | $ - | $ - | $ - | $ - | $ 12,097.20 |
| BBB - Glen Allen, VA #156 (00266.0120) | Jul-23 | Jul-23 | Rent | $ 46,566.67 | $ (46,566.67) | $ - | 103 | $ - | $ - | $ - | $ - | $ - |
| | | | | $ 185,921.04 | $ (160,317.85) | $ 25,603.19 | | $ - | $ - | $ - | $ - | $ 25,603.19 |

**Grand Total due from Tenant**    $ 25,603.19

National Retail Properties, LP
Bed Bath & Beyond
Outstanding Balance
Includes Interest (0.00%) and Late Charges (0.00%)
As of
October 12, 2023

**Post-Petition ( Date 04/23/2022)**

| Location | Month Due | Invoice Number | Description | Amount | Less Payments Received | Total Unpaid Balance | Days Late | Interest Charges | Late Charges | NSF Fee's | Total Charges | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BBB - Glendale, AZ #233 (00312.0120) | Apr-23 | 707122 | Rent | $ 11,089.07 | $ (11,089.07) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glendale, AZ #233 (00312.0120) | Apr-23 | 708987 | CAM | $ 827.43 | $ (827.43) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glendale, AZ #233 (00312.0120) | Apr-23 | 92328 | 2023 Reimbursable County RET (2nd half) | $ 28,461.13 | $ - | $ 28,461.13 | 167 | $ - | $ - | $ - | $ - | $ 28,461.13 |
| BBB - Glendale, AZ #233 (00312.0120) | May-23 | 712549 | Rent | $ 41,584.03 | $ (41,584.03) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glendale, AZ #233 (00312.0120) | May-23 | 709768 | CAM | $ 3,102.86 | $ (3,102.86) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glendale, AZ #233 (00312.0120) | Jun-23 | 717030 | Rent | $ 41,584.03 | $ (41,584.03) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glendale, AZ #233 (00312.0120) | Jun-23 | 715570 | CAM | $ 3,102.86 | $ (3,102.86) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glendale, AZ #233 (00312.0120) | Jun-23 | 715570 | 23-24 Reimbursed Insurance | $ 10,755.41 | $ - | $ 10,755.41 | 104 | $ - | $ - | $ - | $ - | $ 10,755.41 |
| BBB - Glendale, AZ #233 (00312.0120) | Jul-23 | 717772 | Rent | $ 41,584.03 | $ (41,584.03) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| BBB - Glendale, AZ #233 (00312.0120) | Jul-23 | 720585 | CAM | $ 3,102.86 | $ (3,102.86) | $ - | 0 | $ - | $ - | $ - | $ - | $ - |
| | | | | $ 185,193.71 | $ (145,977.17) | $ 39,216.54 | | $ - | $ - | $ - | $ - | $ 39,216.54 |

**Grand Total due from Tenant** $ 39,216.54