| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br>Robert L. LeHane, Esq. <br>Jennifer D. Raviele, Esq. (admitted *pro hac vice*) <br>Connie Choe, Esq. <br>**KELLEY DRYE & WARREN LLP** <br>3 World Trade Center <br>175 Greenwich Street <br>New York, NY 10007 <br>Tel: 212-808-7800 <br>Fax: 212-808-7897 <br>Email: rlehane@kelleydrye.com <br>         jraviele@kelleydrye.com <br>         cchoe@kelleydrye.com <br>-and- <br><br>One Jefferson Road <br>Parsippany, NJ 07504 <br>Tel: 973-503-5900 <br><br>*Counsel for DDRTC Marketplace at Mill Creek, LLC* |
| In re: <br><br>BED BATH & BEYOND INC., *et al.*, <br><br>                                    Debtors.[1] |

Case No.: 23-13359 (VFP)

Chapter 11

(Jointly Administered)

**ORDER GRANTING APPLICATION OF DDRTC MARKETPLACE
AT MILL CREEK, LLC FOR ALLOWANCE AND PAYMENT
OF AN ADMINISTRATIVE EXPENSE CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Upon the Application (the "Application") of DDRTC Marketplace at Mill Creek, LLC (the "Landlord"), for entry of an order granting the allowance and payment of an administrative expense claim attached hereto as Exhibit 1 (the "Administrative Expense Claim"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having determined that notice of the Application provided by the Landlord was adequate and sufficient under the circumstances and that no further notice of the Application need be provided; and this Court having reviewed the Application and the exhibits thereto; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Administrative Expense Claim is hereby granted, approved, and allowed in the amount of **$26,248.36.**

2. The Plan Administrator shall pay the Landlord the Administrative Expense Claim within seven (7) days of the entry of this Order.