

**Tenant Name:**
Bed bath & beyond - MMCI

**Reconciliation as of:**
10/13/2023

| | ONBOARDING | RENT | CAM | INS | TAX | WATER | PRIOR YEAR RECON | COVID | SECDEP | TOTAL CHARGES | PAYMENTS RECEIVED | OVER/UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-20 | | 25,416.75 | 2,118.06 | | | 372.79 | | | | 27,907.60 | | 27,907.60 |
| Apr-20 | | 25,416.75 | 2,118.06 | | | | | | | 27,534.81 | (24,806.63) | 2,728.18 |
| May-20 | | 25,416.75 | 2,118.06 | | | | | | | 27,534.81 | (49,986.05) | (22,451.24) |
| Jun-20 | | 25,416.75 | 2,118.06 | | | | | | | 27,534.81 | (24,806.63) | 2,728.18 |
| Jul-20 | | 25,416.75 | 2,118.06 | | | | | | | 27,534.81 | | 27,534.81 |
| Aug-20 | | 25,416.75 | 2,118.06 | | | | | | | 27,534.81 | (49,613.26) | (22,078.45) |
| Sep-20 | | 25,416.75 | 2,118.06 | | | | (2,042.02) | | | 25,492.79 | (24,806.63) | 686.16 |
| Oct-20 | | 22,592.67 | 2,118.06 | | | | | | | 24,710.73 | (24,806.63) | (95.90) |
| Nov-20 | | 22,592.67 | 2,118.06 | | | | | | | 24,710.73 | | 24,710.73 |
| Dec-20 | | 22,592.67 | 2,118.06 | | | | | | | 24,710.73 | | 24,710.73 |
| Jan-21 | | 22,592.67 | 2,235.81 | | | 1,324.50 | | | | 26,152.98 | (108,308.85) | (82,155.87) |
| Feb-21 | | 25,416.75 | 2,235.81 | | | | | | | 27,652.56 | (28,544.72) | (892.16) |
| Mar-21 | | 25,416.75 | 2,235.81 | | | | 65,534.50 | | | 93,187.06 | (27,630.71) | 65,556.35 |
| Apr-21 | | 25,416.75 | 2,235.81 | | | | | | | 27,652.56 | (28,263.07) | (610.51) |
| May-21 | | 25,416.75 | 2,235.81 | | | 517.00 | | | | 28,169.56 | (27,630.71) | 538.85 |
| Jun-21 | | 25,416.75 | 2,235.81 | | | | | | | 27,652.56 | (38,784.29) | (11,131.73) |
| Jul-21 | | 22,592.66 | 2,235.81 | | | 817.67 | | | | 25,646.14 | (19,158.47) | 6,487.67 |
| Aug-21 | | 22,592.66 | 2,235.81 | | | | | | | 24,828.47 | (24,806.63) | 21.84 |
| Sep-21 | | 22,592.66 | 2,235.81 | | | | | | | 24,828.47 | (75,634.60) | (50,806.13) |
| Oct-21 | | 22,592.66 | 2,235.81 | | | | | | | 24,828.47 | (24,806.63) | 21.84 |
| Nov-21 | | 22,592.66 | 2,235.81 | | | | | | | 24,828.47 | (24,806.63) | 21.84 |
| Dec-21 | | 22,592.66 | 2,235.81 | | | 764.82 | | | | 25,593.29 | (25,571.45) | 21.84 |
| Jan-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (24,806.63) | 18.94 |
| Feb-22 | | 22,592.66 | 2,232.91 | | | 794.74 | | | | 25,620.31 | (24,806.63) | 813.68 |
| Mar-22 | | 22,592.66 | 2,232.91 | | | | 65,339.01 | | | 90,164.58 | (25,601.37) | 64,563.21 |
| Apr-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (24,882.43) | (56.86) |
| May-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (24,825.58) | (0.01) |
| Jun-22 | | 22,592.66 | 2,232.91 | | | 1,103.86 | | | | 25,929.43 | (71,823.94) | (45,894.51) |
| Jul-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (24,825.58) | (0.01) |
| Aug-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (26,187.35) | (1,361.78) |
| Sep-22 | | 22,592.66 | 2,232.91 | | | 1,361.77 | | | | 26,187.34 | (24,825.58) | 1,361.76 |
| Oct-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (24,825.58) | (0.01) |
| Nov-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (25,830.15) | (1,004.58) |
| Dec-22 | | 22,592.66 | 2,232.91 | | | | | | | 24,825.57 | (24,825.58) | (0.01) |
| Jan-23 | | 22,592.66 | 2,319.93 | | | | | | | 24,912.59 | (24,825.58) | 87.01 |
| Feb-23 | | 22,592.66 | 2,319.93 | | | 1,062.10 | 53,885.12 | | | 79,859.81 | (26,882.10) | 52,977.71 |
| Mar-23 | | 22,592.66 | 2,319.93 | | | | | | | 24,912.59 | (25,887.68) | (975.09) |
| Apr-23 | | 22,592.66 | 2,319.93 | | | 1,004.57 | | | | 25,917.16 | (31,445.73) | (5,528.57) |
| May-23 | | 22,592.66 | 2,319.93 | | | 1,250.47 | | | | 26,163.06 | (24,825.58) | 1,337.48 |
| Jun-23 | | 22,592.66 | 2,319.93 | | | 1,335.77 | | | | 26,248.36 | | 26,248.36 |
| | - | 937,595.52 | 88,724.82 | - | - | 11,710.06 | 182,716.61 | - | - | 1,220,747.01 | (1,134,705.66) | 86,041.35 |

| Total Charges | Total Receipts | Total Due |
|---|---|---|