**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
Connie Choe, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com
         jraviele@kelleydrye.com
         cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07504
Tel: 973-503-5900

*Counsel for Landlords*

| | |
|---|---|
| In re: | Case No.: 23-13359 (VFP) |
| BED BATH & BEYOND INC., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

### APPLICATION OF EDISON DENJ011 LLC, EDISON EHNJ001 LLC, EDISON NNVA001 LLC, EDISON UNNJ001 LLC, OAK STREET INVESTMENT GRADE NET LEASE FUND SERIES 2021-1, LLC AND OAK STREET INVESTMENT GRADE NET LEASE FUND SERIES 2021-2, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Edison DENJ011 LLC, Edison EHNJ001 LLC, Edison NNVA001 LLC, Edison UNNJ001 LLC, Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC, and Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC (each, a "<u>Landlord</u>", collectively the "<u>Landlords</u>"), by and through their undersigned counsel, Kelley Drye & Warren LLP, pursuant to sections 503(b) and 365(d)(3) of title 11 of the United States Code, file this application (this "<u>Application</u>"), requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "<u>Order</u>"), for allowance and payment of each of the Landlord's administrative expense claims attached to the Order as **Exhibit 1** (the "<u>Administrative Expense Claims</u>"), as detailed on **Exhibit B** and supported by documentation attached hereto as **Exhibit C**.  In support of this Application, the Landlords represent, as follows:

**<u>BACKGROUND</u>**

1.      The Landlords are the owners or affiliates of or managing agents for the owners of shopping centers located throughout the United States where the Debtors lease retail space pursuant to written leases (each, a "<u>Lease</u>," and collectively, the "<u>Leases</u>") for certain locations (collectively, the "<u>Leased Premises</u>").  Most or all of the Leased Premises are located in shopping centers as that term is used in section 365(b)(3) of the Bankruptcy Code.[2]

2.      On April 23, 2023 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") with this Court.  Since the Petition Date, the Debtors have continued to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

---

[2]      *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

3.      On September 14, 2023, the Court entered an order confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor and its Affiliates* (the "Plan").[3]  The Plan went effective on September 29, 2023 (the "Effective Date").[4]

4.      Pursuant to the Confirmation Order and Effective Date Notice, the deadline for creditors to file and serve requests for payment of administrative claims is fourteen (14) days after the Effective Date, which is October 13, 2023.

5.      The Landlords are entitled to the Administrative Expense Claims pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code for certain accrued and unpaid post-petition amounts, as set forth on **Exhibit B** (the "Unpaid Post-Petition Amounts").

## JURISDICTION AND STATUTORY PREDICATES FOR RELIEF

6.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B).

7.      The statutory predicates for the relief requested are 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A), 507(a)(2), and Rule 3001-1 of the Local Rules of the United States Bankruptcy Court of the District of New Jersey.

## BASIS FOR RELIEF REQUESTED

8.   Section 365(d)(3) of the Bankruptcy Code provides in relevant part as follows:

The trustee shall timely perform all the obligations of the debtor… arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title.[5]

---

[3]      Docket Nos. 2172 (the "Confirmation Order").

[4]      Docket No. 2311 (the "Effective Date Notice").

[5]      11 U.S.C. § 365(d)(3).

11 U.S.C. § 365(d)(3).

9.       The plain language of section 365(d)(3) requires Debtors to "fully and timely" perform their obligations under the Leases.[6]  Such obligations include rent, common area maintenance costs, and other charges arising under the applicable lease.[7]  The majority of courts that have considered the operation of section 365(d)(3), including this Court, have concluded that costs and expenses incurred for post-petition, pre-rejection performance under an unexpired nonresidential real property lease must be allowed as administrative expenses regardless of section 503(b)(1)(A) limitations.[8]

10.       Further, section 503(b)(1)(A) of the Bankruptcy Code affords administrative priority to claims for the actual, necessary costs and expenses of preserving an estate.  "When third parties are induced to supply goods or services to the debtor-in-possession … the purposes of [section 503] plainly require that their claims be afforded priority."[9]  Section 507(a) of the Bankruptcy Code adds that administrative expense claims allowed under section 503(b) of the Bankruptcy Code will be given high priority.[10]

11.       Based on the foregoing, the Unpaid Post-Petition Amounts constitute actual and necessary costs of the estates, which the Debtors have not yet paid.

---

[6]       *In re Simbaki, Ltd.*, Case No. 13-36878, 2015 WL 1593888, at *2 (Bankr. S.D. Tex. April 3, 2015) (internal citations omitted); *see also In re Imperial Beverage Group, LLC*, 457 B.R. 490, 497–500 (Bankr. N.D. Tex. 2011).

[7]       *See Simbaki*, 2015 WL 1593888, at *2.

[8]       *See Id.* at *2–*4; *see also In re CHS Elecs., Inc*., 265 B.R. 339, 341–42 (Bankr. S.D. Fla. 2001) (agreeing with "a majority of courts" that post-petition rent is entitled to administrative priority without regard to § 503(b)(1)); *In re Liberty Outdoors, Inc.*, 205 B.R. 414, 417 (Bankr. E.D. Mo. 1997) (holding that the lessor is entitled to payment of unpaid expenses pursuant to section 365(d)(3) regardless of whether the expenses benefited or preserved the estate).

[9]       *In re Goody's Family Clothing, Inc.*, 610 F.3d 812, 818 (3d Cir. 2010); *In re Whistler Energy II, L.L.C*., 931 F.3d 432, 443 (5th Cir. 2019); *In re Jartran, Inc*., 732 F.2d 584, 586 (7th Cir. 1984).

[10]      *See Simbaki*, 2015 WL 1593888, at *3.

12.     Accordingly, the Landlords are entitled to allowance and immediate payment of their administrative expense claims under the Leases pursuant to sections 365(d)(3), 503(a), 503(b)(1)(A), and 507(a)(2) of the Bankruptcy Code.

## RESERVATION OF RIGHTS

13.     The Landlords reserve all rights with respect to their administrative claims, including, but not limited to, the right to amend and supplement its claims to include additional post-petition amounts, including rents, taxes, interest, adjustments, costs, and attorneys' fees as provided for under the Leases.   The Landlords also reserve their right to file additional administrative claims for accrued, but unbilled adjustments, including year-end adjustments, when such amounts are billed.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Landlords respectfully request that the Court (i) enter an order, substantially in the form attached hereto as **Exhibit A**, allowing the Administrative Expense Claims; (ii) directing the Debtors to immediately pay such Administrative Expense Claims; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: October 13, 2023                    Respectfully submitted,

*/s/ Robert L. LeHane*
Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
Connie Y. Choe, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax:  212-808-7897
Email:  rlehane@kelleydrye.com
            jraviele@kelleydrye.com

cchoe@kelleydrye.com

*Counsel for Landlords*

## **EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
Connie Choe, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: rlehane@kelleydrye.com
       jraviele@kelleydrye.com
       cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07504
Tel: 973-503-5900

