## **EXHIBIT B**

## **Unpaid Post-Petition Amounts**

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 90995 (BBBY Corporate Headquarters) | Bed Bath & Beyond, Inc. | 650 Liberty Avenue | Union, NJ | Edison UNNJ001 LLC | $1,079,006.30 |
| 90899 | Bed Bath & Beyond, Inc. | 700 Liberty Avenue | Union, NJ | Edison UNNJ001 LLC | $353,182.06 |
| | | | | Total: | **$1,432,188.36** |

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 67 | Bed Bath & Beyond, Inc. | 13900 Dallas Parkway | Addison, TX | Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC | $491,083.13 |
| 7046 | Bed Bath & Beyond, Inc. | 100 Durgin Lane | Portsmouth, NH | Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC | $141,611.25 |
| 407 | Bed Bath & Beyond, Inc. | 5000 Stockdale Highway | Bakersfield, CA | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | $33,243.68 |
| 791 | Bed Bath & Beyond, Inc. | 215 South Harlem Avenue | Forest Park, IL | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | $43,569.94 |
| 3084 | Buy Buy Baby, Inc. | 25322 El Paseo | Mission Viejo, CA | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | $75,417.25 |
| | | | | Total: | **$784,925.25** |

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 172 | Bed Bath & Beyond, Inc. | 12132 A Jefferson Avenue | Newport News, VA | Edison NNVA001 LLC | $43,146.59 |

Case 23-13359-VFP    Doc 2459-3    Filed 10/13/23    Entered 10/13/23 19:11:18    Desc
Exhibit Unpaid Post-Petition Amounts    Page 2 of 2

2

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 207/3092 | Bed Bath & Beyond, Inc./ Buy Buy Baby, Inc. | 1755 Deptford Center Rd | Deptford, NJ | Edison DENJ011 LLC | $122,325.79 |

| Store No. | Debtor Entity | Address | Location | Landlord | Unpaid Post-Petition Amounts |
|---|---|---|---|---|---|
| 159 | Bed Bath & Beyond, Inc. | 180 Route 10 West | East Hanover, NJ | Edison EHNJ001 LLC | $41,648.41 |