

**DALLAS COUNTY TAX OFFICE**
**JOHN R. AMES, CTA**
TAX ASSESSOR/COLLECTOR

300 Elm Street, Suite 3300
Dallas, Texas 75202
www.dallascounty.org/tax | 214-653-7811
email: propertytax@dallascounty.org

## 2023 TAX STATEMENT

**OAK STREET INVESTMENT GRADE**
**NET LEASE FUND SERIES 20212 LL**
**30 N LA SALLE ST STE 4140**
**CHICAGO, IL 60602-0000**

**Account:   007005000A0020000**

Property Description:

13910 DALLAS PKWY, DA

HOME DEPOT USA-EXPO
BLK A/7005 LT 2  ACS 11.909
INT202100379722 DD11102021 CO-DC
7005 00A   00200     0DA7005 00A

| | |
|---|---|
| Land Value: | 18,156,460 |
| Improvement Value: | 3,243,540 |
| Market Value: | 21,400,000 |

*Because of action by the Texas Legislature, your tax bill is $22,898.00 less than it would have been, contingent on the approval of the voters at an election to be held November 7, 2023.*

Statement Date:   October 10, 2023

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| **DAL CNTY** | 21,400,000 | .215718 | $46,163.65 |
| **HOSP DIST** | 21,400,000 | .219500 | $46,973.00 |
| **DAL COLL** | 21,400,000 | .110028 | $23,545.99 |
| **DALLAS ISD** | 21,400,000 | 1.013835 | $216,960.69 |
| **DALLAS CTY** | 21,400,000 | .735700 | $157,439.80 |

Previous payment on account:     $0.00

Pay taxes online at:
www.dallascounty.org/tax

**Total Due If Paid By January 31, 2024**
**$491,083.13**

*Your check may be converted to electronic funds transfer*
## Return This Portion With Your Payment

**Account: 007005000A0020000**

2     00000700005000001100002000000001230049108313 8

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| **FEB** | 7% | $525,458.96 |
| **MAR** | 9% | $535,280.61 |

**Remit To:**
**John R. Ames, CTA**
**P O Box 139066**
**Dallas, Texas 75313-9066**

**Total Due If Paid By January 31, 2024**
**$491,083.13**
Amount Paid: $_____.____

OAK STREET INVESTMENT GRADE
NET LEASE FUND SERIES 20212 LL
30 N LA SALLE ST STE 4140
CHICAGO, IL 60602-0000

v15.1.87



# IMPORTANT INFORMATION & TAXPAYER RESPONSIBILITIES

*The following information is provided to better assist our taxpayers.*

Taxes for the current year (2023) are due and payable in full on October 1, and are delinquent if not paid on or before January 31. State law requires that penalty and interest be charged on taxes paid after January 31. Penalty and interest to be added for delinquent payments are as follows, additional 12% interest per annum thereafter.

### Delinquent Penalty and Interest Schedule

| February | 7% | May | 13% | August | 19% | November | 22% |
|---|---|---|---|---|---|---|---|
| March | 9% | June | 15% | September | 20% | December | 23% |
| April | 11% | July | 18% | October | 21% | January | 24% |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Taxpayers with an over 65 or disabled exemption qualify for an installment payment plan on their residence homestead. Please contact the Customer Care Center prior to January 31 for details at 214-653-7811.

**Dallas County Tax Office**
Customer Care Center
**214-653-7811**

Questions regarding:
- Tax amounts
- Due dates
- Tax Rates
- Statements

**Make checks payable and remit to:** John R. Ames, CTA, Tax Assessor/Collector
P O Box 139066
Dallas, TX 75313-9066

Pay taxes, print statements and payment information at:

**www.dallascounty.org/tax**



**Pay by echeck at no additional cost**



**JP Morgan Chase Bank convenience fees are applicable on Credit/Debit transactions**

**Pay by Phone 877-253-0150**

- The Tax Assessor/Collector **does not** have legal authority to **forgive or waive** any **penalty or interest charges**.
- Delinquent **Real Property** taxes not paid prior to **July 1** are subject to an additional penalty, up to 20%, as provided under section 33.07 of the Texas Property Tax Code.
- Delinquent **Business Personal Property** taxes not paid prior to **April 1** are subject to an additional penalty, up to 20%, as provided under section 33.11 of the Texas Property Tax Code.
- Payments by mail are credited according to the **U.S. Postmark (not meters)**. Those bearing postmarks past deadlines will incur full penalty and interest charges.
- Payments made by mail on (or shortly before) January 31 could delay the processing of your payment.
- If you receive a tax statement that should be paid by your mortgage company, contact your Mortgage Company immediately.
- Failure to receive a tax statement does not relieve the property owner of the tax, penalty or interest liability. If you did not receive a statement for each piece of property you own - **NOW** is the time to inquire about your other statements.
- Property taxes in Texas are assessed at 100% of market value by the appraisal district as of January 1 of each year and cover a period of one year from that date (January - December).
- A $30 fee is added to returned items.
- Partial payments are accepted.

