## **Exhibit A**

Declaration of Marla Park

134669033v.4

**LOCKE LORD LLP**
Andrew Braunstein
Jonathan W. Young (*pro hac vice*)
Hanna J. Redd (*pro hac vice*)
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
Tel: 212-415-8600
andrew.braunstein@lockelord.com
jonathan.young@lockelord.com
hanna.redd@lockelord.com

*Counsel to Commission Junction LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[4] | Case No. 23-13359 (VFP) |
| Debtor. | Jointly Administered |

**DECLARATION OF MARLA PARK IN SUPPORT OF APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

I, Marla Park, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a Manager of Legal Affairs at Commission Junction LLC ("***Commission Junction***"), which maintains offices at 530 East Montecito Street, Santa Barbara, CA 93103. I have responsibility for managing various client accounts and collecting amounts owed thereunder. In particular, I work with our accounts team to calculate and document past-due balances. In the course of my duties, I am familiar with and have access to the agreements, billing statements,

---

[4] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

134669033v.4

invoices and other documents created and maintained by Commission Junction in the ordinary course of its business. I submit this declaration in support of Commission Junction's *Application of Commission Junction LLC for Allowance and Payment of Administrative Expense Claim* (the "**Application**[5]"). If called as a witness, I could and would testify competently to the matters set forth in this Declaration.

2. Prior to the Petition Date, debtor Bed Bath & Beyond, Inc. (the "**Debtor**") and Commission Junction entered into that certain *CJ Vantage Advertiser Service Agreement*, dated September 14, 2010 (as amended, including pursuant to that certain *Service Agreement Amendment* dated May 4, 2021, the "**Agreement**"), pursuant to which Commission Junction provides and facilitates certain advertising, promoting, and marketing services (the "**Services**") to the Debtor in accordance with the terms of the Agreement. In exchange for the Services, the Agreement obligates the Debtors to pay Claimant for work performed in accordance with the applicable schedules to the Agreement.

3. Commission Junction filed a proof of claim on account of amounts owing under the Agreement. Commission Junction continued to perform under the Agreement, and Debtor continues to accrue, or may have accrued, amounts owing that are allocable to the post Petition Date period, including the amount of $51,088.29 plus certain potential unliquidated amounts (the "**Post-Bankruptcy Balance**").

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 13, 2023                     */s/ Marla Park*
                                            Marla Park

---

[5] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

134669033v.4