## **Exhibit B**

Proposed Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | Jointly Administered |

**ORDER GRANTING APPLICATION OF COMMISSION JUNCTION, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

THIS MATTER came before the Court on the *Application of Commission Junction, LLC for Allowance and Payment of Administrative Expense Claim* (the "*Application*[2]").  Upon review of the Application and supporting documents, and following adequate notice to all parties in interest as required by Rule 4001(d) of the Federal Rules of Bankruptcy Procedure, it is hereby ORDERED:

1.  The Application is granted.

2.  Debtor is obligated to pay Commission Junction $ $51,088.29 for post-petition services received in the ordinary course of business pursuant to the Agreement.

3.  Commission Junction is entitled to an administrative priority claim in the amount of $51,088.29  pursuant to 503(b) and 507(a) of the Bankruptcy Code, plus certain unliquidated amounts to be determined.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

134669033v.4

Dated: _____                    _____
                                                  UNITED STATES BANKRUPTCY JUDGE

134669033v.4