U.S. BANKRUPTCY COURT
FILED

2023 OCT 16  A 11: 41

[illegible stamp]

# EXHIBIT A

**United States Bankruptcy Court, District of New Jersey (Newark)**

Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | |
|---|---|---|---|
| ☐ Bed Bath & Beyond Inc. (Case No. 23-13359) | ☐ Alamo Bed Bath & Beyond Inc. (Case No. 23-13360) | ☐ BBB Canada LP Inc. (Case No. 23-13361) | ☐ BBB Value Services Inc. (Case No. 23-13362) |
| ☐ BBBY Management Corporation (Case No. 23-13363) | ☐ BBBYCF LLC (Case No. 23-13364) | ☐ BBBYTF LLC (Case No. 23-13365) | ☐ bed 'n bath Stores Inc. (Case No. 23-13396) |
| ☐ Bed Bath & Beyond of Annapolis, Inc. (Case No. 23-13366) | ☐ Bed Bath & Beyond of Arundel Inc. (Case No. 23-13367) | ☐ Bed Bath & Beyond of Baton Rouge Inc. (Case No. 23-13368) | ☐ Bed Bath & Beyond of Birmingham Inc. (Case No. 23-13369) |
| ☐ Bed Bath & Beyond of Bridgewater Inc. (Case No. 23-13370) | ☒ Bed Bath & Beyond of California Limited Liability Company (Case No. 23-13371) | ☐ Bed Bath & Beyond of Davenport Inc. (Case No. 23-13372) | ☐ Bed Bath & Beyond of East Hanover Inc. (Case No. 23-13373) |
| ☐ Bed Bath & Beyond of Edgewater Inc. (Case No. 23-13374) | ☐ Bed Bath & Beyond of Falls Church, Inc. (Case No. 23-13375) | ☐ Bed Bath & Beyond of Fashion Center, Inc. (Case No. 23-13376) | ☐ Bed Bath & Beyond of Frederick, Inc. (Case No. 23-13377) |
| ☐ Bed Bath & Beyond of Gaithersburg Inc. (Case No. 23-13378) | ☐ Bed Bath & Beyond of Gallery Place L.L.C. (Case No. 23-13379) | ☐ Bed Bath & Beyond of Knoxville Inc. (Case No. 23-13380) | ☐ Bed Bath & Beyond of Lexington Inc. (Case No. 23-13381) |
| ☐ Bed Bath & Beyond of Lincoln Park Inc. (Case No. 23-13382) | ☐ Bed Bath & Beyond of Louisville Inc. (Case No. 23-13383) | ☐ Bed Bath & Beyond of Mandeville Inc. (Case No. 23-13384) | ☐ Bed, Bath & Beyond of Manhattan, Inc. (Case No. 23-13397) |
| ☐ Bed Bath & Beyond of Opry Inc. (Case No. 23-13385) | ☐ Bed Bath & Beyond of Overland Park Inc. (Case No. 23-13386) | ☐ Bed Bath & Beyond of Palm Desert Inc. (Case No. 23-13387) | ☐ Bed Bath & Beyond of Paradise Valley Inc. (Case No. 23-13388) |
| ☐ Bed Bath & Beyond of Pittsford Inc. (Case No. 23-13389) | ☐ Bed Bath & Beyond of Portland Inc. (Case No. 23-13390) | ☐ Bed Bath & Beyond of Rockford Inc. (Case No. 23-13391) | ☐ Bed Bath & Beyond of Towson Inc. (Case No. 23-13392) |
| ☐ Bed Bath & Beyond of Virginia Beach Inc. (Case No. 23-13393) | ☐ Bed Bath & Beyond of Waldorf Inc. (Case No. 23-13394) | ☐ Bed Bath & Beyond of Woodbridge Inc. (Case No. 23-13395) | ☐ Buy Buy Baby of Rockville, Inc. (Case No. 23-13398) |
| ☐ Buy Buy Baby of Totowa, Inc. (Case No. 23-13399) | ☐ Buy Buy Baby, Inc. (Case No. 23-13400) | ☐ BWAO LLC (Case No. 23-13401) | ☐ Chef C Holdings LLC (Case No. 23-13402) |
| ☐ Decorist, LLC (Case No. 23-13403) | ☐ Deerbrook Bed Bath & Beyond Inc. (Case No. 23-13404) | ☐ Harmon of Brentwood, Inc. (Case No. 23-13405) | ☐ Harmon of Caldwell, Inc. (Case No. 23-13406) |
| ☐ Harmon of Carlstadt, Inc. (Case No. 23-13407) | ☐ Harmon of Franklin, Inc. (Case No. 23-13408) | ☐ Harmon of Greenbrook II, Inc. (Case No. 23-13409) | ☐ Harmon of Hackensack, Inc. (Case No. 23-13410) |
| ☐ Harmon of Hanover, Inc. (Case No. 23-13411) | ☐ Harmon of Hartsdale, Inc. (Case No. 23-13412) | ☐ Harmon of Manalapan, Inc. (Case No. 23-13413) | ☐ Harmon of Massapequa, Inc. (Case No. 23-13414) |
| ☐ Harmon of Melville, Inc. (Case No. 23-13415) | ☐ Harmon of New Rochelle, Inc. (Case No. 23-13416) | ☐ Harmon of Newton, Inc. (Case No. 23-13417) | ☐ Harmon of Old Bridge, Inc. (Case No. 23-13418) |
| ☐ Harmon of Plainview, Inc. (Case No. 23-13419) | ☐ Harmon of Raritan, Inc. (Case No. 23-13420) | ☐ Harmon of Rockaway, Inc. (Case No. 23-13421) | ☐ Harmon of Shrewsbury, Inc. (Case No. 23-13422) |
| ☐ Harmon of Totowa, Inc. (Case No. 23-13423) | ☐ Harmon of Wayne, Inc. (Case No. 23-13424) | ☐ Harmon of Westfield, Inc. (Case No. 23-13425) | ☐ Harmon of Yonkers, Inc. (Case No. 23-13426) |
| ☐ Harmon Stores, Inc. (Case No. 23-13427) | ☐ Liberty Procurement Co. Inc. (Case No. 23-13428) | ☐ Of a Kind, Inc. (Case No. 23-13429) | ☐ One Kings Lane LLC (Case No. 23-13430) |
| ☐ San Antonio Bed Bath & Beyond Inc. (Case No. 23-13431) | ☐ Springfield Buy Buy Baby, Inc. (Case No. 23-13432) | | |

