## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF VENTURA

I am a resident of or employed in the County of Ventura, State of California. I am over the age of 18. I am employed by the County of Ventura (County) and my business address is County of Ventura Tax Collector's Office, 800 South Victoria Avenue, Ventura, California 93009-1290.

On October 12, 2023, I served the attached:

**RESPONSE OF VENTURA COUNTY TAX COLLECTOR TO BED BATH & BEYOND INC.'S MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES (DKT. NOS. 2181 THROUGH 2181-3)**

on:

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Joshua A. Sussberg<br>Emily E. Geier,<br>Derek I. Hunter<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | COLE SCHOTZ P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschoiz.com<br>fyudkin@coleschotz.com |

[X] by overnight delivery. I enclosed a true copy of each of said documents in a sealed envelope or package provided by an overnight delivery carrier addressed to the above-named person(s) as indicated above, with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly maintained drop box of the overnight delivery carrier.

[X] (STATE) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2023, at Ventura, California.

*/s/ Mary Barnes*
Mary Barnes

27