*In propria persona*
Creditor, Alameda County Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
Telephone: (510) 272-6800
Email: sheila.velasco@acgov.org

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:

BED BATH & BEYOND INC., et al.,

Debtors,

Case No.: 23-13359 (VFP)

Chapter 11

**CREDITOR ALAMEDA COUNTY TAX COLLECTOR'S OPPOSITION TO DEBTORS' MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES**

Date: October 24, 2023
Time: 10:00 a.m. (ET)
Judge: Honorable Vincent F. Papalia
Courtroom: 3B

I file this opposition to "Debtors' Motion To Determine Tax Liability And Stay Proceedings As To Certain California Taxing Authorities" in propria persona to protect my claim in this bankruptcy proceeding. This claim is for a total of $5,613.63 in property taxes owed to the County of Alameda based on the value of personal property located in the County. My claim is not yet in the electronic claims register, and I attach to this opposition a copy of my proof of claim as Exhibit A.

23-13359 (VFP)

In Exhibit 1 to Debtors' motion, Debtors allege that for my claim the assessed value of one property should be drastically reduced from $262,989 to $11,167. Similarly, Debtors allege that for my claim the assessed value of another property should be reduced from $165,412 to $10,821.

Debtors' motion should be dismissed because these assessed value challenges should not be made in bankruptcy court, and should instead be heard by our local Assessment Appeals Board. I attach the Declaration of Mary Ann Enriquez, Interim Principal Auditor-Appraiser from the Alameda County Assessor's Office explaining our local assessment and assessment appeals process for property tax purposes. Paragraphs 3-6 and 16-17 explain our statewide and local practices. Also, I understand that other county creditors have been authorized to practice law in this bankruptcy court and have filed legal briefs explaining this point. I join and incorporate by reference the legal arguments of the other county creditors opposing Debtors' motion (docket number 2181), and also those opposing Debtors' similar motion (docket number 2180).

In addition, Debtors' motion should be dismissed because Debtors' assessment calculations violate our state's acceptable and preferred property assessment methodology, while our Assessor's calculations are properly made. Essentially, Debtors improperly use a Sales Comparison approach based on distressed sales, while the Assessor properly used a Cost Approach to value. Paragraphs 7-15 of the attached Declaration of Mary Ann Enriquez explain the differences. Again, I also join and incorporate by reference the legal arguments of the other county creditors opposing Debtors' motion (docket number 2181), and also those opposing Debtors' similar motion (docket number 2180) on this point.

DATED: October 13, 2023     Respectfully submitted,

By: _____
Sheila Velasco
Redemptions Supervisor
Alameda County Tax Collector

# Exhibit A

Electronic Proof of Claim Confirmation: 3335-1-IGEXH-860670234

Claim Electronically Submitted on (UTC): 2023-09-19T15:57:17.489Z

Submitted by: Alameda County Tax Collector
hareth.normart@acgov.org

KROLL

Modified Official Form 410                                                                                                04/22

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Alameda County Tax Collector
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
1221 Oak Street #131

Oakland
Ca
94612

Contact phone (510) 272-6847
Contact email hareth.normart@acgov.org

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
[✓] No
[ ] Yes. Claim number on court claims registry (if known) _____

Filed on ___/___/___
           MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
[ ] No
[ ] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 5613.63    Does this amount include interest or other charges?
[✓] No
[ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Priority

Proof of Claim                                                                                                            page 1

9. Is all or part of the claim secured?

- [x] No
- [ ] Yes. The claim is secured by a lien on property.

   **Nature of property:**
   - [ ] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   - [ ] Motor vehicle
   - [ ] Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____

   **Amount of the claim that is secured:** $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   - [ ] Fixed
   - [ ] Variable

10. Is this claim based on a lease?
    - [x] No
    - [ ] Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    - [x] No
    - [ ] Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    - [ ] No
    - [x] Yes. *Check one:*

    | | Amount entitled to priority |
    |---|---|
    | [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
    | [ ] Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
    | [ ] Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
    | [x] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 5613.63 |
    | [ ] Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
    | [ ] Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $_____ |

    * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| | | |
|---|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ _____ |
| 14. Is all or part of the claim being asserted as an administrative expense claim? | ☑ No<br>☐ Yes. Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim. If yes, please indicate when this claim was Incurred:<br>☐ On or prior to June 27, 2023:<br>☐ After June 27, 2023:<br>Total Administrative Expense Claim Amount: | $ _____<br>$ _____<br>$ _____ |

THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

H. Normart

09/19/2023

Signature

Name of the person who is completing and signing this claim:

Name: Hareth Normart
First name / Middle name / Last name

Title: Tax Spec. III

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1221 Oak Street #131
Number / Street
Oakland    Ca    94612
City / State / ZIP Code

Contact phone: (510) 272-6847    Email: hareth.normart@acgov.org

Proof of Claim                                                                 page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**
[✓] Yes
[ ] No

Attachment Filename:

Bed Bath & Beyond of Ca LLC 2 Tax Bills.pdf

KROLL

<u>DECLARATION OF SERVICE</u>
In re: Bed Bath & Beyond, Inc.
Case No.: 23-13359 (VFP)
Chapter 11

I, Judy A. Martinez, the undersigned, say:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296. Email: Judith.martinez@acgov.org

On the date listed below, I served a true and accurate copy of the documents entitled:

1. **CREDITOR ALAMEDA COUNTY TAX COLLECTOR'S OPPOSITION TO DEBTORS' MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES;**

2. **DECLARATION OF MARY ANN ENRIQUEZ IN SUPPORT OF CREDITOR COUNTY OF ALAMEDA TREASURER TAX COLLECTOR'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION.**

on the party in this action as indicated as follows:

| | |
|---|---|
| Joshua A. Sussberg<br>Emily E. Geier<br>Derek I. Hunter<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br><br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com |

In re: Bed Bath & Beyond, Inc.
Case No.: 23-13359 (VFP), POS

1

(X) **BY MAIL**: I caused such envelope with postage thereon fully prepaid and to be placed in the United States mail, in the City of Oakland, California.

(X) **BY EMAIL DELIVERY**: I personally emailed each document listed above to the recipients(s) set forth above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California, on October 13, 2023.

Judy A. Martinez

In re: Bed Bath & Beyond, Inc.
Case No.: 23-13359 (VFP), POS

2

Alameda County Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
(510) 272-6800

October 13, 2023

Clerk of the Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

In re: **Bed Bath & Beyond, et al., Debtors**
Case No.: 23-13359 (VFP)

Dear Clerk of the Court:

Enclosed please find the following originals pleadings:

1. CREDITOR ALAMEDA COUNTY TAX COLLECTOR'S OPPOSITION TO DEBTORS' MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES;

2. DECLARATION OF MARY ANN ENRIQUEZ IN SUPPORT OF CREDITOR COUNTY OF ALAMEDA TREASURER TAX COLLECTOR'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION.

Please file the above-referenced pleadings.

Thank you for your time and attention to this request.

Very truly yours,

By *[signature]*
Judy A. Martinez

Enclosures

