| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| Neelay Das<br>4682 Chabot Dr #10236<br>Pleasanton, CA 94588-2747<br><br>Email: neelay.bbby.njb@gmail.com<br><br><br><br><br>*Stockholder* | Gabriel Rostom<br>63 Rue de la Folie Regnault<br>75011 PARIS – France<br><br>Tel : +33756942880<br><br><br><br><br>*Stockholder* |
| In Re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 OCT 16 P 3: 12
JEANNE A. NAUGHTON
BY: /s/ DEPUTY CLERK

### NOTICE OF EMERGENCY MOTION OF COMMON STOCK EQUITY INTEREST HOLDERS FOR STAY AND ASSOCIATED RELIEF PENDING APPEAL PURSUANT TO FED. R. BANKR. P. 8013(d) AND 8007

**PLEASE TAKE NOTICE** that Neelay Das and Gabriel Rostom, the undersigned holders (the "Stockholders") of Common Stock equity interests in 20230930-DK-Butterfly-1, Inc. (f.k.a. Bed Bath & Beyond Inc.), which has traded on Nasdaq exchange under the symbol "BBBY" and has traded over the counter under the symbol "BBBYQ" as recently as 09/29/2023, shall move, on an emergency basis, before the Honorable Vincent F. Papalia[2], United States Bankruptcy Judge for the United States Bankruptcy Court for the District of New Jersey, 50

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Information regarding Judge Papalia is accessible here: https://www.njb.uscourts.gov/judges-info/honorable-vincent-f-papalia

1

Walnut Street, Courtroom 3B, Newark, NJ 07102, for entry of an order granting the relief sought in the *Emergency Motion Of Common Stock Equity Interest Holders For Stay And Associated Relief Pending Appeal Pursuant To Fed. R. Bankr. P. 8013(D) And 8007* (the "Emergency Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the requested relief, the Stockholders rely on the Emergency Motion and the accompanying affidavit and exhibits.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Emergency Motion shall be filed and served in accordance with the time to be set by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(a), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

Respectfully submitted,

Date: 10/13/2023

/s/ Neelay Das
Neelay Das

Date: 10/13/2023

/s/ Gabriel Rostom (Oct 13, 2023 17:45 GMT+2)
Gabriel Rostom

2