**Exihibit I**

**Das Affidavit**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Neelay Das<br>4682 Chabot Dr #10236<br>Pleasanton, CA 94588-2747<br><br>Email: neelay.bbby.njb@gmail.com<br><br><br><br>*Stockholder* | Gabriel Rostom<br>63 Rue de la Folie Regnault<br>75011 PARIS – France<br><br>Tel : +33756942880<br><br><br><br>*Stockholder* |
| In Re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

# AFFIDAVIT OF NEELAY DAS IN SUPPORT OF THE EMERGENCY MOTION OF COMMON STOCK EQUITY INTEREST HOLDERS FOR STAY AND ASSOCIATED RELIEF PENDING APPEAL PURSUANT TO FED. R. BANKR. P. 8013(d) AND 8007

1. I, Neelay Das, 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.) (the "Debtor Corporation") Common Stock equity interest holder, in the above captioned case, submit this Affidavit in support of the *Emergency Motion Of Common Stock Equity Interest Holders For Stay And Associated Relief Pending Appeal Pursuant To Fed. R. Bankr. P. 8013(D) And 8007*, filed by me on October 13, 2023. Unless otherwise stated in this Affidavit, all matters set forth in this Affidavit are based on my personal knowledge, my review of relevant documents, publicly available information, or my views. I am a registered shareholder of record of

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Common Stock in the Debtor Corporation with a statement, dated as of September 26, 2023, from Equiniti Trust Company, LLC, which had earlier this year acquired American Stock Transfer (AST), the transfer agent (TA) used by the Debtor Corporation as of that date, showing my directly registered shares in my account there. I also hold a portion of my shares of Common Stock in the Debtor Corporation in my Fidelity Brokerage account, which I am still able to see in my brokerage account, though they now just show up via the CUSIP number of the stock and no longer show the stock symbol BBBYQ.

### SOCIAL MEDIA REPORTS OF TRANSFER AGENT CHANGE

2.  I observed reports on Social Media by other shareholders whose share transfers from their brokerage Fidelity to the transfer agent to directly register their shares in their name had completed processing after the September 29, 2023 Effective Date, where Fidelity communicated to them that there was a change in the transfer agent and that their shares had now been transferred to the new transfer agent Mellon Investor Services, LLC. One shareholder in a YouTube video[2] also says that Computershare, which acquired Mellon Investor Services LLC told him that after October 16, 2023 the transfer agent was changing to Wells Fargo Shareowner Services, which changed to EQ Shareowner Services since 2017 after being acquired by Equiniti. Another shareholder also posted on Reddit[3] a chat log screenshot with a Fidelity representative showing them communicating to the shareholder that the transfer agent had been changed to Mellon Investor Services LLC.

### PERSONAL EXPERIENCE WITH TRANSFER AGENT WHILE INQUIRING ABOUT SHARES

3.  On October 6, 2023 I tried accessing my account at AST/Equiniti to check on my directly registered shares of the Debtor Corporation, but online access to my account was denied and when I called up the AST/Equiniti customer support telephone number and entered my social security number in the automated telephone system, it was unable to locate my record. When I spoke to a customer service representative at AST/Equiniti inquiring about my shares I got vague answers like the company was not in existence anymore and when I told them that the company had just changed their name, they asked me to send them a letter to get answers about my shares, which I haven't had a chance to do, yet. Subsequently, I had chat sessions with Fidelity and Computershare customer service representatives (screenshots in

---

[2] YouTube video segment is available at: https://www.youtube.com/watch?v=P2p6eXsGBbs&t=18127s
[3] Reddit post is available at: https://www.reddit.com/r/ThePPShow/comments/170me5b/fidelity_chat_support_confirms_that_bbbyqs/

2

following sections) where the information shared by other shareholders on social media were partially confirmed.

# CHAT LOG SCREENSHOTS WITH FIDELITY CUSTOMER SERVICE REPS ABOUT TA CHANGE (10/11/2023)

Fidelity's Virtual Assistant — X

**I have a question about DRS transfer for my BBBYQ (075896100) shares.**

Please wait a minute while I connect you with a live chat representative. There may be a brief delay before the chat appears.

Session has been authenticated

Thank you for contacting Fidelity Investments. All interactions are subject to recordkeeping and monitoring. Brokerage chat representatives are registered with Fidelity Brokerage Services LLC and are able to accept only trading requests to buy, sell, or exchange mutual funds in retail self-managed accounts. They are unable to accept trading requests to buy, sell, or exchange any other securities or digital assets, or to process any transactions in your retirement savings or benefit plan, nor do they provide legal, tax, or investment advice. Brokerage services are provided by Fidelity Brokerage Services LLC, a member of NYSE and SIPC.
866914.12.0

New party ('Hanna') has joined the session

**Hi Hanna**

Good morning, how can I help you with your transfer?

Type your question here...   

