1  Creditor, Treasurer/Tax Collector for the
   County of San Diego
2  1600 Pacific Highway, Room 162 (Attn: BK Desk)
   San Diego, California 92101-2469
3  Telephone (619) 531-5261 Fax: (619) 531-6005
   Email: damaris.villalobos1@sdcounty.ca.gov
4

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9                  DISTRICT OF NEW JERSEY

10

11  In re:                           )  Case No.: 23-13359 (VFP)
                                     )
12  BED BATH & BEYOND INC., et al.,  )  Chapter 11
                                     )
13       Debtors,                    )  **PROOF OF SERVICE**
                                     )
14                                   )
                                     )  Date:      October 24, 2023
15                                   )  Time:      10:00 a.m. (ET)
                                     )  Judge:     Honorable Vincent F. Papalia
16                                   )  Courtroom: 3B
                                     )
17

18       I, the undersigned, declare under penalty of perjury that I am over the age of

19  eighteen years and not a party to the case; I am employed in the County of San Diego,

20  California. My business address is 1600 Pacific Highway, Room 355, San Diego,

21  California, 92101.  On October 16, 2023, I served the following documents:

22       1.    **SAN DIEGO COUNTY TREASURER-TAX COLLECTOR'S**

23  **RESPONSE TO DEBTOR'S SECOND OMNIBUS OBJECTION TO CERTAIN**

24  **TAX CLAIMS AND OPPOSITION TO MOTION TO DETERMINE TAX**

25  **LIABILITY AND STAY PROCEEDINGS; and**

26       2.    **DECLARATION OF ROBERT VAUGHN, CPA IN SUPPORT OF**

27  **CREDITOR COUNTY OF SAN DIEGO TREASURER TAX COLLECTOR'S**

28  **RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION;**

                                                        23-13359 (VFP)

1    **Via E-mail:** I caused to be transmitted a copy of the foregoing document(s) this

2    date via Microsoft Outlook, which electronically notifies all counsel, the transmission

3    was reported as complete and no error was reported that the electronic transmission was

4    not completed;

| **Kirkland & Ellis LLP**<br>Joshua A. Sussberg<br>Emily E. Geier<br>Derek I. Hunter<br>601 Lexington Avenue<br>New York, NY 10022<br>Ph: (212) 446-4800  Fax: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br>      emily.geier@kirkland.com<br>      derek.hunter@kirkland.com<br>*(Debtors' Counsel)* | **Cole Schotz P.C.**<br>Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Court Plaza North, 25 Main Street<br>Hackensack, NJ 07601<br>Ph: (201) 489-3000<br>Email: msirota@coleschotz.com<br>      wusatine@coleschotz.com<br>      fyudkin@coleschotz.com<br>*(Debtors' Counsel)* |
|---|---|

13    **Via U.S. mail:** By placing a copy in a separate envelope, with postage fully

14   prepaid, for each addressee named below and placed the envelope/package in a box for

15   outgoing mail in accordance with my office's ordinary practices for collecting and

16   processing outgoing mail, with which I am readily familiar.  On the same day that mail

17   is placed in the box for outgoing mail, it is deposited in the ordinary course of business

18   with the U. S. Postal Service:

| **Office of the U.S. Trustee**<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Ph: (973) 645-3014  Fax: (973) 645-5993<br>*(U.S. Trustee)* | **US Bankruptcy Court**<br>**District of New Jersey**<br>Fran B. Steele, Esq.<br>Alexandria Nikolinos, Esq.<br>Martin Luther King, Jr., Federal Building<br>50 Walnut St. #3017<br>Newark, NJ 07102<br>Ph: (973) 645-4764 |
|---|---|

25       I declare under penalty of perjury under the laws of the State of California that the

26   foregoing is true and correct.  Executed on October 16, 2023, at San Diego, California.

27

                              By: *Odette Ortega*
28                              ODETTE ORTEGA