Case 23-13359-VFP    Doc 2478-3    Filed 10/17/23    Entered 10/17/23 14:14:59    Desc
envelope    Page 1 of 2


