**Exhibit A - List of the Certain Texas Taxing Entities (Respondents)**

| Claim No | Taxing Entity | Location |
|---|---|---|
| 6955 | Brazoria County, *et al* | 2750 Smith Ranch Rd |
| 7444 | Brazoria Municipal Utility District #06 | 2750 Smith Ranch Rd |
| 490 | City of Houston | 10515 Katy Fwy Houston TX 77024 |
| 20 | City of Lake Worth | 6038 Azle Ave (Store #1158) |
| 497 | Clear Creek Independent School District | 19801 Gulf Fwy Webster TX 77598 |
| 541 | Clear Creek Independent School District | 19801 Gulf Fwy Webster TX 77598 |
| 15 | Crowley Independent School District | 4931 Overton Ridge Blvd (Store#330) |
| 753 | Crowley Independent School District | 4848 SW Loop 820 (Store #3054) |
| 19 | Frisco Independent School District | 2930 Preston Rd (Store #404) |
| 24 | Frisco Independent School District | 2930 Preston Rd |
| 17 | Grapevine-Colleyville Independent School District | 2930 E Southlake Blvd (Strore #341) |
| 17 | Grapevine-Colleyville Independent School District | 2800 State Hwy 121 #600 (Store#1212) |
| 31 | Grapevine-Colleyville Independent School District | 2901 E State Hwy 114 |
| 530 | Humble Independent School District | 20514 Eastex Fwy Humble 77338 |
| 494 | Humble Independent School District | 20416 Highway 59 N Humble TX 77338 |
| 246 | Lubbock Central Apppraisal District | 2624 W Loop 289, Lubbock 79407 |
| 247 | Midland County | 3001 W Loop 250 N, Midland 79705 |
| 510 | Pasadena Independent School District | 5636 Fairmont PKY, Pasadena TX 77505 |
| 25 | Plano Independent School District | 6400 W Plano Pkwy (Store #406) |
| 25 | Plano Independent School District | 801 W 15th St (Store #61) |
| 30 | Plano Independent School District | 2712 Central Expwy |
| 531 | Spring Branch Independent School District | 10515 Katy Fwy Houston TX 77024 |