| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023 [DOCUMENT NO. 2294]**

In accordance with this Court's *Administrative Fee Order Establishing Procedures for*

*the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DOCS_NY:48726.1 08728/002

*Professionals Retained by Order of This Court* [Docket No. 377] (the "Administrative Order"), the undersigned hereby certifies as follows:

1.       On October 3, 2023, Alvarez & Marsal North America, LLC ("A&M"), filed its *Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC, For Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From September 1, 2023 Through September 30, 2023* [Docket No. 2405] (the "Fifth Monthly Fee Statement").

2.       The Administrative Order provides that each professional retained in these cases, pursuant to 11 U.S.C. § 327, and to the extent applicable, §§ 328(a) and 1103, may file monthly fee statements on or before the thirtieth (30th) day of each calendar month seeking compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month (each a "Monthly Fee Statement").

3.       Pursuant to the Administrative Order, an objection to a Monthly Fee Statement must be filed and served on the Professional applying for fees, as well as on certain other parties designated therein, not later than fourteen (14) days after service of said Monthly Fee Statement (the "Objection Deadline"). Upon the expiration of the Objection Deadline, a Professional applying for fees may file and serve a certification of no objection or a certification of partial objection with the Court, whichever is applicable, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement; or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

4. The Objection Deadline has now passed and, to the best of my knowledge, no objections to the Fifth Monthly Fee Statement have been filed or served on A&M in accordance with the procedures set forth in the Administrative Order.

5. Consequently, pursuant to the Administrative Order, and without the need for a further order of the Court, the Debtors are authorized to pay A&M eighty percent (80%) of its fees and one hundred percent (100%) of its expenses as requested in the Fifth Monthly Fee Statement upon the filing of this certification.

I declare that the foregoing is true and correct.

Date: October 17, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Colin R. Robinson