| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Hayley R. Winograd<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF HAYLEY R. WINOGRAD, ESQ. IN SUPPORT OF APPLICATION FOR ORDER FOR ADMISSION *PRO HAC VICE***

I, Hayley R. Winograd, Esq., hereby certify and state as follows:

1. I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP. I maintain my regular office for practice of law at 780 Third Avenue, 34th Floor, New York, NY 10017.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

2. I am a member in good standing of the bar of the state of New York (admitted in 2018), the State Bar of Arizona (admitted in 2022), and am duly licensed and admitted to practice in the United States District Court for the Southern and Western Districts of New York, and the United States Court of Appeals for the 2nd and 5th Circuits.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this Certification in support of the application to permit me to appear and participate *pro hac vice* as counsel to Michael Goldberg, as Plan Administrator in these cases, as I have particularized knowledge of the facts and circumstances relating to these cases.

5. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of the Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey ("D.N.J. L.R.").

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission *pro hac vice*.

7. I will abide by D.N.J. L.R. 101.1(c).

8. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of these cases.

9. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2023

        */s/ Hayley R. Winograd*
        Hayley R. Winograd
        **PACHULSKI STANG ZIEHL & JONES LLP**
        780 Third Avenue, 34th Floor
        New York, NY 10017
        Telephone:  (212) 561-7700
        Facsimile:  (212) 561-7777
        Email:  hwinograd@pszjlaw.com