| CLAIMANT NAME AND ADDRESS | DEBTOR | CLAIM# | Claim Amount | 2023 Amount |
|---|---|---|---|---|
| **Bexar County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200 San Antonio, TX 78205 | Bed Bath & Beyond Inc. | 130 | $ 343,643.74 | $ 150,062.29 |
| **Bexar County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200 San Antonio, TX 78205 | Buy Buy Baby, Inc. | 137 | $ 48,549.60 | $ 21,263.16 |
| **Cameron County**<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78205 | Bed Bath & Beyond Inc. | 440 | $ 14,744.40 | $ 14,744.40 |
| **City of El Paso**<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200 San Antonio, TX 78205 | Bed Bath & Beyond Inc. | 134 | $ 139,698.79 | $ 59,905.14 |
| **City of Frisco**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Buy Buy Baby, Inc. | 149 | $ 12,958.37 | $ 5,692.23 |
| **City of Frisco**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 159 | $ 12,350.28 | $ 5,425.12 |
| **City of McAllen**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Bed Bath & Beyond Inc. | 484 | $ 7,135.39 | $ 3,134.37 |
| **City of Mesquite**<br>P.O. Box 850267<br>Mesquite, TX 75184-0267 | Bed Bath & Beyond Inc. | 163 | $ 35,245.59 | $ 16,704.07 |
| **Cypress-Fairbanks Independent School District**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Buy Buy Baby, Inc. | 14 | $ 20,131.08 | $ 8,632.54 |

| | | | | |
|---|---|---|---|---|
| **Cypress-Fairbanks Independent School District**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Bed Bath & Beyond Inc. | 868 | $ 57,616.68 | $ 24,706.98 |
| **Dallas County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Buy Buy Baby, Inc. | 100 | $ 92,561.03 | $ 39,691.69 |
| **Dallas County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 142 | $ 267,847.27 | $ 118,716.66 |
| **Fort Bend County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Buy Buy Baby, Inc. | 22 | $ 19,570.49 | $ 8,392.15 |
| **Fort Bend County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Bed Bath & Beyond Inc. | 887 | $ 30,559.74 | $ 13,104.52 |
| **Fort Bend County WCID #02**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Buy Buy Baby, Inc. | 21 | $ 2,526.46 | $ 1,083.39 |
| **Fort Bend County WCID #02**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Bed Bath & Beyond Inc. | 894 | $ 3,945.11 | $ 1,691.73 |
| **Grayson County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 153 | $ 26,214.29 | $ 11,515.17 |

| | | | | |
|---|---|---|---|---|
| **Gregg County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 161 | $ 14,430.52 | $ 14,430.52 |
| **Harris County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Bed Bath & Beyond Inc. | 873 | $ 236,985.59 | $ 107,212.32 |
| **Harris County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Buy Buy Baby, Inc. | 889 | $ 95,650.13 | $ 44,310.69 |
| **Hidalgo County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Buy Buy Baby, Inc. | 498 | $ 85,787.07 | $ 39,053.62 |
| **Hidalgo County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Bed Bath & Beyond Inc. | 529 | $ 29,572.12 | $ 13,632.76 |
| **Jefferson County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Bed Bath & Beyond Inc. | 895 | $ 53,644.45 | $ 23,003.62 |
| **Lewisville Independent School District**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 152 | $ 1,186,552.13 | $ 508,813.09 |
| **Lewisville Independent School District**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Buy Buy Baby, Inc. | 2767 | $ 22,015.40 | $ 22,015.40 |

| | | | | |
|---|---|---|---|---|
| **McLennan County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Bed Bath & Beyond Inc. | 489 | $ 6,060.36 | $ 2,667.29 |
| **Montgomery County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Bed Bath & Beyond Inc. | 900 | $ 90,001.86 | $ 38,594.28 |
| **Nueces County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Bed Bath & Beyond Inc. | 477 | $ 59,168.41 | $ 25,372.39 |
| **Parker CAD**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000 | Bed Bath & Beyond Inc. | 157 | $ 16,387.57 | $ 7,027.27 |
| **Rockwall CAD**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 162 | $ 18,094.33 | $ 7,759.15 |
| **San Marcos CISD**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Bed Bath & Beyond Inc. | 442 | $ 8,771.25 | $ 4,156.99 |
| **Smith County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 154 | $ 60,620.95 | $ 26,629.01 |
| **Smith County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Buy Buy Baby, Inc. | 305 | $ 64,839.99 | $ 64,839.99 |

| | | | | |
|---|---|---|---|---|
| **Tarrant County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Buy Buy Baby, Inc. | 97 | $ 118,312.39 | $ 50,734.32 |
| **Tarrant County**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 158 | $ 187,221.95 | $ 87,867.71 |
| **Tom Green CAD**<br>c/o Linebarger Groggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | Bed Bath & Beyond Inc. | 155 | $ 15,751.77 | $ 6,754.62 |
| **Victoria County**<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | Bed Bath & Beyond Inc. | 444 | $ 22,130.15 | $ 9,721.13 |