**EXHIBIT "1"**

|  | **PERSONAL PROPERTY HANDBOOK** | NO. | 5431-01-18 |
|---|---|---|---|
| | | EFFECTIVE | 01-01-2023 |
| | | PAGE 1 OF 8 | |
| | | PUBLISHED | 03-28-2023 |

**ECONOMIC LIFE AND FIXTURE RANGE GUIDELINES**

Under normal conditions, the recommended economic life and fixture range are to be used. If a different economic life or fixture allocation is necessary, it must be approved by the supervising appraiser.

**COMPUTER TRENDING GUIDELINES**

1. During the Property Statement Season (March through June), personal property and fixtures are valued (trended) by using the *Business Personal Property Assessment System* (PP System). Trending of reported costs is facilitated by the use of Personal Property (PP) Types (also known as trending codes). In the valuation process, a particular PP Type serves the following functions: identifies the category of equipment being appraised, identifies the recommended economic life and fixturization to be applied to the equipment (in some cases), and identifies the trend factor table to be applied to the historical costs.

   Appraisers begin the process by identifying and/or verifying the general Business Classification Code (BCC) category of the assessee (i.e., commercial, industrial or others). The BCC category aids the appraiser in the selection of the proper personal property type for each category of equipment reported on *Business Property Statement*, BOE-571-L, ASSR-49, PP-86 (BPS) or any supplemental schedule.

2. The following table includes a listing of available trending codes and guidelines on economic life and fixture ranges as recommended by the Los Angeles County Assessor's Office for various commercial and industrial businesses. The economic lives are as recommended by the California Assessors' Association (CAA) and the State Board of Equalization's (BOE) Property and Special Taxes Department, with the input from both the Assessment Services Division and appraisers of the Los Angeles County Assessor's Office.

| **MANUFACTURING AND INDUSTRIAL** | **Economic Life** | **Fixture % Range** | **PP Type** |
|---|---|---|---|
| **Aerospace:** | | | |
| Aircraft Overhaul and Repair | 10 | 40-55 | I21 |
| Airframe | 12 | 40-70 | I21 |
| Electronic Component Parts | 10 | 40-55 | I21 |
| Mechanical Component Parts | 12 | 40-70 | I21 |
| Apparel/Garment | 12 | 20-30 | I21 |
| **Automotive:** | | | |
| Assembly Parts | 12 | 80 | I21 |
| Component Parts | 12 | 80 | I21 |
| Batch Plants (Concrete and Asphalt) | 20 | 80 | I21 |

