| Taxing Entity | Account Number | Total Tax Rate per $100 | 2023 assessed value |
|---|---|---|---|
| Bowie | 42800440000 | 2.367873 | $663,136.00 |
| Brazos | 335670 | not yet available | not yet available |
| Denton | 938862DEN | 0.608564 | $889,974.00 |
| | 655782DEN | 0.189485 | $867,491.00 |
| | 696803DEN | 0.608564 | $44,847,051.00 |
| | 943191DEN | 1.909367 | $912,160.00 |
| Guadalupe | P325420 | not yet available | not yet available |
| Hays | P117965 | not yet available | not yet available |
| Midland CAD entities | P000027228 | 1.378192 | $1,347,910.00 |
| Taylor | 972540 | not yet available | $633,520.00 |
| Williamson | P450420 | 1.857845 | $1,352,657.00 |
| | P406323 | 1.754045 | $1,083,153.00 |
| | P490204 (Buy Buy Baby) | 1.971745 | $975,703.00 |