| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>John S. Mairo, Esq.<br>(jsmairo@pbnlaw.com)<br><br>**RIMÔN PC**<br>2029 Century Park East, Suite 400N<br>Los Angeles, CA 90067<br>(310) 525-5859<br>(213) 375-3811 Facsimile<br>Jacquelyn H. Choi, Esq.<br>(*pro hac vice admission pending*)<br>jacquelyn.choi@rimonlaw.com<br><br>*Counsel to County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO**
**LOCAL BANKRUPTCY RULE 9010-1 AND D.N.J. L. CIV. R. 101.1**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

7485523

John S. Mairo (the "Movant"), a member in good standing of the Bar of the State of New Jersey, an attorney admitted to practice before the United States District Court for the District of New Jersey and a Principal of the law firm of Porzio, Bromberg & Newman, P.C., hereby moves the Court to enter an order permitting Jacquelyn H. Choi, Esq., a partner with the law firm of Rimôn PC (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey and to represent County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside in the above referenced Chapter 11 case, pursuant to Local Bankruptcy Rule 9010-1 of the United States District Court for the District of New Jersey (the "Application").

In support of this Application, the Movant submits the attached Certification of Admittee and requests that the proposed form of order submitted herewith be entered.

October 17, 2023                                                 Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ John S. Mairo*
    John S. Mairo