| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **PORZIO, BROMBERG & NEWMAN, P.C.** <br> 100 Southgate Parkway <br> P.O. Box 1997 <br> Morristown, New Jersey 07962 <br> (973) 538-4006 <br> (973) 538-5146 Facsimile <br> John S. Mairo, Esq. <br> (jsmairo@pbnlaw.com) <br><br> **RIMÔN PC** <br> 2029 Century Park East, Suite 400N <br> Los Angeles, CA 90067 <br> (310) 525-5859 <br> (213) 375-3811 Facsimile <br> Jacquelyn H. Choi, Esq. <br> (*pro hac vice admission pending*) <br> jacquelyn.choi@rimonlaw.com <br><br> *Counsel to County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF JACQUELYN H. CHOI, ESQ IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Jacquelyn H. Choi, hereby certify under penalty of perjury that:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

7485523

1.  I am a partner with the law firm of Rimôn PC, located at 2029 Century Park East Suite 400N, Los Angeles, CA 90067. I submit this Certification in support of my application for admission, *pro hac vice*, pursuant to D.N.J. LBR 9010-1(b).

2.  I am a member in good standing and admitted to practice law in the District of Columbia, the State of California and the State of New York. I am also admitted to practice before the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Central District of California, Eastern District of California, Southern District of California, Northern District of California, Eastern District of New York, Northern District of New York, Southern District of New York and Western District of New York.

3.  I am in possession of and have reviewed a copy of local rules of this Court.

4.  No disciplinary proceedings are pending against me in any jurisdiction, and none have previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.  I agree that upon my admission, *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules and I will notify this Court immediately of any matter affecting my good standing in the bar of any jurisdiction.

6.  I further agree that I will arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the annual fee, for this year and for each subsequent year of my involvement in this matter, as required under New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1.

Dated: October 17, 2023      */s/ Jacquelyn H. Choi*
                                              Jacquelyn H. Choi

7485523