**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RIMÔN PC**
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
(310) 525-5859
(213) 375-3811 Facsimile
Jacquelyn H. Choi, Esq.
(*pro hac vice admission pending*)
jacquelyn.choi@rimonlaw.com

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
John S. Mairo, Esq.
(jsmairo@pbnlaw.com)

*Counsel to County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF SERVICE

1.　　I,　Jessica M. O'Connor　　　　:

☐　represent _____, in the above-captioned matters

**X**　am a paralegal for John S. Mairo, who is counsel to County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside, in the above-captioned matter.

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

☐  am the _____ in the above case and am representing myself.

2.      On October 17, 2023, the following documents were electronically filed with the Court, using the Court's Electronic Filing System and served via the Court's CM/ECF system on the parties that have consented to electronic service of all court filings:

- **ECF Dkt. No. 2491 (filed on October 17, 2023)**: Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities (the "Objection");

- **ECF Dkt. No. 2493 (filed on October 17, 2023)**: Declaration of John Sleeman in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities (the "Sleeman Declaration");

- **ECF Dkt. No. 2494 (filed on October 17, 2023)**: Declaration of Calvin C. Chen in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities (the "Chen Declaration");

- **ECF Dkt. No. 2495 (filed on October 17, 2023)**: Declaration of Belinda Landig in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities (the "Landig Declaration");

- **ECF Dkt. No. 2496 (filed on October 17, 2023)**: Declaration of Jennifer Frugé in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities (the "Frugé Declaration");

- **ECF Dkt. No. 2498 (filed on October 17, 2023)**: Declaration of Jennifer Lemley in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities (the "Lemley Declaration"); and

- **ECF Dkt. No. 2499 (filed on October 17, 2023)**: Application for Admission *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 9010-1 and D.N.J. L. Civ. R. 101.1 (the "Pro Hac").

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated in paragraph 2.

Dated:    October 17, 2023                                              */s/ Jessica M. O'Connor*
                                                                        Signature: Jessica M. O'Connor