# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:

BED BATH & BEYOND INC., et al.,

Debtors,

Case No.: 23-13359 (VFP)

Chapter 11

Date: October 24, 2023
Time: 10:00 a.m. (ET)
Courtroom: 3B

## DECLARATION OF JAMES J. MALLON IN SUPPORT OF CREDITOR COUNTY OF SAN LUIS OBISPO TREASURER TAX COLLECTOR'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION

I, James J. Mallon declare as follows:

1.  I make this declaration based upon my own personal knowledge, except for matters set forth herein on information and belief, and as to those matters, I believe them to be true, and if called upon to testify herein, I could and would competently testify as follows:

2.  I am employed by the County of San Luis Obispo ("County"). I have been employed by the County since July 7, 1996. I am the Assessment Manager of the Commercial, Agriculture and Business Property Division with the County of San Luis Obispo Assessor. My responsibilities include overseeing the assessment of business personal property and overseeing resolution of business personal property assessment appeals.

3.  The Assessor is required to annually assess taxable business personal property as of the lien date (January 1st). Business Personal Property includes all "Equipment out on lease, rent, or conditional sale to others" used in the operation of a business. Business Personal Property is reported to the Assessor annually on a form known as the Business Property Statement (Form 571-L).

23-13359 (VFP)

4. Form 571-L constitutes an official request from the Assessor for the taxpayer to declare all assessable business property situated in the county which the taxpayer owned, claimed, possessed, controlled, or managed on the tax lien date. The taxpayer signs Form 571-L under penalty of perjury. Failure to file the statement during the time provided in section 441 of the Revenue and Taxation Code will compel the Assessor to estimate the value of your property from other information in the Assessor's possession and add a penalty of 10 percent of the assessed value as required by section 463 of the Revenue and Taxation Code.

5. I am familiar with the tax records maintained by the Assessor in the normal course of business and specifically with information requested by the Assessor or furnished in the Property Statement.

6. As of January 1, 2023, Debtors operated a retail store location in the County of San Luis Obispo.

7. Based on my review of the Assessor records it appears that Debtors submitted a Business Property Statement for 2023 to the Assessor dated May 11, 2023. The statement was signed under penalty of perjury by their VP of Tax. Based on my review of Assessor records, I determined that the Assessor assessed the Debtor's property exactly as it was reported by Debtors for the 2023 fiscal year. Pursuant to Revenue and Taxation Code Section 451, the Assessor is required to keep the information in the property statement secret, and therefore, cannot disclose any further details or produce a copy of the statement.

8. The Tax Collector issued an unsecured tax bill for the personal property, leasehold improvements and fixtures located within the location operated by Debtors for fiscal year 2023. The tax bill issued is unsecured tax bill: 2023/24 800-028-061 in the amount of $17,362.76. This tax bill is based on the values from the unsecured roll enrolled by the Assessor.

9. The debtors incurred the tax liabilities claimed due pursuant to California Revenue & Taxation Code §§ 2191.3, 2191.4 and 2193.

10. Pursuant to California Revenue and Taxation Code Section 2922, Unsecured (Personal) Property Taxes are due upon receipt of the Unsecured Property Tax Bill and are last due without penalty on August 31.

11. If a taxpayer disagrees with the value established for a property, they should discuss the issue with the Assessor's staff in the county where the property is located. If an agreement cannot be reached, then taxpayers have a right to appeal the value under certain circumstances and limitations.

12. Debtors' deadline to file a personal property appeal application for the 2023 year was September 15, 2023.

13. To date, Debtors have not contacted the Assessor's Office to discuss their valuation, nor have they filed an Appeal Application for the 2023 tax year.

14. In appeals involving personal property and fixtures, it may be necessary for the assessor to perform an audit of the taxpayer's records to reach a final value conclusion. The Assessor would also be required to appear at the hearing to defend its valuation, only after the taxpayer met its burden, and would do so based on accepted valuation methodologies prescribed within the Revenue and Taxation Code.

15. I reviewed the declaration submitted by Debtors in their Second Omnibus Objection. Debtors do not appear to base their valuation on any accepted valuation method within the Revenue and Taxation Code. Instead, the valuation is based on post-lien date sales while the Debtors were insolvent.

