This envelope is only for FedEx Express® shipments.

Part # 156297-435

FedEx Express

SHIP DATE: 16OCT23
ACTWGT: 0.50 LB/0.23KG
CAD: 6997120/SSF02441

BILL THIRD PARTY

ORIGIN ID:SBPA   (805) 781-5400
COUNTY COUNSEL/GVMT CNTR
1055 MONTEREY ST STE D320
SAN LUIS OBISPO, CA 93408
UNITED STATES US

TO US BANKRUPTCY COURT

50 WALNUT STREET

NEWARK NJ 07102

(000) 000-0000

REF:

DEPT:

TUE – 17 OCT 5:00P
STANDARD OVERNIGHT

XE VAKA

07102
NJ-US   EWR

TRK# 8643 1336 5280

Scan to learn how we
can help make Earth
a priority together.