UNITED STATES BANKRUPTCY COURT-DISTRICT OF NEW JERSEY

In Re:  BED, BATH & BEYOND              Case No. 23-13359-VFP

CERTIFICATION OF SERVICE

I, the undersigned, certify that on October 13, 2024, I sent a copy of the following:

**RESPONSE OF CREDITOR SONOMA COUNTY TAX COLLECTOR TO DEBTORS' SECOND OMNIBUS OBJECTION TO TAX CLAIMS AND OPPOSITION TO MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES**

I, certify under penalty of perjury that the above document was sent using Fed Ex Overnight Mail to the parties listed on the attached Service List.

Dated:  October 13, 2023              s/ Megan Sweeley

## SERVICE LIST

**Debtor**

**Bed Bath & Beyond Inc.**

Warren A. Usatine

Cole Schotz P.C.

25 Main Street

PO Box 800

Hackensack, NJ 07602-0800

Felice R. Yudkin

Cole Schotz P.C.

25 Main Street

Hackensack, NJ 07602

