## **CERTIFICATE OF SERVICE**

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060. On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

DECLARATION OF SHERI THOMAS IN SUPPORT OF SANTA CRUZ
COUNTY TREASURER-TAX COLLECTOR'S RESPONSE TO
DEBTOR'S MOTION TO DETERMINE TAX LIABILITY AND STAY
PROCEEDINGS AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES

☐ by **service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

☐ by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐ by **email** by transmitting said copy electronically to the email address(es) listed below from my email account administered by the County of Santa Cruz. The electronic transmission was successful with no reported rejections.

☒ by **express or overnight mail** by depositing a copy in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of express mail or a mailbox, mail chute, or other like facility regularly maintained by an overnight mail company, in a sealed envelope, with express mail postage paid addressed to the below listed person(s).

☐ by **express or overnight mail** by arranging for pick-up by an employee of an express/overnight mail company on:

☐ by **facsimile service** at the number listed below and have confirmation that it was received by:

Cole Schotz P.C.
Attn: Warren A. Usatine, Esq., and Felice R. Yudkin, Esq.
25 Main Street
Hackensack, New Jersey 07602-0800

Clerk of the Bankruptcy Court,
P.O. Box 1352
Newark, New Jersey 07101-1352

Honorable Vincent F. Papalia
50 Walnut Street
Courtroom 3B
Newark, NJ 07102

-2-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 16, 2023 at Santa Cruz, California.

*Natalia Ponce*
NATALIA PONCE

USPS EXPRESS MAIL — PRIORITY MAIL EXPRESS — FLAT RATE

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**FROM:** (PLEASE PRINT)
County of Santa Cruz
Treasurer-Tax Collector
701 Ocean St, Room 100
Santa Cruz, CA 95060

**TO:** (PLEASE PRINT)
Honorable Vincent F. Papalia
50 Walnut St, Courtroom 3B
Newark, NJ 07102

ZIP+4: 07102

PO ZIP Code: 95101
Date Accepted: 10/16/23
Weight: 3 lbs __ ozs
Postage: $28.75
Total Postage & Fees: $28.75

EK 876299533 US

US POSTAGE PITNEY BOWES
ZIP 95060
02 1W
0001386823 OCT 16 2023
$028.750