# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on TTi Logistics (ADRID: 12989238), 1680 The Greens Way, Jacksonville Beach, FL, 32250:

- Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 747]

On October 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Litigation Parties Service List attached hereto as **Exhibit A**:

- Order (I) Enlarging the Period Within which the Debtors may Remove Actions and (II) Granting Related Relief [Docket No. 1403]

On October 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Bolton Construction LLC, (ADRID: 12925698), 79 Beaver Avenue, Suite 2, Clinton, NJ 08809:

- Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 714]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restucturing.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On October 10, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Affected Landlords 7 Service List attached hereto as **Exhibit B**:

- Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1537]

On October 10, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Affected Landlords 8 Service List attached hereto as **Exhibit C**:

- Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1538]

On October 10, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Affected Landlords 9 Service List attached hereto as **Exhibit D**:

- Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1539]

Dated: October 18, 2023

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 18, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

# Exhibit A

Supplemental Litigation Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 12735167 | ANTHEM HEALTH PLANS OF NEW HAMPSHIRE INC D/B/A ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE | 3000 GOFFS FALLS RD | | | | MANCHESTER | NH | 03103 |
| 12735064 | APPRISS INC | ATTN: LEGAL DEPARTMENT | 9901 LINN STATION RD., SUITE 500 | | | LOUISVILLE | KY | 40223 |
| 12735331 | BEST BUY CO INC | CT CORPORATION SYSTEM | 7601 PENN AVE SOUTH | | | RICHFIELD | MN | 55423-3645 |
| 12735179 | BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS INC | One Enterprise Drive | | | | North Quincy | MA | 02171 |
| 12758250 | CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA | 601 12TH STREET | | | | OAKLAND | CA | 94607 |
| 12735413 | CHRISTMAS TREE SHOPS | 39 HOLYOKE STREET | HOLYOKE CROSSING MALL | | | HOLYOKE | MA | 01040 |
| 12758294 | DAWN MESA | ADDRESS ON FILE | | | | | | |
| 12735123 | NEWBURGH CAPITAL GROUP LLC | AKIN GUMP STRAUSS·HAUER & FELD LLP | ROBERT G KOEN | ROBERT S. STRAUSS TOWER | 2001 K STREET, N.W. | WASHINGTON | DC | 20006-1037 |
| 12735476 | SEQUENTIAL BRANDS GROUP INC. | 1407 BROADWAY, 38TH FLOOR | | | | NEW YORK | NY | 10018 |
| 12735330 | STEIN MART INC | NATIONAL REGISTERED AGENTS INC | 818 WEST 7TH ST | STE 930 | | LOS ANGELES | CA | 90017 |
| 12735073 | TOSHIBA LIFESTYLE PRODUCTS & SERVICES CORPORATION | 300 KIMBALL DRIVE | | | | PARSIPPANY | NJ | 07054 |
| 12883472 | WAYNSYS, INC | 3 ETHEL ROAD | SUITE# 307 | | | EDISON | NJ | 08817 |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 1

**<u>Exhibit B</u>**

## Exhibit B

Supplemental Affected Landlord 7 Service List

Served via First Class Mail

| AddressID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 12771733 | COVENTRY REAL ESTATE ADVISORS | 5992 E PRINCETON AVE | ENGLEWOOD | CO | 80111-1031 |
| 17120473 | FAISON-MOORESVILLE, LLC | 1011 E Morehead St | Charlotte | NC | 28204 |

**Exhibit C**

# Exhibit C

Supplemental Affected Landlord 8 Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 12773157 | PASSCO COMPANIES LLC | 2050 MAIN STREET | SUITE 650 | | | IRVINE | CA | 92614 |
| 12771647 | PRICE/BAYBROOK LTD. | C/O KIMCO REALTY CORPORATION | ATTN: REGIONAL GENERAL COUNSEL | 500 NORTH BROADWAY | SUITE 201 | JERICHO | NY | 11753 |

**Exhibit D**

# Exhibit D

Supplemental Affected Landlord 9 Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| 12768889 | 211PAY-R.E.D. CAPITAL MANAGEMENT, L.L.C. | 3717 E THOUSAND OAKS BLVD | | Thousand Oaks | CA | 91362 | |
| 12769017 | 235PAY-INLAND SOUTHEAST PROPERTY MANAGEMENT CORP. #2050 | 3950 Pierce St | | Riverside | CA | 92505-3809 | |
| 12769193 | 275LL-TRIPLE B MISSION VIEJO | C/O BURNHAM REAL ESTATE | 273 BARKLY STREET | FOOTSCRAY | VIC | 3011 | AUSTRALIA |
| 12769535 | 3039P1-TEACHERS INSURANCE & ANNUITY ASSOC OF AMERICA | 730 Third Ave. | | New York | NY | 10017 | |
| 12770957 | 426 PAY-INLAND MID-ATLANTIC MANAGEMENT LLC #313 | 143 State Route 10 East | | Hanover | NJ | 07936-2104 | |
| 12771022 | 437 PAY-AIG BAKER ANDERSON, LLC | 1271 Avenue of the Americas | Floor 41 | New York | NY | 10020-1304 | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1