Creditor, Sacramento County Tax Collector
700 H Street, Room 1710  (Attn: Bankruptcy)
Sacramento, CA 95814
Telephone: (916) 874-7393
Email: taxpprop@saccounty.gov

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 OCT 19 P 2: 14

JEANNE A. NAUGHTON
BY: /s/
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re:

BED BATH & BEYOND INC., et al.

Debtors

Case No. 23-13359 (VFP)

Chapter 11

CREDITOR SACRAMENTO COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND OPPOSITON TO MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS

Date:        October 24, 2023
Time:       10:00 a.m. (ET)
Judge:      Honorable Vincent F. Papalia
Courtroom:  3B

Respondent Creditor, County of Sacramento Tax Collector ("County") hereby responds to Debtors' Second Omnibus Objection to Certain Claims and Motion to Determine Tax Liability and Stay Proceedings. The response and opposition is submitted to protect County's claim in this bankruptcy proceeding in the total amount of $10,477.63, previously filed on August 3, 2023.

Debtors seek discretionary relief under Section 505 of the Bankruptcy Code. Such relief should not be granted under the facts and circumstances of this case. The personal property values claimed by Debtors range from 8% to 12% of the 2023 values assessed by Sacramento County and are devoid of applicable legal support. The assessed value challenges are properly heard in appeals before the Sacramento County Assessment Appeals Board under California law.

-1-

23-13359 (VFP)

As stated in the accompanying declaration of Sacramento County Chief Appraiser Steffanie Klapper, Debtors have not sought to avail themselves of the assessment appeals process with respect to the subject 2023 values or at any other time in the preceding five years. Additionally, Debtors improperly rely on post lien date distressed property sales to value the personal property at issue, rather than the preferred cost approach which more accurately reflects full cash value.

The County of Sacramento joins and incorporates by reference the legal arguments raised by other county creditors opposing Debtors' motion.

Dated: October 16, 2023                    Respectfully submitted,

By: /s/ Rohn West
Rohn West
Deputy County Tax Collector
Sacramento County Department of Finance
Tax Collection and Business Licensing Division

2674846

-2-

23-13359 (VFP)