| | |
|---|---|
| 1 | **Creditor, Sacramento County Tax Collector** |
| 2 | 700 H Street, Room 1710  (Attn: Bankruptcy)<br>Sacramento, CA 95814 |
| 3 | Telephone:  (916) 874-7393<br>Email:  taxpprop@saccounty.gov |

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 OCT 19 P 2: 13

JEANNE A. NAUGHTON
BY: [signature]
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.  23-13359 (VFP) |
| BED BATH & BEYOND INC., et al. | Chapter 11 |
| Debtors | **PROOF OF SERVICE** |
| | Date:  October 24, 2023<br>Time:  10:00 a.m. (ET)<br>Judge:  Honorable Vincent F. Papalia<br>Courtroom:  3B |

I declare:

I am over the age of 18 years, and not a party to the above-entitled action.  I am employed in the County of Sacramento and my business address is 700 H Street, Suite 2650, Sacramento, California, 95814.

On October 16, 2023, I served a copy of the following document(s):

**CREDITOR SACRAMENTO COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND OPPOSITON TO MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS**

**DECLARATION OF STEFANIE KLAPPER IN SUPPORT OF CREDITOR COUNTY OF SACRAMENTO TAX COLLECTOR'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION AND OPPOSITION TO MOTION TO DETERMINE TAX LIABIITY**

on interested parties in this action by:

/ / /

/ / /

/ / /

-1-

23-13359 (VFP)

☒ overnight delivery by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, or hand delivered to the overnight delivery facility addressed as set forth below.

**CLERK OF THE BANKRUPTCY COURT**
P.O. Box 1352
Newark, New Jersey 07101-1352

☒ E-mail or electronic transmission - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address on each person listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted pro hac vice)<br>Emily E. Geier, P.C. (admitted pro hac vice)<br>Derek I. Hunter (admitted pro hac vice)<br>Joshua.sussberg@kirkland.com<br>Emily.geier@kirkland.com<br>Derek.hunter@kirkland.com | Co-Counsel for Debtors and<br>Debtors in Possession |
| **OLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel for Debtors and<br>Debtors in Possession |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 16, 2023, at Sacramento, California.

_____
Keith W. Floyd

2674993