| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, La Asia S. Canty:

    ☐ represent the _____ in this matter.
    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
    ☐ am the _____ in this matter am representing myself.

2. On October 19, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

    - ***Limited Omnibus Objection and Reservation of Rights of the Plan Administrator to Certain Administrative Claims*** **[Docket No. 2513].**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1

4.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 19, 2023                                */s/ La Asia S. Canty*
                                                                                      La Asia S. Canty

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See Exhibit A** | **See Exhibit 1** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **See Exhibit B** | **See Exhibit 2** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# EXHIBIT 1

**Service by E-Mail**

| | |
|---|---|
| **Attorneys for ChannelAdvisors Corp.**<br>Daniel M. Pereira, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>dpereira@stradley.com | **Counsel for CMR Limited Partnership**<br>Courtney M. Brown<br>Vedder Price P.C.<br>cmbrown@vedderprice.com |
| **Attorneys for Tamarack Village Shopping Center, A Limited Partnership**<br>Jeffrey Kurtzman, Esquire<br>Kurtzman Steady, LLC<br>kurtzman@kurtzmansteady.com | **Attorneys for Serota Islip NC LLC**<br>Thomas J. Monroe, Esq.<br>Richard J. McCord, Esq.<br>Certilman Balin Adler & Hyman, LLP<br>tmonroe@certilmanbalin.com<br>rmccord@certilmanbalin.com |
| **Counsel for Google LLC**<br>Amy E. Vulpio, Esq.<br>White and Williams LLP<br>vulpioa@whiteandwilliams.com | **Attorney for Continental Web Press, Inc.**<br>Colleen G. Thomas<br>Thomas Law Office<br>30 North Western Avenue<br>Carpentersville, IL 60110<br>Collections@CGTLaw.com |
| **Attorneys for F3 Metalworx, Inc.**<br>Merrill M. O'Brien, Esq.<br>O'Brien Thornton LLC<br>obrien@obrienthornton.com<br><br>- and-<br><br>Joseph A. Anesta, Esq.<br>Cameron & Mittleman LLP<br>janesta@cm-law.com | **Counsel for Oracle America, Inc.**<br>Shawn M. Christianson, Esq.<br>Buchalter, P.C.<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105<br>schristianson@buchalter.com<br><br>- and-<br><br>Amish R. Doshi<br>Doshi Legal Group, P.C.<br>1979 Marcus Ave Ste 210e<br>New Hyde Park, NY 11042-1076<br>amish@doshilegal.com |
| Counsel to Commission Junction LLC<br>Andrew Braunstein<br>Jonathan W. Young<br>Hanna J. Redd<br>Locke Lord LLP<br>andrew.braunstein@lockelord.com<br>jonathan.young@lockelord.com<br>hanna.redd@lockelord.com | **Attorneys for Salesforce, Inc.**<br>James Vandermark<br>White and Williams LLP<br>vandermarkj@whiteandwilliams.com<br><br>- and-<br><br>Lawrence M. Schwab |

|  | Thomas M. Gaa<br>Gaye N. Heck<br>Bialson, Bergen & Schwab<br>tgaa@bbslaw.com<br>gheck@bbslaw.com |
|---|---|
| **Counsel for Landlords Equity One, Inc., Pinnacle Hills, LLC, NNN REIT, Inc., DDRTC Marketplace at Mill Creek, LLC, Edison DENJ011 LLC, Edison EHNJ001 LLC, Edison NNVA001 LLC, Edison UNNJ001 LLC, Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC, and Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC**<br>Robert L. LeHane, Esq.<br>Jennifer D. Raviele, Esq.<br>Connie Choe, Esq.<br>Kelley Drye & Warren LLP<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>cchoe@kelleydrye.com |  |

# EXHIBIT 2

**Service by First Class U.S. Mail**

Avalara, Inc.
Attn: Legal
255 S King St, Suite 1800
Seattle, WA 98104