| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Ira D. Kharasch<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>ikharasch@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF IRA D. KHARASCH, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of New Jersey, the undersigned hereby seeks entry of an Order granting the admission *pro hac vice* of Ira D. Kharasch, Esq. of the law firm of Pachulski Stang Ziehl & Jones

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

DOCS_NY:48738.1 08728/003

LLP to represent Michael Goldberg, as plan administrator (the "<u>Plan Administrator</u>")[2] before this Court in connection with the above-captioned chapter 11 cases.

In support of this Application, the undersigned submits the attached Certification of Ira D. Kharasch, Esq. and requests that the proposed form of order submitted herewith be entered. The undersigned certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated: October 19, 2023

                                           **PACHULSKI STANG ZIEHL & JONES LLP**

                                           */s/ Colin R. Robinson*
                                           Colin R. Robinson
                                           780 Third Avenue, 34th Floor
                                           New York, NY 10017
                                           Telephone:     (212) 561-7700
                                           Facsimile:      (212) 561-7777
                                           Email:             crobinson@pszjlaw.com

                                           *Counsel to the Plan Administrator*

---

[2] The Plan Administrator has been appointed pursuant to the Debtors' Plan, as defined herein. The Plan Administrator is responsible for and has the authority to administer certain post-confirmation responsibilities under the Plan on behalf of the Reorganized Debtors.