**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Affected Landlords Service List attached hereto as **Exhibit A**:

- Notice of Assumption of Certain Unexpired Leases [Docket No. 1157]

On October 13, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be via First Class Mail on the Supplemental Landlord Parties Service List attached hereto as **Exhibit B**:

- Notice of (I) Phase 2 Lease Auction and Potential Lease Sale Hearing and (II) Extension of Dates and Deadlines Related Thereto [Docket No. 1162]

On October 16, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on 610 Pay-Centro Ga Delta Center, LLC (Address ID: 12772671), P.O. Box 74668, Cleveland, OH, 44194-0751:

- Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 79]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On October 16, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit C**:

- Notice of Amendment of Cure Objection Deadline [Docket No. 952]

Dated: October 18, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 18, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

# Exhibit A

Supplemental Affected Landlords Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 12768156 | 149P1-BERKADIA COMMERCIAL MORTGAGE LLC | 521 FIFTH AVENUE | 16TH FLOOR | | NEW YORK | NY | 10175 | |
| 12770648 | 385P2-REGENCY CENTERS LP | One Independent Drive | SUITE 114 | | JACKSONVILLE | FL | 32202-5019 | |
| 12768464 | CSC TOWNE CROSSING LP | C/O RIOCAN (AMERICA) MANAGEMENT INC. | 2300 YONGE ST, SUITE 500 | BOX 2386 | TORONTO | ON | M4P 1E4 | CANADA |
| 12769430 | HINES GLOBAL REAL ESTATE | SEYFERTH, MIKE, PROPERTY MANAGER | 845 TEXAS AVENUE | SUITE 3300 | HOUSTON | TX | 77002 | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1

**Exhibit B**

Exhibit B

Supplemental Landlord Parties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12767257 | 1189P1-ARLINGTON HIGHLANDS, LTD. | C/O CONNECTED MANAGEMENT SERVICES | 4000 ARLINGTON HIGHLANDS BLVD | STE 159 | ARLINGTON | TX | 76018 |
| 12768883 | KIMCO REALTY CORPORATE | AZCONA, CHRYSTELLE, LEASING | 500 NORTH BROADWAY | SUITE 201 | JERICHO | NY | 11753 |
| 12766992 | MARKET STREET FLOWOOD, LP | COOPER, KAREN, PROPERTY MANAGER | TRADEMARK PROPERTY COMPANY | 200 MARKET ST. | FLOWOOD | MS | 39232 |
| 12769400 | RK CORAL PALM PLAZA, LLC | C/O RK CENTERS 17 | 50 CABOT STREET, SUITE 200 | | NEEDHAM | MA | 02494 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1

**Exhibit C**

# Exhibit C

Supplemental Contract Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|
| 12925527 | 10TH MAGNITUDE INC | 211 QUALITY CIRCLE | COLLEGE STATION | TX | 77854 | |
| 12925782 | BAMBUSER AB | MALMSKILLNADSGATAN 13 | STOCKHOLM | | 111 57 | SWEDEN |