| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

Case No.: _____

Chapter: _____

In Re:

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**Exhibit A**

1. RESPONSE OF CERTAIN TEXAS TAXING ENTITIES IN OPPOSITION TO DEBTORS' (I) OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (II)MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS; AND REQUEST FOR ABSTENTION [Dkt 2483]
2. OPPOSITION RESPONSE OF THE TAXING DISTRICTS COLLECTED BY RANDALL COUNTY TO DEBTORS' MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS [Dkt 2484]
3. OBJECTION OF TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS TO DEBTORS' MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS and REQUEST FOR ABSTENTION [Dkt 2487]
4. TEXAS TAXING AUTHORITIES' (I) RESPONSE TO OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND OBJECTION TO MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS; AND (II) REQUEST FOR ABSTENTION [Dkt 2492]
5. OBJECTION OF (1) BOWIE CENTRAL APPRAISAL DISTRICT; (2) THE COUNTY OF BRAZOS, TEXAS; (3) THE COUNTY OF DENTON, TEXAS; (4) THE COUNTY OF GUADALUPE, TEXAS; (5) THE COUNTY OF HAYS, TEXAS; (6) MCLENNAN CENTRAL APPRAISAL DISTRICT; (7) MIDLAND CENTRAL APPRAISAL DISTRICT; (8) CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY; (9) CITY OF WACO AND WACO INDEPENDENT SCHOOL DISTRICT; (10) THE COUNTY OF WILLIAMSON, TEXAS TO DEBTORS' (I) OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (ii) MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS and REQUEST FOR ABSTENTION [Dkt 2497]