UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Bradford J. Sandler
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700/Fax: (212) 561-7777
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Counsel to the Plan Administrator

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.

Case No.: 23-13359 (VFP)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 10/24, 11/14

Judge: Vincent Papalia

## ADJOURNMENT REQUEST

1. I, _____Colin R. Robinson_____,

   ☒ am the attorney for: _____Michael Goldberg, Plan Administrator_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Certain administrative claims (Docket No. 2309, 2431, 2437)

   Current hearing date and time: 2309: 10/24; 2431/2437: 11/14

   New date requested: 12/12

   Reason for adjournment request: Plan administrator recently appointed; needs additional time to review and discuss administrative claims with claimants.

2. Consent to adjournment:

   ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below):

   Contacted counsel for claimants via email but did not receive response as of this request for adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: 10/19/23                                                                   /s/ Colin R. Robinson
                                                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted                                New hearing date: _____                ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____                ☐ Peremptory

☒ Denied  in part without prejudice

***The adjournment request is opposed as to Docket No. 2309, which is scheduled to be heard on October 24, 2023.  The parties can discuss the appropriateness of adjournment of this matter on the record during the hearing on October 24, 2023.  As a reminder, this hearing is being conducted remotely via Zoom only.  To appear remotely, counsel must register with the Court to by submitting an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and who they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction ***

The Court will render a ruling as to the request for adjournment of Docket Nos. 2431 & 2437 (both of which are presently scheduled to be heard on November 14, 2023) following the October 24, 2023 hearing.

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*