UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700; Fax: (212) 561-7777
Bradford J. Sandler (bsandler@pszjlaw.com)
Colin R. Robinson (crobinson@pszjlaw.com)
Edward A. Corma (ecorma@pszjlaw.com)

Counsel to the Plan Administrator

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.

Case No.: 23-13359 (VFP)
Adv. Pro. No.: _____
Chapter: 11
Subchapter V:  ☒ Yes  ☒ No
Hearing Date: 10/24/2023
Judge: Papalia

## ADJOURNMENT REQUEST

1. I, _____Edward A. Corma_____,

   ☒ am the attorney for: _____Michael Goldberg, as Plan Administrator_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion of HRTC I, LLC for Leave to File a Late Administrative Claim

   Current hearing date and time: 10/24/2023 at 10:00 AM

   New date requested: 11/14/2023 at 10:00 AM

   Reason for adjournment request: The parties have conferred regarding this motion and request additional time to attempt to work out a resolution.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: __October 23, 2023__                    /s/ Edward A. Corma
                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date: __November 14, 2023 at 10:00am__    ❏ Peremptory

❏ Granted over objection(s)  New hearing date: _____             ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*