| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> Brigid K. Ndege, Esq. (NJ Bar No. 55032014) <br> 161 North Clark Street, Suite 4300 <br> Chicago, Illinois 60601 <br> (312) 602-5104 <br> brigid.ndege@bclplaw.com <br><br> -and- <br><br> Jarret P. Hitchings, Esq. <br> One Wells Fargo Center <br> 301 S. College Street, Suite 2150 <br> Charlotte, North Carolina 28202 <br> (704) 749-8965 <br> jarret.hitchings@bclplaw.com <br><br> *Counsel to Ben Rosenzweig and Marjorie L. Bowen* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### **APPLICATION FOR *PRO HAC VICE* ADMISSION OF JARRET P. HITCHINGS, ESQ.**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of New Jersey, the undersigned hereby seeks entry of an Order granting the admission *pro hac vice* of Jarret P. Hitchings, Esq. of the law firm of Bryan Cave Leighton Paisner LLP to represent Ben Rosenzweig and Marjorie L. Bowen before this Court in connection with the above-captioned chapter 11 cases.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

In support of this Application, the undersigned submits the attached certification of Jarret P. Hitchings, Esq. and requests that the proposed form of order submitted herewith be entered. The undersigned certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated: October 23, 2023

/s/ Brigid K. Ndege
Brigid K. Ndege, Esq. (NJ Bar No. 55032014)

**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5104
brigid.ndege@bclplaw.com

| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>Brigid K. Ndege, Esq. (NJ Bar No. 55032014)<br>161 North Clark Street, Suite 4300<br>Chicago, Illinois 60601<br>(312) 602-5104<br>brigid.ndege@bclplaw.com<br><br>-and-<br><br>Jarret P. Hitchings, Esq.<br>One Wells Fargo Center<br>301 S. College Street, Suite 2150<br>Charlotte, North Carolina 28202<br>(704) 749-8965<br>jarret.hitchings@bclplaw.com<br><br>*Counsel to Ben Rosenzweig and Marjorie L. Bowen* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[2] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF JARRET P. HITCHINGS, ESQ. IN SUPPORT OF APPLICATION FOR ORDER FOR ADMISSION *PRO HAC VICE*

I, Jarret P. Hitchings, Esq., hereby certify and state as follows:

1. I am an attorney with the law firm of Bryan Cave Leighton Paisner LLP. I maintain my regular office for practice of law at One Wells Fargo Center, 301 S. College Street, Suite 2150, Charlotte, North Carolina 28202.

2. I am a member in good standing of the bar of the state of Delaware (admitted in 2011), the State Bar of Pennsylvania (admitted in 2011), the North Carolina State Bar (admitted in 2023), and

---

[2] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

I am duly licensed and admitted to practice in in the United States District Court for the Eastern District of Pennsylvania (admitted in 2011), the United States District Court for the District of Delaware (admitted in 2011), and the United States District Court for the Eastern District of North Carolina (admitted in 2023).

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this Certification in support of the application to permit me to appear and participate *pro hac vice* as counsel to Ben Rosenzweig and Marjorie L. Bowen.

5. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of the Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey ("D.N.J. L.R.").

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission *pro hac vice*.

7. I will abide by D.N.J. L.R. 101.1(c).

8. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of these cases.

9. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2023                /s/ Jarret P. Hitchings
                                                 Jarret P. Hitchings, Esq.

**BRYAN CAVE LEIGHTON PAISNER LLP**
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749-8965
jarret.hitchings@bclplaw.com