**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 2, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by first class mail and email to the United States Trustee, Attn: Fran B. Steele, Esq and Alexandria Nikolinos, Esq., One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102, ustpregion03.ne.ecf@usdoj.gov, fran.b.steele@usdoj.gov, alexandria.nikolinos@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 23-13359 for the Month Ending: 9/30/2023 [Docket No. 2315]

- Chapter 11 Monthly Operating Report for Case Number 23-13393 for the Month Ending: 9/30/2023 [Docket No. 2316]

- Chapter 11 Monthly Operating Report for Case Number 23-13382 for the Month Ending: 9/30/2023 [Docket No. 2317]

- Chapter 11 Monthly Operating Report for Case Number 23-13421 for the Month Ending: 9/30/2023 [Docket No. 2318]

- Chapter 11 Monthly Operating Report for Case Number 23-13371 for the Month Ending: 9/30/2023 [Docket No. 2319]

- Chapter 11 Monthly Operating Report for Case Number 23-13409 for the Month Ending: 9/30/2023 [Docket No. 2320]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

- Chapter 11 Monthly Operating Report for Case Number 23-13394 for the Month Ending: 9/30/2023 [Docket No. 2321]

- Chapter 11 Monthly Operating Report for Case Number 23-13360 for the Month Ending: 9/30/2023 [Docket No. 2322]

- Chapter 11 Monthly Operating Report for Case Number 23-13422 for the Month Ending: 9/30/2023 [Docket No. 2323]

- Chapter 11 Monthly Operating Report for Case Number 23-13372 for the Month Ending: 9/30/2023 [Docket No. 2324]

- Chapter 11 Monthly Operating Report for Case Number 23-13383 for the Month Ending: 9/30/2023 [Docket No. 2325]

- Chapter 11 Monthly Operating Report for Case Number 23-13395 for the Month Ending: 9/30/2023 [Docket No. 2326]

- Chapter 11 Monthly Operating Report for Case Number 23-13410 for the Month Ending: 9/30/2023 [Docket No. 2327]

- Chapter 11 Monthly Operating Report for Case Number 23-13423 for the Month Ending: 9/30/2023 [Docket No. 2328]

- Chapter 11 Monthly Operating Report for Case Number 23-13373 for the Month Ending: 9/30/2023 [Docket No. 2329]

- Chapter 11 Monthly Operating Report for Case Number 23-13361 for the Month Ending: 9/30/2023 [Docket No. 2330]

- Chapter 11 Monthly Operating Report for Case Number 23-13384 for the Month Ending: 9/30/2023 [Docket No. 2331]

- Chapter 11 Monthly Operating Report for Case Number 23-13398 for the Month Ending: 9/30/2023 [Docket No. 2332]

- Chapter 11 Monthly Operating Report for Case Number 23-13424 for the Month Ending: 9/30/2023 [Docket No. 2333]

- Chapter 11 Monthly Operating Report for Case Number 23-13411 for the Month Ending: 9/30/2023 [Docket No. 2334]

- Chapter 11 Monthly Operating Report for Case Number 23-13374 for the Month Ending: 9/30/2023 [Docket No. 2335]

- Chapter 11 Monthly Operating Report for Case Number 23-13362 for the Month Ending: 9/30/2023 [Docket No. 2336]

- Chapter 11 Monthly Operating Report for Case Number 23-13399 for the Month Ending: 9/30/2023 [Docket No. 2337]

- Chapter 11 Monthly Operating Report for Case Number 23-13397 for the Month Ending: 9/30/2023 [Docket No. 2338]

- Chapter 11 Monthly Operating Report for Case Number 23-13425 for the Month Ending: 9/30/2023 [Docket No. 2339]

- Chapter 11 Monthly Operating Report for Case Number 23-13375 for the Month Ending: 9/30/2023 [Docket No. 2340]

- Chapter 11 Monthly Operating Report for Case Number 23-13412 for the Month Ending: 9/30/2023 [Docket No. 2341]

- Chapter 11 Monthly Operating Report for Case Number 23-13400 for the Month Ending: 9/30/2023 [Docket No. 2342]

- Chapter 11 Monthly Operating Report for Case Number 23-13363 for the Month Ending: 9/30/2023 [Docket No. 2343]

- Chapter 11 Monthly Operating Report for Case Number 23-13426 for the Month Ending: 9/30/2023 [Docket No. 2344]

- Chapter 11 Monthly Operating Report for Case Number 23-13376 for the Month Ending: 9/30/2023 [Docket No. 2345]

- Chapter 11 Monthly Operating Report for Case Number 23-13385 for the Month Ending: 9/30/2023 [Docket No. 2346]

- Chapter 11 Monthly Operating Report for Case Number 23-13401 for the Month Ending: 9/30/2023 [Docket No. 2347]

- Chapter 11 Monthly Operating Report for Case Number 23-13413 for the Month Ending: 9/30/2023 [Docket No. 2348]

- Chapter 11 Monthly Operating Report for Case Number 23-13427 for the Month Ending: 9/30/2023 [Docket No. 2349]

- Chapter 11 Monthly Operating Report for Case Number 23-13377 for the Month Ending: 9/30/2023 [Docket No. 2350]

- Chapter 11 Monthly Operating Report for Case Number 23-13364 for the Month Ending: 9/30/2023 [Docket No. 2351]

