|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704.6350<br>Fax:          (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Douglas D. Herrmann<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777.6500<br>Fax:          (866) 422.3027<br>Email: douglas.herrmann@troutman.com<br> - and -<br>**RIEMER & BRAUNSTEIN, LLP**<br>Steven E. Fox<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>Tel: (212) 789-3150<br>Fax: (212) 719-0140<br>Email:  sfox@riemerlaw.com<br>*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*<br><br>In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## AMENDED NOTICE OF APPEARANCE[1]

---

[1] After October 27, 2023, Marcy J. McLaughlin Smith will no longer be employed by Troutman Pepper Hamilton Sanders LLP and will no longer represent Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC.  Accordingly, she is withdrawing her appearance, and this amended notice of appearance should govern for service purposes.

164528805v1

Please take notice that in accordance with Fed. R. Bankr. P. 2002, 3017, 4001, 9007 and 9010(b) the undersigned enter an appearance in these cases on behalf of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC. Request is made that the documents filed in these cases and identified below be served on the undersigned at the following addresses:

ADDRESSES:

**RIEMER & BRAUNSTEIN, LLP**
Steven E. Fox
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Tel: (212) 789-3150
Fax: (212) 719-0140
Email: sfox@riemerlaw.com

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Douglas D. Herrmann
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Fax: (866) 422.3027
Email: douglas.herrmann@troutman.com

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 10022
Fax: (212) 704.6288
Email: jessica.mikhailevich@troutman.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

164528805v1

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated:  October 27, 2023

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Jessica D. Mikhailevich*
Jessica D. Mikhailevich
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6350
Facsimile: (212) 704-6288
Email: jessica.mikhailevich@troutman.com

- and -

Douglas D. Herrmann
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:         (866) 422.3027
Email: douglas.herrmann@troutman.com

- and -

**RIEMER & BRAUNSTEIN, LLP**

Steven E. Fox (*pro hac vice* pending)
Times Square Tower
Seven Times Square, Suite 2506
New York, NY10036
Tel: (212) 789-3150
Fax: (212) 719-0140
Email:  sfox@riemerlaw.com

*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*

164528805v1