|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 704.6350<br>Fax:         (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Douglas D. Herrmann<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777.6500<br>Fax:         (866) 422.3027<br>Email: douglas.herrmann@troutman.com<br> - and -<br>**RIEMER & BRAUNSTEIN, LLP**<br>Steven E. Fox<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY 10036<br>Tel: (212) 789-3150<br>Fax: (212) 719-0140<br>Email:  sfox@riemerlaw.com<br>*Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*<br><br>_____<br><br>In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.      I, Susan Henry:

☐ represent _____ in the above-captioned cases.

☑ am the paralegal for Jessica D. Mikhailevich, who represents Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, in the above-captioned cases.

-4-

☐ am the _____ in the above case and am representing myself.

2. On October 27, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

*AMENDED NOTICE OF APPEARANCE*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   October 27, 2023              /s/ Susan Henry
                                       Susan Henry

164528805v1

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C.<br>Emily E. Geier, P.C.<br>Derek I. Hunter<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| COLE SCHOTZ P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Alexandria Nikolinos, Esq.<br>United States Department of Justice, Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>alexandria.nikolinos@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| Fran B. Steele, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102<br>Fran.B.Steele@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |

| | | |
|---|---|---|
| **DUANE MORRIS LLP**<br>Sommer L. Ross, Esq.<br>1940 Route 70 East, Suite 100<br>Cherry Hill, New Jersey 08003-2171<br>SLRoss@duanemorris.com | Counsel for Sixth Street Specialty Lending, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| **DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste 1800<br>Newark, NJ 07102<br>MSBauer@duanemorris.com | Counsel for Sixth Street Specialty Lending, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| **BALLARD SPAHR LLP**<br>Leslie C. Heilman, Esq.<br>Laurel D. Roglen, Esq.<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Counsel for Brixmor Operating Partnership LP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| **GREENBERG TRAURIG, LLP**<br>Alan J. Brody<br>500 Campus Drive<br>Suite 400<br>Florham Park, NJ 07932<br>brodya@gtlaw.com | Counsel for JPMorgan Chase Bank N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |
| **STARK & STARK, P.C.**<br>Joseph H. Lemkin, Esq.<br>Thomas Onder, Esq.<br>P.O. Box 5315 | Counsel for Levin Management Corp. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail |

| | | |
|---|---|---|
| Princeton NJ 08543-5315<br>Jlemkin@stark-stark.com<br>tonder@stark-stark.com | | ☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the Court or rule) |