# EXHIBIT B

| | | | |
|---|---|---|---|
| Today's Date | 10/18/2023 | Agent Contact Information (Name, Phone #, and E-mail) | Equiniti, LLC 6201 15th Avenue, Brooklyn, NY 11219 |

## Event Information

| | |
|---|---|
| Target CUSIP and Description | BED BATH & BEYOND SER A CON |
| Effective / Position Delete Date: | 09/29/2023 |
| Cede & Co Balance | 170.000 |

| | | | |
|---|---|---|---|
| Please confirm that as the referenced security is deemed null, void, and worthless and that there are no existing or upcoming interest/dividend payments, concurrent events, or future distributions on this security | Agree | If you disagree, please explain the upcoming payment, events or potential future distributions on this security | |
| Who will provide the Null, Void and Worthless letter? | Other | If other, please advise | |

## Agent Processing Information

| | |
|---|---|
| Agent contact and address to send DTC's inventory (if different from above) | |

## Additional Information

Are there any other CUSIPs or family of CUSIPs going through this event?

BED BATH & BEYOND Common 075896100/BED BATH & BEYOND WARRANTS 075896118

NVW 09/20