| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>· Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Paul Pflumm, Esquire<br>**McDOWELL LAW, PC**<br>46 W. Main Street<br>Maple Shade, NJ 08052<br>Telephone: (856) 482-5544<br>Telecopier: (856) 482-5511<br>ppflumm@mcdowelllegal.com<br>Attorneys for Sharmele Moore | |
|---|---|
| In Re:<br><br>Bed Bath & Beyond Inc.,<br><br>Debtor | Case No.:   23-13359 (VFP)<br><br>Chapter:   11<br><br>Hearing Date:<br><br>Judge:   Honorable Vincent F. Papalia |

**ORDER MODIFYING STAY AND GRANTING LEAVE TO PROCEED TO THE EXTENT OF INSURANCE PROCEEDS; AND RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

_/s/ Michael B. Kaplan_
MICHAEL B. KAPLAN, USBJ

10/25/23

This matter having come before the Court by way of Motion filed by Sharmele Moore by and through her attorneys, McDowell Law, PC, Paul Pflumm appearing, and after consideration of the arguments of the parties, and for good cause shown:

IT IS HEREBY ORDERED:

1. The Motion to Modify Stay and for Leave to Proceed to the Extent of Insurance Proceeds; and for Related Relief is hereby granted.

2. The Automatic Stay and/or the Discharge Injunction is modified to permit the Movant, Sharmele Moore, to institute or resume and prosecute to conclusion a personal injury case in the Ohio courts.

3. Such relief is limited to the extent of available insurance coverage.* Any damages in excess of insurance coverage shall only be recoverable through the claims process as an unsecured creditor to the extent permitted under the Confirmed Plan.

4. The Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

\* Nothing in this Order shall serve to modify the rights or defenses held by any Insurer under its insurance policy or other contractual agreement(s) between the Debtor and Insurer, the Bankruptcy Code, or other applicable law.

M:\Active Files\Moore, Sharmelle\stay relief\proposed order.wpd

*MRK*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13359-VFP |
| Bed Bath & Beyond Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf903 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023          Signature:     /s/Gustava Winters