| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Robert J. Feinstein <br> Bradford J. Sandler <br> Paul J. Labov <br> Colin R. Robinson <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Facsimile: (212) 561-7777 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

1. I, La Asia S. Canty:

    ☐ represent the _____ in this matter.
    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
    ☐ am the _____ in this matter am representing myself.

2. On October 27, 2023 and October 28, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

    - *Objection of the Plan Administrator to Motion of Common Stock Equity Interest Holders for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit* [Docket No. 2630];

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1

- *Declaration of Michael Goldberg as Plan Administrator in Support of Objections of Plan Administrator to (I) Emergency Motion of Common Stock Equity Interest Holders for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit and (II) Emergency Motion of Common Stock Equity Interest Holders For Stay and Associated Relief Pending Appeal Pursuant to Fed. R. Bankr. P. 8013(d) and 8007* [Docket No. 2631]; and

- *Opposition of the Plan Administrator to Emergency Motion of Common Stock Equity Interest Holders for Stay and Associated Relief Pending Appeal Pursuant to Fed. R. Bankr. P. 8013(d) and 8007* [Docket No. 2632].

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 30, 2023                                   */s/ La Asia S. Canty*
                                                                            La Asia S. Canty

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See Exhibit 1** | **See Exhibit 1** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ **Other: Electronic mail on October 27, 2023**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **See Exhibit 2** | **See Exhibit 2** | ☐ Hand-delivered<br>☒ **Regular mail on October 27, 2023**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **See Exhibit 3** | **See Exhibit 3** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ **Other Federal Express on October 28, 2023**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# EXHIBIT 1

**Service by E-Mail on October 27, 2023**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| NEELAY DAS | | NEELAY.BBBY.NJB@GMAIL.COM |
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, & FELICE R. YUDKIN | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM |
| DAVIS POLK & WARDWELL, LLP | ATTN: MARSHALL HUEBNER, NATASHA TSIOURIS, ADAM SHPEEN, & MICHAEL PERA | MARSHALL.HUEBNER@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>ADAM.SHPEEN@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, EMILY E. GEIER, DEREK I. HUNTER, ROSS J. FIEDLER | JOSHUA.SUSSBERG@KIRKLAND.COM<br>EMILY.GEIER@KIRKLAND.COM<br>DEREK.HUNTER@KIRKLAND.COM<br>ROSS.FIEDLER@KIRKLAND.COM |
| PROSKAUER ROSE LLP | ATTN: DAVID M. HILLMAN, ESQ., MEGAN VOLIN, ESQ. & REUVEN C. KLEIN, ESQ. | DHILLMAN@PROSKAUER.COM<br>DHILLMAN@PROSKAUER.COM<br>MVOLIN@PROSKAUER.COM<br>RKLEIN@PROSKAUER.COM |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ALAN S. MAZA | MAZAA@SEC.GOV |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | USTPREGION03.NE.ECF@USDOJ.GOV<br>FRAN.B.STEELE@USDOJ.GOV<br>ALEXANDRIA.NIKOLINOS@USDOJ.GOV |

# EXHIBIT 2

**Service by First Class Mail on October 27, 2023**

Neelay Das
4682 Chabot Dr
Pleasanton, CA 94588

Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS-France

# EXHIBIT 3

**Service by Federal Express on October 28, 2023**

Neelay Das
4682 Chabot Dr
Pleasanton, CA 94588

Gabriel Rostom
63 Rue de la Folie Regnault
75011 PARIS-France