UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BARRY S. MILLER, ESQ.
1211 Liberty Avenue
Hillside, NJ 07205
973-216-7030
973-710-3099 (fax)
bmiller@barrysmilleresq.com
Attorney for Unsecured Creditor
English Tea Shop USA Corp.

In Re:

BED BATH & BEYOND, INC.

               Debtor.

Case No:   23-13359

Chapter:   11

Judge:   VFP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of **English Tea Shop USA Corp.**

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:   1211 Liberty Avenue
                          Hillside, NJ 07205

    DOCUMENTS:

      ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
      ☑ All documents and pleadings of any nature.

                                          BARRY S. MILLER, ESQ.
                                          Attorney for English Tea Shop USA Corp.

Dated: 10/31/23

                                        By: /s/Barry S. Miller
                                            Barry S. Miller

*new.8/1/15*