| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### NOTICE OF ABANDONMENT OF CERTAIN DE MINIMIS ASSETS
### (125 PALLETS OF VALANCE BANDS)

**PLEASE TAKE NOTICE** that Creditor F3 Metalworx, Inc. ("F3") alleges the existence of that certain F3/BBB Storage Contract as set forth in its *Brief of Creditor F3 Metalworx, Inc. in Support of Motion for the Allowance and Payment of Post-Petition Storage Charges of $23,437 Through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense* [Docket No. 2309-2] (the "F3 Administrative Claim" between the Debtors and F3, pursuant to which F3 is allegedly storing 125 pallets of shelving equipment known as "Valance Bands" (the "Stored Product").

**PLEASE FURTHER TAKE NOTICE** that on July 6, 2023, F3 requested the Debtors authority to sell the Store Product.

**PLEASE TAKE FURTHER NOTICE** that on August 3, 2023 the Debtors confirmed via electronic mail that F3 could dispose of the Stored Product and the Debtors would not be accepting the Stored Product.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

**PLEASE TAKE FURTHER NOTICE** that on September 11, 2023, the Debtors filed their *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2160] (the "Plan").[2] On September 14, 2023, the Court entered an Order confirming the Plan (the "Confirmation Order") [Docket No. 2172].

**PLEASE TAKE FURTHER NOTICE** that on September 29, 2023 (the "Effective Date"), the Debtors filed the *Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates and (II) Occurrence of Effective Date* [Docket No. 2311]. Pursuant to the Plan, on the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and is authorized to (i) implement the Plan and any applicable orders of the Bankruptcy Court and (ii) sell, liquidate, or otherwise dispose of any and all of the Wind-Down Debtors' assets without additional notice to or approval of the Bankruptcy Court. *See Plan*, Articles IV.F.4, VII.A. and VII.B.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, all executory contracts not otherwise provided for were rejected as of the Effective Date. *See* Confirmation Order, ¶ 17; Plan, Article V.

**PLEASE TAKE FURTHER NOTICE** F3 asserts that the Stored Product has not yet been abandoned. The Plan Administrator reserves any and all rights and defenses to assert the Stored Product was previously abandoned.

**PLEASE TAKE FURTHER NOTICE** that the F3/BBB Storage Contract was rejected as of the Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator, to the extent it is determined the Store Product was not previously abandoned, hereby provides notice of the abandonment of the Stored Product pursuant to the Plan. *See Plan*, Articles IV.F.4, VII.A. and VII.B.

[Remainder of page intentionally left blank]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

| | |
|---|---|
| Dated: October 31, 2023 | */s/ Bradford J. Sandler* |
| | Robert J. Feinstein |
| | Bradford J. Sandler |
| | Paul J. Labov |
| | Colin R. Robinson |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |

*Counsel to the Plan Administrator*