**EXHIBIT B**

B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEW JERSEY

<u>In re Bed Bath & Beyond Inc.</u>, Chapter 11 Case No. 23-13359 (the "Bankruptcy Case").

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
Evolution Credit Opportunity Master Fund II-B, L.P.

**Name of Transferor:**
Avanti Linens, Inc.
234 Moonachie Road
Moonachie, NJ 07074
Attn: Patricia Grisolia
Tel: 201-641-7766
Email: pgrisolia@avantilinens.com

Claim # (if known): 224
Total amount of Claim: $42,956.77
Amount of Claim Transferred: $42,956.77
Date claim filed: May 5, 2023
Debtor: Bed Bath & Beyond Inc.

**Name and Address where notices to transferee should be sent:**

Evolution Credit Opportunity Master Fund II-B, L.P.
28 State Street
23rd Floor
Boston MA 02109
Attn: Gary Tripp
Email: gtripp@evolutioncreditopartners.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Name and Address where transferee payments should be sent (if different from above):**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Evolution Credit Opportunity Master Fund II-B, L.P.
By: Evolution Credit Partners Management, LLC
Its: General Partner

By: _[signature]_
Transferee/Transferee's Agent

Date: October 31, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court")
Attn: Clerk

AND TO: Bed Bath & Beyond Inc. (the "Debtor")
Chapter 11 Case No. 23-13359 (the "Bankruptcy Case")

re: Claim #224

Avanti Linens, Inc. (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Evolution Credit Opportunity Master Fund II-B, L.P.
28 State Street
23rd Floor
Boston MA 02109
Attn: Gary Tripp
Email: gtripp@evolutioncreditopartners.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

and its successors and assigns (the "Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 224 in the principal amount of $42,956.77 (the "Claim"), against the Debtor in the Bankruptcy Case.

The Seller hereby waives any objection to the transfer of the Claim to the Buyer on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. The Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October __, 2023.

Avanti Linens, Inc.

By: _____

Name: Michael Tauber

Title: President

Evolution Credit Opportunity Master Fund II-B, L.P.
By: Evolution Credit Partners Management, LLC
Its General Partner

By: _____

Name: Michael P. Guarnieri

Title: Managing Partner