**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
emily.geier@kirkland.com
derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF HEARING ON FINAL COMPENSATION APPLICATIONS

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

65548/0001-46416283v1

**PLEASE TAKE NOTICE** that there will be a hearing held, if necessary, on **November 28, 2023, at 2:00 p.m. (ET),** before the Honorable Vincent F. Papalia, U.S.B.J., at the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3B, Newark, N.J. 07102 for the purpose of acting on applications for compensation. Attendance by creditors is welcomed, but not required. The following fee applications will be heard:

| APPLICANT and APPLICATION | FEES | EXPENSES |
|---|---|---|
| Cole Schotz P.C., Co-Counsel to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2651] | $2,526,183.75 | $24,535.55 |
| Kirkland & Ellis LLP and<br>Kirkland & Ellis International LLP, Co-Counsel to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2656] | $13,479,066.50 | $242,199.90 |
| Kroll Restructuring Administration LLC<br>Administrative Advisor to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2650] | $106,759.80 | $0.00 |
| Lazard Freres and Co. LLC<br>Investment Banker to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2652] | $694,062.50 | $102,300.25 |
| Jones Lang Lasalle Americas, Inc.<br>Real Estates Consultant and Advisor to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2653] | $449,719.00 | $0.00 |
| Deloitte Tax LLP<br>Tax Advisory Services Provider to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2654] | $953,295.10 | $124.17 |

65548/0001-46416283v1

| APPLICANT and APPLICATION | FEES | EXPENSES |
|---|---|---|
| A&G Realty Partners, LLC<br>Real Estate Consultant and Advisor to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2655] | $1,335,463.00 | $0.00 |

**PLEASE TAKE FURTHER NOTICE THAT** creditors may be heard before the applications are determined. In accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required, unless objections are timely filed and served. Objections shall be filed and served no later than November 21, 2023.

**PLEASE TAKE FURTHER NOTICE** that copies of the final fee applications may be obtained at no charge at https://restructuring.ra.kroll.com/bbby/ or via PACER at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank.]*

Dated: November 5, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    josuha.sussberg@kirkland.com
            emily.geier@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*