| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **THOMPSON HINE LLP** |
| Jeremy M. Campana, Esq. (NJ #031852000) |
| 127 Public Square, Suite 3900 |
| Cleveland, Ohio 44139 |
| Telephone: (216) 566-5936 |
| Email: jeremy.campana@thompsonhine.com |
| |
| *Counsel for Creditor, InterDesign, Inc.* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Jeremy M. Campana, represent the InterDesign, Inc. in this matter.

2. On November 6, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

   - *Motion for Allowance of General Unsecured Claims of InterDesign, Inc*. (docket no. 2667).

2

Dated: November 6, 2023 **THOMPSON HINE LLP**

*/s/Jeremy M. Campana*
Jeremy M. Campana, Esq. (NJ #031852000)
127 Public Square, suite 3900
Cleveland, Ohio 44139
Telephone: (216) 566-5936
Email: jeremy.campana@thompsonhine.com

*Counsel for Creditor, InterDesign, Inc.*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Plan Administrator | Electronic Mail<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

- In addition, all parties registered to receive notices via the Court's ECF noticing system received notice of the foregoing Motion and related Notice of Motion.