| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Joshua S. Bauchner<br>jbauchner@mblawfirm.com<br><br>Attorneys for Texas Taxing Authorities | Case No. 23-13359 (VFP)<br><br>Chapter 11 |
| In re<br><br>Bed Bath & Beyond, Inc.<br><br>                    Debtor. | |

## CERTIFICATE OF SERVICE

1.     I, Joshua S. Bauchner, represent the Texas Taxing Authorities in this matter.

2.     On November 6, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

- Motion to Compel (docket no. 2664)

Dated: November 7, 2023

                    Respectfully submitted,

                    *Counsel for the Texas Taxing Authorities*:

                    */s/ Joshua S. Bauchner*
                    Joshua S. Bauchner
                    MANDELBAUM BARRETT PC
                    3 Becker Farm Road, Suite 105
                    Roseland, NJ 07068
                    Tel: 973.607.1269
                    Email: jbauchner@mblawfirm.com

                    *Co-Counsel for the Texas Taxing Authorities*:

4884-9633-8574, v. 1

*/s/ Julie Anne Parsons*
Julie Anne Parsons
Texas State Bar No. 00790358
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P. O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email:  jparsons@mvbalaw.com

*/s/ Melissa E. Valdez*
Melissa E. Valdez
Texas State Bar No. 24051463
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008
(713) 862-1860 (phone)
(713) 862-1429 (fax)
Email: mvaldez@pbfcm.com

*/s/ Tara L. Grundemeier*
Tara L. Grundemeier
SBN: 24036691
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
(713) 844-3478 (phone)
(713) 844-3503 (fax)
tara.grundemeier@lgbs.com

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Plan Administrator | Electronic Mail<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

- In addition, all parties registered to receive notices via the Court's ECF noticing system received notice of the foregoing Motion and related Notice of Motion.

3

4884-9633-8574, v. 1