**EXHIBIT B**

**TIME AND EXPENSE DETAIL**

ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

| Invoice submitted to: |
|---|
| Bed Bath and Beyond |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| November 7, 2023 | 11230 | |

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2023 | MU | Preparation<br>Review and revise ASK special counsel retention application<br>Fee/Employment Applications | 0.60<br>850.0/hr | 510.0 |
| | BM | Draft<br>Draft retention application.<br>Fee/Employment Applications | 3.10<br>850.0/hr | 2,635.0 |
| 6/7/2023 | BM | Review<br>Review and respond to emails from C. Robinson re: retention application; confer with L. Miskowiec re: retention matters.<br>Fee/Employment Applications | 0.80<br>850.0/hr | 680.0 |
| 6/8/2023 | BM | Review<br>Multiple emails with B. Sandler and J. Steinfeld re: status of retention.<br>Fee/Employment Applications | 0.30<br>850.0/hr | 255.0 |
| 6/14/2023 | BM | Review<br>Review and respond to email from E. Neiger re: retention matters.<br>Fee/Employment Applications | 0.10<br>850.0/hr | 85.0 |
| 6/20/2023 | BM | Review<br>Review and respond to email from B. Sandler re: finalizing retention.<br>Fee/Employment Applications | 0.10<br>850.0/hr | 85.0 |
| 7/11/2023 | BM | Review<br>Review of final version of retention application prior to filing.<br>Fee/Employment Applications | 0.50<br>850.0/hr | 425.0 |
| 7/13/2023 | BM | Conference<br>Review and respond to email from R. Newman re: data requests.<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
| 7/18/2023 | MU | Draft<br>Emails with R. Newman re: information request to debtors in connection with preference analysis<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |

Case 23-13359-VFP    Doc 2681-2    Filed 11/10/23    Entered 11/10/23 21:20:46    Desc
Exhibit B - Time and Expense Detail    Page 3 of 8

Bed Bath and Beyond                                                                                                                 Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/20/2023 | MU | Preparation<br>Review/circulate retention order; emails with team re: data requests status<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
|  | MU | Preparation<br>Review/circulate retention order; emails with team re: data requests status<br>Fee/Employment Applications | 0.10<br>850.0/hr | 85.0 |
| 7/21/2023 | MU | Review<br>Review plan and disclosure statement in connection with impact on avoidance action litigation<br>Asset Analysis and Recovery | 0.80<br>850.0/hr | 680.0 |
|  | BM | Review<br>Review plan, and disclosure statement with respect to avoidance litigation matters.<br>Asset Analysis and Recovery | 1.20<br>850.0/hr | 1,020.0 |
| 7/31/2023 | BM | Review<br>Review and respond to email from B. Sandler re: preference data request.<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
| 8/1/2023 | BM | Review<br>Review and respond to email from B. Levine re: outstanding data requests.<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
| 8/2/2023 | MU | Preparation<br>Emails with S. Gibbons re: receipt of bank statements in connection with diligence request<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
| 8/7/2023 | MU | Review<br>Review correspondence from G. Sinclair re: production in response to diligence requests for preference analysis<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
| 8/8/2023 | BM | Review<br>Review email from G. Sinclair re: data sources.<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
| 8/15/2023 | MU | Meeting<br>Conference with B. Sandler and B. McGrath re: avoidance actions diligence matters (.5) ; follow up conferences with B. McGrath re: same (.3)<br>Asset Analysis and Recovery | 0.80<br>850.0/hr | 680.0 |
|  | BM | Team Meeting<br>Teleconference with B. Sandler re: status of preferences; teleconference with M. Udem re: same.<br>Asset Analysis and Recovery | 0.90<br>850.0/hr | 765.0 |
| 8/16/2023 | AT | Analysis<br>Introductory call with Brigette and Marianna re: diligence for analysis of avoidance actions.<br>Asset Analysis and Recovery | 0.20<br>450.0/hr | 90.0 |

Case 23-13359-VFP    Doc 2681-2    Filed 11/10/23    Entered 11/10/23 21:20:46    Desc
Exhibit B - Time and Expense Detail    Page 4 of 8

