**EXHIBIT C**
ITEMIZED EXPENSE RECORDS
FOR THE PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023

*Exhibit C*

**Bed Bath & Beyond, Inc., et al.**
*Expense Detail by Category*
*May 10, 2023 through May 31, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Meals** | | | |
| Bunyan, Richard | May-31 | $ 26.90 | Dinner while working late in office |
| | | $ 26.90 | |
| **Miscellaneous** | | | |
| Goulding, Jon | May-12 | $ 1.52 | Wireless usage charges |
| Blanchard, Madison | May-16 | 41.50 | Expenses incurred to research potential asset recoveries |
| Bunyan, Richard | May-18 | 10.00 | Expenses incurred to research potential asset recoveries |
| Blanchard, Madison | May-22 | 71.00 | Expenses incurred to research potential asset recoveries |
| Bunyan, Richard | May-23 | 12.26 | Expenses incurred to research potential asset recoveries |
| Choi, Won | May-25 | 36.00 | Expenses incurred to research potential asset recoveries |
| Choi, Won | May-26 | 66.22 | Expenses incurred to research potential asset recoveries |
| Bunyan, Richard | May-26 | 12.30 | Expenses incurred to research potential asset recoveries |
| Tran, Annie | May-28 | 30.99 | Expenses incurred to research potential asset recoveries |
| Waldie, Bill | May-31 | 340.50 | Expenses incurred to research potential asset recoveries |
| | | $ 622.29 | |
| **Grand Total** | | $ 649.19 | |

*Exhibit C*

**Bed Bath & Beyond, Inc., et al.**
*Expense Detail by Category*
*June 1, 2023 through June 30, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Airfare** | | | |
| Brouwer, Matthew | 6/20/2023 | 433.90 | Flight from Nashville to New York city for auction |
| Brouwer, Matthew | 6/22/2023 | 263.90 | Flight from New York city to Nashville for auction |
| Sterling, Andrew | 6/26/2023 | 629.87 | Flight from Toronto to New York City for auction |
| Sinclair, Gibbons | 6/28/2023 | 144.90 | Flight from New York City to Richmond for auction |
| Sterling, Andrew | 6/29/2023 | 776.91 | Flight from New York City to Toronto for auction |
| | | **2,249.48** | |
| **Lodging** | | | |
| Brouwer, Matthew | 6/20/2023 | 477.40 | Hotel in New York city for auction |
| Brouwer, Matthew | 6/21/2023 | 477.40 | Hotel in New York city for auction |
| Sterling, Andrew | 6/25/2023 | 356.05 | Hotel in New York city for auction |
| Sterling, Andrew | 6/26/2023 | 535.63 | Hotel in New York city for auction |
| Brouwer, Matthew | 6/27/2023 | 402.39 | Hotel in New York city for auction |
| Sterling, Andrew | 6/27/2023 | 516.35 | Hotel in New York city for auction |
| Brouwer, Matthew | 6/28/2023 | 387.37 | Hotel in New York city for auction |
| Brouwer, Matthew | 6/29/2023 | 387.37 | Hotel in New York city for auction |
| | | **3,539.96** | |
| **Meals** | | | |
| Sterling, Andrew | 6/1/2023 | $ 25.17 | Dinner while working late in office |
| Sterling, Andrew | 6/2/2023 | 21.52 | Dinner while working late in office |
| Sterling, Andrew | 6/19/2023 | 10.10 | Dinner while working late in office |
| Brouwer, Matthew | 6/20/2023 | 74.70 | Dinner while traveling |
| Brouwer, Matthew | 6/21/2023 | 24.88 | Dinner while traveling |
| Brouwer, Matthew | 6/22/2023 | 34.04 | Lunch while traveling |
| Brouwer, Matthew | 6/27/2023 | 19.19 | Lunch while traveling |
| Sterling, Andrew | 6/27/2023 | 30.53 | Dinner while traveling |
| Sterling, Andrew | 6/28/2023 | 67.76 | Dinner while traveling |
| Sterling, Andrew | 6/28/2023 | 13.50 | Lunch while traveling |
| | | **$ 321.39** | |
| **Miscellaneous** | | | |
| Greenberg, Mark | 6/1/2023 | $ 14.51 | Wireless usage charges |
| Goulding, Jon | 6/1/2023 | $ 4.58 | Wireless usage charges |
| Myers, Haleigh | 6/8/2023 | $ 19.95 | Expenses incurred to research potential asset recoveries |
| Choi, Won | 6/16/2023 | $ 53.66 | Expenses incurred to research potential asset recoveries |
| Brouwer, Matthew | 6/22/2023 | $ 84.00 | Nashville airport parking while in New York for auction |
| Bunyan, Richard | 6/25/2023 | $ 83.75 | Expenses incurred to research potential asset recoveries |
| Gosau, Tracy | 6/26/2023 | $ 16.25 | Expenses incurred to research potential asset recoveries |

