**EXHIBIT D**
CERTIFICATION OF MARK GREENBERG

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No:  23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATION OF MARK GREENBERG

I, Mark Greenberg, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Managing Director with Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors in the Chapter 11 proceedings of Bed Bath & Beyond, Inc., *et al.* [1], and respectfully submit this certification in

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

support of the combined First Interim and Final Fee Applications for compensation and reimbursement of expenses of A&M, for the period from May 10, 2023 through September 29, 2023 (the "Interim and Final Application Period").

2. In accordance with 18 U.SC. § 155 and the Rules of this Court, neither I nor any member or associate of this firm has entered into any agreement, either written or oral, express or implied, with the Official Committee of Unsecured Creditors or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any fees or other compensation to be allowed out of or paid from the assets of the Debtors or its estate.

3. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, this firm, or any member or associate thereof, on the one hand, and any other person, on the other hand, for a division of such compensation as this firm may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me or any member or associate of this firm.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

Dated:

November 10, 2023

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

By: /s/ Mark Greenberg
Mark Greenberg
600 Madison Avenue
New York, NY 10022
Telephone: 212.328.8562
mgreenberg@alvarezandmarsal.com

*Financial Advisor to the Official Committee of Unsecured Creditors*