## **<u>EXHIBIT C-5</u>**

**(Stub Period)**



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Bed Bath & Beyond O.C.C.
Bed Bath & Beyond O.C.C.

September 30, 2023
Invoice    134370
Client      08728.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2023

| | |
|---|---:|
| FEES | $205,929.25 |
| EXPENSES | $3,026.24 |
| **TOTAL CURRENT CHARGES** | **$208,955.49** |
| **BALANCE FORWARD** | **$720,247.35** |
| **TOTAL BALANCE DUE** | **$929,202.84** |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    2

Invoice 134370

September 30, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,595.00 | 55.50 | $88,522.50 |
| BJS | Sandler, Bradford J. | Partner | 797.50 | 2.50 | $1,993.75 |
| IAWN | Nasatir, Iain A.W. | Partner | 1,395.00 | 5.80 | $8,091.00 |
| JWW | Walker, Jim W. | Partner | 1,675.00 | 9.30 | $15,577.50 |
| PJL | Labov, Paul J. | Partner | 1,295.00 | 11.90 | $15,410.50 |
| PJL | Labov, Paul J. | Partner | 647.50 | 4.60 | $2,978.50 |
| RJF | Feinstein, Robert J. | Partner | 1,695.00 | 22.60 | $38,307.00 |
| SSC | Cho, Shirley S. | Partner | 1,275.00 | 0.70 | $892.50 |
| BEL | Levine, Beth E. | Counsel | 1,095.00 | 17.80 | $19,491.00 |
| CHM | Mackle, Cia H. | Counsel | 925.00 | 1.90 | $1,757.50 |
| CRR | Robinson, Colin R. | Counsel | 1,095.00 | 0.30 | $328.50 |
| TCF | Flanagan, Tavi C. | Counsel | 1,075.00 | 1.50 | $1,612.50 |
| ECO | Corma, Edward A. | Associate | 725.00 | 3.70 | $2,682.50 |
| LSC | Canty, La Asia S. | Paralegal | 545.00 | 15.00 | $8,175.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 545.00 | 0.20 | $109.00 |
| | | | | 153.30 | $205,929.25 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    3

Invoice 134370

September 30, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 1.60 | $2,552.00 |
| AD | Asset Disposition | 13.20 | $18,307.00 |
| BL | Bankruptcy Litigation | 35.20 | $45,067.00 |
| CA | Case Administration | 15.70 | $11,866.50 |
| CO | Claims Administration and Objections | 4.30 | $7,004.50 |
| CP | PSZJ Compensation | 1.60 | $1,926.00 |
| CPO | Other Professional Compensation | 1.10 | $1,244.50 |
| EC | Contract and Lease Matters | 6.30 | $9,292.50 |
| FN | Financing/Cash Collateral/Cash Management | 0.10 | $159.50 |
| GC | General Creditors' Committee | 0.50 | $382.50 |
| HE | Hearings | 9.60 | $13,587.00 |
| IC | Insurance Coverage | 5.80 | $8,091.00 |
| OP | Operations | 0.60 | $957.00 |
| PD | Plan and Disclosure Statement | 50.10 | $79,789.50 |
| RPO | Other Professional Retention | 0.10 | $92.50 |
| SL | Stay Litigation | 0.40 | $638.00 |
| TR | Travel | 7.10 | $4,972.25 |
| | | 153.30 | $205,929.25 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

Bed Bath & Beyond O.C.C.

Invoice 134370

Client 08728.00002

September 30, 2023

---

### <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Auto Travel Expense | $834.26 |
| Working Meals | $76.82 |
| Lexis/Nexis- Legal Research | $61.20 |
| Litigation Support Vendors | $506.00 |
| Out of Town Travel | $652.00 |
| Pacer - Court Research | $62.60 |
| Postage | $0.00 |
| Reproduction Expense - @0.10 per page | $153.80 |
| Transcript | $679.56 |
| | $3,026.24 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    5

Invoice 134370

September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 09/11/2023 | BJS | AA | Attention to preference analysis issues | 0.20 | 1,595.00 | $319.00 |
| 09/20/2023 | BJS | AA | Various conferences with M Udem and B Mcgrath regarding preference analysis | 0.40 | 1,595.00 | $638.00 |
| 09/28/2023 | BJS | AA | Review detailed preference analysis by ASK, various emails with ASK regarding same and various emails with C Dale regarding same | 1.00 | 1,595.00 | $1,595.00 |
| | | | | **1.60** | | **$2,552.00** |
| **Asset Disposition** | | | | | | |
| 09/01/2023 | PJL | AD | Review various pleadings in connection with sale and reservation of rights. | 0.80 | 1,295.00 | $1,036.00 |
| 09/07/2023 | BJS | AD | Various emails with J Carr regarding Overstock | 0.40 | 1,595.00 | $638.00 |
| 09/14/2023 | BJS | AD | Telephone conference with Debtors regarding Brookfield/Michaels issues | 0.50 | 1,595.00 | $797.50 |
| 09/14/2023 | BJS | AD | Various emails with Debtors regarding JV settlement (.2) review JV Settlement and various emails with PSZJ regarding same (.3) | 0.50 | 1,595.00 | $797.50 |
| 09/15/2023 | BJS | AD | Attention to Brookfield/Michaels and telephone conference with B Lehane regarding same (.3); Various emails with Debtors regarding same (.2); review Hobby Lobby revised bid and telephone conference with  C Dale regarding same (.2); telephone conference with  Debtors/SS regarding same (.3); various conferences with J Carr regarding same(.2);  telephone conference with P Labov regarding same (.1) and review Michael's submission (.2) | 1.50 | 1,595.00 | $2,392.50 |
| 09/15/2023 | PJL | AD | Telephone conference with B. Sandler re Hobby Lobby revised bid | 0.10 | 1,295.00 | $129.50 |
| 09/20/2023 | BJS | AD | Attention to Brookfield/Michaels issues | 0.30 | 1,595.00 | $478.50 |

