# EXHIBIT D

## Summary of Timekeepers Included in this Fee Application

### TIMEKEEPER SUMMARY FOR THE PERIOD OF
### MAY 8, 2023 THROUGH SEPTEMBER 29, 2023
### (THE "FINAL APPLICATION PERIOD")

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Pachulski, Isaac M. | 1974 | Partner / Bankruptcy | 16.70 | $1,995.00 | $33,316.50 |
| Feinstein, Robert J. | 1982 | Partner / Bankruptcy | 173.10 | $1,695.00 | $293,404.50 |
| Feinstein, Robert J. (travel rate) | 1982 | Partner / Bankruptcy | 2.00 | $847.50 | $1,695.00 |
| Kornfeld, Alan J. | 1987 | Partner / Bankruptcy | 80.50 | $1,675.00 | $134,837.50 |
| Sandler, Bradford J. | 1996 | Partner / Bankruptcy | 440.20 | $1,595.00 | $702,119.00 |
| Sandler, Bradford J. (travel rate) | 1996 | Partner / Bankruptcy | 12.50 | $797.50 | $9,968.75 |
| Brown, Kenneth H. | 1981 | Partner / Bankruptcy | 13.40 | $1,525.00 | $20,435.00 |
| Cantor, Linda F. | 1988 | Partner / Bankruptcy | 19.10 | $1,450.00 | $27,695.00 |
| Litvak, Maxim B. | 1997 | Partner / Bankruptcy | 56.20 | $1,445.00 | $81,209.00 |
| Nasatir, Iain A. W. | 1983 | Partner / Bankruptcy | 20.70 | $1,395.00 | $28,876.50 |
| Walker, Jim W. | 1985 | Partner / Bankruptcy | 9.30 | $1,395.00 | $15,577.50 |
| Glazer, Gabriel I. | 2006 | Partner / Bankruptcy | 36.50 | $1,325.00 | $48,362.50 |
| Labov, Paul J. | 2002 | Partner / Bankruptcy | 184.80 | $1,295.00 | $235,819.50 |
| Labov, Paul J. (travel rate) | 2002 | Partner / Bankruptcy | 17.30 | $647.50 | $11,201.75 |
| Pagay, Malhar S. | 1997 | Partner / Bankruptcy | 65.70 | $1,295.00 | $85,081.50 |
| Cho, Shirley S. | 1997 | Partner / Bankruptcy | 2.40 | $1,275.00 | $3,060.00 |
| Fried, Joshua M. | 1996 | Partner / Bankruptcy | 9.20 | $1,275.00 | $11,730.00 |
| Gruber, Richard J. | 1982 | Counsel / Bankruptcy | 4.00 | $1,525.00 | $6,100.00 |
| Dine, Jeffrey M. | 1996 | Counsel / Bankruptcy | 2.40 | $1,395.00 | $3,348.00 |
| Goldich, Stanley E. | 1980 | Counsel / Bankruptcy | 8.40 | $1,395.00 | $11,718.00 |
| Parker, Daryl G. | 1970 | Counsel / Bankruptcy | 0.70 | $1,350.00 | $945.00 |
| Levine, Beth E. | 1993 | Counsel / Bankruptcy | 176.80 | $1,095.00 | $193,596.00 |
| Robinson, Colin R. | 2001 | Counsel / Bankruptcy | 216.70 | $1,095.00 | $232,906.50 |

| Robinson, Colin R. (travel rate) | 2001 | Counsel / Bankruptcy | 10.80 | $547.50 | $5,913.00 |
|---|---|---|---|---|---|
| Wagner, Elissa A. | 2019 | Counsel / Bankruptcy | 56.70 | $1,095.00 | $62,086.50 |
| Flanagan, Tavi C. | 1993 | Counsel / Bankruptcy | 155.60 | $1,075.00 | $167,270.00 |
| Brandt, Gina F. | 1976 | Counsel / Bankruptcy | 1.20 | $1,050.00 | $1,260.00 |
| Mackle, Cia H. | 2006 | Counsel / Bankruptcy | 73.70 | $925.00 | $68,172.50 |
| Corma, Edward A. | 2018 | Associate/ Bankruptcy | 86.60 | $725.00 | $62,785.00 |
| Forrester, Leslie A. | N/A | Law Library Director | 3.10 | $595.00 | $1,844.50 |
| Canty, La Asia S. | N/A | Paralegal / Bankruptcy | 112.50 | $545.00 | $61,312.50 |
| Dassa, Beth D. | N/A | Paralegal / Bankruptcy | 0.10 | $545.00 | $54.50 |
| Jeffries, Patricia J. | N/A | Paralegal / Bankruptcy | 0.50 | $545.00 | $272.50 |
| **Total Fees** | | | **2,069.40** | | **$2,623,974.00** |
| **Blended Rate for Attorneys** | | | | **$1,310.92** | |
| **Blended Rate for All Timekeepers** | | | | **$1,267.99** | |

**TIMEKEEPER SUMMARY FOR THE PERIOD OF
SEPTEMBER 1, 2023 THROUGH SEPTEMBER 29, 2023
(THE "STUB PERIOD")**

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Feinstein, Robert J. | 1982 | Partner / Bankruptcy | 22.60 | $1,695.00 | $38,307.00 |
| Sandler, Bradford J. | 1996 | Partner / Bankruptcy | 55.50 | $1,595.00 | $88,522.50 |
| Sandler, Bradford J. (travel rate) | 1996 | Partner / Bankruptcy | 2.50 | $797.50 | $1,993.75 |
| Nasatir, Iain A. W. | 1983 | Partner / Bankruptcy | 5.80 | $1,395.00 | $8,091.00 |
| Walker, Jim W. | 1985 | Partner / Bankruptcy | 9.30 | $1,395.00 | $15,577.50 |
| Labov, Paul J. | 2002 | Partner / Bankruptcy | 11.90 | $1,295.00 | $15,410.50 |
| Labov, Paul J. (travel rate) | 2002 | Partner / Bankruptcy | 4.60 | $647.50 | $2,978.50 |
| Cho, Shirley S. | 1997 | Partner / Bankruptcy | 0.70 | $1,275.00 | $892.50 |
| Levine, Beth E. | 1993 | Counsel / Bankruptcy | 17.80 | $1,095.00 | $19,491.00 |
| Robinson, Colin R. | 2001 | Counsel / Bankruptcy | 0.30 | $1,095.00 | $328.50 |
| Flanagan, Tavi C. | 1993 | Counsel / Bankruptcy | 1.50 | $1,075.00 | $1,612.50 |
| Mackle, Cia H. | 2006 | Counsel / Bankruptcy | 1.90 | $925.00 | $1,757.50 |

| Corma, Edward A. | 2018 | Associate/ Bankruptcy | 3.70 | $725.00 | $2,682.50 |
| Canty, La Asia S. | N/A | Paralegal / Bankruptcy | 15.00 | $545.00 | $8,175.00 |
| Jeffries, Patricia J. | N/A | Paralegal / Bankruptcy | 0.20 | $545.00 | $109.00 |
| **Total Fees** | | | **153.30** | | **$205,929.25** |
| **Blended Rate for Attorneys** | | | | **$1,431.17** | |
| **Blended Rate for All Timekeepers** | | | | **$1,343.31** | |