**EXHIBIT E**

**Summary of Compensation Requested by Protect Category**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis and Recovery | 99.70 | $115,995.50 |
| Asset Disposition | 160.90 | $221,504.50 |
| Avoidance Action Analysis | 1.10 | $1,754.50 |
| Bankruptcy Litigation | 248.50 | $287,071.50 |
| Case Administration | 105.10 | $95,298.50 |
| Claims Administration and Objections | 47.20 | $66,945.00 |
| Compensation of Professional/Others | 9.10 | $10,188.50 |
| Contract and Lease Matters | 6.30 | $9,292.50 |
| Financial Filings | 21.20 | $18,708.00 |
| Financing/Cash Collateral/Cash Management | 646.10 | $883,397.50 |
| First Day | 42.30 | $48,245.00 |
| General Creditors Committee | 132.20 | $150,568.00 |
| Hearings | 75.60 | $98,705.00 |
| Insurance Issues/ Insurance Coverage | 30.10 | $42,998.50 |
| Litigation (Non-Bankruptcy) | 3.80 | $5,409.50 |
| Meeting of Creditors | 2.70 | $2,956.50 |
| Operations | 95.00 | $126,074.50 |
| PSZJ Compensation | 27.90 | $19,984.50 |
| PSZJ Retention | 9.10 | $7,872.50 |
| Plan & Disclosure Statement | 204.60 | $318,077.50 |
| Retention of Professionals / Other | 35.50 | $43,828.50 |
| Stay Litigation | 3.50 | $5,112.50 |
| Tax Issues | 5.90 | $7,330.50 |
| Travel | 56.00 | $36,655.00 |
| **TOTAL:** | **$2,069.40** | **$2,623,974.00** |