# EXHIBIT F

## Summary of Expense Reimbursement Requested by Category

| DISBURSEMENTS | AMOUNT |
|---|---:|
| Air Fare | $1,264.80 |
| Auto Travel Expense | $1,983.71 |
| Bloomberg | $91.10 |
| Conference Call | $14.85 |
| Federal Express | $151.43 |
| Lexis/Nexis- Legal Research | $965.91 |
| Litigation Support Vendors / Outside Services | $2,021.87 |
| Miscellaneous | $3,388.35 |
| Out of Town Travel | $652.00 |
| Pacer - Court Research | $350.46 |
| Postage | $1,154.76 |
| Reproduction Expense | $2,298.60 |
| Reproduction/ Scan Copy | $2,302.60 |
| Transcript | $757.86 |
| Travel Expense | $2,743.95 |
| Working Meals | $171.54 |
| **TOTAL DISBURSEMENTS** | **$20,313.79** |