| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING ON FINAL FEE APPLICATIONS

**PLEASE TAKE NOTICE** that there will be a hearing held, if necessary, on December 12, 2023, at 2:00 p.m. (ET), before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3B, Newark, N.J. 07102 for the purpose of acting on applications for compensation. Attendance by creditors is welcomed, but not required. The following fee applications will be heard:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4891-1565-2496.1 08728.003

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|
| First and Final Fee Application of ASK LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel for the Official Committee of Unsecured Creditors for the Period June 6, 2023 Through September 14, 2023 [Docket No. 2681] | $60,560.00 | $0.00 |
| Combined First Interim and Final Fee Application of Alvarez & Marsal North America, LLC, Financial Advisor to the Official Committee of Unsecured Creditors, For Allowance of Compensation and Reimbursement of Expenses For ((I) the Interim Period of May 10, 2023 Through September 29, 2023, and (II) For The Final Period of May 10, 2023 Through September 29, 2023 [Docket No. 2682] | $3,250,148.00 | $9,852.95 |
| First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period From May 23, 2023 Through September 29, 2023 [Docket No. 2686] | $179,833.50 | $198.00 |
| First and Final Fee Application of Pachulski Stang Ziehl & Jones LLP For Allowance of Compensation For Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel For The Official Committee of Unsecured Creditors For The Period From May 8, 2023 Through September 29, 2023 [Docket No. 2687] | $2,638,974.00 | $20,313.79 |

**PLEASE TAKE FURTHER NOTICE THAT** creditors may be heard before the applications are determined. In accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required unless objections are timely filed and served. Objections shall be filed and served no later than December 5, 2023.

**PLEASE TAKE FURTHER NOTICE** that copies of the final fee applications may be obtained at no charge at https://restructuring.ra.kroll.com/bbby/ or via PACER at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

4891-1565-2496.1 08728.003

Dated: November 13, 2023

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Official Committee of Unsecured Creditors*