UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Ethan Draper, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, D.C. 20024
Telephone: (202) 229-5152
Emails: draper.ethan@pbgc.gov *and* efile@pbgc.gov
*Attorney for Pension Benefit Guaranty Corporation*

| | |
|---|---|
| In Re:<br><br>  BED BATH BEYOND, *et al.,*[1]<br><br>                      Debtors. | Case No.:    23-13359 (VFP)<br><br>Chapter:    11<br><br>Judge:    Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Pension Benefit Guaranty Corporation. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

  Ethan Draper, Esq.
  Pension Benefit Guaranty Corporation
  Office of the General Counsel
  445 12th Street, S.W.
  Washington, DC 20024

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.

X All documents and pleadings of any nature.

Date:  November 14, 2023                    /s/ Ethan Draper
                                        Signature

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

*new.8/1/15*