# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH BEYOND, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Honorable Vincent F. Papalia |

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2023, the foregoing Notice of Appearance was served on the following parties as well as all other parties designated to receive electronic notices for this case via the Court's CM/ECF system:

| | |
|---|---|
| **Joshua A. Sussberg**<br>**Emily E. Geier**<br>**Derek I. Hunter**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel for Debtors*<br>**via CM/ECF** | **Michael D. Sirota**<br>**Warren A. Usatine**<br>**Felice R. Yudkin**<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br><br>*Counsel for Debtors*<br>**via CM/ECF** |
| **Office of the United States Trustee**<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br><br>*United States Trustee*<br>**via CM/ECF** | |

/s/ Ethan Draper
Ethan Draper