B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2023 NOV 13  P 4:34
JEAN NAUGHTON
BY: _____ DEPUTY CLERK

In re  Bed Bath & Beyond Inc., et. al.  ,   Case No.  23-13359 (VFP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Train Holdings, Inc. | Donald A. Walsh, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
120 Sproule Lane
Galena, IL 61036

Court Claim # (if known):  1471
Amount of Claim:  $145,765.15
Date Claim Filed:  05/16/2023

Phone:  815-541-2731
Last Four Digits of Acct #:  497

Phone:  815-541-2731
Last Four Digits of Acct. #:  497

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Richard G. Walsh
    2D4B5FDD656944A...
Transferee/Transferee's Agent

Date: 10/31/2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**HAUS, ROMAN and BANKS, LLP**
ATTORNEYS AT LAW
148 EAST WILSON STREET
MADISON, WISCONSIN 53703-3992

U.S. BANKRUPTCY COURT
FILED
NEWARK NJ

2023 NOV 13  P 4: 34

 NAUGHTON
CHIEF DEPUTY CLERK

MILWAUKEE WI 530 Hasler
11/06/2023
7 NOV 2023 PM 1 L  US POSTAGE $00.63
FIRST-CLASS MAIL
ZIP 53703
011D12805579

07102-355903

Attn: Clerk's Office
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102