

    

**STORE LOCATOR**
My Store Amarillo, TX - Store406

**OLLIE'S ARMY**
Earn Points on purchase!
LEARN MORE
LOG IN / CREATE LOGIN

 CURRENT FLYER · DEPARTMENTS · GREAT DEALS · NEWS & EVENTS · WHAT IS OLLIE'S? · CAREERS · EGIFT CARDS · SEARCH

## WHAT IS OLLIE'S?

- What Is Ollie's?
- Store Departments
- Our Founding Fathers
- History
- Glossary
- Executive Staff

# WHAT IS OLLIE'S



Ollie's is America's largest retailer of closeout merchandise and excess inventory. Our 507 "semi-lovely" stores sell merchandise of all descriptions and some beyond description.

You'll find real brands at real bargain prices in every department, from housewares to sporting goods to flooring and to food. Ollie's buyers scour the world looking for closeouts, overstocks, package changes, manufacturer refurbished goods, and irregulars.

Much of the merchandise comes direct from the finest manufacturers in the country and abroad. For example, if a manufacturer makes too much of an item, or changes their packaging, Ollie's will buy the overstocked or old packaged items. So, you will always find famous brand name products at Ollie's, but a lot of them could be last year's colors, patterns, or packaging that traditional retailers won't sell.

Ollie's has also worked very closely with financial institutions. When companies are liquidated, the banks will often sell remaining inventories and turn them into cash. Ollie's will buy the goods back and pass the savings on to you, the customer.

Everything you buy at Ollie's is covered by our *30-day No Hard Time Guarantee*. If for any reason you are not completely satisfied with your purchase - return it within 30 days for a full refund (with sales receipt).





Ollie's - Who We Are
Watch later   Share
Watch on YouTube



## WHAT IS OLLIE'S?

- What Is Ollie's?
- Store Departments
- Our Founding Fathers
- History
- **Glossary**
- Executive Staff

# GLOSSARY



**Good Stuff Cheap** - good quality products at great prices

**Semi-lovely** – functional, but not particularly pretty and shiny like those other fancy stores

**Deal** – a bargain on good quality products at a great price

**Closeout** - items that will no longer be manufactured or sold by a fancy store. The last batch of goods

**Buyout** – all of the items a supplier or manufacturer had left over after selling to their usual buyers

**Excess Inventory/Overstock/Overrun** – the items left over after a manufacturer sold their contracted allotment of goods to their usual buyers

**Liquidated** - Products of companies (usually companies that have closed) that are sold in return for cash

**Discontinued** – goods that are no longer produced

**Package change** – a product's change of package material, size, quantity, labels, or graphics

**First quality** – products that are high quality, no flaws or irregularities, not refurbished… in other words, new goods that you'd find in fancy stores or other regular retailers

**Refurbished/remanufactured** – items that were returned to the manufacturer to be recertified, fixed if necessary, tested, then repackaged and resold at lower cost

**IR (irregular)** – a product that didn't quite meet the production standards of the manufacturer, such as clothing with slightly crooked stitching

**Their price, Their retail** - the price that the fancy stores sell an item for

**Famous maker/Famous brand** – a brand that is well-known, recognized, and generally known to produce and/or sell quality products

**Fancy store** – a store that tends to sell items at full retail, not a discount store

**Big box** – a store that is typically both physically large and has a recognizable name





# STORE DEPARTMENTS

| | | | | |
|---|---|---|---|---|
| Housewares & Home Textiles | Food | Flooring | Books & Stationery | Toys |
| Home Improvement & Hardware | Electronics | Clothing & Luggage | Lawn, Garden, & Patio | Health & Beauty Supplies |
| Sporting Goods | Pet Supplies | Automotive | Holiday Items | Other Stuff Too |

## WHAT "GOOD STUFF" CAN I FIND AT OLLIE'S?

Ollie's Bargain Outlet offers brand name merchandise at up to 70% off the fancy store prices. We offer great deals on closeout merchandise and excess inventory. Ollie's products are always changing. You CAN expect to see this assortment of items in the main 15 categories below, but you WON'T likely find the exact same products or brands in every category on every visit. So when you see something you like, buy it… because when it's gone, it's gone!

Wonder if we have a certain item? Is there something in particular you're looking for? Call your hometown Ollie's to find out if it's in stock!