

**Corporate Office**
650 Liberty Avenue
Union, NJ 07083
908/688-0888

July 22, 2016

**VIA FEDERAL EXPRESS**

Cole MT San Marcos TX, LLC
c/o Cole Real Estate Investments
2555 East Camelback Road, Suite 400
Phoenix, Arizona  85016
Attn:  Mr. David Benavente

> Re: Lease Agreement dated as of September 29, 2005 (as amended, the "*Lease*") by and between Cole MT San Marcos TX, LLC successor-in-interest to Lincoln PO Red Oak Village, L.P. ("*Landlord*") and Bed Bath & Beyond Inc. ("*Tenant*") for premises at Red Oak Village, San Marcos, Texas ("*Shopping Center*") [#1107]

Ladies/Gentlemen:

All capitalized terms used herein, but not defined, shall have the meanings ascribed to them in the Lease.

PLEASE TAKE NOTICE THAT, pursuant to Section 2.2.2 of the Lease, Tenant hereby exercises its option to renew the Lease for the first Renewal Option of five (5) years, commencing on February 1, 2017 and ending on January 31, 2022.

If you have any questions, please do not hesitate to call.

Very truly yours,

Seth Geldzahler
Vice President - Real Estate

DocuSign Envelope ID: 26FE26E7-E2B7-49D9-AD41-F8DEC5CB09F6



Beyond any store of its kind."

**Corporate Office**
650 Liberty Avenue
Union, NJ 07083
908/688-0888

July 29, 2021

**VIA FEDERAL EXPRESS**

Cole MT San Marcos TX, LLC
2555 Camelback Road, Suite 400
Phoenix, AZ  85016
Attn: David Benavente

> RE:    Store No. 1107 (San Marcos, TX)
>        Option Exercise

Dear Landlord:

Bed Bath & Beyond Inc.("*Tenant*") leases from Cole MT San Marcos TX, LLC ("*Landlord*") certain premises located at 1050 McKinley Place Drive, San Marcos, TX pursuant to a Lease Agreement dated September 29, 2005 (as amended, the "*Lease*").  All capitalized terms not defined herein shall have the meanings ascribed to them in the Lease.

Pursuant to Section 2.2.2 of the Lease, Tenant hereby exercises the second (2nd) of its three (3), five (5) year Renewal Options, that will run from February 1, 2022 to January 31, 2027.  Please contact us if you have any questions or comments.

Very truly yours,

DocuSigned by:

*Steve Horowitz*

F26C6A8B18754B9...
Steven Horowitz
Vice President – Real Estate