J. Alexandra Rhim, Esq. (admitted *pro hac vice*)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
E-mail: arhim@hrhlaw.com

**BERNSTEIN-BURKLEY, P.C.**
Keri P. Ebeck, Esquire
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-811

*Attorneys for Realty Income Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BED BATH & BEYOND, INC., *et al.*, | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors | : | (Jointly Administered) |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REALTY INCOME CORPORATION'S SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107**

Realty Income Corporation ("RIC" or "Landlord") hereby request that the Court take judicial notice of the following documents referenced herein. This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below. The contents of these filings are public records that are "not subject to reasonable dispute [and] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

**Exhibits appended to Declaration of Demetri Lahanas**

    Exhibit 5: Marshalls MOL

    Exhibit 6: PetsMart MOL

    Exhibit 7: Bestbuy MOL

**Exhibits appended to Declaration of J. Alexandra Rhim**

    Exhibit 1: 8-K (Ollie's)

    Exhibit 2: 10-K (Ollie's)

    Exhibit 3: 10-K excerpts (Ollie's)

    Exhibit 4: 10-K (RIC)

    Exhibit 5: Exhibit 21.1 (RIC)

RIC requests that the Court take judicial notice of the above-referenced documents that are appended as Exhibits (numbering corresponding to declarations) in the concurrently filed declarations.

Dated: November 15, 2023

Respectfully submitted,

**BERNSTEIN-BERKLEY, P.C.**

By: */s/ Keri P. Ebeck*
Keri P., Ebeck, NJ ID No. 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: 412-456-8112
Fax: 412- 456-8135

*Attorneys for Realty Income Corporation*

-and-

**HEMAR, ROUSSO & HEALD LLP**

By: /s/ J. Alexandra Rhim
15910 Ventura Blvd., 12th Floor
Encino, CA 91436
Telephone: 818-501-3800
Fax: 818-501-2985
J. Alexandra Rhim, Esq.
arhim@hrhlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Realty Income Corporation*