**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
DAVID H. STEIN, ESQ.
Telephone:  (732) 636-8000
Attorneys for Levtex, LLC

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: January 9, 2024<br>at 10:00 a.m. |

### NOTICE OF MOTION FOR ENTRY OF AN ORDER ALLOWING THE GENERAL UNSECURED CLAIM OF LEVTEX LLC

To:    All Parties on the Attached Service List

**PLEASE TAKE NOTICE** that on January 9, 2024 at 10:00 a.m., or as soon thereafter as counsel may be heard, Levtex LLC (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., shall move before the Honorable Vincent F. Papalia, at the United States Bankruptcy Court for the District of New Jersey, MLK Jr. Federal Building and United States Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, for entry of an order allowing Movant's general unsecured claim as set forth in its Proof of Claim filed as Claim #3942 (the "Motion").

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Movant shall rely upon the Certification of Charles Ginn, the letter brief submitted herewith, all supporting papers and the record of the instant proceedings, together with oral argument, if required, and such other testimony as the Court shall require or allow.  Movant also submits a proposed form of Order herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy Procedure and the District of New Jersey Local Bankruptcy Rules, and must be filed with this Court and served upon the attorneys for the Movant, Wilentz, Goldman & Spitzer, 90 Woodbridge Center Drive, Woodbridge, New Jersey 07095 (**Attn: David H. Stein, Esq**.) so as to be received within the time required by the Rules of Court.

**PLEASE TAKE FURTHER NOTICE** that, in the event that timely objections are not filed with the Court and served upon the undersigned attorneys as provided for in District of New Jersey Local Bankruptcy Rule 9013-2(a)(2), the Motion shall be deemed uncontested and the Court may, in its discretion, grant the requested relief.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with District of New Jersey Local Bankruptcy Rule 9013-3, unless timely objections are filed and served upon the appropriate parties, the Movant submits to disposition on the papers.

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for* Levtex, LLC

By:___*/s/ David H. Stein*_____
         DAVID H. STEIN, ESQ.

Dated:  November 17, 2023

2

#14137501.1 181699.001

## SERVICE LIST

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
*Attorneys for Plan Administrator*

Joshua Sussberg, Esq.
Derek I. Hunter, Esq.
Emily E. Geier, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Debtors*

Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Cole Schotz, P.C.
25 Main Street
Hackensack, NJ  07602
*Co-counsel for Debtors*

Fran B. Steele, Esq.
U.S. Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

#14137501.1 181699.001