# EXHIBIT "1"

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AR Aging (Detailed) | | | | | | | | | | | 5/5/2023 9:05 AM | |
| 2 | Company/Br: LEVTEX | | | | | Group by Parent Account | | | | | Date: | | |
| 3 | | | | | Customer: | BEDBATH | | | | | User: | Charles | |
| 4 | | | | | Aged On: | 5/5/2023 | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | Statement Cycle | | Last Statement Date | | Description | | | | | | | | |
| 7 | EOM | | | | End of Month | | | | | | | | |
| 8 | Customer | | Customer Name | | | | | | | | | | |
| 9 | BEDBATH | | Bed Bath and Beyond (consolidating account) | | | | | | | | | | |
| 10 | | | | | | | | | | Past Due | | | |
| 11 | Doc. Type | Ref. Nbr. | Customer Ref./Orig. Ref. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Balance | |
| 12 | INVOICE | 004207 | NX5L3JF | | 10/27/2022 | 12/20/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 165,219.28 | 165,219.28 | |
| 13 | INVOICE | 004427 | NX5L3JE | | 10/31/2022 | 12/27/2022 | 0.00 | 0.00 | 0.00 | 0.00 | 119,526.56 | 119,526.56 | |
| 14 | INVOICE | 005157 | NX5L3JL | | 11/18/2022 | 1/18/2023 | 0.00 | 0.00 | 0.00 | 0.00 | 36,984.16 | 36,984.16 | |
| 15 | | | | | Customer Total: | | 0.00 | 0.00 | 0.00 | 0.00 | 321,730.00 | 321,730.00 | |
| 16 | | | | | | | | | | | | | |
| 17 | Child Account | | Customer Name | | | | | | | | | | |
| 18 | CH BBB D2C | | Bed Bath and Beyond Drop | | | | | | | | | | |
| 19 | | | | | | | | | | Past Due | | | |
| 20 | Doc. Type | Ref. Nbr. | Customer Ref./Orig. Ref. | Branch | Doc. Date | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Balance | |
| 21 | INVOICE | 009267 | | | 3/17/2023 | 4/16/2023 | 0.00 | 106.00 | 0.00 | 0.00 | 0.00 | 106.00 | |
| 22 | INVOICE | 009326 | | | 3/20/2023 | 4/19/2023 | 0.00 | 91.61 | 0.00 | 0.00 | 0.00 | 91.61 | |
| 23 | INVOICE | 009377 | | | 3/21/2023 | 4/20/2023 | 0.00 | 93.87 | 0.00 | 0.00 | 0.00 | 93.87 | |
| 24 | INVOICE | 009482 | | | 3/23/2023 | 4/22/2023 | 0.00 | 85.61 | 0.00 | 0.00 | 0.00 | 85.61 | |
| 25 | INVOICE | 009535 | | | 3/24/2023 | 4/23/2023 | 0.00 | 43.74 | 0.00 | 0.00 | 0.00 | 43.74 | |
| 26 | INVOICE | 009589 | | | 3/27/2023 | 4/26/2023 | 0.00 | 101.22 | 0.00 | 0.00 | 0.00 | 101.22 | |
| 27 | INVOICE | 009644 | | | 3/28/2023 | 4/27/2023 | 0.00 | 63.87 | 0.00 | 0.00 | 0.00 | 63.87 | |
| 28 | INVOICE | 009979 | | | 4/5/2023 | 5/5/2023 | 3,948.05 | 0.00 | 0.00 | 0.00 | 0.00 | 3,948.05 | Priority |
| 29 | INVOICE | 010032 | | | 4/6/2023 | 5/6/2023 | 4,805.05 | 0.00 | 0.00 | 0.00 | 0.00 | 4,805.05 | Priority |
| 30 | INVOICE | 010082 | | | 4/10/2023 | 5/10/2023 | 16,649.98 | 0.00 | 0.00 | 0.00 | 0.00 | 16,649.98 | Priority |
| 31 | INVOICE | 010127 | | | 4/11/2023 | 5/11/2023 | 4,929.65 | 0.00 | 0.00 | 0.00 | 0.00 | 4,929.65 | Priority |
| 32 | INVOICE | 010184 | | | 4/12/2023 | 5/12/2023 | 5,792.29 | 0.00 | 0.00 | 0.00 | 0.00 | 5,792.29 | Priority |
| 33 | INVOICE | 010233 | | | 4/13/2023 | 5/13/2023 | 3,107.65 | 0.00 | 0.00 | 0.00 | 0.00 | 3,107.65 | Priority |
| 34 | INVOICE | 010283 | | | 4/14/2023 | 5/14/2023 | 93.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93.00 | Priority |
| 35 | INVOICE | 010362 | | | 4/17/2023 | 5/17/2023 | 19,253.94 | 0.00 | 0.00 | 0.00 | 0.00 | 19,253.94 | Priority |
| 36 | INVOICE | 010418 | | | 4/18/2023 | 5/18/2023 | 7,101.26 | 0.00 | 0.00 | 0.00 | 0.00 | 7,101.26 | Priority |
| 37 | INVOICE | 010471 | | | 4/19/2023 | 5/19/2023 | 3,698.79 | 0.00 | 0.00 | 0.00 | 0.00 | 3,698.79 | Priority |
| 38 | INVOICE | 010541 | | | 4/20/2023 | 5/20/2023 | 3,789.11 | 0.00 | 0.00 | 0.00 | 0.00 | 3,789.11 | Priority |
| 39 | | | | | Customer Total: | | 73,168.77 | 585.92 | 0.00 | 155.47 | 29.25 | 73,754.69 | |
| 40 | | | | | | | | | | | | | |
| 41 | | | | | Consolidated Total: | | 73,168.77 | 585.92 | 0.00 | 155.47 | 321,759.25 | 395,484.69 | |
| 42 | | | | | Statement Cycle Total: | | 73,168.77 | 585.92 | 0.00 | 155.47 | 321,759.25 | 395,484.69 | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | Company Total: | | | | | | | 395,484.69 | |
| 45 | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | |
| 47 | Date Filed | ##### | | | | | | | | | | | |
| 48 | 20 Days: | ##### | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | |
| 50 | Total Priority | | | | | | | | | | | 73,168.77 | |
| 51 | | | | | | | | | | | | | |
| 52 | Section 503(b)(9) of the Bankruptcy Code provides for an administrative expense status for "the value of any goods received by the Debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor the ordinary course of such Debtor's business." | | | | | | | | | | | | |