# EXHIBIT "2"

**From:** Bed Bath and Beyond <bbbyinfo@ra.kroll.com>
**Subject: RE: [EXTERNAL] Vendor Account 68608 for Levtex LLC - Direct Import Orders not listed in Claims for Bankruptcy - Confirmed by BBB**
**Date:** June 8, 2023 at 4:17:59 PM PDT
**To:** "charles@levtexhome.com" <charles@levtexhome.com>

Charles,

Thank you for your inquiry.

On April 23, 2023, Bed Bath & Beyond Inc. and 73 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey.

Payment for goods and services provided prior to the petition date of April 23, 2023 cannot be paid without Court authority. For such amounts, you may submit a proof of claim.

Scheduled claims are just what the debtors believe is owed to the party, if you disagree then you can file a claim and once processed it will be visible on the claims register and will supersede the scheduled claim during reconciliation.

The Bankruptcy Court has established July 7, 2023, as the deadline to file proofs of claim that arose prior to the Petition Date of April 23, 2023, including 503(b)(9) claims (the "General Bar Date").

The Bar Date Notice, instructions on how to file a proof of claim, and important dates and deadlines are available at https://restructuring.ra.kroll.com/bbby/EPOC-Index.

For information regarding the chapter 11 proceedings, including access to court documents, please visit: https://restructuring.ra.kroll.com/bbby/.

**PLEASE NOTE: Kroll is the appointed claims and noticing agent for Bed Bath & Beyond Inc. and 73 affiliated debtors' chapter 11 cases. As such, we are not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.**

Regards,

**Kroll Inquiries**

www.kroll.com

*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

---------------- Original Message ----------------
**From:** Charles Ginn [charles@levtexhome.com]
**Sent:** 6/7/2023, 5:21 PM
**To:** bbbyinfo@ra.kroll.com
**Subject:** [EXTERNAL] Vendor Account 68608 for Levtex LLC - Direct Import Orders not listed in Claims for Bankruptcy - Confirmed by BBB

Hi Kroll
As a follow up to my email earlier, please see confirmation by the Head of Owned Brands at Bed Bath of the balance owed to Levtex LLC by Liberty Procurement for our Vendor Account 68608. Please confirm this will be added to or listed separately, on the Claims portion of the Kroll website.
Thank you
Charles

> Begin forwarded message:
>
> **From:** Michael Levin <michael@levtexhome.com>
> **Subject: Fwd: Help Please?**
> **Date:** June 7, 2023 at 12:53:57 PM PDT
> **To:** Charles Ginn <charles@levtexhome.com>
>
>
> Michael Levin
> LEVTEX HOME
> 1830 14th Street
> Santa Monica, CA  90404
> 310-883-0501 (Direct)
>
>> Begin forwarded message:
>>
>> **From:** Amanda Shpilberg <AMANDA.Shpilberg@bedbath.com>
>> **Subject: RE: Help Please?**
>> **Date:** June 7, 2023 at 12:43:23 PM PDT
>> **To:** Michael Levin <michael@levtexhome.com>
>> **Cc:** Adina Corsaro <Adina.Corsaro@bedbath.com>
>>
>> Hi Michael –
>>
>> As discussed, please see attached. Unpaid Nexus balance is ~321k.

2

I will also work on getting a contact in the instance you need to reach out to someone in AP.

Thanks,

amanda shpilberg
Head of Owned Brands, Product Development & Operations
amanda.shpilberg@bedbath.com
650 Liberty Avenue
Union, NJ 07083

welcome to parenthood™
buybuy BABY

---

**From:** Michael Levin <michael@levtexhome.com>
**Sent:** Tuesday, June 6, 2023 10:32 PM
**To:** Amanda Shpilberg <AMANDA.Shpilberg@bedbath.com>
**Cc:** Adina Corsaro <Adina.Corsaro@bedbath.com>
**Subject:** Re: Help Please?

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thanks. Do you want to call me on the number below? Or, if you send me your number I will be happy to call you. Michael
Michael Levin
LEVTEX HOME
1830 14th Street
Santa Monica, CA 90404
310-883-0501 (Direct)

> On Jun 6, 2023, at 4:30 PM, Amanda Shpilberg <AMANDA.Shpilberg@bedbath.com> wrote:
>
> Hi Michael ,
>
> 3:30 EST is great.
>
> Thanks,
> Amanda
>
> **From:** Michael Levin <michael@levtexhome.com>
> **Sent:** Tuesday, June 6, 2023 6:16:49 PM
> **To:** Amanda Shpilberg <AMANDA.Shpilberg@bedbath.com>
> **Cc:** Adina Corsaro <Adina.Corsaro@bedbath.com>
> **Subject:** Re: Help Please?
>
> CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

3

Hi Amanda:  Could you do 3:30pm Eastern?  That would be amazing and thanks for the super fast reply.  Michael

Michael Levin
LEVTEX HOME
1830 14th Street
Santa Monica, CA  90404
310-883-0501 (Direct)

> On Jun 6, 2023, at 3:14 PM, Amanda Shpilberg <AMANDA.Shpilberg@bedbath.com> wrote:
>
> Hi Michael,
>
> I am going to be out at stores tomorrow until early afternoon.  Would 3pm EST work?
>
> Thanks,
> Amanda
>
> **From:** Michael Levin <michael@levtexhome.com>
> **Sent:** Tuesday, June 6, 2023 6:04:32 PM
> **To:** Adina Corsaro <Adina.Corsaro@bedbath.com>; Amanda Shpilberg <AMANDA.Shpilberg@bedbath.com>
> **Subject:** Help Please?
>
>
> CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> Hi there.  Turns out I need your help on something related to AR.  Can you guys get on a call with me?  If you had some time tomorrow that would be awesome.  Thanks, Michael
>
> Michael Levin
> LEVTEX HOME
> 1830 14th Street
> Santa Monica, CA  90404
> 310-883-0501 (Direct)

4

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

ref:_00D1N1ulqY._500311ZhvQ4:ref