# EXHIBIT "3"

| PO Number(s) | Vendor Name | Vendor Member ID | Debit Value Date |
|---|---|---|---|
| NX5L3JF | LEVTEX, LLC/IMPORT DIV. | 5717-9890-1829-3058 | 2022-12-19 |
| NX5L3JE | LEVTEX, LLC/IMPORT DIV. | 5717-9890-1829-3058 | 2022-12-23 |
| NX5L3JL | LEVTEX, LLC/IMPORT DIV. | 5717-9890-1829-3058 | 2023-01-03 |