EXHIBIT "4"

From: Charles Ginn <Charles@levtexhome.com>
**Subject: Vendor Account 68608 for Levtex - Direct Import Orders not listed in Claims for Bankruptcy**
Date: June 6, 2023 at 3:54:24 PM PDT
To: vrrepvendorgroup1@bedbath.com
Cc: Charles Ginn <charles@levtexhome.com>

Hi AP Team

Please can you help me.  I have seen that BBB has now listed claims for Levtex LLC in the amount of $80,714.14.
Do you have any detail on this amount?  It appears to be the balance of accounts 48454 and 71313?

However the account 68608 for Import does not appear to have been filed with Kroll for with there are 3 unpaid invoices totally $321,730:

| Doc. Type | Ref. Nbr. | PO # | Doc. Date | Balance |
|---|---|---|---|---|
| INVOICE | 004207 | NX5L3JF | 10/27/2022 | 165,219.28 |
| INVOICE | 004427 | NX5L3JE | 10/31/2022 | 119,526.56 |
| INVOICE | 005157 | NX5L3JL | 11/18/2022 | 36,984.16 |

See attached supporting documents for these invoices:
- invoices

1

- FCR's
- PO's
- confirmations for payment scheduled from Deutsche Bank - these payments were never made.

I am not sure what the bankruptcy process is but I would really appreciate it if you could confirm these invoices are payable in your system, and confirm why these have not yet been filed with Kroll for the Bankruptcy?

Thank you
Charles



# Creditor Information - Schedule # 5268971

Creditor
LEVTEX LLC
1830 14TH STREET
SANTA MONICA, CA 90404

Debtor Name
Liberty Procurement Co. Inc.
Date Filed
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | |
|---|---|---|---|---|
| General Unsecured | $80,714.14 | | | |
| Priority | | | | |
| Secured | | | | |
| 503(b)(9) Admin Priority | | | | |
| Admin Priority | | | | |
| Total | $80,714.14 | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Begin forwarded message:

**From:** Jean Loyo <jean@levtexhome.com>
**Subject: BBB Payment Authorization from Nexus portal**
**Date:** June 6, 2023 at 2:28:17 PM PDT
**To:** charles Ginn <charles@levtexhome.com>

Hi Charles,

3

Please see attached file the Payment Authorization from Nexus portal. The "Value date" are supposed to transfer the $$ Amount.

I also saved the files at DB/Customer/BBB/PD projects/Baby PD Projects/Ever & Ever Traditional 2023/Bankruptcy Claim Documents

Jean