**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
DAVID H. STEIN, ESQ.
Telephone: (732) 636-8000
Attorneys for Levtex LLC

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al*., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### ORDER ALLOWING THE GENERAL UNSECURED CLAIM OF LEVTEX LLC

The relief set forth on the following pages, numbered two (2) through two (2) is ORDERED.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

#14137676.1 181699.001

Case 23-13359-VFP    Doc 2705-8    Filed 11/17/23    Entered 11/17/23 15:05:20    Desc
Proposed Order    Page 2 of 2

Bed Bath & Beyond Inc., et al.
Case No. 23-13359 (VFP)
Caption of Order:   ORDER ALLOWING THE GENERAL UNSECURED CLAIM OF
    LEVTEX LLC
Page 2

---

This matter having come before the Court by way of a Notice of Motion for an Order Allowing the General Unsecured Claim of Levtex LLC (the "Motion"), filed by Wilentz, Goldman & Spitzer, P.A., attorneys for Levtex LLC (the Movant"), and after due consideration of the moving papers, opposition, if any, and arguments of counsel, and for good cause having been shown:

IT IS HEREBY ORDERED:

1. The Motion is hereby GRANTED.

2. Movant's claim as set forth in Proof of Claim #3942 in the amount of $395,484.69 is hereby allowed, in full, as a general unsecured claim against the Debtors and the Debtors' estates.

3. The Clerk of the Court and/or the duly appointed claims agent for the Debtors' Chapter 11 bankruptcy proceedings shall mark the applicable claims register to indicate that Movant's claim as set forth in Proof of Claim #3942 in the amount of $395,484.69 is hereby deemed allowed in full, and Movant shall not be required to take any further action in these proceedings.

#14137676.1 181699.001