J. Alexandra Rhim, Esq. (admitted *pro hac vice*)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
E-mail: arhim@hrhlaw.com

**BERNSTEIN-BURKLEY, P.C.**
Keri P. Ebeck, Esquire
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-811

*Attorneys for Realty Income Corporation*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| BED BATH & BEYOND, INC., *et al.,* | : | Case No. 23-13359 (VFP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |

**REALTY INCOME CORPORATION'S RESUBMISSION OF EXHIBITS TO DECLARATION OF J. ALEXANDRA RHIM [DOCKET NO. 2698] IN SUPPORT OF SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NON-<u>RESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107</u>**

The exhibits filed in connection with the Declaration of J. Alexandra Rhim [docket no. 2698] are hereby resubmitted. This resubmission is made solely for the purpose of inserting exhibit pages to demarcate the Exhibits 1 through 6. The contents of the exhibits are otherwise identical to those that were previously filed.

This resubmission is being submitted for the convenience of the Court and the parties.

Dated: November 17, 2023	Respectfully submitted,

**BERNSTEIN-BERKLEY, P.C.**

By: */s/ Keri P. Ebeck*
Keri P., Ebeck, NJ ID No. 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: 412-456-8112
Fax: 412- 456-8135

*Attorneys for Realty Income Corporation*

-and-

**HEMAR, ROUSSO & HEALD LLP**

By: */s/ J. Alexandra Rhim*
15910 Ventura Blvd., 12th Floor
Encino, CA 91436
Telephone: 818-501-3800
Fax: 818-501-2985
J. Alexandra Rhim, Esq.
arhim@hrhlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Realty Income Corporation*