# EXHIBIT 1

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

# FORM 8-K

**CURRENT REPORT**
Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of report: August 31, 2023
(Date of earliest event reported)

# Ollie's Bargain Outlet Holdings, Inc.

(Exact name of registrant as specified in its charter)

Delaware
(State or other jurisdiction of incorporation)

| 001-37501 | 80-0848819 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| 6295 Allentown Boulevard Suite 1 Harrisburg, Pennsylvania | 17112 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(717) 657-2300

(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value | OLLI | The NASDAQ Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR 230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR 240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐.

**Item 2.02  Results of Operations and Financial Condition.**

On August 31, 2023, Ollie's Bargain Outlet Holdings, Inc. (the "Company") issued a press release announcing its financial results for the quarter ended July 29, 2023. A copy of the press release is furnished as Exhibit 99.1 to this current report and is incorporated by reference herein.

The information furnished in this Item 2.02 of on this Form 8-K, including the exhibit attached, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filing.

**Item 9.01  Financial Statements and Exhibits.**

(d) <u>Exhibits</u>.  The following exhibits are filed with this report:

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued on August 31, 2023 of Ollie's Bargain Outlet Holdings, Inc. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

                                                     **OLLIE'S BARGAIN OUTLET HOLDINGS, INC.**

                                                     By: /s/ Robert Helm
                                                     Name: Robert Helm
                                                     Title: Senior Vice President and
                                                                 Chief Financial Officer

Date: August 31, 2023

# EXHIBIT INDEX

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued on August 31, 2023 of Ollie's Bargain Outlet Holdings, Inc. |