# EXHIBIT 5

EX-21.1 8 exhibit211202210k.htm EX-21.1

**Exhibit 21.1**

**Subsidiaries of the Company as of February 22, 2023**

| Entity | Jurisdiction of Organization |
|---|---|
| 11990 Eastgate Blvd, LLC | Delaware |
| 2100 E 69th Avenue Indiana LLC | Delaware |
| American Realty Capital Properties, LLC | Delaware |
| ARC AAHARAL001, LLC | Delaware |
| ARC AZGYAPR001, LLC | Delaware |
| ARC AZHUMPR001, LLC | Delaware |
| ARC AZPONPR001, LLC | Delaware |
| ARC AZSNJPR001, LLC | Delaware |
| ARC BBFTMFL001, LLC | Delaware |
| ARC BSLBCCA001, LLC | Delaware |
| ARC CAMBR BSPL, LLC | Delaware |
| ARC CVCHIIL001, LLC | Delaware |
| ARC CVCHIIL002, LLC | Delaware |
| ARC CVGNVFL001, LLC | Delaware |
| ARC ESBKYMO001, LLC | Delaware |
| ARC FEAARMI001, LLC | Delaware |
| ARC FEBKYWV001, LLC | Delaware |
| ARC FEBNXNY001, LLC | Delaware |
| ARC FEDGCKS001, LLC | Delaware |
| ARC FEGFKND001, LLC | Delaware |
| ARC FEHAYKS001, LLC | Delaware |
| ARC FELNCNE001, LLC | Delaware |
| ARC FELSVKY001, LLC | Delaware |
| ARC FESPFMO001, LLC | Delaware |
| ARC FESXFSD001, LLC | Delaware |
| ARC HDAUSGA001, LLC | Delaware |
| ARC HDTPAKS001, LLC | Delaware |
| ARC IHLVRCA001, LLC | Delaware |
| ARC IHMPHTN001, LLC | Delaware |
| ARC IHMPHTN002, LLC | Delaware |
| ARC IHPKRCO001, LLC | Delaware |
| ARC IHROCNY001, LLC | Delaware |
| ARC Income Properties II, LLC | Delaware |
| ARC Initial PE Member LLC | Delaware |
| ARC JJPLYMA001, LLC | Delaware |
| ARC KHCLNIL001, LLC | Delaware |
| ARC KHGTNKY001, LLC | Delaware |
| ARC LWKNXTN001, LLC | Delaware |
| ARC ORJOLIL001, LLC | Delaware |
| ARC PA-QRS Trust | Virginia |
| ARC PA-QRS Trust Member LLC (DBA in CA: ARC PA-QRS TRS Member LLC) | Delaware |
| ARC PLBKVOH001, LLC | Delaware |
| ARC RACARPA001 GP, LLC | Delaware |
| ARC RACARPA001 LP | Delaware |
| ARC RAPITPA001 GP, LLC | Delaware |
| ARC RAPITPA001 LP | Delaware |
| ARC SCAUGGA001, LLC | Delaware |
| ARC SJHSPAR001, LLC | Delaware |
| ARC SJHSPAR002, LLC | Delaware |
| ARC SJHSPAR003, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| ARC SSCTRVT001, LLC | Delaware |
| ARC SSNANNY001, LLC | Delaware |
| ARC SYGRINY001, LLC | Delaware |
| ARC TMDKBIL001, LLC | Delaware |
| ARC TSDUBPA001, LLC | Delaware |
| ARC TSELBPA001, LLC | Delaware |
| ARC TSLWBWV001, LLC | Delaware |
| ARC TSMNFPA001, LLC | Delaware |
| ARC WGAUBNY001, LLC | Delaware |
| ARC WGCNWSC001, LLC | Delaware |
| ARC WGGRCNY001, LLC | Delaware |
| ARC WGGRCNY002, LLC | Delaware |
| ARC WGGRPMN001, LLC | Delaware |
| ARC WGMTPMI001, LLC | Delaware |
| ARC WGPLTNY001, LLC | Delaware |
| ARC WGSYRNY001, LLC | Delaware |
| ARC WMBLYAR001, LLC | Delaware |
| ARC/Milestone Capital Ventures, LLC | Delaware |
| ARCP / GRD BioLife Portfolio I, LLC | Delaware |
| ARCT TRS Corp. | Delaware |
| Bulwark Berlin LLC | Delaware |
| Bulwark Branford LLC | Delaware |
| Bulwark Brockton LLC | Delaware |
| Bulwark Derry LLC | Delaware |
| Bulwark Melrose LLC | Delaware |
| Bulwark Mount Ephraim LLC | Delaware |
| Columbia Road Ohio LLC | Delaware |
| Commerce Charter-Troy 2 Holding, LLC | Delaware |
| Commerce Charter-Troy 2, LLC | Delaware |
| Conroe Logistics Center, LLC | Delaware |
| ConWa Property I LLC | Delaware |
| Crest Net Lease, Inc. | Delaware |
| EBH MA Property LLC | Massachusetts |
| GRD Bellingham WA BioLife Holdings, LLC | Delaware |
| GRD Bloomington IN BioLife Holdings, LLC | Delaware |
| GRD Ft. Wayne IN BioLife Holdings, LLC | Delaware |
| GRD Grandville MI BioLife Holdings, LLC | Delaware |
| GRD Loveland CO BioLife Holdings, LLC | Delaware |
| GRD St. George UT BioLife Holdings, LLC | Delaware |
| GRD Waite Park MN BioLife Holdings, LLC | Delaware |
