J. Alexandra Rhim, Esq. (admitted *pro hac vice*)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
E-mail: arhim@hrhlaw.com

**BERNSTEIN-BURKLEY, P.C.**
Keri P. Ebeck, Esquire
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-811

*Attorneys for Realty Income Corporation*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BED BATH & BEYOND, INC., *et al.*, | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors | : | (Jointly Administered) |

**REALTY INCOME CORPORATION'S NOTICE OF ERRATA TO DECLARATION OF MATTHEW MCDONALD [DOCKET NO. 2696] IN SUPPORT OF SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107**

Realty Income hereby submits this notice of errata to the Declaration of Matthew McDonald filed as docket no. 2696. All references therein to the Declaration of Sara Williams should be disregarded and *replaced* with references to the **Declaration of Demetri Lahanas** filed as docket no. 2697.

This errata is submitted for clarification for the convenience of the Court and the parties.

Dated: November 17, 2023

Respectfully submitted,

**BERNSTEIN-BERKLEY, P.C.**

By: */s/ Keri P. Ebeck*
Keri P., Ebeck, NJ ID No. 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: 412-456-8112
Fax: 412- 456-8135

*Attorneys for Realty Income Corporation*

-and-

**HEMAR, ROUSSO & HEALD LLP**

By: */s/ J. Alexandra Rhim*
15910 Ventura Blvd., 12th Floor
Encino, CA 91436
Telephone: 818-501-3800
Fax: 818-501-2985
J. Alexandra Rhim, Esq.
arhim@hrhlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Realty Income Corporation*