**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A.**

/s/ Andrew Chan

Dated: November 9, 2023                    Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 9, 2023, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1200 | Levtex LLC<br>Attn: Charles Ginn<br>1830 14 St.<br>Santa Monica, CA 90404<br><br>Levtex LLC<br>The David Firm(R)<br>Attn: Henry S. David<br>3415 S. Sepulveda Blvd.<br>11th Fl<br>Los Angeles, CA 90034 | Tradeguard LLC<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | July 14, 2023 |
| 1502 | Jean Pierre, Inc<br>Attn: Menachem Turbiner<br>320 5th Ave<br>3rd Floor<br>New York, NY 10001 | National Union Fire Insurance Company of Pittsburgh, PA<br>c/o Adam L. Rosen PLLC<br>1051 Port Washington Blvd.<br>Po Box 552<br>Port Washington, NY 11050 | July 28, 2023 |
| 1597 | Trend Lab LLC<br>14534 Glendale Avenue SE<br>Prior Lake, MN 55372<br><br>Trend Lab LLC<br>Attn: Donnelle M. Sampson - President<br>PO Box 315<br>Savage, MN 55378 | TradeGuard LLC<br>Attn: General Counsel<br>1460 Broadway<br>New York, NY 10036 | August 4, 2023 |

In re: Bed Bath Beyond Inc., *et al*.
Case No. 23-13359 (VFP)                    Page 1 of 2

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1666 | Trend Lab LLC<br>Attn: Donnelle M. Sampson, President<br>14534 Glendale Ave SE<br>Prior Lake, MN 55372 | Tradeguard LLC<br>Attn: General Counsel<br>1460 Broadway<br>New York, NY 10036 | August 4, 2023 |
| 1669 | Trend Lab LLC<br>PO Box 315<br>Savage, MN 55378<br><br>Trend Lab LLC<br>14534 Glendale Ave SE<br>Prior Lake, MN 55372 | Tradeguard LLC<br>Attn: General Counsel<br>1460 Broadway<br>New York, NY 10036 | August 4, 2023 |
| 1671 | Trend Lab LLC<br>14534 Glendale Avenue SE<br>Prior Lake, MN 55372 | TradeGuard LLC<br>Attn: Steven Azarbad<br>1460 Broadway<br>New York, NY 10036 | August 4, 2023 |