| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Jessica D. Mikhailevich<br>875 Third Avenue<br>New York, NY 1002<br>Telephone: (212) 704.6350<br>Fax:          (212) 704.6288<br>Email: Jessica.Mikhailevich@troutman.com<br>-and-<br>Kenneth A. Listwak<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777.6500<br>Fax:          (866) 422.3027<br>Email: ken.listwak@troutman.com<br>*Counsel for Ollie's Bargain Outlet, Inc.*<br><br>In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Joint Administration Requested) |

### APPLICATION FOR ADMISSION *PRO HAC VICE* OF
### KENNETH A. LISTWAK, ESQ.

To: The Honorable Vincent F. Papalia:

Counsel for Ollie's Bargain Outlet, Inc. ("Ollie's"), by and through its undersigned counsel, make this application for entry of an order approving admission of attorney Kenneth A. Listwak, Esq. ("Mr. Listwak") *pro hac vice*, pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1 of the

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

160103771v1

United States District Court for the District of New Jersey (the "Application"), and in support thereof respectfully avers as follows:

1. Mr. Listwak is an attorney with the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman"), resident in the Wilmington, Delaware office of Troutman, located at Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, Delaware 19801.

2. Mr. Listwak is a member in good standing of the bar of the State of Delaware (admitted in 2016). Further, Mr. Listwak is a member in good standing in, and is admitted to practice before, the United States District Court for the District of Delaware (admitted in 2016) and the United States Court of Appeals for the Third Circuit (admitted in 2020).

3. Mr. Listwak is not under suspension or disbarment by any court.

4. Mr. Listwak desires to appear in these cases *pro hac vice* on behalf of Ollie's.

5. The statements made in paragraphs 1 through 4 of this Application are made in reliance upon the Certification of Kenneth A. Listwak, Esq., submitted herewith, and upon Mr. Listwak's personal knowledge.

6. In accordance with Local Bankruptcy Ru1e 9010-1 and Local Civil Rule 101.1, Jessica D. Mikhailevich shall continue to appear as counsel of record for Ollie's.

160103771v1

WHEREFORE, Ollie's Bargain Outlet, Inc. respectfully request entry of an order in the form attached hereto granting the admission *pro hac vice* of Kenneth A. Listwak, Esq., of Troutman Pepper Hamilton Sanders LLP, to appear and participate in the above-captioned cases before this Court.

Dated: November 20, 2023

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Jessica D. Mikhailevich
Jessica D. Mikhailevich
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6350
Facsimile: (212) 704-6288
Email: jessica.mikhailevich@troutman.com

- and -

Kenneth A. Listwak (*pro hac vice* pending)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777.6500
Fax:         (866) 422.3027
Email: ken.listwak@troutman.com

*Counsel for Ollie's Bargain Outlet, Inc.*

160103771v1