| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Joshua S. Bauchner<br>jbauchner@mblawfirm.com<br><br>Attorneys for Texas Taxing Authorities | Case No. 23-13359 (VFP)<br><br>Chapter 11 |
| In re<br><br>Bed Bath & Beyond, Inc.<br><br>                    Debtor. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 19th day of December, 2023 at 10:00 a.m., the undersigned, counsel for Texas Taxing Authorities ("Creditor"), shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, by telephone via Court Solutions, for entry of an order granting:

1. Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 AD Valorem Business Personal Property Taxes. (Document No.: 2664) (the "Motion").

PLEASE TAKE FURTHER NOTICE that parties shall make arrangements to appear telephonically by Court Solutions http://www.Court-Solutions.com, no later than 3:00 p.m. the court day prior to the hearing.

PLEASE TAKE FURTHER NOTICE that all papers relating to the Motion can be obtained by contacting the undersigned.

4864-0679-9506, v. 1

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than **December 12, 2023 at 4:00 PM**.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Application may be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Application if objections are timely filed.

Dated: November 22, 2023

Respectfully submitted,
*Counsel for the Texas Taxing Authorities*:

*/s/ Joshua S. Bauchner*
Joshua S. Bauchner
MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
Tel: 973.607.1269
Email: jbauchner@mblawfirm.com

*Co-Counsel for the Texas Taxing Authorities*:

2

*/s/ Julie Anne Parsons*
Julie Anne Parsons
Texas State Bar No. 00790358
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P. O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email:  jparsons@mvbalaw.com

*/s/ Melissa E. Valdez*
Melissa E. Valdez
Texas State Bar No. 24051463
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008
(713) 862-1860 (phone)
(713) 862-1429 (fax)
Email: mvaldez@pbfcm.com

*/s/ Tara L. Grundemeier*
Tara L. Grundemeier
SBN: 24036691
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
(713) 844-3478 (phone)
(713) 844-3503 (fax)
tara.grundemeier@lgbs.com