## **EXHIBIT A**

