**EXHIBIT B**

165240069v4

