Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bed Bath & Beyond Inc.
   650 Liberty Avenue
   Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
   11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/9/24 at 02:00 PM

to consider and act upon the following:

*2664* − Motion to Compel PAYMENT OF REMAINING AMOUNTS DUE ON YEAR 2022 AD VALOREM BUSINESS PERSONAL PROPERTY TAXES Filed by Texas Taxing Authorities. (Bauchner, Joshua)

Dated: 11/22/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court