Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13359−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bed Bath & Beyond Inc.
   650 Liberty Avenue
   Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
   11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/12/23 at 02:00 PM

to consider and act upon the following:

*2688* − Document re: Notice of Hearing on Final Fee Applications (Hearing Date, if necessary: December 12, 2023 at 2:00 p.m. (ET); Objection Deadline: December 5, 2023) (related document:2681 Application for Compensation, 2682 Application for Compensation filed by Other Prof. Alvarez & Marsal North America, LLC, 2686 Application for Compensation filed by Creditor Committee Official Committee Of Unsecured Creditors, 2687 Application for Compensation filed by Other Prof. Pachulski Stang Ziehl & Jones LLP) filed by Bradford J. Sandler on behalf of Official Committee Of Unsecured Creditors. (Sandler, Bradford)

Dated: 11/22/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court