**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 6, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Rejection of Certain Executory Contracts [Docket No. 1615]

On November 6, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Master Mailing List attached hereto as **Exhibit B**:

- Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates and (II) Occurrence of Effective Date [Docket No. 2311] (the "*Notice of Effective Date*")

On November 7, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Litigation Parties Service List attached hereto as **Exhibit C**:

- Notice of Hearing on Debtors' Motion for Entry of an Order (I) Enlarging the Period Within which the Debtors may remove Actions and (II) Granting Related Relief [Docket No. 786]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On November 10, 2023, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date to be served via First Class Mail on the Supplemental Master Mailing List attached hereto as **Exhibit D**.

Dated: November 24, 2023

                                                                                                     */s/ Paul Pullo*
                                                                                                     Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 24, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

# Exhibit A

Supplemental Contract Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 18164457 | FRESH ADDRESS LLC | ATTN: CHIEF EXECUTIVE OFFICER | 33 IRVING PL | 3RD FLOOR | | NEW YORK | NY | 10003 |
| 18164467 | MEDIA MONKS | ATTN: NANCY GLATT, CONTROLLER | ZEMOGA INC | 535 W 24TH ST | 4TH FLOOR | NEW YORK | NY | 10011 |
| 12748419 | MOBILE MINI TEXAS LIMITED | 4646 E VAN BUREN ST. SUITE 400 | | | | PHOENIX | AZ | 85008 |

**Exhibit B**

Exhibit B
Supplemental Master Mailing Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 12743661 | ALYK, INC. | 13W 36TH ST | FL 5 | NEW YORK | NY | 10018-7137 |
| 12757738 | AMANDA KINGLOFF INC. | 126 UNDERHILL AVE | #2 | BROOKLYN | NY | 11238-3907 |
| 12907807 | AMERICAN OAK PRESERVING CO. INC. | PO BOX 187 | | NORTH JUDSON | IN | 46366-0187 |
| 12731963 | ARCURI ALARM SYSTEMS INC | 81 STERLING AVE | | HARRISON | NY | 10528-3528 |
| 12753211 | BEAST BRANDS INC | 8209 ALAMO RD | | BRENTWOOD | TN | 37027 |
| 12907395 | BELLY BUDS LLC | 31368 VIA COLINAS STE 109 | | WESTLAKE VLG | CA | 91362-6829 |
| 12753403 | COURTSIDE MARKET LLC | 16884 STRASBOURG LN | | DELRAY BEACH | FL | 33446-3699 |
| 12907573 | DROPSHIP VENDOR GROUP LLC | 21800 OPPORTUNITY WAY | | MARCH ARB | CA | 92518-3100 |
| 12719040 | EBIN NEW YORK INC. | 5 EMPIRE BLVD | | MOONACHIE | NJ | 07074-1312 |
| 12719205 | EXACO TRADING CO. | 16001 IMPACT WAY | | PFLUGERVILLE | TX | 78660-3758 |
| 12719265 | FHI BRANDS | 4583 ISH DR | | SIMI VALLEY | CA | 93063-7667 |
| 12719535 | GLOBAL INNOVATIONS NETWORK LLC | 18305 BISCAYNE BLVD STE 210 | | AVENTURA | FL | 33160-2172 |
| 12719575 | GOLDEN DRAGON ASSOCIATION INC. DBA GOLDEN LIGHTING | PO BOX 180130 | | TALLAHASSEE | FL | 32318-0002 |
| 12719632 | GREAT BIG PHOTOS | 2202 US HIGHWAY 41 N | STE E | HENDERSON | KY | 42420-2399 |
| 12855142 | Hancock, Tenisha | Address on File | | | | |
| 12753735 | HEAROS LLC | 25 BRITISH AMERICAN BLVD | | LATHAM | NY | 12110-1405 |
| 12720180 | JERDON STYLE LLC | 130 CHIEFTAIN DR | STE 104 | WAXAHACHIE | TX | 75165-1529 |
| 12747663 | KPOP FOODS, INC. | 1424 GREENFIELD AVE | APT 6 | LOS ANGELES | CA | 90025-3425 |
| 12908801 | MALZEKE ALEXANDER | Address on File | | | | |
| 12731163 | MAXIMUS INC | 1600 TYSONS BLVD | STE 1400 | MCLEAN | VA | 22102-4893 |
| 12908742 | MCMAHON SHANNON | Address on File | | | | |
| 12907256 | MEORI INC. | PMB 274 | 6523 CALIFORNIA AVE SW | SEATTLE | WA | 98136-1833 |
| 12747153 | MJC CONFECTIONS LLC DBA THE HAMPTON | 150 ENGINEERS RD | STE 2 | HAUPPAUGE | NY | 11788-4027 |
| 12907210 | NATIONAL RETAIL SOLUTIONS INC. | PO BOX 484 | | SPOKANE VLY | WA | 99016-0484 |
| 12743338 | NEW STAR FOODSERVICE INC. | 111 HALMAR CV | | GEORGETOWN | TX | 78628-2331 |
| 12721278 | ONLY WHAT YOU NEED INC | 33 IRVING PL FRNT 1 | | NEW YORK | NY | 10003-2332 |
| 12754552 | ROCKING INC. | 515 N STATE ST | FL 14 | CHICAGO | IL | 60654-2783 |
| 12743232 | ROYBI INC | 3566 STEVENS CREEK BLVD | | SAN JOSE | CA | 95117-1044 |
| 12908566 | SEMRUSH INC | 3800 HORIZON BLVD | STE 401 | FEASTERVILLE TREVOSE | PA | 19053-4950 |
| 12656534 | SOCALGAS | PO BOX 513249 | | LOS ANGELES | CA | 90051-1249 |
| 12722802 | TWIN-STAR INTERNATIONALINC | 750 PARK OF COMMERCE BLVD | STE 400 | BOCA RATON | FL | 33487-3612 |
| 12908076 | VICTORY TAILGATE LLC | 8673 TRANSPORT DR | | ORLANDO | FL | 32832-7102 |
| 12908631 | WILDCAT TERRITORY/OKL | PO BOX 2005 | | THOMASVILLE | NC | 27361-2005 |

In re: Bed Bath & Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1

**<u>Exhibit C</u>**

# Exhibit C

Supplemental Litigation Parties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 12735064 | APPRISS INC | ATTN: LEGAL DEPARTMENT | 9901 LINN STATION RD., SUITE 500 | LOUISVILLE | KY | 40223 |
| 12759036 | WAYNSYS, INC | 3 ETHEL ROAD | SUITE #307 | EDISON | NJ | 08817 |

**<u>Exhibit D</u>**

# Exhibit D

Supplemental Master Mailing Service List

Served via First Class Mail

| AddressID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 15488799 | Blanco, Elisabet | Address on File | | | |
| 12908605 | JESSE NELL | Address on File | | | |
| 12907416 | SC PRODUCTS INC. | PO BOX 645 | MISSION | KS | 66201-0645 |
| 12907675 | VINTAGE PRINT GALLERY INTL LLC | 83 RAMAPO RD | GARNERVILLE | NY | 10923-1735 |