| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Edward A. Corma<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>ecorma@pszjlaw.com<br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### JOINDER OF THE PLAN ADMINISTRATOR TO
### REPLY OF OLLIE'S BARGAIN OUTLET, INC. IN SUPPORT OF THE
### ASSUMPTION AND ASSIGNMENT OF A CERTAIN UNEXPIRED LEASE

Michael Goldberg, as plan administrator (the "Plan Administrator"),[2] joins the

*Reply of Ollie's Bargain Outlet, Inc. in Support of the Assumption and Assignment of a Certain*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] The Plan Administrator has been appointed pursuant to the Debtors' Plan, as defined herein. The Plan Administrator is responsible for and has the authority to administer certain post-confirmation responsibilities under the Plan on behalf of the Reorganized Debtors.

DE:4857-6415-7843.1 08728.003

*Unexpired Lease* [Docket No. 2713] (the "Reply")[3] filed by Ollie's Bargain Outlet, Inc.

## Joinder

1. For the reasons set forth in the Reply, the Plan Administrator respectfully requests that the Court grant the relief requested in the Reply, overrule the Initial Objection and the Objection, and enter an order approving assumption of the Lease by the Debtors and the Assignment thereof to Ollie's.

2. The Plan Administrator reserves all rights to make any further arguments in support of this Joinder and the Reply at any hearing scheduled on this matter.

WHEREFORE, for the reasons set forth in the Reply, the Plan Administrator respectfully requests that the Court: (i) grant the relief requested in the Reply; and (ii) grant such other and further relief as the Court deems proper and just.

Dated: November 27, 2023

*/s/ Bradford J. Sandler*
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
Edward A. Corma
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
Email:         rfeinstein@pszjlaw.com
                    bsandler@pszjlaw.com
                    plabov@pszjlaw.com
                    crobinson@pszjlaw.com
                    ecorma@pszjlaw.com
*Counsel to the Plan Administrator*

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Reply.

DE:4857-6415-7843.1 08728.003