UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PANSINI & PIZZICA
1525 Locust Street, 15th Floor
Philadelphia, PA 19102
DAVID B. PIZZICA, ESQ.
Telephone: 215-732-5555
Attorneys for Penelope Duczkowski and
Joseph Duczkowski

In Re:

BED BATH & BEYOND INC., et al.

    Debtors.

Case No.:    23-13359-VFP

Hearing Date: January 9, 2024

Judge:    Vincent F. Papalia

Chapter:    11

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Penelope Duczkowski and Joseph Duczkowski, w/h, have filed a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 and Request for Waiver of 14 Day Stay Imposed By Bankruptcy Rule 4001(a)(3) with the Court seeking relief from the automatic stay and waiver of the 14 day stay imposed by Bankruptcy Rule 4001(a)(3).

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 2, 2024 you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

    Clerk of the Bankruptcy Court
    401 Market Street
    Camden, NJ 08102

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movants' attorney:

      David B. Pizzica, Esquire
      Pansini & Pizzica
      1525 Locust Street - 15th Floor
      Philadelphia, PA 19102
      (215) 732-5555 (phone)
      (215) 732-7872 (fax)

  2.  If you and your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Vincent F. Papalia, U.S. Bankruptcy Judge, on **January 9, 2024** at **10:00a.m.** in Courtroom **3B**, United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which time witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr P. 9014(d).

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (973) 645-4764 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 28, 2023