| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) PANSINI & PIZZICA 1525 Locust Street, 15th Floor Philadelphia, PA 19102 DAVID B. PIZZICA, ESQ. Telephone: 215-732-5555 Attorneys for Penelope Duczkowksi and Joseph Duczkowksi | Case No.: | 23-13359-VFP |
| | Chapter: | 11 |
| In Re: BED BATH & BEYOND INC., et al., Debtors. | Adv. No.: | |
| | Hearing Date: | January 9, 2024 |
| | Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, _____Kathy Staniskis_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Pansini & Pizzica_____, who represents _Penelope and Joseph Duczkowski_ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _November 28, 2023_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11-28-23

Signature: /s/ Kathy Staniskis

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua Sussberg, Esq.<br>Derek I. Hunter, Esq.<br>Emily E. Greier, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Attorneys for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz, P.C.<br>25 Main Street<br>Hackensack, NJ 07602 | Co-counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bradford J. Sandler, Esq.<br>Pachulski, Stang, Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*