UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

J. Alexandra Rhim, Esq. (admitted pro hac vice)
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
E-mail: arhim@hrhlaw.com

BERNSTEIN-BURKLEY, P.C.
Keri P. Ebeck, Esquire

In Re:

BED BATH & BEYOND, INC, et al.,

Debtors

Case No.: 23-13359
Chapter: 11
Adv. No.: 
Hearing Date: 
Judge: Vincent F. Papalia

# CERTIFICATION OF SERVICE

1. I, J. Alexandra Rhim :

   ☒ represent Realty Income Corporation in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 11/15/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Supplemental Objection, Declaration of Matthew MacDonald, Declaration of Demetri Lahanas, Declaration of J. Alexandra Rhim, Request for Judicial Notice, Exhibit Resubmission for Lahanas Declaration, Exhibit Resubmission for Rhim Declaration, and Notice of Errata

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/28/2023

J. Alexandra Rhim
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth A. Listwak<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801 | Counsel for Ollie's Bargain Outlet, Inc. | ☒ E-mail<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>☐ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kirkland and Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kirkland and Ellis LLP<br>3101 Old Jacksonville Road<br>Springfield, IL 62704 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kirkland and Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pansini & Pizzica<br>1525 Locust Street<br>15th Floor<br>Philadelphia, PA 19102 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandria Nikolinos<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| ASK LLP<br>60 East 42nd Street<br>46th Floor<br>New York, NY 10165 | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017 | Official Committee of Unsecured Creditors | ☒ E-mail<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

LIST OF SERVED DOCUMENTS

1. REALTY INCOME CORPORATION'S SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107

2. DECLARATION OF MATTHEW MACDONALD IN SUPPORT OF REALTY INCOME CORPORATION'S SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107

3. DECLARATION OF DEMETRI LAHANAS IN SUPPORT OF REALTY INCOME CORPORATION'S SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107

4. DECLARATION OF J. ALEXANDRA RHIM IN SUPPORT OF REALTY INCOME CORPORATION'S SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107

5. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REALTY INCOME CORPORATION'S SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE FOR STORE NO. 1107