**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
E-Mail: rmalone@gibbonslaw.com
      btheisen@gibbonslaw.com
      kmcevilly@gibbonslaw.com

*Special Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**BED BATH & BEYOND, INC.,** *et al.*,[1]<br><br>Debtors. | Hon. Vincent F. Papalia<br><br>Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF FILING EXHIBIT D TO THE FIRST AND FINAL APPLICATION OF GIBBONS P.C. FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 23, 2023 THROUGH SEPTEMBER 29, 2023**

**PLEASE TAKE NOTICE** that, on November 13, 2023, the undersigned filed the *First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 Through September 29, 2023* (the "*Application*") [ECF No. 2686]. The Application inadvertently included an inaccessible version of Exhibit D to the Application.

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in the Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond, Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is an accessible version of Exhibit D to the Application.

| | |
|---|---|
| Dated: November 28, 2023<br>Newark, New Jersey | **GIBBONS P.C.**<br><br>By:  /s/ *Robert K. Malone*<br>Robert K. Malone, Esq.<br>Brett S. Theisen, Esq.<br>Kyle P. McEvilly, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4500<br>E-Mail: rmalone@gibbonslaw.com<br>         btheisen@gibbonslaw.com<br>         kmcevilly@gibbonslaw.com<br><br>*Special Counsel to the Official*<br>*Committee of Unsecured Creditors* |