| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Emily E. Geier, P.C. (admitted *pro hac vice*)<br>Derek I. Hunter (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>*Co-Counsel for Debtors and Debtors in Possession* | Order Filed on November 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

# ORDER APPROVING FINAL FEE APPLICATIONS
# OF CERTAIN ESTATE PROFESSIONALS

**DATED: November 29, 2023**

                                            */s/ Vincent F. Papalia*
                                            **Honorable Vincent F. Papalia**
                                            **United States Bankruptcy Judge**

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

(Page | 2)
Debtors:              BED BATH & BEYOND INC., *et al*.
Case No.              23-13359-VFP
Caption of Order:     ORDER APPROVING FINAL FEE APPLICATIONS OF CERTAIN
                      ESTATE PROFESSIONALS

The relief set forth on the following pages, numbered three (3) through four (4), is hereby **ORDERED**.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER APPROVING FINAL FEE APPLICATIONS OF CERTAIN ESTATE PROFESSIONALS |

Upon consideration of the final fee applications [Docket Nos. 2650, 2651, 2652, 2653, 2654, 2655, and 2656] (the "Final Fee Applications") of certain estate professionals (collectively, the "Retained Professionals" and each a "Retained Professional") for the duration of their retention in the above-captioned debtors' (the "Debtors") chapter 11 cases and listed on **Exhibit A** hereto filed in accordance with the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 377] (the "Administrative Fee Order"); and the Court having reviewed the Final Fee Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) notice of the Final Fee Applications and the hearing thereon was adequate under the circumstances; (c) all parties with notice of the Final Fee Applications have been afforded the opportunity to be heard on the Final Fee Applications; and (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Final Fee Applications are APPROVED in the amounts set forth in **Exhibit A**.

2. The Retained Professionals are granted final allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**, attached hereto.

3. To the extent not already paid pursuant to the Administrative Fee Order, the Debtors are authorized and directed to remit payment to each Retained Professional in the amount set forth in **Exhibit A**, less all amounts previously paid on account of such fees and expenses; *provided, however,* that any Retained Professionals holding a retainer from the Debtors shall be

3

(Page | 4)
Debtors:            BED BATH & BEYOND INC., *et al*.
Case No.           23-13359-VFP
Caption of Order:    ORDER APPROVING FINAL FEE APPLICATIONS OF CERTAIN ESTATE PROFESSIONALS

---

permitted, and are directed, to first apply the balance of any such retainer towards the payment of such unpaid fees and expenses.

4.      This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

65548/0001-46576011

**EXHIBIT A**

| Professional and Application | Total Fees Requested | Total Expenses Requested | Allowed Fees and Expenses |
|---|---|---|---|
| Cole Schotz P.C., Co-Counsel to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2651] | $2,526,183.75 | $24,535.55 | $2,550,719.30 |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Co-Counsel to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2656] | $13,479,066.50 | $242,199.90 | $13,721,266.40 |
| Kroll Restructuring Administration LLC Administrative Advisor to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2650] | $106,759.80 | $0.00 | $106,759.80 |
| Lazard Freres and Co. LLC Investment Banker to the Debtors<br><br>Final Compensation Application<br>[Docket No. 2652] | $694,062.50 | $102,300.25 | $796,362.75 |

65548/0001-46576011

| Professional and Application | Total Fees Requested | Total Expenses Requested | Allowed Fees and Expenses |
|---|---|---|---|
| Jones Lang Lasalle Americas, Inc. Real Estates Consultant and Advisor to the Debtors<br><br>Final Compensation Application [Docket No. 2653] | $449,719.00 | $0.00 | $449,719.00 |
| Deloitte Tax LLP Tax Advisory Services Provider to the Debtors<br><br>Final Compensation Application [Docket No. 2654] | $953,295.10 | $124.17 | $953,419.27 |
| A&G Realty Partners, LLC Real Estate Consultant and Advisor to the Debtors<br><br>Final Compensation Application [Docket No. 2655] | $1,335,463.00 | $0.00 | $1,335,463.00 |

2