UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein (admitted pro hac vice)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

In Re:

BED BATH & BEYOND INC., et al.,

Case No.: 23-13359 (VFD)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 12/5/2023

Judge: Honorable Vincent Papalia

## ADJOURNMENT REQUEST

1. I, __Colin Robinson__,

   ☒ am the attorney for: __Plan Administrator__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Allowance of General Unsecured Claims of Interdesign Inc. [Docket No. 2667]

   Current hearing date and time: 12/5/2023 @ 10:00 a.m.

   New date requested: 1/9/2024 @ 10:00 a.m. or 2:00 p.m.

   Reason for adjournment request: To facilitate discussions between the parties.

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: __November 28, 2023__          __/s/ Colin Robinson__
                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: __January 9, 2024 at 10 a.m.__        ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____        ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*