**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel for the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF RESCHEDULING OF EVIDENTIARY HEARING
### REGARDING STORE NUMBER 1107 (DOCKET NOS. 1025 & 1360)

**PLEASE TAKE NOTICE** that the evidentiary hearing to consider the (i) Limited Objection of Realty Income Corporation to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1025]; (ii) Objection of Landlord Realty Income Corporation to Debtors' Motion For Order Authorizing Debtors to Assume and Assign Real Property Lease For Store No. 1107 [Docket No. 1360] has been rescheduled to **December 13, 2023, at 10:00 a.m. (ET)**, before the Honorable Christine M. Gravelle, United States Bankruptcy

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4862-5198-2484.1 08728.003

Judge, at the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3B, Newark, N.J. 07102.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted telephonically. Any parties wishing to participate must do so telephonically by making arrangements through CourtSolutions LLC (www.court-solutions.com).

Dated: November 30, 2023

*/s/ Bradford J. Sandler*
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*