**United States Bankruptcy Court**

**District of New Jersey**

In re: Bed Bath & Beyond Inc.　　　　　　　　　　　　　　　　　　　　Chapter 11

Case No. 23-13359

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

　　　　PLEASE TAKE NOTICE that IDX, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
IDX
2801 E. Beltline Ave NE
Grand Rapids MI, 49525

New Address
IDX
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

　　　　　　　　　　　　　　　I declare that the foregoing is true and correct.

　　　　　　　　　　　　　　　Authorized Signatory for:

　　　　　　　　　　　　　　　IDX Corporation

　　　　　　　　　　　　　　　By: _Scott Stewart_

　　　　　　　　　　　　　　　Name: Scott Stewart

　　　　　　　　　　　　　　　Title: VP, Commercial

　　　　　　　　　　　　　　　Date: November 7, 2023