| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel for the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION OF GIBBONS P.C. FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 23, 2023 THROUGH SEPTEMBER 29, 2023 [DOCKET NO. 2686]**

1.    On November 13, 2023, Gibbons P.C. ("Gibbons"), filed its *First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 through September 29, 2023* [Docket No. 2686] (the "First and Final Fee Application").

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

2. Gibbons served its First and Final Fee Application on November 14 and 15, 2023, upon the parties listed in its Certificate of Service [Docket No. 2701].

3. On November 28, 2023, Gibbons filed a *Notice of Filing Exhibit D to the First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 through September 29, 2023* [Docket No. 2727].

4. Pursuant to the Notice of Hearing on Final Fee Applications [Docket No. 2688], the deadline for parties to file objections and responses to the First and Final Fee Application was on December 5, 2023 (the "Objection Deadline").  No objections or responses to the First and Final Fee Application were filed on the docket on or before the Objection Deadline.  Gibbons has not received any informal responses to the First and Final Fee Application on or before the Objection Deadline.

5. The proposed order (the "Proposed Order") that was appended to the First and Final Fee Application is attached hereto as **Exhibit A**.  Gibbons respectfully requests that the Court enter the attached Proposed Order at the earliest convenience of the Court.

Dated: December 8, 2023

*/s/ Bradford J. Sandler*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*