| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel for the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING COMBINED FIRST INTERIM AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (I) THE INTERIM PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023, AND (II) FOR THE FINAL PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023 [DOCKET NO. 2682]**

1.  On November 10, 2023, Alvarez & Marsal North America, LLC ("A&M"), filed

its *Combined First Interim and Final Fee Application of Alvarez & Marsal North America, LLC,*

*Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

4872-7862-9525.1 08728.002                                          1

*Compensation and Reimbursement of Expenses for (I) the Interim Period of May 10, 2023 through September 29, 2023, and (II) for the Final Period of May 10, 2023 through September 29, 2023* [Docket No. 2682] (the "First and Final Fee Application").

2. A&M served its First and Final Fee Application on November 14 and 15, 2023, upon the parties listed in its *Certificate of Service* [Docket No. 2701].

3. Pursuant to the *Notice of Hearing on Final Fee Applications* [Docket No. 2688], the deadline for parties to file objections and responses to the First and Final Fee Application was on December 5, 2023 (the "Objection Deadline"). No objections or responses to the First and Final Fee Application were filed on the docket on or before the Objection Deadline. A&M has not received any informal responses to the First and Final Fee Application on or before the Objection Deadline.

4. A&M respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

Dated: December 8, 2023

*/s/ Bradford J. Sandler*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*