# Exhibit A

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

</td></tr>
</table>

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING COMBINED FIRST INTERIM AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (I) THE INTERIM PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023, AND (II) FOR THE FINAL PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023
[DOCKET NO. 2682]**

The relief set forth on the following pages, numbered two (2) through three (3), is

**ORDERED**.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

4895-8785-7301.1 08728.003

(Page | 2)

| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER APPROVING COMBINED FIRST INTERIM AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (I) THE INTERIM PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023, AND (II) FOR THE FINAL PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023 [DOCKET NO. 2682] |

Upon the *Combined First Interim and Final Fee Application of Alvarez & Marsal North America, LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Interim Period of May 10, 2023 through September 29, 2023, and (II) for the Final Period of May 10, 2023 through September 29, 2023* [Docket No. 2682] (the "Application")[2]; and it appearing to the Court that all of the requirements of section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 have been satisfied; and it further appearing that the fees for services rendered and expenses incurred by Alvarez & Marsal North America, LLC ("A&M") were reasonable and necessary; and adequate and appropriate notice of the Application having been provided; and the Court having reviewed the Application; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1.      The Application is APPROVED as set forth herein.

2.      A&M is awarded interim compensation in the amount of $3,250,148.00 in professionals' fees and $9,852.95 in expenses for a total award of compensation in the amount of $3,260,000.95.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER APPROVING COMBINED FIRST INTERIM AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (I) THE INTERIM PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023, AND (II) FOR THE FINAL PERIOD OF MAY 10, 2023 THROUGH SEPTEMBER 29, 2023 [DOCKET NO. 2682] |

3.      A&M is awarded final compensation in the amount of $3,250,148.00 in professionals' fees and $9,852.95 in expenses for a total award of compensation in the final amount of amount of $3,260,000.95.

4.      The Debtors and winddown Debtors are authorized and directed to pay A&M $660,029.60, reflecting such compensation, less any amount already paid pursuant to Administrative Fee Order, per 11 U.S.C. §§ 330 and 331.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4895-8785-7301.1 08728.003