| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel for the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL FEE APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS SPECIAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JUNE 6, 2023 THROUGH SEPTEMBER 14, 2023 [DOCKET NO. 2681]**

1. On November 10, 2023, ASK LLP ("ASK"), filed its *First and Final Fee Application of ASK LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel for the Official*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

*Committee of Unsecured Creditors for the Period of June 6, 2023 through September 14, 2023* [Docket No. 2681] (the "First and Final Fee Application").

2. ASK served its First and Final Fee Application on November 14 and 15, 2023, upon the parties listed in its *Certificate of Service* [Docket No. 2701].

3. Pursuant to the *Notice of Hearing on Final Fee Applications* [Docket No. 2688], the deadline for parties to file objections and responses to the First and Final Fee Application was on December 5, 2023 (the "Objection Deadline"). No objections or responses to the First and Final Fee Application were filed on the docket on or before the Objection Deadline. ASK has not received any informal responses to the First and Final Fee Application on or before the Objection Deadline.

4. The proposed order (the "Proposed Order") that was appended to the First and Final Fee Application is attached hereto as **Exhibit A**. ASK respectfully requests that the Court enter the attached Proposed Order at the earliest convenience of the Court.

Dated: December 8, 2023

/s/ Bradford J. Sandler
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

4856-9888-2965.1 08728.002                    2