# **<u>Exhibit A</u>**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS SPECIAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 6, 2023 THROUGH SEPTEMBER 14, 2023**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Page: 2
Debtors: Bed Bath & Beyond, Inc., et al.
Case No.: 23-13359 (VFP)
Caption: Order Granting First and Final Interim Application of ASK LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel for the Official Committee of Unsecured Creditors For the Period From June 6, 2023 through September 14, 2023

Upon the *First and Final Fee Application of ASK LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel for the Official Committee of Unsecured Creditors For the Period From June 6, 2023 Through September 14, 2023* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. ASK LLP is hereby allowed a final allowance of compensation in the amount of $60,560.00 for services rendered to the Committee for the period of June 6, 2023 through September 14, 2023.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to ASK LLP.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

| | |
|---|---|
| Page: | 2 |
| Debtors: | Bed Bath & Beyond, Inc., et al. |
| Case No.: | 23-13359 (VFP) |
| Caption: | Order Granting First and Final Interim Application of ASK LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel for the Official Committee of Unsecured Creditors For the Period From June 6, 2023 through September 14, 2023 |

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.