| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **District of New Jersey** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Robert J. Feinstein <br> Bradford J. Sandler <br> Paul J. Labov <br> Colin R. Robinson <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Facsimile:  (212) 561-7777 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel for the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

# ADJOURNMENT REQUEST

1.  I, Colin R. Robinson,

    [X] am the attorney for: Michael I. Goldberg, Plan Administrator

    [ ] am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    1. *Motion to Compel Payment of Administrative Expenses Filed by Jeffrey Kurtzman on behalf of Tamarack Village Shopping Center, A Limited Partnership* [Docket No. 2431]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

LA:4884-8988-9428.1 08728.003

2. *Motion to Compel Payment of Administrative Expenses Filed by Daniel M Pereira on behalf of Channel Advisor Corp*. [Docket No. 2437]

Current hearing date and time: December 12, 2023 at 2:00 p.m.

New date requested: January 9, 2024 at 2:00 p.m.

Reason for adjournment request: The Plan Administrator and claimants require additional time to pursue a resolution of the administrative claims.

2.	Consent to adjournment:

[X]	I have the consent of all parties.

[ ] I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date: 12/11/2023                         /s/ Colin R. Robinson
                                              Signature


COURT USE ONLY:

The request for adjournment is:

[X]	Granted	New hearing date: 1/9/24 at 2	☐	Peremptory

☐	Granted over objection(s)	New hearing date:	☐	Peremptory

☐	Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**