| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 12, 2023 AT 2:00 P.M. (ET)**

> **PLEASE NOTE THAT THE HEARING IS CANCELED, AS NO MATTERS ARE GOING FORWARD.**

**I.    ADJOURNED MATTERS**

1. Motion of Tamarack Village Shopping Center, a Limited Partnership for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [Docket No. 2431].

   **Response Deadline:**  December 5, 2023.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4858-3853-2246.1 08728.003

**Responses Received:**

- Limited Omnibus Objection and Reservation of Rights of the Plan Administrator to Certain Administrative Claims [Docket No. 2513].

**Related Documents:** None.

**Status:** This matter is adjourned to January 9, 2024 at 2:00 p.m.

2. Motion of ChannelAdvisor Corporation, a Limited Partnership for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) [Docket No. 2437].

   **Response Deadline:** December 5, 2023.

   **Responses Received:**

   - Limited Omnibus Objection and Reservation of Rights of the Plan Administrator to Certain Administrative Claims [Docket No. 2513].

   **Related Documents:** None.

   **Status:** This matter is adjourned to January 9, 2024 at 2:00 p.m.

II. **RESOLVED MATTERS**

3. First and Final Fee Application of ASK LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel for the Official Committee of Unsecured Creditors for the Period of June 6, 2023 through September 14, 2023 [Docket No. 2681].

   **Response Deadline:** December 5, 2023.

   **Responses Received:** None.

   **Related Documents:**

   - Notice of Hearing on Final Fee Applications [Docket No. 2688].

   - Certificate of Service [Docket No. 2701].

   - Notice of Hearing [Docket No. 2716].

   - Certificate of No Objection Regarding First and Final Fee Application of ASK LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel for the Official Committee of Unsecured

    Creditors for the Period of June 6, 2023 through September 14, 2023 [Docket No. 2741].

    **Status:**  ASK LLP has filed a certificate of no objection and requests entry of the order attached to the certificate of no objection.  No hearing will be necessary.  The court will decide on the papers.

4. Combined First Interim and Final Fee Application of Alvarez & Marsal North America, LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Interim Period of May 10, 2023 through September 29, 2023, and (II) for the Final Period of May 10, 2023 through September 29, 2023 [Docket No. 2682].

    **Response Deadline:**  December 5, 2023.

    **Responses Received:**  None.

    **Related Documents:**

- Notice of Hearing on Final Fee Applications [Docket No. 2688].
- Certificate of Service [Docket No. 2701].
- Notice of Hearing [Docket No. 2716].
- Certificate of No Objection Regarding Combined First Interim and Final Fee Application of Alvarez & Marsal North America, LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Interim Period of May 10, 2023 through September 29, 2023, and (II) for the Final Period of May 10, 2023 through September 29, 2023 [Docket No. 2739].

    **Status:**  Alvarez & Marsal North America, LLC has filed a certificate of no objection and requests entry of the order attached to the certificate of no objection.  No hearing will be necessary.  The court will decide on the papers.

5. First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 through September 29, 2023 [Docket No. 2686].

    **Response Deadline:**  December 5, 2023.

    **Responses Received:**  None.

**Related Documents:**

- Notice of Hearing on Final Fee Applications [Docket No. 2688].

- Certificate of Service [Docket No. 2701].

- Notice of Hearing [Docket No. 2716].

- Notice of Filing Exhibit D to the First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 through September 29, 2023 [Docket No. 2727].

- Certificate of No Objection Regarding First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 through September 29, 2023 [Docket No. 2738].

**Status:** Gibbons P.C. has filed a certificate of no objection and requests entry of the order attached to the certificate of no objection. No hearing will be necessary. The court will decide on the papers.

6. First and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from May 8, 2023 through September 29, 2023 [Docket No. 2687].

**Response Deadline:** December 5, 2023.

**Responses Received:** None.

**Related Documents:**

- Notice of Hearing on Final Fee Applications [Docket No. 2688].

- Certificate of Service [Docket No. 2701].

- Notice of Hearing [Docket No. 2716].

- Certificate of No Objection Regarding First and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from May 8, 2023 through September 29, 2023 [Docket No. 2740].

**Status:** Pachulski Stang Ziehl & Jones LLP has filed a certificate of no objection and requests entry of the order attached to the certificate of no objection. No hearing will be necessary. The court will decide on the papers.

Dated:  December 11, 2023    */s/ Bradford J. Sandler*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Email:    rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*