Joseph A. McCormick, Jr., Esq. (016221977)
**MCDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
jmccormick@mcdowelllegal.com
Attorneys for Blair Image Elements, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:** | Honorable Vincent F. Papalia |
| BED, BATH & BEYOND, INC., | Chapter 11 |
| Debtors. | Case No. 23-13359-VFP (Jointly Administered) |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that McDowell Law, P.C., hereby enters their appearance as attorneys for Blair Image Elements, Inc., creditors in the above captioned proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that their name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered and served upon the following:

**Ellen M. McDowell, Esq.
Joseph A. McCormick, Jr., Esq.
Paul S. Pflumm, Esq.
MCDOWELL LAW, PC
46 W. MAIN STREET
MAPLE SHADE, NJ 08052
TELEPHONE: (856) 482-5544
emcdowell@mcdowelllegal.com
jmcormick@mcdowelllegal.com
ppflumm@mcdowelllegal.com**

PLEASE TAKE FURTHER NOTICE the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without

limitation, notices of any Orders, Pleadings, Motions, Applications, Complaints, Demands, Hearings, Requests or Petitions, Answering or Reply Papers, Memorandum and Briefs in Support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

    This Appearance and Request for Notice is made without prejudice to Blair Image Elements, Inc.'s rights, remedies and claims against other entities or any objection that may be made to the subject matter, jurisdiction of the Court and shall not be deemed or construed to submit Blair Image Elements, Inc. to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case for a proceeding therein.

Dated: December 15, 2023        MCDOWELL LAW, P.C.

        BY: /s/ *Joseph A. McCormick, Jr.*
        Joseph A. McCormick, Jr.
        Counsel for Blair Image Elements, Inc.

    **I HEREBY CERTIFY** that a copy of this Request was served via the Bankruptcy Court's Electronic Case Filing System (CM/ECF) to all parties registered to receive such notice in the within matter.

Dated: December 15, 2023        McDowell Law, P.C.

        By: /s/ *Joseph A. McCormick, Jr.*
        Joseph A. McCormick, Jr.
        Counsel for Blair Image Elements, Inc.

M:\Active Files\Blair Image Elements, Inc\Notice of Appearance 12 15 23.wpd