**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
E-Mail: rmalone@gibbonslaw.com
       btheisen@gibbonslaw.com
       kmcevilly@gibbonslaw.com



**Order Filed on December 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

*Special Counsel for the Official
Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**BED BATH & BEYOND, INC.,** *et al.*,[1]<br><br>                 Debtors. | Hon. Vincent F. Papalia<br><br>Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF GIBBONS P.C. FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 23, 2023 THROUGH SEPTEMBER 29, 2023**

The relief set forth on the following page, numbered (2), is hereby **ORDERED**.

**DATED: December 15, 2023**

                                                        **Honorable Vincent F. Papalia
                                                        United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488.  A complete list of the Debtors in the Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond, Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Debtors: Bed Bath & Beyond, Inc., *et al*.
Case No.: 23-13359 (VFP)
Caption: *Order Approving First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 through September 29, 2023*

---

Upon the *First and Final Application of Gibbons P.C. for Compensation of Professional Services Rendered and Reimbursement of Expenses for the Period from May 23, 2023 through September 29, 2023* (the "Application");[2] and it appearing to the Court that all of the requirements of section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 have been satisfied; and it further appearing that the fees for services rendered and expenses incurred by Gibbons were reasonable and necessary; and adequate and appropriate notice of the Application having been provided; and the Court having reviewed the Application; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1. The Application is **APPROVED** as set forth herein.

2. Gibbons is granted final allowance of compensation in the total amount of $179,833.50 and reimbursement of expenses incurred in the total amount of $198.00.

3. The Debtors are authorized and directed to remit, or cause to be remitted, payment in the total amount of $180,031.50 to Gibbons.

4. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.