---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

---

In re:

BED BATH & BEYOND, INC., *et al.*,[1]

                Debtor.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

## CERTIFICATE OF SERVICE

1.     I, Lisa Petras:

    ☐ represent the _____ in this matter.
    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
    ☐ am the _____ in this matter am representing myself.

2.     On December 18, 2023, I caused a true and correct copy of the *Appellee's Supplemental Designation of Record on Appeal* [Docket No. 2755] to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

SF 4892-2531-9575.1 08728.003

3. On December 18, 2023, I caused a true and correct copy of the *Appellee's Supplemental Designation of Record on Appeal* [Docket No. 2755] to be served on Neelay Dass via email address: neelay.bbby.njb@gmail.com.

4. On December 18, 2023, I caused a true and correct copy of the *Appellee's Supplemental Designation of Record on Appeal* [Docket No. 2755] to be served via regular first class U.S. mail on the below parties:

   Neeley Das
   4682 Chabot DR #10236
   Pleasanton, CA  94588-2747

   Gabriel Rostom
   63 Rue de la Folie Regnault
   75011 PARIS – France

5. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  December 18, 2023              */s/ Lisa Petras*
                                      Lisa Petras