23-13359

1   ROB BONTA
    Attorney General of California
2   CRAIG D. RUST
    Supervising Deputy Attorney General
3   MICHAEL SAPOZNIKOW (SBN 242640)
    Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7344
6   Fax: (916) 323-7095
    E-mail: Michael.Sapoznikow@doj.ca.gov
7   *Attorneys for Respondent California*
    *Franchise Tax Board*

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 DEC 28  A 8: 25

JEANNE A. HAUGHTON
BY: _____
DEPUTY CLERK

8

          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

               COUNTY OF FRESNO

10

11

12

| | |
|---|---|
| 13  **BED BATH & BEYOND INC.,** | Case No. 22CECG02165 |
| 14                  Plaintiff, | **DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSEL'S MOTION TO** |
| 15       v. | **BE RELIEVED AS COUNSEL** |
| 16 | Date:       January 3, 2024 |
| 17  **CALIFORNIA FRANCHISE TAX BOARD,** | Time:      3:30 p.m. <br> Dept:      402 <br> Judge:    The Honorable Kristi Culver |
| 18                  Defendant. |            Kapetan |
| 19 | Trial Date:  March 20, 2024 <br> Action Filed:  July 27, 2022 |

20

21      Defendant California Franchise Tax Board (FTB) does not oppose the motion to be relieved

22  as counsel filed by attorneys Timothy Gustafson, Eric Tresh, and Laurin McDonald of the law

23  firm of Eversheds Sutherland. FTB is not aware of any reason why the Eversheds firm should be

24  required to continue representing Bed Bath & Beyond, given that Bed Bath & Beyond has not

25  authorized Eversheds to represent it following the bankruptcy filings and Bed Bath & Beyond is

26  apparently not responding to communications from Eversheds. (Declaration in support of motion

27  dated November 20, 2023.)

28

1       Bed Bath & Beyond has been unrepresented since April 23, 2023 when it filed its

2   bankruptcy petition—a debtor-in-possession must act affirmatively to authorize attorneys to

3   represent it after a bankruptcy petition is filed (11 U.S.C. § 327; Fed. R. Bankr. Proc.; D.N.J.

4   Local Bankruptcy Rule 2014-1(a)), but Bed Bath & Beyond has not authorized any attorneys to

5   represent it in this action.[1]  As a corporation, Bed Bath & Beyond cannot represent itself and must

6   be represented by licensed counsel.  (*CLD Construction Inc. v. City of San Ramon* (2004) 120

7   Cal.App.4th 1141, 1145-46.)  A trial court may dismiss an action if an unrepresented corporation

8   does not obtain counsel within a reasonable time.  (*Ibid.*)  If this Court grants the Eversheds

9   firm's motion to withdraw and Bed Bath & Beyond does not authorize any other licensed

10   attorney(s) to represent it as counsel, then FTB intends to move to dismiss on that basis and/or for

11   failure to prosecute this action.

12   Dated:  December 19, 2023              Respectfully submitted,

13                                ROB BONTA
                                  Attorney General of California

14                                Craig D. Rust
                                Supervising Deputy Attorney General

15

16

17                                */s/ Michael.Sapoznikow*

18                                MICHAEL SAPOZNIKOW
                                Supervising Deputy Attorney General

19                                *Attorneys for Defendant California
                                Franchise Tax Board*

20

21   SA2022303327/37743722.docx

22

23

24

25

26

27

28   [1] The filings in D.N.J. bankruptcy case no. 23-13359-VFP, are available at
https://restructuring.ra.kroll.com/bbby/Home-DocketInfo.

## DECLARATION OF SERVICE BY E-MAIL and U.S. MAIL

Case Name:   **Bed Bath & Beyond Inc. v. California Franchise Tax Board**
No.:   **22CECG02165**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 19, 2023, I served the attached **DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

| | |
|---|---|
| Timothy Gustafson<br>Eversheds Sutherland (US) LLP<br>500 Capitol Mall, Suite 1750<br>timgustafson@eversheds-sutherland.com<br>Attorney of record for Bed Bath & Beyond<br>before its bankruptcy | Eric Tresh<br>Laurin McDonald<br>Eversheds Sutherland (US) LLP<br>999 Peachtree Street NE, Suite 2300<br>Atlanta, GA 30309<br>erictresh@eversheds-sutherland.com<br>laurinmcdonald@eversheds-sutherland.com<br>Attorneys of record for Bed Bath & Beyond<br>before its bankruptcy |
| Joshua A. Sussberg<br>Emily E. Geier<br>Derek I. Hunter<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>Debtors' Counsel | Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Cole Schotz P.C.<br>Court Plaza North, 25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>Debtors' Counsel |

| Fran B. Steele<br>Alexandria Nikolinos<br>Bankruptcy Trustee<br>Martin Luther King, Jr., Federal Building<br>50 Walnut St # 3017<br>Newark, NJ 07102<br>fran.b.steele@usdoj.gov<br>Alexandria.nikolinos@usdoj.gov<br>Bankruptcy Trustee | Bed Bath & Beyond Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 |
|---|---|

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 19, 2023, at Sacramento, California.

| J. Lemus-Arreola | /s/ J. Lemus-Arreola |
|---|---|
| Declarant | Signature |

SA2022303327
37743839.docx

US POSTAGE ~PITNEY BOWES
$ 000.63³
ZIP 95814
02 4W
0000366252 DEC 19 20

SACRAMENTO CA 957

19 DEC 2023 PM 3

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Fran B. Steele
Alexandria Nikolinos
Bankruptcy Trustee
Martin Luther King, Jr., Federal Building
50 Walnut St # 3017
Newark, NJ 07102

07102-355058