UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein (admitted pro hac vice)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Plan Administrator*

In Re:

BED BATH & BEYOND INC., et al.

Case No.: 23-13359 (VPD)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: January 9, 2024

Judge: Honorable Vincent Papalia

## ADJOURNMENT REQUEST

1. I, _____ Colin Robinson _____,

    ☒ am the attorney for: _____ Plan Administrator _____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion for Allowance of General Unsecured Claims of Interdesign Inc. [Docket No. 2667]

    Current hearing date and time: 1/9/2024 @ 10:00 a.m.

    New date requested: 1/17/2024 @ 10:00 a.m.

    Reason for adjournment request: To facilitate discussions between the parties.
    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):
    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: __December 29, 2023__         /s/ Colin Robinson
                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: __1/17/2024 @ 10am__         ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*