|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein (admitted pro hac vice)<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br><br>*Counsel to the Plan Administrator* |
| In Re:<br><br>BED BATH & BEYOND INC., et al. |

Case No.: 23-13359 (VPD)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: January 9, 2024

Judge: Honorable Vincent Papalia

## ADJOURNMENT REQUEST

1. I, _____Colin Robinson_____,

   ☒ am the attorney for: _____Plan Administrator_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Entry of an Order Allowing the General Unsecured Claim of Lertex LLC [Docket No. 2705]

   Current hearing date and time: 1/9/2024 @ 10:00 a.m.

   New date requested: 2/14/2024 @ 10:00 a.m.

   Reason for adjournment request: To facilitate discussions between the parties.
   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: __December 28, 2023__          /s/ Colin Robinson
                                     _____
                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: __2/14/2024 @ 10am__          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*