UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Subchapter V: ❏ Yes ❏ No

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1.  I, _____,

    ❏ am the attorney for: _____,

    ❏ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

2.  Consent to adjournment:

    ❏ I have the consent of all parties.    ❏ I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.


Date: _____          _____
                                          Signature




**COURT USE ONLY:**

The request for adjournment is:

☒  Granted                        New hearing date:  _February 14, 2024 at 10am_          ☐  Peremptory

☐  Granted over objection(s)      New hearing date:  _____          ☐  Peremptory

☐  Denied


       **IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

*rev.10/2021*