| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 9, 2024 AT 10:00 A.M. (ET)

**PLEASE NOTE THAT THIS HEARING IS CANCELLED, AS NO MATTERS ARE GOING FORWARD.**

### I. ADJOURNED MATTERS

1. Notice of Motion for Entry of an Order Allowing the General Unsecured Claim of Levtex LLC [Filed November 17, 2023, Docket No. 2705].

   **Response Deadline:** Agreed extended deadline to February 7, 2024.

   **Responses Received:**

   **Related Documents:**

   - Certificate of Service [Filed November 17, 2023, Docket No. 2708].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4887-7690-2554.2 08728.003

- Adjournment Request [Docket No. 2764].

**Status:** This matter is adjourned to February 14, 2024 at 10:00 a.m.

2. Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Filed November 10, 2023, Docket No. 2679].

**Response Deadline:** January 2, 2024.

**Responses Received:**

- Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Filed January 2, 2024, Docket No. 2760].

**Related Documents:**

- Amended Notice of Motion, Response Deadline and Hearing Date [Filed November 28, 2023, Docket No. 2723].

- Adjournment Request [Docket No. ___].

**Status:** The parties have resolved this matter subject to agreement on an acceptable form of order. The parties have consented to adjourn this matter and an adjournment request was submitted to the Court. No hearing is necessary.

Dated: January 8, 2024          */s/ Colin R. Robinson*
                                Robert J. Feinstein (admitted *pro hac vice*)
                                Bradford J. Sandler
                                Paul J. Labov
                                Colin R. Robinson
                                **PACHULSKI STANG ZIEHL & JONES LLP**
                                780 Third Avenue, 34th Floor
                                New York, NY 10017
                                Telephone:   (212) 561-7700
                                Email:       rfeinstein@pszjlaw.com
                                             bsandler@pszjlaw.com
                                             plabov@pszjlaw.com
                                             crobinson@pszjlaw.com

                                *Counsel to the Plan Administrator*