| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mark S. Lichtenstein<br>AKERMAN LLLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>Facsimile: (212)<br>mark.lichtenstein@akerman.com<br><br>*Counsel to Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

# ORDER ON MOTION OF MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR, FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE CHAPTER 11 JOINT PLAN INJUNCTION

The relief set forth on the following pages, numbered two (2) through (2), is **ORDERED.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

74073852;1

This matter having come before the Court by way of a Notice of Motion for an Order Enforcing the Terms of the Chapter 11 Joint Plan Injunction and for related relief (the "Motion"), filed by Akerman LLP, attorneys for Michael Goldberg, as plan administrator (the "Movant") for the debtor, Buy Buy Baby, Inc. (the "Debtor"), and after consideration of the moving papers, opposition, if any, and arguments of counsel, and for good cause having been shown:

IT IS HEREBY ORDERED:

1.  The Motion is hereby GRANTED.

2.  The Plan Injunction[2] is hereby enforced.

3.  The actions styled as *The People of the State of New York v. Buy Buy Baby, Inc.* pending in the Nassau District Court under Docket Numbers CR-021755-22NA and CR-006855-23NA against the Debtor, are hereby enjoined with prejudice under the Plan Injunction from pursuing any claims, criminal or civil, against the Debtor or its affiliated debtors, other than as expressly permitted below.

4.  The People of the State of New York are hereby authorized to file a late filed claim against the Debtor for any fines or penalties incurred by the Debtor's estate as detailed in the District Court Action.

---

[2] All capitalized terms not defined herein shall bear as their meaning the definitions ascribed to them in the Motion.