**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Doubleverify Inc, (ADRID: 18164450), Attn: Legal, 462 Broadway, Fl 6, New York, NY 10013-2618:

- Tenth Order Approving the Rejection of Certain Executory Contracts [Docket No. 1909]

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Ranch Town Center, LLC, (ADRID: 18163955), 5990 Sepulveda Blvd Ste 600, Van Nuys, CA 91411-2523:

- Order (I) Pursuant to Section 365(D)(4) of the Bankruptcy Code Extending Debtors' Time to Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief [Docket No. 1913]

On December 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Big Village Insights, Inc., (ADRID: 12908095), 301 Carnegie Ctr Ste 301, Princeton NJ 08540-6588:

Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates and (II) Occurrence of Effective Date [Docket No. 2311]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: January 8, 2024

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 8, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 75126 & 75210