**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK** )
                                ) **ss:**
**COUNTY OF NEW YORK** )

       I, Reyko E. Delpino, being duly sworn, depose and say:

1.       I am not a party to the action and am over 18 years of age.

2.       A true and correct copy of the following *NOTICE OF HEARING* with *MOTION OF MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR, FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE CHAPTER 11 JOINT PLAN INJUNCTION* and Exhibits Thereto [ECF No. 2778] was served via: (i) Electronic Notice and Electronic Mail on January 8, 2024 upon the parties denoted with a "*" on the attached service list; and (ii) Federal Express on January 9, 2024 upon the parties denoted with a "**" on the attached service list.

                                                       */s/ Reyko E. Delpino*
                                                        Reyko E. Delpino

Sworn to before me this
9th day of January 2024.

*/s/ Walter Lee Lewis*
Walter Lee Lewis
Notary Public-State of New York
No. 01LE6143008
Qualified in Bronx County
My Commission Expires 03/27/26

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

## SERVICE LIST

**SERVICE VIA E-MAIL**

Mark T. Power and Jose A. Fernandez as counsel for Landlord Candlewood Lake Road, LLC, as assignee of R&F Danbury, LLC and R&F Garden City, LLC
[mpower@thompsoncoburn.com; JFernandez@thompsoncoburn.com]

James Sullivan on behalf of Nassau District Court
[jksulliv@nycourts.gov]

Fran Steele on behalf of United States Trustee
[fran.stelle@usdoj.gov]

**SERVICE VIA FEDERAL EXPRESS**

Jose A. Fernandez, Esq.
Mark T. Power, Esq.
THOMPSON COBURN HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022

Fran Steele, Trial Atty.
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102

James K. Sullivan
Principal Court Clerk
Criminal Term
District Court of Nassau County
99 Main Street
Hempstead, NY  11550