UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney G. Schroeder, Esq. (CS5632)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
cschroeder@ghclaw.com
Attorneys for Creditor, Carla Cox Smith

| | |
|---|---|
| In Re:<br><br>Bed Bath & Beyond, Inc.<br><div align="center">Debtor.</div> | Case No**.**: **23-13359 (VFP)**<br><br>Chapter:  11<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J. |

## NOTICE OF APPEARANCE

TO:    UNITED STATES BANKRUPTCY COURT

Please take notice that, pursuant to Rule 2002 of the Bankruptcy Rules, Creditor, Carla Cox Smith hereby appears in the above-captioned matter and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Attn:    Courtney G. Schroeder, Esq.
(E)      cschroeder@ghclaw.com
(W)     (732) 741-3900
(F)      (732) 224-6599

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any

notices of orders, pleadings, motions, applications, complaints, demands, hearings, plans, disclosure statements, requests, petitions, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is without prejudice to the rights, remedies and claims of Carla Cox Smith against other entities or any objection that may be made to the subject matter jurisdiction of the Court or the propriety of venue, and shall not be deemed a claim, construed to submit Carla Cox Smith to the jurisdiction of the Court or act as a waiver of Carla Cox Smith's right to a jury trial.

All rights remedies and claims of Carla Cox Smith are hereby expressly reserved, including without limitation, the right to a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

        GIORDANO HALLERAN & CIESLA, P.C.
        Attorneys for Creditor, Carla Cox Smith

        By:    */s/ Courtney G. Schroeder*
                Courtney G. Schroeder, Esq.

Dated: January 12, 2024