# EXHIBIT C

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL COURT
ST CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| CARLA COX SMITH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-LA-0921 |
| BED BATH & BEYOND INC., | ) Hon. Christopher Kolker |
| Defendant. | ) |

**BED BATH & BEYOND INC.'S
SUGGESTION OF BANKRUPTCY AND NOTICE OF INJUNCTION**

COMES NOW Bed Bath & Beyond, Inc., and files its Suggestion of Bankruptcy and Notice of Injunction, and would respectfully show the Court as follows:

**PLEASE TAKE NOTICE** that on April 23, 2023, Bed Bath & Beyond Inc., and certain of its affiliates (collectively, the "Debtors")[1] filed voluntary petitions under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"), currently pending as Case 23-13359-VFP (the "Bankruptcy").

**PLEASE TAKE NOTICE** that on September 14, 2023, the Court entered an order confirming the Debtors' Second Amended Joint Chapter 11 Plan (the "Plan"), pursuant to which the Court enjoined all Claims (as defined in the Plan) against the Debtors, including the claim that forms the basis of the above-captioned lawsuit. *See* Confirmation Order [Bankruptcy Doc. 2172, pgs. 56, 131]. Accordingly, the above-captioned lawsuit is enjoined from further action.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

73389836;1

Dated: October 26, 2023

        Respectfully submitted,

        /s/ *Thomas B. Fullerton*
        Thomas B. Fullerton (6296539)
        Plan Administrator for the Debtors
        71 S. Wacker Drive, 47th Floor
        Chicago, IL 60606
        Phone: (312) 634-5700
        Email: thomas.fullerton@akerman.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 26, 2023, a true and correct copy of the foregoing document was served, in accordance with the State of Illinois, *via* the Court's Electronic Case Management Filing System on all counsel of record, and mailed to plaintiff's attorney, Ben Sansone, 7777 Bonhomme Avenue, Suite 2100, Clayton, MO 63105 and ben@Missourilawyers.com.

        /s/ *Thomas B. Fullerton*

73389836;1