# EXHIBIT E

## United States Bankruptcy Court, District of New Jersey (Newark)

| | | | |
|---|---|---|---|
| **Fill in this information to identify the case (Select only one Debtor per claim form):** | | | |
| ☑ Bed Bath & Beyond Inc. (Case No. 23-13359) | ¨ Alamo Bed Bath & Beyond Inc. (Case No. 23-13360) | ¨ BBB Canada LP Inc. (Case No. 23-13361) | ¨ BBB Value Services Inc. (Case No. 23-13362) |
| ¨ BBBY Management Corporation (Case No. 23-13363) | ¨ BBBYCF LLC (Case No. 23-13364) | ¨ BBBYTF LLC (Case No. 23-13365) | ¨ bed 'n bath Stores Inc. (Case No. 23-13396) |
| ¨ Bed Bath & Beyond of Annapolis, Inc. (Case No. 23-13366) | ¨ Bed Bath & Beyond of Arundel Inc. (Case No. 23-13367) | ¨ Bed Bath & Beyond of Baton Rouge Inc. (Case No. 23-13368) | ¨ Bed Bath & Beyond of Birmingham Inc. (Case No. 23-13369) |
| ¨ Bed Bath & Beyond of Bridgewater Inc. (Case No. 23-13370) | ¨ Bed Bath & Beyond of California Limited Liability Company (Case No. 23-13371) | ¨ Bed Bath & Beyond of Davenport Inc. (Case No. 23-13372) | ¨ Bed Bath & Beyond of East Hanover Inc. (Case No. 23-13373) |
| ¨ Bed Bath & Beyond of Edgewater Inc. (Case No. 23-13374) | ¨ Bed Bath & Beyond of Falls Church, Inc. (Case No. 23-13375) | ¨ Bed Bath & Beyond of Fashion Center, Inc. (Case No. 23-13376) | ¨ Bed Bath & Beyond of Frederick, Inc. (Case No. 23-13377) |
| ¨ Bed Bath & Beyond of Gaithersburg Inc. (Case No. 23-13378) | ¨ Bed Bath & Beyond of Gallery Place L.L.C. (Case No. 23-13379) | ¨ Bed Bath & Beyond of Knoxville Inc. (Case No. 23-13380) | ¨ Bed Bath & Beyond of Lexington Inc. (Case No. 23-13381) |
| ¨ Bed Bath & Beyond of Lincoln Park Inc. (Case No. 23-13382) | ¨ Bed Bath & Beyond of Louisville Inc. (Case No. 23-13383) | ¨ Bed Bath & Beyond of Mandeville Inc. (Case No. 23-13384) | ¨ Bed, Bath & Beyond of Manhattan, Inc. (Case No. 23-13397) |
| ¨ Bed Bath & Beyond of Opry Inc. (Case No. 23-13385) | ¨ Bed Bath & Beyond of Overland Park Inc. (Case No. 23-13386) | ¨ Bed Bath & Beyond of Palm Desert Inc. (Case No. 23-13387) | ¨ Bed Bath & Beyond of Paradise Valley Inc. (Case No. 23-13388) |
| ¨ Bed Bath & Beyond of Pittsford Inc. (Case No. 23-13389) | ¨ Bed Bath & Beyond of Portland Inc. (Case No. 23-13390) | ¨ Bed Bath & Beyond of Rockford Inc. (Case No. 23-13391) | ¨ Bed Bath & Beyond of Towson Inc. (Case No. 23-13392) |
| ¨ Bed Bath & Beyond of Virginia Beach Inc. (Case No. 23-13393) | ¨ Bed Bath & Beyond of Waldorf Inc. (Case No. 23-13394) | ¨ Bed Bath & Beyond of Woodbridge Inc. (Case No. 23-13395) | ¨ Buy Buy Baby of Rockville, Inc. (Case No. 23-13398) |
| ¨ Buy Buy Baby of Totowa, Inc. (Case No. 23-13399) | ¨ Buy Buy Baby, Inc. (Case No. 23-13400) | ¨ BWAO LLC (Case No. 23-13401) | ¨ Chef C Holdings LLC (Case No. 23-13402) |
| ¨ Decorist, LLC (Case No. 23-13403) | ¨ Deerbrook Bed Bath & Beyond Inc. (Case No. 23-13404) | ¨ Harmon of Brentwood, Inc. (Case No. 23-13405) | ¨ Harmon of Caldwell, Inc. (Case No. 23-13406) |
| ¨ Harmon of Carlstadt, Inc. (Case No. 23-13407) | ¨ Harmon of Franklin, Inc. (Case No. 23-13408) | ¨ Harmon of Greenbrook II, Inc. (Case No. 23-13409) | ¨ Harmon of Hackensack, Inc. (Case No. 23-13410) |
| ¨ Harmon of Hanover, Inc. (Case No. 23-13411) | ¨ Harmon of Hartsdale, Inc. (Case No. 23-13412) | ¨ Harmon of Manalapan, Inc. (Case No. 23-13413) | ¨ Harmon of Massapequa, Inc. (Case No. 23-13414) |
| ¨ Harmon of Melville, Inc. (Case No. 23-13415) | ¨ Harmon of New Rochelle, Inc. (Case No. 23-13416) | ¨ Harmon of Newton, Inc. (Case No. 23-13417) | ¨ Harmon of Old Bridge, Inc. (Case No. 23-13418) |
| ¨ Harmon of Plainview, Inc. (Case No. 23-13419) | ¨ Harmon of Raritan, Inc. (Case No. 23-13420) | ¨ Harmon of Rockaway, Inc. (Case No. 23-13421) | ¨ Harmon of Shrewsbury, Inc. (Case No. 23-13422) |
| ¨ Harmon of Totowa, Inc. (Case No. 23-13423) | ¨ Harmon of Wayne, Inc. (Case No. 23-13424) | ¨ Harmon of Westfield, Inc. (Case No. 23-13425) | ¨ Harmon of Yonkers, Inc. (Case No. 23-13426) |
| ¨ Harmon Stores, Inc. (Case No. 23-13427) | ¨ Liberty Procurement Co. Inc. (Case No. 23-13428) | ¨ Of a Kind, Inc. (Case No. 23-13429) | ¨ One Kings Lane LLC (Case No. 23-13430) |
| ¨ San Antonio Bed Bath & Beyond Inc. (Case No. 23-13431) | ¨ Springfield Buy Buy Baby, Inc. (Case No. 23-13432) | | |

<u>Modified Official Form 410</u>

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. | **Who is the current creditor?** | Carla Cox Smith |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |
| 2. | **Has this claim been acquired from someone else?** | ✓ No |
| | | Yes. From whom? |
| 3. | **Where should notices and payments to the creditor be sent?** | Where should notices to the creditor be sent? |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | 7777 Bonhomme Ave #2100 |
| | | St. Louis, MO 63105 |

Where should payments to the creditor be sent? (if different)

| | |
| --- | --- |
| Contact phone  314-863-0500 | Contact phone |
| Contact email  ben@missourilawyers.com | Contact email |

| | | |
| --- | --- | --- |
| 4. | **Does this claim amend one already filed?** | ✓ No |
| | | Yes. Claim number on court claims registry (if known)_____    Filed on ___ / ___ / ___  MM / DD / YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ✓ No |
| | | Yes. Who made the earlier filing? |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

| | | |
| --- | --- | --- |
| 6. | **Do you have any number you use to identify the debtor?** | ✓ No |
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. | **How much is the claim?** | $___no less than 1,000,000.00___. Does this amount include interest or other charges? |
| | | ✓ No |
| | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | Personal injury (unliquidated) |

**9. Is all or part of the claim secured?**

✓ No

Yes. The claim is secured by a lien on property.

**Nature of property:**

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

Motor vehicle

Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                $_____

**Amount of the claim that is secured:**        $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate (when case was filed)_____%**

Fixed

Variable

**10. Is this claim based on a lease?**

✓ No

Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

✓ No

Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

✓ No

Yes. *Check one:*                                                    **Amount entitled to priority**

Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                $_____

Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                $_____

Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies.    $_____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☒ No<br><br>☐ **Yes.** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $ _____ |
| **14. Is all or part of the claim being asserted as an administrative expense claim?** | ☒ No<br><br>☐ **Yes.** Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim.  If yes, please indicate when this claim was incurred:<br><br>    ☐  On or prior to June 27, 2023:                  $ _____<br>    ☐  After June 27, 2023:                          $ _____<br>        **Total Administrative Expense Claim Amount:**  $ _____<br><br><br>THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE. |

---

**Part 3:**   **Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | Check the appropriate box:<br><br>    ☐  I am the creditor.<br>  ✓  I am the creditor's attorney or authorized agent.<br>    ☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>    ☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  __12/29/2023__<br>               MM / DD / YYYY<br><br><br>  /s/ Ben Sansone<br>  _____<br>    Signature<br><br>**Name of the person who is completing and signing this claim:**<br><br>Name      Ben Sansone<br>           First name         Middle name        Last name<br><br>Title       Attorney<br><br>Company  Sansone and Lauber<br>           Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address   7777 Bonhomme Ave #2100<br>          Number      Street<br>       St. Louis                MO<br>       City                    State   ZIP Code<br><br>Contact phone  314-863-0500       Email ben@missourilawyers.com |

Modified Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                    12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.ra.kroll.com/BBBY.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

If by first class mail:

Bed Bath & Beyond Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163

If by overnight courier or hand delivery:

Bed Bath & Beyond Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

You may also file your claim electronically at
https://restructuring.ra.kroll.com/BBBY/EPOC-Index.

**Do not file these instructions with your form**

**ADVANCED INJURY CARE**

8225 Clayton Road, Saint Louis, MO 631171107

**Post Op Follow Up Note**

## CARLA COX SMITH

MRN :

Birthday : █████████

Phone :

Visited on: 2023 Aug 03 15:00 (Age at visit: 63 years)

Electronically signed by: GEORGE PALETTA, M.D. on 2023-08-17 09:02 AM

## HPI

HPI

Carla returns today for an initial postop visit status post revision rotator cuff repair. At the time of surgery, the bulk of her previous repair had healed. She had a retear at the edge of the repair at one of the anchor sites that extended for about a centimeter or so.

She returns today for follow up stating she is doing well. She denies any wound drainage or fevers. She's been compliant with the sling and abduction pillow. She states overall her pain control has been good.

## EXAM

Examination of the left shoulder reveals surgical incisions to be well healed. No sign of infection. Forward elevation is to 90. External rotation is to neutral. Internal and external rotation activation is good. Deltoid fires nicely. Neurovascular status is intact.

## RESULTS

No radiographs obtained today.

## IMPRESSION

Doing well.

