| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br><br> DISTRICT OF NEW JERSEY <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **Donald F. Campbell, Jr., Esq. (DC8924)** <br> Giordano, Halleran & Ciesla, P.C. <br> 125 Half Mile Road, Suite 300 <br> Red Bank, New Jersey 07701 <br> Tel:  (732) 741 3900 <br> Fax: (732) 224 6599 <br> dcampbell@ghclaw.com <br> Attorneys for Creditor, Carla Cox Smith | |
| In Re: <br><br> Bed Bath & Beyond, Inc. <br><br> <div align="right">Debtor.</div> | Case No: 23-13359(VFP) <br><br> Chapter:  11 (Jointly Administered) <br><br> Hearing Date:  February 7, 2024 at 10:00 a.m. <br><br> Judge:  The Honorable Vincent F. Papalia, U.S.B.J. |

| |
|---|
| Recommended Local Form:    ☐ Followed    ☒ Modified |

**ORDER VACATING THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

1

**In re Bed Bath & Beyond, Inc.**
**Case No. : 23-13359(VFP)**
**Caption: Order Allowing Late Claim as Timely Filed and Vacating the Automatic Stay**
**Page 2**

**THIS MATTER** having been opened to the Court upon the motion of Carla Cox Smith ("*Movant*"), through her counsel, Giordano, Halleran & Ciesla, P.C., for entry of an order (I) allowing late filed claim to be treated as timely filed; (II) vacating the automatic stay pursuant to 11 U.S.C 362(d); and (III) for such other relief as the Court deems just and proper (the "*Motion*"); and the notice of the Motion having been provided to all parties entitled to such notice; and the Court, having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Proof of Claim filed by Creditor Carla Cox Smith on January 8, 2023, shall be considered timely filed.

2. Pursuant to 11 U.S.C. § 362(d), Creditor is granted relief from the automatic stay to proceed with the State Court Action in the Circuit Court of St. Clair County, State of Illinois No. 23LA0921 (the "*State Court Action*") for the limited purpose of obtaining judgment or otherwise resolving the claim and collecting solely against any applicable liability insurance.

3. Movant shall serve a copy of this Order on all interested parties within seven (7) days of its entry.