**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIORDANO HALLERAN & CIESLA, P.C.
Donald F. Campbell, Jr., Esq. (DC8924)
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Phone: 732-741-3900
Fax: 732-224-6599
dcampbell@ghclaw.com

Attorneys for Carla Cox Smith

| In Re: | Chapter 11 |
|---|---|
| Bed Bath & Beyond, Inc. | Case No. 23-13359 (VFP) |
| Debtor | Judge: Vincent F. Papalia, U.S.B.J. |

# CERTIFICATION OF SERVICE

1. I, Julia Cassidy., am a legal assistant employed by the law firm of Giordano, Halleran & Ciesla, P.C., attorneys for Carla Cox Smith.

2. On January 12, 2024, I filed via Pacer the following pleadings and/or documents:

- *Notice of Motion for an Order Allowing Late Filed Claim to be Treated as Timely [Docket No. 2791]*
- *Brief in Support of Motion*
- *Certification of Carla Cox Smith*
- *Proposed Order*

3. On January 15, 2024, notice was mailed to the parties listed in the below chart.

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 15, 2023 */s/ Julia Cassidy*
 Julia Cassidy

| Name and Address of Party Served | | Mode of Service |
|---|---|---|
| Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | *on behalf of Debtor* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | *on behalf of Debtor* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Alvarez & Marsal North America, LLC<br>600 Madison Avenue<br>8th Floor<br>New York, NY 10022 | *on behalf of Unsecured Creditor's Committee* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ASK LLP<br>60 East 42nd Street<br>46th Floor<br>New York, NY 10165 | *on behalf of Unsecured Creditor's Committee* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10036 | *on behalf of Unsecured Creditor's Committee* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name/Address | Relation | | Method |
|---|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | *on behalf of Unsecured Creditor's Committee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | *on behalf of Unsecured Creditor's Committee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| CT Corporation System<br>208 SO LaSalle St.<br>Suite 814<br>Chicago, IL 60604-1101 | *on behalf of Unsecured Creditor's Committee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | *on behalf of Unsecured Creditor's Committee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Alexandria Nikolinos<br>DOJ-Ust<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | *on behalf of U.S. Trustee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504 | *on behalf of U.S. Trustee* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |