| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email: rfeinstein@pszjlaw.com<br>　　　　bsandler@pszjlaw.com<br>　　　　plabov@pszjlaw.com<br>　　　　crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., et al.,[1]<br><br>　　　　　　Debtors. | Case No. 23-13359 (VFP)<br><br>Chapter 11<br><br>(Jointly Administered) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF JAMES A. HUNTER

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of New Jersey, the undersigned hereby seeks entry of an Order granting the admission *pro hac vice* of James A. Hunter, Esq. of the Law Office of James A. Hunter to represent Wind-Down Debtor Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.) before this Court in connection with the above-captioned Chapter 11 cases.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

SF 4870-0195-6254.1 08728.003

-2-

In support of this Application, the undersigned submits the attached Certification of James A. Hunter and requests that the proposed form of order submitted herewith be entered. The undersigned certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated: January 16, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
780 Third Avenue
34th Floor
New York, New York  10017
Phone:	(212) 561-7700
Email:	rfeinstein@pszjlaw.com
	bsandler@pszjlaw.com
	plabov@pszjlaw.com
	crobinson@pszjlaw.com