**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
      bsandler@pszjlaw.com
      plabov@pszjlaw.com
      crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

James A. Hunter (*pro hac vice* pending)
LAW OFFICE OF JAMES A. HUNTER
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania 19428
Phone: +1 (484) 214-4697
Email: hunter@hunterkmiec.com

*Counsel to Debtor Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)*

| | |
|---|---|
| In re: | Case No. 23-13359 (VFP) |
| BED BATH & BEYOND INC., et al.,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF JAMES A. HUNTER IN SUPPORT**
**OF APPLICATION FOR ORDER FOR ADMISSION *PRO HAC VICE***

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

SF 4862-9901-7374.1 08728.003

I, James A. Hunter, hereby certify as follows:

1. I am an attorney and the principal of the Law Office of James A. Hunter. My office is located at Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, Pennsylvania 19428.

2. I am a member in good standing of the bar of the State of New York (admitted 2005) and the bar of the Commonwealth of Pennsylvania (admitted 2017).

3. I have also been admitted to practice before the U.S. District Court for the Southern District of New York (admitted 2010), the U.S. District Court for the Eastern District of New York (admitted 2014), the U.S. District Court for the District of Colorado (admitted 2011), and the U.S. Court of Appeals for the Second Circuit (admitted 2011).

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I submit this Certification in support of the application to permit me to appear and participate *pro hac vice* as counsel to Wind-Down Debtor Bed Bath & Beyond Inc., n/k/a 20230930-DK-Butterfly-1, Inc. ("Bed Bath & Beyond") in these cases. My participation in these cases is necessary because the Plan Administrator has retained me to investigate potential causes of action that Bed Bath & Beyond may have against third parties under the federal securities laws.

6. Upon being admitted to appear and participate in this case *pro hac vice*, I will promptly cause payment to be made to the Clerk of the Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey ("D.N.J. L.R.").

7.      I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission pro hac vice.

8.      I will abide by D.N.J. L.R. 101.1(c).

9.      I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of these cases.

10.      I understand that, upon admission pro hac vice, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2024

/s/ James A. Hunter
James A. Hunter
LAW OFFICE OF JAMES A. HUNTER
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania  19428
Phone: +1 (484) 214-4697
Fax:     +1 (646) 462-3356
Email: hunter@hunterkmiec.com