| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 17, 2024 AT 10:00 A.M. (ET)**

> **Please note that this hearing will be conducted via Zoom before the
> Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of
> New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**I.    RESOLVED MATTERS**

1. Motion for Allowance of General Unsecured Claims of InterDesign, Inc. [Docket No. 2667].

    **Response Deadline:**  January 10, 2024.

    **Responses Received:**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4862-4656-8860.1 08728.003

**Related Documents:**

- Adjournment Request [Docket No. 2730].

- Adjournment Request [Docket No. 2763].

**Status:**  This matter has been resolved.  A proposed form of order agreed to by the parties will be submitted to the Court.  No hearing is necessary.

2. Motion of City of Largo to File Claims after Bar Date [Docket No. 2757].

   **Response Deadline:**  January 10, 2024.

   **Responses Received:**

   **Related Documents:**

   - Stipulation and Consent Order Resolving Motion to File Claims after Bar Date [Docket No. 2788].

   **Status:**  This matter has been resolved.  A proposed form of order agreed to by the parties will be submitted to the Court.  No hearing is necessary.

II. **MATTER GOING FORWARD**

   1. Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 714].

      **Responses Received:**

      - Limited Objection of Realty Income Corporation to Potential Assumption and Assignment of Unexpired Lease and Reservation of Rights [Docket No. 1025].

      - Objection of Landlord Realty Income Corporation to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Real Property Lease for Store No. 1107 [Docket No. 1360].

      - Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease for Store No. 1107 [Docket No. 2695].

      - Declaration of Matthew McDonald in Support of Realty Income Corporation's Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease for Store No. 1107 [Docket No. 2696].

- Declaration of Demetri Lahanas in Support of Realty Income Corporation's Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease For Store No. 1107 [Docket No. 2697].

- Declaration of J. Alexandra Rhim in Support of Realty Income Corporation's Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease For Store No. 1107 [Docket No. 2698].

- Request for Judicial Notice in Support of Realty Income Corporation's Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease for Store No. 1107 [Docket No. 2699].

- Realty Income Corporation's Resubmission of Exhibits to Declaration of Demetri Lahanas in Support of Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease for Store No. 1107 [Docket No. 2704].

- Realty Income Corporation's Notice of Errata to Declaration of Matthew McDonald in Support of Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease for Store No. 1107 [Docket No. 2706].

- Realty Income Corporation's Notice of Errata to Declaration of Matthew McDonald [Docket No. 2696] in Support of Supplemental Objection to Debtors' Motion for Order Authorizing Debtors to Assume and Assign Unexpired Non-Residential Real Property Lease for Store No. 1107 [Docket No. 2707].

- Reply of Ollie's Bargain Outlet, Inc. in Support of the Assumption and Assignment of a Certain Unexpired Lease [Docket No. 2713].

- Declaration of Robert Helm in Support of the Assumption and Assignment of a Certain Unexpired Lease [Docket No. 2714].

- Joinder of the Plan Administrator to Reply of Ollie's Bargain Outlet, Inc. in Support of the Assumption and Assignment of a Certain Unexpired Lease [Docket No. 2720].

**Related Documents:**

- Order (I) Approving the Auction and Bidding Procedures, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Docket No. 92].

- Order (I) Establishing Procedures to Sell Certain Lease, (II) Approving the Sale of Certain Leases, and (III) Granting Related Relief [Docket No. 422].

- Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 714].

- Notice of Assumption of Certain Unexpired Leases [Docket No. 1157].

- Notice of Hearing for Evidentiary Hearing regarding Store Number 1107 [Docket No. 2402].

- Notice of Rescheduling of Evidentiary Hearing Regarding Store Number 1107 [Docket No. 2702].

- Notice of Rescheduling of Evidentiary Hearing Regarding Store Number 1107 [Docket 2731].

**Status:** This matter is going forward as a status conference.

Dated: January 16, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*