| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800; Fax: (212)<br>Mark S. Lichtenstein<br>(mark.lichtenstein@akerman.com)<br><br>Counsel to the Plan Administrator | |
| In Re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>Debtors. | Case No.: 23-13359 (VFP)<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 1/23/2024<br>Judge: Papalia |

## ADJOURNMENT REQUEST

1.  I, __Mark S. Lichtenstein__,

    ☒ am the attorney for: __Michael Goldberg, as Plan Administrator__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion of Plan Administrator Enforcing the Terms of the Chapter 11 Joint Plan Injunction [ECF NO. 2778]

    Current hearing date and time: 1/23/2024 at 10:00 AM

    New date requested: 2/07/2024 at 10:00 AM

    Reason for adjournment request: The parties request additional time to provide service to additional parties

2.  Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: January 19, 2024	/s/ Mark S. Lichtenstein
	Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted	New hearing date: February 7, 2024 at 10 am	❏ Peremptory

❏ Granted over objection(s)	New hearing date: _____	❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*