**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

---

Mark S. Lichtenstein, Esq.
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel. No. (212) 880-3800
Email: mark.lichtenstein@akerman.com

*Counsel for Michael Goldberg, as Plan*
*Administrator for Debtors*

---

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Case No.: 23-13359 (VFP)

Chapter 11

---

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 23, 2024 AT 10:00 A.M.

> **Please note that this hearing will be conducted via Zoom before the Honorable Vincent F. Papilia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**I.**   **ADJOURNED MATTERS**

1. MOTION OF MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR,  FOR ENTRY FOR AN ORDER ENFORCING THE TERMS OF THE CHAPTER 11 JOINT PLAN INJUNCTION [Docket No. 2778]

   **Response Deadline:**  January 16, 2024.

   **Responses Received:** None.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

74578681;1

**Related Documents:**

- Order Pursuant To Sections 365 And 363 Approving The  Lease Termination Agreement With R&F Garden City, LLC [Docket No. 1605].

- Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates [Docket No. 1712].

- Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates [Docket No. 2160].

- Findings of Fact, Conclusions of Law, and Order (i) Approving the Disclosure Statement on a Final Basis and (ii) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates [Docket No. 2172].

- Notice of (i) Entry of the Order (a) Approving the Disclosure Statement on a Final Basis and (b) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates and (ii) Occurrence of Effective Date [Docket No. 2311].

- Notice of Hearing [Docket No. 2778].

- Adjournment Request [Docket No. 2802].

**Status: This matter is adjourned to February 7, 2024 at 10:00 a.m.**

Dated: New York, New York
January 19, 2024                               **AKERMAN LLP**

By:   */s/Mark S. Lichtenstein*
       Mark S. Lichtenstein
       1251 Avenue of the Americas, 37th Floor
       New York, New York 10020
       Tel. No. (212) 880-3800
       E-mail: mark.lichtenstein@akerman.com

*Counsel for the Plan Administrator*

2