| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that on June 13, 2023, the above-captioned debtors (collectively, the "Post-Effective Date Debtors" and before the Effective Date of the Plan, the "Debtors"), filed the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Lease*s* [Docket No. 714] (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that Michael Goldberg, as plan administrator (the "Plan Administrator") hereby withdraws the Notice with prejudice solely as to that certain leased premises located at 1050 McKinley Place Drive Bldg 2, Suite 220, San Marcos, TX 78666 (the "Premises").  No further hearing is required with respect to the Premises.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4880-0086-3649.1 08728.003

| | |
|---|---|
| Dated: January 29, 2024 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein (admitted *pro hac vice*) |
| | Bradford J. Sandler |
| | Paul J. Labov |
| | Colin R. Robinson |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:  (212) 561-7700 |
| | Email:  rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |

*Counsel to the Plan Administrator*