| | |
|---|---|
| **BUTLER SNOW LLP** <br> Paul S. Murphy <br> P.O. Drawer 4248 <br> Gulfport, MS  39502 <br> 228.575.3033 <br> Paul.murphy@butlersnow.com | **BUTLER SNOW LLP** <br> Martin A. Sosland <br> Candice M. Carson <br> 2911 Turtle Creek Blvd., Suite 1400 <br> Dallas, TX  75219 <br> 469.680-5505 <br> Martin.sosland@butlersnow.com <br> Candice.carson@butlersnow.com |
| | *Attorneys for Creditor, Pittsburgh Hilton Head Associates L.P.* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No. 23-13359 (VFP) |
| Debtors.[1] | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST TO BE REMOVED FROM NOTICE AND SERVICE LISTS**

Please take notice that Martin A. Sosland withdraws his appearance as one of the attorneys for Pittsburgh Hilton Head Associates L.P. and requests that he be removed from the notice and service lists in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's ta identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

Dated:  February 2, 2024.

                                            Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ Paul S. Murphy*
Paul S. Murphy
P.O. Drawer 4248
Gulfport, MS  39502
228.575.3033
Paul.murphy@butlersnow.com

One of the *Attorneys for Pittsburgh Hilton Head Associates L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 2, 2024, the *Notice of Withdrawal of Appearance and Request to be Removed from Notice and Notice and Service Lists* was filed with the United States Bankruptcy Court for the District of New Jersey via CM/ECF and served on all counsel registered to receive notifications of such filings.

Dated February 2, 2024.

*/s/ Paul S. Murphy*
PAUL S. MURPHY

2

85716609.v1