**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BED, BATH, & BEYOND, INC.<br>　　　　Debtor, | ) <br> ) <br> ) <br> ) Case No. 23-13359-VFP-11 <br> ) Ch. 11 <br> ) <br> ) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**PLEADINGS, NOTICES AND DOCUMENTS**

　　　　The Missouri Department of Revenue enters its appearance as a creditor of the captioned debtor. This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

　　　　All pleadings, notices and documents should preferably be served by e-mail at nj@dor.mo.gov or at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Don G. Cosper, PO Box 475, Jefferson City, MO 65105-0475.

　　　　　　　　　　　　　　　　　　　　　Andrew Bailey, Attorney General
　　　　　　　　　　　　　　　　　　　　　State of Missouri

　　　　　　　　　　　　　　　　　　　　　/s/ Don G. Cosper_____
　　　　　　　　　　　　　　　　　　　　　Don G. Cosper, Mo. Bar #73231
　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Missouri Department of Revenue
　　　　　　　　　　　　　　　　　　　　　General Counsel's Office
　　　　　　　　　　　　　　　　　　　　　301 W. High Street, Room 670
　　　　　　　　　　　　　　　　　　　　　PO Box 475
　　　　　　　　　　　　　　　　　　　　　Jefferson City, MO 65105-0475
　　　　　　　　　　　　　　　　　　　　　(573) 751-5602 FAX (573) 751-7232
　　　　　　　　　　　　　　　　　　　　　Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**
I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on February 2, 2024:

Bed, Bath, & Beyond
650 Liberty Ave.
Union, NJ 07083


/s/ Don G. Cosper_____
Don G. Cosper