| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mark S. Lichtenstein, Esq.<br>**AKERMAN LLP**<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Tel. No. (212) 880-3800<br>Email: mark.lichtenstein@akerman.com<br><br>*Counsel for Michael Goldberg, as Plan Administrator for Debtors* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*[1]<br><br>Debtors. | Case No.: 23-13359 (VFP)<br><br>Chapter 11 |

# CERTIFICATION OF SERVICE

1. I, Lisa M. Martinez, am a legal assistant employed by the law firm of Akerman LLP, attorneys for Michael Goldberg, as Receiver for the Debtors.

2. On January 19, 2024, a true and correct copy of the following *ADJOURNMENT REQUEST* [ECF No. 2802] and *MOTION OF MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR, FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE CHAPTER 11 JOINT PLAN INJUNCTION* and Exhibits Thereto [ECF No. 2778] were served upon the parties listed in the below chart Exhibit 1.

3. On January 19, 2024, a true and correct copy of the following *ADJOURNMENT REQUEST* [ECF No. 2802] were served upon the parties listed in the below chart Exhibit 2.

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 19, 2023                                                                 */s/ Lisa Martinez*
                                                                                                          Lisa Martinez

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083

# EXHIBIT 1

| Name and Address of Party Served | | | Mode of Service |
|---|---|---|---|
| Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | *on behalf of Debtor* | | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail |
| | | X | **Notice of Electronic Filing (NEF)**<br>Other |
| | | | (as authorized by the court *) |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | *on behalf of Debtor* | | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail |
| | | | **Notice of Electronic Filing (NEF)**<br>Other |
| | | | (as authorized by the court *) |
| Alvarez & Marsal North America, LLC<br>600 Madison Avenue<br>8th Floor<br>New York, NY 10022 | *on behalf of Unsecured Creditor's Committee* | | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail |
| | | X | **Notice of Electronic Filing (NEF)**<br>Other |
| | | | (as authorized by the court *) |
| ASK LLP<br>60 East 42nd Street<br>46th Floor<br>New York, NY 10165 | *on behalf of Unsecured Creditor's Committee* | | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail |
| | | X | **Notice of Electronic Filing (NEF)**<br>Other |
| | | | (as authorized by the court *) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10036 | *on behalf of Unsecured Creditor's Committee* | | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail |
| | | X | **Notice of Electronic Filing (NEF)**<br>Other |
| | | | (as authorized by the court *) |

| Name and Address of Party Served | | | Mode of Service |
|---|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | *on behalf of Unsecured Creditor's Committee* | <br><br><br><br>X<br> | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>**Notice of Electronic Filing (NEF)**<br>Other<br><br>(as authorized by the court *) |
| Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | *on behalf of Unsecured Creditor's Committee* | <br><br><br><br>X<br> | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>**Notice of Electronic Filing (NEF)**<br>Other<br><br>(as authorized by the court *) |
| CT Corporation System<br>208 SO LaSalle St.<br>Suite 814<br>Chicago, IL 60604-1101 | *on behalf of Unsecured Creditor's Committee* | <br><br><br><br>X<br> | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>**Notice of Electronic Filing (NEF)**<br>Other<br><br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | *on behalf of Unsecured Creditor's Committee* | <br>X<br><br><br>X<br> | Overnight mail<br>**Regular mail**<br>Certified mail/RRR<br>E-mail<br>**Notice of Electronic Filing (NEF**)<br>Other<br><br>(as authorized by the court *) |
| Fran B. Steele<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504 | *on behalf of U.S. Trustee* | X<br><br>X | Overnight mail<br>**Regular mail**<br>Certified mail/RRR<br>E-mail<br>**Notice of Electronic Filing (NEF)**<br>Other<br>(as authorized by the court *) |

3

| Name and Address of Party Served | 4 | | Mode of Service |
|---|---|---|---|
| Nassau County District Attorney's Office<br>District Court Trial Bureau<br>262 Old Country Road<br>Mineola, New York, NY 11501 | *on behalf of Nassau County* | X | **Overnight mail**<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other |
| Nassau County Fire Marshal's Office<br>Nassau County Public Safety Center<br>1194 Prospect Avenue<br>Westbury, NY  11590 | *On behalf of Nassau County Fire Marshall* | X | **Overnight mail**<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other |

# EXHIBIT 2

| Name and Address of Party Served | | | Mode of Service |
|---|---|---|---|
| Jose A. Fernandez, Esq.<br>Mark T. Power, Esq.<br>THOMPSON COBURN HAHN & HESSEN LLP<br>488 Madison Avenue, 15th Floor<br>New York, New York 10022 | *on behalf of* | X | Overnight Mail<br>**Regular mail**<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other<br><br>Other |
| James K. Sullivan<br>Principal Court Clerk<br>Criminal Term<br>District Court of Nassau County<br>99 Main Street<br>Hempstead, NY  11550 | *on behalf of Nassau County Clerk* | X | Overnight mail<br>**Regular mail**<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other |