| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 7, 2024 AT 10:00 A.M. (ET)**

> **Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**
>
> **Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

### I.   RESOLVED MATTER

1.   Motion of Michael Goldberg, as Plan Administrator, for Entry of an Order Enforcing the Terms of the Chapter 11 Joint Plan Injunction [Docket No. 2778].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4865-2715-8691.1 08728.003

**Responses Received:**

**Related Documents:**

- Notice of Hearing on Motion of Michael Goldberg, as Plan Administrator, for Entry of an Order Enforcing the Terms of the Chapter 11 Joint Plan Injunction [Docket No. 2778].

- [PROPOSED] Order on Motion of Michael Goldberg, as Plan Administrator, for Entry of an Order Enforcing the Terms of the Chapter 11 Joint Plan Injunction [Docket No. 2778].

- Adjournment Request [Docket No. 2802].

**Status:** The Plan Administrator did not receive any informal responses and there are no objections to the motion. No hearing is necessary unless the Court has questions regarding the requested relief.

## II. ADJOURNED MATTER

1. Motion to Allow Late Filed Claim to be Treated as Timely Filed and for Relief from September 14, 2023 Injunction for Pursuing Claims Against Debtor [Docket No. 2791-1].

   **Responses Received:**

   **Related Documents:**

   - Notice of Motion of Carla Cox Smith for an Order Allowing Late Filed Claim to be Treated as Timely Filed and for Relief from September 14, 2023 Injunction for Pursuing Claims Against Debtor [Docket No. 2791].

   - Certification of Carla Cox Smith in Support of Motion or an Order Allowing Late Filed Claim to be Treated as Timely Filed and for Relief from September 14, 2023 Injunction for Pursuing Claim Against Debtor [Docket No. 2791-2].

   - [PROPOSED] Order Vacating the Automatic Stay [Docket No. 2791-8].

   **Status:** The parties have consented to adjourn this matter and an adjournment request was submitted to the Court. No hearing is necessary.

| | |
|---|---|
| Dated: February 6, 2024 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein (admitted *pro hac vice*) |
| | Bradford J. Sandler |
| | Paul J. Labov |
| | Colin R. Robinson |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |

*Counsel to the Plan Administrator*