**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

1. I, Myra Kulick:

   ☐ represent the _____ in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2. On February 7, 2024, I caused a true and correct copy of the *Opposition Of The Plan Administrator To Motion For Order Allowing General Unsecured Claim Of Levtex LLC* [Docket No. 2892] to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

SF 4879-5948-9443.1 08728.003

3.     On February 7, 2024, I caused a true and correct copy of the *Opposition Of The Plan Administrator To Motion For Order Allowing General Unsecured Claim Of Levtex LLC* [Docket No. 2892] to be served via regular first class U.S. mail on the below parties:

    David H. Stein, ESQ.
    Attorneys for Levtex, LLC
    Wilentz, Goldman & Spitzer, P.A.
    90 Woodbridge Center Drive
    Suite 900, Box 10
    Woodbridge, New Jersey 07095-0958

4.     I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: February 7, 2024                            */s/ Myra Kulick*
                                                                  Myra Kulick