UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
DAVID H. STEIN, ESQ.
Telephone: (732) 636-8000
Attorneys for Levtex LLC

In Re:

BED, BATH & BEYOND INC., et al.

Debtors.

Case No.: 23-13359

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:   ❑ Yes  ☒ No

Hearing Date: Feb. 14, 2024

Judge: Vincent Papalia

## ADJOURNMENT REQUEST

1. I, David H. Stein, Esq.,

   ☒ am the attorney for: Levtex, LLC,

   ❑ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for an Order Allowing the General Unsecured Claim of Levtex

   Current hearing date and time: 2/14/2024 at 10:00 a.m.

   New date requested: March 19, 2024

   Reason for adjournment request: The parties are attempting to resolve the motion.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 8, 2024

/s/ David H. Stein
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: March 19, 2024 @ 10:00am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2