| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Beth E. Levine:

   ☒ represent the Plan Administrator in this matter.
   ☐ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2. On February 12, 2024, I caused a true and correct copy of the *Lease Assumption Notice*, pursuant to the *Order Approving the Acquisition of Designation Rights Among Debtor A&M Properties Inc. and Edison TOC001 LLC* [Docket No. 2410] to be served via email on the below parties:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

    Robert L. Lehane, Esq.
    Kelley Drye
    rlehane@kelleydrye.com

    Jennifer Raviele, Esq.
    Kelley Drye
    JRaviele@KelleyDrye.com

3.     I certify under penalty of perjury that the *Lease Assumption Notice* was sent using the mode of service indicated.

Date: February 12, 2023            */s/   Beth E. Levine*
                                                         Beth E. Levine, Esq.