| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **District of New Jersey** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Robert J. Feinstein, Esq. <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Facsimile:  (212) 561-7777 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## ADJOURNMENT REQUEST

1. I, Colin R. Robinson, am the attorney for Michael Goldberg, Plan Administrator, and request adjournment of the following hearings for the reason set forth below:

   a. *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* [Docket No. 2156].

   b. *Debtors' Motion to Determine Tax Liability and Stay Proceedings* [Docket No. 2157].

   c. *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* [Docket No. 2180].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

DE:4895-7313-0916.1 08728.002

    d.    *Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities* [Docket No. 2181].

    e.    *Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes* [Docket No. 2664].

    f.    Docket No 2309 - Motion to Compel payment of admin expense, filed by Merrill M. O'Brien on behalf of F3 Metalworx, Inc

    g.    Docket No 2397 - Motion to File Claim After Claims Bar Date Filed by Jeffrey Bernstein on behalf of HRTC 1 LLC.

<u>Current hearing date and time</u>:  February 14, 2024, at 10:00 a.m.

<u>New date requested</u>:  March 12, 2024, at 10:00 a.m.

<u>Reason for adjournment request</u>:  The Plan Administrator continues to negotiate resolutions of pending tax claims and no hearing is necessary at this time.  The various taxing authorities have consented to the adjournment.

    2.    <u>Consent to adjournment</u>:

    [X]    I have the consent of all parties.

    [ ]    I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 8, 2024        */s/ Colin R. Robinson*
                                        Signature

<u>COURT USE ONLY</u>:

The request for adjournment is:

X Granted New hearing date:  **March 12, 2024 at 10:00am**

    Granted over objection(s)    New hearing date:

    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**