

**EXHIBIT B**

B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

In re Bed Bath & Beyond Inc.,et.al, Chapter 11 Case No. 23-13359 (jointly administered) (the "Bankruptcy Case").

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
Evolution Credit Opportunity Master Fund II-B, L.P.

**Name of Transferor:**
Interdesign, Inc.
30725 Solon Industrial Parkway
Solon, OH 44139
Attn: Jim Pacak
Email: jim.pacak@idesignlivesimply.com

**Claim # (if known)**: 7206
**Total amount of Claim:** $999,739.79
**Amount of Claim Transferred**: $999,739.79
**Date claim filed**:  June 30, 2023
**Debtor**: In re Liberty Procurement Co., Inc.

**Name and Address where notices to transferee should be sent**:

Evolution Credit Opportunity Master Fund II-B, L.P.
28 State Street
23rd Floor
Boston MA 02109
Attn: Aaron Zwiebach
Email: azwiebach@evolutioncreditpartners.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Name and Address where transferee payments**
**should be sent (if different from above):**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Evolution Credit Opportunity Master Fund II-B,  L.P.**
By: Evolution Credit Opportunity Fund II GP, L.P., its General Partner
By: Evolution Credit Opportunity Fund II GP, LLC,  its General Partner

By:_____
         Transferee/Transferee's Agent

Date: February 13, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

28 State Street · 23rd Floor · Boston, MA 02109 · 617-410-4800 · www.evolutioncreditpartners.com

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court")
             Attn: Clerk

AND TO:    Bed Bath & Beyond Inc.
             Chapter 11 Case No. 23-13359 (jointly administered) (the "Bankruptcy Case")

             re:  *Claim # 7206*

InterDesign, Inc. (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Evolution Credit Opportunity Master Fund II-B, L.P.
28 State Street
23rd Floor
Boston MA 02109
Attn: Aaron Zwiebach
Email: azwiebach@evolutioncreditpartners.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

and its successors and assigns (the "Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 7206 in the principal amount of $999,739.79 (the "Claim"), against Liberty Procurement Co., Inc (the "Debtor").

The Seller hereby waives any objection to the transfer of the Claim to the Buyer on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law.  The Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 13 2024.

InterDesign, Inc.

By: _____

Name: _____JAMES PACAK_____

Title: _____CFO_____

Evolution Credit Opportunity Master Fund II-B, L.P.
By: Evolution Credit Opportunity Fund II GP, L.P., its General Partner
By: Evolution Credit Opportunity Fund II GP, LLC, its General Partner

By: _____

Name:_____

Title: _____



**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court")
          Attn:  Clerk

AND TO:    Bed Bath & Beyond Inc.
          Chapter 11 Case No. 23-13359 (jointly administered) (the "Bankruptcy Case")

            re:  *Claim # 7206*

InterDesign, Inc. (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Evolution Credit Opportunity Master Fund II-B, L.P.
28 State Street
23rd Floor
Boston MA 02109
Attn: Aaron Zwiebach
Email: azwiebach@evolutioncreditpartners.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email:  rbeacher@pryorcashman.com

and its successors and assigns (the "Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 7206 in the principal amount of $999,739.79 (the "Claim"), against Liberty Procurement Co., Inc (the "Debtor").

The Seller hereby waives any objection to the transfer of the Claim to the Buyer on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law.   The Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 13, 2024.

**InterDesign, Inc.**

By: _____

Name: _____

Title: _____

**Evolution Credit Opportunity Master Fund II-B,  L.P.**
By: Evolution Credit Opportunity Fund II GP, L.P., its General Partner
By: Evolution Credit Opportunity Fund II GP, LLC,  its General Partner

┌─ DocuSigned by:

*Lisabley*

By: _____
      534BDF76D0064FF...

Name: LISA SCHWARZBERG

Title: Authorized Signatory