| |
|---|
| **THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J LBR 9004-1(b)* |
| **ARMSTRONG TEASDALE LLP**<br>Jeffrey A. Wurst, Esq., *Pro Hac Vice*<br>7 Times Square, 44th Floor<br>New York, NY 10036<br>Tel: (212) 209-4400<br>Email: jwurst@atllp.com<br>*Attorneys for Nordstrom, Inc.* |
| In Re:<br><br>BED BATH & BEYOND INC., *et al.*, |

Case No.: 23-13359 (VFP)

Chapter 11

Honorable Judge Vincent F. Papalia

## WITHDRAWAL OF PRO HAC VICE COUNSEL

Jeffrey A. Wurst, with law firm Armstrong Teasdale LLP and entered pro hac vice, hereby moves to withdraw as counsel for Nordstrom, Inc., with removal from all notices and services. The reason for withdrawal is that representation has been concluded in conjunction with the *Stipulation and Consent Order Between The Debtors And Nordstrom Inc. and Blue Owl Real Estate LLC and Oak Street Investment Grade Net Lease Fund Series 2021-2, LLC* [Docket No. 2501].

Dated: February 26, 2024

        Respectfully Submitted,

        ARMSTRONG TEASDALE LLP

        */s/ Jeffrey A. Wurst*

        Jeffrey A. Wurst, Esq.
        7 Times Square, 44th Floor
        New York, NY 10036
        Tel: (212) 209-4400
        Email: jwurst@atllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

_____

Jeffrey A. Wurst, Esq.