| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **District of New Jersey** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Robert J. Feinstein <br> Bradford J. Sandler <br> Paul J. Labov <br> Colin R. Robinson <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Facsimile:  (212) 561-7777 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br> <br> *Counsel for the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING ON PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD TO OBJECT TO CLAIMS

**PLEASE TAKE NOTICE** that on March 19, 2024, at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors"), by and through their

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

undersigned counsel, shall move (the "Motion") before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Courtroom 3B, 50 Walnut Street, Newark NJ 07102, for the entry of an order (the "Order"), substantially in the form attached to the Motion as **Exhibit A**, extending the period within which the Plan Administrator may object to Claims of all priority levels (including but not limited to all Secured Claims, Administrative Claims - whether filed as proofs of claims or as requests for payment and/or motions on the docket - Priority Claims and/or General Unsecured Claims) through and including the later of (a) September 30, 2024, or (b) one hundred eighty (180) days following the date that a Proof of Claim is filed or amended or a Claim is otherwise asserted or amended in writing by or on behalf of a holder of such Claim. This is the first requested extension. The Plan Administrator reserves the right to seek further extension or extensions of the Claims Objection Bar Date.

**PLEASE TAKE FURTHER NOTICE** that parties may make arrangements to appear telephonically by CourtSolutions at http://www.court-solutions.com/, no later than 3:00 p.m. the court day prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Plan Administrator shall rely on the accompanying Motion, which sets forth the relevant legal and factual bases upon which the relief requested should be granted, and the Declaration of Plan Administrator Michael Goldberg, attached to the Motion as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the *General*

*Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002* (the "General Order") and the *Commentary Supplementing Administrative Procedures dated as of March 2004* (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/bbby/ or via PACER at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, unless responses are timely and properly filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

| | |
|---|---|
| Dated: February 26, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/Bradford J. Sandler* <br> Robert J. Feinstein, Esq. <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> 780 Third Avenue, 34th Floor New York, NY 10017 Telephone: (212) 561-7700 <br> Facsimile: (212) 561-7777 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel to the Plan Administrator* |