**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Myra Kulick:

   ☐ represent the _____ in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2. On February 26, 2024, I caused a true and correct copy of (1) *Plan Administrator's Motion For Entry Of An Order Extending The Period To Object To Claims* [Docket No. 2906]; and (2) *Notice Of Hearing On Plan Administrator's Motion For Entry Of An Order Extending The Period To Object To Claims* [Docket No. 2908] to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

3. On February 26, 2024, I caused a true and correct copy of (1) *Plan Administrator's Motion For Entry Of An Order Extending The Period To Object To Claims* [Docket No. 2906]; and (2) *Notice Of Hearing On Plan Administrator's Motion For Entry Of An Order Extending The Period To Object To Claims* [Docket No. 2908] to be served via regular first class U.S. mail on the parties listed on Exhibit A.

4. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  February 26, 2024                    */s/ Myra Kulick*
                                            Myra Kulick

SF 4879-5948-9443.2 08728.003

**EXHIBIT A**

Henry J. Jaffe
Troutman Pepper Hamilton Sanders LLP
1313 N. Market St.,
Hercules Plaza, Suite 5100
Wilmington, DE 19801

MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Attn: Vincent J. Roldan

RIEMER & BRAUNSTEIN, LLP
Steven E. Fox
Times Square Tower
Seven Times Square, Suite 2506
New York, NY10036
Email: sfox@riemerlaw.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Douglas D. Herrmann
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Email: douglas.herrmann@troutman.com

THOMAS LAW OFFICE
Colleen G. Thomas, Esq. (pro hac vice pending)
30 North Western Avenue
Carpentersville, IL 60110
Telephone: (847) 426-7990
Email: collections@CGTLaw.com

English Tea Shops USA Corp.
1211 Liberty Avenue
Hillside, NJ 07205

Missouri Department of Revenue
Bankruptcy Unit
Attention: Don G. Cosper
PO Box 475
Jefferson City, MO 65105-0475
Email:  nj@dor.mo.gov