**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel for the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION
TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS
AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES**

**PLEASE TAKE NOTICE** that on September 15, 2023, the above-captioned debtors (collectively, the "Post-Effective Date Debtors" and before the Effective Date of the Plan, the "Debtors"), filed the *Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities* [Docket No. 2181] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that Michael Goldberg, as plan administrator (the "Plan Administrator") hereby withdraws the Motion with prejudice solely as it pertains to:  (i) the

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4869-8963-8816.1 08728.003

County of Fresno; (ii) the County of Los Angeles; (iii) San Mateo County Treasurer-Tax Collector; and (iv) the County of Santa Clara.

| | |
|---|---|
| Dated: February 27, 2024 | */s/ Paul J. Labov* |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin Robinson, Esq. |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 780 Third Avenue, 34th Floor |
| | New York, NY  10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | |
| | *Counsel to the Plan Administrator* |