| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| Bradford J. Sandler, Esq. |
| Judith Elkin, Esq. (admitted *pro hac vice*) |
| Hayley R. Winograd, Esq. (admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP |
| 780 Third Avenue, 34th Floor |
| New York, NY 10017 |
| Telephone: (212) 561-7700 |
| Facsimile:  (212) 561-7777 |
| rfeinstein@pszjlaw.com |
| bsandler@pszjlaw.com |
| jelkin@pszjlaw.com |
| hwinograd@pszjlaw.com |
| |
| *Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.    I, Patricia Jeffries:

☐  represent the_____in this matter.

☒  am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

☐ am the_____in this matter am representing myself.

2.    On February 27, 2024, I caused a true and correct copy of the *Notice of Withdrawal of Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities* [Docket No. 2911] to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

3.      On February 26, 2024, I caused a true and correct copy of the *Notice of Withdrawal of Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities* [Docket No. 2911] to be served via regular First-Class U.S. Mail on the parties listed on **<u>Exhibit A</u>** hereto.

4.      I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: February 27, 2024                         */s/ Patricia Jeffries*

                                                   Patricia Jeffries

**EXHIBIT A**

| | | |
|---|---|---|
| English Tea Shops USA Corp.<br>1211 Liberty Avenue<br>Hillside, NJ 07205 | Henry J. Jaffe<br>Troutman Pepper Hamilton<br>Sanders LLP<br>1313 N. Market St.,<br>Hercules Plaza, Suite 5100<br>Wilmington, DE 19801 | MANDELBAUM BARRETT PC<br>Attn: Vincent J. Roldan<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attention: Don G. Cosper<br>PO Box 475<br>Jefferson City, MO 65105-0475 | RIEMER & BRAUNSTEIN, LLP<br>Steven E. Fox<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York, NY10036 | THOMAS LAW OFFICE<br>Colleen G. Thomas, Esq.<br>30 North Western Avenue<br>Carpentersville, IL 60110 |
| TROUTMAN PEPPER<br>HAMILTON<br>SANDERS LLP<br>Douglas D. Herrmann<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801 | John S. Mairo, Esq.<br>PORZIO, BROMBERG &<br>NEWMAN, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962 | Amy Moon, Fiscal Office<br>Specialist<br>San Mateo County Treasurer-Tax<br>Collector<br>555 County Center, 1st Floor<br>Redwood City, CA 94063 |
| Jacquelyn H. Choi, Esq.<br>RIMÔN PC<br>2029 Century Park East<br>Suite 400N<br>Los Angeles, CA 90067 | | |