UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Counsel to the Plan Administrator

In Re:

BED BATH & BEYOND INC., et al.

Case No.: 23-13359 (VFP)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☐ Yes ☐ No

Hearing Date: March 12, 2024

Judge: Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, __Colin R. Robinson__,

   ☒ am the attorney for: __Plan Administrator__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:
   a. *Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* [Docket No. 2156]
   b. *Debtors' Motion to Determine Tax Liability and Stay Proceedings* [Docket No. 2157]
   c. *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* [Docket No. 2180]
   d. *Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities* [Docket No. 2181]
   e. *Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes* [Docket No. 2664]

Current hearing date/time: March 12, 2024 at 10:00 a.m.

New date requested: April 16, 2024 at 10:00 a.m

Reason for adjournment request: The parties continue to work toward a consensual resolution of these motions and no hearing is necessary at this time. The Plan Administrator intends to file a motion to provide for the settlement of certain tax claims. The various taxing authorities have consented to the adjournment.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 11, 2024          /s/ Colin R. Robinson

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 4/16/2024 @ 10:00am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

rev.10/2021