UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Counsel to the Plan Administrator

In Re:

BED BATH & BEYOND INC., et al.

Case No.: 23-13359 (VFP)
Adv. Pro. No.: _____
Chapter: 11
Subchapter V:   ☐ Yes   ☐ No
Hearing Date: March 12, 2024
Judge: Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, _____Colin R. Robinson_____,

   ☒ am the attorney for: _____Plan Administrator_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:

   *Notice of Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense* [Docket No. 2309]

   *Motion of HRTC I, LLC For Leave to File a Late Administrative Claim* [Docket No. 2397]

   Current hearing date and time: March 12, 2024 at 10:00 a.m.

   New date requested: April 9, 2024 at 10:00 a.m

Reason for adjournment request: The parties continue to work toward a consensual resolution of these motions.

2. Consent to adjournment:

☒ I have the consent of all parties. ❏ I do not have the consent of all parties (explain below):

_____

I certify under penalty of perjury that the foregoing is true.

Date: March 11, 2024                    /s/ Colin R. Robinson

---

**COURT USE ONLY:**

The request for adjournment is:

❏ Granted            New hearing date: _____    ❏ Peremptory

❏ Granted over       New hearing date: _____    ❏ Peremptory
  objection(s)
❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*