**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: March 7, 2024

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 7, 2024, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2658 | Avanti Linens, Inc.<br>Attn: Patricia Grisolia<br>234 Moonachie Road<br>Moonachie, NJ 07074 | Evolution Credit Opportunity Master Fund II-B, L.P.<br>Attn: Gary Tripp<br>28 State Street<br>23rd Floor<br>Boston, MA 02109<br><br>Evolution Credit Opportunity Master Fund II-B, L.P.<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036 | December 22, 2023 |
| 2661 | Avanti Linens, Inc.<br>Attn: Patricia Grisolia<br>234 Moonachie Road<br>Moonachie, NJ 07074 | Evolution Credit Opportunity Master Fund II-B, L.P.<br>Attn: Gary Tripp<br>28 State Street<br>23rd Floor<br>Boston, MA 02109<br><br>Evolution Credit Opportunity Master Fund II-B, L.P.<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036 | December 22, 2023 |
| 2690 | Donald A. Walsh, Inc.<br>135 Tennyson St<br>Potosi, WI 53820 | Train Holdings, Inc.<br>Attn: Richard G. Walsh<br>120 Sproule Lane<br>Galena, IL 61036 | December 22, 2023 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2734 | IDX Corporation<br>101 River Ridge<br>Jeffersonville, IN 47130<br><br>IDX Corporation<br>Attn: Mila Baumtrok<br>2801 E. Beltline Ave NE<br>Grand Rapids, MI 49525 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | December 22, 2023 |