**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON
MOTION OF PLAN ADMINISTRATOR
FOR ENTRY OF AN ORDER (I) AUTHORIZING THE SETTLEMENT OF AD
VALOREM TAX CLAIMS OF TEXAS TAXING AUTHORITIES, (II) AUTHORIZING
THE USE OF $2.8 MILLION SET ASIDE TO SATISFY CLAIMS OF TEXAS TAXING
AUTHORITIES, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on **April 9, 2024, at 10:00 a.m.**, the undersigned, counsel for Michael Goldberg, in his capacity as Plan Administrator (the "Plan Administrator") for the Wind-Down Debtors established in the above-captioned case, shall move for the entry of an order (i) authorizing, but not directing, the Plan Administrator to negotiate and enter into settlements of the Claims of the Texas Taxing Authorities (as defined in the Motion) relating to

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4881-8471-3126.4 08728.003

taxable years 2022 and 2023 in his discretion without any further order or action of the Court, (ii) authorizing, but not directing, the Plan Administrator to satisfy any Allowed Texas Tax Claims (as defined in the Motion) from the Texas Reserve (as defined in the Motion) without any further order or action of the Court, (iii) authorizing the payment of the Tax Advisors' (as defined in the Motion) fees and expenses, solely as they relate to the Texas Tax Claims, from the Texas Reserve, and (iv) granting related relief (the "Motion"), before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Courtroom 3B, 50 Walnut Street, 3rd Floor, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that the Motion sets forth the relevant factual bases upon which the relief requested should be granted. A proposed order granting the relief requested in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection, and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above, i.e., on or prior to April 2, 2024.

**PLEASE TAKE FURTHER NOTICE** that if you file an objection, you or your attorney must appear at a hearing on the Motion that will be held before the Honorable Vincent F. Papalia on April 9, 2024, at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom 3B, with the option to appear *via* Court Solutions in lieu of in-person participation. Please be advised that the Court has directed that parties who wish to appear via Court Solutions should submit their reservation requests to Court Solutions no later than noon on the day prior to the hearing, *i.e.*, on April 8, 2024, at 12:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

Dated:  March 12, 2024             */s/ Paul J. Labov*
                                   Bradford J. Sandler
                                   Paul J. Labov
                                   Colin R. Robinson
                                   **PACHULSKI STANG ZIEHL & JONES LLP**
                                   780 Third Avenue, 34th Floor
                                   New York, NY 10017
                                   Telephone:    (212) 561-7700
                                   Email:        bsandler@pszjlaw.com
                                                 plabov@pszjlaw.com
                                                 crobinson@pszjlaw.com

                                   *Counsel to the Plan Administrator*