| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 19, 2024 AT 10:00 A.M. (ET)**

> **Please note this hearing is cancelled.
> Matters are rescheduled or uncontested.**

I. **MATTER RESCHEDULED**

  1. Notice of Motion for Entry of an Order Allowing the General Unsecured Claim of Levtex LLC [Docket No. 2705].

     **Responses Received:**

     - Opposition of the Plan Administrator to Motion for Order Allowing General Unsecured Claim of Levtex LLC [Docket No. 2892].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4869-0035-3453.2 08728.003

**Related Documents:**

- Adjournment Request [Docket No. 2764].

- Adjournment Request [Docket No. 2895].

**Status:** This matter is adjourned to April 9, 2024 at 10:00 a.m.

II. **UNCONTESTED MATTER**

2. Plan Administrator's Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 2906].

    **Related Documents:**

    - Notice of Hearing on Plan Administrator's Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 2908].

    **Status:** This matter is uncontested and the Court will decide the matter on the papers.

Dated: March 18, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Email:    rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

4869-0035-3453.2 08728.003         2