**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## ADJOURNMENT REQUEST

1.      I, Colin R. Robinson, am the attorney for Michael Goldberg, Plan Administrator,

and request adjournment of the following hearing for the reason set forth below:

- *Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362* [Docket No. 2679].

Current hearing date and time:  March 20, 2024, at 10:00 a.m.

New date requested:  April 9, 2024, at 10:00 a.m.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Reason for adjournment request:  The parties require additional time to pursue a resolution.

2. <u>Consent to adjournment</u>:

[X]    I have the consent of all parties.

[ ]    I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 19, 2024                    */s/ Colin R. Robinson*
                                        Signature


<u>COURT USE ONLY</u>:

The request for adjournment is:

X    Granted        New hearing date:  4/9/2024 @ 10AM.              Peremptory

     Granted over objection(s)      New hearing date:
                                                                    Peremptory
     Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**