| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 20, 2024, AT 10:00 A.M. (ET)

**Please note that this hearing is cancelled as matter is adjourned.**

I. **MATTER ADJOURNED TO APRIL 9, 2024, AT 10:00 A.M. (ET)**

   1. Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

      **Responses Received:**

      - Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

**Related Documents:**

- Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

- Determination of Adjournment Request [Docket No. 2770].

- Determination of Adjournment Request [Docket No. 2773].

- Determination of Adjournment Request [Docket No. 2898].

- Determination of Adjournment Request [Docket No. 2922].

- Determination of Adjournment Request [Docket No. 2931].

**Status:** This matter is adjourned to April 9, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and continue to negotiate a resolution. No hearing is necessary at this time.

Dated: March 19, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Email:            rfeinstein@pszjlaw.com
                     bsandler@pszjlaw.com
                     plabov@pszjlaw.com
                     crobinson@pszjlaw.com

*Counsel to the Plan Administrator*