| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
DAVID H. STEIN, ESQ.
Telephone: (732) 636-8000
Attorneys for Alfred Zeve

| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**ORDER MODIFYING THE AUTOMATIC STAY AND PLAN INJUNCTION TO ALLOW MOVANT TO CONTINUE PENDING LITIGATION AGAINST THE DEBTOR, TO RECOVER SOLELY AGAINST DEBTOR'S INSURER, WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) AND FOR RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through two (2) is ORDERED.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

#14373336.1 182791.001

Bed Bath & Beyond Inc., et al.
Case No. 23-13359 (VFP)
Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a)(3)
Page 2

---

This matter having come before the Court by way of a Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation against the Debtor, to Recover Solely against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for related relief (the "Motion"), filed by Wilentz, Goldman & Spitzer, P.A., attorneys for Alfred Zeve (the "Movant"), and after consideration of the moving papers, opposition, if any, and arguments of counsel, and for good cause having been shown:

IT IS HEREBY ORDERED:

1. The Motion is hereby GRANTED.

2. The Automatic Stay and/or the Discharge Injunction is hereby modified to permit the Movant to institute and/or resume and prosecute to conclusion the personal injury lawsuit styled as <u>Alfred Zeve v. Bed, Bath & Beyond, Inc. d/b/a Bed, Bath & Beyond,</u> pending in the District Court of Dallas County, Texas, 101st Judicial District under Docket Number DC-23-01958.

3. Such relief and recovery is limited to the extent of available insurance coverage.

4. Movant may join the Debtor and/or any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

5. The fourteen (14) day stay provisions of Fed. R. Bankr. P. 4001 (a) (3) are hereby deemed waived and dispensed with.

#14373336.1 182791.001