**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Alfred Zeve*

| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| BED, BATH & BEYOND INC., et al., | Chapter 11 |
| Debtors. | Case No.: 23-13359 (VFP) |

## CERTIFICATION OF SERVICE

1. I, DAVID H. STEIN, ESQ.:

   ☒ am a shareholder of Wilentz, Goldman & Spitzer, P.A., Attorneys for Alfred Zeve in the above-captioned matter.

   ☐ am the secretary/paralegal for David H. Stein, who represents the Debtor-in-Possession in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 1, 2024, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1. Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed.R.Bankr.P. 4001(a)(3) and for Related Relief (the "Motion");
   2. Certification in Support of the Motion;
   3. Memorandum of Law in support of the Motion; and
   4. Proposed Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                    */s/ David H. Stein*
Dated: April 1, 2024        _____
                                    David H. Stein

#14384898.1 182791.001

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua Sussberg, Esq.<br>Derek I. Hunter, Esq.<br>Emily E. Geier, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022 | Attorneys for Debtors | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Cole Schotz, P.C.<br>25 Main Street<br>Hackensack, NJ  07602 | Co-counsel for Debtors | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

#14384898.1 182791.001

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Bradford J. Sandler, Esq.<br>Colin R. Robinson, Esq.<br>Pachulski, Stang, Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801 | Counsel for Creditors Committee and Plan Administrator | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

#14384898.1 182791.001