| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **District of New Jersey** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Robert J. Feinstein (admitted *pro hac vice*) <br> Bradford J. Sandler <br> Paul J. Labov <br> Colin R. Robinson <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Facsimile: (212) 561-7777 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel for the Plan Administrator* |

| | |
|---|---|
| In re: <br><br> BED BATH & BEYOND INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**

The relief set forth on the following pages is hereby **ORDERED**.

On the request of the Plan Administrator to (a) file under seal an unredacted copy of *Plan Administrator's Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 (i) Approving Settlement Resolving Dispute Over Disposition of Collateral Backing Obligations to Safety National Casualty Corporation; (ii) Resolving, In Part, Safety Proofs of Claim Nos. 10483 & 18738; and (iii) Granting Related Relief* (the "Motion"); (b) ordering that the unredacted version of the Motion remain confidential and not be made available to anyone other than the Court; and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4889-9952-7603.3 08728.003

(c) authorizing the Plan Administrator to redact confidential portions of the Motion that disclose sensitive commercial information and to file such redacted versions on the docket in the Chapter 11 Cases;

And the Court having considered the request and any objection thereto, it is

☐      ORDERED that the request is denied and the Motion shall be deleted from the Court's electronic filing system.

☐      ORDERED that the request is granted and the Motion shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.