**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax:  212-808-7897
Email:  rlehane@kelleydrye.com
        jraviele@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel:  973-503-5900

*Counsel for Oak Street Investment Grade Net Lease*
*Fund Series 2021-1, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., et al., | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Sherlly Alceus, pursuant to 28 U.S.C. §1746, hereby certify as follows:

1.      I am employed as a paralegal by Kelley Drye & Warren LLP, counsel for Oak Street

Investment Grade Net Lease Fund Series 2021-1, LLC, in the above-referenced proceeding.

2.      On April 5, 2024, I caused true and correct copies of the *Objection of Landlord Oak*

*Street Investment Grade Net Lease Fund Series 2021-1, LLC to Lease Assumption and Assignment*

*Notice,* to be served on (i) all parties that are registered to receive electronic transmission through

---

[1]      The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

this Court's CM/ECF filing system in this case, and (ii) the parties listed on the annexed <u>Exhibit</u> <u>A</u> via the method indicated.

     3.     I certify under penalty of perjury that the above documents were sent using the method of service indicated.

Date: April 8, 2024

*/s/ Sherlly Alceus*
Sherlly Alceus

**EXHIBIT A**

| Name and Address of Party Served | Relationship of Party to the Case | Method of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn.: Joshua A. Sussberg, Esq.<br>        Emily E. Geier, Esq.<br>        Derek I. Hunter, Esq.<br>        Ross J. Fiedler, Esq.<br>Email:  joshua.sussberg@kirkland.com<br>        emily.geier@kirkland.com<br>        derek.hunter@kirkland.com<br>        ross.fiedler@kirkland.com | Counsel for Debtors | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[  ] Other |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota, Esq.<br>        Warren A. Usatine, Esq.<br>        Felice R. Yudkin, Esq.<br>Email:  msirota@coleschotz.com<br>        wusatine@coleschotz.com<br>        fyudkin@coleschotz.com | Co-Counsel for Debtors | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[  ] Other |
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marshall Huebner, Esq.<br>        Adam Shpeen, Esq.<br>        Steven Szanzer, Esq.<br>Email: marshallhuebner@davispolk.com<br>        adam.shpeen@davispolk.com<br>        steven.szanzer@davispolk.com | Counsel to the Prepetition ABL Agent | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[  ] Other |
| Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932<br>Attn:  Alan Brody, Esq.<br>Email:  brodya@gtlaw.com | Counsel to the Prepetition ABL Agent | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[  ] Other |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman, Esq.<br>        Charles A. Dale, Esq.<br>Email: dhillman@proskauer.com<br>        cdale@proskauer.com | Counsel to the DIP Agent | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[  ] Other |
| Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd, Ste 1800 | Counsel to the DIP Agent | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR |

| | | |
|---|---|---|
| Newark, NJ 07102<br>Attn:  Morris S. Bauer, Esq.<br>Email:  msbauer@duanemorris.com | | [X] Email<br>[  ] Other |
| Duane Morris LLP<br>1940 Route 70 East, Ste 100<br>Cherry Hill, NJ 08003<br>Attn:  Sommer L. Ross, Esq.<br>Email:  slross@duanemorris.com | Counsel to the DIP Agent | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[  ] Other |
| Office of the United States Trustee<br>District of New Jersey<br>1 Newark Center, Suite 21B<br>Newark, NJ 07102<br>Attn: Fran B. Steele, Esq.<br>Email:  fran.b.steele@usdoj.gov | United States Trustee | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[X] Other – Federal Express<br>Overnight Service |
| Pachulski Stang Ziehl & Jones LLP<br>780 3rd Avenue #34<br>New York, NY 10017<br>Attn: Robert J. Feinstein, Esq.<br>       Bradford J. Sandler, Esq.<br>       Paul J. Labov, Esq.<br>       Colin R. Robinson, Esq.<br>       Beth Levine, Esq.<br>Email:  rfeinstein@pszjlaw.com<br>       bsandler@pszjlaw.com<br>       plabov@pszjlaw.com<br>       crobinson@pszjlaw.com<br>       blevine@pszjlaw.com | Counsel for the Official Committee of Unsecured Creditors and Plan Administrator | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[X] Other – Federal Express<br>Overnight Service |
| Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, New York 10036-7023<br>Attn: Ian R. Winters<br>       Brendan M. Scott<br>       Stephanie R. Sweeney<br>Email:  iwinters@klestadt.com<br>       bscott@klestadt.com<br>       ssweeney@klestadt.com | Counsel to Dream On Me Industries, Inc. and BBBY Acquisition Co. LLC | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[X] Other – Federal Express<br>Overnight Service |
| A&M Properties, Inc.<br>2390 Crenshaw Boulevard, Suite 138<br>Torrance, CA 90501<br>Attn:  Sam Leung<br>       David Leung<br>Email:  samyleung@gmail.com<br>       davehcleung@gmail.com | A & M Properties, Inc. | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Email<br>[X] Other – Federal Express<br>Overnight Service |