|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |  |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 9, 2024, AT 10:00 A.M. (ET)

> **Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**
>
> **Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

I.  **MATTER GOING FORWARD**

   1. Notice of Motion for Entry of an Order Allowing the General Unsecured Claim of Levtex LLC [Docket No. 2705].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4873-2423-5444.2 08728.003

**Responses Received:**

- Opposition of the Plan Administrator to Motion for Order Allowing General Unsecured Claim of Levtex LLC [Docket No. 2892].

- Reply Certification of Charles Ginn in Support of Motion by Levtex LLC for Entry of an Order Allow Proof of Claim #3942 [Docket No. 2923].

- Sur-Reply of the Plan Administrator to Motion for Order Allowing General Unsecured Claim of Levtex LLC [Docket No. 2939].

**Related Documents:**

- Adjournment Request [Docket No. 2764].

- Adjournment Request [Docket No. 2895].

**Status:** This matter is going forward.

II. **MATTERS ADJOURNED TO APRIL 23, 2024, AT 10:00 A.M. (ET)**

2. Notice of Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2309].

    **Responses Received:**

    - Preliminary Objection of the Plan Administrator to Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2510].

    - Limited Omnibus Objection and Reservation of Rights of the Plan Administrator to Certain Administrative Claims [Docket No. 2513].

    - Reply Declaration of Merrill M. O'Brien, Esq., in Further Support of Creditor F3 Metalworx, Inc.'s Motion for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2523].

- Supplemental Objection of the Plan Administrator to Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2672].

**Related Documents:**

- Certification of No Objection Regarding Creditor F3 Metalworx, Inc.'s Motion for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2506].

- Determination of Adjournment Request [Docket No. 2528].

- Notice of Abandonment of Certain De Minimis Assets (125 Pallets of Valance Bands) [Docket No. 2645].

- Determination of Adjournment Request [Docket No. 2772].

- Determination of Adjournment Request [Docket No. 2897].

- Determination of Adjournment Request [Docket No. 2926].

**Status:** This matter is being adjourned to April 23, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and continue to negotiate a resolution. No hearing is necessary at this time.

3. Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

    **Responses Received:**

    - Objection of the Plan Administrator to Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2485].

    - HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

    **Related Documents:**

    - Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

    - Notice of Hearing [Docket No. 2425].

- Determination of Adjournment Request [Docket No. 2531].

- Determination of Adjournment Request [Docket No. 2537].

- Determination of Adjournment Request [Docket No. 2772].

- Determination of Adjournment Request [Docket No. 2897].

- Determination of Adjournment Request [Docket No. 2926].

**Status:** This matter is being adjourned to April 23, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and continue to negotiate a resolution. No hearing is necessary at this time.

4. Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

   **Responses Received:**

   - Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

   **Related Documents:**

   - Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

   - Determination of Adjournment Request [Docket No. 2770].

   - Determination of Adjournment Request [Docket No. 2773].

   - Determination of Adjournment Request [Docket No. 2898].

   - Determination of Adjournment Request [Docket No. 2922].

   - Determination of Adjournment Request [Docket No. 2931].

   **Status:** This matter is being adjourned to April 23, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and continue to negotiate a resolution. No hearing is necessary at this time.

III. **UNCONTESTED MATTER**

5. Motion of Plan Administrator for Entry of an Order (I) Authorizing the Settlement of Ad Valorem Tax Claims of Texas Taxing Authorities, (II) Authorizing the Use of $2.8 Million Set Aside to Satisfy Claims of Texas Taxing Authorities, and (III) Granting Related Relief [Docket No. 2928].

**Responses Received:** None.

**Related Documents:**

- Certification of No Objection Regarding Motion of Plan Administrator for Entry of an Order (I) Authorizing the Settlement of Ad Valorem Tax Claims of Texas Taxing Authorities, (II) Authorizing the Use of $2.8 Million Set Aside to Satisfy Claims of Texas Taxing Authorities, and (III) Granting Related Relief [Docket No. 2951].

**Status:** No hearing is necessary. This matter is uncontested and the Court will decide the matter on the papers.

Dated: April 8, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Email:    rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*