|                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |                                |
| --- | --- |
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator*                                                                                                 | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1.   I, Colin R. Robinson, attorney for Michael Goldberg, in his capacity as Plan Administrator (the "Plan Administrator") for the Wind-Down Debtors established in the above-captioned case, request adjournment of the following hearings for the reason set forth below:

 a. *Notice of Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative* Expense [Docket No. 2309].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

DE:4858-3065-7461.1 08728.002

    b.    *Motion of HRTC I, LLC For Leave to File a Late Administrative Claim* [Docket No. 2397].

    c.    *Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362* [Docket No. 2679].

<u>Current hearing date and time</u>:  April 9, 2024, at 10:00 a.m.

<u>New date requested</u>:  April 23, 2024, at 10:00 a.m.

<u>Reason for adjournment request</u>:  The Plan Administrator continues to negotiate resolutions and no hearing is necessary at this time.

2.    <u>Consent to adjournment</u>:

    [X]    I have the consent of all parties.

    [ ]    I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 8, 2024        */s/ Colin R. Robinson*
                                    Signature

<u>COURT USE ONLY</u>:

The request for adjournment is:

 X Granted  New hearing date: 4/23/24 at 10 a.m.       Peremptory

    Granted over objection(s)    New hearing date:       Peremptory

    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**