| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 11, 2024, AT 11:00 A.M. (ET)**

> Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.
>
> Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).

I.     **MATTERS GOING FORWARD**

    1.     [REDACTED] Plan Administrator's Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 (I) Approving Settlement Resolving Dispute Over Disposition of Collateral Backing Obligations to Safety National Casualty

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Corporation; (II) Resolving, in Part, Safety Proofs of Claim Nos. 10483 & 18738; and (III) Granting Related Relief [Docket No. 2941].

**Responses Received:**

**Related Documents:**

- Motion for an Order Authorizing Plan Administrator to File Under Seal Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 (I) Approving Settlement Resolving Dispute Over Disposition of Collateral Backing Obligations to Safety National Casualty Corporation; (II) Resolving, in Part, Safety Proofs of Claim Nos. 10483 & 18738; and (III) Granting Related Relief [Docket No. 2942].

- Application for Order Shortening Time [Docket No. 2943].

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 2944].

**Status:** This matter is going forward.

2. Motion for an Order Authorizing Plan Administrator to File Under Seal Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 (I) Approving Settlement Resolving Dispute Over Disposition of Collateral Backing Obligations to Safety National Casualty Corporation; (II) Resolving, in Part, Safety Proofs of Claim Nos. 10483 & 18738; and (III) Granting Related Relief [Docket No. 2942].

**Responses Received:**

**Related Documents:**

- [REDACTED] Plan Administrator's Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 (I) Approving Settlement Resolving Dispute Over Disposition of Collateral Backing Obligations to Safety National Casualty Corporation; (II) Resolving, in Part, Safety Proofs of Claim Nos. 10483 & 18738; and (III) Granting Related Relief [Docket No. 2941].

- Application for Order Shortening Time [Docket No. 2943].

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 2944].

**Status:** This matter is going forward.

| | |
|---|---|
| Dated:  April 10, 2024 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:    (212) 561-7700 |
| | Email:    rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |

*Counsel to the Plan Administrator*