| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**McDonnell Crowley, LLC**<br>115 Maple Avenue<br>Red Bank, NJ 07701<br>(732) 383-7233<br>Brian T. Crowley<br>bcrowley@mchfirm.com<br><br>-and-<br><br>**THE LAW OFFICES OF RICHARD J. CORBI PLLC**<br>1501 Broadway, 12th Floor<br>New York, NY 10036<br>(646) 571-2033<br>Richard J. Corbi (*pro hac vice* forthcoming)<br>rcorbi@corbilaw.com<br><br>*Counsel to Taussig Risk Capital Advisors, Inc.* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[b]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**CERTIFICATION OF RICHARD J. CORBI, ESQ.
IN SUPPORT OF *PRO HAC VICE* ADMISSION**

TO: HONORABLE VINCENT F. PAPALIA,
UNITED STATES BANKRUPTCY JUDGE:

Richard J. Corbi, Esq., pursuant to 28 U.S.C. § 1746, hereby states as follows:

---

[b] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4

1. I am the founder of The Law Offices of Richard J. Corbi PLLC. My office is located at 1501 Broadway, 12th Floor, New York, New York 10036.

2. I was admitted to practice law in the State of New York in 2006. My New York bar number is 4396461. In addition, I am admitted to practice before the following courts: United States District Court for the Southern District of New York, 2009 and United States Bankruptcy Court for the Southern District of New York, 2009.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

6. I agree to be bound by the Rules of this Court upon my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully Submitted,

By: */s/ Richard J. Corbi*
RICHARD J. CORBI

Dated: April 11, 2024