|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **WILENTZ, GOLDMAN & SPITZER, P.A.**<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095-0958<br>DAVID H. STEIN, ESQ.<br>Telephone: (732) 636-8000<br>*Attorneys for Levtex LLC* | Order Filed on April 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Hearing Date: April 9, 2024 |

### ORDER ALLOWING THE GENERAL UNSECURED CLAIM OF LEVTEX LLC

The relief set forth on the following pages, numbered two (2) through two (2) is ORDERED.

**DATED: April 12, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

#14137676.2 181699.001

Bed Bath & Beyond Inc., et al.
Case No. 23-13359 (VFP)
Caption of Order: Order Allowing The General Unsecured Claim of Levtex LLC
Page 2

---

This matter having come before the Court by way of a Notice of Motion for an Order Allowing the General Unsecured Claim of Levtex LLC [Docket No. 2705] (the "Motion") filed by Wilentz, Goldman & Spitzer, P.A., as attorneys for Levtex LLC ("Levtex"), and after due consideration of the moving papers, the opposition papers [Docket Nos. 2892 & 2939] filed by the Plan Administrator on behalf of Debtors and Debtors' estates by and through his counsel, Pachulski, Stang, Ziehl & Jones, LLP, and the arguments of counsel as heard on the record on the return date of the Motion, and the Court having found that the goods that are the subject of Levtex's request for administrative status pursuant to Bankruptcy Code section 503(b)(9) (the "<u>Goods</u>") were drop-shipped directly from Levtex to the Debtors' customers and accordingly, the Goods were not "received by the debtor" for the purpose of 11 U.S.C. § 503(b)(9), and for good cause having been shown:

IT IS HEREBY ORDERED:

1. Levtex's Proof of Claim filed as Claim No: 3942 in the amount of $395,484.69 be and the same hereby is deemed allowed, in full, as a general unsecured claim against the Debtors' estates; and

2. The Clerk of the Court and/or the duly appointed claims agent for the Debtors' estates shall mark the applicable claims register to indicate that Levtex's Proof of Claim filed as Claim No: 3942 as set forth above is hereby deemed allowed as a general unsecured claim and Levtex shall not be required to take any further action in these proceedings; and

3. Levtex's request for allowance of administrative expense priority under 11 U.S.C. § 503(b)(9) in the amount of $73,754.69 be and the same hereby is denied.

#14137676.2 181699.001