UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Counsel to the Plan Administrator

In Re:

BED BATH & BEYOND INC., et al.

| | |
|---|---|
| Case No.: | 23-13359 (VFP) |
| Adv. Pro. No.: | |
| Chapter: | 11 |
| Subchapter V: | ☐ Yes  ☐ No |
| Hearing Date: | April 23, 2024 |
| Judge: | Vincent F. Papalia |

**ADJOURNMENT REQUEST**

1.     I, _____Colin R. Robinson_____ ,

☒ am the attorney for: _____Plan Administrator_____ ,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter:

*Notice of Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2309].*

Current hearing date/time:
        April 23, 2024 at 10:00 a.m.
        _____

New date          May 7, 2024 at 10:00 a.m
requested:

Reason for adjournment request: The parties have reached a settlement of this matter.  Adjournment is necessary to document the settlement.

2.      Consent to adjournment:

☒  I have the consent of all parties. ❏  I do not have the consent of all parties (explain below):

_____

I certify under penalty of perjury that the foregoing is true.

Date: _____         _____
        April 19, 2024               /s/ Colin R. Robinson

_____

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date:  May 7, 2024 at 10:00 a.m.      ❏ Peremptory

❏ Granted over       New hearing date: _____      ❏ Peremptory
   objection(s)
❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*