| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

# ADJOURNMENT REQUEST

1. I, Colin R. Robinson, am the attorney for Michael Goldberg, Plan Administrator, and request adjournment of the following hearing for the reason set forth below:

- *Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362* [Docket No. 2679].

<u>Current hearing date and time</u>: April 23, 2024, at 10:00 a.m.

<u>New date requested</u>: May 7, 2024, at 10:00 a.m.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

DE:4886-6061-4839.1 08728.002

Reason for adjournment request: To allow additional time to review filed pleadings and prepare for hearing on May 7 and continue to seek a resolution.

2. Consent to adjournment:

[X]   I have the consent of all parties.

[ ]   I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 18 2024           /s/ Colin R. Robinson
                              Signature

COURT USE ONLY:

The request for adjournment is:

X   Granted          New hearing date: 5/7 at 10am      Peremptory

    Granted over objection(s)    New hearing date:      Peremptory

    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

DE:4886-6061-4839.1 08728.002                2