| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON APRIL 23, 2024, AT 10:00 A.M. (ET)**

> **Please note that this hearing is cancelled as all matters are adjourned
> to May 7, 2024, at 10:00 A.M. (ET).**

I.　　**MATTERS ADJOURNED TO MAY 7, 2024, AT 10:00 A.M. (ET)**

　　1.　　Notice of Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2309].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4872-1293-5607.1 08728.003

**Responses Received:**

- Preliminary Objection of the Plan Administrator to Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2510].

- Limited Omnibus Objection and Reservation of Rights of the Plan Administrator to Certain Administrative Claims [Docket No. 2513].

- Reply Declaration of Merrill M. O'Brien, Esq., in Further Support of Creditor F3 Metalworx, Inc.'s Motion for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2523].

- Supplemental Objection of the Plan Administrator to Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2672].

**Related Documents:**

- Certification of No Objection Regarding Creditor F3 Metalworx, Inc.'s Motion for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense [Docket No. 2506].

- Determination of Adjournment Request [Docket No. 2528].

- Notice of Abandonment of Certain De Minimis Assets (125 Pallets of Valance Bands) [Docket No. 2645].

- Determination of Adjournment Request [Docket No. 2772].

- Determination of Adjournment Request [Docket No. 2897].

- Determination of Adjournment Request [Docket No. 2926].

- Determination of Adjournment Request [Docket No. 2953].

- Determination of Adjournment Request [Docket No. 2309].

**Status:** This matter is adjourned to May 7, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and continue to negotiate a resolution. No hearing is necessary at this time.

2. Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

   **Responses Received:**

   - Objection of the Plan Administrator to Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2485].

   - HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

   **Related Documents:**

   - Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

   - Notice of Hearing [Docket No. 2425].

   - Determination of Adjournment Request [Docket No. 2531].

   - Determination of Adjournment Request [Docket No. 2537].

   - Determination of Adjournment Request [Docket No. 2772].

   - Determination of Adjournment Request [Docket No. 2897].

   - Determination of Adjournment Request [Docket No. 2926].

   - Determination of Adjournment Request [Docket No. 2953].

   - Determination of Adjournment Request [Docket No. 2982].

   **Status:** This matter is adjourned to May 7, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and continue to negotiate a resolution. No hearing is necessary at this time.

3. Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

**Responses Received:**

- Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

**Related Documents:**

- Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

- Determination of Adjournment Request [Docket No. 2770].

- Determination of Adjournment Request [Docket No. 2773].

- Determination of Adjournment Request [Docket No. 2898].

- Determination of Adjournment Request [Docket No. 2922].

- Determination of Adjournment Request [Docket No. 2931].

- Determination of Adjournment Request [Docket No. 2953].

- Determination of Adjournment Request [Docket No. 2983].

**Status:** This matter is adjourned to May 7, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and continue to negotiate a resolution. No hearing is necessary at this time.

4. Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for Related Relief [Docket No. 2936].

   **Responses Received:**

   - Objection of Safety National Casualty Corporation as to Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) and for Related Relief [Docket No. 2977].

**Related Documents:**

- Determination of Adjournment Request [Docket No. 2936].

**Status:**  This matter is adjourned to May 7, 2024, at 10:00 a.m. (ET).  The parties have consented to the adjournment and continue to negotiate a resolution.  No hearing is necessary at this time.

Dated:  April 19, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Email:            rfeinstein@pszjlaw.com
                    bsandler@pszjlaw.com
                    plabov@pszjlaw.com
                    crobinson@pszjlaw.com

*Counsel to the Plan Administrator*