**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.      I, Myra Kulick:

☐  represent the_____in this matter.

☒  am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

☐  am the_____in this matter am representing myself.

2.      On April 22, 2024, I caused a true and correct copy of *Supplemental Opposition Of The Plan Administrator To Amended Motion For Relief From The Automatic Stay (11 U.S.C. § 362)* [Docket No. 2987] to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

3.      On April 22, 2024, I caused a true and correct copy of the *Supplemental Opposition Of The Plan Administrator To Amended Motion For Relief From The Automatic Stay (11 U.S.C. §*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

*362)* [Docket No. <u>2987</u>] to be served via regular first class U.S. mail on the below parties:

Attorneys for Penelope Duczkowski and
Joseph Duczkowski

David B. Pizzica, Esq.
Pansini & Pizzica
1525 Locust Street, 15th Floor
Philadelphia, PA  19102


      I certify under penalty of perjury that the above document was sent using the mode of
service indicated.

Date:  April 22, 2024            */s/ Myra Kulick*
                                 Myra Kulick

SF 4879-5948-9443.2 08728.003