UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

In re: Bed Bath & Beyond of Davenport Inc.   §   Case No. 23-13372
§
§   Lead Case No. 23-13359
§
Debtor(s)   §   ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2024                    Petition Date: 04/23/2023

Plan Confirmed Date: 09/14/2023                    Plan Effective Date: 09/29/2023

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: Bed Bath & Beyond of Davenport Inc.
Name of Authorized Party or Entity

/s/ Bradford J. Sandler                          Bradford J. Sandler, Esq.
Signature of Responsible Party                   Printed Name of Responsible Party

04/23/2024                                       Pachulski Stang Ziehl & Jones LLP
Date                                             780 Third Avenue, 34th Floor
                                                 New York, NY  10017-2024
                                                 Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                     1

Debtor's Name Bed Bath & Beyond of Davenport Inc.  Case No. 23-13372

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $0 | $0 | $0 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Bed Bath & Beyond of Davenport Inc.    Case No. 23-13372

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Bed Bath & Beyond of Davenport Inc.    Case No. 23-13372

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name Bed Bath & Beyond of Davenport Inc.                                       Case No. 23-13372

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)                                      5

Debtor's Name Bed Bath & Beyond of Davenport Inc.                                    Case No. 23-13372

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| xlix |  |  |  |  |  |
| l |  |  |  |  |  |
| li |  |  |  |  |  |
| lii |  |  |  |  |  |
| liii |  |  |  |  |  |
| liv |  |  |  |  |  |
| lv |  |  |  |  |  |
| lvi |  |  |  |  |  |
| lvii |  |  |  |  |  |
| lviii |  |  |  |  |  |
| lix |  |  |  |  |  |
| lx |  |  |  |  |  |
| lxi |  |  |  |  |  |
| lxii |  |  |  |  |  |
| lxiii |  |  |  |  |  |
| lxiv |  |  |  |  |  |
| lxv |  |  |  |  |  |
| lxvi |  |  |  |  |  |
| lxvii |  |  |  |  |  |
| lxviii |  |  |  |  |  |
| lxix |  |  |  |  |  |
| lxx |  |  |  |  |  |
| lxxi |  |  |  |  |  |
| lxxii |  |  |  |  |  |
| lxxiii |  |  |  |  |  |
| lxxiv |  |  |  |  |  |
| lxxv |  |  |  |  |  |
| lxxvi |  |  |  |  |  |
| lxxvii |  |  |  |  |  |
| lxxviii |  |  |  |  |  |
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |

Debtor's Name Bed Bath & Beyond of Davenport Inc.                                       Case No. 23-13372

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                Yes ○   No ⦿
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated: 12/31/2024
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ○

| Debtor's Name | Bed Bath & Beyond of Davenport Inc. | Case No. | 23-13372 |
|---|---|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Michael Goldberg | Michael Goldberg, as Plan Administrator |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Solely in his capacity as Plan Administrator | 04/23/2024 |
| Title | Date |

Debtor's Name Bed Bath & Beyond of Davenport Inc.                              Case No.  23-13372



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                    9

Debtor's Name Bed Bath & Beyond of Davenport Inc.                              Case No.  23-13372

[barcode: Bankruptcy Table 51-100]

[barcode: Non-Bankruptcy Table 1-50]

[barcode: Non-Bankruptcy Table 51-100]

[barcode: Part 3, Part 4, Last Page]

UST Form 11-PCR (12/01/2021)                    10