| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br><br><br>Debtors. | Case No.: _____<br><br>Chapter: _____<br><br>Judge: _____ |

## NOTICE OF RECEIPT OF LETTER REQUESTING RELIEF

TO: _____

This will confirm that on _____ the Bankruptcy Court received an email from you (copy attached) that appears to request that the Court take certain action. Please be advised that you must file either a formal motion, application, or a complaint to request any relief you may be seeking. Emails or letters do not preserve any deadline that may apply nor are they filed on the Court's Official Docket. The Court does not a have a complaint form. However, a generic form motion package is being forwarded to you with this Notice. Additional motion packages are also available on the Court's web site, www.njb.uscourts.gov. If you do not have access to the internet, you may contact the clerk's office for a copy.

The Court will not take any action regarding your email unless you file a formal pleading with the Clerk and serve the appropriate parties.

You should consider obtaining legal counsel to advise you in connection with relief you may be seeking. Copies of this notice are being provided to counsel for the Debtor, the Plan Administrator, and the United States Trustee.

Dated:  April 25, 2024                           Jeanne A. Naughton, Clerk

*rev.1/4/17*

| | |
|---|---|
| **From:** | inphinicky <inphinicky@gmail.com> |
| **Sent:** | Wednesday, April 24, 2024 9:45 AM |
| **To:** | Chambers_of VFP |
| **Subject:** | Bed Bath & Beyond 'Finfluencers' |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Papalia,

I hope this email finds you in good health.

You received correspondence regarding this now defunct stock about shareholder rights along with various claims I imagine you found ridiculous.

I do not know what, if any, knowledge the court has of this matter so I will assume it is minimal to communicate the issue. Everything I have written here can be verified. You might already be familiar with what I am about to discuss due to Neelay Das, a person who tried to present a case pro se for shareholders not long ago.

I am writing in the hopes of informing you that certain individuals are directly responsible for these claims of shareholder rights that are more like conspiracy theories. They operate online behind the pretense of 'entertainment' or 'education' while repeating "this is not financial advice" as they deceive the vulnerable former shareholders of BBBY(Q) and people invested in meme stocks. They are essentially an online subculture like incels with elements of Qanon, sovereign citizen and cargo cults.

Many stories of how people's lives have been ruined as a result of this group can be found online. There would be no reason for the poor souls to believe such nonsense, no reason for them to have held the stock into bankruptcy, were it not for the following people who have profited from the financial destruction, misery and suffering of their victims.

The main figure is Alexander Zarac who goes by @ThePPseedsShow on Twitter and hosts a show on YouTube by the same name. He supposedly made at least one hundred thousand dollars from just one episode of his show. He has a history of pumping stocks and crypto.

Mr Zarac's success can be attributed to Bill Pulte, @pulte on Twitter, who ingratiated himself with the BBBY community from an interaction with Ryan Cohen on Twitter. You may be aware that there is a group of people that worship Ryan Cohen like he is Jesus of the stock market. Mr Pulte has placed himself as a 'false prophet'. Mr Pulte has been enabling these people, giving them false hope, exploiting their desperation for his own motives.

There were instances where he directly contributed to the spreading of misinformation disguised as "due diligence" and "education".



Mr Pulte has appeared multiple times as a guest on ThePPseedsShow. On the episode dated September 26 2023 Mr Pulte incentivized the audience to make 'donations' of $500 each to Mr Zarac.

This lead to an event in Florida the attendees believed was for BBBY but Mr Pulte misappropriated for $PHM. Attendees were paid money out of what they paid for the tickets to the event to buy PHM stock. Part of this deal was that they sign over their shareholder rights. Mr Pulte allegedly has personal ambitions for the company.

Another figure is @sboho or jake2b on Twitter. He is a regular on Mr Zarac's show. To this day he continues to spin and present official filings and documents as bullish, as if shareholders will be "made whole". He is the source of such claims made by Sheiliann Pena who I believe sent you a letter containing "concerns". Her claims might as well be quoting jake2b.

The last person I would like to bring attention to is Michael Jones @MindandEmotion7 on Twitter. This person contributes the more creative or rather insane conspiracies. He is supposedly a medical professional who definitely should not be practising medicine.

These aforementioned individuals have promoted and even stated outright defamatory sentiment against the Plan Administrator Michael Goldberg. Perhaps you are aware of the harassment Mr Goldberg has received?

