**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel for the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DEBTORS' (I) SECOND OMNIBUS OBJECTION TO CERTAIN TAX CLAIMS AND (II) MOTION TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS AS IT RELATES TO COUNTY OF ORANGE**

**PLEASE TAKE NOTICE** that on September 15, 2023, the above-captioned debtors (collectively, the "Post-Effective Date Debtors" and before the Effective Date of the Plan, the "Debtors"), filed the *Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings* [Docket No. 2180] (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that Michael Goldberg, as plan administrator (the "Plan Administrator") and the County of Orange have settled their disputes as they relate to the Motion, as more fully set forth in that certain *Stipulation Resolving (I) Claims of County of Orange*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4877-5262-9946.3 08728.003

*and (II) Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities*, and based thereupon, the Plan Administrator hereby withdraws the Motion with prejudice solely as it pertains to the County of Orange.

| | |
|---|---|
| Dated: May 1, 2024 | */s/ Paul J. Labov* |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin Robinson, Esq. |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 780 Third Avenue, 34th Floor |
| | New York, NY  10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | |
| | *Counsel to the Plan Administrator* |