| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffery A. Rosenthal (047161992)<br>Jared M. Gerber<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2507<br>Email: jrosenthal@cgsh.com<br>Email: jgerber@cgsh.com<br><br>*Counsel for Susie Kim, Laura Crossen, and Janet Barth* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Joint Administration Requested) |

### APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF STIPULATION AND CONSENT ORDER PERMITTING THE ADVANCEMENT OF DEFENSE COSTS UNDER THE DEBTORS' DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY

TO:    THE HONORABLE VINCENT F. PAPALIA
       United States Bankruptcy Judge

Together, Susie Kim, Laura Crossen, and Janet Barth (collectively the "Insureds"), by and through their undersigned counsel, respectfully state the following in support of this application (the "Application"), pursuant to D.N.J. LBR 9021-1(b), seeking the approval and entry of the proposed *Stipulation and Consent Order Permitting The Advancement Of Defense Costs Under*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

*The Debtors' Directors And Officers Liability Insurance Policy* (the "Proposed Stipulation"), a copy of which is attached hereto as **Exhibit 1**, and respectfully state as follows:

1. The Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on April 23, 2023, in the United States Bankruptcy Court in the District of New Jersey (this "Court").

2. The Debtors continued to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 20 & 21, 2023, the Debtors filed their Joint Plan of Reorganization (as subsequently amended, the "Plan") [2] and the Disclosure Statement related thereto.

4. On September 14, 2023, the Court entered an order approving the Disclosure Statement on final basis and confirming the Plan, and on September 29, 2023, the effective date of the Plan occurred and the Plan was consummated.

5. Pursuant to the Plan, on the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors.

6. At various times prior to April 23, 2023, the Insureds each served as officers of Bed Bath & Beyond, Inc ("BBBY").

7. Under Side A the D&O Policy issued by Zurich to debtor BBBY to fund Defense Cost and other Loss incurred in connection with certain matters noticed in accordance with the D&O Policy as set forth in the chart below:

| Insured's Name | Policy Number |
|---|---|
| Bed Bath & Beyond, Inc. | DOC 8702221-00 |

---

[2] Capitalized terms not otherwise defined herein or in the D&O Policy shall have the meanings ascribed to them in the Plan.

2

8. For the policy period running from September 15, 2021 to September 2022 (the "Policy Period"), the Debtors maintained the D&O Policy issued by Zurich with an aggregate limit of liability of $10,000,000 subject to the terms and conditions of the D&O Policy.

9. The Insureds received discovery requests relating to their service as officers of BBBY which will give rise to Defense Costs and other potential Loss which are covered under the D&O Policy.

10. Zurich has agreed to advance the Defense Costs and other Loss of the Insureds under the D&O Policy pursuant to the D&O Policy's terms, subject to its reservation of rights and upon entry of an order of the Bankruptcy Court permitting such advancements.

11. The Plan provides that after the Effective Date, the Plan Administrator shall not terminate or otherwise reduce the coverage under the D&O Policy in effect on the Effective Date, with respect to conduct occurring prior thereto, and all officers, directors, trustee, managers, and members of the Debtors who served in such capacity at any time before the Effective Date shall be entitled in accordance with, and subject in all respects to, the terms and conditions of any applicable D&O Policy, which shall not be altered, to the full benefits of any such D&O Policy for the full term of such D&O Policy regardless of whether such officers, directors, trustees, managers, or members remain in such position after the Effective Date.

12. The Stipulation shall be without prejudice to any further requests from the Insureds to advance costs and expenses from the D&O Policy in connection with any other actions or claims covered by the D&O Policy.

**WHEREFORE**, the Insureds respectfully request that the Court enter the Proposed Stipulation, in substantially the forms submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated: May 9, 2024

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

<u>*/s/ Jeffery A. Rosenthal*</u>
Jeffery A. Rosenthal (047161992)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2507
Email: jrosenthal@cgsh.com
*Counsel for Susie Kim, Laura Crossen, and Janet Barth*

*Of counsel:*

Jared M. Gerber
Email: jgerber@cgsh.com

# EXHIBIT 1

**Stipulation & Consent Order**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-1(b)**

Jeffery A. Rosenthal (047161992)
Jared M. Gerber
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2507
Email: jrosenthal@cgsh.com
Email: jgerber@cgsh.com

*Counsel for Susie Kim, Laura Crossen, and Janet Barth*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[3] | Case No. 23-13359 (VFP) |
| Debtors. | (Joint Administration Requested) |

**STIPULATION AND CONSENT ORDER PERMITTING THE
ADVANCEMENT OF DEFENSE COSTS UNDER THE
DEBTORS' DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY**

The relief set forth on the following pages, numbered two (2) through five (5) is hereby **ORDERED**.

---

[3] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

This stipulation and consent order (the "Stipulation") is made by and between Michael I. Goldberger as Plan Administrator (the "Plan Administrator") for the debtors (the "Debtors") in the above-captioned chapter 11 case, Zurich American Insurance Company ("Zurich" or the "Insurer"), and Susie Kim, Laura Crossen, and Janet Barth (collectively the "Insureds"), by and through their undersigned counsel, permitting the advancement of defense costs under Side A of the Directors & Officers Liability Insurance Policy No. 8702221-00 (the "D&O Policy") issued by Zurich to debtor Bed Bath & Beyond, Inc ("BBBY") to fund Defense Cost and other Loss (as each term is defined in the D&O Policy) incurred in connection with certain matters noticed in accordance with the D&O Policy. The Plan Administrator and Insureds stipulate, agree, and state as follows:

## RECITALS

**WHEREAS**, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on April 23, 2023, in the United States Bankruptcy Court in the District of New Jersey (this "Court");

**WHEREAS**, the Debtors continued to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

**WHEREAS**, on July 20 & 21, 2023, the Debtors filed their Joint Plan of Reorganization (as subsequently amended, the "Plan")[4] and the Disclosure Statement related thereto;

**WHEREAS**, on September 14, 2023, the Court entered an order approving the Disclosure Statement on final basis and confirming the Plan, and on September 29, 2023, the effective date of the Plan occurred and the Plan was consummated;

---

[4] Capitalized terms not otherwise defined herein or in the D&O Policy shall have the meanings ascribed to them in the Plan.

