|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mark S. Lichtenstein<br>AKERMAN LLLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>Facsimile: (212)<br>mark.lichtenstein@akerman.com<br><br>*Counsel to Plan Administrator* | Order Filed on May 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION OF MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR, FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE CHAPTER 11 JOINT PLAN INJUNCTION

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED.**

**DATED: May 10, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

74073852;2

(Page | 3)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER GRANTING MOTION OF MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR,  FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE CHAPTER 11 JOINT PLAN INJUNCTION

Upon the *Motion for an Order Enforcing the Terms of the Chapter 11 Joint Plan Injunction and for related relief* [Docket No. 2778] (the "Motion"), filed by Akerman LLP, attorneys for Michael Goldberg, as plan administrator (the "Movant") for the debtor, Buy Buy Baby, Inc. (the "Debtor"), for entry of an order (this "Order"), enforcing the Chapter 11 Plan Injunction against The People of the State of New York ("NYS ") and the Nassau County Fire Marshall (the "Fire Marshall") and to preclude them from seeking any criminal penalties and monetary recoveries against the Debtor, the Wind Down Debtors or the Plan Administrator, individually or in his capacity as fiduciary of the Wind Down Debtors' estates as appointed by this Court, other than as a monetary claimant against the Debtor's estate; and it appearing that proper and adequate notice of the Motion has been given and that no other of further notice is necessary; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the NYS and the Fire Marshall having not opposed the Motion and having agreed to the relief sought; and upon the representations of Movant, by counsel, to the Court on February 7, 2024; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

2. The Plan Injunction[2] is hereby enforced against NYS and the Fire Marshall.

3. The actions styled as *The People of the State of New York v. Buy Buy Baby, Inc*. pending in the Nassau District Court under Docket Numbers CR-021755-22NA and CR-006855-23NA against the Debtor, are hereby enjoined with prejudice by the Plan Injunction from pursuing any

---

[2] All capitalized terms not defined herein shall bear as their meaning the definitions ascribed to them in the Motion.

74073852;2

(Page | 3)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER GRANTING MOTION OF MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR, FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE <u>CHAPTER 11 JOINT PLAN INJUNCTION</u>

claims, criminal or civil, against the Debtor, the reorganized Debtor, or their affiliated debtors, and the Movant, other than as expressly permitted below.

4. The People of the State of New York are hereby authorized to file a late filed claim against the Debtor for any fines or penalties incurred by the Debtor's estate as detailed in the District Court Action within sixty (60) days of the date of the entry of this Order.