

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **Yusen Logistics (Americas) Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113628 | $21,382.30 | 4/14/2023 | 20230303 | 3/3/2023 | $5,832.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113628 | $21,382.30 | 4/14/2023 | 20230214 | 2/14/2023 | $15,549.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113578 | $6,385.00 | 4/6/2023 | OCMBBB2300001 | 1/3/2023 | $6,385.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2300026 | 3/3/2023 | $348.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2300025 | 3/3/2023 | $6,385.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2300018 | 2/2/2023 | $2,523.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2300016 | 2/1/2023 | $6,385.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2300015 | 1/31/2023 | $9,238.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2300009 | 1/11/2023 | $8,539.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2300006 | 1/6/2023 | $10,870.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113562 | $53,018.67 | 4/6/2023 | OCMBBB2200093A | 1/3/2023 | $8,727.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113249 | $51,085.61 | 3/16/2023 | 2023127 | 1/17/2023 | $51,085.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112535 | $14,290.25 | 2/13/2023 | 20221216 | 12/16/2022 | $14,290.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112534 | $10,801.04 | 2/13/2023 | OCMBBB2200089 | 12/9/2022 | $4,416.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112534 | $10,801.04 | 2/13/2023 | OCMBBB2200087 | 12/5/2022 | $6,385.00 |

Totals:    6 transfer(s),    $156,962.87