

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **YSM-Ponderosa, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112927 | $25,580.19 | 4/18/2023 | 06383-993816 | 4/1/2023 | $56.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112927 | $25,580.19 | 4/18/2023 | 06383-993815 | 4/1/2023 | $25,524.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112298 | $25,580.19 | 3/21/2023 | 06383-988676 | 3/1/2023 | $56.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112298 | $25,580.19 | 3/21/2023 | 06383-988675 | 3/1/2023 | $25,524.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111164 | $25,580.19 | 2/10/2023 | 06383-983123 | 2/1/2023 | $56.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111164 | $25,580.19 | 2/10/2023 | 06383-983122 | 2/1/2023 | $25,524.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111102 | $110,533.24 | 3/21/2023 | 06383-980924 | 1/12/2023 | $110,533.24 |

Totals:    4 transfer(s),    $187,273.81