**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Workiva Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $57,062.15 | 4/18/2023 | INV-177126 | 3/1/2023 | $57,062.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112653 | $10,913.76 | 2/21/2023 | INV-175225 | 1/23/2023 | $10,913.76 |
| Totals: | | 2 transfer(s), | $67,975.91 | | | | |