

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Willis Towers Watson Northeast, Inc. fdba Willis of New York, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113761 | $2,007,851.00 | 4/21/2023 | 3461832 | 3/7/2023 | $2,007,851.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113613 | $2,259,575.90 | 4/7/2023 | 3476153 | 3/29/2023 | $1,331,867.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113613 | $2,259,575.90 | 4/7/2023 | 3467737 | 3/16/2023 | $19,211.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113613 | $2,259,575.90 | 4/7/2023 | 3464462 | 3/14/2023 | $780,574.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113613 | $2,259,575.90 | 4/7/2023 | 3462690 | 3/8/2023 | $127,923.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113488 | $353,399.00 | 3/31/2023 | 3464470 | 3/14/2023 | $72,701.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113488 | $353,399.00 | 3/31/2023 | 3464468 | 3/14/2023 | $277,526.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113488 | $353,399.00 | 3/31/2023 | 3464465 | 3/14/2023 | $3,172.00 |

**Totals:**     3 transfer(s),     $4,620,825.90