**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **W.R. Partners, L.L.C.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113186 | $12,255.74 | 4/18/2023 | 01265-993407 | 4/1/2023 | $1,422.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113186 | $12,255.74 | 4/18/2023 | 01265-993406 | 4/1/2023 | $10,833.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112526 | $20,965.59 | 3/8/2023 | 01265-987998 | 3/1/2023 | $1,422.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112526 | $20,965.59 | 3/8/2023 | 01265-987997 | 3/1/2023 | $10,833.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112526 | $20,965.59 | 3/8/2023 | 01265-986114 | 3/1/2023 | $8,709.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111291 | $12,255.74 | 2/9/2023 | 01265-984653 | 2/1/2023 | $1,422.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111291 | $12,255.74 | 2/9/2023 | 01265-984652 | 2/1/2023 | $10,833.33 |

Totals:    3 transfer(s),    $45,477.07