**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **Valley & Plainfield Associates, L.P.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111617 | $16,480.21 | 2/16/2023 | 08070-982969 | 2/1/2023 | $1,450.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111617 | $16,480.21 | 2/16/2023 | 08070-982968 | 2/1/2023 | $13,695.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111617 | $16,480.21 | 2/16/2023 | 08070-982967 | 2/1/2023 | $1,334.55 |
| Totals: | 1 transfer(s), | $16,480.21 | | | | | |