

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **US Maintenance** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113617 | $10,800.16 | 4/13/2023 | 092203071773-10 | 9/20/2022 | $733.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113617 | $10,800.16 | 4/13/2023 | 092203057844-1 | 9/7/2022 | $10,066.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113386 | $121,102.42 | 3/27/2023 | 58177-4 | 8/10/2022 | $40,489.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113386 | $121,102.42 | 3/27/2023 | 58177-3 | 8/10/2022 | $40,489.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113386 | $121,102.42 | 3/27/2023 | 58177-2 | 8/10/2022 | $10,122.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113386 | $121,102.42 | 3/27/2023 | 58106-4 | 4/6/2022 | $26,209.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113386 | $121,102.42 | 3/27/2023 | 58085-2 | 3/17/2022 | $3,791.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112519 | $89,029.26 | 2/10/2023 | 58175-5 | 8/2/2022 | $9,683.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112519 | $89,029.26 | 2/10/2023 | 58175-4 | 8/2/2022 | $3,381.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112519 | $89,029.26 | 2/10/2023 | 58175-3 | 8/2/2022 | $75,964.53 |

**Totals:**    3 transfer(s),    $220,931.84