

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|---|

| | |
|---|---|
| Defendant: | **Twilio Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113289 | $12,000.00 | 3/16/2023 | INV10629672 | 11/1/2022 | $6,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113289 | $12,000.00 | 3/16/2023 | INV10462526 | 10/1/2022 | $6,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112933 | $32,464.66 | 3/3/2023 | MWOHRL-2022-11 | 11/30/2022 | $9,155.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112933 | $32,464.66 | 3/3/2023 | MWOHRL-2022-10 | 10/31/2022 | $6,090.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112933 | $32,464.66 | 3/3/2023 | MWOHRL-2022-09 | 9/30/2022 | $17,218.78 |
| **Totals:** | | **2 transfer(s),** | **$44,464.66** | | | | |