

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Triple B Mssion Viejo LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/31/2023 | $154,677.90 | 3/31/2023 | March Rent | 3/1/2023 | $51,559.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/31/2023 | $154,677.90 | 3/31/2023 | February Rent | 2/1/2023 | $51,559.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/31/2023 | $154,677.90 | 3/31/2023 | April Rent:4/24-4/30 | 4/1/2023 | $12,030.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/31/2023 | $154,677.90 | 3/31/2023 | April Rent:4/1-4/23 | 4/1/2023 | $39,528.80 |

**Totals:** 1 transfer(s), $154,677.90