# ASK LLP
## — ATTORNEYS AT LAW —

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **T-Mobile USA, Inc,** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113433 | $33,847.55 | 4/4/2023 | 977240522250123 | 1/16/2023 | $33,847.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113423 | $37,983.08 | 4/4/2023 | 977240522221216 | 12/16/2022 | $37,983.08 |

| | | |
|---|---|---|
| **Totals:** | **2 transfer(s),** | **$71,830.63** |