

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **The Family Center** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112282 | $27,346.59 | 3/14/2023 | 01072-988198 | 3/1/2023 | $163.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112282 | $27,346.59 | 3/14/2023 | 01072-988197 | 3/1/2023 | $27,183.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112074 | $36,534.02 | 2/23/2023 | 01072-985388 | 2/14/2023 | $18,267.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112074 | $36,534.02 | 2/23/2023 | 01072-985387 | 2/14/2023 | $18,267.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111624 | $27,346.59 | 2/14/2023 | 01072-984855 | 2/1/2023 | $163.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111624 | $27,346.59 | 2/14/2023 | 01072-984854 | 2/1/2023 | $27,183.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 110201 | $27,346.59 | 2/8/2023 | 01072-979969 | 1/1/2023 | $163.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 110201 | $27,346.59 | 2/8/2023 | 01072-979968 | 1/1/2023 | $27,183.33 |

**Totals:** 4 transfer(s), $118,573.79