**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Taft Associates** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113139 | $270,250.00 | 4/18/2023 | 08650-994212 | 4/1/2023 | $135,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113139 | $270,250.00 | 4/18/2023 | 08650-993948 | 4/1/2023 | $135,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111321 | $230,406.00 | 2/9/2023 | 08650-982971 | 2/1/2023 | $135,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111321 | $230,406.00 | 2/9/2023 | 08650-981247 | 2/1/2023 | $1,418.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111321 | $230,406.00 | 2/9/2023 | 08650-981246 | 2/1/2023 | $93,863.00 |

**Totals:** 2 transfer(s), $500,656.00