

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Accertify, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113545 | $36,499.98 | 4/12/2023 | 39599 | 12/1/2022 | $12,166.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113545 | $36,499.98 | 4/12/2023 | 39200 | 11/1/2022 | $12,166.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113545 | $36,499.98 | 4/12/2023 | 38770 | 10/3/2022 | $12,166.66 |
| **Totals:** | | **1 transfer(s),** | **$36,499.98** | | | | |