**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Studio Mococo LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113565 | $59,000.00 | 4/6/2023 | 1475 | 1/5/2023 | $295,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113387 | $59,000.00 | 3/27/2023 | 1468 | 12/1/2022 | $295,000.00 |
| **Totals:** | | **2 transfer(s),** | **$118,000.00** | | | | |