

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Schindler Elevator Corporation** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113575 | $48,860.73 | 4/6/2023 | 06012022 | 6/1/2022 | $26,933.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113575 | $48,860.73 | 4/6/2023 | 04012022A | 4/1/2022 | $21,927.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | JPPY-CKXMDE | 12/15/2022 | $7,878.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | HMIY-CGXGQC | 1/9/2023 | $6,203.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | CDUS-CG3PHP | 12/15/2022 | $6,484.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | 9/07/2022 | 9/7/2022 | $3,026.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | 12012022 | 12/1/2022 | $21,625.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | 11012022 | 11/1/2022 | $21,598.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | 10012022 | 10/1/2022 | $21,599.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113286 | $92,660.69 | 3/16/2023 | 10/06/2022 | 10/6/2022 | $4,245.98 |

**Totals:**    **2 transfer(s),    $141,521.42**