**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Agree Limited Partnership**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113038 | $23,011.88 | 3/31/2023 | 00318-992992 | 4/1/2023 | $1,871.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113038 | $23,011.88 | 3/31/2023 | 00318-992991 | 4/1/2023 | $21,140.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112220 | $23,011.88 | 3/3/2023 | 00318-987587 | 3/1/2023 | $1,871.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112220 | $23,011.88 | 3/3/2023 | 00318-987586 | 3/1/2023 | $21,140.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111979 | $23,011.88 | 2/9/2023 | 00318-984242 | 2/1/2023 | $1,871.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111979 | $23,011.88 | 2/9/2023 | 00318-984241 | 2/1/2023 | $21,140.88 |

Totals:    3 transfer(s),    $69,035.64