

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

| | |
|---|---|
| Defendant: | **RXO Corporate Solutions, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12644070 | 12/27/2022 | $3,528.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 11973610 | 12/20/2022 | $3,580.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12681944 | 1/10/2023 | $2,355.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12671529 | 1/9/2023 | $2,403.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12669986 | 12/30/2022 | $1,809.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12659164 | 12/30/2022 | $4,968.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12657997 | 12/30/2022 | $3,045.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12657975 | 1/3/2023 | $3,045.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12691276 | 1/9/2023 | $1,760.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12644450 | 1/10/2023 | $3,528.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_1 | $20,303.58 | 4/20/2023 | 12686473 | 1/19/2023 | $4,879.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12643853 | 12/27/2022 | $3,528.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12643793 | 12/27/2022 | $3,351.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12634868 | 12/20/2022 | $250.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12615431 | 12/28/2022 | $250.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12615403 | 12/20/2022 | $3,554.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12615332 | 12/20/2022 | $3,554.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12604864 | 12/20/2022 | $2,729.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12644572 | 1/10/2023 | $2,783.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12708583_2 | 1/25/2023 | $3,119.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12913766 | 3/8/2023 | $2,554.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12906127 | 3/8/2023 | $2,915.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12906101 | 3/2/2023 | $2,209.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12737253 | 2/2/2023 | $7,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12735225_2 | 1/30/2023 | $3,878.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12735225_1 | 1/30/2023 | $514.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12735084 | 1/26/2023 | $4,392.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/14/2023 | $52,278.96 | 2/14/2023 | 12686518 | 1/10/2023 | $2,252.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12709021 | 1/25/2023 | $2,557.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12914814 | 3/8/2023 | $1,246.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12659076 | 1/25/2023 | $4,268.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12634423_2 | 1/30/2023 | $7,372.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_1 | $20,303.58 | 4/20/2023 | 12727877 | 1/24/2023 | $4,968.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_1 | $20,303.58 | 4/20/2023 | 12724382 | 1/17/2023 | $1,932.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_1 | $20,303.58 | 4/20/2023 | 12708583_1 | 1/25/2023 | $3,119.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_1 | $20,303.58 | 4/20/2023 | 12708573 | 1/24/2023 | $4,879.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_1 | $20,303.58 | 4/20/2023 | 12708567 | 1/24/2023 | $2,252.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023_2 | $45,777.11 | 4/20/2023 | 12719759 | 1/30/2023 | $4,639.50 |

**Totals:** 3 transfer(s), $118,359.65