

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Riskified, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113563 | $85,000.00 | 4/6/2023 | INVNYC-014634 | 12/31/2022 | $192,340.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113382 | $15,736.45 | 3/27/2023 | INVNYC-014227_3 | 11/30/2022 | $15,736.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113268 | $50,000.00 | 3/16/2023 | INVNYC-014227_2 | 11/30/2022 | $50,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113061 | $250,000.00 | 3/10/2023 | INVNYC-014227_1 | 11/30/2022 | $250,000.00 |

Totals:     4 transfer(s),     $400,736.45