

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| --- | --- | --- |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **Argo, Inc. dba ARGO-EFESO**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113706 | $184,085.28 | 4/17/2023 | BY-01-01/SOW-JAN16 | 1/16/2023 | $180,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113706 | $184,085.28 | 4/17/2023 | BY-01-01/EW49-52 | 1/10/2023 | $4,085.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113115 | $46,545.43 | 3/10/2023 | BY-01-01/EW1-2 | 1/24/2023 | $1,545.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113115 | $46,545.43 | 3/10/2023 | BY-01-01/ADV-WEEK4 | 1/9/2023 | $45,000.00 |

**Totals:** 2 transfer(s), $230,630.71