**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　　212-267-7342

Defendant: **Raymond Accounts Management, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113605 | $84,545.07 | 4/6/2023 | RY00086025 | 1/31/2023 | $4,522.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113605 | $84,545.07 | 4/6/2023 | RY00084426 | 1/9/2023 | $80,022.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113425 | $58,367.94 | 4/3/2023 | RY00081492 | 12/6/2022 | $58,367.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113110 | $95,579.14 | 3/20/2023 | RY00080046 | 11/18/2022 | $95,579.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112996 | $88,821.05 | 3/14/2023 | RY00078255 | 11/2/2022 | $88,821.05 |

Totals:    4 transfer(s),    $327,313.20