**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **ASK Apparels**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/13/2023 | $114,334.40 | 4/13/2023 | InvDate:12/6/2022 | 12/6/2022 | $114,334.40 |
| **Totals:** | | 1 transfer(s), | $114,334.40 | | | | |

ASK Apparels (2276689)  
Bankruptcy Case: Bed Bath & Beyond Inc.  
May 14, 2024

Exhibit A

P. 1