**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

---

Defendant: **Protiviti Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/16/2023 | $73,800.00 | 3/16/2023 | 200656765:3/21/2023-3/31/2023 | 4/23/2023 | $26,187.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/16/2023 | $73,800.00 | 3/16/2023 | 200656765:3/17/2023-3/20/2023 | 4/23/2023 | $9,522.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/16/2023 | $73,800.00 | 3/16/2023 | 200656765:3/1/2023-3/16/2023 | 3/1/2023 | $38,090.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113257 | $103,576.00 | 3/21/2023 | 200648351 | 2/28/2023 | $45,744.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113257 | $103,576.00 | 3/21/2023 | 200641652 | 1/10/2023 | $57,832.00 |

Totals:    2 transfer(s),    $177,376.00