**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

---

Defendant: **Audio Visual Associates, Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113347 | $76,134.52 | 3/20/2023 | 81522F | 8/15/2022 | $38,067.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113347 | $76,134.52 | 3/20/2023 | 80922D | 8/9/2022 | $38,067.26 |

Totals:    1 transfer(s),    $76,134.52