# ASK LLP
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Port City Logistics Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113731 | $131,750.00 | 4/19/2023 | TN1559 | 10/1/2022 | $38,750.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113731 | $131,750.00 | 4/19/2023 | TN1558 | 10/1/2022 | $93,000.00 |
| **Totals:** | | **1 transfer(s),** | **$131,750.00** | | | | |