

| | | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| | | St. Paul, MN 55121 | New York, NY 10165 |
| | | 651-406-9665 | 212-267-7342 |

Defendant: **Bacon & Graham, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113314 | $22,173.45 | 3/16/2023 | A98305 | 12/8/2022 | $4,148.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113314 | $22,173.45 | 3/16/2023 | A98205 | 12/5/2022 | $1,160.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113314 | $22,173.45 | 3/16/2023 | 98755 | 1/4/2023 | $2,086.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113314 | $22,173.45 | 3/16/2023 | 98754 | 1/5/2023 | $1,160.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113314 | $22,173.45 | 3/16/2023 | 98530 | 12/19/2022 | $1,160.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113314 | $22,173.45 | 3/16/2023 | 97946 | 11/18/2022 | $4,160.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113314 | $22,173.45 | 3/16/2023 | 0 | 12/19/2022 | $8,297.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113245 | $4,160.50 | 3/16/2023 | A98204 | 12/5/2022 | $4,160.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112714 | $16,594.00 | 2/24/2023 | A98306 | 12/8/2022 | $16,594.00 |

Totals:    3 transfer(s),    $42,927.95