**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Platinum Security, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 56095 | 10/29/2022 | $2,115.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 55820 | 9/17/2022 | $2,945.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 55821 | 9/17/2022 | $1,927.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 55901 | 10/1/2022 | $5,214.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 55902 | 10/1/2022 | $2,945.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 55903 | 10/1/2022 | $2,279.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 56042 | 10/15/2022 | $5,164.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 56043 | 10/15/2022 | $2,945.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 56044 | 10/15/2022 | $2,256.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 55819 | 9/17/2022 | $5,247.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 56094 | 10/29/2022 | $2,945.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113741 | $10,822.13 | 4/21/2023 | 56515 | 12/10/2022 | $104.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113417 | $10,241.00 | 3/27/2023 | 56250 | 11/12/2022 | $5,181.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113417 | $10,241.00 | 3/27/2023 | 56251 | 11/12/2022 | $2,945.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113417 | $10,241.00 | 3/27/2023 | 56252 | 11/12/2022 | $2,115.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113593 | $10,399.75 | 4/6/2023 | 56305 | 11/26/2022 | $5,222.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113593 | $10,399.75 | 4/6/2023 | 56306 | 11/26/2022 | $2,945.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113593 | $10,399.75 | 4/6/2023 | 56307 | 11/26/2022 | $2,232.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113741 | $10,822.13 | 4/21/2023 | 56464 | 12/10/2022 | $5,346.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113741 | $10,822.13 | 4/21/2023 | 56465 | 12/10/2022 | $3,016.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113741 | $10,822.13 | 4/21/2023 | 56466 | 12/10/2022 | $2,355.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113306 | $41,238.25 | 3/16/2023 | 56093 | 10/29/2022 | $5,255.25 |

**Totals:**   4 transfer(s),   $72,701.13

Platinum Security, Inc. (2277868)  
Bankruptcy Case: Bed Bath & Beyond Inc.  
May 14, 2024

Exhibit A

P. 1