**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Belz Investco GP** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112839 | $35,438.62 | 3/8/2023 | 00403-987815 | 3/1/2023 | $5,436.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112839 | $35,438.62 | 3/8/2023 | 00403-987814 | 3/1/2023 | $25,857.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112839 | $35,438.62 | 3/8/2023 | 00403-986052 | 3/1/2023 | $3,282.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112839 | $35,438.62 | 3/8/2023 | 00403-982662 | 3/1/2023 | $862.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112076 | $46,650.22 | 2/14/2023 | 00403-985561 | 2/14/2023 | $36,411.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112076 | $46,650.22 | 2/14/2023 | 00403-985560 | 2/14/2023 | $10,239.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111743 | $31,293.83 | 2/9/2023 | 00403-984465 | 2/1/2023 | $5,436.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111743 | $31,293.83 | 2/9/2023 | 00403-984464 | 2/1/2023 | $25,857.83 |

Totals:    3 transfer(s),    $113,382.67