**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Perrysburg Enterprises, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112478 | $72,945.76 | 3/8/2023 | 01226-986107 | 3/1/2023 | $60,950.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112478 | $72,945.76 | 3/8/2023 | 01226-986106 | 3/1/2023 | $11,995.48 |

**Totals:** 1 transfer(s), $72,945.76