**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　212-267-7342

|  |  |
|---|---|
| Defendant: | **Brabantia U.S.A. Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000789 | 1/3/2023 | $116.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000846 | 1/3/2023 | $61.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000779 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000780 | 1/3/2023 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000781 | 1/3/2023 | $111.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000782 | 1/3/2023 | $158.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000783 | 1/3/2023 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000784 | 1/3/2023 | $80.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000785 | 1/3/2023 | $108.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000786 | 1/3/2023 | $45.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080896 | 12/23/2022 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000788 | 1/3/2023 | $121.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080895 | 12/23/2022 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000790 | 1/3/2023 | $108.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000791 | 1/3/2023 | $124.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000792 | 1/3/2023 | $34.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000793 | 1/3/2023 | $25.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000794 | 1/3/2023 | $35.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000795 | 1/3/2023 | $118.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000796 | 1/3/2023 | $103.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000797 | 1/3/2023 | $22.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000798 | 1/3/2023 | $108.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000787 | 1/3/2023 | $29.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080563 | 12/21/2022 | $22.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080419 | 12/20/2022 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080420 | 12/20/2022 | $122.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080421 | 12/20/2022 | $46.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080422 | 12/20/2022 | $99.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080556 | 12/21/2022 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080557 | 12/21/2022 | $122.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080558 | 12/21/2022 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080559 | 12/21/2022 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080560 | 12/21/2022 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000778 | 1/3/2023 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080562 | 12/21/2022 | $46.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000801 | 1/3/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080564 | 12/21/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080565 | 12/21/2022 | $124.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080784 | 12/22/2022 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080785 | 12/22/2022 | $124.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080786 | 12/22/2022 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080787 | 12/22/2022 | $118.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080892 | 12/23/2022 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080893 | 12/23/2022 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080894 | 12/23/2022 | $46.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080561 | 12/21/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000836 | 1/3/2023 | $20.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000825 | 1/3/2023 | $238.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000826 | 1/3/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000827 | 1/3/2023 | $118.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000828 | 1/3/2023 | $25.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000829 | 1/3/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000830 | 1/3/2023 | $108.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000831 | 1/3/2023 | $108.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000832 | 1/3/2023 | $20.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000833 | 1/3/2023 | $35.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000799 | 1/3/2023 | $63.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000835 | 1/3/2023 | $46.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000822 | 1/3/2023 | $122.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000837 | 1/3/2023 | $22.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000838 | 1/3/2023 | $71.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000839 | 1/3/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000840 | 1/3/2023 | $20.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000841 | 1/3/2023 | $121.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000842 | 1/3/2023 | $118.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000843 | 1/3/2023 | $148.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000844 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22061315 | 10/12/2022 | $185.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000834 | 1/3/2023 | $21.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000812 | 1/3/2023 | $33.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080416 | 12/20/2022 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000802 | 1/3/2023 | $114.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000803 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000804 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000805 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000806 | 1/3/2023 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000807 | 1/3/2023 | $29.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000808 | 1/3/2023 | $108.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000809 | 1/3/2023 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000824 | 1/3/2023 | $33.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000811 | 1/3/2023 | $148.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000823 | 1/3/2023 | $118.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000813 | 1/3/2023 | $111.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000814 | 1/3/2023 | $118.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000815 | 1/3/2023 | $41.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000816 | 1/3/2023 | $121.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000817 | 1/3/2023 | $27.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000818 | 1/3/2023 | $169.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000819 | 1/3/2023 | $46.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000820 | 1/3/2023 | $23.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000821 | 1/3/2023 | $122.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000800 | 1/3/2023 | $103.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000810 | 1/3/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077671 | 12/9/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077180 | 12/7/2022 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077231 | 12/8/2022 | $9,435.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077312 | 12/8/2022 | $64.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077313 | 12/8/2022 | $27.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077314 | 12/8/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077315 | 12/8/2022 | $49.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077316 | 12/8/2022 | $19.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077317 | 12/8/2022 | $45.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077554 | 12/9/2022 | $30.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078080 | 12/12/2022 | $51.46 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077556 | 12/9/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077177 | 12/7/2022 | $38.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077672 | 12/9/2022 | $139.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078072 | 12/12/2022 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078073 | 12/12/2022 | $119.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078074 | 12/12/2022 | $120.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078075 | 12/12/2022 | $103.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078076 | 12/12/2022 | $136.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078077 | 12/12/2022 | $119.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078078 | 12/12/2022 | $103.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080418 | 12/20/2022 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077555 | 12/9/2022 | $122.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077034 | 12/7/2022 | $122.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22063729 | 10/21/2022 | $185.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22064879 | 10/25/2022 | $784.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22064897 | 10/25/2022 | $650.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22076929 | 12/6/2022 | $22.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22076931 | 12/7/2022 | $1,482.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22076932 | 12/7/2022 | $741.