**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Open Text, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112691 | $240.00 | 3/1/2023 | 9003215952 | 7/3/2022 | $240.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112678 | $28,472.78 | 3/1/2023 | 9003251986:4/24/2023-9/30/2023 | 8/2/2022 | $12,481.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112678 | $28,472.78 | 3/1/2023 | 9003251986:3/1/2023-4/23/2023 | 8/2/2022 | $4,212.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112678 | $28,472.78 | 3/1/2023 | 9003251986:10/1/2022-2/28/2023 | 8/2/2022 | $11,779.15 |

Totals:    2 transfer(s),    $28,712.78