# ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **OneTrust LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112656 | $161,684.00 | 3/13/2023 | USSI-54321 | 11/4/2022 | $373,365.18 |

**Totals:** 1 transfer(s), $161,684.00

---

OneTrust LLC (2277799)
Bankruptcy Case: Bed Bath & Beyond Inc.
May 14, 2024

Exhibit A