# ASK LLP
## ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Oliver Wyman, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113291 | $20,883.33 | 3/16/2023 | 66700 | 10/12/2022 | $20,883.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113041 | $20,283.37 | 3/10/2023 | 65215 | 4/20/2022 | $20,283.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113013 | $104,416.65 | 3/10/2023 | 66416 | 9/16/2022 | $20,883.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113013 | $104,416.65 | 3/10/2023 | 66198 | 8/19/2022 | $20,883.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113013 | $104,416.65 | 3/10/2023 | 65989 | 7/27/2022 | $20,883.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113013 | $104,416.65 | 3/10/2023 | 65732 | 6/22/2022 | $20,883.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113013 | $104,416.65 | 3/10/2023 | 65458 | 5/20/2022 | $20,883.33 |

**Totals:** 3 transfer(s),    $145,583.35