

ASK LLP — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

**Defendant:** **Cellco Partnership dba Verizon Wireless**  
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**  
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9923714192 | 12/23/2022 | $243.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9921329095 | 11/23/2022 | $2,037.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9918947736 | 10/23/2022 | $2,360.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9911681761 | 12/8/2022 | $2,129.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9907742054 | 6/1/2022 | $5,222.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9907043314 | 5/21/2022 | $2,047.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9905392418 | 5/1/2022 | $9,179.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9903063884 | 4/1/2022 | $9,179.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9902375002 | 3/21/2022 | $44,630.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9900748416 | 3/1/2022 | $9,223.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112663 | $96,630.57 | 2/24/2023 | 9891141318 | 12/8/2022 | $10,378.16 |

**Totals:** 1 transfer(s), $96,630.57