# ASK LLP
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

**Defendant:** **Clean Earth Environmental Solutions, Inc.**  
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**  
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112492 | $95,377.03 | 1/23/2023 | BBB297 | 11/21/2022 | $95,377.03 |
| **Totals:** | | 1 transfer(s), | $95,377.03 | | | | |