# ASK LLP
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Cleo Communications, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113373 | $45,200.00 | 4/3/2023 | 108099 | 1/31/2023 | $480.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113373 | $45,200.00 | 4/3/2023 | 105304 | 10/31/2022 | $960.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113373 | $45,200.00 | 4/3/2023 | 104172 | 9/30/2022 | $7,560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113373 | $45,200.00 | 4/3/2023 | 103734 | 9/20/2022 | $36,200.00 |

**Totals:** 1 transfer(s), $45,200.00