

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

|  |  |
|---|---|
| Defendant: | **Monica & Andy, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-893242 | 11/16/2022 | $39.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-772052 | 3/16/2022 | $4,034.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892862 | 11/15/2022 | $172.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-893191 | 11/16/2022 | $199.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-893208 | 11/16/2022 | $314.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-893211 | 11/16/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-893215 | 11/16/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892852 | 11/15/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-893230 | 11/16/2022 | $58.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892851 | 11/15/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896362 | 11/23/2022 | $89.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896372 | 11/23/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896373 | 11/23/2022 | $92.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896374 | 11/23/2022 | $64.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896375 | 11/23/2022 | $22.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896376 | 11/23/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-893221 | 11/16/2022 | $60.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892813 | 11/15/2022 | $92.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-884592 | 10/25/2022 | $137.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-884873 | 10/26/2022 | $558.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-889533 | 11/7/2022 | $22.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-889540 | 11/7/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-889542 | 11/7/2022 | $324.00 |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-889544 | 11/7/2022 | $164.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892853 | 11/15/2022 | $20.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-889553RP | 11/7/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896379 | 11/23/2022 | $72.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892814 | 11/15/2022 | $110.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892827 | 11/15/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892832 | 11/15/2022 | $186.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892833 | 11/15/2022 | $22.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892841 | 11/15/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-892842 | 11/15/2022 | $136.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-889545 | 11/7/2022 | $100.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896406 | 11/23/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896397 | 11/23/2022 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896398 | 11/23/2022 | $70.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896399 | 11/23/2022 | $67.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896400 | 11/23/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896401 | 11/23/2022 | $34.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896402 | 11/23/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896377 | 11/23/2022 | $20.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896404 | 11/23/2022 | $136.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-889394 | 11/23/2022 | $79.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896407 | 11/23/2022 | $40.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896408 | 11/23/2022 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896409 | 11/23/2022 | $105.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896410 | 11/23/2022 | $58.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902517 | 12/2/2022 | $67.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902519 | 12/2/2022 | $167.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896403 | 11/23/2022 | $45.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896387 | 11/23/2022 | $22.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-884517 | 10/25/2022 | $159.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896380 | 11/23/2022 | $339.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896381 | 11/23/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896382 | 11/23/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896383 | 11/23/2022 | $158.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896384 | 11/23/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896396 | 11/23/2022 | $70.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896386 | 11/23/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896395 | 11/23/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896388 | 11/23/2022 | $92.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896389 | 11/23/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896390 | 11/23/2022 | $34.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896391 | 11/23/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896392 | 11/23/2022 | $67.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896393 | 11/23/2022 | $70.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896378 | 11/23/2022 | $90.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-896385 | 11/23/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872457 | 12/13/2022 | $2,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872447 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872449 | 12/13/2022 | $2,349.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872450 | 12/13/2022 | $2,699.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872451 | 12/13/2022 | $1,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872452 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872453 | 12/13/2022 | $2,299.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872465 | 12/13/2022 | $2,349.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872456 | 12/13/2022 | $1,899.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872444 | 12/13/2022 | $2,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872458 | 12/13/2022 | $2,299.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872459 | 12/13/2022 | $2,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872460 | 12/13/2022 | $2,699.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872462 | 12/13/2022 | $5,543.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872463 | 12/13/2022 | $2,749.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-884522 | 10/25/2022 | $20.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872455 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872434 | 12/13/2022 | $2,699.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872425 | 12/13/2022 | $1,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872426 | 12/13/2022 | $7,309.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872428 | 12/13/2022 | $1,949.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872429 | 12/13/2022 | $1,949.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872430 | 12/13/2022 | $8,247.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872431 | 12/13/2022 | $4,160.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872446 | 12/13/2022 | $4,160.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872433 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872445 | 12/13/2022 | $1,949.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872435 | 12/13/2022 | $2,349.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872436 | 12/13/2022 | $7,309.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872437 | 12/13/2022 | $2,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872439 | 12/13/2022 | $3,947.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872440 | 12/13/2022 | $2,699.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872442 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872466 | 12/13/2022 | $2,749.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872432 | 12/13/2022 | $2,849.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876553 | 10/13/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872497 | 12/13/2022 | $3,760.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872531 | 10/4/2022 | $78.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876440 | 10/13/2022 | $22.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876444 | 10/13/2022 | $100.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876513 | 10/13/2022 | $190.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876517 | 10/13/2022 | $95.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872464 | 12/13/2022 | $2,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876549 | 10/13/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872493 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876558 | 10/13/2022 | $45.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876564 | 10/13/2022 | $145.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876575 | 10/13/2022 | $136.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-884487 | 10/25/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-884509 | 10/25/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902526 | 12/2/2022 | $84.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-876539 | 10/13/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872482 | 12/13/2022 | $2,349.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872468 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872471 | 12/13/2022 | $2,349.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872473 | 12/13/2022 | $2,699.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872474 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872475 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872478 | 12/13/2022 | $2,349.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872496 | 12/13/2022 | $1,949.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872480 | 12/13/2022 | $2,799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872494 | 12/13/2022 | $6,719.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872484 | 12/13/2022 | $2,699.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872487 | 12/13/2022 | $1,949.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872488 | 12/13/2022 | $2,349.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872489 | 12/13/2022 | $1,949.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872490 | 12/13/2022 | $2,849.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872491 | 12/13/2022 | $2,749.