

## ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| **Defendant:** | **Mirakl Incorporated** |
| **Bankruptcy Case:** | **Bed Bath & Beyond Inc.** |
| **Preference Period:** | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002629WTCR | 1/31/2023 | $2,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113414 | $209,365.29 | 3/27/2023 | INV-US003369 | 1/13/2023 | $6,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113414 | $209,365.29 | 3/27/2023 | INV-US003389 | 1/17/2023 | $189,865.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113414 | $209,365.29 | 3/27/2023 | INV-US003505 | 2/17/2023 | $6,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002624WTCR | 1/31/2023 | $4,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002625WTCR | 1/31/2023 | $1,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002626WTCR | 1/31/2023 | $5,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113414 | $209,365.29 | 3/27/2023 | INV-US003240 | 12/20/2022 | $7,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002628WTCR | 1/31/2023 | $4,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US003219WTCR | 1/31/2023 | $196,266.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002644WTCRA | 1/31/2023 | $41,850.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002734WTCR | 1/31/2023 | $92,859.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002746WTCR | 1/31/2023 | $4,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002747WTCR | 1/31/2023 | $2,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002753WTCR | 1/31/2023 | $13,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002844WTCR | 1/31/2023 | $110,588.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002868WTCR | 1/31/2023 | $4,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $484,064.58 | 1/31/2023 | INV-US002627WTCR | 1/31/2023 | $2,500.00 |

**Totals:**    **2 transfer(s),**    **$693,429.87**