**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

---

| | |
|---|---|
| Defendant: | **Meridian Compensation Partners, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/30/2023 | $50,437.00 | 1/30/2023 | 37407 | 1/18/2022 | $23,530.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/30/2023 | $50,437.00 | 1/30/2023 | 37010 | 12/28/2022 | $26,907.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112493 | $95,018.00 | 1/25/2023 | 36522 | 11/28/2022 | $44,689.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112493 | $95,018.00 | 1/25/2023 | 36142 | 10/21/2022 | $30,864.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112493 | $95,018.00 | 1/25/2023 | 35787 | 9/21/2022 | $19,465.00 |

**Totals:**     2 transfer(s),     $145,455.00