**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　212-267-7342

Defendant: **Maxwell Builders, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112668 | $28,202.94 | 2/24/2023 | 3138-21-08 | 6/30/2022 | $7,375.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112668 | $28,202.94 | 2/24/2023 | 3138-21-06 | 4/30/2022 | $20,827.14 |
| **Totals:** | | **1 transfer(s),** | **$28,202.94** | | | | |