**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　212-267-7342

Defendant: **MagicLinks, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101189 | $65,000.00 | 4/6/2023 | 6207 | 6/25/2022 | $65,000.00 |
| **Totals:** | **1 transfer(s),** | **$65,000.00** | | | | | |

MagicLinks, Inc. (2277612)
Bankruptcy Case: Bed Bath & Beyond Inc.
May 14, 2024

Exhibit A

P. 1