**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Levin Management Corporation** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111666 | $14,269.72 | 2/9/2023 | 08027-982887 | 2/1/2023 | $1,380.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111666 | $14,269.72 | 2/9/2023 | 08027-982886 | 2/1/2023 | $11,585.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111666 | $14,269.72 | 2/9/2023 | 08027-982885 | 2/1/2023 | $1,303.58 |
| **Totals:** | | **1 transfer(s),** | **$14,269.72** | | | | |