

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| --- | --- | --- |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **Corvel Enterprise Comp, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113424 | $40,973.32 | 3/27/2023 | 1358504 | 2/20/2023 | $20,486.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113424 | $40,973.32 | 3/27/2023 | 1342943 | 1/20/2023 | $20,486.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113391 | $25,171.00 | 3/27/2023 | DEC2022 | 12/2/2022 | $25,171.00 |

Totals:    2 transfer(s),    $66,144.32