# ASK LLP
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Kids II Far East Limited** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/19/2023 | $812.96 | 4/19/2023 | PO:NX5M5NT, NX5M5NM, NX5M5NN_2 | 3/10/2023 | $812.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $621,000.00 | 4/18/2023 | PO:NX5M5NT, NX5M5NM, NX5M5NN_1 | 3/10/2023 | $256,611.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $621,000.00 | 4/18/2023 | PO:NX5M5NR | 3/9/2023 | $32,340.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $621,000.00 | 4/18/2023 | PO:NX5M5NP | 1/27/2023 | $77,675.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $621,000.00 | 4/18/2023 | PO:NX5M4QM, NX5M5NS | 3/6/2023 | $87,384.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $621,000.00 | 4/18/2023 | PO:NX5M4QK, NX5M4QL, NX5M5NQ | 3/8/2023 | $142,688.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $621,000.00 | 4/18/2023 | PO:NX5L7NU | 3/7/2023 | $24,300.00 |
| **Totals:** | | **2 transfer(s),** | **$621,812.96** | | | | |