**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **JTS Capital Realty 2 LLC**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112330 | $27,017.39 | 4/4/2023 | 00849-986842 | 3/1/2023 | $8,102.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112330 | $27,017.39 | 4/4/2023 | 00849-986841 | 3/1/2023 | $15,715.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112330 | $27,017.39 | 4/4/2023 | 00849-986840 | 3/1/2023 | $3,200.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111858 | $27,017.39 | 2/23/2023 | 00849-983504 | 2/1/2023 | $8,102.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111858 | $27,017.39 | 2/23/2023 | 00849-983503 | 2/1/2023 | $15,715.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111858 | $27,017.39 | 2/23/2023 | 00849-983502 | 2/1/2023 | $3,200.00 |

Totals:    2 transfer(s),    $54,034.78