

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Johanson Transportation Service** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $267,437.97 | 4/20/2023 | WeekEnd:2/1/2023 | 2/1/2023 | $267,437.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $196,355.01 | 3/27/2023 | WeekEnd:1/25/2023 | 1/25/2023 | $196,355.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $119,498.26 | 3/17/2023 | WeekEnd:1/18/2023 | 1/18/2023 | $119,498.26 |

**Totals:**   **3 transfer(s),**   **$583,291.24**