# ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Intralinks, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $322,403.80 | 4/18/2023 | INV01895113 | 4/10/2023 | $191,076.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $322,403.80 | 4/18/2023 | INV01868360 | 3/8/2023 | $9,119.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/18/2023 | $322,403.80 | 4/18/2023 | INV01843206 | 2/7/2023 | $122,208.10 |

**Totals:** **1 transfer(s),** **$322,403.80**