

**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Intelligrated Systems, LLC**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 171952 | 11/16/2022 | $5,112.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 173412 | 2/14/2023 | $37,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 173002 | 1/20/2023 | $12,381.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 172960 | 1/18/2023 | $16,914.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 172680 | 12/28/2022 | $1,536.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 172555 | 12/21/2022 | $19,064.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 172132 | 11/29/2022 | $12,099.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 172131 | 11/29/2022 | $19,064.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112675 | $201,996.55 | 2/24/2023 | 171366 | 10/19/2022 | $18,387.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 172001 | 11/18/2022 | $8,907.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 9768235 | 11/5/2022 | $5,430.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 171951 | 11/16/2022 | $1,775.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 171843 | 11/8/2022 | $27,359.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 171380 | 10/20/2022 | $2,911.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113014 | $1,259.44 | 3/10/2023 | 9793228 | 2/1/2023 | $1,259.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112995 | $334,487.25 | 3/8/2023 | 171613 | 11/1/2022 | $334,487.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112675 | $201,996.55 | 2/24/2023 | 171610 | 11/1/2022 | $520,532.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112675 | $201,996.55 | 2/24/2023 | 171373 | 10/20/2022 | $13,041.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112675 | $201,996.55 | 2/24/2023 | 171368 | 10/20/2022 | $13,132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 172004 | 11/18/2022 | $1,315.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113384 | $408,131.19 | 3/27/2023 | 173180 | 1/31/2023 | $408,131.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 9792327 | 1/30/2023 | $1,321.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 9788863 | 1/19/2023 | $1,233.57 |

Intelligrated Systems, LLC (2277446)  
Bankruptcy Case: Bed Bath & Beyond Inc.  
May 14, 2024

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 173718 | 3/2/2023 | $7,067.11 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 173198 | 2/1/2023 | $12,191.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 173188 | 2/1/2023 | $12,099.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 173181 | 1/31/2023 | $334,487.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 173001 | 1/20/2023 | $1,349.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113708 | $389,008.63 | 4/18/2023 | 172959 | 1/18/2023 | $19,259.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 173413 | 2/14/2023 | $37,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113564 | $988,523.50 | 4/6/2023 | 173174 | 1/31/2023 | $520,532.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 173414 | 2/14/2023 | $37,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113273 | $408,131.19 | 3/16/2023 | 171612 | 11/1/2022 | $408,131.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 9783923 | 1/4/2023 | $1,344.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 9782264 | 12/28/2022 | $854.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 9780941 | 12/20/2022 | $244.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 9779321 | 12/14/2022 | $9,692.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 9776761 | 12/7/2022 | $8,097.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113063 | $266,885.36 | 3/10/2023 | 9771118 | 11/16/2022 | $281.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113712 | $71.98 | 4/18/2023 | 9779716 | 12/15/2022 | $71.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113564 | $988,523.50 | 4/6/2023 | 173177 | 1/31/2023 | $467,991.25 |

Totals:    9 transfer(s),    $2,998,495.09