**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Infosys Limited**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113393 | $555,513.00 | 3/27/2023 | 1000501039_2 | 2/1/2023 | $833,333.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113281 | $555,553.00 | 3/16/2023 | 1000501039_1 | 2/1/2023 | $833,333.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113069 | $416,667.00 | 3/10/2023 | 1000501017_2 | 2/1/2023 | $833,334.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112930 | $416,667.00 | 3/3/2023 | 1000501017_1 | 2/1/2023 | $833,334.00 |

Totals: 4 transfer(s), $1,944,400.00