

ASK LLP — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| **Defendant:** | **IMC Companies, LLC fdba Pacific Dryage Services LLC** |
| **Bankruptcy Case:** | **Bed Bath & Beyond Inc.** |
| **Preference Period:** | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240038 | 1/27/2023 | $1,157.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238328 | 1/7/2023 | $1,069.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239459 | 12/31/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239619 | 1/21/2023 | $683.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239620 | 1/21/2023 | $797.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239623 | 1/27/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239624 | 1/27/2023 | $987.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239457 | 12/30/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239626 | 1/27/2023 | $932.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239456 | 12/30/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240041 | 1/21/2023 | $731.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240046 | 1/21/2023 | $851.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240257 | 1/7/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240258 | 1/7/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240259 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240260 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239625 | 1/21/2023 | $947.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238650 | 1/14/2023 | $803.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242238 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238332 | 1/12/2023 | $665.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238335 | 1/21/2023 | $1,307.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238338 | 1/7/2023 | $1,079.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238339 | 1/13/2023 | $1,159.45 |

IMC Companies, LLC fdba Pacific Dryage Services LLC (2277712)  
Bankruptcy Case: Bed Bath & Beyond Inc.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238340 | 1/14/2023 | $1,043.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239458 | 12/30/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238649 | 1/21/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240263 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238656_1 | 1/27/2023 | $1,336.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238939 | 12/24/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238940 | 12/24/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238947 | 12/24/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239454 | 12/30/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-239455 | 12/30/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238341 | 1/12/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-241230 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240846 | 1/27/2023 | $773.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240854 | 1/27/2023 | $746.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240855 | 1/27/2023 | $921.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240863 | 1/27/2023 | $811.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-241078 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-241079 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240261 | 1/7/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-241229 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240820 | 1/27/2023 | $763.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-241231 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242037 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242038 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242178 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242179 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-234182 | 1/14/2023 | $2,192.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-241080 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240610 | 1/21/2023 | $1,013.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238034 | 1/13/2023 | $1,155.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240589 | 1/27/2023 | $883.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240590 | 1/27/2023 | $1,003.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240592 | 1/27/2023 | $973.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240593 | 1/27/2023 | $1,263.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240594 | 1/27/2023 | $726.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240827 | 1/27/2023 | $803.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240609 | 1/21/2023 | $1,081.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240824 | 1/27/2023 | $803.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240611 | 1/21/2023 | $978.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240612 | 1/21/2023 | $763.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240613 | 1/27/2023 | $750.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240614 | 1/27/2023 | $1,117.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240615 | 1/27/2023 | $1,027.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240616 | 1/27/2023 | $932.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240262 | 1/13/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-240599 | 1/27/2023 | $1,117.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236539 | 1/14/2023 | $1,754.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238329 | 1/21/2023 | $1,225.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236532 | 12/30/2022 | $1,400.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236533 | 12/29/2022 | $987.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236534 | 12/30/2022 | $1,112.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236535 | 12/30/2022 | $1,067.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236536 | 12/30/2022 | $1,027.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236530 | 12/31/2022 | $1,418.25 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236538 | 12/24/2022 | $1,072.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236529 | 12/31/2022 | $867.