**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Data Networks of America, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113168 | $599,545.99 | 3/21/2023 | IN-004323 | 12/20/2022 | $103,012.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113168 | $599,545.99 | 3/21/2023 | IN-004258 | 12/15/2022 | $14,125.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113168 | $599,545.99 | 3/21/2023 | IN-003757 | 9/30/2022 | $104,509.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113168 | $599,545.99 | 3/21/2023 | IN-003698 | 9/19/2022 | $323,489.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113168 | $599,545.99 | 3/21/2023 | IN-003283 | 8/11/2022 | $47,055.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113168 | $599,545.99 | 3/21/2023 | IN-002622 | 6/2/2022 | $7,352.86 |

Totals:    1 transfer(s),    $599,545.99