**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

---

**Defendant:** **Hawaii Medical Service Association**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113567 | $7,018.96 | 4/6/2023 | PPARA0000074019-230316 | 3/16/2023 | $7,018.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112677 | $20,952.50 | 2/24/2023 | PPARA0000074019-230216 | 2/16/2023 | $10,342.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112677 | $20,952.50 | 2/24/2023 | PPARA0000074019-230118 | 1/18/2023 | $10,610.14 |

**Totals:** 2 transfer(s), $27,971.46