

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Gotham Technology Group, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/6/2023 | $150,000.00 | 4/6/2023 | GTGQ27250_5 | 8/27/2022 | $150,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/3/2023 | $150,000.00 | 4/3/2023 | GTGQ27250_4 | 8/27/2022 | $150,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/27/2023_2 | $25,000.00 | 3/27/2023 | GTGQ27250_3 | 8/27/2022 | $25,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/27/2023_1 | $125,000.00 | 3/27/2023 | GTGQ27250_2 | 8/27/2022 | $125,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:3/17/2023 | $400,000.00 | 3/17/2023 | GTGQ27250_1 | 8/27/2022 | $400,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113604 | $130,819.77 | 4/11/2023 | GTGQ37505A | 1/5/2023 | $130,819.77 |

Totals:    6 transfer(s),    $980,819.77