# ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **Geometric Results, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113416 | $57,437.57 | 3/27/2023 | 1233 | 1/27/2023 | $1,313.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113416 | $57,437.57 | 3/27/2023 | 1229-GRI | 12/9/2022 | $3,650.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113416 | $57,437.57 | 3/27/2023 | 1225-GRI | 11/9/2022 | $4,639.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113416 | $57,437.57 | 3/27/2023 | 1221 | 10/11/2022 | $11,729.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113416 | $57,437.57 | 3/27/2023 | 1217-GRI | 9/9/2022 | $15,934.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113416 | $57,437.57 | 3/27/2023 | 1213-GRI | 8/12/2022 | $17,579.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113416 | $57,437.57 | 3/27/2023 | 1166-GRI | 8/31/2022 | $2,590.34 |

**Totals:**　　1 transfer(s),　　$57,437.57