

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| --- | --- | --- |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **Furniture Store Express, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $33,327.20 | 3/27/2023 | 4759 | 2/7/2023 | $33,327.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4757 | 1/31/2023 | $27,625.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4751 | 1/23/2023 | $27,609.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4749 | 1/17/2023 | $27,216.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4747 | 1/10/2023 | $27,657.87 |

Totals:    2 transfer(s),    $143,430.80