

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Flexprint, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113287 | $67,976.54 | 3/16/2023 | INV3879251 | 1/18/2023 | $67,976.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113261 | $136,465.35 | 3/16/2023 | INV3832074 | 12/19/2022 | $68,037.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113261 | $136,465.35 | 3/16/2023 | INV3832012 | 12/19/2022 | $67,981.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113261 | $136,465.35 | 3/16/2023 | INV3805981 | 11/30/2022 | $85.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113261 | $136,465.35 | 3/16/2023 | INV3803959 | 11/29/2022 | $95.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113261 | $136,465.35 | 3/16/2023 | INV3786583 | 11/16/2022 | $265.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113045 | $127,665.85 | 3/10/2023 | INV3829677 | 12/16/2022 | $250.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113045 | $127,665.85 | 3/10/2023 | INV3790882 | 11/18/2022 | $67,928.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113045 | $127,665.85 | 3/10/2023 | INV3790874 | 11/18/2022 | $59,487.22 |

Totals:    3 transfer(s),    $332,107.74