**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Federal Heath Sign Company, LLC**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113377 | $98,258.80 | 3/27/2023 | 32-45534-00-01 | 5/11/2022 | $1,736.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113377 | $98,258.80 | 3/27/2023 | 32-44656-00-33 | 6/23/2022 | $3,804.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113377 | $98,258.80 | 3/27/2023 | 32-44656-00-20 | 5/11/2022 | $47,682.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113377 | $98,258.80 | 3/27/2023 | 23-67057-10-00 | 6/29/2022 | $45,035.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113342 | $3,924.94 | 3/20/2023 | 32-45637-00-00 | 6/23/2022 | $3,924.94 |

Totals:    2 transfer(s),    $102,183.74