**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **EvensonBest LLC**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113298 | $5,327.90 | 3/23/2023 | O/A:113298 | | $2,910.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113298 | $5,327.90 | 3/23/2023 | 298794 | 10/31/2022 | $2,417.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113246 | $101,415.10 | 3/23/2023 | 296877 | 8/31/2022 | $79.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113246 | $101,415.10 | 3/23/2023 | 294919 | 6/30/2022 | $4,891.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113246 | $101,415.10 | 3/23/2023 | 294391 | 6/21/2022 | $447.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113246 | $101,415.10 | 3/23/2023 | 293614 | 5/26/2022 | $447.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113246 | $101,415.10 | 3/23/2023 | 290303 | 5/19/2022 | $141,295.20 |

Totals:    2 transfer(s),    $106,743.00