

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　212-267-7342

Defendant: **Engineered Network Systems, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113371 | $1,015.00 | 3/27/2023 | O/A:113371 | | $1,015.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113370 | $32,604.00 | 4/3/2023 | 107181 | 5/10/2022 | $32,604.00 |
| **Totals:** | | **2 transfer(s),** | **$33,619.00** | | | | |