**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**HANNA │ PEREZ PC**
Joseph James Gianetti, Esq.
Attorney ID No. 093352013
185 Route 17 South
Paramus, New Jersey 07652
(201) 224-9400, Fax: (201) 224-9401
Attorney for LUSE AKDEMIR

In re:

BED BATH & BEYOND INC., *et al.*,

    Debtors.[1]

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

Hearing Date: June 18, 2024
                  at 10:00 a.m.

**NOTICE OF MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY AND PLAN INJUNCTION TO ALLOW MOVANT TO CONTINUE PENDING LITIGATION AGAINST THE DEBTOR, TO RECOVER SOLELY AGAINST DEBTOR'S INSURER, WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) AND FOR RELATED RELIEF**

To:    All Parties on the Service List

    **PLEASE TAKE NOTICE** that on June 18, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Luse Akdemir (the "Movant"), by and through her counsel, Hanna Perez, PC, shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Court for the District of New Jersey, MLK Jr. Federal Building and United States Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, for entry of an order

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

modifying the automatic stay pursuant to 11 U.S.C. §§ 362 (d)(1) and (d)(2) and the plan injunction to permit Movant to continue litigation against the Debtor pending in the Superior Court of New Jersey and to recover solely against Debtor's insurer, waiving the provisions of Fed. R. Bankr. P. 4001 (a)(3) and for related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Movant shall rely upon the Certification of Joseph James Gianetti, Esq., the Memorandum of Law submitted herewith, all supporting papers and the record of the instant proceedings, together with oral argument, if required, and such other testimony as the Court shall require or allow. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy Procedure and the District of New Jersey Local Bankruptcy Rules, and must be filed with this Court and served upon the attorneys for the Movant, Hanna Perez, PC, 185 Route 17 South, Paramus, New Jersey 07652 so as to be received within the time required by the Rules of Court.

**PLEASE TAKE FURTHER NOTICE** that, in the event that timely objections are not filed with the Court and served upon the undersigned attorneys as provided for in District of New Jersey Local Bankruptcy Rule 9013-2(a)(2), the Motion shall be deemed uncontested and the Court may, in its discretion, grant the requested relief.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with District of New Jersey Local Bankruptcy Rule 9013-3, unless timely objections are filed and served upon the appropriate parties, the Movant submits to disposition on the papers.

        Respectfully submitted,

        **HANNA PEREZ, PC**
        *Attorneys for Luse Akdemir*


        By:   */s/ Joseph James Gianetti*
              JOSEPH JAMES GIANETTI, ESQ.

Dated: May 16, 2024

3

**Service List**

Joshua Sussberg, Esq.
Derek I. Hunter, Esq.
Emily E. Geier, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Debtors*


Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Cole Schotz, P.C.
25 Main Street
Hackensack, NJ 07602
*Co-counsel for Debtors*


Fran B. Steele, Esq.
U.S. Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102


Bradford J. Sandler, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*Counsel to the Official Committee of Unsecured Creditors*