**LITCHFIELD CAVO LLP**

*An Illinois Limited Liability Partnership*
Tobin A. Butler, Esquire
Attorney I.D. No.: 016911995
457 Haddonfield Rd., Suite 200
Cherry Hill, NJ 08002
(856) 854-3636
Attorneys for Defendant, Bed Bath
& Beyond, Inc.

| | | |
|---|---|---|
| LUSE AKDEMIR | : | SUPERIOR COURT OF NEW JERSEY |
| | : | MIDDLESEX COUNTY |
| Plaintiff, | : | LAW DIVISION |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| BED BATH & BEYOND, INC.; DISPLAY MAX, INC.; JOHN DOES 1-5 (unknown individual property owners); ABC CORP 1-5 (unknown corporate property owners); JOHN DOES 6-10 (unknown individual maintenance persons); ABC CORP. 6-10 (unknown corporate maintenance companies); JOHN DOES 11-15 (unknown individual display installation persons); ABC CORP. 11-15 (unknown corporate display installation companies), | : | DOCKET NO. MID-L-452-23 |
| | : | |
| | : | DEFENDANT, BED BATH & BEYOND, INC.'S NOTICE OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS |
| Defendants. | : | |

      Please take notice that on April 23, 2023, Bed Bath & Beyond, Inc. (the debtor) filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Bankruptcy Code 11 U.S.C. Section 101, et seq. (the Bankruptcy Code) in the United States Bankruptcy Court for the District of New Jersey. (Attached hereto) The debtor's Chapter 11 case is being administered under the following caption: IN RE Bed Bath & Beyond, Inc., No. 23-13359-VFP (Bankruptcy D. New Jersey).

      Please take further notice that, pursuant to Section 362 of the Bankruptcy Code, the filing of the Petition stays, among other things, the initial or continuation of judicial, administrative or

rather actions or proceedings against the debtor or any act to obtain possession of or exercise control over property of the debtor.

Please take further notice that pursuant to applicable law, all claims and causes of action in the present case against Bed Bath & Beyond, Inc. are subject to the automatic stay.

                                      **LITCHFIELD CAVO LLP**
                                      *An Illinois Limited Liability Partnership*

By:   *s/ Tobin A. Butler*
        For the Firm
        Attorneys for Defendant, Bed Bath & Beyond, Inc.

Dated: May 5, 2023

| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **District of New Jersey** (State) | |
| Case number (if known): _____ Chapter  11 | |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's Name | **Bed Bath & Beyond Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | Debtor's federal Employer Identification Number (EIN) | 1 1 – 2 2 5 0 4 8 8 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **650 Liberty Avenue** Number  Street | Number  Street |
| | | | P.O. Box |
| | | **Union, New Jersey 07083** City  State  Zip Code | City  State  Zip Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | **Union County** County | Number  Street |
| | | | City  State  Zip Code |

| 5. | Debtor's website (URL) | https://www.bedbathandbeyond.com/ |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

| Debtor | **Bed Bath & Beyond Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4422 (Home Furnishings Stores)**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub- box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.

| District | | When | MM/DD/YYYY | Case number | |
|---|---|---|---|---|---|
| District | | When | MM/DD/YYYY | Case number | |

| Debtor | **Bed Bath & Beyond Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>☒ Yes. | Debtor | **See Rider 1** | Relationship | **Affiliate** |
| List all cases. If more than 1, attach a separate list. | | District | **District of New Jersey** | When | **04/23/2023**<br>MM / DD / YYYY |
| | | Case number, if known | | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number    Street

_____
City                        State    Zip Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☒ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

| Debtor | Bed Bath & Beyond Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**15. Estimated assets (on a consolidated basis)**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities (on a consolidated basis)**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/23/2023**
               MM/ DD / YYYY

× /s/ *Holly Etlin*
Signature of authorized representative of debtor

**Holly Etlin**
Printed name

Title   **Chief Financial Officer and Chief Restructuring Officer**

**18. Signature of attorney**

× /s/ *Michael D. Sirota*
Signature of attorney for debtor

Date   **04/23/2023**
       MM/DD/YYYY

**Michael D. Sirota**
Printed name

**Cole Schotz P.C.**
Firm name

**Court Plaza North, 25 Main Street**
Number           Street

**Hackensack**          **New Jersey**     **07601**
City                    State              ZIP Code

**(201) 489-3000**              **msirota@coleschotz.com**
Contact phone                   Email address

**014321986**                   **New Jersey**
Bar number                      State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
Tobin A. Butler, Esquire
Attorney I.D. No.: 016911995
457 Haddonfield Rd., Suite 200
Cherry Hill, NJ 08002
(856) 854-3636
Attorneys for Defendant, Bed Bath & Beyond, Inc.

| | | |
|---|---|---|
| LUSE AKDEMIR | : | SUPERIOR COURT OF NEW JERSEY |
| | : | MIDDLESEX COUNTY |
| Plaintiff, | : | LAW DIVISION |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| BED BATH & BEYOND, INC.; DISPLAY MAX, INC.; JOHN DOES 1-5 (unknown individual property owners); ABC CORP 1-5 (unknown corporate property owners); JOHN DOES 6-10 (unknown individual maintenance persons); ABC CORP. 6-10 (unknown corporate maintenance companies); JOHN DOES 11-15 (unknown individual display installation persons); ABC CORP. 11-15 (unknown corporate display installation companies), | : | DOCKET NO. MID-L-452-23 |
| | : | DEFENDANT, BED BATH & BEYOND, INC.'S NOTICE OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS |
| Defendants. | : | |

I, Tobin A. Butler, Esquire, hereby certify that on May 5, 2023, I caused a true and correct copy of Defendant, Bed Bath & Beyond, Inc.'s Notice of Pendency of Bankruptcy and Automatic Stay of Proceedings to be served upon the Court and all counsel of record via the Superior Court of New Jersey's eCourts Civil electronic filing system.

                                         **LITCHFIELD CAVO LLP**
                                         *An Illinois Limited Liability Partnership*

By:   *s/ Tobin A. Butler*
        For the Firm
        Attorneys for Defendant, Bed Bath & Beyond, Inc.

Dated: May 5, 2023

1