| | |
|---|---|
| SUPERIOR COURT OF NEW JERSEY<br>CIVIL DIVISION \| MIDDLESEX VICINAGE<br>56 PATERSON STREET<br>NEW BRUNSWICK, NEW JERSEY 08903 | **FILED**<br>May 25, 2023<br>Hon. Michael V. Cresitello, Jr., P.J.Cv. |

| | |
|---|---|
| Plaintiff<br>LUSE AKDEMIR<br><br>vs.<br><br>Defendant<br>BED BATH & BEYOND, INC.; DISPLAY MAX, INC.; JOHN DOES 1-5 (unknown individual property owners); ABC CORP 1-5 (unknown corporate property owners); JOHN DOES 6-10 (unknown individual maintenance persons); ABC CORP. 6-10 (unknown corporate maintenance companies); JOHN DOES 11-15 (unknown individual display installation persons); ABC CORP. 11-15 (unknown corporate display installation companies) | SUPERIOR COURT OF NEW JERSEY<br>CIVIL DIVISION: MIDDLESEX COUNTY<br>DOCKET NO.: **MID L-452-23**<br><br>CIVIL ACTION<br><br>**ORDER FOR DISMISSAL** |

**THE COURT** having been advised that the **Defendant, Bed Bath & Beyond, Inc.,** in the above captioned matter, has filed a bankruptcy petition in the United States District Court;

**IT IS** on this __25th__ day of **May 2023:**

**ORDERED** that all claims against the **Defendant, Bed Bath & Beyond, Inc.,** are hereby dismissed without prejudice, subject to reinstatement upon notice to the Court, if the bankruptcy proceedings do not fully dispose of the issues between the parties or if the automatic stay is lifted; and it is further

**ORDERED** that the case may continue to be prosecuted against the remaining defendants, and it is further

**ORDERED** that the party who has filed for bankruptcy is to notify the court and all parties in writing upon any disposition of the bankruptcy proceedings; and it is further

**ORDERED** that, unless already included in the **NOTICE OF BANKRUPTCY**, the party who has filed for bankruptcy is to file:

1) a copy of the filed petition in bankruptcy court including the filing date and case

number, and

2) a schedule of creditors showing that the debt forming the subject matter of the civil action is listed; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties who have not been electronically served through an approved Electronic Court System pursuant to Rule 1:32-2A, nor personally served in court.

/s/ *Michael V. Cresitello, Jr.*
HON. MICHAEL V. CRESITELLO, JR., P.J.Cv.