**LAW OFFICE OF HERMESMANN & COYNE**
Christina E. Jones Rowe, Esq. - 008611998
300 Atrium Drive, Suite 300
Somerset, NJ  08873
(732) 805-2800
**Attorneys for Defendant: Display Max, Inc.**

**FILED**

June 21, 2023

Hon. Michael V. Cresitello, Jr., P.J.Cv.

| | |
|---|---|
| LUSE AKDEMIR,<br><br>*Plaintiff*,<br><br>vs.<br><br>BED BATH & BEYOND, INC.; DISPLAY MAX, INC.; JOHN DOES 1-5 (unknown individual property owners); ABC CORP. 1-5 (unknown corporate property owners); JOHN DOES 6-10 (unknown individual maintenance persons); ABC CORP. 6-10 (unknown corporate maintenance companies); JOHN DOES 11-15 (unknown individual display installation persons); ABC CORP. 11-15 (unknown corporate display installation companies),<br><br>*Defendants*. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:  MIDDLESEX COUNTY<br><br>DOCKET NO.:  MID-L-452-23<br><br>*Civil Action*<br><br>**CONSENT ORDER TO TRANSFER VENUE** |

**THIS MATTER** being opened before the Court by the Law Offices Hermesmann & Coyne as counsel for defendant, Display Max, Inc., and the Court having considered the consent of counsel affixed below, and good cause shown:

**IT IS** on this   21st   day of            June,            2023;

**ORDERED** that venue in the above matter be transferred from Middlesex County to Bergen County; and it is further

~~**ORDERED** that a copy of this Order shall be deemed served upon all parties as of the date this Order is uploaded to eCourts.~~

/s/ *Michael V. Cresitello, Jr.*
~~J.S.C.~~
Hon. Michael V. Cresitello, Jr., P.J.Cv.

We hereby consent to the entry of this Order:

**HANNA | PEREZ, P.C.**
*Attorneys for Plaintiff*

_____
Joseph J. Gianetti, Esq.


**LAW OFFICES OF HERMESMANN & COYNE**
*Attorneys for Defendant:* ~~Stan Kay~~ Display Max, Inc.


*/s/ Christina E. Jones Rowe*
_____
Christina E. Jones Rowe, Esq.

The posting of this Order on eCourts shall constitute service upon all counsel of record. If applicable, pursuant to R. 1:5-1(a), a copy of this Order shall be served upon all parties who have not been electronically served through an approved Electronic Court System pursuant to R. 1:32-2A, nor personally served in court, within seven (7) days of receipt of this Order.