# HANNA PEREZ PC

PERSONAL INJURY ATTORNEYS



Robert A. Hanna ▫

Christopher Perez * ▫ ●

Melvin D. Marx ▫ ^

Jennifer F. Wynn ▫ ●

Joseph J. Gianetti ▫ ●

Francheska Martinez ▫ ●

185 Route 17 South
Paramus, New Jersey 07652

784 Franklin Avenue, Suite 110
Franklin Lakes, New Jersey 07417

1441 Broadway, Suite 6136
New York, New York 10018

Tel: (201) 224-9400
Fax: (201) 224-9401
mail@hannaperez.com

▫ Member of the Bar of New Jersey
● Member of the Bar of New York
\* Certified By The Supreme Court Of New Jersey as a Civil Trial Attorney
^ Of Counsel

*~~Please reply to the Paramus Office~~*

September 2, 2021

**Via Facsimile: (866) 434-2480**
Sandra Hazelton, Claims Adjuster
CorVel Corporation
P.O. Box 6966
Portland, OR 97228

| | | | |
|---|---|---|---|
| **RE:** | **Our Client** | : | **Luse Akdemir** |
| | **Your Insured** | : | **Bed Bath & Beyond** |
| | **Claim No.** | : | **0981-GL-21-0500174-001** |
| | **Date of Incident** | : | **February 16, 2021** |
| | **Incident Location** | : | **Bed Bath and Beyond, Paramus, New Jersey** |

Dear Ms. Hazelton:

Please be advised that this office has been retained to represent the interests of Ms. Luse Akdemir regarding serious injuries she sustained on February 16, 2021 due to a negligent condition on your insured's premises noted above.

This letter will serve to advise you that my client has sustained serious personal injuries and is pursuing a claim against your insured. Kindly acknowledge receipt of this letter and provide me with proof of your insured's policy limits.

Additionally, demand is hereby made that you immediately preserve any and all evidence regarding the accident, including photographs, video recordings, audio recordings, incident reports, or any other documents or materials regarding the accident. If you alter, destroy, or otherwise fail to preserve any evidence regarding the accident, we will pursue all available remedies under the law, including monetary sanctions and a judgment against you for spoliation of evidence.

Lastly, this is to advise that the client is currently treating and has accumulated outstanding medical bills. Kindly contact my office to coordinate medical payment benefits.

Thank you for your immediate attention to this matter.

Very truly yours,

Robert A. Hanna, Esq.

RAH/rb