**CORVEL**

December 15, 2021

Hanna Perez PC
Roberta A. Hanna, Esq.
185 Route 17 South
Paramus, NJ 07652

RE:    Your Client:    Akdemir, Lucy
        My Client:    Bed Bath & Beyond
        Date of loss:    2/16/2021
        Claim Number:    0981-GL-21-0500174-001
        Carrier/Underwriting Co.:    Safety National

Dear Roberta A. Hanna, Esq.:

CorVel Corporation is the Third Party Administrator for Bed Bath & Beyond. We are obligated to investigate and pay only those claims in which Bed Bath & Beyond is legally liable. Our investigation revealed no liability on the part of Bed Bath & Beyond; therefore, we are unable to offer any voluntary payment to your Client at this time.

Additionally, please be aware that there is no available premises Medical Payments coverage.
We are sorry that we cannot advise you more favorably in this matter.

Thank you,
Sandra Hazelton

CorVel Liability Claims Specialist
Sandra_Hazelton@corvel.com

**CorVel Corporation**    PO BOX 6966
www.corvel.com    Portland, OR 97228