

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Alight Solutions LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0001654 | 1/26/2023 | $15,874.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0001501 | 12/28/2022 | $16,290.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0001248 | 11/28/2022 | $16,938.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0001076 | 10/20/2022 | $17,311.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0000905 | 9/27/2022 | $19,039.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0000710 | 8/24/2022 | $19,339.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0000556 | 7/20/2022 | $19,758.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0000375 | 6/29/2022 | $20,010.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0000167 | 5/23/2022 | $20,111.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112719 | $163,961.26 | 2/24/2023 | 1US33-0000007 | 5/31/2022 | $20,308.03 |
| **1 Preference Period transfer(s), $163,961.26** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113922 | $30,136.92 | 5/16/2023 | 1US33-0001941 | 3/27/2023 | $14,863.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113922 | $30,136.92 | 5/16/2023 | 1US33-0001804 | 3/1/2023 | $15,273.65 |
| **1 Post Petition transfer(s), $30,136.92** | | | | | | | |

**Totals: 2 transfer(s), $194,098.18**