**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Aussie Bubs, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Harmon Stores Inc. | Harmon Stores Inc. | 503726 | $136,187.51 | 4/14/2023 | US-20000639 | 10/21/2022 | $37,249.20 |
| Harmon Stores Inc. | Harmon Stores Inc. | 503726 | $136,187.51 | 4/14/2023 | US-20000314 | 7/27/2022 | $48,384.51 |
| Harmon Stores Inc. | Harmon Stores Inc. | 503726 | $136,187.51 | 4/14/2023 | US-20000313 | 7/12/2022 | $54,197.49 |

Totals:     1 transfer(s),    $136,187.51