

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **Concentric, LLC fdba Stangco Industrial Equipment, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

### Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-227029 | 2/10/2023 | $2,665.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-222656 | 1/24/2023 | $2,665.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-221474 | 1/18/2023 | $1,599.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-219696 | 12/30/2022 | $5,732.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-218875 | 1/3/2023 | $1,599.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-217824 | 12/30/2022 | $2,665.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-212799 | 11/30/2022 | $4,979.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-210536 | 11/23/2022 | $1,599.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-204566 | 10/26/2022 | $1,599.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-192715 | 8/31/2022 | $3,867.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112991 | $40,743.31 | 3/8/2023 | 60-186370 | 7/29/2022 | $11,770.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113421 | $3,294.72 | 3/27/2023 | 60-227669 | 2/15/2023 | $1,599.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113421 | $3,294.72 | 3/27/2023 | 60-223409 | 1/27/2023 | $1,695.34 |
| **2 Preference Period transfer(s), $44,038.03** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113773 | $1,599.38 | 4/28/2023 | 60-247270 | 4/5/2023 | $1,599.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113774 | $2,665.63 | 4/28/2023 | 60-244699 | 3/28/2023 | $2,665.63 |
| **2 Post Petition transfer(s), $4,265.01** | | | | | | | |

**Totals: 4 transfer(s), $48,303.04**