

|  |  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **Equifax Workforce Solutions LLC fdba Talx Corporation** |
|---|---|
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113344 | $13,641.84 | 3/20/2023 | 5000053687 | 12/31/2022 | $13,641.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113571 | $20,575.75 | 4/6/2023 | 2054192830 | 2/8/2023 | $20,575.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113707 | $40,217.59 | 4/18/2023 | 5000056107 | 2/28/2023 | $13,641.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113707 | $40,217.59 | 4/18/2023 | 2054192782 | 2/8/2023 | $6,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113707 | $40,217.59 | 4/18/2023 | 2053844106 | 12/6/2022 | $20,575.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113711 | $28,361.39 | 4/18/2023 | 5000056515 | 3/15/2023 | $6,953.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113711 | $28,361.39 | 4/18/2023 | 5000054242 | 1/31/2023 | $13,641.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113711 | $28,361.39 | 4/18/2023 | 2054696538 | 4/8/2023 | $7,766.50 |
| **4 Preference Period transfer(s), $102,796.57** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113926 | $20,868.86 | 5/16/2023 | 5000055387 | 2/15/2023 | $20,868.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113934 | $13,641.84 | 5/16/2023 | 5000057167 | 3/31/2023 | $13,641.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114777 | $1,846.31 | 7/25/2023 | 2000009382 | 2/28/2023 | $1,846.31 |
| **3 Post Petition transfer(s), $36,357.01** | | | | | | | |

**Totals: 7 transfer(s), $139,153.58**