

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **M&D Real Estate, LP** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111936 | $26,495.92 | 2/9/2023 | 00557-984016 | 2/1/2023 | $26,495.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112047 | $29,315.36 | 2/14/2023 | 00557-982307 | 2/14/2023 | $59.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112047 | $29,315.36 | 2/14/2023 | 00557-982306 | 2/14/2023 | $42.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112047 | $29,315.36 | 2/14/2023 | 00557-982305 | 2/14/2023 | $42.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112047 | $29,315.36 | 2/14/2023 | 00557-982304 | 2/14/2023 | $44.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112047 | $29,315.36 | 2/14/2023 | 00557-982303 | 2/14/2023 | $42.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112047 | $29,315.36 | 2/14/2023 | 00557-982302 | 2/14/2023 | $29,083.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112191 | $26,495.92 | 3/3/2023 | 00557-987360 | 3/1/2023 | $26,495.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113002 | $26,495.92 | 3/31/2023 | 00557-992764 | 4/1/2023 | $26,495.92 |
| **4 Preference Period transfer(s), $108,803.12** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114981 | $12,541.70 | 8/8/2023 | 00557-994612 | 4/11/2023 | $12,541.70 |
| **1 Post Petition transfer(s), $12,541.70** | | | | | | | |
| **Totals: 5 transfer(s), $121,344.82** | | | | | | | |