**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　　　　　212-267-7342

Defendant: **BEST CHAIRS INC.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823147 | $80,546.00 | 3/15/2023 | 3847398RP | 9/20/2022 | $21,768.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823147 | $80,546.00 | 3/15/2023 | 3847381RP | 9/20/2022 | $6,444.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823147 | $80,546.00 | 3/15/2023 | 3847230RP | 9/20/2022 | $20,460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823147 | $80,546.00 | 3/15/2023 | 3847229RP | 9/20/2022 | $358.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823147 | $80,546.00 | 3/15/2023 | 3828002RP | 7/29/2022 | $10,912.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823147 | $80,546.00 | 3/15/2023 | 3828001RP | 7/29/2022 | $10,230.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823147 | $80,546.00 | 3/15/2023 | 3824652RP | 7/21/2022 | $10,374.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823123 | $12,888.00 | 3/10/2023 | 3820020RP | 7/8/2022 | $12,888.00 |

**Totals:** 2 transfer(s), $93,434.00