**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

|  |  |
|---|---|
| Defendant: | **OnPoint Capital, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112992 | $86,002.71 | 3/8/2023 | 270679 | 12/15/2022 | $24,446.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112992 | $86,002.71 | 3/8/2023 | 269485 | 12/15/2022 | $18,941.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112992 | $86,002.71 | 3/8/2023 | 268018 | 11/15/2022 | $24,446.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112992 | $86,002.71 | 3/8/2023 | 268017 | 11/15/2022 | $18,168.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113326 | $48,296.78 | 3/16/2023 | 274697 | 1/27/2023 | $4,003.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113326 | $48,296.78 | 3/16/2023 | 274696 | 1/27/2023 | $1,678.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113326 | $48,296.78 | 3/16/2023 | 273442 | 1/15/2023 | $24,446.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113326 | $48,296.78 | 3/16/2023 | 273441 | 1/15/2023 | $18,168.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113427 | $42,614.83 | 3/27/2023 | 276103 | 2/15/2023 | $24,446.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113427 | $42,614.83 | 3/27/2023 | 276102 | 2/15/2023 | $18,168.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113630 | $18,168.68 | 4/14/2023 | 270678A | 2/1/2023 | $18,168.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113751 | $18,168.68 | 4/21/2023 | 278723 | 3/15/2023 | $18,168.68 |
| **5 Preference Period transfer(s), $213,251.68** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113944 | $24,446.15 | 5/18/2023 | 278724 | 3/15/2023 | $24,446.15 |
| **1 Post Petition transfer(s), $24,446.15** | | | | | | | |

**Totals: 6 transfer(s), $237,697.83**