

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Pivotal 650 California ST., L.L.C.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-981434 | 2/1/2023 | $30,442.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-981435 | 2/1/2023 | $1,978.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-981436 | 2/1/2023 | $26,521.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-983242 | 2/1/2023 | $59,940.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-984457 | 2/1/2023 | $28,560.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-984458 | 2/1/2023 | $2,032.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-984459 | 2/1/2023 | $2,714.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111469 | $151,732.36 | 2/9/2023 | 00400-981227 | 2/1/2023 | $156.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112715 | $33,307.73 | 3/8/2023 | 00400-987809 | 3/1/2023 | $2,714.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112715 | $33,307.73 | 3/8/2023 | 00400-987807 | 3/1/2023 | $28,560.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112715 | $33,307.73 | 3/8/2023 | 00400-987808 | 3/1/2023 | $2,032.87 |
| **2 Preference Period transfer(s), $185,040.09** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113456 | $66,615.46 | 4/28/2023 | 00400-993214_2 | 4/1/2023 | $28,560.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113456 | $66,615.46 | 4/28/2023 | 00400-993215_1 | 4/1/2023 | $2,032.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113456 | $66,615.46 | 4/28/2023 | 00400-993215_2 | 4/1/2023 | $2,032.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113456 | $66,615.46 | 4/28/2023 | 00400-993216_1 | 4/1/2023 | $2,714.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113456 | $66,615.46 | 4/28/2023 | 00400-993216_2 | 4/1/2023 | $2,714.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113456 | $66,615.46 | 4/28/2023 | 00400-993214_1 | 4/1/2023 | $28,560.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115016 | $66,615.46 | 8/9/2023 | 00400-993216_4 | 4/1/2023 | $2,714.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115016 | $66,615.46 | 8/9/2023 | 00400-993214_3 | 4/1/2023 | $28,560.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115016 | $66,615.46 | 8/9/2023 | 00400-993214_4 | 4/1/2023 | $28,560.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115016 | $66,615.46 | 8/9/2023 | 00400-993215_3 | 4/1/2023 | $2,032.87 |

Pivotal 650 California ST., L.L.C. (2277961)  
Bankruptcy Case: Bed Bath & Beyond Inc.

May 15, 2024

Exhibit A

P. 1

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115016 | $66,615.46 | 8/9/2023 | 00400-993215_4 | 4/1/2023 | $2,032.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115016 | $66,615.46 | 8/9/2023 | 00400-993216_3 | 4/1/2023 | $2,714.03 |

**2  Post Petition transfer(s), $133,230.92**

**Totals: 4 transfer(s), $318,271.01**