

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

| | |
|---|---|
| Defendant: | **Sumo Logic, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113053 | $95,000.00 | 3/10/2023 | 38256_1 | 9/30/2022 | $389,901.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113596 | $41,815.86 | 4/6/2023 | 38256_2 | 9/30/2022 | $389,901.70 |
| **2 Preference Period transfer(s), $136,815.86** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114370 | $136,815.86 | 6/14/2023 | 38256_3 | 9/30/2022 | $389,901.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114946 | $171,984.04 | 8/4/2023 | 38256POST- | 9/30/2022 | $171,984.04 |
| **2  Post Petition transfer(s), $308,799.90** | | | | | | | |

Totals: 4 transfer(s), $445,615.76