

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|---|

**Defendant:** **Columbus Tranding-Partners USA Inc.**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874071 | 10/12/2022 | $1,073.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91861408 | 10/4/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888289 | 10/20/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888287 | 10/20/2022 | $2,177.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91883821 | 10/19/2022 | $1,127.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91882546 | 10/18/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874080 | 10/12/2022 | $539.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874077 | 10/12/2022 | $1,379.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888296 | 10/20/2022 | $329.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874073 | 10/12/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888314 | 10/20/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874068 | 10/12/2022 | $329.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874064 | 10/12/2022 | $539.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874063 | 10/12/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874061 | 10/12/2022 | $1,385.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874058 | 10/12/2022 | $1,385.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874057 | 10/12/2022 | $719.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91780020RP | 8/22/2022 | $119.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874075 | 10/12/2022 | $1,319.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890245 | 10/21/2022 | $66.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890262 | 10/21/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890260 | 10/21/2022 | $989.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890259 | 10/21/2022 | $239.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890258 | 10/21/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890256 | 10/21/2022 | $989.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890251 | 10/21/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890250 | 10/21/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888291 | 10/20/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890246 | 10/21/2022 | $66.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91861407 | 10/4/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888353 | 10/20/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888344 | 10/20/2022 | $1,055.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888340 | 10/20/2022 | $239.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888327 | 10/20/2022 | $239.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888325 | 10/20/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888323 | 10/20/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91888315 | 10/20/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890247 | 10/21/2022 | $264.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91829818 | 9/14/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91874055 | 10/12/2022 | $455.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91832437 | 9/15/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91832435 | 9/15/2022 | $791.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91832433 | 9/15/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91832432 | 9/15/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91829824 | 9/14/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91829823 | 9/14/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91832440 | 9/15/2022 | $227.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91829821 | 9/14/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91842945 | 9/21/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91827568 | 9/13/2022 | $197.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91827547 | 9/13/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91824538RP | 9/12/2022 | $1,187.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91824534RP | 9/12/2022 | $557.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91803312 | 9/1/2022 | $236.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91800375RP | 8/31/2022 | $869.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91798146RP | 8/30/2022 | $119.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91829822 | 9/14/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849984 | 9/26/2022 | $239.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91861406 | 10/4/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91859635 | 10/3/2022 | $479.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91858968 | 9/30/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91858960 | 9/30/2022 | $239.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91858710 | 9/30/2022 | $3,761.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91855161 | 9/29/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91850845RP | 9/27/2022 | $240.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91832439 | 9/15/2022 | $989.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849986 | 9/26/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891373 | 10/24/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849983 | 9/26/2022 | $2,399.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849980 | 9/26/2022 | $1,187.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849978 | 9/26/2022 | $719.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849977 | 9/26/2022 | $239.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849975 | 9/26/2022 | $719.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849973 | 9/26/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91849522RP | 9/26/2022 | $95.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91850842RP | 9/27/2022 | $4,319.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894355 | 10/25/2022 | $198.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91890263 | 10/21/2022 | $539.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894365 | 10/25/2022 | $989.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894364 | 10/25/2022 | $227.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894363 | 10/25/2022 | $2,639.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894362 | 10/25/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894360 | 10/25/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894359 | 10/25/2022 | $132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894368 | 10/25/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894357 | 10/25/2022 | $132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894369 | 10/25/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894354 | 10/25/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894086 | 10/25/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894082 | 10/25/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894079 | 10/25/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894073 | 10/25/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894072 | 10/25/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893153 | 10/25/2022 | $527.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894358 | 10/25/2022 | $132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894382 | 10/25/2022 | $239.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91903300 | 10/31/2022 | $132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91903290 | 10/31/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91903283 | 10/31/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91903278 | 10/31/2022 | $66.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91903228 | 10/31/2022 | $35,149.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91900926 | 10/28/2022 | $2,384.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91895480 | 10/24/2022 | $329.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894366 | 10/25/2022 | $329.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894383 | 10/25/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893147 | 10/25/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894379 | 10/25/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894377 | 10/25/2022 | $1,769.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894376 | 10/25/2022 | $959.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894374 | 10/25/2022 | $539.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894372 | 10/25/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894371 | 10/25/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894370 | 10/25/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91894384 | 10/25/2022 | $539.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891384 | 10/24/2022 | $659.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892125 | 10/24/2022 | $857.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892122 | 10/24/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892118 | 10/24/2022 | $396.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892117 | 10/24/2022 | $132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892116 | 10/24/2022 | $329.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892108 | 10/24/2022 | $329.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891402 | 10/24/2022 | $1,319.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893152 | 10/25/2022 | $1,847.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891399 | 10/24/2022 | $527.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892132 | 10/24/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891383 | 10/24/2022 | $329.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891381 | 10/24/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891379 | 10/24/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891378 | 10/24/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891375 | 10/24/2022 | $132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891374 | 10/24/2022 | $132.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | LS48133234RP | 6/27/2022 | $54.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891400 | 10/24/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893122 | 10/25/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91891372 | 10/24/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893145 | 10/25/2022 | $635.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893144 | 10/25/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893137 | 10/25/2022 | $455.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893132 | 10/25/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893129 | 10/25/2022 | $395.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893127 | 10/25/2022 | $2,051.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892126 | 10/24/2022 | $400.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893124 | 10/25/2022 | $2,969.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892130 | 10/24/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893121 | 10/25/2022 | $132.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893115 | 10/25/2022 | $198.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892140 | 10/24/2022 | $539.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892137 | 10/24/2022 | $66.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892136 | 10/24/2022 | $329.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | LS91892135 | 10/24/2022 | $4,339.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91892133 | 10/24/2022 | $437.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893148 | 10/25/2022 | $239.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823121 | $72,920.72 | 3/10/2023 | 91893126 | 10/25/2022 | $227.99 |

**Totals:** 1 transfer(s), $72,920.72