

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **The Centre at Deane Hill GP** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111276 | $20,833.33 | 2/9/2023 | 03086-983382 | 2/1/2023 | $20,833.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112510 | $23,749.99 | 3/8/2023 | 03086-988514 | 3/1/2023 | $1,458.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112510 | $23,749.99 | 3/8/2023 | 03086-988513 | 3/1/2023 | $20,833.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112510 | $23,749.99 | 3/8/2023 | 03086-986020 | 3/1/2023 | $1,458.33 |
| **2 Preference Period transfer(s), $44,583.32** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113343 | $44,583.32 | 4/28/2023 | 03086-994095_2 | 4/1/2023 | $1,458.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113343 | $44,583.32 | 4/28/2023 | 03086-994095_1 | 4/1/2023 | $1,458.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113343 | $44,583.32 | 4/28/2023 | 03086-994094_2 | 4/1/2023 | $20,833.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113343 | $44,583.32 | 4/28/2023 | 03086-994094_1 | 4/1/2023 | $20,833.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114996 | $44,583.32 | 8/8/2023 | 03086-994095_4 | 4/1/2023 | $1,458.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114996 | $44,583.32 | 8/8/2023 | 03086-994095_3 | 4/1/2023 | $1,458.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114996 | $44,583.32 | 8/8/2023 | 03086-994094_4 | 4/1/2023 | $20,833.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114996 | $44,583.32 | 8/8/2023 | 03086-994094_3 | 4/1/2023 | $20,833.33 |
| **2 Post Petition transfer(s), $89,166.64** | | | | | | | |

**Totals: 4 transfer(s), $133,749.96**