**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Verizon Communications Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112932 | $86,810.02 | 3/3/2023 | M555125644-22259 | 9/16/2022 | $44,085.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112932 | $86,810.02 | 3/3/2023 | 67683427 | 6/10/2022 | $42,724.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113540 | $21,604.02 | 4/12/2023 | 551413370000182230308 | 3/8/2023 | $3,672.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113540 | $21,604.02 | 4/12/2023 | 551413370000182230208 | 2/8/2023 | $3,636.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113540 | $21,604.02 | 4/12/2023 | 551413370000182-230108 | 1/8/2023 | $3,586.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113540 | $21,604.02 | 4/12/2023 | 551413370000182-221208 | 12/8/2022 | $3,539.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113540 | $21,604.02 | 4/12/2023 | 551413370000182-221108 | 11/8/2022 | $3,568.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113540 | $21,604.02 | 4/12/2023 | 551413370000182221008 | 10/8/2022 | $3,599.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113734 | $85,574.34 | 4/21/2023 | M555125644-22320 | 11/16/2022 | $43,016.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113734 | $85,574.34 | 4/21/2023 | M555125644-22289 | 10/16/2022 | $42,557.76 |
| **3 Preference Period transfer(s), $193,988.38** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114154 | $34,561.57 | 6/8/2023 | M555125644-23106POST | 4/16/2023 | $34,561.57 |
| **1  Post Petition transfer(s), $34,561.57** | | | | | | | |

**Totals: 4 transfer(s), $228,549.95**