**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Weingarten Nostat, LLC fdba Weingarten Nostat, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111641 | $42,961.12 | 2/9/2023 | 00214-983981 | 2/1/2023 | $5,165.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111641 | $42,961.12 | 2/9/2023 | 00214-983982 | 2/1/2023 | $2,659.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111641 | $42,961.12 | 2/9/2023 | 00214-983980 | 2/1/2023 | $35,135.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112051 | $81,392.78 | 2/14/2023 | 00214-982664 | 2/14/2023 | $75,061.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112051 | $81,392.78 | 2/14/2023 | 00214-982665 | 2/14/2023 | $4,878.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112051 | $81,392.78 | 2/14/2023 | 00214-985419 | 2/14/2023 | $1,439.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112051 | $81,392.78 | 2/14/2023 | 00214-985420 | 2/14/2023 | $12.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112565 | $43,687.32 | 3/8/2023 | 00214-987324 | 3/1/2023 | $2,666.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112565 | $43,687.32 | 3/8/2023 | 00214-987322 | 3/1/2023 | $35,135.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112565 | $43,687.32 | 3/8/2023 | 00214-987323 | 3/1/2023 | $5,885.58 |
| **3 Preference Period transfer(s), $168,041.22** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113446 | $87,374.64 | 4/28/2023 | 00214-992725_2 | 4/1/2023 | $35,135.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113446 | $87,374.64 | 4/28/2023 | 00214-992726_1 | 4/1/2023 | $5,885.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113446 | $87,374.64 | 4/28/2023 | 00214-992726_2 | 4/1/2023 | $5,885.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113446 | $87,374.64 | 4/28/2023 | 00214-992727_1 | 4/1/2023 | $2,666.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113446 | $87,374.64 | 4/28/2023 | 00214-992727_2 | 4/1/2023 | $2,666.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113446 | $87,374.64 | 4/28/2023 | 00214-992725_1 | 4/1/2023 | $35,135.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115037 | $87,374.64 | 8/22/2023 | 00214-992727_4 | 4/1/2023 | $2,666.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115037 | $87,374.64 | 8/22/2023 | 00214-992725_3 | 4/1/2023 | $35,135.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115037 | $87,374.64 | 8/22/2023 | 00214-992725_4 | 4/1/2023 | $35,135.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115037 | $87,374.64 | 8/22/2023 | 00214-992726_3 | 4/1/2023 | $5,885.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115037 | $87,374.64 | 8/22/2023 | 00214-992726_4 | 4/1/2023 | $5,885.58 |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115037 | $87,374.64 | 8/22/2023 | 00214-992727_3 | 4/1/2023 | $2,666.36 |
| **2 Post Petition transfer(s), $174,749.28** | | | | | | | |

**Totals: 5 transfer(s), $342,790.50**