

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| **Defendant:** | **World Distribution Services LLC** |
| **Bankruptcy Case:** | **Bed Bath & Beyond Inc.** |
| **Preference Period:** | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081791 | 12/29/2022 | $21,170.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081318 | 12/15/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03082132 | 1/5/2023 | $3,028.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03082107 | 1/5/2023 | $1,146.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03082072 | 1/3/2023 | $79,774.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03082067 | 1/3/2023 | $65,826.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081361 | 12/15/2022 | $9,573.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081326 | 12/16/2022 | $56,471.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081322 | 12/15/2022 | $38,202.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081321 | 12/15/2022 | $87,671.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081320 | 12/15/2022 | $2,419.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03081319 | 12/15/2022 | $14,113.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112611 | $479,688.71 | 2/17/2023 | 03082070 | 1/3/2023 | $99,750.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03078736 | 10/14/2022 | $43,733.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03079290 | 10/31/2022 | $15,318.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03082897 | 1/27/2023 | $8,151.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03080045 | 11/15/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03079289 | 10/31/2022 | $4,034.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03078739 | 10/14/2022 | $32,830.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03078737 | 10/14/2022 | $84,765.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112931 | $251,427.76 | 3/3/2023 | 03078738 | 10/14/2022 | $62,444.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082531 | 1/16/2023 | $14,113.88 |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082899 | 1/27/2023 | $44,969.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082898 | 1/27/2023 | $14,113.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082896 | 1/27/2023 | $18,576.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03081796 | 12/29/2022 | $34,205.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082739 | 1/23/2023 | $17,765.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082738 | 1/23/2023 | $38,185.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082501 | 1/5/2023 | $58,418.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082500 | 1/5/2023 | $37,954.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03081807 | 12/29/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03081793 | 12/29/2022 | $40,540.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03082505 | 1/13/2023 | $2,078.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113009 | $386,072.23 | 3/10/2023 | 03081982 | 1/3/2023 | $65,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03082534 | 1/16/2023 | $52,244.11 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03083372 | 2/1/2023 | $79,774.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03083324 | 1/31/2023 | $839.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03083320 | 1/31/2023 | $885.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03083319 | 1/31/2023 | $510.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03083210 | 1/31/2023 | $44,477.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03083208 | 1/31/2023 | $582.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03082533 | 1/16/2023 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03082532 | 1/16/2023 | $73,628.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113284 | $262,879.92 | 3/16/2023 | 03083209 | 1/31/2023 | $9,887.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083401 | 2/1/2023 | $20,389.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083331 | 2/1/2023 | $66,493.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083371 | 2/1/2023 | $99,750.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083403 | 2/1/2023 | $65,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083501 | 2/3/2023 | $9,090.09 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083502 | 2/3/2023 | $3,710.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083503 | 2/3/2023 | $7,056.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083504 | 2/3/2023 | $8,151.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113395 | $496,625.31 | 3/27/2023 | 03083399 | 2/1/2023 | $216,984.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03083994 | 2/13/2023 | $6,878.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03084563 | 3/3/2023 | $4,473.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03084356 | 3/1/2023 | $188,546.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03084350 | 3/1/2023 | $85,570.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03084175 | 2/24/2023 | $7,165.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03084013 | 2/17/2023 | $1,044.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03084011 | 2/17/2023 | $26,646.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03083993 | 2/13/2023 | $486.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03083734 | 2/13/2023 | $25,643.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03083733 | 2/13/2023 | $2,390.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03083709 | 2/13/2023 | $4,795.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03083402 | 2/1/2023 | $344,699.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03083321 | 1/31/2023 | $40,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113621 | $752,454.99 | 4/13/2023 | 03084012 | 2/17/2023 | $14,113.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03084731 | 3/10/2023 | $7,056.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085061 | 3/24/2023 | $4,048.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085352 | 3/31/2023 | $1,587.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085328 | 3/31/2023 | $7,056.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085616 | 4/7/2023 | $7,056.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085327 | 3/31/2023 | $15,228.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085325 | 3/31/2023 | $7,468.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085062 | 3/24/2023 | $7,780.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085059 | 3/24/2023 | $53,558.04 |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03084876 | 3/17/2023 | $7,056.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03084874 | 3/17/2023 | $15,561.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03084873 | 3/17/2023 | $49,928.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03084732 | 3/10/2023 | $68,676.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03084564 | 3/3/2023 | $7,056.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03085060 | 3/24/2023 | $7,056.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113760 | $282,317.87 | 4/21/2023 | 03084733 | 3/10/2023 | $16,141.82 |

**7 Preference Period transfer(s), $2,911,466.79**

**Post Petition Transfer(s)**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085346 | 3/31/2023 | $9,341.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085795 | 4/14/2023 | $19,789.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085794 | 4/14/2023 | $7,056.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085793 | 4/14/2023 | $707.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085792 | 4/14/2023 | $945.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085790 | 4/14/2023 | $12,506.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085615 | 4/7/2023 | $921.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085390 | 4/3/2023 | $242,817.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085796 | 4/14/2023 | $6,885.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113769 | $301,688.96 | 4/28/2023 | 03085614 | 4/7/2023 | $717.88 |

**1  Post Petition transfer(s), $301,688.96**

**Totals: 8 transfer(s), $3,213,155.75**