**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **DataPipe, Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114104 | $379,053.00 | 6/2/2023 | B1-66388193 | 4/1/2023 | $379,053.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114672 | $101,080.80 | 7/17/2023 | B1-65790793POST | 3/1/2023 | $101,080.80 |

**2 Post Petition transfer(s), $480,133.80**

**Totals: 2 transfer(s), $480,133.80**