**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Gartner, Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114526 | $200,808.95 | 6/28/2023 | 1188371POST | 1/2/2023 | $126,603.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114526 | $200,808.95 | 6/28/2023 | 1175954POST | 9/11/2022 | $74,205.92 |
| **1  Post Petition transfer(s), $200,808.95** | | | | | | | |

**Totals: 1 transfer(s), $200,808.95**