**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Headspace, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113933 | $77,518.55 | 5/26/2023 | INV13585 | 4/21/2023 | $31,428.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113933 | $77,518.55 | 5/26/2023 | INV13064 | 2/28/2023 | $46,090.10 |

**1 Post Petition transfer(s), $77,518.55**

**Totals: 1 transfer(s), $77,518.55**