

ASK LLP
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

**Defendant:** **NTT America, Inc.**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114686 | $79,993.37 | 7/17/2023 | 92024012POST | 12/23/2022 | $75,407.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114686 | $79,993.37 | 7/17/2023 | 91938060POST | 9/22/2022 | $4,586.35 |

**1  Post Petition transfer(s), $79,993.37**

**Totals: 1 transfer(s), $79,993.37**