**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Hatch Baby, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497461 | 12/13/2022 | $2,304.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23346530M1 | 10/7/2022 | $839.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503000 | 12/15/2022 | $1,609.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23502999 | 12/15/2022 | $1,609.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23502998 | 12/15/2022 | $2,304.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23502997 | 12/15/2022 | $2,688.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23502996 | 12/15/2022 | $1,584.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23502995 | 12/15/2022 | $1,969.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23502994 | 12/15/2022 | $1,129.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497467 | 12/13/2022 | $1,224.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497466 | 12/13/2022 | $1,969.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497464 | 12/13/2022 | $4,728.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503002 | 12/15/2022 | $1,224.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497462 | 12/13/2022 | $1,584.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503003 | 12/15/2022 | $1,584.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497460 | 12/13/2022 | $1,969.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497459 | 12/13/2022 | $1,224.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497457 | 12/13/2022 | $3,048.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497456 | 12/13/2022 | $1,224.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497455 | 12/13/2022 | $3,048.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497453 | 12/13/2022 | $1,969.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497450 | 12/13/2022 | $3,048.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497448 | 12/13/2022 | $3,048.84 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497447 | 12/13/2022 | $2,304.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497443 | 12/13/2022 | $1,464.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497439 | 12/13/2022 | $1,609.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23376899 | 10/21/2022 | $2,574.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23497463 | 12/13/2022 | $359.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503016 | 12/15/2022 | $839.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505695 | 12/16/2022 | $384.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505686 | 12/16/2022 | $1,969.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505685 | 12/16/2022 | $1,464.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505682 | 12/16/2022 | $82,686.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505681 | 12/16/2022 | $11,539.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505680 | 12/16/2022 | $384.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505679 | 12/16/2022 | $2,664.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505678 | 12/16/2022 | $2,664.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505675 | 12/16/2022 | $1,584.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505673 | 12/16/2022 | $1,189.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503019 | 12/15/2022 | $1,739.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503001 | 12/15/2022 | $2,304.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503017 | 12/15/2022 | $769.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23505696 | 12/16/2022 | $1,224.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503015 | 12/15/2022 | $769.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503014 | 12/15/2022 | $744.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503013 | 12/15/2022 | $1,609.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503012 | 12/15/2022 | $1,609.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503011 | 12/15/2022 | $1,224.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503010 | 12/15/2022 | $744.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503009 | 12/15/2022 | $1,224.48 |

Hatch Baby, Inc. (2277360)
Bankruptcy Case: Bed Bath & Beyond Inc.
May 15, 2024

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503008 | 12/15/2022 | $384.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503007 | 12/15/2022 | $744.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503006 | 12/15/2022 | $1,584.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503005 | 12/15/2022 | $384.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503004 | 12/15/2022 | $2,664.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823106 | $174,706.58 | 3/10/2023 | I23503018 | 12/15/2022 | $11,539.20 |

**Totals:**    **1 transfer(s),**    **$174,706.58**