**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　New York, NY 10165
651-406-9665　　　212-267-7342

| | |
|---|---|
| Defendant: | **Milk Street Products, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 433966694 | 12/9/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1043 | 10/11/2022 | $52,584.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 431768938 | 11/30/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 432472182 | 12/2/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 432704045 | 12/4/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 432815028 | 12/5/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 433196328 | 12/6/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 433701570 | 12/8/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 433701571 | 12/8/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 431407242 | 11/29/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 433966693 | 12/9/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 431407241 | 11/29/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 434520771 | 12/13/2022 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 434520772 | 12/13/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 434520773 | 12/13/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 434520774 | 12/13/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 434520775 | 12/13/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 435332308 | 12/16/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 435518907 | 12/19/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 435518908 | 12/19/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 435879091 | 12/20/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 433701572 | 12/8/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952524 | 11/28/2022 | $228.00 |

Transferring Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1208 | 1/20/2023 | $441.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1213 | 1/20/2023 | $270.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430675828 | 11/26/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430675829 | 11/26/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430675830 | 11/26/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952519 | 11/28/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952520 | 11/28/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952521 | 11/28/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 431407243 | 11/29/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952523 | 11/28/2022 | $106.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436283552 | 12/22/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952525 | 11/28/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952526 | 11/28/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952788 | 11/28/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952789 | 11/28/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952790 | 11/28/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952791 | 11/28/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 431407188 | 11/29/2022 | $534.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 431407239 | 11/29/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 431407240 | 11/29/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 430952522 | 11/28/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850508 | 1/20/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887543 | 1/13/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887565 | 1/13/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887566 | 1/13/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887567 | 1/13/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887568 | 1/13/2023 | $114.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887569 | 1/13/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887653 | 1/13/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887654 | 1/13/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436283550 | 12/22/2022 | $420.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887713 | 1/13/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437761757 | 1/5/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850509 | 1/20/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850510 | 1/20/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850511 | 1/20/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850587 | 1/20/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850588 | 1/20/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850589 | 1/20/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850597 | 1/20/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850598 | 1/20/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850599 | 1/20/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887711 | 1/13/2023 | $334.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437217278 | 12/31/2022 | $534.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1197 | 1/13/2023 | $576.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436283553 | 12/22/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436283554 | 12/22/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436412602 | 12/23/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436460627 | 12/23/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436559993 | 12/27/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436559995 | 12/27/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436601206 | 12/27/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436601208 | 12/27/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887542 | 1/13/2023 | $114.00 |

Transferring Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436952387 | 12/29/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 438887541 | 1/13/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437217279 | 12/31/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437217280 | 12/31/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437217281 | 12/31/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437345212 | 1/3/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437345213 | 1/3/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437555858 | 1/4/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437761755 | 1/5/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 437761756 | 1/5/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436283551 | 12/22/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 436952386 | 12/29/2022 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1090 | 12/1/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1075 | 11/30/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1077 | 11/30/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1078 | 11/30/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1079 | 11/30/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1080 | 11/30/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1081 | 12/1/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1082 | 12/1/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1083 | 12/1/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1108 | 12/3/2022 | $441.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1085 | 12/1/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1072 | 11/30/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1093 | 12/1/2022 | $270.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1094 | 12/1/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1095 | 12/1/2022 | $244.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1096 | 12/1/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1097 | 12/1/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1098 | 12/1/2022 | $305.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1101 | 12/1/2022 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1103 | 12/1/2022 | $1,188.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1206 | 1/20/2023 | $882.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1084 | 12/1/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1060 | 11/29/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1043RP | 10/11/2022 | $52,584.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1049 | 11/29/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1050 | 11/29/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1051 | 11/29/2022 | $732.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1053 | 11/29/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1054 | 11/29/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1055 | 11/29/2022 | $244.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1056 | 11/29/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1057 | 11/29/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1074 | 11/30/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1059 | 11/29/2022 | $732.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1073 | 11/30/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1061 | 11/29/2022 | $244.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1062 | 11/29/2022 | $1,530.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1063 | 11/29/2022 | $441.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1064 | 11/29/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1068 | 11/30/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1069 | 11/30/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1070 | 11/30/2022 | $183.00 |

