**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Monahan Products, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870431 | 12/14/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868326 | 12/9/2022 | $1,419.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868351 | 12/9/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868352 | 12/9/2022 | $209.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868355 | 12/9/2022 | $629.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870376RP | 12/14/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868348 | 12/9/2022 | $1,419.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870428 | 12/14/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868344 | 12/9/2022 | $959.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870483 | 12/14/2022 | $65.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870484 | 12/14/2022 | $79.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870486 | 12/14/2022 | $989.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870487 | 12/14/2022 | $11,219.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870488 | 12/14/2022 | $37,492.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870579 | 12/14/2022 | $989.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870419 | 12/14/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868334 | 12/9/2022 | $1,529.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870980 | 12/15/2022 | $3,299.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868328 | 12/9/2022 | $419.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868329 | 12/9/2022 | $1,229.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868330 | 12/9/2022 | $5,699.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868331 | 12/9/2022 | $2,469.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868350 | 12/9/2022 | $5,239.83 |

Transferring Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868333 | 12/9/2022 | $479.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870939 | 12/15/2022 | $79.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868335 | 12/9/2022 | $2,999.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868336 | 12/9/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868337 | 12/9/2022 | $209.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868338 | 12/9/2022 | $1,949.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868339 | 12/9/2022 | $3,449.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868341 | 12/9/2022 | $3,829.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868332 | 12/9/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870966 | 12/15/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870957 | 12/15/2022 | $27,539.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870958 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870960 | 12/15/2022 | $146,956.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870961 | 12/15/2022 | $27,719.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870962 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870937 | 12/15/2022 | $329.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870965 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870954 | 12/15/2022 | $35,639.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870967 | 12/15/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870969 | 12/15/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870971 | 12/15/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870974 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870977 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 616187RP | 5/21/2022 | $143.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870963 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870947 | 12/15/2022 | $474.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868325 | 12/9/2022 | $7,569.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870940 | 12/15/2022 | $87,609.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870941 | 12/15/2022 | $329.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870942 | 12/15/2022 | $2,159.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870943 | 12/15/2022 | $65.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870944 | 12/15/2022 | $79.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870956 | 12/15/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870946 | 12/15/2022 | $1,039.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870955 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870949 | 12/15/2022 | $1,295.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870950 | 12/15/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870951 | 12/15/2022 | $65,445.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870952 | 12/15/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870953 | 12/15/2022 | $47,548.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870938 | 12/15/2022 | $65.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870945 | 12/15/2022 | $2,639.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 835192RP | 10/4/2022 | $168.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 868327 | 12/9/2022 | $4,059.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 830904RP1 | 9/27/2022 | $119.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 831572RP | 9/28/2022 | $629.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 835081RP | 10/4/2022 | $539.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 835087RP | 10/4/2022 | $168.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 830840RP | 9/27/2022 | $215.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 835176RP | 10/4/2022 | $2,639.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 829129RP | 9/23/2022 | $419.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 835218RP | 10/4/2022 | $337.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 836442RP | 10/6/2022 | $539.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 836478RP | 10/6/2022 | $84.49 |

