

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **Owlet Baby Care Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095850 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095857 | 12/8/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095856 | 12/8/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095855 | 12/8/2022 | $3,263.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095854 | 12/8/2022 | $2,339.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095853 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096021 | 12/15/2022 | $1,872.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095851 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095860 | 12/8/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095849 | 12/8/2022 | $3,899.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095848 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095847 | 12/8/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095846 | 12/8/2022 | $2,652.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095845 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095844 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095852 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095915 | 12/9/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50094512 | 9/24/2022 | $8,424.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096019 | 12/15/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096018 | 12/15/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096017 | 12/15/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096016 | 12/15/2022 | $2,652.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096014 | 12/15/2022 | $312.09 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095858 | 12/8/2022 | $3,502.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096012 | 12/15/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095859 | 12/8/2022 | $7,307.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095904 | 12/9/2022 | $5,842.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095864 | 12/8/2022 | $1,092.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095863 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095862 | 12/8/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095861 | 12/8/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095841 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096013 | 12/15/2022 | $4,282.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095567 | 11/18/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095843 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095817 | 12/7/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095816 | 12/7/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095815 | 12/7/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095814 | 12/7/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095813 | 12/7/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095819 | 12/7/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095704 | 11/30/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095820 | 12/7/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095444 | 11/11/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095205 | 10/31/2022 | $3,119.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095177 | 10/31/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095176 | 10/31/2022 | $42,155.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50094921 | 10/14/2022 | $31,729.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50094677 | 9/30/2022 | $6,466.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095718 | 11/30/2022 | $779.97 |

Owlet Baby Care Inc. (2277737)
Bankruptcy Case: Bed Bath & Beyond Inc.
May 15, 2024

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095831 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096022 | 12/15/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095839 | 12/8/2022 | $624.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095838 | 12/8/2022 | $2,722.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095837 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095836 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095835 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095818 | 12/7/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095832 | 12/8/2022 | $1,092.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095842 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095830 | 12/8/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095828 | 12/8/2022 | $624.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095826 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095824 | 12/8/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095822 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095821 | 12/8/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50095833 | 12/8/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096170 | 12/23/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096286 | 12/30/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096284 | 12/30/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096283 | 12/30/2022 | $2,339.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096281 | 12/30/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096280 | 12/30/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096020 | 12/15/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096171 | 12/23/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096357 | 12/20/2022 | $234.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096169 | 12/23/2022 | $779.97 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096168 | 12/23/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096166 | 12/23/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096160 | 12/23/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096159 | 12/23/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096158 | 12/23/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096172 | 12/23/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096485 | 1/6/2023 | $49,999.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | RTV92578729R | 9/20/2022 | $1,449.11 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | RTV92477990R | 9/13/2022 | $274.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | RTV92006638R | 7/25/2022 | $275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096641 | 1/25/2023 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096490 | 1/6/2023 | $8,724.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096489 | 1/6/2023 | $55,302.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096289 | 12/30/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096486 | 1/6/2023 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096292 | 12/30/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096386 | 1/6/2023 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096361 | 12/31/2022 | $103,900.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096360 | 12/20/2022 | $234.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096359 | 12/20/2022 | $468.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096358 | 12/20/2022 | $468.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096155 | 12/23/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096488 | 1/6/2023 | $59,285.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096029 | 12/15/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096157 | 12/23/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096036 | 12/15/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096035 | 12/15/2022 | $624.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096034 | 12/15/2022 | $1,092.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096033 | 12/15/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096032 | 12/15/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096041 | 12/16/2022 | $2,722.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096030 | 12/15/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096042 | 12/16/2022 | $2,722.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096028 | 12/15/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096027 | 12/15/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096026 | 12/15/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096025 | 12/15/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096024 | 12/15/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096023 | 12/15/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096031 | 12/15/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096075 | 12/16/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | RTV93212383R | 12/8/2022 | $255.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096153 | 12/23/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096081 | 12/16/2022 | $2,339.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096080 | 12/16/2022 | $1,092.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096079 | 12/16/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096078 | 12/16/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096037 | 12/15/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096076 | 12/16/2022 | $312.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096156 | 12/23/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096074 | 12/16/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096073 | 12/16/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096072 | 12/16/2022 | $779.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096071 | 12/16/2022 | $2,722.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096070 | 12/16/2022 | $1,559.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096047 | 12/16/2022 | $1,404.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823281 | $139,750.73 | 4/10/2023 | I50096077 | 12/16/2022 | $3,576.00 |
| Totals: | | 1 transfer(s), | $139,750.73 | | | | |