

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **The Haddad Apparel Group, Ltd.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823FF | | $5,386.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823EE | | $90,813.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823DD | | $115,050.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823CC | | $5,670.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823BB | | $39,776.60 |

**Totals:**    1 transfer(s),    $256,696.70