

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665  

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342  

|  |  |
|---|---|
| Defendant: | **Simply Mommy LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51601 | 12/5/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51419 | 12/2/2022 | $349.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51608 | 12/5/2022 | $2,880.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51607 | 12/5/2022 | $3,420.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51606 | 12/5/2022 | $1,980.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51605 | 12/5/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51604 | 12/5/2022 | $444.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51610 | 12/5/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51602 | 12/5/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51611 | 12/5/2022 | $264.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51600 | 12/5/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51599 | 12/5/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51598 | 12/5/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51597 | 12/5/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51596 | 12/5/2022 | $349.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51675 | 12/6/2022 | $720.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51603 | 12/5/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51618 | 12/5/2022 | $709.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV48552 | 10/3/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51673 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51672 | 12/6/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51671 | 12/6/2022 | $1,260.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51622 | 12/5/2022 | $360.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51621 | 12/5/2022 | $900.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51609 | 12/5/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51619 | 12/5/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51418 | 12/2/2022 | $10,620.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51617 | 12/5/2022 | $264.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51616 | 12/5/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51615 | 12/5/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51614 | 12/5/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51613 | 12/5/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51612 | 12/5/2022 | $529.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51620 | 12/5/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51225 | 11/30/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51420 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51399 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51398 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51397 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51396 | 12/2/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51395 | 12/2/2022 | $6,300.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51401 | 12/2/2022 | $349.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51256 | 11/30/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51402 | 12/2/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51215 | 11/30/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51154 | 11/29/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51146 | 11/29/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV50140 | 11/8/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV49515 | 10/25/2022 | $2,645.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV49262 | 10/19/2022 | $180.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51394 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51409 | 12/2/2022 | $6,840.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51417 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51416 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51415 | 12/2/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51414 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51413 | 12/2/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51412 | 12/2/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51400 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51410 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51676 | 12/6/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51408 | 12/2/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51407 | 12/2/2022 | $518.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51406 | 12/2/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51405 | 12/2/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51404 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51403 | 12/2/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51411 | 12/2/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51717 | 12/6/2022 | $2,520.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51710 | 12/6/2022 | $264.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51724 | 12/6/2022 | $338.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51723 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51722 | 12/6/2022 | $529.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51721 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51720 | 12/6/2022 | $720.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51726 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51718 | 12/6/2022 | $433.53 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51727 | 12/6/2022 | $1,164.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51716 | 12/6/2022 | $1,440.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51715 | 12/6/2022 | $2,520.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51714 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51713 | 12/6/2022 | $433.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51712 | 12/6/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51674 | 12/6/2022 | $720.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51719 | 12/6/2022 | $433.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51734 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51786 | 12/7/2022 | $338.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51785 | 12/7/2022 | $10,469.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51784 | 12/7/2022 | $3,420.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51783 | 12/7/2022 | $2,880.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51782 | 12/7/2022 | $2,880.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51781 | 12/7/2022 | $3,060.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51725 | 12/6/2022 | $529.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51735 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51709 | 12/6/2022 | $253.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51733 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51732 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51731 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51730 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51729 | 12/6/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51728 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51736 | 12/6/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51683 | 12/6/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51711 | 12/6/2022 | $169.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51690 | 12/6/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51689 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51688 | 12/6/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51687 | 12/6/2022 | $1,260.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51686 | 12/6/2022 | $338.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51692 | 12/6/2022 | $338.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51684 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51693 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51682 | 12/6/2022 | $624.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51681 | 12/6/2022 | $1,080.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51680 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51679 | 12/6/2022 | $1,980.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51678 | 12/6/2022 | $326.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51677 | 12/6/2022 | $84.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51685 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51700 | 12/6/2022 | $2,340.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51708 | 12/6/2022 | $84.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51707 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51706 | 12/6/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51705 | 12/6/2022 | $624.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51704 | 12/6/2022 | $540.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51703 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51691 | 12/6/2022 | $180.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51701 | 12/6/2022 | $900.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | O/A:823346 |  | $7,570.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51699 | 12/6/2022 | $1,789.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51698 | 12/6/2022 | $613.53 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51697 | 12/6/2022 | $169.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51696 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51695 | 12/6/2022 | $360.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51694 | 12/6/2022 | $1,153.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823346 | $111,119.24 | 4/7/2023 | INV51702 | 12/6/2022 | $180.00 |

**Totals:**   1 transfer(s),   $111,119.24