**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **Securitas Electronic Security, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2807023 | 11/4/2022 | $85.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2824331 | 11/22/2022 | $449.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2789449 | 10/25/2022 | $6.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2792286 | 10/27/2022 | $804.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2792883 | 10/27/2022 | $91.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2793179 | 10/27/2022 | $206.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2800895 | 10/31/2022 | $158.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2800945 | 10/31/2022 | $340.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2801099 | 10/31/2022 | $188.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2787586 | 10/24/2022 | $129.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2807018 | 11/4/2022 | $300.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2787415 | 10/24/2022 | $73.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2813463 | 11/10/2022 | $52.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2813474 | 11/10/2022 | $327.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2815010 | 11/13/2022 | $539.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2818893 | 11/16/2022 | $109.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2820103 | 11/17/2022 | $149.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2820492 | 11/17/2022 | $115.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2820690 | 11/17/2022 | $48.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2823437 | 11/22/2022 | $381.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2769007 | 10/5/2022 | $6.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2801102 | 10/31/2022 | $186.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2774039 | 10/11/2022 | $76.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2820726 | 11/17/2022 | $124.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2771129 | 10/7/2022 | $58.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2771431 | 10/7/2022 | $103.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2771916 | 10/9/2022 | $168.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2771919 | 10/9/2022 | $88.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2771939 | 10/9/2022 | $234.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2771941 | 10/9/2022 | $67.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2771942 | 10/9/2022 | $69.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2789385 | 10/25/2022 | $138.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2774034 | 10/11/2022 | $60.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2825674 | 11/23/2022 | $14.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2775131 | 10/12/2022 | $97.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2776436 | 10/13/2022 | $244.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2784060 | 10/20/2022 | $181.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2784289 | 10/20/2022 | $144.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2784364 | 10/20/2022 | $198.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2785553 | 10/21/2022 | $301.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2786102 | 10/21/2022 | $238.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2786574 | 10/22/2022 | $111.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2787339 | 10/24/2022 | $182.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2774025 | 10/11/2022 | $270.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2803228 | 11/2/2022 | $137.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2824027 | 11/22/2022 | $95.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2779170 | 10/17/2022 | $142.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2779782 | 10/17/2022 | $120.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2779810 | 10/17/2022 | $93.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2780026 | 10/17/2022 | $379.98 |

Transmitting Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2780991 | 10/18/2022 | $126.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2783010 | 10/19/2022 | $234.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2783062 | 10/19/2022 | $63.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2779123 | 10/17/2022 | $1,246.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2789909 | 10/26/2022 | $234.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2779078 | 10/17/2022 | $1,591.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2806926 | 11/4/2022 | $65.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2808584 | 11/7/2022 | $170.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2809244 | 11/7/2022 | $50.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2811062 | 11/8/2022 | $225.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2815002 | 11/13/2022 | $200.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2816651 | 11/15/2022 | $433.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2816962 | 11/15/2022 | $685.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2817341 | 11/15/2022 | $105.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 2706020 | 8/15/2022 | $395.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2783088 | 10/19/2022 | $300.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2771408 | 10/7/2022 | $115.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2826101 | 11/23/2022 | $279.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2826278 | 11/23/2022 | $111.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2827575 | 11/24/2022 | $382.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2827613 | 11/24/2022 | $326.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2827629 | 11/24/2022 | $69.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2828324 | 11/26/2022 | $253.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2828329 | 11/26/2022 | $1,285.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2828383 | 11/26/2022 | $330.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2779138 | 10/17/2022 | $1,977.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2770997 | 10/7/2022 | $613.87 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2767525 | 10/4/2022 | $57.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2771565 | 10/7/2022 | $104.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2771605 | 10/7/2022 | $111.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2773194 | 10/11/2022 | $2,024.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2774489 | 10/12/2022 | $899.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2774782 | 10/12/2022 | $205.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2774875 | 10/12/2022 | $71.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2775082 | 10/12/2022 | $124.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2777795 | 10/14/2022 | $92.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2777928 | 10/14/2022 | $121.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2766661 | 10/4/2022 | $2,369.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2743327 | 9/15/2022 | $315.