

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Securitas Electronic Security, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2757911 | 9/27/2022 | $78.33 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2641918 | 6/20/2022 | $236.36 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2647927 | 6/24/2022 | $1,178.19 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2656761 | 6/30/2022 | $438.94 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2703473 | 8/11/2022 | $135.05 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2714050 | 8/22/2022 | $110.19 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2720719 | 8/27/2022 | $36.47 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2720754 | 8/27/2022 | $21.53 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2728185 | 8/31/2022 | $202.66 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2731879 | 9/5/2022 | $270.12 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2733882 | 9/7/2022 | $119.42 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2737116 | 9/9/2022 | $186.38 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2738716 | 9/12/2022 | $101.30 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100531 | $2,043.37 | 2/13/2023 | O/A:100531 |  | $2,043.37 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2755932 | 9/26/2022 | $1,153.79 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | CM:100534 | 2/13/2023 | ($60.91) |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2759858 | 9/28/2022 | $458.30 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2760474 | 9/28/2022 | $97.25 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 7001089337 | 9/23/2022 | $2,003.92 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 2523342 | 3/17/2022 | $86.69 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 2738710 | 9/12/2022 | $186.38 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 2747961 | 9/19/2022 | $341.70 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 2751260 | 9/21/2022 | $17.56 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 2752506 | 9/22/2022 | $118.85 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 7001003246R | 5/27/2022 | $2,043.37 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 7001026071R | 6/28/2022 | $2,043.37 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 7001047851R | 7/27/2022 | $2,043.37 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100534 | $8,863.75 | 2/13/2023 | 7001067903R | 8/22/2022 | $2,043.37 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100533 | $6,935.69 | 2/13/2023 | 2743647 | 9/15/2022 | $107.49 |

Totals:    3 transfer(s),    $17,842.81