**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

|  |  |
|---|---|
| Defendant: | **Brink's, Incorporated** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Harmon Stores Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5352819 | 12/31/2022 | $350.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12100582 | 11/1/2022 | $54,666.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12069458 | 10/1/2022 | $54,898.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12042401 | 9/1/2022 | $54,666.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12042349 | 8/30/2022 | $230.02 |
| Bed Bath & Beyond Inc. | Harmon Stores Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12006409 | 8/1/2022 | $4,616.27 |
| Bed Bath & Beyond Inc. | Buy Buy Baby Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5424415 | 1/31/2023 | $153.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12158896 | 1/1/2023 | $62,045.54 |
| Bed Bath & Beyond Inc. | Harmon Stores Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5424349 | 1/31/2023 | $669.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12131149 | 12/1/2022 | $54,666.39 |
| Bed Bath & Beyond Inc. | Buy Buy Baby Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5352806 | 12/31/2022 | $38.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5352603 | 12/31/2022 | $2,670.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5282963 | 11/30/2022 | $1,823.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5212217 | 10/31/2022 | $1,787.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5143322 | 9/30/2022 | $1,845.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5074213 | 8/31/2022 | $2,055.51 |
| Bed Bath & Beyond Inc. | Harmon Stores Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5003000 | 7/31/2022 | $162.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 5424352 | 1/31/2023 | $4,722.94 |
| Bed Bath & Beyond Inc. | Buy Buy Baby Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12158898 | 1/1/2023 | $3,713.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12187497 | 2/1/2023 | $58,237.60 |
| Bed Bath & Beyond Inc. | Harmon Stores Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12187498 | 2/1/2023 | $5,085.08 |
| Bed Bath & Beyond Inc. | Buy Buy Baby Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12187499 | 2/1/2023 | $3,464.36 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Harmon Stores Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12158897 | 1/1/2023 | $5,085.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $377,871.94 | 2/23/2023 | 12100541 | 10/28/2022 | $216.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113538 | $59,681.58 | 4/11/2023 | 5494398 | 2/28/2023 | $1,443.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113538 | $59,681.58 | 4/11/2023 | 12217867 | 3/1/2023 | $58,237.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113539 | $8,549.44 | 4/14/2023 | 12216072 | 3/1/2023 | $5,085.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113539 | $8,549.44 | 4/14/2023 | 12216073 | 3/1/2023 | $3,464.36 |

3 Preference Period transfer(s), $446,102.96

**Post Petition Transfer(s)**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114405 | $17.68 | 6/26/2023 | 12274433POST | 4/1/2023 | $17.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 12069458_2 | 10/1/2022 | $54,898.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 5564677 | 3/31/2023 | $3,725.15 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 5282963_2 | 11/30/2022 | $1,823.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 5212217_2 | 10/31/2022 | $1,787.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 5143322_2 | 9/30/2022 | $1,845.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 5074213_2 | 8/31/2022 | $2,055.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 12131149_2 | 12/1/2022 | $54,666.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 12100541_2 | 10/1/2022 | $216.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 12042401_2 | 9/1/2022 | $54,666.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 12042349_2 | 8/1/2022 | $230.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114773 | $230,580.71 | 7/26/2023 | 12100582_2 | 11/1/2022 | $54,666.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114776 | $3,464.36 | 7/26/2023 | 12187499_2 | 2/1/2023 | $3,464.36 |

3  Post Petition transfer(s), $234,062.75

Totals: 6 transfer(s), $680,165.71