

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Brink's, Incorporated** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Harmon Stores Inc. | Harmon Stores Inc. | 100568 | $708.14 | 4/14/2023 | 5494537 | 2/28/2023 | $75.65 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100568 | $708.14 | 4/14/2023 | 5494395 | 2/28/2023 | $632.49 |
| **1 Preference Period transfer(s), $708.14** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Harmon Stores Inc. | Harmon Stores Inc. | 100581 | $4,778.49 | 7/26/2023 | 5003000 | 7/31/2022 | $162.22 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100581 | $4,778.49 | 7/26/2023 | 12006409 | 8/1/2022 | $4,616.27 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100583 | $16,685.35 | 7/26/2023 | 5564837 | 3/31/2023 | $409.80 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100583 | $16,685.35 | 7/26/2023 | 5424349 | 1/31/2023 | $669.68 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100583 | $16,685.35 | 7/26/2023 | 5352819 | 12/31/2022 | $350.96 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100583 | $16,685.35 | 7/26/2023 | 12243394 | 4/1/2023 | $5,084.75 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100583 | $16,685.35 | 7/26/2023 | 12187498 | 2/1/2023 | $5,085.08 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100583 | $16,685.35 | 7/26/2023 | 12158897 | 1/1/2023 | $5,085.08 |
| **2  Post Petition transfer(s), $21,463.84** | | | | | | | |

**Totals: 3 transfer(s), $22,171.98**