

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Garda CL Atlantic, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 20556190 | 1/31/2023 | $57.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 20556189 | 1/31/2023 | $54.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 20555410 | 1/31/2023 | $463.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 20552724 | 12/31/2022 | $61.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 20551907 | 12/31/2022 | $466.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 10725972 | 1/2/2023 | $1,143.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 10725933 | 1/2/2023 | $11,066.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112926 | $49,756.56 | 3/3/2023 | 10725180 | 1/2/2023 | $36,442.50 |
| **1 Preference Period transfer(s), $49,756.56** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114442 | $8,623.87 | 6/21/2023 | 10732264APOST | 4/1/2023 | $8,623.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114774 | $61,746.12 | 7/25/2023 | 20562435 | 3/31/2023 | $54.79 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114774 | $61,746.12 | 7/25/2023 | 20562189 | 3/31/2023 | $1,185.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114774 | $61,746.12 | 7/25/2023 | 20558545 | 2/28/2023 | $647.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114774 | $61,746.12 | 7/25/2023 | 10732264APRE | 4/1/2023 | $23,715.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114774 | $61,746.12 | 7/25/2023 | 10730337 | 3/1/2023 | $36,142.33 |
| **2  Post Petition transfer(s), $70,369.99** | | | | | | | |
| **Totals: 3 transfer(s), $120,126.55** | | | | | | | |