

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| --- | --- | --- |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

Defendant: **Garda CL Atlantic, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Post Petition Transfer(s)** | | | | | | | |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101257 | $2,905.60 | 6/15/2023 | 10733327POST | 4/1/2023 | $2,905.60 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101274 | $19,047.26 | 7/28/2023 | 20559336 | 2/28/2023 | $75.79 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101274 | $19,047.26 | 7/28/2023 | 10733327PRE | 4/1/2023 | $7,990.39 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101274 | $19,047.26 | 7/28/2023 | 10730775 | 3/1/2023 | $10,981.08 |
| 2  Post Petition transfer(s), $21,952.86 | | | | | | | |

**Totals: 2 transfer(s), $21,952.86**