

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **St. George Distribution Corp.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101194 | $34,296.23 | 4/21/2023 | 230315-2713 | 3/15/2023 | $10,330.85 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101194 | $34,296.23 | 4/21/2023 | 50692 | 3/16/2023 | $18,520.31 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101194 | $34,296.23 | 4/21/2023 | 50691 | 3/16/2023 | $5,445.07 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101195 | $4,773.46 | 4/21/2023 | 50313 | 3/6/2023 | $4,773.46 |
| **2 Preference Period transfer(s), $39,069.69** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101196 | $31,439.55 | 5/2/2023 | 50273 | 3/3/2023 | $14,605.29 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101196 | $31,439.55 | 5/2/2023 | 49693 | 2/16/2023 | $16,834.26 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101197 | $5,096.42 | 5/2/2023 | 49326 | 2/6/2023 | $5,096.42 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101199 | $19,353.90 | 5/9/2023 | 51398 | 4/3/2023 | $19,353.90 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101221 | $22,094.78 | 6/8/2023 | 51719 | 4/17/2023 | $13,922.61 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101221 | $22,094.78 | 6/8/2023 | 51404 | 4/6/2023 | $8,172.17 |
| **4 Post Petition transfer(s), $77,984.65** | | | | | | | |

**Totals: 6 transfer(s), $117,054.34**