**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　212-267-7342

Defendant: **Verizon Business Network Services LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101183 | $18,667.91 | 4/5/2023 | Z8542116 | 11/8/2022 | $18,667.91 |
| Totals: | | 1 transfer(s), | $18,667.91 | | | | |