**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Verizon Business Network Services LLC**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Harmon Stores Inc. | Harmon Stores Inc. | 100569 | $10,186.25 | 4/5/2023 | Z8532589 | 11/8/2022 | $4,656.11 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100569 | $10,186.25 | 4/5/2023 | Z8478315 | 10/8/2022 | $5,530.14 |

Totals:   1 transfer(s),   $10,186.25