

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Hundley Lane Group Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113308 | $47,756.20 | 3/16/2023 | 2695X | 3/1/2023 | $38,956.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113308 | $47,756.20 | 3/16/2023 | 2695J | 3/4/2023 | $4,400.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113308 | $47,756.20 | 3/16/2023 | 21503 | 2/15/2023 | $4,400.00 |

| | | |
|---|---|---|
| **Totals:** | **1 transfer(s),** | **$47,756.20** |