**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **SASR Workforce Solutions, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101190 | $48,080.00 | 4/6/2023 | 57571 | 1/6/2023 | $48,080.00 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101103 | $4,085.00 | 2/17/2023 | 57003 | 11/18/2022 | $4,085.00 |
| Totals: | 2 transfer(s), | $52,165.00 | | | | | |