# ASK LLP
#### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Sealed Air Corporation (US)** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Harmon Stores Inc. | Harmon Stores Inc. | 100565 | $22,443.07 | 3/28/2023 | 550974414 | 12/15/2022 | $14,555.70 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100565 | $22,443.07 | 3/28/2023 | 550974255 | 12/15/2022 | $7,887.37 |

**Totals:**     **1 transfer(s),     $22,443.07**