

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **W & H Systems, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $8,280.48 | 3/27/2023 | PSIV31626 | 12/21/2022 | $402.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $8,280.48 | 3/27/2023 | PSIV30131 | 5/31/2022 | $4,405.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $8,280.48 | 3/27/2023 | PSIV30130 | 5/31/2022 | $2,278.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $8,280.48 | 3/27/2023 | PSIV30129 | 5/31/2022 | $1,193.29 |

Totals:    1 transfer(s),    $8,280.48