| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**District of New Jersey**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## APPLICATION FOR ORDER SHORTENING TIME

     I, Colin R. Robinson, an attorney for Michael Goldberg, Plan Administrator, requests that the time periods for the hearing and response deadlines on the *Plan Administrator's Motion Pursuant to Section 105 of the Bankruptcy Code for Entry of an Order (I) Approving Settlement Agreement with the Chubb Companies; (II) Withdrawing Proof of Claim No. 11413; and (III) Granting Related Relief* as required by D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reasons set forth below:

     1.    A shortened time hearing is requested because:  By its terms, the proposed settlement must be approved on or before June 10, 2024.

     2.    State the hearing dates requested:  June 4, 2024, at 10:00 a.m.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

3.      Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

Confirmed.

The applicant requests entry of the proposed order shortening time.

Date: May 23, 2024          */s/ Colin R. Robinson*

                                  Signature