**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**JACK SHRUM, P.A.**
"J" Jackson Shrum, Esq. (#21572003)
919 N. Market St., Ste. 1410
Wilmington, DE 19801
Telephone:(302) 543-7551
Facsimile: (302) 543-6386
Jshrum@jshrumlaw.com

**SNELL & WILMER L.L.P.**
Michael B. Reynolds, Esq. (pro hac vice forthcoming)
Andrew B. Still, Esq. (pro hac vice forthcoming)
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
mreynolds@swlaw.com
astill@swlaw.com

*Counsel for Baby Trend, Inc.*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-13359 (VFP)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES**
**AND DOCUMENTS, AND REQUEST FOR ADDITION TO MATRIX**

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned enters an appearance in the above-referenced case on behalf of creditor Baby Trend, Inc. and requests service of all notices and documents herein upon:

"J" Jackson Shrum, Esq.
Jack Shrum, P.A.
919 N. Market St., Ste. 1410
Wilmington, DE 19801
(302) 543-7551
jshrum@jshrumlaw.com

1

Counsel also requests that all ECF/electronic notices be sent to jshrum@jshrumlaw.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, its property, or its estate.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, Request for Service of Notices and Documents,* a*nd Request for Addition to Matrix* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[SIGNATURE PAGE FOLLOWS]

Dated: May 24, 2024
     Wilmington, DE

                        Respectfully submitted,

                        JACK SHRUM, P.A.

                        /s/ *Jack Shrum*
                        "J" Jackson Shrum, Esq.
                        919 N. Market St., Ste. 1410
                        Wilmington, DE 19801
                        Tel: (302) 543-7551
                        Fax: (302) 543-6386
                        Email: jshrum@jshrumlaw.com

                        *Counsel for Baby Trend, Inc.*

## CERTIFICATE OF SERVICE

I, "J" Jackson Shrum, hereby certify that on May 24, 2024, I caused a copy of the *Notice Of Appearance, Request For Service Of Notices And Documents, And Request For Addition To Matrix* to be served vis CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and in the manner indicated upon the parties listed below.

Dated: May 24, 2024　　　　　　　　　　　*/s/ Jack Shrum*　　　　　　　
**JACK SHRUM, P.A.**
"J" Jackson Shrum, Esq.
jshrum@jshrumlaw.com
Citizens Bank Center
919 N. Market Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 543-7551
Facsimile: (302) 543-6386

**SNELL & WILMER L.L.P.**
Michael B. Reynolds, Esq. (pro hac vice forthcoming)
mreynolds@swlaw.com
Andrew B. Still, Esq. (pro hac vice forthcoming)
astill@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

*Counsel for Baby Trend, Inc.*