**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of Penelope Duczkowski's Reply Brief in Support of Motion for Relief was sent to opposing counsel via electronic filing with the court.

                                  **Respectfully Submitted,**

                                  **PANSINI & PIZZICA**

                                  /s/ David B. Pizzica
                                  **DAVID B. PIZZICA, ESQUIRE**
                                  **Attorney for Plaintiffs**

**Date:** May 24, 2024