**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADJUSTMENT TO PROOFS OF CLAIM WITHOUT OBJECTION
## (SATISFIED ADMINISTRATIVE LEASE CLAIMS)

**PLEASE TAKE NOTICE** that Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and 73 affiliated debtors (the "Debtors"), is providing this notice pursuant to Article

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

IX, Section D of the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan"), which provides:[3]

> **Adjustments to Claims Without Objection. The Debtors or the Wind-Down Debtors, as applicable, shall be authorized to update the Claims Register to adjust or remove any Claim that has been paid in full or satisfied, or any Claim that has been amended or superseded; provided that the Debtors will provide notice to such Claimant at the address or email address on the Proof of Claim, to the extent such information is provided, informing such Claimant that its Claim will be adjusted or removed from the Claims Register.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article IX, Section D of the Plan, the Official Claims Register will be adjusted to reflect that the Proofs of Claims listed on **Exhibit A** (as well as any claims scheduled by the Debtors for the claimants who filed the Proofs of Claims listed on **Exhibit A**) have been satisfied (collectively the "Satisfied Claims"). Each Satisfied Claim relates to a lease of nonresidential real estate (the "Leases") which was, pursuant to the Order listed on **Exhibit A**, either (a) assumed and assigned pursuant to a sale agreement or (b) terminated pursuant to a lease termination agreement (the "Lease Transactions"). The Plan Administrator is informed and believes that all of the Debtors' liabilities and obligations with respect to the Leases were satisfied in connection with the Lease transactions. Accordingly, as of June 7, 2024 each Satisfied Claim will be removed and expunged from the Official Claims Register.

---

[3] On September 14, 2023, the Bankruptcy Court entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order").

| | |
|---|---|
| Dated:  May 24, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/* Bradford J. Sandler |
| | Robert J. Feinstein (admitted *pro hac vice*) |
| | Bradford J. Sandler |
| | Colin R. Robinson |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | Email:  rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |

# EXHIBIT A

# EXHIBIT A

## Satisfied Claims To Be Removed & Expunged

| Claim No. | Date Filed | Claimant | Amount & Priority<br>A (Administrative)<br>P (Priority)<br>S (Secured)<br>GUC (Unsecured) | Store No & Location | Assignee | Applicable Order Assigning Lease |
|---|---|---|---|---|---|---|
| 5900 | 6/16/23 | 3600 Long Beach Road LLC | $1,049.37 A | Bed Bath & Beyond Store No. 507<br>3640 Long Beach Road<br>Oceanside, NY | Burlington Coat Factory of Texas, Inc. | Docket No. 1746 Entered 8/4/23 |
| 14127 | 7/3/23 | DC USA Operating Co., LLC | $1,044.28 A<br>$176,648.80 GUC | Bed Bath & Beyond Store No. 1177<br>3100 14th Street NW<br>Washington, DC | Burlington Coat Factory Warehouse Corporation | Docket No. 1746 Entered 8/4/23 |
| 12006 | 7/7/23 | Grand Mesa Center, LLC | $8,850.21 P<br>$286,362.25 GUC | Bed Bath & Beyond Store No. 471<br>2464 US HWY 6 & 50 Suite 106<br>Grand Junction, CO | Burlington Coat Factory Warehouse Corporation | Docket No. 1099 Entered 6/27/23 |
| 10307 | 7/6/23 | BVCV UNION PLAZA, LLC | $15,729.89 A<br>$18,184.41 GUC | Bed Bath & Beyond Store No. 86<br>10011 East 71st Street<br>Tulsa, OK | Dick's Sporting Goods, Inc | Docket # 1695 Entered 8/1/23 |
| 12562 | 7/6/23 | BVCV UNION PLAZA, LLC | $10,486.59 A<br>$11,413.97 GUC | buybuyBaby Store No. 3053<br>10017 East 71st Street<br>Tulsa, OK | Dick's Sporting Goods, Inc. | Docket #1695 Entered 8/1/23 |
| 10479<br>13449 (amended) | 7/6/23<br>7/7/23 | CR Mount Pleasant, LLC | $3,659.71 A<br>$125,476.63 GUC | Bed Bath & Beyond Store No. 237<br>1744 Town Centre Way<br>Mt. Pleasant, SC | N/A<br>Lease Termination | Docket #1514 Entered 7/25/23 |
| 11248 | 7/6/23 | Parkway Crossing East Shopping Center LP | $33,302.33 A<br>$16,617.47 GUC | Bed Bath & Beyond Store No. 780<br>14101 Crossing Place<br>Woodbridge, VA | N/A<br>Lease Termination | Docket #1571 Entered 7/27/23 |
| 102 | 5/2/23 | Pensacola Cordova Land, LLC | $53,304.42 P<br>$51,442.35 GUC | Bed Bath & Beyond Store No. 525<br>5450 N. 9th Avenue<br>Pensacola, FL | Burlington Coat Factory Warehouse Corporation | Docket #1746 Entered 8/4/23 |
| 10376 | 7/6/23 | PREP Home Retail-Oceanside LLC | $51.844.50 A<br>$15,190.81 GUC | Bed Bath & Beyond Store No. 139<br>2120 Vista Way<br>Oceanside, CA | N/A<br>Lease Termination | Docket #1610 Entered 7/28/23 |
| 12965 | 7/7/23 | Prologis | Unliquidated A<br>$5,555.16 GUC | Bed Bath & Beyond Store No. 650<br>3 Enterprise Ave. North<br>Secaucus, NJ | Western Carriers, Inc. | Docket #1409 Entered 7/19/23 |

