<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

</td></tr>
</table>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.      I, Myra Kulick:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

☐ am the _____ in this matter am representing myself.

2.      On May 24, 2024, I caused a true and correct copy of *Notice Of Adjustment To Proofs Of Claim Without Objection (Satisfied Administrative Lease Claims)* [Docket No. 3294] to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

3.      On May 24, 2024, I caused a true and correct copy of the *Notice Of Adjustment To Proofs Of Claim Without Objection (Satisfied Administrative Lease Claims)* [Docket No. 3294] to be served via regular first class U.S. mail on the parties listed on the attached Exhibit A:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  May 24, 2024             /s/ Myra Kulick
                                                       Myra Kulick

SF 4879-5948-9443.3 08728.003

**EXHIBIT A**

## Claimants

Pensacola Cordova Land, LLC
c/o Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN  46204

WM Acquisition Delaware, LLC
36 South State Street, Suite 1900
attn: Jeremy Sink
Salt Lake City, UT  84111

Schnitzer Investment Corp., an Oregon
corporation
1121 SW Salmon St
Portland, OR  97205

Parkway Crossing East Shopping Center
LP
c/o James B Day
Wasinger Daming LC
1401 S Brentwood Blvd., Suite 875
Brentwood, MO  63144

BVCV Union Plaza, LLC
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker P.C.
36 S. State Street, Suite 1400
Salt Lake City, UT  84111

DC USA Operating Co., LLC
Law Offices of Lisa M. Solomon
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY  10165

3600 Long Beach Road LLC
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY  11554

BVCV UNION PLAZA, LLC
c/o Michael R. Johnson, Esq.
Ray Quinney & Nebeker P.C.
36 S. State Street, Suite 1400
Salt Lake City, UT  84111

CR Mount Pleasant, LLC
c/o Richard M. Kremen / Virginia R.
Callahan
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD  21202

Richards Clearview, LLC
4436 Veterans Memorial Blvd
Metairie, LA  70006

Prologis
Brian P. Morgan
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Fl.
New York, NY  10036

Weingarten Nostat, LLC
c/o Kimco Realty Corporation
Attn: Raymond Edwards
500 North Broadway, Suite 201
Jericho, NY  11753

The Commons at Sugar House, L.C.
36 South State Street, Suite 1900
Attn: Jeremy Sink
Salt Lake City, UT 84111

PREP Home Retail-Oceanside LLC
Attn: Kendra Bowers, Esq.
2750 Rasmussen Road, Suite 202
Park City, UT  84098

SG Fort Collins LLC
c/o Tod H. Friedman, Chief Legal Officer
4300 E. Fifth Ave.
Columbus, OH  43219

Grand Mesa Center, LLC
c/o McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Attn: David Primack, Esq.
300 Delaware Ave., Suite 1014
Wilmington, DE  19801

CR Mount Pleasant, LLC
c/o Richard M. Kremen / Virginia R.
Callahan
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, MD  21202

San Antonio Central Park Associates, LLC
c/o Chamberlain Hrdlicka White Williams &
Aughtry, P.C.
Attn: Tara T. LeDay
1200 Smith Street, Suite 1400
Houston, TX  77002

## Additional Notice Parties

Pensacola Cordova Land, LLC
867670 Reliable Parkway
Chicago, IL  60686-0076

PREP Home Retail-Oceanside LLC
PREP Home Retail-Oceanside LLC
c/o Buchalter, P.C. Attn: Anthony J.
Napolitano
1000 Wilshire Boulevard,15th Floor
Los Angeles, CA  90017

Parkway Crossing East Shopping Center
LP
c/o National Real Estate Mgmt Corp.
9986 Manchester Road
St. Louis, MO  63122

Prologis
c/o Natalie Edwards
1800 Wazee Street, Suite 500
Denver,  CO  80202

DC USA Operating Co., LLC
c/o Grid Properties Inc.
Attn: Drew Greenwald
2309 Frederick Douglas Boulevard
New York, NY  10027

3600 Long Beach Road LLC
70 East Sunrise Highway
Valley Stream, NY  11581

Schnitzer Investment Corp., an Oregon
corporation
Bryan T. Glover, Attorney
Stoel Rives LLP
600 University Street, Ste 3600
Seattle, WA  98101

Grand Mesa Center, LLC
Kelly Sebastian
Dir. of Lease Administration/TKG
Management, Inc.
211 N. Stadium Blvd., Suite 201
Columbia,  MO  65203

CR Mount Pleasant, LLC
Stephanie L. Shack
General Counsel / Continental Realty
Corporation
1427 Clarkview Road,  Suite 500
Baltimore,  MD  21209

Weingarten Nostat, LLC
ArentFox Schiff LLP
Attn: Brett D. Goodman
1301 Avenue of the Americas, 42nd Floor
New York, NY  10019

BVCV UNION PLAZA, LLC
c/o Thel W. Casper, Esq
P.O. Box 51298
Idaho Falls, ID  83405

CR Mount Pleasant, LLC
Stephanie L. Shack
General Counsel / Continental Realty
Corporation
1427 Clarkview Road, Suite 500
Baltimore, MD  21209

BVCV Union Plaza, LLC
c/o Thel W. Casper, Esq.
P.O.  Box 51298
Idaho Falls, ID  83405

DC USA Operating Co., LLC
Law Offices of Lisa M. Solomon
Attn: Lisa M. Solomon. Esq.
445 Hamilton Avenue, Suite 1102
White Plains, NY  10601

San Antonio Central Park Associates, LLC
c/o Fidelis Realty Partners, Ltd.
Attn: Glenn E. Airola
4500 Bissonnet Street, Suite 200
Bellaire,  Texas 77401