<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*
</td></tr>
<tr>
<td>

In re:

BED BATH & BEYOND INC., *et al.*,[1]

               Debtors.
</td>
<td>

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)
</td>
</tr>
</table>

## ADJOURNMENT REQUEST

1.      I, Colin R. Robinson, am the attorney for Michael Goldberg, Plan Administrator,

and request adjournment of the following hearings for the reason set forth below:

- *Notice of Motion by Creditor F3 Metalworx, Inc. for the Allowance and Payment of Post-Petition Storage Charges of $23,437 through October 2023 as an Administrative Expense and for Payment of $3,750 per Month as a Continuing Ordinary Course Administrative Expense* [Docket No. 2309].

- *Motion of HRTC I, LLC for Leave to File a Late Administrative Claim* [Docket No. 2397].

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

DE:4853-8476-6658.1 08728.002

Current hearing date and time:  May 29, 2024, at 10:00 a.m.

New date requested:  July 10, 2024, at 10:00 a.m.

Reason for adjournment request:  The parties have resolved Docket No. 2309 and

are preparing a settlement stipulation.  The parties require additional time to pursue

a resolution of Docket No. 2397.

2.      Consent to adjournment:

[X]      I have the consent of all parties.

[  ]      I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 28, 2024              */s/ Colin R. Robinson*
                                Signature


COURT USE ONLY:

The request for adjournment is:

 X      Granted      New hearing date: 7/10 at 10 a.m.      Peremptory

        Granted over objection(s)      New hearing date:                Peremptory

        Denied

**IMPORTANT: If your request is granted, you must notify interested**

**parties who are not electronic filers of the new hearing date.**

DE:4853-8476-6658.1 08728.002                2