| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>J. Fred Lorusso, Esquire<br>Pansini Law Firm, P.C.<br>1525 Locust Street - 15th Floor<br>Philadelphia, PA 19102<br>(215) 732-5555 (phone)<br>(215) 732-7872 (fax)<br>florusso@pansinilaw.com<br>*Counsel for Movants/Creditors Penelope Duczkowski and Joseph Duczkowski* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

　　　　Kindly enter my appearance as co-counsel on behalf of Plaintiffs, Penelope Duczkowski and Joseph Duczkowski with reference to the above-captioned case.

　　　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　**PANSINI & PIZZICA**

**DATE:  May 29, 2024**　　　　　　**BY:  /s/ J. Fred Lorusso**
　　　　　　　　　　　　　　　　　　**J. FRED LORUSSO, ESQUIRE**
　　　　　　　　　　　　　　　　　　**Attorney for Plaintiffs**

DE:4854-9219-7786.4 08728.003