

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Paul J. Labov

May 30, 2024

212.561.7783
plabov@pszjlaw.com

<u>Via Electronic Mail</u>

The Honorable Vincent F. Papalia
United States Bankruptcy Judge
District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

Re:   **Bed Bath & Beyond, Inc.,
      Case No. 23-13359 (VFP)
      <u>Stay Relief Motions and Personal Injury Claim
      Estimation Procedures</u>**

Dear Judge Papalia:

    This firm represents Michael Goldberg in his capacity as the Plan Administrator (the "<u>Plan Administrator</u>") to 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond, Inc.). This correspondence is in furtherance of Your Honor's request from the bench during yesterday's hearing on the following matters: (i) *Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* [Docket No. 2679] and *Amended Motion for Relief from Stay* [Docket No. 2723], and (ii) *Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) and for Related Relief* [Docket No. 2936] (collectively, with Docket Nos. 2679 and 2723, the "<u>Motions</u>").

    Per Your Honor's direction, the parties, including (i) the Plan Administrator, (ii) movant Alfred Zeve, (iii) movants Penelope Duczkowski and Joseph Duczkowski, and (iv) Safety National Casualty Corp., each by and through their respective counsel (collectively (i)-(iv), the "<u>Parties</u>"), have agreed to work in good faith for the purpose of proposing personal injury claim estimation and

4886-5407-9171.1



The Honorable Vincent F. Papalia
May 30, 2024
Page 2

resolution procedures (the "Estimation Procedures") in an effort to efficiently and expeditiously resolve personal injury claims asserted in the above-referenced cases.

The Parties will file a joint status report with the Court by no later than July 9, 2024, and will use all reasonable efforts to have the Estimation Procedures filed simultaneously therewith. To the extent any party has concerns with a lack of good faith cooperation or other issues pertinent to the Estimation Procedures, such party may write a two-three page letter to the Court, with an email copy to other parties, and other parties will have two (2) business days to respond with a similar writing. To the extent the Parties are not able to resolve their issues consensually, the Court may schedule a telephonic hearing at its earliest possible availability.

The Court has provided July 23, 2024, at 2:30 p.m. as a status conference on the Estimation Procedures and as a carry date on the Motions.

Respectfully submitted,

*/s/ Paul J. Labov*

Paul J. Labov

PJL
cc: Michael I. Goldberg, Esq. (*via email*)
David H. Stein, Esq. (*via email*)
Richard J. Corbi, Esq. (*via email*)
Caleb T. Holzaepfel, Esq (*via email*)
J. Fred Lorusso, Esq. (*via email)*
Bradford J. Sandler, Esq. (*via email*)
David B. Pizzica, Esq. (*via email*)