UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Ethan Draper, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, D.C. 20024
Telephone: (202) 229-5152
Emails: draper.ethan@pbgc.gov *and* efile@pbgc.gov
*Attorney for Pension Benefit Guaranty Corporation*

| | |
|---|---|
| In Re:<br><br>BED BATH BEYOND, *et al.*,[1]<br><br>Debtors. | Case No.: 23-13359 (VFP)<br><br>Chapter: 11<br><br>Honorable Judge Vincent F. Papalia |

# NOTICE OF WITHDRAWAL FOR
# UNITED STATES GOVERNMENT ATTORNEY ETHAN DRAPER

PLEASE TAKE NOTICE that I, Ethan Draper, am an attorney of record for the Pension Benefit Guaranty Corporation ("PBGC") and I hereby withdraw my appearance as counsel for the PBGC in the above-captioned chapter 11 case. I further hereby request that I be removed from the docket and the electronic service list. My Notice of Appearance was granted by this Court on November 14, 2023 [docket #2689].

Dated: June 3, 2024
       Washington, D.C.

Respectfully submitted,

/s/ Ethan Draper
Ethan Draper, Attorney
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, DC 20024
Telephone: (202) 229-5152
Emails: Draper.Ethan@pbgc.gov and
      efile@pbgc.gov

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2024, the foregoing Notice of Withdrawal for United States Government Attorney Ethan Draper was served on the following parties as well as all other parties designated to receive electronic notices for this case via the Court's CM/ECF system:

| | |
|---|---|
| **Joshua A. Sussberg**<br>**Emily E. Geier**<br>**Derek I. Hunter**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>*Counsel for Debtors*<br>via CM/ECF | **Michael D. Sirota**<br>**Warren A. Usatine**<br>**Felice R. Yudkin**<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br><br>*Counsel for Debtors*<br>via CM/ECF |
| **Office of the United States Trustee**<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br><br>*United States Trustee*<br>via CM/ECF | |

/s/ Ethan Draper
Ethan Draper