# Exhibit A

| Defendant Name | Adversary No. |
|---|---|
| ABC Works, LLC | 24-01229 |
| Accertify, Inc. | 24-01232 |
| Action Plumbing, Inc. | 24-01235 |
| Aden & Anais, Inc. | 24-01333 |
| Adobe Systems Incorporated | 24-01238 |
| Advanced Systems, Inc. | 24-01240 |
| AFS Global Freight Management, LLC | 24-01334 |
| Agree Limited Partnership | 24-01243 |
| Alight Solutions LLC | 24-01335 |
| American Textile Company, Inc. | 24-01388 |
| Argo, Inc. dba ARGO-EFESO | 24-01250 |
| Artsana USA, Inc. | 24-01336 |
| ASK Apparels | 24-01253 |
| Audio Visual Associates, Inc. | 24-01256 |
| Aussie Bubs, Inc. | 24-01339 |
| Avanti Linens, Inc. | 24-01258 |
| Baby Delight, Inc. | 24-01341 |
| Baby Trend, Inc. | 24-01344 |
| BabyVision, Inc. | 24-01260 |
| Bacon & Graham, Inc. | 24-01261 |
| Belz Investco GP | 24-01263 |
| Best Chairs Incorporated | 24-01349 |
| Brabantia U.S.A. Inc. | 24-01266 |
| Brink's, Incorporated | 24-01413 |
| Britannica Home Fashions, Inc. | 24-01379 |
| Britax Child Safety, Inc. | 24-01351 |
| Broadspire Services, Inc. | 24-01269 |
| Bundle of Dreams,LLC | 24-01272 |
| C & T International Inc. | 24-01353 |
| Caliber Americas LLC | 24-01337 |
| Capital Brands Distribution, LLC | 24-01381 |
| Caraway Home, Inc. | 24-01356 |
| CBRE, Inc. | 24-01276 |
| Cellco Partnership dba Verizon Wireless | 24-01277 |
| Children's Products LLC | 24-01278 |
| Clean Earth Environmental Solutions, Inc. | 24-01279 |
| Cleo Communications, Inc. | 24-01280 |
| Clipper Corporation | 24-01281 |
| Columbus Trading-Partners USA Inc. | 24-01358 |
| Complete Solutions and Sourcing, Inc. | 24-01338 |
| Conair LLC dba Conair Corp. LLC | 24-01283 |
| Concentric, LLC fdba Stangco Industrial Equipment, LLC | 24-01340 |
| Corptax, Inc. | 24-01370 |

| | |
|---|---|
| Corvel Enterprise Comp, Inc. | 24-01296 |
| Cuckoo Electronics America Inc. | 24-01298 |
| Daniel J. Edelman, Inc. | 24-01304 |
| Data Networks of America, Inc. | 24-01307 |
| DataPipe, Inc. | 24-01369 |
| DecisionPoint Systems, Inc. | 24-01308 |
| Delta Enterprise Corp. dba Delta Enterprise Import | 24-01391 |
| Design Ideas, Limited | 24-01311 |
| Devgiri Exports, LLC | 24-01359 |
| Discovery Refuse Management, Inc.d ba DRM Waste Management | 24-01314 |
| DocuSign, Inc. | 24-01319 |
| DoorDash, Inc. | 24-01322 |
| Dream on Me, Inc. | 24-01324 |
| Drinkpod LLC | 24-01329 |
| Engineered Network Systems, Inc. | 24-01328 |
| Equifax Workforce Solutions LLC fdba Talx Corporation | 24-01342 |
| Evenflo Company, Inc. | 24-01360 |
| EvensonBest LLC | 24-01327 |
| Federal Heath Sign Company, LLC | 24-01326 |
| Flexprint, LLC | 24-01325 |
| Focal Point South Consulting Inc. | 24-01323 |
| Foresold LLC. | 24-01401 |
| Foundations Worldwide, Inc. | 24-01361 |
| Fridababy, LLC | 24-01364 |
| Furniture Store Express, Inc. | 24-01321 |
| Garda CL Atlantic, Inc. | 24-01414 |
| Gartner, Inc. | 24-01371 |
| Geometric Results, Inc. | 24-01320 |
| Gotham Technology Group, LLC | 24-01318 |
| Gourmet Settings Inc. | 24-01366 |
| Groupby USA Inc. | 24-01317 |
| Halo Innovations, Inc. | 24-01368 |
| Handi-Craft Company | 24-01316 |
| Hatch Baby, Inc. | 24-01374 |
| Hawaii Medical Service Association | 24-01315 |
| Headspace, Inc. | 24-01372 |
| HMM (America), Inc. fdba H.M.M. Co., Inc. | 24-01313 |
| Hoobei USA, Inc. | 24-01312 |
| Hub Group, Inc. dba Nonstop Delivery | 24-01310 |
| Hundley Lane Group Inc. | 24-01417 |
| iEnjoy LLC | 24-01309 |
| IMC Companies, LLC fdba Pacific Dryage Services LLC | 24-01306 |
| Infosys Limited | 24-01305 |
| Intelligrated Systems, LLC | 24-01303 |

