| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>       Plaintiff,<br><br>v.<br><br><br>Defendants Listed on Exhibit "A,"<br>       Defendants. | |

**CERTIFICATE OF SERVICE**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

1. I, <u>Jean Esslinger</u>:

    ☐ represent _____ in this matter.

    X  am the secretary/paralegal for <u>Brigette McGrath</u>, who represents <u>Michael Goldberg, Plan Administrator</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   <u>June 6, 2024</u>                              <u>/s/ Jean Esslinger</u>
                                                         Signature

2

# Exhibit A

| Defendant Name | Adversary No. |
|---|---|
| ABC Works, LLC | 24-01229 |
| Accertify, Inc. | 24-01232 |
| Action Plumbing, Inc. | 24-01235 |
| Aden & Anais, Inc. | 24-01333 |
| Adobe Systems Incorporated | 24-01238 |
| Advanced Systems, Inc. | 24-01240 |
| AFS Global Freight Management, LLC | 24-01334 |
| Agree Limited Partnership | 24-01243 |
| Alight Solutions LLC | 24-01335 |
| American Textile Company, Inc. | 24-01388 |
| Argo, Inc. dba ARGO-EFESO | 24-01250 |
| Artsana USA, Inc. | 24-01336 |
| ASK Apparels | 24-01253 |
| Audio Visual Associates, Inc. | 24-01256 |
| Aussie Bubs, Inc. | 24-01339 |
| Avanti Linens, Inc. | 24-01258 |
| Baby Delight, Inc. | 24-01341 |
| Baby Trend, Inc. | 24-01344 |
| BabyVision, Inc. | 24-01260 |
| Bacon & Graham, Inc. | 24-01261 |
| Belz Investco GP | 24-01263 |
| Best Chairs Incorporated | 24-01349 |
| Brabantia U.S.A. Inc. | 24-01266 |
| Brink's, Incorporated | 24-01413 |
| Britannica Home Fashions, Inc. | 24-01379 |
| Britax Child Safety, Inc. | 24-01351 |
| Broadspire Services, Inc. | 24-01269 |
| Bundle of Dreams,LLC | 24-01272 |
| C & T International Inc. | 24-01353 |
| Caliber Americas LLC | 24-01337 |
| Capital Brands Distribution, LLC | 24-01381 |
| Caraway Home, Inc. | 24-01356 |
| CBRE, Inc. | 24-01276 |
| Cellco Partnership dba Verizon Wireless | 24-01277 |
| Children's Products LLC | 24-01278 |
| Clean Earth Environmental Solutions, Inc. | 24-01279 |
| Cleo Communications, Inc. | 24-01280 |
| Clipper Corporation | 24-01281 |
| Columbus Trading-Partners USA Inc. | 24-01358 |
| Complete Solutions and Sourcing, Inc. | 24-01338 |
| Conair LLC dba Conair Corp. LLC | 24-01283 |
| Concentric, LLC fdba Stangco Industrial Equipment, LLC | 24-01340 |
| Corptax, Inc. | 24-01370 |

| | |
|---|---|
| Corvel Enterprise Comp, Inc. | 24-01296 |
| Cuckoo Electronics America Inc. | 24-01298 |
| Daniel J. Edelman, Inc. | 24-01304 |
| Data Networks of America, Inc. | 24-01307 |
| DataPipe, Inc. | 24-01369 |
| DecisionPoint Systems, Inc. | 24-01308 |
| Delta Enterprise Corp. dba Delta Enterprise Import | 24-01391 |
| Design Ideas, Limited | 24-01311 |
| Devgiri Exports, LLC | 24-01359 |
| Discovery Refuse Management, Inc.d ba DRM Waste Management | 24-01314 |
| DocuSign, Inc. | 24-01319 |
| DoorDash, Inc. | 24-01322 |
| Dream on Me, Inc. | 24-01324 |
| Drinkpod LLC | 24-01329 |
| Engineered Network Systems, Inc. | 24-01328 |
| Equifax Workforce Solutions LLC fdba Talx Corporation | 24-01342 |
| Evenflo Company, Inc. | 24-01360 |
| EvensonBest LLC | 24-01327 |
| Federal Heath Sign Company, LLC | 24-01326 |
| Flexprint, LLC | 24-01325 |
| Focal Point South Consulting Inc. | 24-01323 |
| Foresold LLC. | 24-01401 |
| Foundations Worldwide, Inc. | 24-01361 |
| Fridababy, LLC | 24-01364 |
| Furniture Store Express, Inc. | 24-01321 |
| Garda CL Atlantic, Inc. | 24-01414 |
| Gartner, Inc. | 24-01371 |
| Geometric Results, Inc. | 24-01320 |
| Gotham Technology Group, LLC | 24-01318 |
| Gourmet Settings Inc. | 24-01366 |
| Groupby USA Inc. | 24-01317 |
| Halo Innovations, Inc. | 24-01368 |
| Handi-Craft Company | 24-01316 |
| Hatch Baby, Inc. | 24-01374 |
| Hawaii Medical Service Association | 24-01315 |
| Headspace, Inc. | 24-01372 |
| HMM (America), Inc. fdba H.M.M. Co., Inc. | 24-01313 |
| Hoobei USA, Inc. | 24-01312 |
| Hub Group, Inc. dba Nonstop Delivery | 24-01310 |
| Hundley Lane Group Inc. | 24-01417 |
| iEnjoy LLC | 24-01309 |
| IMC Companies, LLC fdba Pacific Dryage Services LLC | 24-01306 |
| Infosys Limited | 24-01305 |
| Intelligrated Systems, LLC | 24-01303 |

