| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>John D. Demmy, Esquire<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Office: (302) 421-6848<br>Fax: (302) 421-6813<br>john.demmy@saul.com<br><br>*Attorneys for Artsana USA, Inc. and The Boppy Company, LLC* |
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*[1]<br><br>Debtors. |

Chapter 11

Case No. 23-13359 (VFP)

Jointly Administered

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters his appearance in this case on behalf of **Artsana USA, Inc.** and **The Boppy Company, LLC**. Request is made that the documents filed in this case and identified below be served on the undersigned at the following address:

**SAUL EWING LLP**
John D. Demmy
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
Email: john.demmy@saul.com

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Respectfully submitted,

Dated:  June 7, 2024

**SAUL EWING LLP**

*/s/ John D. Demmy*
John D. Demmy
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Office: (302) 421-6848
Fax: (302) 421-6813
john.demmy@saul.com

*Attorneys for Artsana USA, Inc. and The Boppy Company, LLC*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>John D. Demmy, Esquire<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Office: (302) 421-6848<br>Fax: (302) 421-6813<br>john.demmy@saul.com<br><br>*Attorneys for Artsana USA, Inc. and The Boppy Company, LLC* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2024, I did cause the foregoing *Notice of Appearance* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

                              **SAUL EWING LLP**

                              */s/ John D. Demmy*
                              John D. Demmy
                              1201 N. Market Street, Suite 2300
                              P.O. Box 1266
                              Wilmington, DE 19899
                              (302) 421-6848