Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 23−13359−VFP
    Chapter: 11
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bed Bath & Beyond Inc.
   650 Liberty Avenue
   Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
   11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/10/24 at 02:30 PM

to consider and act upon the following:

Notice of Hearing to discuss notice, scheduling, confidentiality and related issues as to Shareholder. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 6/10/2024 at 02:30 PM at VFP − Courtroom 3B, Newark. (rah)

Dated: 6/9/24

                           Jeanne Naughton
                           Clerk, U.S. Bankruptcy Court