FILED
JEANNE A. NAUGHTON, CLERK
JUN 12 2024
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

8 Hollow Spring Road
Norwalk, CT.   06854
May 29, 2024

Judge Vincent F. Papalia
United States Bankruptcy Court for the
    District of New Jersey
Courtroom 3B
50 Walnut Street, 3rd Floor
Newark, NJ   07102

RE : Bed,Bath,Beyond, Inc.
     Chapter 11 Banckruptcy, Case
     # 23-13359

Dear Judge Papalia:

Please be advised that I have one claim only for the above, although four are listed via Kroll with separate claim numbers. Despite my several attempts, Kroll has not corrected this oversite.

Claim #3024 ($31, 687) is valid and was submitted through regular mail. Claim #4427 is a duplicate claim submitted online as was recommended in a telephone call to Kroll.

Claims #6857 and #4502 should have been and should be withdrawn and deleted as they accidentally include confidential financial information.

Kindly acknowledge.

Sincerely yours,

Gerald M. Strassberger

GMS:ml
Enc.-Kroll

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

# KROLL

Bed Bath & Beyond Inc.

MENU

| | | | | | |
|---|---|---|---|---|---|
| | 19508 | 02/19/2024 | Stout, Mary | Bed Bath & Beyond Inc. | $89.94 |
| | 3894 | 06/07/2023 | Stover, Shawn | Bed Bath & Beyond Inc. | $175.00 |
| | 7417 | 06/28/2023 | Stover, Susan Lynn | Bed Bath & Beyond Inc. | $100.00 |
| | 5122 | 06/13/2023 | Stowe, Emily | Bed Bath & Beyond Inc. | $30.00 |
| | 14939 | 07/25/2023 | Stowers, Melissa | Bed Bath & Beyond Inc. | $125.00 |
| 5267329 | 12558 | 06/26/2023 | STRAIGHT ARROW | Liberty Procurement Co. Inc. | $11,567.75 |
| | 15820 | 08/04/2023 | Straley, Karen | Bed Bath & Beyond Inc. | $50.00 |
| | 3923 | 06/08/2023 | Stramara, Lauren | Buy Buy Baby, Inc. | $200.00 |
| | 14732 | 07/23/2023 | Strand, Mary E | Bed Bath & Beyond Inc. | $41.47 |
| | 3810 | 06/08/2023 | Stranix, Kelly | Bed Bath & Beyond Inc. | $200.00 |
| | 9347 | 07/05/2023 | Strano, Lia | Bed Bath & Beyond Inc. | $50.00 |
| | 6857 | 06/16/2023 | Strassberger, Gerald M | Bed Bath & Beyond Inc. | $31,687.00 |
| | 4427 | 06/17/2023 | Strassberger, Gerald M. | Bed Bath & Beyond Inc. | $31,687.00 |
| | 4502 | 06/16/2023 | Strassberger, Gerald M. | Bed Bath & Beyond Inc. | $31,687.00 |
| | 3024 | 05/30/2023 | Strassberger, Gerald M. | Bed Bath & Beyond Inc. | $31,687.05 |
| | 17868 | 10/16/2023 | Stratoti, Gregory D | Bed Bath & Beyond Inc. | $40,000.00 |
| | 11511 | 06/23/2023 | Stratton, Yvonne E | Bed Bath & Beyond Inc. | $2,000.00 |
| | 9376 | 06/23/2023 | Stratton, Yvonne E | Bed Bath & Beyond Inc. | $2,000.00 |
| | 2073 | 05/22/2023 | Strauss, Torenya | Bed Bath & Beyond Inc. | $100.00 |
| | 11244 | 07/06/2023 | Strayhorn, Camille Bailey | Bed Bath & Beyond Inc. | $20.00 |
| | 2799 | 05/27/2023 | Stream, Colby | Bed Bath & Beyond Inc. | $112.29 |
| | 6142 | 06/24/2023 | Streb, Alyssa | Bed Bath & Beyond Inc. | $79.60 |
| | 1436 | 05/16/2023 | Strebel, Julie | Bed Bath & Beyond Inc. | $108.62 |
| | 12819 | 06/29/2023 | Street, Elizabeth | Bed Bath & Beyond Inc. | $5,000.00 |
| | 9486 | 07/05/2023 | Street, Nicole | Bed Bath & Beyond Inc. | $50.00 |
| | 12699 | 06/29/2023 | Street, William E | Bed Bath & Beyond Inc. | 00 |
| | 12917 | 07/14/2023 | Stremt, Gita | Bed Bath & Beyond Inc. | .74 |