| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on June 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bed Bath & Beyond, Inc., *et al.*,<br><br>Debtors. | Case No.: 23-13359 (VFP)<br><br>Chapter: 11<br><br>Hearing Date: June 10, 2024<br><br>Judge: Vincent F. Papalia |

# ORDER ESTABLISHING PROCEDURES RELATING TO SHAREHOLDER'S MOTIONS FOR REDACTION OF CERTAIN INFORMATION AND APPOINTMENT OF EQUITY SECURITY HOLDERS COMMITTEE

  The relief set forth on the following pages numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: June 12, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

| | |
|---|---|
| Case name: | Bed, Bath & Beyond, *et al.* |
| Case no.: | 23-13359 (VFP) |
| Caption of Order: | Order Establishing Procedures Relating to Shareholder's Motions |

---

The Court having held a conference on June 10, 2024 to address notice, scheduling and confidentiality concerns relating to two motions brought by a former shareholder (the "Shareholder") of the former Debtors (the "Former Debtors") in the above-referenced cases to: (i) redact any information that potentially identifies the Shareholder and (ii) have the Court appoint an equity security holders committee (the "Motions"); and the Court having considered the positions of the various parties that participated in the conference; and pursuant to the inherent authority of the Court to manage its calendar, as well as the authority set forth in 11 U.S.C. §§ 105 and 107 and Federal Rule of Bankruptcy Procedure 9037; it is hereby

**ORDERED** as follows:

1. The Shareholder, within two (2) business days of entry of this Order, shall: (i) file with this Court a copy of the Motions with his personal identifying information redacted and replaced with the information contained in paragraph two (2) of this Order and (ii) serve copies of the Motions (without any redactions) on counsel for the Plan Administrator (Bradford J. Sandler, Esq.), counsel for the Former Debtors (Emily E. Geier, Esq.) and counsel for the Office of the United States Trustee (Fran B. Steele, Esq.), each by electronic mail. Additionally, also within two (2) business days of the entry of this Order, the Shareholder shall (iii) serve by electronic and regular mail a redacted copy of the Motions on Jeffrey Kurzon who appeared at the June 10th conference and indicated that he represents his father, himself, and certain shareholders.

2. The redacted versions of the Motions filed by the Shareholder with the Court, which will appear on the docket, shall include the name, mailing address, and email addresses that the Shareholder designates for contact and service purposes. The mailing address may be a Post Office box or other similar place to receive mail.

Case name:         Bed, Bath & Beyond, *et al*.
Case no.:          23-13359 (VFP)
Caption of Order:  Order Establishing Procedures Relating to Shareholder's Motions

---

3. The Clerk of the Court shall file an unredacted copy of the Motions under seal, subject to the provisions of this Order.

4. Counsel for the Plan Administrator, the Former Debtors, and the Office of the United States Trustee shall maintain as confidential and not disclose to any third parties the personal identifying information of the Shareholder, who identified himself as M.L1 at the June 10th conference, subject to further Order of this Court. It is the intention of this Court that all the confidentiality provisions of this Order be considered provisional and subject to modification, in whole or in part, and further proceedings before this Court, as described in this Order.

5. Any objections or other responses to either or both aspects of the Motions, *i.e.*, the confidentiality requested by the Shareholder and the request for the appointment of an equity security holders committee, may be made by any party in interest and must be filed and served on or before June 24, 2024. Any replies to any such objections or responses must be filed and served by June 28, 2024. Any reply by the Shareholder may be filed and served in the same manner as set forth in paragraphs one (1) and two (2), except that the Shareholder shall also submit an unredacted version to the chambers' email which will be filed on the docket under seal.

6. The Court shall conduct a hearing on the Motions on July 9, 2024 at 2:30 p.m. Parties wishing to participate in the hearing may appear in person in court or via CourtSolutions (https://www.court-solutions.com).

Page 4

| | |
|---|---|
| Case name: | Bed, Bath & Beyond, *et al.* |
| Case no.: | 23-13359 (VFP) |
| Caption of Order: | Order Establishing Procedures Relating to Shareholder's Motions |

___

7. Any party requesting an adjournment or continuance of any of these dates may do so by submitting Local Form *Adjournment Request* to chambers_of_vfp@njb.uscourts.gov in accordance with D.N.J. LBR 5071-1 with copies of the email provided to all parties identified in paragraph one (1) of this Order.