Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 23−13359−VFP
        Chapter: 11
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bed Bath & Beyond Inc.
    650 Liberty Avenue
    Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
    11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/9/24 at 02:30 PM

to consider and act upon the following:

*3314* – ORDER ESTABLISHING PROCEDURES RELATING TO SHAREHOLDERS MOTIONS FOR REDACTION OF CERTAIN INFORMATION AND APPOINTMENT OF EQUITY SECURITY HOLDERS COMMITTEE (related document:3312 Notice of Hearing to discuss notice, scheduling, confidentiality and related issues as to Shareholder. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 6/10/2024 at 02:30 PM at VFP – Courtroom 3B, Newark. (rah)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/12/2024. (LVJ)

Dated: 6/12/24

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court