**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>John W. Weiss<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>101 Crawfords Corner Road, Suite 4202<br>Holmdel, NJ 07733<br>(201) 488-8200<br>jweiss@pashmanstein.com<br><br>-and-<br><br>Henry J. Jaffe (admitted *pro hac vice*)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 592-6496<br>hjaffe@pashmanstein.com<br><br>*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br><br>　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the addresses of Pashman Stein Walder Hayden, P.C., counsel to OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc., have changed as follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Henry J. Jaffe
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
hjaffe@pashmanstein.com

**PLEASE TAKE FURTHER NOTICE** that copies of any and all notices and papers filed or entered in this cases pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") shall be given to and served upon counsel at the address set forth above.

Dated: June 14, 2024

**PASHMAN STEIN WALDER & HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (201) 488-8200
Email: jweiss@pashmanstein.com

-and-

Henry J. Jaffe (admitted *pro hac vice*)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email - hjaffe@pashmanstein.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*

## **CERTIFICATE OF SERVICE**

I, John W. Weiss, hereby certify that on June 14, 2024, I caused a copy of the foregoing *NOTICE OF CHANGE OF ADDRESS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ John W. Weiss*

John W. Weiss
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (201) 488-8200
Email: jweiss@pashmanstein.com

*Counsel for OXO International Ltd., Helen of Troy L.P., Kaz USA, Inc. and Kaz Canada, Inc.*