**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Patricia W. Holden
CIPRIANI & WERNER P.C.
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
Ph: (856) 761-3800
Fx: (856) 437-7465
PHolden@c-wlaw.com

and

Richard P. Schroeter Jr. (*pro hac vice pending*)
STARK AND KNOLL CO. L.P.A.
3475 Ridgewood Rd.
Akron, OH 44333
Ph: (330) 572-1339
Fx: (330) 572-1264
rschroeter@stark-knoll.com

*Counsel for Foundations Worldwide, Inc.*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 23-13359-VFP**<br><br>**(Jointly Administered)** |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br><br>Plaintiff,<br><br>v.<br><br>Foundations Worldwide, Inc.,<br><br>Defendant. | **Adv. No. 24-01361-VFP** |

## NOTICE  OF APPEARANCE & REQUEST FOR SERVICE OF PAPERS

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

To the Clerk of the Court and all Counsel of Record:

Please take notice that in accordance with Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure, Cipriani & Werner, P.C., through its undersigned counsel, hereby appears

in the above-captioned proceeding and requests that all notices, documents, and papers served or

required to be served in this case be served upon the following;

Patricia W. Holden, Esq.
CIPRIANI & WERNER, P.C.
155 Gaither Drive , Suite B
Mt. Laurel, NJ 08054
(PH)856-761-3800
Email: pholden@c-wlaw.com

Respectfully submitted,

CIPRIANI & WERNER P.C.

*s/ Patricia W. Holden*
Patricia W. Holden (NJ# 029011989)
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
Ph: (856) 761-3800
Fx: (856) 437-7465
pholden@c-wlaw.com

*Counsel for Foundations Worldwide, Inc.*

Dated:  June 17, 2024

## CERTIFICATION OF FILING/SERVICE

I, Patricia W. Holden, do hereby certify that the within Notice of Appearance and Request for Services of Papers was filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey and was served on all counsel of record this 17th day of June, 2024 through the Court's electronic filing system. I certify that the foregoing statement is true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

Respectfully submitted,

CIPRIANI & WERNER P.C.

s/ *Patricia W. Holden*
Patricia W. Holden (NJ# 029011989)
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
Ph: (856) 761-3800
Fx: (856) 437-7465
pholden@c-wlaw.com

*Counsel for Foundations Worldwide, Inc.*

Dated:  June 17, 2024