| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Patricia W. Holden<br>CIPRIANI & WERNER P.C.<br>155 Gaither Drive, Suite B<br>Mt. Laurel, NJ 08054<br>Ph: (856) 761-3800<br>Fx: (856) 437-7465<br>PHolden@c-wlaw.com<br><br>and<br><br>Richard P. Schroeter Jr. (*pro hac vice pending*)<br>STARK AND KNOLL CO. L.P.A.<br>3475 Ridgewood Rd.<br>Akron, OH 44333<br>Ph: (330) 572-1339<br>Fx: (330) 572-1264<br>rschroeter@stark-knoll.com<br><br>*Counsel for Foundations Worldwide, Inc.* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>    Debtor. | **Chapter 11**<br><br>**Case No. 23-13359-VFP**<br><br>**(Jointly Administered)** |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br><br>    Plaintiff,<br><br>v.<br><br>Foundations Worldwide, Inc.,<br><br>    Defendant. | **Adv. No. 24-01361-VFP** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

### APPLICATION FOR PRO HAC VICE ADMISSION OF
### RICHARD P. SCHROETER JR.

Pursuant to Local Rule 101.1 of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, the undersigned hereby seeks entry of order granting the admission pro hac vice of Richard P Schroeter Jr., Esq., of the law firm of Stark & Knoll Co. L.P.A., to represent Defendant Foundations Worldwide, Inc. before this Court in connection with the above captioned adversary.

In support of this application, the undersigned submits the attached Certification of Richard P. Schroeter Jr. and requests that the proposed form order submitted herewith be entered. The undersigned certifies that she is admitted, practicing, and a member in good standing with the bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated: June 17, 2024

Respectfully submitted,

CIPRIANI & WERNER P.C.

s/ *Patricia W. Holden*
Patricia W. Holden (NJ# 029011989)
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
Ph: (856) 761-3800
Fx: (856) 437-7465
PHolden@c-wlaw.com

*Counsel for Foundations Worldwide, Inc.*

## CERTIFICATION OF FILING/SERVICE

I, Patricia W. Holden, do hereby certify that the within Motion for Pro Hac Vice admission and all supporting documents was/were filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey and was served on all counsel of record this 17th day of June, 2024 through the Court's electronic filing system. I certify that the foregoing statement is true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

Respectfully submitted,

CIPRIANI & WERNER P.C.

s/ *Patricia W. Holden*
Patricia W. Holden (NJ# 029011989)
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
Ph: (856) 761-3800
Fx: (856) 437-7465
pholden@c-wlaw.com

*Counsel for Foundations Worldwide, Inc.*

Dated: June 17, 2024