| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Patricia W. Holden<br>CIPRIANI & WERNER P.C.<br>155 Gaither Drive, Suite B<br>Mt. Laurel, NJ 08054<br>Ph: (856) 761-3800<br>Fx: (856) 437-7465<br>PHolden@c-wlaw.com<br><br>and<br><br>Richard P. Schroeter Jr. (*pro hac vice pending*)<br>STARK AND KNOLL CO. L.P.A.<br>3475 Ridgewood Rd.<br>Akron, OH 44333<br>Ph: (330) 572-1339<br>Fx: (330) 572-1264<br>rschroeter@stark-knoll.com<br><br>*Counsel for Foundations Worldwide, Inc.* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                Debtor. | **Chapter 11**<br><br>**Case No. 23-13359-VFP**<br><br>**(Jointly Administered)** |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br><br>                Plaintiff,<br><br>v.<br><br>Foundations Worldwide, Inc.,<br><br>                Defendant. | **Adv. No. 24-01361-VFP** |

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

### CERTIFICATION OF RICHARD P SCHROETER JR. IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION

I, Richard P. Schroeter Jr., hereby certify as follows:

1. I am a partner at the law firm of Stark & Knoll Co., L.P.A. with offices located at 3475 Ridgewood Road, Akron, Ohio 44333.

2. I am a member in good standing of the bar of the State of Ohio (admitted 2013).

3. I have also been admitted to practice before the U.S. Sixth Circuit Court of Appeals (admitted 2018), U.S. District Courts for the Northern District of Ohio (admitted 2013), Southern District of Ohio (admitted 2014), and Western District of Pennsylvania (admitted 2022).

4. I am a member in good standing of the bar in every jurisdiction in which I am admitted to practice.

5. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised my obligation to make payments of an annual fee to the New Jersey lawyers fund for client protection in accordance with New Jersey Court. Rule 1:28 and shall comply with the requirement upon my admission pro hac vice.

7. I will abide by D.N.J. L.R. 101.1(c).

8. I have familiarized myself with the Local Rules of this Court and will at all times conduct myself in accordance with such rules during the conduct of this case.

9. I understand that upon admission pro hac vice that I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2024

                                                    s/ *Richard P. Schroeter Jr.*
Richard P. Schroeter Jr. (OH# 0089026)
STARK & KNOLL CO., L.P.A.
3475 Ridgewood Road
Akron, Ohio 44333
Ph: 330-572-1339
Fx:  330-572-1264
rschroeter@stark-knoll.com