**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Robert D. Drain (*pro hac vice forthcoming*)
Tansy Woan (N.J. Bar No. 058732013)
Angeline J. Hwang (*pro hac vice forthcoming*)
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email:  robert.drain@skadden.com
Email:  tansy.woan@skadden.com
Email:  angeline.hwang@skadden.com

*Counsel for Harriet Edelman, John E. Fleming,*
*Sue E. Gove, Jeffrey A. Kirwan,*
*Virginia P. Ruesterholz, Joshua E. Schechter,*
*Andrea Weiss, Mary A. Winston, and Ann Yerger*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | : |
| | :    Case No. 23-13359-VFP |
| Debtors. | : |
| | : |
| | :    (Jointly Administered) |

---

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of certain former directors of Bed Bath & Beyond, Inc., Harriet Edelman, John E. Fleming, Sue E. Gove, Jeffrey A. Kirwan, Virginia P. Ruesterholz, Joshua E. Schechter, Andrea Weiss, Mary A. Winston, and Ann Yerger (collectively, the "Former Directors"), in the above-captioned chapter 11 case. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the web site of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

ADDRESS:

Skadden, Arps, Slate, Meagher & Flom LLP

One Manhattan West

New York, NY 10001-8602


DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Please take further notice that this notice is not intended to be, and shall not constitute, a waiver or consent by the Former Directors of any right or claim that they may assert or to any issue that they may contest.


Date:  June 21, 2024            _/s/ Tansy Woan_____
                               Tansy Woan (N.J. Bar No. 058732013)
                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                               One Manhattan West
                               New York, New York 10001
                               Telephone: (212) 735-3000
                               Email: tansy.woan@skadden.com

                               *Counsel for Harriet Edelman, John E. Fleming,*
                               *Sue E. Gove, Jeffrey A. Kirwan,*
                               *Virginia P. Ruesterholz, Joshua E. Schechter,*
                               *Andrea Weiss, Mary A. Winston, and Ann Yerger*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of June, 2024, a true and correct copy of the foregoing *Notice of Appearance* was served via (a) electronic transmission using the Court's CM/ECF system, upon all parties registered to receive ECF notices in this chapter 11 case and (b) email, where available, on the parties listed on the master service list maintained by the Debtors' noticing agent in this chapter 11 case.

*/s/ Tansy Woan*
Tansy Woan