**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Robert D. Drain (*pro hac vice forthcoming*)
Tansy Woan (N.J. Bar No. 058732013)
Angeline J. Hwang (*pro hac vice forthcoming*)
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email:  robert.drain@skadden.com
Email:  tansy.woan@skadden.com
Email:  angeline.hwang@skadden.com

*Counsel for Harriet Edelman, John E. Fleming,*
*Sue E. Gove, Jeffrey A. Kirwan,*
*Virginia P. Ruesterholz, Joshua E. Schechter,*
*Andrea Weiss, Mary A. Winston, and Ann Yerger*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| BED BATH & BEYOND, INC., | Chapter 11 |
| Debtor. | Case No. 23-13359-VFP |
| | (Jointly Administered) |

**CERTIFICATION OF ROBERT D. DRAIN, ESQ.**

I, Robert D. Drain, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to certain former directors of Bed Bath & Beyond, Inc., Harriet Edelman, John E. Fleming, Sue E. Gove, Jeffrey A. Kirwan, Virginia P. Ruesterholz, Joshua E. Schechter, Andrea Weiss, Mary A. Winston, and Ann Yerger, in the above-captioned chapter 11 cases. My office is located at One Manhattan West, New York, New York 10001-8602.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 1984. I am also admitted to practice in the United States District Court for the Southern District of New York.

3. I am a member in good standing of the Bar in the jurisdiction in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 21, 2024

                                                    */s/ Robert D. Drain*
                                                   Robert D. Drain
                                                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                                   One Manhattan West
                                                   New York, New York 10001-8602
                                                   Telephone: (212) 735-3000
                                                   Fax: (212) 735-2000
                                                   Email:  robert.drain@skadden.com

                                                   *Counsel for Harriet Edelman, John E. Fleming,*
                                                   *Sue E. Gove, Jeffrey A. Kirwan,*
                                                   *Virginia P. Ruesterholz, Joshua E. Schechter,*
                                                   *Andrea Weiss, Mary A. Winston, and Ann Yerger*