**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Robert D. Drain (*pro hac vice forthcoming*)
Tansy Woan (N.J. Bar No. 058732013)
Angeline J. Hwang (*pro hac vice forthcoming*)
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: robert.drain@skadden.com
Email: tansy.woan@skadden.com
Email: angeline.hwang@skadden.com

*Counsel for Harriet Edelman, John E. Fleming,*
*Sue E. Gove, Jeffrey A. Kirwan,*
*Virginia P. Ruesterholz, Joshua E. Schechter,*
*Andrea Weiss, Mary A. Winston, and Ann Yerger*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**APPLICATION FOR AN ORDER FOR ADMISSION**
**<u>*PRO HAC VICE*</u> OF ANGELINE J. HWANG**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Angeline J. Hwang of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, to represent certain former directors of Bed Bath & Beyond, Inc., Harriet Edelman,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the web site of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

John E. Fleming, Sue E. Gove, Jeffrey A. Kirwan, Virginia P. Ruesterholz, Joshua E. Schechter, Andrea Weiss, Mary A. Winston, and Ann Yerger, in the above-captioned chapter 11 cases.  In support of this application, counsel submits the attached Certification of Angeline J. Hwang, and requests that the proposed form of order submitted herewith be entered.  Counsel certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date:  June 21, 2024

*/s/ Tansy Woan*
Tansy Woan (N.J. Bar No. 058732013)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email:  tansy.woan@skadden.com

*Counsel for Harriet Edelman, John E. Fleming,*
*Sue E. Gove, Jeffrey A. Kirwan,*
*Virginia P. Ruesterholz, Joshua E. Schechter,*
*Andrea Weiss, Mary A. Winston, and Ann Yerger*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of June, 2024, a true and correct copy of the foregoing *Application for an Order for Admission Pro Hac Vice of Angeline J. Hwang* was served via (a) electronic transmission using the Court's CM/ECF system, upon all parties registered to receive ECF notices in this chapter 11 case and (b) email, where available, on the parties listed on the master service list maintained by the Debtors' noticing agent in this chapter 11 case.

                                                */s/ Tansy Woan*
                                                Tansy Woan