**ARMSTRONG TEASDALE LLP**
Jeffrey A. Wurst (*admitted pro hac vice*)
Allyson Stavis (N.J. Bar No. 1055722015)
7 Times Square, 44th Floor,
New York, NY 10036
Telephone: (212) 209-4443
jwurst@atllp.com
*Counsel to Nordstrom, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., et al., | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Allyson P. Stavis and Jeffrey A. Wurst of the law firm Armstrong Teasdale LLP hereby withdraw their appearance on behalf of Nordstrom, Inc.

Dated: June 26, 2024

**ARMSTRONG TEASDALE LLP**

Allyson P. Stavis, Esq.
100 Overlook Center, Second Floor
Princeton, NJ 08540
Telephone: (609) 375-0854
Email: astavis@atllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused true and correct copy of the following:

NOTICE OF WITHDRAWAL OF APPEARANCE OF ARMSTRONG TEASDALE LLP Allyson P. Stavis and Jeffrey A. Wurst filed electronically and that the same is available for viewing through the Court's CM/ECF system.

Dated: June 26, 2024                      **ARMSTRONG TEASDALE LLP**

Allyson P. Stavis, Esq.
100 Overlook Center, Second Floor
Princeton, NJ 08540
Telephone (609) 375-0854
astavis@atllp.com