

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Paul J. Labov

July 8, 2024

212.561.7783
plabov@pszjlaw.com

<u>Via ECF and Electronic Mail</u>

The Honorable Vincent F. Papalia
United States Bankruptcy Judge
District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

Re:   **Bed Bath & Beyond, Inc.,
Case No. 23-13359 (VFP)
<u>Joint Status Report - Stay Relief Motions and
Personal Injury Claim Estimation and Resolution
Procedures Motion</u>**

Dear Judge Papalia:

      This firm represents Michael Goldberg in his capacity as the Plan Administrator (the "<u>Plan Administrator</u>") to 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond, Inc.). This correspondence is in furtherance of Your Honor's request for a joint status report in connection with the parties progress in formulating Estimation Procedures[1] in connection with personal injury claims.

      Per Your Honor's direction, the parties, including (i) the Plan Administrator, (ii) movant Alfred Zeve, (iii) movants Penelope Duczkowski and Joseph Duczkowski, and (iv) Safety National Casualty Corp., each by and through their respective counsel (collectively (i)-(iv), the "<u>Parties</u>"), have worked collaboratively over the last several weeks in preparing a comprehensive set of alternative dispute resolution procedures, specifically designed to address personal injury claims. While not yet complete, the Parties hope to finalize these procedures and have them on file before the end of July.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the May 30, 2024, correspondence to the Court, filed at Docket No. 3304, or as otherwise provided herein.

4853-6795-6175.1 08728.003



The Honorable Vincent F. Papalia
July 8, 2024
Page 2

       The Court has provided July 23, 2024, at 2:30 p.m. as a status conference on the Estimation Procedures and as a carry date on the Motions.

       Respectfully submitted,

       */s/ Paul J. Labov*

       Paul J. Labov

PJL
cc:    Michael I. Goldberg, Esq. (*via email*)
       David H. Stein, Esq. (*via email*)
       Richard J. Corbi, Esq. (*via email*)
       Caleb T. Holzaepfel, Esq (*via email*)
       J. Fred Lorusso, Esq. (*via email)*
       Bradford J. Sandler, Esq. (*via email*)
       David B. Pizzica, Esq. (*via email*)