UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Attorneys for Safavieh Intl LLC*

In re:

BED BATH & BEYOND, INC., *et al.*,

　　　　　　　　　　Debtors.

Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),

　　　　　　　　　　Plaintiff,

v.

Safavieh Intl LLC,

　　　　　　　　　　Defendant.

Chapter 11
Case No: 23-13359(VFP)

(Jointly Administered)

Adv. Pro. No.: 24-1242(VFP)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

TO: ALL INTERESTED PARTIES

　　PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. Section 1109 (b) and Federal Rules of Bankruptcy Procedure 2002(i) and 9010(b), Safavieh Intl LLC, through its counsel, SCARINCI HOLLENBECK, LLC, hereby appears in the above captioned proceeding and requests that all notices and all papers served or required to be served in these cases be served upon the following:

4878-6387-8863, v. 1

1

David Edelberg, Esq.
**SCARINCI HOLLENBECK, LLC**
150 Clove Road
Little Falls, NJ 07424
Phone: (201) 896-7701
Telecopier; (201) 896-8660
Email: dedelberg@sh-law.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent pleading, claim, or suit is intended and shall not be deemed or construed to be a waiver of the rights of the foregoing party: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, setoff, or recoupment to which the above mentioned party may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

SCARINCI HOLLENBECK
Attorneys for Safavieh Int'l LLC

By: /s/ David Edelberg
    David Edelberg

Dated: July 8, 2024

4878-6387-8863, v. 1