UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   23-13359 |
| BED BATH & BEYOND INC. | § | |
| DEBTOR(S), | § | CHAPTER   11 |

**REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CROWLEY ISD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>15th</u> day of <u>July, 2024</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MICHAEL D. SIROTA  
25 MAIN STREET  
POST OFFICE BOX 800  
HACKENSACK, NJ 07602-0800

US TRUSTEE (NJ)  
ONE NEWARK CENTER  
STE 2100  
NEWARK, NJ 07102

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
2777 N. Stemmons Freeway  
Suite 1000  
DALLAS, TX 75207  
Telephone:   (214) 880-0089  
Facsimile:   (469) 221-5003  
Email:        dallas.bankruptcy@lgbs.com

By: /s/ John Kendrick Turner  
_____  
John Kendrick Turner  
SBN: 00788563 TX