| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Judith Elkin, Esq. (admitted *pro hac vice*)<br>Hayley R. Winograd, Esq. (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jelkin@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.   I, Myra Kulick:

☐ represent the _____ in this matter.
☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
☐ am the _____ in this matter am representing myself.

2.   On July 22, 2024, I caused a true and correct copy of the following documents to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

SF 4879-5948-9443.3 08728.003

      3.      On July 22, 2024, I caused a true and correct copy of the following documents to be served by via regular first class U.S. mail on the parties listed on the attached Exhibit A:

- ***Plan Administrator's Objection To Claims Filed By Brandon Adam Meadows (Claim Nos. 12957 and 18124)*** [Docket No. 3354]; and

- ***Notice Of Objection To Your Claims*** [Docket No. 3355]

      I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  July 22, 2024                */s/ Myra Kulick*  
                                   Myra Kulick

## **EXHIBIT A**

Brandon Adam Meadows
Address redacted for privacy. Claimant was served at the address listed for notice on Claimant's proof of claim(s).