|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Judith Elkin, Esq. (admitted *pro hac vice*)<br>Hayley R. Winograd, Esq. (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jelkin@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |  |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.     I, Myra Kulick:

   ☐ represent the _____ in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2.     On July 24, 2024, I caused a true and correct copy of the following documents to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4879-5948-9443.4 08728.003

3. On July 24, 2024, I caused a true and correct copy of the following documents to be served by via regular first class U.S. mail on the parties listed on the attached Exhibit A:

- ***Plan Administrator's Motion For Sanctions Pursuant To Federal Rule Of Bankruptcy Procedure 9011*** [Docket No. 3432];

- ***Declaration Of Bradford J. Sandler In Support Of The Plan Administrator's Motion For Sanctions Pursuant To Federal Rule Of Bankruptcy Procedure 9011*** [Docket No. 3433]; and

- ***Notice Of Hearing On Plan Administrator's Motion For Sanctions Pursuant To Federal Rule Of Bankruptcy Procedure 9011*** [Docket No. 3434]

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: July 24, 2024            */s/ Myra Kulick*
                               Myra Kulick

4879-5948-9443.4 08728.003

# **EXHIBIT A**

Bed Bath and Beyond Shareholder
Address redacted for privacy.
Served at the email address and post office box provided by party in response to Court's June 12 Order