**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler
Paul J. Labov
Beth E. Levine (admitted *pro hac vice*)
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
blevine@pszhlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

1.      I, Lisa Petras:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

☐ am the _____ in this matter am representing myself.

2.      On August 1, 2024, I caused true and correct copies of the below referenced documents to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case:

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4878-9171-6564.1 08728.003

- *Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order* [Docket No. 3437]; and

- *Notice of Hearing Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order* [Docket No. 3438].

3.      On August 1, 2024, I caused true and correct copies of the below referenced documents to be served by email and regular first class U.S. mail on the party listed on **Exhibit A** attached hereto:

- *Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order* [Docket No. 3437]; and

- *Notice of Hearing Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order* [Docket No. 3438].

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 1, 2024

*/s/ Lisa Petras*
Lisa Petras

## EXHIBIT A

Anthony Mitchell
412 Viewmont
Henderson, NV 89015
Email: realanthonymitchell@gmail.com