| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler<br>Paul J. Labov<br>Beth E. Levine (admitted *pro hac vice*)<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>blevine@pszhlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.    I, Lisa Petras:

☐ represent the _____ in this matter.
☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
☐ am the _____ in this matter am representing myself.

2.    On August 2, 2024, I caused a true and correct copy of the below referenced document to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4872-6626-3765.1 08728.003

- *Plan Administrator's Sur-Reply to Former and Canceled Shareholder's Motion for Redaction of Certain Information and Appointment of Post-Effective Date Equity Security Holders Committee* [Docket No. 3440].

3. On August 2, 2024, I caused a true and correct copy of the below referenced document to be served by email and regular first class U.S. mail on the parties listed on **Exhibit A** attached hereto:

- *Plan Administrator's Sur-Reply to Former and Canceled Shareholder's Motion for Redaction of Certain Information and Appointment of Post-Effective Date Equity Security Holders Committee* [Docket No. 3440].

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: August 2, 2024                    */s/ Lisa Petras*
                                        Lisa Petras

4872-6626-3765.1 08728.003

## EXHIBIT A

Bed Bath and Beyond Shareholder
Address redacted for privacy.
Served at the email address and post office box provided by party in response to Court's June 12 Order

Jeffrey Kurzon, Esq.
216A Old Jaffrey Road
Peterborough, NH 03458

4872-6626-3765.1 08728.003