| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 8, 2024, AT 2:30 P.M. (ET)

**Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

I.    **MATTER GOING FORWARD**

    1.    Shareholder's Motion for Redaction of Certain Information and Appointment of Post-Effective Date Equity Security Holders Committee [Not Filed on Court Docket].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4881-0957-5125.1 08728.003

**Responses Received:**

- United States Trustee's Objection to Motion to Request Relief and Appointment of Official Committee of Equity Security Holders Submitted to this Court by "ML1" [Docket No. 3331].

- Plan Administrator's Opposition to Former and Canceled Shareholder's Motion for Redaction of Certain Information and Appointment of Post-Effective Date Equity Security Holders Committee [Docket No. 3332].

- Reply in Support of Shareholder's Motion for Redaction of Certain Information and Appointment of Post-Effective Date Equity Security Holders Committee [Not Filed on Court Docket].

- Plan Administrator's Sur-Reply to Former and Canceled Shareholder's Motion for Redaction of Certain Information and Appointment of Post-Effective Date Equity Security Holders Committee [Docket No. 3440].

**Related Documents:**

- Order Establishing Procedures Relating to Shareholder's Motions for Redaction of Certain Information and Appointment of Equity Security Holders Committee [Docket No. 3314].

- Notice of Hearing [Docket No. 3315].

**Status:** This matter is going forward.

Dated: August 6, 2024

*/s/ Bradford J. Sandler*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:   (212) 561-7700
Email:       rfeinstein@pszjlaw.com
             bsandler@pszjlaw.com
             plabov@pszjlaw.com
             crobinson@pszjlaw.com

*Counsel to the Plan Administrator*