# Exhibit C

## Mediator List

1. Ian Connor Bifferato
   The Bifferato Firm, P.A.

2. Mark Felger
   Cozen O'Connor P.C.

3. Sam Della Fera, Jr.
   Chiesa Shahinian & Giantomasi PC

4. Deirdre O'Connor