| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler<br>Paul J. Labov<br>Beth E. Levine (admitted *pro hac vice*)<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>blevine@pszhlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Patricia Jeffries:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

    ☐ am the _____ in this matter am representing myself.

2. On August 12, 2024, I caused true and correct copies of the *Application for Order Shortening Time* [Docket No. 3448] to be served (i) on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case and (ii) by email and regular first class U.S. mail on the party listed below:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4894-7206-6008.1 08728.003

        Anthony Mitchell
        412 Viewmont
        Henderson, NV 89015
        Email: realanthonymitchell@gmail.com

       I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 12, 2024                         */s/ Patricia Jeffries*
                                                        Patricia Jeffries