Box 454
borough, NH 03458

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

07102

RDC 99

EASTPORT, ME 04631
AUG 05, 2024

**$2.31**

R2304N117001-05

XRAYED

The Honorable Vincent F. Papalia
United States Bankruptcy Judge for the District
of New Jersey
50 WALNUT ST, Courtroom 3B
NEWARK, NJ 07102