| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Bradford J. Sandler<br>Paul J. Labov<br>Beth E. Levine (admitted *pro hac vice*)<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            blevine@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel for the Plan Administrator* |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                Debtors. |

**Order Filed on August 13, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Application.

4879-6198-0887.2 08728.003

1

Upon review of the Plan Administrator's *Application for Order Shortening Time* (the "Application"),[2] for entry of an order (this "Order") requesting that the time period for the *Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order* [Docket No. 3437] (the "Motion to Enforce"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1).

**IT IS HEREBY ORDERED THAT:**

1. A hearing (the "Hearing") will be conducted on the Motion to Enforce on August 22 2024 at 11:00 a.m. (E.T.), before the Honorable Judge Vincent F. Papalia, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3B, Newark, New Jersey 07102.

2. The Plan Administrator must serve a copy of this Order, and all related documents on (i) Anthony Mitchell by nationally recognized overnight delivery service and email (if known) and (ii) all other parties in interest by either regular mail or email, as applicable.

3. Service must be made on the same date as the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Motion to Enforce may be presented in writing by filing and serving such objections on or before August 20, 2024.

6. Appearances at the Hearing will be required to prosecute the Motion to Enforce and any objections thereto. Appearances may be made in person or by phone by contacting Court Solutions at 917-746-7476 to request and schedule a telephonic appearance.