| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Bradford J. Sandler <br> Paul J. Labov <br> Beth E. Levine (admitted *pro hac vice*) <br> Colin R. Robinson <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Facsimile: (212) 561-7777 <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> blevine@pszhlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Patricia Jeffries:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

   ☐ am the _____ in this matter am representing myself.

2. On August 13, 2024, I caused true and correct copies of the below documents

   - *Application for Order Shortening Time* [Docket No. 3448];

   - *Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice* [Docket No. 3456]; and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4894-7206-6008.1 08728.003

- *Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order* [Docket No. 3437].

to be served (i) via email on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case as set forth on **Exhibit A** and (ii) by email and FedEx Overnight Mail on the party listed below.

>Anthony Mitchell
>412 Viewmont
>Henderson, NV 89015
>Email: realanthonymitchell@gmail.com

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 13, 2024             */s/ Patricia Jeffries*
                                   Patricia Jeffries

## Exhibit A

Arthur Abramowitz
aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com

Christopher P. Anton
canton@gibbonslaw.com

Aaron Applebaum
aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com

Allison J. Arotsky
aarotsky@moritthock.com

Derek J. Baker    dbaker@reedsmith.com

Joseph H Baldiga
jbaldiga@mirickoconnell.com

Francis J. Ballak    francis@gmslaw.com

Allen J Barkin    abarkin@sbmesq.com,
sandyr@sbmesq.com

Joseph Charles Barsalona
jbarsalona@pashmanstein.com

Alexander F. Barth
abarth@cohenseglias.com

David M. Bass    dbass@coleschotz.com

Joshua S. Bauchner
jbauchner@mblawfirm.com,
courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Morris S. Bauer
MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com

Kenneth L. Baum
kbaum@kenbaumdebtsolutions.com,
ddipiazza@kenbaumdebtsolutions.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Scott H. Bernstein
scott@scottbernsteinlaw.com

Don A. Beskrone
DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;snewman@ashbygeddes.com;ahrycak@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com

Jordan Seth Blask    jblask@fbtlaw.com,
rmccartney@fbtlaw.com

Jonathan S. Bodner
jbodner@bodnerlawpllc.com

Andrew Braunstein
andrew.braunstein@lockelord.com

Alan J. Brody    brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com

Daniel Brogan
dbrogan@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Anna Brook    abrook@cm.law

Courtney Brown
cmbrown@vedderprice.com,
ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

David L. Bruck
bankruptcy@greenbaumlaw.com

Aaron R. Cahn    cahn@clm.com,
CourtMail@clm.com

Kevin C Calhoun
kevin@lawyermich.com

Jeremy M. Campana
jeremy.campana@thompsonhine.com,
ECFDocket@thompsonhine.com

Donald F. Campbell
dcampbell@ghclaw.com,
4433@notices.nextchapterbk.com

Kevin M. Capuzzi
kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Paul W Carey
pcarey@mirickoconnell.com

James S. Carr
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Candice Marie Carson
candice.carson@butlersnow.com

Stephen R. Catanzaro
scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

David S. Catuogno

david.catuogno@klgates.com

Eric S. Chafetz echafetz@lowenstein.com

Conrad K. Chiu cchiu@pryorcashman.com

James P Chou jchou@moritthock.com

Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com

Albert Anthony Ciardi aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Jeffrey A. Cooper jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com

Richard Corbi rcorbi@corbilaw.com

Ira Deiches ideiches@deicheslaw.com, deichesir85617@notify.bestcase.com

Monique Bair DiSabatino mdisabatino@saul.com, robyn.warren@saul.com

Jaclyn Dopke fleischercases@fleischerlaw.com, jdopke@fleischerlaw.com

Amish R. Doshi amish@doshilegal.com

Robert Drain robert.drain@skadden.com, robert-drain-8056@ecf.pacerpro.com

Marshall Dworkin mdworkin@moritthock.com

Keri P. Ebeck KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

David Edelberg dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

Mark Christopher Errico mark.errico@squirepb.com, maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Brittany B Falabella bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Turner Falk turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Robert J Feinstein rfeinstein@pszjlaw.com

