UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

BED BATH & BEYOND INC.,

Debtor

Case No.: 23-13359-VFP

Chapter: 11

Judge: Vincent F. Papalia

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __James P. Chou__ will be substituted as attorney of record for __Mark Tritton__, __a creditor__ in this case.[1]

Date: 8/13/2024

_Marshall O. Dworkin_
Signature of Former Attorney

Date: 8/13/2024

_James P. Chou_
Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.