| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Morgan V. Manley, Esq.<br>SMITH GAMBRELL & RUSSELL LLP<br>1301 Avenue of the Americas, 21st Floor<br>New York, NY 10019<br>Tel: 212.907.9700<br>E-mail: mmanley@sgrlaw.com<br>*Counsel for Federal Heath Sign Company, LLC* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.),<br><br>Plaintiff,<br><br>v.<br><br>Federal Heath Sign Company, LLC,<br><br>Defendant. | Adv. No. 24-01326-VFP |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Bankruptcy Rule 7007.1, Federal Heath Sign Company, LLC ("Federal Heath"), by and through its attorneys, hereby discloses that:

1. Federal Heath is not a publicly held corporation or entity.

2. Federal Heath's parent company is Federal Heath Holdings Limited.

3. No publicly held entity owns more than 10% of Federal Heath's equity.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

2

Dated:  August 15, 2024  **SMITH GAMBRELL & RUSSELL LLP**

By: /s/ Morgan V. Manley
    One of Its Attorneys

Morgan V. Manley, Esq.
SMITH GAMBRELL & RUSSELL LLP
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
Tel: 212.907.9700
E-mail: mmanley@sgrlaw.com
*Counsel for Federal Heath Sign Company, LLC*

2

**CERTIFICATE OF SERVICE**

      I, Morgan V. Manley, hereby certify that on August 15, 2024, I caused a true and correct copy of the foregoing *Defendant's Corporate Disclosure Statement*, to be filed with the Court and served upon all parties who receive notice electronically pursuant to the Local Bankruptcy Rules and the Court's electronic noticing system.

                                    /s/ Morgan V. Manley