UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          plabov@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

---

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON AUGUST 22, 2024, AT 11:00 A.M. (ET)**

> Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.
>
> Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).

I.  **MATTER GOING FORWARD**

   1.  Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order [Docket No. 3437].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4856-2281-2122.1 08728.003

**Responses Received:**

A. Anthony Mitchell's Opposition to Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order [Docket No. 3470].

**Related Documents:**

A. Notice of Hearing on Plan Administrator's Motion to Enforce Injunctive Provisions of Plan and Confirmation Order [Docket No. 3438].

B. Certificate of Service [Docket No. 3439].

C. Application for Order Shortening Time [Docket No. 3448].

D. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 3456].

E. Certificate of Service [Docket No. 3457].

**Status:** This matter is going forward.

Dated: August 21, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Email:          rfeinstein@pszjlaw.com
                bsandler@pszjlaw.com
                plabov@pszjlaw.com
                crobinson@pszjlaw.com

*Counsel to the Plan Administrator*