| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>             bsandler@pszjlaw.com<br>             plabov@pszjlaw.com<br>             crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION
TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS
AS TO CERTAIN CALIFORNIA TAXING AUTHORITIES**

**PLEASE TAKE NOTICE** that on September 15, 2023, the above-captioned debtors (collectively, the "Reorganized Debtors" and before the Effective Date of the Plan, the "Debtors"), filed the *Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities* [Docket No. 2181] (the "Motion").

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4867-5611-2848.1 08728.003

**PLEASE TAKE FURTHER NOTICE**, that Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] hereby withdraws the Motion without prejudice as it pertains to the remaining claims that have not been resolved by stipulation or order of the Court.

| | |
|---|---|
| Dated:  August 26, 2024 | */s/ Paul J. Labov* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:     (212) 561-7700 |
| | Facsimile:       (212) 561-7777 |
| | Email:              rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | *Counsel to the Plan Administrator* |

---

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].