**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Barry J. Roy
*Co-counsel to Storflex Holdings, Inc.*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

### APPLICATION FOR AN ORDER FOR ADMISSION
### *PRO HAC VICE* OF DAVID H. EALY, ESQ.

TO:  Clerk of Court
United States Bankruptcy Court
Martin Luther King, Jr. Fed. Bldg.
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

Pursuant to Rules 101.1 and 9010-1 of the Local Rules of the United States District and Bankruptcy Courts of the District of New Jersey, the undersigned co-counsel to Storflex Holdings, Inc. ("Storflex"), an defendant in adversary proceeding, Adv. Pro. No. 24-01236, hereby seeks entry of an order granting the admission *pro hac vice* of David H. Ealy, a member of Trevett Cristo, co-counsel to Storflex. In support of this application, counsel submits the attached Declaration of David H. Ealy, Esq. and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

good standing with the Bar of the State of New Jersey and before the United States District Court for the District of New Jersey.

                                            By: /s/ Barry J. Roy
                                                  BARRY J. ROY
                                                  Rabinowitz, Lubetkin & Tully, LLC
                                                  293 Eisenhower Parkway, Suite 100
                                                  Livingston, NJ  07039
                                                  Telephone:  (973) 597-9100
                                                  Fax:  (973) 597-9119
                                                  E-mail: broy@rltlawfirm.com
                                                  *Co-Counsel to Storflex Holdings, Inc.*

Dated:  August 26, 2024