**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Barry J. Roy
*Co-counsel to Storflex Holdings, Inc.*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

# DECLARATION OF DAVID H. EALY, ESQ.

I, David H. Ealy, Esq., hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney-at-law and a member of the firm of Trevett Cristo, co-counsel to Storflex Holdings, Inc. ("Storflex"), the defendant in adversary proceeding, Adv. Pro. No. 24-01236. My office is located at 45 Exchange Blvd., Suite 888, Rochester, New York. I make this Declaration in support of my application to appear in this case pro hac vice pursuant to Local District and Bankruptcy Rules 101.1 and 9010-1 to represent Storflex.

2. I was admitted to (i) practice law in the State of New York in 1986 and (ii) appear in the United States District Courts in the Southern District of New York in 2018, the Western and Northern Districts of New York in 2000 and the Eastern District of New York in 2021.

3. I am a member in good standing in each.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local District and Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

Dated: August 26, 2024                             /s/ David H. Ealy
                                                                            DAVID H. EALY