**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         plabov@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 27, 2024, AT 10:00 A.M. (ET)**

> **Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**
>
> **Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

**I.     MATTER RESOLVED BY CERTIFICATION OF NO OBJECTION**

1. Plan Administrator's Objection to Claims Filed by Brandon Adam Meadows (Claim Nos. 12957 and 18124) [Docket No. 3354].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4870-1494-7547.1 08728.003

**Responses Received:**

    A.    None.

**Related Documents:**

    A.    Notice of Objection to Your Claims [Docket No. 3355].

    B.    Certificate of Service [Docket No. 3356].

    C.    Notice of Hearing [Docket No. 3443].

    D.    Certification of No Objection Regarding Plan Administrator's Objection to Claims Filed by Brandon Adam Meadows (Claim Nos. 12957 and 18124) [Docket No. 3489].

**Status:** No objections were filed or responses received in response to the objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

## II.    MATTERS ADJOURNED TO SEPTEMBER 10, 2024, AT 10:00 A.M. (ET)

2.    Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

**Responses Received:**

    A.    Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

    B.    Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

    C.    Supplemental Opposition of the Plan Administrator to Amended Motion for Relief from the Automatic Stay (11 U.S.C. § 362) [Docket No. 2987].

    D.    Safety National Casualty Corporation's Joinder to Plan Administrator's Supplemental Opposition to Amended Motion for Relief from Automatic Stay [Docket No. 3065].

    E.    Reply Brief in Support of Motion for Relief [Docket No. 3293].

    F.    Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

**Related Documents:**

- A. Determination of Adjournment Request [Docket No. 2770].
- B. Determination of Adjournment Request [Docket No. 2773].
- C. Determination of Adjournment Request [Docket No. 2898].
- D. Determination of Adjournment Request [Docket No. 2922].
- E. Determination of Adjournment Request [Docket No. 2931].
- F. Determination of Adjournment Request [Docket No. 2953].
- G. Determination of Adjournment Request [Docket No. 2983].
- H. Determination of Adjournment Request [Docket No. 3071].
- I. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].
- J. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].
- K. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].
- L. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

**Status:** This matter is adjourned to September 10, 2024, at 10:00 a.m. (ET).

3. Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for Related Relief [Docket No. 2936].

**Responses Received:**

- A. Objection of Safety National Casualty Corporation as to Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) and for Related Relief [Docket No. 2977].

    B.    Opposition of the Plan Administrator to Motion for Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for Related Relief [Docket No. 3067].

    C.    Supplemental Certification of Michael A. Zimmerman in Support of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor and Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a)(3) and for Related Relief [Docket No. 3288].

    D.    Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

**Related Documents:**

    A.    Determination of Adjournment Request [Docket No. 2936].

    B.    Determination of Adjournment Request [Docket No. 2978].

    C.    Determination of Adjournment Request [Docket No. 3071].

    D.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].

    E.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].

    F.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].

    G.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

**Status:** This matter is adjourned to September 10, 2024, at 10:00 a.m. (ET).

4.    Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (A) (3) and for Related Relief [Docket No. 3195].

**Related Documents:**

    A.    Determination of Adjournment Request [Docket No. 3319].

    B.    Determination of Adjournment Request [Docket No. 3351].

    C.    Determination of Adjournment Request [Docket No. 3466].

    D.    Determination of Adjournment Request [Docket No. 3482].

**Status:** This matter is adjourned to September 10, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and no hearing is necessary at this time.

5. Plan Administrator's Motion for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011 [Docket No. 3432].

    **Responses Received:**

    A.    None.

    **Related Documents:**

    A.    Declaration of Bradford J. Sandler in Support of Plan Administrator's Motion for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011 [Docket No. 3433].

    B.    Notice of Hearing on Plan Administrator's Motion for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011 [Docket No. 3434].

    C.    Certificate of Service [Docket No. 3435].

**Status:** This matter is adjourned to September 10, 2024, at 10:00 a.m. (ET).

### III.    **MATTER ADJOURNED TO OCTOBER 16, 2024, AT 10:00 A.M. (ET)**

6. Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664].

    **Responses Received:**

    A.

    **Related Documents:**

    A.    Notice of Hearing [Docket No. 2712].

    B.    Notice of Hearing [Docket No. 2715].

    C.    Determination of Adjournment Request [Docket No. 2770].

      D.      Determination of Adjournment Request [Docket No. 2897].

      E.      Determination of Adjournment Request [Docket No. 2921].

      F.      Determination of Adjournment Request [Docket Nos. 2972, 2973].

      G.      Determination of Adjournment Request [Docket No. 3298].

      H.      Determination of Adjournment Request [Docket No. 3350].

      I.      Determination of Adjournment Request [Docket No. 3481].

**Status:** This matter is adjourned to October 16, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and no hearing is necessary at this time.

