| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           plabov@pszjlaw.com<br>           crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Lisa Petras:

   ☐ represent the _____ in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2. On August 22, 2024, I caused true and correct copies of the below referenced documents to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

- *Plan Administrator's First Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 1)* [Docket No. 3475]; and

- *Notice of Objection to Your Claim* [Docket No. 3476].

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 27, 2024

*/s/ Lisa Petras*
Lisa Petras