| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004- 1(b)**<br><br>**GENOVA BURNS LLC**<br>Scott S Rever, Esq.<br>Jaclynn N. McDonnell, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>srever@genovaburns.com<br>jmcdonnell@genovaburns.com<br>*Counsel for Columbus Trading-Partners USA Inc.*<br><br>-and-<br><br>**Beacon Law Group, LLC**<br>*Adam J. Ruttenberg, Esq.*<br>100 Cambridge St., 14th Fl.,<br>Boston, MA 02114<br>Telephone: (617) 235-8600<br>Fax: (617) 612-4129<br>aruttenberg@beaconlawgroup.com<br>*Counsel for Columbus Trading-Partners USA Inc.* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et. al.*,<br><br>                *Debtors.* | Chapter 11<br><br>Case No.: 23-13359-VFP<br>(Jointly Administered) |

**CERTIFICATION OF ADAM J. RUTTENBERG, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

     I, Adam J. Ruttenberg, Es, hereby certify as follows:

     1.    I am an attorney with the law firm Beacon Law Group LLC in Boston Massachusetts with office address at 100 Cambridge St., 14th Floor, Boston, MA 02114. I make this Certification in support of my application to appear in the above-captioned chapter 11 case and any related adversary proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the Commonwealth of Massachusetts in 1989. I am also admitted to practice before the following courts:

   a. United States District Court for the District of Massachusetts;

   b. United States District Court for the District of Connecticut; and

   c. United States Court of Appeals for the First Circuit.

3. I am a member in good standing of the bar of the Commonwealth of Massachusetts and in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceedings have been imposed on me in any jurisdiction.

4. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District Court of New Jersey ("D.N.J. L.R.").

5. Scott S. Rever, Esq. has appeared as counsel of record for Columbus Trading-Partners USA Inc. in the Adversary Proceeding Docket No. 24-01358-VFP and shall be local counsel upon whom all notices, orders, and pleadings shall also be served.

6. I am in possession of and have reviewed a copy of the Local Bankruptcy Rules of this Court.

7. I understand and agree that, if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: September 3, 2024

*Adam J. Ruttenberg, Esq.*
*Beacon Law Group, LLC*
*100 Cambridge St., 14th Fl.,*
*Boston, MA 02114*
*Telephone: (617) 235-8600*
*Fax: (617) 612-4129*
*aruttenberg@beaconlawgroup.com*
*Counsel for Columbus Trading-Partners USA Inc.*