**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Ali Hamza, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 22, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Post Effective MSL/2002 List attached hereto as **Exhibit A**:

- Plan Administrator's First Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 1) [Docket No. 3475] (the "***First Omnibus Objection***")

On August 22, 2024, at my direction and under my supervision, employees of Kroll caused the First Omnibus Objection and the following document, which has been customized to include the name of the claimant to be served via First Class Mail on the Affected Claimants Service List attached hereto as **Exhibit B**:

- Notice of Objection to Claims [Docket No. 3476]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: September 4, 2024

*/s/ Ali Hamza*
Ali Hamza

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 4, 2024, by Ali Hamza, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Post Effective MSL/2002 List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER<br>1313 NORTH MARKET STREET<br>SUITE 1201<br>WILMINGTON DE 19801 |
| COUNSEL TO ACCERTIFY, INC | C/O BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER<br>PO BOX 3002<br>MALVERN PA 19355-0702 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN<br>155 GAITHER DRIVE, SUITE B<br>MT. LAUREL NJ 08054 |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ.<br>125 HALF MILE ROAD<br>SUITE 300<br>RED BANK NJ 07701 |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A.<br>919 N. MARKET ST., STE. 1410<br>WILMINGTON DE 19801 |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ<br>1211 LIBERTY AVENUE<br>HILLSIDE NJ 07205 |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS TX 75207 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ.<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN<br>3 BECKER FARM ROAD<br>SUITE 105<br>ROSELAND NJ 07068 |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL<br>115 MAPLE AVE<br>RED BANK NJ 07701 |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ.<br>46 W. MAIN STREET<br>MAPLE SHADE NJ 08052 |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO<br>1525 LOCUST STREET - 15TH FLOOR<br>PHILADELPHIA PA 19102 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE<br>1007 NORTH ORANGE STREET<br>4TH FLOOR, SUITE 183<br>WILMINGTON DE 19801 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS<br>101 CRAWFORDS CORNER ROAD<br>SUITE 4202<br>HOLMDEL NJ 07733 |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ.<br>150 CLOVE ROAD<br>LITTLE FALLS NJ 07424 |
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001-8602 |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 2

Exhibit A
Post Effective MSL/2002 List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ.<br>600 ANTON BLVD, SUITE 1400<br>COSTA MESA CA 92626 |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR.<br>3475 RIDGEWOOD RD.<br>AKRON OH 44333 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS<br>30 NORTH WESTERN AVENUE<br>CARPENTERSVILLE IL 60110 |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ.<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK NJ 07102 |

**Exhibit B**

Exhibit B

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 12858530 | ABATZIS, ZINOVIA | ADDRESS ON FILE | | | | |
| 13090093 | ABAY, YOSIEF | ADDRESS ON FILE | | | | |
| 15426686 | ABDULKADIR, GELILA | ADDRESS ON FILE | | | | |
| 16826458 | ABLESON, CHARLY MARIE | ADDRESS ON FILE | | | | |
| 15553119 | ABRAMIAN, MIKE | ADDRESS ON FILE | | | | |
| 12994865 | ABRAMSON, SYDNEY | ADDRESS ON FILE | | | | |
| 13078393 | ABRAMYAN, ALINA | ADDRESS ON FILE | | | | |
| 13092773 | ABUAITA, SUHA EMIL | ADDRESS ON FILE | | | | |
| 18988935 | ABUGATTAS, RAQUEL ALICIA | ADDRESS ON FILE | | | | |
| 15548502 | ABUNDIZ, ASHLEY | ADDRESS ON FILE | | | | |
| 22121159 | ACOSTA, NICOLE | ADDRESS ON FILE | | | | |
| 12969130 | AD SPONENBURGH | ADDRESS ON FILE | | | | |
| 12875620 | ADAMEK, KENDRA | ADDRESS ON FILE | | | | |
| 22102781 | ADAMS, JACKIE | ADDRESS ON FILE | | | | |
| 16825926 | ADAMS, SAMANTHA JO | ADDRESS ON FILE | | | | |
| 13123395 | ADAMS, VANESSA | ADDRESS ON FILE | | | | |
| 13123397 | ADAMS, VANESSA | ADDRESS ON FILE | | | | |
| 22434193 | AGOSTINI, RAQUEL A. | ADDRESS ON FILE | | | | |
| 15549080 | AGRAWAL, SAURABH | ADDRESS ON FILE | | | | |
| 18989292 | AGRAWAL, SHIVANI | ADDRESS ON FILE | | | | |
| 15669003 | AGUIRRE, CHRISTIAN | ADDRESS ON FILE | | | | |
| 14894362 | AGUSTIN, AVEGAILE | ADDRESS ON FILE | | | | |
| 18167659 | AHMED, RUTHBA | ADDRESS ON FILE | | | | |
| 13071461 | AHOORAN, MANDANA | ADDRESS ON FILE | | | | |
| 15507409 | AILTS, ANITA | ADDRESS ON FILE | | | | |
| 22417944 | ALAHARI, KRISHNAVENI | ADDRESS ON FILE | | | | |
| 13004528 | ALAM, CYNTHIA M | ADDRESS ON FILE | | | | |
| 12828022 | ALBERSHARDT, ANDREA | ADDRESS ON FILE | | | | |

