## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 28, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the (1) Master Service List attached hereto as **Exhibit A**, and (2) Affected Claimants Service List attached hereto as **Exhibit B**:

- Notice of Adjustment to Proofs of Claim Without Objection (Amended Administrative, Priority and Secured Claims) [Docket No. 3493]

Dated: August 30, 2024

                                                     */s/ Engels Medina*
                                                     Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 30, 2024, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases are 650 Liberty Avenue, Union, New Jersey 07083.

## Exhibit A

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER<br>1313 NORTH MARKET STREET<br>SUITE 1201<br>WILMINGTON DE 19801 | KCAPUZZI@BENESCHLAW.COM<br>DBROGAN@BENESCHLAW.COM<br>GWERKHEISER@BENESCHLAW.COM | Email |
| COUNSEL TO ACCERTIFY, INC | C/O BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER<br>PO BOX 3002<br>MALVERN PA 19355-0702 | | First Class Mail |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN<br>155 GAITHER DRIVE, SUITE B<br>MT. LAUREL NJ 8054 | PHOLDEN@C-WLAW.COM | Email |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ.<br>125 HALF MILE ROAD<br>SUITE 300<br>RED BANK NJ 7701 | DCAMPBELL@GHCLAW.COM<br>CSCHROEDER@GHCLAW.COM | Email |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A.<br>919 N. MARKET ST., STE. 1410<br>WILMINGTON DE 19801 | JSHRUM@JSHRUMLAW.COM | Email |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ<br>1211 LIBERTY AVENUE<br>HILLSIDE NJ 7205 | BMILLER@BARRYSMILLERESQ.COM | Email |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ.<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 7068 | KROSEN@LOWENSTEIN.COM | Email |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT, THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS, THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN<br>3 BECKER FARM ROAD<br>SUITE 105<br>ROSELAND NJ 7068 | VROLDAN@MBLAWFIRM.COM | Email |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL<br>115 MAPLE AVE<br>RED BANK NJ 7701 | BCROWLEY@MCHFIRM.COM<br>JMCDONNELL@MCHFIRM.COM | Email |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ.<br>46 W. MAIN STREET<br>MAPLE SHADE NJ 8052 | EMCDOWELL@MCDOWELLLEGAL.COM<br>JMCORMICK@MCDOWELLLEGAL.COM<br>PPFLUMM@MCDOWELLLEGAL.COM | Email |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO<br>1525 LOCUST STREET - 15TH FLOOR<br>PHILADELPHIA PA 19102 | FLORUSSO@PANSINILAW.COM | Email |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE<br>1007 NORTH ORANGE STREET<br>4TH FLOOR, SUITE 183<br>WILMINGTON DE 19801 | HJAFFE@PASHMANSTEIN.COM | Email |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS<br>101 CRAWFORDS CORNER ROAD<br>SUITE 4202<br>HOLMDEL NJ 7733 | JWEISS@PASHMANSTEIN.COM | Email |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ.<br>150 CLOVE ROAD<br>LITTLE FALLS NJ 7424 | DEDELBERG@S-LAW.COM | Email |
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001-8602 | ROBERT.DRAIN@SKADDEN.COM<br>TANSY.WOAN@SKADDEN.COM<br>ANGELINE.HWANG@SKADDEN.COM | Email |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ.<br>600 ANTON BLVD, SUITE 1400<br>COSTA MESA CA 92626 | MREYNOLDS@SWLAW.COM<br>ASTILL@SWLAW.COM | Email |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | NJ@DOR.MO.GOV | Email |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR.<br>3475 RIDGEWOOD RD.<br>AKRON OH 44333 | RSCHROETER@STARK-KNOLL.COM | Email |



Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS<br>30 NORTH WESTERN AVENUE<br>CARPENTERSVILLE IL 60110 | COLLECTIONS@CGTLAW.COM | Email |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ.<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK NJ 7102 | USTPREGION03.NE.ECF@USDOJ.GOV<br>FRAN.B.STEELE@USDOJ.GOV<br>ALEXANDRIA.NIKOLINOS@USDOJ.GOV | Email |

