| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:    (212) 561-7700<br>Facsimile:    (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.    I, Lisa Petras:

☐ represent the _____ in this matter.
☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
☐ am the _____ in this matter am representing myself.

2.    On September 9, 2024, I caused a true and correct copy of the below referenced document to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

3.    On September 9, 2024, I caused a true and correct copy of the below referenced document to be served via email on the party described on **Exhibit A** attached hereto.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

- *Plan Administrator's Opposition to Former and Canceled Shareholder's Untimely Motion for "Closed Door Hearing" Regarding Plan Administrator's Motion for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011* [Docket No. 3508].

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: September 9, 2024                    */s/ Lisa Petras*
                                            Lisa Petras

# **EXHIBIT A**

Bed Bath and Beyond Shareholder
*Email address redacted for privacy.*
*Served at the email address provided by party in response to Court's June 12, 2024, Order.*