**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:   bsandler@pszjlaw.com
           plabov@pszjlaw.com
           crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

Order Filed on September 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND CONSENT ORDER RESOLVING JOINT MOTION OF TEXAS TAXING AUTHORITIES TO COMPEL PAYMENT OF REMAINING AMOUNTS DUE ON YEAR 2022 AD VALOREM BUSINESS PERSONAL PROPERTY TAXES**
[DOCKET NO. 2664]

The relief set forth on the following pages, numbered two (2) through eight (8) is hereby

**ORDERED**.

**DATED: September 13, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

This Stipulation and Consent Order (the "Order") is entered into by the Texas Taxing Authorities[2] and Michael Goldberg, solely in his capacity as plan administrator (the "Plan Administrator"), and together, the "Parties" including, as applicable, by and through their duly authorized undersigned counsel.

## RECITALS

**WHEREAS**, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**WHEREAS**, on September 11, 2023, the Debtors filed their *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2160] (the "Plan"). On September 14, 2023, the Court entered an Order confirming the Plan (the "Confirmation Order") [Docket No. 2172].

---

[2] The Texas Taxing Authorities include all taxing authorities represented by Linebarger Goggan Blair & Sampson, Perdue Brandon Fielder Collins & Mott, and McCreary Veselka Bragg & Allen including but not limited to: Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, City of El Paso, Fort Bend County WCID #02, Fort Bend County, City of Frisco, Grayson County, Gregg County, Harris County, Hidalgo County, Jefferson County, Lewisville Independent School District, City of McAllen, McLennan County, City of Mesquite, Montgomery County, Nueces County, Parker CAD, Rockwall CAD, San Marcos CISD, Smith County, Tarrant County, Tom Green CAD, Victoria County, Wichita County Tax Office, Randall County Tax Office, Brazoria County, Brazoria County Special Road & Bridge, Alvin Independent School District, Alvin Community College, Brazoria County Drainage District #4, Pearland Municipal Management, Brazoria Municipal Utility District #06, Woodlands Metro Municipal Utility District, Woodlands Road Utility District, Clear Creek Independent School District, Humble Independent School District, Pasadena Independent School District, Spring Branch Independent School District, City of Houston, Lubbock Central Appraisal District, Midland County, City of Lake Worth, Crowley Independent School District, Grapevine-Colleyville Independent School District, Frisco Independent School District, Plano Independent School District, Bell County Tax Appraisal District, Bowie Central Appraisal District, Brazos County, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, Taylor County Central Appraisal District, City of Waco, Waco Independent School District and Williamson County.

| (Page \| 3) | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

**WHEREAS**, on September 12, 2023, the Court held the plan confirmation hearing. At said hearing, the Debtors represented that the 2022 taxes due and owing to the Texas Taxing Authorities would be paid within forty-eight (48) hours of said hearing.

**WHEREAS,** the effective date of the Plan occurred on September 29, 2023 (the "Plan Effective Date"), pursuant to the *Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates and (II) Occurrence of Effective Date* [Docket No. 2311].

**WHEREAS**, after the confirmation hearing, the Debtors paid the base tax on the 2022 tax amounts, but not the pre-petition interest and penalties or post-petition interest thereon, which constituted amounts due on the claims. On November 6, 2023, the Texas Taxing Authorities filed their *Joint Motion to Compel Payment of Remaining Amounts Due on "Year 2022 Ad Valorem Business Personal Property Taxes* (the "Motion to Compel") [Docket No. 2664].

**WHEREAS**, the August 2024 balances remaining unpaid to the Texas Taxing Authorities for the portions of their claims attributable to year 2022 ad valorem business personal property taxes are: $195,819.42 for the entities represented by McCreary, Veselka, and Allen, PC; $118,882.24 for the entities represented by Perdue, Brandon, Fielder, Collins & Mott, LLP; and $706,061.88 for the entities represented by Linebarger Goggan Blair & Sampson, LLP (the "Tax Firms"). The August 2024 balance owed to each individual entity comprising the Texas Taxing Authorities is itemized on the attached **Exhibits A-C**.

4891-4823-2146.4 08728.003

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

**WHEREAS**, the Debtors have returned funds from the Professional Fee Escrow Account, with $600,000.00 earmarked for the Texas Taxing Authorities, to be divided pro-rata based on the August 2024 balances set forth in the following paragraphs[3], within three (3) business days of the Effective Date, defined below, for pro-rata disbursement to the Texas Taxing Authorities.

**WHEREAS**, the Plan Administrator has additionally agreed to remit a total of $150,000.00 from the Texas Reserve (as defined below) to the Tax Firms, to be divided pro-rata based on the August balances set forth herein, within three (3) business days of the Effective Date, defined below, for pro-rata disbursements to the Texas Taxing Authorities.

**WHEREAS**, the Plan Administrator and the Texas Taxing Authorities have agreed that the Texas Taxing Authorities shall have Allowed Priority Tax Claims for the unpaid 2022 tax balances following application of the $750,000 in payments from the Plan Administrator, which claims shall be paid in accordance with the Plan.  Said amounts are itemized on the attached **Exhibits D-F** and are automatically allowed as Priority Tax Claims accordingly without need for further amendment of the Texas Taxing Authorities' claims by the Tax Firms.  No further amounts, including without limitation, for interest and penalties shall be due and owing.  Further, the claims agent shall be authorized to update the claims register accordingly.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

---

[3] The Tax Firms have each provided their clients' pro-rata share of tax payments set forth herein.

4891-4823-2146.4 08728.003

| (Page | 5) | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

1.      The recitals set forth above are hereby made an integral part of the Parties' Stipulation and are incorporated herein.

2.      <u>Effective Date</u>.  This Stipulation and Consent Order shall become Effective (the "<u>Effective Date</u>") upon becoming final and non-appealable.

3.      <u>2022 ad valorem business personal property claim balances.</u>  The Parties agree the 2024 balances remaining unpaid to the Texas Taxing Authorities for the portions of their claims attributable to year 2022 ad valorem business personal property taxes are:  $195,819.42 for the entities represented by McCreary, Veselka, Bragg and Allen, PC; $118,882.24 for the entities represented by Perdue, Brandon, Fielder, Collins & Mott, LLP; and $706,061.88 for the entities represented by Linebarger Goggan Blair & Sampson, LLP (the "<u>Tax Firms</u>"), as itemized on the attached **Exhibits A-C**.

4.      <u>Payment from Plan Administrator.</u>  The Parties agree that, within three (3) business days of the Effective Date, the Plan Administrator shall remit a total of $600,000.00 to the Tax Firms, which sum was previously earmarked by the Debtors from the Professional Fee Reserve for this purpose, pro-rated as follows:

    <u>$115,101.74</u> to McCreary, Veselka, Bragg and Allen, PC;

    <u>$69,878.42</u> to Perdue, Brandon, Fielder, Collins & Mott, LLP; and

    <u>$415,019.84</u> to Linebarger Goggan Blair & Sampson, LLP

 for pro-rata distribution by the Tax Firms to the applicable Texas Taxing Authorities.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

5.    <u>Additional Payment from Plan Administrator.</u>   Within three (3) business days of the Effective Date, the Plan Administrator shall remit a total of $150,000.00 from the Texas Reserve[4], to the Tax Firms, pro-rated as follows:

<u>$28,775.43 </u>to McCreary, Veselka, Bragg and Allen, PC;

<u>$17,469.62 </u>to Perdue, Brandon, Fielder, Collins & Mott, LLP; and

<u>$103,754.95 </u>to Linebarger Goggan Blair & Sampson, LLP

for pro-rata distribution by the Tax Firms to the applicable Texas Taxing Authorities.

6.     <u>Allowed Priority Tax Claims.</u>   The Texas Taxing Authorities shall have Allowed Priority Tax Claims for the unpaid balances as of August 2024 after application of the $750,000 in payments from the Plan Administrator.   These claim amounts are itemized on the attached **<u>Exhibits D-F</u>** and are automatically allowed as the remaining claim balances of the claims of the Texas Taxing Authorities without need for further amendment of claims by the Tax Firms, and such claims shall be paid in accordance with the Plan.  No further interest and/or penalties shall accrue on the remaining claims and this stipulation shall resolve all claims of the Texas Taxing Authorities with respect to 2022 *Ad Valorem* Taxes.   The claims agent shall update the claims register accordingly.

7.     The Parties further agree that the terms of this Stipulation and Consent Order resolve the Motion to Compel [Docket No. 2664].

---

4   The "Texas Reserve" is defined in the *Order (I) Authorizing the Settlement of Ad Valorem Tax Claims of Texas Taxing Authorities, (II) Authorizing the Use of $2.8 Million Set Aside to Satisfy Claims of Texas Taxing Authorities, and III) Granting Related Relief* [Docket. No. 2954].

(Page | 7)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

8.      The Parties acknowledge and agree that the Court shall retain jurisdiction over all

disputes concerning or related to the subject matter of this Stipulation and Consent Order.

