UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        plabov@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON SEPTEMBER 17, 2024, AT 10:00 A.M. (ET)**

**Please note that this hearing is cancelled
and has been adjourned to October 29, 2024, at 10:00 a.m. (ET)**

I.    **MATTER ADJOURNED TO OCTOBER 29, 2024, AT 10:00 A.M. (ET)**

   1.    Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket
         No. 2397].

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
    the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
    website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4880-3610-0067.1 08728.003

**Responses Received:**

- Objection of the Plan Administrator to Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2485].

- HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

**Related Documents:**

- Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

- Notice of Hearing [Docket No. 2425].

- Determination of Adjournment Request [Docket No. 2531].

- Determination of Adjournment Request [Docket No. 2537].

- Determination of Adjournment Request [Docket No. 2772].

- Determination of Adjournment Request [Docket No. 2897].

- Determination of Adjournment Request [Docket No. 2926].

- Determination of Adjournment Request [Docket No. 2953].

- Determination of Adjournment Request [Docket No. 2982].

- Determination of Adjournment Request [Docket No. 3073].

- Determination of Adjournment Request [Docket No. 3297].

- Determination of Adjournment Request [Docket No. 3340].

- Determination of Adjournment Request [Docket No. 3369].

- Determination of Adjournment Request [Docket No. 3523].

**Status:**  This matter has been adjourned to October 29, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and no hearing is necessary at this time.

Dated:  September 16, 2024

*/s/ Colin R. Robinson*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:     (212) 561-7700
Facsimile:     (212) 561-7777
Email:           rfeinstein@pszjlaw.com
                   bsandler@pszjlaw.com
                   plabov@pszjlaw.com
                   crobinson@pszjlaw.com

*Counsel to the Plan Administrator*