| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:   (212) 561-7700<br>Facsimile:   (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         plabov@pszjlaw.com<br>         crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 24, 2024, AT 10:00 A.M. (ET)**

> Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.
>
> Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4870-3580-5414.1 08728.003

**I.    MATTERS RESOLVED BY CERTIFICATION OF NO OBJECTION**

1. Plan Administrator's First Omnibus Objection (Substantive) To Claims (Reclassified Gift Card/Merchandise Credit Claims No. 1) [Docket No. 3475].

   **Responses Received:**  None.

   **Related Documents:**

   A.  Notice of Objection to Your Claim [Docket No. 3476].

   B.  Certificate of Service [Docket No. 3492].

   C.  Affidavit of Service [Docket No. 3501].

   D.  Certification of No Objection Regarding Plan Administrator's First Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 1) [Docket No. 3533].

   **Status:**  No objections were filed or responses received in response to the omnibus objection.  A certification of no objection has been filed.  No hearing is necessary unless the Court has any questions.

2. Plan Administrator's Second Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 3495].

   **Responses Received:**  None.

   **Related Documents:**

   A.  Notice of Hearing on Plan Administrator's Second Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 3496].

   B.  Certificate of Service [Docket No. 3497].

   C.  Certification of No Objection Regarding Plan Administrator's Second Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 3534].

   **Status:**  No objections were filed or responses received in response to the motion. A certification of no objection has been filed.  No hearing is necessary unless the Court has questions.

**II.    MATTERS ADJOURNED TO OCTOBER 22, 2024, AT 10:00 A.M. (ET)**

3. Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

**Responses Received:**

    A.    Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

    B.    Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

    C.    Supplemental Opposition of the Plan Administrator to Amended Motion for Relief from the Automatic Stay (11 U.S.C. § 362) [Docket No. 2987].

    D.    Safety National Casualty Corporation's Joinder to Plan Administrator's Supplemental Opposition to Amended Motion for Relief from Automatic Stay [Docket No. 3065].

    E.    Reply Brief in Support of Motion for Relief [Docket No. 3293].

    F.    Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

**Related Documents:**

    A.    Determination of Adjournment Request [Docket No. 2770].

    B.    Determination of Adjournment Request [Docket No. 2773].

    C.    Determination of Adjournment Request [Docket No. 2898].

    D.    Determination of Adjournment Request [Docket No. 2922].

    E.    Determination of Adjournment Request [Docket No. 2931].

    F.    Determination of Adjournment Request [Docket No. 2953].

    G.    Determination of Adjournment Request [Docket No. 2983].

    H.    Determination of Adjournment Request [Docket No. 3071].

    I.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].

    J.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].

    K.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].

    L.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

    M.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3506].

    N.    Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3535].

**Status:** This matter is adjourned to October 22, 2024, at 10:00 a.m. (ET).

4. Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for Related Relief [Docket No. 2936].

**Responses Received:**

    A.    Objection of Safety National Casualty Corporation as to Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) and for Related Relief [Docket No. 2977].

    B.    Opposition of the Plan Administrator to Motion for Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for Related Relief [Docket No. 3067].

    C.    Supplemental Certification of Michael A. Zimmerman in Support of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor and Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a)(3) and for Related Relief [Docket No. 3288].

    D.    Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

**Related Documents:**

    A.    Determination of Adjournment Request [Docket No. 2936].

    B.    Determination of Adjournment Request [Docket No. 2978].

   C. Determination of Adjournment Request [Docket No. 3071].

   D. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].

   E. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].

   F. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].

   G. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

   H. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3506].

   I. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3535].

**Status:**  This matter is adjourned to October 22, 2024, at 10:00 a.m. (ET).

III. **MATTER ADJOURNED TO OCTOBER 29, 2024, AT 10:00 A.M. (ET)**

5. Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (A) (3) and for Related Relief [Docket No. 3195].

  **Related Documents:**

   A. Determination of Adjournment Request [Docket No. 3319].

   B. Determination of Adjournment Request [Docket No. 3351].

   C. Determination of Adjournment Request [Docket No. 3466].

   D. Determination of Adjournment Request [Docket No. 3482].

   E. Determination of Adjournment Request [Docket No. 3507].

**Status:**  The parties have consented to adjourn this matter to October 29, 2024, at 10:00 a.m. (ET).  An adjournment request was submitted to chambers.  No hearing is necessary unless the Court has questions.

|  |  |
|---|---|
| Dated: September 23, 2024 | */s/ Colin R. Robinson* |
|  | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
|  | Bradford J. Sandler, Esq. |
|  | Paul J. Labov, Esq. |
|  | Colin R. Robinson, Esq. |
|  | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | 780 Third Avenue, 34th Floor |
|  | New York, NY 10017 |
|  | Telephone:   (212) 561-7700 |
|  | Facsimile:   (212) 561-7777 |
|  | Email:   rfeinstein@pszjlaw.com |
|  |     bsandler@pszjlaw.com |
|  |     plabov@pszjlaw.com |
|  |     crobinson@pszjlaw.com |
|  | *Counsel to the Plan Administrator* |