|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **Donald F. Campbell, Jr., Esq. (DC8924)** <br> Giordano, Halleran & Ciesla, P.C. <br> 125 Half Mile Road, Suite 300 <br> Red Bank, New Jersey 07701 <br> Tel:  (732) 741 3900 <br> Fax: (732) 224 6599 <br> dcampbell@ghclaw.com <br> Attorneys for Creditor, Beverly Parrish | |
| In Re: <br><br> Bed Bath & Beyond, Inc. <br><br><br> Debtor. | Case No: 23-13359(VFP) <br><br> Chapter:  11 (Jointly Administered) <br><br> Hearing Date: October 16, 2024 at 10:00 a.m. <br><br> Judge:  The Honorable Vincent F. Papalia, U.S.B.J. |

**NOTICE OF MOTION OF BEVERLY PARRISH FOR AN ORDER ALLOWING LATE FILED CLAIM TO BE TREATED AS TIMELY FILED**

**TO:**
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601
(Debtor's Counsel)

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Alvarez & Marsal North America, LLC
600 Madison Avenue
8th Floor
New York, NY 10022
(Unsecured Creditor's Committee)

ASK LLP
60 East 42nd Street
46th Floor

New York, NY 10165
(Unsecured Creditor Committee)

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10036
(Unsecured Creditor Committee)

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
(Unsecured Creditor Committee)

Bed Bath & Beyond, Inc.
650 Liberty Avenue
Union, NJ 07083
(Debtor)

CT Corporation System
208 SO LaSalle St.
Suite 814
Chicago, IL 60604-1101
(Registered Agent)

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(US Trustee)

**SIR/MADAM:**

Please take notice that on <u>October 16, 2024 @ 10:00 am</u>, or as soon as counsel may be heard, the undersigned attorneys for Beverly Parrish, creditor in the above-captioned matter ("*Movant*"), will move before the Honorable Vincent F. Papalia, at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, NJ 07102, Courtroom #3B, for an entry of an order (i) allowing late filed claim to be treated as timely filed and (ii) for such relief as the Court deems just and proper (the "*Motion*").

**PLEASE TAKE FURTHER NOTICE THAT** the Movant shall rely upon the Application, Certification, and Proposed Order filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE THAT** unless objections are timely filed, the Motion will be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to D.N.J. LBR 9013-3(a), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with D.N.J. LBR 9013-3e, unless the Court authorizes otherwise prior to the hearing date or a subpoena is issued requesting attendance, no testimony may be taken at the hearing except by certification or affidavit.

                          **Giordano, Halleran & Ciesla, P.C.**
                          Attorneys for Beverly Parrish

                        By: /s/ *Donald F. Campbell, Jr.*
                                Donald F. Campbell, Jr., Esq.

Dated: September 24, 2024