| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Donald F. Campbell, Jr., Esq. (DC8924)**<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, New Jersey 07701<br>Tel:  (732) 741 3900<br>Fax: (732) 224 6599<br>dcampbell@ghclaw.com<br>Attorneys for Creditor, Beverly Parrish | |
| In Re:<br><br>Bed Bath & Beyond, Inc.<br><br><br><br>Debtor. | Case No: 23-13359(VFP)<br><br>Chapter:  11 (Jointly Administered)<br><br>Hearing Date: October 16, 2024 at 10:00am<br><br>Judge:  The Honorable Vincent F. Papalia, U.S.B.J. |

**CERTIFICATION OF BEVERY PARRISH IN SUPPORT OF MOTION OR AN ORDER ALLOWING LATE FILED CLAIM TO BE TREATED AS TIMELY FILED**

I, Beverly Parrish, am a creditor in the above-captioned bankruptcy proceeding. In support of this Motion, I certify the following:

*State Court Proceeding*

1. On August 1, 2021, I suffered injuries at a Bed Bath & Beyond (the "*Debtor*") location in North Carolina.

2. I was a customer of Bed Bath & Beyond at its Cary, North Carolina location.  While walking in the shopping isle of Bed Bath & Beyond, my walker abruptly caught on the uneven and frayed transition strip between the ceramic tiles and carpeting, causing me to topple over my walker, catapult forward, and land forcefully on my left hip and leg. As a result, I sustained substantial and severe injuries requiring surgery.

1

3. I reported the incident to Bed Bath & Beyond the same day as the accident as I needed an EMS to transport me from the store to the emergency medical facility.

4. On August 9, 2021, my State Court attorney, Taylor Hastings of Taylor S. Hastings Attorney at Law, notified Bed Bath & Beyond of the injury claim.

5. On August 16, 2021, I received an acknowledgment of assigned carrier letter through my attorney. See **Exhibit A.**

6. On August 16, 2021, Mr. Hastings sent a demand brochure to Bed Bath & Beyond. See **Exhibit B.**

7. On October 16, 2022, I received a denial letter from Bed Bath & Beyond. See **Exhibit C**.

8. On June 10, 2024, I filed a complaint against the Debtor in the State of North Carolina, County of Wake, General Court of Justice, Superior Court Division (the "*State Court Action*") alleging damages were incurred as a result of the Debtor's negligence. See **Exhibit D.**

9. On June 18, 2024, I was notified by Mr. Hastings that Defendant Bed Bath & Beyond, Inc, had filed a suggestion of bankruptcy and notice of injunction. See **Exhibit E.**

*The Bankruptcy Proceeding*

11. Bed Bath & Beyond filed a voluntary petition for bankruptcy under Chapter 11 of the Bankruptcy Code on April 23, 2023.

12. Bed Bath & Beyond did not include me as creditor in the bankruptcy filing nor identified the State Court Action in the statement of financial affairs.

13. I was never notified of the bankruptcy or the proof of claim bar date. I first received notice of the bankruptcy, when State Court Counsel notified me of the Debtor-

Defendant's Notice of Bankruptcy filed to the State Court docket on June 18, 2024. <u>See</u>

**<u>Exhibit E.</u>**

14. On September 4, 2024, I filed a Proof of Claim related to the State Court Action. <u>See</u>

    **<u>Exhibit F.</u>**

15. Accordingly, I respectfully request this Court enter an order allowing the late filed claim to be treated as timely filed.

I hereby certify that the foregoing statements made by me are true, and I acknowledge that if any of the foregoing statements are willfully false, I may be subject to punishment.

By: _____

BEVERLY PARRISH

Dated: September 17, 2024