UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Donald F. Campbell, Jr., Esq. (DC8924)**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
Attorneys for Creditor, Beverly Parrish

In Re:

Bed Bath & Beyond, Inc.

Debtor.

Case No: 23-13359(VFP)

Chapter: 11 (Jointly Administered)

Hearing Date: October 16, 2024 at 10:00 a.m.

Judge: The Honorable Vincent F. Papalia, U.S.B.J.

Recommended Local Form:    ☐ Followed    ☒ Modified

**ORDER ALLOWING LATE CLAIM AS TIMELY FILED**

The relief set forth on the following page is hereby **ORDERED**.

1

**In re Bed Bath & Beyond, Inc.**
**Case No. : 23-13359(VFP)**
**Caption: Order Allowing Late Claim as Timely Filed**
**Page 2**

**THIS MATTER** having been opened to the Court upon the motion of Beverly Parish ("*Movant*"), through her counsel, Giordano, Halleran & Ciesla, P.C., for entry of an order (I) allowing late filed claim to be treated as timely filed; and (II) for such other relief as the Court deems just and proper (the "*Motion*"); and the notice of the Motion having been provided to all parties entitled to such notice; and the Court, having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Proof of Claim filed by Creditor Beverly Parish on September 4, 2024, shall be considered timely filed.

2. Movant shall serve a copy of this Order on all interested parties within seven (7) days of its entry.