| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GIORDANO HALLERAN & CIESLA, P.C.<br>Donald F. Campbell, Jr., Esq. (DC8924)<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Phone: 732-741-3900<br>Fax: 732-224-6599<br>dcampbell@ghclaw.com<br><br>Attorneys for Creditor, Beverly Parrish | |
| In Re:<br><br>Bed Bath & Beyond, Inc.<br><br>Debtor | Chapter 11<br><br>Case No. 23-13359<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J. |

## CERTIFICATION OF SERVICE

1.  I, Julia Cassidy., am a legal assistant employed by the law firm of Giordano, Halleran & Ciesla, P.C., attorneys for Beverly Parrish.

2.  On September 24, 2024, I filed via Pacer the following pleadings and/or documents:

    • *Notice of Motion for an Order Allowing Late Filed Claim to be Treated as Timely Filed [Docket No. 3538]*
    • *Brief in Support of Motion*
    • *Certification of Counsel*
    • *Proposed Order*

3.  On September 25, 2024, notice was mailed to the parties listed in the below chart.

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 25, 2024                                  */s/ Julia Cassidy*
                                                                                  Julia Cassidy

#11000850v1

| Name and Address of Party Served | | | Mode of Service |
|---|---|---|---|
| Cole Schotz P.C.<br>25 Main Street<br>Court Plaza North<br>Hackensack, NJ 07601 | *on behalf of Debtor* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Bed Bath & Beyond, Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | *Debtor* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Alvarez & Marsal North America, LLC<br>600 Madison Avenue<br>8th Floor<br>New York, NY 10022 | *Unsecured Creditor's Committee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| ASK LLP<br>60 East 42nd Street<br>46th Floor<br>New York, NY 10165 | *Unsecured Creditor's Committee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10036 | *Unsecured Creditor's Committee* | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

#11000850v1

| Name/Address | Role | Method |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | *Unsecured Creditor's Committee* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CT Corporation System<br>208 SO LaSalle St.<br>Suite 814<br>Chicago, IL 60604-1101 | *Registered Agent* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | *on behalf of U.S. Trustee* | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

#11000850v1