UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Case No. 23-13359 (VFP)
Chapter 11
(Jointly Administered)

Bed Bath and Beyond Shareholder
*(Personal Information Filed Under Protective Order)*
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

In re:
BED BATH & BEYOND INC., et al.,
Debtors.

## NOTICE OF APPEAL

Notice is hereby given that I, Bed Bath and Beyond Shareholder, a pro se litigant and former shareholder of Bed Bath & Beyond, Inc., appeals to the United States District Court from the Order Granting Plan Administrator's Motion for Sanctions entered by the United States Bankruptcy Court for the District of New Jersey on September 12, 2024 (Docket No. 3514).

The issued Order pertains to Motion for the Appointment of an Official Committee of Equity Security Holders filed post-confirmation. The appellant respectfully appeals the imposition of sanctions under Federal Rule of Bankruptcy Procedure 9011 as ordered by the court. This notice is filed pursuant to **Federal Rule of Bankruptcy Procedure 8002**.

Respectfully Submitted,

Bed Bath and Beyond Shareholder
*(Personal Information Filed Under Seal)*
Pro Se
**Dated: September 25th, 2024**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, NY 10003-1502
147Aurora741@gmail.com

In Re:

Bed Bath and Beyond Inc.

Case No.: 23-13359

Chapter: 11

Adv. No.: TBD

Hearing Date: TBD

Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, Bed Bath & Beyond Shareholder :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the Former Shareholder in this case and am representing myself.

2. On September 25th, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Appeal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 25th, 2024

Personal Info Filed Under Seal
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Judge Papalia<br>United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut St. #3017<br>Newark, NJ 07102 | Presiding Judge | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B Steele, Esq. | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Bradford J, Sandler, Esq. | Counsel to Plan Administrator & Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2