**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 25, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Affected Claimants Service List attached hereto as **Exhibit A**:

- Plan Administrator's First Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 1) [Docket No. 3475]

- Notice of Objection to your Claim [Docket No. 3476]

On September 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on ChannelAdvisor Corporation, (ADRID: 13123139), Douglas Wolfson, Director/ChannelAdvisor Corporation, 1201 Peachtree St NE, Suite 600, Atlanta GA 30361-3510:

- Notice of Adjustment to Proofs of Claim Without Objection (Amended Administrative, Priority and Secured Claims) [Docket No. 3493]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: October 3, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 3, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County Commission
Expires December 30, 2025

**Exhibit A**

## Exhibit A

Supplemental Affected Claimants Service List
Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 14894362 | Agustin, Avegaile | Address on file |
| 13004528 | Alam, Cynthia M | Address on file |