**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Post Effective MSL/2002 Service List attached hereto as **Exhibit A**:

- Plan Administrator's Second Omnibus Objection to Certain Claims [Docket No. 3526] (the "***Second Omnibus Objection***")

- Plan Administrator's Third Omnibus Objection to Certain Claims [Docket No. 3529] (the "***Third Omnibus Objection***")

On September 19, 2024, at my direction and under my supervision, employees of Kroll caused the Second Omnibus Objection and the following document, customized to include the name of the claimant to be served via first class mail on the Second Omnibus Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 3527]

On September 19, 2024, at my direction and under my supervision, employees of Kroll caused the Third Omnibus Objection and the following document, customized to include the name of the claimant to be served via first class mail on the Third Omnibus Service List attached hereto as **Exhibit C**:

- Notice of Objection to Your Claim [Docket No. 3530]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: October 4, 2024

/s/ Engels Medina
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 4, 2024, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

## Exhibit A
Post Effective MSL/2002 Service List
Served via first class mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1

**Exhibit B**

Exhibit B
Second Omnibus Service List
Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 18160558 | CITY OF SAN DIEGO | OFFICE OF THE CITY TREASURER-DELINQUENT ACCOUNT | PO BOX 129039 | | SAN DIEGO | CA | 92112 |
| 12834733 | CITY OF WESTMINSTER COLORADO | 4800 WEST | 92ND AVE | | WESTMINSTER | CO | 80031 |
| 15481596 | DOUGLAS COUNTY TREASURER | 100 THIRD ST, STE 120 | | | CASTLE ROCK | CO | 80104 |
| 15554177 | DOUGLAS COUNTY TREASURER | DAVID GILL, TREASURER | 100 THIRD ST, STE 120 | | CASTLE ROCK | CO | 80104 |
| 12734055 | HERNANDO COUNTY TAX COLLECTOR | 20 N MAIN ST | RM 112 | | BROOKSVILLE | FL | 34601-2892 |
| 13058674 | HOUSTON COUNTY REVENUE COMMISSIONER | CELESTE MICHELLE PARKER | DEPUTY CHIEF CLERK | 462 N OATES ST | DOTHAN | AL | 36303 |
| 13058673 | HOUSTON COUNTY REVENUE COMMISSIONER | P.O. BOX 6406 | | | DOTHAN | AL | 36302 |
| 15418634 | JAMES CITY COUNTY TREASURER | 101-B MOUNTS BAY RD | | | WILLIAMSBURG | VA | 23188 |
| 12903671 | JAMES CITY COUNTY TREASURER | P.O BOX 8701 | | | WILLIAMSBURG | VA | 23187 |
| 13133369 | JOHNSON COUNTY TREASURER | 86 W COURT ST | | | FRANKLIN | IN | 46131 |
| 13069616 | MACOMB COUNTY TREASURER'S OFFICE, ATTN: LAWRENCE ROCCA, TREASURER | PAIGE H. BACHAND | ONE SOUTH MAIN STREET | 2ND FLOOR | MOUNT CLEMENS | MI | 48043 |
| 13073051 | MOCOMB COUNTY TREASURER'S OFFICE, ATTN: LAWRENCE ROCCA, TREASURER | ONE SOUTH MAIN ST., 2ND FLOOR | | | MOUNT CLEMENS | MI | 48043 |
| 18173018 | MUNICIPALITY OF MONROEVILLE | 2700 MONROEVILLE BLVD | | | MONROEVILLE | PA | 15146 |
| 19171148 | NM TAXATION & REVENUE DEPARTMENT | PO BOX 8575 | | | ALBUQUERQUE | NM | 87198-8575 |
| 20809210 | RICHLAND COUNTY TREASURY | POST OFFICE BOX 11947 | | | COLUMBIA | SC | 29211 |
| 12651157 | STATE OF ALABAMA, DEPARTMENT OF REVENUE | LEGAL DIVISION | PO BOX 320001 | | MONTGOMERY | AL | 36132-0001 |
| 20625121 | STATE OF MINNESOTA, DEPARTMENT OF EDUCATION | MINNESOTA REVENUE | PO BOX 6447 - BKY | | ST PAUL | MN | 55164-0447 |
| 12745664 | TAX COLLECTOR, CITY OF NORWALK | 125 EAST AVENUE | ROOM 105 | | NORWALK | CT | 06851 |
| 13064915 | TOWN OF FAIRFIELD | ATTENTION TAX COLLECTOR | 611 OLD POST ROAD | | FAIRFIELD | CT | 06824 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 2

# Exhibit B

Second Omnibus Service List

Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 13113806 | WA DEPARTMENT OF REVENUE | 2101 4TH AVE., SUITE 1400 | | | SEATTLE | WA | 98121 |
| 19175649 | WINCHESTER CITY TREASURER | 21 SOUTH KENT | SUITE 101 | | WINCHESTER | VA | 22601 |

**Exhibit C**

Exhibit C

Third Omnibus Service List

Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 19176153 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | | SACRAMENTO | CA | 95812-2952 |
| 18161031 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | JOSHUA CLAY MITCHELL | ATTN: REVENUE ACCOUNTING DIV. | 111 E. 17TH STREET | | AUSTIN | TX | 78711 |
| 18160133 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | OFFICE OF THE ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | P.O. BOX 12548 | MC-008 | AUSTIN | TX | 78711 |
| 18161030 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | REVENUE ACCOUNTING DIVISION | ATTENTION: BANKRUPTCY | P.O. BOX 13528 | | AUSTIN | TX | 78711 |
| 19173925 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYDIA H HEWETT | ACCOUNTS EXAMINER | 111 E. 17TH STREET, ATTN: REVENUE ACCOUNTING DIV. | | AUSTIN | TX | 78711 |