IN THE UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Shawna Y. Staton
Assistant Attorney General
Office of the Attorney General of Georgia
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
Telephone: (470) 470-7621
Facsimile: (943) 200-4291
E-Mail: sstaton@law.ga.gov

*Counsel for the Georgia Department of Revenue*

| In re | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et. al.*[1] | Case No. 23-13359/VFP |
| Debtor. | (Jointly Administered) Judge: Vincent F. Papalia |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b), the below counsel enters an appearance in this case on behalf of the Georgia Department of Revenue. Request is made that the documents filed in this case and identified below be served on the below listed counsel at the address indicated.

Shawna Y. Staton
Assistant Attorney General
Office of the Attorney General of Georgia
Georgia Department of Law

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

40 Capitol Square SW
Atlanta, GA 30334
Telephone: (470) 470-7621
Facsimile: (943) 200-4291
E-Mail: sstaton@law.ga.gov

DOCUMENTS:

x    All notices entered pursuant to Fed. R. Bankr. P. 2002.

x    All documents and pleadings of any nature.

Date: October 10, 2024

        CHRISTOPHER M. CARR
        Attorney General

        LOGAN WINKLES
        Deputy Attorney General

        ALKESH B. PATEL
        Senior Assistant Attorney General

        /s/ *Shawna Y. Staton*
        SHAWNA Y. STATON
        Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATION TO:
Shawna Y. Staton
Assistant Attorney General
Office of the Attorney General of Georgia
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
Telephone: (470) 470-7621
Facsimile: (943) 200-4291
E-Mail: sstaton@law.ga.gov