UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*
Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
SEP 0 9 2024
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:
*[Enter the debtor's name(s)]*
Bed Bath & Beyond Inc.

Case No.: 23-13359
*[Enter the case number]*

Chapter: 11
*[Enter the chapter; example: 13]*

Hearing Date: 9/10/2024
*[Enter the hearing date]*

Judge: Papalia
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO

*[Enter the relief sought]* Motion to Stay Order to Deliver Personally Identifiable Info

Bed Bath and Beyond Shareholder
*[Enter your name]*_____ has filed papers with the court to *[Enter the relief sought]* request stay of order pending forthcoming Motion Requesting Appointment of an Examiner_____.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 9/10/2024
*[Enter the date of the hearing]*

Hearing Time: 10:00 AM EST
*[Enter the time of the hearing]*

Hearing Location: Virtual
*[Enter the location of the hearing]*

Courtroom Number: N/A
*[Enter the courtroom number]*

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*
Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

In Re:
*[Enter the debtor's name(s)]*
Bed Bath & Beyond Inc.

Case No.: **23-13359**
*[Enter the case number]*

Chapter: **11**
*[Enter the chapter]*

Hearing Date: **9/10/2024**
*[Enter the hearing date]*

Judge: **Papalia**
*[Enter the judge's last name]*

**CERTIFICATION OF** Bed Bath and Beyond Shareholder
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* Bed Bath and Beyond Shareholder, *[Enter their relationship to the case. For example: debtor, creditor]* Creditor in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* Request stay of order to deliver personally identifiable info pending Motion Requesting Appointment of Examiner filed by me on *[Enter the date the motion was filed]* August 28th, 2024.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Please refer to attached Motion to Stay Order Pending Resolution of Forthcoming Motion Requesting Appointment of an Examiner.

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* EXHIBIT A (Emailed document from August 16th, 2024)

_____
_____
_____

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____
_____
_____
_____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____
_____
_____
_____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____
_____
_____
_____

I certify under penalty of perjury that the above is true.

Date: August 28th, 2024
*[Enter the date this document is signed]*

Bed Bath and Beyond Shareholder
Signature
*[Of the party with actual knowledge of the facts set forth above]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*
Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

In Re:
*[Enter the debtor's name(s)]*
Bed Bath and Beyond Inc.

Case No.: 23-13359
*[Enter the case number]*

Chapter: 11
*[Enter the chapter; example: 13]*

Hearing Date: 9/10/2024
*[Enter the hearing date]*

Judge: Papalia
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: August 28th, 2024
*[Enter date this document is signed]*

Bed Bath and Beyond Shareholder
Signature *[Of party seeking relief]*

# EXHIBIT A

*(Letter to Chambers and Various Debtor Representatives sent on 8/27/24)*

## Honorable Judge Papalia and Office of the US Trustee,

I am writing to you this morning from the perspective of profound apprehension, confusion, and am pleading for the mercy of the court as I take this very unorthodox approach with the attempt to communicate what I am simply unable to do so from a legal perspective. As I have stated from day one, I have been trying to bring forward a plethora of information in the name of truth and justice, and desire to be an ally of the court and the Estate to which I am a shareholder *and* bondholder but have been unsuccessful as an unrepresented pro se. While I have appeared on my own accord, there is a massive community of **household investors** that were **completely wiped out** as the result of the confirmed bankruptcy plan. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I will be complying with the order but am advising that I am doing so under **severe duress** and with prejudice to reserve my rights as I believe there is issues that potentially violate my rights. It is my understanding as a non-legal professional that my "complying under duress" indicates that my compliance is not voluntary but under threat or compulsion that could have negative impacts to me at a future date. Even though I acknowledge that compliance is mandatory this letter is notification that I may attempt to preserve my rights to challenge that order. I believe I am comfortable sharing everything in this statement publicly in the interest of transparency with the community, but also as an official declaration or on the record if it needs to be entered into a docket.

I simply do not understand the legal reasoning behind the order and believe it **potentially violates my rights and protections**. If it is to ascertain if I am truly a shareholder, that has been provided my American Stock and Transfer statement showing the shares I directly registered, which shows my account number that should be available to the estate *(if they even have it as has been unsuccessfully requested by Mr. Kurzon)*.

