|   |   |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Joshua S. Bauchner<br>jbauchner@mblawfirm.com<br><br>*Attorneys for Texas Taxing Authorities* |   |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF JOINT MOTION OF TEXAS TAXING AUTHORITIES TO COMPEL PAYMENT OF REMAINING AMOUNTS DUE ON YEAR 2022 AD VALOREM BUSINESS PERSONAL PROPERTY TAXES**

**PLEASE TAKE NOTICE** that on November 6, 2023, the Texas Taxing Authorities[2], by and through their counsel, filed the *Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes* [Docket

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2] For purposes of this pleading, the Texas Taxing Authorities are defined as include all taxing authorities represented by Linebarger Goggan Blair & Sampson, Perdue Brandon Fielder Collins & Mott, and McCreary Veselka Bragg & Allen including but not limited to: Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, City of El Paso, Fort Bend County WCID #02, Fort Bend County, City of Frisco, Grayson County, Gregg County, Harris County, Hidalgo County, Jefferson County, Lewisville Independent School District, City of McAllen, McLennan County, City of Mesquite, Montgomery County, Nueces County, Parker CAD, Rockwall CAD, San Marcos CISD, Smith County, Tarrant County, Tom Green CAD, Victoria County, Wichita County Tax Office, Randall County Tax Office, Brazoria County, Brazoria County Special Road & Bridge, Alvin Independent School District, Alvin Community College, Brazoria County Drainage District #4, Pearland Municipal Management, Brazoria Municipal Utility District #06, Woodlands Metro Municipal Utility District, Woodlands Road Utility District, Clear Creek Independent School District, Humble Independent School District, Pasadena Independent School District, Spring Branch Independent School District, City of Houston, Lubbock Central Appraisal District, Midland County, City of Lake Worth, Crowley Independent School District, Grapevine-Colleyville Independent School District, Frisco Independent School District, Plano Independent School District, Bell County Tax Appraisal District, Bowie Central Appraisal District, Brazos County, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, Taylor County Central Appraisal District, City of Waco, Waco Independent School District and Williamson County.

4856-6369-4829.1 08728.003

No. 2664] (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that the Texas Taxing Authorities hereby withdraw the Motion with prejudice.

Dated: October 11, 2024

/s/ Julie Anne Parsons
Julie Anne Parsons, Esq.
McCreary Veselka Bragg & Allen PC
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
Telephone: (512) 323-3200
Email: julie.parsons@mvbalaw.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

Dated: October 14 2024

/s/ Melissa E. Valdez
Melissa E. Valdez, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
Telephone: (713) 862-1860
Facsimile: (713) 862-1429
Email: mvaldez@pbfcm.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

Dated: October 11, 2024

/s/ Tara L. Grundemeier
Tara L. Grundemeier, Esq.
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Dr., Suite 600
Houston, TX 77081
Telephone: (713) 844-3478
Facsimile : (713) 844-3503
Email: tara.grundemeier@lgbs.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

4856-6369-4829.1 08728.003

Dated: October 11, 2024

*/s/ Vincent J. Roldan*
Vincent J. Roldan, Esq.
MANDELBAUM BARRETT PC
3 Becker Farm Rd., Suite 105
Roseland, NJ 07068
Telephone: (973) 974-9815
Email : vroldan@mblawfirm.com

*Local Counsel to the Texas Taxing Authorities as set forth in FN2*