**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com
       plabov@pszjlaw.com
       crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 16, 2024, AT 10:00 A.M. (ET)**

**Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4882-1645-2077.2 08728.003

I.  **MATTER RESOLVED**

1.  Notice of Motion of Beverly Parrish for an Order Allowing Late Filed Claim to be Treated as Timely Filed [Docket No. 3538].

    **Status:**  On October 10, 2024, counsel to Movant emailed a revised agreed order to chambers. There is no need for a hearing unless the Court has questions for counsel.

II. **MATTER RESOLVED AND WITHDRAWN**

2.  Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664].

    **Related Documents:**

    A.  Notice of Hearing [Docket No. 2712].

    B.  Notice of Hearing [Docket No. 2715].

    C.  Determination of Adjournment Request [Docket No. 2770].

    D.  Determination of Adjournment Request [Docket No. 2897].

    E.  Determination of Adjournment Request [Docket No. 2921].

    F.  Determination of Adjournment Request [Docket Nos. 2972, 2973].

    G.  Determination of Adjournment Request [Docket No. 3298].

    H.  Determination of Adjournment Request [Docket No. 3350].

    I.  Determination of Adjournment Request [Docket No. 3481].

    J.  Notice of Withdrawal of Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 3561].

    **Status:**  This matter has been resolved and withdrawn.

| | |
|---|---|
| Dated:  October 15, 2024 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| |         bsandler@pszjlaw.com |
| |         plabov@pszjlaw.com |
| |         crobinson@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |