UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Donald F. Campbell, Jr., Esq. (DC8924)**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
Attorneys for Creditor, Beverly Parrish

---

In Re:

Bed Bath & Beyond, Inc.

                Debtor.

---

Order Filed on October 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 23-13359(VFP)

Chapter: 11 (Jointly Administered)

Hearing Date: October 16, 2024 at 10:00 a.m.

Judge: The Honorable Vincent F. Papalia, U.S.B.J.

---

Recommended Local Form:    ☐ Followed    ☒ Modified

---

## ORDER ALLOWING LATE CLAIM AS TIMELY FILED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 18, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

**In re Bed Bath & Beyond, Inc.**
**Case No. : 23-13359(VFP)**
**Caption: Order Allowing Late Claim as Timely Filed**
**Page 2**

**THIS MATTER** having been opened to the Court upon the motion of Beverly Parish ("*Movant*"), through her counsel, Giordano, Halleran & Ciesla, P.C., for entry of an order (I) allowing late filed claim to be treated as timely filed; and (II) for such other relief as the Court deems just and proper (the "*Motion*"); and the notice of the Motion having been provided to all parties entitled to such notice; and the Court, having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Proof of Claim filed by Creditor Beverly Parish on September 4, 2024, docket as claim number 20280 and filed as a general unsecured claim in the amount of $472,000.00 (the "*Parrish Claim*"), shall be considered timely filed.

2. Movant shall serve a copy of this Order on all interested parties within seven (7) days of its entry.

3. The Plan Administrator retains the right to object to the Parrish Claim on any and all grounds other than timeliness.