

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE. 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Paul J. Labov

October 21, 2024

212.561.7783
plabov@pszjlaw.com

**Via ECF and Electronic Mail**

The Honorable Vincent F. Papalia
United States Bankruptcy Judge
District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

      Re:    **Bed Bath & Beyond, Inc.,
Case No. 23-13359 (VFP)
Sixth Joint Status Report - Stay Relief Motions
and Personal Injury Claim Resolution Procedures
Motion**

Dear Judge Papalia:

      This firm represents Michael Goldberg in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond, Inc.). This correspondence is in furtherance of Your Honor's request for a joint status report in connection with the parties' progress in formulating estimation or resolution procedures[1] in connection with personal injury claims (the "PI Claims"). We previously provided you with a status update on September 23, 2024, which appears on this Court's Docket at Docket No. 3535.

      Per Your Honor's direction, the parties, including (i) the Plan Administrator, (ii) movant Alfred Zeve, (iii) movants Penelope Duczkowski and Joseph Duczkowski, and (iv) Safety National Casualty Corp., each by and through their respective counsel (collectively (i)-(iv), the "Parties"), worked through various issues

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the May 30, 2024, correspondence to the Court, filed at Docket No. 3304, or as otherwise provided herein.

4891-8287-7928.4 08728.003



The Honorable Vincent F. Papalia
October 21, 2024
Page 2

with the hope that we could alleviate the need for costly and time-consuming procedures.

To this end, with respect to the Duczkowski claim(s), the parties recently filed a joint stipulation [Docket No. 3581], providing limited stay relief for the purpose of allowing mediation to proceed. However, the Plan Administrator and Mr. Zeve have been unable to reach a resolution regarding his claim(s) or his motion for relief from the automatic stay and for modification of the plan injunction [Docket No. 2936] (the "Zeve Motion").

This Court previously established a status conference on the PI Claims and as a carry date on the Motions (the "Status Conference"), which is currently set for October 22, 2024, at 10:00 a.m. The Parties hereby request a brief continuance of the Status Conference to October 23, 2024, at 10:00 a.m., or as soon thereafter as the Court is available, to discuss various issues regarding the PI Claims and the setting of a hearing date on the Zeve Motion.

Respectfully submitted,

*/s/ Paul J. Labov*

Paul J. Labov

PJL
cc:   Michael I. Goldberg, Esq. (*via email*)
      David H. Stein, Esq. (*via email*)
      Richard J. Corbi, Esq. (*via email*)
      Caleb T. Holzaepfel, Esq (*via email*)
      J. Fred Lorusso, Esq. (*via email)*
      Bradford J. Sandler, Esq. (*via email*)
      David B. Pizzica, Esq. (*via email*)