**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 8, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Post Effective MSL/2002 Service List attached hereto as **Exhibit A**:

- Plan Administrator's Fourth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 2) [Docket No. 3552] (the ***"Fourth Omnibus Objection"***)

On October 8, 2024, at my direction and under my supervision, employees of Kroll caused the Fourth Omnibus Objection and the following document, customized to include the name of the claimant to be served via first class mail on the Fourth Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 3553]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: October 16, 2024

                                                            */s/ Amy Castillo*
                                                            Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 16, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

## Exhibit A
### Post Effective MSL/2002 Service List
### Served via first class mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 |

**Exhibit B**

Exhibit B
Fourth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 20803429 | BEDOLLA, MARGARET | ADDRESS ON FILE | | | | | | |
| 12996744 | BEGUM, FARZANA | ADDRESS ON FILE | | | | | | |
| 12827568 | BEHARIE, JENNIFER | ADDRESS ON FILE | | | | | | |
| 13021912 | BELL, FRED J | ADDRESS ON FILE | | | | | | |
| 12826418 | BELLINA, DANIELA | ADDRESS ON FILE | | | | | | |
| 12984397 | BENNETT, CAMILLE M | ADDRESS ON FILE | | | | | | |
| 13119388 | BENNETT, LINDA | ADDRESS ON FILE | | | | | | |
| 18232748 | BENNETT, SAMANTHA | ADDRESS ON FILE | | | | | | |
| 20803392 | BERRICH, ROSA | ADDRESS ON FILE | | | | | | |
| 14556850 | BEST, ARENISHA | ADDRESS ON FILE | | | | | | |
| 13050606 | BETZ, AMY ANN | ADDRESS ON FILE | | | | | | |
| 13043138 | BHALALA, ALPESH | ADDRESS ON FILE | | | | | | |
| 12928711 | BHATIA, NARINDER | ADDRESS ON FILE | | | | | | |
| 18989716 | BHATT, SUCHETA P | ADDRESS ON FILE | | | | | | |
| 12996256 | BHAVSAR, DIPIKA | ADDRESS ON FILE | | | | | | |
| 15548996 | BIJLANI, ANYA RENE | ADDRESS ON FILE | | | | | | |
| 20816252 | BITTNER, JEAN | ADDRESS ON FILE | | | | | | |
| 12986823 | BIVENS, DANIELLE L | ADDRESS ON FILE | | | | | | |
| 12954963 | BLACK, ELIZABETH DIANE | ADDRESS ON FILE | | | | | | |
| 12996753 | BLACK, KELSEY | ADDRESS ON FILE | | | | | | |

# Exhibit B

Fourth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 13123136 | BLAKE, KAYSIA | ADDRESS ON FILE | | | | | | |
| 12989684 | BLANCHARD, JANESE | ADDRESS ON FILE | | | | | | |
| 18988881 | BODKIN, JOANNE | ADDRESS ON FILE | | | | | | |
| 13048471 | BODNER, TERESA ELLEN | ADDRESS ON FILE | | | | | | |
| 22122518 | BOGARD, DEBRA | ADDRESS ON FILE | | | | | | |
| 20832087 | BOGUNOVIC, OLJA | ADDRESS ON FILE | | | | | | |
| 20832086 | BOGUNOVIC, OLJA | ADDRESS ON FILE | | | | | | |
| 12839871 | BOILEAU, ASHLEY | ADDRESS ON FILE | | | | | | |
| 20803399 | BOLINAS, ALEXANDRIA | ADDRESS ON FILE | | | | | | |
| 12882892 | BOLINSKY, PRISCILLA | ADDRESS ON FILE | | | | | | |
| 15540388 | BONACETO, MILETZA | ADDRESS ON FILE | | | | | | |
| 12887170 | BONEY, RHODA | ADDRESS ON FILE | | | | | | |
| 15423967 | BORDEN,JR., MEREDITH M. | ADDRESS ON FILE | | | | | | |
| 15900450 | BORUKHOV, MICHAEL | ADDRESS ON FILE | | | | | | |
| 13058900 | BOWERS, AMANDA C | ADDRESS ON FILE | | | | | | |
| 12888344 | BOYER, STEPHANIE | ADDRESS ON FILE | | | | | | |
| 15978576 | BOYNTON, JUSTINA | ADDRESS ON FILE | | | | | | |
| 12959408 | BRADY, CARLI M | ADDRESS ON FILE | | | | | | |
| 15600744 | BRADY, MARTHA W. | ADDRESS ON FILE | | | | | | |
| 20648138 | BRAISLIN, BRITTANY | ADDRESS ON FILE | | | | | | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 2 of 6

