UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          plabov@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 22, 2024, AT 10:00 A.M. (ET)

**Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

**I.    MATTER RESOLVED**

1. Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

    **Responses Received:**

    A. Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

    B. Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

    C. Supplemental Opposition of the Plan Administrator to Amended Motion for Relief from the Automatic Stay (11 U.S.C. § 362) [Docket No. 2987].

    D. Safety National Casualty Corporation's Joinder to Plan Administrator's Supplemental Opposition to Amended Motion for Relief from Automatic Stay [Docket No. 3065].

    E. Reply Brief in Support of Motion for Relief [Docket No. 3293].

    F. Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

    **Related Documents:**

    A. Determination of Adjournment Request [Docket No. 2770].

    B. Determination of Adjournment Request [Docket No. 2773].

    C. Determination of Adjournment Request [Docket No. 2898].

    D. Determination of Adjournment Request [Docket No. 2922].

    E. Determination of Adjournment Request [Docket No. 2931].

    F. Determination of Adjournment Request [Docket No. 2953].

    G. Determination of Adjournment Request [Docket No. 2983].

    H. Determination of Adjournment Request [Docket No. 3071].

    I. Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].

    J.      Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].

    K.      Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].

    L.      Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

    M.      Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3506].

    N.      Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3535].

    O.      Stipulation and Consent Order Modifying the Plan Injunction [Docket No. 3581].

    P.      Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3584].

**Status:** This matter is resolved. No hearing is required at this time unless the court has any questions.

## II. STATUS CONFERENCE

2. Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for Related Relief [Docket No. 2936].

**Responses Received:**

    A.      Objection of Safety National Casualty Corporation as to Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) and for Related Relief [Docket No. 2977].

    B.      Opposition of the Plan Administrator to Motion for Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) and for Related Relief [Docket No. 3067].

  C.  Supplemental Certification of Michael A. Zimmerman in Support of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor and Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (a)(3) and for Related Relief [Docket No. 3288].

  D.  Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

**Related Documents:**

  A.  Determination of Adjournment Request [Docket No. 2936].

  B.  Determination of Adjournment Request [Docket No. 2978].

  C.  Determination of Adjournment Request [Docket No. 3071].

  D.  Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].

  E.  Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].

  F.  Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].

  G.  Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

  H.  Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3506].

  I.  Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3535].

  J.  Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3584].

**Status:** The parties have agreed to adjourn this matter. A new hearing date will be determined in consultation with the Court.

| | |
|---|---|
| Dated: October 21, 2024 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:   (212) 561-7700 |
| | Facsimile:    (212) 561-7777 |
| | Email:          rfeinstein@pszjlaw.com |
| |                bsandler@pszjlaw.com |
| |                plabov@pszjlaw.com |
| |                crobinson@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |