**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 11, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Post Effective MSL/2002 Service List attached hereto as **Exhibit A**:

- Plan Administrator's Fifth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 3) [Docket No. 3557] **(the "*Fifth Omnibus Objection*")**

- Plan Administrator's Sixth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 4) [Docket No. 3559] **(the "*Sixth Omnibus Objection*")**

On October 11, 2024, at my direction and under my supervision, employees of Kroll caused the Fifth Omnibus Objection and the following document, customized to include the name of the claimant to be served via first class mail on the Fifth Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 3558]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On October 11, 2024, at my direction and under my supervision, employees of Kroll caused the Sixth Omnibus Objection and the following document, customized to include the name of the claimant to be served via first class mail on the Sixth Omnibus Objection Service List attached hereto as **Exhibit C**:

- Notice of Objection to Your Claim [Docket No. 3560]

Dated: October 21, 2024

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 21, 2024, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Post Effective MSL/2002 Service List
Served via first class mail

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 |
| PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |

Document    Page 5 of 12

**Exhibit B**

Exhibit B
Fifth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 22207907 | CHINNAPAPAKKAGARA, SWAPNA | ADDRESS ON FILE | | | | | |
| 18989720 | CHO, SABRINA | ADDRESS ON FILE | | | | | |
| 15480800 | CHRISTIE, NICOLE | ADDRESS ON FILE | | | | | |
| 12818172 | CHRISTOPHER, SARAH | ADDRESS ON FILE | | | | | |
| 12886207 | CHRZAN, ANNE MARIE | ADDRESS ON FILE | | | | | |
| 15669017 | CHU, KAYEE | ADDRESS ON FILE | | | | | |
| 13092469 | CHUTARO, JULYNN | ADDRESS ON FILE | | | | | |
| 15424958 | CIOFFI, FRANCINE J. | ADDRESS ON FILE | | | | | |
| 13009733 | CIVITARESE, THOMAS | ADDRESS ON FILE | | | | | |
| 20814175 | CLACY, MARCIA | ADDRESS ON FILE | | | | | |
| 20643633 | CLAYTON, ANTONIA | ADDRESS ON FILE | | | | | |
| 18165655 | COBB, SAMMIE JO | ADDRESS ON FILE | | | | | |
| 13000026 | COCHRAN, JACKIE | ADDRESS ON FILE | | | | | |
| 22416110 | COGAR, ANN-MARIE | ADDRESS ON FILE | | | | | |
| 12858709 | COLBERT, JESSICA | ADDRESS ON FILE | | | | | |
| 22138848 | COLLETT, MARYANN | ADDRESS ON FILE | | | | | |
| 13050234 | COLLINS, JANET | ADDRESS ON FILE | | | | | |
| 12983769 | COLLINS, KATHERINE | ADDRESS ON FILE | | | | | |
| 20803407 | COLLINS, PATRICIA ANN | ADDRESS ON FILE | | | | | |
| 12822858 | COLLO, JENNEFER RUTH | ADDRESS ON FILE | | | | | |
| 13048945 | CONLEY, KENYONDRA | ADDRESS ON FILE | | | | | |
| 12869681 | CONTRERAS, SERGIO | ADDRESS ON FILE | | | | | |
| 18181131 | COOK, DANIELLE | ADDRESS ON FILE | | | | | |
| 13058352 | COOPER, CAROLYN T | ADDRESS ON FILE | | | | | |
| 22425285 | COOPER, LORIE | ADDRESS ON FILE | | | | | |
| 15900978 | COOPER, NICOLE | ADDRESS ON FILE | | | | | |
| 15480937 | COPPOLA, MARISSA | ADDRESS ON FILE | | | | | |
| 12997267 | CORDERO, MARIO | ADDRESS ON FILE | | | | | |
| 12876096 | CORDERO, MONIQUE | ADDRESS ON FILE | | | | | |
| 12916750 | CORTEZ, CELIA | ADDRESS ON FILE | | | | | |
| 13000472 | COSTELLO, CHRISTINE | ADDRESS ON FILE | | | | | |
| 17120677 | COTOARA, LAVINIA | ADDRESS ON FILE | | | | | |
| 13047935 | COWEN, LESLIE JILL | ADDRESS ON FILE | | | | | |
| 14557239 | CRAVIN, ALANA | ADDRESS ON FILE | | | | | |
| 12876864 | CROLA, NAOMI | ADDRESS ON FILE | | | | | |
| 13135861 | CROOKS, DOMINIQUE | ADDRESS ON FILE | | | | | |
| 13135862 | CROOKS, DOMINIQUE | ADDRESS ON FILE | | | | | |
| 13083974 | CRUZ, FELICITA | ADDRESS ON FILE | | | | | |
| 12992684 | CRUZ, MARISOL | ADDRESS ON FILE | | | | | |
| 13077826 | CUNNINGHAM, HAYLEY IRENE | ADDRESS ON FILE | | | | | |
| 13009145 | CUPELLI, EMILY LYNCH | ADDRESS ON FILE | | | | | |
| 12997097 | CURD, MELISSA | ADDRESS ON FILE | | | | | |
| 20816467 | CURRY, JANNELL LEE | ADDRESS ON FILE | | | | | |
| 12989961 | CURTO, CHARLOTTE D. | ADDRESS ON FILE | | | | | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 3

