

Paul J. Labov

October 23, 2024

212.561.7783
plabov@pszjlaw.com

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE. 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET. STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET. 34TH FL. STE. 3430
SAN FRANCISCO. CALIFORNIA 94104
415.263.7000

<u>Via ECF and Electronic Mail</u>

The Honorable Vincent F. Papalia
United States Bankruptcy Judge
District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

Re:   Bed Bath & Beyond, Inc.,
      Case No. 23-13359 (VFP)
      <u>Status Report - Stay Relief Motion and Personal
      Injury Claim Resolution Motion</u>

Dear Judge Papalia:

    This firm represents Michael Goldberg in his capacity as the Plan Administrator (the "<u>Plan Administrator</u>") to 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond, Inc.). This correspondence will confirm Your Honor's direction at the status conference held on October 23, 2024.

    The (i) Plan Administrator, (ii) stay relief movant Alfred Zeve, and (iii) Safety National Casualty Corp. ("<u>Safety National</u>"), each by and through their respective counsel (collectively (i)-(iii), the "<u>Parties</u>"), have worked through their various issues and determined, with the Court's assistance, to move forward in the following manner. The Plan Administrator will file a motion to allow certain personal injury claims at the amounts filed in proofs of claim (the "<u>Allowance Motion</u>") by no later than Friday, October 25, 2024, and all objections shall be due by no later than November 19, 2024. Mr. Zeve will file a supplement to his motion for stay relief (the "<u>Stay Relief Motion</u>") by no later than November 5, 2024, and the Plan Administrator and Safety National will file a response, if any, to the supplement to the Stay Relief Motion by no later than November 15, 2024.

4891-5458-3026.2 08728.003

WWW.PSZJLAW.COM



The Honorable Vincent F. Papalia
October 23, 2024
Page 2

      A hearing on the Stay Relief Motion shall be held on November 26, 2024, at 11:00 a.m. and a hearing on the Allowance Motion shall be held on November 26, 2024, at 2:30 p.m.

      Respectfully submitted,

      */s/ Paul J. Labov*

      Paul J. Labov

PJL
cc:    Michael I. Goldberg, Esq. (*via email*)
       David H. Stein, Esq. (*via email*)
       Caleb T. Holzaepfel, Esq (*via email*)
       Bradford J. Sandler, Esq. (*via email*)