UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*
Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

In Re:
*[Enter the debtor's name(s)]*
Bed Bath & Beyond Inc.

Case No.: 23-13359
*[Enter the case number]*

Chapter: 11
*[Enter the chapter; example: 13]*

Hearing Date: TBD (if needed)
*[Enter the hearing date]*

Judge: Papalia
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO

*[Enter the relief sought]* Motion For Consideration and Relief Requesting Redaction of Shareholder Sanction Hearing Transcript

Bed Bath and Beyond Shareholder
*[Enter your name]* _____ has filed papers with the court to *[Enter the relief sought]*
Redaction of the Shareholder's Sanction Hearing Transcript

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: TBD (if needed)
*[Enter the date of the hearing]*

Hearing Time: _____
*[Enter the time of the hearing]*

Hearing Location: Virtual
*[Enter the location of the hearing]*

Courtroom Number: N/A
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: October 21st, 2024  
*[Enter the date this document is signed]*

Bed Bath and Beyond Shareholder  
Signature *[Of the party seeking relief]*