UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*
Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

In Re:
*[Enter the debtor's name(s)]*
Bed Bath & Beyond Inc.

Case No.: 23-13359
*[Enter the case number]*

Chapter: 11
*[Enter the chapter]*

Hearing Date: TBD (if needed)
*[Enter the hearing date]*

Judge: Papalia
*[Enter the judge's last name]*

CERTIFICATION OF Bed Bath and Beyond Shareholder
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* Bed Bath and Beyond Shareholder, *[Enter their relationship to the case. For example: debtor, creditor]* Creditor in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript filed by me on *[Enter the date the motion was filed]* October 21st, 2024.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Please refer to included "Request for Redaction" Exhibit, previously served via email on October 7th, 2024.

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

I certify under penalty of perjury that the above is true.

Date: __October 21st, 2024__         **Bed Bath and Beyond Shareholder**
*[Enter the date this document is signed]*        Signature
                            *[Of the party with actual knowledge of the facts set forth above]*