UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*
Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

In Re:
*[Enter the debtor's name(s)]*
Bed Bath and Beyond Inc.

Case No.: 23-13359
*[Enter the case number]*

Chapter: 11
*[Enter the chapter; example: 13]*

Hearing Date: TBD (if needed)
*[Enter the hearing date]*

Judge: Papalia
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: October 21st, 2024
*[Enter date this document is signed]*

Bed Bath and Beyond Shareholder
Signature *[Of party seeking relief]*