| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*
Bed Bath and Beyond Shareholder
228 Park Ave S PMB 932020
New York, New York 10003-1502
147Aurora741@gmail.com

Case No.: __23-13359__
*[Enter the case number]*

Chapter: __11__
*[Enter the chapter of the case]*

In Re:
*[Enter the debtor's name(s)]*
Bed Bath and Beyond Inc.

Hearing Date: __TBD (if needed)__
*[Enter the hearing date]*

Judge: __Papalia__
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, __Bed Bath and Beyond Shareholder__ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☑ am the __Creditor__ in this case and am representing myself.

2. On *[Enter the date you served the documents]* __October 21st, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   *[Place a check next to each document you served]*

   ☑ Notice of Motion *[Enter title of motion]* __Motion for Consideration and Relief Requesting Redcation of Shareholder's Sanction Hearing Transcript__

   ☑ Certification in Support of Motion *[Enter title of motion]* __Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript__

☑ Statement as to Why No Brief is Necessary

☑ Proposed Order Granting Motion *[Enter title of motion]* Motion For Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript

☐ Other *[Enter title of document]* _____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 21st, 2024                             Bed Bath and Beyond Shareholder
*[Enter the date you signed this document]*          Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br>Honorable Judge Papalia<br>United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut St #3017<br>Newark, NJ 07102 | *[Enter the party's relationship to the case]*<br>Presiding Judge | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other  Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Attn: Fran B Steele, Esq. | *[Enter the party's relationship to the case]*<br>US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other  Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Attn: Bradford J. Sandler, Esq. | *[Enter the party's relationship to the case]*<br>Counsel to Plan Administrator<br>& Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/Return receipt requested<br>☑ Other  Email<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other  _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other  _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |