| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and phone number]*<br>Bed Bath and Beyond Shareholder<br>228 Park Ave S PMB 932020<br>New York, New York 10003-1502<br>147Aurora741@gmail.com | |

| | | |
|---|---|---|
| In Re:<br>*[Enter the debtor's name(s)]*<br>Bed Bath and Beyond Inc. | Case No.: | 23-13359<br>*[Enter the case number]* |
| | Chapter: | 11<br>*[Enter the case number]* |
| | Hearing Date: | TBD (if needed)<br>*[Enter the hearing date]* |
| | Judge: | Papalia<br>*[Enter the Judge's last name]* |

**ORDER GRANTING** Motion for Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* two (2) is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]* Motion For Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* Redaction of Shareholder's Sanction Hearing Transcript

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*