| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**DUANE MORRIS LLP**<br>Wendy M. Simkulak, Esq.<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: (215) 979-1000<br>Facsimile: (215) 979-1020<br>Email: wmsimkulak@duanemorris.com<br><br>*Counsel for the Chubb Companies* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY ELISA M. HYDER

**PLEASE TAKE NOTICE** that Duane Morris LLP ("Duane Morris") is counsel to ACE American Insurance Company, ACE Property and Casualty Insurance Company, Westchester Fire Insurance Company, Westchester Surplus Lines Insurance Company, Indemnity Insurance Company of North America, Federal Insurance Company, Chubb Custom Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Indemnity Inc., Great Northern Insurance Company, Chubb Insurance Company of New Jersey, Vigilant Insurance Company, Chubb Indemnity Insurance Company, ESIS, Inc. and each of their respective U.S.-based affiliates

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

DM3\10952674.1

and successors (collectively, and solely in their capacities as insurers and/or third party administrators of one or more of the above-captioned debtors, the "Chubb Companies") in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2023 the Court entered an Order permitting Elisa M. Hyder, Esq. of Duane Morris to appear *pro hac vice* on behalf of the Chubb Companies. *See* Docket No. 1220.

**PLEASE TAKE FURTHER NOTICE** that as of October 22, 2024 Ms. Hyder is no longer an employee of Duane Morris and, accordingly, Ms. Hyder's appearance on behalf of the Chubb Companies is hereby withdrawn and the undersigned respectfully requests that Ms. Hyder's name be removed from the Court's mailing matrix and service list for these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Chubb Companies continue to be represented by Duane Morris in these chapter 11 cases.

Dated: October 25, 2024

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Wendy M. Simkulak*
Wendy M. Simkulak, Esq.
30 South 17th Street
Philadelphia, PA 19103
Phone: (215) 979-1000
Fax: (215) 979-1020
Email: WMSimkulak@duanemorris.com

*Counsel for the Chubb Companies*