|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    bsandler@pszjlaw.com<br>          plabov@pszjlaw.com<br>          crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| In re:                          | Chapter 11                    |
|---------------------------------|-------------------------------|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP)   |
| Debtors.                        | (Jointly Administered)        |

### NOTICE OF HEARING ON PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER (A) ALLOWING CERTAIN PERSONAL INJURY CLAIMS AND (B) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on **November 26, 2024, at 2:30 p.m.**, the undersigned, counsel for Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors"), shall move for the entry of an order (i) allowing the Subject

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

Claims (defined in the Motion) identified on **Exhibit 1** to the Proposed Order as Class 6 General Unsecured Claims in the face amount of such claims, as identified on **Exhibit 1** in full and final satisfaction of such Claims as and against the Debtors' estates; (ii) requiring holders of the Subject Claims, to the extent litigation has been initiated, to dismiss or otherwise withdraw such litigation with prejudice against the Debtors; and (iii) granting related relief, before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, Courtroom 3B, 50 Walnut Street, 3rd Floor, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that the Motion sets forth the relevant factual bases upon which the relief requested should be granted. A proposed order granting the relief requested in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection, and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above, i.e., on or prior to **November 19, 2024**.

**PLEASE TAKE FURTHER NOTICE** that if you file an objection, you or your attorney must appear at a hearing on the Motion that will be held before the Honorable Vincent F. Papalia on **November 26, 2024, at 2:30 p.m.** at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom 3B, with the option to appear *via* Court Solutions in lieu of in-person participation. Please be advised that the Court has directed that parties who wish to appear via Court Solutions should submit their reservation requests to Court Solutions no later than noon on the day prior to the hearing, *i.e.*, on November 25, 2024, at 12:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

| | |
|---|---|
| Dated:  October 25, 2024 | */s/ Paul J. Labov* <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> **PACHULSKI STANG ZIEHL & JONES LLP** <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone:   (212) 561-7700 <br> Facsimile:    (212) 561-7777 <br> Email:           bsandler@pszjlaw.com <br>                       plabov@pszjlaw.com <br>                       crobinson@pszjlaw.com <br> <br> *Counsel to the Plan Administrator* |