| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>     bsandler@pszjlaw.com<br>     plabov@pszjlaw.com<br>     crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CERTAIN**
**CLAIMS (Duplicate Tax Claims Filed Against Same Debtor)**

1.  On September 19, 2024, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors") filed the *Plan Administrator's Second*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2] Pursuant to the Certificate *of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

*Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Same Debtor)* [Docket No. 3526] (the "Omnibus Objection") and *Notice of Objection to Your Claim* [Docket No. 3527] (the "Notice").

2. The Plan Administrator served the Omnibus Objection and Notice on September 19, 2024, upon the parties listed in the *Certificate of Service* [Docket No. 3528].

3. Kroll Restructuring Administration LLC served the Omnibus Objection and Notice on September 19, 2024, upon the parties listed in the *Affidavit of Service* [Docket No. 3551].

4. Pursuant to the Notice, the deadline for parties to file responses to the Omnibus Objection was on October 22, 2024 (the "Objection Deadline").  No objections or responses to the Omnibus Objection were filed on the docket on or before the Objection Deadline.  The Plan Administrator has not received any informal responses to the Omnibus Objection on or before the Objection Deadline.

5. The proposed order (the "Proposed Order") that was appended to the Omnibus Objection is attached hereto as **Exhibit A**.  The Plan Administrator respectfully requests that the Court enter the attached Proposed Order at the earliest convenience of the Court.

| | |
|---|---|
| Dated:  October 28, 2024 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:    (212) 561-7700 |
| | Email:    rfeinstein@pszjlaw.com |
| |     bsandler@pszjlaw.com |
| |     plabov@pszjlaw.com |
| |     crobinson@pszjlaw.com |
| | *Counsel to the Plan Administrator* |

# Exhibit A

# Proposed Order

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Robert J. Feinstein, Esq. (admitted *pro hac vice*) <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> Facsimile: (212) 561-7777 <br> Email: rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S
### SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (<u>Duplicate Tax Claims Filed Against Same Debtor</u>)

The relief set forth on the following pages, numbered two (2) through three (3), is

**ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4855-9453-3600.2 08728.003

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS (DUPLICATE TAX CLAIMS FILED AGAINST SAME DEBTOR) |

Upon the objection (the "Objection")[1] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, seeking entry of an order (this "Order") disallowing the claims identified on the attached **Exhibit 1** under Section A as a "Duplicate Tax Claim to be Disallowed" (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg in Support of Plan Administrator's Second Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Same Debtor)*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

    **IT IS HEREBY ORDERED THAT:**

    1.    The Objection is sustained.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

| | |
|---|---|
| (Page \| 3) | |
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS (DUPLICATE TAX CLAIMS FILED AGAINST SAME DEBTOR) |

2. Each Claim listed on the attached **Exhibit 1** under Section A as a "Duplicate Tax Claim to be Disallowed" is hereby disallowed.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

4. Nothing in this Order shall affect any party's rights with respect to the Surviving Claims, and all parties' rights with respect to the Surviving Claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Surviving Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

