|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:   (212) 561-7700<br>Facsimile:    (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                            Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON OCTOBER 29, 2024, AT 10:00 A.M. (ET)

**Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4882-7187-4291.1 08728.003

**I.   MATTER RESOLVED BY CERTIFICATION OF NO OBJECTION**

1. Plan Administrator's Second Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Same Debtor) [Docket No. 3526].

   **Responses Received:** None.

   **Related Documents:**

   - Notice of Objection to Your Claim [Docket No. 3527].

   - Certificate of Service [Docket No. 3528].

   - Affidavit of Service [Docket No. 3551].

   - Certification of No Objection Regarding Plan Administrator's Second Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Same Debtor) [Docket No. 3671].

   **Status:** No objections were filed or responses received in response to the omnibus objection. A certification of no objection has been filed. No hearing is necessary unless the Court has questions regarding the omnibus objection.

**II.   MATTER RESOLVED BY STIPULATION**

2. Notice of Motion for an Order Modifying the Automatic Stay and Plan Injunction to Allow Movant to Continue Pending Litigation Against the Debtor, to Recover Solely Against Debtor's Insurer, Waiving the Provisions of Fed. R. Bankr. P. 4001 (A) (3) and for Related Relief [Docket No. 3195].

   **Related Documents:**

   A. Determination of Adjournment Request [Docket No. 3319].

   B. Determination of Adjournment Request [Docket No. 3351].

   C. Determination of Adjournment Request [Docket No. 3466].

   D. Determination of Adjournment Request [Docket No. 3482].

   E. Determination of Adjournment Request [Docket No. 3507].

   F. Determination of Adjournment Request [Docket No. 3537].

   G. Stipulation and Consent Order Allowing General Unsecured Claim of Luse Akdemir and Resolving Motion for an Order Modifying the Automatic Stay and Plan Injunction [Docket No. 3672].

**Status:** On October 28, 2024, the parties submitted their signed *Stipulation and Consent Order Allowing General Unsecured Claim of Luse Akdemir and Resolving Motion for an Order Modifying the Automatic Stay and Plan Injunction* [Docket No. 3672], which resolves the Motion, and pursuant to which the Motion is withdrawn. There is no need for a hearing on this matter to go forward.

### III. MATTER ADJOURNED TO NOVEMBER 26, 2024, AT 10:00 A.M. (ET)

3. Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

    **Responses Received:**

    - Objection of the Plan Administrator to Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2485].

    - HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

    **Related Documents:**

    - Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

    - Notice of Hearing [Docket No. 2425].

    - Determination of Adjournment Request [Docket No. 2531].

    - Determination of Adjournment Request [Docket No. 2537].

    - Determination of Adjournment Request [Docket No. 2772].

    - Determination of Adjournment Request [Docket No. 2897].

    - Determination of Adjournment Request [Docket No. 2926].

    - Determination of Adjournment Request [Docket No. 2953].

    - Determination of Adjournment Request [Docket No. 2982].

    - Determination of Adjournment Request [Docket No. 3073].

    - Determination of Adjournment Request [Docket No. 3297].

    - Determination of Adjournment Request [Docket No. 3340].

    - Determination of Adjournment Request [Docket No. 3369].

- Determination of Adjournment Request [Docket No. 3523].

- Determination of Adjournment Request [Docket No. 3673].

**Status:** This matter is adjourned to November 26, 2024, at 10:00 a.m. (ET). The parties have consented to the adjournment and no hearing is necessary at this time.

Dated:  October 28, 2024    */s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*