# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: 

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on: (dkt. no.3666) Motion For Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript Filed by Shareholder.

**Location of Hearing:** U.S. Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

**Date and Time:** _____

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

Parties may request to appear by phone by contacting Court Solutions via embedded link or by calling 917-746-7476.

JEANNE A. NAUGHTON, Clerk

DATE: October 15, 2024

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 2024 this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*