**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
DAVID H. STEIN, ESQ.
Telephone: (732) 636-8000
*Attorneys for Movant, Alfred Zeve*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al*.,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Hearing Date: |

### NOTICE OF MOTION TO SEAL CERTIFICATION, EXHIBIT AND SUPPLEMENTAL LETTER RESPONSE

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Alfred Zeve, by and through his undersigned counsel, shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Court - District of New Jersey, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Court Room 3B, for entry of an order in the form submitted herewith, authorizing that the Certification of Michael Zimmerman and the Exhibit attached thereto dated November 1, 2024 and the Supplemental Letter Response dated November 4, 2024 be filed under seal pursuant to Sections 105(a) and 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedures, and Rule

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

#14725457.1

9018-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Motion").

**PLEASE TAKE FURTHER NOTICE** opposition to the relief requested in the Motion, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest, in accordance with the Order Shortening Time accompanying this Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

Dated: November 4, 2024.

        Respectfully submitted,

        **WILENTZ, GOLDMAN & SPITZER, P.A.**
        *Attorneys for Movant, Alfred Zeve*

        By: */s/ David H. Stein*
            DAVID H. STEIN, ESQ.

#14725457.1