| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **WILENTZ, GOLDMAN & SPITZER, P.A.**<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095-0958<br>DAVID H. STEIN, ESQ.<br>Telephone: (732) 636-8000<br>*Attorneys for Movant, Alfred Zeve* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>    Debtors.[3] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Hearing Date: |

## ORDER GRANTING MOVANT'S MOTION TO SEAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[3] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

#14725457.1

(Page 2)
Debtor:
Case No.:
Caption of Order: Order Granting Movant's Motion to Seal

Upon consideration of *Movant's Motion to Seal* (the "Motion to Seal") filed by the Movant, Alfred Zeve; and after an opportunity for a hearing on the Motion to Seal; and it appearing that proper and adequate notice of the Motion to Seal has been given and that no other or further notice is necessary; and the Court having determined that the relief sought by the Motion to Seal is proper; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** as follows:

1. The Motion to Seal is GRANTED; and

2. The Certification of Michael Zimmerman and the Exhibit attached thereto dated November 1, 2024 and the Supplemental Letter Response dated November 4, 2024 filed at Docket No.: _____ shall be sealed by the Clerk of the Court and maintained in such a manner until expiration of any judiciary records retention period at which time the documents will be permanently deleted.