**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
DAVID H. STEIN, ESQ.
Telephone: (732) 636-8000
*Attorneys for Movant, Alfred Zeve*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## APPLICATION FOR ORDER SHORTENING TIME

The applicant, Alfred Zeve ("Zeve" or "Movant"), requests that the time period for Movant's *Motion to Seal* (the "Motion to Seal") as required by New Jersey Local Bankruptcy Rule 9013-2 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

1. A shortened time period on the Motion to Seal is requested so that Zeve's Response to the Debtor's Motion re: Entry of an Order (A) Allowing Certain Personal Injury Claims [Docket No. 3669] and (B) Granting Related Relief, and to supplement Zeve's Motion to Vacate Stay [Docket No. 2936] is filed without delaying a hearing on the Motions. In addition, relief is sought so that the Court can consider the extent of Zeve's claims, which information

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

#14725488.1

includes personal identifiers, confidential information and medical treatment information governed by Sections 105(a) and 107(b) of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedures, and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey and under the Federal Health Insurance Portability Act ("HIPAA"), 42 CFR part 164 and the Standards for Privacy of Individually Identifiable Health Information ("Privacy Rule") and 45 C.F.R. § 164.502(a) which provides for the nondisclosure of a patient's protected health information.

2. To the extent that a hearing date is required, a hearing date the week of November 4, 2024 is requested.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1). The applicant requests entry of the proposed Order Shortening Time.

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for Movant, Alfred Zeve*

By: */s/ David H. Stein*
    DAVID H. STEIN, ESQ.

Dated: November 4, 2024

2

#14725488.1