UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095-0958
DAVID H. STEIN, ESQ.
Telephone: (7320 636-8000
Attorneys for Movant, Alfred Zeve

Order Filed on November 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BED, BATH & BEYOND, INC. et al.,

Debtors.

Case No.: 23-13359 (VFP)

Chapter: 11

Judge: Papalia

# AMENDED ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: November 7, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of _____Alfred Zeve ("Movant")_____ for the reduction of time for a hearing on  Movant's Motion to Seal_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  November 26, 2024  at   11:00 am  in the United States Bankruptcy Court, _____50 Walnut Street, 3rd Floor, Newark, NJ 07012_____, Courtroom No. \_\_\_3B\_\_\_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: \_\_Debtor's Counsel and Counsel for Plan Administrator_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: \_\_U.S. Trustee's Office and counsel for potenailly affected insurance company_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within \_\_\_2\_\_\_\_ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail ____7____ day(s) prior to the scheduled hearing; or

☐  may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3