| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*) | |
| Bradford J. Sandler, Esq. | |
| Judith Elkin, Esq. (admitted *pro hac vice*) | |
| Hayley R. Winograd, Esq. (admitted *pro hac vice*) | |
| PACHULSKI STANG ZIEHL & JONES LLP | |
| 780 Third Avenue, 34th Floor | |
| New York, NY 10017 | |
| Telephone: (212) 561-7700 | |
| Facsimile:  (212) 561-7777 | |
| rfeinstein@pszjlaw.com | |
| bsandler@pszjlaw.com | |
| jelkin@pszjlaw.com | |
| hwinograd@pszjlaw.com | |
| | |
| *Counsel to the Plan Administrator* | |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.     I, Erin E. Gray:

☒  represent the Plan Administrator in this matter.

☐ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

☐ am the_____in this matter am representing myself.

2.     On November 11, 2024, I caused a true and correct copy of the following documents to be served by email on the parties listed on the attached Exhibit A.

- ***PLAN ADMINISTRATOR'S REPLY TO INFORMAL OPPOSITION OF DEBRA BOGARD TO FOURTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (Reclassified Gift Card/Merchandise Credit Claims No. 2)***
[Docket No 3687]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  November 11, 2024                         */s/ Erin E. Gray*
                                                Erin E. Gray

## EXHIBIT A

Debra Bogard
Address redacted for privacy.
Served at the email address provided by party in her email to Chambers and counsel to the Plan
Administrator on October 31, 2024.