| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:    (212) 561-7700<br>Facsimile:    (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 13, 2024, AT 10:00 A.M. (ET)

> **Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**
>
> **Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

## I.   MATTER RESOLVED BY CERTIFICATION OF NO OBJECTION

1.   Motion Pursuant to Bankruptcy Code Sections 105 and 1142 of the Bankruptcy Code to the Plan Administrator and His Authorized Agents to Submit Claims for Unclaimed Funds on Behalf of the Wind-Down Debtors [Docket No. 3585].

**Response Deadline**:  November 6, 2024.

**Responses Received:**  None.

**Related Documents:**

A.   Certification of No Objection Regarding Motion Pursuant to Bankruptcy Code Sections 105 and 1142 of the Bankruptcy Code to the Plan Administrator and His Authorized Agents to Submit Claims for Unclaimed Funds on Behalf of the Wind-Down Debtors [Docket No. 3685].

**Status:**  A certification of no objection has been filed.  The Plan Administrator requests entry of the proposed order attached to the certification of no objection. No hearing is necessary unless the Court has any questions.

## II.   MATTER GOING FORWARD

2.   Plan Administrator's Fourth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 2) [Docket No. 3552].

**Response Deadline:**  November 6, 2024.

**Responses Received:**

A.   Informal response received from claimant on October 31, 2024.

**Related Documents:**

A.   Notice of Objection to Your Claim [Docket No. 3553].

B.   Affidavit of Service [Docket No. 3586].

C.   Plan Administrator's Reply to Informal Opposition of Debra Bogard to Fourth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 2) [Docket No. 3687].

D.   Certificate of Service [Docket 3689].

**Status:**  The Plan Administrator received an informal response from a claimant that was not filed on the docket.  The Plan Administrator filed a reply to the informal response.  *See* [Docket No. 3687].  No hearing is necessary unless the Court has any questions.

III.   **MATTER GOING FORWARD REGARDING GOLDBERG V. INTERNAL REVENUE SERVICE, ADVERSARY NO. 24-01533 (VFP)**

3.   United States Motion to Dismiss [Docket No. 14].

**Response Deadline:**  November 6, 2024.

**Responses Received:**

A.   Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss [Docket No. 16].

**Related Documents:**

A.   Application for *Pro Hac Vice* Admission of Stefi N. George, Esq. [Docket No. 17].

B.   Certificate of Service [Docket No. 20].

**Status:**  This matter is going forward.

Dated:  November 11, 2024

*/s/ Colin R. Robinson*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:        rfeinstein@pszjlaw.com
              bsandler@pszjlaw.com
              plabov@pszjlaw.com
              crobinson@pszjlaw.com

*Counsel to the Plan Administrator*