| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:   (212) 561-7700<br>Facsimile:    (212) 561-7777<br>Email:     rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.     I, Lisa Petras:

    ☐ represent the _____ in this matter.
    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
    ☐ am the _____ in this matter am representing myself.

2.     On November 12, 2024, I caused a true and correct copy of the below referenced document to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

3. On November 12, 2024, I caused a true and correct copy of the below referenced document to be served via U.S. first class mail and email on the party described on **Exhibit A** attached hereto.

- *Plan Administrator's Opposition to Motion of Bed Bath and Beyond Shareholder for Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript* [Docket No. 3691].

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: November 15, 2024          */s/ Lisa Petras*
                                 Lisa Petras

## **EXHIBIT A**

Bed Bath and Beyond Shareholder
228 Park AVE S PMB 932020
New York, NY  10003-1502
Email: 147aurora741@gmail.com