UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| --- |

Robert J. Feinstein, Esq. (admitted *pro hac vice*) Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP

780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  rfeinstein@pszjlaw.com

bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

Order Filed on November 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

## ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 1142 AUTHORIZING THE PLAN ADMINISTRATOR TO SUBMIT CLAIMS FOR UNCLAIMED FUNDS ON BEHALF OF THE WIND-DOWN DEBTORS

The relief set forth on the following pages, numbered two (3) through four (4), is hereby

**ORDERED**:

**DATED: November 15, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bby.

4887-0166-1677.5 08728.003

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 1142 AUTHORIZING THE PLAN ADMINISTRATOR TO SUBMIT CLAIMS FOR UNCLAIMED FUNDS ON BEHALF OF THE WIND-DOWN DEBTORS |

Upon consideration of the motion (the "Motion")[2] of Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[3] and affiliated debtors (the "Debtors"), seeking entry of an order (this "Order"), pursuant to Bankruptcy Code Sections 105 and 1142 authorizing, but not directing, the Plan Administrator and his authorized agents to submit claims for unclaimed funds on behalf of the Wind-Down Debtors as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to: (i) 28 U.S.C. §§ 157 and 1334; (ii) the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and (iii) Article XIII of the Plan, which was confirmed on September 14, 2023; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances; and the Court having determined that the legal and factual bases set forth in the

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

[3]    Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to "20230930-DK-Butterfly, Inc." [Filing ID No. 230921001833 DOS ID 315602].

4887-0166-1677.5 08728.003

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 1142 AUTHORIZING THE PLAN ADMINISTRATOR TO SUBMIT CLAIMS FOR UNCLAIMED FUNDS ON BEHALF OF THE WIND-DOWN DEBTORS |

Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Plan Administrator is hereby authorized, but not directed, to (a) make all applicable submissions to the relevant states on behalf of the Wind-Down Debtors in order to collect the Unclaimed Funds that belong to DK-Butterfly and each of its subsidiaries that are listed on **Exhibit 1**, attached hereto, and that operated their businesses at among other locations, the locations that are listed on **Exhibit 2**, attached hereto; and (b) appoint authorized agents to make those submissions.

3.      The Plan Administrator's appointment of Mr. Kastin as the Initial Authorized Agent of the Plan Administrator to make all applicable submissions to the relevant states on behalf of the Plan Administrator in order to collect the Unclaimed Funds that belong to DK-Butterfly and each of its subsidiaries that are listed on **Exhibit 1**, attached hereto, and that operated their businesses at among other locations, the locations that are listed on Exhibit 2, attached hereto, is hereby approved and authorized.

4.      Accordingly, The Plan Administrator, the Initial Authorized Agent and any subsequent authorized agents appointed by the Plan Administrator are hereby authorized and empowered, without any further action, to make all applicable submissions to the relevant states in order to collect the Unclaimed Funds that belong to DK-Butterfly and each of its subsidiaries

3

| Debtors: | BED BATH & BEYOND INC., *et al.* |
|---|---|
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 1142 AUTHORIZING THE PLAN ADMINISTRATOR TO SUBMIT CLAIMS FOR UNCLAIMED FUNDS ON BEHALF OF THE WIND-DOWN DEBTORS |

that are listed on **Exhibit 1** and that operated their businesses at among other locations, the locations that are listed on **Exhibit 2**.

5.     The Plan Administrator is hereby authorized to appoint subsequent authorized agents in order to collect the Unclaimed Funds in the event that the Plan Administrator determines that the need for such appointments has arisen.

6.     In the event that the Plan Administrator makes such subsequent appointments, the Plan Administrator shall file a notice of such appointment with this Court.

7.     The service upon the parties described in the Motion is found to be sufficient for the purposes of the relief requested in the Motion.

8.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.     The Plan Administrator is authorized to take all actions necessary to implement the relief granted in this Order.

10.     This Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**EXHIBIT 1**

## EXHIBIT 1

| Entity Name | FEIN |
| --- | --- |
| Alamo Bed Bath & Beyond, Inc. | 22-3520408 |
| Baybrook Bed Bath & Beyond, Inc. | 22-3247296 |
| BBB Bakersfield LLC | 22-3847324 |
| BBB Braintree LLC | 45-1059522 |
| BBB Canada LP Inc | 26-1607777 |
| BBB Canada Ltd | 98-0564461 |
| BBB Fort Lauderdale LLC | 22-3830146 |
| Bed Bath & Beyond Mexico S. DE R. L. DE C. V. | 98-0581587 |
| BBB Harbor, LLC | 45-5356625 |
| BBB Marketplace LLC | 45-1555431 |
| BBB Mexico LLC | 26-2397300 |
| BBB Newport News, LLC | 82-3570654 |
| BBB of Forest Park LLC | 04-3794871 |
| BBB of West L.A. LLC | 26-2006993 |
| BBB Timberlin LLC | 90-0767606 |
| BBB Value Services Inc. | 45-1775809 |
| BBBY Management Corporation | 22-3259534 |
| BBBYCF LLC. | 81-0835533 |
| BBBYTF, LLC | 81-1726838 |
| Bed Bath & Beyond Canada L. P. | 98-0564465 |
| Bed Bath & Beyond of 110, Inc. | 22-3167500 |
| Bed Bath & Beyond of Annapolis, Inc. | 22-3048488 |
| Bed Bath & Beyond of Arundel, Inc. | 22-3732626 |
| Bed Bath & Beyond of Baton Rouge, Inc. | 22-3694076 |
| Bed Bath & Beyond of Beachwood, Inc. | 22-3226319 |
| Bed Bath & Beyond of Birmingham, Inc. | 22-3520327 |
| Bed Bath & Beyond of Bridgewater, Inc. | 22-3665533 |
| Bed Bath & Beyond of California, LLC | 22-3612362 |
| Bed Bath & Beyond of Charlottesville, Inc. | 22-3452327 |
| Bed Bath & Beyond of Concord, Inc. | 22-3694090 |
| Bed Bath & Beyond of Crystal Lakes, Inc. | 22-3590884 |
| Bed Bath & Beyond of Davenport, Inc. | 22-3694074 |
| Bed Bath & Beyond of East Hanover, Inc. | 22-3531176 |
| Bed Bath & Beyond of Edgewater, Inc. | 22-3463618 |
| Bed Bath & Beyond of Ellisburg Circle, Inc. | 22-3278695 |
| Bed Bath & Beyond of Falls Church, Inc. | 22-3282908 |
| Bed Bath & Beyond of Farmingdale, Inc. | 22-3312862 |

| Entity Name | FEIN |
|---|---|
| Bed Bath & Beyond of Fashion Center, Inc. | 22-3207852 |
| Bed Bath & Beyond of Five Towns, Inc. | 22-3186155 |
| Bed Bath & Beyond of Frederick, Inc. | 22-3590889 |
| Bed Bath & Beyond of Gaithersburg, Inc. | 22-3366406 |
| Bed Bath & Beyond of Gallery Place, LLC | 26-2188791 |
| Bed Bath & Beyond of Geneva, Inc. | 22-3520379 |
| Bed Bath & Beyond of Grapevine, Inc. | 22-3520405 |
| Bed Bath & Beyond of Gurnee, Inc. | 22-3063521 |
| Bed Bath & Beyond of Gwinnett, Inc. | 22-3320150 |
| Bed Bath & Beyond of Independence, Inc. | 22-3419055 |
| Bed Bath & Beyond of Indianapolis, Inc. | 22-3369048 |
| Bed Bath & Beyond of Jacksonville, Inc. | 22-3520377 |
| Bed Bath & Beyond of Katy Mills, Inc. | 22-3665547 |
| Bed Bath & Beyond of King of Prussia, Inc. | 22-3303505 |
| Bed Bath & Beyond of Knoxville, Inc. | 22-3520403 |
| Bed Bath & Beyond of Lake Grove, Inc. | 22-3159137 |
| Bed Bath & Beyond of Lexington, Inc. | 22-3590888 |
| Bed Bath & Beyond of Liberty Mills, Inc. | 22-2837535 |
| Bed Bath & Beyond of Lincoln Park, Inc. | 22-3308893 |
| Bed Bath & Beyond of Louisville, Inc. | 22-3732624 |
| Bed Bath & Beyond of Mandeville, Inc. | 22-3665531 |
| Bed Bath & Beyond of Manhattan, Inc. | 22-3152956 |
| Bed Bath & Beyond of Massachusetts, LLC. | 46-3511899 |
| Bed Bath & Beyond of Mesa, Inc. | 22-3531183 |
| Bed Bath & Beyond of Meyerland, Inc. | 22-3304360 |
| Bed Bath & Beyond of Montgomery, Inc. | 22-3486243 |
| Bed Bath & Beyond of Norman, Inc. | 74-2911635 |
| Bed Bath & Beyond of Ontario, Inc. | 22-3476879 |
| Bed Bath & Beyond of Opry, Inc. | 22-3700264 |
| Bed Bath & Beyond of Overland Park, Inc. | 22-3366404 |
| Bed Bath & Beyond of Palm Desert, Inc. | 22-3320152 |
| Bed Bath & Beyond of Paradise Valley, Inc. | 22-3386576 |
| Bed Bath & Beyond of Perimeter, Inc. | 58-2076026 |
| Bed Bath & Beyond of Pittsford, Inc. | 22-3476881 |
| Bed Bath & Beyond of Portland, Inc. | 22-3518153 |
| Bed Bath & Beyond of Providence, Inc. | 05-0507527 |
| Bed Bath & Beyond of Puerto Rico, Inc. | 22-3748235 |
| Bed Bath & Beyond of Riverchase, Inc. | 22-3388630 |
| Bed Bath & Beyond of Rockford, Inc. | 22-3451065 |
| Bed Bath & Beyond of San Francisco, Inc. | 22-3056868 |

| Entity Name | FEIN |
|---|---|
| Bed Bath & Beyond of Sawgrass, Inc. | 22-3056776 |
| Bed Bath & Beyond of Solon, Inc. | 22-3665543 |
| Bed Bath & Beyond of St. Louis, Inc. | 05-0561701 |
| Bed Bath & Beyond of Towson, Inc. | 22-3321854 |
| Bed Bath & Beyond of Vestal, Inc. | 22-3476882 |
| Bed Bath & Beyond of Virginia Beach, Inc. | 22-3452326 |
| Bed Bath & Beyond of Waldorf, Inc. | 22-3590890 |
| Bed Bath & Beyond of Wilmette, Inc. | 22-3308890 |
| Bed Bath & Beyond of Woodbridge, Inc. | 22-3531179 |
| Bed Bath & Beyond Procurement Company | 52-2279383 |
| Bed Bath & Beyond Inc. | 11-2250488 |
| Bed 'N Bath of Huntington Beach, Inc. | 22-2601317 |
| Bed N Bath Stores, Inc. | 22-2732034 |
| Buy Buy Baby of Paramus, Inc. | 52-2118598 |
| Buy Buy Baby of Rockville, Inc. | 52-1966272 |
| Buy Buy Baby of Totowa, Inc. | 26-2198098 |
| Buy Buy Baby, Inc. | 52-1942010 |
| Harmon Drug, Inc. | 22-2046093 |
| Harmon of Brentwood, Inc. | 22-3044214 |
| Harmon of Caldwell, Inc. | 22-2971648 |
| Harmon of Carlstadt, Inc. | 51-0459065 |
| Harmon of Closter, Inc. | 22-3071009 |
| Harmon of Edison, Inc. | 22-2985483 |
| Harmon of Emerson, Inc. | 22-2732981 |
| Harmon of Franklin, Inc. | 30-0109738 |
| Harmon of Greenbrook II , Inc. | 30-0109743 |
| Harmon of Hackensack, Inc. | 22-3124535 |
| Harmon of Hanover, Inc. | 22-2985485 |
| Harmon of Hartsdale, Inc. | 16-1622588 |
| Harmon of Manalapan, Inc. | 22-2717942 |
| Harmon of Massapequa, Inc. | 22-3819949 |
| Harmon of Massapequa, Inc. (fka Massapequa 11) | 38-3700967 |
| Harmon of Melville, Inc. (fka Melville II, Inc) | 61-1469741 |
| Harmon of Melville, Inc. | 22-3785648 |
| Harmon of New Rochelle, Inc.(fka Rochelle II, Inc) | 32-0114673 |
| Harmon of Newton, Inc. | 30-0119775 |
| Harmon of Norwalk, Inc. | 37-1488760 |
| Harmon of Old Bridge, Inc. | 22-2822762 |
| Harmon of Paramus 11, Inc. | 22-3238034 |
| Harmon of Plainview, Inc. | 30-0244515 |

| Entity Name | FEIN |
|---|---|
| Harmon of Raritan, Inc. | 22-3785646 |
| Harmon of Rockaway, Inc. | 22-2822765 |
| Harmon of Roxbury, Inc. | 22-3166752 |
| Harmon of Shrewsbury, Inc. | 22-3248849 |
| Harmon of Springfield, Inc. | 22-3141113 |
| Harmon of Totowa, Inc. | 22-3044269 |
| Harmon of Wayne, Inc. | 22-3044316 |
| Harmon of Westfield, Inc. | 20-0002851 |
| Harmon of Yonkers, Inc. | 56-6620371 |
| Harmon Stores, Inc. | 22-2036555 |
| Liberty Procurement Co. Inc. (fka BBB Procurement Co. Inc) | 52-2279383 |
| San Antonio Bed Bath & Beyond, Inc. | 22-3504701 |
| Servicios Bed Bath & Beyond Mexico S. de R. L. de C.V. | 98-0581588 |
| Springfield Buy Buy Baby, Inc. | 26-2198387 |
| Chef C Holdings LLC | 81-5106069 |
| Decorist, LLC | 46-1344917 |
| Deerbrook Bed Bath & Beyond, Inc. | 22-3590895 |
| Of a Kind, Inc. | 27-2056492 |
| Rahway Fixture & Supply Co. LLC | 83-2193698 |
| The Trust Association w/the BBB Employee Health Plan, Inc. | 31-1482127 |

**EXHIBIT 2**

| Type | Company | Name | Address | City | State |
|---|---|---|---|---|---|
| Office | Bed Bath & Beyond | Breeze | 700 Liberty Avenue | Union | NJ |
| Office | Bed Bath & Beyond | Corporate/Administrative Office | 650 Liberty Avenue | Union | NJ |
| Office | Bed Bath & Beyond | Shared Photo Studio (250 Hudson St.) | 250 Hudson Street, | New York | NY |
| Office | Bed Bath & Beyond | Corporate Buying Office | 110 Bi-county Boulevard Suite 114 | Farmingdale | NY |
| Office | Buy Buy Baby | Corporate BuyBuy Baby | 895 East Gate Boulevard Garden City, New York | Garden City | NY |
| | | | | | |
| Warehouse | Bed Bath & Beyond | Jurupa Valley, CA | 6120 Clinker Drive | Jurupa Valley | CA |
| Warehouse | Bed Bath & Beyond | Pendergrass, GA Warehouse | 860 John B. Brooks Road | Pendergrass | GA |
| Warehouse | Bed Bath & Beyond | Secaucus Warehouse | 3 Enterprise Ave. N Ste 3 | Secaucus | NJ |
| Warehouse | Bed Bath & Beyond | Woodbridge-Carteret Whse | 1001 W. Middlesex Avenue | Port Reading | NJ |
| Warehouse | Harmon | Totowa Warehouse | 11 Taft Road | Totowa | NJ |
| Warehouse | Bed Bath & Beyond | North Las Vegas DC (relo #687) | 5835 East Ann Road | North Las Vegas | NV |
| Warehouse | Harmon | North Las Vegas DC | 5402 East El Cam | North Las Vegas | NV |
| Warehouse | Bed Bath & Beyond | Frackville Warehouse | 71 Mall Road | Frackville | PA |
| Warehouse | Bed Bath & Beyond | Lewisville | 2900 S. Valley Parkway | Lewisville | TX |
| | | | | | |
| Call Center | Bed Bath & Beyond | Ocoee Contact Center | 9407 W. Colonial Drive, 1st Floor | Ocoee | FL |
| Call Center | Bed Bath & Beyond | Layton Call-In Center | 1425 North Street | Layton | UT |
| | | | | | |
| Store | Bed Bath & Beyond | Anchorage | 601 E. Dimond Boulevard | Anchorage | AK |
| Store | Bed Bath & Beyond | Mobile (relo #1443) | 3250 Airport Blvd. - Unit 110 | Mobile | AL |
| Store | Bed Bath & Beyond | Hoover Relocation | 1771 Montgomery Hwy | Hoover | AL |
| Store | Bed Bath & Beyond | Mountain Brook | 313 Summit Boulevard | Birmingham | AL |
| Store | Bed Bath & Beyond | Huntsville (Relo #1359) | 6888 Governors West | Huntsville | AL |
| Store | Bed Bath & Beyond | Daphne (relo #1412) | 6850 US Highway 90, Anchor D | Daphne | AL |
| Store | Bed Bath & Beyond | Oxford | 1000 Oxford Exchange Blvd. | Oxford | AL |
| Store | Bed Bath & Beyond | Dothan | 4863 Montgomery Highway Suite 200 | Dothan | AL |
| Store | Bed Bath & Beyond | Gulf Shores | 3800 Gulf Shores Parkway | Gulf Shores | AL |
| Store | Bed Bath & Beyond | Eastchase (Montgomery) | 7971 Eastchase Parkway | Montgomery | AL |
| Store | Bed Bath & Beyond | Opelika | 2746 Enterprise Drive | Opelika | AL |
| Store | Bed Bath & Beyond | Florence | 356A Cox Creek Parkway | Florence | AL |
| Store | Bed Bath & Beyond | Tuscaloosa | 1320 McFarland Blvd E | Tuscaloosa | AL |
| Store | Bed Bath & Beyond | Little Rock | 12309 Chenal Parkway, Suite A | Little Rock | AR |
| Store | Bed Bath & Beyond | Fayetteville | 3816 North Mall Avenue | Fayetteville | AR |
| Store | Bed Bath & Beyond | North Little Rock | 4112 McCain Blvd. | North Little Rock | AR |
| Store | Bed Bath & Beyond | Rogers | 2203 Promenade Boulevard | Rogers | AR |
| Store | Bed Bath & Beyond | Fort Smith | Phoenix Avenue | Fort Smith | AR |
| Store | Bed Bath & Beyond | Hot Springs | Higdon Ferry Road | Hot Springs | AR |
| Store | Bed Bath & Beyond | Camelback | 1919 East Camelback Road | Phoenix | AZ |
| Store | Bed Bath & Beyond | Prescott AZ | 3250 Gateway Blvd. Ste. 508 | Prescott | AZ |
| Store | Bed Bath & Beyond | Tucson | 4811 E. Grant Road, Suite 131 | Tucson | AZ |
| Store | Bed Bath & Beyond | Chandler | 850 N. 54th Street | Chandler | AZ |
| Store | Bed Bath & Beyond | Arrowhead | 7340 West Bell Road | Glendale | AZ |
| Store | Bed Bath & Beyond | East Mesa | 2039 N. Power RD | East Mesa | AZ |
| Store | Bed Bath & Beyond | Scottsdale | 7000 E. Mayo Blvd., Building 12 | Phoenix | AZ |
| Store | Bed Bath & Beyond | Avondale | 10060 W. McDowell Road | Avondale | AZ |
| Store | Bed Bath & Beyond | Surprise | 13723 W. Bell Road | Surprise | AZ |
| Store | Bed Bath & Beyond | Oracle Tucson | 6310 N. Oracle Road | Tuscon | AZ |
| Store | Bed Bath & Beyond | Frye Road Chandler | Chandler Village Center | Chandler | AZ |
| Store | Bed Bath & Beyond | Gilbert | 2793 S Market St | Gilbert | AZ |
| Store | Bed Bath & Beyond | 22nd & Harrison | 9590 East 22nd Street | Tucson | AZ |
| Store | Bed Bath & Beyond | Signal Butte (Mesa) | 1834 South Signal Butte Road | Mesa | AZ |
| Store | Bed Bath & Beyond | 202 & Dobson | SEC Dobson Road & Loop 202 | Mesa | AZ |
| Store | Bed Bath & Beyond | I-19 & Irvington | 5225 South Calle Santa Cruz | Tucson | AZ |
| Store | Bed Bath & Beyond | I17 & Carefree Highway | 34750 N. North Valley Parkway | Phoenix | AZ |
| Store | Bed Bath & Beyond | Queen Creek Marketplace | 21258 South Ellsworth Loop Road | Queen Creek | AZ |
| Store | Bed Bath & Beyond | San Francisco | 555 Ninth Street | San Francisco | CA |
| Store | Bed Bath & Beyond | Blossom Hill | 5353 Almaden Expressway | San Jose | CA |
| Store | Bed Bath & Beyond | Buena Park | 8390 On The Mall #237 | Buena Park | CA |
| Store | Bed Bath & Beyond | Hollywood | 1557 Vine Street | Hollywood | CA |
| Store | Bed Bath & Beyond | Lakewood | 75 Lakewood Center Mall | Lakewood | CA |
| Store | Bed Bath & Beyond | Eureka | 3300 Broadway | Eureka | CA |
| Store | Bed Bath & Beyond | San Leandro | 15555 East 14th Street | San Leandro | CA |
| Store | Bed Bath & Beyond | Burbank | 201 East Magnolia Blvd. | Burbank | CA |
| Store | Bed Bath & Beyond | Milpitas (Mills) | 147 Great Mall Drive | Milpitas | CA |
| Store | Bed Bath & Beyond | West LA | 11854 West Olympic Blvd | W. Los Angeles | CA |
| Store | Bed Bath & Beyond | Mission Viejo | 25732 El Paseo | Mission Viejo | CA |
| Store | Bed Bath & Beyond | Bakersfield | 5000 Stockdale Highway | Bakersfield | CA |
| Store | Bed Bath & Beyond | Upland | 1865 North Campus Ave | Upland | CA |
| Store | Bed Bath & Beyond | Canoga Park | 6530 Canoga Avenue | Canoga Park | CA |
| Store | Bed Bath & Beyond | Santa Rosa | 2785 Santa Rosa Avenue | Santa Rosa | CA |
| Store | Bed Bath & Beyond | Studio City | 12555 Ventura Boulevard | Studio City | CA |

