| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR**
**HEARING ON NOVEMBER 19, 2024, AT 11:00 A.M. (ET)**

> Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.
>
> Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).

I.   **MATTER GOING FORWARD**

    1.   Motion for Consideration and Relief Requesting Redaction of Shareholder Sanction Hearing Transcript [Docket No. 3666].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4895-1785-0874.1 08728.003

**Responses Received:**

  A. Plan Administrator's Opposition to Motion of Bed Bath and Beyond Shareholder for Consideration and Relief Requesting Redaction of Shareholder's Sanction Hearing Transcript [Docket No. 3691].

**Related Documents:**

  A. Transcript Regarding Hearing Held on September 10, 2024 [Docket No. 3525].

  B. Notice of Hearing [Docket No. 3675].

  C. Certificate of Service [Docket No. 3695].

  D. Undocketed Shareholder's Response to Plan Administrator's Objection and Request for Relief.

**Status:** This matter is going forward.

Dated: November 18, 2024

*/s/ Bradford J. Sandler*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
    bsandler@pszjlaw.com
    plabov@pszjlaw.com
    crobinson@pszjlaw.com

*Counsel to the Plan Administrator*