**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 31, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Second Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Same Debtor) [Docket No. 3676]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: November 5, 2024

                                                                           */s/ Amy Castillo*
                                                                           Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 5, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

Exhibit A
Affected Claimants Service List
Served as set forth below

| AddressID | Name | Address1 | Address2 | Address3 | City | State | PostalCode | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 18160558 | City of San Diego | Office of the City Treasurer- Delinquent Account | PO Box 129039 | | San Diego | CA | 92112 | collections@sandiego.gov; melgarcia@sandiego.gov | First Class Mail and Email |
| 12834733 | City of Westminster Colorado | 4800 West | 92nd Ave | | Westminster | CO | 80031 | salestax@cityofwestminster.us | First Class Mail and Email |
| 15481596 | Douglas County Treasurer | 100 Third St, Ste 120 | | | Castle Rock | CO | 80104 | ggibson@douglas.co.us | First Class Mail and Email |
| 15554177 | Douglas County Treasurer | David Gill, Treasurer | 100 Third St, Ste 120 | | Castle Rock | CO | 80104 | | First Class Mail |
| 12734055 | Hernando County Tax Collector | 20 N Main St | RM 112 | | Brooksville | FL | 34601-2892 | | First Class Mail |
| 13058674 | Houston County Revenue Commissioner | Celeste Michelle Parker | Deputy Chief Clerk | 462 N Oates St | Dothan | AL | 36303 | cmparker@houstoncountyal.gov | First Class Mail and Email |
| 13058673 | Houston County Revenue Commissioner | P.O. Box 6406 | | | Dothan | AL | 36302 | cmparker@houstoncountyal.gov | First Class Mail and Email |
| 15418634 | James City County Treasurer | 101-B Mounts Bay RD | | | Williamsburg | VA | 23188 | jackie.silvia@jamescitycountyva.gov | First Class Mail and Email |
| 12903671 | James City County Treasurer | P.O Box 8701 | | | Williamsburg | VA | 23187 | jackie.silvia@jamescitycountyva.gov | First Class Mail and Email |
| 13133369 | JOHNSON COUNTY TREASURER | 86 W COURT ST | | | FRANKLIN | IN | 46131 | TREASURER@CO.JOHNSON.IN.US | First Class Mail and Email |
| 13069616 | Macomb County Treasurer's Office, Attn:  Lawrence Rocca, Treasurer | Paige H. Bachand | One South Main Street | 2nd Floor | Mount Clemens | MI | 48043 | paige.bachand@macombgov.org | First Class Mail and Email |
| 13073051 | Mocomb County Treasurer's Office, Attn: Lawrence Rocca, Treasurer | One South Main St., 2nd Floor | | | Mount Clemens | MI | 48043 | paige.bachand@macobgov.org | First Class Mail and Email |
| 18173018 | Municipality of Monroeville | 2700 Monroeville Blvd | | | Monroeville | PA | 15146 | montax@monroeville.pa.us | First Class Mail and Email |
| 19171148 | NM Taxation & Revenue Department | PO Box 8575 | | | Albuquerque | NM | 87198-8575 | lisa.ela@tax.nm.gov | First Class Mail and Email |
| 20809210 | Richland County Treasury | Post Office Box 11947 | | | Columbia | SC | 29211 | forrestsmitha@rcgov.us | First Class Mail and Email |
| 12651157 | State of Alabama, Department of Revenue | Legal Division | PO Box 320001 | | Montgomery | AL | 36132-0001 | sarah.harwell@revenue.alabama.gov | First Class Mail and Email |
| 20625121 | State of Minnesota, Department of Education | Minnesota Revenue | PO Box 6447 - BKY | | St Paul | MN | 55164-0447 | | First Class Mail |
| 12745664 | Tax Collector, City of Norwalk | 125 East Avenue | Room 105 | | Norwalk | CT | 06851 | apalumbo@norwalkct.gov | First Class Mail and Email |
| 13064915 | Town of Fairfield | Attention Tax Collector | 611 Old Post Road | | Fairfield | CT | 06824 | ksnyder@fairfieldct.org | First Class Mail and Email |
| 13113806 | WA Department of Revenue | 2101 4th Ave., Suite 1400 | | | Seattle | WA | 98121 | andrewg@dor.wa.gov | First Class Mail and Email |
| 19175649 | Winchester City Treasurer | 21 South Kent | Suite 101 | | Winchester | VA | 22601 | jeff.barbour@winchesterva.gov | First Class Mail and Email |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 1