

Order Filed on November 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Email:     bsandler@pszjlaw.com
           plabov@pszjlaw.com
           crobinson@pszjlaw.com

*Counsel to Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,[6] | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |
| Debtors. | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following pages is **ORDERED.**

**DATED: November 20, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[6] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby/.

4886-8347-5960.2 08728.003

78685536;1

This matter having been brought before the Court on application for an Order For

Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-

of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1

and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Erin Elizabeth Gray be permitted to appear pro hac vice; provided that

pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly

by a member of the bar of this Court upon whom all notices, orders and pleadings may be served,

and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of

this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and

receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local

counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client

Protection for payment of the annual fee, for this year and for any year in which the out-of-state

attorney continues to represent a client in a matter pending in this Court in accordance with New

Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20)

days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice

admission to the District Court for the District of New Jersey shall also be payable within twenty

(20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC"

and forwarded to the Clerk of the United States District Court for the District of New Jersey at the

following address:

78685536;1

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*


and it is further ORDERED that the applicant shall be bound by the Local Rules of the

United States District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey

Lawyers' Fund for Client Protection within 5 days of its date of entry.