| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on November 20, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bed, Bath & Beyond, Inc.,<br><br>Debtor. | Case No.: 23-13359 (VFP)<br><br>Chapter: 11<br><br>Hearing Date: November 19, 2024<br><br>Judge: Vincent F. Papalia |

# ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR CONSIDERATION AND RELIEF REQUESTING REDACTION OF SHAREHOLDER SANCTION HEARING TRANSCRIPT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Case name:  Bed Bath & Beyond Inc.
Case no.:  23-13359 (VFP)
Caption of Order:  Order Granting in Part and Denying in Part Motion for Consideration and Relief Requesting Redaction of Shareholder Sanction Hearing Transcript

---

This matter having come before the Court on a Motion for Consideration and Relief Requesting Redaction of Shareholder Sanction Hearing Transcript [Dkt. No. 3666] (the "Motion") filed by Bed Bath & Beyond, Inc. Shareholder (the "BBB Shareholder"); and the Court having considered the opposition filed by the Plan Administrator and the reply filed by the BBB Shareholder; and the Court having taken oral argument; and for the reasons stated on the record at the hearing held on November 19, 2024; it is hereby

**ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as set forth in the next paragraph; and it is further

**ORDERED** the transcript of the September 10, 2024 hearing in this case [Dkt. No. 3525] (the "September 10, 2024 Transcript") may be publicly filed on the Court's docket on or after December 16, 2024, subject to the redaction of lines 15 to 25 on page 35.

**ORDERED** that any party that has a physical or electronic copy in their possession of the original unredacted September 10, 2024 Transcript may not file, distribute copies or make any future reference to it in its unredacted form. Any future copies of the September 10, 2024 Transcript or references to it shall be limited to the redacted version that is to be filed with the Court and available for public review after December 16, 2024.