**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Alfred Zeve*

| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| BED, BATH & BEYOND INC., et al., | Chapter 11 |
| Debtors. | Case No.: 23-13359 (VFP) |

## CERTIFICATION OF SERVICE

1. I, DAVID H. STEIN, ESQ.:

   ☒ am a shareholder of Wilentz, Goldman & Spitzer, P.A., Attorneys for Alfred Zeve in the above-captioned matter.

   ☐ am the secretary/paralegal for David H. Stein, who represents the Debtor-in-Possession in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On November 9, 2024, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1. Notice of Motion to Seal Certification, Exhibit and Supplemental Letter Response, Alfred Zeve's Motion to Seal Certification of Michael Zimmerman and the Exhibit Attached Thereto and Supplemental Response and proposed Order;
   2. Application for Order Shortening Time and proposed Order; and
   3. Amended Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 20, 2024

*/s/ David H. Stein*
_____
David H. Stein

#14771312.1 182791.001

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022 | Attorneys for Chapter 11 Debtors | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |
| Paul J. Labov, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY  10017 | Attorneys for Plan Administrator | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |
| Caleb T. Holzaepfel, Esq.<br>Husch Blackwell LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN  37402 | Attorneys for Safety National Casualty Corp. | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

#14771312.1 182791.001

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Benjamin L. Wallen, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>700 Louisiana Street, Suite 4500<br>Houston, TX 77002 | Attorneys for Plan Administrator | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

3