| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Judith Elkin, Esq. (admitted *pro hac vice*)<br>Hayley R. Winograd, Esq. (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jelkin@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

1. I, Myra Kulick:

   ☐ represent the Plan Administrator in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2. On November 22, 2024, I caused a true and correct copy of the following documents to be served by email on the parties listed on the attached Exhibit A.

   - ***PLAN ADMINISTRATOR'S REPLY TO INFORMAL OPPOSITION OF CLAIMANT TO NINTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS** (Reclassified Gift Card/Merchandise Credit Claims)* [Docket No 3717]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4871-8900-0191.1 08728.003

      I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: November 22, 2024    */s/ Myra Kulick*
                                            Myra Kulick

4871-8900-0191.1 08728.003

## **EXHIBIT A**

Bernadeta Lucarz
Address redacted for privacy.
Served at the email address on record