**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Myra Kulick:

   ☐ represent the Plan Administrator in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2. On November 22, 2024, I caused a true and correct copy of the following documents to be served by email on the parties listed on the attached Exhibit A.

   - *PLAN ADMINISTRATOR'S REPLY TO INFORMAL OPPOSITION OF CLAIMANT TO ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (Reclassified Gift Card/Merchandise Credit Claims)* [Docket No 3719]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

      I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  November 22, 2024         */s/ Myra Kulick*  
                                                                   Myra Kulick

## **EXHIBIT A**

Larina Peters
Address redacted for privacy.
Served at the email address on record