| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>             bsandler@pszjlaw.com<br>             plabov@pszjlaw.com<br>             crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 26, 2024, AT 10:00 A.M. (ET)

**Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

I.  **MATTERS RESOLVED BY CERTIFICATION OF NO OBJECTION**

    1.  Plan Administrator's Fifth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 3) [Docket No. 3557].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4892-2611-4047.2 08728.003

**Responses Received:** None.

**Related Documents:**

A. Notice of Objection to Your Claims [Docket No. 3558].

B. Affidavit of Service [Docket No. 3640].

C. Certification of No Objection Regarding Plan Administrator's Fifth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 3) [Docket No. 3707].

**Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

2. Plan Administrator's Sixth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 4) [Docket No. 3559].

**Responses Received:** None.

**Related Documents:**

A. Notice of Objection to Your Claims [Docket No. 3560].

B. Affidavit of Service [Docket No. 3640].

C. Certification of No Objection Regarding Plan Administrator's Sixth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 4) [Docket No. 3708].

**Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

3. Plan Administrator's Seventh Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 5) [Docket No. 3563].

**Responses Received:** None.

**Related Documents:**

A. Notice of Objection to Your Claims [Docket No. 3564].

B. Affidavit of Service [Docket No. 3677].

C. Certification of No Objection Regarding Plan Administrator's Seventh Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 5) [Docket No. 3709].

**Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

4. Plan Administrator's Eighth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 6) [Docket No. 3565].

   **Responses Received:** None.

   **Related Documents:**

       A. Notice of Objection to Your Claims [Docket No. 3566].

       B. Affidavit of Service [Docket No. 3677].

       C. Certification of No Objection Regarding Plan Administrator's Eighth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 6) [Docket No. 3710].

   **Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

5. Plan Administrator's Tenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 8) [Docket No. 3569].

   **Responses Received:** None.

   **Related Documents:**

       A. Notice of Objection to Your Claims [Docket No. 3570].

       B. Affidavit of Service [Docket No. 3677].

       C. Certification of No Objection Regarding Plan Administrator's Tenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 8) [Docket No. 3711].

   **Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

6. Plan Administrator's Twelfth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 10) [Docket No. 3573].

   **Responses Received:** None.

**Related Documents:**

    A.    Notice of Objection to Your Claims [Docket No. 3574].

    B.    Affidavit of Service [Docket No. 3677].

    C.    Certification of No Objection Regarding Plan Administrator's Twelfth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 10) [Docket No. 3712].

**Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

7. Plan Administrator's Thirteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 11) [Docket No. 3575].

   **Responses Received:** None.

   **Related Documents:**

       A.    Notice of Objection to Your Claims [Docket No. 3577].

       B.    Affidavit of Service [Docket No. 3677].

       C.    Certification of No Objection Regarding Plan Administrator's Thirteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 11) [Docket No. 3713].

   **Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

8. Plan Administrator's Fourteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 12) [Docket No. 3578].

   **Responses Received:** None.

   **Related Documents:**

       A.    Notice of Objection to Your Claims [Docket No. 3579].

       B.    Affidavit of Service [Docket No. 3677].

       C.    Certification of No Objection Regarding Plan Administrator's Fourteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 12) [Docket No. 3714].

> **Status:** No objections were filed or responses received in response to the omnibus objection. A certificate of no objection has been filed. No hearing is necessary unless the Court has questions regarding the objection.

**II.     MATTERS ADJOURNED TO JANUARY 7, 2025, AT 10:00 A.M. (ET)**

9. Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

    **Responses Received:**

    A. Objection of the Plan Administrator to Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2485].

    B. HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

    **Related Documents:**

    A. Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

    B. Notice of Hearing [Docket No. 2425].

    C. Determination of Adjournment Request [Docket No. 2531].

    D. Determination of Adjournment Request [Docket No. 2537].

    E. Determination of Adjournment Request [Docket No. 2772].

    F. Determination of Adjournment Request [Docket No. 2897].

    G. Determination of Adjournment Request [Docket No. 2926].

    H. Determination of Adjournment Request [Docket No. 2953].

    I. Determination of Adjournment Request [Docket No. 2982].

    J. Determination of Adjournment Request [Docket No. 3073].

    K. Determination of Adjournment Request [Docket No. 3297].

    L. Determination of Adjournment Request [Docket No. 3340].

    M. Determination of Adjournment Request [Docket No. 3469].

    N. Determination of Adjournment Request [Docket No. 3523].

    O. Determination of Adjournment Request [Docket No. 3673].

        P.      Determination of Adjournment Request [Docket No. 3724].

**Status:** This matter is adjourned to January 7, 2025, at 10:00 a.m. (ET).

10. Plan Administrator's Third Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Multiple Debtors) [Docket No. 3529].

    **Responses Received:** Informal responses received from the California Franchise Tax Board and the Texas Attorney General's Office.

    **Related Documents:**

        A.    Notice of Objection to Your Claim [Docket No. 3530].

        B.    Certificate of Service [Docket No. 3531].

        C.    Affidavit of Service [Docket No. 3551].

        D.    Determination of Adjournment Request [Docket No. 3664].

        E.    Determination of Adjournment Request [Docket No. 3716].

    **Status:** This matter is adjourned to January 7, 2025, at 10:00 a.m. (ET).

## III. MATTERS GOING FORWARD

11. Plan Administrator's Ninth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 7) [Docket No. 3567].

    **Responses Received:** Informal response received from claimant Bernadeta Lucarz.

    **Related Documents:**

        A.    Notice of Objection to Your Claim [Docket No. 3568].

        B.    Affidavit of Service [Docket No. 3677].

        C.    Plan Administrator's Reply to Informal Opposition of Claimant to Ninth Omnibus Objection (Substantive) to Claims (Reclassified Gift Cards/Merchandise Credit Claims) [Docket No. 3717].

        D.    Certificate of Service [Docket No. 3718].

    **Status:** The Plan Administrator received an informal response from a claimant that was not filed on the docket. The Plan Administrator filed a reply to the informal response. See [Docket No. 3717]. No hearing is necessary unless the Court has any questions. .

12. Plan Administrator's Eleventh Omnibus Objection (Substantive) to Claims (Reclassified Gift Cards/Merchandise Credit Claims No. 9) [Docket No. 3571].

   **Responses Received:** Informal response received from claimant Larina Peters.

   **Related Documents:**

   A. Notice of Objection to Your Claim [Docket No. 3572].

   B. Affidavit of Service [Docket No. 3677].

   C. Plan Administrator's Reply to Informal Opposition of Claimant to Eleventh Omnibus Objection (Substantive) to Claims (Reclassified Gift Cards/Merchandise Credit Claims) [Docket No. 3719].

   D. Certificate of Service [Docket No. 3720].

   **Status:** The Plan Administrator received an informal response from a claimant that was not filed on the docket. The Plan Administrator filed a reply to the informal response. See [Docket No. 3719]. No hearing is necessary unless the Court has any questions.

Dated: November 25, 2024

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
Email:          rfeinstein@pszjlaw.com
                    bsandler@pszjlaw.com
                    plabov@pszjlaw.com
                    crobinson@pszjlaw.com

*Counsel to the Plan Administrator*