U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 NOV 26 P 3:37

JEANNE NAUGHTON
BY Reaus
DEPUTY CLERK

Nov. 9, 2024

Honorable Vincent F. Papalia
United States Bankruptcy Court, Courtroom No. 3B
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

To The Honorable Vincent F. Papalia and Bankruptcy Court of Newark New Jersey,
This is an official objection to reclassification of the debt of Bed Bath and Beyond Inc. debtor 0488 represented by Michael Goldberg vs. Larina Peters claim #13847. Case #23-13359-VFP Doc. 3571. I would like this considered for secured and priority status.
This was a breach of contract in the amount of $186.04 for the purchase of gift cards. The company stopped accepting gift cards and gave no notice to customers prior to the sale. I am adjusting this claim to include a $75.00 administration fee to fight this breach and $1.46 in postage. This claim is to now be amended to $262.50.

Please feel free to contact me with any further questions.

Sincerely,

*Larina Peters*

Larina Peters
808 Richer Court
Diamond Springs, Ca. 95619
Cell. # 1-530-391-8805

Ms. Larina Peters & Mr. Wes K. Peters
808 Richer Cl.
Diamond Springs, CA 95619-9740

Case # 23-13359-VFP
Doc. 3542

XRAYED

United States Bankruptcy Court
Honorable Vincent F. Papalia
Court room NO. 3B
Martin Luther King, Jr.
Federal Building
50 Walnut Street Newark

SACRAMENTO CA 957
13 NOV 2024 PM 2 L

