**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    bsandler@pszjlaw.com
          plabov@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

Order Filed on November 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BED BATH & BEYOND INC., *et al.*,[1]

                Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**ORDER (A) ALLOWING CERTAIN PERSONAL INJURY CLAIMS AND (B) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through five (5), is **ORDERED**.

**DATED: November 27, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Page: 2
Debtors: Bed Bath & Beyond, Inc., et al.
Case No.: 23-13359 (VFP)
Caption: Order (A) Allowing Certain Personal Injury Claims and (B) Granting Related Relief

---

Upon the *Motion for Entry of an Order (A) Allowing Certain Personal Injury Claims and (B) Granting Related Relief* (the "Motion")[2] of Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[3] and affiliated debtors (the "Debtors"), for entry of an order (this "Order"), (i) allowing the Subject Claims identified on **Exhibit 1** hereto as Class 6 General Unsecured Claims in the face amount of such claims, as identified on **Exhibit 1** in full and final satisfaction of such Claims as and against the Debtors, (ii) requiring holders of the Subject Claims, to the extent litigation has been initiated, to dismiss or otherwise withdraw such litigation with prejudice against the Debtors, and (iii) granting related relief, all as is more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Plan Administrator's notice of the

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

[3] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

4889-8880-9937.10 08728.003

| | |
|---|---|
| Page: | 3 |
| Debtors: | Bed Bath & Beyond, Inc., et al. |
| Case No.: | 23-13359 (VFP) |
| Caption: | Order (A) Allowing Certain Personal Injury Claims and (B) Granting Related Relief |

Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The PI Claims identified in **Exhibit 1** hereto (collectively, the "Subject Claims") are hereby Allowed as Class 6 General Unsecured Claims in the amounts identified on Exhibit 1, in full and final satisfaction of such Claims as and against the Debtors and their estates.

2. For the avoidance of doubt, the Subject Claims will solely be entitled to be treated as Class 6 General Unsecured Claims and will receive distributions (if any) in accordance with the terms of the Plan.

3. Kroll Restructuring Administration LLC, as claims, noticing, and solicitation agent, is authorized and directed to update the claims register in these chapter 11 cases to reflect the relief granted in this Order.

4. No later than thirty (30) days following entry of this Order, the holders of the Subject Claims shall cause any pending litigation underlying the Subject Claims to be dismissed or otherwise withdrawn, with prejudice, as to all Debtors and their estates.

4889-8880-9937.10 08728.003

| | |
|---|---|
| Page: | 4 |
| Debtors: | Bed Bath & Beyond, Inc., et al. |
| Case No.: | 23-13359 (VFP) |
| Caption: | Order (A) Allowing Certain Personal Injury Claims and (B) Granting Related Relief |

5. Nothing in this Order shall obligate the Plan Administrator, the Debtors, the holders of the Subject Claims, or any insurance carrier to settle or pursue settlement of any particular Claim.

6. Nothing in this Order, nor any actions taken pursuant hereto, shall constitute admissible evidence against any party in any action or proceeding other than one to enforce the terms of this Order.

7. The limited relief set forth herein shall not be construed as an admission of liability by the Debtors regarding any claim or cause of action arising from or in relation to the Subject Claims or any other matter. The Debtors deny any and all liability and wrongdoing. This Order represents the compromise and resolution of disputed claims.

8. For the avoidance of doubt, nothing in this Order shall be construed as an agreement to treat any damages or expenses resulting or arising from the Subject Claims, or commencement and prosecution thereof, as post-petition claims. For the further avoidance of doubt, nothing in this Order shall be construed to alter treatment of any liquidated Claim under the Plan.

9. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Plan Administrator's or any appropriate party-in-interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the Plan Administrator's or any other party-in-interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, or (iv) an approval, adoption, assumption, or rejection of

4889-8880-9937.10 08728.003

| | |
|---|---|
| Page: | 5 |
| Debtors: | Bed Bath & Beyond, Inc., et al. |
| Case No.: | 23-13359 (VFP) |
| Caption: | Order (A) Allowing Certain Personal Injury Claims and (B) Granting Related Relief |

any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code. For the avoidance of doubt, the Plan Administrator's rights to object to any Claim filed by the holders of the Subject Claims, other than the Subject Claims, on any grounds whatsoever are expressly preserved.

10. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

11. The Plan Administrator, the Debtors, the holders of the Subject Claims, and any insurance carrier affected by this Order are authorized to take all actions necessary or appropriate to effectuate the relief granted herein.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4889-8880-9937.10 08728.003

# Exhibit 1

**(*The Subject Claims*)**

| Ref. No. | Creditor | Claim No. | Debtor | Date Filed | Claim Amount |
|---|---|---|---|---|---|
| 1 | Almanzar, Altagracia Diaz | 18258 | Bed Bath & Beyond Inc. | 11/3/2023 | $45,000.00 |
| 2 | Alvarez, Victoria Jasmine | 17403 | Bed Bath & Beyond Inc. | 9/25/2023 | $25,000.00 |
| 3 | Baldwin, Edward | 16744 | Bed Bath & Beyond Inc. | 8/30/2023 | $50,000.00 |
| 4 | Bowers, Margaret Anne | 18934 | Bed Bath & Beyond Inc. | 12/20/2023 | $10,738.00 |
| 5 | Brown, Deralynn | 9941 | Bed Bath & Beyond Inc. | 7/6/2023 | $100,000.00 |
| 6 | Cox Smith, Carla | 19186 | Bed Bath & Beyond Inc. | 1/11/2024 | $400,000.00 |
| 7 | Eichner, Phyllis | 3642 | Bed Bath & Beyond Inc. | 6/2/2023 | $500,000.00 |
| 8 | Frey, Jeffrey | 18218 | Bed Bath & Beyond of Portland Inc. | 11/2/2023 | $200,000.00 |
| 9 | Gonzalez, Jr., Noel | 19009 | San Antonio Bed Bath & Beyond Inc. | 12/27/2023 | $145,000.00 |
| 10 | Haner, Tiffany | 17645 | Bed Bath & Beyond Inc. | 10/4/2023 | $95,000.00 |
| 11 | Hernandez, Gisella | 8530 | Bed Bath & Beyond Inc. | 6/20/2023 | $100,000.00 |
| 12 | Hoyle, Keela Latrae | 17748 | Bed Bath & Beyond Inc. | 10/9/2023 | $30,000.00 |
| 13 | Leone, Vinese A. | 13669 | Bed Bath & Beyond Inc. | 7/7/2023 | $750,000.00 |
| 14 | Maloney-Najjar, Kelley | 1220 | Harmon Stores, Inc. | 5/15/2023 | $100,000.00 |
| 15 | Parrish, Beverly | 20280 | Bed Bath & Beyond Inc. | 9/4/2024 | $472,000.00 |
| 16 | Paul, Angela | 16938 | Bed Bath & Beyond Inc. | 9/14/2023 | $100,000.00 |
| 17 | Richards-Coley, Nicole | 1477 | Bed Bath & Beyond Inc. | 5/16/2023 | $250,000.00 |
| 18 | Rzeczkowski, Vicki | 13645 | Bed Bath & Beyond Inc. | 7/3/2023 | $50,000.00 |
| 19 | Salazar, Anna | 19710 | Bed Bath & Beyond Inc. | 3/26/2024 | $100,000.00 |
| 20 | Schwoyer, Christy | 15025 | Bed Bath & Beyond Inc. | 7/26/2023 | $135,000.00 |
| 21 | Shaw, Shelley | 14310 | Bed Bath & Beyond Inc. | 7/19/2023 | $75,000.00 |