To clerk of The Bankruptcy court for District of NJ

To whom it may concern

This my support documents request by The Bankruptcy court for Bed & Bath & Beyond Bankruptcy

Case No: 23-13359

My Name christine labib

My contact Number is 201-471-8376

Thanks
Regards

christine labib

H3 orchard Court
clifton 07012

Email address: chhnlabib@yahoo.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2024 DEC -2  A 8: 25
Rob Herin





BED BATH & BEYOND gift card

Choose the Amount $25 – $500

Card has no value until activated by cashier.

BED BATH & BEYOND

$8.29

**PROTECT THIS CARD AND TREAT IT AS YOU WOULD CASH.**
**For balance inquiries or store locations, call 1-800-GO BEYOND®** (1-800-462-3966). Present this card at the time of purchase; the available balance will be applied toward your purchase. Good at any Bed Bath & Beyond®, buybuy BABY®, Christmas Tree Shops®, Harmon®, Face Values® and Cost Plus World Market® location in the United States, Canada and Puerto Rico. This merchandise credit card is redeemable for merchandise only and may not be redeemed for cash, except where required by law. This card cannot be redeemed for pre-paid cards issued by financial institutions such as Visa®, Mastercard® or American Express®. This card cannot be used for portrait studio services. If a card is lost or stolen, a replacement card will be reissued with the balance remaining when an original receipt is presented. © Bed Bath & Beyond Inc. and its subsidiaries. This card is issued by BBB Value Services Inc.

CARD# 6144 2536 4129 8270    PIN#

FD-8428101

*[Handwritten envelope, rotated]*

Return address:
time labib
orchard court
ftor NJ 07012

Addressed to:
United States Bankruptcy Court
For The District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

*[Postmarked NOV 27 2024, USA Forever "Thank You HealthcareCommunity" stamp]*