<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Vincent J. Roldan
vroldan@mblawfirm.com

**Attorneys for Entities on Exhibit A**

</td><td>

Case No. 23-13359 (VFP)

Chapter 11

</td></tr>
<tr><td>

In re

Bed Bath & Beyond, Inc.

                    Debtor.

</td><td></td></tr>
</table>

## NOTICE OF WITHDRAWAL OF APPEARANCE OF NICHOLAS GOETTSCHE

**PLEASE TAKE NOTICE** that Mandelbaum Barrett PC ("Mandelbaum Barrett") is counsel to the taxing authorities listed on Exhibit A in the above-captioned Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on October 13, 2023, the Court entered an Order permitting Nicholas Goettsche to appear *pro hac vice*. *See* Docket No. 2442.

**PLEASE TAKE FURTHER NOTICE** that Mr. Goettsche's appearance is hereby withdrawn and the undersigned respectfully requests that Mr. Goettsche's name be removed from the Court's mailing matrix and service list for these chapter 11 cases. *See* Docket No. 3516.

**PLEASE TAKE FURTHER NOTICE** that the entities on Exhibit A continue to be represented by Mandelbaum Barrett in these chapter 11 cases.

4856-4019-7365, v. 2

Dated: December 11, 2024                    Respectfully submitted,


Counsel for the entities on Exhibit A:

/s/ Vincent J. Roldan
Vincent J. Roldan
MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
Tel: 973.607.1269
Email: vroldan@mblawfirm.com

Co-Counsel for the entities on Exhibit A:

/s/ Julie Anne Parsons
Julie Anne Parsons
Texas State Bar No. 00790358
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P. O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com