**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          plabov@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 7, 2025, AT 10:00 A.M. (ET)**

**Please note that this hearing is cancelled as all matters are adjourned.**

I.    **MATTERS ADJOURNED TO FEBRUARY 4, 2025, AT 10:00 A.M. (ET)**

1.    Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

   Response Deadline: October 17, 2023.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Responses Received:

(a)     Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

(b)     HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

Related Documents:

(a)     Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

(b)     Notice of Hearing [Docket No. 2425].

(c)     Determination of Adjournment Request [Docket No. 2531].

(d)     Determination of Adjournment Request [Docket No. 2537].

(e)     Determination of Adjournment Request [Docket No. 2772].

(f)     Determination of Adjournment Request [Docket No. 2897].

(g)     Determination of Adjournment Request [Docket No. 2926].

(h)     Determination of Adjournment Request [Docket No. 2953].

(i)     Determination of Adjournment Request [Docket No. 2982].

(j)     Determination of Adjournment Request [Docket No. 3073].

(k)     Determination of Adjournment Request [Docket No. 3297].

(l)     Determination of Adjournment Request [Docket No. 3340].

(m)     Determination of Adjournment Request [Docket No. 3469].

(n)     Determination of Adjournment Request [Docket No. 3523].

(o)     Determination of Adjournment Request [Docket No. 3673].

(p)     Determination of Adjournment Request [Docket No. 3724].

(q)     Determination of Adjournment Request [Docket No. 3762].

Status:  This matter is adjourned for hearing on February 4, 2025, at 10:00 a.m. Eastern Time.

2.      Plan Administrator's Third Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Multiple Debtors) [Docket No. 3529].

Response Deadline:  October 22, 2024.

Responses Received:  Informal responses received from the California Franchise Tax Board and the Texas Attorney General's Office.

Related Documents:

(a)     Notice of Objection to Your Claim [Docket No. 3530].

(b)     Certificate of Service [Docket No. 3531].

(c)     Affidavit of Service [Docket No. 3551].

(d)     Determination of Adjournment Request [Docket No. 3664].

(e)     Determination of Adjournment Request [Docket No. 3716].

(f)     Determination of Adjournment Request [Docket No. 3761].

Status:  This matter is adjourned for hearing on February 4, 2025, at 10:00 a.m. Eastern Time.

## II.   MATTERS ADJOURNED TO JANUARY 14, 2025, AT 11:00 A.M. (ET) REGARDING GOLDBERG V. NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY, ADVERSARY NO. 24-01443 (VFP)

3.      Pretrial Conference on Complaint [Docket No. 1].

Response Deadline:  July 8, 2024.

Responses Received:

(a)     Answer and Affirmative Defenses of Defendant New Jersey Economic Development Authority [Docket No. 19].

Related Documents:

(a)     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 3].

(b)     Stipulation Extending Deadline for Defendant to Respond to the Complaint [Docket No. 14].

(c)     Determination of Adjournment Request [Docket No. 18].

(d)     Determination of Adjournment Request [Docket No. 20].

       (e)       Determination of Adjournment Request [Docket No. 21].

<u>Status</u>:  This matter has been adjourned at the request of the Court to January 14, 2025, at 11:00 a.m. Eastern Time.

4.       Defendant's Motion for Judgement on the Pleadings [Docket No. 22].

<u>Response Deadline:</u>  December 20, 2024.

<u>Responses Received:</u>

       (a)       Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Pleadings [Docket No. 30].

<u>Related Documents:</u>

       (a)       Declaration of Susan Greitz in Support of Defendant's Motion for Judgement on the Pleadings [Docket No. 24].

       (b)       Declaration of Eliott Berman in Support of Defendant's Motion for Judgement on the Pleadings [Docket No. 25].

       (c)       Reply Memorandum of Law in Further Support of Defendant's Motion for Judgement on the Pleadings [Docket No. 31].

<u>Status</u>:  This matter has been adjourned at the request of the Court to January 14, 2025, at 11:00 a.m. Eastern Time.

Dated:  January 6, 2025

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com
       plabov@pszjlaw.com
       crobinson@pszjlaw.com

*Counsel to the Plan Administrator*