**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Hill, Mary Augusta, (ADRID: 12987172), at an address that has been redacted in the interest of privacy:

- Plan Administrator's Seventh Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 5) [Docket No. 3563]

- Notice of Objection to Your Claim (7th Omni) [Docket No. 3564], customized to include the name of the claimant

On December 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Huff, Pamela, (ADRID: 13085175), at an address that has been redacted in the interest of privacy:

- Plan Administrator's Eighth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 6) [Docket No. 3565]

- Notice of Objection to Your Claim (8th Omni) [Docket No. 3566], customized to include the name of the claimant

On December 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Mapp, Rachel Elizabeth, (ADRID: 18159331), at an address that has been redacted in the interest of privacy:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

- Plan Administrator's Ninth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 7) [Docket No. 3567]

- Notice of Objection to Your Claim (9th Omni) [Docket No. 3568], customized to include the name of the claimant

On December 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Perez, Albert, (ADRID: 12824970), at an address that has been redacted in the interest of privacy:

- Plan Administrator's Eleventh Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 9) [Docket No. 3571]

- Notice of Objection to Your Claim (11th Omni) [Docket No. 3572], customized to include the name of the claimant

On December 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Simeon-St.Denis, Natasha, (ADRID: 14894696), at an address that has been redacted in the interest of privacy:

- Plan Administrator's Twelfth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 10) [Docket No. 3573]

- Notice of Objection to Your Claim (12th Omni) [Docket No. 3574], customized to include the name of the claimant

On December 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Thirteenth Omnibus Objection Service List attached hereto as **Exhibit A**:

- Plan Administrator's Thirteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 11) [Docket No. 3576]

- Notice of Objection to Your Claim (13th Omni) [Docket No. 3577], customized to include the name of the claimant

On January 2, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Doyle, Meghan, (ADRID: 12880325), at an address that has been redacted in the interest of privacy:

- Plan Administrator's Sixth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 4) [Docket No. 3559]

- Notice of Objection to Your Claim (6h Omni) [Docket No. 3560], customized to include the name of the claimant

Dated: January 14, 2025

                                                     */s/ Paul Pullo*
                                                      Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 14, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

## Exhibit A

Supplemental Thirteenth Omnibus Objection Service List

Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 14894980 | Stdenis, Thomas | Address on File |
| 16825282 | Varughese, Linda R | Address on File |