| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Christie R. McGuinness, Esq. <br> Saul Ewing LLP <br> 1270 6th Avenue, #2800 <br> New York, NY 10020 <br> Telephone:   (212) 980-7200 <br> Facsimile:    (212) 980-7210 <br> Email:    Christie.McGuinness@Saul.com <br><br> *Counsel to Mark Tritton* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel Mark Tritton in the above-captioned action. All further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned at the address below.

Dated: New York, New York
       January 16, 2025

                                                              **SAUL EWING LLP**
                                                              1270 Avenue of the Americas, Suite 2800
                                                              New York, New York 10020
                                                               (212) 980-7200
                                                               *Counsel to Mark Tritton*

                                                              By: */s/ Christie R. McGuinness*
                                                                       Christie R. McGuinness