UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Alec P. Ostrow, Esq. *Admitted Pro Hac Vice*
Anne N. Smith, Esq.
299 Park Avenue, 16th Floor
New York, New York 10171
(212) 888-3033
aostrow@beckerglynn.com
asmith@beckerglynn.com
*Attorneys for TF Cornerstone Inc. and 200-220 West 26 LLC*

In Re:

BED BATH & BEYOND INC., et al.,

Debtors.

Case No.: 23-13359
Chapter: 11
Judge: (VFP)

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of TF Cornerstone Inc., & 200-220 West 26 LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Alec P. Ostrow, Esq. *Admitted Pro Hac Vice*
Anne N. Smith, Esq.
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, 16th Floor
New York, New York 10171

DOCUMENTS:

[X]  All notices entered pursuant to Fed. R. Bankr. P. 2002.

[X]  All documents and pleadings of any nature.

Date: January 16, 2025

*/s/ Anne N. Smith*
Signature

new.8/1/15