UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| BED BATH & BEYOND, INC., *et al.*, | : | Case No. 23-13359 (VFP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 7296, 7299 AND 8613

TO THE CLERK:

Pursuant to Fed. R. Bankr. P. 3006, please note on the claims docket in the above-captioned case that Zadro Inc. hereby withdraws with prejudice Proofs of Claim Nos. 7296, 7299 and 8613, filed with the Court in the above matter on June 30, 2023.

Dated:  January 20, 2025,                         STEVENS & LEE, P.C.

　　　　　　　　　　　　　　　　　　　　 */s/ John C. Kilgannon*

　　　　　　　　　　　　　　　　　　　　 John C. Kilgannon, Esquire
　　　　　　　　　　　　　　　　　　　　 510 Carnegie Center Drive
　　　　　　　　　　　　　　　　　　　　 Suite 400
　　　　　　　　　　　　　　　　　　　　 Princeton, NJ 08540
　　　　　　　　　　　　　　　　　　　　 Telephone: (215) 751 1943
　　　　　　　　　　　　　　　　　　　　 Fax: (610) 371 7954
　　　　　　　　　　　　　　　　　　　　 Email:  john.kilgannon@stevenslee.com

　　　　　　　　　　　　　　　　　　　　 Joseph H. Huston, Jr. (No. 4035)
　　　　　　　　　　　　　　　　　　　　 919 North Market Street, Suite 1300
　　　　　　　　　　　　　　　　　　　　 Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　 Telephone: (302) 425-3310
　　　　　　　　　　　　　　　　　　　　 Fax: (610) 371-7972
　　　　　　　　　　　　　　　　　　　　 Email:  joseph.huston@stevenslee.com
　　　　　　　　　　　　　　　　　　　　 *Attorneys for Zadro Inc*