UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| BED BATH & BEYOND, INC., *et al.*, | : Case No. 23-13359 (VFP) |
| | : (Jointly Administered) |
| Debtors. | : |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 20, 2025, the foregoing *Notice of Withdrawal of Proofs of Claim Nos. 7296, 7299 and 8613* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

                                                    */s/ John C. Kilgannon*
                                                    John C. Kilgannon.