UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 14th Floor
New York, NY 10111-0100
(212) 589-4200
Elyssa S. Kates
Co-counsel to Zero Technologies, LLC

In Re:

BED BATH & BEYOND, INC., et al.,

Debtor.

Case No.: 23-13359 (VFP)

Chapter: 11

Judge: Vincent F. Papalia

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Zero Technologies, LLC__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 45 Rockefeller Plaza, 14th Floor
New York, NY 10111-0100
(212) 589-4200
ekates@bakerlaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: January 30, 2025

*Elyssa Kates*
Signature

new.8/1/15