|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza, 14th Floor<br>New York, NY 10111-0100<br>(212) 589-4200<br>Elyssa S. Kates<br>*Co-counsel to Zero Technologies, LLC* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

**APPLICATION FOR AN ORDER FOR ADMISSION**
***PRO HAC VICE* OF BENJAMIN TAYLOR**

TO:  Clerk of Court
United States Bankruptcy Court
Martin Luther King, Jr. Fed. Bldg.
50 Walnut Street, 3rd Floor
Newark, NJ 07102

Pursuant to Rules 101.1 and 9010-1 of the Local Rules of the United States District and Bankruptcy Courts of the District of New Jersey, the undersigned counsel to Zero Technologies, LLC ("Zero Technologies"), a defendant in adversary proceeding, Adv. Proc. No. 24-01411, hereby seeks entry of an order granting the admission *pro hac vice* of Benjamin Taylor, a member of Baker & Hostetler LLP, counsel to Zero Technologies. In support of this application, counsel submits the attached Declaration of Benjamin Taylor, Esq. and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing and a

---

[1] The last 4 digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of the Debtor Bed Bath & Beyond's principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

member in good standing with the Bar of the State of New Jersey and before the United States District Court for the District of New Jersey.

Dated: January 30, 2025

                                                  BAKER & HOSTETLER LLP

                                                  By: */s/ Elyssa S. Kates*
                                                       Elyssa S. Kates
                                                         45 Rockefeller Plaza, 14th Floor
                                                        New York, NY 10111-0100
                                                        Telephone: (212) 589-4200
                                                        Fax: (212) 589-4201
                                                        Email: ekates@bakerlaw.com
                                                        *Counsel to Zero Technologies, LLC*