| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza, 14th Floor<br>New York, NY 10111-0100<br>(212) 589-4200<br>Elyssa S. Kates<br>*Co-counsel to Zero Technologies, LLC* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[2]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### DECLARATION OF BENJAMIN TAYLOR

I, Benjamin Taylor, hereby declare, pursuant to 28 U.S.C. §1746, under penalty of perjury that:

1. I am an attorney-at-law and an associate of the firm of Baker & Hostetler LLP, counsel to Zero Technologies, LLC ("Zero Technologies"), the defendant in adversary proceeding, Adv. Pro. No. 24-01411. My office is located at 200 S. Orange Avenue, Suite 2300, Orlando, Florida. I make this Declaration in support of my application to appear in the case pro hac vice pursuant to Local District and Bankruptcy Rules 101.1 and 9010-1 to represent Zero Technologies.

2. I was admitted to (i) practice law in the State of Florida in 2020 and (ii) appear in the United States District Court in the Middle District of Florida in 2021.

3. I am a member in good standing in each.

---

[2] The last 4 digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of the Debtor Bed Bath & Beyond's principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

   4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

   5. I have obtained a copy of the Local District and Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

   6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

Dated: January 30, 2025

            */s/ Benjamin Taylor*
            BENJAMIN TAYLOR