**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on O'Leary, Bridget (ADRID: 18988825), at an address that has been redacted in the interest of privacy:

- Order Sustaining Plan Administrator's Tenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 8) [Docket No. 3735]

On January 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Simeon-St.Denis, Natasha (ADRID: 14894696), at an address that has been redacted in the interest of privacy:

- Order Sustaining Plan Administrator's Twelfth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 10) [Docket No. 3738]

On January 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Thirteenth Omnibus Objection Service List attached hereto as **<u>Exhibit A</u>**:

- Order Sustaining Plan Administrator's Thirteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 11) [Docket No. 3739]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On January 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Wood, Jennifer L, (ADRID: 12880948), at an address that has been redacted in the interest of privacy:

- Order Sustaining Plan Administrator's Fourteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 12) [Docket No. 3737]

Dated: January 27, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 27, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

# **Exhibit A**

## Exhibit A

Supplemental Thirteenth Omnibus Objection Service List

Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 14894980 | Stdenis, Thomas | Address on File |
| 13091098 | Stockton, Annelie | Address on File |