| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**GENOVA BURNS LLC**<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>SCOTT S REVER, ESQ.<br>JACLYNN N. MCDONNELL, ESQ.<br>srever@genovaburns.com<br>jmcdonnell@genovaburns.com<br>*Counsel for Evenflo Company, Inc.*<br><br>-and-<br><br>**Beacon Law Group, LLC**<br>100 Cambridge St., 14th Fl.,<br>Boston, MA 02114<br>Telephone: (617) 235-8600<br>Fax: (617) 612-4129<br>ADAM J. RUTTENBERG, ESQ.<br>aruttenberg@beaconlawgroup.com<br>*Counsel for Evenflo Company, Inc.* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et. al.*,<br><br>    *Debtors.* | Chapter 11<br><br>Case No.: 23-13359-VFP<br>(Jointly Administered) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF ADAM J. RUTTENBERG, ESQ.

Scott S. Rever, a member in good standing of the bar of New Jersey (the "Movant"), pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and D.N.J. LBR 9010-1, respectfully moves this Court, on behalf of attorney Adam J. Ruttenberg, for an order granting permission to appear *pro hac vice* on behalf of Evenflo Company, Inc. in the above-captioned chapter 11 case and any related adversary proceedings. In support of this request, Movant represents as follows:

1. I am an attorney at the law firm of GENOVA BURNS LLC, which maintains an office at 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920. I am admitted to practice law in the state of New Jersey and before the United States District Court of New Jersey. There are no disciplinary proceedings pending against me in any jurisdiction and no disciplinary proceeding has previously been imposed on me in any jurisdiction.

2. Adam J. Ruttenberg, Esq. is an attorney with the law firm Beacon Law Group LLC in Massachusetts which maintains an office at 100 Cambridge St., 14th Floor, Boston, MA 02114. Upon information and belief, Adam J. Ruttenberg is a member in good standing of the bar of the Commonwealth of Massachusetts. No disciplinary proceedings are pending against him nor have been imposed on him in any jurisdiction.

3. I have appeared as counsel of record for Evenflo Company, Inc. in the Adversary Proceeding Docket No. 24-01360-VFP and shall serve as local counsel upon whom all notices, orders, and pleadings shall also be served.

4. I am familiar with the Local Rules of practice of this Court.

WHEREFORE, Movant respectfully requests entry of the Order submitted herewith granting admission *pro hac vice* of Adam J. Ruttenberg, Esq. to represent for Evenflo Company, Inc. in the above-captioned chapter 11 case and any related adversary proceedings.

Date: January 29, 2025

*/s/ Scott S. Rever*
Scott S. Rever, Esq.
GENOVA BURNS
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: srever@genovaburns.com
*Counsel for Evenflo Company, Inc.*