| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 4, 2025, AT 10:00 A.M. (ET)**

> Please note that this hearing is cancelled as all matters are adjourned.

I.  **MATTER ADJOURNED TO MARCH 4, 2025, AT 10:00 A.M. (ET)**

   1.  Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

       Response Deadline: October 17, 2023.

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4925-5169-0005.1 08728.003

Responses Received:

    (a)    Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

    (b)    HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

Related Documents:

    (a)    Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

    (b)    Notice of Hearing [Docket No. 2425].

    (c)    Determination of Adjournment Request [Docket No. 2531].

    (d)    Determination of Adjournment Request [Docket No. 2537].

    (e)    Determination of Adjournment Request [Docket No. 2772].

    (f)    Determination of Adjournment Request [Docket No. 2897].

    (g)    Determination of Adjournment Request [Docket No. 2926].

    (h)    Determination of Adjournment Request [Docket No. 2953].

    (i)    Determination of Adjournment Request [Docket No. 2982].

    (j)    Determination of Adjournment Request [Docket No. 3073].

    (k)    Determination of Adjournment Request [Docket No. 3297].

    (l)    Determination of Adjournment Request [Docket No. 3340].

    (m)    Determination of Adjournment Request [Docket No. 3469].

    (n)    Determination of Adjournment Request [Docket No. 3523].

    (o)    Determination of Adjournment Request [Docket No. 3673].

    (p)    Determination of Adjournment Request [Docket No. 3724].

    (q)    Determination of Adjournment Request [Docket No. 3762].

    (r)    Determination of Adjournment Request [Docket No. 3853].

Status: This matter is adjourned for hearing on March 4, 2025, at 10:00 a.m. Eastern Time.

**II.     MATTER ADJOURNED TO APRIL 8, 2025, AT 10:00 A.M. (ET)**

2. Plan Administrator's Third Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Multiple Debtors) [Docket No. 3529].

   Response Deadline:  October 22, 2024.

   Responses Received:  Informal responses received from the California Franchise Tax Board and the Texas Attorney General's Office.

   Related Documents:

   (a)   Notice of Objection to Your Claim [Docket No. 3530].

   (b)   Certificate of Service [Docket No. 3531].

   (c)   Affidavit of Service [Docket No. 3551].

   (d)   Determination of Adjournment Request [Docket No. 3664].

   (e)   Determination of Adjournment Request [Docket No. 3716].

   (f)   Determination of Adjournment Request [Docket No. 3761].

   (g)   Determination of Adjournment Request [Docket No. 3847].

   Status:  This matter is adjourned for hearing on April 8, 2025, at 10:00 a.m. Eastern Time.

Dated:  February 3, 2025

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:       rfeinstein@pszjlaw.com
             bsandler@pszjlaw.com
             plabov@pszjlaw.com
             crobinson@pszjlaw.com

*Counsel to the Plan Administrator*