| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| *Caption in Compliance with D.N.J. 9004-1(b)*<br>CHRISTOPHER D. LOIZIDES, ESQ<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: 302-654-0248<br>Email: loizides@loizides.com<br>*Attorney for Laura Alevy and David Alevy* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br><br>Debtors.[1] | Case No. 23-13359(VFP) (Joint Admin.)<br><br>Chapter 11<br><br>Hearing Date: March 4, 2025 at 10:00 a.m.<br><br>Judge: Papilla |

**NOTICE OF MOTION OF LAURA ALEVY AND DAVID ALEVY TO OBTAIN AN ORDER (I) MODIFYING THE AUTOMATIC STAY AND PLAN INJUNCTION TO ALLOW MOVANTS TO PURSUE PERSONAL INJURY LITIGATION AGAINST THE DEBTOR(S), (II) FOR LEAVE TO FILE PROOFS OF CLAIM AFTER THE BAR DATE AND (III) WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001(a)(3)**

Christopher D. Loizides has filed papers with the court to obtain an order (I) modifying the automatic stay and plan injunction to allow movants Laura Alevy and David Alevy ("Movants") to pursue personal injury litigation against the Debtor(s), (ii) for leave to file proofs of claim after the bar date and (iii) waiving the provisions of Fed. R. Bankr. P. 4001(a)(3).

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: March 4, 2025

Hearing Time: 10:00 a.m.

Hearing Location:   United States Bankruptcy Court for the District of New Jersey
50 Walnut Street
Newark, NJ  07102

Courtroom Number: 3B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

CHRISTOPHER D. LOIZIDES, ESQ
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, Delaware 19801.
Telephone:  302-654-0248
Email: loizides@loizides.com

*Counsel to Movants*


Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

HUSCH BLACKWELL LLP
David Stauss (NJ I.D. #013862005)
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: 303.749.7200
Facsimile: 303.749.7272
Email: david.stauss@huschblackwell.com

*Counsel to Safety National Casualty Corporation*

      If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   February 10, 2025

                    */s/ Christopher D. Loizides*
                    CHRISTOPHER D. LOIZIDES, ESQ
                    LOIZIDES, P.A.
                    1225 King Street, Suite 800
                    Wilmington, Delaware 19801.
                    Telephone:  302-654-0248
                    Email: loizides@loizides.com

                    *Attorney for Laura Alevy and David Alevy*