| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. 9004-1(b)**<br>CHRISTOPHER D. LOIZIDES, ESQ<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, Delaware 19801.<br>Telephone: 302-654-0248<br>Email: loizides@loizides.com<br>Attorney for Laura Alevy | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br><br>    Debtors.[1] | Case No. 23-13359(VFP) (Joint Admin.)<br><br>Chapter 11<br><br>Hearing Date: March 4, 2025 at 10:00 a.m.<br><br>Judge: Papilla |

**CERTIFICATION OF LAURA ALEVY IN SUPPORT OF THE MOTION OF LAURA ALEVY TO OBTAIN AN ORDER (I) MODIFYING THE AUTOMATIC STAY AND PLAN INJUNCTION TO ALLOW MOVANT TO PURSUE PERSONAL INJURY LITIGATION AGAINST THE DEBTOR(S), (II) FOR LEAVE TO FILE A PROOF OF CLAIM AFTER THE BAR DATE AND (III) WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001(a)(3)**

I, Laura Alevy, submit this Certification in support of the *Motion of Laura Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movant to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File a Proof of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* (the "**Motion**").

1. I am an individual resident of the State of Georgia.

2. On April 3, 2023 at the Bed, Bath & Beyond store located at 1545 Market Place Boulevard, Cumming, GA 30041 (the "**Store**"), which, on information and belief, was at all

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

relevant times owned and operated by debtor Bed Bath & Beyond, Inc. (the "Debtor"), I was walking in the store and fell forward to the ground. I hit my face as I was falling and by the time I hit the ground, I was crying uncontrollably. My upper lip started to swell, and my forehead began to hurt. An employee tried to help me up, but I could not move. The employee helped me to call my husband, who called an ambulance once he got to the Store. I rode in the ambulance to Northside Hospital Forsyth to receive medical attention for my injuries.

       3.       As a result of the Accident, I have suffered various physical injuries, including my head, left shoulder, right hip, right groin, right wrist, neck, and my lower back. I have also suffered a permanent injury from a concussion. I am still experiencing headaches, dizziness, memory loss, and the inability to function like I did before. Since the fall, I rely more on my husband now to take care of me.

       4.       I have no record or recollection of receiving notice of the Debtor's bankruptcy case.

       5.       I have no record or recollection of receiving notice of a deadline to file proofs of claim in the Debtor's bankruptcy case.

       I certify under penalty of perjury that the above is true.

Date: February 7, 2025

*Laura Alevy*
DocuSigned by: 20BDFC549FD54BC...
Laura Alevy