| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. 9004-1(b)**<br>CHRISTOPHER D. LOIZIDES, ESQ<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, Delaware 19801.<br>Telephone: 302-654-0248<br>Email: loizides@loizides.com<br>*Attorney for Laura Alevy and David Alevy* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br><br>    Debtors.[1] | Case No. 23-13359(VFP) (Joint Admin.)<br><br>Chapter 11<br><br>Hearing Date: March 4, 2025 at 10:00 a.m.<br><br>Judge: Papilla |

**ORDER GRANTING LAURA ALEVY AND DAVID ALEVY (I) RELIEF FROM THE AUTOMATIC STAY AND THE PLAN INJUNCTION TO PURSUE PERSONAL INJURY LITIGATION AGAINST THE DEBTOR(S) (II) LEAVE TO FILE PROOFS OF CLAIM AFTER THE BAR DATE AND (III) WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001(a)(3)**

The relief set forth on the following page, numbered two (2), is **ORDERED**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

The Court having reviewed the *Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s) (II) for Leave to File Proofs of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)*, and any related responses or objections, it is hereby

ORDERED that

1. The Motion is hereby GRANTED.

2. The Plan Injunction is hereby modified to permit the Movants to institute and prosecute to conclusion (including through any appeals) litigation in the courts of the State of Georgia.

3. Movants may execute on any judgment(s) obtained against non-Debtors, non-Debtor property and against any applicable insurance policy or proceeds thereof.

4. Movants may join the Debtor as defendant in their actions irrespective of any conversion to any other Chapter of the Bankruptcy Code.

5. Nothing in this Order shall have any effect on the right of Movants to pursue claims and to execute against any non-Debtor or against any non-Debtor property.

6. Movants are granted leave to file proofs of claim after the Bar Date, with the allowed amount of any such proofs of claim to be determined in the Georgia proceedings.

7. The fourteen (14) day stay provisions of Fed. R. Bankr. P. 4001(a)(3) are hereby deemed waived and dispensed with.