*Counsel for Landlords*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>           Debtors.[1] | Case No.: 23-13359 (VFP)<br><br>Chapter 11<br><br>(Jointly Administered) |

### ORDER GRANTING APPLICATION OF EDISON DENJ011 LLC, EDISON EHNJ001 LLC, EDISON NNVA001 LLC, EDISON UNNJ001 LLC, OAK STREET INVESTMENT GRADE NET LEASE FUND SERIES 2021-1, LLC AND OAK STREET INVESTMENT GRADE NET LEASE FUND SERIES 2021-2, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Upon the Application (the "Application") of Edison DENJ011 LLC, Edison EHNJ001 LLC, Edison NNVA001 LLC, Edison UNNJ001 LLC, Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC and Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC (the "Landlords"), for entry of an order granting the allowance and payment of certain administrative expense claims (the "Administrative Expense Claims") attached hereto as Exhibit 1; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having determined that notice of the Application provided by the Landlords were adequate and sufficient under the circumstances and that no further notice of the Application need be provided; and this Court having reviewed the Application and the exhibits thereto; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** as follows:

1.     The Administrative Expense Claims are hereby granted, approved, and allowed.

2.     The Plan Administrator shall pay the Landlords the Administrative Expense Claims within seven (7) days of the entry of this Order.

**<u>EXHIBIT 1</u>**

**Administrative Expense Claims**

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | | **REQUEST FOR PAYMENT OF**<br>**ADMINISTRATIVE EXPENSE** |
|---|---|---|
| In re: | Chapter 11<br><br>Case Number: | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor:<br>(The person or other entity to whom the debtor owed money or property.)<br><br>_____<br><br>Name and Addresses Where Notices Should Be Sent: | ☐   Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐   Check box if you have never received any notices from the bankruptcy court in this case.<br>☐   Check box if the address differs from the address on the envelope sent to you by the court. | |
| | | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

| 1.  BASIS FOR CLAIM<br><br>☐        Goods Sold<br>☐        Services performed<br>☐        Money loaned<br>☐        Personal injury/wrongful death<br>☐        Taxes<br>☐        Other (Describe briefly) | ☐   Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐   Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ |
|---|---|
| 2.   DATE DEBT WAS INCURRED: | |

3.     TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

| 4.     Secured Claim<br>☐   Check this box if your claim is secured by collateral (including a right of setoff).<br><br>    Brief Description of Collateral:<br><br>    ☐ Real Estate              ☐ Motor Vehicle<br>    ☐ Other (Describe briefly) _____<br><br>    Value of Collateral:  $_____<br><br>☐  Check this box if there is no collateral or lien securing your claim. | |
|---|---|

| 5. **Credits**:  The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.<br><br>6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.<br><br>      DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.<br>      If  the documents are voluminous, attach a summary.<br><br>7. **Date-Stamped Copy**:  To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date: | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>*Robert V Allen* _____ | |
|---|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                                                                   *rev.8/1/15*

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | **REQUEST FOR PAYMENT OF**<br>**ADMINISTRATIVE EXPENSE** |
|---|---|

| In re: | Chapter 11<br><br>Case Number: | |
|---|---|---|

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor:<br>(The person or other entity to whom the debtor owed money or property.)<br>_____<br><br>Name and Addresses Where Notices Should Be Sent: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
|---|---|---|
| | | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

| 1. BASIS FOR CLAIM<br><br>    ☐    Goods Sold<br>    ☐    Services performed<br>    ☐    Money loaned<br>    ☐    Personal injury/wrongful death<br>    ☐    Taxes<br>    ☐    Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ |
|---|---|

| 2. DATE DEBT WAS INCURRED: | |
|---|---|

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

| 4. Secured Claim<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>    Brief Description of Collateral:<br><br>    ☐ Real Estate        ☐ Motor Vehicle<br>    ☐ Other (Describe briefly) _____<br><br>    Value of Collateral: $_____<br><br>☐ Check this box if there is no collateral or lien securing your claim. | |
|---|---|

| 5. **Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.<br><br>6. **Supporting Documents:** *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.<br><br>    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.<br>    If the documents are voluminous, attach a summary.<br><br>7. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date: | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>_Robt L. Aber_ _____ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**NOTE:** The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                                    *rev.8/1/15*

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | | **REQUEST FOR PAYMENT OF**<br>**ADMINISTRATIVE EXPENSE** |
|---|---|---|

| In re: | Chapter 11<br><br>Case Number: | |
|---|---|---|

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor:<br>(The person or other entity to whom the debtor owed money or property.)<br><br>_____<br><br>Name and Addresses Where Notices Should Be Sent: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
|---|---|---|
| | | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

| 1. BASIS FOR CLAIM<br><br>☐        Goods Sold<br>☐        Services performed<br>☐        Money loaned<br>☐        Personal injury/wrongful death<br>☐        Taxes<br>☐        Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ |
|---|---|

| 2. DATE DEBT WAS INCURRED: | |
|---|---|

3.    TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

| 4.    Secured Claim<br>☐  Check this box if your claim is secured by collateral (including a right of setoff).<br><br>    Brief Description of Collateral:<br><br>    ☐ Real Estate          ☐ Motor Vehicle<br>    ☐ Other (Describe briefly) _____<br><br>    Value of Collateral:  $_____<br><br>☐  Check this box if there is no collateral or lien securing your claim. | |
|---|---|

| 5. **Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.<br><br>6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.<br><br>    DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.<br>    If  the documents are voluminous, attach a summary.<br><br>7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date: | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>__ *Robt V. Aben* _____ | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                                                                               *rev.8/1/15*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|

| In re: | Chapter 11<br><br>Case Number: | |
|---|---|---|

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

Name of Creditor:
(The person or other entity to whom the debtor owed money or property.)
_____

Name and Addresses Where Notices Should Be Sent:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

**1. BASIS FOR CLAIM**

☐ Goods Sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

**2. DATE DEBT WAS INCURRED:**

**3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:** _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

**4. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate        ☐ Motor Vehicle
☐ Other (Describe briefly) _____

Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

**5. Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

**6. Supporting Documents:** *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
If the documents are voluminous, attach a summary.

**7. Date-Stamped Copy:** To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

Date:

Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).

___ *Robert S. Alton* _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                                        *rev.8/1/15*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |

| In re: | Chapter 11 Case Number: |

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

Name of Creditor:
(The person or other entity to whom the debtor owed money or property.)
_____

Name and Addresses Where Notices Should Be Sent:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

**1. BASIS FOR CLAIM**

☐ Goods Sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

**2. DATE DEBT WAS INCURRED:**

**3.    TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:** _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

**4.    Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate          ☐ Motor Vehicle
☐ Other (Describe briefly) _____

Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

**5. Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

**6. Supporting Documents:** *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

        DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
   If the documents are voluminous, attach a summary.