## Appraisal Districts

**Questions regarding:**
- Address Corrections
- Ownership (if you don't own)
- Exemptions (free of charge)
- Property Descriptions
- Incorrect City or School District
- Value

Appraisal Districts are separate local agencies and are not part of County Government or the Dallas County Tax Office.

| Name: | Online: | Phone: |
|---|---|---|
| Dallas Central Appraisal District | www.dallascad.org | 214-631-0910 |
| Collin Central Appraisal District | www.collincad.org | 469-742-9200 or 866-467-1110 |
| Denton Central Appraisal District | www.dentoncad.com | 940-349-3800 |
| Ellis Appraisal District | www.elliscad.org | 972-937-3552 or 866-348-3552 |
| Kaufman Central Appraisal District | www.kaufman-cad.org | 972-932-6081 |
| Rockwall Central Appraisal District | www.rockwallcad.com | 972-771-2034 |
| Tarrant Appraisal District | www.tad.org | 817-284-0024 |

**City of Portsmouth**
**Tax Office**                                                                 Notice Date:  6/22/2023
**1 Junkins Avenue**
**Portsmouth, NH 03801**                                                       Phone: (603) 610-7244

## NOTICE OF TAX DELINQUENCIES AND UNREDEEMED TAX LIENS

**Interest Date:**    **7/26/2023**

OAK STREET INVEST GRD NET
C/O OAK STREET REAL ESTATE CAP
30 N LA SALLE ST SUITE 4140
CHICAGO, IL 60602-

**According to my records the following tax bills / tax liens remain unpaid:**

| Year / Description / Invoice # | Due Date | Principal | Costs/Penalty | Interest Due | Per Diem | Due this Bill |
|---|---|---|---|---|---|---|
| **Parcel ID: 35547** | **Map-Lot:** 0239-0018-0000 | | **Location:** | 100 DURGIN LN | | |
| 2022  PT  TAX2 347790-PT | 6/01/2023 | 133,421.00 | 0.00 | 1,608.37 | 29.2430 | 135,029.37 |
| **Parcel ID: 35549** | **Map-Lot:** 0239-0013-0002 | | **Location:** | **GOSLING RD** | | |
| 2022  PT  TAX2 347792-PT | 6/01/2023 | 6,268.00 | 0.00 | 75.56 | 1.3738 | 6,343.56 |

In the event the above items may have been overlooked, this notice is to remind you of any outstanding liens and potential for any unpaid 2022 Tax Bills to go to Tax Lien per RSA 76:11-b.

The 2022 Tax due amounts, together with interest, must be paid in full by 7/26/2023, to prevent tax lien action and and additional cost of $20.00.

IMPORTANT:  If you have a 2020 Tax LIEN listed above, and payment is not made by 10/16/2023, the Tax Collector must begin the process of issuing a tax deed to the City of Portsmouth pursuant to RSA 80:76.

Please call our office or visit us online at https://www.cityofportsmouth.com/tax/tax-payment-options for all payment options and associated fees.

Nancy L. Bates
Revenue Administrator / Tax Collector
nlbates@cityofportsmouth.com    Phone: 603-610-7244
Office Hours:  M 8am-6pm; T,W,Th 8am-4:30pm; Fri 8am-1pm

**YOUR ACCOUNT IS ACCRUING INTEREST DAILY.  THE INTEREST ABOVE IS CALCULATED AS OF 7/26/2023.  PRIOR TO FINAL PAYMENT, PLEASE CALL THE TAX OFFICE AT (603) 610-7244 FOR THE CORRECT INTEREST COMPUTATION AND/OR COSTS DUE.**

Date: June 22, 2023

**IMPORTANT NOTICE TO ASSESSED PROPERTY OWNERS CURRENTLY IN BANKRUPTCY**

PLEASE NOTE: If you are currently in bankruptcy and subject to the protections of the Automatic Stay provisions of Section 362(a) of the Bankruptcy Code, then the language on this notice is hereby modified as follows:

(a) By sending this notice, the Town is not attempting to collect any delinquent tax debt from property owner(s) in bankruptcy and the notice should not be interpreted as requiring payment. The notice is a requirement of New Hampshire law in order for the Town to perfect its statutory lien.

(b) The Tax Collector or Town may not increase the rate of interest where the Court has set such rate without seeking appropriate Bankruptcy Court approval.

(c) The provisions of the federal bankruptcy law may affect the rights of the municipality under state law as long as the assessed property owner is in bankruptcy. A tax collector's deed cannot and will not be issued without appropriate bankruptcy Court approval.

Please seek legal counsel if you have any questions concerning this bankruptcy section of the Notice of Tax Delinquencies and Unredeemed Tax Liens. The tax collector's office cannot provide legal advice.