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): VENTURA COUNTY TAX COLLECTOR
Other names the creditor used with the debtor: COUNTY OF VENTURA TREASURER-TAX COLLECTOR

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
ATTN BANKRUPTCY
800 S VICTORIA AVE

VENTURA
CA
93009-1290

Contact phone 805-654-3775
Contact email special.collections@ventura.org

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
[✓] No
[ ] Yes. Claim number on court claims registry (if known) _____   Filed on ___ / ___ / ___   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
[ ] No
[ ] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7 0 1 7

**7. How much is the claim?** $ 8,819.85   Does this amount include interest or other charges?
[✓] No
[ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.
PROPERTY TAXES

Proof of Claim    page 1

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:*           **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ 8,819.85<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

| | |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____ by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. |
| 14. Is all or part of the claim being asserted as an administrative expense claim? | ☑ No<br>☐ Yes. Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim. If yes, please indicate when this claim was incurred:<br>☐ On or prior to June 27, 2023:   $ _____<br>☐ After June 27, 2023:   $ _____<br>Total Administrative Expense Claim Amount:   $ _____ |

THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE.

**Part 3: Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Mary Barnes*
09/21/2023

Signature

Name of the person who is completing and signing this claim:

Name: Mary K. Barnes (First name / Middle name / Last name)

Title: Ventura County Tax Collector

Company: _____ Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 800 S. Victoria Ave.
Number / Street
Ventura    CA    93009-1290
City / State / ZIP Code

Contact phone: 805-654-3775    Email: mary.barnes@ventura.org

Proof of Claim    page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**
✓ Yes
☐ No

Attachment Filename:

Bed Bath & Beyond Inc POC 092123.pdf

**KROLL**

Electronic Proof of Claim Confirmation: 3335-1-QFYHS-600160946

Claim Electronically Submitted on (UTC): 2023-09-21T22:56:09.797Z

Submitted by: VENTURA COUNTY TAX COLLECTOR
special.collections@ventura.org

KROLL

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290



# 2023/24 TAX BILL
## UNSECURED
COUNTY-CITIES-SCHOOLS-SPECIAL
DISTRICTS OF VENTURA COUNTY
Fiscal Year July 01, 2023 to June 30, 2024

Owner of Record as of January 1, 2023:

BED BATH & BEYOND OF CALIFORNIA LLC

650 LIBERTY AVE
UNION NJ 07083-8130

**Sue Horgan**
Treasurer-Tax Collector
(805) 654-3744
www.venturapropertytax.org

Property Description: Business Property
SITUS Address:    4040 E Main St, Unit 0000a1, Ventura
Doing Business As:    Bed Bath & Beyond #821

| Property Number: 2007017-0001 | Parcel Number (APN): 084-0-091-115 | Tax Rate Area (TRA): 05021 | Assessment Number: 202300010511 | Assessment Revision: 00 |
|---|---|---|---|---|
| Bill Number: 202300010511 | Bill Revision: 00 | Effective Tax Year: 2023/24 | Billed Tax Year: 2023/24 | Billed Date: 07/24/2023 |

| Value Type | Old Value | New Value | Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|---|---|---|
| Land & Minerals | | | 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 305,000 | $3,050.00 |
| Structure | | | 12014105 - UNI SCH BOND VENTURA | 805-383-1982 | 0.017200 | 305,000 | $52.46 |
| Fixture | | 177,000 | 12015103 - VTA COMM COLLEGE BD | 805-383-1982 | 0.014200 | 305,000 | $43.31 |
| Trees & Vines | | | | | | | |
| Total Land and Improvement Value: | | 177,000 | | | | | |
| Personal Property | | 128,000 | | | | | |
| Boats or Aircraft | | | | | | | |
| Total Gross Value: | | 305,000 | | | | | |
| Exemptions | | | | | | | |
| Total Net Value: | | 305,000 | | | | | |
| 10% §463 Penalty | | | | | | | |
| Total Assessed Value: | | 305,000 | | | | | |

R&T Codes:

Other Exemptions:

| Due Date: August 31, 2023 | | TOTAL TAX DUE: | $3,145.77 |
|---|---|---|---|

The following penalties and fees will be added to delinquent bills:

| Additional Charges | | Date | Name | Rate | Add'l Amount |
|---|---|---|---|---|---|
| Taxes | $3,145.77 | If paid after August 31, 2023 | Delinquent Penalty §2922 | 10% | $314.57 |
| Delinquent Penalty 10% | | If paid after October 31, 2023 | Interest §2922 | 1.5% per month | $47.18 per month |
| Interest 1.5% | | If paid after November 30, 2023 | Collection Cost §2922 | 23% | $723.52 |
| Cost $30 | | | | | |
| Collection Fee 23% | | | | | |
| Tax Collector Fees | | | | | |
| 506 Interest | | | | | |
| Total Amount: | $3,145.77 | | | | |
| Amount Paid: | $0.00 | | | | |
| Amount Due: | $3,145.77 | | | | |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

**Due August 31, 2023:    $3,145.77**

## 2023/24 UNSECURED
Property Number: 2007017-0001
Bill Number: 202300010511        Bill Revision: 00

Assessment Number: 202300010511        Assessment Revision: 00
Effective Tax Year: 2023/24
Make check payable to: VC TAX COLLECTOR

If paid after Aug. 31: $3,460.34
If paid after Oct. 31: $3,507.52
If paid after Nov. 30: Call (805) 654-3744 for payoff.

Save time, paper and stamps:
Pay online at www.venturapropertytax.org

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
PO BOX 845642
LOS ANGELES, CA 90084-5642

220230001051170010831202300003145777

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## IMPORTANT INFORMATION
(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE.  IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1. **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturapropertytax.org.
a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your accounting the same day your payment is received.
b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.
c) *Electronic Checks* (eChecks) are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.
d) *Credit Cards* are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.
e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.
2. **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.
3. **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at 805-654-2181 or their website assessor.countyofventura.org.
4. **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2023 through September 15, 2023.  Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at www.ventura.org/cob/aab, at the Clerk of the Board Office located at 800 S. Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.
5. **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2192 & 2901)
6. **OWNER OF RECORD ON TAX LIEN DATE:**  Unsecured property is assessed to the owner of record on the lien date, January 1.  Ownership on the lien date determines the obligation to pay the taxes.  **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)
7. **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.
8. **DELINQUENCY DATE:**
(a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid at the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.
(b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.
(c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach.
(d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)
9. **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.
10. **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.countyofventura.org.

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@ventura.org | (805) 654-2181 \| Assessor.Info@ventura.org | (805) 654-3181 \| audplax@ventura.org |
| www.ventura.org/TTC | assessor.countyofventura.org | www.ventura.org/auditor-controllers-office |

**COUNTY OF VENTURA**
**TREASURER-TAX COLLECTOR**
**800 SOUTH VICTORIA AVENUE**
**VENTURA, CA 93009-1290**



# 2023/24 TAX BILL
## UNSECURED
COUNTY-CITIES-SCHOOLS-SPECIAL
DISTRICTS OF VENTURA COUNTY
Fiscal Year July 01, 2023 to June 30, 2024

Owner of Record as of January 1, 2023:

**BED BATH & BEYOND OF CALIF LLC**

650 LIBERTY AVE
UNION NJ 07083-8130

**Sue Horgan**
Treasurer-Tax Collector
(805) 654-3744
www.venturapropertytax.org

Property Description: Business Property
SITUS Address:     121 S Westlake, Unit 0101, Thousand Oaks
Doing Business As:    Bed Bath & Beyond #138

| Property Number: 2007017-0004 | Parcel Number (APN): 698-0-020-175 | Tax Rate Area (TRA): 08086 | Assessment Number: 202300010512 | Assessment Revision: 00 |
|---|---|---|---|---|
| Bill Number: 202300010512 | Bill Revision: 00 | Effective Tax Year: 2023/24 | Billed Tax Year: 2023/24 | Billed Date: 07/24/2023 |

| Value Type | Old Value | New Value | Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|---|---|---|
| Land & Minerals | | | 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 542,300 | $5,423.01 |
| Structure | | | 12001103 - UNISCH BD CONEJOVLY #2 | 805-383-1982 | 0.028600 | 542,300 | $155.09 |
| Fixture | | 380,500 | 12015103 - VTA COMM COLLEGE BD | 805-383-1982 | 0.014200 | 542,300 | $77.00 |
| Trees & Vines | | | 18750101 - METROPOLITAN WTR | 866-807-6864 | 0.003500 | 542,300 | $18.98 |
| Total Land and Improvement Value: | | 380,500 | | | | | |
| Personal Property | | 161,800 | | | | | |
| Boats or Aircraft | | | | | | | |
| Total Gross Value: | | 542,300 | | | | | |
| Exemptions | | | | | | | |
| Total Net Value: | | 542,300 | | | | | |
| 10% §463 Penalty | | | | | | | |
| Total Assessed Value: | | 542,300 | | | | | |

R&T Codes:

Other Exemptions:

| Due Date: August 31, 2023 | | TOTAL TAX DUE: | $5,674.08 |
|---|---|---|---|

The following penalties and fees will be added to delinquent bills:

| Additional Charges | | Date | Name | Rate | Add'l Amount |
|---|---|---|---|---|---|
| Taxes | $5,674.08 | If paid after August 31, 2023 | Delinquent Penalty §2922 | 10% | $567.40 |
| Delinquent Penalty 10% | | If paid after October 31, 2023 | Interest §2922 | 1.5% per month | $85.11 per month |
| Interest 1.5% | | If paid after November 30, 2023 | Collection Cost §2922 | 23% | $1,305.03 |
| Cost $30 | | | | | |
| Collection Fee 23% | | | | | |
| Tax Collector Fees | | | | | |
| 506 Interest | | | | | |
| Total Amount: | $5,674.08 | | | | |
| Amount Paid: | $0.00 | | | | |
| Amount Due: | $5,674.08 | | | | |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

## Due August 31, 2023:    $5,674.08

### 2023/24 UNSECURED
Property Number: 2007017-0004
Bill Number: 202300010512        Bill Revision: 00

Assessment Number: 202300010512    Assessment Revision: 00
Effective Tax Year: 2023/24
Make check payable to: VC TAX COLLECTOR

If paid after Aug. 31: $6,241.48
If paid after Oct. 31: $6,326.59
If paid after Nov. 30: Call (805) 654-3744 for payoff.

Save time, paper and stamps:
Pay online at www.venturapropertytax.org

**COUNTY OF VENTURA**
**TREASURER-TAX COLLECTOR**
**PO BOX 845642**
**LOS ANGELES, CA 90084-5642**

2202300010512900108312023000005674083

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## IMPORTANT INFORMATION
(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE.   IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1. **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturapropertytax.org.
   a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your accounting the same day your payment is received.
   b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.
   c) *Electronic Checks* (eChecks) are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.
   d) *Credit Cards* are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.
   e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.
2. **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.
3. **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at 805-654-2181 or their website assessor.countyofventura.org.
4. **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2023 through September 15, 2023. Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at www.ventura.org/cob/aab, at the Clerk of the Board Office located at 800 S. Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.
5. **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2192 & 2901)
6. **OWNER OF RECORD ON TAX LIEN DATE:**  Unsecured property is assessed to the owner of record on the lien date, January 1.  Ownership on the lien date determines the obligation to pay the taxes.  **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)
7. **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.
8. **DELINQUENCY DATE:**
   (a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid by the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.
   (b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.
   (c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach.
   (d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)
9. **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.
10. **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.countyofventura.org

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@ventura.org | (805) 654-2181 \| Assessor.Info@ventura.org | (805) 654-3181 \| audptax@ventura.org |
| www.ventura.org/TTC | assessor.countyofventura.org | www.ventura.org/auditor-controllers-office |