Fidelity's Virtual Assistant — X

> I was wondering whether there has been any change in the Transfer Agent for BBBYQ shares, which currently show up using only the CUSIP number in my account. Is the TA still AST (now part of Equiniti) or has it changed, as I am seeing being reported on Social Media now?

Thank you for that additional information, reviewing that now.

> OK

> Are you still there?

I am still here. I am not finding anything officially released from BBBYQ or its' affiliates regarding a transfer agent change. I am seeing the thread online but there are no legitimate sources quoted. Until we hear anything official no, I have not heard anything legitimate about any transfer agent change.

Type your question here...  

Fidelity's Virtual Assistant — X

> I was wondering whether there has been any change in the Transfer Agent for BBBYQ shares, which currently show up using only the CUSIP number in my account. Is the TA still AST (now part of Equiniti) or has it changed, as I am seeing being reported on Social Media now?

Thank you for that additional information, reviewing that now.

> OK

> Are you still there?

I am still here. I am not finding anything officially released from BBBYQ or its' affiliates regarding a transfer agent change. I am seeing the thread online but there are no legitimate sources quoted. Until we hear anything official no, I have not heard anything legitimate about any transfer agent change.

Type your question here... (↑)   

Fidelity's Virtual Assistant — ✕

> But, there are reports of people getting the information from phone call with Fidelity representative that the transfer agent has been changed to Computershare. Can you comment on that or will I get more information on that if I called up the Fidelity Customer Support?

> So, if I were to request a DRS transfer of my BBBYQ shares which transfer agent would they be sent to?

Unfortunately, the Fidelity phone representatives are all humans so there have been misunderstandings when information has been relayed. Officially, looking at our sources for information that we can trust such as BBBYQ Investor Relations, there has been no change.

Type your question here...  

Fidelity's Virtual Assistant — X

If you were to initiate that process today, the transfer agent would be ComputerShare.

> Can you please answer my question about the transfer agent that will be used for BBBYQ DRS transfer?

See above

> Oh, OK. Got it. Then it is confirming the reports that I have seen on social media. Thanks for clarifying that. I don't have any further questions.

> Thank you and have a nice day.

My pleasure, you as well.


We have not heard from you in some time. Would you like to continue the chat?

Type your question here...  

**CHAT LOG SCREENSHOTS WITH COMPUTERSHARE AGENT ABOUT TA CHANGE (10/11/2023)**







**Olga S.**

Olga S. at 11:20, Oct 11

It still shows the transfer agent and registrar for the common stock is American Stock Transfer & Trust Company. It is located at 6201 15th Avenue, Brooklyn, New York 11219, and its telephone number is (800) 937-5449.

Normally, once we are assigned as the transfer agent, a notification will be sent.
We do not have information on our end yet.

You at 11:24, Oct 11

I had spoken to AST, but they are not giving any clear answer about my shares. Is there any information whether Computershare has been changed as the TA for stock with CUSIP# *?

You at 11:24, Oct 11

CUSIP# *

You at 11:25, Oct 11

*

You at 11:25, Oct 11

It is not taking a copy paste of the CUSIP#. It is *.

Olga S. at 11:25, Oct 11

Bed bath and beyond is not showing on our company lists.

You at 11:27, Oct 11

The name of the company has recently been changed to *-DK-BUTTERFLY-1, INC.

Olga S. at 11:28, Oct 11

I tried searching DK-BUTTERFLY-1, INC. on our list, no records showing on our end.

You at 11:28, Oct 11

OK, thanks for the information.

You at 11:29, Oct 11

Have a nice day. Bye.

+ Type your message



**Olga S. at 11:29, Oct 11**
Thank you for your time in messaging us.
Your feedback will help us improve our service, please take a minute to fill out the survey after this chat session. To access the survey, click the "X" button beside the operator's name.
Kindly take time to answer the survey about my chat service.
Have a pleasant day ☺

**You at 11:29, Oct 11**
BTW, I have another quick question.

**Olga S. at 11:30, Oct 11**
Oh, sure, I'm still here.

**You at 11:30, Oct 11**
Can you please comment on whether Mellon Investor Services LLC was ever acquired by Computershare?

**Olga S. at 11:31, Oct 11**
Let me check on that.

**You at 11:32, Oct 11**
OK

**Olga S. at 11:35, Oct 11**
Is this about the THE BANK OF NEW YORK MELLON CORPORATION stocks?

**You at 11:36, Oct 11**
No, but BNY Mellon is Bed Bath and Beyond Bonds Trustee. So, Mellon Investor Services LLC is part of Computershare, right?

**Olga S. at 11:38, Oct 11**
One moment please.

**You at 11:39, Oct 11**
OK

**Olga S. at 11:45, Oct 11**
Mellon Investor Services was acquired by Computershare back in 2012.

+ Type your message

                                              Respectfully submitted,

Date: 10/13/2023

                                              */s/ Neelay Das*
                                              Neelay Das