| MANUFACTURING AND INDUSTRIAL | Economic Life | Fixture % Range | PP Type |
|---|---|---|---|
| **Biopharmaceutical (Biotech)** | Memo 5432 | | |
|    Commercial Manufacturing Equipment | 10 | 0 | 60 |
|    Fixtures, Process | 10 | 100 | 62 |
|    General Laboratory, Hi-Tech Equipment | 6 | 0 | 59 |
|    Pilot Scale Manufacturing Equipment | 8 | 0 | 61 |
| Bridge Cranes | 20, 25 | 0-60 | I21 |
| CNC Machines | 8 | 20-80 | 16 |
| Ceramic, Vitreous – China | 15 | 50-60 | I21 |
| Cement | 30 | 80 | I21 |
| **Chemical Industry:** | | | |
|    Leasehold Fixtures | 15 | 100 | 69 |
|    Machinery and Equipment | 15 | 40-60 | 68 |
| Circuit Board Manufacturing | 8 | 20-80 | I21 |
| Computerized Equipment (see specific equipment category) | | | |
| **Concrete:** | | | |
|    Blocks, Stone and Clay Products, Asphalt | 12 | 60-90 | I21 |
|    Bricks, Tile, Pottery and Pipe | 17 | 60 | I21 |
|    Building Materials, Rock and Gravel | 12 | 80 | I21 |
| Cosmetics | 12, 15 | 30-60 | I21 |
| Drug/Pharmaceutical | 12 | 30-60 | I21 |
| Electrical Equipment | 12 | 20-60 | I21 |
| Electronic Equipment | 10 | 20-80 | I21 |
| **Food and Beverage:** | | | |
|    Bakery Goods | 15 | 60-80 | I21 |
|    Brewery Leasehold Fixtures | 15 | 100 | 65 |
|    Brewery Machinery and Equipment | 15 | 80-90 | 64 |
|    Bottling Plants | 15 | 70-80 | I21 |
|    Canned Goods – Canneries | 17 | 60-80 | I21 |
|    Coffee and Tea | 15 | 60-80 | I21 |
|    Confections – Candy | 12 | 70 | I21 |
|    Dairy Products – Dairy Farms | Memo 5432 | 70 | 76 |
|    Distillers and Rectifiers | 12 | 80 | I21 |
|    Grain Mills | 15 | 60-70 | I21 |
|    Meat Packing | 15 | 60-80 | I21 |
|    Sugar and Sugar Products | 20 | 80 | I21 |
| Food Processing | 15 | 60-80 | I21 |
| Footwear | 12 | 20-30 | I21 |
| Garment (see Apparel) | | | |
| Gas Distribution | 15 | 80-90 | I21 |
| **Glass Manufacturing:** | | | |
|    Leasehold Improvements | 15 | 100 | 75 |
|    Machinery and Equipment | 15 | 70-90 | 74 |
| Ice Plant | 15 | 40-60 | I21 |
| Knitwear and Knit Products | 12, 15 | 60-90 | I21 |
| Leather and Leather Products | 12 | 30-70 | I21 |
| Lumber, Furniture and Wood Products | 15 | 60-80 | I21 |

| Personal Property Handbook | | | 5431-01-18 |
|---|---|---|---|
| Economic Life and Fixture Range Guidelines | | | Page 3 of 8 |

| MANUFACTURING AND INDUSTRIAL | Economic Life | Fixture % Range | PP Type |
|---|---|---|---|
| **Machinery, Industrial, Construction:** | | | |
|     Mining, Machine Tool | 12 | 80 | I21 |
|     Machine Shops, General Machining, Gear Works, Tool & Die Work | 12 | 40-90 | I21 |
| **Metals:** | | | |
|     Fabricated Metal Products | 15 | 50-60 | I21 |
|     Iron and Steel Forgings and Steel Production | 12, 15 | 60-80 | I21 |
|     Non-Ferrous Extrusions and Castings | 12, 15 | 60-80 | I21 |
|     Non-Ferrous Foundries and Smelting | 15 | 60-80 | I21 |
|     Sheet Metal Manufacturing | 17 | 60-80 | I21 |
|     Steel Works, Rolling and Finishing Mills | 15 | 60-80 | I21 |
| Mineral and Construction Aggregate Extraction | 20 | 60-80 | I21 |
| Newspaper Publishing (see Offset Litho.) | Memo 5432 | | |
| **Paper:** | | | |
|     Leasehold Fixtures | 15 | 100 | 79 |
|     Machinery and Equipment | 15 | 60-90 | 78 |
| Paint and Varnishes | 12, 15 | 60-80 | I21 |
| Petroleum Equipment | (Varies) | 97, 100 | 120, 130 |
| Plastic and Fiberglass Products, Extrusions, Sheet and Molded | 15 | 50-60 | I21 |
| Plating and Galvanizing Plants | 12 | 60-80 | I21 |
| Power Producing (Co-generation) Facilities | Form BOE-571-C | N/A | N/A |
| **Printing:** | 12 | 30-90 | I21 |
|     High Speed Digital Production Printers | 8 (Untrended) | 0 | UI47 |
|     Offset Lithographic Printing Presses | Memo 5432 | 100 | 4 |
| Professional Equipment: Medical, Dental, Scientific, Photographic, Optical, Clocks, Watches | 12, 15 | 20-60 | I21 |
| Recyclers | 15 | 50-70 | I21 |
| **Rubber:** | | | |
|     Leasehold Fixtures | 20 | 100 | 98 |
|     Machinery and Equipment | 12, 15 | 70-80 | 96, 97 |
|     Tools, Molds, Dies | 5 | 0 | 95 |
| Sand/Dirt/Gravel-Retail/Wholesale Suppliers | 15 | 60-80 | I21 |
| **Semiconductor Manufacturing:** | Memo 5432 | | |
|     Leasehold Improvements – Fixtures | N/A | 100 | 89 |
|     Machinery and Equipment | N/A | 0 | 84 |
| Ship and Boat Building | 15 | 10-60 | I21 |
| Textile Mill Products, Finishing, Dye Works | 15 | 60-90 | I21 |
| Vegetable Oil Products | 15, 20 | 90 | I21 |
| Winery (except Tanks) | 15 | 50-60 | I21 |
| Wine Products | 12, 15 | 50-60 | I21 |