16. A valuation hearing in New Jersey would be very burdensome on the Assessor. Assessor staff is located exclusively in the County of San Luis Obispo within the State of California. Assessor staff only appear in administrative proceedings before the Assessment Appeals Board, which are not formal court proceedings.

///

///

17. The County's legal advisor is the County Counsel, and Deputy County Counsel, Ann Duggan is the specific legal advisor to the Assessor. Ms. Duggan is not barred in New Jersey and is unable to represent the Assessor at a valuation hearing in a New Jersey court.

18. Uniformity of Assessment is of the utmost importance to the Assessor and is required under the California Constitution. This uniformity will be placed at risk should an out of state court, rather than our local Assessment Appeals Board, make a valuation determination at a hearing without the Assessor present, based on valuation methods that are not accepted under the Revenue and Taxation Code.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13 day of October 2023, at San Luis Obispo, California.

_____
James J. Mallon

James W Hamilton, CPA
San Luis Obispo County Auditor - Treasurer || Tax Collector || Public Administrator

Bankruptcy Log
F/Y 1997 Through 2023

| CHAPTER | BKCY CASE# | BKCY PET. DATE | NAME | DATE REC'D OR ACTION TAKEN | DOC TYPE | CLAIM FILED | AMOUNT FILED | AMOUNT REC'D | NEW | AMOUNT UNSEC ITEMS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 23-13359 | 23-Apr-23 | BED BATH AND BEYOND INC | 19-Jun-23 | N OF CH 11 BKCY CASE, MTG OF CREDITORS | | | | X | |
| 11 | 23-13359 | | BED BATH AND BEYOND INC | 19-Jun-23 | N DEADLINE FOR PROOFS OF CLAIM (10/20/2023) | | | | | |
| 11 | 23-13359 | | BED BATH AND BEYOND INC | 19-Jun-23 | INTERIM O AUTH PYMT OF TAXES AND FEES | | | | | |
| 11 | 23-13359 | | BED BATH AND BEYOND INC | 19-Jun-23 | O AUTH PYMT OF TAXES AND FEES | | | | | |
| 11 | 23-13359 | | BED BATH AND BEYOND INC | 19-Jun-23 | DEBTOR'S MO FOR ORDER RE AUTH PYMT OF TAX AND FEES (NOT SCANNED) | | | | | |
| 11 | 23-13359 | | BED BATH AND BEYOND INC | 24-Jul-23 | PROOF OF CLAIM MAILED (7/19/2023) | X | 17,362.76 | | | 17,362.76 |

✓ Proof of Claim mailed 7/19/2023.

Backup included

7/24/2023

Bankruptcy Log



**COUNTY OF SAN LUIS OBISPO**
**Office of James W. Hamilton, CPA**
*Auditor-Controller • Treasurer-Tax Collector • Public Administrator*

Michael Stevens, Deputy
Justin Cooley, Deputy

July 19, 2023

Bed Bath & Beyond Inc Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

RE: Bed Bath & Beyond of California Limited Liability Company
    Case No: 23-13371

In order to receive a conformed copy of our claim, enclosed is an original and two duplicate claims. Please return one duplicate claim in the enclosed self-addressed stamped envelope.

If you have any questions, please contact David Manriquez at dmanriquez@co.slo.ca.us, or at (805) 781-5832.

Sincerely,

Jackson Luepke
Public Service Manager

JL: dmm

Enclosure(s)

**Fill in this information to identify the case:**

Debtor 1: Bed Bath & Beyond of California Limited Liability Company

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of New Jersey (Newark)

Case number: 23-13371

## Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
JAMES W HAMILTON CPA - AUDITOR - CONTROLLER - TREASURER - TAX COLLECTOR
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor: COUNTY OF SAN LUIS OBISPO TAX COLLECTOR

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
JAMES W HAMILTON - ACTTC
Name
1055 MONTEREY STREET SUITE D-290
Number    Street
SAN LUIS OBISPO    CA    93408
City    State    ZIP Code