- Chapter 11 Monthly Operating Report for Case Number 23-13402 for the Month Ending: 9/30/2023 [Docket No. 2352]

- Chapter 11 Monthly Operating Report for Case Number 23-13428 for the Month Ending: 9/30/2023 [Docket No. 2353]

- Chapter 11 Monthly Operating Report for Case Number 23-13386 for the Month Ending: 9/30/2023 [Docket No. 2354]

- Chapter 11 Monthly Operating Report for Case Number 23-13378 for the Month Ending: 9/30/2023 [Docket No. 2355]

- Chapter 11 Monthly Operating Report for Case Number 23-13414 for the Month Ending: 9/30/2023 [Docket No. 2356]

- Chapter 11 Monthly Operating Report for Case Number 23-13403 for the Month Ending: 9/30/2023 [Docket No. 2357]

- Chapter 11 Monthly Operating Report for Case Number 23-13365 for the Month Ending: 9/30/2023 [Docket No. 2358]

- Chapter 11 Monthly Operating Report for Case Number 23-13429 for the Month Ending: 9/30/2023 [Docket No. 2359]

- Chapter 11 Monthly Operating Report for Case Number 23-13379 for the Month Ending: 9/30/2023 [Docket No. 2360]

- Chapter 11 Monthly Operating Report for Case Number 23-13387 for the Month Ending: 9/30/2023 [Docket No. 2361]

- Chapter 11 Monthly Operating Report for Case Number 23-13404 for the Month Ending: 9/30/2023 [Docket No. 2362]

- Chapter 11 Monthly Operating Report for Case Number 23-13415 for the Month Ending: 9/30/2023 [Docket No. 2363]

- Chapter 11 Monthly Operating Report for Case Number 23-13430 for the Month Ending: 9/30/2023 [Docket No. 2364]

- Chapter 11 Monthly Operating Report for Case Number 23-13396 for the Month Ending: 9/30/2023 [Docket No. 2365]

- Chapter 11 Monthly Operating Report for Case Number 23-13380 for the Month Ending: 9/30/2023 [Docket No. 2366]

- Chapter 11 Monthly Operating Report for Case Number 23-13405 for the Month Ending: 9/30/2023 [Docket No. 2367]

- Chapter 11 Monthly Operating Report for Case Number 23-13388 for the Month Ending: 9/30/2023 [Docket No. 2368]

- Chapter 11 Monthly Operating Report for Case Number 23-13431 for the Month Ending: 9/30/2023 [Docket No. 2369]

- Chapter 11 Monthly Operating Report for Case Number 23-13416 for the Month Ending: 9/30/2023 [Docket No. 2370]

- Chapter 11 Monthly Operating Report for Case Number 23-13381 for the Month Ending: 9/30/2023 [Docket No. 2371]

- Chapter 11 Monthly Operating Report for Case Number 23-13406 for the Month Ending: 9/30/2023 [Docket No. 2372]

- Chapter 11 Monthly Operating Report for Case Number 23-13366 for the Month Ending: 9/30/2023 [Docket No. 2373]

- Chapter 11 Monthly Operating Report for Case Number 23-13432 for the Month Ending: 9/30/2023 [Docket No. 2374]

- Chapter 11 Monthly Operating Report for Case Number 23-13407 for the Month Ending: 9/30/2023 [Docket No. 2375]

- Chapter 11 Monthly Operating Report for Case Number 23-13389 for the Month Ending: 9/30/2023 [Docket No. 2376]

- Chapter 11 Monthly Operating Report for Case Number 23-13408 for the Month Ending: 9/30/2023 [Docket No. 2377]

- Chapter 11 Monthly Operating Report for Case Number 23-13417 for the Month Ending: 9/30/2023 [Docket No. 2378]

- Chapter 11 Monthly Operating Report for Case Number 23-13367 for the Month Ending: 9/30/2023 [Docket No. 2379]

- Chapter 11 Monthly Operating Report for Case Number 23-13390 for the Month Ending: 9/30/2023 [Docket No. 2380]

- Chapter 11 Monthly Operating Report for Case Number 23-13418 for the Month Ending: 9/30/2023 [Docket No. 2381]

- Chapter 11 Monthly Operating Report for Case Number 23-13368 for the Month Ending: 9/30/2023 [Docket No. 2382]

- Chapter 11 Monthly Operating Report for Case Number 23-13391 for the Month Ending: 9/30/2023 [Docket No. 2383]

- Chapter 11 Monthly Operating Report for Case Number 23-13419 for the Month Ending: 9/30/2023 [Docket No. 2384]

- Chapter 11 Monthly Operating Report for Case Number 23-13369 for the Month Ending: 9/30/2023 [Docket No. 2385]

- Chapter 11 Monthly Operating Report for Case Number 23-13392 for the Month Ending: 9/30/2023 [Docket No. 2386]

- Chapter 11 Monthly Operating Report for Case Number 23-13420 for the Month Ending: 9/30/2023 [Docket No. 2387]

- Chapter 11 Monthly Operating Report for Case Number 23-13370 for the Month Ending:

  9/30/2023 [Docket No. 2388]

Dated: October 20, 2023

                                                        /s/ Amy Castillo
                                                        Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 20, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 73301