Bed Bath and Beyond  Page 3

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/16/2023 | AT | Analysis | Download, extract, and organize SOFA 2-3s from claims agent site<br>Asset Analysis and Recovery | 2.00<br>450.0/hr | 900.0 |
|  | AT | Analysis | Initial download and review of AP documents<br>Asset Analysis and Recovery | 0.20<br>450.0/hr | 90.0 |
|  | MU | Meeting | Meeting with B. McGrath and A. Thibodeau re: diligence status and analysis<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
|  | BM | Review | Review of responses to preference data requests to debtors (1.0); teleconference with A. Thibodeau and M. Udem re: missing data (.2).<br>Asset Analysis and Recovery | 1.20<br>850.0/hr | 1,020.0 |
| 8/17/2023 | AT | Analysis | Organizing bank statements<br>Asset Analysis and Recovery | 3.20<br>450.0/hr | 1,440.0 |
|  | MU | Preparation | Emails with G. Sinclair and A. Thibodeau re: bank statements and other preference analysis diligence items<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
| 8/21/2023 | AT | Analysis | Bank statement organization and check clear date extractions<br>Asset Analysis and Recovery | 0.80<br>450.0/hr | 360.0 |
|  | AT | Analysis | Review unpaid files and request invoice line level report for Merch vendors<br>Asset Analysis and Recovery | 0.10<br>450.0/hr | 45.0 |
|  | MU | Review | Review correspondence from A. Thibodeau; B. McGrath, G. Sinclair and B. Levine re: data access matters<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
|  | BM | Review | Review and respond to emails from A. Thibodeau re: missing data.<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
| 8/24/2023 | MU | Meeting | Telephone conference with B. Sandler and B. McGrath re: data necessary to complete analysis of avoidance actions; review related team emails<br>Asset Analysis and Recovery | 0.30<br>850.0/hr | 255.0 |
|  | BM | Review | Review email from B. Sandler re: preference data; teleconference with B. Sandler re: preference analysis; review email from G. Sinclair with data updates.<br>Asset Analysis and Recovery | 0.30<br>850.0/hr | 255.0 |

Case 23-13359-VFP    Doc 2681-2    Filed 11/10/23    Entered 11/10/23 21:20:46    Desc
Exhibit B - Time and Expense Detail    Page 5 of 8

Bed Bath and Beyond  Page 4

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 8/24/2023 | BM | Review<br>Review and respond to emails from S. Gibbons re: additional data from debtors.<br>Asset Analysis and Recovery | | 0.20<br>850.0/hr | 170.0 |
| 8/25/2023 | AT | Analysis<br>Data file downloading, source file coding and cataloguing<br>Asset Analysis and Recovery | | 5.30<br>450.0/hr | 2,385.0 |
| | MU | Preparation<br>Review emails from G. Sinclair, A. Thibodeau and B. McGrath re: diligence materials/analysis<br>Asset Analysis and Recovery | | 0.30<br>850.0/hr | 255.0 |
| | BM | Review<br>Review and respond to emails from A. Thibodeau and G. Sinclair re: additional data.<br>Asset Analysis and Recovery | | 0.20<br>850.0/hr | 170.0 |
| 8/27/2023 | AT | Analysis<br>Data file formatting<br>Asset Analysis and Recovery | | 7.80<br>450.0/hr | 3,510.0 |
| 8/28/2023 | AT | Analysis<br>Data file formatting<br>Asset Analysis and Recovery | | 7.90<br>450.0/hr | 3,555.0 |
| | BM | Review<br>Review and respond to emails from A. Thibodeau re: debtor entities.<br>Asset Analysis and Recovery | | 0.10<br>850.0/hr | 85.0 |
| 8/29/2023 | AT | Analysis<br>Data file formatting. Inquiry into currency codes, legal entities, and Merch unpaid.<br>Asset Analysis and Recovery | | 6.80<br>450.0/hr | 3,060.0 |
| | MU | Preparation<br>Emails with A. Thibodeau, B. McGrath and G. Sinclair re: various preference analysis matters<br>Asset Analysis and Recovery | | 0.30<br>850.0/hr | 255.0 |
| | BM | Review<br>Review and respond to emails from A. Thibodeau and G. Sinclair re: paid invoice data.<br>Asset Analysis and Recovery | | 0.20<br>850.0/hr | 170.0 |
| 8/30/2023 | AT | Analysis<br>Bank statement currency review, CAD rate conversion prep, Organize data files by vendor<br>Asset Analysis and Recovery | | 7.20<br>450.0/hr | 3,240.0 |
| | MU | Review<br>Team emails re: AP data matters in connection with preference analysis<br>Asset Analysis and Recovery | | 0.20<br>850.0/hr | 170.0 |
| 8/31/2023 | AT | Analysis<br>Vendor file organization, data auditing<br>Asset Analysis and Recovery | | 7.50<br>450.0/hr | 3,375.0 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/1/2023 | AT | Analysis<br>Data auditing: Blank Clear Dates, $0 or negative payment amounts, payment amount lookups<br>Asset Analysis and Recovery | 4.50<br>450.0/hr | 2,025.0 |
|  | BM | Review<br>Review and respond to emails from A. Thibodeau and G. Sinclair re: currency and debtor entity issues.<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
| 9/4/2023 | AT | Analysis<br>CAD conversion prep, add wire transfer data to working files<br>Asset Analysis and Recovery | 4.40<br>450.0/hr | 1,980.0 |
| 9/5/2023 | AT | Analysis<br>CAD conversions, 90 Day payee categorizations<br>Asset Analysis and Recovery | 2.70<br>450.0/hr | 1,215.0 |
|  | BM | Review<br>Review email from G. Sinclair re: outstanding data request updates.<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
| 9/6/2023 | AT | Analysis<br>Input & search for vendor addresses, Organize unpaid data<br>Asset Analysis and Recovery | 6.90<br>450.0/hr | 3,105.0 |
|  | BM | Review<br>Review and respond to emails from A. Thibodeau and G. Sinclair re: debtor contact list, AP data, and BBB Canada.<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
| 9/7/2023 | AT | Analysis<br>Data Audits: unique vendor ID/VendName, ID/PaymentNo, ID/InvoiceNo; Debtor vs Non-Debtor<br>Asset Analysis and Recovery | 7.80<br>450.0/hr | 3,510.0 |
|  | BM | Review<br>Review and respond to emails from A. Thibodeau and G. Sinclair re: non-merch data and debtor entity questions.<br>Asset Analysis and Recovery | 0.20<br>850.0/hr | 170.0 |
| 9/8/2023 | AT | Analysis<br>Blank Clear Dates, Non-debtor entities, Large data vendor combines, Vendor categorizations, Final import prep<br>Asset Analysis and Recovery | 5.20<br>450.0/hr | 2,340.0 |
|  | BM | Review<br>Review email from A. Thibodeau re: non debtor entities.<br>Asset Analysis and Recovery | 0.10<br>850.0/hr | 85.0 |
| 9/10/2023 | AT | Analysis<br>Import data to ASK system<br>Asset Analysis and Recovery | 1.80<br>450.0/hr | 810.0 |
| 9/11/2023 | AT | Analysis<br>Vendor categorizations, Initial Summary Analysis, review 503(b)(9) claimants<br>Asset Analysis and Recovery | 5.10<br>450.0/hr | 2,295.0 |