Case 23-13359-VFP    Doc 2682-3    Filed 11/10/23    Entered 11/10/23 22:00:55    Desc
Exhibit C - Itemized Expense Records    Page 4 of 7

*Exhibit C*

*Bed Bath & Beyond, Inc., et al.*
*Expense Detail by Category*
*June 1, 2023 through June 30, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---:|---|
| Tran, Annie | 6/26/2023 | $ 38.18 | Expenses incurred to research potential asset recoveries |
| Waldie, Bill | 6/30/2023 | $ 253.27 | Expenses incurred to research potential asset recoveries |
| | | $ 568.15 | |
| **Transportation** | | | |
| Sterling, Andrew | 6/1/2023 | 13.69 | Taxi from office to home after working late |
| Sterling, Andrew | 6/2/2023 | 13.69 | Taxi from office to home after working late |
| Sterling, Andrew | 6/14/2023 | 13.69 | Taxi from office to home after working late |
| Sterling, Andrew | 6/18/2023 | 15.21 | Taxi from office to home after working late |
| Brouwer, Matthew | 6/20/2023 | 63.03 | Taxi from airport to hotel |
| Brouwer, Matthew | 6/22/2023 | 130.33 | Taxi to airport from hotel |
| Greenberg, Mark | 6/26/2023 | 5.50 | Public transport to / from auction |
| Sterling, Andrew | 6/26/2023 | 115.54 | Taxi from home to airport |
| Sterling, Andrew | 6/26/2023 | 94.82 | Taxi from airport to office |
| Sterling, Andrew | 6/26/2023 | 20.32 | Taxi from office to hotel |
| Sinclair, Gibbons | 6/29/2023 | 27.52 | Taxi from office to auction |
| Sinclair, Gibbons | 6/29/2023 | 120.56 | Taxi to airport from auction |
| Sterling, Andrew | 6/29/2023 | 100.30 | Taxi from airport to home |
| | | 734.20 | |
| **Grand Total** | | **$ 7,413.18** | |

*Exhibit C*

**Bed Bath & Beyond, Inc., et al.**
*Expense Detail by Category*
*July 1, 2023 through July 31, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---:|---|
| **Miscellaneous** | | | |
| Greenberg, Mark | 7/1/2023 | $ 38.13 | Wireless usage charges |
| Fischer-Hafner, Rudolf | 7/1/2023 | 11.05 | Wireless usage charges |
| Gosau, Tracy | 7/10/2023 | 20.00 | Property record database access - Westchester County |
| Gosau, Tracy | 7/12/2023 | 20.00 | Property record database access - Allegheny County |
| Gosau, Tracy | 7/14/2023 | 5.00 | Property record database access - Chatham Cty |
| Waldie, Bill | 7/5/2023 | 62.70 | PACER expense |
| Waldie, Bill | 7/7/2023 | 14.51 | TLO database access |
| Waldie, Bill | 7/7/2023 | 765.94 | TLO database access |
| Waldie, Bill | 7/31/2023 | 70.33 | CourtLink expense |
| Myers, Haleigh | 7/12/2023 | 10.50 | Document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 10.50 | Document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 10.50 | Document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/12/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 10.50 | Documentation purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 10.50 | Documentation purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 0.28 | Site fee for document purchase for asset search |
| Myers, Haleigh | 7/13/2023 | 0.28 | Documentation purchase for asset search |
| | | $ 1,061.56 | |
| **Grand Total** | | $ 1,061.56 | |

*Exhibit C*

**Bed Bath & Beyond, Inc., et al.**
*Expense Detail by Category*
*August 1, 2023 through August 31, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Miscellaneous** | | | |
| Greenberg, Mark | 8/1/2023 | $ 14.55 | Wireless usage charges |
| Hernandez, Dylan | 8/1/2023 | 180.00 | Compensation database expense |
| Waldie, Bill | 8/2/2023 | 324.47 | Transunion database expense |
| | | $ 519.02 | |
| **Grand Total** | | $ 519.02 | |

Page 1 of 1

*Exhibit C*

**Bed Bath & Beyond, Inc., et al.**
*Expense Detail by Category*
*September 1, 2023 through September 29, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Miscellaneous** | | | |
| Yudell, Vance | 9/16/2023 | $ 210.00 | Capital IQ database expense |
| | | $ 210.00 | |
| **Grand Total** | | $ 210.00 | |