Pachulski Stang Ziehl & Jones LLP
Bed Bath & Beyond O.C.C.
Client 08728.00002

Page:     6
Invoice 134370
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2023 | BJS | AD | Review Michael's letter to Court and telephone conference with R. Feinstein regarding Michaels/Brookfield (.2); various emails with Debtors counsel regarding same (.1); telephone conference with B Lehane regarding same (.1) and various emails with G Pesce regarding same(.1) | 0.50 | 1,595.00 | $797.50 |
| 09/22/2023 | BJS | AD | Telephone conference with B Lehane (2nd call) regarding auction issues and telephone conference with E Corma regarding legal issues | 0.30 | 1,595.00 | $478.50 |
| 09/22/2023 | BJS | AD | Various emails with R. Feinstein regarding Instant Brands ruling vs  BBB | 0.10 | 1,595.00 | $159.50 |
| 09/22/2023 | RJF | AD | Telephone conference with B. Sandler regarding Michaels/Brookfield | 0.20 | 1,695.00 | $339.00 |
| 09/23/2023 | BJS | AD | Various emails with C Dale regarding landlord dispute | 0.10 | 1,595.00 | $159.50 |
| 09/23/2023 | ECO | AD | Conduct legal research/review cases re reopening of bidding after auction. | 2.20 | 725.00 | $1,595.00 |
| 09/23/2023 | ECO | AD | Prepare notes on research/authorities on reopening of bidding and forward to Bradford Sandler. | 0.40 | 725.00 | $290.00 |
| 09/24/2023 | ECO | AD | Followup e-mails with Bradford Sandler/review information from cases on reopening bidding and prepare reply. | 0.50 | 725.00 | $362.50 |
| 09/27/2023 | BJS | AD | Various conferences with E Geier/Ross F regarding sale/auction | 0.40 | 1,595.00 | $638.00 |
| 09/27/2023 | BJS | AD | Attention to Bed Bath & Beyond lease auction and telephone conference with K&E/Proskauer/Cole Schotz regarding bids | 1.20 | 1,595.00 | $1,914.00 |
| 09/27/2023 | BJS | AD | Various conferences with B Lehane regarding auction and lease assignments | 0.40 | 1,595.00 | $638.00 |
| 09/27/2023 | BJS | AD | Various emails with M Goldberg regarding auction and open lease assignments | 0.10 | 1,595.00 | $159.50 |
| 09/27/2023 | BJS | AD | Various emails with L Baccash regarding auction | 0.10 | 1,595.00 | $159.50 |
| 09/27/2023 | RJF | AD | Review correspondence regarding lease auction. | 0.30 | 1,695.00 | $508.50 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:     7

Invoice 134370

September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/27/2023 | RJF | AD | Attend Pinnacle Hills auction, including consultation sessions. | 1.40 | 1,695.00 | $2,373.00 |
| 09/28/2023 | BJS | AD | Telephone conference with R. Feinstein regarding lease auction | 0.30 | 1,595.00 | $478.50 |
| 09/28/2023 | BJS | AD | Attention to Michaels/Hobby Lobby bid process | 0.30 | 1,595.00 | $478.50 |
| 09/28/2023 | RJF | AD | Telephone conferences with B. Sandler regarding lease auction. | 0.30 | 1,695.00 | $508.50 |
|  |  |  |  | 13.20 |  | $18,307.00 |

**Bankruptcy Litigation**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 08/10/2023 | CHM | BL | Review of data room contents and update to provide access to A&M. | 0.40 | 925.00 | $370.00 |
| 09/01/2023 | BEL | BL | Email Debtors' counsel regarding proposed interview with Bed Bath & Beyond employee. | 0.20 | 1,095.00 | $219.00 |
| 09/05/2023 | BEL | BL | Review documents. | 2.40 | 1,095.00 | $2,628.00 |
| 09/05/2023 | BEL | BL | Review documents. | 3.10 | 1,095.00 | $3,394.50 |
| 09/05/2023 | BJS | BL | Various emails with A&M regarding investigation | 0.30 | 1,595.00 | $478.50 |
| 09/06/2023 | BEL | BL | Emails with K&E and A&M regarding interview regarding financial statements. | 0.20 | 1,095.00 | $219.00 |
| 09/06/2023 | BEL | BL | Telephone conferences and emails with G. Sinclair (A&M) regarding information requests to the Debtors. | 0.20 | 1,095.00 | $219.00 |
| 09/06/2023 | BEL | BL | Email Debtors' counsel regarding information requests. | 0.10 | 1,095.00 | $109.50 |
| 09/06/2023 | BJS | BL | Attention to discovery issues | 0.30 | 1,595.00 | $478.50 |
| 09/07/2023 | BEL | BL | Emails with A&M regarding investigation. | 0.20 | 1,095.00 | $219.00 |
| 09/07/2023 | BEL | BL | Review discovery documents. | 3.70 | 1,095.00 | $4,051.50 |
| 09/11/2023 | BEL | BL | Email L. Canty regarding Debtors' document production. | 0.10 | 1,095.00 | $109.50 |
| 09/11/2023 | BEL | BL | Review documents. | 1.60 | 1,095.00 | $1,752.00 |
| 09/11/2023 | LSC | BL | Retrieve document production, coordinate processing, address issues with respect to the same, and prepare for attorney review. | 1.90 | 545.00 | $1,035.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Bed Bath & Beyond O.C.C.