| GRD Waterloo IA BioLife Holdings, LLC | Delaware |
| GRD West Fargo ND BioLife Holdings, LLC | Delaware |
| MDC Box 1, LLC | Delaware |
| MDC Coast 1, LLC | Delaware |
| MDC Coast 10, LLC | Delaware |
| MDC Coast 11, LLC | Delaware |
| MDC Coast 12, LLC | Delaware |
| MDC Coast 13, LLC | Delaware |
| MDC Coast 14, LLC | Delaware |
| MDC Coast 15, LLC | Delaware |
| MDC Coast 16, LLC | Delaware |
| MDC Coast 17, LLC | Delaware |
| MDC Coast 18, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| MDC Coast 19, LLC | Delaware |
| MDC Coast 2, LLC | Delaware |
| MDC Coast 20, LLC | Delaware |
| MDC Coast 21, LLC | Delaware |
| MDC Coast 22, LLC | Delaware |
| MDC Coast 23, LLC | Delaware |
| MDC Coast 24, LLC | Delaware |
| MDC Coast 25, LLC | Delaware |
| MDC Coast 26, LLC | Delaware |
| MDC Coast 27, LLC | Delaware |
| MDC Coast 28, LLC | Delaware |
| MDC Coast 29, LLC | Delaware |
| MDC Coast 3, LLC | Delaware |
| MDC Coast 4, LLC | Delaware |
| MDC Coast 5, LLC | Delaware |
| MDC Coast 6, LLC | Delaware |
| MDC Coast 7, LLC | Delaware |
| MDC Coast 8, LLC | Delaware |
| MDC Coast 9, LLC | Delaware |
| MDC Coast EcO 1, LLC | Delaware |
| MDC Coast HI 1, LLC | Delaware |
| MDC Coastal 1, LLC | Delaware |
| MDC Coastal 10, LLC | Delaware |
| MDC Coastal 11, LLC | Delaware |
| MDC Coastal 12, LLC | Delaware |
| MDC Coastal 13, LLC | Delaware |
| MDC Coastal 14, LLC | Delaware |
| MDC Coastal 15, LLC | Delaware |
| MDC Coastal 16, LLC | Delaware |
| MDC Coastal 17, LLC | Delaware |
| MDC Coastal 18, LLC | Delaware |
| MDC Coastal 19, LLC | Delaware |
| MDC Coastal 2, LLC | Delaware |
| MDC Coastal 20, LLC | Delaware |
| MDC Coastal 21, LLC | Delaware |
| MDC Coastal 22, LLC | Delaware |
| MDC Coastal 23, LLC | Delaware |
| MDC Coastal 24, LLC | Delaware |
| MDC Coastal 25, LLC | Delaware |
| MDC Coastal 26, LLC | Delaware |
| MDC Coastal 27, LLC | Delaware |
| MDC Coastal 28, LLC | Delaware |
| MDC Coastal 29, LLC | Delaware |
| MDC Coastal 3, LLC | Delaware |
| MDC Coastal 30, LLC | Delaware |
| MDC Coastal 4, LLC | Delaware |
| MDC Coastal 5, LLC | Delaware |
| MDC Coastal 6, LLC | Delaware |
| MDC Coastal 7, LLC | Delaware |
| MDC Coastal 8, LLC | Delaware |
| MDC Coastal 9, LLC | Delaware |
| MDC East College, LLC | Delaware |
| MDC East Hobson, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| MDC Encore Holdings, LLC | Delaware |
| MDC Holabird, LLC | Delaware |
| MDC NC Holding Corp. | Delaware |
| MDC NC Holding GP, LLC | Delaware |
| MDC NC1, LP | Delaware |
| MDC NC2, LP | Delaware |
| MDC NC3, LP | Delaware |
| MDC Seal Beach, LLC | Delaware |
| O CHK, INC. | Delaware |
| O ICE, LLC | Delaware |
| PRD Owner, LLC | Delaware |
| PRD Real Estate 2, LLC | Delaware |
| PRD Real Estate 3, LLC | Delaware |
| PRD Real Estate, LLC | Delaware |
| Rams MD Subsidiary I, Inc. | Maryland |
| Realty Income Burlington Milwaukee, LLC | Delaware |
| Realty Income Buffalo Genesee, LLC | Delaware |
| Realty Income Capitol Heights Ritchie Station, LLC | Delaware |
| Realty Income CK1, LLC | Delaware |
| Realty Income Cumming Market Place, LLC | Delaware |
| Realty Income Deer Park Deerwood Glen GP, LLC | Delaware |
| Realty Income Deer Park Deerwood Glen Limited Partnership | Texas |
| Realty Income Deer Park Deerwood Glen LP, LLC (DBA in CA: Realty Income Deer Park Deerwood Glen, LLC) | Delaware |
| Realty Income DG Texas Portfolio I, LLC | Delaware |
| Realty Income DG Texas Portfolio II, LLC | Delaware |
| Realty Income Houston Orem, LLC | Delaware |
| Realty Income Illinois Properties 1, LLC | Delaware |
| Realty Income Illinois Properties 2, LLC | Delaware |