## PLAN

I reviewed with her the findings at the time of surgery. Given the fact this is a revision, we will hold off on starting physical therapy until after the fourth week. As such, she will not start therapy until the week of 8-14-23. She will remain in the sling for a total of six weeks but she does not require the abduction pillow. She can come out of the sling for light activities such as self-care, keyboarding and utensils to eat. We will see her back for follow up in four weeks. X-rays at that time include a left shoulder series. Expectation is she should be ready to discontinue the sling.

_____

George A. Paletta, Jr., M.D.

GAP:kh

This report was dictated by George A. Paletta, Jr. and approved without proofreading/ editing to expedite distribution.

**ADVANCED INJURY CARE**                                    **Post Op Follow Up Note**

8225 Clayton Road, Saint Louis, MO 631171107

---

## CARLA COX SMITH

MRN :

Birthday : ████████                          Phone :

Visited on: 2023 Sep 14 13:30 (Age at visit: 63 years)    Electronically signed by: GEORGE PALETTA, M.D. on 2023-09-18 08:58 AM

---

| | |
|---|---|
| **HPI** | Carla returns today for continued follow up of her left shoulder. She is status post an initial rotator cuff repair that was performed in February 2023. She was progressing nicely from that but unfortunately was involved in a second motor vehicle accident that resulted in recurrent left shoulder pain and evidence of a recurrent rotator cuff tear. This precipitated a second surgery including arthroscopy of the left shoulder with revision rotator cuff repair. That surgery was performed on July 17, 2023. She returns for follow up today. |
| | Overall, she is doing well. She is very pleased with her progression of range of motion. She is really having minimal pain at this point. She has been doing her physical therapy at Athletico. An update from the therapist documents excellent compliance and good range of motion. The patient is pleased with her progress. |
| | With respect to her neck, she has continued with chiropractic treatment at this point. There were some discussions with regard to interventions at the cervical spine, but she has preferred to continue to go the chiropractic route and reports overall things are doing okay with regard to the neck. |

---

| | |
|---|---|
| **EXAM** | Examination of the left shoulder reveals surgical incisions to be well healed. Range of motion is outstanding. She has full forward elevation to 170. Abduction is to 160. She has no residual shoulder shrug. 30 degrees of rotation with the arm at the side. Her cuff is firing nicely. Internal and external rotation strength are 5-/5. Supraspinatus strength was not assessed but she sets her shoulder nicely with no shoulder shrug and no pain. |

---

| | |
|---|---|
| **RESULTS** | No radiographs taken today. |

---

| | |
|---|---|
| **IMPRESSION** | 1. Doing well. |

---

| | |
|---|---|
| **PLAN** | She has met and exceeded all the goals and milestones of the first phase of therapy. She will now progress to Phase 2 working on progressive rotator cuff strengthening. The plan is to see her back for follow up in about six to eight weeks, whatever works for her schedule and mine. At that point, I would anticipate she will likely be done with physical therapy and ready to go to a home exercise program. Obviously, she should continue treatment for her cervical spine based on the recommendations of those providers. I addressed her questions. |

---

George A. Paletta, Jr., M.D.

GAP: sdm

This report was dictated by#George A. Paletta, Jr.#and approved without proofreading/editing to expedite distribution.

---

**ADVANCED INJURY CARE**                                                    **Post Op Follow Up Note**

8225 Clayton Road, Saint Louis, MO 631171107

## CARLA COX SMITH

MRN :

Birthday :  ▮▮▮▮▮▮▮                                  Phone :

Visited on: 2023 Nov 09 13:30 (Age at visit: 64 years)    Electronically signed by: GEORGE PALETTA, M.D. on 2023-11-13 02:34 PM

---

**HPI**

Carla returns today for continued follow up of her left shoulder. She is status post initial rotator cuff repair performed on 2-13-23. She was doing well in her course of recovery but then unfortunately was involved in a second motor vehicle accident that resulted in recurrent and increasing left shoulder pain. She underwent an evaluation at that time which showed evidence of a recurrent rotator cuff tear requiring revision surgery.

The revision surgery was performed on 7-18-23. She returns today for follow up stating overall she is doing well. She still notes some occasional discomfort at night. She has been progressing with physical therapy. She feels like she's done so much therapy at this point that she can do most of it on her own. Overall, she feels like it continues to improve steadily.

---

**EXAM**

Examination of the left shoulder reveals outstanding motion. She has full forward elevation and abduction to 170 with normal kinematics. She has restored full rotational range of motion including external rotation at the side as well as in the 90/90 position. She has good cuff function. Internal and external rotation strength are 5/5. Supraspinatus strength is 5-/5 with no residual shoulder shrug and minimal discomfort on resisted manual testing. Impingement signs are negative.

---

**RESULTS**

No radiographs obtained today.

---

**IMPRESSION**

Mild residual supraspinatus weakness status post revision rotator cuff repair.

---

**PLAN**

In my opinion, Carla can back off to once a week for physical therapy for the next three or four weeks and transition to a home exercise program thereafter. In my opinion, she requires no specific restrictions or limitations at this point. Obviously, anything that causes discomfort in the shoulder she should avoid or back off on. I would like to see her back for follow up in eight weeks. At that point she'll be about a month into a home exercise program. If she's doing well, she'll be released from care at that point. I addressed her questions.

_____

George A. Paletta, Jr., M.D.

GAP:kh

This report was dictated by#George A. Paletta, Jr.#and approved without proofreading/ editing to expedite distribution.

---

Rendering: Gillette PT, DPT, Sara Location:  Florissant  Location Phone:  (314)972-1442 Location Fax: (314)972-1533



**Patient:** Cox Smith, Carla
**DOB:** ▮▮▮▮▮▮▮
**DOS:** 03/29/2023 10:30 AM

**Ref Phys:** George Paletta Jr MD
**CC:**

**Person #:**    1283611
**Attended Appointments:** 7
**Cancelled Appointments:**  1
**Payer:** Lien

**Ref Phys Fax:** (314) 336-2639

Case Contacts:

| Name | Phone | Fax | Email |
|---|---|---|---|
| Paletta Jr MD, George | (314) 336-2555 | (314) 658-9684 | |
| Ben Sansone | (314) 863-0503 | | heather@missourilawyers.com |

**Diagnosis:**

Strain of musc/tend the rotator cuff of left shoulder, subs    S46.012D
Encounter for other orthopedic aftercare    Z47.89

Dear George Paletta Jr MD,

Thank you for your referral of Carla Cox Smith to Athletico's center in Florissant.

**Assessment:**
Patient was re-educated on not using UE per MD protocol and the risks of not following MD orders.  Patient has been told one multiple occasions to not use her UE to lift, throw, push or pull.  Patient states, "wow, I didn't realize how serious it is.  But I can tell by your tone of voice that it is... thank you for re-iterating it to me."  Patient is just over 6 weeks, plan to progress into early strengthening phase (6-14 weeks post-op).

**Subjective:**
Patient reports she is feeling fine.  She states she missed therapy yesterday due to dealing with family issues.

**Objective:**
Patient is observed to hold her arm up in the air in a supine position.
Patient is observed to toss swiss ball with B UE after doing wall slides.
Full PROM.

**Goals:**

| Short Term Goals | Status | Type | Achieved |
|---|---|---|---|
| Patient will be able to reach to shoulder height shelf by 5/1/2023. | In Progress | STG | |

| Long Term Goals | Status | Type | Achieved |
|---|---|---|---|
| Patient will be able to reach OH shelf by 6/1/2023. | In Progress | LTG | |
| Patient will be able to reach behind her back to tuck in her shirt by 6/1/2023. | In Progress | LTG | |
| Patient will be able to carry 5 lbs unilaterally to improve her ability to carry groceries by 6/1/2023. | In Progress | LTG | |

**Plan**:
Plan to progress with gentle shoulder AROM and rotator cuff strength at modified neutral.

Thank you, again, for the referral of Carla Cox Smith to Athletico's center in Florissant.  Please feel free to contact me with any questions at (314)972-1442.

Rendering: Gillette PT, DPT, Sara Location:  Florissant  Location Phone:  (314)972-1442 Location Fax: (314)972-1533

Sincerely,


Electronically signed by Sara Gillette PT, DPT on 03/30/2023 02:58 PM

STATE OF MISSOURI

COUNTY OF ST. LOUIS

### AFFIDAVIT AS TO BILLING RECORDS, RESONABLENESS OF MEDICAL CHARGES AND NECESSITY OF TREATMENT

Before me, the undersigned authority, personally appeared _GLENN TAYLOR_ who, being duly sworn, states as follows:

My name is _GLENN TAYLOR_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records and designee of the entity who provided services to the patient named below.

Attached to this Affidavit is _19_ page(s) of billing records reflecting services and charges by ____ADVANCED INJURY CARE____ to _Carla Cox Smith_, date of birth ▮▮▮▮▮▮▮. These records were kept in the regular course of business and the records were made at or near the time the services and charges were rendered. The amounts charged for the itemized services were reasonable at the time and place the services were provided.

_ADVANCED INJURY CARE_ deemed the services necessary to treat _Carla Cox Smith_

_____
AFFIANT

In witness whereof, I have hereunto subscribed my name and affixed my official seal, this _31_ day of _MARCH_, 20_23_.

(S E A L)

_____
Notary Public

My Term Expires:
_8/4/2025_

CELENA PARRES
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 21775831
My Commission Expires Aug 4, 2025

ADVANCED INJURY CARE

## Itemization of Charges

For Posting Date March 31, 2023

| | | | |
|---|---|---|---|
| **Clinic:** | ADVANCED INJURY CARE | | |
| **Address:** | 8225 Clayton Road<br>Saint Louis, MO 631171107 | **Insurance #1:** | Sansone & Lauber<br>7777 BONHOMME AVE<br>#2100<br>SAINT LOUIS, MO 63105 |
| **Phone:** | (314) 330-4776 | **Adjuster:** | |
| **Tax ID:** | 822699429 | **Group Number** | |
| **WCAB:** | | **Policy Number:** | 0 |
| **Employer:** | | **Insurance #2:** | |
| **Patient #:** | 7569 | **Adjuster:** | |
| **Patient:** | Carla Cox SMITH | **Group Number:** | |
| **Date of Injury:** | | **Policy Number:** | |