I do not know if you are the appropriate person to send this to besides the SEC or DOJ. The hope is that at least you might be able to unequivocally address these issues officially on record in court so that the matter can be put to rest for the retail investors being strung along by the above group.

Attention is on the bankruptcy so the message will be received. For their benefit if you can state in the simplest terms so that a child can understand it would be much appreciated.

Please call out the aforementioned individuals by their names stating that they are wrong, have been wrong for a long time, or however you deem appropriate to handle this.

They believe former shareholders of BBBY(Q) will be "made whole" and will receive cash or equity despite all the previous statements that they will not.

Please disperse any theories about shorting in the stock as they believe that short positions will somehow reopen with issuing of new equity resulting in a short squeeze. They believe short positions are still open on the stock despite it being delisted, extinguished, deemed worthless etc.

Please state Ryan Cohen's lack of involvement since he sold his stake, that Ryan Cohen will not save former shareholders of BBBY(Q).

Please state that Overstock, Dream on Me, Beyond, any entity even remotely related to the former BBBY has nothing to do with them. They do not understand, are in denial or misinformed about the IP being sold.

They believe the NOLs are like an asset that can be used for tax benefit.

Please state that Teddy has nothing to do with any of this (Teddy is a series of children's books from Ryan Cohen they believe he's using to secretly communicate with them a la *The Da Vinci Code*). They believe Ryan Cohen registered the Teddy trademark to form a keiretsu, possibly under the name GMErica, of various companies like BBBY, Blockbuster and Sears to compete with Amazon.

Thank you for your time. Your assistance is very much appreciated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**INSTRUCTIONS FOR PREPARING A MOTION**

**I. General Instructions**

a. The information in this document and the prompts contained in the attached motion package are not legal advice and are not a substitute for legal advice.

b. A motion is a formal request for relief from the court. These instructions and the prompts contained in the documents will help you prepare the motion. A "motion package" typically consists of four documents: 1) a Notice of Motion; 2) a Certification in Support of the Motion, including any Exhibits; 4) a Certification of Service; and 3) a proposed Order. (Some motions require the filing of a brief or memorandum of law where the litigant provides legal arguments setting forth why they believe they are entitled to the relief sought.). See Local Rule 9013-1 and 9013-3.

c. When you submit your motion to the Clerk's Office, you must provide 1 original set of documents and 1 copy.

   i. If you file the motion in person at the clerk's office, the copy will be given back to you marked "Filed."

   ii. If you mail the motion to the Clerk's Office, you must include a self-addressed, stamped envelope for the return of your filed Motion.

d. You may be required to pay a fee at the time of the filing of the motion. For a list of motions that require the payment of a fee, see the court's web site, www.njb.uscourts.gov/court-info/court-fees.

   i. If you are required to pay a fee, payment must be in the form of certified check, money order, or attorney check. The Clerk's Office will not accept personal checks or cash. Registered efilers may make payment by credit card.

e. You do not have to appear in court on the hearing date unless someone objects or responds to your motion. If a party objects or files a response and you do not appear at the hearing your motion may be denied. See Local Rule 9013-3.

f. Complete the blank forms in this package by following the prompts.

g. Hearing date: Each judge's hearing dates are available on the court's web site: http://www.njb.uscourts.gov/judges-info/hearing-dates. Generally, hearings on motions must be scheduled for at least 21 days after the date the motion is filed. Some motions must be scheduled for up to 30 days after the filed date of the motion. Each judge has guidelines regarding hearing dates on their web page. Paying attention to the guidelines will ensure that your motion is heard timely. See Local Rule 9013-2.

h. Signatures: All documents must be signed and dated.

      i. After the hearing on your motion, you will receive a copy of the order the judge signed in the mail (if you are the debtor, or debtor's attorney). If you are not the debtor or debtor's attorney, you will receive a notice in the mail that indicates an order has been entered. You may view and download a copy of the Order at [www.pacer.gov](http://www.pacer.gov). You may also view and print the order from the public access terminals in each clerk's office. There is a 10 cents per page fee for printing documents from the public terminals.

**NOTE:** If you do not have internet access, you may contact the clerk's office concerning filing fees and hearing dates. Please contact the office where the case in which you wish to file your motion is pending.