2

**WHEREAS**, pursuant to the Plan, on the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors;

**WHEREAS**, at various times prior to April 23, 2023, the Insureds each served as officers of BBBY;

**WHEREAS**, under Side A the D&O Policy issued by Zurich to debtor BBBY to fund Defense Cost and other Loss incurred in connection with certain matters noticed in accordance with the D&O Policy as set forth in the chart below:

| Insured's Name | Policy Number |
|---|---|
| Bed Bath & Beyond, Inc. | DOC 8702221-00 |

**WHEREAS**, for the policy period running from September 15, 2021 to September 2022 (the "Policy Period"), the Debtors maintained the D&O Policy issued by Zurich with an aggregate limit of liability of $10,000,000 (the "Advancement Amount") subject to the terms and conditions of the D&O Policy;

**WHEREAS**, the Insureds received discovery requests relating to their service as officers of BBBY which give rise to Defense Costs and other potential Loss which are covered under the D&O Policy;

**WHEREAS**, Zurich has agreed to advance the Defense Costs and other Loss of the Insureds under the D&O Policy pursuant to the D&O Policy's terms, subject to its reservation of rights and upon entry of an order of the Bankruptcy Court permitting such advancements;

**WHEREAS**, the Plan provides that after the Effective Date, the Plan Administrator shall not terminate or otherwise reduce the coverage under the D&O Policy in effect on the Effective Date, with respect to conduct occurring prior thereto, and all officers, directors, trustee, managers, and members of the Debtors who served in such capacity at any time before the Effective Date

3

shall be entitled in accordance with, and subject in all respects to, the terms and conditions of any applicable D&O Policy, which shall not be altered, to the full benefits of any such D&O Policy for the full term of such D&O Policy regardless of whether such officers, directors, trustees, managers, or members remain in such position after the Effective Date; and

**WHEREAS**, the Stipulation shall be without prejudice to any further requests from the Insureds to advance costs and expenses from the D&O Policy in connection with any other actions or claims covered by the D&O Policy.

## **STIPULATION**

**NOW, THEREFORE,** in consideration of the foregoing recitals, it is hereby stipulated, consented, and agreed to by and among the Debtors and the Insureds effective upon the Court's approval and entry of this Stipulation that:

1. To the extent the automatic stay triggered by the commencement of the Chapter 11 Case would otherwise prohibit the payment under the D&O Policy, Zurich is authorized to make payments covered by the policy or subject to the policy for Defense Costs and other Loss (as defined in the D&O Policy) incurred by the Insureds. The automatic stay is hereby lifted, to the extent applicable and necessary, to effectuate the relief granted herein.

2. Payments made by Zurich under the D&O Policy pursuant to this Stipulation shall reduce the respective limits of liability of the applicable D&O Policy and shall not be considered a violation of the automatic stay, nor shall such proceeds be considered property of the Debtors' estates.

3. This Stipulation is without prejudice to the rights of any party with respect to the D&O Policy, other than with respect to the fees and costs advancement or reimbursed pursuant to the D&O Policy.

4. Nothing in this Stipulation constitutes (a) an admission as to the validity of any claim or cause of action against any of the Insureds; (b) a waiver of the Insureds' rights to dispute any claim or cause of action under applicable law or non-bankruptcy law; or (c) a waiver of the Insureds' rights under the Plan, the Bankruptcy Code or under any other applicable law. Any payment made pursuant to the Stipulation is not intended to be and should not be construed as an admission to the validity of any claim or cause of action or a waiver of the Insureds' rights in any respect.

5. The Insureds shall report to the Plan Administrator, on a monthly basis, the Defense Costs reimbursed and or paid in connection with Cleary Gottlieb Steen & Hamilton LLP's representation of the Insureds.

6. This Stipulation does not modify or alter any provision of the D&O Policy or the Plan.

7. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Stipulation shall be immediately effective and enforceable upon its entry. To the extent there is any conflict between the terms of this Stipulation and the Plan, the terms of the Plan control.

8. The Plan Administrator, Zurich, and the Insureds are authorized to take all actions necessary to effectuate the relief granted in this Stipulation.

9. This Court shall retain jurisdiction over all matters related to the implementation of this Stipulation.

Dated: May 9, 2024

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

/s/ Jeffery A. Rosenthal
Jeffery A. Rosenthal (047161992)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2507
Email: jrosenthal@cgsh.com
*Counsel for Susie Kim, Laura Crossen, and Janet Barth*

*Of counsel:*

Jared M. Gerber
Email: jgerber@cgsh.com

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Robert J. Feinstein
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Email:  rfeinstein@pszjlaw.com
　　　　bsandler@pszjlaw.com
　　　　plabov@pszjlaw.com
　　　　crobinson@pszjlaw.com

*Counsel for the Plan Administrator*