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22076933 | 12/7/2022 | $185.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22076934 | 12/7/2022 | $123.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22076935 | 12/7/2022 | $185.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077179 | 12/7/2022 | $52.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077033 | 12/7/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077178 | 12/7/2022 | $381.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077035 | 12/7/2022 | $22.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077036 | 12/7/2022 | $153.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077037 | 12/7/2022 | $125.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077038 | 12/7/2022 | $50.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077039 | 12/7/2022 | $52.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077173 | 12/7/2022 | $39.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077174 | 12/7/2022 | $23.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077175 | 12/7/2022 | $20.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22077176 | 12/7/2022 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078081 | 12/12/2022 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22076936 | 12/7/2022 | $247.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080156 | 12/19/2022 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080145 | 12/19/2022 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080146 | 12/19/2022 | $122.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080147 | 12/19/2022 | $357.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080148 | 12/19/2022 | $23.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080149 | 12/19/2022 | $41.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080150 | 12/19/2022 | $136.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080151 | 12/19/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080152 | 12/19/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080153 | 12/19/2022 | $131.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078079 | 12/12/2022 | $122.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080155 | 12/19/2022 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079532 | 12/16/2022 | $35.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080157 | 12/19/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080158 | 12/19/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080159 | 12/19/2022 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080160 | 12/19/2022 | $54.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080161 | 12/19/2022 | $29.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080162 | 12/19/2022 | $25.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080163 | 12/19/2022 | $35.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080164 | 12/19/2022 | $100.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000847 | 1/3/2023 | $108.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080154 | 12/19/2022 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078911 | 12/14/2022 | $119.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078472 | 12/12/2022 | $119.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078473 | 12/12/2022 | $135.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078621 | 12/13/2022 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078622 | 12/13/2022 | $25.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078623 | 12/13/2022 | $122.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078624 | 12/13/2022 | $46.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078625 | 12/13/2022 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078626 | 12/13/2022 | $28.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078813 | 12/13/2022 | $119.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080144 | 12/19/2022 | $61.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078910 | 12/14/2022 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080143 | 12/19/2022 | $46.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078912 | 12/14/2022 | $122.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079052 | 12/14/2022 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079341 | 12/15/2022 | $119.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079342 | 12/15/2022 | $52.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079343 | 12/15/2022 | $23.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079528 | 12/16/2022 | $120.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079529 | 12/16/2022 | $80.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079530 | 12/16/2022 | $46.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22079531 | 12/16/2022 | $42.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22080417 | 12/20/2022 | $25.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 22078826 | 12/13/2022 | $23.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018191 | 4/3/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000845 | 1/3/2023 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017649 | 3/30/2023 | $38.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017736 | 3/30/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017819 | 3/31/2023 | $116.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017820 | 3/31/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018185 | 4/3/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018186 | 4/3/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018187 | 4/3/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018188 | 4/3/2023 | $22.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017647 | 3/30/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018190 | 4/3/2023 | $52.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017646 | 3/30/2023 | $35.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018192 | 4/3/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018193 | 4/3/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018194 | 4/3/2023 | $128.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018195 | 4/3/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018196 | 4/3/2023 | $126.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018197 | 4/3/2023 | $22.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018198 | 4/3/2023 | $23.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018199 | 4/3/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018200 | 4/3/2023 | $121.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018189 | 4/3/2023 | $25.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017313 | 3/28/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016722 | 3/27/2023 | $47.87 |

**Transfers During Preference Period**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016723 | 3/27/2023 | $120.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016724 | 3/27/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017026 | 3/27/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017175 | 3/28/2023 | $121.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017176 | 3/28/2023 | $46.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017177 | 3/28/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017178 | 3/28/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017179 | 3/28/2023 | $34.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017648 | 3/30/2023 | $46.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017181 | 3/28/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018203 | 4/3/2023 | $125.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017314 | 3/28/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017424 | 3/29/2023 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017425 | 3/29/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017426 | 3/29/2023 | $108.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017427 | 3/29/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017536 | 3/29/2023 | $33.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017643 | 3/30/2023 | $35.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017644 | 3/30/2023 | $61.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017645 | 3/30/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23017180 | 3/28/2023 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019007 | 4/5/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018657 | 4/4/2023 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018756 | 4/4/2023 | $52.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018889 | 4/5/2023 | $108.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018890 | 4/5/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018891 | 4/5/2023 | $125.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018892 | 4/5/2023 | $66.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018893 | 4/5/2023 | $120.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018894 | 4/5/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018895 | 4/5/2023 | $29.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018201 | 4/3/2023 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018897 | 4/5/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018654 | 4/4/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019026 | 4/5/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019114 | 4/6/2023 | $44.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019115 | 4/6/2023 | $136.