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-884519 | 10/25/2022 | $22.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-872479 | 12/13/2022 | $2,699.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902709 | 12/2/2022 | $70.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902700 | 12/2/2022 | $116.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902701 | 12/2/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902702 | 12/2/2022 | $68.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902703 | 12/2/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902705 | 12/2/2022 | $64.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902706 | 12/2/2022 | $136.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902724 | 12/2/2022 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902708 | 12/2/2022 | $181.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902693 | 12/2/2022 | $74.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902710 | 12/2/2022 | $100.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902711 | 12/2/2022 | $74.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902716 | 12/2/2022 | $97.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902718 | 12/2/2022 | $58.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902721 | 12/2/2022 | $166.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902658 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902707 | 12/2/2022 | $60.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902670 | 12/2/2022 | $100.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902524 | 12/2/2022 | $50.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902660 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902661 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902662 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902664 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902665 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902699 | 12/2/2022 | $53.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902669 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902694 | 12/2/2022 | $314.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902671 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902672 | 12/2/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902673 | 12/2/2022 | $125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902675 | 12/2/2022 | $64.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902677 | 12/2/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902678 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902727 | 12/2/2022 | $199.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902666 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915799 | 1/5/2023 | $799.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915790 | 1/5/2023 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915791 | 1/5/2023 | $217.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915792 | 1/5/2023 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915793 | 1/5/2023 | $834.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915794 | 1/5/2023 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915795 | 1/5/2023 | $325.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902723 | 12/2/2022 | $67.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915797 | 1/5/2023 | $532.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915785 | 1/5/2023 | $2,761.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915801 | 1/5/2023 | $836.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915803 | 1/5/2023 | $550.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915804 | 1/5/2023 | $1,498.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915805 | 1/5/2023 | $554.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915806 | 1/5/2023 | $1,157.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915807 | 1/5/2023 | $592.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915796 | 1/5/2023 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915453 | 1/4/2023 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902729 | 12/2/2022 | $28.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902730 | 12/2/2022 | $206.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-909106 | 12/15/2022 | $64.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-909109 | 12/15/2022 | $939.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-909111 | 12/15/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915450 | 1/4/2023 | $170.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915789 | 1/5/2023 | $225.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915452 | 1/4/2023 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915787 | 1/5/2023 | $845.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915454 | 1/4/2023 | $195.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915779 | 1/5/2023 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915781 | 1/5/2023 | $388.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915782 | 1/5/2023 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915783 | 1/5/2023 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915784 | 1/5/2023 | $142.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902656 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915451 | 1/4/2023 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902584 | 12/2/2022 | $368.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902545 | 12/2/2022 | $124.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902546 | 12/2/2022 | $28.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902547 | 12/2/2022 | $44.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902548 | 12/2/2022 | $25.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902580 | 12/2/2022 | $239.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902581 | 12/2/2022 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902594 | 12/2/2022 | $149.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902583 | 12/2/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902542 | 12/2/2022 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902586 | 12/2/2022 | $66.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902587 | 12/2/2022 | $402.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902589 | 12/2/2022 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902590 | 12/2/2022 | $138.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902591 | 12/2/2022 | $213.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902659 | 12/2/2022 | $100.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902582 | 12/2/2022 | $128.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902534 | 12/2/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-915809 | 1/5/2023 | $1,347.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902527 | 12/2/2022 | $67.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902528 | 12/2/2022 | $126.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902529 | 12/2/2022 | $80.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902530 | 12/2/2022 | $176.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902531 | 12/2/2022 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902544 | 12/2/2022 | $42.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902533 | 12/2/2022 | $20.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902543 | 12/2/2022 | $64.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902535 | 12/2/2022 | $89.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902536 | 12/2/2022 | $164.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902537 | 12/2/2022 | $120.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902538 | 12/2/2022 | $30.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902539 | 12/2/2022 | $60.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902540 | 12/2/2022 | $85.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902594M1 | 12/2/2022 | $74.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902532 | 12/2/2022 | $40.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902642 | 12/2/2022 | $125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902633 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902634 | 12/2/2022 | $100.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902635 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902636 | 12/2/2022 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902638 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902639 | 12/2/2022 | $125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902593 | 12/2/2022 | $128.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902641 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902626 | 12/2/2022 | $410.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902643 | 12/2/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902646 | 12/2/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902648 | 12/2/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902650 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902651 | 12/2/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902652 | 12/2/2022 | $175.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902640 | 12/2/2022 | $100.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902609 | 12/2/2022 | $53.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902594M2 | 12/2/2022 | $74.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902595 | 12/2/2022 | $22.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902597 | 12/2/2022 | $159.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902598 | 12/2/2022 | $175.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902599 | 12/2/2022 | $151.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902601 | 12/2/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902631 | 12/2/2022 | $75.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902606 | 12/2/2022 | $86.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902630 | 12/2/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902611 | 12/2/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902615 | 12/2/2022 | $245.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902617 | 12/2/2022 | $62.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902618 | 12/2/2022 | $165.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902619 | 12/2/2022 | $14.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902623 | 12/2/2022 | $89.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902525 | 12/2/2022 | $110.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823075 | $179,895.58 | 3/9/2023 | SI-902602 | 12/2/2022 | $95.00 |

**Totals:**    1 transfer(s),    $179,895.58