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236540 | 1/12/2023 | $1,632.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236541 | 1/7/2023 | $1,467.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236542 | 1/7/2023 | $1,674.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236543 | 1/12/2023 | $2,272.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236544 | 1/12/2023 | $2,497.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237149 | 1/7/2023 | $1,225.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236537 | 12/31/2022 | $1,272.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236134 | 12/23/2022 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-235772 | 1/7/2023 | $1,152.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-235774 | 1/7/2023 | $2,152.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236122 | 12/23/2022 | $1,053.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236125 | 12/24/2022 | $1,037.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236127 | 12/23/2022 | $1,032.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236130 | 12/23/2022 | $914.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236531 | 12/30/2022 | $987.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236132 | 12/23/2022 | $938.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237156 | 12/31/2022 | $912.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236135 | 12/24/2022 | $888.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236136 | 12/24/2022 | $803.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236137 | 12/24/2022 | $1,291.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236526 | 12/23/2022 | $1,079.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236527 | 12/30/2022 | $1,154.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236528 | 12/31/2022 | $1,272.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-236131 | 12/23/2022 | $1,032.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238023 | 1/21/2023 | $1,912.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238008 | 1/21/2023 | $1,307.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238009 | 1/14/2023 | $1,067.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238011 | 1/21/2023 | $1,057.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238012 | 1/21/2023 | $1,380.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238013 | 1/21/2023 | $1,437.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238014 | 1/21/2023 | $1,307.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237154 | 1/7/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238016 | 1/21/2023 | $1,595.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237850 | 12/17/2022 | $217.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238025 | 1/21/2023 | $962.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238028 | 1/12/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238029 | 1/12/2023 | $1,279.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238030 | 1/7/2023 | $683.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238031 | 1/7/2023 | $723.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238032 | 1/7/2023 | $986.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238015 | 1/21/2023 | $1,147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237510 | 1/7/2023 | $1,234.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242239 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237157 | 1/7/2023 | $1,218.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237158 | 1/7/2023 | $1,152.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237159 | 12/31/2022 | $1,177.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237162 | 1/14/2023 | $1,107.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237163 | 1/7/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-238006 | 1/21/2023 | $1,323.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237509 | 1/7/2023 | $1,067.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237903 | 12/22/2022 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237511 | 1/7/2023 | $1,312.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237512 | 1/7/2023 | $1,312.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237513 | 1/12/2023 | $1,227.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237514 | 1/7/2023 | $1,232.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237515 | 1/7/2023 | $898.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237516 | 1/7/2023 | $813.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237155 | 1/12/2023 | $792.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-237504 | 1/14/2023 | $1,652.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238005 | 1/27/2023 | $1,547.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246032 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | PD-P09555 | 2/21/2023 | $1,260.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | PD-P09556 | 2/21/2023 | $1,250.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-237995 | 1/27/2023 | $1,387.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238001 | 1/27/2023 | $1,587.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238002 | 1/27/2023 | $1,387.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | PD-P09549 | 2/21/2023 | $473.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238004 | 1/27/2023 | $1,427.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | PD-P09510_2 | 2/13/2023 | $66,759.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238024 | 1/27/2023 | $1,855.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238026 | 1/27/2023 | $1,792.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238027 | 1/27/2023 | $2,002.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238651 | 1/28/2023 | $1,187.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238652 | 1/27/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238653 | 1/27/2023 | $797.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238003 | 1/27/2023 | $1,147.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 78-100927 | 2/23/2023 | $2,153.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242180 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246034 | 3/10/2023 | $560.00 |