Transferring Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1071 | 11/30/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1109 | 12/7/2022 | $549.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1058 | 11/29/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1176 | 1/5/2023 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1146 | 12/19/2022 | $441.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1149 | 12/22/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1150 | 12/22/2022 | $427.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1152 | 12/22/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1153 | 12/22/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1154 | 12/22/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1160 | 1/1/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1164 | 1/1/2023 | $441.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1104 | 12/2/2022 | $441.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1170 | 1/5/2023 | $612.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1138 | 12/15/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1177 | 1/5/2023 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1181 | 1/13/2023 | $441.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1183 | 1/13/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1185 | 1/13/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1189 | 1/13/2023 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1191 | 1/13/2023 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1193 | 1/13/2023 | $270.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1195 | 1/13/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850618 | 1/20/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1169 | 1/5/2023 | $918.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1125 | 12/13/2022 | $882.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1110 | 12/7/2022 | $122.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1111 | 12/8/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1112 | 12/8/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1113 | 12/8/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1114 | 12/8/2022 | $244.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1115 | 12/8/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1116 | 12/8/2022 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1117 | 12/8/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1118 | 12/8/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1145 | 12/19/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1121 | 12/8/2022 | $244.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1139 | 12/15/2022 | $244.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1127 | 12/13/2022 | $882.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1130 | 12/15/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1131 | 12/15/2022 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1133 | 12/15/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1134 | 12/15/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1135 | 12/15/2022 | $244.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1136 | 12/15/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1137 | 12/15/2022 | $305.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1204 | 1/20/2023 | $405.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 1119 | 12/8/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436601207 | 12/27/2022 | $1,839.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559918 | 12/27/2022 | $519.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559919 | 12/27/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559920 | 12/27/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559931 | 12/27/2022 | $1,179.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559932 | 12/27/2022 | $460.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559933 | 12/27/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559934 | 12/27/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559994 | 12/27/2022 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365131 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436601205 | 12/27/2022 | $1,179.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 435658345 | 12/19/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436952388 | 12/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436952393 | 12/29/2022 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436952394 | 12/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436952395 | 12/29/2022 | $285.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365078 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365079 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365113 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365126 | 1/3/2023 | $519.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431768936 | 11/30/2022 | $410.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 436559996 | 12/27/2022 | $410.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 434520770 | 12/13/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850600 | 1/20/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 432072929 | 12/1/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 432072930 | 12/1/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 432072931 | 12/1/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 432472180 | 12/2/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 432472181 | 12/2/2022 | $519.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 432564249 | 12/2/2022 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 433196326 | 12/6/2022 | $1,179.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 433196327 | 12/6/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 435921659 | 12/20/2022 | $460.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 433703971 | 12/8/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 435658346 | 12/19/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 434898346 | 12/14/2022 | $1,179.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 434898347 | 12/14/2022 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 434898348 | 12/14/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 434898349 | 12/14/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 434898350 | 12/14/2022 | $139.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 435296417 | 12/16/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 435595222 | 12/19/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 435658344 | 12/19/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365132 | 1/3/2023 | $1,179.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 433703970 | 12/8/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977104 | 4/10/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1179 | 1/13/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1188 | 1/13/2023 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1190 | 1/13/2023 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1192 | 1/13/2023 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1198 | 1/13/2023 | $1,380.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1200 | 1/17/2023 | $52,584.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1201 | 1/18/2023 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1203 | 1/20/2023 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365130 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1210 | 1/20/2023 | $61.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1174 | 1/5/2023 | $920.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977105 | 4/10/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977106 | 4/10/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977107 | 4/10/2023 | $114.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977108 | 4/10/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977109 | 4/10/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977110 | 4/10/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977111 | 4/10/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977112 | 4/10/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977113 | 4/10/2023 | $228.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1209 | 1/20/2023 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437804352 | 1/5/2023 | $519.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365133 | 1/3/2023 | $1,179.