Transferring Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 836528RP1 | 10/6/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 836548RP | 10/6/2022 | $419.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 840686 | 10/14/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 835130RP | 10/4/2022 | $269.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 774627RP | 5/27/2022 | $59.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 742030RP3 | 3/11/2022 | $239.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 750143RP2 | 3/30/2022 | $219.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 754347RP | 4/11/2022 | $107.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 756778RP | 4/18/2022 | $64.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 759067RP | 4/22/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 830889RP | 9/27/2022 | $119.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 774615RP2 | 5/27/2022 | $269.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 840699 | 10/14/2022 | $3,299.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 775418RP | 5/31/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 776231RP2 | 6/1/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 787393RP3 | 6/27/2022 | $99.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 815768RP1 | 8/30/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 821121RP1 | 9/9/2022 | $28.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 826030RP | 9/19/2022 | $593.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 766210RP | 5/9/2022 | $179.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866678 | 12/6/2022 | $959.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866182M1 | 12/5/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866182M2 | 12/5/2022 | $3,719.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866649 | 12/6/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866654 | 12/6/2022 | $1,319.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866668 | 12/6/2022 | $2,249.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 840689 | 10/14/2022 | $659.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866668M2 | 12/6/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 864819RP | 12/2/2022 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 867193 | 12/7/2022 | $1,979.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 867193M1 | 12/7/2022 | $209.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 867193M2 | 12/7/2022 | $1,769.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 867194 | 12/7/2022 | $1,629.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 867691 | 12/8/2022 | $2,349.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 867697 | 12/8/2022 | $3,189.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866668M1 | 12/6/2022 | $269.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 862809 | 11/29/2022 | $131.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870982 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 844293 | 10/21/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 845194 | 10/24/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 846056RP | 10/25/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 861896 | 11/28/2022 | $131.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 861903 | 11/28/2022 | $3,542.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866182 | 12/5/2022 | $4,379.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 862802 | 11/29/2022 | $131.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 866166 | 12/5/2022 | $8,429.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 862816 | 11/29/2022 | $131.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 863609 | 11/30/2022 | $131.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 863609M1 | 11/30/2022 | $65.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 863609M2 | 11/30/2022 | $65.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 864768RP | 12/2/2022 | $168.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 840692 | 10/14/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 862798 | 11/29/2022 | $131.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873283 | 12/21/2022 | $351.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872678 | 12/20/2022 | $3,959.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872865 | 12/20/2022 | $1,169.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872866 | 12/20/2022 | $1,514.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872867 | 12/20/2022 | $19,469.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872868 | 12/20/2022 | $44,547.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872704 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873282 | 12/21/2022 | $959.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872703 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873284 | 12/21/2022 | $439.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873285 | 12/21/2022 | $175.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873286 | 12/21/2022 | $959.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873287 | 12/21/2022 | $137,277.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873879 | 12/22/2022 | $27,719.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873880 | 12/22/2022 | $474.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873281 | 12/21/2022 | $129.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872688 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870978 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872682 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872683 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872684 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872685 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872864 | 12/20/2022 | $474.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872687 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873883 | 12/22/2022 | $759.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872691 | 12/20/2022 | $4,619.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872693 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872695 | 12/20/2022 | $1,319.98 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872697 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872700 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872702 | 12/20/2022 | $2,639.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872686 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875862 | 1/4/2023 | $44,336.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875855 | 1/4/2023 | $7,199.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875856 | 1/4/2023 | $79.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875857 | 1/4/2023 | $87,056.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875858 | 1/4/2023 | $115,214.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875859 | 1/4/2023 | $79.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873881 | 12/22/2022 | $2,303.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875861 | 1/4/2023 | $7,199.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875852 | 1/4/2023 | $69,958.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 876064 | 1/5/2023 | $142,115.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 876065 | 1/5/2023 | $61,772.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 876065M1 | 1/5/2023 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 876065M2 | 1/5/2023 | $61,574.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 876128 | 1/5/2023 | $145,197.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 876129 | 1/5/2023 | $131,998.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875860 | 1/4/2023 | $9,899.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875819 | 1/3/2023 | $8,579.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872677 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873884 | 12/22/2022 | $99,148.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875798 | 1/3/2023 | $260,036.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875810 | 1/3/2023 | $248,749.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875810M1 | 1/3/2023 | $197.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875810M2 | 1/3/2023 | $248,551.03 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875854 | 1/4/2023 | $27,958.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875818 | 1/3/2023 | $79.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875853 | 1/4/2023 | $139,257.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875820 | 1/3/2023 | $7,199.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875821 | 1/3/2023 | $20,518.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875843 | 1/4/2023 | $165,356.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875850 | 1/4/2023 | $11,879.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875851 | 1/4/2023 | $251,917.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 873882 | 12/22/2022 | $1,691.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 875811 | 1/3/2023 | $61,772.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871545 | 12/16/2022 | $674.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872680 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871539 | 12/16/2022 | $34,979.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871540 | 12/16/2022 | $91,448.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871541 | 12/16/2022 | $791.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871542 | 12/16/2022 | $76,558.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871537 | 12/16/2022 | $64,018.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871544 | 12/16/2022 | $2,079.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871536 | 12/16/2022 | $65.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871546 | 12/16/2022 | $7,297.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871547 | 12/16/2022 | $10,559.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871548 | 12/16/2022 | $989.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871549 | 12/16/2022 | $27,719.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871624 | 12/16/2022 | $98,951.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871639 | 12/16/2022 | $87,054.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871543 | 12/16/2022 | $77,407.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871529 | 12/16/2022 | $2,159.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870984 | 12/15/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870985 | 12/15/2022 | $3,359.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870987 | 12/15/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 870989 | 12/15/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871516 | 12/16/2022 | $79.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871538 | 12/16/2022 | $1,949.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871528 | 12/16/2022 | $49.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872606 | 12/20/2022 | $209.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871530 | 12/16/2022 | $989.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871531 | 12/16/2022 | $1,583.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871532 | 12/16/2022 | $2,159.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871533 | 12/16/2022 | $791.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871534 | 12/16/2022 | $13,463.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871535 | 12/16/2022 | $263.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 871524 | 12/16/2022 | $449.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872664 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872651 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872652 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872653 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872655 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872660 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872601 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872663 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872643 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872665 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872667 | 12/20/2022 | $3,682.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872668 | 12/20/2022 | $659.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872672 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872675 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872676 | 12/20/2022 | $2,639.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872662 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872630 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 876369 | 1/5/2023 | $234,498.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872609 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872613 | 12/20/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872615 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872616 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872623 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872650 | 12/20/2022 | $1,979.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872629 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872646 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872631 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872632 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872633 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872639 | 12/20/2022 | $1,079.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872640 | 12/20/2022 | $1,319.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872605 | 12/20/2022 | $659.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823102 | $1,639,382.51 | 3/10/2023 | 872624 | 12/20/2022 | $1,319.98 |

**Totals:**    1 transfer(s),    $1,639,382.51