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2751328 | 9/21/2022 | $154.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2738581 | 9/12/2022 | $523.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2738582 | 9/12/2022 | $274.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2738708 | 9/12/2022 | $281.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2738735 | 9/12/2022 | $206.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2739470 | 9/13/2022 | $1,953.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2739821 | 9/13/2022 | $221.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2742758 | 9/15/2022 | $436.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2736856 | 9/9/2022 | $119.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2743324 | 9/15/2022 | $320.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2736854 | 9/9/2022 | $252.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2743404 | 9/15/2022 | $194.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2743643 | 9/15/2022 | $116.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2743955 | 9/15/2022 | $165.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2747562 | 9/19/2022 | $82.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2747677 | 9/19/2022 | $124.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2747818 | 9/19/2022 | $198.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2748529 | 9/19/2022 | $23.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2750515 | 9/21/2022 | $72.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2769023 | 10/5/2022 | $151.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2743069 | 9/15/2022 | $1,044.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2506594 | 3/3/2022 | $85.09 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 2730045 | 9/1/2022 | $272.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 2730059 | 9/1/2022 | $98.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 2731830 | 9/5/2022 | $185.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 2731866 | 9/5/2022 | $328.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 2731874 | 9/5/2022 | $221.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 2731875 | 9/5/2022 | $72.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112517 | $28,633.04 | 2/10/2023 | 7001089329 | 9/23/2022 | $27,058.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2506233 | 3/3/2022 | $128.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2737199 | 9/9/2022 | $225.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2506294 | 3/3/2022 | $54.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2752410 | 9/22/2022 | $287.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2547326 | 5/4/2022 | $126.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2574248A | 4/27/2022 | $53.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2653340 | 6/29/2022 | $284.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2705058 | 8/13/2022 | $272.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2708976 | 8/17/2022 | $141.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2709410 | 8/17/2022 | $657.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2729533 | 9/1/2022 | $559.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2730279 | 9/1/2022 | $31.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2736692 | 9/9/2022 | $348.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2506274 | 3/3/2022 | $101.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2759911 | 9/28/2022 | $60.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2751243 | 9/21/2022 | $98.93 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2738251 | 9/12/2022 | $136.79 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2738425 | 9/12/2022 | $130.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2738427 | 9/12/2022 | $111.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2738428 | 9/12/2022 | $105.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2738687 | 9/12/2022 | $199.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2738732 | 9/12/2022 | $2.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2759404 | 9/28/2022 | $1,214.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2729472 | 9/1/2022 | $1,585.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2759893 | 9/28/2022 | $496.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2718861 | 8/25/2022 | $189.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2759932 | 9/28/2022 | $278.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2759938 | 9/28/2022 | $74.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2760330 | 9/28/2022 | $59.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 7001067873 | 8/22/2022 | $27,176.11 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2763242 | 9/30/2022 | $154.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2763528 | 9/30/2022 | $4.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2766621 | 10/4/2022 | $175.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2766761 | 10/4/2022 | $253.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $11,802.84 | 2/17/2023 | 2766966 | 10/4/2022 | $70.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2759512 | 9/28/2022 | $145.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2601437 | 5/17/2022 | $222.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2752706 | 9/22/2022 | $116.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2753988 | 9/23/2022 | $352.11 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2754198 | 9/23/2022 | $304.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2754716 | 9/23/2022 | $79.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2756152 | 9/26/2022 | $227.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2756394 | 9/26/2022 | $159.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2757788 | 9/27/2022 | $34.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2757800 | 9/27/2022 | $1,264.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2736857 | 9/9/2022 | $167.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | O/A:112522 |  | $535.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2831052 | 11/29/2022 | $145.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2623581 | 6/3/2022 | $1,781.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2623752 | 6/3/2022 | $78.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2692966 | 8/2/2022 | $272.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2709361 | 8/17/2022 | $356.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2716824 | 8/24/2022 | $525.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2717508 | 8/24/2022 | $246.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2717710 | 8/24/2022 | $206.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2717722 | 8/24/2022 | $636.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112523 | $36,840.77 | 2/10/2023 | 2718853 | 8/25/2022 | $379.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112522 | $14,020.84 | 2/10/2023 | 2757898 | 9/27/2022 | $406.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2788085 | 10/24/2022 | $2,223.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113383 | $2,217.02 | 3/27/2023 | 2806019 | 11/3/2022 | $2,217.