4876-9066-7965.3 08728.003

| | | | | | | |
|---|---|---|---|---|---|---|
| 11709 | 7/7/23 | Richards Clearview, LLC | $140,325.00 A<br>$395,912.00 GUC | Bed Bath & Beyond Store No. 492<br>4410 Veterans Blvd<br>Metairie, LA | N/A<br>Lease Termination | Docket #1701<br>8/1/23 |
| 17458 | 9/14/23 | San Antonio Central Park Associates, LLC | $67.09 A<br>$323,915.54 GUC | Bed Bath & Beyond Store No. 1002<br>6001 North West Loop 410<br>San Antonio, TX | Burlington Coat Factory of Texas, L.P. | Docket #1746<br>Entered 8/4/23 |
| 10464 | 7/6/23 | Schnitzer Investment Corp. | $26,678.77 A<br>$13,686.33 GUC | Bed Bath & Beyond Store No. 189<br>850 N. 54th Street<br>Chandler, AZ | N/A<br>Lease Termination | Docket # 1488<br>Entered 7/24/23 |
| 10814 | 7/7/23 | SG Fort Collins LLC | $58,047.39 A<br>$17,933.85 GUC | Bed Bath & Beyond Store No. 194<br>110 W. Troutman Parkway<br>Fort Collins, CO | Gordon Food Service Store, LLC | Docket #1700<br>Entered 8/1/23 |
| 8689 | 6/29/23 | The Commons at Sugar House | Unliquidated A<br>Unliquidated P<br>Unliquidated GUC | Bed Bath & Beyond Store No. 294<br>1169 Wilmington Ave<br>Salt Lake City, UT | N/A<br>Lease Termination | Docket #1572<br>Entered 7/27/23 |
| 14474 | 7/20/23 | Weingarten Nostat, LLC | $13,827.20 A | Bed Bath & Beyond Store No. 214<br>23676 US Hwy 19 North<br>Clearwater, FL | Dania, Incorporated | Docket # 1834<br>Entered 8/5/23 |
| 8881 | 6/29/23 | WM Acquisition Delaware | Unliquidated A<br>Unliquidated P<br>Unliquidated GUC | Bed Bath & Beyond Store No. 1260<br>10433 South State Street<br>Sandy, UT | N/A<br>Lease Termination | Docket # 1574<br>Entered 7/27/23 |