| | |
|---|---|
| Intralinks, Inc. | 24-01302 |
| Irwin Naturals; and Performance Sales & Marketing, Inc. | 24-01402 |
| Johanson Transportation Service | 24-01300 |
| JTS Capital Realty 2 LLC | 24-01299 |
| Kids II Far East Limited | 24-01297 |
| Laural Home LLC | 24-01295 |
| Le Creuset of America, Inc. | 24-01294 |
| Legacy Companies LLC fdba EdgeCraft Corp. | 24-01403 |
| Levin Management Corporation | 24-01293 |
| LHI, Inc. fdba LumiSource, Inc. | 24-01292 |
| M & L Enterprise Group Inc. | 24-01345 |
| M Design Village, LLC | 24-01375 |
| M&D Real Estate, LP | 24-01346 |
| M. Booth & Associates LLC | 24-01418 |
| MagicLinks, Inc. | 24-01291 |
| Maintenx International Service Management Group, Inc. | 24-01290 |
| Managed Business Communication Inc. | 24-01289 |
| Maxwell Builders, Inc. | 24-01288 |
| MercuryGate International, Inc. | 24-01347 |
| Meridian Compensation Partners, LLC | 24-01287 |
| MicroStrategy Incorporated | 24-01286 |
| Miele, Incorporated | 24-01404 |
| Milk Street Products, LLC | 24-01376 |
| Mirakl Incorporated | 24-01285 |
| MLO Great South Bay LLC | 24-01348 |
| Mobile Mini Texas Limited Partnership | 24-01284 |
| Monahan Products, LLC | 24-01378 |
| Monica & Andy, Inc. | 24-01282 |
| NASDAQ Corporate Solutions, LLC | 24-01275 |
| NCR Corporation | 24-01377 |
| Nespresso USA, Inc. | 24-01380 |
| Noritake Co., Inc. | 24-01273 |
| NP New Castle, LLC | 24-01271 |
| Oliver Wyman, Inc. | 24-01270 |
| OneTrust LLC | 24-01268 |
| OnPoint Capital, LLC | 24-01350 |
| Oogie Solutions LLC | 24-01382 |
| Open Text, Inc. | 24-01267 |
| ORF V Sugar Creek Plaza, LLC | 24-01352 |
| Owlet Baby Care Inc. | 24-01385 |
| OXO International, Inc. dba OXI International Ltd. | 24-01387 |
| Pearhead, Inc. | 24-01390 |
| Pem-America, Inc. | 24-01265 |
| Perrysburg Enterprises, Inc. | 24-01264 |
| Pivotal 650 California ST., L.L.C. | 24-01354 |