| | |
|---|---|
| Intralinks, Inc. | 24-01302 |
| Irwin Naturals; and Performance Sales & Marketing, Inc. | 24-01402 |
| Johanson Transportation Service | 24-01300 |
| JTS Capital Realty 2 LLC | 24-01299 |
| Kids II Far East Limited | 24-01297 |
| Laural Home LLC | 24-01295 |
| Le Creuset of America, Inc. | 24-01294 |
| Legacy Companies LLC fdba EdgeCraft Corp. | 24-01403 |
| Levin Management Corporation | 24-01293 |
| LHI, Inc. fdba LumiSource, Inc. | 24-01292 |
| M & L Enterprise Group Inc. | 24-01345 |
| M Design Village, LLC | 24-01375 |
| M&D Real Estate, LP | 24-01346 |
| M. Booth & Associates LLC | 24-01418 |
| MagicLinks, Inc. | 24-01291 |
| Maintenx International Service Management Group, Inc. | 24-01290 |
| Managed Business Communication Inc. | 24-01289 |
| Maxwell Builders, Inc. | 24-01288 |
| MercuryGate International, Inc. | 24-01347 |
| Meridian Compensation Partners, LLC | 24-01287 |
| MicroStrategy Incorporated | 24-01286 |
| Miele, Incorporated | 24-01404 |
| Milk Street Products, LLC | 24-01376 |
| Mirakl Incorporated | 24-01285 |
| MLO Great South Bay LLC | 24-01348 |
| Mobile Mini Texas Limited Partnership | 24-01284 |
| Monahan Products, LLC | 24-01378 |
| Monica & Andy, Inc. | 24-01282 |
| NASDAQ Corporate Solutions, LLC | 24-01275 |
| NCR Corporation | 24-01377 |
| Nespresso USA, Inc. | 24-01380 |
| Noritake Co., Inc. | 24-01273 |
| NP New Castle, LLC | 24-01271 |
| Oliver Wyman, Inc. | 24-01270 |
| OneTrust LLC | 24-01268 |
| OnPoint Capital, LLC | 24-01350 |
| Oogie Solutions LLC | 24-01382 |
| Open Text, Inc. | 24-01267 |
| ORF V Sugar Creek Plaza, LLC | 24-01352 |
| Owlet Baby Care Inc. | 24-01385 |
| OXO International, Inc. dba OXI International Ltd. | 24-01387 |
| Pearhead, Inc. | 24-01390 |
| Pem-America, Inc. | 24-01265 |
| Perrysburg Enterprises, Inc. | 24-01264 |
| Pivotal 650 California ST., L.L.C. | 24-01354 |

| | |
|---|---|
| Platinum Security, Inc. | 24-01262 |
| Poly-Wood, LLC | 24-01259 |
| Port City Logistics Inc. | 24-01257 |
| Premier Brands of America Inc. | 24-01393 |
| Protiviti Inc. | 24-01255 |
| Rackspace Technology Global, Inc. fdba Rackspace Hosting, Inc. | 24-01254 |
| Ranch Town Center, LLC | 24-01252 |
| Raymond Accounts Management, Inc. | 24-01251 |
| RB Health US LLC | 24-01405 |
| Regal Home Collections Inc. | 24-01249 |
| Regalo International, LLC | 24-01248 |
| Retail Zipline, Inc. | 24-01247 |
| Riskified, Inc. | 24-01246 |
| ROOT Technology ltd. | 24-01245 |
| RXO Corporate Solutions, LLC | 24-01244 |
| Safavieh Intl LLC | 24-01242 |
| SASR Workforce Solutions, LLC | 24-01419 |
| Scentsible, LLC dba Poo-Pourri | 24-01392 |
| Schindler Elevator Corporation | 24-01241 |
| Schneider Logistics, Inc. | 24-01420 |
| Schneider National, Inc. | 24-01355 |
| Sealed Air Corporation (US) | 24-01421 |
| Securitas Electronic Security, Inc. | 24-01412 |
| Shelterlogic Corp. | 24-01406 |
| Simply Mommy LLC | 24-01395 |
| Smart Trike USA LLC | 24-01239 |
| SodaStream USA Inc. | 24-01400 |
| Spectrum Brands, Inc. fdba Applica Consumer Products | 24-01407 |
| St. George Distribution Corp. | 24-01415 |
| Stokke, L.L.C. | 24-01397 |
| Storebound LLC | 24-01237 |
| Storflex Holdings, Inc. | 24-01236 |
| Stork Craft Manufacturing Inc. | 24-01410 |
| Studio Mococo LLC | 24-01234 |
| Summerlin Operating Company, LLC | 24-01233 |
| Sumo Logic, Inc. | 24-01357 |
| Sunham Home Fashions, LLC | 24-01408 |
| Taft Associates | 24-01231 |
| Taylored Transload, LLC | 24-01230 |
| The Boppy Company, LLC | 24-01398 |
| The Centre at Deane Hill GP | 24-01362 |
| The Family Center | 24-01228 |
| The Haddad Apparel Group, Ltd. | 24-01394 |
| The Honest Company, Inc. | 24-01396 |