William R. Firth wfirth@pashmanstein.com, ddanielson@cohenseglias.com

Scott Fleischer sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

John David Folds dfolds@bakerdonelson.com

Richard L Fuqua fuqua@fuqualegal.com

Stuart D. Gavzy stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;ecf123@casedriver.com

Ronald S. Gellert rgellert@gsbblaw.com, abrown@gsbblaw.com

Brett D. Goodman brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

David Graff dgraff@graffsilversteinllp.com

John Greco jgreco@bge-law.com

Mark E. Hall mhall@foxrothschild.com, cbrown@foxrothschild.com

Jesse M. Harris jesseharris@foxrothschild.com

Clayton Daniel Harvey clayton.harvey@faegredrinker.com

Gregory W. Hauswirth ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Leslie Carol Heilman heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Samuel P. Hershey sam.hershey@whitecase.com, mco@whitecase.com

Michael R. Herz mherz@foxrothschild.com, cbrown@foxrothschild.com

Lawrence J Hilton lhilton@onellp.com, lthomas@onellp.com

Patricia W Holden pholden@c-wlaw.com

Eric Horn ehorn@aystrauss.com, g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

A. Jeff Ifrah jeff@ifrahlaw.com

Nancy Isaacson nisaacson@greenbaumlaw.com

Lauren Rebecca Jacoby lrjacoby@hootenandjacobylaw.com

Steven A. Jayson sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Ericka Fredricks Johnson ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Brian I. Kantar bkantar@csglaw.com

Steven M. Kaplan smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Vahbiz Karanjia v.karanjia@epsteinostrove.com

Steven P. Kartzman Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Jenny R. Kasen jkasen@kasenlaw.com, dkasen@kasenlaw.com

Matthew E. Kaslow mkaslow@blankrome.com

Gregory S. Kinoian gkinoian@genovaburns.com

Shmuel Klein shmuel.klein@verizon.net, bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Kenneth M Klemm kklemm@bakerdonelson.com

Carol L. Knowlton cknowlton@gorskiknowlton.com

Michael Korik mkorik@gruenlaw.com

Jerrold S. Kulback jkulback@archerlaw.com, ahuber@archerlaw.com

Jeffrey Kurtzman kurtzman@kurtzmansteady.com

Michael Kwiatkowski mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Paul John Labov plabov@pszjlaw.com, lsc@pszjlaw.com

Fernand L Laudumiey laudumiey@chaffe.com

Robert L. LeHane rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Sunjae Lee sunjae@jcklaw.com, steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Joseph H. Lemkin jlemkin@stark-stark.com

Nicole A. Leonard nleonard@mdmc-law.com, gbressler@mdmc-law.com

Mollie Margaret Lerew mlerew@pbfcm.com

Jeffrey A. Lester jlester@bllaw.com

William J. Levant efile.wjl@kaplaw.com, wlevant@gmail.com

Beth E Levine blevine@pszjlaw.com

Mark S. Lichtenstein mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com

Christopher D Loizides loizides@loizides.com, lisa.peters@kutakrock.com

James Frederick Lorusso florusso@pansinilaw.com

Jay L. Lubetkin jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com

Geoffrey Edward Lynott

glynott@mccarter.com,
lrestivo@mccarter.com

Lauren M. Macksoud
lauren.macksoud@dentons.com

John S. Mairo    jsmairo@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Robert Malone
rmalone@gibbonslaw.com,
nmitchell@gibbonslaw.com

Kevin Scott Mann    kmann@crosslaw.com,
smacdonald@crosslaw.com;mjoyce@crosslaw.com

Robert M. Marshall
rmarshall@mqlaw.net

Angela L Mastrangelo    mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Jaspreet S. Mayall    ,
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Alan Stuart Maza    mazaa@sec.gov,
mazaa@sec.gov

James McCartney
JMcCartney@mcwpc.com

Joseph A McCormick
jmccormick@mcdowelllegal.com,
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;trios@mcdowelllegal.com

John Michael McDonnell
jmcdonnell@mchfirm.com

Ellen M. McDowell
emcdowell@mcdowelllegal.com,
lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdowe

Kyle McEvilly
kmcevilly@gibbonslaw.com

Drew S. McGehrin
dsmcgehrin@duanemorris.com

Douglas J. McGill
dmcgill@webbermcgill.com

Brigette G McGrath
bmcgrath@askllp.com

Jessica Deborah Mikhailevich
jessica.mikhailevich@troutman.com,
wlbank@troutman.com

Barry Scott Miller
bmiller@barrysmilleresq.com,
miller.barryb119091@notify.bestcase.com

Mark Minuti    mark.minuti@saul.com,
robyn.warren@saul.com

Meredith Mitnick
mmitnick@goodwinlaw.com

Thomas James Monroe
tmonroe@certilmanbalin.com

Brett S. Moore    bsmoore@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian Morgan
brian.morgan@faegredrinker.com,
cathy.greer@faegredrinker.com

Tina Moss    tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Paul S. Murphy
paul.murphy@butlersnow.com,
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

Brigid K Ndege
brigid.ndege@bclplaw.com

Nicole M. Nigrelli
nnigrelli@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Alexandria Nikolinos
Alexandria.M.Nikolinos@hud.gov

Jami B. Nimeroff
jnimeroff@bmnlawyers.com,
cjones@bmnlawyers.com

John O'Boyle
joboyle@norgaardfirm.com,
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Edmond P O'Brien
eobrien@kuckermarino.com,
jrich@cszlaw.com

Merrill M. O'Brien
obrien@obrienthornton.com,
meg.ohayon@obrienthornton.com

Thomas S. Onder     tonder@stark-stark.com

Elliot D. Ostrove
e.ostrove@epsteinostrove.com

Dean Oswald     dmoswald@pbnlaw.com,
dmoswald@pbnlaw.com

Barbra Rachel Parlin
barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Julie Anne Parsons
jparsons@mvbalaw.com

Melissa A. Pena     mapena@norris-law.com, pfreda@nmmlaw.com

Daniel M Pereira     dpereira@stradley.com

Christopher Perez     cp@hannaperez.com

Paul Stadler Pflumm
ppflumm@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com

David H. Pikus     dpikus@bressler.com

David Pizzica     dpizzica@pansinilaw.com,
vstafford@pansinilaw.com

Sari Blair Placona     splacona@msbnj.com

Dana S. Plon     dplon@sirlinlaw.com

Gregory Plotko     gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

David P. Primack
dprimack@mgmlaw.com, scarney@mdmc-law.com

Naznen Rahman
nrahman@glennagre.com

Faye C Rasch     faye@wrlawgroup.com,
tennille@wrlawgroup.com

Michael B. Reynolds
mreynolds@swlaw.com,
kcollins@swlaw.com

J. Alexandra Rhim     arhim@hrhlaw.com

Robert A. Rich     rrich2@hunton.com,
candonian@huntonak.com

Dana Lee Robbins     drobbins@burr.com,
mguerra@burr.com

Colin R. Robinson
crobinson@pszjlaw.com

Robert S. Roglieri
rroglieri@trenkisabel.law,
mmassoud@trenkisabel.law

Vincent J. Roldan
vroldan@mblawfirm.com

Kenneth A. Rosen
krosen@lowenstein.com,
dclaussen@lowenstein.com

Jeffrey A. Rosenthal
jrosenthal@cgsh.com

Sommer Leigh Ross
slross@duanemorris.com,
AutoDocketWILM@duanemorris.com

Paul Rubin     prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Jeffrey Ruderman
jruderman@cszlaw.com

Diane Sanders
austin.bankruptcy@lgbs.com

Bradford J. Sandler
bsandler@pszjlaw.com,
mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Courtney A. Schael
cschael@ashfordnjlaw.com,
mrogers@ashfordnjlaw.com

Paul Hans Schafhauser
schafhauserp@gtlaw.com, paul-schafhauser-9519@ecf.pacerpro.com,hammers@gtlaw.com

Tara J. Schellhorn     tschellhorn@riker.com

Morris J. Schlaf
mschlaf@saccofillas.com,
mschlaf@recap.email

Shai Schmidt	sschmidt@glennagre.com

Courtney G. Schroeder	cschroeder@ghclaw.com

Brendan Scott	bscott@klestadt.com

Jack Shrum	jshrum@jshrumlaw.com

Wendy M Simkulak	wmsimkulak@duanemorris.com

Michael D. Sirota	msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Anthony Sodono	asodono@msbnj.com