## IV. MATTERS WITHDRAWN

7. Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2156].

    **Responses Received:**

    A. Verified Objection of Bexar County Appraisal District to Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings, and Reservation of Rights [Docket No. 2432].

    B. Response of Certain Texas Taxing Entities[2] in Opposition to Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings; and Request for Abstention [Docket No. 2483].

---

[2] For purposes of the Response, Certain Texas Taxing Entities are defined as the following: Brazoria County, Brazoria County Special Road & Bridge, Alvin Independent School District, Alvin Community College, Brazoria County Drainage District #4, and Pearland Municipal Management, Brazoria Municipal Utility District #06, Pasadena Independent School District, Spring Branch Independent School District, City of Houston, Clear Creek Independent School District, Humble Independent School District, Lubbock Central Appraisal District *as collector for the City of Lubbock, Lubbock County, Lubbock County Hospital District, High Plains Water District and Frenship Independent School District*, Midland County, Crowley Independent School District, City of Lake Worth, Grapevine-Colleyville Independent School District, Frisco Independent School District, Plano Independent School District.

<dl>

C.     Texas Taxing Authorities'[3] (I) Response to Omnibus Objection to Certain Tax Claims and Objection to Motion to Determine Tax Liability and Stay Proceedings; and (II) Request for Abstention [Docket No. 2492].

D.     Objection of (1) Bowie Central Appraisal District; (2) The County of Brazos, Texas; (3) The County of Denton, Texas; (4) The County of Guadalupe, Texas; (5) The County of Hays, Texas; (6) McLennan Central Appraisal District; (7) Midland Central Appraisal District; (8) Central Appraisal District of Taylor County; (9) City of Waco and Waco Independent School District; (10) The County of Williamson, Texas to Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings and Request For Abstention [Docket No. 2497].

E.     San Luis Obispo County Treasurer-Tax Collector's Response to Debtor's Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2503].

</dl>

**Related Documents:**

A.     Determination of Adjournment Request [Docket No. 2529].

B.     Certification of Counsel Regarding Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings with Respect to Certain Claims re Docket No. 2156 [Docket No. 2761].

C.     Certification of Counsel Regarding Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings with Respect to Certain Claims re Docket No. 2156 [Docket No. 2765].

D.     Amended Certification of Counsel Regarding Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings with Respect to Certain Claims re Docket No. 2156 [Docket No. 2767].

---

[3] For purposes of the Response and Objection, the Texas Taxing Authorities are defined as the following Texas ad valorem tax entities represented by the Linebarger Goggan Blair & Sampson, LLP law firm: Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, City of El Paso, Fort Bend County WCID #02, Fort Bend County, City of Frisco, Grayson County, Gregg County, Harris County, Hidalgo County, Jefferson County, Lewisville Independent School District, City of McAllen, McLennan County, City of Mesquite, Montgomery County, Nueces County, Parker CAD (for the collection of taxes only), Rockwall CAD (for the collection of taxes only), San Marcos CISD, Smith County, Tarrant County, Tom Green CAD (for the collection of taxes only) and Victoria County.

        E.      Determination of Adjournment Request [Docket No. 2771].

        F.      Order Granting Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings with Respect to Certain Claims [Docket No. 2782].

        G.      Order Granting Debtors' (I) Omnibus Objection to Certain Tax Claims And (Ii) Motion To Determine Tax Liability And Stay Proceedings With Respect To Travis County [Docket No. 2786].

        H.      Determination of Adjournment Request [Docket No. 2897].

        I.      Determination of Adjournment Request [Docket No. 2921].

        J.      Determination of Adjournment Request [Docket Nos. 2972, 2973].

        K.      Determination of Adjournment Request [Docket No. 3298].

        L.      Determination of Adjournment Request [Docket No. 3350].

        M.      Notice of Withdrawal of Debtors' (I) Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings [Docket No. 3484].

**Status:** This matter has been withdrawn.

8. Debtors' Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2157].

    **Responses Received:**

        A.      Opposition Response of the Taxing Districts Collected by Randall County to Debtors' Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2484].

        B.      Objection of Tax Appraisal District of Bell County, Texas to Debtors' Motion to Determine Tax Liability and Stay Proceedings and Request for Abstention [Docket No. 2487].