Exhibit B

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 12915913 | ALDABA, CLAUDIA | ADDRESS ON FILE | | | | |
| 18184714 | ALDIAB, NESRIN | ADDRESS ON FILE | | | | |
| 12872114 | ALHALAWANI, RAYA | ADDRESS ON FILE | | | | |
| 18131549 | ALLEN, ASHLEY | ADDRESS ON FILE | | | | |
| 13095110 | ALLEN, JANET | ADDRESS ON FILE | | | | |
| 12894693 | ALLEN, TERRI-LYNN | ADDRESS ON FILE | | | | |
| 15554541 | ALLI, FAZIA | ADDRESS ON FILE | | | | |
| 13084801 | ALLISON, JESSICA C | ADDRESS ON FILE | | | | |
| 18989706 | ALMAZO DIAZ, MELANNY | ADDRESS ON FILE | | | | |
| 13071389 | ALSTON, L | ADDRESS ON FILE | | | | |
| 14556864 | ALVORD, CELINA | ADDRESS ON FILE | | | | |
| 15480506 | AMARTEY, AMARLEY | ADDRESS ON FILE | | | | |
| 15512417 | AMENDOLIA, ALEXANDRA | ADDRESS ON FILE | | | | |
| 12914318 | AMIN, SAMRAT M | ADDRESS ON FILE | | | | |
| 12989781 | AMRA, RAED | ADDRESS ON FILE | | | | |
| 15544229 | ANDERSON, CORETTA | ADDRESS ON FILE | | | | |
| 13087386 | ANDERSON, MARIE | ADDRESS ON FILE | | | | |
| 12991074 | ANDRE, PATRICIA ST | ADDRESS ON FILE | | | | |
| 13116071 | ANDREAS, AMANDA | ADDRESS ON FILE | | | | |
| 20794232 | ANGELU, CHARLES F. | ADDRESS ON FILE | | | | |
| 12997226 | ANITON, WANDA | ADDRESS ON FILE | | | | |
| 12956652 | ANTHONY, BETIM | ADDRESS ON FILE | | | | |
| 13022002 | ARAGON, KIMBERLY | ADDRESS ON FILE | | | | |
| 20794106 | ARCA, SEAN | ADDRESS ON FILE | | | | |
| 12817764 | ARCENEAU, PAMELA | ADDRESS ON FILE | | | | |
| 12926992 | ARGUELLO, JENNIFER | ADDRESS ON FILE | | | | |
| 19032086 | ARIAS, ADELA | ADDRESS ON FILE | | | | |
| 13023801 | ARMSTRONG, SHANTA DENINE | ADDRESS ON FILE | | | | |