**<u>Exhibit B</u>**

Exhibit B
Affected Claimants Service List
Served as set forth below

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15668965 | 200-220 West 26 LLC | Becker, Glynn, Muffly, Chassin & Hosinski LLP | Alec P. Ostrow | 299 Park Avenue | | New York | NY | 10171 | | aostrow@beckerglynn.com | First Class Mail and Email |
| 15668966 | 200-220 West 26 LLC | Maleshri Mandavia | Director - Commercial Lease Admin. & Collections | TF Cornerstone Inc. | 387 Park Avenue South, 7th Floor | New York | NY | 10016 | | maleshri.mandavia@tfc.com | First Class Mail and Email |
| 15668964 | 200-220 West 26 LLC | TF Cornerstone Inc. | Jo-Ann Whitehorn, Esq. | Deputy General Counsel and Vice-President | 387 Park Avenue South, 7th Floor | New York | NY | 10016 | | Jo-Ann.Whitehorn@TFC.com | First Class Mail and Email |
| 18163060 | 209-261 Junction Road Madison Investors, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | | heilmanl@ballardspahr.com | First Class Mail and Email |
| 13057458 | 250 Hudson Street LLC | 250 Hudson Street LLC | c/o Jack Resnick & Sons Inc | Kalpana Gajjar | 110 East 59th Street, 34th floor | New York | NY | 10022 | | kgajjar@resnicknyc.com | First Class Mail and Email |
| 13057457 | 250 Hudson Street LLC | c/o Rivkin Radler LLP | Attn.: Matthew V. Spero | 926 RXR Plaza | | Uniondale | NY | 11556 | | matthew.spero@rivkin.com | First Class Mail and Email |
| 13115862 | 36 Monmouth Plaza LLC | c/o M. Ryan Pinkston | Seyfarth Shaw LLP | 560 Mission Street, Suite 3100 | | San Francisco | CA | 94105 | | rpinkston@seyfarth.com | First Class Mail and Email |
| 13115864 | 36 Monmouth Plaza LLC | c/o Marcelo Klajnbart | ACHS Management Corp. | 1412 Broadway, 3rd Floor | | New York | NY | 10018 | | mk@achsny.com | First Class Mail and Email |
| 13091862 | A & W Acquisitions, L.L.C. | c/o Meyer C. Weiner Company | Attn: Jenny R. Gately | 700 Mall Drive | | Portage | MI | 49024 | | jgately@mcweiner.com | First Class Mail and Email |
| 13091860 | A & W Acquisitions, L.L.C. | Clark Hill PLC | Audrey L. Hornisher | 901 Main Street, Suite 6000 | | Dallas | TX | 75202 | | ahornisher@clarkhill.com; kwebster@clarkhill.com | First Class Mail and Email |
| 13057177 | ACS Fort Smith Pavilion AR, LLC | 350 Pine Street, Suite 800 | | | | Beaumont | TX | 77701 | | JJORDAN@AC-US.COM | First Class Mail and Email |
| 15492470 | Acxiom LLC | C.B. Blackard III | 301 E. Dave ward drive | | | Conway | AR | 72032 | | c.b.blackard@acxiom.com | First Class Mail and Email |
| 15592766 | Acxiom LLC | Mitchell, Williams, Selig, Gates & Woodyard | Stan D. smith, Attorney at Law | 425 W. Capitol Ave., Suite 1800 | | Little Rock | AR | 72201 | | ssmith@mwlaw.com | First Class Mail and Email |
| 12969130 | AD Sponenburgh | ADDRESS ON FILE | | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 19169862 | Ada County Treasurer | Ada County Prosecuting Attorney's Office | Civil Division | Ammon C. Taylor | 200 W. Front St., Room 3191 | Boise | ID | 83702 | | | First Class Mail |
| 19170470 | Ada County Treasurer | P.O. Box 2868 | | | | Boise | ID | 83701 | | | First Class Mail |
| 12914936 | Ailts, Anita | ADDRESS ON FILE | | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 13021027 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | c/o Kelly McCloskey, Cfo | Wedgewood Hills, Inc. | 1325 Howard Ave. #609 | | Burlingame | CA | 94010 | | wedgewoodhillsinc@gmail.com | First Class Mail and Email |
| 15552772 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | Juli Beth Teicher- Attorney | Maddin Hauser Roth & Heller, PC | 24000 Northwestern Hwy, Suite 200 | | Southfield | MI | 48034 | | jteicher@maddinhauser.com | First Class Mail and Email |
| 15426032 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | Julie Beth Teicher | Maddin Hauser Roth & Heller, Pc | 28400 Northwestern Hwy., Suite 200 | | Southfield | MI | 48034 | | jteicher@maddinhauser.com | First Class Mail and Email |
| 13094036 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | Kelly McCloskey, CFO | Wedgewood Hills, Inc. | 1325 Howard Ave. | #609 | Burlingame | CA | 94010 | | wedgewoodhillsinc@gmail.com | First Class Mail and Email |
| 14557255 | Alli, Fazia | ADDRESS ON FILE | | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 13124491 | American Textile Company, Incorporated | Attention to: Joni Hildebrand, Sr. Director, Finance | 10 North Linden Street | RIDC Riverplace | | Duquesne | PA | 15110 | | jhildebrand@americantextile.com | First Class Mail and Email |
| 13124489 | American Textile Company, Incorporated | c/o Thomas D. Maxson, Esq., Dentons Cohen & Grigsby PC | 625 Liberty Avenue | 5th Floor | | Pittburgh | PA | 15222 | | michelle.graeb@dentons.com; thomas.maxson@dentons.com | First Class Mail and Email |
| 13005919 | Arizona Department of Revenue | Lorraine Averitt, Bankruptcy Collector | 1600 W. Monroe 7th Floor | | | Phoenix | AZ | 85007 | | laveritt@azdor.gov | First Class Mail and Email |
| 12880359 | Arizona Department of Revenue | Office of the Arizona Attorney General - BCE | c/o Tax, Bankruptcy and Collection Sct | 2005 N Central Ave, Suite 100 | | Phoenix | AZ | 85004 | | BankruptcyUnit@azag.gov | First Class Mail and Email |
| 13083462 | BBP Partners, LLC | 840 East High Street | | | | Lexington | KY | 40502 | | kmullins@equity-management.com | First Class Mail and Email |
| 12868416 | Bennett, Linda | ADDRESS ON FILE | | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12760902 | Bowie Central Appraisal District, collecting property taxes For The Country Of Bowie, Texas, The Cit | Bowie Central Appraisal District | P.O. Box 1269 | | | Round Rock | TX | 78680-1269 | | | First Class Mail |
| 12760412 | Bowie Central Appraisal District, collecting property taxes For The Country Of Bowie, Texas, The Cit | Julie Anne Parsons | McCreary, Veselka, Bragg & Allen, P.C | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | julie.parsons@mvbalaw.com | First Class Mail and Email |
| 12760903 | Bowie Central Appraisal District, collecting property taxes For The Country Of Bowie, Texas, The Cit | McCreary, Veselka, Bragg & Allen, P.C | P.O. Box 1269 | | | Round Rock | TX | 78680-1269 | | julie.parsons@mvbalaw.com | First Class Mail and Email |
| 12819624 | Brevard County Tax Collector | Alicia Foley - Bankruptcy Analyst | 400 South St. 6th floor | | | Titusville | FL | 32780 | | | First Class Mail |
| 12777494 | Brevard County Tax Collector | Lisa Cullen, CFC | P.O. Box 2500 | | | Titusville | FL | 32781-2500 | | alicia.foley@brevardtc.com | First Class Mail and Email |
| 13077734 | Brixton Rogue, LLC | c/o Dustin P. Branch, Esq. | Ballard Spahr LLP | 2029 Century Park East, Suite 1400 | | Los Angeles | CA | 90067-2915 | | branchd@ballardspahr.com | First Class Mail and Email |
| 13042119 | Broward County | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave | #A-100 | Ft. Lauderdale | FL | 33301 | | swulfekuhle@broward.org | First Class Mail and Email |
| 15426214 | Broward County | Stacy E. Wulfekuhle | Broward County Attorney's Office | 115 S. Andrews Ave. Rm. 423 | | Ft. Lauderdale | FL | 33301 | | sandron@broward.org | First Class Mail and Email |
| 13112726 | Cayton, Dar (Darlene) M. | ADDRESS ON FILE | | | | | | | | | First Class Mail |
| 15669893 | CFH Realty III/Sunset Valley, L.P. | ArentFox Schiff LLP | Attn: Brett D. Goodman | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | brett.goodman@afslaw.com | First Class Mail and Email |
| 15669891 | CFH Realty III/Sunset Valley, L.P. | c/o Kimco Realty Corporation | Attn: Raymond Edwards | 500 North Broadway | Suite 201 | Jericho | NY | 11753 | | alyssa.fiorentino@afslaw.com; redwards@kimcorealty.com | First Class Mail and Email |
| 13123138 | ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | 2005 Market Street, Suite 2600 | | Philadelphia | PA | 19103 | | dpereira@stradley.com | First Class Mail and Email |
| 13123139 | ChannelAdvisor Corporation | Douglas Wolfson | Director/ChannelAdvisor Corporation | 201 Fuller Road, 6th Floor | | Albany | NY | 12203 | | dwolfson@commercehub.com | First Class Mail and Email |
| 13123140 | ChannelAdvisor Corporation | Lockbox W-502057 | P.O. Box 358031 | | | Pittsburgh | PA | 15251-5031 | | lamonta.harris@channeladvisor.com | First Class Mail and Email |