Dated:  September 11, 2024

/s/ Paul J. Labov
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Plan Administrator*

Dated:  August 30, 2024

/s/ Julie Anne Parsons
Julie Anne Parsons, Esq.
McCreary Veselka Bragg & Allen PC
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
Telephone:  (512) 323-3200
Email:  julie.parsons@mvbalaw.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

Dated:  August 30, 2024

/s/ Melissa E. Valdez
Melissa E. Valdez, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
Telephone:  (713) 862-1860
Facsimile:  (713) 862-1429
Email :  mvaldez@pbfcm.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

(Page | 8)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

Dated:  September 4, 2024

*/s/ Tara L. Grundemeier*
Tara L. Grundemeier, Esq.
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Dr., Suite 600
Houston, TX 77081
Telephone:  (713) 844-3478
Facsimile :  (713) 844-3503
Email:  tara.grundemeier@lgbs.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

Dated:  September 11, 2024

*/s/ Vincent J. Roldan*
Vincent J. Roldan, Esq.
MANDELBAUM BARRETT PC
3 Becker Farm Rd., Suite 105
Roseland, NJ 07068
Telephone:  (973) 974-9815
Email :  vroldan@mblawfirm.com

*Local Counsel to the Texas Taxing Authorities as set forth in FN2*

# EXHIBIT A

| Taxing Entity | Account Number | 2022 Base Tax Amount Claimed | Claim (prepet) P&I | Total 2022 Claim Amt. | Postpet Interest May 2023-Aug 2024 (2022 Base Tax Amt. x .16) | Amount paid by Debtors | Total Still Due Through Aug 2024 | Amount Paid by Plan Administrator |
|---|---|---|---|---|---|---|---|---|
| Brazos | 335670 | $20,922.79 | $5,785.17 | $26,707.96 | $3,347.65 | $20,922.79 | $9,132.82 | $6,710.28 |
| Denton MVBA entities | 938862DEN | $6,142.18 | $2,039.21 | $8,181.39 | $982.75 | $6,142.18 | $3,021.96 | 2220.37 |
| | 655782DEN | $1,968.91 | $653.68 | $2,622.59 | $315.03 | $1,968.91 | $968.71 | 711.75 |
| | 696803DEN | $259,744.53 | $86,235.20 | $345,979.73 | $41,559.12 | $259,744.53 | $127,794.32 | 93896.14 |
| | 943191DEN | $21,804.00 | $6,028.80 | $27,832.80 | $3,488.64 | $21,804.00 | $9,517.44 | 6992.88 |
| Guadalupe County for City of Selma | P325420 | $2,008.64 | $555.39 | $2,564.03 | $321.38 | $2,008.64 | $876.77 | $644.21 |
| Hays County | P117965 | $3,356.65 | $928.11 | $4,284.76 | $537.06 | $3,356.65 | $1,465.17 | $1,076.52 |
| Midland CAD entities | P000027228 | $9,094.96 | $3,019.53 | $12,114.49 | $1,455.19 | $9,094.96 | $4,474.72 | $3,287.77 |
| Taylor County CAD | 972540 | $8,979.43 | $2,981.17 | $11,960.60 | $1,436.71 | $8,979.43 | $4,417.88 | $3,246.01 |
| City of Waco/Waco ISD | 48A139470 | $10,359.47 | $2,864.39 | $13,223.86 | $1,657.52 | $10,359.47 | $4,521.91 | $3,322.45 |
| Williamson County | P450420 | $25,616.23 | $7,082.88 | $32,699.11 | $4,098.60 | $25,616.23 | $11,181.48 | $8,215.53 |
| | P406323 | $27,642.66 | $7,643.17 | $35,285.83 | $4,422.83 | $27,642.66 | $12,066.00 | $8,865.42 |
| | P490204 (Buy Buy Baby) | $14,616.82 | $4,041.55 | $18,658.37 | $2,338.69 | $14,616.82 | $6,380.24 | $4,687.84 |
| **Totals** | | **$412,257.27** | **$129,858.25** | **$542,115.52** | **$65,961.17** | **$412,257.27** | **$195,819.42** | **$143,877.17** |

# EXHIBIT B

| Perdue Brandon Fielder Collins & Mott LLP - Exhibit B | | | | | | |
|---|---|---|---|---|---|---|
| Taxing Entity | Account Number | 2022 Base Tax Amount Claimed | 2022 Claim P/I (prepetition) | 2022 Claim Total | Post Petition Interest (May 2023 - August 2024) | Amount paid by Debtors | Amount due through August 2024 |
| Alvin Comm College | 9100-0148-000 | $ 1,118.39 | $ 309.23 | $1,427.62 | $ 178.94 | $ 1,118.39 | $ 488.17 |
| Alvin ISD | 9100-0148-000 | $ 9,386.82 | $ 3,116.42 | $12,503.24 | $ 1,501.89 | $ 9,386.82 | $ 4,618.31 |
| Brazoria County | 9100-0148-000 | $ 1,983.42 | $ 658.50 | $2,641.92 | $ 317.35 | $ 1,983.42 | $ 975.85 |
| Brazoria County Drainage District #4 | 9100-0148-000 | $ 940.25 | $ 312.17 | $1,252.42 | $ 150.44 | $ 940.25 | $ 462.61 |
| Brazoria County Special Road & Bridge | 9100-0148-000 | $ 340.67 | $ 113.10 | $453.77 | $ 54.51 | $ 340.67 | $ 167.61 |
| Brazoria Municipal Utility District #06 | 9100-0148-000 | $ 3,066.03 | $ 1,017.92 | $4,083.95 | $ 490.56 | $ 3,066.03 | $ 1,508.48 |
| Pearland Municipal Management | 9100-0148-000 | $ 512.10 | $ 170.02 | $682.12 | $ 81.94 | $ 512.10 | $ 251.96 |
| Frisco Independent School District | P900020214071 | $ 14,733.82 | $ 4,891.63 | $19,625.46 | $ 2,357.41 | $ 14,733.82 | $ 7,249.04 |
| Frisco Independent School District | P900021130071 | $ 15,459.25 | $ 5,132.47 | $20,591.72 | $ 2,473.48 | $ 15,459.25 | $ 7,605.95 |
| Plano Independent School District | P900022011971 | $ 10,816.70 | $ 3,351.02 | $14,167.72 | $ 1,730.67 | $ 10,816.70 | $ 5,081.69 |
| Plano Independent School District | P900029504641 | $ 26,328.31 | $ 8,156.51 | $34,484.82 | $ 4,212.53 | $ 26,328.31 | $ 12,369.04 |
| Plano Independent School District | P900021010081 | $ 11,392.25 | $ 3,529.32 | $14,921.57 | $ 1,822.76 | $ 11,392.25 | $ 5,352.08 |
| City of Houston | *0712040 | $ 6,461.64 | $ 2,145.26 | $8,606.90 | $ 1,033.86 | $ 6,461.64 | $ 3,179.12 |
| Clear Creek Independent School District | *0651006 | $ 11,892.95 | $ 1,308.22 | $13,201.18 | $ 1,902.87 | $ 11,892.95 | $ 3,211.09 |
| Clear Creek Independent School District | 2169870 | $ 9,557.66 | $ 1,051.34 | $10,609.00 | $ 1,529.23 | $ 9,557.66 | $ 2,580.57 |
| Humble Independent School District | *0797999 | $ 21,975.29 | $ 2,417.29 | $24,392.62 | $ 3,516.05 | $ 21,975.29 | $ 5,933.34 |
| Humble Independent School District | 2310368 | $ 8,278.21 | $ 910.60 | $9,188.82 | $ 1,324.51 | $ 8,278.21 | $ 2,235.11 |
| Pasadena Independent School District | *0926033 | $ 10,687.73 | $ 3,548.33 | $14,236.06 | $ 1,710.04 | $ 10,687.73 | $ 5,258.37 |
| Spring Branch Independent School District | *0712040 | $ 15,363.42 | $ 5,100.66 | $20,464.07 | $ 2,458.15 | $ 15,363.42 | $ 7,558.81 |
| Lubbock Central Apppraisal District | P174914 | $ 16,255.37 | $ 5,396.79 | $21,652.17 | $ 2,600.86 | $ 16,255.37 | $ 7,997.65 |
| Midland County | P027228 | $ 833.14 | $ 276.61 | $1,109.75 | $ 133.30 | $ 833.14 | $ 409.91 |
| Woodlands Metro Municipal District | 19-1001-93-25066 | $ 951.22 | $ 315.80 | $1,267.03 | $ 152.20 | $ 951.22 | $ 468.00 |
| Woodlands Road Utility District | 19-1001-93-25066 | $ 2,174.22 | $ 239.16 | $2,413.38 | $ 347.88 | $ 2,174.22 | $ 587.04 |
| Randall County Tax Office | 239673 | $ 25,887.90 | $ 8,594.80 | $34,482.70 | $ 4,142.06 | $ 25,887.90 | $ 12,736.86 |
| City of Lake Worth | 12200018 | $ 2,654.77 | $ 881.38 | $3,536.15 | $ 424.76 | $ 2,654.77 | $ 1,306.14 |
| Grapevine-Colleyville Independent School District | 12694096 | $ 8,992.00 | $ 2,985.34 | $11,977.34 | $ 1,438.72 | $ 8,992.00 | $ 4,424.06 |
| Grapevine-Colleyville Independent School District | 14383930 | $ 11,627.60 | $ 3,860.37 | $15,487.97 | $ 1,860.42 | $ 11,627.60 | $ 5,720.79 |
| Wichita County Tax Office | 443823 | $ 18,586.59 | $ 6,170.74 | $24,757.33 | $ 2,973.85 | $ 18,586.59 | $ 9,144.59 |
| | | | | | $ - | | |
| | | $ 268,257.72 | $ 75,961.00 | $ 344,218.79 | $ 42,921.24 | $ 268,257.72 | $ 118,882.24 |