### Order and Motion Ruled On - Need for Appointment of an Examiner

With the benefit of hindsight and in researching my concerns relating to this order it is clear to me that my original motion I likely should have submitted was **11 U.S. Code § 1104(b) – requesting the appointment of an examiner**. This is an important distinction to make because I believe complying with the order associated with the current motion will put my rights in jeopardy. The basis for my original motion is still applicable as the primary reasons for me submitting my motion for consideration of **11 U.S. Code § 1102(b)(2) – Equity Security**

1

**Holders' Committee** was done so in good faith, highlighting my inability to financially afford counsel, and hoping to bring concerns relating to:

1) The lack of shareholder representation in the bankruptcy proceedings,
2) Concerns relating to conflicts of interest that were never challenged or even identified,
3) Significant developments impacting the estate and potential shareholder rights including numerous undisclosed causes of action (as well as the materiality) against third parties, the inadequacy of the statement of financial affairs, among other items, and
4) Highlight the public perception and substantial ongoing interest from shareholders still believing there is an extremely favorable outcome on the horizon.

The subsequent emails and information I have already brought forward is all still extremely relevant to why I feel the next step is for me to do something like: Submit an official motion or request for reconsideration, Appeal the Ruling of the motion, or request the appointment of an examiner - although I am still researching what other options may be available to me as I am not aware of what my rights are. It is particularly relevant to highlight the fact that the FTX Bankruptcy earlier this year appointed an examiner and that numerous representatives are shared between both bankruptcies such as Kirkland & Ellis, Alvarez & Marsal, Alix Partners, and FTI Consulting.

**In my opinion, the Plan Administrator and their legal counsel has acted with prejudice and malice** which I will evidence with the following examples:

- By submitting DN-3440 I believe the legal counsel for the Plan Administrator deliberately circumvented the order of protection by forcibly enshrining the connection between my alleged account on X to my identity in this proceeding which was supposed to be protected. As I have documented I have been doxed numerous times on X and Reddit, and by connecting the two to an official bankruptcy docket with a standing protective order I believe that calls into question what the intent of that actually was and if there is a potential rights violation to be discussed.
- Within the Plan Administrators Sur-Reply, it is stated the social media activity contradicts my reasons for the redaction my personal information. The cavalier portrayal of *'if he is going to say things online then surely, we should be able to know who he is'* is irrelevant and seems to imply Freedom of Speech and the guaranteed protections are not valid.
    - For example, per DN-3440: "Former Shareholder should not be able to feign helplessness and hide under a veil of anonymity in this Court while simultaneously hurling insults at the Plan

2

Administrator and his counsel, this court, and others through his online posts." This is deeply concerning as it is taking out of context conversations and interactions of who I know who the person I am talking to is and how I reply to those people as it pertains to my personal identity and safety. Taking out of context posts and presenting them as a basis for removal of my protective order is concerning.

- Within the objections and sanctions there are numerous expressions that are not professional and strongly allude to mocking the authenticity of my concerns as if to suggest they are ridiculous, without merit, and I am out of my depth to speak raise such concerns.
    - Furthermore, the representation that the "concerns from the other shareholders that have been heard from" have no relation to mine in any way which is abundantly apparent given the context and content included so it begs the question of why this comparison is even being made in the first place as I will touch on later in this write up.
- I believe there are substantial concerns relating to the intent behind declaring cancelled equity holders are no longer even a party in interest:
    - According to **11 U.S. Code § 1109(b)**: "A party in interest, including the debtor, the trustee, a creditors' committee, an equity security holders' committee, a creditor, an equity security holder, or any indenture trustee, may raise and may appear and be heard on any issue in a case under this chapter." Section 1109(b) explicitly lists "an equity security holder" as a "party in interest" with the right to be heard. It does not limit this status to equity holders whose interests are unimpaired or not cancelled under a plan. Even if a plan cancels equity interests, those holders were still equity holders during the case and retain that status for the purpose of § 1109(b) until the case is closed.
    - According to **11 U.S.C. § 350(a)**: a "case" refers to the entire bankruptcy proceeding from the filing of the petition until the case is closed. Confirmation of a Chapter 11 plan does not, by itself, close the case and it remains open until the court enters a final decree. Therefore, the right to be heard under § 1109(b) appears to extend post-confirmation, as long as the case remains open. Despite this, all parties involved repeatedly use phrases such as: "Way too late!" "The bell has rung!" and "The cake cannot be unbaked!" These phrases appear ***dozens*** of times and appear to be factually inaccurate. It is deeply concerning as a party hoping to raise concerns about authenticity and improper conduct that has been unacknowledged.