Exhibit B
Fourth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 13021610 | BRASWELL, EBONY | ADDRESS ON FILE | | | | | | |
| 12819737 | BRIENZA, AUDREY | ADDRESS ON FILE | | | | | | |
| 13049368 | BRIGNOLI, JOSEPHINE A | ADDRESS ON FILE | | | | | | |
| 13050524 | BRODERICK, JOHN W | ADDRESS ON FILE | | | | | | |
| 12987876 | BROGDON, DEBBIE A | ADDRESS ON FILE | | | | | | |
| 15546212 | BRONNER, BRECKEN A | ADDRESS ON FILE | | | | | | |
| 15546214 | BRONNER, BRECKEN A | ADDRESS ON FILE | | | | | | |
| 22435234 | BROOKFIELD, STERLING DENISE | ADDRESS ON FILE | | | | | | |
| 22435235 | BROOKFIELD, STERLING DENISE | ADDRESS ON FILE | | | | | | |
| 13089805 | BROOKS, GEORGIA | ADDRESS ON FILE | | | | | | |
| 12952994 | BROOKS, JACYNTA | ADDRESS ON FILE | | | | | | |
| 13044477 | BROOKS, SAMANTHA | ADDRESS ON FILE | | | | | | |
| 12822944 | BROWN, CHRYSTAL BOLDEN | ADDRESS ON FILE | | | | | | |
| 15539699 | BROWN, DAVID | ADDRESS ON FILE | | | | | | |
| 12900610 | BROWN, JASMINE | ADDRESS ON FILE | | | | | | |
| 18173275 | BROWN, MONICA | ADDRESS ON FILE | | | | | | |
| 18173060 | BROWN, MONICA | ADDRESS ON FILE | | | | | | |
| 18329704 | BROWN, SHIRLEY | ADDRESS ON FILE | | | | | | |
| 12987946 | BROWN-KING, VERONICA JOI | ADDRESS ON FILE | | | | | | |
| 12952027 | BRUCE, ASHLEY | ADDRESS ON FILE | | | | | | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 3 of 6

# Exhibit B

Fourth Omnibus Objection Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 13065163 | BRYANT, BARRY NORMAN | ADDRESS ON FILE | | | | | | |
| 18990198 | BUCHANAN, SABIA | ADDRESS ON FILE | | | | | | |
| 12888425 | BUDNICK, SARAH | ADDRESS ON FILE | | | | | | |
| 21876157 | BULTO, TIGIST GETACHEW | ADDRESS ON FILE | | | | | | |
| 12995411 | BUREL, CLARESSA T | ADDRESS ON FILE | | | | | | |
| 12952998 | BURGESS, HILDA | ADDRESS ON FILE | | | | | | |
| 12998519 | BURNETT, PATRICIA | ADDRESS ON FILE | | | | | | |
| 13057333 | BURNS, DOREEN D | ADDRESS ON FILE | | | | | | |
| 12869708 | CABACAR-RYMAN, MELISSA | ADDRESS ON FILE | | | | | | |
| 13058628 | CAIN, STEPHANIE G | ADDRESS ON FILE | | | | | | |
| 13083283 | CALABRISOTTO, LISA M | ADDRESS ON FILE | | | | | | |
| 18180161 | CALDERON, JUAN A | ADDRESS ON FILE | | | | | | |
| 13090304 | CAMILO, MAYLENE | ADDRESS ON FILE | | | | | | |
| 15978465 | CAMPBELL, MEGHAN | ADDRESS ON FILE | | | | | | |
| 17747514 | CANALES, OLIVIA | ADDRESS ON FILE | | | | | | |
| 13115865 | CANDELA, TONI ELIZABETH | ADDRESS ON FILE | | | | | | |
| 22162895 | CANNING, RACHEL | ADDRESS ON FILE | | | | | | |
| 15425221 | CAO, SUSAN | ADDRESS ON FILE | | | | | | |
| 12886280 | CARDENAS, NICK | ADDRESS ON FILE | | | | | | |
| 12956827 | CARDONA, KIMBERLY | ADDRESS ON FILE | | | | | | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 4 of 6

Exhibit B
Fourth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 15901090 | CARMACK, CARLA | ADDRESS ON FILE | | | | | | |
| 12888217 | CARR, CHRISTOPHER | ADDRESS ON FILE | | | | | | |
| 15556318 | CARRILLO, MICHELLE | ADDRESS ON FILE | | | | | | |
| 13024408 | CASTELLANA, TERESA | ADDRESS ON FILE | | | | | | |
| 20475645 | CASTILLO, CELESTE | ADDRESS ON FILE | | | | | | |
| 12991281 | CASTRO, RAFAEL REINA | ADDRESS ON FILE | | | | | | |
| 15600748 | CASTRONOVA, KELSEY | ADDRESS ON FILE | | | | | | |
| 12880076 | CATE, ASHLEY N | ADDRESS ON FILE | | | | | | |
| 15895707 | CAYTON, DAR | ADDRESS ON FILE | | | | | | |
| 13112726 | CAYTON, DAR (DARLENE) M. | ADDRESS ON FILE | | | | | | |
| 15418733 | CECIL, MADISON RAE | ADDRESS ON FILE | | | | | | |
| 20803418 | CENDEJAS, KANDACE ANN | ADDRESS ON FILE | | | | | | |
| 12993659 | CHA, MEERYOUNG | ADDRESS ON FILE | | | | | | |
| 15425225 | CHAIDEZ, NANCY | ADDRESS ON FILE | | | | | | |
| 12956943 | CHAMAA, DALIA AL | ADDRESS ON FILE | | | | | | |
| 12990193 | CHAMPINE, JULIA | ADDRESS ON FILE | | | | | | |
| 15540603 | CHANDLER, NANCY Y. | ADDRESS ON FILE | | | | | | |
| 20803264 | CHAUHAN, CHANDRESH | ADDRESS ON FILE | | | | | | |
| 13070815 | CHAVES, ELIZABETH | ADDRESS ON FILE | | | | | | |
| 12818001 | CHEN, YUPEI | ADDRESS ON FILE | | | | | | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 5 of 6

## Exhibit B
Fourth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 12819147 | CHIN, CATHY | ADDRESS ON FILE | | | | | | |
| 13084706 | CHINHARA, BANAJINI | ADDRESS ON FILE | | | | | | |