Exhibit B
Fifth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 13113122 | DADE, YEVA L | ADDRESS ON FILE | | | | | |
| 12983879 | DAGGUBATI, SURESH | ADDRESS ON FILE | | | | | |
| 13114368 | DAILEY, ALYSSA | ADDRESS ON FILE | | | | | |
| 20694613 | DAILEY, JEANETTE NMN | ADDRESS ON FILE | | | | | |
| 13122570 | DALY, PETER | ADDRESS ON FILE | | | | | |
| 12990007 | DAMIEN, MARCEL LOUIS | ADDRESS ON FILE | | | | | |
| 18989847 | DANAHER, WES | ADDRESS ON FILE | | | | | |
| 13064443 | DANG, DIEM DIANA | ADDRESS ON FILE | | | | | |
| 12991656 | DARROW, JOCELYN | ADDRESS ON FILE | | | | | |
| 20826050 | DARWISH, MARUM H | ADDRESS ON FILE | | | | | |
| 20800220 | DAVIDSON, NORA JEAN | ADDRESS ON FILE | | | | | |
| 16826460 | DAVIS, ALANNARUTH | ADDRESS ON FILE | | | | | |
| 15685330 | DAVIS, ASHLEY | ADDRESS ON FILE | | | | | |
| 20655409 | DAVIS, BARBARA M. | ADDRESS ON FILE | | | | | |
| 15480630 | DAVIS, CARMEN | ADDRESS ON FILE | | | | | |
| 13093366 | DAVIS, KILA ANN | ADDRESS ON FILE | | | | | |
| 15418015 | DAVULURI, RAM | ADDRESS ON FILE | | | | | |
| 12903539 | DAWSON, DIANE | ADDRESS ON FILE | | | | | |
| 17747408 | DAWSON, EDMUND L | ADDRESS ON FILE | | | | | |
| 14557301 | DE LA CRUZ, KATE | ADDRESS ON FILE | | | | | |
| 12966254 | DEBARROS, MIA | ADDRESS ON FILE | | | | | |
| 15553986 | DECARLO, HEATHER | ADDRESS ON FILE | | | | | |
| 12826481 | DEEL, STEPHANIE | ADDRESS ON FILE | | | | | |
| 14556930 | DEHART, CARLA | ADDRESS ON FILE | | | | | |
| 13078111 | DEJENE, HIWOT M | ADDRESS ON FILE | | | | | |
| 13050951 | DEL ROCIO DEVESA CASTRO, MARIA | ADDRESS ON FILE | | | | | |
| 20641637 | DEL SOLAR, GLADYS | ADDRESS ON FILE | | | | | |
| 15478920 | DELANEY, LYNN | ADDRESS ON FILE | | | | | |
| 12916413 | DELLEL, YEDENEKU | ADDRESS ON FILE | | | | | |
| 13023759 | DEMAREE, KELLI D | ADDRESS ON FILE | | | | | |
| 13236949 | DEMBOWSKI , NICOLE | ADDRESS ON FILE | | | | | |
| 12929273 | DENMARK, SHARNETTA | ADDRESS ON FILE | | | | | |
| 13049647 | DENNIS, ALLISON | ADDRESS ON FILE | | | | | |
| 16825820 | DENNISON, CHRISTA | ADDRESS ON FILE | | | | | |
| 19170829 | DENOME, JULIE ANN | ADDRESS ON FILE | | | | | |
| 20624067 | DEPALMA, JORDON | ADDRESS ON FILE | | | | | |
| 15544820 | DESAI, REKHA | ADDRESS ON FILE | | | | | |
| 18269125 | DESHONG-COOK, LEE ANN | ADDRESS ON FILE | | | | | |
| 12988026 | DIAMOND, LILIANA | ADDRESS ON FILE | | | | | |
| 17632825 | DIAZ, JENNIFER | ADDRESS ON FILE | | | | | |
| 13057353 | DIDOMENICO, DONNA | ADDRESS ON FILE | | | | | |
| 12882980 | DIPPLE, STEPHANIE | ADDRESS ON FILE | | | | | |
| 16356206 | DITHOMAS, DEBORAH SUE | ADDRESS ON FILE | | | | | |
| 14557331 | DIVENTO, JORDANA | ADDRESS ON FILE | | | | | |