4855-9453-3600.2 08728.003

**Exhibit 1 to Exhibit A**

**List of Disputed Claims**

Bed Bath Beyond, Inc., et al.
Case No. 23-13359 (VFP)
Exhibit 1

| | SECTION A – DUPLICATE TAX CLAIMS TO BE DISALLOWED | | | | | | SECTION B – SURVIVING TAX CLAIMS<br>Surviving Tax Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 1 | Bed Bath & Beyond Inc. | 37 | 4/26/2023 | State of Alabama, Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$57,807.00<br>$19,741.81<br>$77,548.81 | Bed Bath & Beyond Inc. | 23 | 4/25/2023 | State of Alabama, Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$57,807.00<br>$19,741.81<br>$77,548.81 |
| 2 | Bed Bath & Beyond Inc. | 10372 | 7/6/2023 | WA Department of Revenue<br>2101 4th Ave Suite 1400<br>Seattle, WA 98121 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$67,224.69<br><br><br><br>$67,224.69 | Bed Bath & Beyond Inc. | 10334 | 7/6/2023 | WA Department of Revenue<br>2101 4th Ave Suite 1400<br>Seattle, WA 98121 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$67,224.69<br><br><br><br>$67,224.69 |
| 3 | Bed Bath & Beyond Inc. | 11423 | 7/6/2023 | WA Department of Revenue<br>2101 4th Ave., Suite 1400<br>Seattle, WA 98121 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$67,224.69<br>$67,224.69 | Bed Bath & Beyond Inc. | 10334 | 7/6/2023 | WA Department of Revenue<br>2101 4th Ave Suite 1400<br>Seattle, WA 98121 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$67,224.69<br><br><br><br>$67,224.69 |
| 4 | Buy Buy Baby, Inc. | 39 | 4/26/2023 | State of Alabama, Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$44,125.03<br>$7,302.06<br>$51,427.09 | Buy Buy Baby, Inc. | 27 | 4/25/2023 | State of Alabama, Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 32132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$44,125.03<br>$7,302.06<br>$51,427.09 |
| 5 | Buy Buy Baby, Inc. | 17903 | 10/17/2023 | NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$28,782.09<br>$3,454.39<br>$32,236.48 | Buy Buy Baby, Inc. | 4161 | 6/6/2023 | NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$28,782.09<br>$3,454.39<br>$32,236.48 |
| 6 | Bed Bath & Beyond of California Limited Liability Company | 1273 | 5/15/2023 | City of Westminster Colorado<br>4800 West 92nd Ave<br>Westminster, CO 80031 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$24,414.39<br><br>$24,414.39 | Bed Bath & Beyond of California Limited Liability Company | 430 | 5/9/2023 | City of Westminster Colorado<br>4800 W 92nd Ave<br>Westminster, CO 80031 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$24,414.39<br><br>$24,414.39 |
| 7 | Bed Bath & Beyond Inc. | 17999 | 9/6/2023 | Tax Collector, City of Norwalk<br>125 East Avenue<br>Room 105<br>Norwalk, CT 06851 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$21,144.54<br><br>$21,144.54 | Bed Bath & Beyond Inc. | 16886 | 9/5/2023 | Tax Collector, City of Norwalk<br>125 East Avenue<br>Room 105<br>Norwalk, CT 06851 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$21,144.54<br><br>$21,144.54 |
| 8 | Bed Bath & Beyond Inc. | 38 | 4/26/2023 | State of Alabama, Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$10,863.00<br>$3,172.00<br>$14,035.00 | Bed Bath & Beyond Inc. | 16 | 4/25/2023 | State of Alabama, Department of Revenue<br>Attn: Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$10,863.00<br>$3,172.00<br>$14,035.00 |
| 9 | Liberty Procurement Co. Inc. | 18210 | 10/25/2023 | State of Minnesota, Department of Education<br>Minnesota Revenue<br>PO Box 6447 - BKY<br>St Paul, MN 55164-0447 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$7,327.11<br>$1,875.45<br>$9,202.56 | Liberty Procurement Co. Inc. | 18082 | 10/23/2023 | State of Minnesota, Department of Revenue<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$7,327.11<br>$1,875.45<br>$9,202.56 |

Bed Bath Beyond, Inc., et al.
Case No. 23-13359 (VFP)
Exhibit 1

| | SECTION A – DUPLICATE TAX CLAIMS TO BE DISALLOWED | | | | | | SECTION B – SURVIVING TAX CLAIMS<br>Surviving Tax Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 10 | Buy Buy Baby, Inc. | 1289 | 5/15/2023 | City of Westminster Colorado<br>4800 West<br>92nd Ave<br>Westminster, CO 80031 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$9,160.51<br><br>$9,160.51 | Buy Buy Baby, Inc. | 307 | 5/9/2023 | City of Westminster Colorado<br>4800 W 92nd Ave<br>Westminster, CO 80031 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$9,160.51<br><br>$9,160.51 |
| 11 | Bed Bath & Beyond Inc. | 13063 | 7/10/2023 | Douglas County Treasurer<br>100 Third St.<br>Ste 120<br>Castle Rock, CO 80104 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $8,436.89<br><br><br>$393.77<br><br>$8,830.66 | Bed Bath & Beyond Inc. | 13232 | 7/3/2023 | Douglas County Treasurer<br>100 Third St, Ste 120<br>Castle Rock, CO 80104 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $8,436.89<br><br><br>$393.77<br><br>$8,830.66 |
| 12 | Bed Bath & Beyond Inc. | 13475 | 7/6/2023 | Douglas County Treasurer<br>100 Third St, Ste 120<br>Castle Rock, CO 80104 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $8,830.66<br><br><br><br><br>$8,830.66 | Bed Bath & Beyond Inc. | 13237 | 7/3/2023 | Douglas County Treasurer<br>100 Third St, Ste 120<br>Castle Rock, CO 80104 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $8,830.66<br><br><br><br><br>$8,830.66 |
| 13 | Bed Bath & Beyond Inc. | 7659 | 6/29/2023 | Town of Fairfield<br>Attention Tax Collector<br>611 Old Post Road<br>Fairfield, CT 06824 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$6,744.36<br><br>$6,744.36 | Bed Bath & Beyond Inc. | 2129 | 5/22/2023 | Town of Fairfield<br>Town of Fairfield Tax Collector<br>611 Old Post Road<br>Fairfield, CT 06824 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$6,744.36<br><br>$6,744.36 |
| 14 | Bed Bath & Beyond Inc. | 3292 | 5/31/2023 | James City County Treasurer<br>P.O Box 8701<br>Williamsburg, VA 23187 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $5,017.78<br><br><br><br><br>$5,017.78 | Bed Bath & Beyond Inc. | 3609 | 5/30/2023 | JAMES CITY COUNTY TREASURER<br>PO BOX 8701<br>WILLIAMSBURG, VA 23187 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $5,017.78<br><br><br><br><br>$5,017.78 |
| 15 | Bed Bath & Beyond Inc. | 18957 | 12/18/2023 | Richland County Treasury<br>Post Office Box 11947<br>Columbia, SC 29211 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$4,426.72<br><br>$4,426.72 | Bed Bath & Beyond Inc. | 18958 | 12/14/2023 | Richland County Treasury<br>Post Office Box 11947<br>Columbia, SC 29211 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$4,426.72<br><br>$4,426.72 |
| 16 | Bed Bath & Beyond Inc. | 12273 | 7/7/2023 | JOHNSON COUNTY TREASURER<br>86 W COURT ST<br>FRANKLIN, IN 46131 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$3,180.08<br><br>$3,180.08 | Bed Bath & Beyond Inc. | 12316 | 6/27/2023 | JOHNSON COUNTY TREASURER<br>86 W. COURT STREET<br>FRANKLIN, IN 46131 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$3,180.08<br><br>$3,180.08 |
| 17 | Bed Bath & Beyond Inc. | 15896 | 8/8/2023 | Municipality of Monroeville<br>2700 Monroeville Blvd<br>Monroeville, PA 15146 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$3,000.00<br>$3,000.00 | Bed Bath & Beyond Inc. | 1780 | 5/19/2023 | Municipality of Monroeville<br>2700 Monroeville Blvd<br>Monroeville, PA 15146 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$3,000.00<br>$3,000.00 |
| 18 | Bed Bath & Beyond Inc. | 15556 | 7/25/2023 | City of San Diego<br>Office of the City Treasurer- Delinquent Account<br>PO Box 129039<br>San Diego, CA 92112 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$1,282.98<br>$1,157.90<br>$2,440.88 | Bed Bath & Beyond Inc. | 14975 | 7/25/2023 | City of San Diego<br>Office of the City Treasurer-Delinquent Account<br>PO Box 129039<br>San Diego, CA 92112 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$1,282.98<br>$1,157.90<br>$2,440.88 |