| Type | Company | Name | Address | City | State |
|---|---|---|---|---|---|
| Store | Bed Bath & Beyond | Oakland | 590 2nd  Street | Oakland | CA |
| Store | Bed Bath & Beyond | San Diego | 1750 Camino Del Rio North | San Diego | CA |
| Store | Bed Bath & Beyond | Palm Desert | 72459 Highway 111 | Palm Desert | CA |
| Store | Bed Bath & Beyond | Rancho Cucamonga (relo #1398) | 11530 4th Street, Suite 120 | Rancho Cucamonga | CA |
| Store | Bed Bath & Beyond | Santa Clara | 5201 Stevens Creek Boulevard | Santa Clara | CA |
| Store | Bed Bath & Beyond | Thousand Oaks | 121 South Weslake Boulevard | Thousand Oaks | CA |
| Store | Bed Bath & Beyond | Oceanside | 2120 Vista Way | Oceanside | CA |
| Store | Bed Bath & Beyond | Dublin | 4882 Dublin Boulevard | Dublin | CA |
| Store | Bed Bath & Beyond | Valencia | 25540 The Old Road | Valencia | CA |
| Store | Bed Bath & Beyond | Pasadena | 3341 East Foothill Boulevard | Pasadena | CA |
| Store | Bed Bath & Beyond | Yorba Linda | 23041 Savi Ranch Parkway | Yorba Linda | CA |
| Store | Bed Bath & Beyond | Chula Vista | 394 East H Street | Chula Vista | CA |
| Store | Bed Bath & Beyond | Fresno | 7497 N. Blackstone Avenue | Fresno | CA |
| Store | Bed Bath & Beyond | Modesto | 3900 Sisk Road | Modesto | CA |
| Store | Bed Bath & Beyond | Pleasant Hill | 15 Crescent Drive | Pleasant Hill | CA |
| Store | Bed Bath & Beyond | Costa Mesa Santa Ana | 3900 South Bristol Street, Suite C | Santa Ana | CA |
| Store | Bed Bath & Beyond | Roseville (Relo #1376) | 1120 Galleria Blvd. | Roseville | CA |
| Store | Bed Bath & Beyond | Visalia | 3125 South Mooney Blvd. | Visalia | CA |
| Store | Bed Bath & Beyond | Daly City (Relo #1393) | 303 Gellert Boulevard | Daly City | CA |
| Store | Bed Bath & Beyond | San Luis Obispo | 317 Madonna Road | San Luis Obisbo | CA |
| Store | Bed Bath & Beyond | Hawthorne | 14351 Hindry Ave. | Hawthorne | CA |
| Store | Bed Bath & Beyond | Elk Grove | 9145 W. Stockton Blvd. | Elk Grove | CA |
| Store | Bed Bath & Beyond | Seal Beach | 1290 Seal Beach Blvd. | Seal Beach | CA |
| Store | Bed Bath & Beyond | Monrovia | 650 West Huntington Drive | Monrovia | CA |
| Store | Bed Bath & Beyond | Santee | 9918 Mission Gorge Road | Santee | CA |
| Store | Bed Bath & Beyond | Torrance | 2595 Pacific Coast Highway | Torrance | CA |
| Store | Bed Bath & Beyond | Rancho Santa Margarita | 22235 El Paseo | Rancho Santa Margarita | CA |
| Store | Bed Bath & Beyond | Vacaville | 128 Browns Valley Parkway | Vacaville | CA |
| Store | Bed Bath & Beyond | Redding | 1140 Hilltop Drive | Redding | CA |
| Store | Bed Bath & Beyond | La Habra | 1320 South Beach Blvd | LaHabra | CA |
| Store | Bed Bath & Beyond | Carlsbad | 1905 Calle Barcelona | Carlsbad | CA |
| Store | Bed Bath & Beyond | Larkspur | 2601 Larkspur Landing Circle | Larkspur | CA |
| Store | Bed Bath & Beyond | Riverside | 3700 Tyler Street, Suite 14 | Riverside | CA |
| Store | Bed Bath & Beyond | Redwood City | 1950 El Camino Real | Redwood City | CA |
| Store | Bed Bath & Beyond | Capitola | 3555 Clares Street, Suite J | Capitola | CA |
| Store | Bed Bath & Beyond | Sacramento (relo # 1380) | 2725 Marconi Ave | Sacramento | CA |
| Store | Bed Bath & Beyond | Palmdale | 39421 10th Street West | Palmdale | CA |
| Store | Bed Bath & Beyond | Antioch | 5719 Lone Tree Way | Antioch | CA |
| Store | Bed Bath & Beyond | Chico | 2101 Martin Luther King Jr. Pkwy | Chico | CA |
| Store | Bed Bath & Beyond | Natomas (New Store #1352) | 3611 N. Freeway Blvd. | Natomas | CA |
| Store | Bed Bath & Beyond | Redlands | 27450 Lugonia Avenue | redlands | CA |
| Store | Bed Bath & Beyond | Goleta | 189 North Fairview Ave | Goleta | CA |
| Store | Bed Bath & Beyond | Ventura | 4040 East Main Street | Ventura | CA |
| Store | Bed Bath & Beyond | La Quinta | 79-110 Hwy 111 | La Quinta | CA |
| Store | Bed Bath & Beyond | 4 S Ranch San Diego | 10537 4S Commons Drive | San Diego | CA |
| Store | Bed Bath & Beyond | Culver City | 10822 Jefferson Blvd | Culver City | CA |
| Store | Bed Bath & Beyond | Downey | 12060 Lakewood Blvd | Downey | CA |
| Store | Bed Bath & Beyond | Murrieta | 24450 Village Walk Place | Murrieta | CA |
| Store | Bed Bath & Beyond | Las Posas | 165 S Las Posas Road | San Marcos | CA |
| Store | Bed Bath & Beyond | Folsom Gateway | 2385 Iron Point Road | Folsom | CA |
| Store | Bed Bath & Beyond | Glendora | 1405 East Gladstone Street | Glendora | CA |
| Store | Bed Bath & Beyond | Beaumont | 1642 E. 2nd Street Marketplace | Beaumont | CA |
| Store | Bed Bath & Beyond | Marina | 117 General Stilwell Drive | Marina | CA |
| Store | Bed Bath & Beyond | Bear Valley Road | Bear Valley Road & Jess Ranch Parkway | Apple Valley | CA |
| Store | Bed Bath & Beyond | Palm Springs CA | 5200 E. Ramon Road Building B | Palm Springs | CA |
| Store | Bed Bath & Beyond | Vallejo, CA | 105 Plaza Drive, Suite 107 | Vallejo | CA |
| Store | Bed Bath & Beyond | Durango | 800 South Camino Del Rio | Durango | CO |
| Store | Bed Bath & Beyond | Glendale (temp #1435) | 370 S. Colorado Blvd | Glendale | CO |
| Store | Bed Bath & Beyond | Denver West | 14383 West Colfax Avenue | Lakewood | CO |
| Store | Bed Bath & Beyond | Fort Collins | 110 W. Troutman Parkway | Fort Collins | CO |
| Store | Bed Bath & Beyond | North Colorado Springs | 1790 E. Woodmen Road | Colorado Springs | CO |
| Store | Bed Bath & Beyond | SW Denver | 7421 West Bowles Avenue | Littleton | CO |
| Store | Bed Bath & Beyond | Broadmoor | 2180 Southgate Road | Colorado Springs | CO |
| Store | Bed Bath & Beyond | Westminster | 7225 W. 88th Ave. | Westminster | CO |
| Store | Bed Bath & Beyond | Northglenn (relo #1449) | 241 W. 104th Avenue | Northglenn | CO |
| Store | Bed Bath & Beyond | Aurora | 5560 South Parker Road | Aurora | CO |
| Store | Bed Bath & Beyond | Dillon | 318 US Highway 6 | Dillon | CO |
| Store | Bed Bath & Beyond | Grand Junction | 2464 US Highway 6 & 50 | Grand Junction | CO |
| Store | Bed Bath & Beyond | Parker | 11435 Twenty Mile Road | Parker | CO |
| Store | Bed Bath & Beyond | Highlands Ranch | 9315 Dorchester | Highlands Ranch | CO |
| Store | Bed Bath & Beyond | Pueblo | 5737 N. Elizabeth Street | Pueblo | CO |
| Store | Bed Bath & Beyond | Thornton | 16531 Washington Street | Thornton | CO |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Bed Bath & Beyond | Glenwood Springs | 115 East Meadows Drive | Glenwood Springs | CO |
| Store | Bed Bath & Beyond | Longmont | 205 Ken Pratt Blvd Suite 240 | Longmont | CO |
| Store | Bed Bath & Beyond | Loveland | 1605 Fall River Drive | Loveland | CO |
| Store | Bed Bath & Beyond | Stamford | Ridgeway Shopping Center | Stamford | CT |
| Store | Bed Bath & Beyond | Waterford | 850 Hartford Turnpike | Waterford | CT |
| Store | Bed Bath & Beyond | Fairfield | 2260 Kings Highway | Fairfield | CT |
| Store | Bed Bath & Beyond | Norwalk | 542 Westport Avenue | Norwalk | CT |
| Store | Bed Bath & Beyond | Simsbury | 530 Bushy Hill Road | Simsbury | CT |
| Store | Bed Bath & Beyond | Manchester | 169B Hale Road | Manchester | CT |
| Store | Bed Bath & Beyond | Hamden, CT | 2045 Dixwell Ave | Hamden | CT |
| Store | Bed Bath & Beyond | Southington | 835 Queen Street | Southington | CT |
| Store | Bed Bath & Beyond | Wethersfield | 1065 Silas Deane Highway | Wethersfield | CT |
| Store | Bed Bath & Beyond | Brookfield | 14 Candlewood Lake Road | Brookfield | CT |
| Store | Bed Bath & Beyond | Enfield | 20 hazard Ave | Enfield | CT |
| Store | Bed Bath & Beyond | Guilford | 1919 Boston Post Road, Suite 310 | Guilford | CT |
| Store | Bed Bath & Beyond | DC USA | 3100 14th Street NW | Washington | DC |
| Store | Bed Bath & Beyond | Brandywine | 1020 Brandywine Parkway | Willmington | DE |
| Store | Bed Bath & Beyond | Christiana | 331 West Main Street | Newark | DE |
| Store | Bed Bath & Beyond | Rehoboth Beach | 30134 Veterans Way | Rehoboth Beach | DE |
| Store | Bed Bath & Beyond | Sunrise | 12801 W. Sunrise Blvd., Anchor C | SUNRISE | FL |
| Store | Bed Bath & Beyond | Dadeland Station | 8380 South Dixie Highway | Miami | FL |
| Store | Bed Bath & Beyond | Pensacola | 5450 N. 9th Avenue | Pensacola | FL |
| Store | Bed Bath & Beyond | Ft. Lauderdale | 2701 N. Federal Highway | Ft. Lauderdale | FL |
| Store | Bed Bath & Beyond | Casselberry | Casselberry Exchange | Casselberry | FL |
| Store | Bed Bath & Beyond | West Palm Beach (relo #1402) | 1875 Palm Beach Lakes Blvd. | West Palm Beach | FL |
| Store | Bed Bath & Beyond | Hialeah (relo #1440) | 1460 W. 49th Street, Suite 140 | Hialeah | FL |
| Store | Bed Bath & Beyond | Brandon | 320 Brandon Town Center Drive | Brandon | FL |
| Store | Bed Bath & Beyond | Boca Raton | 20560 State Road 7 | Boca Raton | FL |
| Store | Bed Bath & Beyond | Carrollwood | 13123 N. Dale Mabry Highway | Tampa | FL |
| Store | Bed Bath & Beyond | Naples | 5351 N. Airport Road | Naples | FL |
| Store | Bed Bath & Beyond | Boynton Beach | 371 N. Congress Ave. | Boynton Beach | FL |
| Store | Bed Bath & Beyond | Oviedo | Red Bug Lake Road | Oviedo | FL |
| Store | Bed Bath & Beyond | St. Petersburg | 2060 66th Street North | St. Petersburg | FL |
| Store | Bed Bath & Beyond | Aventura | 19205 Biscayne Boulevard | Aventura | FL |
| Store | Bed Bath & Beyond | Jensen Beach | 2450 NW Federal Highway | Stuart | FL |
| Store | Bed Bath & Beyond | Clearwater (relo of #1437) | 23676 US Hwy 19 North | Clearwater | FL |
| Store | Bed Bath & Beyond | Sarasota | 6567 S. Tamiami Trail | Sarasota | FL |
| Store | Bed Bath & Beyond | Daytona Beach | 2500 W. International Speedway Boulevard | Daytona Beach | FL |
| Store | Bed Bath & Beyond | Gainesville | 6855 Newberry Road | Gainesville | FL |
| Store | Bed Bath & Beyond | Palm Beach Gardens | 2410 PGA Boulevard | Palm Beach Gardens | FL |
| Store | Bed Bath & Beyond | Waterford Lakes | 397 North Alafaya Trail | Orlando | FL |
| Store | Bed Bath & Beyond | Ft. Myers | 13499 South Cleveland Avenue | Ft. Myers | FL |
| Store | Bed Bath & Beyond | Coral Springs | 4631 North University Drive | Coral Springs | FL |
| Store | Bed Bath & Beyond | Royal Palm Beach | 540 NorthState Road 7 | Royal Palm Beach | FL |
| Store | Bed Bath & Beyond | Davie | 1801 South University Drive | Davie | FL |
| Store | Bed Bath & Beyond | East Boca Raton | 1400C Glades Road | Boca Raton | FL |
| Store | Bed Bath & Beyond | Tallahassee | 1574 Governors Square Blvd. | Tallahassee | FL |
| Store | Bed Bath & Beyond | Destin | 4441 Commons Drive East | Destin | FL |
| Store | Bed Bath & Beyond | Port Charlotte | 18700 Veterans Blvd. | Port Charlotte | FL |
| Store | Bed Bath & Beyond | Melbourne | 1557 West New Haven Ave | Melbourne | FL |
| Store | Bed Bath & Beyond | Orange Park | 6001-24 Argyle Forest Blvd. | Orange Park | FL |
| Store | Bed Bath & Beyond | Vero Beach | 6150 20th Street | Vero Beach | FL |
| Store | Bed Bath & Beyond | Ocala | 2701 SW College Road | Ocala | FL |
| Store | Bed Bath & Beyond | Largo | 10500 Ulmerton Road #310 | Largo | FL |
| Store | Bed Bath & Beyond | Bradenton | 825 Cortez Rd West | Bradenton | FL |
| Store | Bed Bath & Beyond | St. Augustine | 320 CBL Drive | St. Augustine | FL |
| Store | Bed Bath & Beyond | Miami International | 10640 N. W. 19th Street | Miami | FL |
| Store | Bed Bath & Beyond | Sanford | 111 Towne Center Blvd | Sanford | FL |
| Store | Bed Bath & Beyond | Kissimmee | 322 North John Young Parkway | Kissimmee | FL |
| Store | Bed Bath & Beyond | Viera | 2291 Town Center Avenue | Melbourne | FL |
| Store | Bed Bath & Beyond | Pompano Beach | 3459 N. Federal Highway | Pompano Beach | FL |
| Store | Bed Bath & Beyond | Timberlin Village | 8801-1 Southside Boulevard | Jacksonville | FL |
| Store | Bed Bath & Beyond | Lakeland | 1500 Town Center Drive | Lakeland | FL |
| Store | Bed Bath & Beyond | Miracle Marketplace (Coral Gables) | S.W. 33rd Avenue and S.W. 22nd Street | Coral Gables | FL |
| Store | Bed Bath & Beyond | Naples North | 13585 Tamiami Trail N. Unit #6 | Naples | FL |
| Store | Bed Bath & Beyond | River City (Jacksonville) | 13221 City Station Drive Suite 125 | Jacksonville | FL |
| Store | Bed Bath & Beyond | Bed Bath & Beyond Plaza | 14824 South Military Trail | Delray Beach | FL |
| Store | Bed Bath & Beyond | Jacksonville Beach | 4054 South 3rd Street | Jacksonville Beach | FL |
| Store | Bed Bath & Beyond | East Colonial (Orlando) | Colonial Landing | Orlando | FL |
| Store | Bed Bath & Beyond | Orange City | 963 Harley Strickland Boulevard | Orange City | FL |
| Store | Bed Bath & Beyond | Port St. Lucie | 10856 SW Village Parkway | Port St. Lucie | FL |
| Store | Bed Bath & Beyond | Wesley Chapel | 5845 Wesley Grove Boulevard | Wesley Chapel | FL |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Bed Bath & Beyond | Sebring | 1748 US 27 N. | Sebring | FL |
| Store | Bed Bath & Beyond | Spring Hill | 7187 Coastal Blvd | Brooksville | FL |
| Store | Bed Bath & Beyond | Lady Lake | 546 N. Highway 441 | Lady Lake | FL |
| Store | Bed Bath & Beyond | University Town Center (Sarasota) | Building # 4 | Sarasota | FL |
| Store | Bed Bath & Beyond | Cape Coral | 1827 NE Pine Island Road | Cape Coral | FL |
| Store | Bed Bath & Beyond | Winter Garden | 3215 Daniels Road | Winter Garden | FL |
| Store | Bed Bath & Beyond | Apopka | 2239 East Semoran Blvd. | Apopka | FL |
| Store | Bed Bath & Beyond | Panama City Beach | 15600 Panama City Beach Parkway | Panama City Beach | FL |
| Store | Bed Bath & Beyond | Valdosta | 1700 Norman Drive, Suite 400 | Valdosta | GA |
| Store | Bed Bath & Beyond | Kennesaw | 800 Ernest Barrett Parkway | Kennesaw | GA |
| Store | Bed Bath & Beyond | Duluth | 3675 Satellite Blvd. | Duluth | GA |
| Store | Bed Bath & Beyond | Alpharetta (see #1325 for old #103 history) | 6050 North Point Parkway | Alpharetta | GA |
| Store | Bed Bath & Beyond | Buckhead | One Buckhead Loop | Atlanta | GA |
| Store | Bed Bath & Beyond | Augusta | 221 Robert C Daniel Jr Pkwy | Augusta | GA |
| Store | Bed Bath & Beyond | Snellville | 1905 Scenic Highway, Suite 5000 | Snellville | GA |
| Store | Bed Bath & Beyond | Mill Creek | 1705 Mall of Georgia Blvd. | Buford | GA |
| Store | Bed Bath & Beyond | Brunswick | 197 Golden Isles Plaza | Brunswick | GA |
| Store | Bed Bath & Beyond | Athens (relo #1418) | 1791 Oconee Connector, Suite 350 | Athens | GA |
| Store | Bed Bath & Beyond | Columbus | 5555 Whittlesey Blvd | Columbus | GA |
| Store | Bed Bath & Beyond | Cumming | 1545 Marketplace Blvd. | Cumming | GA |
| Store | Bed Bath & Beyond | McDonough | 1898 Jonesboro Road | McDonough | GA |
| Store | Bed Bath & Beyond | Savannah | 7400 Abercorn Street | Savannah | GA |
| Store | Bed Bath & Beyond | Moreland Ave. Atlanta | 1235 Caroline Street NE | Atlanta | GA |
| Store | Bed Bath & Beyond | Akers Mill | 2955 Cobb ParkwaySE | Atlanta | GA |
| Store | Bed Bath & Beyond | Peachtree City | 1245 North Peachtree Parkway | Peachtree City | GA |
| Store | Bed Bath & Beyond | Lake Lanier | 1025 Dawsonville Highway | Gainesville | GA |
| Store | Bed Bath & Beyond | John's Creek (Atlanta) | 2623 Peachtree Pkwy | Suwanee | GA |
| Store | Bed Bath & Beyond | Warner Robins | Margie Drive & State Route 247 | Warner Robins | GA |
| Store | Bed Bath & Beyond | Canton | Cumming Highway | Canton | GA |
| Store | Bed Bath & Beyond | Pearlridge | 98-145 Kaonohi Street | Aiea | HI |
| Store | Bed Bath & Beyond | Davenport | 4022 East 53rd Street | Davenport | IA |
| Store | Bed Bath & Beyond | Cedar Rapids | 4840 1st Ave NE | Cedar Rapids | IA |
| Store | Bed Bath & Beyond | Clive | 11101 University Avenue | Clive | IA |
| Store | Bed Bath & Beyond | Waterloo | 1522 Flammang Drive | Waterloo | IA |
| Store | Bed Bath & Beyond | Dubuque | 2475 N. W. Arterial | Dubuque | IA |