**7. Date-Stamped Copy:** To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

Date:

**Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).**

*Robert V. Aber* _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**NOTE:** The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).          *rev.8/1/15*

## EXHIBIT B

### Unpaid Post-Petition Amounts

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 90995 (BBBY Corporate Headquarters) | Bed Bath & Beyond, Inc. | 650 Liberty Avenue | Union, NJ | Edison UNNJ001 LLC | $1,079,006.30 |
| 90899 | Bed Bath & Beyond, Inc. | 700 Liberty Avenue | Union, NJ | Edison UNNJ001 LLC | $353,182.06 |
| | | | | Total: | $1,432,188.36 |

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 67 | Bed Bath & Beyond, Inc. | 13900 Dallas Parkway | Addison, TX | Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC | $491,083.13 |
| 7046 | Bed Bath & Beyond, Inc. | 100 Durgin Lane | Portsmouth, NH | Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC | $141,611.25 |
| 407 | Bed Bath & Beyond, Inc. | 5000 Stockdale Highway | Bakersfield, CA | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | $33,243.68 |
| 791 | Bed Bath & Beyond, Inc. | 215 South Harlem Avenue | Forest Park, IL | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | $43,569.94 |
| 3084 | Buy Buy Baby, Inc. | 25322 El Paseo | Mission Viejo, CA | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | $75,417.25 |
| | | | | Total: | $784,925.25 |

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 172 | Bed Bath & Beyond, Inc. | 12132 A Jefferson Avenue | Newport News, VA | Edison NNVA001 LLC | $43,146.59 |

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 207/3092 | Bed Bath & Beyond, Inc./ Buy Buy Baby, Inc. | 1755 Deptford Center Rd | Deptford, NJ | Edison DENJ011 LLC | $122,325.79 |

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 159 | Bed Bath & Beyond, Inc. | 180 Route 10 West | East Hanover, NJ | Edison EHNJ001 LLC | $41,648.41 |

## **EXHIBIT C**

**Supporting Documentation**

**DALLAS COUNTY TAX OFFICE**
**JOHN R. AMES, CTA**
TAX ASSESSOR/COLLECTOR

500 Elm Street, Suite 3300
Dallas, Texas 75202
www.dallascounty.org/tax  |  214-653-7811
email:  propertytax@dallascounty.org

# 2023 TAX STATEMENT



OAK STREET INVESTMENT GRADE
NET LEASE FUND SERIES 20212 LL
30 N LA SALLE ST STE 4140
CHICAGO, IL 60602-0000

**Account:   007005000A0020000**

Property Description:

13910 DALLAS PKWY, DA

HOME DEPOT USA-EXPO
BLK A/7005 LT 2  ACS 11.909
INT202100379722 DD11102021 CO-DC
7005 00A  00200    0DA7005 00A

Statement Date:   October 10, 2023

| | |
|---|---|
| Land Value: | 18,156,460 |
| Improvement Value: | 3,243,540 |
| Market Value: | 21,400,000 |

\*

**Because of action by the Texas Legislature, your tax bill is $22,898.00 less than it would have been, contingent on the approval of the voters at an election to be held November 7, 2023.**

\*

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 21,400,000 | .215718 | $46,163.65 |
| HOSP DIST | 21,400,000 | .219500 | $46,973.00 |
| DAL COLL | 21,400,000 | .110028 | $23,545.99 |
| DALLAS ISD | 21,400,000 | 1.013835 | $216,960.69 |
| DALLAS CTY | 21,400,000 | .735700 | $157,439.80 |

Previous payment on account:          $0.00

Pay taxes online at:
www.dallascounty.org/tax

| **Total Due If Paid By January 31, 2024** |
|---|
| **$491,083.13** |

*Your check may be converted to electronic funds transfer*

# Return This Portion With Your Payment

**Account: 007005000A0020000**

2         0000070000050000011000020000000012300491083138

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| FEB | 7% | $525,458.96 |
| MAR | 9% | $535,280.61 |

| **Total Due If Paid By January 31, 2024** |
|---|
| **$491,083.13** |
| Amount Paid: $_____.____ |

**Remit To:**
**John R. Ames, CTA**
**P O Box 139066**
**Dallas, Texas 75313-9066**

OAK STREET INVESTMENT GRADE
NET LEASE FUND SERIES 20212 LL
30 N LA SALLE ST STE 4140
CHICAGO, IL 60602-0000

v15.1.87

# IMPORTANT INFORMATION & TAXPAYER RESPONSIBILITIES

*The following information is provided to better assist our taxpayers.*

Taxes for the current year (2023) are due and payable in full on October 1, and are delinquent if not paid on or before January 31.  State law requires that penalty and interest be charged on taxes paid after January 31. Penalty and interest to be added for delinquent payments are as follows, additional 12% interest per annum thereafter.

## Delinquent Penalty and Interest Schedule

| February | 7% | May | 13% | August | 19% | November | 22% |
|---|---|---|---|---|---|---|---|
| March | 9% | June | 15% | September | 20% | December | 23% |
| April | 11% | July | 18% | October | 21% | January | 24% |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD,  YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Taxpayers with an over 65 or disabled exemption qualify for an installment payment plan on their residence homestead.  Please contact the Customer Care Center prior to January 31 for details at 214-653-7811.

---

### Dallas County Tax Office
Customer Care Center
**214-653-7811**

Questions regarding:
- Tax amounts
- Tax Rates
- Due dates
- Statements

**Make checks payable and remit to:** John R. Ames, CTA,
Tax Assessor/Collector
P O Box 139066
Dallas, TX  75313-9066

Pay taxes, print statements and payment information at:
**www.dallascounty.org/tax**



**Pay by echeck at no additional cost**



**JP Morgan Chase Bank convenience fees are applicable on Credit/Debit transactions**

**Pay by Phone 877-253-0150**

---

- The Tax Assessor/Collector **does not** have legal authority to **forgive or waive** any **penalty or interest charges**.
- Delinquent **Real Property** taxes not paid prior to **July 1** are subject to an additional penalty, up to 20%, as provided under section 33.07 of the Texas Property Tax Code.
- Delinquent **Business Personal Property** taxes not paid prior to **April 1** are subject to an additional penalty, up to 20%, as provided under section 33.11 of the Texas Property Tax Code.
- Payments by mail are credited according to the **U.S. Postmark (not meters)**.  Those bearing postmarks past deadlines will incur full penalty and interest charges.
- Payments made by mail on (or shortly before) January 31 could delay the processing of your payment.
- If you receive a tax statement that should be paid by your mortgage company, contact your Mortgage Company immediately.
- Failure to receive a tax statement does not relieve the property owner of the tax, penalty or interest liability.  If you did not receive a statement for each piece of property you own - **NOW** is the time to inquire about your other statements.
- Property taxes in Texas are assessed at 100% of market value by the appraisal district as of January 1 of each year and cover a period of one year from that date (January - December).
- A $30 fee is added to returned items.
- Partial payments are accepted.