Nancy L. Bates, Tax Collector
City of Portsmouth, NH



Home   Administration   Financial Services   Taxpayer Services   Publications   Resources   Contact Us

# Online Payment System

[View Shopping Cart] [Property Search] [Help]

### Summary for Bill 23-1242507-00-6

**Property Address:**
5000 STOCKDALE HW
BAKERSFIELD, CA

| | | |
|---|---|---|
| **Assessor Tax Number:** | 331-440-24-00-1 | |
| (Please select this link to find other bills.) | | |
| **Tax Rate Area:** | 001-049 | |
| **Total Amount Due:** | $66,487.35 | |

| | |
|---|---|
| Land: | $2,028,780.00 |
| Improvements: | $3,351,128.00 |
| Minerals: | $0.00 |
| Personal Property: | $0.00 |
| Other Improvements: | $0.00 |
| Exemptions: | $0.00 |
| **Net Assessed Value:** | **$5,379,908.00** |

[Bill Details]

### Taxes Due for this Secured Bill

| Select | Installment | Delinquent Date | Amount Due | Status |
|---|---|---|---|---|
| ☐ | First | Monday, December 11, 2023 | $33,243.68 | Unpaid. |
| | | Penalty if Delinquent | $3,324.36 | |
| ☐ | Second | Wednesday, April 10, 2024 | $33,243.67 | Unpaid. |
| | | Penalty if Delinquent | $3,334.36 | |

[Add Selections To Cart]

Note: Adding the second installment will also add the first installment if payable.



**\*\*\*Website Usage Policy\*\*\***

**Copyright 2023 Kern County Treasurer-Tax Collector**

10/10/23, 8:26 PM                                                     Cook County Treasurer's Office - Chicago, Illinois

Case 23-13359-VFP    Doc 2459-4    Filed 10/13/23    Entered 10/13/23 19:11:18    Desc
Exhibit Supporting Documentation    Page 6 of 20

# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$390,772** |
| **Property Value:** | **$2,332,924** |
| **Total Debt % Attributed to Your Property Value:** | **16.8%** |

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

See Details Here

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):   15-12-428-033-0000                              BEGIN A NEW SEARCH

Scroll down for more information.



**Incorrect Image? Click Here.**

**Property Location:**
229  HARLEM AVE
FOREST PARK, IL 60130-1307

**Volume:**  163

**Mailing Information:**
OAK STREET INVEST GRAD
30 N LASALLE STE 4140
CHICAGO, IL 60602-2900

NOTICE:  The U.S. Postal Service has returned our bills and notices!  Please update the mailing information by clicking on this link.

## Are Your Taxes Paid?

**Tax Year 2021 (billed in 2022)**    Total Amount Billed: $198,558.77

| 1st INSTALLMENT - Tax Year 2021 | | 2nd INSTALLMENT - Tax Year 2021 | |
|---|---|---|---|
| **Original Billed Amount:** | $106,418.54 | **Original Billed Amount:** | $92,140.23 |
| **Due Date:** | 03/01/2022 | **Due Date:** | 12/30/2022 |

10/10/23, 8:26 PM                                     Cook County Treasurer's Office - Chicago, Illinois

Case 23-13359-VFP    Doc 2459-4    Filed 10/13/23    Entered 10/13/23 19:11:18    Desc
                     Exhibit Supporting Documentation    Page 7 of 20

| | | | |
|---|---|---|---|
| **Tax:** | $0.00 | **Tax:** | $0.00 |
| **Interest:** | $0.00 | **Interest:** | $0.00 |
| **Current Amount Due:** | $0.00 | **Current Amount Due:** | $0.00 |

| | |
|---|---|
| **Total Amount Due:** | **$0.00** |

Expand Payment Details ▼

### Tax Year 2022 (billed in 2023)     Total Amount Billed: $109,207.32

**1st INSTALLMENT - Tax Year 2022**

| | |
|---|---|
| **Original Billed Amount:** | $109,207.32 |
| **Due Date:** | 04/03/2023 |
| **Tax:** | $0.00 |
| **Interest:** | $0.00 |
| **Current Amount Due:** | $0.00 |

| | |
|---|---|
| **Total Amount Due:** | **$0.00** |

Expand Payment Details ▼

**About payments:**

- Payments are recorded the date they are received. They appear on the website about three business days later.
- The current amount due is as of Tuesday, October 10, 2023. Questions about payments? Contact Us.
- To find out if taxes for this PIN were sold or are delinquent for Tax Year 2020 and earlier, search the Cook County Clerk's records.

### Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

- 📄 Tax Year 2021 Second Installment  Due Friday, December 30, 2022
- 📄 Tax Year 2022 First Installment  Due Monday, April 3, 2023

**Stop receiving your tax bill by mail.**

✉ Sign up for eBilling to receive future tax bills via email.

### Are There Any Overpayments on Your PIN?

**Our records do not indicate a refund available on the PIN you have entered.**

10/10/23, 8:26 PM                               Cook County Treasurer's Office - Chicago, Illinois

Case 23-13359-VFP    Doc 2459-4    Filed 10/13/23    Entered 10/13/23 19:11:18    Desc
Exhibit Supporting Documentation    Page 8 of 20

## Have You Received Your Exemptions in These Tax Years?

| Type | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|
| **Homeowner Exemption:** | NO | NO | NO | NO |
| **Senior Citizen Exemption:** | NO | NO | NO | NO |
| **Senior Freeze Exemption:** | NO | NO | NO | NO |
| **Returning Veteran Exemption:** | NO | NO | NO | NO |
| **Disabled Person Exemption:** | NO | NO | NO | NO |
| **Disabled Veteran Exemption:** | NO | NO | NO | NO |

Tax Year 2022 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for a missing exemption

## 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2002: | $157,912.27 |
| Tax Year 2021: | $198,558.77 |
| **Difference:** | **+ $40,646.50** |
| **Percent Change:** | **+ 25.74%** |

See your complete property tax history.