Case 23-13359-VFP   Doc 2495-1   Filed 10/17/23   Entered 10/17/23 21:27:57   Desc
Exhibit 1   Page 5 of 9

Personal Property Handbook  
Economic Life and Fixture Range Guidelines

5431-01-18  
Page 4 of 8

| NON-MANUFACTURING EQUIPMENT | Economic Life | Fixture % Range | PP Type |
|---|---|---|---|
| **Agriculture:** | | | |
|    Farm Equipment, Non-Mobile | 15 | 0-40 | 90 |
|    Mobile, Harvest, New | N/A | 0 | 91 |
|    Mobile, Harvest, Used | N/A | 0 | 92 |
|    Mobile, Harvest, Average | N/A | 0 | 92A |
|    Mobile, Non-Harvest, New | N/A | 0 | 93 |
|    Mobile, Non-Harvest, Used | N/A | 0 | 94 |
|    Mobile, Non-Harvest, Average | N/A | 0 | 94A |
| **Aircraft:** | | | |
|    Commercial Mainline Jets and Freighters | 20 | 0 | C21 |
|    Commercial Regional Jets | 15 | 0 | C21 |
|    General Aircraft | AH 577 | 0 | N/A |
| **Amusement:** | | | |
|    Miniature Parks (e.g., Miniature Golf, Car Racing, etc.) | 10 | 20-100 | C21 |
|    Theme Parks (e.g., Disneyland, Magic Mountain, etc.) | 15 | 20-100 | C21 |
| Apartment Furniture | 8 | 0 | C21 |
| **Automated Teller Machines:** | Memo 5432 | | |
|    Free-standing ATM | 10 | 0 | 37 |
|    Thru-wall, island, drive-up and similarly affixed ATM | 12 | 100 | 85 |
| Automotive Repair and Rebuilding Equip. | 10 | 0-40 | 63 |
| **Banks, Insurance Co.'s, Financial Corps – Fixtures:** | Memo 5432 | | |
|    ATMs (affixed) | 12 | 100 | 85 |
|    Carpets/Drapes | 8 | 100 | 36 |
|    Counterlines, Partitions, etc. | 15 | 100 | 34 |
|    Drive-Up Windows/Walk-Up Windows & Kiosks | 20 | 100 | 39 |
|    Signs/Cameras/TV Equipment | 10 | 100 | 35 |
|    Vault Doors/Night Depositories | 40 | 100 | 38 |
| Barber Shop/Beauty Salon | 12 | 0-30 | C21 |
| Billboards | Memo 5432 | 100 | N/A |
| Billiard Rooms | 15 | 0 | C21 |
| Blue Printing/Map Making | 12 | 0 | C21 |
| Book Binders | 15 | 0-30 | C21 |
| **Bowling Centers:** | Form B-113A | | |
|    Carpet/Vending/Video Equipment | 8 | 85 | 56 |
|    Pinspotters and Equipment | 15 | 100 | 55 |
|    Scoring, Billiard Equipment | 15 | 85 | 57 |
| Burglar Alarm Systems (see Security and Surveillance) | | | |
| **Cable Television Industry:** | Form B-41 | | |
|    Distribution System, Pole Rearrangements | 10 | 100 | C21 |
|    Headend | 8 | 100 | C21 |
|    Program Origination | 8 | 0 | C21 |
|    Set-Top Boxes | Memo 5432 | 0 | STBOX |
|    Switches and Routers | 5 | 0 | 26 |
| Car Wash (see Service Station) | | | |
| Carpet/Drapes | 8 | 100 | 36 |