Contact phone 805-781-5832
Contact email TTC@CO.SLO.CA.US

Where should payments to the creditor be sent? (if different)
Name: _____
Number  Street: _____
City  State  ZIP Code: _____
Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___ / ___ / _____
                                                                            MM   DD   YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __0__ __6__ __1__

**7. How much is the claim?** $_____17,362.76_____. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

UNSECURED PROPERTY TAXES

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ Yes. Check all that apply: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 17,362.76 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/17/2023
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | JACKSON LUEPKE |
| | First name    Middle name    Last name |
| Title | PUBLIC SERVICE MANAGER |
| Company | JAMES W HAMILTON CPA - AUDITOR CONTROLLER TAX COLLECTOR |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1055 MONTEREY STREET SUITE D-290 |
| | Number    Street |
| | SAN LUIS OBISPO    CA    93408 |
| | City    State    ZIP Code |
| Contact phone | 805-781-5832    Email TTC@CO.SLO.CA.US |

San Luis Obispo County Auditor-Controller-Treasurer-Tax Collector    Friday, July 14, 2023

## Unsecured Details

| Bill Year | For Fiscal Yr | Bill Date | Tax-Rate Area | Tax Code | Assmnt Number | Bill Number | Cortac Number |
|---|---|---|---|---|---|---|---|
| 2023/24 | 2023/24 | 7/28/2023 | 003-005 | 0-00 | 800,028,061 | 2023/24 800,028,061 | |

| Mailing Info: | BED BATH & BEYOND OF CA LLC C/O TAX DEPT<br>650 LIBERTY AVE<br>UNION, NJ 07083 |
|---|---|

| Assessed Owner as of Jan 1: | BED BATH & BEYOND OF CA LLC C/O TAX DEPT |
|---|---|

| Situs: | 317 MADONNA RD  SLOC | Legal: | BED BATH & BEYOND #331 |
|---|---|---|---|

|  | Installment |
|---|---|
| Delinquent Date | 8/31/2023 |
| Tax Amount | $17,362.76 |
| Interest | 0.00 |
| Penalty | 0.00 |
| Cost | 0.00 |
| Fees | 0.00 |
| Total | $17,362.76 |
| Amount Paid | 0.00 |
| Date Paid | |
| Batch Number | |
| Balance | $17,362.76 |

| Property Value Allocation | Assessed Value |
|---|---|
| IMPROVMNTS | 1,123,753 |
| PERS PROP | 163,610 |
| FIXTURES | 353,342 |
| Net Property Value | 1,640,705 |

| Tax Agency | Rate/$100 | Amount |
|---|---|---|
| PROP 13 TAX RATE | 1.00000 | 16,407.07 |
| STATE WATER PROJ | 0.00400 | 65.62 |
| SL COASTAL 2014 GO | 0.03500 | 574.24 |
| CUESTA CCD 2014 BOND | 0.01925 | 315.83 |
| AV TAX SUBTOTAL | 1.05825 | 17,362.76 |