Case 23-13359-VFP    Doc 2681-2    Filed 11/10/23    Entered 11/10/23 21:20:46    Desc
Exhibit B - Time and Expense Detail    Page 7 of 8

Bed Bath and Beyond                                                                                      Page    6

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/11/2023 | BM | Review<br>Review and respond to emails from A. Thibodeau re: currency issues.<br>Asset Analysis and Recovery | | 0.10<br>850.0/hr | 85.0 |
| | BM | Review<br>Review and respond to emails from A. Thibodeau and G. Sinclair re: BBB Canada and debtor emails.<br>Asset Analysis and Recovery | | 0.10<br>850.0/hr | 85.0 |
| | MU | Preparation<br>Review email correspondence from S. Thibodeau and G. Sinclair re: status of diligence requests/additional information needed for preference analysis (.3); review preliminary analysis summary (.5)<br>Asset Analysis and Recovery | | 0.80<br>850.0/hr | 680.0 |
| 9/12/2023 | AT | Analysis<br>Vendor address additions, Inquiries on 503(b)(9), assumed contracts, post-petition payments<br>Asset Analysis and Recovery | | 1.10<br>450.0/hr | 495.0 |
| | MU | Preparation<br>Preference analysis review, diligence re: potential assumed contracts<br>Asset Analysis and Recovery | | 3.40<br>850.0/hr | 2,890.0 |
| | BM | Preparation<br>Preparing potential preference target list and removing non-target entities.<br>Asset Analysis and Recovery | | 2.50<br>850.0/hr | 2,125.0 |
| | BM | Review<br>Review and respond to emails from G. Sinclair and A. Thibodeau re: vendor information, assumed contracts, and priority claims.<br>Asset Analysis and Recovery | | 0.20<br>850.0/hr | 170.0 |
| 9/13/2023 | AT | Analysis<br>Data cleanup: non-debtor entity invoices, Landlord specific analysis<br>Asset Analysis and Recovery | | 1.50<br>450.0/hr | 675.0 |
| | BM | Review<br>Review and respond to email from A. Thibodeau re: landlord claims and updated analysis; review of updated preference analysis.<br>Asset Analysis and Recovery | | 0.70<br>850.0/hr | 595.0 |
| | MU | Review<br>Review updated initial preference analysis/diligence items; related team emails<br>Asset Analysis and Recovery | | 0.70<br>850.0/hr | 595.0 |

|  |  |  |
|---|---|---|
| For professional services rendered | 113.60 | $60,560.0 |
| Balance due | | $60,560.0 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brigette McGrath | 14.20 | 850.0 | $12,070.0 |
| Marianna Udem | 9.40 | 850.0 | $7,990.0 |

Case 23-13359-VFP   Doc 2681-2   Filed 11/10/23   Entered 11/10/23 21:20:46   Desc
Exhibit B - Time and Expense Detail    Page 8 of 8

Bed Bath and Beyond									Page	7

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew Thibodeau | 90.00 | 450.0 | $40,500.0 |

**REMITTANCE INSTRUCTIONS**

Payment by Wire
ASK LLP
Wells Fargo Bank, N.A.
800-289-3557
SWIFT code: WFBIUS6S
ABA for wires: 121000248
ABA for ACH: 091000019
Account No.: 2707332074

Payment by Check
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121