Invoice 134370

Client 08728.00002

September 30, 2023

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 09/11/2023 | TCF | BL | Work on discovery matters. | 0.40 | 1,075.00 | $430.00 |
| 09/12/2023 | BEL | BL | Review discovery documents. | 2.50 | 1,095.00 | $2,737.50 |
| 09/12/2023 | BEL | BL | Review discovery documents. | 2.10 | 1,095.00 | $2,299.50 |
| 09/13/2023 | BEL | BL | Telephone conference with T. Flanagan regarding investigation/discovery | 0.10 | 1,095.00 | $109.50 |
| 09/13/2023 | TCF | BL | Telephone conference with B. Levine regarding investigation and discovery. | 0.10 | 1,075.00 | $107.50 |
| 09/18/2023 | BEL | BL | Email M. Brouer regarding outstanding requests to Debtors. | 0.10 | 1,095.00 | $109.50 |
| 09/19/2023 | BEL | BL | Emails with M. Brouer regarding open information requests. | 0.10 | 1,095.00 | $109.50 |
| 09/22/2023 | BJS | BL | Teleconference with R. Feinstein and Ross re defense cost motion | 0.30 | 1,595.00 | $478.50 |
| 09/22/2023 | BJS | BL | Telephone conference with R Fiedler and R. Feinstein regarding defense cost motion | 0.20 | 1,595.00 | $319.00 |
| 09/22/2023 | BJS | BL | Various emails with M Goldberg regarding defense cost motion | 0.30 | 1,595.00 | $478.50 |
| 09/22/2023 | RJF | BL | Call with B. Sandler, R. Fiedler, re motion to advance defense costs | 0.20 | 1,695.00 | $339.00 |
| 09/22/2023 | RJF | BL | Review D&O confirmation order and motion. | 0.30 | 1,695.00 | $508.50 |
| 09/22/2023 | RJF | BL | Call with Ross, B. Sandler regarding motion. | 0.30 | 1,695.00 | $508.50 |
| 09/26/2023 | BEL | BL | Telephone conference with B. Sandler regarding investigation. | 0.10 | 1,095.00 | $109.50 |
| 09/26/2023 | BEL | BL | Multiple emails with B. Sandler and A&M regarding investigation. | 0.40 | 1,095.00 | $438.00 |
| 09/26/2023 | BJS | BL | Attention to D&O Litigation | 0.40 | 1,595.00 | $638.00 |
| 09/26/2023 | RJF | BL | Emails with M. Goldberg regarding D&O issues. | 0.30 | 1,695.00 | $508.50 |
| 09/27/2023 | BJS | BL | Attention to D&O discovery and telephone conference with PSZJ/A&M regarding same | 1.50 | 1,595.00 | $2,392.50 |
| 09/27/2023 | RJF | BL | Call with A&M regarding D&O litigation. | 0.70 | 1,695.00 | $1,186.50 |
| 09/28/2023 | BEL | BL | Emails to J. Walker and C. Mackle regarding investigation. | 0.40 | 1,095.00 | $438.00 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    9

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/28/2023 | JWW | BL | Review information relating to possible suit and attend to locating same within firm (1.1); exchange communications with B. Levine and C. Mackle (.2). | 1.30 | 1,675.00 | $2,177.50 |
| 09/29/2023 | BEL | BL | Telephone conference with T. Flanagan regarding potential cause of action. | 0.20 | 1,095.00 | $219.00 |
| 09/29/2023 | JWW | BL | Review and research materials and prior decks and time lines (2.3); begin drafting relevant time line for inclusion in deck (3.9); teleconference with M&A personnel and C. Mackle regarding their solvency analysis and related issues (.7). | 6.90 | 1,675.00 | $11,557.50 |
| 09/29/2023 | RJF | BL | Call with prospective D&O litigators. | 0.30 | 1,695.00 | $508.50 |
| 09/29/2023 | TCF | BL | Review and analysis of investigation matters. | 0.80 | 1,075.00 | $860.00 |
| 09/29/2023 | TCF | BL | Call with B. Levine regarding potential cause of action | 0.20 | 1,075.00 | $215.00 |
| | | | | 35.20 | | $45,067.00 |

**Case Administration**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/04/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues (.3); update WIP list (.6). | 0.90 | 545.00 | $490.50 |
| 09/04/2023 | PJL | CA | Review correspondence re open issues. | 0.40 | 1,295.00 | $518.00 |
| 09/05/2023 | BJS | CA | Review critical dates and discuss with L. Canty | 0.10 | 1,595.00 | $159.50 |
| 09/05/2023 | ECO | CA | Review docket/upcoming hearing and deadline information. | 0.10 | 725.00 | $72.50 |
| 09/13/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues and update WIP list. | 1.20 | 545.00 | $654.00 |
| 09/14/2023 | BJS | CA | Review critical dates and discuss with L.Canty | 0.10 | 1,595.00 | $159.50 |
| 09/14/2023 | CHM | CA | Review critical dates memo. | 0.30 | 925.00 | $277.50 |
| 09/14/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues and update WIP list. | 1.10 | 545.00 | $599.50 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    10

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/15/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues and update WIP list. | 1.00 | 545.00 | $545.00 |
| 09/19/2023 | CHM | CA | Review email from B. Sandler re post-confirmation and reply. | 0.10 | 925.00 | $92.50 |
| 09/19/2023 | PJL | CA | Conference with A&M regarding open issues. | 0.40 | 1,295.00 | $518.00 |
| 09/19/2023 | RJF | CA | Telephone conference with B. Sandler regarding post-effective date WIP. | 0.30 | 1,695.00 | $508.50 |
| 09/19/2023 | RJF | CA | Emails regarding WIP. | 0.20 | 1,695.00 | $339.00 |
| 09/20/2023 | LSC | CA | Review plan, confirmation order, and related documents and prepare extensive correspondence to attorneys outlining post confirmation dates, deadlines, and issues and prepare WIP list outlining same. | 4.80 | 545.00 | $2,616.00 |
| 09/20/2023 | PJL | CA | Review WIP and internal discussion regarding same. | 0.40 | 1,295.00 | $518.00 |
| 09/21/2023 | BJS | CA | Attention to post confirmation issues/WIP | 0.50 | 1,595.00 | $797.50 |
| 09/21/2023 | LSC | CA | Update post-confirmation WIP list and critical dates per comments received and additional tasks. | 1.70 | 545.00 | $926.50 |
| 09/22/2023 | BJS | CA | Review WIP and discuss with L. Canty | 0.20 | 1,595.00 | $319.00 |
| 09/22/2023 | LSC | CA | Further update post-confirmation critical dates and WIP list per additional tasks and comments received. | 1.10 | 545.00 | $599.50 |
| 09/26/2023 | BJS | CA | Teleconference with P. Labov regarding post-confirmation checklists | 0.40 | 1,595.00 | $638.00 |
| 09/26/2023 | PJL | CA | Conference with B. Sandler regarding post-confirmation checklist. | 0.40 | 1,295.00 | $518.00 |
| | | | | 15.70 | | $11,866.50 |