| Realty Income Illinois Properties 3, LLC | Delaware |
| Realty Income Illinois Properties 4, LLC | Delaware |
| Realty Income Magellan, LLC | Delaware |
| Realty Income Neenah Commercial, LLC | Delaware |
| Realty Income Pennsylvania Properties Trust | Maryland |
| Realty Income Pennsylvania Properties Trust 2 | Maryland |
| Realty Income Properties 1, LLC | Delaware |
| Realty Income Properties 10, LLC | Delaware |
| Realty Income Properties 11, LLC | Delaware |
| Realty Income Properties 12, LLC | Delaware |
| Realty Income Properties 13, LLC | Delaware |
| Realty Income Properties 14, LLC | Delaware |
| Realty Income Properties 15, LLC | Delaware |
| Realty Income Properties 16, LLC | Delaware |
| Realty Income Properties 17, LLC | Delaware |
| Realty Income Properties 18, LLC | Delaware |
| Realty Income Properties 19, LLC | Delaware |
| Realty Income Properties 2, LLC | Delaware |
| Realty Income Properties 20, LLC | Delaware |
| Realty Income Properties 21, LLC | Delaware |
| Realty Income Properties 22, LLC | Delaware |
| Realty Income Properties 23, LLC | Delaware |
| Realty Income Properties 24, LLC | Delaware |
| Realty Income Properties 25, LLC | Delaware |
| Realty Income Properties 26, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| Realty Income Properties 27, LLC | Delaware |
| Realty Income Properties 28, LLC | Delaware |
| Realty Income Properties 29, LLC | Delaware |
| Realty Income Properties 3, LLC | Delaware |
| Realty Income Properties 30, LLC | Delaware |
| Realty Income Properties 31, LLC | Delaware |
| Realty Income Properties 4, LLC | Delaware |
| Realty Income Properties 5, LLC | Delaware |
| Realty Income Properties 6, LLC | Delaware |
| Realty Income Properties 7, LLC | Delaware |
| Realty Income Properties 8, LLC | Delaware |
| Realty Income Properties 9, LLC | Delaware |
| Realty Income Raphine, LLC | Delaware |
| Realty Income Regent Blvd LLC | Delaware |
| Realty Income Seaford Merrick, LLC | Delaware |
| Realty Income Texas Properties 1, LLC | Delaware |
| Realty Income Trust 1 | Maryland |
| Realty Income Trust 2 | Maryland |
| Realty Income Trust 3 | Maryland |
| Realty Income Trust 4 | Maryland |
| Realty Income Trust 5 | Maryland |
| Realty Income Trust 6 | Maryland |
| Realty Income Upper Darby 69th, LLC | Delaware |
| Realty Income, L.P. | Maryland |
| RI CK2, LLC | Delaware |
| RI Crown LLC | Delaware |
| RI CS1, LLC | Delaware |
| RI CS2, LLC | Delaware |
| RI CS3, LLC | Delaware |
| RI CS4, LLC | Delaware |
| RI CS5, LLC | Delaware |
| RI GA 1, LLC | Delaware |
| RI SE, LLC (CA DBA: RI SOUTHEAST, LLC) | Delaware |
| RI TN 1, LLC | Delaware |
| RI TN 2, LLC | Delaware |
| RIC Pan Euro Holding LLC | Delaware |
| RILP NC Holding GP, LLC | Delaware |
| RILP NC1, LP | Delaware |
| RILP NC2, LP | Delaware |
| Tau Acquisition LLC | Delaware |
| Tau Atlantic, LLC | Delaware |
| Tau Central, LLC | Delaware |
| Tau CVJKVFL, LLC | Delaware |
| Tau FESSPA, LLC | Delaware |
| Tau Midwest, LLC | Delaware |
| Tau NC Holding GP, LLC | Delaware |
| Tau NC1, LP | Delaware |
| Tau Northeast, LLC | Delaware |
| Tau NY-NJ, LLC | Delaware |
| Tau Operating Partnership, L.P. | Delaware |
| Tau Pennsylvania General Partner, LLC | Delaware |
| Tau Pennsylvania, L.P. | Delaware |
| Tau South, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| Tau West, LLC | Delaware |
| Terraza 1, LLC | Delaware |
| Terraza 10, LLC | Delaware |
| Terraza 11, LLC | Delaware |
| Terraza 12 Holding LLC | Delaware |
| Terraza 12, LLC | Delaware |
| Terraza 13, LLC | Delaware |
| Terraza 14, LLC | Delaware |
| Terraza 17, LLC | Delaware |
| Terraza 2, LLC | Delaware |
| Terraza 3, LLC | Delaware |