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 16621 | 06/13/2022 | LINDSEY PATERSON, PA-C | New patient office or othe... | 99204 | 1,100.00 | – | – | 1,100.00 |
| 17442 | 07/06/2022 | SAMUEL BARTMESS, M.D. | Injection of substance int... | 62321 | 2,815.24 | – | – | 2,815.24 |
| 17442 | 07/06/2022 | SAMUEL BARTMESS, M.D. | Lidocaine level | 80176 | 100.00 | – | – | 100.00 |
| 17442 | 07/06/2022 | SAMUEL BARTMESS, M.D. | Surgical trays | A4550 | 500.00 | – | – | 500.00 |
| 17442 | 07/06/2022 | SAMUEL BARTMESS, M.D. | Injection, dexamethasone s... | J1100 | 350.00 | – | – | 350.00 |
| 17442 | 07/06/2022 | SAMUEL BARTMESS, M.D. | Low osmolar contrast mater... | Q9966 | 500.00 | – | – | 500.00 |
| 17523 | 07/06/2022 | STEVEN STAHLE, M.D. | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 18058 | 07/20/2022 | KORRIN TILLEY, PA | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 19022 | 08/09/2022 | LINDSEY PATERSON, PA-C | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 19294 | 08/09/2022 | SAMUEL BARTMESS, M.D. | Injection of anesthetic an... | 64483 | 2,658.37 | – | – | 2,658.37 |
| 19294 | 08/09/2022 | SAMUEL BARTMESS, M.D. | Lidocaine level | 80176 | 100.00 | – | – | 100.00 |
| 19294 | 08/09/2022 | SAMUEL BARTMESS, M.D. | Surgical trays | A4550 | 500.00 | – | – | 500.00 |
| 19294 | 08/09/2022 | SAMUEL BARTMESS, M.D. | Injection, dexamethasone s... | J1100 | 350.00 | – | – | 350.00 |
| 19294 | 08/09/2022 | SAMUEL BARTMESS, M.D. | Low osmolar contrast mater... | Q9966 | 500.00 | – | – | 500.00 |
| 19919 | 08/24/2022 | NICOLE HELLWEG, PA-CMPAS | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 20028 | 08/24/2022 | SAMUEL BARTMESS, M.D. | Injection of upper or midd... | 64490 | 3,274.98 | – | – | 3,274.98 |
| 20028 | 08/24/2022 | SAMUEL BARTMESS, M.D. | Injection of upper or midd... | 64491 | 1,554.00 | – | – | 1,554.00 |
| 20028 | 08/24/2022 | SAMUEL BARTMESS, M.D. | Lidocaine level | 80176 | 100.00 | – | – | 100.00 |
| 20028 | 08/24/2022 | SAMUEL BARTMESS, M.D. | Surgical trays | A4550 | 500.00 | – | – | 500.00 |
| 20140 | 08/30/2022 | SAMUEL BARTMESS, M.D. | Injection of upper or midd... | 64490 | 3,274.98 | – | – | 3,274.98 |
| 20140 | 08/30/2022 | SAMUEL BARTMESS, M.D. | Injection of upper or midd... | 64491 | 1,554.00 | – | – | 1,554.00 |
| 20140 | 08/30/2022 | SAMUEL BARTMESS, M.D. | Lidocaine level | 80176 | 100.00 | – | – | 100.00 |
| 20140 | 08/30/2022 | SAMUEL BARTMESS, M.D. | Established patient office... | 99213 | 550.00 | – | – | 550.00 |

ADVANCED INJURY CARE

## Itemization of Charges

For Posting Date March 31, 2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20140 | 08/30/2022 | SAMUEL BARTMESS, M.D. | Surgical trays | A4550 | 500.00 | – | – | 500.00 |
| 20418 | 09/08/2022 | SAMUEL BARTMESS, M.D. | Destruction of upper or mi... | 64633 | 17,000.00 | – | – | 17,000.00 |
| 20418 | 09/08/2022 | SAMUEL BARTMESS, M.D. | Destruction of upper or mi... | 64634 | 8,000.00 | – | – | 8,000.00 |
| 20418 | 09/08/2022 | SAMUEL BARTMESS, M.D. | Lidocaine level | 80176 | 100.00 | – | – | 100.00 |
| 20418 | 09/08/2022 | SAMUEL BARTMESS, M.D. | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 20418 | 09/08/2022 | SAMUEL BARTMESS, M.D. | Surgical trays | A4550 | 500.00 | – | – | 500.00 |
| 21457 | 09/22/2022 | LINDSEY PATERSON, PA-C | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 24170 | 11/01/2022 | LINDSEY PATERSON, PA-C | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 24060 | 11/07/2022 | KALEN VESPOLI, M.D., AP | Established patient office... | 99213 | 550.00 | – | – | 550.00 |
| 26476 | 12/15/2022 | GEORGE PALETTA, M.D. | X-ray of shoulder, minimum... | 73030 | 250.00 | – | – | 250.00 |
| 26476 | 12/15/2022 | GEORGE PALETTA, M.D. | New patient office or othe... | 99204 | 1,250.00 | – | – | 1,250.00 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Incision of shoulder tendo... | 23405 | 12,951.85 | – | – | 12,951.85 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Manipulation of shoulder j... | 23700 | 2,554.86 | – | – | 2,554.86 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Limited removal of abnorma... | 29822 | 15,425.00 | – | – | 15,425.00 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Shaving of part of shoulde... | 29826 | 15,702.80 | – | – | 15,702.80 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Repair of shoulder rotator... | 29827 | 21,138.00 | – | – | 21,138.00 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Cold or hot fluid bottle, ... | A9273 | 75.00 | – | – | 75.00 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Fluid circulating cold pad... | E0218 | 675.00 | – | – | 675.00 |
| 31972 | 02/13/2023 | GEORGE PALETTA, M.D. | Shoulder orthosis, acromio... | L3670 | 250.00 | – | – | 250.00 |
| 30597 | 02/23/2023 | GEORGE PALETTA, M.D. | Follow-up visit after surg... | 99024 | – | – | – | – |
| **TOTALS** | | | | | **121,154.08** | **-** | **-** | |

**BALANCE DUE**    **121,154.08**



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

**CARRIER**

| | PICA | | | | | | PICA |
|---|---|---|---|---|---|---|---|

**1. MEDICARE** ☐ (Medicare#)  **MEDICAID** ☐ (Medicaid#)  **TRICARE** ☐ (ID#/DoD#)  **CHAMPVA** ☐ (Member ID#)  **GROUP HEALTH PLAN** ☐ (ID#)  **FECA BLK LUNG** ☐ (ID#)  **OTHER** ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE** MM DD YY    **SEX** M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT  **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT  **STATE** MO

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** MM DD YY   **SEX** M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☐ NO ☒  **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒  *If yes,* complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File   DATE 03/31/23

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES ☐ NO ☒   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  **ICD Ind.** 0

A. W230XXA  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 1  06 | 13 | 22 | 06 | 13 | 22 | 11 | | 99204 | | A | 1100 | 00 | 1 | | NPI | 1912584509 |
| 2 | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☒
822699429

**26. PATIENT'S ACCOUNT NO.**
16621Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $ 1100 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
LINDSEY S PATERSON, PA-
SIGNED 03/31/23  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

**33. BILLING PROVIDER INFO & PH #** (314) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a. NPI  b.

a. NPI  b.

**PHYSICIAN OR SUPPLIER INFORMATION**

**PATIENT AND INSURED INFORMATION**



## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | PICA | | | | | | | | | PICA |

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE** ▮▮▮  **SEX** M  F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT  **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT  **STATE** MO

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES  NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY ▮▮▮  **SEX** M  F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES  NO [X]  **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES  NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES  NO [X]  *If yes, complete items 9, 9a, and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File**  DATE **03/31/23**

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

PATIENT AND INSURED INFORMATION

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  17a.  17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES  NO [X]  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)**  ICD Ind. 0
A. W230XXD  B. ___  C. ___  D. ___
E. ___  F. ___  G. ___  H. ___
I. ___  J. ___  K. ___  L. ___

**22. RESUBMISSION CODE** ___  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** 07 06 22 | 07 06 22 | 11 | | 99213 | | A | 550 00 | 1 | | NPI | 1578672341 |
| **2** | | | | | | | | | | NPI | |
| **3** | | | | | | | | | | NPI | |
| **4** | | | | | | | | | | NPI | |
| **5** | | | | | | | | | | NPI | |
| **6** | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

**25. FEDERAL TAX I.D. NUMBER**  SSN  EIN [X]
822699429

**26. PATIENT'S ACCOUNT NO.**
17523Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X]  NO

**28. TOTAL CHARGE**
$ 550 00

**29. AMOUNT PAID**
$ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
STEVEN STAHLE, M.D.
SIGNED 03/31/23  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

**33. BILLING PROVIDER INFO & PH #** (314) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a. NPI  b.



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | | | PICA | | | | | | | | PICA | |

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE** ▓▓ ▓▓ ▓▓ **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT  **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT  **STATE** MO

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**
YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M [ ] F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**
YES [ ] NO [X]  **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**
YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ] NO [X]  *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File**  DATE **03/31/23**

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**
YES [ ] NO [X]  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  **ICD Ind.** 0
A. W230XXD  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** 07 06 22 | 07 06 22 | 11 | | 62321 | | A | 2815 24 | 1 | | NPI | 1376981571 |
| **2** 07 06 22 | 07 06 22 | 11 | | A4550 | | A | 500 00 | 1 | | NPI | 1376981571 |
| **3** 07 06 22 | 07 06 22 | 11 | | Q9966 | | A | 500 00 | 1 | | NPI | 1376981571 |
| **4** 07 06 22 | 07 06 22 | 11 | | J1100 | | A | 350 00 | 1 | | NPI | 1376981571 |
| **5** 07 06 22 | 07 06 22 | 11 | | 80176 | | A | 100 00 | 1 | | NPI | 1376981571 |
| **6** | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 822699429  SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** 17442Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 4265 24

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
SAMUEL N BARTMESS, M.D.
SIGNED **03/31/23**  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

**33. BILLING PROVIDER INFO & PH #** ( 314 ) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a. NPI  b.



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | PICA | | | | | | PICA |
|---|---|---|---|---|---|---|---|

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE** MM DD YY   **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT  **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT  **STATE** MO

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034  **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M [ ] F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES [ ] NO [X]  **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [X]  *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File  DATE 03/31/23

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

PATIENT AND INSURED INFORMATION

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES [ ] NO [X]  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  **ICD Ind.** 0

A. W230XXD  B. _____  C. _____  D. _____
E. _____  F. _____  G. _____  H. _____
I. _____  J. _____  K. _____  L. _____

**22. RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 07 | 20 | 22 | 07 | 20 | 22 | 11 | | 99213 | | A | 550 | 00 | 1 | | NPI | 1710553540 |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN [ ] EIN [X]
822699429

**26. PATIENT'S ACCOUNT NO.**
18058Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 550 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
KORRIN N TILLEY, PA
SIGNED 03/31/23  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

**33. BILLING PROVIDER INFO & PH #** ( 314 ) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | | PICA | | | | | PICA |

1. MEDICARE (Medicare#) · MEDICAID (Medicaid#) · TRICARE (ID#/DoD#) · CHAMPVA (Member ID#) · GROUP HEALTH PLAN (ID#) · FECA BLK LUNG (ID#) · OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
0