## II. TERMS RELATED TO YOUR MOTION:

**Motion:** A formal request for relief filed with a court.

**Notice of Motion:** A "notice" to interested parties indicating that a request for relief has been filed. The Notice informs other litigants that if they object to the relief sought they must file an objection or response to the motion; it also includes the time within which the objection/response must be filed. The notice sets forth the hearing date, time and location.

**Certification in Support of Motion:** The Certification contains the facts that the filer believes the court needs to know to grant the motion. The Certification must be completed by someone with "personal knowledge" of the facts.

**Service:** The act of providing a copy of the filed stamped motion package to all parties who may have an interest in outcome of the motion. See Local Rule 9013-2.

**Certification of Service**: The filer must set forth in the Certification of Service the name and address of each party served, their relationship to the case, and the manner in which they were served. The Certification must be signed by the person who served the documents. See Local Rule 9013-2.

**Proposed Order:** The proposed order contains the relief the filer seeks. The judge will decide at the hearing whether to grant the filer's request for relief. If the relief is granted, the judge will sign the proposed order. See Local Rule 9013-4.

## II. RESOURCES:

**Clerk's Office Locations and Contact Information:**

U. S. Bankruptcy Court
Clerk's Office
U. S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101
609-361-2300

U. S. Bankruptcy Court
Clerk's Office
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
973-645-4764

U. S. Bankruptcy Court
Clerk's Office
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608
609-858-9333

**United States Bankruptcy Court, District of New Jersey**: www.njb.uscourts.gov

**Local Rules for the U. S. Bankruptcy Court for the District of New Jersey**:
www.njb.uscourts.gov/local-rules-and-orders

**Pacer** (To view documents in the court's electronic filing system): www.pacer.gov

**Glossary of Legal Terms**: http://www.uscourts.gov/glossary

**Bankruptcy Basics**: http://www.uscourts.gov/services-forms/bankruptcy/bankruptcy-basics

**General Resources**: http://www.njb.uscourts.gov/understanding-bankruptcy/resources

**Register of Governmental Units**: http://www.njb.uscourts.gov/content/register-governmental-units

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

In Re:
*[Enter the debtor's name(s)]*

Case No.: _____
*[Enter the case number]*

Chapter: _____
*[Enter the chapter; example: 13]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the Judge's last name]*

# NOTICE OF MOTION TO

*[Enter the relief sought]* _____

*[Enter your name]* _____ has filed papers with the court to *[Enter the relief sought]* ___
_____ .

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: _____
*[Enter the date of the hearing]*

Hearing Time: _____
*[Enter the time of the hearing]*

Hearing Location: _____
*[Enter the location of the hearing]*
_____
_____

Courtroom Number: _____
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _____    _____
       *[Enter the date this document is signed]*    Signature *[Of the party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

In Re:
*[Enter the debtor's name(s)]*

Case No.: _____
*[Enter the case number]*

Chapter: _____
*[Enter the chapter]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the judge's last name]*

# **CERTIFICATION OF** _____

*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* _____, *[Enter their relationship to the case. For example: debtor, creditor]* _____ in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* _____ _____ filed by me on *[Enter the date the motion was filed]* _____.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____
_____
_____
_____

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

I certify under penalty of perjury that the above is true.

Date: _____     _____
*[Enter the date this document is signed]*     Signature
    *[Of the party with actual knowledge of the facts set forth above]*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

In Re:
*[Enter the debtor's name(s)]*

Case No.: _____
*[Enter the case number]*

Chapter: _____
*[Enter the chapter; example: 13]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: _____
*[Enter date this document is signed]*

_____
Signature *[Of party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

In Re:
*[Enter the debtor's name(s)]*

Case No.: _____
*[Enter the case number]*

Chapter: _____
*[Enter the chapter of the case]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On *[Enter the date you served the documents]* _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *[Place a check next to each document you served]*

   ☐ Notice of Motion *[Enter title of motion]* _____

   ☐ Certification in Support of Motion *[Enter title of motion]* _____

   _____

☐ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
*[Enter the date you signed this document]*         Signature *[Of the person who served the documents]*

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>   (As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br><br><br><br><br><br>In Re:<br>*[Enter the debtor's name(s)]* | Case No.:    _____<br>              *[Enter the case number]*<br><br>Chapter:    _____<br>              *[Enter the case number]*<br><br>Hearing Date:  _____<br>              *[Enter the hearing date]*<br><br>Judge:    _____<br>              *[Enter the Judge's last name]* |

**ORDER GRANTING** _____
               *[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* _____

_____, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____