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019116 | 4/6/2023 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019117 | 4/6/2023 | $19.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019118 | 4/6/2023 | $46.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019119 | 4/6/2023 | $45.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019120 | 4/6/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019121 | 4/6/2023 | $33.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018896 | 4/5/2023 | $122.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018522 | 4/3/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016719 | 3/27/2023 | $52.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018204 | 4/3/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018205 | 4/3/2023 | $141.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018206 | 4/3/2023 | $121.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018207 | 4/3/2023 | $49.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018208 | 4/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018209 | 4/3/2023 | $136.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018210 | 4/3/2023 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018211 | 4/3/2023 | $47.87 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018656 | 4/4/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018521 | 4/3/2023 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018655 | 4/4/2023 | $33.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018527 | 4/3/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018646 | 4/4/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018647 | 4/4/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018648 | 4/4/2023 | $122.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018649 | 4/4/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018650 | 4/4/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018651 | 4/4/2023 | $58.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018652 | 4/4/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018653 | 4/4/2023 | $121.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018202 | 4/3/2023 | $118.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23018520 | 4/3/2023 | $125.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000883 | 1/3/2023 | $56.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000872 | 1/3/2023 | $118.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000873 | 1/3/2023 | $130.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000874 | 1/3/2023 | $29.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000875 | 1/3/2023 | $141.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000876 | 1/3/2023 | $28.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000877 | 1/3/2023 | $146.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000878 | 1/3/2023 | $122.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000879 | 1/3/2023 | $49.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000880 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000893 | 1/3/2023 | $139.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000882 | 1/3/2023 | $40.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000869 | 1/3/2023 | $25.17 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000884 | 1/3/2023 | $45.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000885 | 1/3/2023 | $118.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000886 | 1/3/2023 | $278.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000887 | 1/3/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000888 | 1/3/2023 | $64.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000889 | 1/3/2023 | $103.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000890 | 1/3/2023 | $20.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000891 | 1/3/2023 | $20.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016721 | 3/27/2023 | $99.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000881 | 1/3/2023 | $118.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000859 | 1/3/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000848 | 1/3/2023 | $222.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000849 | 1/3/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000850 | 1/3/2023 | $20.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000851 | 1/3/2023 | $108.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000852 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000853 | 1/3/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000854 | 1/3/2023 | $141.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000855 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000856 | 1/3/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000871 | 1/3/2023 | $35.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000858 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000870 | 1/3/2023 | $120.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000860 | 1/3/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000861 | 1/3/2023 | $20.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000862 | 1/3/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000863 | 1/3/2023 | $41.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000864 | 1/3/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000865 | 1/3/2023 | $46.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000866 | 1/3/2023 | $33.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000867 | 1/3/2023 | $108.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000868 | 1/3/2023 | $19.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000894 | 1/3/2023 | $121.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000857 | 1/3/2023 | $29.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016275 | 3/24/2023 | $41.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001678 | 1/5/2023 | $120.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001679 | 1/5/2023 | $49.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001680 | 1/5/2023 | $35.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001681 | 1/5/2023 | $32.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001682 | 1/5/2023 | $61.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001683 | 1/5/2023 | $103.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001823 | 1/5/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | RTV92090033R | 8/3/2022 | $119.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23015538 | 3/20/2023 | $131.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23000892 | 1/3/2023 | $35.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016090 | 3/23/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001464 | 1/4/2023 | $22.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016276 | 3/24/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016712 | 3/27/2023 | $103.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016713 | 3/27/2023 | $101.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016714 | 3/27/2023 | $47.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016715 | 3/27/2023 | $52.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016716 | 3/27/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016717 | 3/27/2023 | $122.43 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016718 | 3/27/2023 | $65.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23019122 | 4/6/2023 | $46.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23015539 | 3/20/2023 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001353 | 1/4/2023 | $25.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001338 | 1/4/2023 | $136.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001339 | 1/4/2023 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001340 | 1/4/2023 | $136.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001341 | 1/4/2023 | $125.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001342 | 1/4/2023 | $125.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001343 | 1/4/2023 | $122.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001344 | 1/4/2023 | $118.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001345 | 1/4/2023 | $125.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001346 | 1/4/2023 | $125.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001677 | 1/5/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001352 | 1/4/2023 | $121.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001616 | 1/5/2023 | $228.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001364 | 1/4/2023 | $119.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001456 | 1/4/2023 | $40.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001457 | 1/4/2023 | $29.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001458 | 1/4/2023 | $132.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001459 | 1/4/2023 | $45.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001460 | 1/4/2023 | $42.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001461 | 1/4/2023 | $33.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001462 | 1/4/2023 | $56.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001463 | 1/4/2023 | $111.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823396 | $6,702.51 | 4/13/2023 | 23016720 | 3/27/2023 | $121.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823115 | $30,416.27 | 3/10/2023 | 23001347 | 1/4/2023 | $118.85 |

**Totals:**     2 transfer(s),    $37,118.78