IMC Companies, LLC fdba Pacific Dryage Services LLC (2277712)
Bankruptcy Case: Bed Bath & Beyond Inc.
May 14, 2024

Exhibit A

P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246035 | 3/10/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246036 | 3/10/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246037 | 3/10/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246038 | 3/10/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | PD-P09553 | 2/21/2023 | $158.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246141 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238656_2 | 1/27/2023 | $5.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 78-101375 | 2/23/2023 | $2,192.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 78-101426 | 2/23/2023 | $1,888.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | DM-G6278 | 3/6/2023 | $1,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | DM-G6279 | 3/6/2023 | $240.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | PD-P09466 | 2/21/2023 | $473.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | PD-P09467 | 2/21/2023 | $630.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246039 | 3/10/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09487 | 2/13/2023 | $57,672.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100892 | 2/10/2023 | $1,342.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-101196 | 2/16/2023 | $1,519.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-101197 | 2/11/2023 | $1,957.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-101239 | 2/16/2023 | $2,022.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-101240 | 2/17/2023 | $2,192.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | DM-G6270 | 2/7/2023 | $1,880.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238654 | 1/27/2023 | $1,107.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09465 | 2/13/2023 | $630.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100752 | 2/9/2023 | $1,348.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09488 | 2/13/2023 | $32,524.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09489 | 2/13/2023 | $27,904.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09504 | 2/13/2023 | $27,274.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09505 | 2/13/2023 | $27,274.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09510_1 | 2/13/2023 | $17,577.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09512 | 2/13/2023 | $28,114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | DM-G6271 | 2/7/2023 | $800.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100707 | 1/28/2023 | $1,242.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246031 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238657 | 1/27/2023 | $932.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238658 | 1/27/2023 | $1,267.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-240591 | 1/28/2023 | $683.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-242808 | 2/9/2023 | $1,923.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100656 | 1/28/2023 | $1,212.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100890 | 2/17/2023 | $2,097.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100658 | 2/2/2023 | $1,670.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100753 | 2/4/2023 | $1,512.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100708 | 2/3/2023 | $1,342.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100709 | 2/2/2023 | $1,442.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100710 | 2/3/2023 | $1,652.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100712 | 2/4/2023 | $1,732.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100714 | 2/9/2023 | $1,612.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100751 | 2/4/2023 | $1,757.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 57-238655 | 1/27/2023 | $1,167.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | 78-100657 | 2/2/2023 | $1,822.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240058 | 3/9/2023 | $2,405.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246033 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242616 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 78-100655 | 1/27/2023 | $1,572.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | DM-G6237A | 12/19/2022 | $600.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | DM-G6238A | 12/19/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | DM-G6243 | 1/10/2023 | $120.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242435 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240057 | 3/9/2023 | $683.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242434 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240596 | 3/10/2023 | $2,837.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240597 | 3/10/2023 | $707.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240598 | 3/9/2023 | $797.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240826 | 3/9/2023 | $2,458.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240832 | 3/9/2023 | $2,325.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240856 | 3/10/2023 | $683.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | O/A:ACH:3/17/2023 | | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242427 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242240 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242241 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242242 | 1/21/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242406 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242407 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242408 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242436 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242410 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240861 | 3/10/2023 | $2,413.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242428 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242429 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242430 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242431 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242432 | 1/27/2023 | $560.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242433 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $150,000.00 | 3/17/2023 | 57-242409 | 1/27/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-245998 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242579 | 3/10/2023 | $2,363.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242581 | 3/9/2023 | $2,363.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242582 | 3/10/2023 | $683.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242583 | 3/9/2023 | $2,323.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242584 | 3/9/2023 | $725.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242585 | 3/11/2023 | $2,283.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240857 | 3/10/2023 | $2,448.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-245997 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242125 | 3/9/2023 | $2,283.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-245999 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246000 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246009 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246010 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246027 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-246028 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-245996 | 3/9/2023 | $560.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242108 | 3/10/2023 | $1,963.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $300,000.00 | 4/7/2023 | PD-P09513 | 2/13/2023 | $24,964.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242083 | 3/9/2023 | $641.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242096 | 3/9/2023 | $2,323.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242097 | 3/9/2023 | $2,493.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242099 | 3/10/2023 | $2,123.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242103 | 3/9/2023 | $726.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242578 | 3/9/2023 | $683.20 |

IMC Companies, LLC fdba Pacific Dryage Services LLC (2277712)
Bankruptcy Case: Bed Bath & Beyond Inc.

May 14, 2024

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242107 | 3/10/2023 | $2,163.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242568 | 3/9/2023 | $2,490.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242109 | 3/9/2023 | $768.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242110 | 3/9/2023 | $2,123.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242119 | 3/9/2023 | $2,163.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242121 | 3/9/2023 | $2,203.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242122 | 3/9/2023 | $2,163.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242123 | 3/9/2023 | $683.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-240859 | 3/10/2023 | $2,243.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/17/2023 | $150,000.00 | 4/17/2023 | 57-242104 | 3/9/2023 | $2,144.45 |

**Totals:**    **3 transfer(s),**    **$600,000.00**