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365134 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365135 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365136 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365137 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365138 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437365139 | 1/3/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437374434 | 1/3/2023 | $519.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437555857 | 1/4/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1178 | 1/5/2023 | $183.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437804351 | 1/5/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1175 | 1/5/2023 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437804353 | 1/5/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437940107 | 1/6/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 438887712 | 1/13/2023 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1132 | 12/15/2022 | $366.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1148 | 12/22/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1151 | 12/22/2022 | $122.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1159 | 12/29/2022 | $122.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 1163 | 1/1/2023 | $612.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431768935 | 11/30/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 437804350 | 1/5/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1157 | 12/29/2022 | $920.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1128 | 12/13/2022 | $1,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1129 | 12/15/2022 | $920.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1140 | 12/15/2022 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1141 | 12/16/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1142 | 12/19/2022 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1143 | 12/19/2022 | $1,380.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1144 | 12/19/2022 | $890.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1147 | 12/19/2022 | $890.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1173 | 1/5/2023 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1156 | 12/28/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1123 | 12/13/2022 | $1,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1158 | 12/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1161 | 1/1/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1162 | 1/1/2023 | $1,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1165 | 1/1/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1166 | 1/1/2023 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1167 | 1/1/2023 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1168 | 1/1/2023 | $890.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1171 | 1/5/2023 | $4,420.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431768937 | 11/30/2022 | $519.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1155 | 12/22/2022 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1091 | 12/1/2022 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823400 | $2,128.58 | 4/13/2023 | 448977114 | 4/10/2023 | $114.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850619 | 1/20/2023 | $114.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823124 | $1,365.15 | 3/10/2023 | 430964743 | 11/28/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823124 | $1,365.15 | 3/10/2023 | 430964744 | 11/28/2022 | $1,179.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823124 | $1,365.15 | 3/10/2023 | 430964745 | 11/28/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1066 | 11/30/2022 | $1,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1067 | 11/30/2022 | $890.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1086 | 12/1/2022 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1087 | 12/1/2022 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1126 | 12/13/2022 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1089 | 12/1/2022 | $1,350.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1124 | 12/13/2022 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1092 | 12/1/2022 | $1,350.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1099 | 12/1/2022 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1100 | 12/1/2022 | $3,590.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1102 | 12/1/2022 | $860.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1105 | 12/2/2022 | $1,380.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1106 | 12/2/2022 | $1,350.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1107 | 12/2/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1122 | 12/13/2022 | $1,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1180 | 1/13/2023 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1088 | 12/1/2022 | $920.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407189 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389956 | 11/29/2022 | $794.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389993 | 11/29/2022 | $424.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389994 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389995 | 11/29/2022 | $99.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389996 | 11/29/2022 | $430.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407076 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407077 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407078 | 11/29/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1172 | 1/5/2023 | $1,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407080 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389876 | 11/29/2022 | $1,464.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407190 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407191 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407192 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407193 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407238 | 11/29/2022 | $410.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431768931 | 11/30/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431768932 | 11/30/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431768933 | 11/30/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431768934 | 11/30/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431407079 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1212 | 1/20/2023 | $920.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1182 | 1/13/2023 | $890.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1184 | 1/13/2023 | $920.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1186 | 1/13/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1187 | 1/13/2023 | $1,350.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1194 | 1/13/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1196 | 1/13/2023 | $2,730.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1199 | 1/13/2023 | $1,380.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1202 | 1/18/2023 | $890.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1205 | 1/20/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389955 | 11/29/2022 | $460.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1211 | 1/20/2023 | $430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389954 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1214 | 1/20/2023 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1215 | 1/20/2023 | $1,290.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1216 | 1/20/2023 | $1,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1217 | 1/20/2023 | $2,210.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389847 | 11/29/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389873 | 11/29/2022 | $460.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389874 | 11/29/2022 | $519.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 431389875 | 11/29/2022 | $660.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823091 | $90,354.40 | 3/9/2023 | 439850617 | 1/20/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823149 | $105,257.16 | 3/15/2023 | 1207 | 1/20/2023 | $1,780.00 |

**Totals:**     4 transfer(s),     $199,105.29

Milk Street Products, LLC (2277686)
Bankruptcy Case: Bed Bath & Beyond Inc.
May 15, 2024

Exhibit A

P. 14