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784942 | 10/20/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784943 | 10/20/2022 | $2,249.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784944 | 10/20/2022 | $2,253.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784945 | 10/20/2022 | $2,100.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784946 | 10/20/2022 | $2,226.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2788081 | 10/24/2022 | $2,100.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2788082 | 10/24/2022 | $2,216.27 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784940 | 10/20/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2788084 | 10/24/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784939 | 10/20/2022 | $903.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2788086 | 10/24/2022 | $1,206.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2788087 | 10/24/2022 | $1,195.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2790367 | 10/26/2022 | $204.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2791055 | 10/26/2022 | $830.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2791056 | 10/26/2022 | $2,264.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2791057 | 10/26/2022 | $2,250.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2794704 | 10/28/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2794705 | 10/28/2022 | $2,217.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2774185 | 10/11/2022 | $1,192.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2788083 | 10/24/2022 | $2,231.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113272 | $2,230.42 | 3/16/2023 | 2794707 | 10/28/2022 | $2,230.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2820685 | 11/17/2022 | $54.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2775501 | 10/12/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2775505 | 10/12/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2777002 | 10/13/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2777005 | 10/13/2022 | $2,226.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2777006 | 10/13/2022 | $2,100.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2781840 | 10/18/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2781841 | 10/18/2022 | $2,226.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2784941 | 10/20/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2781844 | 10/18/2022 | $1,176.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2806020 | 11/3/2022 | $2,216.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2781838 | 10/18/2022 | $2,216.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2781839 | 10/18/2022 | $2,216.27 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2781842 | 10/18/2022 | $2,226.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2791058 | 10/26/2022 | $2,231.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2791059 | 10/26/2022 | $2,228.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2793367 | 10/27/2022 | $2,258.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2794703 | 10/28/2022 | $856.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2794708 | 10/28/2022 | $2,223.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113280 | $18,558.48 | 3/16/2023 | 2796646 | 10/31/2022 | $2,100.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2781843 | 10/18/2022 | $903.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2839577 | 12/5/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113283 | $41,974.19 | 3/16/2023 | 2794706 | 10/28/2022 | $2,217.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836463 | 12/2/2022 | $2,258.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836464 | 12/2/2022 | $2,253.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836465 | 12/2/2022 | $2,237.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836466 | 12/2/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836467 | 12/2/2022 | $2,240.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836468 | 12/2/2022 | $1,199.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836469 | 12/2/2022 | $1,179.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836461 | 12/2/2022 | $2,268.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2839576 | 12/5/2022 | $2,237.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836460 | 12/2/2022 | $3,057.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842582 | 12/7/2022 | $862.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842583 | 12/7/2022 | $888.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842584 | 12/7/2022 | $2,258.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842585 | 12/7/2022 | $2,221.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842586 | 12/7/2022 | $2,268.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842587 | 12/7/2022 | $2,285.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842588 | 12/7/2022 | $2,274.22 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842589 | 12/7/2022 | $2,182.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842590 | 12/7/2022 | $2,240.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2839575 | 12/5/2022 | $2,258.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2814805 | 11/11/2022 | $1,222.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2807729 | 11/4/2022 | $2,227.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2807730 | 11/4/2022 | $2,236.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2807731 | 11/4/2022 | $2,216.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2809278 | 11/7/2022 | $2,231.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2809279 | 11/7/2022 | $2,100.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2809280 | 11/7/2022 | $1,221.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2811163 | 11/8/2022 | $2,237.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2812391 | 11/9/2022 | $2,242.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2836462 | 12/2/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2814804 | 11/11/2022 | $2,216.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2774184 | 10/11/2022 | $2,100.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2819440 | 11/16/2022 | $885.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2819441 | 11/16/2022 | $2,287.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2819442 | 11/16/2022 | $2,242.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2819443 | 11/16/2022 | $2,237.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2819444 | 11/16/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2819445 | 11/16/2022 | $1,179.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2819446 | 11/16/2022 | $2,370.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2826513 | 11/23/2022 | $902.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2827395 | 11/23/2022 | $2,240.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113392 | $41,216.09 | 3/27/2023 | 2814803 | 11/11/2022 | $2,253.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2840327 | 12/6/2022 | $103.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113067 | $13,761.30 | 3/10/2023 | 2775504 | 10/12/2022 | $2,221.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2857290 | 12/21/2022 | $47.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2857295 | 12/21/2022 | $397.