| | |
|---|---|
| Platinum Security, Inc. | 24-01262 |
| Poly-Wood, LLC | 24-01259 |
| Port City Logistics Inc. | 24-01257 |
| Premier Brands of America Inc. | 24-01393 |
| Protiviti Inc. | 24-01255 |
| Rackspace Technology Global, Inc. fdba Rackspace Hosting, Inc. | 24-01254 |
| Ranch Town Center, LLC | 24-01252 |
| Raymond Accounts Management, Inc. | 24-01251 |
| RB Health US LLC | 24-01405 |
| Regal Home Collections Inc. | 24-01249 |
| Regalo International, LLC | 24-01248 |
| Retail Zipline, Inc. | 24-01247 |
| Riskified, Inc. | 24-01246 |
| ROOT Technology ltd. | 24-01245 |
| RXO Corporate Solutions, LLC | 24-01244 |
| Safavieh Intl LLC | 24-01242 |
| SASR Workforce Solutions, LLC | 24-01419 |
| Scentsible, LLC dba Poo-Pourri | 24-01392 |
| Schindler Elevator Corporation | 24-01241 |
| Schneider Logistics, Inc. | 24-01420 |
| Schneider National, Inc. | 24-01355 |
| Sealed Air Corporation (US) | 24-01421 |
| Securitas Electronic Security, Inc. | 24-01412 |
| Shelterlogic Corp. | 24-01406 |
| Simply Mommy LLC | 24-01395 |
| Smart Trike USA LLC | 24-01239 |
| SodaStream USA Inc. | 24-01400 |
| Spectrum Brands, Inc. fdba Applica Consumer Products | 24-01407 |
| St. George Distribution Corp. | 24-01415 |
| Stokke, L.L.C. | 24-01397 |
| Storebound LLC | 24-01237 |
| Storflex Holdings, Inc. | 24-01236 |
| Stork Craft Manufacturing Inc. | 24-01410 |
| Studio Mococo LLC | 24-01234 |
| Summerlin Operating Company, LLC | 24-01233 |
| Sumo Logic, Inc. | 24-01357 |
| Sunham Home Fashions, LLC | 24-01408 |
| Taft Associates | 24-01231 |
| Taylored Transload, LLC | 24-01230 |
| The Boppy Company, LLC | 24-01398 |
| The Centre at Deane Hill GP | 24-01362 |
| The Family Center | 24-01228 |
| The Haddad Apparel Group, Ltd. | 24-01394 |
| The Honest Company, Inc. | 24-01396 |

| | |
|---|---|
| The Step2 Company, LLC | 24-01383 |
| Thorley Industries LLC dba 4moms | 24-01399 |
| T-Mobile USA, Inc, | 24-01227 |
| Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express | 24-01226 |
| Trilliant Food and Nutrition, LLC | 24-01409 |
| Triple B Mssion Viejo LLC | 24-01225 |
| Twilio Inc. | 24-01224 |
| US Maintenance | 24-01223 |
| Valley & Plainfield Associates, L.P. | 24-01222 |
| Verizon Business Network Services LLC | 24-01416 |
| Verizon Communications Inc. | 24-01363 |
| W & H Systems, Inc. | 24-01422 |
| W.R. Partners, L.L.C. | 24-01221 |
| W.W. Grainger, Inc. dba Grainger | 24-01220 |
| Walker Edison Furniture Company LLC | 24-01219 |
| Weingarten Nostat, LLC fdba Weingarten Nostat, Inc. | 24-01365 |
| Westwood Design, Inc. | 24-01389 |
| Willis Towers Watson Northeast, Inc. fdba Willis of New York, Inc. | 24-01218 |
| WompMobile, Inc. | 24-01217 |
| Workiva Inc. | 24-01216 |
| World Distribution Services LLC | 24-01367 |
| YSM-Ponderosa, LLC | 24-01215 |
| Yusen Logistics (Americas) Inc. | 24-01214 |
| Zadro, Inc. | 24-01384 |
| Zero Technologies, LLC | 24-01411 |
| Zwilling J.A. Henckels, LLC | 24-01386 |