| | |
|---|---|
| The Step2 Company, LLC | 24-01383 |
| Thorley Industries LLC dba 4moms | 24-01399 |
| T-Mobile USA, Inc, | 24-01227 |
| Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express | 24-01226 |
| Trilliant Food and Nutrition, LLC | 24-01409 |
| Triple B Mssion Viejo LLC | 24-01225 |
| Twilio Inc. | 24-01224 |
| US Maintenance | 24-01223 |
| Valley & Plainfield Associates, L.P. | 24-01222 |
| Verizon Business Network Services LLC | 24-01416 |
| Verizon Communications Inc. | 24-01363 |
| W & H Systems, Inc. | 24-01422 |
| W.R. Partners, L.L.C. | 24-01221 |
| W.W. Grainger, Inc. dba Grainger | 24-01220 |
| Walker Edison Furniture Company LLC | 24-01219 |
| Weingarten Nostat, LLC fdba Weingarten Nostat, Inc. | 24-01365 |
| Westwood Design, Inc. | 24-01389 |
| Willis Towers Watson Northeast, Inc. fdba Willis of New York, Inc. | 24-01218 |
| WompMobile, Inc. | 24-01217 |
| Workiva Inc. | 24-01216 |
| World Distribution Services LLC | 24-01367 |
| YSM-Ponderosa, LLC | 24-01215 |
| Yusen Logistics (Americas) Inc. | 24-01214 |
| Zadro, Inc. | 24-01384 |
| Zero Technologies, LLC | 24-01411 |
| Zwilling J.A. Henckels, LLC | 24-01386 |

| Defendant Name | Attention Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aussie Bubs, Inc. | | 2710 Gateway Oaks Drive | Suite 150N | Sacramento | California | 95833 |
| Baby Delight, Inc. | Sari B. Placona, Esq. | 75 Livingston Avenue | 2nd Floor | Roseland | New Jersey | 07068 |
| Action Plumbing, Inc. | Michael O'Hara, RegAgt/CEO | 7 East Stow Road | | Marlton | New Jersey | 08053 |
| A & G Realty Partners, LLC dba A & G Real Estate Partners | Ilana Volkov, Esq. | 888-C 8th Avenue | #107 | New York | New York | 10019 |
| AFS Global Freight Management, LLC | Brian J. Barker, Officer | 670 Emberwood Drive | | Shreveport | Louisiana | 71106 |
| ABC Works, LLC | Aparna Bhatnagar, RegAgt/Officer | 63 Gloria Drive | | Allendale | New Jersey | 07401 |
| American Textile Company, Inc. | Lance Ruttenberg, President | 10 North Linden Street | RIDC Riverplace | Duquesne | Pennsylvania | 15110-3001 |
| Alight Solutions LLC | Katie J. Rooney, Officer | 4 Overlook Point | | Lincolnshire | Illinois | 60069 |
| Argo, Inc. dba ARGO-EFESO | Fernando Assens, President | 455 N. Cityfront Plaza Drive | Suite 2750 | Chicago | Illinois | 60611 |
| Best Chairs Incorporated | James R. Irving, Esq. | 3500 PNC Tower | 101 South Fifth Street | Louisville | Kentucky | 40202 |
| Advanced Systems, Inc. | John E. Horney, RegAgt/CEO | 120 Myrtle Road | | Woodstock | Georgia | 30189 |
| Adobe Systems Incorporated | Shantanu Narayen, CEO | 345 Park Avenue | | San Jose | California | 95110-2704 |
| Avanti Linens, Inc. | Arthur S. Tauber, RegAgt/Officer | 234 Moonachie Road | | Moonachie | New Jersey | 07074 |
| Baby Trend, Inc. | Andrew Still, Esq. | 600 Anton Boulevard | Suite 1400 | Costa Mesa | California | 926267-689 |
| Artsana USA, Inc. | John D. Demmy, Esq. | PO Box 1266 | | Wilmington | Delaware | 19899-1266 |
| The Boppy Company, LLC | Nancy Bartley, CEO | 350 Indiana Street | Suite 800 | Golden | Colorado | 80401 |
| ASK Apparels | Officer, Managing or General Agent | 11/1, Periyar Nagar West | | Karur | | 639002 |
| Belz Investco GP | Morgan S. Pettigrew, Esq. | 2400 Poplar Avenue | Suite 212 | Memphis | Tennessee | 38112 |
| Accertify, Inc. | Darryl S. Laddin, Esq. | 171 17th Street NW | Suite 2100 | Atlanta | Georgia | 30363 |
| Agree Limited Partnership | Officer, Managing or General Agent | 70 E. Long Lake Road | | Bloomfield Hills | Michigan | 48304 |
| Audio Visual Associates, Inc. | Carl J. Soranno, Esq. | 101 Eisenhower Parkway | | Roseland | New Jersey | 07068 |