Jay B. Solomon	jsolomon@bbgllp.com

Lisa M. Solomon	lisa.solomon@att.net

Owen M. Sonik	osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Martin A. Sosland	martin.sosland@butlersnow.com

Loren L. Speziale	lspeziale@grossmcginley.com, jkacsur@grossmcginley.com

Robert J Sproul	robert.sproul@loudoun.gov, ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Lee Squitieri	lee@sfclasslaw.com

David M Stauss	david.stauss@huschblackwell.com, serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

Don Stecker	sanantonio.bankruptcy@lgbs.com

Fran B. Steele	Fran.B.Steele@usdoj.gov

David H. Stein	dstein@wilentz.com, ciarkowski@wilentz.com

Rick Aaron Steinberg	rsteinberg@pricemeese.com

Andrew B. Still	astill@swlaw.com, kcollins@swlaw.com

Daniel Stolz	dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Jamese Suozzo	james.suozzo@rivkin.com, matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Joshua Sussberg	joshua.sussberg@kirkland.com, amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Walter E. Swearingen	wswearingen@beckerglynn.com, aostrow@beckerglynn.com;hlin@beckerglynn.com

Stephanie R Sweeney	ssweeney@klestadt.com

Douglas T Tabachnik	dtabachnik@dttlaw.com, rdalba@dttlaw.com

Erin Teske	eteske@csglaw.com

James C. Thoman	jthoman@hodgsonruss.com, rleek@hodgsonruss.com

Pamela Elchert Thurmond	Pamela.Thurmond@phila.gov

Richard D. Trenk	rtrenk@trenkisabel.law, averdugo@tisslaw.com

Michael S Tucker	mtucker@ulmer.com

John Kendrick Turner	john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

U.S. Trustee	USTPRegion03.NE.ECF@usdoj.gov

Marianna Udem	mudem@askllp.com

Allen Joseph Underwood	aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Warren A. Usatine	wusatine@coleschotz.com, fpisano@coleschotz.com

Daniel R. Utain	dutain@kaplaw.com, llapenna@kaplaw.com

Melissa E. Valdez	mvaldez@pbfcm.com

James C Vandermark

vandermarkj@whiteandwilliams.com,
vandermark.jamesr106165@notify.bestcase.com

Frank F. Velocci
frank.velocci@faegredrinker.com,
cathy.greer@faegredrinker.com

Ilana Volkov
ivolkov@mcgrailbensinger.com

Amy Elizabeth Vulpio
vulpioa@whiteandwilliams.com

Kristen Peters Watson
kwatson@burr.com,
jcarlin@burr.com;sfoshee@burr.com

A.J. Webb    awebb@fbtlaw.com,
awebb@ecf.courtdrive.com

John W. Weiss
jweiss@pashmanstein.com

Robert S. Westermann
rwestermann@hirschlerlaw.com,
rhenderson@hirschlerlaw.com

David B Wheeler
davidwheeler@mvalaw.com

Andy Winchell    andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Paul J. Winterhalter
pwinterhalter@offitkurman.com,
cballasy@offitkurman.com

Jeffrey C. Wisler
jwisler@connollygallagher.com

Tansy Woan    tansy.woan@skadden.com,
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flumenbaum@skadden.com;michael.restey@skadden.com

William G. Wright
wwright@capehart.com,
jlafferty@capehart.com

Catherine E Youngman
cyoungman@foxrothschild.com,
cbrown@foxrothschild.com

Catherine E. Youngman
cyoungman@foxrothschild.com,
cbrown@foxrothschild.com

James S. Yu    jyu@seyfarth.com,
nycdocket@seyfarth.com;rpinkston@seyfarth.com

Felice R. Yudkin
fyudkin@coleschotz.com,
fpisano@coleschotz.com

Daniel N. Zinman
dzinman@kandfllp.com,
skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com

Scott A. Zuber    szuber@csglaw.com,
ecf@csglaw.com

Evan J. Zucker    ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com

Richard L. Zucker
rzucker@lasserhochman.com