    **Related Documents:**

        A.      Determination of Adjournment Request [Docket No. 2529].

        B.      Determination of Adjournment Request [Docket No. 2770].

        C.      Determination of Adjournment Request [Docket No. 2897].

        D.      Determination of Adjournment Request [Docket No. 2921].

      E.      Determination of Adjournment Request [Docket Nos. 2972, 2973].

      F.      Determination of Adjournment Request [Docket No. 3298].

      G.      Determination of Adjournment Request [Docket No. 3350].

      H.      Notice of Withdrawal of Debtors' Motion to Determine Tax Liability and Stay Proceedings [Docket No. 3485].

**Status:** This matter has been withdrawn.

9. Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2180].

**Responses Received:**

      A.      Creditor Alameda County Tax Collector's Opposition to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2470].

      B.      Opposition of the Orange County Treasurer-Tax Collector to the Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2476].

      C.      San Mateo County Treasurer-Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2477].

      D.      San Diego County Treasurer-Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2478].

      E.      Contra Costa County Treasurer-Tax Collector's Response to Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2479].

      F.      Declaration of Peter Yu in Support of Creditor County of Contra Costa Treasurer Tax Collector's Response to Debtor's Second Omnibus Objection [Docket No. 2480].

      G.      Creditor San Bernardino County Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2481].

    H.    Kern County Treasurer-Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2482].

    I.    Response of Creditor Sonoma County Tax Collector to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2504].

    J.    Creditor Sacramento County Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2512].

    K.    Placer County California's Response to Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2673].

**Related Documents:**

    A.    Letter to the Court from John S. Mairo, Counsel to County of Santa Clara, the County of Los Angeles, the County of Fresno and the County of Riverside [Docket No. 2536].

    B.    Determination of Adjournment Request [Docket No. 2529].

    C.    Certification of Counsel Regarding Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings with Respect to Certain Claims re Docket No. 2180 [Docket No. 2766].

    D.    Determination of Adjournment Request [Docket No. 2771].

    E.    Order Granting Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings with Respect to Certain Claims [Docket No. 2784].

    F.    Determination of Adjournment Request [Docket No. 2897].

    G.    Notice of Withdrawal of Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings as it Relates to San Mateo County Treasurer-Tax Collector [Docket No. 2917].

    H.    Determination of Adjournment Request [Docket No. 2921].

    I.    Determination of Adjournment Request [Docket Nos. 2972, 2973].

  J. Determination of Adjournment Request [Docket No. 3298].

  K. Determination of Adjournment Request [Docket No. 3350].

  L. Notice of Withdrawal of Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings [Docket No. 3486].

**Status:** This matter has been withdrawn.

10. Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2181].

**Responses Received:**

  A. Response of Ventura County Tax Collector to Bed Bath & Beyond Inc.'s Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2469].

  B. Opposition of the Orange County Treasurer-Tax Collector to the Debtors' (I) Second Omnibus Objection to Certain Tax Claims and (II) Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2476].

  C. San Mateo County Treasurer-Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2477].

  D. San Diego County Treasurer-Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2478].

  E. Contra Costa County Treasurer-Tax Collector's Response to Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2479].

  F. Creditor San Bernardino County Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2481].

  G. Kern County Treasurer-Tax Collector's Response to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings [Docket No. 2482].

H.     Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2491].

I.     Response of Creditor Sonoma County Tax Collector to Debtors' Second Omnibus Objection to Certain Tax Claims and Opposition to Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2504].

J.     Santa Cruz County Treasurer-Tax Collector's Response to Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2505].

K.     Opposition of Solano County Tax Collector to Bed Bath & Beyond Inc.'s Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2676].

**Related Documents:**

A.     Declaration of Peter Yu in Support of Creditor County of Contra Costa Treasurer Tax Collector's Response to Debtor's Second Omnibus Objection [Docket No. 2480].

B.     Declaration of John Sleeman in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2493].

C.     Declaration of Calvin C. Chen in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2494].

D.     Declaration of Belinda Landig in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2495].

E.     Declaration of Jennifer Fruge in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2496].

F. Declaration of Jennifer Lemley in Support of Objection of County of Santa Clara, County of Los Angeles, County of Fresno and County of Riverside to Debtors Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2498].

G. Determination of Adjournment Request [Docket No. 2529].

H. Determination of Adjournment Request [Docket No. 2770].

I. Determination of Adjournment Request [Docket No. 2897].

J. Notice of Withdrawal of Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 2911].

K. Determination of Adjournment Request [Docket No. 2921].

L. Determination of Adjournment Request [Docket Nos. 2972, 2973].

M. Determination of Adjournment Request [Docket No. 3298].

N. Determination of Adjournment Request [Docket No. 3350].

O. Notice of Withdrawal of Debtors' Motion to Determine Tax Liability and Stay Proceedings as to Certain California Taxing Authorities [Docket No. 3487].

**Status:** This matter has been withdrawn.

Dated: August 26, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:   rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*