Exhibit B
Affected Claimants Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 18184900 | ARNOLD, AMANDA MURRAY | ADDRESS ON FILE | | | | |
| 22194831 | ARRINGTON, CASSANDRA | ADDRESS ON FILE | | | | |
| 22144349 | ARSLAN, CEYDA | ADDRESS ON FILE | | | | |
| 13093104 | ARTOLA, CRISTINA | ADDRESS ON FILE | | | | |
| 12988433 | ARYAIE, KATAYOUN | ADDRESS ON FILE | | | | |
| 16304839 | ASHFORD, PAMELA | ADDRESS ON FILE | | | | |
| 20814383 | ASHRAF, NAZIA | ADDRESS ON FILE | | | | |
| 15417493 | ATKINSON, CANDICE | ADDRESS ON FILE | | | | |
| 18160273 | ATKINSON, DEBRAH R | ADDRESS ON FILE | | | | |
| 18163428 | AURORA, JODI | ADDRESS ON FILE | | | | |
| 18229888 | AUSTIN, AMY LYNN | ADDRESS ON FILE | | | | |
| 12822805 | AVAKIAN-CHESNEY, ALENOOSH | ADDRESS ON FILE | | | | |
| 15429733 | AWAD, NICHOLAS M | ADDRESS ON FILE | | | | |
| 15978423 | AYERS, JAMES | ADDRESS ON FILE | | | | |
| 12891986 | AZIZIAN, MITRA | ADDRESS ON FILE | | | | |
| 12928608 | BADRI, SIMIN | ADDRESS ON FILE | | | | |
| 13090148 | BAILLARGEON, MIA | ADDRESS ON FILE | | | | |
| 13090280 | BAILLARGEON, MIA | ADDRESS ON FILE | | | | |
| 12862148 | BAIR, MICHELLE C. | ADDRESS ON FILE | | | | |
| 12875682 | BALDOCK, LOUISA | ADDRESS ON FILE | | | | |
| 13024381 | BALDUCCI, MELANIE | ADDRESS ON FILE | | | | |
| 12899474 | BALL, GWYNDOLINE | ADDRESS ON FILE | | | | |
| 12899679 | BALL, KIMBERLY ANN | ADDRESS ON FILE | | | | |
| 18169518 | BALLA, MARIA | ADDRESS ON FILE | | | | |
| 13009092 | BALLARD, AUDREY GRACE | ADDRESS ON FILE | | | | |
| 18236495 | BALLAS, STEPHANIE | ADDRESS ON FILE | | | | |
| 15425837 | BALLOUT, MAJIDA | ADDRESS ON FILE | | | | |
| 13087866 | BANDARANAIKE, GAMA | ADDRESS ON FILE | | | | |

Exhibit B

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13051107 | BANDYOPADHYAY, REETI | ADDRESS ON FILE | | | | |
| 12957691 | BANKS, ANN | ADDRESS ON FILE | | | | |
| 13051254 | BARKER, HANNAH | ADDRESS ON FILE | | | | |
| 12926949 | BARNA, KRISTEN | ADDRESS ON FILE | | | | |
| 20654416 | BARTOLO, TANIA | ADDRESS ON FILE | | | | |
| 13025214 | BATISTA, CHRIS A | ADDRESS ON FILE | | | | |
| 18131653 | BATISTA, JACQUELINE | ADDRESS ON FILE | | | | |
| 20767734 | BATSON, DESIRAE | ADDRESS ON FILE | | | | |
| 12887569 | BATTAGLIA, DANIELLE | ADDRESS ON FILE | | | | |
| 22209034 | BAUCUS, CORINNE | ADDRESS ON FILE | | | | |
| 12894295 | BAUTISTA, LORINA | ADDRESS ON FILE | | | | |
| 13090901 | BAYLOR, CHIQUITA | ADDRESS ON FILE | | | | |
| 13118850 | BEAIRD, PAISLEY ANN | ADDRESS ON FILE | | | | |
| 13118852 | BEAIRD, PAISLEY ANN | ADDRESS ON FILE | | | | |
| 15553893 | BEARDSLEY, BRIAN | ADDRESS ON FILE | | | | |
| 13088217 | BEAUGENE, ROSA | ADDRESS ON FILE | | | | |
| 12898944 | BECKWITH, LILLIAN | ADDRESS ON FILE | | | | |
| 18989532 | BEDFORD, RYAN | ADDRESS ON FILE | | | | |