Exhibit B
Affected Claimants Service List
Served as set forth below

| ID | Name | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Email | Service Method |
|---|---|---|---|---|---|---|---|---|---|---|
| 12989647 | Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | 6801 Kenilworth Ave., Ste 400 | | | Riverdale Park | MD | 20737 | bdept@mrrlaw.net | First Class Mail and Email |
| 12834672 | Che, Ming | ADDRESS ON FILE | | | | | | | ADDRESS ON FILE | First Class Mail and Email |
| 12855210 | Che, Ming | ADDRESS ON FILE | | | | | | | | First Class Mail |
| 12869014 | Christie, Nicole | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 16825589 | City of Grand Junction - Sales Tax | 250 N. 5th Street | | | | Grand Junction | CO | 81501 | gjsalestax@gjcity.org | First Class Mail and Email |
| 18215345 | City of Lakewood, Colorado | 480 S. Allison Pkwy | | | | Lakewood | CO | 80226 | adorotik@lakewood.org | First Class Mail and Email |
| 12899203 | CLARK COUNTY TREASURER | POB 5000 | | | | VANCOUVER | WA | 98666 | taxrequests@clark.wa.gov | First Class Mail and Email |
| 13114390 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent | c/o Caleb T. Holzapfel | 736 Georgia Avenue, Suite 300 | | | Chattanooga | TN | 37402 | caleb.holzapfel@huschblackwell.com | First Class Mail and Email |
| 13114391 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent | Gary Roddy | VP-Legal Collections, CBL & Associates Management | 2030 Hamilton Place Blvd., Suite 500 | | Chattanooga | TN | 37421 | gary.roddy@cblproperties.comc | First Class Mail and Email |
| 13057038 | Colorado Department of Revenue | Attn: Bankruptcy Unit Rm 104 | 1881 Pierce St | | | Lakewood | CO | 80214 | dor_tac_bankruptcy@state.co.us | First Class Mail and Email |
| 12656354 | County of Orange Treasurer-Tax Collector | | | | | | | | organcountybk@ttc.ocgov.com | Email |
| 12760853 | County of Orange Treasurer-Tax Collector | | | | | | | | organcountybk@ttc.ocgov.com | Email |
| 12760852 | County of Orange Treasurer-Tax Collector | PO Box 1438 | | | | Santa Ana | CA | 92702-1438 | orangecountybk@ttc.ocgov.com | First Class Mail and Email |
| 12656346 | County of Orange Treasurer-Tax Collector | PO Box 4515 | | | | Santa Ana | CA | 92702-4515 | orangecountybk@ttc.ocgov.com | First Class Mail and Email |
| 13010429 | CR HAGERSTOWN, LLC | C/O CONTINENTAL REALTY CORPORATION | ATTN: STEPHANIE L. SHACK | 1427 CLARKVIEW ROAD | SUITE 500 | BALTIMORE | MD | 21209 | STEPHANIE.SHACK@CRCREALTY.COM | First Class Mail and Email |
| 13010328 | CR HAGERSTOWN, LLC | C/O RICHARD M. KREMEN / VIRGINIA R. CALLAHAN | DLA PIPER LLP (US) | 650 SOUTH EXETER STREET | SUITE 1100 | BALTIMORE | MD | 21202 | VIRGINIA.CALLAHAN@US.DLAPIPER.COM | First Class Mail and Email |
| 13116548 | CR Hagerstown, LLC | Continental Realty Corporation | Stephanie L. Shack | 1427 Clarkview Road, Suite 500 | | Baltimore | MD | 21209 | stephanie.shack@crcrealty.com | First Class Mail and Email |
| 13116547 | CR Hagerstown, LLC | DLA Piper LLP (US) | c/o Richard M. Kremen / Virginia R. Callahan | 650 South Exeter Street | Suite 1100 | Baltimore | MD | 21202 | theresa.pullan@us.dlapiper.com; virginia.callahan@us.dlapiper.com | First Class Mail and Email |
| 13116772 | CR Oakland Square, LLC | c/o Richard M. Kremen / Virginia R. Callahan | DLA Piper LLP (US) | 650 South Exeter Street | Suite 1100 | Baltimore | MD | 21202 | theresa.pullan@us.dlapiper.com; virginia.callahan@us.dlapiper.com | First Class Mail and Email |
| 13010325 | CR Oakland Square, LLC | Continental Realty Corporation | Stephanie L. Shack, General Counsel | 1427 Clarkview Road, Suite 500 | | Baltimore | MD | 21209 | stephanie.shack@crcrealty.com | First Class Mail and Email |
| 13116773 | CR Oakland Square, LLC | Stephanie L. Shack | General Counsel | Continental Realty Corporation | 1427 Clarkview Road, Suite 500 | Baltimore | MD | 21209 | stephanie.shack@crcrealty.com | First Class Mail and Email |
| 13134159 | CR West Ashley, LLC | c/o Richard M. Kremen | Virginia R. Callahan | DLA Piper LLP (US) | 650 South Exeter Street - Suite 1100 | Baltimore | MD | 21202 | virginia.callahan@us.dlapiper.com | First Class Mail and Email |
| 13134160 | CR West Ashley, LLC | Stephanie L. Shack | General Counsel | Continental Realty Corporation | 1427 Clarkview Road, Suite 500 | Baltimore | MD | 21209 | rhorka@crcrealty.com; stephanie.shack@crcrealty.com | First Class Mail and Email |
| 13057706 | Csigo, Jennifer | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12828594 | Darling, Derrick | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12858508 | Darling, Derrick | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12823941 | Darling, Derrick D. | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12830499 | Darling, Derrick D. | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12760428 | Denver West Village, L.P. | c/o Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46204 | rtucker@simon.com | First Class Mail and Email |
| 12760429 | Denver West Village, L.P. | PO Box 744851 | | | | Atlanta | GA | 30384-4851 | | First Class Mail and Email |
| 12760430 | Denver West Village, L.P. | Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46204 | rtucker@simon.com | First Class Mail and Email |
| 12916819 | Department of Taxation | State of Hawaii | Lynn A. S. Araki-Regan, Tax Collector | P.O. Box 259 Attn: Bankruptcy Unit M Robideau | | Honolulu | HI | 96809 | | First Class Mail |
| 20639631 | Department of Treasury - Internal Revenue Service | 51 Haddonfield Road | Suite 300 | | | Cherry Hill | NJ | 08002 | | First Class Mail |
| 20637375 | Department of Treasury - Internal Revenue Service | P.O. Box 7346 | | | | Philadelphia | PA | 19101-7346 | | First Class Mail |
| 18173261 | Department of Treasury - Internal Revenue Service | Attn: J. Aichhorn | 51 Haddonfield Road Suite 300 | | | Cherry Hill | NJ | 08002 | jessica.a.aichhorn@irs.gov | First Class Mail and Email |
| 18234112 | Department of Treasury - Internal Revenue Service | Attn: Jessica Aichhorn | 51 Haddonfield Road, Suite 300 | | | Cherry Hill | NJ | 08002 | jessica.a.aichhorn@irs.gov | First Class Mail and Email |
| 13135706 | Edison DENJ001 LLC | Blue Owl Capital | c/o Drew Wides | 30 N LaSalle Street, Suite 4140 | | Chicago | IL | 60602 | drew.wides@blueowl.com | First Class Mail and Email |
| 13135704 | Edison DENJ001 LLC | Kelley Drye & Warren LLP | Attn To: Robert L. LeHane | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | rlehane@kelleydrye.com; salceus@kelleydrye.com | First Class Mail and Email |
| 13135850 | Edison JAFL001 LLC | c/o Drew Wides | Blue Owl Capital | 30 N LaSalle Street, Suite 4140 | | Chicago | IL | 60602 | drew.wides@blueowl.com | First Class Mail and Email |
| 13135848 | Edison JAFL001 LLC | c/o Robert L. LeHane | 3 World Trade Center | 175 Greenwich St | | New York | NY | 10007 | rlehane@kelleydrye.com | First Class Mail and Email |
| 22157941 | Eid, Loussi | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 13090529 | Empire East, LLC | c/o Ronald E. Gold, Frost Brown Todd LLP | 301 East Fourth Street, Suite 3300 | | | Cincinnati | OH | 45202 | jkleisinger@fbtlaw.com; rgold@fbtlaw.com | First Class Mail and Email |
| 13090530 | Empire East, LLC | Maria Manley-Dutton | Chief Legal Officer, Empire East, LLC | 4900 East Dublin Granville Road, 4th Floor | | Columbus | OH | 43081 | MmanleyDutton@wpgus.com | First Class Mail and Email |
| 15478033 | Escambia County Tax Collector | P.O. Box 1312 | | | | Pensacola | FL | 32591 | ectc@escambiataxcollector.com | First Class Mail and Email |
| 12989789 | Escambia County Tax Collector | Sarah S. Walton | 25 West Cedar Street | Suite 550 | | Pensacola | FL | 32502 | swalton@philipbates.net | First Class Mail and Email |
| 13082552 | Evans, Jennifer | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 20637384 | Farley Real Estate Associates, LLC | | | | | | | | skartzman@mskawlaw.net | Email |
| 20637533 | Farley Real Estate Associates, LLC | c/o Diane F. Reeves | 21 Partridge Lane | | | Long Valley | NJ | 07853 | dfreeves21@gmail.com | First Class Mail and Email |