# EXHIBIT C

Bed Bath Beyond, Inc
23-13359; 23-13400

**EXHIBIT C   LINEBARGER GOGGAN BLAIR & SAMPSON, LLP CLIENTS**

| Entity Name | Bank Number | Account Number | POC Year | POC Amount | 2022 POC Amounts | 2022 Base Tax | 2022 Claim Shortfall | Post-Petition Interest | 2022 Total Due through August 31, 2024 | 2022 Payment Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Bexar County | 23-13359 | 000001142637 | 2022-2023 EST | $47,933.58 | $27,378.87 | $20,554.71 | $6,824.16 | $3,288.75 | $10,112.91 | $20,554.71 |
| Bexar County | 23-13359 | 000001328825 | 2022-2023 EST | $104,276.47 | $58,606.73 | $45,669.74 | $12,936.99 | $7,307.16 | $20,244.15 | $45,669.74 |
| Bexar County | 23-13359 | 902033105805 | 2022-2023 EST | $58,870.11 | $33,086.90 | $25,783.21 | $7,303.69 | $4,125.31 | $11,429.00 | $25,783.21 |
| Bexar County | 23-13359 | 902033105810 | 2022-2023 EST | $51,034.39 | $28,684.49 | $22,349.90 | $6,334.59 | $3,575.98 | $9,910.57 | $22,349.90 |
| Bexar County | 23-13359 | 902033106100 | 2022-2023 EST | $81,529.19 | $45,824.46 | $35,704.73 | $10,119.73 | $5,712.76 | $15,832.49 | $35,704.73 |
| Bexar County | 23-13400 | 000001328820 | 2022-2023 EST | $48,549.60 | $27,286.44 | $21,263.16 | $6,023.28 | $3,402.11 | $9,425.39 | $21,263.16 |
| | | | Total: | $392,193.34 | $220,867.89 | | | $0.00 | | |
| Crowley ISD | 23-13359 | 11091908 | 2022-2023 EST | $37,557.31 | $20,570.44 | $15,442.97 | $5,127.47 | $2,470.88 | $7,598.35 | $15,442.97 |
| Crowley ISD | 23-13400 | 13682342 | 2022-2023 EST | $43,151.88 | $23,634.17 | $17,743.37 | $5,890.79 | $2,838.94 | $8,729.73 | $17,743.38 |
| | | | Total: | $80,709.19 | $44,204.61 | | | $0.00 | | |
| Cypress-Fairbanks ISD | 23-13359 | 0594876 | 2022-2023EST | $37,936.47 | $21,668.69 | $16,267.78 | $5,400.91 | $2,602.84 | $8,003.75 | $16,267.78 |
| Cypress-Fairbanks ISD | 23-13359 | 2002542 | 2022-2023EST | $19,680.21 | $11,241.01 | $8,439.20 | $2,801.81 | $1,350.27 | $4,152.08 | $8,439.20 |
| Cypress-Fairbanks ISD | 23-13400 | 2196679 | 2022-2023EST | $20,131.08 | $11,498.54 | $8,632.54 | $2,866.00 | $1,381.21 | $4,247.21 | $8,632.54 |
| | | | Total: | $77,747.76 | $44,408.24 | | | $0.00 | | |
| Dallas County | 23-13359 | 99100111250000000 | 2022-2023 EST | $104,185.56 | $59,509.08 | $44,676.48 | $14,832.60 | $7,148.24 | $21,980.84 | $44,676.48 |
| Dallas County | 23-13359 | 99200225200206350 | 2022-2023 EST | $11,622.46 | $6,638.56 | $4,983.90 | $1,654.66 | $797.42 | $2,452.08 | $4,983.90 |
| Dallas County | 23-13359 | 99952150000103700 | 2022-2023 EST | $161,039.25 | $91,982.97 | $69,056.28 | $22,926.69 | $11,049.00 | $33,975.69 | $69,056.28 |
| Dallas County | 23-13400 | 99100111240000000 | 2022-2023 EST | $88,726.94 | $50,679.37 | $38,047.57 | $12,631.80 | $6,087.61 | $18,719.41 | $38,047.57 |
| Dallas County | 23-13400 | 99191125640000000 | 2022-2023 EST | $3,834.09 | $2,189.97 | $1,644.12 | $545.85 | $263.06 | $808.91 | $1,644.12 |
| | | | Total: | $369,408.30 | $210,999.95 | | | $0.00 | | |
| El Paso | 23-13359 | 09139991161434 | 2022-2023 EST | $60,478.06 | $34,544.07 | $25,933.99 | $8,610.08 | $4,149.44 | $12,759.52 | $25,933.99 |
| El Paso | 23-13359 | 200299904730042 | 2022-2023 EST | $79,220.73 | $45,249.58 | $33,971.15 | $11,278.43 | $5,435.38 | $16,713.81 | $33,971.15 |
| | | | Total: | $139,698.79 | $79,793.65 | | | $0.00 | | |
| Fort Bend Co WCID # 02 | 23-13359 | 9960020970008910 | 2022-2023EST | $3,945.11 | $2,253.38 | $1,691.73 | $561.65 | $270.68 | $832.33 | $1,691.74 |
| Fort Bend Co WCID # 02 | 23-13400 | 9960022210072910 | 2022-2023EST | $2,526.46 | $1,443.07 | $1,083.39 | $359.68 | $173.34 | $533.02 | $1,083.39 |
| | | | Total: | $6,471.57 | $3,696.45 | | | $0.00 | | |
| Fort Bend County | 23-13359 | 9960020970008910 | 2022-2023EST | $30,559.74 | $17,455.22 | $13,104.52 | $4,350.70 | $2,096.72 | $6,447.42 | $13,104.51 |
| Fort Bend County | 23-13400 | 9960022210072910 | 2022-2023EST | $19,570.49 | $11,178.34 | $8,392.15 | $2,786.19 | $1,342.74 | $4,128.93 | $8,392.15 |
| | | | Total: | $50,130.23 | $28,633.56 | | | $0.00 | | |
| Frisco | 23-13359 | P900020214071 | 2022-2023 EST | $12,350.08 | $6,925.16 | $5,425.12 | $1,500.04 | $868.02 | $2,368.06 | $5,425.10 |
| Frisco | 23-13400 | P900021130071 | 2022-2023 EST | $12,958.37 | $7,266.14 | $5,692.23 | $1,573.91 | $910.76 | $2,484.67 | $5,692.23 |
| | | | Total: | $25,308.65 | $14,191.30 | | | $0.00 | | |
| Grayson County | 23-13359 | P304912 | 2022-2023 EST | $26,214.29 | $14,699.12 | $11,515.17 | $3,183.95 | $1,842.43 | $5,026.38 | $11,515.17 |
| | | | Total: | $26,214.29 | $14,699.12 | | | $0.00 | | |
| Harris County | 23-13359 | 2212213400000 | 2019, 2022-2023EST | $18.04 | $9.18 | $9.18 | $0.00 | $1.28 | $10.46 | $0.00 |
| Harris County | 23-13359 | 2059487600000 | 2022-2023EST | $32,989.14 | $18,202.39 | $14,786.75 | $3,415.64 | $2,365.88 | $5,781.52 | $14,786.75 |
| Harris County | 23-13359 | 2065100600000 | 2022-2023EST | $21,131.78 | $11,526.20 | $9,605.58 | $1,920.62 | $1,536.89 | $3,457.51 | $9,605.58 |
| Harris County | 23-13359 | 2071204000000 | 2022-2023EST | $13,681.09 | $7,197.16 | $6,483.93 | $713.23 | $1,037.43 | $1,750.66 | $6,483.93 |
| Harris County | 23-13359 | 2079799900000 | 2022-2023EST | $33,448.88 | $18,239.01 | $15,209.87 | $3,029.14 | $2,433.58 | $5,462.72 | $15,209.87 |
| Harris County | 23-13359 | 2092275500000 | 2022-2023EST | $68,587.49 | $38,520.17 | $30,067.32 | $8,452.85 | $4,810.77 | $13,263.62 | $30,067.32 |
| Harris County | 23-13359 | 2092603300000 | 2022-2023EST | $18,330.93 | $10,062.31 | $8,268.62 | $1,793.69 | $1,322.98 | $3,116.67 | $8,268.62 |
| Harris County | 23-13400 | 2200254200000 | 2022-2023EST | $9,762.40 | $5,243.87 | $4,518.53 | $725.34 | $722.96 | $1,448.30 | $4,518.53 |
| Harris County | 23-13400 | 2225039700000 | 2022-2023EST | $38,719.31 | $20,455.59 | $18,263.72 | $2,191.87 | $2,922.20 | $5,114.07 | $18,263.72 |
| Harris County | 23-13400 | 2216987000000 | 2022-2023EST | $16,982.37 | $9,262.93 | $7,719.44 | $1,543.49 | $1,235.11 | $2,778.60 | $7,719.44 |
| Harris County | 23-13400 | 2219667900000 | 2022-2023EST | $17,505.75 | $9,659.13 | $7,846.62 | $1,812.51 | $1,255.46 | $3,067.97 | $7,846.62 |
| Harris County | 23-13400 | 2225040000000 | 2022-2023EST | $48,561.68 | $25,546.67 | $23,015.01 | $2,531.66 | $3,682.40 | $6,214.06 | $23,015.01 |