3

- o While these are both revelations to me as a non-legal pro se, surely the plan administrator is aware of these facts, so it begs the question of why these were included in the objections from all three parties as well as the sanctions from the legal counsel of the planned administrator.
- As I will further explore in the new motion itself *(should that be the direction this goes in)* the lack of claw backs filed by the Plan Administrator *(specifically the third party they are outsourcing to: ASK LLP)* is **deeply** concerning. **It is ten months post plan-confirmation** and of the 1,443 Creditors that were paid a cumulative $532.4 *million*, only 208 Adversary Cases have been filed for a total Demand of $110 million. Of these 36 were *voluntarily dismissed* for a total Demand of $16.5 million.
    - o Furthermore, I have identified numerous examples that the total amount being demanded does not tie back to the transfers that were made by the Company as identified on DN-1327. Within the top 20 occurrences alone, the total payments that were made by the Company are ***more than*** the amount being Demanded in the Claw-backs by nearly $17 million!

[Table image of creditor listings with columns: Creditor Name, Reason, Nbr of Xfers, Transfers, Demand, Total Xfer > Demand, Adversary Case Closed — totals approximately 30,928,549 / 14,064,333 / 16,864,216]

- Lastly as I have been abundantly transparent on my family is basically insolvent, has been single income for eight months, and has two small children. Knowing that my family is in an extremely difficult financial position opens the door for potential leverage to dissuade bringing forth substantial concerns as directly evidenced by the substantial escalation of submitting sanctions and giving the impression that they will be pursued to their fullest and highest reimbursement possible.

There are numerous other concerns and highly relevant information that would accompany the above examples should a motion for appointment of an examiner be filed under 11 U.S. Code § 1104(b) But it is immensely concerning that the plan administrator is not maximizing recovery. As a reminder the community of shareholders myself included hold a substantial amount and aggregate of the bonds and it appears that material concessions are actively being made that directly impact the question of whether class 9 is "hopelessly" out of the money. Furthermore, I believe within the matter of a couple of weeks I will be able to challenge the $1.8-$2.5 Billion that I believe has no basis in reality. **Why all these facts are relevant and worth**

4

**highlighting is I pose a substantial risk debtor estate, plan administrator, and outcome constructed from the bankruptcy proceedings.**

### Concerns Pertaining to my Order of Protection

Going into the hearing, on August 8, I truly did not understand how I was "in breach of the court order" as evidenced by the Plan Admin from my alleged social media to deliver my unredacted information to the debtor counsels. I have emphasized every step of the way that I cannot afford legal counsel, and I do not understand the options that are even available to me or simple legal procedure. I made multiple attempts to inquire as to how or why I was obstructing the order by emailing all parties *but never heard back*. From my perspective, it was simply the Plan Administrator attempting to punitively take measures against me - as they had already done with the 40 plus pages of objections and 50 pages of sanctions. I sincerely appreciated the explanation during the hearing itself and real time agreed to comply *(something I again in hindsight am concerned about given I cannot adequately and fairly represent myself)*. This past week has been extremely difficult, and I am extremely distraught as I do not understand the *legal reason* of why this needs to occur. Included in my original Request for Redaction of my Personal Information I cited:

- **Bankruptcy Rule 9018:** The rule remains highly pertinent to the current circumstances - "make any order which justice requires... to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information" is directly applicable to safeguarding the sensitive information I possess as a shareholder.
    - Moreover, the clause allowing protection "against scandalous or defamatory matters contained in any paper filed in a case under the Code" is crucial given the nature of the allegations against the Debtor representatives and the Bankruptcy process. The ongoing applicability of this rule post-confirmation is critical, as it provides a mechanism to present potentially incriminating evidence to the court without risking public disclosure or personal harm – something I still have not been able to efficiently do.
- **11 U.S. Code § 105(a):** The court may issue any order, process, or judgment that is necessary or appropriate to conduct the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.
- **11 U.S. Code § 107(b):** On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may (1) protect an entity with respect to a trade

5

secret or confidential research, development, or commercial information; or (2) *protect a person with respect to scandalous or defamatory matter* contained in a paper filed in a case under this title.