Exhibit B

Fifth Omnibus Objection Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 12994784 | DOLEZAL, CAROL | ADDRESS ON FILE | | | | | |
| 20767163 | DOMENICO-LAFORTUNE, JAMES | ADDRESS ON FILE | | | | | |
| 18165079 | DOMESTIC VIOLENCE CENTER OF CHESTER COUNTY | PO BOX 832 | | | WEST CHESTER | PA | 19381 |
| 18165087 | DONAHUE, KAITLIN | ADDRESS ON FILE | | | | | |
| 12836022 | DONNELLY, KRISTEN | ADDRESS ON FILE | | | | | |
| 15900506 | DONOVAN, MARY | ADDRESS ON FILE | | | | | |
| 13093013 | DOORBETAKIS, CHRISTINE | ADDRESS ON FILE | | | | | |
| 12819447 | DORAN, CYNTHIA | ADDRESS ON FILE | | | | | |
| 15896385 | DOUGAN-POULIOT, MEGHAN | ADDRESS ON FILE | | | | | |
| 13058611 | DOUGLAS, CRYSTAL | ADDRESS ON FILE | | | | | |
| 20624985 | DOWDY, DALE W | ADDRESS ON FILE | | | | | |
| 13117126 | DOWLING, KAMRY | ADDRESS ON FILE | | | | | |