Bed Bath Beyond, Inc., et al.
Case No. 23-13359 (VFP)
Exhibit 1

| | SECTION A – DUPLICATE TAX CLAIMS TO BE DISALLOWED | | | | | | SECTION B – SURVIVING TAX CLAIMS<br>Surviving Tax Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 19 | Bed Bath & Beyond Inc. | 17995 | 10/10/2023 | Winchester City Treasurer<br>21 South Kent<br>Suite 101<br>Winchester, VA 22601 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$1,936.71<br>$503.27<br>$2,439.98 | Bed Bath & Beyond Inc. | 17775 | 10/10/2023 | WINCHESTER CITY TREASURER<br>21 SOUTH KENT<br>SUITE 101<br>WINCHESTER, VA 22601 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$1,936.71<br>$503.27<br>$2,439.98 |
| 20 | Bed Bath & Beyond Inc. | 17997 | 10/6/2023 | Hernando County Tax Collector<br>20 N Main St<br>RM 112<br>Brooksville, FL 34601-2892 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,743.91<br><br><br><br><br>$1,743.91 | Bed Bath & Beyond Inc. | 17704 | 10/6/2023 | Hernando County Tax Collector<br>20 N Main St<br>RM 112<br>Brooksville, FL 34601-2892 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,743.91<br><br><br><br><br>$1,743.91 |
| 21 | Bed Bath & Beyond Inc. | 8371 | 6/21/2023 | Houston County Revenue Commissioner<br>P.O. Box 6406<br>Dothan, AL 36302 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$1,172.16<br><br>$1,172.16 | Bed Bath & Beyond Inc. | 3025 | 5/26/2023 | Houston County Revenue Commissioner<br>P.O. Box 6406<br>Dothan, AL 36302 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$1,172.16<br><br>$1,172.16 |
| 22 | Bed Bath & Beyond Inc. | 7513 | 6/26/2023 | Mocomb County Treasurer's Office, Attn: Lawrence Rocca, Treasurer<br>One South Main St., 2nd Floor<br>Mount Clemens, MI 48043 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $222.09<br><br><br><br><br>$222.09 | Bed Bath & Beyond Inc. | 4170 | 6/6/2023 | Mocomb County Treasurer's Office, Attn: Lawrence Rocca, Treasurer<br>One South Main St.<br>2nd Floor<br>Mount Clemens, MI 48043 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $222.09<br><br><br><br><br>$222.09 |
| 23 | Bed Bath & Beyond Inc. | 7109 | 6/30/2023 | Mocomb County Treasurer's Office, Attn: Lawrence Rocca, Treasurer<br>Paige H. Bachand<br>One South Main Street<br>2nd Floor<br>Mount Clemens, MI 48043 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $222.09<br><br><br><br><br>$222.09 | Bed Bath & Beyond Inc. | 4170 | 6/6/2023 | Mocomb County Treasurer's Office, Attn: Lawrence Rocca, Treasurer<br>One South Main St.<br>2nd Floor<br>Mount Clemens, MI 48043 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $222.09<br><br><br><br><br>$222.09 |