| Store | Bed Bath & Beyond | Coralville | Highway 965 and Interstate 80 Exit Ramp | Coralville | IA |
| Store | Bed Bath & Beyond | Sioux City | 5751 Sunnybrook Drive | Sioux City | IA |
| Store | Bed Bath & Beyond | Moscow | 1966 Pullman Road | Moscow | ID |
| Store | Bed Bath & Beyond | Meridian | 1350 North Eagle Road | Meridian | ID |
| Store | Bed Bath & Beyond | Coeur D' Alene | 440 W. Wilbur Avenue | Coeur D' Alene | ID |
| Store | Bed Bath & Beyond | Idaho Falls | 3011 S. 25th East | Idaho Falls | ID |
| Store | Bed Bath & Beyond | Boise | 3615 S. Federal Way | Boise | ID |
| Store | Bed Bath & Beyond | Twin Falls | 1933 Fillmore Street | Twin Falls | ID |
| Store | Bed Bath & Beyond | Gurnee | 6132 Grand Avenue | Gurnee | IL |
| Store | Bed Bath & Beyond | Chicago Ridge | 9650 S. Ridgeland Ave | Chicago Ridge | IL |
| Store | Bed Bath & Beyond | Forest Park | 215 Harlem Avenue | Forest Park | IL |
| Store | Bed Bath & Beyond | Deerfield | 96 S. Waukegan Rd. | Deerfield | IL |
| Store | Bed Bath & Beyond | Schaumburg | 915 East Golf Road | Schaumburg | IL |
| Store | Bed Bath & Beyond | Downers Grove | 1548 Butterfield Road | Downers Grove | IL |
| Store | Bed Bath & Beyond | Lincoln Park | 1800 North Clybourn, Suite A | Chicago | IL |
| Store | Bed Bath & Beyond | Wilmette | 3232 Lake Avenue, Suite 125 | Wilmette | IL |
| Store | Bed Bath & Beyond | Rockford | 6309 East State Street | Rockford | IL |
| Store | Bed Bath & Beyond | Naperville (New Store Relo #1450)) | 336 S Rte. 59 | Naperville | IL |
| Store | Bed Bath & Beyond | Fairview Heights | 6611 N. Illinois | Fairview Heights | IL |
| Store | Bed Bath & Beyond | Geneva | 1584 S. Randall Road | Geneva | IL |
| Store | Bed Bath & Beyond | Crystal Lake | 6000 Northwest Highway, Suite 24 | Crystal Lake | IL |
| Store | Bed Bath & Beyond | Normal | 1700 East College Avenue, Suite 4 | Normal | IL |
| Store | Bed Bath & Beyond | Champaign | Marketview Shopping Center | Champaign | IL |
| Store | Bed Bath & Beyond | Peoria | 4800 North University Street | Peoria | IL |
| Store | Bed Bath & Beyond | Kildeer | 20505 N. Rand Road, Suite 100 | Kildeer | IL |
| Store | Bed Bath & Beyond | Skokie | 5545 W. Touhy Ave. | Skokie | IL |
| Store | Bed Bath & Beyond | Sangamon Springfield | 3251 S. Veterans Parkway | Springfield | IL |
| Store | Bed Bath & Beyond | Carbondale | University Mall | Carbondale | IL |
| Store | Bed Bath & Beyond | Frankfort | 11165 W. Lincoln Highway | Frankfort | IL |
| Store | Bed Bath & Beyond | Joliet | 2850 Plainfield Road | Joliet | IL |
| Store | Bed Bath & Beyond | Vernon Hills | 413 Milwaukee Ave | Vernon Hills | IL |
| Store | Bed Bath & Beyond | Willowbrook Town Center | 7175 Kingery Highway | Willowbrook | IL |
| Store | Bed Bath & Beyond | Kankakee (Bradley) | 2056 North State Route 50 | Bradley | IL |
| Store | Bed Bath & Beyond | Joffco Square | 555 West Roosevelt Road | Chicago | IL |
| Store | Bed Bath & Beyond | Quincy | Broadway & 52nd Street | Quincy | IL |
| Store | Bed Bath & Beyond | Mishawaka | 5802 Grape Road Suite B | Mishawaka | IN |
| Store | Bed Bath & Beyond | Greenwood | 777 N Highway 31 | Greenwood | IN |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Bed Bath & Beyond | Evansville | 280 North Green River Road | Evansville | IN |
| Store | Bed Bath & Beyond | Fort Wayne | 4020 West Jefferson Blvd. | Fort Wayne | IN |
| Store | Bed Bath & Beyond | Avon | 10350 East US Highway 36 | Avon | IN |
| Store | Bed Bath & Beyond | Purdue | 3555 State Rd 38 East | LaFayette | IN |
| Store | Bed Bath & Beyond | Westfield | 1950-6 Greyhound Pass | Carmel | IN |
| Store | Bed Bath & Beyond | Valparaiso | 91 Silhavy Road | Valparaiso | IN |
| Store | Bed Bath & Beyond | Bloomington | 731 College Mall Road South | Bloomington | IN |
| Store | Bed Bath & Beyond | Noblesville | 14139 Town Center Boulevard Suite 800 | Noblesville | IN |
| Store | Bed Bath & Beyond | Schererville | 124 US Highway 41 | Schererville | IN |
| Store | Bed Bath & Beyond | Overland Park | 12035 Metcalf Avenue | Overland Park | KS |
| Store | Bed Bath & Beyond | Shawnee | 15400 Shawnee Mission Parkway | Shawnee | KS |
| Store | Bed Bath & Beyond | Olathe | 15335 W. 119th Street | Olathe | KS |
| Store | Bed Bath & Beyond | Wichita (relo #1423) | 2750 N. Greenwich Ct. | Wichita | KS |
| Store | Bed Bath & Beyond | West Wichita | 2441 North Maise Road | Wichita | KS |
| Store | Bed Bath & Beyond | Lawrence | 3106 S. Iowa Street | Lawrence | KS |
| Store | Bed Bath & Beyond | Topeka | 1900 B South West Wannamaker Road | Topeka | KS |
| Store | Bed Bath & Beyond | North District (Manhattan) | 425 3rd Place | Manhattan | KS |
| Store | Bed Bath & Beyond | Louisville | 996 Breckinridge Lane | Louisville | KY |
| Store | Bed Bath & Beyond | Springdale | 4350 Summit Plaza Drive | Louisville | KY |
| Store | Bed Bath & Beyond | Elizabethtown | 1998 N. Dixie Ave | Elizabethtown | KY |
| Store | Bed Bath & Beyond | Sir Barton Way | 2321 Sir Barton Way | Lexington | KY |
| Store | Bed Bath & Beyond | Crestview Hills | 2757 Town Center Blvd | Crestview Hills | KY |
| Store | Bed Bath & Beyond | Paducah | 5187 Hinkleville Rd | Paducah | KY |
| Store | Bed Bath & Beyond | Bowling Green | 2300 Gary Farms Blvd. Suite 400 | Bowling Green | KY |
| Store | Bed Bath & Beyond | Metairie | 4410 Veterans Blvd | Metairie | LA |
| Store | Bed Bath & Beyond | Alexandria | 3437 Masonic Drive | Alexandria | LA |
| Store | Bed Bath & Beyond | Baton Rouge | 10505 South Mall Drive | Baton Rouge | LA |
| Store | Bed Bath & Beyond | Mandeville | 3414 Highway 190, Suite 2 | Mandeville | LA |
| Store | Bed Bath & Beyond | Lafayette | 3617 Ambassador Caffery | Lafayette | LA |
| Store | Bed Bath & Beyond | Shreveport | 7070 Youree Drive | Shreveport | LA |
| Store | Bed Bath & Beyond | Houma | 1636 Martin Luther King Blvd | Houma | LA |
| Store | Bed Bath & Beyond | Lake Charles | 1768 W. Prien Lake Road | Lake Charles | LA |
| Store | Bed Bath & Beyond | Monroe | 4239 Pecanland Mall Drive | Monroe | LA |
| Store | Bed Bath & Beyond | Bossier City | 2900 Meadow Creek Drive | Bossier City | LA |
| Store | Bed Bath & Beyond | Denham Springs | 10129 Crossing Way, Suite 420 | Denham Springs | LA |
| Store | Bed Bath & Beyond | Burlington | 3 Abbott Park | Burlington | MA |
| Store | Bed Bath & Beyond | Braintree | 400 Grossman  Drive | Braintree | MA |
| Store | Bed Bath & Beyond | Danvers (relo #1357) | 180 Endicott Street | Danvers | MA |
| Store | Bed Bath & Beyond | Auburn 2 | 366 Southbridge Street | Auburn | MA |
| Store | Bed Bath & Beyond | Hyannis (relo #1420) | 65 Independence Drive | Hyannis | MA |
| Store | Bed Bath & Beyond | Raynham | 600 South Street, Suite 13 | Raynham | MA |
| Store | Bed Bath & Beyond | Somerville | 119 Middlesex Ave | Somerville | MA |
| Store | Bed Bath & Beyond | Seekonk | 35 Highland Ave. | Seekonk | MA |
| Store | Bed Bath & Beyond | North Dartmouth | 458 State Road - Route 6 | North Dartmouth | MA |
| Store | Bed Bath & Beyond | Pittsfield | 665 Merrill Road | Pittsfield | MA |
| Store | Bed Bath & Beyond | North Attleboro | 1360 South Washington Street | North Attleboro | MA |
| Store | Bed Bath & Beyond | Plymouth | 200 Colony Place | Plymouth | MA |
| Store | Bed Bath & Beyond | Leominster | 76 Orchard Hill Park Dr. | Leominster | MA |
| Store | Bed Bath & Beyond | Dedham | 820 Providence Highway | Dedham | MA |
| Store | Bed Bath & Beyond | Dorchester | 8 Allstate Road Suite B | Dorchester | MA |
| Store | Bed Bath & Beyond | Granite Heights (Milford) | 230 Fortune Boulevard | Milford | MA |
| Store | Bed Bath & Beyond | Foxborough | 330 Patriots Place | Foxborough | MA |
| Store | Bed Bath & Beyond | Hingham | Lincoln Street (3A) & Shipyard | Hingham | MA |
| Store | Bed Bath & Beyond | Hadley | 337 Russell Street | Hadley | MA |
| Store | Bed Bath & Beyond | Hudson | 17 Highland Commons East | Hudson | MA |
| Store | Bed Bath & Beyond | Annapolis | 200 Harker Place Suite 200 | Annapolis | MD |
| Store | Bed Bath & Beyond | Rockville | c/o Property Management Account Services LLC | ROCKVILLE | MD |
| Store | Bed Bath & Beyond | Columbia | 9021 Snowden River Parkway | Columbia | MD |
| Store | Bed Bath & Beyond | Gaithersburg | 558 N. Frederick Dreive | Gaithersburg | MD |
| Store | Bed Bath & Beyond | Waldorf | 3270 Crain Highway | Waldorf | MD |
| Store | Bed Bath & Beyond | Frederick | 5413 Urbana Pike | Frederick | MD |
| Store | Bed Bath & Beyond | Towson | 1238 Putty Hill Avenue | Towson | MD |
| Store | Bed Bath & Beyond | Hagerstown | 17716 Garland Groh Blvd. | Hagerstown | MD |
| Store | Bed Bath & Beyond | Crofton (see #1362 for old store) | 2382 Brandermill Boulevard | Crofton | MD |
| Store | Bed Bath & Beyond | Bel Air | 559 Baltimore Pike | Bel Air | MD |
| Store | Bed Bath & Beyond | Germantown | 12940 Middlebrook Road | Germantown | MD |
| Store | Bed Bath & Beyond | Carroll County Westminster | 200 Clifton Blvd. | Westminster | MD |
| Store | Bed Bath & Beyond | Ocean City | 12641 Ocean Gateway Suite 240 | Ocean City | MD |
| Store | Bed Bath & Beyond | California (Maryland) | 23415 Three Notch Road, Unit 9-B | California | MD |
| Store | Bed Bath & Beyond | Bangor Parkade (Relo # 1419) | 490 Stillwater Avenue | Bangor | ME |
| Store | Bed Bath & Beyond | South Portland | 200 Running Hill Road | South Portland | ME |
| Store | Bed Bath & Beyond | Turnpike Mall | 42 Whitten Road, Suite 1 | Augusta | ME |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Bed Bath & Beyond | Brunswick (relo #1430) | 147 Bath Road, Suite A170 | Brunswick | ME |
| Store | Bed Bath & Beyond | Auburn Hills | 4780 Baldwin Road | Auburn Hills | MI |
| Store | Bed Bath & Beyond | Okemos | 1982 West Grand River Ave. | Okemos | MI |
| Store | Bed Bath & Beyond | Muskegon | 5540 Harvey Street | Muskegon | MI |
| Store | Bed Bath & Beyond | Beverly Hills | 31535 Southfield Road | Beverly Hills | MI |
| Store | Bed Bath & Beyond | Farmington Hills | 31075 Orchard Lake Road | Farmington Hills | MI |
| Store | Bed Bath & Beyond | Troy | 650 John R Road | Troy | MI |
| Store | Bed Bath & Beyond | Sterling Heights | 12020 Hall Road | Sterling Heights | MI |
| Store | Bed Bath & Beyond | Northville | 17223 Haggerty Road | Northville | MI |
| Store | Bed Bath & Beyond | Roseville | 30801 Gratiot | Roseville | MI |
| Store | Bed Bath & Beyond | Grand Rapids | 4901 28th Street, SE | Grand Rapids | MI |
| Store | Bed Bath & Beyond | Ann Arbor | 3645 Washtenaw Avenue | Ann Arbor | MI |
| Store | Bed Bath & Beyond | Westland (Relo # 1415) | 35615 Warren Road | Westland | MI |
| Store | Bed Bath & Beyond | Taylor | 23871 Eureka Blvd | Taylor | MI |
| Store | Bed Bath & Beyond | Novi | 43610 West Oaks Drive | Novi | MI |
| Store | Bed Bath & Beyond | Rochester Hills (New Store #1358) | 1242 South Rochester Road | Rochester Hills | MI |
| Store | Bed Bath & Beyond | Holland | 3050 Beeline Road | Holland | MI |
| Store | Bed Bath & Beyond | Saginaw | 4420 Bay Road | Saginaw | MI |
| Store | Bed Bath & Beyond | Flint | G-3605 Miller Road | Flint | MI |
| Store | Bed Bath & Beyond | Jackson Crossing | 1132 Jackson Crossing | Jackson | MI |
| Store | Bed Bath & Beyond | Brighton (Relo #1371) | 8467 W. Grand River | Brighton | MI |
| Store | Bed Bath & Beyond | Portage | 5930 S. Westnedge Ave | Portage | MI |
| Store | Bed Bath & Beyond | West Lansing | 5845 W. Saginaw Highway | Lansing | MI |
| Store | Bed Bath & Beyond | Traverse City | 3301 N. US 31 South | Traverse City | MI |
| Store | Bed Bath & Beyond | Walker Alpine Rd. | 3410 Alpine Ave NW | Walker | MI |
| Store | Bed Bath & Beyond | Petoskey | 910 Spring Street | Petoskey | MI |
| Store | Bed Bath & Beyond | Chesterfield Twp | 50551 Waterside Drive | Chesterfield Twsp | MI |
| Store | Bed Bath & Beyond | White Lake | 9050 Highland Road | White Lake | MI |
| Store | Bed Bath & Beyond | Bloomington | 7961 Southtown Center | Bloomington | MN |
| Store | Bed Bath & Beyond | Rochester | 40 25th Street, SE | Rochester | MN |
| Store | Bed Bath & Beyond | Apple Valley | 14910 Florence Trail | Apple Valley | MN |
| Store | Bed Bath & Beyond | Maple Grove | 7950 Wedgewood Lane N. | Maple Grove | MN |
| Store | Bed Bath & Beyond | Eagan | 1295 Promenade Place, Suite 2 | Eagan | MN |
| Store | Bed Bath & Beyond | Woodbury (relo store 482) | 8264 Tamarack Village | Woodbury | MN |
| Store | Bed Bath & Beyond | Minnetonka | 11240 Wayzata Blvd. | Minnetonka | MN |
| Store | Bed Bath & Beyond | St. Cloud | 3959 Second Street South | St. Cloud | MN |
| Store | Bed Bath & Beyond | Roseville | 2480 North Fairview Ave. Suite 115A | Roseville | MN |
| Store | Bed Bath & Beyond | Independence (relo #1354) | 19950 East Jackson Drive | Independence | MO |
| Store | Bed Bath & Beyond | Manchester (Relo #1279) | 141 Highlands Boulevard Drive | Manchester | MO |
| Store | Bed Bath & Beyond | Kansas City North | 8201 N.W. Roanridge Rd. | Kansas City | MO |
| Store | Bed Bath & Beyond | St. Peters | 281 Mid Rivers Mall Drive | St. Peters | MO |
| Store | Bed Bath & Beyond | Brentwood (temp #1445) | 8340 Eager Road | Brentwood | MO |
| Store | Bed Bath & Beyond | Lee's Summit | 1648 NW Chipman Road | Lee's Summit | MO |
| Store | Bed Bath & Beyond | Sunset Hills | 10770 Sunset Hills Plaza | St. Louis | MO |
| Store | Bed Bath & Beyond | Primrose | 3308 S, Glenstone Ave | Springfield | MO |
| Store | Bed Bath & Beyond | Joplin | 409 South Geneva Ave | Joplin | MO |
| Store | Bed Bath & Beyond | Lake St Louis | Technology Drive | Lake St. Louis | MO |
| Store | Bed Bath & Beyond | Columbia | 205 North Stadium Blvd. | Columbia | MO |
| Store | Bed Bath & Beyond | Osage Beach | 4627 Osage Beach Parkway | Osage Beach | MO |
| Store | Bed Bath & Beyond | D'Iberville (relo #1389) | 3951 Promenade Parkway | D'Iberville | MS |
| Store | Bed Bath & Beyond | Tupelo | 3946 N. Gloster Street | Tupelo | MS |
| Store | Bed Bath & Beyond | Hattiesburg | 6143 US Highway 98 | Hattiesburg | MS |
| Store | Bed Bath & Beyond | Flowood | 760 Mackenzie Lane | Flowood | MS |
| Store | Bed Bath & Beyond | Southaven, MS | 6400 Towne Center Loop | Southaven | MS |
| Store | Bed Bath & Beyond | Great Falls | 1200 10th Avenue South | Great Falls | MT |
| Store | Bed Bath & Beyond | Kalispell | 2411 Highway 93 North | Kalispell | MT |
| Store | Bed Bath & Beyond | Bozeman | 2155 West Cattail Street | Bozeman | MT |
| Store | Bed Bath & Beyond | Missoula | 3017 Paxson Street | Missoula | MT |
| Store | Bed Bath & Beyond | Helena | 2027 Cromwell Dixon Lane | Helena | MT |
| Store | Bed Bath & Beyond | Billings MT | 2821 King Ave West | Billings | MT |
| Store | Bed Bath & Beyond | Hickory | 1835 Catawba Valley Blvd. SE | Hickory | NC |
| Store | Bed Bath & Beyond | Charlotte | 3413 Pineville-Matthews Road | Charlotte | NC |
| Store | Bed Bath & Beyond | Cary | 405 Cross Roads Boulevard | Cary | NC |
| Store | Bed Bath & Beyond | Asheville | 83 G South Tunnel Road | Ashville | NC |
| Store | Bed Bath & Beyond | Carolina Pavilion | 9559 South Blvd. | Charlotte | NC |
| Store | Bed Bath & Beyond | Winston-Salem (Relo 1335) | 1020 Hanes Mall Blvd. | Winston-Salem | NC |
| Store | Bed Bath & Beyond | Wilmington | 352 South College Road, Unit 10B | Wilmington | NC |
| Store | Bed Bath & Beyond | Onslow | 1305 Western Blvd. | Jacksonville | NC |
| Store | Bed Bath & Beyond | Gastonia (relo #1428) | 401 Cox Road, Suite 105 | Gastonia | NC |
| Store | Bed Bath & Beyond | Matthews | 10530 Northeast Parkway | Matthews | NC |
| Store | Bed Bath & Beyond | North Raleigh | 9521 Strickland Road | Raleigh | NC |
| Store | Bed Bath & Beyond | Greenville, NC | Evans Drive at Martinsborough Road | Greenville | NC |