---

### Appraisal Districts

**Questions regarding:**
- Address Corrections
- Ownership (if you don't own)
- Exemptions (free of charge)
- Property Descriptions
- Incorrect City or School District
- Value

Appraisal Districts are separate local agencies and are not part of County Government or the Dallas County Tax Office.

| Name: | Online: | Phone: |
|---|---|---|
| Dallas Central Appraisal District | www.dallascad.org | 214-631-0910 |
| Collin Central Appraisal District | www.collincad.org | 469-742-9200 or 866-467-1110 |
| Denton Central Appraisal District | www.dentoncad.com | 940-349-3800 |
| Ellis Appraisal District | www.elliscad.org | 972-937-3552 or 866-348-3552 |
| Kaufman Central Appraisal District | www.kaufman-cad.org | 972-932-6081 |
| Rockwall Central Appraisal District | www.rockwallcad.com | 972-771-2034 |
| Tarrant Appraisal District | www.tad.org | 817-284-0024 |

**City of Portsmouth**
**Tax Office**
**1 Junkins Avenue**
**Portsmouth, NH 03801**

Notice Date:  6/22/2023

Phone: (603) 610-7244

## *NOTICE OF TAX DELINQUENCIES AND UNREDEEMED TAX LIENS*

Interest Date:     7/26/2023

OAK STREET INVEST GRD NET
C/O OAK STREET REAL ESTATE CAP
30 N LA SALLE ST SUITE 4140
CHICAGO, IL 60602-

### According to my records the following tax bills / tax liens remain unpaid:

| Year / Description / Invoice # | Due Date | Principal | Costs/Penalty | Interest Due | Per Diem | Due this Bill |
|---|---|---|---|---|---|---|
| **Parcel ID:  35547** | **Map-Lot:   0239-0018-0000** | | **Location:** | **100 DURGIN LN** | | |
| 2022  PT  TAX2 347790-PT | 6/01/2023 | 133,421.00 | 0.00 | 1,608.37 | 29.2430 | 135,029.37 |
| | | | | | | |
| **Parcel ID:  35549** | **Map-Lot:   0239-0013-0002** | | **Location:** | **GOSLING RD** | | |
| 2022  PT  TAX2 347792-PT | 6/01/2023 | 6,268.00 | 0.00 | 75.56 | 1.3738 | 6,343.56 |

In the event the above items may have been overlooked, this notice is to remind you of any outstanding liens and potential for any unpaid 2022 Tax Bills to go to Tax Lien per RSA 76:11-b.

The 2022 Tax due amounts, together with interest, must be paid in full by 7/26/2023, to prevent tax lien action and and additional cost of $20.00.

IMPORTANT:  If you have a 2020 Tax LIEN listed above, and payment is not made by 10/16/2023, the Tax Collector must begin the process of issuing a tax deed to the City of Portsmouth pursuant to RSA 80:76.

Please call our office or visit us online at https://www.cityofportsmouth.com/tax/tax-payment-options for all payment options and associated fees.

Nancy L. Bates
Revenue Administrator / Tax Collector
nlbates@cityofportsmouth.com    Phone: 603-610-7244
Office Hours:  M 8am-6pm; T,W,Th 8am-4:30pm; Fri 8am-1pm

**YOUR ACCOUNT IS ACCRUING INTEREST DAILY.  THE INTEREST ABOVE IS CALCULATED AS OF 7/26/2023.  PRIOR TO FINAL PAYMENT, PLEASE CALL THE TAX OFFICE AT (603) 610-7244 FOR THE CORRECT INTEREST COMPUTATION AND/OR COSTS DUE.**

Date:  June 22, 2023

### IMPORTANT NOTICE TO ASSESSED PROPERTY OWNERS CURRENTLY IN BANKRUPTCY

PLEASE NOTE:  If you are currently in bankruptcy and subject to the protections of the Automatic Stay provisions of Section 362(a) of the Bankruptcy Code, then the language on this notice is hereby modified as follows:

(a)  By sending this notice, the Town is not attempting to collect any delinquent tax debt from property owner(s) in bankruptcy and the notice should not be interpreted as requiring payment. The notice is a requirement of New Hampshire law in order for the Town to perfect its statutory lien.

(b)  The Tax Collector or Town may not increase the rate of interest where the Court has set such rate without seeking appropriate Bankruptcy Court approval.

(c)  The provisions of the federal bankruptcy law may affect the rights of the municipality under state law as long as the assessed property owner is in bankruptcy. A tax collector's deed cannot and will not be issued without appropriate bankruptcy Court approval.

Please seek legal counsel if you have any questions concerning this bankruptcy section of the Notice of Tax Delinquencies and Unredeemed Tax Liens. The tax collector's office cannot provide legal advice.

Nancy L. Bates, Tax Collector
City of Portsmouth, NH



Home    Administration    Financial Services    Taxpayer Services    Publications    Resources    Contact Us

## Online Payment System

[ View Shopping Cart ]   [ Property Search ]   [ Help ]

### Summary for Bill 23-1242507-00-6

**Property Address:**
5000 STOCKDALE HW
BAKERSFIELD, CA

| | |
|---|---|
| **Assessor Tax Number:** | 331-440-24-00-1 |
| (Please select this link to find other bills.) | |
| **Tax Rate Area:** | 001-049 |
| **Total Amount Due:** | **$66,487.35** |

| | |
|---|---|
| Land: | $2,028,780.00 |
| Improvements: | $3,351,128.00 |
| Minerals: | $0.00 |
| Personal Property: | $0.00 |
| Other Improvements: | $0.00 |
| Exemptions: | $0.00 |
| **Net Assessed Value:** | **$5,379,908.00** |

[ Bill Details ]

### Taxes Due for this Secured Bill

| Select | Installment | Delinquent Date | Amount Due | Status |
|---|---|---|---|---|
| ☐ | First | Monday, December 11, 2023 | $33,243.68 | Unpaid. |
| | | Penalty if Delinquent | $3,324.36 | |
| ☐ | Second | Wednesday, April 10, 2024 | $33,243.67 | Unpaid. |
| | | Penalty if Delinquent | $3,334.36 | |

[ Add Selections To Cart ]

Note: Adding the second installment will also add the first installment if payable.



**\*\*\*Website Usage Policy\*\*\***

Copyright 2023 Kern County Treasurer-Tax Collector

# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$390,772** |
| **Property Value:** | **$2,332,924** |
| **Total Debt % Attributed to Your Property Value:** | **16.8%** |

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

**See Details Here**

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):  **15-12-428-033-0000**                    BEGIN A NEW SEARCH

Scroll down for more information.



**Incorrect Image? Click Here.**

**Property Location:**
229  HARLEM AVE
FOREST PARK, IL 60130-1307

**Volume:**  163

**Mailing Information:**
OAK STREET INVEST GRAD
30 N LASALLE STE 4140
CHICAGO, IL 60602-2900

NOTICE:  The U.S. Postal Service has returned
our bills and notices!  Please update the mailing
information by clicking on this link.