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

## Taxing District Debt Attributed to <u>Your</u> Property

| | |
|---|---:|
| **Total Taxing District Debt Attributed to Your Property:** | **$390,772** |
| **Property Value:** | **$2,332,924** |
| **Total Debt % Attributed to Your Property Value:** | **16.8%** |

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|---|---|---|---|---|---|

10/10/23, 8:26 PM                                         Cook County Treasurer's Office - Chicago, Illinois

Case 23-13359-VFP    Doc 2459-4    Filed 10/13/23    Entered 10/13/23 19:11:18    Desc
                         Exhibit Supporting Documentation    Page 9 of 20

| | | | | | |
|---|---:|---:|---:|---:|---:|
| **Metro Water Reclamation Dist of Chicago** | $4,174,000,000 | $945,420,989,745 | $2,332,924 | 0.0004254% | $17,741 |
| **Forest Park Park District** | $6,642,464 | $1,293,475,023 | $2,332,924 | 0.1803610% | $11,980 |
| **Triton Community College 504 (River Grv)** | $85,526,136 | $30,780,147,120 | $2,332,924 | 0.0075793% | $6,482 |
| **Proviso Township HS Dist 209 (Maywood)** | $124,841,067 | $8,751,679,476 | $2,332,924 | 0.0266569% | $33,279 |
| **Forest Park School District 91** | $204,436 | $1,301,161,027 | $2,332,924 | 0.1792956% | $367 |
| **Village of Forest Park** | $132,368,764 | $1,303,574,839 | $2,332,924 | 0.1789636% | $236,892 |
| **Town of Proviso** | $103,696 | $11,326,838,452 | $2,332,924 | 0.0205964% | $21 |
| **Cook County Forest Preserve District** | $548,552,253 | $557,607,500,340 | $2,332,924 | 0.0004184% | $2,295 |
| **County of Cook** | $19,531,125,441 | $557,607,500,340 | $2,332,924 | 0.0004184% | $81,715 |
| | | | **Total Taxing District Debt Attributed to Your Property:** | | **$390,772** |

**To read Treasurer Pappas' Debt Study and use the interactive map, click here.**

## Highlights of <u>Your</u> Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
|---|---:|---:|---:|---:|---:|---:|
| **Des Plaines Valley Mosq Abat Dist Lyons** | $1,051,821 | $3,871,823 | ($1,051,821) | 9 | 2 | 7 |
| **Metro Water Reclamation Dist of Chicago** | $3,327,854,000 | $3,020,080,000 | $1,168,985,000 | 1,972 | 2,480 | -508 |
| **Forest Park Park District** | $5,534,764 | $4,390,521 | $1,107,700 | 197 | 7 | 190 |
| **Triton Community College 504 (River Grv)** | $85,526,136 | $25,638,269 | $25,638,269 | 1,213 | 0 | 1,213 |
| **Proviso Township HS Dist 209 (Maywood)** | $123,999,031 | $69,230,165 | $842,036 | 522 | 613 | -91 |
| **Forest Park School District 91** | $204,436 | $15,091,243 | $3,074,028 | 193 | 38 | 155 |
| **Village of Forest Park** | $10,071,020 | $188,825,308 | $120,924,413 | 141 | 152 | -11 |
| **Town of Proviso** | $1,843,136 | $8,170,755 | ($1,739,440) | 66 | 45 | 21 |
| **Cook County Forest Preserve District** | $233,103,051 | $540,107,634 | $328,420,280 | 625 | 536 | 89 |
| **County of Cook** | $8,019,310,814 | $29,739,673,504 | $17,090,063,066 | 23,538 | 19,856 | 3,682 |

## Reports and Data for <u>All</u> Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property

10/10/23, 8:26 PM    Cook County Treasurer's Office - Chicago, Illinois

Case 23-13359-VFP    Doc 2459-4    Filed 10/13/23    Entered 10/13/23 19:11:18    Desc
Exhibit Supporting Documentation    Page 10 of 20

- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data
- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

**Shari L. Heuerich, CPA**
**Orange County Treasurer - Tax Collector**
P.O. BOX 1438 • Santa Ana, CA 92702-1438
County Service Center 601 N. Ross Street, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411    **INTERNET COPY**
octreasurer.com/octaxbill  octreasurer.com/octaxparking

# 2023-24 SECURED PROPERTY TAX BILL
For Fiscal Year Beginning July 1, 2023 and Ending June 30, 2024

0009589-0009589 PDFE  001 1-34-- 571908
**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**