| Personal Property Handbook | | | 5431-01-18 |
|---|---|---|---|
| Economic Life and Fixture Range Guidelines | | | Page 5 of 8 |

| NON-MANUFACTURING EQUIPMENT | Economic Life | Fixture % Range | PP Type |
|---|---|---|---|
| **Casinos:** | Memo 5432 | | |
|    Electronic Slot Machines | | 0 | GM01 |
|    Mechanical Slot Machines | | 0 | GM02 |
|    Other Gaming Equipment | | 0 | GM02 |
| Cellphone Towers | 25 | 100 | C21 |
| Cocktail Lounges (Bar and Saloons) | 12 | 50-60 | C21 |
| Coffee Services (Not Coin-Operated) | 5 | 0 | C21 |
| Cold Storage | 12 | 50-70 | C21 |
| **Computers (Non-production):** | Memo 5432 | | |
|    Personal | 5 | 0 | 25 |
|    LAN Equipment and Mainframes | 6 | 0 | 26 |
| **Construction:** | Memo 5432 | | |
|    Building/Demolition Contractors | 12 | 0-50 | C21 |
|    Equipment, Mobile, New | Memo 5432 | 0 | 71 |
|    Equipment, Mobile, Used | Memo 5432 | 0 | 72 |
|    Equipment, Non-Mobile | 12 | 50-60 | 70 |
| **Containers:** | | | |
|    Bottles, Cases, Drums | 3 | 0 | C21 |
|    Cargo | 20 | 0 | C21 |
|    Gas Cylinders (other than Propane) | 20 | 0 | C21 |
|    Kegs, Tanks, Cylinders (Beverage Usage) | 6 | 0 | C21 |
|    Propane Tanks | 30 | 0 | C21 |
|    Tanks, Compressed Gas (Portable for Industrial, Medical and Welding) | 15 | 0 | C21 |
| **Container Terminals:** | | | |
|    Ship-to Shore Container Cranes * | 30 | 100 | I21* |
|    Transtainers | 15 | 100 | C21 |
|    Other Material Handling | 10 | 0 | C21 |
| Copiers (See Document Processors) | | | |
| Cotton Gins | 15 (Memo 5432) | 100 | C21 |
| Document Processors | Memo 5432 | 0 | 20 |
| Drapes (see Carpet/Drapes) | | | |
| Drive-up/Walk-up Windows (see Banks) | | | |
| Dry Cleaners, Commercial Laundries | 15 | 80-90 | C21 |
| Facsimile (Fax Machines) | 6 (Untrended) | 0 | UC47 |
| Farming Equipment (see Agriculture) | | | |
| Forklifts/Pallet Jacks | 10 | 0 | 12 |
| Golf Carts | 6 | 0 | C21 |
| **Grocery Stores:** | | | |
|    Convenience (see Service Stations) | | | |
|    Supermarkets | 12 | 40-60 | C21 |
| Health/Athletic Clubs | 10 | 0-40 | C21 |
| **Hospitals and Convalescent Homes:** | | | |
|    Food Service, Housekeeping and Laundry | 15 | 20-80 | C21 |
|    Furnishings | 12 | 50-80 | C21 |
|    High-Tech Medical Equip. (MRIs, CAT scans, etc.) | 8 (Untrended) | 80-100 | 15 |