| Debtor Name | Last Four Digits of Tax Identification Number | Case Number |
|---|---|---|
| Bed Bath & Beyond of Baton Rouge Inc. | 4076 | 23-13368 |
| Bed Bath & Beyond of Birmingham Inc. | 0327 | 23-13369 |
| Bed Bath & Beyond of Bridgewater Inc. | 5533 | 23-13370 |
| Bed Bath & Beyond of California Limited Liability Company | 2362 | 23-13371 |
| Bed Bath & Beyond of Davenport Inc. | 4074 | 23-13372 |
| Bed Bath & Beyond of East Hanover Inc. | 1176 | 23-13373 |
| Bed Bath & Beyond of Edgewater Inc. | 3618 | 23-13374 |
| Bed Bath & Beyond of Falls Church, Inc. | 2908 | 23-13375 |
| Bed Bath & Beyond of Fashion Center, Inc. | 7852 | 23-13376 |
| Bed Bath & Beyond of Frederick, Inc. | 0889 | 23-13377 |
| Bed Bath & Beyond of Gaithersburg Inc. | 6406 | 23-13378 |
| Bed Bath & Beyond of Gallery Place L.L.C. | 8791 | 23-13379 |
| Bed Bath & Beyond of Knoxville Inc. | 0403 | 23-13380 |
| Bed Bath & Beyond of Lexington Inc. | 0888 | 23-13381 |
| Bed Bath & Beyond of Lincoln Park Inc. | 8893 | 23-13382 |
| Bed Bath & Beyond of Louisville Inc. | 2624 | 23-13383 |
| Bed Bath & Beyond of Mandeville Inc. | 5531 | 23-13384 |
| Bed Bath & Beyond of Opry Inc. | 0264 | 23-13385 |
| Bed Bath & Beyond of Overland Park Inc. | 6404 | 23-13386 |
| Bed Bath & Beyond of Palm Desert Inc. | 0152 | 23-13387 |
| Bed Bath & Beyond of Paradise Valley Inc. | 6576 | 23-13388 |
| Bed Bath & Beyond of Pittsford Inc. | 6881 | 23-13389 |
| Bed Bath & Beyond of Portland Inc. | 8153 | 23-13390 |
| Bed Bath & Beyond of Rockford Inc. | 1065 | 23-13391 |
| Bed Bath & Beyond of Towson Inc. | 1854 | 23-13392 |
| Bed Bath & Beyond of Virginia Beach Inc. | 2326 | 23-13393 |
| Bed Bath & Beyond of Waldorf Inc. | 0890 | 23-13394 |
| Bed Bath & Beyond of Woodbridge Inc. | 1179 | 23-13395 |
| bed 'n bath Stores Inc. | 2034 | 23-13396 |
| Bed, Bath & Beyond of Manhattan, Inc. | 2956 | 23-13397 |
| Buy Buy Baby of Rockville, Inc. | 6272 | 23-13398 |
| Buy Buy Baby of Totowa, Inc. | 8098 | 23-13399 |
| Buy Buy Baby, Inc. | 2010 | 23-13400 |
| BWAO LLC | 1562 | 23-13401 |
| Chef C Holdings LLC | 6069 | 23-13402 |
| Decorist, LLC | 4917 | 23-13403 |
| Deerbrook Bed Bath & Beyond Inc. | 0895 | 23-13404 |
| Harmon of Brentwood, Inc. | 4214 | 23-13405 |
| Harmon of Caldwell, Inc. | 1648 | 23-13406 |
| Harmon of Carlstadt, Inc. | 9065 | 23-13407 |
| Harmon of Franklin, Inc. | 9738 | 23-13408 |
| Harmon of Greenbrook II, Inc. | 9743 | 23-13409 |
| Harmon of Hackensack, Inc. | 4535 | 23-13410 |
| Harmon of Hanover, Inc. | 5485 | 23-13411 |
| Harmon of Hartsdale, Inc. | 2588 | 23-13412 |
| Harmon of Manalapan, Inc. | 7942 | 23-13413 |
| Harmon of Massapequa, Inc. | 9949 | 23-13414 |
| Harmon of Melville, Inc. | 5648 | 23-13415 |
| Harmon of New Rochelle, Inc. | 4673 | 23-13416 |
| Harmon of Newton, Inc. | 9775 | 23-13417 |
| Harmon of Old Bridge, Inc. | 2762 | 23-13418 |

Case 23-13359-VFP    Doc 2503-1    Filed 10/18/23    Entered 10/18/23 18:04:30    Desc
Declaration of James J. Mallow in Support of Creditor    Page 12 of 13

```
***SBDN BBBY 3335 SRF 70028 PackID: 5845 ADRID: 12734819 SVC: SchDEF
SAN LUIS OBISPO COUNTY TAX COLLECTOR
1055 MONTEREY ST RM D-290
SAN LUIS OBISPO CA 93408
```

Debtor Bed Bath & Beyond of California Limited Liability Company has listed your claim on Schedule E/F, Part1 as a Contingent and Unliquidated Priority claim in the amount of $0.00. You must timely file a proof of claim or be forever barred from recovery.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

General Claims Bar Date (including claims pursuant to section 503(b)(9) of the Bankruptcy Code): July 7, 2023