## Claims Administration and Objections

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/09/2023 | SSC | CO | Attention to GUC claims transition documents. | 0.10 | 1,275.00 | $127.50 |
| 09/11/2023 | BJS | CO | Review Tax Claim Objection | 0.30 | 1,595.00 | $478.50 |
| 09/15/2023 | BJS | CO | Review motion to compel regarding Gartner | 0.20 | 1,595.00 | $319.00 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    11

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/15/2023 | BJS | CO | Review tax estimation motion regarding CA taxes | 0.30 | 1,595.00 | $478.50 |
| 09/15/2023 | BJS | CO | Attention to tax objections | 0.20 | 1,595.00 | $319.00 |
| 09/20/2023 | RJF | CO | Call with A&M regarding administrative and priority claims. | 0.90 | 1,695.00 | $1,525.50 |
| 09/22/2023 | BJS | CO | Review Texas Taxing Authority's holdback motion | 0.30 | 1,595.00 | $478.50 |
| 09/26/2023 | BJS | CO | Attention to Zurich/D&O claim | 0.20 | 1,595.00 | $319.00 |
| 09/26/2023 | BJS | CO | Telephone conference with D Easton regarding Vistar/BBB | 0.30 | 1,595.00 | $478.50 |
| 09/27/2023 | JWW | CO | Review memorandum detailing two prior derivative and class claims settlements and participate on pitch conference call for D&O claims. | 1.10 | 1,675.00 | $1,842.50 |
| 09/28/2023 | BJS | CO | Various emails with R Fiedler regarding D&O fees | 0.10 | 1,595.00 | $159.50 |
| 09/29/2023 | BJS | CO | Review F3 administrative expense motion | 0.30 | 1,595.00 | $478.50 |
| | | | | 4.30 | | $7,004.50 |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/13/2023 | LSC | CP | Draft CNO regarding PSZJ's third monthly statement. | 0.20 | 545.00 | $109.00 |
| 09/14/2023 | CHM | CP | Review of CNO re monthly fee statements and reply. | 0.20 | 925.00 | $185.00 |
| 09/22/2023 | PJL | CP | Review invoices. | 0.30 | 1,295.00 | $388.50 |
| 09/27/2023 | BJS | CP | Review and revise fee statement | 0.30 | 1,595.00 | $478.50 |
| 09/29/2023 | SSC | CP | Review and revise PSZJ fee statement. | 0.30 | 1,275.00 | $382.50 |
| 09/30/2023 | SSC | CP | Review and revise September fee statement. | 0.30 | 1,275.00 | $382.50 |
| | | | | 1.60 | | $1,926.00 |

**Other Professional Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/11/2023 | BJS | CPO | Review AP fee statement | 0.10 | 1,595.00 | $159.50 |
| 09/13/2023 | LSC | CPO | Draft CNO regarding A&M's third monthly statement. | 0.20 | 545.00 | $109.00 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    12

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/18/2023 | BJS | CPO | Review AP fee statement | 0.10 | 1,595.00 | $159.50 |
| 09/27/2023 | BJS | CPO | Review CS fee statement | 0.10 | 1,595.00 | $159.50 |
| 09/27/2023 | PJJ | CPO | Prepare for and file FTI August fee statement. | 0.20 | 545.00 | $109.00 |
| 09/27/2023 | PJL | CPO | Attention to A&M August fee application and discuss same with A&M. | 0.30 | 1,295.00 | $388.50 |
| 09/29/2023 | BJS | CPO | Review K&E fee statement | 0.10 | 1,595.00 | $159.50 |
| | | | | 1.10 | | $1,244.50 |

**Contract and Lease Matters**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/14/2023 | CHM | EC | Review of Mexico JV settlement agreement; summarize same. | 0.70 | 925.00 | $647.50 |
| 09/14/2023 | PJL | EC | Attention to Hobby Lobby correspondence and discussion with B. Sandler regarding same. | 0.80 | 1,295.00 | $1,036.00 |
| 09/15/2023 | RJF | EC | Review correspondence regarding lease dispute. | 0.30 | 1,695.00 | $508.50 |
| 09/16/2023 | BJS | EC | Attention to Michaels/Hobby Lobby dispute | 0.40 | 1,595.00 | $638.00 |
| 09/18/2023 | PJL | EC | Attend to various emails regarding Michael/Hobby Lobby lease issues. | 0.70 | 1,295.00 | $906.50 |
| 09/22/2023 | BJS | EC | Teleconference with E. Corma regarding lease research | 0.10 | 1,595.00 | $159.50 |
| 09/22/2023 | ECO | EC | Telephone conference with Bradford Sandler re lease information/research issue. | 0.10 | 725.00 | $72.50 |
| 09/22/2023 | RJF | EC | Numerous emails regarding AK lease. | 0.40 | 1,695.00 | $678.00 |
| 09/22/2023 | RJF | EC | Telephone conference with Pesce regarding lease issue. | 0.30 | 1,695.00 | $508.50 |
| 09/23/2023 | RJF | EC | Review correspondence regarding Pinnacle lease. | 1.00 | 1,695.00 | $1,695.00 |
| 09/24/2023 | BJS | EC | Attention to Michaels/Hobby Lobby dispute and review cases regarding same (.3); various emails with R. Feinstein regarding same (.1) and review Hobby Lobby submission (.1) | 0.50 | 1,595.00 | $797.50 |
| 09/24/2023 | RJF | EC | Emails B. Sandler regarding lease dispute. | 0.20 | 1,695.00 | $339.00 |
| 09/24/2023 | RJF | EC | Review further correspondence. | 0.30 | 1,695.00 | $508.50 |

Pachulski Stang Ziehl & Jones LLP
Bed Bath & Beyond O.C.C.
Client 08728.00002

Page:    13
Invoice 134370
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/25/2023 | BJS | EC | Attention to Michaels/Hobby Lobby dispute | 0.50 | 1,595.00 | $797.50 |
| | | | | 6.30 | | $9,292.50 |

### Financing/Cash Collateral/Cash Management

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/12/2023 | BJS | FN | Review Proskauer fee statement | 0.10 | 1,595.00 | $159.50 |
| | | | | 0.10 | | $159.50 |