| Terraza 4, LLC | Delaware |
| Terraza 5, LLC | Delaware |
| Terraza 6, LLC | Delaware |
| Terraza 7, LLC | Delaware |
| Terraza 8, LLC | Delaware |
| BREO Hermiston Unit Trust, a Jersey unit trust | Jersey |
| Great Western (General Partner 2006) Limited | United Kingdom |
| Great Western (Nominee 2006) Limited | United Kingdom |
| Great Western Unit Trust | Jersey |
| Heathfield Unit Trust | Jersey |
| Italian High Yield Real Estate Fund (REIF) | Italy |
| Milton Keynes Superstore (Nominee 1) Limited | United Kingdom |
| Milton Keynes Superstore (Nominee 2) Limited | United Kingdom |
| Peterborough Superstore (Nominee 1) Limited | United Kingdom |
| Peterborough Superstore (Nominee 2) Limited | United Kingdom |
| Realty Income Europe B.V. | Netherlands |
| Realty Income Limited | United Kingdom |
| Realty Income Luxembourg S.a.r.l. | Luxembourg |
| Realty Income Spain B.V. | Netherlands |
| Redd Park Limited | Jersey |
| RI 5 DIY Income Limited | British Virgin Islands |
| RI ASD Gillingham Limited | Jersey |
| RI AZ Speke Limited | Jersey |
| RI BBF Amsterdam Road Limited | Jersey |
| RI BQ 4 DIY Limited | United Kingdom |
| RI BQ Birmingham Limited | Jersey |
| RI BQ Brandon Coventry Limited | Jersey |
| RI BQ Bury Limited | United Kingdom |
| RI BQ Castleford Limited | Jersey |
| RI BQ Dallow Luton Limited | Jersey |
| RI BQ Grimsby Limited | United Kingdom |
| RI BQ Mavor E Kilbride Limited | Jersey |
| RI BQ Meir Park Limited | Jersey |
| RI BQ Portrack Stockton Limited | Jersey |
| RI BQ Stockport Limited | Jersey |
| RI Castle Vale Park Limited | Jersey |
| RI CF Spain 1 B.V. | Netherlands |
| RI CF Spain 2 B.V. | Netherlands |
| RI CF Spain 3 B.V. | Netherlands |
| RI CF Spain 4 B.V. | Netherlands |
| RI CF Spain 5 B.V. | Netherlands |
| RI CF Spain 6 B.V. | Netherlands |

| Entity | Jurisdiction of Organization |
| --- | --- |
| RI CPB Spain 1 B.V. | Netherlands |
| RI CPB Spain 2 B.V. | Netherlands |
| RI CPB Spain 3 B.V. | Netherlands |
| RI Crown CMC Limited | United Kingdom |
| RI Crown Limited | Jersey |
| RI Dane Rochdale Limited | Jersey |
| RI European Investment Fund SCSp | Luxembourg |
| RI Garthdee Aberdeen Limited | Jersey |
| RI Gerrards Cross Limited | Jersey |
| RI Hermiston Park H1 Limited | Jersey |
| RI Hermiston Park H2 Limited | Jersey |
| RI HV 3 Portfolio Limited | Jersey |
| RI Kingsgate EK Limited | Jersey |
| RI Leeds Road Limited | Jersey |
| RI MDC UK061 Limited | Jersey |
| RI MDC UK063 Limited | Jersey |
| RI MDC UK064 Limited | Jersey |
| RI MDC UK065 Limited | Jersey |
| RI MDC UK066 Limited | Jersey |
| RI MDC UK067 Limited | Jersey |
| RI MDC UK068 Limited | Jersey |
| RI MDC UK069 Limited | Jersey |
| RI MDC UK076 Limited | Jersey |
| RI MDC UK077 Limited | Jersey |
| RI MDC UK078 Limited | Jersey |
| RI MDC UK079 Limited | Jersey |
| RI MDC UK080 Limited | Jersey |
| RI MDC UK081 Limited | Isle of Man |
| RI MDC UK082 Limited | Isle of Man |
| RI MDC UK083 Limited | Isle of Man |
| RI MDC UK084 Limited | Isle of Man |
| RI MDC UK085 Limited | Isle of Man |
| RI MDC UK086 Limited | Jersey |
| RI MDC UK090 Limited | Jersey |
| RI MDC UK091 Limited | Jersey |
| RI MDC UK092 Limited | Jersey |
| RI MDC UK093 Limited | Jersey |
| RI MDC UK100 Limited | Jersey |
| RI MDC UK101 Limited | Jersey |
| RI MDC UK102 Limited | Jersey |
| RI MDC UK103 Limited | Jersey |
| RI MDC UK104 Limited | Jersey |
| RI MDC UK105 Limited | Jersey |
| RI MDC UK106 Limited | Jersey |
| RI MDC UK107 Limited | Jersey |
| RI MDC UK108 Limited | Jersey |
| RI MDC UK109 Limited | Jersey |
| RI MDC UK119 Limited | Jersey |
| RI MDC UK120 Limited | Jersey |
| RI MDC UK121 Limited | Jersey |