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
COX SMITH, CARLA

3. PATIENT'S BIRTH DATE / SEX
MM ___ DD ___ YY ___    M ___ F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
COX SMITH, CARLA

5. PATIENT'S ADDRESS (No., Street)
1018 TRIFECTA DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse ___  Child ___  Other ___

7. INSURED'S ADDRESS (No., Street)
1018 TRIFECTA DR

CITY: FLORISSANT    STATE: MO

8. RESERVED FOR NUCC USE

CITY: FLORISSANT    STATE: MO

ZIP CODE: 63034    TELEPHONE (Include Area Code): ( ) -

ZIP CODE: 63034    TELEPHONE (Include Area Code): ( ) -

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)    YES ___  NO [X]

a. INSURED'S DATE OF BIRTH
MM ___ DD ___ YY ___    M ___ F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?    YES ___  NO [X]    PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?    YES ___  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
SANSONE & LAUBER

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ___  NO [X]    *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File**    DATE 03/31/23

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM ___ DD ___ YY ___    QUAL. ___

15. OTHER DATE
QUAL. ___    MM ___ DD ___ YY ___

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM ___ DD ___ YY ___    TO MM ___ DD ___ YY ___

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a. ___
17b. NPI ___

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM ___ DD ___ YY ___    TO MM ___ DD ___ YY ___

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?    YES ___  NO [X]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. 0

A. W230XXD    B. ___    C. ___    D. ___
E. ___    F. ___    G. ___    H. ___
I. ___    J. ___    K. ___    L. ___

22. RESUBMISSION CODE ___    ORIGINAL REF. NO. ___

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** 08 09 22 | 08 09 22 | 11 | | 99213 | | A | 550 00 | 1 | | NPI | 1912584509 |
| **2** | | | | | | | | | | NPI | |
| **3** | | | | | | | | | | NPI | |
| **4** | | | | | | | | | | NPI | |
| **5** | | | | | | | | | | NPI | |
| **6** | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN [ ] EIN [X]
822699429

26. PATIENT'S ACCOUNT NO.
19022Z92068

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO ___

28. TOTAL CHARGE
$ 550 00

29. AMOUNT PAID
$ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
LINDSEY S PATERSON, PA-
SIGNED 03/31/23    DATE

32. SERVICE FACILITY LOCATION INFORMATION
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

33. BILLING PROVIDER INFO & PH # (314) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a. NPI ___    b. ___

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

**CARRIER**

| | PICA | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 0 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  MM DD YY    SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| COX SMITH, CARLA | ▮▮▮▮▮▮  M☐ F[X] | COX SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self [X] Spouse☐ Child☐ Other☐ | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 63034 | ( ) - | 63034 | ( ) - |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | a. EMPLOYMENT? (Current or Previous)  ☐ YES [X] NO | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | b. AUTO ACCIDENT?  ☐ YES [X] NO   PLACE (State) | a. INSURED'S DATE OF BIRTH  MM DD YY    SEX  M☐ F[X] |
| b. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  ☐ YES [X] NO | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | 10d. CLAIM CODES (Designated by NUCC) | c. INSURANCE PLAN NAME OR PROGRAM NAME  SANSONE & LAUBER |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES [X] NO  *If yes*, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File    DATE 03/31/23

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

**PATIENT AND INSURED INFORMATION**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL. | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. / 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  ☐ YES [X] NO   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. 0

| A. W230XXD | B. | C. | D. |
|---|---|---|---|
| E. | F. | G. | H. |
| I. | J. | K. | L. |

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE |||||| B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) |||| E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS ||| MODIFIER | | | | | | |
| 08 | 09 | 22 | 08 | 09 | 22 | 11 | | A4550 ||| | A | 500 00 | 1 | | NPI | 1376981571 |
| 08 | 09 | 22 | 08 | 09 | 22 | 11 | | Q9966 ||| | A | 500 00 | 1 | | NPI | 1376981571 |
| 08 | 09 | 22 | 08 | 09 | 22 | 11 | | J1100 ||| | A | 350 00 | 1 | | NPI | 1376981571 |
| 08 | 09 | 22 | 08 | 09 | 22 | 11 | | 80176 ||| | A | 100 00 | 1 | | NPI | 1376981571 |
| 08 | 09 | 22 | 08 | 09 | 22 | 11 | | 64483 ||| | A | 2658 37 | 1 | | NPI | 1376981571 |
| | | | | | | | | ||| | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER      SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 822699429  [X] | 19294Z92068 | [X] YES ☐ NO | $ 4108 37 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH #  (314) 330-4776 |
|---|---|---|
| Signature on File  SAMUEL N BARTMESS, M.D.  SIGNED 03/31/23   DATE | AIC BRENTWOOD  8225 CLAYTON ROAD  SAINT LOUIS, MO 63117-1107 | ADVANCED INJURY CARE  8225 CLAYTON ROAD  SAINT LOUIS, MO 63117-1107 |
| | a. NPI   b. | a. NPI   b. |

**PHYSICIAN OR SUPPLIER INFORMATION**

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)



**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

**CARRIER**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER
(Medicare#)  (Medicaid#)  (ID#/DoD#)  (Member ID#)  (ID#)  (ID#)  [X] (ID#)

1a. INSURED'S I.D. NUMBER    (For Program in Item 1)
0

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**COX SMITH, CARLA**

3. PATIENT'S BIRTH DATE    SEX
MM  DD  YY    M   F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**COX SMITH, CARLA**

5. PATIENT'S ADDRESS (No., Street)
**1018 TRIFECTA DR**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
**1018 TRIFECTA DR**

CITY
**FLORISSANT**
STATE
**MO**

8. RESERVED FOR NUCC USE

CITY
**FLORISSANT**
STATE
**MO**

ZIP CODE
**63034**
TELEPHONE (Include Area Code)
(   )   -

ZIP CODE
**63034**
TELEPHONE (Include Area Code)
(   )   -

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [X] NO

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY    M   F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?    PLACE (State)
YES [X] NO

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**SANSONE & LAUBER**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO    *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File**    DATE **03/31/23**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM  DD  YY    QUAL.

15. OTHER DATE    MM  DD  YY
QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY    TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY    TO  MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?    $ CHARGES
YES [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. **0**

A. **W230XXD**   B. _____   C. _____   D. _____
E. _____   F. _____   G. _____   H. _____
I. _____   J. _____   K. _____   L. _____

22. RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | |
| **1** | 08 24 22 | | | 08 24 22 | | 11 | | 99213 | A | 550 00 | 1 | | NPI | 1306401559 |
| **2** | | | | | | | | | | | | | NPI | |
| **3** | | | | | | | | | | | | | NPI | |
| **4** | | | | | | | | | | | | | NPI | |
| **5** | | | | | | | | | | | | | NPI | |
| **6** | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN  EIN
**822699429**    [X]

26. PATIENT'S ACCOUNT NO.
**19919Z92068**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES   NO

28. TOTAL CHARGE
$  **550 00**

29. AMOUNT PAID
$  **0 00**

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Signature on File**
**NICOLE  HELLWEG, PA-CMP**
SIGNED **03/31/23**    DATE

32. SERVICE FACILITY LOCATION INFORMATION
**AIC BRENTWOOD**
**8225 CLAYTON ROAD**
**SAINT LOUIS, MO 63117-1107**

33. BILLING PROVIDER INFO & PH #  **(314) 330-4776**
**ADVANCED INJURY CARE**
**8225 CLAYTON ROAD**
**SAINT LOUIS, MO 63117-1107**

**PATIENT AND INSURED INFORMATION**

**PHYSICIAN OR SUPPLIER INFORMATION**



**HEALTH INSURANCE CLAIM FORM**

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

CARRIER

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
0

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
COX SMITH, CARLA

3. PATIENT'S BIRTH DATE / SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
COX SMITH, CARLA

5. PATIENT'S ADDRESS (No., Street)
1018 TRIFECTA DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
1018 TRIFECTA DR

CITY FLORISSANT    STATE MO

8. RESERVED FOR NUCC USE

CITY FLORISSANT    STATE MO

ZIP CODE 63034    TELEPHONE (Include Area Code) ( ) -

ZIP CODE 63034    TELEPHONE (Include Area Code) ( ) -

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☐  NO ☒  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
SANSONE & LAUBER

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File    DATE 03/31/23

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)    QUAL.

15. OTHER DATE    QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE    17a.    17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☒    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. 0

A. W230XXD    B.    C.    D.
E.    F.    G.    H.
I.    J.    K.    L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 24 22  08 24 22 | 11 | | A4550 | | A | 500 00 | 1 | | NPI | 1376981571 |
| 2 | 08 24 22  08 24 22 | 11 | | 80176 | | A | 100 00 | 1 | | NPI | 1376981571 |
| 3 | 08 24 22  08 24 22 | 11 | | 64490 | 50 | A | 3274 98 | 2 | | NPI | 1376981571 |
| 4 | 08 24 22  08 24 22 | 11 | | 64491 | 50 | A | 1554 00 | 2 | | NPI | 1376981571 |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐  EIN ☒
822699429

26. PATIENT'S ACCOUNT NO.
20028Z92068

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒  NO ☐

28. TOTAL CHARGE
$ 5428 98

29. AMOUNT PAID
$ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
SAMUEL N BARTMESS, M.D.
SIGNED 03/31/23    DATE

32. SERVICE FACILITY LOCATION INFORMATION
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

33. BILLING PROVIDER INFO & PH # ( 314 ) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

CARRIER

| | PICA | | | | | | PICA |
|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 0 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| COX SMITH, CARLA | MM DD YY ▓▓▓▓ | M [ ] F [X] | COX SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self [X] Spouse [ ] Child [ ] Other [ ] | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 63034 | ( ) - | | 63034 | ( ) - |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [ ] [X] NO | MM DD YY ▓▓▓▓ | M [ ] F [X] |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? | PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|---|
| | YES [ ] [X] NO | | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] [X] NO | SANSONE & LAUBER |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] [X] NO  If yes, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on File     DATE 03/31/23

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on File

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) | 15. OTHER DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY QUAL. | QUAL. MM DD YY | FROM MM DD YY   TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM MM DD YY   TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES [ ] [X] NO | |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. 0

| A. W230XXD | B. | C. | D. |
|---|---|---|---|
| E. | F. | G. | H. |
| I. | J. | K. | L. |

22. RESUBMISSION CODE _____ ORIGINAL REF. NO. _____

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1  08 30 22  08 30 22 | 11 | | A4550 | A | 500 00 | 1 | | NPI | 1376981571 |
| 2  08 30 22  08 30 22 | 11 | | 80176 | A | 100 00 | 1 | | NPI | 1376981571 |
| 3  08 30 22  08 30 22 | 11 | | 64490  50 | A | 3274 98 | 2 | | NPI | 1376981571 |
| 4  08 30 22  08 30 22 | 11 | | 64491  50 | A | 1554 00 | 2 | | NPI | 1376981571 |
| 5  08 30 22  08 30 22 | 11 | | 99213 | A | 550 00 | 1 | | NPI | 1376981571 |
| 6 | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|---|
| 822699429 | [X] | 20140Z92068 | [X] YES [ ] NO | $ 5978 98 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # (314) 330-4776 |
|---|---|---|
| Signature on File SAMUEL N BARTMESS, M.D. SIGNED 03/31/23  DATE | AIC BRENTWOOD 8225 CLAYTON ROAD SAINT LOUIS, MO 63117-1107 | ADVANCED INJURY CARE 8225 CLAYTON ROAD SAINT LOUIS, MO 63117-1107 |
| | a. NPI    b. | a. NPI    b. |

NUCC Instruction Manual available at: www.nucc.org      **PLEASE PRINT OR TYPE**      APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION



**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | PICA |

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE** MM | DD | YY   **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT   **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT   **STATE** MO

**ZIP CODE** 63034   **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034   **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM | DD | YY   **SEX** M [ ] F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES [ ] NO [X]   **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ] NO [X]   *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File   DATE 03/31/23

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM | DD | YY   QUAL.