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2857664 | 12/21/2022 | $546.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2860741 | 12/27/2022 | $69.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2863002 | 12/28/2022 | $349.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 7001166314 | 12/14/2022 | $27,032.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2833397 | 11/30/2022 | $379.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2856351 | 12/20/2022 | $501.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2835238 | 12/1/2022 | $117.85 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2853021 | 12/16/2022 | $73.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2840418 | 12/6/2022 | $459.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2840662 | 12/6/2022 | $528.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2841127 | 12/6/2022 | $83.79 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2847647 | 12/13/2022 | $323.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113062 | $2,097.24 | 3/10/2023 | 2756889 | 9/26/2022 | $1,217.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113062 | $2,097.24 | 3/10/2023 | 2777001 | 10/13/2022 | $879.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113067 | $13,761.30 | 3/10/2023 | 2734101 | 9/7/2022 | $411.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113067 | $13,761.30 | 3/10/2023 | 2775502 | 10/12/2022 | $2,246.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2774186 | 10/11/2022 | $1,208.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112681 | $2,146.20 | 2/24/2023 | 2835018 | 12/1/2022 | $149.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2842404 | 12/7/2022 | $827.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2831265 | 11/29/2022 | $1,927.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2832029 | 11/29/2022 | $271.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 2832128 | 11/29/2022 | $547.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 7001106403 | 10/19/2022 | $27,088.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112608 | $72,656.38 | 2/17/2023 | 7001133583 | 11/17/2022 | $27,058.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2836682 | 12/3/2022 | $126.66 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2836699 | 12/3/2022 | $73.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2837668 | 12/5/2022 | $757.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2857108 | 12/21/2022 | $204.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2842364 | 12/7/2022 | $112.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113067 | $13,761.30 | 3/10/2023 | 2777003 | 10/13/2022 | $2,216.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2843050 | 12/8/2022 | $379.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2843741 | 12/8/2022 | $709.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2846263 | 12/12/2022 | $47.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2846270 | 12/12/2022 | $408.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2847685 | 12/13/2022 | $324.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2848184 | 12/13/2022 | $51.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2849409 | 12/14/2022 | $935.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2852492 | 12/16/2022 | $149.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2852887 | 12/16/2022 | $286.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112679 | $34,593.42 | 2/24/2023 | 2839284 | 12/5/2022 | $181.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770556 | 10/6/2022 | $2,242.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113067 | $13,761.30 | 3/10/2023 | 2775503 | 10/12/2022 | $2,216.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2766044 | 10/3/2022 | $2,274.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2766045 | 10/3/2022 | $2,274.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2766046 | 10/3/2022 | $1,166.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2766047 | 10/3/2022 | $899.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2769041 | 10/5/2022 | $2,226.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2769042 | 10/5/2022 | $1,176.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2769043 | 10/5/2022 | $858.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2763705 | 9/30/2022 | $2,274.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770555 | 10/6/2022 | $879.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2763704 | 9/30/2022 | $879.88 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770557 | 10/6/2022 | $2,253.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770558 | 10/6/2022 | $2,226.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770559 | 10/6/2022 | $2,242.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770560 | 10/6/2022 | $1,231.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770561 | 10/6/2022 | $1,192.79 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770562 | 10/6/2022 | $1,192.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2770563 | 10/6/2022 | $2,253.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2774182 | 10/11/2022 | $864.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2774183 | 10/11/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2769044 | 10/5/2022 | $1,176.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2756891 | 9/26/2022 | $898.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113067 | $13,761.30 | 3/10/2023 | 2777004 | 10/13/2022 | $2,195.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113067 | $13,761.30 | 3/10/2023 | 2781837 | 10/18/2022 | $2,253.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2549165 | 4/6/2022 | $3,247.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2717999 | 8/24/2022 | $884.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2754915 | 9/23/2022 | $898.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2754916 | 9/23/2022 | $2,226.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2754917 | 9/23/2022 | $2,279.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2754918 | 9/23/2022 | $1,220.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2766043 | 10/3/2022 | $853.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2756888 | 9/26/2022 | $898.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113574 | $47,664.28 | 4/6/2023 | 2842591 | 12/7/2022 | $2,247.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2756892 | 9/26/2022 | $1,217.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762152 | 9/29/2022 | $853.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762153 | 9/29/2022 | $2,274.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762154 | 9/29/2022 | $2,231.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762155 | 9/29/2022 | $2,274.22 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762156 | 9/29/2022 | $1,217.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762158 | 9/29/2022 | $853.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762159 | 9/29/2022 | $2,240.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2762160 | 9/29/2022 | $2,274.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113071 | $86,012.87 | 3/10/2023 | 2754919 | 9/23/2022 | $1,217.36 |

**Totals:** 16 transfer(s),  $456,425.38