| Aden & Anais, Inc. | Elizabeth L. Janczak, Esq. | 311 South Wacker Drive | Suite 3000 | Chicago | Illinois | 60606 |
| Bacon & Graham, Inc. | Andrew Pincus, Esq. | 777 Terrace Avenue | Suite 508 | Hasbrouck Heights | New Jersey | 07604 |
| BabyVision, Inc. | Amit Shah, CEO | 30 Firemens Way | | Poughkeepsie | New York | 12603 |
| Complete Solutions and Sourcing, Inc. | Erica R. Aisner, Esq. | 700 Post Road | Suite 237 | Scarsdale | New York | 10583 |
| Clean Earth Environmental Solutions, Inc. | Sally E. Edison, Esq. | 301 Grant Street | Suite 3440 | Pittsburgh | Pennsylvania | 15219 |
| DataPipe, Inc. | Patrick L. Huffstickler, Esq. | 112 East Pecan Street | Suite 1800 | San Antonio | Texas | 78205 |
| Corvel Enterprise Comp, Inc. | Alan J. Brody, Esq. | 500 Campus Drive | Suite 400 | Florham Park | New Jersey | 07932-0677 |
| DocuSign, Inc. | James M. Sullivan, Esq. | 620 Eighth Avenue | | New York | New York | 10018-1405 |
| Cybersource Corporation | Gary M. Kaplan, Esq. | 235 Montgomery Street, 17th Floor | | San Francisco | California | 94104 |
| DoorDash, Inc. | Tony Xu, CEO | 303 2nd Street | Suite 800 South | San Francisco | California | 94104 |
| Caliber Americas LLC | Christopher P. Anton, Esq. | One Gateway Center | | Newark | New Jersey | 07102 |
| Columbus Trading-Partners USA Inc. | Lawrence Norman, CEO | 120 Royall Street | Suite 101 | Canton | Massachusetts | 02021 |
| Cleo Communications, Inc. | Mahesh Rajasekharan, RegAgt/President | 4949 Harrison Avenue | Suite 200 | Rockford | Illinois | 61108-7947 |
| CBRE, Inc. | Officer, Managing or General Agent | 2100 McKinney Avenue | Suite 1250 | Dallas | Texas | 75201 |
| Data Networks of America, Inc. | Jason L. Watkins, Esq. | Suite 3500 | One Financial Center | Boston | Massachusetts | 02111 |
| Daniel J. Edelman, Inc. | Matthew J. Harrington, President | 111 Canal | | Chicago | Illinois | 60606 |
| Discovery Refuse Management, Inc.d ba DRM Waste Management | James C. Thoman, Esq. | The Guaranty Building | 140 Pearl Street, Suite 10 | Buffalo | New York | 14202 |
| Caliber 1 Construction, Inc. | Matthew E. Cox, Esq. | 5727 Westpark Drive | Suite 200 | Charlotte | North Carolina | 28217 |
| Corptax, Inc. | Ted Pacheco, President | 2100 E. Lake Cook Road | Suite 800 | Buffalo Grove | Illinois | 60089 |
| Design Ideas, Limited | Abran Debois Van Meter, IV, RegAgt/President | 2521 Stockyard Road | P.O. Box 2967 | Springfield | Illinois | 62708-1439 |
| Capital Brands Distribution, LLC | Craig G. Margulies, Esq. | 16030 Ventura Boulevard | Suite 470 | Encino | California | 91436 |
| Cuckoo Electronics America Inc. | Christian T. Kim, Esq. | 915 Wilshire Boulevard | Suite 1775 | Los Angeles | California | 90017 |
| Britax Child Safety, Inc. | Allison M. Scarlott, Esq. | 11 South Meridian Street | | Indianapolis | Indiana | 46204-3535 |
| Broadspire Services, Inc. | Michael Hoberman, CEO | 5335 Triangle Parkway | | Peachtree Corners | Georgia | 30092 |
| Brabantia U.S.A. Inc. | Kerrie Kiernan, CEO | 577 Chestnut Ridge Road | | Woodcliff Lake | New Jersey | 07677 |
| DecisionPoint Systems, Inc. | | 1615 South Congress Avenue | Suite 103 | Delray Beach | Florida | 33445 |
| Clipper Corporation | Lina Hu, RegAgt/CEO | 21124 S. Figueroa Street | | Carson | California | 90745 |
| Caraway Home, Inc. | David D. Ferguson, Esq. | 900 West 48th Place | Suite 900 | Kansas City | Missouri | 64112 |
| Children's Products LLC | Steven J. Cohen, Esq. | One Dag Hammarskjold Plaza | 885 Second Avenue | New York | New York | 10017 |
| Drinkpod LLC | Officer, Managing or General Agent | 2118 Avenue U | | Brooklyn | New York | 11229 |