Exhibit B
Affected Claimants Service List
Served as set forth below

| ID | Name | | | | | City | State | Zip | Email | Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 20637531 | Farley Real Estate Associates, LLC | Mellinger Kartzman LLC | Attn: Steven P. Kartzman | 101 Gibraltar Drive | Suite 2F | Morris Plains | NJ | 07950 | sjayson@msklaw.net; skartzman@msklaw.net | First Class Mail and Email |
| 13022130 | Finkelstein, Steven | | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 18303151 | FR Camelback Colonnade, LLC | | | | | | | | brannickn@ballardspahr.com | Email |
| 18180022 | FR Camelback Colonnade, LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | heilmanl@ballardspahr.com | First Class Mail and Email |
| 19175995 | Franchise Tax Board | Bankruptcy Section MS A340 | PO BOX 2952 | | | Sacramento | CA | 95812-2952 | | First Class Mail |
| 13336897 | Francois, Ralph | ADDRESS ON FILE | | | | | | | | First Class Mail |
| 12872242 | Fulton County Tax Commissioner | 141 Pryor St Ste 1106 | | | | Atlanta | GA | 30303 | damika.pitts@fultoncountyga.gov | First Class Mail and Email |
| 15513860 | Garcia, Maria | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | Email |
| 15513124 | Garcia, Maria | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12899344 | Garland County Tax Collector | 200 Woodbine St Room 108 | | | | Hot Springs | AR | 71901 | dlouton@garlandcounty.org | First Class Mail and Email |
| 20826092 | Georgia Department of Revenue | 1800 Century Blvd NE, Suite 9100 | | | | Atlanta | GA | 30345 | bankruptcy.notices@dor.ga.gov; rosulala.hamilton@dor.ga.gov | First Class Mail and Email |
| 12949241 | Georgia Department of Revenue | Central Collections - Bankruptcy | 1800 Century Blvd NE Suite 9100 | | | Atlanta | GA | 30345-3205 | bankruptcy.notices@dor.ga.gov | First Class Mail and Email |
| 20820029 | Georgia Department of Revenue | COMPLIANCE DIVISION, ARCS - BANKRUPTCY | 1800 Century Blvd NE, Suite 9100 | | | ATLANTA | GA | 30345 | bankruptcy.notices@dor.ga.gov; rosulala.hamilton@dor.ga.gov | First Class Mail and Email |
| 13090090 | GRE Altamonte, LP | c/o Davis Graham & Stubbs | Attn: Kyler Burgi | 1550 17th Street Suite 500 | | Denver | CO | 80202 | grace.diamond@dgslaw.com; kyler.burgi@dgslaw.com | First Class Mail and Email |
| 13090289 | GRE Altamonte, LP | Everwest Real Estate Investors | Attn: Matt DiVito | 1099 18th Street Unit 2900 | | Denver | CO | 80202 | matt.divito@everwest.com | First Class Mail and Email |
| 13090287 | GRE Altamonte, LP | Kyler Burgi | Davis Graham & Stubbs | 1550 17th Street Suite 500 | | Denver | CO | 80202 | grace.diamond@dgslaw.com; kyler.burgi@dgslaw.com | First Class Mail and Email |
| 13133466 | GRE Broadmoor LLC | Davis Graham & Stubbs | Attn: Kyler Burgi | 1550 17th Street Suite 500 | | Denver | CO | 80202 | kyler.burgi@dgslaw.com | First Class Mail and Email |
| 15901033 | GRE Broadmoor LLC | Davis Graham & Stubbs | Attn: Kyler K. Burgi | 1550 17th Street | Suite 500 | Denver | CO | 80202 | grace.diamond@dgslaw.com; kyler.burgi@dgslaw.com | First Class Mail and Email |
| 15901030 | GRE Broadmoor LLC | Everwest Real Estate Adivsors | Attn: Justin Clark | 1099 18th Street | Unit 2900 | Denver | CO | 80202 | justin.clark@everwest.com | First Class Mail and Email |
| 13133468 | GRE Broadmoor LLC | Everwest Real Estate Investors | Justin Clark | 1099 18th Street Unit 2900 | | Denver | CO | 80202 | justin.clark@everwest.com | First Class Mail and Email |
| 15901035 | GRE Broadmoor LLC | P.O. Box 74885 | | | | Cleveland | OH | 44194 | justin.clark@everwest.com | First Class Mail and Email |
| 12997363 | Guilford County Tax Department | PO Box 3138 | | | | Greensboro | NC | 27402 | dtranquill@guilfordcounty.com | First Class Mail and Email |
| 12886189 | Harford County, Maryland | Department of Law | 220 S. Main Street | | | Bel Air | MD | 21014 | denalls@harfordcountymd.gov | First Class Mail and Email |
| 12833278 | Harford County, Maryland | Robert F. Sandlass, Jr., Treasurer | 220 S. Main Street | | | Bel Air | MD | 21014 | rfsandlass@harfordcountymd.gov | First Class Mail and Email |