1 of 3

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Bank Number | Account Number | POC Year | POC Amount | 2022 POC Amounts | 2022 Base Tax | 2022 Claim Shortfall | Post-Petition Interest | 2022 Total Due through August 31, 2024 | 2022 Payment Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris County | 23-13400 | 2231036800000 | 2022-2023EST | $12,600.33 | $6,870.71 | $5,729.62 | $1,141.09 | $916.74 | $2,057.83 | $5,729.62 |
| Harris County | 23-13359 | 2225076400000 | 2020 | $316.53 | $0.00 | | | $0.00 | $0.00 | |
| | | | Total: | $332,635.72 | $180,795.32 | | | $0.00 | | |
| Hidalgo County | 23-13359 | M228099000000F06 | 2022-2023 EST | $29,572.12 | $15,939.36 | $13,632.76 | $2,306.60 | $2,181.24 | $4,487.84 | $13,632.76 |
| Hidalgo County | 23-13400 | E393199000004B16 | 2022-2023 EST | $85,787.07 | $46,733.45 | $39,053.62 | $7,679.83 | $6,248.58 | $13,928.41 | $39,053.62 |
| | | | Total: | $115,359.19 | $62,672.81 | | | $0.00 | | |
| Jefferson County | 23-13359 | 700000-000-058981-00000 | 2022-2023EST | $25,690.32 | $14,673.89 | $11,016.43 | $3,657.46 | $1,762.63 | $5,420.09 | $11,016.43 |
| Jefferson County | 23-13359 | 700000-000-058982-00000 | 2022-2023EST | $27,954.13 | $15,966.94 | $11,987.19 | $3,979.75 | $1,917.95 | $5,897.70 | $11,987.19 |
| | | | Total: | $53,644.45 | $30,640.83 | | | $0.00 | | |
| Lewisville ISD | 23-13359 | 655782DEN | 2022-2023 EST | $26,104.11 | $14,910.24 | $11,193.87 | $3,716.37 | $1,791.02 | $5,507.39 | $11,193.87 |
| Lewisville ISD | 23-13359 | 696803DEN | 2022-2023 EST | $1,133,640.80 | $647,516.96 | $486,123.84 | $161,393.12 | $77,779.81 | $239,172.93 | $486,123.84 |
| | | | Total: | $1,159,744.91 | $662,427.20 | | | $0.00 | | |
| Lewisville ISD | 23-13359 | 938862DEN | 2022-2023 EST | $26,807.22 | $15,311.84 | $11,495.38 | $3,816.46 | $1,839.26 | $5,655.72 | $11,495.38 |
| | | | Total: | $26,807.22 | $15,311.84 | | | $0.00 | | |
| McAllen | 23-13359 | M228099000000F06 | 2022-2023 EST | $7,135.39 | $4,001.02 | $3,134.37 | $866.65 | $501.50 | $1,368.15 | $3,134.37 |
| | | | Total: | $7,135.39 | $4,001.02 | | | $0.00 | | |
| McLennan County | 23-13359 | 48A139470 | 2022-2023 EST | $6,060.36 | $3,393.07 | $2,667.29 | $725.78 | $426.77 | $1,152.55 | $2,643.38 |
| | | | Total: | $6,060.36 | $3,393.07 | | | $0.00 | | |
| Mesquite | 23-13359 | 9920022520020635 0 | 2022-2023 EST | $35,245.59 | $18,541.52 | $16,704.07 | $1,837.45 | $2,672.65 | $4,510.10 | $16,704.07 |
| | | | Total: | $35,245.59 | $18,541.52 | | | $0.00 | | |
| Montgomery County | 23-13359 | 1910018160454 | 2022-2023EST | $31,953.56 | $18,251.35 | $13,702.21 | $4,549.14 | $2,192.35 | $6,741.49 | $13,702.21 |
| Montgomery County | 23-13359 | 1910019325066 | 2022-2023EST | $58,048.30 | $33,156.23 | $24,892.07 | $8,264.16 | $3,982.73 | $12,246.89 | $24,892.07 |
| | | | Total: | $90,001.86 | $51,407.58 | | | $0.00 | | |
| Nueces County | 23-13359 | B0028218000 00 | 2022-2023 EST | $59,168.41 | $33,796.02 | $25,372.39 | $8,423.63 | $4,059.58 | $12,483.21 | $25,372.39 |
| | | | Total: | $59,168.41 | $33,796.02 | | | $0.00 | | |
| Parker CAD | 23-13359 | P013372 | 2022-2023 EST | $16,387.57 | $9,360.30 | $7,027.27 | $2,333.03 | $1,124.36 | $3,457.39 | $7,027.27 |
| | | | Total: | $16,387.57 | $9,360.30 | | | $0.00 | | |
| Rockwall CAD | 23-13359 | 64848 | 2022-2023 EST | $18,094.33 | $10,335.18 | $7,759.15 | $2,576.03 | $1,241.46 | $3,817.49 | $7,759.15 |
| | | | Total: | $18,094.33 | $10,335.18 | | | $0.00 | | |
| San Marcos CISD | 23-13359 | P117965 | 2022-2023 EST | $8,771.25 | $4,614.26 | $4,156.99 | $457.27 | $665.12 | $1,122.39 | $4,156.99 |
| | | | Total: | $8,771.25 | $4,614.26 | | | $0.00 | | |
| Smith County | 23-13359 | 40100143082000 | 2022-2023 EST | $60,620.95 | $33,991.94 | $26,629.01 | $7,362.93 | $4,260.64 | $11,623.57 | $26,629.01 |
| | | | Total: | $60,620.95 | $33,991.94 | | | $0.00 | | |
| Tarrant County | 23-13359 | 10601481 | 2022-2023 EST | $54,937.35 | $30,941.07 | $23,996.28 | $6,944.79 | $3,839.40 | $10,784.19 | $23,996.28 |
| Tarrant County | 23-13359 | 11091908 | 2022-2023 EST | $32,895.60 | $18,789.42 | $14,106.18 | $4,683.24 | $2,256.99 | $6,940.23 | $14,106.13 |
| Tarrant County | 23-13359 | 12200018 | 2022-2023 EST | $28,512.56 | $16,285.90 | $12,226.66 | $4,059.24 | $1,956.27 | $6,015.51 | $12,226.66 |
| Tarrant County | 23-13359 | 12694096 | 2022-2023 EST | $19,259.58 | $11,000.76 | $8,258.82 | $2,741.94 | $1,321.41 | $4,063.35 | $8,258.82 |
| Tarrant County | 23-13359 | 12716022 | 2022-2023 EST | $39,475.23 | $22,337.70 | $17,137.53 | $5,200.17 | $2,742.00 | $7,942.17 | $17,137.53 |
| Tarrant County | 23-13400 | 13682342 | 2022-2023 EST | $37,795.79 | $21,588.33 | $16,207.46 | $5,380.87 | $2,593.19 | $7,974.06 | $16,207.45 |
| Tarrant County | 23-13400 | 13701525 | 2022-2023 EST | $58,009.86 | $33,134.27 | $24,875.59 | $8,258.68 | $3,980.09 | $12,238.77 | $24,875.59 |
| Tarrant County | 23-13400 | 14383930 | 2022-2023 EST | $22,506.74 | $12,855.47 | $9,651.27 | $3,204.20 | $1,544.20 | $4,748.40 | $9,651.27 |
| | | | Total: | $293,392.71 | $166,932.92 | | | $0.00 | | |
| Tom Green County | 23-13359 | P000078818 | 2022-2023 EST | $15,751.77 | $8,997.15 | $6,754.62 | $8,997.15 | $1,080.74 | $10,077.89 | $0.00 |
| | | | Total: | $15,751.77 | $8,997.15 | | | $0.00 | | |
| Victoria County | 23-13359 | P303581 | 2022-2023 EST | $22,130.15 | $12,409.02 | $9,721.13 | $2,687.89 | $1,555.38 | $4,243.27 | $9,721.13 |
| | | | Total: | $22,130.15 | $12,409.02 | | | $0.00 | | |

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Bank Number | Account Number | POC Year | POC Amount | 2022 POC Amounts | 2022 Base Tax | 2022 Claim Shortfall | Post-Petition Interest | 2022 Total Due through August 31, 2024 | 2022 Payment Received |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Grand Total: | $3,408,124.76 | $1,971,122.75 | $1,514,075.57 | $463,809.79 | $242,252.09 | $706,061.88 | $1,507,288.77 |

# EXHIBIT D

| Taxing Entity | Account Number | Total Still Due Through Aug 2024 | Amount Paid by Plan Administrator | Remaining Priority Claim Balance | Claim Number: Bed Bath & Beyond Inc. unless otherwise noted |
|---|---|---|---|---|---|
| | | | | | |
| Brazos | 335670 | $9,132.82 | $6,710.28 | $2,422.54 | 135 |
| Denton MVBA entities | 938862DEN | $3,021.96 | 2220.37 | $801.59 | 151 (total of the 4 amounts = $37,481.29) |
| | 655782DEN | $968.71 | 711.75 | $256.96 | " |
| | 696803DEN | $127,794.32 | 93896.14 | $33,898.18 | " |
| | 943191DEN | $9,517.44 | 6992.88 | $2,524.56 | " |
| Guadalupe County for City of Selma | P325420 | $876.77 | $644.21 | $232.56 | 145 |
| Hays County | P117965 | $1,465.17 | $1,076.52 | $388.65 | 147 |
| Midland CAD entities | P000027228 | $4,474.72 | $3,287.77 | $1,186.95 | 156 |
| Taylor County CAD | 972540 | $4,417.88 | $3,246.01 | $1,171.87 | 143 |
| City of Waco/Waco ISD | 48A139470 | $4,521.91 | $3,322.45 | $1,199.46 | 139 |
| Williamson County | P450420 | $11,181.48 | $8,215.53 | $2,965.95 | 136 (total of the 2 amounts = $6,166.53) |
| | P406323 | $12,066.00 | $8,865.42 | $3,200.58 | " |
| | P490204 (Buy Buy Baby) | $6,380.24 | $4,687.84 | $1,692.40 | 113 [Buy Buy Baby Inc.] |

| | | | | |
|---|---|---|---|---|
| Totals | | $195,819.42 | $143,877.17 | $51,942.25 |