- I originally did not know of **11 U.S. Code § 107(c)(1)** but think it is also applicable which states: The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property (*my family's financial wellbeing*).

- **Retaliation from powerful entities** *(both financial and legal)*: ☑
    - My actions are a **direct threat** to the interests of massive financial institutions and law firms, and they may take steps to intimidate, harass, or harm me. This has proven to be true as can be evidenced with the 80 pages of objections and 50 pages of sanctions from the various parties.
    - I do not know the validity of this account, but as an example this account originally gained my confidence but completely pivoted to being hostile and even alludes to somehow being part of the proceedings which feels extremely intimidating.

    

    - These are after all the law firms and financial advisors associated with Epstein, Lehman Brothers, Enron, and dozens of other extremely high-profile cases with massive financial and criminal implications. The interests that these firms represent are of extremely dangerous - a point that has been carelessly attempted to be discarded or minimized as preposterous – which is concerning in and of itself.

- **Physical threats or violence:** ☑
    - I have been attempting to diligently document but have been completely unable to appropriately submit to the court or authorities that should be interested in. For example:

        [REDACTED]

        [REDACTED]

- **Legal harassment** *(both currently and especially in the future)*:
    - I have significant concerns that the most powerful legal firms and executives will have a grievance with the assertions that I am being made as can clearly be evidenced in the lawfare already experiences.
    - I must highlight that I easily spent 100s of hours attempting to prepare responses and exhibits to respond to the objections, the sanctions, and attempt to speak to them to the community of shareholders that supports what I am doing. ████████████████████████████████████████████████████████████████████████
    - I have significant concerns that if I "officially disclose" my personal identity to the two firms I am being ordered to do, that I will be in the future subject to defamation lawsuits, gag orders, cease and desist demands, and other extreme encroachments on my freedom of speech.
- ███████████



As I mentioned in my original request for relief back in April, household investors with families, jobs, and other responsibilities cannot aggregate or coordinate efficiently enough to afford council to protect their interests. This leaves individual parties such as me at a severe disadvantage as it greatly affects our ability to even raise concerns. ████████████████████████████████████████████████████

████ The fact that the bankruptcy itself purported to hear from two shareholders and therefore the robust due diligence and opportunity was done is a *disturbing* statement to even attempt to give the perspective of fairness and due process - especially when it appears that both parties have institutional

7

background. One of the predominant theories in the community that "Sixth Street represents the interest of Ryan Cohen and is behind them to *catch the bad actors...*" this rumor seems to **begin** with *Mr. Das in Aug-22*.

Furthermore, I believe his efforts were literally a false flag ████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████
████████████████████████████ Bratya, as we have since found out from the disclosures involved in the various lawsuits, appears to be naked short the stock - directly incentivized in its downfall. Simply put, **real household investors** and American citizens were not represented whatsoever.

Therefore, when starting this crusade, it took tremendous amount of stress, courage, and real danger to step forward as I have continued to adamantly attempt to do. ████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████ household investors are fighting for fair markets and buying no matter what the price because eventually we have faith that regulators will come through and obligations that continually get kicked down the road would be forced to close their obligations. This obviously **never** happened with Bed Bath and the *true price discovery* never occurred – *directly impacting* the Company's ability to efficiently raise capital and address their debt covenants. As I have previously mentioned I have a 40 page **extremely thorough** Market Data analysis that without a doubt shows this, but I have been unable to share. ████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████ It was immensely troubling that we still didn't have our new parent equity that was supposedly a sure thing and literally nothing in the bankruptcy itself so much as referencing one of the largest shareholder representations of household investors in a company *in history* (a provable fact) that got completely wiped out, the severity of the naked short selling, or the manner of which the company itself was bankrupted. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