**<u>Exhibit C</u>**

Exhibit C

Sixth Omnibus Objection Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 12827540 | DOYLE, MEGHAN | ADDRESS ON FILE | | | | | | |
| 12857137 | DOYLE, MEGHAN | ADDRESS ON FILE | | | | | | |
| 12880325 | DOYLE, MEGHAN | ADDRESS ON FILE | | | | | | |
| 18989149 | DROMERICK, BRIDGET | ADDRESS ON FILE | | | | | | |
| 19014531 | DRONEN, BREANNE | ADDRESS ON FILE | | | | | | |
| 13070256 | DROST, SHIRIN | ADDRESS ON FILE | | | | | | |
| 12869456 | DRUMMEY, THERESE | ADDRESS ON FILE | | | | | | |
| 12899327 | DUBOSE, TNIA | ADDRESS ON FILE | | | | | | |
| 18174891 | DUNCAN, LOISE | ADDRESS ON FILE | | | | | | |
| 13071607 | DUNLAP, SHARON | ADDRESS ON FILE | | | | | | |
| 15481873 | DUNN, PATRICIA | ADDRESS ON FILE | | | | | | |
| 18989692 | DUONG, HOA THI | ADDRESS ON FILE | | | | | | |
| 15480649 | DWYER, MARGARET | ADDRESS ON FILE | | | | | | |
| 13134037 | DYSON, SABRINA | ADDRESS ON FILE | | | | | | |
| 15978469 | EASTERLING, CALVIN H. | ADDRESS ON FILE | | | | | | |
| 12830030 | ECKART, SUZANNE | ADDRESS ON FILE | | | | | | |
| 22157419 | EDELMAN, MELISSA | ADDRESS ON FILE | | | | | | |
| 12827494 | EDMOND, KATIE | ADDRESS ON FILE | | | | | | |
| 15481319 | EGBERUARE, BRENDA | ADDRESS ON FILE | | | | | | |
| 13123117 | EGE, JESSICA L | ADDRESS ON FILE | | | | | | |
| 22157945 | EID, LOUSSI | ADDRESS ON FILE | | | | | | |
| 18231274 | EL-ABYAD, HEBA | ADDRESS ON FILE | | | | | | |
| 12866927 | ELKHOURY, HODA R | ADDRESS ON FILE | | | | | | |
| 12983595 | ELKINS, ROBERT | ADDRESS ON FILE | | | | | | |
| 16662349 | EMDE, DAWN | ADDRESS ON FILE | | | | | | |
| 13092401 | ENNABI, TATYNA | ADDRESS ON FILE | | | | | | |
| 20624338 | ERNST, SHONA | ADDRESS ON FILE | | | | | | |
| 12857631 | ESCOLERO, MARIA | ADDRESS ON FILE | | | | | | |
| 18988827 | ESHEL, SHIRIE | ADDRESS ON FILE | | | | | | |
| 13009828 | ESTERLY, ROSE | ADDRESS ON FILE | | | | | | |
| 12823739 | ESTES, KINDAL | ADDRESS ON FILE | | | | | | |
| 13087605 | ESTRADA, CLAUDIA LORENA ALARCON | ADDRESS ON FILE | | | | | | |
| 18163741 | ESTRADA, MARCARIO P. | ADDRESS ON FILE | | | | | | |
| 12833364 | ETTEDGUI, BETTINA | ADDRESS ON FILE | | | | | | |
| 12888137 | EUSON, BECKIE | ADDRESS ON FILE | | | | | | |
| 12874703 | EVANS, AUSTIN | ADDRESS ON FILE | | | | | | |
| 12996285 | EVANS, JUDY LYNN | ADDRESS ON FILE | | | | | | |
| 12996125 | EVENSON, JENNIFER | ADDRESS ON FILE | | | | | | |
| 13116963 | EZER, ERIC MICHAEL | ADDRESS ON FILE | | | | | | |
| 20813482 | FADLALLAH, HICHAM | ADDRESS ON FILE | | | | | | |
| 13134552 | FALCONI, ELIZABETH | ADDRESS ON FILE | | | | | | |
| 12867112 | FAN, XIAOYAN | ADDRESS ON FILE | | | | | | |
| 13089767 | FANELLI, SARAH EMILY | ADDRESS ON FILE | | | | | | |
| 12891469 | FARR, ANGIE | ADDRESS ON FILE | | | | | | |
| 13067588 | FARRIS, SARAH | ADDRESS ON FILE | | | | | | |
| 20823342 | FAULCONER, LISA A | ADDRESS ON FILE | | | | | | |
| 13058779 | FEHL, NATALIE | ADDRESS ON FILE | | | | | | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 3