| Type | Company | Name | Address | City | State |
|---|---|---|---|---|---|
| Store | Bed Bath & Beyond | Fayetteville | 5075 Morganton Road | Fayetteville | NC |
| Store | Bed Bath & Beyond | Patterson Place | 3616 Witherspoon Blvd. | Durham | NC |
| Store | Bed Bath & Beyond | Raleigh Triangle | 3604 Sumner Blvd. | Raleigh Triangle | NC |
| Store | Bed Bath & Beyond | Aberdeen | 200 Aberdeen Commons | Aberdeen | NC |
| Store | Bed Bath & Beyond | Burlington | 1463 University Drive | Burlington | NC |
| Store | Bed Bath & Beyond | North Greensboro | 1618 Highwoods Blvd. | Greensboro | NC |
| Store | Bed Bath & Beyond | Mooresville | 627 River Highway | Mooresville | NC |
| Store | Bed Bath & Beyond | Wilson, NC | 3401 Raleigh Road Parkway W. Building 5A | Wilson | NC |
| Store | Bed Bath & Beyond | Morehead City | 5160 Highway 70 Suite 600 | Morehead City | NC |
| Store | Bed Bath & Beyond | Holly Springs | 208 Grand Hill Place | Holly Springs | NC |
| Store | Bed Bath & Beyond | Fargo | 4340 13th Avenue SW | Fargo | ND |
| Store | Bed Bath & Beyond | Bismarck, ND | 1455 East Lasalle Drive | Bismarck | ND |
| Store | Bed Bath & Beyond | Lincoln | 2960 Pine Lake Road, Suite A | Lincoln | NE |
| Store | Bed Bath & Beyond | West Omaha | 255 N. 170th Street | Omaha | NE |
| Store | Bed Bath & Beyond | Omaha | 1220 South 71st Street | Omaha | NE |
| Store | Bed Bath & Beyond | Grand Island | 3416 W. State Street | Grand Island | NE |
| Store | Bed Bath & Beyond | Salem | 265 South Broadway | Salem | NH |
| Store | Bed Bath & Beyond | Nashua (Relo #1348) | 261 Daniel Webster Highway | Nashua | NH |
| Store | Bed Bath & Beyond | Keene | 32 Ash Brook Road | Keene | NH |
| Store | Bed Bath & Beyond | Bedford Grove (Relo #01446) | 5 Colby Court | Bedford | NH |
| Store | Bed Bath & Beyond | Concord | 10 Loudon Rd. | Concord | NH |
| Store | Bed Bath & Beyond | Portsmouth | 100 Durgin Lane | Portsmouth | NH |
| Store | Bed Bath & Beyond | Plaistow | 58 Plaistow Rd | Plaistow | NH |
| Store | Bed Bath & Beyond | Amherst Crossing | 123 Route 101A #E | Amherst | NH |
| Store | Bed Bath & Beyond | Elizabeth | 651 Kapkowski road | Elizabeth | NJ |
| Store | Bed Bath & Beyond | Springfield | 715 Morris Avenue | Springfield | NJ |
| Store | Bed Bath & Beyond | East Hanover | 180 Route 10 West | East Hanover | NJ |
| Store | Bed Bath & Beyond | Paramus Ikea | 300 Ikea Drive | Paramus | NJ |
| Store | Bed Bath & Beyond | Butler | 1160 Route 23 North | Butler | NJ |
| Store | Bed Bath & Beyond | Manahawkin | 205 Route 72 West | Manahawkin | NJ |
| Store | Bed Bath & Beyond | Paramus | Rte. 17N & Ridgewood Avenue | Paramus | NJ |
| Store | Bed Bath & Beyond | Cherry Hill (RELO #1122) | 2130 Marlton Pike W Suite D | Cherry Hill | NJ |
| Store | Bed Bath & Beyond | Woodbridge ( relo #1452) | 675 U.S. 1 | Woodbridge Township | NJ |
| Store | Bed Bath & Beyond | Deptford (Relo # 1383) | 1755 Deptford Center Rd | Deptford | NJ |
| Store | Bed Bath & Beyond | Brick | 51 Chambersbridge Road | Brick | NJ |
| Store | Bed Bath & Beyond | Bridgewater | 155 Promenade Blvd. | Bridgewater | NJ |
| Store | Bed Bath & Beyond | Eatontown | 92 Route 36 | Eatontown | NJ |
| Store | Bed Bath & Beyond | Middletown (relo #1429) | 1115 Route 35 | Middletown | NJ |
| Store | Bed Bath & Beyond | Watchung | 1511 US Highway 22 | Watchung | NJ |
| Store | Bed Bath & Beyond | North Brunswick | 871 Route 1 South | North Brunswick | NJ |
| Store | Bed Bath & Beyond | Marlton | 740 Route 73 South | Marlton | NJ |
| Store | Bed Bath & Beyond | Mays Landing | 190 Hamilton Commons | Mays Landing | NJ |
| Store | Bed Bath & Beyond | Ramsey | 225 North Franklin Turnpike | Ramsey | NJ |
| Store | Bed Bath & Beyond | Mt. Olive | 30 International Drive | Flanders | NJ |
| Store | Bed Bath & Beyond | Totowa | 545 Route 46 | Totowa | NJ |
| Store | Bed Bath & Beyond | Manalapan | U.S. Highway 9 & Craig Road | Manalapan | NJ |
| Store | Bed Bath & Beyond | Matawan | 1121 Highway 34 | Aberdeen | NJ |
| Store | Bed Bath & Beyond | Mt. Laurel | 8 Centerton Road | Mt. Laurel | NJ |
| Store | Bed Bath & Beyond | Rio Grande | 3201 Route 9 | Rio Grande | NJ |
| Store | Bed Bath & Beyond | Clifton | 404 Route 3 West | Clifton | NJ |
| Store | Bed Bath & Beyond | Hamilton | 160 Marketplace Boulevard | Hamilton | NJ |
| Store | Bed Bath & Beyond | Flemington, NJ | 276 Route 202/31 | Flemington | NJ |
| Store | Bed Bath & Beyond | Albuquerque (relo #1379) | 2451 San Mateo Boulevard NE Suite D | Albuquerque | NM |
| Store | Bed Bath & Beyond | Santa Fe (relo #1425) | 4250 Cerrillos Road, Suite 1214 | Santa Fe | NM |
| Store | Bed Bath & Beyond | Las Cruces | 2200 East Lohman Ave | Las Cruces | NM |
| Store | Bed Bath & Beyond | Albuquerque | 3601 Old Airport Road, | Albuquerque | NM |
| Store | Bed Bath & Beyond | Reno | 4983 S. Virginia Street | Reno | NV |
| Store | Bed Bath & Beyond | Henderson | 621 Marks Street | Henderson | NV |
| Store | Bed Bath & Beyond | Best in the West Las Vegas | 2100 N. Rainbow | Las Vegas | NV |
| Store | Bed Bath & Beyond | Summerlin (RELO#1441) | 2315 Summa Drive #180 | Las Vegas | NV |
| Store | Bed Bath & Beyond | Carson City | 911 Topsy Lane | Carson City | NV |
| Store | Bed Bath & Beyond | Sparks | 195 Los Altos Pkwy | Sparks | NV |
| Store | Bed Bath & Beyond | Rainbow & Arroyo (Las Vegas) | 7175 Arroyo Crossing Parkway | Las Vegas | NV |
| Store | Bed Bath & Beyond | Manhattan | 620 6th Avenue | Manhattan | NY |
| Store | Bed Bath & Beyond | Rego Park | 96-05 Queens Boulevard | Rego Park | NY |
| Store | Bed Bath & Beyond | Hamburg | 3701 McKinley Parkway | Blasdell | NY |
| Store | Bed Bath & Beyond | Kips Bay | 466 Third Avenue | New York | NY |
| Store | Bed Bath & Beyond | Albany | 32 Wolf Road | Albany | NY |
| Store | Bed Bath & Beyond | Elmsford | 251 Tarrytown Road | Elmsford | NY |
| Store | Bed Bath & Beyond | Lincoln Square West Side | 1932 Broadway | New York | NY |
| Store | Bed Bath & Beyond | Sayville | 5131 Sunrise Highway | Bohemia | NY |
| Store | Bed Bath & Beyond | Staten Island | 85 Bricktown Way | Staten Island | NY |