---

## Are Your Taxes Paid?

### Tax Year 2021 (billed in 2022)    Total Amount Billed: $198,558.77

| 1st INSTALLMENT - Tax Year 2021 | | 2nd INSTALLMENT - Tax Year 2021 | |
|---|---|---|---|
| **Original Billed Amount:** | $106,418.54 | **Original Billed Amount:** | $92,140.23 |
| **Due Date:** | 03/01/2022 | **Due Date:** | 12/30/2022 |

| | | | | |
|---|---|---|---|---|
| Tax: | $0.00 | | Tax: | $0.00 |
| Interest: | $0.00 | | Interest: | $0.00 |
| **Current Amount Due:** | **$0.00** | | **Current Amount Due:** | **$0.00** |

**Total Amount Due:**      <span style="color:red">**$0.00**</span>

**Expand Payment Details** ▼

## Tax Year 2022 (billed in 2023)    Total Amount Billed: $109,207.32

1st INSTALLMENT - Tax Year 2022

| | |
|---|---|
| **Original Billed Amount:** | $109,207.32 |
| **Due Date:** | 04/03/2023 |
| **Tax:** | $0.00 |
| **Interest:** | $0.00 |
| **Current Amount Due:** | **$0.00** |

**Total Amount Due:**      <span style="color:red">**$0.00**</span>

**Expand Payment Details** ▼

**About payments:**

- Payments are recorded the date they are received. They appear on the website about three business days later.
- The current amount due is as of Tuesday, October 10, 2023. Questions about payments? Contact Us.
- To find out if taxes for this PIN were sold or are delinquent for Tax Year 2020 and earlier, search the Cook County Clerk's records.

## Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

- 📄 **Tax Year 2021 Second Installment** Due Friday, December 30, 2022
- 📄 **Tax Year 2022 First Installment** Due Monday, April 3, 2023

**Stop receiving your tax bill by mail.**

✉ Sign up for eBilling to receive future tax bills via email.

## Are There Any Overpayments on Your PIN?

Our records do not indicate a refund available on the PIN you have entered.

## Have You Received Your Exemptions in These Tax Years?

| Type | 2021 | 2020 | 2019 | 2018 |
|------|------|------|------|------|
| **Homeowner Exemption:** | NO | NO | NO | NO |
| **Senior Citizen Exemption:** | NO | NO | NO | NO |
| **Senior Freeze Exemption:** | NO | NO | NO | NO |
| **Returning Veteran Exemption:** | NO | NO | NO | NO |
| **Disabled Person Exemption:** | NO | NO | NO | NO |
| **Disabled Veteran Exemption:** | NO | NO | NO | NO |

Tax Year 2022 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for a missing exemption

## 20-Year Property Tax Bill History

Tax Year 2002:          $157,912.27
Tax Year 2021:          $198,558.77

**Difference:**          **+ $40,646.50**
**Percent Change:**      **+ 25.74%**

See your complete property tax history.

Read "The Pappas Study" 20-Year Property Tax History

See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb

Voter Turnout 2011-2020 Chicago and Cook County Suburbs

Cook County Suburbs - Interactive Map

Chicago by Ward - Interactive Map

## Taxing District Debt Attributed to <u>Your</u> Property

**Total Taxing District Debt Attributed to Your Property:**          **$390,772**

**Property Value:**          **$2,332,924**

**Total Debt % Attributed to Your Property Value:**          **16.8%**

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|------|------|------|------|------|------|

| | | | | |
|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $4,170,690,000 | $8,148,428,573 | $2,332,924 | 0.0004254% | $17,741 |
| Forest Park Park District | $6,642,464 | $1,293,475,023 | $2,332,924 | 0.1803610% | $11,980 |
| Triton Community College 504 (River Grv) | $85,526,136 | $30,780,147,120 | $2,332,924 | 0.0075793% | $6,482 |
| Proviso Township HS Dist 209 (Maywood) | $124,841,067 | $8,751,679,476 | $2,332,924 | 0.0266569% | $33,279 |
| Forest Park School District 91 | $204,436 | $1,301,161,027 | $2,332,924 | 0.1792956% | $367 |
| Village of Forest Park | $132,368,764 | $1,303,574,839 | $2,332,924 | 0.1789636% | $236,892 |
| Town of Proviso | $103,696 | $11,326,838,452 | $2,332,924 | 0.0205964% | $21 |
| Cook County Forest Preserve District | $548,552,253 | $557,607,500,340 | $2,332,924 | 0.0004184% | $2,295 |
| County of Cook | $19,531,125,441 | $557,607,500,340 | $2,332,924 | 0.0004184% | $81,715 |

Total Taxing District Debt Attributed to Your Property:      $390,772

To read Treasurer Pappas' Debt Study and use the interactive map, **click here**.

## Highlights of <u>Your</u> Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
|---|---|---|---|---|---|---|
| Des Plaines Valley Mosq Abat Dist Lyons | $1,051,821 | $3,871,823 | ($1,051,821) | 9 | 2 | 7 |
| Metro Water Reclamation Dist of Chicago | $3,327,854,000 | $3,020,080,000 | $1,168,985,000 | 1,972 | 2,480 | -508 |
| Forest Park Park District | $5,534,764 | $4,390,521 | $1,107,700 | 197 | 7 | 190 |
| Triton Community College 504 (River Grv) | $85,526,136 | $25,638,269 | $25,638,269 | 1,213 | 0 | 1,213 |
| Proviso Township HS Dist 209 (Maywood) | $123,999,031 | $69,230,165 | $842,036 | 522 | 613 | -91 |
| Forest Park School District 91 | $204,436 | $15,091,243 | $3,074,028 | 193 | 38 | 155 |
| Village of Forest Park | $10,071,020 | $188,825,308 | $120,924,413 | 141 | 152 | -11 |
| Town of Proviso | $1,843,136 | $8,170,755 | ($1,739,440) | 66 | 45 | 21 |
| Cook County Forest Preserve District | $233,103,051 | $540,107,634 | $328,420,280 | 625 | 536 | 89 |
| County of Cook | $8,019,310,814 | $29,739,673,504 | $17,090,063,066 | 23,538 | 19,856 | 3,682 |

## Reports and Data for <u>All</u> Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property

- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data
- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

**Chriss Patrick Street**
**Orange County Treasurer - Tax Collector**
P.O. BOX 1438 • Santa Ana, CA 92702-1438
County Service Center 601 N. Ross Street, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411    **INTERNET COPY**
octreasurer.com/octaxbill octreasurer.com/octaxparking

**DID YOU KNOW?**

Avoid Late Payment Penalties: sign-up to receive a text/email payment reminder at octreasurer.com/octaxreminder

Pay online/view payment status at octreasurer.com/octaxbill. Receive same-day credit and emailed receipt. *No service fee for payments made via eCheck!*

Mailed payments must have a USPS postmark on or before the last timely payment date. Have your envelope hand-stamped as some Post Offices no longer postmark mail. Visit octreasurer.com/postmarks for details.