**DID YOU KNOW?**
Avoid Late Payment Penalties: sign-up to receive a text/email payment reminder at **octreasurer.com/octaxreminder**
Pay online/view payment status at **octreasurer.com/octaxbill**. Receive same-day credit and emailed receipt. *No service fee for payments made via eCheck!*
Mailed payments must have a USPS postmark on or before the last timely payment date. Have your envelope hand-stamped as some Post Offices no longer postmark mail. Visit **octreasurer.com/postmarks** for details.
A GIS map of all County parcels can be found at mello.ocgov.com

**PROPERTY LOCATION**
25322 EL PASEO MISSION VIEJO

**OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2023**
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21

### ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2023

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| LAND | 12,370,356 | |
| IMPROVEMENTS - BUILDING | 2,351,304 | |
| TOTAL VALUES: | 14,721,660 | 150,834.50 |
| TOTAL NET TAXABLE VALUE: | 14,721,660 | 150,834.50 |

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/23 | | 2nd Installment DUE 2/1/24 | | TO PAY BOTH INSTALLMENTS BY 12/11/23 |
|---|---|---|---|---|---|---|
| 784-661-05 | 27-087 | $75,417.25 | + | $75,417.25 | = | $150,834.50 |

**IMPORTANT INFORMATION**

### VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 14,721,660 | 147,216.60 |
| SADDLEBACK VLY UNIFIED | .02037 | 14,721,660 | 2,998.80 |
| METRO WATER D-MWDOC | .00350 | 14,721,660 | 515.26 |
| SPECIAL ASSESSMENT CHARGES | | PHONE NO. | |
| VECTOR CONTROL CHG | | (800)273-5167 | 4.80 |
| MOSQ,FIRE ANT ASSMT | | (800)273-5167 | 68.40 |
| MWD WATER STDBY CHG | | (866)807-6864 | 30.64 |
| TOTAL CHARGED | 1.02387 | | 150,834.50 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

F074-453 (2023)

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN TOP PORTION FOR YOUR RECORDS – IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

---

DETACH AND MAIL STUB WITH 2ND INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER |
|---|---|
| 784-661-05 | APRIL 10, 2024 |

**ASSESSEE:**
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**ORANGE COUNTY 2023-24 PROPERTY TAX**
Pay taxes online by eCheck or by credit card
eCheck  No Cost
 - 2.29% Fee Min. $1.95
octreasurer.com/octaxbill

Scan the code to view and pay your specific parcel online

**DUE FEB 1, 2024**  **2**

$75,417.25

**INTERNET COPY**
AMOUNT DUE AFTER 4/10/24 (INCLUDES 10% PENALTY + $23 COST)    $82,981.97
Pay any penalties on first installment to avoid additional second installment penalty and view limited cancellation options at octreasurer.com/penalty

0178466105000002023020410240007541725070124000829819700000000000000004

---

DETACH AND MAIL STUB WITH 1ST INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER | TO PAY BOTH INSTALLMENTS BY DEC. 11 |
|---|---|---|
| 784-661-05 | DECEMBER 11, 2023 | $150,834.50 |

**ASSESSEE:**
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**ORANGE COUNTY 2023-24 PROPERTY TAX**
Pay taxes online by eCheck or by credit card
eCheck  No Cost
 - 2.29% Fee Min. $1.95
octreasurer.com/octaxbill

Scan the code to view and pay your specific parcel online

**DUE NOV 1, 2023**  **1**

$75,417.25

**INTERNET COPY**
AMOUNT DUE AFTER 12/11/23 (INCLUDES 10% PENALTY)    $82,958.97
Pay any penalties on first installment to avoid additional second installment penalty and view limited cancellation options at octreasurer.com/penalty

0178466105000002023011211230007541725070124000829589700000000000000007

**CITY OF NEWPORT NEWS, VIRGINIA**
**REAL ESTATE TAX BILL - CITY OF NEWPORT NEWS AND EDA**
MARTY G. EUBANK, TREASURER, PO BOX 975, NEWPORT NEWS, VA 23607-0975
FOR PAYMENT QUESTIONS CALL (757) 926-8731 OR VISIT OUR WEBSITE www.nnva.gov/treasurer

REFERENCE #: 15100051220027
2024 - 1st Half

AS OF: 10/09/2023

TAXPAYER COPY

| Account Number | Tax Year | Cycle | Address |
|---|---|---|---|
| 151000512 | 2024 | 01 | 12132 A JEFFERSON AVE |

| Description | Assessed Value | Tax Rate Per $100 | SW Rate | Net #ERUS |
|---|---|---|---|---|
| PARCEL 1A-1 (4.420 AC) (RSP 1A) YODER PLAZA SHOP CTR | 6,028,600 | 1.18 | 12.25 | 103.10 |

| | |
|---|---|
| REAL ESTATE TAX | 35,568.74 |
| PENALTY DUE | 0.00 |
| INTEREST DUE | 0.00 |
| STORMWATER MANAGEMENT FEE | 7,577.85 |
| STORMWATER PENALTY DUE | 0.00 |
| STORMWATER INTEREST DUE | 0.00 |
| TOTAL CURRENT DUE | 43,146.59 |
| **TOTAL DUE** | **43,146.59** |