Personal Property Handbook  5431-01-18
Economic Life and Fixture Range Guidelines  Page 6 of 8

| NON-MANUFACTURING EQUIPMENT | Economic Life | Fixture % Range | PP Type |
|---|---|---|---|
| **Hospitals and Convalescent Homes (Continued)** | | | |
| Laboratory and Diagnostic Equip. | 10 | 50-80 | C21 |
| Other Major Medical, Surgical and Rehabilitation Equipment | 10, 12 | 0-20 | C21 |
| **Hotels and Motels:** | Form B-17 | | |
| Carpet, Drapes | 8 | 100 | 83 |
| Computers, Reservation Systems | 5 | 0 | 25 |
| Furnishings and Phone System | 8 | 20 | 80 |
| Signs, Restaurant, Kitchen, Laundry | 12 | 80 | 81 |
| Televisions | 5 | 0 | 82 |
| Ice Making Equipment | 12-20 | 80-90 | C21 |
| Janitorial and Maintenance Service | 8 | 0 | C21 |
| Kiosks (see Banks) | | | |
| **Laundromats:** | | | |
| Leasehold Improvement Fixtures | 15 | 100 | C21 |
| Washers and Dryers (coin-op) | 10 | 25 | C21 |
| **Linen Service:** | Memo 5412-60 | | |
| Leasehold Improvements | 15 | 100 | C42 |
| Linen | N/A | 0 | N/A |
| Machinery and Equipment | 15 | 90 | C21 |
| Rolling Carts | 5 | 0 | C23 |
| Mailing and Shipping Service (e.g., UPS, FEDEX) | 15 | 60-100 | C21 |
| **Medical and Dental Equipment:** | | | |
| Office Furniture and Equipment | 12 | 0 | C21 |
| X-Ray Equipment | 8 | 60-80 | C21 |
| Mobile Phones | 4 (Untrended) | 0 | UC47 |
| Mortuaries | 15 | 0 | C21 |
| **Motion Picture, Radio and Television:** | | | |
| Broadcast, Camera, Grip, Production, Satellite, Stage, and Theater Equipment | 8, 10, 12 | 30-50 | C21 |
| **Motion Picture Production Sets:** | | | |
| In use, not complete buildings | 100% of cost | 0 | N/A |
| As of lien date, movie production has been completed for: | | | |
| 0-1 year | 30% of cost | 0 | N/A |
| Over 1 year and up to 2 yrs. | 15% of cost | 0 | N/A |
| Over 2 yrs. | 5% of cost | 0 | N/A |
| Negatives/Prints (B&W only) | $0.05/lb. | 0 | N/A |
| **Post Production Equipment:** | | | |
| Computerized Audio/Video | 5 (Untrended) | 0 | UC47 |
| Reels and Cans | $2.50/EA | 0 | N/A |
| Television Production Sets (in use, not complete buildings) | 100% of cost | 0 | N/A |
| **Television Production Sets:** | | | |
| As of lien date, show or series has been out of production for: | | | |
| 0-1 year | 50% of cost | 0 | N/A |
| Over 1 year and up to 2 yrs. | 20% of cost | 0 | N/A |
| Over 2 yrs. | 10% of cost | 0 | N/A |