Administrative Claims Bar Date: All Claimants holding or wishing to assert an Administrative Expense Claim for costs and expenses of administration of the estates pursuant to sections 503(b), other than claims pursuant to section 503(b)(9), or 507(a)(2) of the Bankruptcy Code must submit a Proof of Claim by (a) July 7, 2023 for Claims incurred through June 27, 2023, (b) for all Claims arising after June 27, 2023, the 15th day of the month following the month in which the Claim arose, and (c) fourteen days following the effective date of any confirmed plan, *provided, however*, that notwithstanding anything to the contrary herein, counterparties to unexpired leases of non-residential real property—which leases have not been assumed, assumed and assigned, or rejected— shall be required to file Administrative Claims no later than July 21, 2023.

Governmental Bar Date: October 20, 2023

IF DELIVERED BY FIRST-CLASS MAIL:

    Bed Bath & Beyond Inc. Claims Processing Center
    c/o Kroll Restructuring Administration LLC
    Grand Central Station, PO Box 4850
    New York, NY 10163-4850

IF DELIVERED BY HAND OR OVERNIGHT DELIVERY:

    Bed Bath & Beyond Inc. Claims Processing Center
    c/o Kroll Restructuring Administration LLC
    850 3rd Avenue, Suite 412
    Brooklyn, NY 11232

If you have any questions about this notice, please call (833) 570-5355 (US/Canada toll free) or +1 (646) 440-4806 (International), email BBBYInfo@ra.kroll.com or visit https://restructuring.ra.kroll.com/BBBY/.

You may also file your claim electronically at https://restructuring.ra.kroll.com/BBBY/EPOC-Index.

EPOCID: 291337105270431

EPOCID: 231337105270431

United States Bankruptcy Court, District of New Jersey (Newark)