### General Creditors' Committee

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/05/2023 | CHM | GC | Review Committee email. | 0.10 | 925.00 | $92.50 |
| 09/05/2023 | ECO | GC | Prepare agenda for upcoming Committee meeting and forward to Bradford Sandler. | 0.20 | 725.00 | $145.00 |
| 09/07/2023 | ECO | GC | E-mails with Bradford Sandler/James Carr re information on sale/rejected leases; Review docket and sale order re information on leases and forward to James Carr. | 0.20 | 725.00 | $145.00 |
| | | | | 0.50 | | $382.50 |

### Hearings

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/11/2023 | LSC | HE | Prepare materials for confirmation hearing for P. Labov. | 0.90 | 545.00 | $490.50 |
| 09/12/2023 | BJS | HE | Prepare for confirmation hearing | 1.50 | 1,595.00 | $2,392.50 |
| 09/12/2023 | PJL | HE | Attend hearing on Plan Confirmation. | 2.10 | 1,295.00 | $2,719.50 |
| 09/12/2023 | PJL | HE | Prepare for plan confirmation hearing. | 1.40 | 1,295.00 | $1,813.00 |
| 09/12/2023 | RJF | HE | Prepare for Disclosure Statement hearing, including review of amended plan. | 0.40 | 1,695.00 | $678.00 |
| 09/12/2023 | RJF | HE | Attend confirmation hearing. | 2.00 | 1,695.00 | $3,390.00 |
| 09/26/2023 | BJS | HE | Prepare for hearing (.3); various conferences with R. Feinstein regarding same (.3); telephone conference with C Dale regarding same (.1); telephone conference with  G Pesce regarding same (.1); telephone conference with B Lehane regarding same (.1) and various emails with Debtors regarding same (.1) | 1.00 | 1,595.00 | $1,595.00 |
| 09/26/2023 | RJF | HE | Telephone conference with B. Sandler regarding lease dispute, status conference. | 0.30 | 1,695.00 | $508.50 |
| | | | | 9.60 | | $13,587.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    14

Bed Bath & Beyond O.C.C.

Invoice 134370

Client 08728.00002

September 30, 2023

---

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/08/2023 | IAWN | IC | Review files re policies | 0.80 | 1,395.00 | $1,116.00 |
| 09/08/2023 | IAWN | IC | Exchange emails with Robert Feinstein re VFR re email files re insurance policies | 0.10 | 1,395.00 | $139.50 |
| 09/09/2023 | IAWN | IC | Review plan and Disclosure Statement and objection of Safety re assumed and assigned v. executory as for insurance policies | 3.80 | 1,395.00 | $5,301.00 |
| 09/10/2023 | IAWN | IC | Exchange lengthy emails with Robert J. Feinstein and insurance counsel re Workers Compensation policies and other insurance issues | 0.90 | 1,395.00 | $1,255.50 |
| 09/11/2023 | IAWN | IC | Exchange emails with Robert J. Feinstein re policies | 0.20 | 1,395.00 | $279.00 |
| | | | | **5.80** | | **$8,091.00** |

### Operations

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/05/2023 | BJS | OP | Various emails with J Kleisinger regarding adequate assurance/Kentucky Util Co | 0.10 | 1,595.00 | $159.50 |
| 09/14/2023 | BJS | OP | Various emails with J Kleisinger regarding Kentucky Utility Co. | 0.10 | 1,595.00 | $159.50 |
| 09/21/2023 | BJS | OP | Review MORs | 0.20 | 1,595.00 | $319.00 |
| 09/29/2023 | BJS | OP | Review MORs | 0.20 | 1,595.00 | $319.00 |
| | | | | **0.60** | | **$957.00** |

### Plan and Disclosure Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/01/2023 | BJS | PD | Telephone conference with R. Feinstein re plan issues | 0.50 | 1,595.00 | $797.50 |
| 09/01/2023 | BJS | PD | Teleconference with J Carr regarding plan issues | 0.20 | 1,595.00 | $319.00 |
| 09/01/2023 | BJS | PD | Review Google objection | 0.10 | 1,595.00 | $159.50 |
| 09/01/2023 | BJS | PD | Various emails with E Geier regarding Stein and various emails with Proskauer regarding same | 0.40 | 1,595.00 | $638.00 |
| 09/01/2023 | BJS | PD | Various emails with J Carr regarding same | 0.10 | 1,595.00 | $159.50 |
| 09/01/2023 | BJS | PD | Various emails with SS/UCC/Debtors regarding insurance language | 0.30 | 1,595.00 | $478.50 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    15

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/2023 | BJS | PD | Attention to plan issues/landlord plan issues | 0.50 | 1,595.00 | $797.50 |
| 09/01/2023 | BJS | PD | Teleconference with M Goldberg regarding post confirmation issues | 0.50 | 1,595.00 | $797.50 |
| 09/01/2023 | BJS | PD | Review and revise plan administrator agreement and various emails with M Goldberg regarding same | 1.50 | 1,595.00 | $2,392.50 |
| 09/01/2023 | BJS | PD | Review Oracle objection to plan | 0.20 | 1,595.00 | $319.00 |
| 09/01/2023 | BJS | PD | Review Philadelphia objection to plan | 0.10 | 1,595.00 | $159.50 |
| 09/01/2023 | BJS | PD | Various conferences with M Greenberg regarding plan issues | 0.70 | 1,595.00 | $1,116.50 |
| 09/01/2023 | RJF | PD | Emails regarding plan issues, including insurance language. | 1.00 | 1,695.00 | $1,695.00 |
| 09/01/2023 | RJF | PD | Telephone conference with B. Sandler regarding plan issues. | 0.50 | 1,695.00 | $847.50 |
| 09/03/2023 | BJS | PD | Attention to plan issues and landlord revisions to plan | 0.50 | 1,595.00 | $797.50 |
| 09/04/2023 | BJS | PD | Attention to plan issues/insurance/Oversight Committee members | 0.70 | 1,595.00 | $1,116.50 |
| 09/04/2023 | BJS | PD | Review Basser Kaufman objection to plan | 0.30 | 1,595.00 | $478.50 |
| 09/04/2023 | RJF | PD | Emails regarding insurers' request for plan language. | 0.10 | 1,695.00 | $169.50 |
| 09/05/2023 | BJS | PD | Teleconference with D Rhoads regarding plan issues | 0.30 | 1,595.00 | $478.50 |
| 09/05/2023 | BJS | PD | Committee/FILO lender call regarding plan issues and various emails with FILO regarding same | 0.50 | 1,595.00 | $797.50 |
| 09/05/2023 | BJS | PD | Review Safety National objection to plan | 0.10 | 1,595.00 | $159.50 |
| 09/05/2023 | BJS | PD | Review UST objection to plan | 0.20 | 1,595.00 | $319.00 |
| 09/05/2023 | BJS | PD | Review SEC objection to plan | 0.20 | 1,595.00 | $319.00 |
| 09/05/2023 | BJS | PD | Review Stockholder's objection to plan | 0.30 | 1,595.00 | $478.50 |
| 09/05/2023 | BJS | PD | Various emails with Debtors regarding OC membership | 0.20 | 1,595.00 | $319.00 |
| 09/05/2023 | BJS | PD | Various emails with J Carr regarding plan issues | 0.10 | 1,595.00 | $159.50 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    16