| RI MDC UK122 Limited | Jersey |
| RI MDC UK123 Limited | Jersey |
| RI MDC UK124 Limited | Jersey |

| Entity | Jurisdiction of Organization |
|---|---|
| RI MDC UK125 Limited | Jersey |
| RI MDC UK126 Limited | Jersey |
| RI MDC UK128 Limited | Jersey |
| RI Mountain Max Limited | Jersey |
| RI MS Blaydon Limited | Jersey |
| RI Multi Midlands Limited | Jersey |
| RI OC Luton Limited | Jersey |
| RI Paisley Retail Park Limited | Jersey |
| RI Perkins-CCF Limited | Jersey |
| RI SB Archer Road Limited | United Kingdom |
| RI SB Banbury Limited | United Kingdom |
| RI SB Bishop Auckland Limited | Jersey |
| RI SB Bodmin Limited | United Kingdom |
| RI SB Bradford Limited | United Kingdom |
| RI SB Bridgwater Limited | United Kingdom |
| RI SB Cardiff Limited | United Kingdom |
| RI SB Grimsby Limited | United Kingdom |
| RI SB Guildford Limited | Jersey |
| RI SB Hereford Limited | United Kingdom |
| RI SB Kempston Limited | United Kingdom |
| RI SB Limited | Jersey |
| RI SB Lincoln Limited | Jersey |
| RI SB Locksbottom Limited | United Kingdom |
| RI SB Military Road Limited | Jersey |
| RI SB Nantwich Limited | Jersey |
| RI SB Northampton Limited | United Kingdom |
| RI SB Otley Limited | Jersey |
| RI SB Preston Limited | Jersey |
| RI SB Southampton Limited | United Kingdom |
| RI SB Swadlincote Limited | Jersey |
| RI SB Swindon Limited | United Kingdom |
| RI SB Thornhill Cardiff Limited | Jersey |
| RI SB Wallington Limited | Jersey |
| RI Sittingbourne JV Limited | Jersey |
| RI Spain 1 B.V. | Netherlands |
| RI Spain 2 B.V. | Netherlands |
| RI Spain 3 B.V. | Netherlands |
| RI Spain 4 B.V. | Netherlands |
| RI Spain 5 B.V. | Netherlands |
| RI Spain 5 Holdco B.V. | Netherlands |
| RI Spain 6 B.V. | Netherlands |
| RI Spain 7 B.V. | Netherlands |
| RI Spain 8 B.V. | Netherlands |
| RI Tamworth Park Limited | Jersey |
| RI Trafford Park Limited | Jersey |
| RI TSC CW Manchester Limited | Jersey |
| RI TSC Enfield Limited | Jersey |
| RI TSC Irlam Limited | Jersey |
| RI TSC Littlehampton Limited | Jersey |
| RI TSC Milton Keynes Limited | United Kingdom |
| RI TSC Peterborough Limited | United Kingdom |
| RI TSC Prestwich Limited | Jersey |
| RI TSC Yeading Limited | Jersey |

| Entity | Jurisdiction of Organization |
|---|---|
| RI TSC Yeading Propco Limited | Isle of Man |
| RI UK 1 Limited | Jersey |
| RI UK SA 1 Limited | Jersey |
| RIE Europe 1 B.V. | Netherlands |
| RIE Europe 10 B.V. | Netherlands |
| RIE Europe 11 B.V. | Netherlands |
| RIE Europe 2 B.V. | Netherlands |
| RIE Europe 3 B.V. | Netherlands |
| RIE Europe 4 B.V. | Netherlands |
| RIE Europe 5 B.V. | Netherlands |
| RIE Europe 6 B.V. | Netherlands |
| RIE Europe 7 B.V. | Netherlands |
| RIE Europe 8 B.V. | Netherlands |
| RIE Europe 9 B.V. | Netherlands |
| SDI (Aberdeen 2) Limited | United Kingdom |
| SDI (Aintree) Limited | United Kingdom |
| SDI (Glasgow Fort) Limited | United Kingdom |
| SDI (Manchester Cheetham Hill) Limited | United Kingdom |
| SDI (Preston) Limited | United Kingdom |
| SDI (Southport) Limited | United Kingdom |
| SDI (Thurrock) Limited | United Kingdom |
| SDI (Wigan) Limited | United Kingdom |
| SDI (Yeovil) Limited | United Kingdom |
| T Avonmouth JPUT | Jersey |
| Titan Ashbourne POS Limited | United Kingdom |
| Titan Canvey Island POS Limited | United Kingdom |
| Titan Newton Abbot POS Limited | United Kingdom |
| Titan Ormskirk POS LTD | United Kingdom |
| Titan Trio IC Limited | United Kingdom |
| Titan Trio MC Limited | United Kingdom |
| ARC AACMBPA001, LLC | Delaware |
| ARC AASLGPA001, LLC | Delaware |
| ARC AATVLPA001, LLC | Delaware |
| ARC ACAWBWI001, LLC | Delaware |