**15. OTHER DATE** QUAL.   MM | DD | YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM | DD | YY   TO MM | DD | YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM | DD | YY   TO MM | DD | YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES [ ] NO [X]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. W230XXD   B. ___   C. ___   D. ___
E. ___   F. ___   G. ___   H. ___
I. ___   J. ___   K. ___   L. ___

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 08 22  09 08 22 | 11 | | A4550 | | A | 500 00 | 1 | | NPI | 1376981571 |
| 2 | 09 08 22  09 08 22 | 11 | | 80176 | | A | 100 00 | 1 | | NPI | 1376981571 |
| 3 | 09 08 22  09 08 22 | 11 | | 99213 | | A | 550 00 | 1 | | NPI | 1376981571 |
| 4 | 09 08 22  09 08 22 | 11 | | 64633 | 50 | A | 17000 00 | 2 | | NPI | 1376981571 |
| 5 | 09 08 22  09 08 22 | 11 | | 64634 | 50 | A | 8000 00 | 2 | | NPI | 1376981571 |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN [ ] EIN [X]
822699429

**26. PATIENT'S ACCOUNT NO.**
20418Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 26150 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
SAMUEL N BARTMESS, M.D.
SIGNED 03/31/23   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

**33. BILLING PROVIDER INFO & PH #** ( 314 ) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

**CARRIER**

| | PICA | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 0 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| COX SMITH, CARLA | MM DD YY ▇▇▇▇ M☐ F[X] | COX SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self [X] Spouse☐ Child☐ Other☐ | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 63034 | ( ) - | 63034 | ( ) - |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES☐ NO[X] | a. INSURED'S DATE OF BIRTH MM DD YY ▇▇ SEX M☐ F[X] |
|---|---|---|

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES☐ NO[X] PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES☐ NO[X] | c. INSURANCE PLAN NAME OR PROGRAM NAME SANSONE & LAUBER |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO[X] *If yes*, complete items 9, 9a, and 9d. |
|---|---|---|

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED Signature on File    DATE 03/31/23 | SIGNED Signature on File |

**PATIENT AND INSURED INFORMATION**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY    QUAL. | 15. OTHER DATE QUAL. MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO MM DD YY |
|---|---|---|
| | 17b. NPI | |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? YES☐ NO[X] $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0 | 22. RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|
| A. W230XXA  B. M542  C. M545  D. | |
| E.  F.  G.  H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.  J.  K.  L. | |

| 24. A. DATE(S) OF SERVICE From To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | | | | | | | | | | |
| **1** 09 22 22 | 09 22 22 | 11 | | 99213 | | ABC | 550 00 | 1 | | NPI | 1912584509 |
| **2** | | | | | | | | | | NPI | |
| **3** | | | | | | | | | | NPI | |
| **4** | | | | | | | | | | NPI | |
| **5** | | | | | | | | | | NPI | |
| **6** | | | | | | | | | | NPI | |

**PHYSICIAN OR SUPPLIER INFORMATION**

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 822699429 [X] | 21457Z92068 | [X] YES ☐ NO | $ 550 00 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # (314) 330-4776 |
|---|---|---|
| Signature on File LINDSEY S PATERSON, PA- SIGNED 03/31/23 DATE | AIC BRENTWOOD 8225 CLAYTON ROAD SAINT LOUIS, MO 63117-1107 | ADVANCED INJURY CARE 8225 CLAYTON ROAD SAINT LOUIS, MO 63117-1107 |
| | a. NPI    b. | a. NPI    b. |



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | | PICA | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 0 | |

**PATIENT AND INSURED INFORMATION**

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| COX SMITH, CARLA | MM DD YY    M [ ]  F [X] | COX SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self [X]  Spouse [ ]  Child [ ]  Other [ ] | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 63034 | (   ) - | | 63034 | (   ) - |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES [ ]  [X] NO | a. INSURED'S DATE OF BIRTH  MM DD YY   M [ ]  F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  YES [ ]  [X] NO   PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  YES [ ]  [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  SANSONE & LAUBER |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [ ]  [X] NO  *If yes,* complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED **Signature on File**    DATE **03/31/23** | SIGNED **Signature on File** |

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY   QUAL. | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. / 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES [ ]  [X] NO   $ CHARGES |

**PHYSICIAN OR SUPPLIER INFORMATION**

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0 | 22. RESUBMISSION CODE     ORIGINAL REF. NO. |
|---|---|
| A. M542   B. M545   C. W230XXD   D. M25512 | |
| E. ___   F. ___   G. ___   H. ___ | 23. PRIOR AUTHORIZATION NUMBER |
| I. ___   J. ___   K. ___   L. ___ | |

| 24. A. DATE(S) OF SERVICE | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 11 01 22 | 11 01 22 | 11 | | | 99213 | | ABCD | 550 00 | 1 | | NPI | 1912584509 |
| 2 | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 822699429   [X] | 24170Z92068 | [X] YES  [ ] NO | $ 550 00 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # (314) 330-4776 |
|---|---|---|
| Signature on File | AIC BRENTWOOD | ADVANCED INJURY CARE |
| LINDSEY S PATERSON, PA- | 8225 CLAYTON ROAD | 8225 CLAYTON ROAD |
| SIGNED **03/31/23**   DATE | SAINT LOUIS, MO 63117-1107 | SAINT LOUIS, MO 63117-1107 |
| | a.    NPI    b. | a.    NPI    b. |

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | PICA | | | | | | PICA |
|---|---|---|---|---|---|---|---|

**1. MEDICARE** ☐ (Medicare#) **MEDICAID** ☐ (Medicaid#) **TRICARE** ☐ (ID#/DoD#) **CHAMPVA** ☐ (Member ID#) **GROUP HEALTH PLAN** ☐ (ID#) **FECA BLK LUNG** ☐ (ID#) **OTHER** ☒ (ID#)   **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE** ▮▮▮▮▮ **SEX** M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT **STATE** MO

**ZIP CODE** 63034 **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034 **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** MM ▮▮ DD ▮▮ YY ▮▮ **SEX** M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** ☐ YES ☒ NO **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES ☒ NO **If yes,** complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File** DATE **03/31/23**

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** ☐ YES ☒ NO **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   **ICD Ind.** 0

A. W230XXA B. M542 C. M25512 D. M545
E. F. G. H.
I. J. K. L.

**22. RESUBMISSION CODE** **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 11 | 07 | 22 | 11 | 07 | 22 | 11 | | 99213 | | ABCD | 550 00 | 1 | | NPI | 1942824636 |
| 2 | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 822699429 SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 24060Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 550 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
KALEN J VESPOLI, M.D.,
SIGNED 03/31/23 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107
a. NPI b.

**33. BILLING PROVIDER INFO & PH #** (314) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107
a. NPI b.

PHYSICIAN OR SUPPLIER INFORMATION

PATIENT AND INSURED INFORMATION

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)



**HEALTH INSURANCE CLAIM FORM**

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

| | | PICA | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 0 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
COX SMITH, CARLA

3. PATIENT'S BIRTH DATE    SEX
MM ██ ██    M ☐  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
COX SMITH, CARLA

5. PATIENT'S ADDRESS (No., Street)
1018 TRIFECTA DR

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
1018 TRIFECTA DR

CITY
FLORISSANT    STATE MO

8. RESERVED FOR NUCC USE

CITY
FLORISSANT    STATE MO

ZIP CODE
63034

TELEPHONE (Include Area Code)
(   )   -

ZIP CODE
63034

TELEPHONE (Include Area Code)
(   )   -

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐  [X] NO

a. INSURED'S DATE OF BIRTH    SEX
MM ██ ██    M ☐  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES ☐  [X] NO    PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES ☐  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
SANSONE & LAUBER

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  [X] NO    *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File    DATE 03/31/23

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM DD YY    QUAL.