| Name | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bundle of Dreams, LLC | Mickee M. Hennessy, Esq. | 1201 RXR Plaza | | Uniondale | New York | 11556 |
| Britannica Home Fashions, Inc. | Harry Gross, CEO | 214 West 39th Street | Suite 1203 | New York | New York | 10018 |
| Conair LLC dba Conair Corp. LLC | Ronald Diamond, CEO | 1 Cummings Point Road | | Stamford | Connecticut | 06902 |
| Dream on Me, Inc. | Stephanie R. Sweeney, Esq. | 200 West 41st Street | 17th Floor | New York | New York | 10036 |
| Devgiri Exports, LLC | Officer, Managing or General Agent | 240 Peachtree Street NE | Suite 5A1 | Atlanta | Georgia | 30303 |
| Gourmet Settings Inc. | Hildy Abrams, President | 245 West Beaver Creek Road | Suite 10 | Richmond Hill, ON | | L4B 1L1 |
| Foundations Worldwide, Inc. | Richard P. Schroeter, Jr., Esq. | 3475 Ridgewood Road | | Akron | Ohio | 44333 |
| Evenflo Company, Inc. | Jonathan W. Jordan, Esq. | 1180 Peachtree Street | 35th Floor | Atlanta | Georgia | 30309 |
| Handi-Craft Company | Erin M. Edelman, Esq. | 7700 Forsyth Blvd., Suite 1800 | | St. Louis | Missouri | 63105-1847 |
| Furniture Store Express, Inc. | Ira R. Deiches, Esq. | 525 Route 73 N | Suite 104 | Marlton | New Jersey | 08053 |
| Gartner, Inc. | Eugene A. Hall, CEO | 56 Top Gallant Road | | Stamford | Connecticut | 06902 |
| W.W. Grainger, Inc. dba Grainger | Paige K. Robbins, President | 100 Grainger Parkway | | Lake Forest | Illinois | 60045-5201 |
| Groupby USA Inc. | | 2710 Gateway Oaks Drive | Suite 150N | Sacramento | California | 95833 |
| Groupby USA Inc. | Andrew Behlmann, Esq. | 1251 Sixth Avenue, 17th Floor | | New York | New York | 10020 |
| The Haddad Apparel Group, Ltd. | Sarah McMahon, Esq. | 1325 Avenue of the Americas | 28th Floor | New York | New York | 10019 |
| Geometric Results, Inc. | John D. Elrod, Esq. | Terminus 200 | 3333 Piedmont Road NE | Atlanta | Georgia | 30305 |
| Gotham Technology Group, LLC | Stephen R. Catanzaro, Esq. | One Jefferson Road | | Parsippany | New Jersey | 07054-2891 |
| EvensonBest LLC | Patrick M. Birney, Esq. | 280 Trumbull Street | | Hartford | Connecticut | 06103-3597 |
| Fridababy, LLC | Chelsea Hirschhorn, Officer | 82 N.E. 26th Street | Suite 101 | Miami | Florida | 33137 |
| Federal Heath Sign Company, LLC | Elizabeth L. Janczak, Esq. | 311 South Wacker Drive | Suite 3000 | Chicago | Illinois | 60606 |
| Focal Point South Consulting Inc. | David Hopper, RegAgt/CEO | 3251 Driggers Road | | Waycross | Georgia | 31503 |
| Engineered Network Systems, Inc. | Peter J. Floersch, CEO | 14451 Ewing Avenue | Suite 100 | Burnsville | Minnesota | 55306 |
| Halo Innovations, Inc. | Officer, Managing or General Agent | 213 W. 35th Street | Suite 2E | New York | New York | 10001 |
| Flexprint, LLC | Molly J. Kjartanson, Esq. | One Arizona Center, Suite 1900 | 400 East Van Buren | Phoenix | Arizona | 85004 |
| Hatch Baby, Inc. | Ann Crady Weiss, CEO | 3790 El Camino Real | Unit 2 | Palo Alto | California | 94306 |
| Hawaii Medical Service Association | Mark M. Mugiishi, CEO | 818 Keeaumoku Street | | Honolulu | Hawaii | 96814 |
| HMM (America), Inc. fdba H.M.M. Co., Inc. | Jeong Bum Kim, CEO | 222 Las Colinas Boulevard West | Suite 700 | Irving | Texas | 75039 |
| Hoobei USA, Inc. | Jay Lim, President | 13625 Marquardt Avenue | | Santa Fe Springs | California | 90670 |
| Zwilling J.A. Henckels, LLC | Stephanie R. Sweeney, Esq. | 200 West 41st Street | 17th Floor | New York | New York | 10036 |
| The Honest Company, Inc. | Carla Vernon, CEO | 12130 Millennium Drive | Suite 500 | Los Angeles | California | 90094 |
| Headspace, Inc. | Russell Glass, CEO | 2417 Michigan Avenue | | Santa Monica | California | 90404 |
| iEnjoy LLC | Charles M. Tatelbaum, Esq. | 110 SE Sixth Street | Suite 1500 | Fort Lauderdale | Florida | 33301 |
| Kids II Far East Limited | Tim Mohan, Esq. | 1400 16th Street | Suite 200 | Denver | Colorado | 80202 |
| JTS Capital Realty 2 LLC | James T. Sartain, RegAgt/President | 3208 Greenleaf Drive | | Waco | Texas | 76710-1453 |
| JDN Real Estate - Hamilton, L.P. | Steven Yachik, Esq. | 3 World Trade Center | 175 Greenwich Street | New York | New York | 10007 |
| Intelligrated Systems, LLC | Michael D. Fielding, Esq. | 4801 Main St | Ste 1000 | Kansas City | Missouri | 64112-2551 |
| Le Creuset of America, Inc. | David A. Zdunkewicz, Esq. | 600 Travis Street | Suite 4200 | Houston | Texas | 77002 |
| Johanson Transportation Service | Larry Johanson, RegAgt/President | 5583 E. Olive Avenue | | Fresno | California | 93727 |
| Laural Home LLC | Donald Tweel, President | 210 Knickerbocker Road | 2nd Floor | Cresskill | New Jersey | 07626 |
| Infosys Limited | Kevin M. Capuzzi, Esq. | 1313 North Market Street | Suite 1201 | Wilmington | Delaware | 19801 |
| Intralinks, Inc. | Peter L. Baltera, Esq. | 151 West 42nd Street | 6th Floor | New York | New York | 10036 |
| LHI, Inc. fdba LumiSource, Inc. | Steve Lee, President | 2950 Old Higgins Road | | Elk Grove Village | Illinois | 60007 |
| M & L Enterprise Group Inc. | Matteo Ingrao, RegAgt/CEO | 777 US Highway 202 | | Raritan | New Jersey | 08869 |
| M Design Village, LLC | Lavina Dsouza, Officer | 701 Cottontail Lane | | Somerset | New Jersey | 08873 |
| Managed Business Communication Inc. | Ernest J. Dellamo, CEO | 430 Sand Shore Road | Suite 10 | Hackettstown | New Jersey | 07840 |
| M&D Real Estate, LP | Officer, Managing or General Agent | 1237 Wales | | Rockwall | Texas | 75032 |
| MagicLinks, Inc. | Brian Nickerson, RegAgt/Officer | 361 Vernon Avenue | #6 | Venice | California | 90291 |
| Levin Management Corporation | Matthew Harding, CEO | 975 Route 22 West | | North Plainfield | New Jersey | 07060 |
| Maxwell Builders, Inc. | David Frommell, Esq. | 5410 South Quebec Street | Suite 103 | Greenwood Village | Colorado | 80111 |
| Maintenx International Service Management Group, Inc. | Kenneth G.M. Mather, Esq. | 401 East Jackson Street | Suite 1500 | Tampa | Florida | 33602 |
| Hub Group, Inc. dba Nonstop Delivery | Kenneth A. Listwak, Esq. | 1313 Market Street, Suite 5100 | PO Box 1709 | Wilmington | Delaware | 19889-1709 |
| MercuryGate International, Inc. | Frank J. Guadagnino, Esq. | Tower Two-Sixty | 260 Forbes Avenue, Suite | Pittsburgh | Pennsylvania | 15222 |
| Monica & Andy, Inc. | Erica Richards, Esq. | 55 Hudson Yards | | New York | New York | 10001-2157 |