| 13071578 | Hooper, Brittnei | ADDRESS ON FILE | | | | | | | | First Class Mail |
| 19043767 | Illinois Department of Revenue | Bankruptcy Section | P.O. Box 19035 | | | Springfield | IL | 62794 | REV.bankruptcy@illinois.gov | First Class Mail and Email |
| 20647067 | Indian River County Tax Collector | PO Box 1509 | | | | Vero Beach | FL | 32961 | bankruptcy@irctax.com | First Class Mail and Email |
| 12826458 | Iowa Department of Revenue | Office of the Attorney General of Iowa | Attn: Bankruptcy Unit | 1305 E. Walnut | | Des Moines | IA | 50319 | idr.bankruptcy@ag.iowa.gov; teresa.oehler@ag.iowa.gov | First Class Mail and Email |
| 13058091 | IREIT Plaistow Pentucket, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | knewman@barclaydamon.com | First Class Mail and Email |
| 12819438 | Johnson, Melissa | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 15423941 | Kapuscinski, Brian | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 15556129 | Kapuscinski, Brian | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 13113858 | Keate, Dawn | ADDRESS ON FILE | | | | | | | | First Class Mail |
| 12827371 | Kern County Treasurer and Tax Collector | PO Box 579 | | | | Bakersfield | CA | 93302 | bankruptcy@kerncounty.com | First Class Mail and Email |
| 15669915 | KIR Soncy L.P. | ArentFox Schiff LLP | Attn: Brett D. Goodman | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | brett.goodman@afslaw.com | First Class Mail and Email |
| 15669913 | KIR Soncy L.P. | c/o Kimco Realty Corporation | Attn: Raymond Edwards | 500 North Broadway | Suite 201 | Jericho | NY | 11753 | alyssa.fiorentino@afslaw.com; redwards@kimcorealty.com | First Class Mail and Email |
| 12828868 | Klak, Henry | | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 13090537 | Lakeline Plaza, LLC | Care of: Ronald E. Gold, Frost Brown Todd LLP | 301 East Fourth Street, Suite 3300 | | | Cincinnati | OH | 45202 | jkleisinger@fbtlaw.com; rgold@fbtlaw.com | First Class Mail and Email |
| 13090538 | Lakeline Plaza, LLC | Maria Manley-Dutton | Chief Legal Officer, Lakeline Plaza, LLC | 4900 East Dublin Granville Road, 4th Floor | | Columbus | OH | 43081 | Mmanley@burton@wpgus.com | First Class Mail and Email |
| 15424496 | Larimer County Treasurer | Kristopher Peters | 200 W Oak St Suite 2100 | | | Fort Collins | CO | 80522 | peterskr@co.larimer.co.us | First Class Mail and Email |
| 12915928 | Larimer County Treasurer | PO Box 1250 | | | | Fort Collins | CO | 80522 | peterskr@co.larimer.co.us | First Class Mail and Email |
| 12864382 | Lick, Neil Davi | ADDRESS ON FILE | | | | | | | | First Class Mail |
| 13050096 | Lindblom, Scott | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | Email |
| 19175130 | Louisiana Department of Revenue | Bankruptcy Section | P O Box 66658 | | | Baton Rouge | LA | 70896 | Amy.Prather@LA.GOV | First Class Mail and Email |
| 12817742 | Marin County Tax Collector | PO Box 4220 | | | | San Rafael | CA | 94949 | taxcollector@marincounty.org | First Class Mail and Email |
| 12830317 | Massachusetts Department of Revenue: Bankruptcy Unit | | | | | | | | ancionb@dor.state.ma.us | Email |
| 13051380 | Massachusetts Department of Revenue: Bankruptcy Unit | PO Box 7090 | | | | Boston | MA | 02204 | dwyersa@dor.state.ma.us, ancionb@dor.state.ma.us | First Class Mail and Email |
| 12815374 | Mcintyre, Carol | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12984844 | MicroStrategy Services Corporation | 1850 Towers Crescent Plaza | | | | Tysons Corner | VA | 22182 | elpowell@microstrategy.com | First Class Mail and Email |
| 15425697 | MicroStrategy Services Corporation | P.O. Box 409671 | | | | Atlanta | GA | 30384 | lmalave@microstrategy.com | First Class Mail and Email |
| 15556538 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | First Class Mail |
| 12899116 | New York State Department of Taxation and Finance | PO Box 5300 | | | | Albany | NY | 12205 | | First Class Mail |
| 18989490 | NJ Dept. of Labor, Div. Employer Accounts | C/O OFFICE OF THE ATTORNEY GENERAL OF NEW JERSEY | RICHARD J. HUGHES COMPLEX | PO BOX 106 | | TRENTON | NJ | 08625-0106 | | First Class Mail |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 3 of 5