# EXHIBIT E

**Perdue Brandon Fielder Collins & Mott LLP - Exhibit E**

| Taxing Entity | Account Number | 2022 Claim Total | Post Petition Interest (May 2023 - August 2024) | Amount paid by Debtors | Amount due through August 2024 | Amount to be paid by Plan Administrator | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|---|---|---|
| Alvin Comm College | 9100-0148-000 | $1,427.62 | $ 178.94 | $ 1,118.39 | $ 488.17 | $ 358.68 | $ 129.49 |
| Alvin ISD | 9100-0148-000 | $12,503.24 | $ 1,501.89 | $ 9,386.82 | $ 4,618.31 | $ 3,393.28 | $ 1,225.03 |
| Brazoria County | 9100-0148-000 | $2,641.92 | $ 317.35 | $ 1,983.42 | $ 975.85 | $ 717.00 | $ 258.85 |
| Brazoria County Drainage District #4 | 9100-0148-000 | $1,252.42 | $ 150.44 | $ 940.25 | $ 462.61 | $ 339.90 | $ 122.71 |
| Brazoria County Special Road & Bridge | 9100-0148-000 | $453.77 | $ 54.51 | $ 340.67 | $ 167.61 | $ 123.15 | $ 44.46 |
| Brazoria Municipal Utility District #06 | 9100-0148-000 | $4,083.95 | $ 490.56 | $ 3,066.03 | $ 1,508.48 | $ 1,108.35 | $ 400.13 |
| Pearland Municipal Management | 9100-0148-000 | $682.12 | $ 81.94 | $ 512.10 | $ 251.96 | $ 185.12 | $ 66.83 |
| Frisco Independent School District | P900020214071 | $19,625.45 | $ 2,357.41 | $ 14,733.82 | $ 7,249.04 | $ 5,326.19 | $ 1,922.85 |
| Frisco Independent School District | P900021130071 | $20,591.72 | $ 2,473.48 | $ 15,459.25 | $ 7,605.95 | $ 5,588.43 | $ 2,017.52 |
| Plano Independent School District | P900020211971 | $14,167.72 | $ 1,730.67 | $ 10,816.70 | $ 5,081.69 | $ 3,733.74 | $ 1,347.95 |
| Plano Independent School District | P900029604641 | $34,484.82 | $ 4,212.53 | $ 26,328.31 | $ 12,369.04 | $ 9,088.08 | $ 3,280.96 |
| Plano Independent School District | P900021010081 | $14,921.57 | $ 1,822.76 | $ 11,392.25 | $ 5,352.08 | $ 3,932.41 | $ 1,419.67 |
| City of Houston | *0712040 | $8,606.90 | $ 1,033.86 | $ 6,461.64 | $ 3,179.12 | $ 2,335.84 | $ 843.28 |
| Clear Creek Independent School District | *0651006 | $13,201.18 | $ 1,902.87 | $ 11,892.95 | $ 3,211.09 | $ 2,359.33 | $ 851.76 |
| Clear Creek Independent School District | 2169870 | $10,609.00 | $ 1,529.23 | $ 9,557.66 | $ 2,580.57 | $ 1,896.06 | $ 684.51 |
| Humble Independent School District | *0797999 | $24,392.62 | $ 3,516.05 | $ 21,975.29 | $ 5,933.34 | $ 4,359.48 | $ 1,573.85 |
| Humble Independent School District | 2310368 | $9,188.82 | $ 1,324.51 | $ 8,278.21 | $ 2,235.11 | $ 1,642.24 | $ 592.88 |
| Pasadena Independent School District | *0926033 | $14,236.06 | $ 1,710.04 | $ 10,687.73 | $ 5,258.37 | $ 3,863.55 | $ 1,394.81 |
| Spring Branch Independent School District | *0712040 | $20,464.07 | $ 2,458.15 | $ 15,363.42 | $ 7,558.81 | $ 5,553.79 | $ 2,005.02 |
| Lubbock Central Apppraisal District | P174914 | $21,652.17 | $ 2,600.86 | $ 16,255.37 | $ 7,997.65 | $ 5,876.23 | $ 2,121.42 |
| Midland County | P027228 | $1,109.75 | $ 133.30 | $ 833.14 | $ 409.91 | $ 301.18 | $ 108.73 |
| Woodlands Metro Municipal Utility District | 19-1001-93-25066 | $1,267.03 | $ 152.20 | $ 951.22 | $ 468.00 | $ 343.86 | $ 124.14 |
| Woodlands Road Utility District | 19-1001-93-25066 | $2,413.38 | $ 347.88 | $ 2,174.22 | $ 587.04 | $ 431.32 | $ 155.71 |
| Randall County Tax Office | 239573 | $34,482.70 | $ 4,142.06 | $ 25,887.90 | $ 12,736.86 | $ 9,358.34 | $ 3,378.53 |
| City of Lake Worth | 12200018 | $3,536.15 | $ 424.76 | $ 2,654.77 | $ 1,306.14 | $ 959.68 | $ 346.46 |
| Grapevine-Colleyville Independent School District | 12694096 | $11,977.34 | $ 1,438.72 | $ 8,992.00 | $ 4,424.06 | $ 3,250.55 | $ 1,173.51 |
| Grapevine-Colleyville Independent School District | 14383930 | $15,487.97 | $ 1,860.42 | $ 11,627.60 | $ 5,720.79 | $ 4,203.31 | $ 1,517.47 |
| Wichita County Tax Office | 443823 | $24,757.33 | $ 2,973.85 | $ 18,586.59 | $ 9,144.59 | $ 6,718.94 | $ 2,425.66 |
| | | | $ - | | | | |
| | | $ 344,218.79 | $ 42,921.24 | $ 268,257.72 | $ 118,882.24 | $ 87,348.02 | $ 31,534.21 |

# EXHIBIT F

Bed Bath Beyond, Inc
23-13359; 23-13400

### EXHIBIT F   LINEBARGER GOGGAN BLAIR & SAMPSON, LLP CLIENTS

| Entity Name | Account Number | 2022 Total Due through 8/31/24 | Amount Paid by Plan Administraror | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|
| Bexar County | 000001142637 | $10,112.91 | $7,430.40 | $2,682.51 |
| Bexar County | 000001328825 | $20,244.15 | $14,874.27 | $5,369.88 |
| Bexar County | 902033105805 | $11,429.00 | $8,397.39 | $3,031.61 |
| Bexar County | 902033105810 | $9,910.57 | $7,281.74 | $2,628.84 |
| Bexar County | 902033106100 | $15,832.49 | $11,632.83 | $4,199.66 |
| Bexar County | 000001328820 | $9,425.39 | $6,925.25 | $2,500.14 |
| | | | | |
| Crowley ISD | 11091908 | $7,598.35 | $5,582.84 | $2,015.51 |
| Crowley ISD | 13682342 | $8,729.73 | $6,414.12 | $2,315.61 |
| | | | | |
| Cypress-Fairbanks ISD | 0594876 | $8,003.75 | $5,880.69 | $2,123.06 |
| Cypress-Fairbanks ISD | 2002542 | $4,152.08 | $3,050.72 | $1,101.36 |
| Cypress-Fairbanks ISD | 2196679 | $4,247.21 | $3,120.61 | $1,126.60 |
| | | | | |
| Dallas County | 99100111250000000 | $21,980.84 | $16,150.29 | $5,830.55 |
| Dallas County | 99200225200206350 | $2,452.08 | $1,801.65 | $650.43 |
| Dallas County | 99952150000103700 | $33,975.69 | $24,963.44 | $9,012.25 |
| Dallas County | 99100111240000000 | $18,719.41 | $13,753.98 | $4,965.43 |
| Dallas County | 99191125600000000 | $808.91 | $594.34 | $214.57 |
| | | | | |
| El Paso | 091399911161434 | $12,759.52 | $9,374.98 | $3,384.54 |
| El Paso | 200299904730042 | $16,713.81 | $12,280.38 | $4,433.44 |
| | | | | |
| Fort Bend Co WCID # 02 | 9960020970008910 | $832.33 | $611.55 | $220.78 |
| Fort Bend Co WCID # 02 | 9960022210072910 | $533.02 | $391.64 | $141.39 |
| | | | | |
| Fort Bend County | 9960020970008910 | $6,447.42 | $4,737.21 | $1,710.22 |
| Fort Bend County | 9960022210072910 | $4,128.93 | $3,033.71 | $1,095.22 |
| | | | | |
| Frisco | P900020214071 | $2,368.06 | $1,739.92 | $628.14 |
| Frisco | P900021130071 | $2,484.67 | $1,825.59 | $659.07 |
| | | | | |
| Grayson County | P304912 | $5,026.38 | $3,693.10 | $1,333.28 |

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Account Number | 2022 Total Due through 8/31/24 | Amount Paid by Plan Administraror | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|
| Harris County | 2212213400000 | $10.46 | $7.69 | $2.77 |
| Harris County | 2059487600000 | $5,781.52 | $4,247.94 | $1,533.58 |
| Harris County | 2065100600000 | $3,457.51 | $2,540.39 | $917.13 |
| Harris County | 2071204000000 | $1,750.66 | $1,286.29 | $464.37 |
| Harris County | 2079799900000 | $5,462.72 | $4,013.70 | $1,449.02 |
| Harris County | 2092275500000 | $13,263.62 | $9,745.37 | $3,518.25 |
| Harris County | 2092603300000 | $3,116.67 | $2,289.95 | $826.71 |
| Harris County | 2200254200000 | $1,448.30 | $1,064.13 | $384.17 |
| Harris County | 2225039700000 | $5,114.07 | $3,757.53 | $1,356.54 |
| Harris County | 2216987000000 | $2,778.60 | $2,041.56 | $737.04 |
| Harris County | 2219667900000 | $3,067.97 | $2,254.17 | $813.80 |
| Harris County | 2225040000000 | $6,214.06 | $4,565.75 | $1,648.32 |
| Harris County | 2231036800000 | $2,057.83 | $1,511.98 | $545.85 |
| Harris County | 2225076400000 | $0.00 | $0.00 | $0.00 |
| | | | | |
| Hidalgo County | M228099000000F06 | $4,487.84 | $3,297.42 | $1,190.43 |
| Hidalgo County | E393199000004B16 | $13,928.41 | $10,233.82 | $3,694.59 |
| | | | | |
| Jefferson County | 700000-000-058981-00000 | $5,420.09 | $3,982.38 | $1,437.71 |
| Jefferson County | 700000-000-058982-00000 | $5,897.70 | $4,333.30 | $1,564.40 |
| | | | | |
| Lewisville ISD | 655782DEN | $5,507.39 | $4,046.52 | $1,460.87 |
| Lewisville ISD | 696803DEN | $239,172.93 | $175,730.91 | $63,442.03 |
| | | | | |
| Lewisville ISD | 938862DEN | $5,655.72 | $4,155.51 | $1,500.21 |
| | | | | |
| McAllen | M228099000000F06 | $1,368.15 | $1,005.24 | $362.91 |
| | | | | |
| McLennan County | 48A139470 | $1,152.55 | $846.83 | $305.72 |
| | | | | |
| Mesquite | 99200225200206350 | $4,510.10 | $3,313.77 | $1,196.33 |
| | | | | |
| Montgomery County | 1910018160454 | $6,741.49 | $4,953.27 | $1,788.22 |