### Improper Conduct, Lack of Disclosure, and Breach of Fiduciary Duty

There are numerous alarming concerns that should be immediately investigated by an Examiner, for example:

- It is finally disclosed *(post plan confirm)* that extremely material causes of action against third parties shipping companies were being to be pursued.
    - We (household investors/general public) have *still* only heard estimates of 4/13 *causes*, however it is estimated at over $400 million! What is the estimate for the remaining 9/13?
    - If product was never received but was paid for, or if there was breach of contract and litigation that was about to be pursued *nothing* was ever reflected in the financials or accrued appropriately according to GAAP.
- It is finally disclosed *(post plan confirm)* there is an ongoing $300 million HBC 16(b) lawsuit - a share offering that was **demanded by creditors** who were threatening to default the company at once unless additional credit restrictions would be addressed.
    - The share offering hailed as a $1 Billion "success" by all the various firms involved resulted in a 600 million share increase garnering only $250 million in proceeds while market makers were able to exit their short positions, obtain proceeds of $500 million in the process, and dump on retail investors in the process.
- It is finally disclosed *(post plan confirm)* that the company rejected a $400 million offer a mere one-two before diluting shareholders by *600 million shares* only to garner $250 million in proceeds while market makers were able to exit their short positions and obtain proceeds of $500 million in the process.
- It is finally disclosed *(post plan confirm)* that there is are 12 causes of action against former boards of directors for several $100 million and in aggregate well over $1 billion for breach of fiduciary duty relating to the buybacks in previous years. While this sounds nice the D&O policies *(also not estimated as of the time of the plan confirmation)* will likely only cover a portion of that and I would expect recoverability of the full complaint to be highly unlikely.

All these items *(among many other actions by the BoD)*, **directly** impacted the Company's Financial covenants, cash flow, and ability to pay the predatory lenders and the lack of disclosure highlights the inconsistent narrative pertaining to how the company was entering bankruptcy itself. It is immensely concerning that they were not included in the basis for the valuation of the asset sales and the Company's businesses, but also from the perspective of GAAP (Generally Accepted Accounting Principles) that *surely* all the various experts involved knew they were in breach of.

9



It is crucial to appreciate and acknowledge the accounting and breach of fiduciary duty relating to the complete lack of disclosures relating to all these actions above by the board of directors associated with the company entering bankruptcy.

It was immensely disturbing and disheartening to go back and listen to comments made during the first day declarations and in some of the final appearances of some of the councils. What started out as nostalgia and warm feelings of 'we love Bed Bath, and we are going to do whatever we can to make sure this works' - ended with congratulatory affirmations resounding joy and appreciation all-around well-run operation. I find this immensely troubling as I have since come to discover that every single one of the firms involved with Bed Bath have also been involved in dozens of bankruptcies with each other to which they seemingly switch who is the financial advisor to the UCC, who's the restructuring experts for the debtor, who's the legal counsel for the creditors, and so on.

## Conclusion

With respect to my personal information and who that is being protected from I believe for all the reasons above protection of my personal identity is paramount And the order demanding that I disclose their information is deeply concerning and frankly I simply just do not understand the legal basis for needing to do so.

In emails to all parties involved I have expressed sincere concern that I feel like I am being made a martyr and that I am attempting to bring forward very "whistleblower-esk" concerns. While the definition of "whistleblowing" is typically associated with an employee or insider It can absolutely be applied to various other potential illegal activities, corruption, or other forms of misconduct. This is particularly relevant in cases of financial impropriety, securities fraud, or corporate misconduct. Something that I attempted to do in my objection responses however I must again highlight how that crude attempt was still only a fraction of what I have to bring.