Exhibit C

Sixth Omnibus Objection Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 13043802 | FERNANDEZ, CIDELY | ADDRESS ON FILE | | | | | | |
| 18334716 | FERNANDEZ, RICHARD | ADDRESS ON FILE | | | | | | |
| 16383522 | FERNANDEZ-GUZMAN, IVETTE | ADDRESS ON FILE | | | | | | |
| 13044014 | FEROZ, FASIHA | ADDRESS ON FILE | | | | | | |
| 13135700 | FERRER, ROSITA | ADDRESS ON FILE | | | | | | |
| 13088243 | FEYH, LAURA | ADDRESS ON FILE | | | | | | |
| 12868070 | FIELDER, YVONNE | ADDRESS ON FILE | | | | | | |
| 12953228 | FIERRO, GAIL J | ADDRESS ON FILE | | | | | | |
| 14557187 | FINCKE, BRENDA | ADDRESS ON FILE | | | | | | |
| 20803270 | FITZPATRICK, KAREN | ADDRESS ON FILE | | | | | | |
| 16825909 | FLANAGAN, ELIZABETH | ADDRESS ON FILE | | | | | | |
| 15556042 | FLANDERS, ADAM | ADDRESS ON FILE | | | | | | |
| 13080965 | FLETCHER, JOSEPHINE | ADDRESS ON FILE | | | | | | |
| 18131603 | FLUKER, SHAMETHIA | ADDRESS ON FILE | | | | | | |
| 15986406 | FONTANA, CRYSTAL M | ADDRESS ON FILE | | | | | | |
| 13021797 | FORD, DEANNA | ADDRESS ON FILE | | | | | | |
| 12985659 | FORD, LATONYA | ADDRESS ON FILE | | | | | | |
| 19023823 | FORTIER, REMY COLLEEN | ADDRESS ON FILE | | | | | | |
| 13071052 | FORTIN, REBECCA MARCIA | ADDRESS ON FILE | | | | | | |
| 15419211 | FORTUNATO, MELISSA | ADDRESS ON FILE | | | | | | |
| 16304385 | FOSTER, MYSTEE | ADDRESS ON FILE | | | | | | |
| 13068407 | FRANCIS, SHADONA | ADDRESS ON FILE | | | | | | |
| 20697852 | FRANTZEN, JACOB DANIEL | ADDRESS ON FILE | | | | | | |
| 12984937 | FRAZIER, JESSICA L | ADDRESS ON FILE | | | | | | |
| 12824661 | FRENCH, MICHAEL CHRISTOPHER | ADDRESS ON FILE | | | | | | |
| 15511769 | FRENN, JAMES | ADDRESS ON FILE | | | | | | |
| 18989141 | FRIEDMAN, EUGENE | ADDRESS ON FILE | | | | | | |
| 22161079 | FROMAN, RYAN S | ADDRESS ON FILE | | | | | | |
| 22161080 | FROMAN, RYAN S | ADDRESS ON FILE | | | | | | |
| 12882421 | FULLER, MELISSA | ADDRESS ON FILE | | | | | | |
| 13083970 | FUNK, LENARA SIMONE | ADDRESS ON FILE | | | | | | |
| 12868061 | FURBER, COLLEEN | ADDRESS ON FILE | | | | | | |
| 15554179 | FURY, STEVE | ADDRESS ON FILE | | | | | | |
| 12880342 | GABAIE, TZIPPORAH | ADDRESS ON FILE | | | | | | |
| 14557061 | GABRIEL, NEHEMIE ASHLEY | ADDRESS ON FILE | | | | | | |
| 14557059 | GABRIEL, NEHEMIE ASHLEY | ADDRESS ON FILE | | | | | | |
| 13044831 | GAETJENS, HORST | ADDRESS ON FILE | | | | | | |
| 20624065 | GAGGO, SIMON | ADDRESS ON FILE | | | | | | |
| 12981439 | GAINES, EVYETTE | ADDRESS ON FILE | | | | | | |
| 13134582 | GAJEWSKI , DENISE MARIE | ADDRESS ON FILE | | | | | | |
| 12916060 | GALANTI, JOANA | ADDRESS ON FILE | | | | | | |
| 20803420 | GALARZA, SEAN | ADDRESS ON FILE | | | | | | |
| 15480341 | GALLEGOS-MCGRATH, NICOLETTE | ADDRESS ON FILE | | | | | | |
| 12883615 | GANOVICHEFF, ANNA | ADDRESS ON FILE | | | | | | |
| 18988889 | GARCIA, CAROL E | ADDRESS ON FILE | | | | | | |
| 15420207 | GARCIA, EDWARD | ADDRESS ON FILE | | | | | | |
| 18163605 | GARCIA, MARIA | ADDRESS ON FILE | | | | | | |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 2 of 3

Exhibit C
Sixth Omnibus Objection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 15480347 | GARCIA, MEGAN V | ADDRESS ON FILE | | | | | | |
| 12993725 | GARCIA, RACHAEL | ADDRESS ON FILE | | | | | | |
| 13058926 | GARLAND, GABRIELLE | ADDRESS ON FILE | | | | | | |
| 20690571 | GARMO, KAY | ADDRESS ON FILE | | | | | | |