| Type | Company | Name | Address | City | State |
|---|---|---|---|---|---|
| Store | Bed Bath & Beyond | Tribeca | 270 Greenwich St. | New York | NY |
| Store | Bed Bath & Beyond | Lake Grove | Smith Haven Plaza | Lake Grove | NY |
| Store | Bed Bath & Beyond | Vestal | 3120 Vestal Parkway East | Vestal | NY |
| Store | Bed Bath & Beyond | Westbury | 950 Merchant Concourse | Westbury | NY |
| Store | Bed Bath & Beyond | Yonkers | 2141 Central Park Ave | Yonkers | NY |
| Store | Bed Bath & Beyond | Brooklyn Gateway | 459 Gateway Drive | Brooklyn | NY |
| Store | Bed Bath & Beyond | Orange Plaza Middletown | 470 Route 211 East | Middletown | NY |
| Store | Bed Bath & Beyond | Mount Vernon | 500 East Sandford Blvd. | Mt. Vernon | NY |
| Store | Bed Bath & Beyond | The Sands Oceanside | 3640 Long beach Road | Oceanside | NY |
| Store | Bed Bath & Beyond | New Hartford Utica | 4805 Commercial Drive | New Hartford | NY |
| Store | Bed Bath & Beyond | DeWitt Syracuse | 3409 Erie Blvd. East | DeWitt | NY |
| Store | Bed Bath & Beyond | Amherst | 1583 Niagara Fall Blvd | Amherst | NY |
| Store | Bed Bath & Beyond | Queens Bulova | 72-15 25th Ave | East Elmhurst | NY |
| Store | Bed Bath & Beyond | Wilton | 3064 Route 50 | Saratoga Springs | NY |
| Store | Bed Bath & Beyond | Kingston | 1187 Ulster Ave | Kingston | NY |
| Store | Bed Bath & Beyond | Plattsburgh | 73 Centre Drive, Suite 100 | Plattsburgh | NY |
| Store | Bed Bath & Beyond | Farmingdale | 251 Airport Plaza Blvd | Farmingdale | NY |
| Store | Bed Bath & Beyond | Plainview | 401 S. Oyster Bay Road | Plainview | NY |
| Store | Bed Bath & Beyond | East Northport | 3083 Jericho Turnpike | East Northport | NY |
| Store | Bed Bath & Beyond | Poughkeepsie | 2020 South Road | Poughkeepsie | NY |
| Store | Bed Bath & Beyond | Ithaca | 131 Fairgrounds Memorial PArkway | Ithaca | NY |
| Store | Bed Bath & Beyond | Newburgh | 1399 Route #300 | Newburgh | NY |
| Store | Bed Bath & Beyond | West Babylon | 825 West Montauk Highway | West Babylon | NY |
| Store | Bed Bath & Beyond | Richmond Ave Staten Island | 2795 Richmond Ave | Staten Island | NY |
| Store | Bed Bath & Beyond | Clarence | 4401 Transit Road | Williamsville | NY |
| Store | Bed Bath & Beyond | Henrietta | 720 Jefferson Road | Henrietta | NY |
| Store | Bed Bath & Beyond | Lake Success | 1526A UNION TURNPIKE | New Hyde Park | NY |
| Store | Bed Bath & Beyond | Canandaigua | 328 Eastern Blvd. | Canandaigua | NY |
| Store | Bed Bath & Beyond | Bronx Terminal Market | 610 Exterior Street | Bronx | NY |
| Store | Bed Bath & Beyond | Riverhead | 1440 Old Country Road | Riverhead | NY |
| Store | Bed Bath & Beyond | Victor | 20 Square Dr. | Victor | NY |
| Store | Bed Bath & Beyond | Niagara Falls | 1520 Military Road | Niagara Falls | NY |
| Store | Bed Bath & Beyond | Liberty View | 850 Third Avenue | Brooklyn | NY |
| Store | Bed Bath & Beyond | Lake Grove Ground Lease | Smith Haven Plaza | Lake Grove | NY |
| Store | Bed Bath & Beyond | Sawmill Road | 3708 W. Dublin-Granville Road | Columbus | OH |
| Store | Bed Bath & Beyond | Westlake | 30083 Detroit Road | Westlake | OH |
| Store | Bed Bath & Beyond | Fairlawn | 3750 West Market Street, Unit K | Fairlawn | OH |
| Store | Bed Bath & Beyond | Canton The Strip | 6725 Strip Avenue NW | North Canton | OH |
| Store | Bed Bath & Beyond | Columbus | 3570 Easton Market | Columbus | OH |
| Store | Bed Bath & Beyond | Solon | 6025 Kruse Drive, Suite 123 | Solon | OH |
| Store | Bed Bath & Beyond | Rookwood | 2719 Edmondson Road | Cincinnati | OH |
| Store | Bed Bath & Beyond | Youngstown Boardman | 550 Boardban Poland Road | Youngstown | OH |
| Store | Bed Bath & Beyond | Dayton (relo #1438) | 6142 Wilmington Pike | Dayton | OH |
| Store | Bed Bath & Beyond | East Mentor | 9700 Mentor Avenue | Mentor | OH |
| Store | Bed Bath & Beyond | Ridge Park Cleveland | 4766 Ridge Road | Brooklyn | OH |
| Store | Bed Bath & Beyond | North Cincinnati | 5800 Deerfield Road | Mason | OH |
| Store | Bed Bath & Beyond | Upper Arlington | 1717 West Lane Ave. | Upper Arlington | OH |
| Store | Bed Bath & Beyond | Farfield Twp. | 3451 Princeton Road | Hamilton | OH |
| Store | Bed Bath & Beyond | Huber Heights | 8284 Old Troy Pike Road | Huber Heights | OH |
| Store | Bed Bath & Beyond | Franklin Park | 5135 Monroe Street | Toledo | OH |
| Store | Bed Bath & Beyond | Colerain | 3681 Stone Creek Blvd. | Cincinnati | OH |
| Store | Bed Bath & Beyond | Perrysburg | 10027 Fremont Pike | Perrysburg | OH |
| Store | Bed Bath & Beyond | Strongsville | 16700 Royalton Road | Strongsville | OH |
| Store | Bed Bath & Beyond | Sandusky | 4020 Milan Road, Unit# 910 | Sandusky | OH |
| Store | Bed Bath & Beyond | Tulsa (Relo #1347) | 10011 East 71st Street | Tulsa | OK |
| Store | Bed Bath & Beyond | Oklahoma City | 2848 N.W. 63rd Street | Oklahoma City | OK |
| Store | Bed Bath & Beyond | Norman (New Store Relo #1448) | 520 Ed Noble Parkway | Norman | OK |
| Store | Bed Bath & Beyond | Edmond | 412 S. Bryant Ave | Edmond | OK |
| Store | Bed Bath & Beyond | Promenade Mall (Tulsa) | 5352 East Skelly Drive | Tulsa | OK |
| Store | Bed Bath & Beyond | West Tulsa | 7410 South Olympia Avenue | Tulsa | OK |
| Store | Bed Bath & Beyond | The Shops at Moore | Interstate 35 and South 19th Street | Moore | OK |
| Store | Bed Bath & Beyond | Lawton | 421 NW 2nd Street | Lawton | OK |
| Store | Bed Bath & Beyond | Medford | 1600 North Riverside Ave. Ste. 1094 | Medford | OR |
| Store | Bed Bath & Beyond | Corvallis | 1725 N.W. 9th Street | Corvallis | OR |
| Store | Bed Bath & Beyond | Clackamas | 12535 Southeast 82nd Avenue | Clackamas | OR |
| Store | Bed Bath & Beyond | Portland | 16800 Southwest 72nd Avenue | Tigard | OR |
| Store | Bed Bath & Beyond | Eugene | 95 Oakway Center | Eugene | OR |
| Store | Bed Bath & Beyond | Tanasbourne (New Store #1337) | 18043 NW Evergreen Parkway | Hillsboro | OR |
| Store | Bed Bath & Beyond | Beaverton (relo #1368) | 2780 SW Cedar Hills Blvd. | Beaverton | OR |
| Store | Bed Bath & Beyond | Bend | 63455 North Highway 97 | Bend | OR |
| Store | Bed Bath & Beyond | Keizer | 6180 Ulali Drive | Keizer | OR |
| Store | Bed Bath & Beyond | Jenkintown | 905 Old York Road | Jenkintown | PA |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Bed Bath & Beyond | Bethel Park | 1700 Oxford Drive | Bethel Park | PA |
| Store | Bed Bath & Beyond | King of Prussia | 224 West DeKalb Pike | King of Prussia | PA |
| Store | Bed Bath & Beyond | Wynnewood | 70 E. Wynnewood Boulevard | Wynnewood | PA |
| Store | Bed Bath & Beyond | Allentown | 1223 Whitehall Mall | Whitehall | PA |
| Store | Bed Bath & Beyond | Harrisburg | 5125 Jonestown Road | Harrisburg | PA |
| Store | Bed Bath & Beyond | Montgomeryville | 1261 Knapp Road | Montgomery Township | PA |
| Store | Bed Bath & Beyond | Reading | 2771 Paper Mill Road | Wyomissing | PA |
| Store | Bed Bath & Beyond | Newtown | 20 West Road | Newtown | PA |
| Store | Bed Bath & Beyond | The Waterfront | 490 Waterfront Drive East | Homestead | PA |
| Store | Bed Bath & Beyond | Wilkes-Barre | 435 Arena Hub Plaza | Wilkes-Barre | PA |
| Store | Bed Bath & Beyond | Exton | 108 Bartlett Ave | Exton | PA |
| Store | Bed Bath & Beyond | Erie | 6720 Peach Street | Erie | PA |
| Store | Bed Bath & Beyond | Warrington (New Store # 1360) | 1015 Main Street | Warrington | PA |
| Store | Bed Bath & Beyond | North Fayette | 160 Quinn Drive | Pittsburgh | PA |
| Store | Bed Bath & Beyond | Cranberry | 20111 Route 9, suite 12 | Cranberry Township | PA |
| Store | Bed Bath & Beyond | Bethlehem | 4449 Southmont Way | Easton | PA |
| Store | Bed Bath & Beyond | Monroeville | 3739 William Penn Highway | Monroeville | PA |
| Store | Bed Bath & Beyond | Altoona | 197 Falon Drive | Altoona | PA |
| Store | Bed Bath & Beyond | Mechanicsburg | 6416 Carlisle Pike Suite 2700 | Mechanicsburg | PA |
| Store | Bed Bath & Beyond | York | 2845 Concord Road | York | PA |
| Store | Bed Bath & Beyond | Pottstown | Upland Square | West Pottsgrove | PA |
| Store | Bed Bath & Beyond | Stroudsburg | 500 Shoppes at Stroud | Stroudsburg | PA |
| Store | Bed Bath & Beyond | Lancaster | 2350 Lincoln Highway East Suite 100 | Lancaster | PA |
| Store | Bed Bath & Beyond | Bayamon | 725 West Avenue | Bayamon | PR |
| Store | Bed Bath & Beyond | San Patricio | San Patricio Plaza | Guaynabo | PR |
| Store | Bed Bath & Beyond | Warwick (Relo Str#1334) | 1500 Bald Hill Road Suite B | Warwick | RI |
| Store | Bed Bath & Beyond | Middletown, RI | 288 East Main Road | Middletown | RI |
| Store | Bed Bath & Beyond | Spartanburg | 205 West Blackstock Road | Spartanburg | SC |
| Store | Bed Bath & Beyond | Myrtle Beach | 2400 Coastal Grand Circle | Myrtle Beach | SC |
| Store | Bed Bath & Beyond | Columbia | 136 Harbison Boulevard | Columbia | SC |
| Store | Bed Bath & Beyond | Mount Pleasant | 1744 Town Centre Way | Mt. Pleasant | SC |
| Store | Bed Bath & Beyond | Hilton Head | 1460 Fording Island Road, Suite 100 | Bluffton | SC |
| Store | Bed Bath & Beyond | Greenville | 1117 Woodruff Road | Greenville | SC |
| Store | Bed Bath & Beyond | Anderson Station | 146 Station Drive | Anderson | SC |
| Store | Bed Bath & Beyond | Florence | 2853-C David McLeod Drive | Florence | SC |
| Store | Bed Bath & Beyond | West Ashley Shoppes | 946 Orleans Road | Charleston | SC |
| Store | Bed Bath & Beyond | Sparkleberry Square | 10136 Two Notch Road, Suite 109 | Columbia | SC |
| Store | Bed Bath & Beyond | East Columbia | 6090 Garners Ferry Road | Columbia | SC |
| Store | Bed Bath & Beyond | Aiken | Hitchcock Plaza | Aiken | SC |
| Store | Bed Bath & Beyond | Sioux Falls | 3800 South Louise Avenue | Sioux Falls | SD |
| Store | Bed Bath & Beyond | Rapid City | 1365 Eglin Street | Rapid City | SD |
| Store | Bed Bath & Beyond | Wolfchase | 2810 Germantown Parkway | Wolfchase | TN |
| Store | Bed Bath & Beyond | Knoxville | 244 Morrell Road | Knoxville | TN |
| Store | Bed Bath & Beyond | Johnson City | 3211 Peoples Street, Suite 25 | Johnson City | TN |
| Store | Bed Bath & Beyond | Cool Springs | 545 Cool Springs Blvd. | Franklin | TN |
| Store | Bed Bath & Beyond | Eastgate Memphis | 870 South White Station Road | Memphis | TN |
| Store | Bed Bath & Beyond | West Nashville | 7657 Highway 70 South | Nashville | TN |
| Store | Bed Bath & Beyond | Rivergate Madison | 2156 Gallatin Pike North | Madison | TN |
| Store | Bed Bath & Beyond | Chattanooga | 2040 Hamilton Place Blvd. | Chattanooga | TN |
| Store | Bed Bath & Beyond | The Columns Jackson | 1081 Vann Drive, Suite 107 | Jackson | TN |
| Store | Bed Bath & Beyond | Murfreesboro (relo #1388) | 2615 Medical Center Parkway | Murfreesboro | TN |
| Store | Bed Bath & Beyond | Hermitage | 4646 Lebanon Pike | Hermitage | TN |
| Store | Bed Bath & Beyond | Turkey Creek | Colonial Pinnacle at Turkey Creek | Knoxville | TN |
| Store | Bed Bath & Beyond | North Chattanooga | 5523 Highway 153 | Hixson | TN |
| Store | Bed Bath & Beyond | Bristol (relo #1411) | 442 Pinnacle Parkway | Bristol | TN |
| Store | Bed Bath & Beyond | Collierville, TN | 4610 Merchants Park Circle Suite 501 | Collierville | TN |
| Store | Bed Bath & Beyond | Clarksville | 2829 Wilma Rudolph Blvd | Clarksville | TN |
| Store | Bed Bath & Beyond | Opry Mills (reopened #308) | 211 Opry Mills Drive | Nashville | TN |
| Store | Bed Bath & Beyond | Port Arthur | Central Mall 3100 | Port Arthur | TX |
| Store | Bed Bath & Beyond | Kirby | 3102 Kirby Drive | Houston | TX |
| Store | Bed Bath & Beyond | Willowbrook (relo #1381) | 17355 Tomball Parkway Suite 1J | Houston | TX |
| Store | Bed Bath & Beyond | Baybrook | 19801 Gulf Freeway, Suite 1000 | Webster | TX |
| Store | Bed Bath & Beyond | Plano | 801 West 15th Street, Suite D | Plano | TX |
| Store | Bed Bath & Beyond | Addison (RELO #1322) (See # 873) | 13900 Dallas Parkway | Addison | TX |
| Store | Bed Bath & Beyond | Caruth Plaza | 8005 Park Lane | Dallas | TX |
| Store | Bed Bath & Beyond | Katy | 10515 Katy Freeway, Suite A | Houston | TX |
| Store | Bed Bath & Beyond | Sunset Valley | 5400 Brodie La, Suite 300 | Austin | TX |
| Store | Bed Bath & Beyond | Humble | 20514 Highway 59N | Humble | TX |
| Store | Bed Bath & Beyond | Stafford | 12520 Fountain Lake Circle | Stafford | TX |
| Store | Bed Bath & Beyond | South Arlington (temp #1189) | 4000 Retail Conection Way | Arlington | TX |
| Store | Bed Bath & Beyond | Huebner Oaks | 11745 IH 10 West, Suite 750 | San Antonio | TX |
| Store | Bed Bath & Beyond | San Antonio (Relo #1447) | 201 Central Park | San Antonio | TX |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Bed Bath & Beyond | Katy (relo #1424) | 24600 Katy Freeway | Katy | TX |
| Store | Bed Bath & Beyond | Round Rock | 2701-A Parker Drive | Round Rock | TX |
| Store | Bed Bath & Beyond | Midland | 3001-A101 West Loop 250 North | Midland | TX |
| Store | Bed Bath & Beyond | Hulen | 4931 Overton Ridge Blvd. | Fort Worth | TX |
| Store | Bed Bath & Beyond | Southlake | 2930 East Southlake Blvd. | Southlake | TX |
| Store | Bed Bath & Beyond | Amarillo | 3000 Soncy | Amarillo | TX |
| Store | Bed Bath & Beyond | El Paso | 1327 George Dieter Drive | El Paso | TX |
| Store | Bed Bath & Beyond | Copperwood | 6575 Highway 6 North | Houston | TX |
| Store | Bed Bath & Beyond | Frisco | 2930 Preston Road | Frisco | TX |
| Store | Bed Bath & Beyond | West Plano | 6401 West Plano Parkway | Plano | TX |
| Store | Bed Bath & Beyond | Temple | 2112 SW HK Dodgen Loop | Temple | TX |
| Store | Bed Bath & Beyond | Northwoods | 1730 N. FM 1604 East | San Antonio | TX |
| Store | Bed Bath & Beyond | Pasadena | 5636 Fairmont Parkway | Pasadena | TX |
| Store | Bed Bath & Beyond | Lewisville | 420 East FM 3040 | Lewisville | TX |
| Store | Bed Bath & Beyond | Corpus Christi | 4717 S. Padre Island Drive, | Corpus Christi | TX |
| Store | Bed Bath & Beyond | Woodlands | 1560 Lake Woodlands Drive | Woodlands | TX |
| Store | Bed Bath & Beyond | Mesquite | 2705 N. Mesquite Drive | Mesquite | TX |
| Store | Bed Bath & Beyond | Beaumont, TX | 3975 Dowlen Road | Beaumont | TX |
| Store | Bed Bath & Beyond | McAllen | 620 E. Expressway 83 | McAllen | TX |
| Store | Bed Bath & Beyond | Tyler (Relo # 1394) | 4820 S. Broadway | Tyler | TX |
| Store | Bed Bath & Beyond | Denton (relo #1390) | 2315 Colorado Boulevard, Suite 180 | Denton | TX |
| Store | Bed Bath & Beyond | Lakeline (relo #1366) | 11066 Pecan Park Boulevard, Bldg. 1 | Cedar Park | TX |
| Store | Bed Bath & Beyond | College Station | 1430 Texas Avenue South | College Station | TX |
| Store | Bed Bath & Beyond | Abilene | 3417 Catclaw Drive | Abilene | TX |
| Store | Bed Bath & Beyond | Lubbock (Relo #1439) | 2624 W Loop 289 | Lubbock | TX |
| Store | Bed Bath & Beyond | Waco (relo #1406) | 4633 S Jack Kultgen Expressway | Waco | TX |
| Store | Bed Bath & Beyond | Sherman | 3710 Town Center St | Sherman | TX |
| Store | Bed Bath & Beyond | Texarkana | 4248 St. Michael Drive | Texarkana | TX |
| Store | Bed Bath & Beyond | McKinney (relo #1400) | 2975 Craig Street | McKinney | TX |
| Store | Bed Bath & Beyond | Victoria | 7808 Zac Lentz Parkway | Victoria | TX |
| Store | Bed Bath & Beyond | Gallery on the Parkway | 13900 Dallas Parkway | Addison | TX |
| Store | Bed Bath & Beyond | Pearland | 2750 Smith Ranch Road | Pearland | TX |
| Store | Bed Bath & Beyond | San Antonio | 6001 North West Loop 410 | San Antonio | TX |
| Store | Bed Bath & Beyond | Rockwall | 963 East Interstate Highway 30 | Rockwall | TX |
| Store | Bed Bath & Beyond | Cypress | 25839 US Highway 290 | Cypress | TX |
| Store | Bed Bath & Beyond | San Marcos | 1050 McKinley Place Drive | San Marcos | TX |
| Store | Bed Bath & Beyond | Conroe | Conroe Village Shopping Center 2920 I-45 | Conroe | TX |
| Store | Bed Bath & Beyond | Wichita Falls | 3201 Lawrence Road | Wichita Falls | TX |
| Store | Bed Bath & Beyond | Lake Worth | 6038 Azle Avenue | Lake Worth | TX |
| Store | Bed Bath & Beyond | Mueller | 1201 Barbara Jordan Boulevard Suite #200 | Austin | TX |
| Store | Bed Bath & Beyond | Euless | 2800 Highway 121 Suite 600 | Euless | TX |
| Store | Bed Bath & Beyond | Weatherford | 225 Adams Drive Suite 235 | Weatherford | TX |
| Store | Bed Bath & Beyond | Harker Heights | 201 East Central Texas Expressway Suite 250 | Harker Heights | TX |
| Store | Bed Bath & Beyond | Mansfield Pointe Shopping Center | 1551 North US Hwy 287 Suite 701 | Mansfield | TX |
| Store | Bed Bath & Beyond | SUNLAND TOWNE CENTRE | 655 Sunland Park Drive | El Paso | TX |
| Store | Bed Bath & Beyond | North San Antonio | 8262 Agora Parkway | Selma | TX |
| Store | Bed Bath & Beyond | Longview | 422 W. Loop 281 Suite 200 | Longview | TX |
| Store | Bed Bath & Beyond | Flower Mound | 6101 Long Prairie Road, Suite 200 | Flower Mound | TX |
| Store | Bed Bath & Beyond | Orem | 50 West 1300 South | South Orem | UT |
| Store | Bed Bath & Beyond | Sugarhouse | 1169 Wilmington Ave | Salt Lake City | UT |
| Store | Bed Bath & Beyond | Park City | 1678 W. Redstone Center Drive | Park City | UT |
| Store | Bed Bath & Beyond | St. George | 844 W. Telegraph Steet | Washington CIty | UT |
| Store | Bed Bath & Beyond | Riverdale | 4113 Riverdale Road | Ogden | UT |
| Store | Bed Bath & Beyond | South Towne Commons | 10433 South State Street | Sandy | UT |
| Store | Bed Bath & Beyond | Potomac Woodbridge | 14101 Crossing Place | Woodbridge | VA |
| Store | Bed Bath & Beyond | Henrico | 10050 West Broad Street | Glen Allen | VA |
| Store | Bed Bath & Beyond | Newport News | 12132 A Jefferson Ave. | Newport News | VA |
| Store | Bed Bath & Beyond | Falls Church | 5810 Crossroad Center | Falls Church | VA |
| Store | Bed Bath & Beyond | Fairfax Towne Center | 12100 Fairfax Towne Center | FAIRFAX | VA |
| Store | Bed Bath & Beyond | Chesapeake | 1324 Greenbrier Parkway | Chesapeake | VA |
| Store | Bed Bath & Beyond | Charlottesville | 975A N. Emmet Street | Charlottesville | VA |
| Store | Bed Bath & Beyond | Virginia Beach | 220 Constitution Drive | Virginia Beach | VA |
| Store | Bed Bath & Beyond | Midlothian | 11609 Midlothian Turnpike | Midlothian | VA |
| Store | Bed Bath & Beyond | Franconia | 6642 Loisdale Road | Springfield | VA |
| Store | Bed Bath & Beyond | PL Dulles, LLC | 45575 Dulles Eastern Plaza | Dulles | VA |
| Store | Bed Bath & Beyond | Lynchburg | 4026-F Wards Road | Lynchburg | VA |
| Store | Bed Bath & Beyond | Harrisonburg | 283 Burgess Road | Harrisonburg | VA |
| Store | Bed Bath & Beyond | Roanoke | 1421 Towne Square Blvd. N.W. | Roanoke | VA |
| Store | Bed Bath & Beyond | Fredericksburg | 3700 Plank Road | Fredericksburg | VA |
| Store | Bed Bath & Beyond | Williamsburg | 4900 Monticello Avenue Suite 4 | Williamsburg | VA |
| Store | Bed Bath & Beyond | Alexandria | 7890 B Richmond Highway | Alexandria | VA |
| Store | Bed Bath & Beyond | Christiansburg | 135 Shoppers Way NW | Christiansburg | VA |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Bed Bath & Beyond | Stonewall (Gainesville) | Lee Highway ( Route 29 ) | Gainesville | VA |
| Store | Bed Bath & Beyond | Leesburg | 532 Fort Evans Road | Leesburg | VA |
| Store | Bed Bath & Beyond | Winchester | 2540 S. Pleasant Valley Road | Winchester | VA |
| Store | Bed Bath & Beyond | Chantilly | 24670 Dulles Landing Drive, | Dulles | VA |
| Store | Bed Bath & Beyond | Williston | 115 Trader Lane | Williston | VT |
| Store | Bed Bath & Beyond | Rutland | Green Mountain Shopping Plaza | Rutland | VT |
| Store | Bed Bath & Beyond | Auburn | 1101 Super Mall Way, Suite 1260 | Auburn | WA |
| Store | Bed Bath & Beyond | Bellingham | 4255 Meridian Street | Bellingham | WA |
| Store | Bed Bath & Beyond | Northgate Mall | 401 NE Northgate Way Suite 2100 | Seattle | WA |
| Store | Bed Bath & Beyond | Vancouver (relo #1407) | Vancouver Plaza | Vancouver | WA |
| Store | Bed Bath & Beyond | Lynnwood | 3115 196th Street, SW | Lynnwood | WA |
| Store | Bed Bath & Beyond | Kennewick | 1220 N. Columbia Center Blvd. | Kennewick | WA |
| Store | Bed Bath & Beyond | Spokane | 5628 North Division Steet | Spokane | WA |
| Store | Bed Bath & Beyond | Tukwila | 240 Andover Park West | Tukwila | WA |
| Store | Bed Bath & Beyond | Puyallup | 4102-D South Meridian Street | Puyallup | WA |
| Store | Bed Bath & Beyond | Lakewood | 5830 Lakewood Towne Center Blvd. | Lakewood | WA |
| Store | Bed Bath & Beyond | Issaquah | 775 N.W. Gilman Blvd. | Issaquah | WA |
| Store | Bed Bath & Beyond | West Seattle | 2600 SW Burton Street | Seattle | WA |
| Store | Bed Bath & Beyond | Longview | 200 Triangle Center | Longview | WA |
| Store | Bed Bath & Beyond | Olympia | 2405 4th Avenue West | Olympia | WA |
| Store | Bed Bath & Beyond | East Vancouver | Mill Plain Crossing | Vancouver | WA |
| Store | Bed Bath & Beyond | Burlington | 1915 Marketplace Drive | Burlington | WA |
| Store | Bed Bath & Beyond | Silverdale | 9991 Mickelberry Road NW, Unit 103 | Silverdale | WA |
| Store | Bed Bath & Beyond | Walla Walla | 1630 W. Poplar Street | Walla Walla | WA |
| Store | Bed Bath & Beyond | Madison | 215 Junction Road | Madison | WI |
| Store | Bed Bath & Beyond | Appleton | 4721 W. Grande Market Drive | Grand Chute | WI |
| Store | Bed Bath & Beyond | Greendale | 5445 South 76th Street | Greendale | WI |
| Store | Bed Bath & Beyond | Mequon | 11110 N. Port Washington Road | Mequon | WI |
| Store | Bed Bath & Beyond | East Madison | 4275 Lien Road | Madison | WI |
| Store | Bed Bath & Beyond | Green Bay | 825 Pilgrim Way | Green Bay | WI |
| Store | Bed Bath & Beyond | Wassau | 3575 Rib Mountain Drive | Wausau | WI |
| Store | Bed Bath & Beyond | Kenosha | 7450 Green Bay Road Suite A | Kenosha | WI |
| Store | Bed Bath & Beyond | Morgantown | 4031 University Town Centre Dr | Granville | WV |
| Store | Bed Bath & Beyond | Casper | 601 SE Wyoming Boulevard Suite 1124 | Casper | WY |
| Store | Bed Bath & Beyond | Cheyenne Marketplace | 5214 Rue Terre | Cheyenne | WY |
| Store | Buy Buy Baby | Hoover | 4351 Creekside Ave. | Hoover | AL |
| Store | Buy Buy Baby | Tucson | 7475 North La Cholla Blvd. | Tucson | AZ |
| Store | Buy Buy Baby | Chandler AZ | 2640 W. Chandler Blvd. | Chandler | AZ |
| Store | Buy Buy Baby | Scottsdale AZ | 10080 N. 90th Street | Scottsdale | AZ |
| Store | Buy Buy Baby | Arrowhead | 7375 W Bell Rd | Peoria | AZ |
| Store | Buy Buy Baby | Torrance | 3700 West Torrance Blvd | Torrance | CA |
| Store | Buy Buy Baby | San Jose | 5353 Almaden Expressway Suite A 100 | San Jose | CA |
| Store | Buy Buy Baby | Temecula | 40438 Winchester Road | Temecula | CA |
| Store | Buy Buy Baby | Fresno | 7458 North Blackstone Avenue | Fresno | CA |
| Store | Buy Buy Baby | Pleasant Hill | 3250 Buskirk Ave Suite 300-A | Pleasant Hill | CA |
| Store | Buy Buy Baby | Elk Grove | 7621 Laguna Blvd | Elk Grove | CA |
| Store | Buy Buy Baby | Encinitas | 1014 N. El Camino Real | Encinitas | CA |
| Store | Buy Buy Baby | Mission Viejo | 25322 El Paseo | Mission Viejo | CA |
| Store | Buy Buy Baby | Yorba Linda | 22999 Savi Ranch Parkway | Yorba Linda | CA |
| Store | Buy Buy Baby | Rancho Cucamonga | 11530 4th Street, Suite 125 | Rancho Cucamonga | CA |
| Store | Buy Buy Baby | Redlands | 27651 San Bernardino Avenue | Redlands | CA |
| Store | Buy Buy Baby | West Hills | 6621 Fallbrook Avenue, Unit B | West Hills | CA |
| Store | Buy Buy Baby | Daly City | 149 Serramonte Center | Daly City | CA |
| Store | Buy Buy Baby | Chula Vista | 1660 Millenia Avenue | Chula Vista | CA |
| Store | Buy Buy Baby | Aurora | 6492 South Parker Road | Aurora | CO |
| Store | Buy Buy Baby | Litteton | 5134 South Wadsworth Boulevard | Littleton | CO |
| Store | Buy Buy Baby | Westminster | 9420 Sheridan Boulevard | Westminster | CO |
| Store | Buy Buy Baby | West Hartford | 1445 New Britain Avenue | West Hartford | CT |
| Store | Buy Buy Baby | Christiana | 501 West Main St | Newark | DE |
| Store | Buy Buy Baby | Coral Springs | 2035 N. University Drive | Coral Springs | FL |
| Store | Buy Buy Baby | Flagler (Miami), FL | 8241 West Flagler Street Suite 100 | Miami | FL |
| Store | Buy Buy Baby | Brandon | 11345 Causeway Blvd | Brandon | FL |
| Store | Buy Buy Baby | Pembroke Pines | 11350-11360 Pines Blvd | Pembroke Pines | FL |
| Store | Buy Buy Baby | Altamonte Springs | 130 E. Altamonte Dr. Suite #1000 | Altamonte Springs | FL |
| Store | Buy Buy Baby | Orlando | 3206 East Colonial Drive | Orlando | FL |
| Store | Buy Buy Baby | Royal Palm Beach | 550 North State Road 7 | Royal Palm Beach | FL |
| Store | Buy Buy Baby | Augusta | 242 Robert C. Daniels Jr. Parkway | Augusta | GA |
| Store | Buy Buy Baby | Alpharetta (see #1325 for Lease clauses) | 7121 North Point Parkway | Alpharetta | GA |
| Store | Buy Buy Baby | Snellville | 1670 Scenic Hwy N Suite 124 | Snellville | GA |
| Store | Buy Buy Baby | Kennesaw | 2555 Cobb Place Lane NW, Suite 50 | Kennesaw | GA |
| Store | Buy Buy Baby | W. Des Moines | 4100 University Ave, Suite 115 | W. Des Moines | IA |
| Store | Buy Buy Baby | Downers Grove | 1556 Butterfield Road | Downers Grove | IL |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Buy Buy Baby | Schaumburg | 580 E. Golf Road | Schaumburg | IL |
| Store | Buy Buy Baby | Crystal Lake | 5540 Northwest Hwy | Crystal Lake | IL |
| Store | Buy Buy Baby | Orland Park | 290 Orland Park Place | Orland Park | IL |
| Store | Buy Buy Baby | Naperville | 324 S. Route 59 | Naperville | IL |
| Store | Buy Buy Baby | Lincoln Park | 1419 N. Kingsbury Street | Chicago | IL |
| Store | Buy Buy Baby | Granger | 425 East University Drive | Granger | IN |
| Store | Buy Buy Baby | Greenwood | 1230 N. US 31 Suite A | Greenwood | IN |
| Store | Buy Buy Baby | Rivers Edge | 4030 East 82nd Street | Indianapolis | IN |
| Store | Buy Buy Baby | Overland Park | 12055 Metcalf Avenue | Overland Park | KS |
| Store | Buy Buy Baby | Wichita | 2756 N. Greenwich Ct. | Wichita | KS |
| Store | Buy Buy Baby | Lexington (Sir Barton Way) | 2321 Sir Barton Way | Lexington | KY |
| Store | Buy Buy Baby | Baton Rouge | 5919 Bluebonnet Blvd | Baton Rouge | LA |
| Store | Buy Buy Baby | Braintree (BBBY Purchase Sub to Babies) | 160 Granite Street | Braintree | MA |
| Store | Buy Buy Baby | Rockville | 683 Rockville Pike | Rockville | MD |
| Store | Buy Buy Baby | Utica | 13361 Hall Road | Utica | MI |
| Store | Buy Buy Baby | Canton | 42595 Ford Road | Canton | MI |
| Store | Buy Buy Baby | Grand Rapids (Kentwood) | 4100 28th Street SE | Kentwood | MI |
| Store | Buy Buy Baby | Southfield | 28512 Telegraph Road | Southfield | MI |
| Store | Buy Buy Baby | Woodbury | 9160 Hudson Road | Woodbury | MN |
| Store | Buy Buy Baby | Independence | 20000 East Jackson Drive | Independence | MO |
| Store | Buy Buy Baby | Ballwin | 15355A Manchester Road | Ballwin | MO |
| Store | Buy Buy Baby | Mid-County (St. Louis) | 3200 Laclede Station, Suite D | St. Louis | MO |
| Store | Buy Buy Baby | Carolina Pavilion | 9555 South Blvd. | Charlotte | NC |
| Store | Buy Buy Baby | Morrisville | 3121 Market Center Drive | Morrisville | NC |
| Store | Buy Buy Baby | Fayetteville | 2716 Freedom Parkway | Fayetteville | NC |
| Store | Buy Buy Baby | Concord | 8050 Concord Mills Boulevard | Concord | NC |
| Store | Buy Buy Baby | Omaha | 12204 K Plaza | Omaha | NE |
| Store | Buy Buy Baby | Nashua | 213 Daniel Webster Highway | Nashua | NH |
| Store | Buy Buy Baby | Bridgewater | 711 Route 28 | Bridgewater | NJ |
| Store | Buy Buy Baby | Paramus (New Store Relo #3078) | Route 17 North | Paramus | NJ |
| Store | Buy Buy Baby | Cherry Hill | 1590 Kings Highway North | Cherry Hill | NJ |
| Store | Buy Buy Baby | Princeton | 601 Nassau Park Blvd. | Princeton | NJ |
| Store | Buy Buy Baby | West Long Branch | 310 Rt. 36 | West Long Branch | NJ |
| Store | Buy Buy Baby | Rockaway | 327 Mount Hope Ave. Suite 1003 | Rockaway | NJ |
| Store | Buy Buy Baby | Livingston | 530 W. Mount Pleasant Avenue | Livingston | NJ |
| Store | Buy Buy Baby | Woodbridge | 675 U.S. 1 | Woodbridge Township | NJ |
| Store | Buy Buy Baby | Albuquerque | 2451 San Mateo Boulevard NE Suite D | Albuquerque | NM |
| Store | Buy Buy Baby | Summerlin | 2315 Summa Drive, Suite 120 | Summerlin | NV |
| Store | Buy Buy Baby | Henderson | 535 North Stephanie Street | Henderson | NV |
| Store | Buy Buy Baby | Amherst | 1261 Niagara Falls Boulevard, #1 | Amherst | NY |
| Store | Buy Buy Baby | Scarsdale | 1019 Central Park Avenue | Scarsdale | NY |
| Store | Buy Buy Baby | Huntington | 350 Route 110 | Huntington Station | NY |
| Store | Buy Buy Baby | Westbury | 895 East Gate Boulevard | Garden City East | NY |
| Store | Buy Buy Baby | Manhattan | 220 W. 26th Street | New York | NY |
| Store | Buy Buy Baby | Henrietta | 790 Jefferson Rd. Suite 300 | Henrietta | NY |
| Store | Buy Buy Baby | Colonie | 1440 Central Avenue | Colonie | NY |
| Store | Buy Buy Baby | Port Chester | 441 Boston Post Road | Port Chester | NY |
| Store | Buy Buy Baby | Easton Market | 3749 Easton Market | Columbus | OH |
| Store | Buy Buy Baby | N. Cincinnati (Deerfield) | 5255 Deerfield Blvd. | Mason | OH |
| Store | Buy Buy Baby | Beechwood | 4045 Richmond Road | Warrenville Heights | OH |
| Store | Buy Buy Baby | Dayton | 6146 Wilmington Pike | Dayton | OH |
| Store | Buy Buy Baby | Westlake | 292 Main Street | Westlake | OH |
| Store | Buy Buy Baby | Tulsa | 10017 East 71st Street | Tulsa | OK |
| Store | Buy Buy Baby | Beaverton | 3485 SW Cedar Hills Blvd. | Beaverton | OR |
| Store | Buy Buy Baby | Whitehall (Allentown) | 1915 Whitehall Mall | Whitehall | PA |
| Store | Buy Buy Baby | Montgomeryville | 751 Horsham Road, Unit B1 | Montgomeryville | PA |
| Store | Buy Buy Baby | Greenville(Relo #3133) | 1117 Woodruff Road | Greenville | SC |
| Store | Buy Buy Baby | North Charleston | 7250 Rivers Avenue | North Charleston | SC |
| Store | Buy Buy Baby | Knoxville | 202 Morrell Road | Knoxville | TN |
| Store | Buy Buy Baby | Franklin | 2000 Mallory Lane, Suite 400 | Franklin | TN |
| Store | Buy Buy Baby | Memphis | 5100 Park Avenue | Memphis | TN |
| Store | Buy Buy Baby | Austin | 5400 Brodie Lane, Suite 400 | Austin | TX |
| Store | Buy Buy Baby | Plano | 2712 N. Central Expressway | Plano | TX |
| Store | Buy Buy Baby | Frisco | 2930 Preston Rd Suite 600 | Frisco | TX |
| Store | Buy Buy Baby | Hurst | 1451 West Pipeline Rd. | Hurst | TX |
| Store | Buy Buy Baby | Fort Worth | 4648 SW Loop 820 | Fort Worth | TX |
| Store | Buy Buy Baby | Webster | 19801 Gulf Freeway Ste. 800 | Webster | TX |
| Store | Buy Buy Baby | Willowbrook (sublease from BBBY) | 17355 Tomball Pkwy, Suite 1K | Houston | TX |
| Store | Buy Buy Baby | Southlake | 2941 E. State Highway 114, | Southlake | TX |
| Store | Buy Buy Baby | Katy | 24600 Katy Freeway, Suite 200 | Katy | TX |
| Store | Buy Buy Baby | Pharr | 500 N. Jackson Road, A-2 | Pharr | TX |
| Store | Buy Buy Baby | Cedar Park | 5001-183A Toll Road, Suite i100 | Cedar Park | TX |

| Type | Company | Name | Address | City | State |
|------|---------|------|---------|------|-------|
| Store | Buy Buy Baby | Humble | 20416 Highway 59N | Humble | TX |
| Store | Buy Buy Baby | San Antonio | 522 Northwest Loop 410 | San Antonio | TX |
| Store | Buy Buy Baby | Stafford | 12710 Fountain Lake Circle | Stafford | TX |
| Store | Buy Buy Baby | Tyler, TX | 8930 South Broadway Avenue | Tyler | TX |
| Store | Buy Buy Baby | Lewisville | 719 Hebron Parkway | Lewisville | TX |
| Store | Buy Buy Baby | Shenandoah | 19075 Interstate 45 | Shenandoah | TX |
| Store | Buy Buy Baby | Sandy | 10230 South State Street | Sandy | UT |
| Store | Buy Buy Baby | Potomac Mills | 2700 Potomac Mills Circle Suite 100 | Woodbridge | VA |
| Store | Buy Buy Baby | Springfield | 6398 Springfield Plaza | Springfield | VA |
| Store | Buy Buy Baby | Fredericksburg | 1320 Carl D Silver Parkway Suite 100 | Fredericksburg | VA |
| Store | Buy Buy Baby | Chantilly | 24670 Dulles Landing Drive, | Dulles | VA |
| Store | Buy Buy Baby | Chesapeake, VA | 1412 Greenbrier Parkway (Ste 104) | Chesapeake | VA |
| Store | Buy Buy Baby | Tukwila | 17686 Southcenter Parkway | Tukwila | WA |
| Store | Buy Buy Baby | Brookfield | 665 Main Street | Brookfield | WI |
| Store | Buy Buy Baby | Madison, WI | 231 Junction Road | Madison | WI |
| Store | Harmon | West LA | 10561 West Pico Blvd. | Los Angeles | CA |
| Store | Harmon | Pasadena | 3609 E. Foothill Blvd. | Pasadena | CA |
| Store | Harmon | Jupiter | 17450 North Alternate A1A | Jupiter | FL |
| Store | Harmon | Roxbury (relo of #8072) | 275 State Road 10 East, | Succasunna | NJ |
| Store | Harmon | Wayne RT 23 | 1595 -1 Route 23 South | Wayne | NJ |
| Store | Harmon | Wayne Valley Ridge | 580 Valley Road | Wayne | NJ |
| Store | Harmon | East Hanover | 392 Route 10 West | East Hanover | NJ |
| Store | Harmon | West Caldwell | 36 Clinton Road | West Caldwell | NJ |
| Store | Harmon | Closter | 123 Ver Valen Street | Closter | NJ |
| Store | Harmon | Hackensack | 370 W. Pleasant View Avenue | Hackensack | NJ |
| Store | Harmon | Manalapan | 357 Route 9 South | Manalapan | NJ |
| Store | Harmon | Rockaway | 399 Route 46 | Rockaway | NJ |
| Store | Harmon | Paramus | East 145, Route 4 | Paramus | NJ |
| Store | Harmon | Totowa | 455 Route 46 West | Totowa | NJ |
| Store | Harmon | Raritan | 300 US Highway 202 | Raritan | NJ |
| Store | Harmon | Matawan | Route 34 North | Old Bridge | NJ |
| Store | Harmon | Franklin | 100 D Route 23 North | Franklin | NJ |
| Store | Harmon | Newton | 10 Route 206 | Newton | NJ |
| Store | Harmon | Greenbrook | 299 Route 22 East | Greenbrook | NJ |
| Store | Harmon | Carlstadt | 675 Patterson Avenue | Carlstadt | NJ |
| Store | Harmon | Westfield | 301 A South Avenue East | Westfield | NJ |
| Store | Harmon | Millburn | 720 Morris Turnpike | Short Hills | NJ |
| Store | Harmon | Shrewsbury | 550 Route 35 | Shrewsbury | NJ |
| Store | Harmon | Westwood | 700-34 Broadway | Westwood | NJ |
| Store | Harmon | Seaview Square Ocean | 2309-200 Route 66 | Ocean | NJ |
| Store | Harmon | Holmdel | 2145 Highway 35 | Holmdel | NJ |
| Store | Harmon | Woodbridge | 675 Route 1 South, Suite 2 | Iselin | NJ |
| Store | Harmon | Clifton | 390 Route 3 West | Clifton | NJ |
| Store | Harmon | Morris Plains | Route 10 and Route 202 | Morris Plains | NJ |
| Store | Harmon | East Brunswick | 300 Route 18 | East Brunswick | NJ |
| Store | Harmon | Edgewater | 725 River Road | Edgewater | NJ |
| Store | Harmon | Parsippany | 3189 Route 46 | Parsippany | NJ |
| Store | Harmon | Gillette | 977 Valley Road | Gillette | NJ |
| Store | Harmon | Manhattan (Orginally Baby 3127) | 2175 Broadway | New York | NY |
| Store | Harmon | Massapequa | 802-806 Hicksville Road | N. Massapequa | NY |
| Store | Harmon | Melville | 925 Walt Whitman Road | Melville | NY |
| Store | Harmon | New Rochelle | 77 Quaker Ridge Road | New Rochelle | NY |
| Store | Harmon | Plainview | 1119 Old Country Road | Plainview | NY |
| Store | Harmon | Hartsdale | 165 South Central Park Avenue | Hartsdale | NY |
| Store | Harmon | Yonkers | 2131 Central Park Ave | Yonkers | NY |
| Store | Harmon | Mineola | 530 Jericho Turnpike | Mineola | NY |
| Store | Harmon | Poughkeepsie | 2600 South Road | Poughkeepsie | NY |
| Store | Harmon | Nanuet | 46 Rockland Plaza/Route 59 | Nanuet | NY |
| Store | Harmon | Carle Place | Carle Place Commons | Carle Place | NY |
| Store | Harmon | Commack | 8 Veterans Memorial Highway | Commack | NY |
| Store | Harmon | Port Jefferson Station | 4860 Nesconset Highway | Port Jefferson Station | NY |
| Store | Harmon | Chelsea | 675 Sixth Avenue | New York | NY |
| Store | Harmon | Boerum Place | 245 Atlantic Ave | Brooklyn | NY |

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 23-13359-VFP |
|---|---|---|
| Bed Bath & Beyond Inc. | | Chapter 11 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 32 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: pdf903 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Nov 15 2024 20:55:10 | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | Nov 15 2024 20:57:03 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Nov 15 2024 20:54:05 | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Nov 15 2024 20:56:56 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Nov 15 2024 20:57:05 | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Nov 15 2024 20:56:59 | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Nov 15 2024 20:57:08 | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Nov 15 2024 20:56:47 | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | Nov 15 2024 20:56:58 | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-2                          User: admin                                      Page 2 of 32
Date Rcvd: Nov 15, 2024                       Form ID: pdf903                                   Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Jeff Ifrah | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron Applebaum | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com |
| Adam J Ruttenberg | on behalf of Defendant Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Adam J Ruttenberg | on behalf of Creditor Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Alan J. Brody | on behalf of Defendant Corvel Enterprise Comp  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan Stuart Maza | on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Albert Anthony Ciardi, III | on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Alexander F. Barth | on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com |
| Alexandria Nikolinos | |

on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Allen J Barkin

on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com

Allen Joseph Underwood, II

on behalf of Creditor 12535 SE 82nd AVE LLC aunderwood@litedepalma.com
ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison J. Arotsky

on behalf of Defendant Raymond Accounts Management  Inc. aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Defendant Scentsible  LLC aarotsky@moritthock.com

Amanda Tomack

on behalf of Defendant Internal Revenue Service amanda.tomack2@usdoj.gov
eastern.taxcivil@usdoj.gov,jennifer.d.auchterlonie@usdoj.gov

Amish R. Doshi

on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Elizabeth Vulpio

on behalf of Creditor Salesforce.com  inc. vulpioa@whiteandwilliams.com

Amy Elizabeth Vulpio

on behalf of Creditor Google LLC vulpioa@whiteandwilliams.com

Andrew Braunstein

on behalf of Creditor Commission Junction LLC andrew.braunstein@lockelord.com

Andrew B. Still

on behalf of Defendant Baby Trend  Inc. astill@swlaw.com, kcollins@swlaw.com

Andy Winchell

on behalf of Creditor River Park Properties II  LP andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell

on behalf of Creditor Dong Koo Kim and Jong Ok Kim  Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated
October 18, 1996 andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo

on behalf of Interested Party Valley Square I  L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party CTC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party Christiana Town Center  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anna Brook

on behalf of Counter-Claimant T-Mobile USA  Inc, abrook@cm.law

Anthony Sodono, III

on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com

Arthur Abramowitz

on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com

Barbra Rachel Parlin

on behalf of Creditor ALTO Northpoint  LP barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barry J. Roy

on behalf of Defendant Storflex Holdings  Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com;jcoleman@rltlawfirm.com

Barry Scott Miller

on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com  miller.barryb119091@notify.bestcase.com

Beth E Levine

on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler

on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com
mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler

on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com
mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

District/off: 0312-2                              User: admin                                    Page 4 of 32
Date Rcvd: Nov 15, 2024                        Form ID: pdf903                              Total Noticed: 13

Bradford J. Sandler

on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com
mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Brendan Scott

on behalf of Creditor Dream on Me Industries  Inc. bscott@klestadt.com

Brett D. Goodman

on behalf of Creditor KIR Brandon 011  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Airport Plaza  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Chico Crossroads  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KSI Cary 483  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor C T Center S.C.  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Mooresville Crossing  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Franklin Park S.C.  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor CFH Realty III/Sunset Valley  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI Mueller  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

District/off: 0312-2                                    User: admin                                    Page 5 of 32
Date Rcvd: Nov 15, 2024                                Form ID: pdf903                               Total Noticed: 13

Brett D. Goodman
on behalf of Creditor KIR MONTGOMERY 049  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Flagler S.C.  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Kimco Riverview  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Redfield Promenade  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Conroe Marketplace S.C.  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett S. Moore
on behalf of Creditor Englewood Construction  Inc. bsmoore@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian Moore
on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com

Brian Morgan
on behalf of Creditor Prologis brian.morgan@faegredrinker.com  cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor Prologis USLF NV II  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor PRW Urban Renewal 1  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor UG2 Solon OH  LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian I. Kantar
on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brigette G McGrath
on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com

Brigette G McGrath
on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com

Brigette G McGrath
on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com

Brigid K Ndege
on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com  brigid-ndege-4743@ecf.pacerpro.com

Brittany B Falabella
on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Candice Marie Carson
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@butlersnow.com

Carol L. Knowlton
on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Catherine E Youngman
on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Catherine E. Youngman
on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Christopher Perez
on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com

Christopher D Loizides
on behalf of Interested Party NORTHWOODS III (SAN ANTONIO)  LLC loizides@loizides.com, lisa.peters@kutakrock.com

Christopher P. Anton
on behalf of Defendant Caliber Americas LLC canton@gibbonslaw.com

Clayton Daniel Harvey

| | |
|---|---|
| | on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com |
| Colin R. Robinson | on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Other Prof. Plan Administrator crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com |
| Conrad K. Chiu | on behalf of Transferee Evolution Credit Opportunity Master Fund II-B  L.P. cchiu@pryorcashman.com |
| Courtney Brown | on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com |
| Courtney A. Schael | on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com |
| Courtney G. Schroeder | on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com |
| Craig G. Margulies | on behalf of Defendant Capital Brands Distribution  LLC craig@marguliesfaithlaw.com, vicky@marguliesfaithlaw.com,angela@marguliesfaithlaw.com,amber@marguliesfaithlaw.com,drew@marguliesfaithlaw.com |
| Dana Lee Robbins-Boehner | on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com  mguerra@burr.com |
| Dana Lee Robbins-Boehner | on behalf of Creditor DS Properties 18 LP drobbins@burr.com  mguerra@burr.com |
| Dana S. Plon | on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com |
| Dana S. Plon | on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com |
| Dana S. Plon | on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com |
| Dana S. Plon | on behalf of Creditor Riverhead Centre Owners  LLC dplon@sirlinlaw.com |
| Daniel Brogan | on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Daniel Stolz | on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel M Pereira | on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com |
| Daniel M Pereira | on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com |
| Daniel N. Zinman | on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com, skossar@kandfllp.com;cvalenzuela@kandfllp.com;foreclosure@kandfllp.com |
| Daniel R. Utain | on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com |
| David Edelberg | on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Creditor County of Placer dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com |

David Graff
> on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David Pizzica
> on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica
> on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica
> on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David B Wheeler
> on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David H. Pikus
> on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein
> on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein
> on behalf of Creditor Levtex  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein
> on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com  ciarkowski@wilentz.com

David H. Stein
> on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com  ciarkowski@wilentz.com

David H. Stein
> on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com  ciarkowski@wilentz.com

David L. Bruck
> on behalf of Creditor Chase Green Mountain LP bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Chenal Place Properties LLC bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Almaden Plaza Shopping Center  Inc. bankruptcy@greenbaumlaw.com

David L. Bruck
> on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.
> bankruptcy@greenbaumlaw.com

David M Stauss
> on behalf of Creditor CBL & Associates Management  Inc. david.stauss@huschblackwell.com,
> serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss
> on behalf of Interested Party Safety National Casualty Corporation david.stauss@huschblackwell.com
> serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss
> on behalf of Interested Party Safety Specialty Insurance Company david.stauss@huschblackwell.com
> serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M. Bass
> on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com

David P. Primack
> on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
> on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
> on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
> on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
> on behalf of Creditor TKG Coral North  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
> on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Grand Mesa Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Wedgewood Hills  Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Carson Valley Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David S. Catuogno

on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Dean Oswald

on behalf of Creditor DPEG Fountains  LP dmoswald@pbnlaw.com, dmoswald@pbnlaw.com

Derek J. Baker

on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diane Sanders

on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Don Stecker

on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don Stecker

on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don A. Beskrone

on behalf of Defendant Retail Zipline  Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg

eddes.com

Don A. Beskrone
on behalf of Creditor RetailMeNot Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbygeddes.com

Donald F. Campbell, Jr.
on behalf of Creditor Beverly Parrish dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Douglas G. Leney
on behalf of Defendant Securitas Electronic Security Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas J. McGill
on behalf of Creditor Ak-Sr-Ben Village L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik
on behalf of Creditor Hanes M. Owner LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com,
rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Casto-Oakbridge Venture Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com rdalba@dttlaw.com

Drew S. McGehrin
on behalf of Defendant NP New Castle LLC dsmcgehrin@duanemorris.com

Drew S. McGehrin
on behalf of Creditor NP New Castle LLC dsmcgehrin@duanemorris.com

Edmond P O'Brien
on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com jrich@cszlaw.com

Elisabeth Bruce
on behalf of Defendant Internal Revenue Service elisabeth.m.bruce@usdoj.gov
ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov;jennifer.d.auchterlonie@usdoj.gov

Ellen M. McDowell
on behalf of Creditor Avalara Inc. emcdowell@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com

Elliot D. Ostrove
on behalf of Creditor Iris Software Inc. e.ostrove@epsteinostrove.com

Eric Horn
on behalf of Defendant MagicLinks Inc. ehorn@aystrauss.com,
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric Horn
on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com
g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.bestcase.com

Eric S. Chafetz
on behalf of Interested Party Pagosa Partners III Ltd. echafetz@lowenstein.com

Eric S. Chafetz
on behalf of Interested Party CPT Arlington Highlands 1 LP echafetz@lowenstein.com

Ericka Fredricks Johnson
on behalf of Interested Party Burlington Stores Inc. ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson
on behalf of Defendant Spectrum Brands Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Teske
on behalf of Creditor SRK Lady Lake 21 SPE LLC eteske@csglaw.com

Erin Teske
    on behalf of Creditor Benchmark-Clarence Associates  LLC eteske@csglaw.com

Evan J. Zucker
    on behalf of Creditor 1019 Central Avenue Corp. ezucker@blankrome.com  nybankruptcydocketing@blankrome.com

Fabian Marriott
    on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law

Faye C Rasch
    on behalf of Creditor SHI Owner  LLC faye@wrlawgroup.com, tennille@wrlawgroup.com

Felice R. Yudkin
    on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com

Fernand L Laudumiey, IV
    on behalf of Creditor Richards Clearview  LLC laudumiey@chaffe.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak
    on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci
    on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Frank F. Velocci
    on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott
    on behalf of Defendant Cellco Partnership glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
    on behalf of Creditor Verizon Entities glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
    on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com  lrestivo@mccarter.com

Gregory Pesce
    on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com

Gregory Plotko
    on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian
    on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth
    on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbenner@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
    on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbenner@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
    on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbenner@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
    on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbenner@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
    on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbenner@ch-legal.com;cfaber@ch-legal.com

Howard Schub
    on behalf of Defendant Data Networks of America  Inc. howard.schub@nelsonmullins.com

Ilana Volkov
    on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches
    on behalf of Defendant Furniture Store Express  Inc. ideiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim
    on behalf of Creditor Realty Income Corporation arhim@lakklawyers.com

Jack Shrum
on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum
on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke
on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com
jdopke@fleischerlaw.com

James McCartney
on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James C Vandermark
on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com  vandermark.jamesr106165@notify.bestcase.com

James C Vandermark
on behalf of Creditor Salesforce.com  inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman
on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James C. Thoman
on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James Frederick Lorusso
on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James Frederick Lorusso
on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James P Chou
on behalf of Counter-Claimant Mara Sirhal jchou@moritthock.com

James P Chou
on behalf of Creditor Mark Tritton jchou@moritthock.com

James S. Carr
on behalf of Creditor Ryder Integrated Logistics  Inc.
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jamese Suozzo
on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jamese Suozzo
on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Jami B. Nimeroff
on behalf of Creditor Mode Transportation  Inc. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jason Louis Libou
on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason Louis Libou
on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jaspreet S. Mayall
on behalf of Creditor 3600 Long Beach Road  LLC ,
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
on behalf of Creditor Serota Islip NC LLC
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein
on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com  eberman@mdmc-law.com

Jeffrey Bernstein
on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com   eberman@mdmc-law.com

Jeffrey Chubak
on behalf of Defendant SodaStream USA Inc. jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Kurtzman
on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman
on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Cooper
on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Lester
on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Rosenthal
on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Janet Barth jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Sue Gove jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Susie Kim jrosenthal@cgsh.com

Jeffrey C. Wisler
on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jenny R. Kasen
on behalf of Defendant Avanti Linens  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen
on behalf of Defendant Advanced Systems  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen
on behalf of Defendant Argo  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jeremy M. Campana
on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
ECFDocket@thompsonhine.com

Jeremy M. Campana
on behalf of Creditor InterDesign  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

Jerrold S. Kulback
on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jesse M. Harris
on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Ollie's Bargain Outlet  Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco

on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco

on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle

on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com, amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John David Folds

on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com

John Kendrick Turner

on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Michael McDonnell

on behalf of Attorney Brian T. Crowley  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney Richard J. Corbi  Esquire jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Interested Party Taussig Risk Capital Advisors  Inc. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney Richard J. Corbi  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney John M. McDonnell  Esq. jmcdonnell@mchfirm.com

John S. Mairo

on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor U.S. 41 & I-285 Company LLC jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor DFW Lewisville Partners GP jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor DPEG Fountains  LP jsmairo@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Creditor County of Riverside jsmairo@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo

on behalf of Defendant Sunham Home Fashions  LLC jsmairo@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor KMO-361 (Paramus) LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor MLO Great South Bay LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor County of Santa Clara jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor County of Fresno jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor County of Los Angeles jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor Siegen Lane Properties LLC jsmairo@pbnlaw.com
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
                    on behalf of Creditor Northway Mall Properties Sub  LLC jsmairo@pbnlaw.com,
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John T. Carroll, III
                    on behalf of Defendant HMM (America)  Inc. jcarroll@cozen.com,
                    jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss
                    on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Kaz Canada  Inc. jweiss@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com

Jonathan S. Bodner
                    on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask
                    on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Defendant The Step2 Company  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.
                    on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
                    djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;trios@mcdowelllegal.com

Joseph Charles Barsalona, II
                    on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
                    jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
                    on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com

Joseph H Baldiga

on behalf of Creditor Running Hill SP  LLC jbaldiga@mirickoconnell.com

Joseph H. Lemkin

    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

    on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin

    on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

    on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin

    on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

    on behalf of Defendant Drinkpod LLC jlemkin@stark-stark.com

Joseph H. Lemkin

    on behalf of Defendant Rackspace Technology Global  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

    on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joshua Sussberg

    on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com
    amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner

    on behalf of Creditor Texas Taxing Authorities hneumann@mblawfirm.com

Julie Anne Parsons

    on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com

Kate R. Buck

    on behalf of Counter-Claimant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Kate R. Buck

    on behalf of Defendant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy

    on behalf of Defendant Garda CL Atlantic  Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen

    on behalf of Creditor Continental Web Press  Inc. krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth A. Rosen

    on behalf of Interested Party Michael's Stores  Inc. krosen@lowenstein.com, dclaussen@lowenstein.com

Kenneth L. Baum

    on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum

    on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum

    on behalf of Creditor Forum Lone Star  L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm

    on behalf of Creditor Hart TC I-III  LLC kklemm@bakerdonelson.com

Kenneth M Klemm

    on behalf of Creditor Bayer Development Company  LLC kklemm@bakerdonelson.com

Kenneth M Klemm

    on behalf of Creditor Hart Miracle Marketplace  LLC kklemm@bakerdonelson.com

Kenneth M Klemm

    on behalf of Creditor Cobb Place Property  LLC kklemm@bakerdonelson.com

Keri P. Ebeck

    on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck

    on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun

    on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
on behalf of Interested Party Flexport  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com  smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
on behalf of Defendant Concentric  LLC kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kevin Scott Mann
on behalf of Defendant OnPoint Capital  LLC kmann@crosslaw.com, smacdonald@crosslaw.com;mjoyce@crosslaw.com

Kristen Peters Watson
on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor DS Properties 18 LP kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor Comenity Capital Bank kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly
on behalf of Defendant Caliber Americas LLC kmcevilly@gibbonslaw.com

Lauren M. Macksoud
on behalf of Creditor Mishorim 255  LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com

Lauren M. Macksoud
on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com

Lauren Rebecca Jacoby
on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton
on behalf of Creditor HRTC 1 LLC lhilton@onellp.com  lthomas@onellp.com

Lee Squitieri
on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri
on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Leslie Carol Heilman
on behalf of Defendant Maintenx International Service Management Group  Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG FSBROWI001  LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor 209-261 Junction Road Madison Investors  LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

District/off: 0312-2
Date Rcvd: Nov 15, 2024

User: admin
Form ID: pdf903

Page 17 of 32
Total Noticed: 13

on behalf of Creditor 210 Development  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG PSALBNM001  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG SAABITX001  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC heilmanl@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CVSC  LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Agua Mansa Commerce Phase I  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC ASANDSC001  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GC Ambassador Courtyard  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Marketplace  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UBS Realty Investors  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor PF Portfolio 2  LP heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XII Magnolia  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Urban Edge Properties  L.P. heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Heitman heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UE 675 Route 1 LLC heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Congressional Plaza Associates  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor EDENS heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC BHT-VCMI001  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC CLORLFL001  LLC heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Lisa M. Solomon

on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

District/off: 0312-2                                         User: admin                                         Page 18 of 32
Date Rcvd: Nov 15, 2024                                  Form ID: pdf903                                  Total Noticed: 13

Loren L. Speziale

on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Marianna Udem

on behalf of Plaintiff Michael Goldberg mudem@askllp.com  lmiskowiec@askllp.com;vmartinez@askllp.com

Mark Minuti

on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico

on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mark E. Hall

on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein

on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Marshall Dworkin

on behalf of Defendant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Counter-Claimant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Counter-Defendant Bed Bath & Beyond Inc. Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Unknown Role Type Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Creditor Studio City East 93K LLC Marshall.Dworkin@saul.com

Martin A. Sosland

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. martin.sosland@butlersnow.com

Matthew E. Kaslow

on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena

on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa E. Valdez

on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick

on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien

on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik

on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski

on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PSEG Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor American Electric Power mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

|  |  |
|---|---|
|  | on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor NV Energy  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
|  | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael B. Reynolds | |
|  | on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael D. Sirota | |
|  | on behalf of Debtor Harmon of New Rochelle  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
|  | on behalf of Debtor Harmon of Caldwell  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
|  | on behalf of Debtor Decorist  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
|  | on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
|  | on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
|  | on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
|  | on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
|  | on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz |

.com

Michael D. Sirota

on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

District/off: 0312-2          User: admin          Page 22 of 32

Date Rcvd: Nov 15, 2024          Form ID: pdf903          Total Noticed: 13

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

    on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

    on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
    .com

Michael D. Sirota

District/off: 0312-2                                    User: admin                                    Page 25 of 32
Date Rcvd: Nov 15, 2024                              Form ID: pdf903                                Total Noticed: 13

| | |
|---|---|
| | on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael R. Herz | |
| | on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michael R. Herz | |
| | on behalf of Defendant RXO Corporate Solutions  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Michael S Tucker | |
| | on behalf of Creditor Siegen Lane Properties LLC mtucker@ulmer.com |
| Michael S Tucker | |
| | on behalf of Creditor MLO Great South Bay LLC mtucker@ulmer.com |
| Michael S Tucker | |
| | on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ulmer.com |
| Michael S Tucker | |
| | on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ulmer.com |
| Michael S Tucker | |
| | on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ulmer.com |
| Mollie Margaret Lerew | |
| | on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com |
| Morgan Virginia Manley | |
| | on behalf of Defendant Federal Heath Sign Company  LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com |
| Morgan Virginia Manley | |
| | on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com  nyoecf@sgrlaw.com |
| Morris J. Schlaf | |
| | on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email |
| Morris S. Bauer | |
| | on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Nancy Isaacson | |
| | on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com |
| Naznen Rahman | |
| | on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com |
| Nicole A. Leonard | |
| | on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com  gbressler@mdmc-law.com |
| Nicole M. Nigrelli | |
| | on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | |
| | on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Owen M. Sonik | |
| | on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | |
| | on behalf of Creditor Humble Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | |
| | on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Owen M. Sonik | |
| | on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com |

osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden

on behalf of Interested Party Foundations Worldwide  Inc. pholden@c-wlaw.com

Patricia W Holden

on behalf of Defendant Foundations Worldwide  Inc. pholden@c-wlaw.com

Paul Rubin

on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Paul Hans Schafhauser

on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com,
paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter

on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul John Labov

on behalf of Other Prof. Plan Administrator plabov@pszjlaw.com  lsc@pszjlaw.com

Paul John Labov

on behalf of Plaintiff Michael Goldberg plabov@pszjlaw.com  lsc@pszjlaw.com

Paul John Labov

on behalf of Other Prof. Michael Goldberg plabov@pszjlaw.com  lsc@pszjlaw.com

Paul S. Murphy

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

Paul Stadler Pflumm

on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@
mcdowelllegal.com;cgetz@mcdowelllegal.com

Paul W Carey

on behalf of Creditor ISM Holdings  Inc. pcarey@mirickoconnell.com

Paul W Carey

on behalf of Creditor Running Hill SP  LLC pcarey@mirickoconnell.com

Raye Curry Elliott

on behalf of Plaintiff Michael Goldberg raye.elliott@akerman.com

Richard Corbi

on behalf of Interested Party Taussig Risk Capital Advisors  Inc. rcorbi@corbilaw.com

Richard Solow

on behalf of Defendant OXO International  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard Solow

on behalf of Defendant C & T International Inc. rsolow@reedsmith.com  rich-solow-3519@ecf.pacerpro.com

Richard Solow

on behalf of Defendant Riskified  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard D. Trenk

on behalf of Defendant IMC Companies  LLC rtrenk@trenkisabel.law, averdugo@tisslaw.com

Richard L Fuqua, II

on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com

Richard L Fuqua, II

on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com

District/off: 0312-2                                 User: admin                                 Page 27 of 32
Date Rcvd: Nov 15, 2024                          Form ID: pdf903                          Total Noticed: 13

Richard L. Zucker
on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Richard L. Zucker
on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Rick Aaron Steinberg
on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com

Rick Aaron Steinberg
on behalf of Defendant Tote Maritime Alaska  LLC rsteinberg@pricemeese.com

Robert Drain
on behalf of Interested Party John E. Fleming robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Sue Gove robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Harriet Edelman robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Andrea Weiss robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Joshua Schechter robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Mary A. Winston robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Ann Yerger robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Malone
on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com
nmitchell@gibbonslaw.com

Robert A. Rich
on behalf of Defendant Le Creuset of America  Inc. rrich2@hunton.com, candonian@huntonak.com

Robert J Feinstein
on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul
on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane
on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com

KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor DDRTC Marketplace at Mill Creek  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Equity One  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert M. Marshall

on behalf of Defendant Devgiri Exports LLC rmarshall@mqlaw.net

Robert S. Roglieri
                  on behalf of Interested Party World Market LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Roglieri
                  on behalf of Defendant IMC Companies LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Westermann
                  on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Ronald S. Gellert
                  on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  abrown@gsbblaw.com

Ronald S. Gellert
                  on behalf of Defendant SASR Workforce Solutions LLC rgellert@gsbblaw.com, abrown@gsbblaw.com

Ronald S. Gellert
                  on behalf of Defendant Capital Brands Distribution LLC rgellert@gsbblaw.com, abrown@gsbblaw.com

Samuel P. Hershey
                  on behalf of Interested Party Michael's Stores Inc. sam.hershey@whitecase.com, mco@whitecase.com

Sari Blair Placona
                  on behalf of Creditor Salmar Properties LLC splacona@msbnj.com

Sari Blair Placona
                  on behalf of Interested Party Vista Property Company LLC and Rockwall Crossing SC, LP splacona@msbnj.com

Sari Blair Placona
                  on behalf of Interested Party Central Transport LLC splacona@msbnj.com

Scott Fleischer
                  on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor RED Development LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor Inland Commercial Real Estate Services L.L.C. sfleischer@barclaydamon.com,
                  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor Rivercrest Realty Associates LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                  on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
                  scott-fleischer-2734@ecf.pacerpro.com

Scott A. Shaffer
                  on behalf of Defendant Conair LLC sshaffer@olshanlaw.com

Scott A. Zuber
                  on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott H. Bernstein
                  on behalf of Creditor Brinks U.S. a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Scott H. Bernstein
                  on behalf of Defendant Brink's Incorporated scott@scottbernsteinlaw.com

Scott S. Rever
                  on behalf of Defendant Evenflo Company Inc. srever@genovaburns.com,
                  srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
                  on behalf of Creditor Columbus Trading-Partners USA Inc. srever@genovaburns.com
                  srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
                  on behalf of Defendant Columbus Trading-Partners USA Inc. srever@genovaburns.com

srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Shai Schmidt

on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein

on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross

on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney

on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen Schwimmer, I

on behalf of Defendant M & L Enterprise Group Inc. sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen R. Catanzaro

on behalf of Defendant Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro

on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga

on behalf of Defendant Noritake Co.  Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;ntravostino@walsh.law

Steven A. Jayson

on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan

on behalf of Defendant Pem-America  Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman

on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Stuart D. Gavzy

on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlaw
yer.com

Sunjae Lee

on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tansy Woan

on behalf of Interested Party Joshua E. Schechter tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Harriet Edelman tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Sue E. Gove tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Ann Yerger tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party John E. Fleming tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan

on behalf of Interested Party Jeffrey A. Kirwan tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan
on behalf of Interested Party Andrea Weiss tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan
on behalf of Interested Party Mary A. Winston tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tansy Woan
on behalf of Interested Party Virginia P. Ruesterholz tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;judy.flu
menbaum@skadden.com;michael.restey@skadden.com

Tara J. Schellhorn
on behalf of Creditor TPP Bryant  LLC tschellhorn@riker.com

Tara J. Schellhorn
on behalf of Creditor Dadeland Station Associates  Ltd. tschellhorn@riker.com

Thomas James Monroe
on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com

Thomas S. Onder
on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Tina Moss
on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Tina Moss
on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk
on behalf of Interested Party Loja WTP  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor College Plaza Station LLC turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Vahbiz Karanjia
on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com

Vincent J. Roldan
on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com

Vincent J. Roldan
                    on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com

Vincent J. Roldan
                    on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com

Vincent J. Roldan
                    on behalf of Creditor McCreary Entities vroldan@mblawfirm.com

Vincent J. Roldan
                    on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com

Vincent J. Roldan
                    on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com

Vincent J. Roldan
                    on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com

Walter E. Swearingen
                    on behalf of Creditor 200-220 West 26 LLC wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com

Walter E. Swearingen
                    on behalf of Creditor TF Cornerstone Inc. wswearingen@beckerglynn.com  aostrow@beckerglynn.com;hlin@beckerglynn.com

Warren A. Usatine
                    on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com

Wendy M Simkulak
                    on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak
                    on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com

William G. Wright
                    on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 4 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 1  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III
                    on behalf of Creditor DT-SGW  LLC wfirth@pashmanstein.com, ddanielson@cohenseglias.com


TOTAL: 725