A GIS map of all County parcels can be found at mello.ocgov.com

## 2023-24 SECURED PROPERTY TAX BILL

For Fiscal Year Beginning July 1, 2023 and Ending June 30, 2024

0009589=0009589 PDFE  001 1-34-- 571908
**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**

| PROPERTY LOCATION |
|---|
| 25322 EL PASEO MISSION VIEJO |

| ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2023 | | |
|---|---|---|
| **DESCRIPTION** | **FULL VALUE** | **COMPUTED TAX** |
| LAND | 12,370,356 | |
| IMPROVEMENTS - BUILDING | 2,351,304 | |
| | | |
| TOTAL VALUES: | 14,721,660 | 150,834.50 |
| TOTAL NET TAXABLE VALUE: | 14,721,660 | 150,834.50 |

| OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2023 |
|---|
| **ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21** |

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/23 | | 2nd Installment DUE 2/1/24 | | TO PAY BOTH INSTALLMENTS BY 12/11/23 |
|---|---|---|---|---|---|---|
| **784-661-05** | **27-087** | **$75,417.25** | + | **$75,417.25** | = | **$150,834.50** |

| IMPORTANT INFORMATION | VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS | | |
|---|---|---|---|
| | SERVICE AGENCY | RATE | VALUE | TAXES |

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 14,721,660 | 147,216.60 |
| SADDLEBACK VLY UNIFIED | .02037 | 14,721,660 | 2,998.80 |
| METRO WATER D-MWDOC | .00350 | 14,721,660 | 515.26 |
| | | | |
| SPECIAL ASSESSMENT CHARGES | | PHONE NO. | |
| VECTOR CONTROL CHG | | (800)273-5167 | 4.80 |
| MOSQ,FIRE ANT ASSMT | | (800)273-5167 | 68.40 |
| MWD WATER STDBY CHG | | (866)807-6864 | 30.64 |
| | | | |
| TOTAL CHARGED | 1.02387 | | 150,834.50 |

**FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL**

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN TOP PORTION FOR YOUR RECORDS – IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

F074-453 (2023)

---

DETACH AND MAIL STUB WITH 2ND INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER |
|---|---|
| **784-661-05** | **APRIL 10, 2024** |

ASSESSEE:

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**INTERNET COPY**
**AMOUNT DUE AFTER 4/10/24 (INCLUDES 10% PENALTY + $23 COST)**

## ORANGE COUNTY 2023-24 PROPERTY TAX

Pay taxes online by eCheck or by credit card

eCheck    ELECTRONIC CHECK    No Cost

 - 2.29% Fee Min. $1.95
octreasurer.com/octaxbill

**Scan the code to view and pay your specific parcel online**



# DUE FEB 1, 2024    **2**

**$75,417.25**

$82,981.97

Pay any penalties on first installment to avoid additional second installment penalty and view limited cancellation options at octreasurer.com/penalty

0178466105000000202302041024000754172507012400082981970000000000000004

---

DETACH AND MAIL STUB WITH 1ST INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER | TO PAY BOTH INSTALLMENTS BY DEC. 11 |
|---|---|---|
| **784-661-05** | **DECEMBER 11, 2023** | **$150,834.50** |

ASSESSEE:

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**INTERNET COPY**
**AMOUNT DUE AFTER 12/11/23 (INCLUDES 10% PENALTY)**

## ORANGE COUNTY 2023-24 PROPERTY TAX

Pay taxes online by eCheck or by credit card

eCheck    ELECTRONIC CHECK    No Cost

 - 2.29% Fee Min. $1.95
octreasurer.com/octaxbill

**Scan the code to view and pay your specific parcel online**

# DUE NOV 1, 2023    **1**

**$75,417.25**

$82,958.97

Pay any penalties on first installment to avoid additional second installment penalty and view limited cancellation options at octreasurer.com/penalty

0178466105000000202301121123000754172507012400082958970000000000000007

**CITY OF NEWPORT NEWS, VIRGINIA**
**MAKE CHECK PAYABLE TO CITY OF NEWPORT NEWS AND MAIL TO:**
**MARTY G. EUBANK, TREASURER, PO BOX 975, NEWPORT NEWS, VA 23607-0975**
**FOR PAYMENT QUESTIONS CALL (757) 926-8731 OR VISIT OUR WEBSITE www.nnva.gov/treasurer**

REFERENCE #: 15100051220027
2024 - 1st Half

AS OF:10/09/2023

**TAXPAYER COPY**

| Account Number | Tax Year | Cycle | Address |
|---|---|---|---|
| 151000512 | 2024 | 01 | 12132 A JEFFERSON AVE |

| Description | Assessed Value | Tax Rate Per $100 | SW Rate | Net #ERUS |
|---|---|---|---|---|
| PARCEL 1A-1 (4.420 AC) (RSP 1A) YODER PLAZA SHOP CTR | 6,028,600 | 1.18 | 12.25 | 103.10 |

| | |
|---|---|
| **REAL ESTATE TAX** | 35,568.74 |
| **PENALTY DUE** | 0.00 |
| **INTEREST DUE** | 0.00 |
| **STORMWATER MANAGEMENT FEE** | 7,577.85 |
| **STORMWATER PENALTY DUE** | 0.00 |
| **STORMWATER INTEREST DUE** | 0.00 |
| **TOTAL CURRENT DUE** | 43,146.59 |
| **TOTAL DUE** | 43,146.59 |

**TAXING PERIOD - JULY 1 - DECEMBER 31, 2023**       **CODE:**
**10% PENALTY IF NOT PAID BY DUE DATE**

**DUE DATE: 12/05/2023**

EDISON NNVA001 LLC
C/O OAK STREET REAL ESTATE CAPITAL LLC  ATTN: JAMES
HENNESSEY
125 S WACKER DR STE 1220
CHICAGO IL 60606-0000

**TOTAL PRIOR PAYMENTS RECEIVED**        **$0.00**

# FIS

## Pay Direct

**Thank you for your payment.**

**Please print this receipt and keep it for your records.**

| | |
|---|---|
| Block/Lot/Qual : | 200. 9. |
| Property Location : | 1765-75 DEPTFORD CTR RD |
| Owner Name : | EDISON DENJ001 LLC |
| Payment Amount: | $122,323.84 |
| Convenience Fee: | $1.95 |
| Total Payment Amount: | **$122,325.79** |

By consenting with the processing of this transaction, you are authorizing to debit your account for a one-time payment that may be processed as early as today. If you need to stop payment on this transaction you may contact your financial institution. If stop payment is not received in a timely manner, it may not be stopped. If you have any questions you may contact our Customer Support.

| | |
|---|---|
| **Receipt Number:** | 3855630904 |
| **Transaction Date:** | 08/01/2023 11:03 AM |
| **Payment Type:** | echeck |
| **Account Number:** | *0198 |

**CITY OF NEWPORT NEWS, VIRGINIA**
**COPY - DO NOT PAY**

MAKE CHECK PAYABLE TO CITY OF NEWPORT NEWS AND MAIL TO:
MARTY G. EUBANK, TREASURER, PO BOX 975, NEWPORT NEWS, VA 23607-0975
FOR PAYMENT QUESTIONS CALL (757) 926-8731 OR VISIT OUR WEBSITE www.nnva.gov/treasurer

REFERENCE #: 15100051220027
2024 - 1st Half

AS OF:10/09/2023

**TAXPAYER COPY**

| Account Number | Tax Year | Cycle | Address |
|---|---|---|---|
| 151000512 | 2024 | 01 | 12132 A JEFFERSON AVE |

| Description | Assessed Value | Tax Rate Per $100 | SW Rate | Net #ERUS |
|---|---|---|---|---|
| PARCEL 1A-1 (4.420 AC) (RSP 1A) YODER PLAZA SHOP CTR | 6,028,600 | 1.18 | 12.25 | 103.10 |

| | |
|---|---|
| REAL ESTATE TAX | 35,568.74 |
| PENALTY DUE | 0.00 |
| INTEREST DUE | 0.00 |
| STORMWATER MANAGEMENT FEE | 7,577.85 |
| STORMWATER PENALTY DUE | 0.00 |
| STORMWATER INTEREST DUE | 0.00 |
| TOTAL CURRENT DUE | 43,146.59 |
| TOTAL DUE | 43,146.59 |

**TAXING PERIOD - JULY 1 - DECEMBER 31, 2023**          **CODE:**
**10% PENALTY IF NOT PAID BY DUE DATE**

**DUE DATE: 12/05/2023**

EDISON NNVA001 LLC
C/O OAK STREET REAL ESTATE CAPITAL LLC  ATTN: JAMES
HENNESSEY
125 S WACKER DR STE 1220
CHICAGO IL 60606-0000

**TOTAL PRIOR PAYMENTS RECEIVED**          **$0.00**

# PSE&G
*We make things work for you.*

| Total amount due | **$2,671.65** |
|---|---|
| Please pay by | **September 20, 2023** |

# Your energy bill

**Bill date:** September 05, 2023
**For the period:** August 01, 2023 to August 31, 2023

## ⓘ Message Center

**This bill reflects BPU-approved changes in the Delivery portion of your gas bill effective on and after August 1, 2023.** There will be a decrease due to changes in the Tax Adjustment Credit. The overall impact for business customers will vary by individual customer usage. Tariff information can be found at pseg.com.

**Don't fall victim to payment scams** If you receive a phone call demanding immediate bill payment with a prepaid card or cash transfer app, it is a scam. When in doubt, hang up and call the number listed on your bill: 1-800-436-7734. For more information, visit pseg.com/scamalert.

**Never miss a payment!** With Automatic Bill Pay, your bill is automatically paid from your designated bank account on your bill due date. You can even set up a maximum monthly withdrawal amount. For more information about AutoPay and a variety of other convenient ways to pay your bill, visit pseg.com/paymentoptions.

🔴 **NEXT METER READING**  September 29, 2023

### How to contact us

📞 **1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 8am to 5:30pm Mon to Fri,
Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

↖ **Visit pseg.com/myaccount** to access your account anytime

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734)
> Text **OUT** to report an outage.

f facebook.com/pseg    🐦 twitter.com/psegdelivers

▶ **EDISON EHNJ 001 LLC**

📁 **ACCOUNT NUMBER**
76 910 334 00

🏠 **SERVICE ADDRESS**
180 RTE 10
EAST HANOVER TWP NJ 07936-2107

### Your billing summary

**This month's charges and credits**

| | |
|---|---|
| Gas charges - PSE&G | $185.65 |
| Plus  Security deposit – *see page 3 for details* | $2,486.00 |
| **This month's charges and credits** | **$2,671.65** |
| **Total amount due by Sep 20, 2023** | **$2,671.65** |

---

# PSE&G
*We make things work for you.*

Account number    **7691033400**
Total amount due by Sep 20, 2023    $2,671.65

| Amount enclosed |
|---|
| |

**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to  pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic
Debits using the bank account number on the enclosed check.

☐ By checking this box, I authorize PSE&G to enroll me in paperless billing at
this email address: _____

EDISON EHNJ 001 LLC
30 N CENTRAL AVE
CHICAGO IL 60644-3284

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

7691033400 0002671654 00000000007

**EDISON EHNJ 001 LLC**
Your account number: **7691033400**
Invoice Number: 601508432926

# ⓘ Message Center (Continued from page 1)

Si desea recibir en español una notificación de desconexión del servicio, llame al **1-800-357-2262.**

**Air conditioning can be a big part of your business's energy costs.** To save energy and money, keep thermostats set at the highest comfortable temperature during hotter months. For more tips, visit pseg.com/bizenergytips.

**At PSE&G, we are committed to supporting your business needs.** That's why we have a dedicated, toll-free phone number to address your energy questions and concerns. PSE&G's Business Solutions Center is available Monday-Friday, 8:00 a.m. - 5:30 p.m. at 1-855-249-7734 (1-855-BIZ-PSEG).

### Don't miss your meter reading

If you'll be away on your meter reading day, use our mobile app to upload a picture of your meter or enter your reading manually, or call 1-800-622-0197.

### Electric & Gas Rate Information

For news about PSE&G's rate filing and upcoming public hearings visit **www.pseg.com/pseandgfilings**. Under applicable tax law, the State Sales and Use Tax and corporate business tax are imposed upon the energy you have used.

---

## IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

 **My Account**

Make a payment anytime from a checking or savings account stored in *My Account*. Visit **pseg.com/ myaccount**

**Mobile:** Download our Mobile App "PSE&G"

**Pay by text:** Text PAY to 4PSEG (47734)

**Voice:** Ask Alexa or use Google Assistant.

 **Automatic Bill Pay**

Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/autopay

 **Credit Card**

Pay your bill with a credit card online or by phone. Because we don't use customer rates to subsidize the cost of this service, there is a fee.

**My Account:**
pseg.com/myaccount

**Phone:**
1-833-277-8710

 **Phone**

**Bank Account:**
1-800-553-7734

**Credit Card:**
1-833-277-8710

 **By Mail**

Make your check payable to PSE&G and write your account number on your check.

**When you pay by check, you** authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.

 **In Person**

Payments are accepted at any customer service center or authorized location.

**Locations can be found at:**
pseg.com/csc

 GO PAPERLESS! To sign up visit **pseg.com/paperless**

**EDISON EHNJ 001 LLC**
Your account number: **7691033400**
Invoice Number: 601508432926



# Details of your gas charges

Your rate: Large Volume Gas (LVG)

**Meter # 2283503**                                   *Usage*

Less
| Actual reading Aug 31, 2023 | 73662 |
| Estimated reading Aug 1, 2023 | 73662 |
| **Difference** | **0** |
| **Total gas you used in 30 days** | **0.000   therms** |

## Delivery charges

| Monthly service charge | $185.65 |
|---|---|
| **Total gas delivery charges** | **$185.65** |
| **Total gas charges** | **$185.65** |

## Your monthly gas use

Therms



| Total energy used | **E** Estimated reading |

Visit MyAccount for more details regarding your energy usage.

# Security deposit

**Terms:** Payable in full on payment due date

| Total security deposit requested | $2,486.00 |
|---|---|
| **Security deposit due** | **$2,486.00** |

A security deposit is required for your account. Future payments will be applied until the required amount is satisfied.

All deposit payments that are received will accumulate simple interest at a rate set by the Board of Public Utilities. Interest will be applied to residential customers on an annual basis, and biennially for commercial and industrial customers. If residential accounts remain in good standing for 12 months, or commercial and industrial accounts for 24 months, the deposit plus interest will be applied to your account. No interest will be paid for terms shorter than three months and/or after your final bill date.

Please keep this portion of your bill as a receipt for any deposit payments that have been made on the account. Thank you.

## Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is: PG000009143103181971** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

# 2023 FINAL/2024 PRELIMINARY TAX BILL    TOWNSHIP OF UNION    UNION COUNTY

| BLOCK NUMBER 3504 | LOT NUMBER 2 | | EXPLANATION OF TAXES | | |
|---|---|---|---|---|---|
| | | | DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
| Property | 650 LIBERTY AVE | | COUNTY TAX | 3.701 | 137862.25 |
| Building | 2SCB | | CTY OPEN SP,REC&HIST P | 0.140 | 5215.00 |
| Additional | | | DISTRICT SCHOOL TAX | 9.986 | 371978.50 |
| Land Dimens. 19.614 ACRES | | | LOCAL MUNICIPAL TAX | 7.528 | 280418.00 |
| Bank | Mortgage | Tax Acct    9362 | MUNICIPAL LIBRARY TAX | 0.314 | 11696.50 |

### ASSESSED VALUATION INFORMATION

| LAND: | 1048900 | IMPROVEMENTS: | 2676100 | TOTAL: | 3725000 |
|---|---|---|---|---|---|
| EXEMPTIONS: | | NET TAXABLE VALUE: | 3725000 | | |

EDISON UNNJ001. LLC
125 S WACKER DR. STE 1220
CHICAGO. IL  60606

| 2023 TOTAL TAX | 21.669 | 807170.25 |
|---|---|---|
| 2023 NET TAX | | 807170.25 |
| LESS 2023 PREV. BILLED | | 596018.63 |
| BALANCE OF 2023 TAX | | 211151.62 |

| 2023 3RD QTR DUE AUG 1, 2023 | 206,458.13 | 2023 4TH QTR DUE NOV 1, 2023 | 211,151.62 | 2024 1ST QTR DUE FEB 1, 2024 | 201,792.57 | 2024 2ND QTR DUE MAY 1, 2024 | 201,792.56 |
|---|---|---|---|---|---|---|---|

| INFORMATION FOR TAX PAYERS | 2024 PRELIMINARY TAX |
|---|---|

**PRELIMINARY TAX IS EQUAL TO ONE HALF OF 2023 TOTAL NET TAX**    403,585.13

MAKE CHECK PAYABLE TO:    TOWNSHIP OF UNION

MAIL TO:    OFFICE OF THE TAX COLLECTOR
1976 MORRIS AVENUE
UNION, NJ 07083

WE DO NOT ACCEPT POSTMARKS
$5.00 CHARGE FOR DUPLICATE BILLS
$20.00 CHARGE FOR RETURNED CHECKS
PHONE: 908-851-8508
FAX:  908-851-4675
PAY ON-LINE@ WWW.UNIONTOWNSHIP.COM

RESIDENTS MUST CURB THEIR DOGS

### DISTRIBUTION OF TAXES BEFORE REAP

| County Taxes | 17.08% | $ 137862.25 |
|---|---|---|
| School Taxes | 46.08% | $ 371978.50 |
| Municipal Taxes | 36.19% | $ 292114.50 |
| OTHER | 0.65% | $ 5215.00 |

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES: The budgets of government agencies funded by this tax bill include State aid used to reduce property taxes.  State aid offset information for the current year municipal tax bills will start becoming available at the end of July.  Access the Division of Local Government Service' website at http://www.nj.gov/dca/divisions/dlgs/resources/property_tax.html to find (based on assessed value of this parcel) the amount of State aid used to offset property taxes on this parcel.

---

| TOWNSHIP OF UNION    2024-2 | TOWNSHIP OF UNION    2024-1 |
|---|---|
| UNION COUNTY | UNION COUNTY |
| TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK | TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK |
| 2024 2ND QUARTER TAX DUE MAY 1, 2024 | 2024 1ST QUARTER TAX DUE FEBRUARY 1, 2024 |

| BLOCK NUMBER 3504 | LOT NUMBER 2 | QUALIFICATION | BANK CODE | BLOCK NUMBER 3504 | LOT NUMBER 2 | QUALIFICATION | BANK CODE |
|---|---|---|---|---|---|---|---|
| TAX ACCOUNT NUMBER 9362 | TAX BILL NUMBER | TAX AMOUNT DUE | DUE MAY 1, 2024    201792.56 | TAX ACCOUNT NUMBER 9362 | TAX BILL NUMBER | TAX AMOUNT DUE | DUE FEBRUARY 1, 2024    201792.57 |
| | | | INTEREST | | | | INTEREST |
| EDISON UNNJ001, LLC | | | CASH | EDISON UNNJ001, LLC | | | CASH |
| 650 LIBERTY AVE | | | CHECK | 650 LIBERTY AVE | | | CHECK |
| | | | TOTAL | | | | TOTAL |

---

| TOWNSHIP OF UNION    2023-4 | TOWNSHIP OF UNION    2023-3 |
|---|---|
| UNION COUNTY | UNION COUNTY |
| TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK | TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK |
| 2023 4TH QUARTER TAX DUE NOVEMBER 1, 2023 | 2023 3RD QUARTER TAX DUE AUGUST 1, 2023 |

**Thank you for your payment.**

**Please print this receipt and keep it for your records.**

---

Block/Lot/Qual :        3504. 2.

Property Location :    650 LIBERTY AVE

Owner Name :          EDISON UNNJ001, LLC

Payment Amount:      $138,929.72

Convenience Fee:      $1.95

Total Payment Amount:  **$138,931.67**

By consenting with the processing of this transaction, you are authorizing to debit your account for a one-time payment that may be processed as early as today. If you need to stop payment on this transaction you may contact your financial institution. If stop payment is not received in a timely manner, it may not be stopped. If you have any questions you may contact our Customer Support.

**Receipt Number:**      3859198063

**Transaction Date:**    10/03/2023 01:48 PM

**Payment Type:**        echeck

**Account Number:**      *5918

---

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this October 13, 2023, a copy of the foregoing Application was served via CM/ECF on all parties registered to receive such notice in the above-captioned cases.

_/s/ Robert L. LeHane_____
Robert L. LeHane