**TAXING PERIOD - JULY 1 - DECEMBER 31, 2023**     **CODE:**
**10% PENALTY IF NOT PAID BY DUE DATE**

**DUE DATE: 12/05/2023**

**TOTAL PRIOR PAYMENTS RECEIVED**     **$0.00**

EDISON NNVA001 LLC
C/O OAK STREET REAL ESTATE CAPITAL LLC  ATTN: JAMES
HENNESSEY
125 S WACKER DR STE 1220
CHICAGO IL 60606-0000

# FIS Pay Direct

**Thank you for your payment.**

**Please print this receipt and keep it for your records.**

| | |
|---|---|
| Block/Lot/Qual : | 200. 9. |
| Property Location : | 1765-75 DEPTFORD CTR RD |
| Owner Name : | EDISON DENJ001 LLC |
| Payment Amount: | $122,323.84 |
| Convenience Fee: | $1.95 |
| Total Payment Amount: | **$122,325.79** |

By consenting with the processing of this transaction, you are authorizing to debit your account for a one-time payment that may be processed as early as today. If you need to stop payment on this transaction you may contact your financial institution. If stop payment is not received in a timely manner, it may not be stopped. If you have any questions you may contact our Customer Support.

| | |
|---|---|
| **Receipt Number:** | 3855630904 |
| **Transaction Date:** | 08/01/2023 11:03 AM |
| **Payment Type:** | echeck |
| **Account Number:** | *0198 |

**CITY OF NEWPORT NEWS, VIRGINIA**
**NOTE CHANGE IN ADDRESS: CITY OF NEWPORT NEWS AND MAIL TO:**
**MARTY G. EUBANK, TREASURER, PO BOX 975, NEWPORT NEWS, VA 23607-0975**
**FOR PAYMENT QUESTIONS CALL (757) 926-8731 OR VISIT OUR WEBSITE www.nnva.gov/treasurer**

REFERENCE #: 15100051220027
2024 - 1st Half

AS OF: 10/09/2023

**TAXPAYER COPY**

| Account Number | Tax Year | Cycle | Address |
|---|---|---|---|
| 151000512 | 2024 | 01 | 12132 A JEFFERSON AVE |

| Description | Assessed Value | Tax Rate Per $100 | SW Rate | Net #ERUS |
|---|---|---|---|---|
| PARCEL 1A-1 (4.420 AC) (RSP 1A) YODER PLAZA SHOP CTR | 6,028,600 | 1.18 | 12.25 | 103.10 |

| | |
|---|---|
| REAL ESTATE TAX | 35,568.74 |
| PENALTY DUE | 0.00 |
| INTEREST DUE | 0.00 |
| STORMWATER MANAGEMENT FEE | 7,577.85 |
| STORMWATER PENALTY DUE | 0.00 |
| STORMWATER INTEREST DUE | 0.00 |
| TOTAL CURRENT DUE | 43,146.59 |
| **TOTAL DUE** | **43,146.59** |

**TAXING PERIOD - JULY 1 - DECEMBER 31, 2023**    **CODE:**
**10% PENALTY IF NOT PAID BY DUE DATE**

**DUE DATE: 12/05/2023**

EDISON NNVA001 LLC
C/O OAK STREET REAL ESTATE CAPITAL LLC  ATTN: JAMES HENNESSEY
125 S WACKER DR STE 1220
CHICAGO IL 60606-0000

**TOTAL PRIOR PAYMENTS RECEIVED**    **$0.00**

# PSE&G
*We make things work for you.*

| Total amount due | **$2,671.65** |
|---|---|
| Please pay by | **September 20, 2023** |

## Your energy bill

**Bill date:** September 05, 2023
**For the period:** August 01, 2023 to August 31, 2023

### ⓘ Message Center

▶ **EDISON EHNJ 001 LLC**

**This bill reflects BPU-approved changes in the Delivery portion of your gas bill effective on and after August 1, 2023.** There will be a decrease due to changes in the Tax Adjustment Credit. The overall impact for business customers will vary by individual customer usage. Tariff information can be found at pseg.com.

**Don't fall victim to payment scams** If you receive a phone call demanding immediate bill payment with a prepaid card or cash transfer app, it is a scam. When in doubt, hang up and call the number listed on your bill: 1-800-436-7734. For more information, visit pseg.com/scamalert.

**Never miss a payment!** With Automatic Bill Pay, your bill is automatically paid from your designated bank account on your bill due date. You can even set up a maximum monthly withdrawal amount. For more information about AutoPay and a variety of other convenient ways to pay your bill, visit pseg.com/paymentoptions.

| ACCOUNT NUMBER | SERVICE ADDRESS |
|---|---|
| 76 910 334 00 | 180 RTE 10<br>EAST HANOVER TWP NJ 07936-2107 |

### Your billing summary

**This month's charges and credits**

| | | |
|---|---|---|
| | Gas charges - PSE&G | $185.65 |
| Plus | Security deposit - *see page 3 for details* | $2,486.00 |
| | **This month's charges and credits** | **$2,671.65** |

| **Total amount due by Sep 20, 2023** | **$2,671.65** |
|---|---|

⊖ **NEXT METER READING**  September 29, 2023

### How to contact us

📞 **1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 8am to 5:30pm Mon to Fri,
Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

↖ **Visit pseg.com/myaccount** to access your account anytime

✉ **Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734)
> Text **OUT** to report an outage.

 facebook.com/pseg        twitter.com/psegdelivers

Page 1 of 3

---



**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic Debits using the bank account number on the enclosed check.

☐ By checking this box, I authorize PSE&G to enroll me in paperless billing at this email address: _____

| Account number | 7691033400 |
|---|---|
| Total amount due by Sep 20, 2023 | $2,671.65 |

| **Amount enclosed** |
|---|
|  |

EDISON EHNJ 001 LLC
30 N CENTRAL AVE
CHICAGO IL 60644-3284

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

7691033400 0002671654 00000000007

Case 23-13359-VFP    Doc 2459-4    Filed 10/13/23    Entered 10/13/23 19:11:18    Desc
Exhibit Supporting Documentation    Page 16 of 20

**EDISON EHNJ 001 LLC**
Your account number: **7691033400**
Invoice Number: 601508432926

 **Message Center** (Continued from page 1)

Si desea recibir en español una notificación de desconexión del servicio, llame al **1-800-357-2262.**

**Air conditioning can be a big part of your business's energy costs.** To save energy and money, keep thermostats set at the highest comfortable temperature during hotter months. For more tips, visit pseg.com/bizenergytips.

**At PSE&G, we are committed to supporting your business needs.** That's why we have a dedicated, toll-free phone number to address your energy questions and concerns. PSE&G's Business Solutions Center is available Monday-Friday, 8:00 a.m. - 5:30 p.m. at 1-855-249-7734 (1-855-BIZ-PSEG).

**Don't miss your meter reading**

If you'll be away on your meter reading day, use our mobile app to upload a picture of your meter or enter your reading manually, or call 1-800-622-0197.

**Electric & Gas Rate Information**

For news about PSE&G's rate filing and upcoming public hearings visit **www.pseg.com/pseandgfilings**. Under applicable tax law, the State Sales and Use Tax and corporate business tax are imposed upon the energy you have used.

---

## IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

 **My Account**
Make a payment anytime from a checking or savings account stored in *My Account*. Visit **pseg.com/myaccount**

**Mobile:** Download our Mobile App "PSE&G"

**Pay by text:** Text PAY to 4PSEG (47734)

**Voice:** Ask Alexa or use Google Assistant.

 **Automatic Bill Pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/autopay

 **Credit Card**
Pay your bill with a credit card online or by phone. Because we don't use customer rates to subsidize the cost of this service, there is a fee.

**My Account:**
pseg.com/myaccount

**Phone:**
1-833-277-8710

 **Phone**
**Bank Account:**
1-800-553-7734

**Credit Card:**
1-833-277-8710

**By Mail**
Make your check payable to PSE&G and write your account number on your check.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

 **In Person**
Payments are accepted at any customer service center or authorized location.

**Locations can be found at:**
pseg.com/csc

**GO PAPERLESS!** To sign up visit **pseg.com/paperless** 

**EDISON EHNJ 001 LLC**
Your account number: **7691033400**
Invoice Number: 601508432926



## Details of your gas charges
Your rate: Large Volume Gas (LVG)

*Meter # 2283503*                                                Usage

| | | |
|---|---|---|
| | Actual reading Aug 31, 2023 | 73662 |
| Less | Estimated reading Aug 1, 2023 | 73662 |
| | **Difference** | **0** |

**Total gas you used in 30 days**           0.000   therms

**Delivery charges**

Monthly service charge                                           $185.65
**Total gas delivery charges**                                   **$185.65**

**Total gas charges**                                            **$185.65**

### Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is: PG000009143103181971** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

### Your monthly gas use
Therms



■ Total energy used    E Estimated reading

Visit MyAccount for more details regarding your energy usage.

## Security deposit

**Terms:** Payable in full on payment due date

Total security deposit requested                                 $2,486.00

**Security deposit due**                                         **$2,486.00**

A security deposit is required for your account. Future payments will be applied until the required amount is satisfied.

All deposit payments that are received will accumulate simple interest at a rate set by the Board of Public Utilities. Interest will be applied to residential customers on an annual basis, and biennially for commercial and industrial customers. If residential accounts remain in good standing for 12 months, or commercial and industrial accounts for 24 months, the deposit plus interest will be applied to your account. No interest will be paid for terms shorter than three months and/or after your final bill date.

Please keep this portion of your bill as a receipt for any deposit payments that have been made on the account. Thank you.

# 2023 FINAL/2024 PRELIMINARY TAX BILL — TOWNSHIP OF UNION, UNION COUNTY

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | EXPLANATION OF TAXES | | |
|---|---|---|---|---|---|
| 3504 | 2 | | DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |

| | | |
|---|---|---|
| Property | 650 LIBERTY AVE | |
| Building | 2SCB | |
| Additional | | |
| Land Dimens. | 19.614 ACRES | |
| Bank | Mortgage | Tax Acct 9362 |

| DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
|---|---|---|
| COUNTY TAX | 3.701 | 137862.25 |
| CTY OPEN SP,REC&HIST P | 0.140 | 5215.00 |
| DISTRICT SCHOOL TAX | 9.986 | 371978.50 |
| LOCAL MUNICIPAL TAX | 7.528 | 280418.00 |
| MUNICIPAL LIBRARY TAX | 0.314 | 11696.50 |

### ASSESSED VALUATION INFORMATION

| LAND: | 1048900 | IMPROVEMENTS: | 2676100 | TOTAL: | 3725000 |
|---|---|---|---|---|---|
| EXEMPTIONS: | | NET TAXABLE VALUE: | | 3725000 | |

EDISON UNNJ001, LLC  
125 S WACKER DR. STE 1220  
CHICAGO, IL  60606

| | | |
|---|---|---|
| 2023 TOTAL TAX | 21.669 | 807170.25 |
| 2023 NET TAX | | 807170.25 |
| LESS 2023 PREV. BILLED | | 596018.63 |
| BALANCE OF 2023 TAX | | 211151.62 |

| 2023 3RD QTR DUE AUG 1, 2023 | 2023 4TH QTR DUE NOV 1, 2023 | 2024 1ST QTR DUE FEB 1, 2024 | 2024 2ND QTR DUE MAY 1, 2024 |
|---|---|---|---|
| 206,458.13 | 211,151.62 | 201,792.57 | 201,792.56 |

## INFORMATION FOR TAX PAYERS

MAKE CHECK PAYABLE TO: TOWNSHIP OF UNION

MAIL TO: OFFICE OF THE TAX COLLECTOR  
1976 MORRIS AVENUE  
UNION, NJ 07083

WE DO NOT ACCEPT POSTMARKS  
$5.00 CHARGE FOR DUPLICATE BILLS  
$20.00 CHARGE FOR RETURNED CHECKS  
PHONE: 908-851-8508  
FAX:   908-851-4675  
PAY ON-LINE@ WWW.UNIONTOWNSHIP.COM

RESIDENTS MUST CURB THEIR DOGS

## 2024 PRELIMINARY TAX

PRELIMINARY TAX IS EQUAL TO ONE HALF OF 2023 TOTAL NET TAX: **403,585.13**

### DISTRIBUTION OF TAXES BEFORE REAP

| | | |
|---|---|---|
| County Taxes | 17.08% | $ 137862.25 |
| School Taxes | 46.08% | $ 371978.50 |
| Municipal Taxes | 36.19% | $ 292114.50 |
| OTHER | 0.65% | $ 5215.00 |

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES: The budgets of government agencies funded by this tax bill include State aid used to reduce property taxes.  State aid offset information for the current year municipal tax bills will start becoming available at the end of July.  Access the Division of Local Government Service' website at http://www.nj.gov/dca/divisions/dlgs/resources/property_tax.html to find (based on assessed value of this parcel) the amount of State aid used to offset property taxes on this parcel.

---

### TOWNSHIP OF UNION — UNION COUNTY — 2024-1
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2024 1ST QUARTER TAX DUE FEBRUARY 1, 2024

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 3504 | 2 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| 9362 | | DUE FEBRUARY 1, 2024 — 201792.57 |

INTEREST / CASH / CHECK / TOTAL

EDISON UNNJ001, LLC  
650 LIBERTY AVE

### TOWNSHIP OF UNION — UNION COUNTY — 2024-2
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2024 2ND QUARTER TAX DUE MAY 1, 2024

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 3504 | 2 | | |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT DUE |
|---|---|---|
| 9362 | | DUE MAY 1, 2024 — 201792.56 |

INTEREST / CASH / CHECK / TOTAL

EDISON UNNJ001, LLC  
650 LIBERTY AVE

### TOWNSHIP OF UNION — UNION COUNTY — 2023-3
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2023 3RD QUARTER TAX DUE AUGUST 1, 2023

### TOWNSHIP OF UNION — UNION COUNTY — 2023-4
TAX COLLECTOR'S STUB - DETACH AND RETURN WITH YOUR CHECK  
2023 4TH QUARTER TAX DUE NOVEMBER 1, 2023

**Thank you for your payment.**

**Please print this receipt and keep it for your records.**

| | |
|---|---|
| Block/Lot/Qual : | 3504. 2. |
| Property Location : | 650 LIBERTY AVE |
| Owner Name : | EDISON UNNJ001, LLC |
| Payment Amount: | $138,929.72 |
| Convenience Fee: | $1.95 |
| Total Payment Amount: | **$138,931.67** |

By consenting with the processing of this transaction, you are authorizing to debit your account for a one-time payment that may be processed as early as today. If you need to stop payment on this transaction you may contact your financial institution. If stop payment is not received in a timely manner, it may not be stopped. If you have any questions you may contact our Customer Support.

| | |
|---|---|
| **Receipt Number:** | 3859198063 |
| **Transaction Date:** | 10/03/2023 01:48 PM |
| **Payment Type:** | echeck |
| **Account Number:** | *5918 |