| NON-MANUFACTURING EQUIPMENT | Economic Life | Fixture % Range | PP Type |
|---|---|---|---|
| **Television Production Sets (Continued)** | | | |
| As of lien date, show or series is still produced but sets have been idle for: | | | |
|    3 months up to 1 year | **75% of cost** | 0 | N/A |
|    Over 1 year | **30% of cost** | 0 | N/A |
|    Over 2 yrs. | **15% of cost** | 0 | N/A |
|    Used Media (i.e., CDs, DVDs, Videotapes) | **$1.00/EA** | 0 | N/A |
| Night Depositories (see Banks) | | | |
| Office Furniture and Equipment | 12 | 0 | 22 |
| **Photo Labs:** | | | |
|    Commercial | 10 | 0-20 | C21 |
|    One Hour | 8 | 0-20 | C21 |
| Point of Sale (POS) Equipment | 8 (Untrended) | 0-100 | 13 |
| Postage Meters | 10 | 0 | C21 |
| Racehorses | BOE-571-J | N/A | N/A |
| Radio Common Carrier | | | |
| (Separate BOE guidelines. See your supervisor.): | | | |
|    Fixed Station Paging Terminals | 8 | 0 | 41 |
|    One-Way Pagers | 4 | 0 | 40 |
| Restaurants | 12 | 50-60 | C21 |
| **Retail Store Equipment:** | | | |
|    Furniture & Fixtures | 12 | 20-55 | C21 |
|    Retail Store – Warehouse | 15 | 0-50 | C21 |
|    Rolling Carts | 5 | 0 | C21 |
| **Satellite Dish:** | | | |
|    Commercial/Broadcast | 8 | 100 | C21 |
|    Residential | 6 (Untrended) | 100 | UC47 |
| **Scaffolding:** | | | |
|    Metal | 20 | 0 | C21 |
|    Wood | 15 | 0 | C21 |
| Schools | 12 | 0-10 | C21 |
| Security and Surveillance Equipment | 10 | 100 | C21 |
| **Service Station Equipment:** | Form B-116A | | |
|    Car Wash Equipment | 12 | 100 | 28 |
|    Fuel Dispensers/Pumps | 12 | 100 | 46 |
|    Other Service Station Equipment | (Varies) | (Varies) | 88 |
|    Point Of Sale | 8 (Untrended) | 100 | 73 |
|    Service Station/Car Wash Hoists and Signs | 12 | 100 | 29 |
|    Store and Mini-mart Equipment | 12 | 55 | 67 |
|    Underground Tanks/Attached Equip. | 25 | 100 | 45 |
| Shopping Carts | 5 | 0 | C21 |
| Signs | 12 | 100 | C21 |
| Ski Lifts | 15 | 100 | C21 |
| Telephone and Communication Systems | 10 | 50 | 14 |
| Test Equipment | 8 | 0-20 | C21 |

| NON-MANUFACTURING EQUIPMENT | Economic Life | Fixture % Range | PP Type |
|---|---|---|---|
| **Theater:** | | | |
| Box Office Equipment | 12 | 75 | 22 |
| Carpet, Drapes, Vending (owned), Video, etc. | 8 | 75 | 32 |
| Projection Equipment | 10 (Untrended) | 0 | 31PE |
| Seats | 15 | 100 | 33 |
| Sound, Snack Bar, Signage, etc. | 15 | 75 | 31 |
| Tooling, Dies, and Molds | 5 | 0 | 24 |
| **Trash:** | | | |
| Disposal Bins | 8 | 0 | C21 |
| Plastic Containers | 5 | 0 | C21 |
| Rolloff/Storage Bins | 12 | 0 | C21 |
| Underground Tanks and Equipment | 25 | 100 | 45 |
| Vault Doors (see Banks) | | | |
| Vending Equipment (Operators) | 8 | 0 | C21 |
| Vessels (Boats) | AH 576 | N/A | N/A |
| Video Games Machines | 4 (Untrended) | 0 | UC47 |
| **Video Rental Stores:** | | | |
| Cases | $0.50/EA | 0 | N/A |
| CDs, DVDs | $1.00/EA | 0 | N/A |
| Walk-In Coolers/Freezers | 12 | 100 | C21 |
| **Warehouse:** | | | |
| Equipment | 15 | 0 | C21 |
| Pallets | 3-5 | 0 | C21 |
| Racks and Shelving | 15 | 100 | C21 |
| Water Softeners and Conditioners | Memo 5423-25 | N/A | N/A |

 * Per MPPD Area 9: Ship-to Shore Container Cranes used in Container Terminals should be assessed using Industrial factors.