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Bed Bath & Beyond Inc. (Case No. 23-13359) | ☐ Alamo Bed Bath & Beyond Inc. (Case No. 23-13360) | ☐ BBB Canada LP Inc. (Case No. 23-13361) | ☐ BBB Value Services Inc. (Case No. 23-13362) |
| ☐ BBBY Management Corporation (Case No. 23-13363) | ☐ BBBYCF LLC (Case No. 23-13364) | ☐ BBBYTF LLC (Case No. 23-13365) | ☐ bed 'n bath Stores Inc. (Case No. 23-13396) |
| ☐ Bed Bath & Beyond of Annapolis, Inc. (Case No. 23-13366) | ☐ Bed Bath & Beyond of Arundel Inc. (Case No. 23-13367) | ☐ Bed Bath & Beyond of Baton Rouge Inc. (Case No. 23-13368) | ☐ Bed Bath & Beyond of Birmingham Inc. (Case No. 23-13369) |
| ☐ Bed Bath & Beyond of Bridgewater Inc. (Case No. 23-13370) | ☐ Bed Bath & Beyond of California Limited Liability Company (Case No. 23-13371) | ☐ Bed Bath & Beyond of Davenport Inc. (Case No. 23-13372) | ☐ Bed Bath & Beyond of East Hanover Inc. (Case No. 23-13373) |
| ☐ Bed Bath & Beyond of Edgewater Inc. (Case No. 23-13374) | ☐ Bed Bath & Beyond of Falls Church, Inc. (Case No. 23-13375) | ☐ Bed Bath & Beyond of Fashion Center, Inc. (Case No. 23-13376) | ☐ Bed Bath & Beyond of Frederick, Inc. (Case No. 23-13377) |
| ☐ Bed Bath & Beyond of Gaithersburg Inc. (Case No. 23-13378) | ☐ Bed Bath & Beyond of Gallery Place L.L.C. (Case No. 23-13379) | ☐ Bed Bath & Beyond of Knoxville Inc. (Case No. 23-13380) | ☐ Bed Bath & Beyond of Lexington Inc. (Case No. 23-13381) |
| ☐ Bed Bath & Beyond of Lincoln Park Inc. (Case No. 23-13382) | ☐ Bed Bath & Beyond of Louisville Inc. (Case No. 23-13383) | ☐ Bed Bath & Beyond of Mandeville Inc. (Case No. 23-13384) | ☐ Bed Bath & Beyond of Manhattan, Inc. (Case No. 23-13397) |
| ☐ Bed Bath & Beyond of Opry Inc. (Case No. 23-13385) | ☐ Bed Bath & Beyond of Overland Park Inc. (Case No. 23-13386) | ☐ Bed Bath & Beyond of Palm Desert Inc. (Case No. 23-13387) | ☐ Bed Bath & Beyond of Paradise Valley Inc. (Case No. 23-13388) |
| ☐ Bed Bath & Beyond of Pittsford Inc. (Case No. 23-13389) | ☐ Bed Bath & Beyond of Portland Inc. (Case No. 23-13390) | ☐ Bed Bath & Beyond of Rockford Inc. (Case No. 23-13391) | ☐ Bed Bath & Beyond of Towson Inc. (Case No. 23-13392) |
| ☐ Bed Bath & Beyond of Virginia Beach Inc. (Case No. 23-13393) | ☐ Bed Bath & Beyond of Waldorf Inc. (Case No. 23-13394) | ☐ Bed Bath & Beyond of Woodbridge Inc. (Case No. 23-13395) | ☐ Buy Buy Baby of Rockville, Inc. (Case No. 23-13398) |
| ☐ Buy Buy Baby of Totowa, Inc. (Case No. 23-13399) | ☐ Buy Buy Baby, Inc. (Case No. 23-13400) | ☐ BWAO LLC (Case No. 23-13401) | ☐ Chef C Holdings LLC (Case No. 23-13402) |
| ☐ Decorist, LLC (Case No. 23-13403) | ☐ Deerbrook Bed Bath & Beyond Inc. (Case No. 23-13404) | ☐ Harmon of Brentwood, Inc. (Case No. 23-13405) | ☐ Harmon of Caldwell, Inc. (Case No. 23-13406) |
| ☐ Harmon of Carlstadt, Inc. (Case No. 23-13407) | ☐ Harmon of Franklin, Inc. (Case No. 23-13408) | ☐ Harmon of Greenbrook II, Inc. (Case No. 23-13409) | ☐ Harmon of Hackensack, Inc. (Case No. 23-13410) |
| ☐ Harmon of Hanover, Inc. (Case No. 23-13411) | ☐ Harmon of Hartsdale, Inc. (Case No. 23-13412) | ☐ Harmon of Manalapan, Inc. (Case No. 23-13413) | ☐ Harmon of Massapequa, Inc. (Case No. 23-13414) |
| ☐ Harmon of Melville, Inc. (Case No. 23-13415) | ☐ Harmon of New Rochelle, Inc. (Case No. 23-13416) | ☐ Harmon of Newton, Inc. (Case No. 23-13417) | ☐ Harmon of Old Bridge, Inc. (Case No. 23-13418) |
| ☐ Harmon of Plainview, Inc. (Case No. 23-13419) | ☐ Harmon of Raritan, Inc. (Case No. 23-13420) | ☐ Harmon of Rockaway, Inc. (Case No. 23-13421) | ☐ Harmon of Shrewsbury, Inc. (Case No. 23-13422) |
| ☐ Harmon of Totowa, Inc. (Case No. 23-13423) | ☐ Harmon of Wayne, Inc. (Case No. 23-13424) | ☐ Harmon of Westfield, Inc. (Case No. 23-13425) | ☐ Harmon of Yonkers, Inc. (Case No. 23-13426) |
| ☐ Harmon Stores, Inc. (Case No. 23-13427) | ☐ Liberty Procurement Co. Inc. (Case No. 23-13428) | ☐ Of a Kind, Inc. (Case No. 23-13429) | ☐ One Kings Lane LLC (Case No. 23-13430) |
| ☐ San Antonio Bed Bath & Beyond Inc. (Case No. 23-13431) | ☐ Springfield Buy Buy Baby, Inc. (Case No. 23-13432) | | |

Debtor Bed Bath & Beyond of California Limited Liability Company has listed your claim on Schedule E/F, Part 1 as a Contingent and Unliquidated Priority claim in the amount of $0.00. You must timely file a proof of claim or be forever barred from recovery.



231337105270431

page 1