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/05/2023 | BJS | PD | Various emails with Committee regarding plan issues | 0.40 | 1,595.00 | $638.00 |
| 09/05/2023 | BJS | PD | Teleconference with counsel for BNY regarding plan issues | 0.20 | 1,595.00 | $319.00 |
| 09/05/2023 | BJS | PD | Various emails with M Greenberg regarding plan issues | 0.40 | 1,595.00 | $638.00 |
| 09/05/2023 | BJS | PD | Various emails with Debtors regarding confirmation order | 0.10 | 1,595.00 | $159.50 |
| 09/05/2023 | BJS | PD | Teleconference with M Greenberg regarding plan issues | 0.30 | 1,595.00 | $478.50 |
| 09/05/2023 | CRR | PD | Review UST's limited objection to Plan confirmation. | 0.30 | 1,095.00 | $328.50 |
| 09/05/2023 | RJF | PD | Review U.S. Trustee objection to confirmation. | 0.30 | 1,695.00 | $508.50 |
| 09/05/2023 | RJF | PD | Interview with Jeff Stein for Oversight Committee seat. | 0.50 | 1,695.00 | $847.50 |
| 09/05/2023 | RJF | PD | Emails regarding Safety National request for language. | 0.40 | 1,695.00 | $678.00 |
| 09/06/2023 | BJS | PD | Attention to plan issues | 0.50 | 1,595.00 | $797.50 |
| 09/06/2023 | BJS | PD | Various emails with A Ostrow regarding plan issues | 0.20 | 1,595.00 | $319.00 |
| 09/06/2023 | BJS | PD | Review Chubb objection to plan | 0.10 | 1,595.00 | $159.50 |
| 09/06/2023 | BJS | PD | Review Freehold objection to plan | 0.10 | 1,595.00 | $159.50 |
| 09/06/2023 | BJS | PD | Teleconference with M Greenberg regarding plan issues | 0.40 | 1,595.00 | $638.00 |
| 09/06/2023 | BJS | PD | Teleconference with E Geier regarding plan issues | 0.40 | 1,595.00 | $638.00 |
| 09/06/2023 | RJF | PD | Review comments to Plan Administrator agreement. | 0.10 | 1,695.00 | $169.50 |
| 09/06/2023 | RJF | PD | Emails regarding Oversight Committee members. | 0.30 | 1,695.00 | $508.50 |
| 09/07/2023 | BJS | PD | Telephone conference with R. Feinstein and C. Dale re Oversight Committee | 0.30 | 1,595.00 | $478.50 |
| 09/07/2023 | BJS | PD | Participate on Plan call with Debtors | 0.50 | 1,595.00 | $797.50 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    17

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/07/2023 | BJS | PD | Telephone conference with  C Dale regarding plan issues | 0.30 | 1,595.00 | $478.50 |
| 09/07/2023 | BJS | PD | Attention to plan issues | 3.00 | 1,595.00 | $4,785.00 |
| 09/07/2023 | RJF | PD | Call with Debtors' and Sixth Street's counsel regarding plan issues. | 0.50 | 1,695.00 | $847.50 |
| 09/07/2023 | RJF | PD | Call with B. Sandler and C. Dale regarding Oversight Committee. | 0.30 | 1,695.00 | $508.50 |
| 09/07/2023 | RJF | PD | Further emails re Oversight Committee member. | 0.20 | 1,695.00 | $339.00 |
| 09/08/2023 | BJS | PD | Teleconference with R. Feinstein regarding fourth Oversight Committee member | 0.20 | 1,595.00 | $319.00 |
| 09/08/2023 | BJS | PD | Attention to plan issues | 2.50 | 1,595.00 | $3,987.50 |
| 09/08/2023 | PJL | PD | Review confirmation brief. | 0.80 | 1,295.00 | $1,036.00 |
| 09/08/2023 | RJF | PD | Review draft confirmation brief. | 0.50 | 1,695.00 | $847.50 |
| 09/08/2023 | RJF | PD | Emails to I. Nasatir regarding Safety National issues. | 0.40 | 1,695.00 | $678.00 |
| 09/08/2023 | RJF | PD | Numerous emails regarding Oversight Committee members. | 0.40 | 1,695.00 | $678.00 |
| 09/08/2023 | RJF | PD | Telephone conference with B. Sandler regarding fourth Oversight Committee member. | 0.20 | 1,695.00 | $339.00 |
| 09/09/2023 | BJS | PD | Attention to plan issues | 1.00 | 1,595.00 | $1,595.00 |
| 09/09/2023 | RJF | PD | Review Safety National objection. | 0.20 | 1,695.00 | $339.00 |
| 09/09/2023 | RJF | PD | Emails to I. Nasatir, Chad re requested insurance language. | 0.70 | 1,695.00 | $1,186.50 |
| 09/10/2023 | BJS | PD | Telephone conference with R. Feinstein regarding fourth Oversight Committee member | 0.50 | 1,595.00 | $797.50 |
| 09/10/2023 | BJS | PD | Attention to confirmation issues | 1.00 | 1,595.00 | $1,595.00 |
| 09/10/2023 | RJF | PD | Review Safety National proposed language and related emails and analysis. | 0.80 | 1,695.00 | $1,356.00 |
| 09/10/2023 | RJF | PD | Numerous emails regarding fourth Oversight Committee member. | 0.40 | 1,695.00 | $678.00 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    18

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/10/2023 | RJF | PD | Telephone conference with B. Sandler regarding fourth Oversight Committee member. | 0.50 | 1,695.00 | $847.50 |
| 09/11/2023 | BJS | PD | Attention to confirmation issues/review revised plan docs | 2.00 | 1,595.00 | $3,190.00 |
| 09/11/2023 | PJL | PD | Review Das Neely submission and discuss same with internal team. | 0.90 | 1,295.00 | $1,165.50 |
| 09/11/2023 | RJF | PD | Review and comment on revised Plan of Reorganization and confirmation order. | 0.80 | 1,695.00 | $1,356.00 |
| 09/11/2023 | RJF | PD | Emails Fiedler regarding remaining confirmation objections. | 0.30 | 1,695.00 | $508.50 |
| 09/11/2023 | RJF | PD | Review agenda, revised plan documents. | 0.40 | 1,695.00 | $678.00 |
| 09/12/2023 | BJS | PD | Attention to confirmation hearing issues | 1.50 | 1,595.00 | $2,392.50 |
| 09/12/2023 | BJS | PD | Various emails with Committee members regarding confirmation | 0.30 | 1,595.00 | $478.50 |
| 09/13/2023 | BJS | PD | Attention to plan issues | 1.50 | 1,595.00 | $2,392.50 |
| 09/14/2023 | BJS | PD | Attention to confirmation/post confirmation transition | 0.50 | 1,595.00 | $797.50 |
| 09/14/2023 | BJS | PD | Various emails with M Udem regarding post confirmation issues | 0.20 | 1,595.00 | $319.00 |
| 09/15/2023 | BJS | PD | Review 401 engagement letter and  various emails with Debtors regarding same  (.3); various emails with M Goldberg regarding same (.1) | 0.40 | 1,595.00 | $638.00 |
| 09/18/2023 | BJS | PD | Various emails with M Goldberg and R.Feinstein regarding post-effective date planning | 0.10 | 1,595.00 | $159.50 |
| 09/19/2023 | BJS | PD | Attention to post-effective date items/issues | 1.00 | 1,595.00 | $1,595.00 |
| 09/19/2023 | BJS | PD | Telephone conference with M Greenberg regarding post confirmation issues | 0.50 | 1,595.00 | $797.50 |
| 09/19/2023 | PJL | PD | Review and internal discussion regarding post-effective date tasks. | 0.70 | 1,295.00 | $906.50 |
| 09/20/2023 | BJS | PD | Telephone conference with A&M/PSZJ regarding Effective Date issues and post confirmation issues | 1.00 | 1,595.00 | $1,595.00 |

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    19

Invoice 134370

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | BJS | PD | Telephone conference with M Goldberg/R. Feinstein regarding Effective Date issues/post confirmation issues | 0.40 | 1,595.00 | $638.00 |
| 09/20/2023 | RJF | PD | Telephone conference with Goldberg regarding post-effective date matters. | 0.40 | 1,695.00 | $678.00 |
| 09/22/2023 | BJS | PD | Various emails with D Salanic regarding plan issues | 0.10 | 1,595.00 | $159.50 |
| 09/22/2023 | BJS | PD | Telephone conference with C Dale regarding post confirmation issues | 0.30 | 1,595.00 | $478.50 |
| 09/23/2023 | BJS | PD | Review plan regarding notes/DTC issues | 0.40 | 1,595.00 | $638.00 |
| 09/25/2023 | BJS | PD | Telephone conference with P. Labov regarding open issues | 0.20 | 1,595.00 | $319.00 |
| 09/25/2023 | PJL | PD | Conference with B. Sandler regarding open issues. | 0.20 | 1,295.00 | $259.00 |
| 09/25/2023 | PJL | PD | Review open issues checklist and discuss same internally. | 0.30 | 1,295.00 | $388.50 |
| 09/26/2023 | RJF | PD | Participate on call regarding effective date. | 0.50 | 1,695.00 | $847.50 |
| 09/27/2023 | BJS | PD | Wind down call with SS/Debtors/UCC/PA | 0.50 | 1,595.00 | $797.50 |
| 09/27/2023 | BJS | PD | Review and revise Plan Administrator Agreement and various emails with C Dale and  M Goldberg regarding same | 0.50 | 1,595.00 | $797.50 |
| 09/27/2023 | RJF | PD | Participate on all hands call regarding effective date. | 0.50 | 1,695.00 | $847.50 |
| 09/28/2023 | BJS | PD | Attention to Effective Date issues | 0.50 | 1,595.00 | $797.50 |
| 09/29/2023 | BJS | PD | Telephone conference with SS/Debtors regarding Effective Date issues | 0.20 | 1,595.00 | $319.00 |
| 09/29/2023 | BJS | PD | Telephone conference with G Novad/R.Feinstein regarding D&O claims | 0.30 | 1,595.00 | $478.50 |
| 09/29/2023 | BJS | PD | Review appeal regarding Neeley Das | 0.10 | 1,595.00 | $159.50 |
| 09/29/2023 | BJS | PD | Review  Notice of Effective Date | 0.10 | 1,595.00 | $159.50 |
| 09/29/2023 | BJS | PD | Various emails with Committee regarding Effective Date issues | 0.40 | 1,595.00 | $638.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    20

Bed Bath & Beyond O.C.C.

Invoice 134370

Client 08728.00002

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2023 | BJS | PD | Various emails with M Goldberg regarding Effective Date issues/DOL issues (.2) and various emails with M Goldberg/OC members regarding same (.2) | 0.40 | 1,595.00 | $638.00 |
| 09/29/2023 | PJL | PD | Review docket for appeals and discuss open issues with B. Sandler. | 0.90 | 1,295.00 | $1,165.50 |
| 09/29/2023 | RJF | PD | Teleconference with B. Sandler and G. Novad re D+O claims | 0.30 | 1,695.00 | $508.50 |
| 09/29/2023 | RJF | PD | Participate on call regarding effective date. | 0.20 | 1,695.00 | $339.00 |
| | | | | 50.10 | | $79,789.50 |

**Other Professional Retention**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2023 | CHM | RPO | Correspondence with S. Cho regarding retention issue | 0.10 | 925.00 | $92.50 |
| | | | | 0.10 | | $92.50 |

**Stay Litigation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/05/2023 | BJS | SL | Review Eichner Objection | 0.20 | 1,595.00 | $319.00 |
| 09/26/2023 | BJS | SL | Review Sharmele stay relief motion | 0.20 | 1,595.00 | $319.00 |
| | | | | 0.40 | | $638.00 |

**Travel**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/12/2023 | BJS | TR | Travel to/from confirmation hearing (billed at 1/2 rate) | 2.50 | 797.50 | $1,993.75 |
| 09/12/2023 | PJL | TR | Travel to and from Plan Confirmation Hearing (billed at 1/2 rate) | 4.60 | 647.50 | $2,978.50 |
| | | | | 7.10 | | $4,972.25 |

**TOTAL SERVICES FOR THIS MATTER:**                                   **$205,929.25**

Pachulski Stang Ziehl & Jones LLP                           Page:    21
Bed Bath & Beyond O.C.C.                                    Invoice 134370
Client 08728.00002                                         September 30, 2023

---

### Expenses

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 07/11/2023 | AT | Auto Travel Expense [E109] Uber Transportation Services, CRR | 36.40 |
| 07/12/2023 | AT | Auto Travel Expense [E109] Uber Transportation Service, BJS | 64.68 |
| 07/12/2023 | BM | Business Meal [E111] Chateau of Spain Restaurant, working meal, BJS/CRR | 59.00 |
| 07/20/2023 | AT | Auto Travel Expense [E109] Uber Transporation Service, BJS | 45.48 |
| 07/27/2023 | AT | Auto Travel Expense [E109] Elite Transportation Services, Inv. 1888248, S. Winns | 155.32 |
| 08/01/2023 | AT | Auto Travel Expense [E109] Uber Transportation Services, CRR | 15.51 |
| 08/01/2023 | AT | Auto Travel Expense [E109] Uber Transportation Services, CRR | 15.09 |
| 08/02/2023 | AT | Auto Travel Expense [E109] Elite Transportation Services, Inv. 1888248, BEL | 105.77 |
| 08/02/2023 | OTT | Out of Town Travel. Amtrak Newark- Philadelphia CRR | 49.00 |
| 08/02/2023 | OTT | Out of Town Travel. Amtrak - NJ to PA - CRR | 142.00 |
| 08/02/2023 | OTT | Out of Town Travel. Amtrak Parking Fees CRR | 25.00 |
| 08/16/2023 | AT | Auto Travel Expense [E109]. Uber CRR | 14.65 |
| 08/17/2023 | BM | Working Meals. Pret A Manager, CRR | 17.82 |
| 08/17/2023 | OTT | Out of Town Travel. Amtrak - PA to NJ , CRR | 138.00 |
| 08/17/2023 | OTT | Out of Town Travel. Amtrak NJ to PA, CRR | 273.00 |
| 08/18/2023 | AT | Auto Travel Expense [E109]. LYFT BEL | 50.87 |
| 08/18/2023 | OTT | Out of Town Travel. Amtrak Parking Fees, CRR | 25.00 |
| 08/29/2023 | TR | U.S. Legal Support, Inv. 20230494601-13, PJL | 679.56 |
| 09/06/2023 | AT | Auto Travel Expense [E109]. Lyft, BEL | 42.83 |
| 09/07/2023 | PO | Postage NY | N/C |
| 09/12/2023 | RE2 | SCAN/COPY ( 560 @0.10 PER PG) | 56.00 |
| 09/12/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/12/2023 | RE2 | SCAN/COPY ( 126 @0.10 PER PG) | 12.60 |
| 09/12/2023 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/12/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |

Pachulski Stang Ziehl & Jones LLP                          Page:    22
Bed Bath & Beyond O.C.C.                                   Invoice 134370
Client 08728.00002                                        September 30, 2023

---

| Date | | Description | Amount |
|------|-----|-------------|-------:|
| 09/12/2023 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | 8.80 |
| 09/12/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/12/2023 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 09/12/2023 | RE2 | SCAN/COPY ( 138 @0.10 PER PG) | 13.80 |
| 09/12/2023 | RE2 | SCAN/COPY ( 262 @0.10 PER PG) | 26.20 |
| 09/12/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/12/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/12/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/12/2023 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 09/12/2023 | RE2 | SCAN/COPY ( 174 @0.10 PER PG) | 17.40 |
| 09/13/2023 | AT | Auto Travel Expense [E109]. Uber, PJL | 75.07 |
| 09/13/2023 | AT | Auto Travel Expense [E109].Uber, PJL | 212.59 |
| 09/23/2023 | LN | 08728.00002 Lexis Charges for 09-23-23 | 31.80 |
| 09/23/2023 | LN | 08728.00002 Lexis Charges for 09-23-23 | 20.35 |
| 09/24/2023 | LN | 08728.00002 Lexis Charges for 09-24-23 | 9.05 |
| 09/30/2023 | OS | Litigation Support Vendors. Everlaw, Inv. 93093 | 506.00 |
| 09/30/2023 | PAC | Pacer - Court Research | 62.60 |

**Total Expenses for this Matter**              **$3,026.24**

Pachulski Stang Ziehl & Jones LLP

Bed Bath & Beyond O.C.C.

Client 08728.00002

Page:    23

Invoice 134370

September 30, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  09/30/2023**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 132708 | 05/31/2023 | $217,165.70 | $0.00 | $217,165.70 |
| 132828 | 06/30/2023 | $121,534.05 | $0.00 | $121,534.05 |
| 133072 | 07/31/2023 | $87,242.70 | $0.00 | $87,242.70 |
| 133194 | 08/31/2023 | $288,332.50 | $5,972.40 | $294,304.90 |

**Total Amount Due on Current and Prior Invoices:**                    **$929,202.84**