| ARC ACLSHIL001, LLC | Delaware |
| ARC ASDTNGA001, LLC | Delaware |
| ARC ASFVLAR001, LLC | Delaware |
| ARC BBSTNCA001, LLC | Delaware |
| ARC BWNCNOH001, LLC | Delaware |
| ARC CAFEHLD001, LLC | Delaware |
| ARC CAFEUSA001, LLC | Delaware |
| ARC CBATAPA001, LLC | Delaware |
| ARC CBBMNGA001, LLC | Delaware |
| ARC CBBRFPA001, LLC | Delaware |
| ARC CBBSNGA001, LLC | Delaware |
| ARC CBCNGPA001, LLC | Delaware |
| ARC CBDLBPA001, LLC | Delaware |
| ARC CBDLSPA001, LLC | Delaware |
| ARC CBEPRVA001, LLC | Delaware |
| ARC CBFLNOH001, LLC | Delaware |
| ARC CBGSDPA001, LLC | Delaware |
| ARC CBHBGPA001, LLC | Delaware |
| ARC CBKNENH001, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| ARC CBKSNPA001, LLC | Delaware |
| ARC CBMBGPA001, LLC | Delaware |
| ARC CBMBNNC001, LLC | Delaware |
| ARC CBMCRPA001, LLC | Delaware |
| ARC CBMDFMA001, LLC | Delaware |
| ARC CBMDNMA001, LLC | Delaware |
| ARC CBMFDPA001, LLC | Delaware |
| ARC CBMTLPA001, LLC | Delaware |
| ARC CBMTNMA001, LLC | Delaware |
| ARC CBNPRRI001, LLC | Delaware |
| ARC CBOHLIL001, LLC | Delaware |
| ARC CBOMTPA001, LLC | Delaware |
| ARC CBPBGPA003, LLC | Delaware |
| ARC CBPBGPA005, LLC | Delaware |
| ARC CBPBGPA006, LLC | Delaware |
| ARC CBPBGPA007, LLC | Delaware |
| ARC CBPBGPA008, LLC | Delaware |
| ARC CBPBGPA009, LLC | Delaware |
| ARC CBPBGPA010, LLC | Delaware |
| ARC CBPBGPA011, LLC | Delaware |
| ARC CBPLMNH001, LLC | Delaware |
| ARC CBRNDMA001, LLC | Delaware |
| ARC CBTRNPA001, LLC | Delaware |
| ARC CBUDYPA001, LLC | Delaware |
| ARC CBWHNPA001, LLC | Delaware |
| ARC CBWSKVA001, LLC | Delaware |
| ARC CFMEZZ001, LLC | Delaware |
| ARC CVCOLSC002, LLC | Delaware |
| ARC CVFLDPA001, LLC | Delaware |
| ARC CVLVGNV001, LLC | Delaware |
| ARC CVMCBPA001, LLC | Delaware |
| ARC CVNCTPA001, LLC | Delaware |
| ARC CVSCDFL001, LLC | Delaware |
| ARC CVSPGPA001, LLC | Delaware |
| ARC CVTDAPA001, LLC | Delaware |
| ARC DBPCFBR001, LLC | Delaware |
| ARC DBPGDYR001, LLC | Delaware |
| ARC DBPORBR001, LLC | Delaware |
| ARC DBPPROP001, LLC | Delaware |
| ARC DGHHLSC001, LLC | Delaware |
| ARC DGLBKTX004, LLC | Delaware |
| ARC FEPDAPA001, LLC | Delaware |
| ARC FMABONC001, LLC | Delaware |
| ARC FMARAIL001, LLC | Delaware |
| ARC FMJSNMI001, LLC | Delaware |
| ARC GEAUBAL001, LLC | Delaware |
| ARC HBRHLNC001, LLC | Delaware |
| ARC HRPBPAA001 SPE, LLC | Delaware |
| ARC HRPBPAA002, DST | Delaware |
| ARC HVVMNSD001, LLC | Delaware |
| ARC KHHWLMI001, LLC | Delaware |
| ARC LWWDMME001, LLC | Delaware |
| ARC MFLFTLA001, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| ARC PRRCRNY001, LLC | Delaware |
| ARC RRINSIN001, LLC | Delaware |
| ARC TBHGHMA001, LLC | Delaware |
| ARC TBLVLMA001, LLC | Delaware |
| ARC TDFMTME001, LLC | Delaware |
| ARC TRSEAWA001, LLC | Delaware |
| ARC TSGRYLA001, LLC | Delaware |
| ARC TSLBSCA001, LLC | Delaware |
| ARC TSPSWNH001, LLC | Delaware |
| ARC TSPYMNH001, LLC | Delaware |
| ARC WDJKVFL001, LLC | Delaware |
| ARC WGABOPR001, LLC | Delaware |
| ARC WGCSRCO001, LLC | Delaware |
| ARC WGDNVCO001, LLC | Delaware |
| ARC WGLNPMI001, LLC | Delaware |
| ARC WGLPSPR001, LLC | Delaware |
| ARC WGLVSNV001, LLC | Delaware |
| ARC3 AAHUSTX001, LLC | Delaware |
| ARC3 AAHUSTX002, LLC | Delaware |
| ARC3 DGAVSMO001, LLC | Delaware |
| ARC3 DGCDTLA01, LLC | Delaware |
| ARC3 DGCFDVA01, LLC | Delaware |
| ARC3 DGCWYMO001, LLC | Delaware |
| ARC3 DGDVLVA01, LLC | Delaware |
| ARC3 DGEDWMS001, LLC | Delaware |
| ARC3 DGFSTOH001, LLC | Delaware |
| ARC3 DGFYTNC01, LLC | Delaware |
| ARC3 DGGDRFL001, LLC | Delaware |
| ARC3 DGGFDOH001, LLC | Delaware |
| ARC3 DGGVLMS001, LLC | Delaware |
| ARC3 DGHSGVA01, LLC | Delaware |
| ARC3 DGHWLVA01, LLC | Delaware |
| ARC3 DGKGCMO001, LLC | Delaware |
| ARC3 DGLFDTX001, LLC | Delaware |
| ARC3 DGLKGMO001, LLC | Delaware |
| ARC3 DGMGMLA01, LLC | Delaware |
| ARC3 DGMHNLA01, LLC | Delaware |
| ARC3 DGMLNWI001, LLC | Delaware |
| ARC3 DGMLOFL001, LLC | Delaware |
| ARC3 DGMNGWI001, LLC | Delaware |
| ARC3 DGMTLMO01, LLC | Delaware |
| ARC3 DGMVLMO001, LLC | Delaware |
| ARC3 DGNMSOH001, LLC | Delaware |
| ARC3 DGOIBNC01, LLC | Delaware |
| ARC3 DGPGSTX001, LLC | Delaware |
| ARC3 DGPLCOH001, LLC | Delaware |
| ARC3 DGPTCTN001, LLC | Delaware |
| ARC3 DGPTTTX001, LLC | Delaware |
| ARC3 DGPYNOH001, LLC | Delaware |
| ARC3 DGRDLAL001, LLC | Delaware |
| ARC3 DGRGCTX001, LLC | Delaware |
| ARC3 DGRMATX001, LLC | Delaware |
| ARC3 DGRWDLA01, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| ARC3 DGSBRMO001, LLC | Delaware |
| ARC3 DGSCRMO001, LLC | Delaware |
| ARC3 DGSNSWI001, LLC | Delaware |
| ARC3 DGTLSAL001, LLC | Delaware |
| ARC3 DGVASNC01, LLC | Delaware |
| ARC3 DGWGVMS001, LLC | Delaware |
| ARC3 FEBMTNH001, LLC | Delaware |
| ARC3 FEORTNY001, LLC | Delaware |
| ARC3 WGCLACA001, LLC | Delaware |
| ARC3 WGMPWNJ001, LLC | Delaware |
| ARC3 WGSTVMI001, LLC | Delaware |
| ARCP DGPLSPA01, LLC | Delaware |
| ARCP DGSYKPA01, LLC | Delaware |
| ARCP DGWATPA01, LLC | Delaware |
| ARCP FD Broad Top PA, LLC | Delaware |
| ARCP ID Mesa Portfolio, LLC | Delaware |
| ARCP ID Mohnton PA, LLC | Delaware |
| ARCP OFC Mesa Portfolio, LLC | Delaware |
| ARCP RL Portfolio I, LLC | Delaware |
| ARCP RL Portfolio III, LLC | Delaware |
| ARCP RL Portfolio IV, LLC | Delaware |
| ARCP RL Portfolio IX, LLC | Delaware |
| ARCP RL Portfolio V, LLC | Delaware |
| ARCP RL Portfolio VI, LLC | Delaware |
| ARCP RL Portfolio VII, LLC | Delaware |
| ARCP RL Portfolio VIII, LLC | Delaware |
| ARCP RL Portfolio X, LLC | Delaware |
| ARCP RL/OG Langhorne PA, LLC | Delaware |
| ARCP RL/OG Salisbury MD, LLC | Delaware |
| ARCP RL/OG/BB/SB Pittsburgh PA, LLC | Delaware |
| ARCP Springing Member, LLC | Delaware |
| CA Portsmouth Investment Trust | Delaware |
| Capital Lease Funding Securitization LP | Delaware |
| Capital Property Associates Limited Partnership | Maryland |
| CapLease 2007-STL LLC | Delaware |
| Caplease Credit LLC | Delaware |
| Caplease Debt Funding, LP | Delaware |
| Caplease Investment Management, LLC | Delaware |
| CLF Breinigsville Business Trust | Virginia |
| CLF Columbia LLC | Delaware |
| CLF Elysian Fields LLC | Delaware |
| CLF Herndon LLC | Delaware |
| CLF Holding Company, LLC | Delaware |
| CLF New Falls Business Trust | Virginia |
| CLF OP General Partner LLC | Delaware |
| CLF Real Estate LLC | Delaware |
| CLF Red Lion Road Philadelphia Business Trust | Virginia |
| CLF WAG Rosemead LLC | Delaware |
| CLF Yolo County Business Trust | Virginia |
| CNL Funding 2000-A, LP | Delaware |
| CNL Net Lease Funding 2001, LP | Delaware |
| Cole BJ Portfolio I, LLC | Delaware |
| Cole BJ Portfolio II, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| Cole Capital Partners, LLC | Arizona |
| Cole CM Austin TX, LLC | Delaware |
| Cole Collateralized Senior Notes II, LLC | Arizona |
| Cole Collateralized Senior Notes III, LLC | Arizona |
| Cole Collateralized Senior Notes IV, LLC | Arizona |
| Cole Collateralized Senior Notes, LLC | Arizona |
| Cole CV Southaven (Goodman) MS, LLC | Delaware |
| Cole CV Titusville PA, LLC | Delaware |
| Cole DG Thomaston GA, LLC | Delaware |
| Cole DST Advisors, LLC | Delaware |
| Cole EK Philadelphia PA, LLC | Delaware |
| Cole FD Portfolio I, LLC | Delaware |
| Cole FD Portfolio IV, LLC | Delaware |
| Cole FD Portfolio VIII, LLC | Delaware |
| Cole FE Beekmantown NY, LLC | Delaware |
| Cole GC Monroeville PA, LLC | Delaware |
| Cole GP CCPT I, LLC | Delaware |
| Cole GP CCPT III, LLC | Delaware |
| Cole GP MT Folsom CA, LLC | Delaware |
| Cole GP WG Lancaster CA, LLC | Delaware |
| Cole Growth Opportunity Fund I GP, LLC | Delaware |
| Cole HC Willow Grove PA, LLC | Delaware |
| Cole HH North Fayette PA, LLC | Delaware |
| Cole ID Chattanooga TN, LLC | Delaware |
| Cole ID Milton PA, LLC | Delaware |
| Cole IO Conway NH, LLC | Delaware |
| Cole IO Dover NH, LLC | Delaware |
| Cole IO Rochester NH, LLC | Delaware |
| Cole LA Dallas TX, LLC | Delaware |
| Cole LA Duncanville TX, LLC | Delaware |
| Cole LA Easton PA, LLC | Delaware |
| Cole LA Oakdale MN, LLC | Delaware |
| Cole MezzCo CCPT I, LLC | Delaware |
| Cole MezzCo CCPT III, LLC | Delaware |
| Cole MT Bartlett IL, LLC | Delaware |
| Cole MT Bethlehem GA (JV), LLC | Delaware |
| Cole MT Chesterfield MI (JV), LLC | Delaware |
| Cole MT Daytona Beach FL, LLC | Delaware |
| Cole MT Folsom CA, LP | Delaware |
| Cole MT Lake Charles LA, LLC | Delaware |
| Cole MT Las Vegas NV, LLC | Delaware |
| Cole MT Mishawaka IN, LLC | Delaware |
| Cole MT Port Arthur TX, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| Cole MT San Marcos TX, LLC | Delaware |
| Cole MT Sunset Valley TX, LLC | Delaware |
| Cole OU Portfolio, LLC | Delaware |
| Cole PM Phoenix AZ, LLC | Delaware |
| Cole REIT Advisors III, LLC | Delaware |
| Cole REIT Advisors, LLC | Delaware |
| Cole REIT III Operating Partnership, LP | Delaware |
| Cole Springing Member, LLC | Delaware |
| Cole TS Gibsonia PA, LLC | Delaware |
| Cole TT Downingtown PA, LLC | Delaware |
| Cole TY Coral Springs FL, LLC | Delaware |
| Cole WW Gap PA, LLC | Delaware |
| Cole/Faison JV Bethlehem GA, LLC | Delaware |
| Cole/Faison MT Bethlehem GA, LLC | Delaware |
| CRE JV Mixed Five MI 6 Branch Holdings LLC | Delaware |
| CRE JV Mixed Five NH Branch Holdings LLC | Delaware |
| CRE JV Mixed Five PA Branch Holdings LLC | Delaware |
| CRE JV Mixed Five VT Branch Holdings LLC | Delaware |
| Diamond Real Estate, LLC | Delaware |
| DRE Holdings, LLC | Delaware |
| EFA Asset Management, LLC | Delaware |
| EFA Investments, LLC | Delaware |
| Equity Fund Advisors, LLC | Arizona |
| EVA LLC | Delaware |
| Menomonee Falls Store, LLC | Delaware |
| Net Lease Funding 2005, LP | Delaware |
| Oak Creek Store, LLC | Delaware |
| PREFCO Dix-Neuf LLC | Connecticut |
| PREFCO Nineteen Limited Partnership | Connecticut |
| Series B, LLC | Arizona |
| Series D, LLC | Arizona |
| USRP Funding 2001-A, L.P. | Delaware |
| VEREIT Acquisitions, LLC | Delaware |
| VEREIT BE Portfolio, LLC | Delaware |
| VEREIT BTS Acquisitions, LLC | Delaware |
| VEREIT CNL Funding 2000-A GP, LLC | Delaware |
| VEREIT CNL Net Lease Funding 2001 GP, LLC | Delaware |
| VEREIT GSA Services, LLC | Delaware |
| VEREIT ID Mesa Portfolio (Carriage Point Drive), LLC | Delaware |
| VEREIT ID Monroe LA, LLC | Delaware |
| VEREIT Income Properties, LLC | Delaware |
| VEREIT LD Fort Wayne IN, LLC | Delaware |
| VEREIT MT Oak Creek WI, LLC | Delaware |

| Entity | Jurisdiction of Organization |
|---|---|
| VEREIT MT Tucson (Houghton) AZ, LLC | Delaware |
| VEREIT Net Lease Funding 2005 GP, LLC | Delaware |
| VEREIT Operating Partnership, L.P. | Delaware |
| VEREIT Real Estate GP, LLC | Delaware |
| VEREIT Real Estate, L.P. | Delaware |
| VEREIT Realty Advisors, LLC | Delaware |
| VEREIT Services, LLC | Delaware |
| VEREIT Springing Member, LLC | Delaware |
| VEREIT TRS Corp. | Delaware |
| VEREIT USRP Funding 2001-A GP, LLC | Delaware |
| Vernon Hills Furniture Store, LLC | Delaware |