15. OTHER DATE
QUAL.    MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?    $ CHARGES
YES ☐  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. 0

A. M25512    B. _____    C. _____    D. _____
E. _____    F. _____    G. _____    H. _____
I. _____    J. _____    K. _____    L. _____

22. RESUBMISSION
CODE _____    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 12 | 15 | 22 | 12 | 15 | 22 | 11 | | 99204 | | A | 1250 | 00 | 1 | | NPI | 1497720825 |
| 12 | 15 | 22 | 12 | 15 | 22 | 11 | | 73030 | LT | A | 250 | 00 | 1 | | NPI | 1497720825 |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER    SSN EIN
822699429    [X]

26. PATIENT'S ACCOUNT NO.
26476Z92068

27. ACCEPT ASSIGNMENT?
*(For govt. claims, see back)*
[X] YES  ☐ NO

28. TOTAL CHARGE
$ 1500 00

29. AMOUNT PAID
$ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
GEORGE  PALETTA, M.D.
SIGNED 03/31/23    DATE

32. SERVICE FACILITY LOCATION INFORMATION
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a.    b.

33. BILLING PROVIDER INFO & PH # (314) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a.    b.

NUCC Instruction Manual available at: www.nucc.org    *PLEASE PRINT OR TYPE*    APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | PICA | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | 0 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE    SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| COX SMITH, CARLA | MM  DD  YY    M☐  F☒ | COX SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self ☒  Spouse ☐  Child ☐  Other ☐ | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 63034 | (  )  - | | 63034 | (  )  - |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES☐  X NO | a. INSURED'S DATE OF BIRTH    SEX |
|---|---|---|
| | | MM DD YY    M☐  F☒ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  YES☐  X NO    PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  YES☐  X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | | SANSONE & LAUBER |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES☐  X NO    *If yes*, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File**    DATE **03/31/23**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY    QUAL. | 15. OTHER DATE    MM DD YY  QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY  TO  MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY |
|---|---|---|
| | 17b. NPI | |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?  YES☐  X NO    $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. 0 | 22. RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| A. M25512   B.   C.   D. | |
| E.   F.   G.   H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.   J.   K.   L. | |

| 24. A. DATE(S) OF SERVICE From | | | | To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | |
| 02 | 13 | 23 | 02 | 13 | 23 | 24 | | 29827    LT 80 | A | 21138 00 | 1 | | NPI | 1497720825 |
| 02 | 13 | 23 | 02 | 13 | 23 | 24 | | 29826    LT 80 | | 15702 80 | 1 | | NPI | 1497720825 |
| 02 | 13 | 23 | 02 | 13 | 23 | 24 | | 23405    LT 80 | | 12951 85 | 1 | | NPI | 1497720825 |
| 02 | 13 | 23 | 02 | 13 | 23 | 24 | | 29822  59 LT 80 | | 15425 00 | 1 | | NPI | 1497720825 |
| 02 | 13 | 23 | 02 | 13 | 23 | 24 | | 23700  59 LT | | 2554 86 | 1 | | NPI | 1497720825 |
| 02 | 13 | 23 | 02 | 13 | 23 | 24 | | L3670 | | 250 00 | 1 | | NPI | 1497720825 |

| 25. FEDERAL TAX I.D. NUMBER    SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 822699429    X | 31972Z2068 | X YES  NO☐ | $ 68022 51 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH #  (314) 330-4776 |
|---|---|---|
| Signature on File  GEORGE  PALETTA, M.D. | ST LOUIS SPINE AND ORTHOPEDIC SUR 1130 TOWN AND COUNTRY COMMONS TOWN AND COUNTRY, MO 63017-8200 | ADVANCED INJURY CARE 8225 CLAYTON ROAD SAINT LOUIS, MO 63117-1107 |
| SIGNED 03/31/23    DATE | a.    NPI  b. | a.    NPI  b. |



## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**SANSONE & LAUBER**
**7777 BONHOMME AVE, #2100**
**SAINT LOUIS, MO 63105**

CARRIER

| | PICA | | | | | | | | | PICA |

**1. MEDICARE** ☐ (Medicare#) **MEDICAID** ☐ (Medicaid#) **TRICARE** ☐ (ID#/DoD#) **CHAMPVA** ☐ (Member ID#) **GROUP HEALTH PLAN** ☐ (ID#) **FECA BLK LUNG** ☐ (ID#) **OTHER** ☒ (ID#)    **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE** MM DD YY  **SEX** M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT **STATE** MO

**ZIP CODE** 63034    **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034    **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☐ NO ☒ **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒ *If yes,* complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature on File    DATE 03/31/23

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature on File

PATIENT AND INSURED INFORMATION

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES ☐ NO ☒ **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)    ICD Ind. 0
A. M25512 B. C. D.
E. F. G. H.
I. J. K. L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| **1** 02 | 13 | 23 | 02 | 13 | 23 | 24 | | E0218 | | A | 675 | 00 | 1 | | NPI | 1497720825 |
| **2** 02 | 13 | 23 | 02 | 13 | 23 | 24 | | A9273 | | A | 75 | 00 | 1 | | NPI | 1497720825 |
| **3** | | | | | | | | | | | | | | | NPI | |
| **4** | | | | | | | | | | | | | | | NPI | |
| **5** | | | | | | | | | | | | | | | NPI | |
| **6** | | | | | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

**25. FEDERAL TAX I.D. NUMBER** 822699429  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 31972Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $ 750 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
GEORGE PALETTA, M.D.
SIGNED 03/31/23 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
ST LOUIS SPINE AND ORTHOPEDIC SUR
1130 TOWN AND COUNTRY COMMONS
TOWN AND COUNTRY, MO 63017-8200
a. NPI b.

**33. BILLING PROVIDER INFO & PH #** (314) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107
a. NPI b.



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

CARRIER

| | PICA | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | 0 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| COX SMITH, CARLA | MM DD YY   F [X] | COX SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self [X] Spouse Child Other | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 63034 | ( ) - | | 63034 | ( ) - |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES [X] NO | a. INSURED'S DATE OF BIRTH  MM DD YY   M   F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES [X] NO PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  SANSONE & LAUBER |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO If yes, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on File    DATE 03/31/23

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on File

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY   QUAL. | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a.  17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY TO MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES [X] NO   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)    ICD Ind. 0

A. M25512    B. ____    C. ____    D. ____
E. ____    F. ____    G. ____    H. ____
I. ____    J. ____    K. ____    L. ____

| 22. RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|
| 23. PRIOR AUTHORIZATION NUMBER | |

| 24. A. DATE(S) OF SERVICE From To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY MM DD YY | | | | | | | | | | |
| 1 | 02 23 23 02 23 23 | 11 | | 99024 | A | 0 00 | 1 | | NPI | 1497720825 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 822699429 [X] | 30597Z92068 | [X] YES NO | $ 0 00 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  Signature on File  GEORGE  PALETTA, M.D.  SIGNED 03/31/23    DATE | 32. SERVICE FACILITY LOCATION INFORMATION  AIC BRENTWOOD  8225 CLAYTON ROAD  SAINT LOUIS, MO 63117-1107 | 33. BILLING PROVIDER INFO & PH # (314) 330-4776  ADVANCED INJURY CARE  8225 CLAYTON ROAD  SAINT LOUIS, MO 63117-1107 |
|---|---|---|
| | a.  b. | a.  b. |

PATIENT AND INSURED INFORMATION    PHYSICIAN OR SUPPLIER INFORMATION



# HEALTH INSURANCE CLAIM FORM

SANSONE & LAUBER
7777 BONHOMME AVE, #2100
SAINT LOUIS, MO 63105

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

| | PICA | | | | | | PICA |
|---|---|---|---|---|---|---|---|

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
0

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**3. PATIENT'S BIRTH DATE**  MM DD YY   **SEX**  M  F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
COX SMITH, CARLA

**5. PATIENT'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**
1018 TRIFECTA DR

**CITY** FLORISSANT   **STATE** MO

**8. RESERVED FOR NUCC USE**

**CITY** FLORISSANT   **STATE** MO

**ZIP CODE** 63034   **TELEPHONE (Include Area Code)** ( ) -

**ZIP CODE** 63034   **TELEPHONE (Include Area Code)** ( ) -

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**  YES  NO [X]

**a. INSURED'S DATE OF BIRTH**  MM DD YY   **SEX**  M  F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  YES  NO [X]  **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**  YES  NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
SANSONE & LAUBER

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**  YES  NO [X]  *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on File   DATE 04/28/23

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**  MM DD YY   QUAL.

**15. OTHER DATE**  QUAL.   MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**   17a.   17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**  YES  NO [X]   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. M25512   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  04 20 23 | 04 20 23 | 11 | | 99024 | | A | 0 00 | 1 | | NPI | 1497720825 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  822699429  SSN  EIN [X]

**26. PATIENT'S ACCOUNT NO.**  33663Z92068

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES [X]  NO

**28. TOTAL CHARGE**  $ 0 00

**29. AMOUNT PAID**  $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Signature on File
GEORGE  PALETTA, M.D.
SIGNED 04/28/23  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
AIC BRENTWOOD
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a.   b.

**33. BILLING PROVIDER INFO & PH #** ( 314 ) 330-4776
ADVANCED INJURY CARE
8225 CLAYTON ROAD
SAINT LOUIS, MO 63117-1107

a.   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION    PHYSICIAN OR SUPPLIER INFORMATION

Goldsmith MediCenter Pharmacy
13354 Manchester Rd.
Saint Louis, MO 63131
Phone:(314) 432-5020 Fax:(314) 432-5026
Fed. Id:81-3435121 NABP:2643662
NPI:1730638958

COX SMITH, CARLA
1018 TRIFECTA DR
FLORISSANT, MO 63034
Phone:(314) 914-5663 Cell:( ) -
DOB:

03/13/2023

Profile From:05/12/2022  thru 03/13/2023

| Fill Date ▲ | Rx Num. | Qty | Drug | NDC | Doctor | Copay | Day Supply |
|---|---|---|---|---|---|---|---|
| 09/01/2022 | 3025257 | 1 | DIAZEPAM 10MG TABLET | 00172-3927-80 | BARTMESS, SAMUEL | $10.00 | 1 |
| 09/01/2022 | 2063943 | 1 | HYDROCODONE/APAP 10-325MG TABLET | 00406-0125-10 | BARTMESS, SAMUEL | $10.00 | 1 |
| 02/08/2023 | 1184026 | 10 | ONDANSETRON 8MG TABLET | 16714-0160-01 | PALETTA, GEORGE | $391.29 | 4 |
| 02/08/2023 | 1184025 | 20 | KETOROLAC 10MG TABLET | 00093-0314-01 | PALETTA, GEORGE | $47.14 | 5 |
| 02/08/2023 | 2068970 | 30 | HYDROCODONE/APAP 7.5-325MG TABLET | 43386-0357-01 | PALETTA, GEORGE | $27.11 | 5 |
| | | | | | | $485.54 | |

Pharmacist _____

$2110 28 13359 VFP PAGE 2791-7

STL1
329

7777 BONHOMME AVE SUITE 2100
SAINT LOUIS MO 63105

CARRIER

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA

PICA ☐

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 358562993 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
COX SMITH , CARLA,

3. PATIENT'S BIRTH DATE  MM | DD | YY  SEX  M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
COX-SMITH, CARLA

5. PATIENT'S ADDRESS (No., Street)
1018 TRIFECTA DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☒ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
1018 TRIFECTA DR

CITY
FLORISSANT   STATE MO

8. RESERVED FOR NUCC USE

CITY
FLORISSANT   STATE MO

ZIP CODE
63034   TELEPHONE (Include Area Code) ( 314 ) 9145663

ZIP CODE
63034   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☒ YES ☐ NO

a. INSURED'S DATE OF BIRTH  MM | DD | YY  SEX  M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO  PLACE (State) MO

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
HAZEL WOOD SCHOOL DIST

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SOF   DATE 03 07 2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SOF

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY 05 12 2022 QUAL. 431

15. OTHER DATE  MM DD YY QUAL. 439  05 12 2022

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GEORGE A PALETTA MD

17a. 1GG20068
17b. NPI 1497720825

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
NILATERAL   CERVICAL PLEXUS BLOCK U

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. 0
A. G89.18   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02132023 | | 22 | | 64415 | 59 LT | A | 1200 00 | 1 | | NPI | 1114901865 |
| 02132023 | | 22 | | 64999 | 51 59 LT | A | 880 00 | 1 | | NPI | 1114901865 |
| 02132023 | | 22 | | 76942 | 26 59 | A | 1050 00 | 1 | | NPI | 1114901865 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
204112248

26. PATIENT'S ACCOUNT NO.
3290096820

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO

28. TOTAL CHARGE
$ 3130 00

29. AMOUNT PAID
$ 0 00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JIMMIE H JEFFRIES,DO
SIGNED   03 07 2023

32. SERVICE FACILITY LOCATION INFORMATION
STL SPINE/ORTHO CTR ACUTE
1130 TOWN & COUNTRY CMNS
CHESTERFIELD MO 63017-8200
a. 1225073828 b.

33. BILLING PROVIDER INFO & PH. # ( 866 ) 6060153
PREMIER ANESTHESIA, LLC
PO BOX 5480
CAROL STREAM IL 60197-5480
a. 1225073828 b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB 0938-1197 FORM 1500 (02-12)

DAP00/329/0991/ 204112248/0329/3290096820/ 3845 STL1 NEW

STL1
329

7777 BONHOMME AVE SUITE 2100
SAINT LOUIS MO 63105

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | PICA |
|---|---|---|---|---|---|---|

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #)  (Medicaid #)  (ID#/DoD#)  (Member ID#)  (ID#)  (ID#)  **X**(ID#) | 358562993 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  MM DD YY  SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| COX SMITH , CARLA, | F **F** | COX-SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self **X** Spouse  Child  Other | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 63034 | ( 314 ) 9145663 | 63034 | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH  MM DD YY  SEX |
|---|---|---|
| | **X** YES  NO | M  F **X** |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | **X** YES  NO  MO | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| HAZEL WOOD SCHOOL DIST | YES  **X** NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES  **X** NO  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SOF**  DATE **03 07 2023**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SOF**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY | 15. OTHER DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 05 12 2022 QUAL 431 | QUAL 439  MM 05 DD 12 YY 2022 | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. 1GG20068 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| DN GEORGE A PALETTA MD | 17b. NPI 1497720825 | FROM MM DD YY  TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?  $ CHARGES |
|---|---|
| | YES **X** NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E) ICD Ind. **0** | 22. RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| A. M75.102  B. M75.42  C. S43.432A  D. | |
| E.  F.  G.  H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.  J.  K.  L. | |

| 24. A. DATE(S) OF SERVICE | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | To MM DD YY | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| BEG=1445 END=1631 BASEU= 5 MIN= 106 TIMEU= 8.00 TOTU= 13.0 | | | | | | | | | | | | | | |
| 02132023 | | | 22 | | | 01630 | QZ P2 | ABC | 1950 00 | | 106 | | NPI | 1770564957 |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|
| 204112248 **X** | 3290096901 | **X** YES  NO | $ 1950 00 | 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH. # ( 866 ) 6060153 |
|---|---|---|
| | STL SPINE/ORTHO CTR OR OP | PREMIER ANESTHESIA, LLC |
| | 1130 TOWN & COUNTRY CMNS | PO BOX 5480 |
| JOEL SHOEMAKER, CRNA | CHESTERFIELD MO 63017-8200 | CAROL STREAM IL 60197-5480 |
| SIGNED 03 07 2023  a. | b. | a. 1225073828 b. |

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB 0938-1197 FORM 1500 (02-12)

|DAP00/329/0991/|204112248/0329/3290096901/ |3845|STL1|NEW

STL1
329

7777 BONHOMME AVE SUITE 2100
SAINT LOUIS MO 63105

CARRIER

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA

| 1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (ID#/DoD#) (Member ID#) (ID#) (ID#) (ID#) | 358562993 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| COX-SMITH, CARLA | MM DD YY   F ☐ F ☒ | COX-SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1018 TRIFECTA DR | Self ☐ Spouse ☒ Child ☐ Other ☐ | 1018 TRIFECTA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| FLORISSANT | MO | | FLORISSANT | MO |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 63034 | ( 314 ) 9145663 | 63034 | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☒ YES ☐ NO | a. INSURED'S DATE OF BIRTH / SEX  MM DD YY  M ☐ F ☒ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) MO | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| UNKNOWN | | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO  If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SOF**          DATE **08 01 2023**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SOF**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY 05 12 2022 QUAL. 431 | 15. OTHER DATE MM DD YY QUAL. 439  05 12 2022 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY   MM DD YY FROM    TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DN GEORGE A PALETTA MD | 17a. 1GG20068 17b. NPI 1497720825 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  MM DD YY FROM    TO |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) CERVICAL PLEXUS BLOCK U NILATERAL | 20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)    ICD Ind. **0**

A. G89.18   B. |   C. |   D. |
E. |   F. |   G. |   H. |
I. |   J. |   K. |   L. |

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From       To MM DD YY  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 07172023 | 22 | | 64415 | 59 LT | A | 1160 00 | 1 | | NPI | 1114901865 |
| 07172023 | 22 | | 64999 | 51 59 LT | A | 1080 00 | 1 | | NPI | 1114901865 |
| 07172023 | 22 | | 76942 | 26 59 | A | 1040 00 | 1 | | NPI | 1114901865 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC use |
|---|---|---|---|---|---|
| 204112248 ☒ | 3290099114 | ☒ YES ☐ NO | $ 3280 00 | $ 0 00 | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  JIMMIE H JEFFRIES, DO SIGNED 08 01 2023 | 32. SERVICE FACILITY LOCATION INFORMATION STL SPINE/ORTHO CTR ACUTE 1130 TOWN & COUNTRY CMNS CHESTERFIELD MO 63017-8200 a. 1225073828 b. | 33. BILLING PROVIDER INFO & PH. # ( 877 ) 7467090 PREMIER ANESTHESIA, LLC PO BOX 5480 CAROL STREAM IL 60197-5480 a. 1225073828 b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB 0938-1197 FORM 1500 (02-12)

|DAP00/329/0991/204112248/0329/3290099114/ |3845|STL1|NEW

STL1
329

CARRIER

7777 BONHOMME AVE SUITE 2100
SAINT LOUIS MO 63105

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA                                                                                              PICA ☐

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 358562993 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) COX-SMITH, CARLA | 3. PATIENT'S BIRTH DATE MM 11 DD 22 YY 1959 SEX M☐ F☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) COX-SMITH, CARLA |

| 5. PATIENT'S ADDRESS (No., Street) 1018 TRIFECTA DR | 6. PATIENT RELATIONSHIP TO INSURED Self☐ Spouse☒ Child☐ Other☐ | 7. INSURED'S ADDRESS (No., Street) 1018 TRIFECTA DR |

| CITY FLORISSANT | STATE MO | 8. RESERVED FOR NUCC USE | CITY FLORISSANT | STATE MO |

| ZIP CODE 63034 | TELEPHONE (Include Area Code) ( 314 ) 9145663 | | ZIP CODE 63034 | TELEPHONE (Include Area Code) ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES☒ NO☐ | a. INSURED'S DATE OF BIRTH MM 11 DD 22 YY 1959 SEX M☐ F☒ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES☒ NO☐ PLACE (State) MO | b. OTHER CLAIM ID (Designated by NUCC) |

| c. RESERVED FOR NUCC USE UNKNOWN | c. OTHER ACCIDENT? YES☐ NO☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☒ If yes, complete items 9, 9a and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SOF** DATE **08 01 2023**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SOF**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM 05 DD 12 YY 2022 QUAL. 431 | 15. OTHER DATE QUAL. 439 MM 05 DD 12 YY 2022 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DN GEORGE A PALETTA MD | 17a. 1GG20068 17b. NPI 1497720825 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? YES☐ NO☒ $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E) ICD Ind. 0 A. M75.102 B. M75.42 C. D. E. F. G. H. I. J. K. L. | 22. RESUBMISSION CODE ORIGINAL REF. NO. 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| BEG=1254 END=1429 BASEU= 5 MIN= 95 TIMEU= 7.00 TOTU= 12.0 E1 066039 | | | | | | | | | |
| 07172023 | 22 | | 01630 QZ P1 | AB | 1800 00 | 95 | | NPI | 1174504054 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER 204112248 SSN☐ EIN☒ | 26. PATIENT'S ACCOUNT NO. 3290099113 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES☒ NO☐ | 28. TOTAL CHARGE $ 1800 00 | 29. AMOUNT PAID $ 0 00 | 30. Rsvd for NUCC use |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) DAVID SCHMITT, CRNA SIGNED 08 01 2023 | 32. SERVICE FACILITY LOCATION INFORMATION STL SPINE/ORTHO CTR OR OP 1130 TOWN & COUNTRY CMNS CHESTERFIELD MO 63017-8200 a. NPI b. | 33. BILLING PROVIDER INFO & PH. # ( 877 ) 7467090 PREMIER ANESTHESIA, LLC PO BOX 5480 CAROL STREAM IL 60197-5480 a. 1225073828 b. E1066039 |

NUCC Instruction Manual available at: www.nucc.org                    **PLEASE PRINT OR TYPE**                    APPROVED OMB 0938-1197 FORM 1500 (02-12)

|DAP00/329/0991/ |204112248/0329/3290099113/  |3845|STL1|NEW

CERTIFICATION OF MEDICAL RECORDS    239345

**Patient Name**: ___Carla Cox_____

I hereby certify that the documents attached to/accompanying this certificate, consisting of
____8_____ pages and/or images, for Total Access Urgent Care , or otherwise if delivered
in an electronic format, are accurate and complete duplicates of the original medical/billing
records of the patient listed above.

**Exclusions**: None / As follows: _____
_____
_____
_____

**OR: Certification of No Records (CNR)**: A thorough search of the files at this location
revealed no documents, medical records or other materials requested. I further certify that the
produced records are a true copy of all records requested and are kept in the course of regularly
conducted activity.  **CNR executed this _____ day of _____, 202___.**

**On behalf of the Records Custodian, I am an employee of BHS, the Business Associate
charged with performing such searches and certifications.**

(Signature) ___Christie Bianchi_____

(Printed Name) ___Christie Bianchi_____

(Date) ___3/9/23_____

**Total Access Urgent Care**
**Billing Department**
**13861 Manchester Road**
**St. Louis, MO 63011**

IF PAYING BY CREDIT CARD FILL OUT BELOW

| ☐ MASTERCARD | ☐ VISA |
|---|---|
| **CARD NUMBER** | **EXP. DATE** |
| **SIGNATURE** | **AMOUNT ENCLOSED** |

| **STATEMENT DATE**<br>3/22/2023 | **ACCT#**<br>1032699 |
|---|---|

**CARLA B COX**
**1018 TRIFECTA DR**
**FLORISSANT, MO  63034**

**Total Access Urgent Care**
**Billing Department**
**13861 Manchester Road**
**St. Louis, MO 63011**

☐ Please check box if address is incorrect or insurance
information has changed, and indicate change(s) on reverse

**To pay your bill online go to: TAUC.com and select Bill Pay**

## ACCOUNT SUMMARY

|  |  |
|---|---|
| **The Insurance Companies on file for these visits:**<br>**CARLA COX**<br>    Blue Cross/Blue Shield<br>    Medicare | Out to insurance: $0.00<br>You have paid $0.00 as copays that are still pending.<br><br>You have $39.65 currently in your responsibility.<br>You have $0.00 available as a credit.<br>**You owe $39.65 today.** |

Visit Date: 05/13/2022
Visit ID: 3642608
Patient: CARLA
Location: TAUC12
Physician: Morgan Baer, PA-C

| | CHARGES | INSURANCE PAYMENT | CONTRACT SAVINGS | PATIENT PAYMENT | ADJUSTMENT | BALANCE | RESPONSIBLE PARTY | DENIAL CODE |
|---|---|---|---|---|---|---|---|---|
| 72072  X-ray thoracic spine 3 view | $123.62 | $30.06 | $90.19 | $0.00 | $0.00 | $3.37 | Patient | COPAY |
| 72110  X-ray lumbar spine, min 4 views | $258.74 | $39.31 | $215.03 | $0.00 | $0.00 | $4.40 | Patient | COPAY |
| IA  INITIAL ASSESSMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| LEAVE  PATIENT READY TO DISCHARGE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 99214  Established 4 | $318.00 | $97.20 | $209.93 | $0.00 | $0.00 | $10.87 | Patient | COPAY |
| 72050  X-ray cervical spine, 4+ views | $250.89 | $40.85 | $205.47 | $0.00 | $0.00 | $4.57 | Patient | COPAY |
| | $951.25 | $207.42 | $720.62 | $0.00 | $0.00 | $23.21 | | |

Visit Date: 05/13/2022
Visit ID: 3642879
Patient: CARLA
Location: TAUC12
Physician:

| | CHARGES | INSURANCE PAYMENT | CONTRACT SAVINGS | PATIENT PAYMENT | ADJUSTMENT | BALANCE | RESPONSIBLE PARTY | DENIAL CODE |
|---|---|---|---|---|---|---|---|---|
| MED033  Methocarbamol | $15.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | | |
| MED034  Hydrocodone/APAP | $15.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | | |
| | $30.00 | $0.00 | $0.00 | $30.00 | $0.00 | $0.00 | | |

Thank you for your timely payment.  Please be aware, that in the event of non-payment, you will be responsible for the collection fee and, if necessary, legal fees associated with the collection of the balance due. The collection fee is 25% of the total balance turned over to an outside agency.

**For questions regarding your account,  please call 1(636)-556-0114.**

A finance charge is computed on a monthly periodic rate of 0.00%, 0% annually on any balances over 0 days.

| PATIENT OWES: |
| --- |
| $39.65 |
| **INSURANCE OWES:** |
| $0.00 |

Explanation of outstanding balance(s):

COPAY: COPAY

Thank you for your timely payment.  Please be aware, that in the event of non-payment, you will be responsible for the collection fee and, if necessary, legal fees associated with the collection of the balance due. The collection fee is 25% of the total balance turned over to an outside agency.

**For questions regarding your account,  please call 1(636)-556-0114.**

**Medical Bills:**

| Name of the Provider | Billing Amount |
|---|---|
| Advanced Injury Care | $ 121,154.08 |
| Goldsmith Pharmacy | 485.54 |
| Premier Anesthesia | 5,080.00 |
| Total Access Urgent Care | 981.25 |
| St. Luke's CDI | 4,763.00 |
| St. Louis Spine & Orthopedic Center | 87,206.35 |
| Professional Imaging | 5,000.00 |
| Athletico | 14,480.00 |
| Lehmen | 5,250.00 |
| **TOTAL** | **$ 244,400.22** |

**ADVANCED INJURY CARE**                                    **Surgical Consult Note**

8225 Clayton Road, Saint Louis, MO 631171107

---

## CARLA COX SMITH

MRN :

Birthday : **1959-11-22**

Visited on: 2022 Dec 15 13:40 (Age at visit: 63 years)

Phone :

Electronically signed by: GEORGE PALETTA, M.D. on 2022-12-22 09:06 AM

---

| HPI | This the first visit for this 63 year old right hand dominant female. She presents for evaluation of a chief complaint of left shoulder pain, weakness and limited range of motion. This dates to an injury which occurred on May 12, 2022. On that date, she was shopping in a Bed, Bath and Beyond. She had a shopping cart with her. She was standing in one of the aisles or walkways. Apparently, an employee was pushing a cart that was filled with material and was piled high enough that the employee couldn't see her. She was hit directly from behind by this cart that was being pushed by the employee. It hit her directly in the back, injuring her neck, low back and left shoulder. She was knocked forward but did not fall to the floor. There was no loss of consciousness. She had immediate left shoulder pain in addition to her back and neck pain. She did not receive any medical attention that day, but believes the next day is when she first went to urgent care. |
|---|---|

Ultimately, she was seen at Advanced Injury Care and underwent evaluation and treatment for both the neck and back problem as well as the shoulder problems. With respect to the neck, she underwent an MRI scan which showed evidence of previous anterior cervical fusion at C 5 - C 7. She had some disc pathology above and below the site effusion and she has had two injections of the cervical spine. She states the neck is doing "ok" at this point. There has not been any discussion of further surgical treatment for the neck.

With respect to the back, she was diagnosed with disc pathology, particularly at the L 4 – 5 level and has consulted with Dr. Lehman. The recommendation has been made for consideration for surgical treatment for the lumbar spine but not surgery has been scheduled.

Her third problem was that of the shoulder. She states that she has had difficulty with continued pain radiating down the arm. No associated numbness, tingling or paresthesias. She has difficulty with active motion and finds herself markedly limited with regard to the ability to forward flex or abduct the shoulder. She states, that prior to the incident of injury in May, she had no issues related to the shoulder. She has had no injections for the shoulder. The exception to that is her primary care physician did one injection. She states the injection performed by her primary care physician did not result in significant relief.

Past medical history, past surgical history, medications, allergies, review of systems, family history, and social history are as per the intake questionnaire, which I have personally reviewed.

---

| EXAM | Well-developed, well nourished, well appearing female in no acute distress. She is alert and oriented. She is pleasant and cooperative. Examination of the right shoulder is normal. Left shoulder reveals no asymmetry, muscle atrophy or deformity is noted. There is no tenderness at the AC joint, SC joint and bicipital groove. She has limited active range of motion. She complains of pain with attempts at forward flexion and can get to about 60 degrees. Abduction is to about 50 degrees. Passively, she can get to about 120, but she cannot maintain the arm in a position of abduction or forward flexion as she demonstrates a positive drop sign. With the arm to the side she externally rotates to about |
|---|---|

**ADVANCED INJURY CARE**                                                    **Surgical Consult Note**

8225 Clayton Road, Saint Louis, MO 631171107

---

## CARLA COX SMITH

MRN :

Birthday : **1959-11-22**                                      Phone :

Visited on: 2022 Dec 15 13:40 (Age at visit: 63 years)         Electronically signed by: GEORGE PALETTA, M.D. on 2022-12-22 09:06
                                                               AM

---

20. Internal and external rotation strength are 5/5. Again, she has marked weakness of the supraspinatus. With a positive drop test, it was difficult to assess true strength. No instability. Neurovascular status is intact.

## Results

RADIOLOGIC EXAM: X-rays available for review include a left shoulder series with AP of the glenohumeral joint in internal and external rotation, axillary, outlet and AP of the shoulder. These demonstrate AC joint degenerative changes which are age appropriate. The glenohumeral joint is well maintained.

MRI SCAN: MRI scan available for review is the study that was completed at Professional Imaging on October 4, 2022. I personally reviewed the study. It is a well done study of diagnostic quality. It demonstrates several abnormalities. There is an effusion as well as fluid in the subacromial space. Those are contiguous, consistent with a tear of the rotator cuff. There is a complete tear of the supraspinatus with minimal retraction. There is no atrophy of the supraspinatus muscle belly or fatty infiltration. The subscapularis is intact. The posterior cuff appears normal. There is irregularity of the labrum, but in my opinion, it does not appear consistent with a frank labral detachment or SLAP lesion. There are hypertrophic degenerative changes at the AC joint.

## Assessment

Full thickness rotator cuff tear, supraspinatus tendon, left shoulder.

## Plan

I had a long discussion with the patient regarding the diagnosis and condition affecting her left shoulder. She certainly has symptoms and physical exam findings consistent with a symptomatic rotator cuff tear. However, I explained to her that pain that comes all the way down the arm sometimes originates from the neck. She clearly has a neck issue and a shoulder issue. It is my opinion that physical therapy and injections of the shoulder are not likely to be beneficial and that she needs to consider arthroscopy with rotator cuff repair. I discussed with her the surgical procedure as well as the expected postop recovery and rehabilitation requirements. I explained to her that if she has the shoulder surgery done, it would likely be six weeks before she could consider the back surgery after the shoulder surgery. It might be worthwhile to consult with Dr. Lehman to find out how soon after the back surgery she could potentially have shoulder surgery so we could figure out which one to prioritize and potentially do first.

I do think it would be beneficial to get her into a little bit of physical therapy for the shoulder at this point to prevent her from developing adhesive capsulitis or frozen shoulder. However, I do not think that physical therapy will be the long term solution without surgical repair of the tear of the rotator cuff.

It is my opinion, based on the history provided to me by the patient and the absence of any prior history of left shoulder problems, that the injury incident of May 12, 2022, is a contributing or causative factor to her current left shoulder condition. Additionally, there

---

**ADVANCED INJURY CARE**                                          **Surgical Consult Note**
8225 Clayton Road, Saint Louis, MO 631171107

**CARLA COX SMITH**
MRN :

Birthday : **1959-11-22**                          Phone :
Visited on: 2022 Dec 15 13:40 (Age at visit: 63 years)    Electronically signed by: GEORGE PALETTA, M.D. on 2022-12-22 09:06
                                                           AM

is no evidence of a chronic long standing rotator cuff tear as there is no cuff retraction,
supraspinatus or muscle belly atrophy or fatty infiltration of the supraspinatus.

_____

George A. Paletta, Jr., M.D.

GAP:sdm

This report was dictated by#George A. Paletta, Jr., M.D.#and approved without proofreading/
editing to expedite distribution.