| | | | | | | |
|---|---|---|---|---|---|---|
| OnPoint Capital, LLC | Tom Cox, CEO | 3235 Levis Commons Boulevard | | Perrysburg | Ohio | 43551 |
| Oliver Wyman, Inc. | Devon J. Eggert, Esq. | Two Plaza East, Suite 1085 | 330 East Kilbourn Avenue | Milwaukee | Wisconsin | 53202 |
| Milk Street Products, LLC | Julie J. Knisley, RegAgt/Officer | 175 Beach Street | | Wrentham | Massachusetts | 02093 |
| OXO International, Inc. dba OXI International Ltd. | Richard C. Solow, Esq. | 233 Broadway | Suite 820 | New York | New York | 10279 |
| Mobile Mini Texas Limited Partnership | Officer, Managing or General Agent | 4646 E. Van Buren Street | Suite 400 | Phoenix | Arizona | 85008 |
| IMC Companies, LLC fdba Pacific Dryage Services LLC | E. Franklin Childress, Jr., Esq. | 165 Madison Avenue | Suite 2000 | Memphis | Tennessee | 38103 |
| Meridian Compensation Partners, LLC | Michael J. Powers, Officer | 100 Field Drive | Suite 300 | Lake Forest | Illinois | 60045 |
| MicroStrategy Incorporated | Stephen Gallagher, Esq. | 8010 Towers Crescent Drive | Suite 400 | Vienna | Virginia | 22182 |
| Oogie Solutions LLC | Nina Farzin, RegAgt/Officer | 10101 Molecular Drive | Suite 250 | Rockville | Maryland | 20850 |
| Open Text, Inc. | Alison D. Welles, Esq. | Enterprise Solutions | 9711 Washingtonian Bou | Gaithersburg | Maryland | 20878 |
| Noritake Co., Inc. | W. Timothy Miller, Esq. | 425 Walnut Street | Suite 1800 | Cincinnati | Ohio | 45202 |
| Owlet Baby Care Inc. | Kurt Workman, President | 3300 N. Ashton Boulevard | Suite 300 | Lehi | Utah | 84043 |
| NTT America, Inc. | David F. Hill, IV, Esq. | One Bryant Park | Bank of America Tower | New York | New York | 10036-6745 |
| MLO Great South Bay LLC | Officer, Managing or General Agent | 600 Madison Avenue | Suite 14 | New York | New York | 10022 |
| Mirakl Incorporated | Adrien Nussenbaum, President | 212 Elm Street | Suite 400 | Somerville | Massachusetts | 02144 |
| NCR Corporation | Michael D. Hayford, CEO | 864 Spring Street NW | | Atlanta | Georgia | 30308 |
| NP New Castle, LLC | Nathaniel Hagedorn, CEO | 3315 N. Oak Trafficway | | Kansas City | Missouri | 64116-2775 |
| Nespresso USA, Inc. | Deborah Kovsky-Apap, Esq. | 875 Third Avenue | | New York | New York | 10022 |
| Nespresso USA, Inc. | Kay S. Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | Michigan | 48075 |
| Monahan Products, LLC | John E. Lucian, Esq. | One Logan Square | 130 North 18th Street | Philadelphia | Pennsylvania | 19103 |
| NASDAQ Corporate Solutions, LLC | Karen C. Bifferato, Esq. | 1201 North Market Street | 20th Floor | Wilmington | Delaware | 19801 |
| ORF V Sugar Creek Plaza, LLC | Officer, Managing or General Agent | 5865 Northpoint Parkway | Suite 250 | Alpharetta | Georgia | 30022 |
| OneTrust LLC | Kabir Barday, CEO | 2570 Northside Drive NW | | Atlanta | Georgia | 30305 |
| Pem-America, Inc. | Steven M. Kaplan, Esq. | 64 West 48th Street | 7th Floor | New York | New York | 10036 |
| Pearhead, Inc. | Michael G. Spector, Esq. | 2122 North Broadway | | Santa Ana | California | 92706 |
| Rackspace Technology Global, Inc. fdba Rackspace Hosting, Inc. | Patrick L. Huffstickler, Esq. | 112 East Pecan Street | Suite 1800 | San Antonio | Texas | 78205 |
| Regalo International, LLC | Wendy Flannery, Officer | 584 Gunwale Lane | | Longboat Key | Florida | 34228 |
| Scentsible, LLC dba Poo-Pourri | Jeff Leaverton, Esq. | 420 Throckmorton Street | Suite 1210 | Fort Worth | Texas | 76102 |
| ROOT Technology ltd. | Liqiang Zeng, RegAgt/Officer | 1624 Market Street | Suite 226, #30327 | Denver | Colorado | 80202 |
| Riskified, Inc. | Richard C. Solow, Esq. | 233 Broadway | Suite 820 | New York | New York | 10279 |
| Retail Zipline, Inc. | Ricardo Palacio, Esq. | 500 Delaware Avenue | P.O. Box 1150 | Wilmington | Delaware | 19899 |
| Ranch Town Center, LLC | Dennis P. McNulty, Registered Agent | 300 Esplanade Drive | Suite 2100 | Oxnard | California | 93036 |
| Platinum Security, Inc. | Donald R. Ramenian, Esq. | 15260 Ventura Boulevard | Suite 1200 | Sherman Oaks | California | 91403 |
| Raymond Accounts Management, Inc. | James P. O'Brien, CEO | 22 S. Canal Street | | Greene | New York | 13778 |
| Port City Logistics Inc. | Kevin M. Capuzzi, Esq. | 1313 North Market Street | Suite 1201 | Wilmington | Delaware | 19801 |
| Premier Brands of America Inc. | Steven D. Corsun, CEO | 170 Hamilton Avenue | Suite 201 | White Plains | New York | 10601 |
| Schindler Elevator Corporation | Fabian N. Marriott, Esq. | Three Gateway Center | 100 Mulberry Street, 15th | Newark | New Jersey | 07102 |
| Protiviti Inc. | Natalie A. Henderson, Esq. | 2884 Sand Hill Road | Suite 200 | Menlo Park | California | 94025 |
| RXO Capacity Solutions, LLC | Michael R. Herz, Esq. | 49 Market Street | | Morristown | New Jersey | 07960 |
| Pivotal 650 California ST., L.L.C. | Alan A. Meda, Esq. | 1850 North Central Avenue | Suite 1700 | Phoenix | Arizona | 85004 |
| Poly-Wood, LLC | Belynjohn T. Delos Reyes, Esq. | 1325 Avenue of the Americas | 28th Floor | New York | New York | 10019 |
| Perrysburg Enterprises, Inc. | Richard Andrews, RegAgt/Officer | 165 Edgewood Drive | | Perrysburg | Ohio | 43551 |
| Schneider National, Inc. | Alexandra Shipley, Esq. | 77 West Wacker Drive | Suite 4100 | Chicago | Illinois | 60601-1818 |
| Regal Home Collections Inc. | David L. Going, Esq. | 7700 Forsyth Boulevard | Suite 1800 | St. Louis | Missouri | 63105-1847 |
| Storebound LLC | Mickee M. Hennessy, Esq. | 1201 RXR Plaza | | Uniondale | New York | 11556 |
| Safavieh Intl LLC | David Edelberg, Esq. | 150 Clove Road | 9th Floor | LIttle Falls | New Jersey | 07424 |
| Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express | Rick A. Steinberg, Esq. | 50 Tice Boulevard | Suite 380 | Woodcliff Lake | New Jersey | 07677 |
| W.R. Partners, L.L.C. | Robert J. Lowe, Jr., Esq. | 610 Brae Burn Drive | | Martinez | Georgia | 30907 |
| Shelterlogic Corp. | John R. Horcack, Jr., Esq. | 195 Church Street | | New Haven | Connecticut | 06509-1950 |
| Valley & Plainfield Associates, L.P. | Edward L. Croman, RegAgt/President | 395 Pleasant Vally Way | | West Orange | New Jersey | 07052 |

| Name | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Smart Trike USA LLC | Officer, Managing or General Agent | 108 Alan Lane | | Clayton | North Carolina | 27520 |
| Taft Associates | | 11 Taft Road | | Totowa | New Jersey | 07512-1005 |
| Studio Mococo LLC | Officer, Managing or General Agent | 4000 Bridgeway | Suite 309A | Sausalito | California | 94965 |
| Taylored Transload, LLC | Daniel J. McCarthy, Esq. | 300 South Grand Avenue, 37th Floor | | Los Angeles | California | 90071 |
| Concentric, LLC fdba Stangco Industrial Equipment, LLC | Matthew S. Spaeder, Esq. | 20 Greenway Plaza | Suite 600 | Houston | Texas | 77046 |
| Storflex Holdings, Inc. | David H. Ealy, Esq. | 2 State Street | Suite 1000 | Rochester | New York | 14614 |
| Simply Mommy LLC | Officer, Managing or General Agent | 4444 Centerville Road | | White Bear Lake | Minnesota | 55127 |
| T-Mobile USA, Inc, | G. Michael Sievert, Officer | 12920 SE 38th Street | | Bellevue | Washington | 98006-1350 |
| Triple B Mssion Viejo LLC | David L. Bruck, Esq. | P.O. Box 5600 | | Woodbridge | New Jersey | 07095 |
| The Centre at Deane Hill GP | Officer, Managing or General Agent | c/o Barnhart Guess Retail Properties | 750 Hammond Drive, Bu | Atlanta | Georgia | 30328 |
| Thorley Industries LLC dba 4moms | Officer, Managing or General Agent | 912 Ft. Duquesne Boulevard | | Pittsburgh | Pennsylvania | 15222 |
| Summerlin Operating Company, LLC | Sarah M. Cox, Esq. | 12770 Coit Road, Suite 1100 | | Dallas | Texas | 75251 |
| The Family Center | Officer, Managing or General Agent | c/o Thorton Oliver Keller Property Management | 250 S. 5th Street | Boise | Idaho | 83702 |
| US Maintenance | | P.O. Box 8500-1076 | | Philadelphia | Pennsylvania | 19178 |
| Equifax Workforce Solutions LLC fdba Talx Corporation | Officer, Managing or General Agent | 1550 Peachtree Street NW | | Atlanta | Georgia | 30309 |
| Twilio Inc. | Jeff Lawson, CEO | 101 Spear Street | Suite 500 | San Francisco | California | 94105 |
| Stork Craft Manufacturing Inc. | Robert J. Keach, Esq. | 100 Middle Street | PO Box 9729 | Portland | Maine | 04104-5029 |
| Sumo Logic, Inc. | Joe Kim, President | 855 Main Street | Suite 100 | Redwood City | California | 94063 |
| Stokke, L.L.C. | Charles Gill, Officer | 262 Harbor Drive | Floor 3 | Stamford | Connecticut | 06902-7438 |
| The Step2 Company, LLC | Jillian Nolan Snider, Esq. | Union Trust Building Suite 800 | 501 Grant Street | Pittsburgh | Pennsylvania | 15219 |
| Zero Technologies, LLC | Officer, Managing or General Agent | 7 Neshaminy Interplex Drive | Suite 116 | Travose | Pennsylvania | 19053 |
| Walker Edison Furniture Company LLC | Roger F. Friedman, Esq. | 18575 Jamboree Road | Ninth Floor | Irvine | California | 92612 |
| Zadro, Inc. | Michael J. FitzGerald, Esq. | 2 Park Plaza | Suite 850 | Irvine | California | 92614 |
| Westwood Design, Inc. | Michael Johnson, Esq. | 36 South State Street | Suite 1400 | Salt Lake City | Utah | 84111 |
| Yusen Logistics (Americas) Inc. | Simon E. Fraser, Esq. | 1201 North Market Street | Suite 1001 | Wilmington | Delaware | 19801 |
| WompMobile, Inc. | Arnold M. Willig, Esq. | 1215 Fourth Avenue | Suite 910 | Seattle | Washington | 98161 |
| YSM-Ponderosa, LLC | James W. Chang, Officer | 4545 Post Oak Place Drive | Suite 125 | Houston | Texas | 77027-3182 |
| Willis Towers Watson Northeast, Inc. fdba Willis of New York, Inc. | Lucian B. Murley, Esq. | 1201 N. Market Street., Suite 2300 | P.O. Box 1266 | Wilmington | Delaware | 19899 |
| World Distribution Services LLC | Officer, Managing or General Agent | 1340 Depot Street | 2nd Floor, Suite 400 | Cleveland | Ohio | 44116 |
| Workiva Inc. | Joseph N. Argentina, Jr., Esq. | 222 Delaware Avenue | Suite 1410 | Willmington | Delaware | 19801 |
| Weingarten Nostat, LLC fdba Weingarten Nostat, Inc. | Harvey G. Weinreb, Officer | 500 N. Broadway | Suite 201 | Jericho | New York | 11753 |
| Irwin Naturals; and Performance Sales & Marketing, Inc. | Frank Parise, President | 1037 Route 46 East | | Clifton | New Jersey | 07011 |
| Irwin Naturals; and Performance Sales & Marketing, Inc. | Frank Parise, Registered Agent | 306 Cambridge Drive | | Butler | New Jersey | 07405 |
| Foresold LLC. | Joshua Valdez-Elizetxe, Officer | 720 E. Apache Boulevard | | Tempe | Arizona | 85281 |
| Legacy Companies LLC fdba EdgeCraft Corp. | Matthew L. Helmintoller, RegAgt/CEO | 6005 US Highway 1 | | Rockledge | Florida | 32955 |
| RB Health US LLC | Tara J. Schellhorn, Esq. | One Speedwell Avenue | | Morristown | New Jersey | 07962-1981 |
| Miele, Incorporated | Kenneth Kansa, Esq. | One North Wacker Drive | Suite 4400 | Chicago | Illinois | 60606 |
| Sunham Home Fashions, LLC | Howard Yung, CEO | 308 5th Avenue | 3rd Floor | New York | New York | 10001 |
| Spectrum Brands, Inc. fdba Applica Consumer Products | Craig E. Stevenson, Esq. | 25 West Main Street | Suite 800 | Madison | Wisconsin | 53703 |
| Trilliant Food and Nutrition, LLC | Officer, Managing or General Agent | P.O. Box 307 | | Little Chute | Wisconsin | 54140 |
| Verizon Communications Inc. | Tracey M. Ohm, Esq. | 1775 Pennsylvania Ave NW | Ste 800 | Washington | District of Columbia | 20006 |
| C & T International Inc. | Richard C. Solow, Esq. | 233 Broadway | Suite 820 | New York | New York | 10279 |
| Delta Enterprise Corp. dba Delta Enterprise Import | Steven J. Cohen, Esq. | One Dag Hammarskjold Plaza | 885 Second Avenue | New York | New York | 10017 |
| Schneider Logistics, Inc. | Michael P. Kukiela, President | 3101 S. Packerland Drive | | Green Bay | Wisconsin | 54313 |
| Verizon Business Network Services LLC | Tracey M. Ohm, Esq. | 1775 Pennsylvania Ave NW | Ste 800 | Washington | District of Columbia | 20006 |
| W & H Systems, Inc. | Charles Joel Colletti, CEO | 253 Passaic Avenue | | Fairfield | New Jersey | 07004 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Brink's, Incorporated | Ronald J. Domanico, Chairman | 555 Dividend Drive | | Coppell | Texas | 75019 |
| Sealed Air Corporation (US) | Ilana Volkov, Esq. | 888-C 8th Avenue | #107 | New York | New York | 10019 |
| Securitas Electronic Security, Inc. | Officer, Managing or General Agent | 3800 Tabs Drive | | Uniontown | Ohio | 44685 |
| M. Booth & Associates LLC | Adam M. Levy, Esq. | 1675 Broadway | | New York | New York | 10019 |
| St. George Distribution Corp. | Paul Svindland, CEO | 951 Thorndale Avenue | | Bensenville | Illinois | 60106 |
| SodaStream USA Inc. | Jeremy C. Kleinman, Esq. | 1327 West Washington Boulevard | Suite 5G-H | Chicago | Illinois | 60607-1901 |
| SASR Workforce Solutions, LLC | Patrick K. Henderson, RegAgt/CEO | 1000 Centregreen Way | Suite 310 | Cary | North Carolina | 27513 |
| Garda CL Atlantic, Inc. | Scott E. Prince, Esq. | 127 Public Square | Suite 2000 | Cleveland | Ohio | 44114-1214 |
| Hundley Lane Group Inc. | Officer, Managing or General Agent | 470 W. Broad Street | #1101 | Columbus | Ohio | 43215 |
| Cellco Partnership dba Verizon Wireless | Tracey M. Ohm, Esq. | 1775 Pennsylvania Ave NW | Ste 800 | Washington | District of Columbia | 20006 |