Exhibit B
Affected Claimants Service List
Served as set forth below

| ID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Email | Method |
|---|---|---|---|---|---|---|---|---|---|---|
| 18989488 | NJ Dept. of Labor, Div. Employer Accounts | PO Box 379 | | | | Trenton | NJ | 08625-0379 | EABankrupt@dol.nj.gov | First Class Mail and Email |
| 13088748 | Northgate Mall Partnership | c/o Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46204 | bmexin@simon.com; rtucker@simon.com | First Class Mail and Email |
| 16879389 | Northgate Mall Partnership | Care of Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46176 | bmexin@simon.com; rtucker@simon.com | First Class Mail and Email |
| 13088750 | Northgate Mall Partnership | PO Box 775752 | Suite 300 | Attn: General Counsel | | Chicago | IL | 60677 | | First Class Mail |
| 16879391 | Northgate Mall Partnership | PO Box 775752 | | | | Chicago | IL | 60677 | | First Class Mail |
| 16879390 | Northgate Mall Partnership | Ronald M. Tucker | 225 West Washington Street | | | Indianapolis | IN | 46204 | rtucker@simon.com | First Class Mail and Email |
| 12829910 | Northgate Mall Partnership, a Delaware general | c/o Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46176 | bmexin@simon.com; rtucker@simon.com | First Class Mail and Email |
| 12880878 | Northgate Mall Partnership, a Delaware general | c/o PO Box 775752 | | | | Chicago | IL | 60677 | | First Class Mail |
| 13135732 | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | Blue Owl Capital | Drew Wides | 30 N LaSalle Street, Suite 4140 | | Chicago | IL | 60602 | drew.wides@blueowl.com | First Class Mail and Email |
| 13135730 | Oak Street Investment Grade Net Lease Fund Series 2021-1, LLC | Kelley Drye & Warren LLP | Robert L. LeHane | 3 World Trade Center | 175 W Greenwich St | New York | NY | 10007 | rlehane@kelleydrye.com; syachik@kelleydrye.com | First Class Mail and Email |
| 19152016 | Ohio Department of Taxation | Attn: Attorney General of the State of Ohio | 30 E. Broad St. 14th Floor | | | Columbus | OH | 43215 | | First Class Mail |
| 19152014 | Ohio Department of Taxation | Attn: Bankruptcy Division | P.O. Box 530 | | | Columbus | OH | 43216 | bankruptcydivision@tax.ohio.gov | First Class Mail and Email |
| 12819952 | Ohio Department of Taxation | P.O. Box 530 | | | | Columbus | OH | 43216 | bankruptcydivision@tax.state.oh.us | First Class Mail and Email |
| 13134542 | OWLET BABY CARE, INC. | 3300 N. Ashton Blvd, Suite 300 | | | | Lehi | UT | 84043 | kristina.terlaga@procopio.com; Rmika@owletcare.com | First Class Mail and Email |
| 13134544 | OWLET BABY CARE, INC. | Attn: Gary Kennedy, Esq. | Procopio, Cory, Hargreaves & Savitch LLP | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | gerald.kennedy@procopio.com | First Class Mail and Email |
| 13134545 | OWLET BABY CARE, INC. | Attn: Richard Mika | P.O. Box 17198 | | | Palatine | IL | 60055-7198 | Rmika@owletcare.com | First Class Mail and Email |
| 15480447 | Papyrus-Recycled Greetings, Inc. | 3613 Solutions Center | | | | Chicago | IL | 60677-3006 | rfs@amgreetings.com | First Class Mail and Email |
| 13009638 | Papyrus-Recycled Greetings, Inc. | One American Blvd | | | | Cleveland | OH | 44145 | g.manternach@amgreetings.com; gregg.manternach@amgreetings.com | First Class Mail and Email |
| 12826302 | Perez, Ricardo | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | Email |
| 12862115 | PIERCE COUNTY FINANCE DEPT | ATTN: JASON THIESSEN | 950 FAWCETT AVE, STE 100 | | | TACOMA | WA | 98375 | jason.thiessen@piercecountywa.gov | First Class Mail and Email |
| 15669941 | PL Dulles LLC | ArentFox Schiff LLP | Attn: Brett D. Goodman | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | brett.goodman@afslaw.com | First Class Mail and Email |
| 15669939 | PL Dulles LLC | c/o Kimco Realty Corporation | Attn: Raymond Edwards | 500 North Broadway | Suite 201 | Jericho | NY | 11753 | redwards@kimcorealty.com | First Class Mail and Email |
| 12762477 | Prince George's County, Maryland | 6801 Kenilworth Ave., Ste 400 | | | | Riverdale Park | MD | 20737 | bdept@mrrlaw.net | First Class Mail and Email |
| 13133843 | Realty Income Corporation | 11995 El Camino Real | | | | San Diego | CA | 92130 | arhim@hrhlaw.com | First Class Mail and Email |
| 13133841 | Realty Income Corporation | 15910 Ventura Blvd., Suite 1200 | | | | Encino | CA | 91436 | arhim@hrhlaw.com | First Class Mail and Email |
| 13135710 | Realty Income Corporation | c/o Hemar Rousso Heald/Attn: A. Rhim | 15910 Ventura Blvd. Suite 1200 | | | Encino | CA | 91436 | arhim@hrhlaw.com | First Class Mail and Email |
| 15514053 | Republic Services National Accounts, LLC | 18500 N Allied Way | | | | Phoenix | AZ | 85054 | drice@republicservices.com | First Class Mail and Email |
| 13044593 | Republic Services National Accounts, LLC | P.O. Box 99917 | | | | Chicago | IL | 60696 | drice@republicservices.com | First Class Mail and Email |
| 15668991 | Rolling Hills Plaza, LLC | 2601 Airport Drive, Suite 300 | | | | Torrance | CA | 90505 | sfuchs@bristolgroupinc.com | First Class Mail and Email |
| 15478177 | Rolling Hills Plaza, LLC | Ian S. Landsberg | 1880 Century Park East, Suite 300 | 420 Lexington Avenue, Suite 2320 | | Los Angeles | CA | 90067 | ilandsberg@sklarkirsh.com | First Class Mail and Email |
| 13114846 | RXR 620 Master Lessee LLC | Edmond O'Brien, Esq. | c/o Cyruli Shanks & Zizmor LLP | 420 Lexington Avenue, Suite 2320 | | New York | NY | 10170 | jrich@cslaw.com | First Class Mail and Email |
| 18239832 | Safety National Casualty Corporation | 111 Congress Ave, Suite 1400 | | | | Austin | TX | 78701 | leanne.odonnell@huschblackwell.com | First Class Mail and Email |
| 13114808 | Safety National Casualty Corporation | c/o Mark T. Benedict | Husch Blackwell LLP | 4801 Main Street, Suite 1000 | | Kansas City | MO | 64112 | mark.benedict@huschblackwell.com | First Class Mail and Email |
| 13114809 | Safety National Casualty Corporation | Gus Aivaliotis | Chief Underwriting Officer | Safety National Casualty Corporation | 1832 Schultz Road | St. Louis | MO | 63146 | gus.aivaliotis@safetynational.com | First Class Mail and Email |
| 13071525 | SALESFORCE, INC. | C/O BIALSON, BERGEN & SCHWAB | ATTN: LAWRENCE SCHWAB/GAYE HECK | 830 MENLO AVE., SUITE 201 | | MENLO PARK | CA | 94551 | GHECK@BBSLAW.COM; YESSENIA@BBSLAW.COM | First Class Mail and Email |
| 20625079 | San Bernardino County | Office of the Tax Collector | 268 West Hospitality Lane | 1st Floor | | San Bernardino | CA | 92415 | | First Class Mail |
| 12822156 | San Diego County Treasurer Tax Collector | 1600 Pacific Highway, Room 162 | | | | San Diego | CA | 92101 | damaris.villalobos1@sdcounty.ca.gov | First Class Mail and Email |
| 15478049 | Serota Islip NC LLC | Attn: Joseph Scimone | 70 East Sunrise Highway | | | Valley Stream | NY | 11581 | jscimone@serotaproperties.com | First Class Mail and Email |
| 13000000 | Serota Islip NC, LLC | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Richard J. McCord, Esq. | 90 Merrick Avenue | | East Meadow | NY | 11554 | jscimone@serotaproperties.com; rmccord@certilmanbalin.com | First Class Mail and Email |
| 18236515 | Serota Islip NC, LLC | Attn: Joseph V. Scimone | 70 East Sunrise Highway | | | Valley Stream | NY | 11581 | jscimone@serotaproperties.com | First Class Mail and Email |
| 18236462 | Serota Islip NC, LLC | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord | 90 Merrick Avenue | | East Meadow | NY | 11554 | rmccord@certilmanbalin.com | First Class Mail and Email |
| 18249649 | Sherman, Holly | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | Email |
| 12870082 | Sherman, Holly | ADDRESS ON FILE | | | | | | | | First Class Mail |
| 12903823 | Skagit County Treasurer | 700 S 2nd Street | Rm 205 | | | Mount Vernon | WA | 98273 | treasurer@co.skagit.wa.us | First Class Mail and Email |
| 15514039 | Skagit County Treasurer | Frederick Alan Haist - Skagit County Deputy Prosecuting Attorney | 605 S. Third St. | | | Mount Vernon | WA | 98273-3867 | fhaist@co.skagit.wa.us | First Class Mail and Email |
| 13045780 | Skagit County Treasurer | PO Box 518 | | | | Mount Vernon | WA | 98273 | kayleeo@co.skagit.wa.us | First Class Mail and Email |
| 12875505 | South Dakota Department of Revenue | 445 E. Capitol Ave | | | | Pierre | SD | 57501 | nathan.skoglund@state.sd.us | First Class Mail and Email |

Exhibit B
Affected Claimants Service List
Served as set forth below

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13090897 | Southgate Mall Montana II LLC | c/o Ronald E. Gold, Frost Brown Todd LLP | 301 East Fourth Street, Suite 3300 | | | Cincinnati | OH | 45202 | eseverini@fbtlaw.com; jkleisinger@fbtlaw.com; rgold@fbtlaw.com | First Class Mail and Email |
| 13090898 | Southgate Mall Montana II LLC | Maria Manley-Dutton | Chief Legal Officer, Southgate Mall Montana II LLC | 4900 East Dublin Granville Road, 4th Floor | | Columbus | OH | 43081 | MmanleyDutton@wpgus.com | First Class Mail and Email |
| 13112791 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | FL DEPARTMENT OF REVENUE, BANKRUPTCY | P.O. BOX 8045 | | | TALLAHASSEE | FL | 32314-8045 | FDOR_Bankruptcy@floridarevenue.com | First Class Mail and Email |
| 13112789 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | FREDERICK F. RUDZIK, ESQ. | P.O. BOX 6668 | | | TALLAHASSEE | FL | 32314-6668 | Fred.Rudzik@floridarevenue.com | First Class Mail and Email |
| 16304437 | State of New Jersey - Division of Taxation Bankruptcy Unit | | P.O. Box 245 | | | Trenton | NJ | 08695 | stephanie.harle@treas.nj.gov | First Class Mail and Email |
| 12872148 | Sunrise Mills (MLP) Limited Partnership | c/o Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46204 | rtucker@simon.com | First Class Mail and Email |
| 12985545 | Sunrise Mills (MLP) Limited Partnership | PO Box 277861 | | | | Atlanta | GA | 30384-7861 | | First Class Mail |
| 12760058 | Tax Appraisal District of Bell County | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | julie.parsons@mvbalaw.com | First Class Mail and Email |
| 18239875 | Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictio | Lydia Hewett | Accounts Examiner | Attn: Revenue Accounting Div. | 111 E. 17th Street | Austin | TX | 78711 | bankruptcysection@cpa.texas.gov | First Class Mail and Email |
| 18652943 | Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictio | Office of the Attorney General Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | | | Austin | TX | 78711 | bankruptcytax@oag.texas.gov | First Class Mail and Email |
| 18937672 | Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictio | Revenue Accounting Division | Attention: Bankruptcy | P.O. Box 13528 | | Austin | TX | 78711 | bankruptcysection@cpa.texas.gov | First Class Mail and Email |
| 18329791 | Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictio | Tommy Tran | Accounts Examiner | Attn: Revenue Accounting Div. | 111 E. 17th Street | Austin | TX | 78711 | | First Class Mail |
| 13136020 | The Colonies-Pacific, LLC | c/o Pacific Development Group | Attn: Mr. Arne K. Youngman | One Corporate Plaza | Second Floor | Newport Beach | CA | 92660 | ayoungman@pdgcenters.com | First Class Mail and Email |
| 13136018 | The Colonies-Pacific, LLC | c/o Winthrop Golubow Hollander, LLP | Attn: Richard H. Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | rgolubow@wghlawyers.com | First Class Mail and Email |
| 12872279 | Thevabalasingham, Kim | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12925127 | Thevabalasingham, Kim | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 13062898 | Town of West Hartford_LIC270033 | 50 South Main Street | Revenue Collections CTR RM 109 | | | West Hartford | CT | 06107 | helene@westhartfordct.gov | First Class Mail and Email |
| 17746742 | Lab LLC | Attn: General Counsel | 1460 Broadway | | | New York | NY | 10036 | | First Class Mail |
| 13115090 | Transaction Tax Resources, Inc. | 255 South King Street, Suite 1800 | | | | Seattle | WA | 98104 | steven.reilly@avalara.com | First Class Mail and Email |
| 13116117 | VPCC Pioneer LLC | c/o Wiles and Wiles, LLP | 800 Kennesaw Avenue, Suite 400 | | | Marietta | GA | 30060 | bankruptcy@evict.net | First Class Mail and Email |
| 13113806 | WA Department of Revenue | 2101 4th Ave., Suite 1400 | | | | Seattle | WA | 98121 | andrewg@dor.wa.gov | First Class Mail and Email |
| 13089430 | WESCO Services, LLC d/b/a WESCO Energy Solutions | C/O Mark A. Lindsay, Esq. | Whiteford, Taylor & Preston | 11 Stanwix Street, Suite 1400 | | Pittsburgh | PA | 15222 | mlindsay@whitefordlaw.com | First Class Mail and Email |
| 13090853 | Whitemak Associates | Frost Brown Todd LLP | c/o Ronald E. Gold | 301 East Fourth Street, Suite 3300 | | Cincinnati | OH | 45202 | jkleisinger@fbtlaw.com; rgold@fbtlaw.com | First Class Mail and Email |
| 13090854 | Whitemak Associates | Maria Manley-Dutton | 4900 East Dublin Granville Road, 4th Floor | | | Columbus | OH | 43081 | MmanleyDutton@wpgus.com | First Class Mail and Email |
| 13057210 | Wise, Audry Marie | ADDRESS ON FILE | | | | | | | EMAIL ADDRESS ON FILE | First Class Mail and Email |
| 12828797 | Wonder Design Corp. | 5F ,No. 93, Sec. 4 Nanjin E. Road | | | | Taipei | | Taiwan | emilyhuang@wonder-design.com.tw | First Class Mail and Email |
| 13058218 | 299999 Holdings Ltd. | 534-1055 Dunsmuir Street | | | | Vancouver | BC | V7X1L2 | Canada | Accounting@lanthos.ca; management@lanthos.ca | First Class Mail and Email |