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Account Number | 2022 Total Due through 8/31/24 | Amount Paid by Plan Administraror | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|
| Montgomery County | 1910019325066 | $12,246.89 | $8,998.33 | $3,248.56 |
| Nueces County | B00282180000 | $12,483.21 | $9,171.97 | $3,311.25 |
| Parker CAD | P013372 | $3,457.39 | $2,540.30 | $917.09 |
| Rockwall CAD | 64848 | $3,817.49 | $2,804.88 | $1,012.61 |
| San Marcos CISD | P117965 | $1,122.39 | $824.67 | $297.72 |
| Smith County | 40100143082000 | $11,623.57 | $8,540.35 | $3,083.22 |
| Tarrant County | 10601481 | $10,784.19 | $7,923.62 | $2,860.57 |
| Tarrant County | 11091908 | $6,940.23 | $5,099.29 | $1,840.94 |
| Tarrant County | 12200018 | $6,015.51 | $4,419.86 | $1,595.65 |
| Tarrant County | 12694096 | $4,063.35 | $2,985.52 | $1,077.83 |
| Tarrant County | 12716022 | $7,942.17 | $5,835.47 | $2,106.71 |
| Tarrant County | 13682342 | $7,974.06 | $5,858.90 | $2,115.17 |
| Tarrant County | 13701525 | $12,238.77 | $8,992.37 | $3,246.41 |
| Tarrant County | 14383930 | $4,748.40 | $3,488.86 | $1,259.54 |
| Tom Green CAD | P000078818 | $10,077.89 | $7,404.67 | $2,673.22 |
| Victoria County | P303581 | $4,243.27 | $3,117.72 | $1,125.55 |
| | | $706,061.88 | $518,774.79 | $187,287.09 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13359-VFP |
| Bed Bath & Beyond Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 32 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: pdf903 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 13 2024 20:37:03 | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | ^ | MEBN | Sep 13 2024 20:38:58 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 13 2024 20:36:01 | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 13 2024 20:38:39 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 13 2024 20:39:01 | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 13 2024 20:38:46 | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 13 2024 20:39:08 | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 13 2024 20:38:52 | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | Sep 13 2024 20:38:42 | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-2                                    User: admin                                    Page 2 of 32
Date Rcvd: Sep 13, 2024                          Form ID: pdf903                          Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| A. Jeff Ifrah | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron Applebaum | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan Stuart Maza | on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Albert Anthony Ciardi, III | on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Alexander F. Barth | on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com |
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov |
| Allen J Barkin | on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com |
| Allen Joseph Underwood, II | on behalf of Creditor 12535 SE 82nd AVE LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |

Allison J. Arotsky

on behalf of Defendant Raymond Accounts Management  Inc. aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Defendant Scentsible  LLC aarotsky@moritthock.com

Amish R. Doshi

on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Elizabeth Vulpio

on behalf of Creditor Salesforce.com  inc. vulpioa@whiteandwilliams.com

Amy Elizabeth Vulpio

on behalf of Creditor Google LLC vulpioa@whiteandwilliams.com

Andrew Braunstein

on behalf of Creditor Commission Junction LLC andrew.braunstein@lockelord.com

Andrew B. Still

on behalf of Defendant Baby Trend  Inc. astill@swlaw.com, kcollins@swlaw.com

Andy Winchell

on behalf of Creditor Dong Koo Kim and Jong Ok Kim  Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated
October 18, 1996 andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell

on behalf of Creditor River Park Properties II  LP andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo

on behalf of Interested Party Valley Square I  L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party CTC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party Christiana Town Center  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anna Brook

on behalf of Counter-Claimant T-Mobile USA  Inc, abrook@cm.law

Anthony Sodono, III

on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com

Arthur Abramowitz

on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com

Barbra Rachel Parlin

on behalf of Creditor ALTO Northpoint  LP barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barry J. Roy

on behalf of Defendant Storflex Holdings  Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com

Barry Scott Miller

on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com  miller.barryb119091@notify.bestcase.com

Beth E Levine

on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler

on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com
mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler

on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com
mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler

on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com
mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Brendan Scott

on behalf of Creditor Dream on Me Industries  Inc. bscott@klestadt.com

Brett D. Goodman

on behalf of Creditor KIR Brandon 011  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com

jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Airport Plaza  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Chico Crossroads  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KSI Cary 483  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor C T Center S.C.  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Mooresville Crossing  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Franklin Park S.C.  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor CFH Realty III/Sunset Valley  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI Mueller  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR MONTGOMERY 049  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Kimco Riverview  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

|  |  |
|---|---|
|  | on behalf of Creditor Flagler S.C.  LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor Redfield Promenade  LP brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman |  |
|  | on behalf of Creditor Conroe Marketplace S.C.  L.P. brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett S. Moore |  |
|  | on behalf of Creditor Englewood Construction  Inc. bsmoore@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Brian Moore |  |
|  | on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com |
| Brian Morgan |  |
|  | on behalf of Creditor Prologis brian.morgan@faegredrinker.com  cathy.greer@faegredrinker.com |
| Brian Morgan |  |
|  | on behalf of Creditor Prologis USLF NV II  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com |
| Brian Morgan |  |
|  | on behalf of Creditor PRW Urban Renewal 1  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com |
| Brian Morgan |  |
|  | on behalf of Creditor UG2 Solon OH  LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com |
| Brian I. Kantar |  |
|  | on behalf of Creditor Arch Insurance Company bkantar@csglaw.com |
| Brigette G McGrath |  |
|  | on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com |
| Brigette G McGrath |  |
|  | on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com |
| Brigette G McGrath |  |
|  | on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com |
| Brigid K Ndege |  |
|  | on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com |
| Brittany B Falabella |  |
|  | on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com |
| Candice Marie Carson |  |
|  | on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@butlersnow.com |
| Carol L. Knowlton |  |
|  | on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com |
| Catherine E Youngman |  |
|  | on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com |
| Catherine E. Youngman |  |
|  | on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com |
| Christopher Perez |  |
|  | on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com |
| Christopher D Loizides |  |
|  | on behalf of Interested Party NORTHWOODS III (SAN ANTONIO)  LLC loizides@loizides.com, lisa.peters@kutakrock.com |
| Christopher P. Anton |  |
|  | on behalf of Defendant Caliber Americas LLC canton@gibbonslaw.com |
| Clayton Daniel Harvey |  |
|  | on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com |
| Colin R. Robinson |  |
|  | on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com |
| Colin R. Robinson |  |
|  | on behalf of Other Prof. Plan Administrator crobinson@pszjlaw.com |
| Colin R. Robinson |  |
|  | on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com |
| Conrad K. Chiu |  |
|  | on behalf of Transferee Evolution Credit Opportunity Master Fund II-B  L.P. cchiu@pryorcashman.com |

Courtney Brown
on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael
on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney G. Schroeder
on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com

Craig G. Margulies
on behalf of Defendant Capital Brands Distribution  LLC craig@marguliesfaithlaw.com

Dana Lee Robbins
on behalf of Creditor DS Properties 18 LP drobbins@burr.com  mguerra@burr.com

Dana Lee Robbins
on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com  mguerra@burr.com

Dana S. Plon
on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Riverhead Centre Owners  LLC dplon@sirlinlaw.com

Daniel Brogan
on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Daniel Stolz
on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira
on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira
on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman
on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com,
skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com

Daniel R. Utain
on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg
on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Creditor County of Placer dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Graff
on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David Pizzica
on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica
on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica
on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David B Wheeler
on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David H. Pikus
    on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein
    on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein
    on behalf of Creditor Levtex  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein
    on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com  ciarkowski@wilentz.com

David H. Stein
    on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com  ciarkowski@wilentz.com

David H. Stein
    on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com  ciarkowski@wilentz.com

David L. Bruck
    on behalf of Creditor Chase Green Mountain LP bankruptcy@greenbaumlaw.com

David L. Bruck
    on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com

David L. Bruck
    on behalf of Creditor Chenal Place Properties LLC bankruptcy@greenbaumlaw.com

David L. Bruck
    on behalf of Creditor Almaden Plaza Shopping Center  Inc. bankruptcy@greenbaumlaw.com

David L. Bruck
    on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.
bankruptcy@greenbaumlaw.com

David M Stauss
    on behalf of Creditor CBL & Associates Management  Inc. david.stauss@huschblackwell.com,
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss
    on behalf of Interested Party Safety National Casualty Corporation david.stauss@huschblackwell.com
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss
    on behalf of Interested Party Safety Specialty Insurance Company david.stauss@huschblackwell.com
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M. Bass
    on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com

David P. Primack
    on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Coral North  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

David P. Primack
on behalf of Creditor Grand Mesa Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Wedgewood Hills  Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Carson Valley Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David S. Catuogno
on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Dean Oswald
on behalf of Creditor DPEG Fountains  LP dmoswald@pbnlaw.com, dmoswald@pbnlaw.com

Derek J. Baker
on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diane Sanders
on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Don Stecker
on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don Stecker
on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don A. Beskrone
on behalf of Defendant Retail Zipline  Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
eddes.com

Don A. Beskrone
on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
eddes.com

Donald F. Campbell, Jr.
on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Douglas G. Leney
on behalf of Defendant Securitas Electronic Security  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas J. McGill
on behalf of Creditor Ak-Sr-Ben Village  L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik
on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com,
rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Casto-Oakbridge Venture  Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com  rdalba@dttlaw.com

Drew S. McGehrin
on behalf of Defendant NP New Castle  LLC dsmcgehrin@duanemorris.com

Drew S. McGehrin
on behalf of Creditor NP New Castle  LLC dsmcgehrin@duanemorris.com

Edmond P O'Brien
on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com  jrich@cszlaw.com

Ellen M. McDowell
on behalf of Creditor Avalara  Inc. emcdowell@mcdowelllegal.com,
lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kbrocious
@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdowe

Elliot D. Ostrove
on behalf of Creditor Iris Software  Inc. e.ostrove@epsteinostrove.com

Eric Horn
on behalf of Defendant MagicLinks  Inc. ehorn@aystrauss.com,
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn
on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric Horn
on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
@notify.bestcase.com

Eric S. Chafetz
on behalf of Interested Party Pagosa Partners III  Ltd. echafetz@lowenstein.com

Eric S. Chafetz
on behalf of Interested Party CPT Arlington Highlands 1  LP echafetz@lowenstein.com

Ericka Fredricks Johnson
on behalf of Interested Party Burlington Stores  Inc. ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson
on behalf of Defendant Spectrum Brands  Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Teske
on behalf of Creditor SRK Lady Lake 21 SPE  LLC eteske@csglaw.com

Erin Teske
on behalf of Creditor Benchmark-Clarence Associates  LLC eteske@csglaw.com

Evan J. Zucker
on behalf of Creditor 1019 Central Avenue Corp. ezucker@blankrome.com  nybankruptcydocketing@blankrome.com

Fabian Marriott
on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law

Faye C Rasch
on behalf of Creditor SHI Owner  LLC faye@wrlawgroup.com, tennille@wrlawgroup.com

Felice R. Yudkin
on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com

Fernand L Laudumiey, IV
on behalf of Creditor Richards Clearview  LLC laudumiey@chaffe.com

Fran B. Steele
on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak

Frank F. Velocci

on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci

on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Frank F. Velocci

on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott

on behalf of Defendant Cellco Partnership glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott

on behalf of Creditor Verizon Entities glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott

on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com  lrestivo@mccarter.com

Gregory Pesce

on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com

Gregory Plotko

on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian

on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth

on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Ilana Volkov

on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches

on behalf of Defendant Furniture Store Express  Inc. ideiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim

on behalf of Creditor Realty Income Corporation arhim@lakklawyers.com

Jack Shrum

on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum

on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke

on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com
jdopke@fleischerlaw.com

James McCartney

on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James C Vandermark

on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com  vandermark.jamesr106165@notify.bestcase.com

James C Vandermark

on behalf of Creditor Salesforce.com  inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman

on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James C. Thoman

on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James Frederick Lorusso
  on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James Frederick Lorusso
  on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James P Chou
  on behalf of Counter-Claimant Mara Sirhal jchou@moritthock.com

James P Chou
  on behalf of Creditor Mark Tritton jchou@moritthock.com

James S. Carr
  on behalf of Creditor Ryder Integrated Logistics  Inc.
  KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
  on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
  on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jamese Suozzo
  on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
  matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jamese Suozzo
  on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
  matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jami B. Nimeroff
  on behalf of Creditor Mode Transportation  Inc. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
  on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jason Louis Libou
  on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason Louis Libou
  on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jaspreet S. Mayall
  on behalf of Creditor 3600 Long Beach Road  LLC ,
  jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
  on behalf of Creditor Serota Islip NC LLC
  jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
  on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
  on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein
  on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com

Jeffrey Bernstein
  on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com

Jeffrey Kurtzman
  on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
  on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman
  on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Cooper
  on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Lester
  on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Rosenthal
  on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com

Jeffrey A. Rosenthal
  on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com

District/off: 0312-2                                    User: admin                                    Page 12 of 32
Date Rcvd: Sep 13, 2024                                Form ID: pdf903                                Total Noticed: 13

Jeffrey A. Rosenthal

on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Janet Barth jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Sue Gove jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Susie Kim jrosenthal@cgsh.com

Jeffrey C. Wisler

on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler

on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jenny R. Kasen

on behalf of Defendant Avanti Linens  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen

on behalf of Defendant Advanced Systems  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen

on behalf of Defendant Argo  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jeremy M. Campana

on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
ECFDocket@thompsonhine.com

Jeremy M. Campana

on behalf of Creditor InterDesign  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

Jerrold S. Kulback

on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jesse M. Harris

on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Ollie's Bargain Outlet  Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC
jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco

on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco

on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle

on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com,
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
124931@notify.bestcase.com

John David Folds

|   |   |
|---|---|
|   | on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com |
| John David Folds | |
|   | on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com |
| John David Folds | |
|   | on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com |
| John David Folds | |
|   | on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com |
| John Kendrick Turner | |
|   | on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | |
|   | on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Michael McDonnell | |
|   | on behalf of Attorney Brian T. Crowley  Esq. jmcdonnell@mchfirm.com |
| John Michael McDonnell | |
|   | on behalf of Attorney Richard J. Corbi  Esquire jmcdonnell@mchfirm.com |
| John Michael McDonnell | |
|   | on behalf of Interested Party Taussig Risk Capital Advisors  Inc. jmcdonnell@mchfirm.com |
| John Michael McDonnell | |
|   | on behalf of Attorney Richard J. Corbi  Esq. jmcdonnell@mchfirm.com |
| John Michael McDonnell | |
|   | on behalf of Attorney John M. McDonnell  Esq. jmcdonnell@mchfirm.com |
| John S. Mairo | |
|   | on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor U.S. 41 & I-285 Company LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor DFW Lewisville Partners GP jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor DPEG Fountains  LP jsmairo@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor County of Riverside jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Defendant Sunham Home Fashions  LLC jsmairo@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor KMO-361 (Paramus) LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor MLO Great South Bay LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor County of Santa Clara jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor County of Fresno jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor County of Los Angeles jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor Siegen Lane Properties LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |
|   | on behalf of Creditor Northway Mall Properties Sub  LLC jsmairo@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| John S. Mairo | |

John W. Weiss
                    on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Kaz Canada  Inc. jweiss@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com

Jonathan S. Bodner
                    on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask
                    on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Defendant The Step2 Company  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.
                    on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
                    djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;trios@mcdowelllegal.com

Joseph Charles Barsalona, II
                    on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
                    jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
                    on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com

Joseph H Baldiga
                    on behalf of Creditor Running Hill SP  LLC jbaldiga@mirickoconnell.com

Joseph H. Lemkin
                    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joshua Sussberg
                    on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com
                    amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner
                    on behalf of Creditor Texas Taxing Authorities jbauchner@mblawfirm.com
                    courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Julie Anne Parsons
                    on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com

Kate R. Buck

District/off: 0312-2                          User: admin                                    Page 15 of 32
Date Rcvd: Sep 13, 2024                       Form ID: pdf903                               Total Noticed: 13

Kate R. Buck
    on behalf of Counter-Claimant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

    on behalf of Defendant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy
    on behalf of Defendant Garda CL Atlantic  Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen
    on behalf of Creditor Continental Web Press  Inc. krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen
    on behalf of Interested Party Michael's Stores  Inc. krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth L. Baum
    on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
    on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
    on behalf of Creditor Forum Lone Star  L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm
    on behalf of Creditor Hart TC I-III  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
    on behalf of Creditor Bayer Development Company  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
    on behalf of Creditor Hart Miracle Marketplace  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
    on behalf of Creditor Cobb Place Property  LLC kklemm@bakerdonelson.com

Keri P. Ebeck
    on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun
    on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
    on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
    on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
    on behalf of Interested Party Flexport  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
    on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com  smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
    on behalf of Defendant Concentric  LLC kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
    on behalf of Defendant OnPoint Capital  LLC kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kristen Peters Watson
    on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

District/off: 0312-2                     User: admin                          Page 16 of 32
Date Rcvd: Sep 13, 2024              Form ID: pdf903                      Total Noticed: 13

on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor DS Properties 18 LP kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly

on behalf of Defendant Caliber Americas LLC kmcevilly@gibbonslaw.com

Lauren M. Macksoud

on behalf of Creditor Mishorim 255 LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com

Lauren M. Macksoud

on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com

Lauren Rebecca Jacoby

on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton

on behalf of Creditor HRTC 1 LLC lhilton@onellp.com lthomas@onellp.com

Lee Squitieri

on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri

on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Leslie Carol Heilman

on behalf of Defendant Maintenx International Service Management Group Inc. heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG FSBROWI001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 209-261 Junction Road Madison Investors LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 210 Development LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG PSALBNM001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG SAABITX001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC heilmanl@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CVSC LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Agua Mansa Commerce Phase I LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC ASANDSC001 LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GC Ambassador Courtyard LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Marketplace LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor UBS Realty Investors  LLC heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor PF Portfolio 2  LP heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor MGP XII Magnolia  LLC heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor Urban Edge Properties  L.P. heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor Heitman heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor UE 675 Route 1 LLC heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor Congressional Plaza Associates  LLC heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor ARC BHT-VCMI001  LLC heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor EDENS heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor ARC CLORLFL001  LLC heilmanl@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com

Lisa M. Solomon
                    on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

Loren L. Speziale
                    on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Marianna Udem
                    on behalf of Plaintiff Michael Goldberg mudem@askllp.com  lmiskowiec@askllp.com;vmartinez@askllp.com

Mark Minuti
                    on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico
                    on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
                    maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.
                    com

Mark E. Hall
                    on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein
                    on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                    on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                    on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                    on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Marshall Dworkin
                    on behalf of Defendant Mara Sirhal mdworkin@moritthock.com

Marshall Dworkin
                    on behalf of Counter-Claimant Mara Sirhal mdworkin@moritthock.com

Marshall Dworkin
                    on behalf of Counter-Defendant Bed Bath & Beyond Inc. mdworkin@moritthock.com

District/off: 0312-2
Date Rcvd: Sep 13, 2024

Marshall Dworkin

on behalf of Unknown Role Type Mara Sirhal mdworkin@moritthock.com

Marshall Dworkin

on behalf of Creditor Studio City East 93K LLC mdworkin@moritthock.com

Martin A. Sosland

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. martin.sosland@butlersnow.com

Matthew E. Kaslow

on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena

on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa E. Valdez

on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick

on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien

on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik

on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski

on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PSEG Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

| Michael Kwiatkowski | |
|---|---|
| | on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Georgia Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor American Electric Power mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor NV Energy  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |

District/off: 0312-2                          User: admin                          Page 20 of 32
Date Rcvd: Sep 13, 2024                        Form ID: pdf903                      Total Noticed: 13

Michael Kwiatkowski
                    on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael B. Reynolds
                    on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael D. Sirota
                    on behalf of Debtor Harmon of New Rochelle  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Harmon of Caldwell  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Decorist  LLC msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota
                    on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,

fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael R. Herz
on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz
on behalf of Defendant RXO Corporate Solutions  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael S Tucker
on behalf of Creditor Siegen Lane Properties LLC mtucker@ulmer.com

Michael S Tucker
on behalf of Creditor MLO Great South Bay LLC mtucker@ulmer.com

Michael S Tucker
on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ulmer.com

Michael S Tucker
on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ulmer.com

Michael S Tucker
on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ulmer.com

Mollie Margaret Lerew
on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino
on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

District/off: 0312-2 | User: admin | Page 25 of 32
Date Rcvd: Sep 13, 2024 | Form ID: pdf903 | Total Noticed: 13

Monique Bair DiSabatino
on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com robyn.warren@saul.com

Morgan Virginia Manley
on behalf of Defendant Federal Heath Sign Company  LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com

Morgan Virginia Manley
on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com  nyoecf@sgrlaw.com

Morris J. Schlaf
on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer
on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Nancy Isaacson
on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com

Naznen Rahman
on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Nicole A. Leonard
on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com  gbressler@mdmc-law.com

Nicole M. Nigrelli
on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli
on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik
on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Humble Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden
on behalf of Interested Party Foundations Worldwide  Inc. pholden@c-wlaw.com

Patricia W Holden
on behalf of Defendant Foundations Worldwide  Inc. pholden@c-wlaw.com

Paul Rubin
on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Paul Hans Schafhauser
on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com,
paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter
on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter
on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul John Labov
on behalf of Other Prof. Plan Administrator plabov@pszjlaw.com  lsc@pszjlaw.com

Paul John Labov

| | |
|---|---|
| | on behalf of Plaintiff Michael Goldberg plabov@pszjlaw.com  lsc@pszjlaw.com |
| Paul John Labov | |
| | on behalf of Other Prof. Michael Goldberg plabov@pszjlaw.com  lsc@pszjlaw.com |
| Paul S. Murphy | |
| | on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com ecf.notices@butlersnow.com,kitty.logan@butlersnow.com |
| Paul Stadler Pflumm | |
| | on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com |
| Paul W Carey | |
| | on behalf of Creditor ISM Holdings  Inc. pcarey@mirickoconnell.com |
| Paul W Carey | |
| | on behalf of Creditor Running Hill SP  LLC pcarey@mirickoconnell.com |
| Richard Corbi | |
| | on behalf of Interested Party Taussig Risk Capital Advisors  Inc. rcorbi@corbilaw.com |
| Richard Solow | |
| | on behalf of Defendant OXO International  Inc. rsolow@pashmanstein.com, rplawker@pashmanstein.com;lsalcedo@pashmanstein.com |
| Richard Solow | |
| | on behalf of Defendant C & T International Inc. rsolow@pashmanstein.com, rplawker@pashmanstein.com;lsalcedo@pashmanstein.com |
| Richard Solow | |
| | on behalf of Defendant Riskified  Inc. rsolow@pashmanstein.com, rplawker@pashmanstein.com;lsalcedo@pashmanstein.com |
| Richard D. Trenk | |
| | on behalf of Defendant IMC Companies  LLC rtrenk@trenkisabel.law, averdugo@tisslaw.com |
| Richard L Fuqua, II | |
| | on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com |
| Richard L Fuqua, II | |
| | on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com |
| Richard L. Zucker | |
| | on behalf of Creditor Taft Associates rzucker@lasserhochman.com |
| Richard L. Zucker | |
| | on behalf of Interested Party Taft Associates rzucker@lasserhochman.com |
| Rick Aaron Steinberg | |
| | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | |
| | on behalf of Defendant Tote Maritime Alaska  LLC rsteinberg@pricemeese.com |
| Robert Drain | |
| | on behalf of Interested Party John E. Fleming robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Sue Gove robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Harriet Edelman robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Andrea Weiss robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Joshua Schechter robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Mary A. Winston robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | |
| | on behalf of Interested Party Ann Yerger robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com |
| Robert Malone | |

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com
nmitchell@gibbonslaw.com

Robert A. Rich

on behalf of Defendant Le Creuset of America  Inc. rrich2@hunton.com, candonian@huntonak.com

Robert J Feinstein

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul

on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane

on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor DDRTC Marketplace at Mill Creek  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com

KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Equity One  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert M. Marshall
on behalf of Defendant Devgiri Exports  LLC rmarshall@mqlaw.net

Robert S. Roglieri
on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Defendant IMC Companies  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Westermann
on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Ronald S. Gellert
on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  abrown@gsbblaw.com

Ronald S. Gellert
on behalf of Defendant SASR Workforce Solutions  LLC rgellert@gsbblaw.com, abrown@gsbblaw.com

Ronald S. Gellert
on behalf of Defendant Capital Brands Distribution  LLC rgellert@gsbblaw.com, abrown@gsbblaw.com

Samuel P. Hershey
on behalf of Interested Party Michael's Stores  Inc. sam.hershey@whitecase.com, mco@whitecase.com

Sari Blair Placona
on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com

Sari Blair Placona
on behalf of Interested Party Central Transport  LLC splacona@msbnj.com

Scott Fleischer
on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                on behalf of Creditor RED Development  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com,
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott A. Shaffer
                on behalf of Defendant Conair LLC sshaffer@olshanlaw.com

Scott A. Zuber
                on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott H. Bernstein
                on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Scott H. Bernstein
                on behalf of Defendant Brink's  Incorporated scott@scottbernsteinlaw.com

Scott S. Rever
                on behalf of Creditor Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
                on behalf of Defendant Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Shai Schmidt
                on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shawn M. Christianson
                on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein
                on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross
                on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney
                on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen R. Catanzaro
                on behalf of Defendant Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro
                on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga
                on behalf of Defendant Noritake Co.  Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;ntravostino@walsh.law

Steven A. Jayson
                on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan
                on behalf of Defendant Pem-America  Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman
                on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Stuart D. Gavzy
                on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlaw
yer.com

District/off: 0312-2

Date Rcvd: Sep 13, 2024

User: admin

Form ID: pdf903

Total Noticed: 13

Sunjae Lee

on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tansy Woan

on behalf of Interested Party Joshua E. Schechter tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Harriet Edelman tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Sue E. Gove tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Ann Yerger tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party John E. Fleming tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Jeffrey A. Kirwan tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Andrea Weiss tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Mary A. Winston tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Virginia P. Ruesterholz tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tara J. Schellhorn

on behalf of Creditor TPP Bryant  LLC tschellhorn@riker.com

Tara J. Schellhorn

on behalf of Creditor Dadeland Station Associates  Ltd. tschellhorn@riker.com

Thomas James Monroe

on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com

Thomas S. Onder

on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Tina Moss

on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Tina Moss

District/off: 0312-2 | User: admin | Page 31 of 32
Date Rcvd: Sep 13, 2024 | Form ID: pdf903 | Total Noticed: 13

on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk
on behalf of Interested Party Loja WTP LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor College Plaza Station LLC turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Vahbiz Karanjia
on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com

Vincent J. Roldan
on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor McCreary Entities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com

Walter E. Swearingen
on behalf of Creditor 200-220 West 26 LLC wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com

Walter E. Swearingen
on behalf of Creditor TF Cornerstone Inc. wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com

Warren A. Usatine
on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com

Wendy M Simkulak
on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak
on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com

William G. Wright
on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant
on behalf of Creditor Consumer Centre Paramount 4  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
on behalf of Creditor Consumer Centre Paramount 1  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III
                on behalf of Creditor DT-SGW  LLC wfirth@pashmanstein.com, ddanielson@cohenseglias.com


TOTAL: 711