As a whistleblower - if applicable - I believe I absolutely have grounds for substantiating all of the following requirements such as: Burden of Proof, Good Faith, Public Interest, Nature of the Information, Conspiracy involving multiple parties acting in concert, Improper conduct ranging from ethical violations to

illegal activities, various Extraordinary events which would indicate unusual circumstances that warrant investigation, the international implications, and the national security associated with the integrity of our public markets being severely in jeopardy. These are all issues that I am simply unable to bring forward from a legal perspective – not because of their perceived inauthenticity, but simply because doing so as a non-represented pro se is preposterous against the most powerful and influential law firms in the world. All the concerns above are highly relevant to the integrity, transparency, and result of the confirmed plan and for all those reasons protection of my personal information is paramount especially from parties that would be highly implicated should any of them warring further discovery from appropriate parties such as an investigator or examiner.

In conclusion I assert that I will comply by the end of day today in delivering the court ordered information of the unredacted motion to the plan administrator the debtor's estate and US trustee, but I am sincerely hoping an interjection can take place before doing so. I have two small children, and my family is already financially destroyed so I must continue to explore the next options and approach of how I can bring forward these substantial concerns in a way more appropriate and able to be challenged by an appropriate professional legal representative. I sincerely appreciate the court's leniency already granted and again I apologize for the unorthodox nature of this letter but as I am all out of options, and do not understand appropriate legal procedure, it is simply the only way I know of to make my voice heard and cannot afford to have another chance where concerns could have been raised but weren't, as shareholders did with the bankruptcy itself.

Respectfully Submitted,
Bed Bath and Beyond Shareholder (ML1)
Dated August 16th, 2024

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and phone number]*<br>Bed Bath and Beyond Shareholder<br>228 Park Ave S PMB 932020<br>New York, New York 10003-1502<br>147Aurora741@gmail.com | | |
| In Re:<br>*[Enter the debtor's name(s)]*<br>Bed Bath and Beyond Inc. | Case No.: | 23-13359<br>*[Enter the case number]* |
| | Chapter: | 11<br>*[Enter the case number]* |
| | Hearing Date: | 9/10/2024<br>*[Enter the hearing date]* |
| | Judge: | Papalia<br>*[Enter the Judge's last name]* |

**ORDER GRANTING** Request for Stay of Order to Deliver Personal Information
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* two (2) is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* Request for Relief and Stay of Order to Deliver Personal Information , and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* Motion to Stay Order to Deliver Personally Identifiable Information Pending Resolution of Forthcoming Motion Requesting Appointment of Examiner.

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and phone number]*<br>Bed Bath and Beyond Shareholder<br>228 Park Ave S PMB 932020<br>New York, New York 10003-1502<br>147Aurora741@gmail.com | Case No.: 23-13359<br>*[Enter the case number]*<br><br>Chapter: 11<br>*[Enter the chapter of the case]* |
| In Re:<br>*[Enter the debtor's name(s)]*<br>Bed Bath and Beyond Inc. | Hearing Date: 9/10/2024<br>*[Enter the hearing date]*<br><br>Judge: Papalia<br>*[Enter the Judge's last name]* |

## CERTIFICATION OF SERVICE

1. I, Bed Bath and Beyond Shareholder :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☑ am the Creditor _____ in this case and am representing myself.

2. On *[Enter the date you served the documents]* August 28th, 2024 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *[Place a check next to each document you served]*

    ☑ Notice of Motion *[Enter title of motion]* Request for Relief/Motion to Stay Order

    ☑ Certification in Support of Motion *[Enter title of motion]* Motion for Stay of Order Pending Resolution of forthcoming Motion Requesting Appointment of an Examiner.

☑ Statement as to Why No Brief is Necessary

☑ Proposed Order Granting Motion *[Enter title of motion]* Motion for Stay of Order Pending Resolution of forthcoming Motion Requesting Appointment of an Examiner.

☑ Other *[Enter title of document]* EXHIBIT A (Emailed document from August 16th, 2024)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 28th, 2024
*[Enter the date you signed this document]*

Bed Bath and Beyond Shareholder
Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br>Honorable Judge Papalia<br>United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut St #3017<br>Newark, NJ 07102 | *[Enter the party's relationship to the case]*<br>Presiding Judge | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B Steele, Esq. | *[Enter the party's relationship to the case]*<br>US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Bradford J. Sandler, Esq. | *[Enter the party's relationship to the case]*<br>Counsel to Plan Administrator & Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |