| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. 9004-1(b)**<br>CHRISTOPHER D. LOIZIDES, ESQ<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, Delaware 19801.<br>Telephone: 302-654-0248<br>Email: loizides@loizides.com<br>*Attorney for Laura Alevy and David Alevy* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*<br><br>Debtors.[1] | Case No. 23-13359(VFP) (Joint Admin.)<br><br>Chapter 11<br><br>Hearing Date: March 4, 2025 at 10:00 a.m.<br><br>Judge: Papilla |

## CERTIFICATION OF SERVICE

1. I, Christoher D. Loizides:

   ☒ represent Laura Alvey and David Alevy in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☒ am the _____ in this case and am representing myself.

2. On February 11, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   ☒ Notice of *Motion of Laura Alevy and David Alevy to Obtain an Order (I)*

   *Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

*Injury Litigation Against the Debtor(s) (II) for Leave to File Proofs of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)*

☒ Certification of Steven Leibel in Support of the *Motion of Laura Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movant to Pursue Personal Injury Litigation against the Debtor(s) (II) for Leave to File a Proof of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)*

☒ Certification of Laura Alevy in Support of the *Motion of Laura Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movant to Pursue Personal Injury Litigation against the Debtor(s) (II) for Leave to File a Proof of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)*

☒ Certification of Christopher D. Loizides in Support of the *Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s) (II) for Leave to File Proofs of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)*

☐ Statement as to Why No Brief is Necessary

☒ Proposed Order Granting *Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s) (II) for Leave to File Proofs of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)*

☒ Other: *Memorandum of Law in support of the Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s) (II) for Leave to File*

*Proofs of Claim after the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 10, 2025

                                        */s/ Christopher D. Loizides*
                                        CHRISTOPHER D. LOIZIDES, ESQ
                                        LOIZIDES, P.A.
                                        1225 King Street, Suite 800
                                        Wilmington, Delaware 19801.
                                        Telephone:  302-654-0248
                                        Email: loizides@loizides.com

                                        *Attorney for Laura Alevy and David Alevy*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| HUSCH BLACKWELL LLP<br>David Stauss (NJ I.D. #013862005)<br>1801 Wewatta Street, Suite 1000<br>Denver, CO 80202<br>Telephone: 303.749.7200<br>Facsimile: 303.749.7272<br>Email: david.stauss@huschblackwell.com | Counsel to Safety National Casualty Corporation | Email |
| HUSCH BLACKWELL LLP<br>Caleb T. Holzaepfel, Esq.<br>Admitted pro hac vice<br>736 Georgia Avenue, Suite 300<br>Chattanooga, Tennessee 37402<br>Telephone: 423.755.2654<br>Email: caleb.holzaepfel@huschblackwell.com | Counsel to Safety National Casualty Corporation | Email |
| Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Plan Administrator | Email |
| Bed Bath & Beyond Inc.<br>650 Liberty Avenue<br>Union, NJ 07083 | Debtors | First Class Mail |
| David M. Bass<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>201-489-3000<br>Fax : 201-678-6359<br>Email: dbass@coleschotz.com | Counsel to Debtors | Email and First Class Mail |
| Michael I. Goldberg<br>201 East Las Olas Boulevard<br>Suite 1800<br>Fort Lauderdale, FL 33301 | Plan Administrator | First Class Mail |

| | | |
|---|---|---|
| Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com | Counsel to the Plan Administrator | Email |
| All parties on the Post Effective MSL/2002 Service List attached | As shown on Attached | As shown on Attached |
| All parties on the Notice Parties Service List attached | As shown on Attached | As shown on Attached |
| All parties on the Clerk's electronic service list | As shown the Clerk's electronic service list | CM/ECF |

5

Post Effective MSL/2002 Service List

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 | | First Class Mail |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 | KCAPUZZI@BENESCHLAW.COM; DBROGAN@BENESCHLAW.COM; GWERKHEISER@BENESCHLAW.COM | Email |
| CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 | PHOLDEN@C-WLAW.COM | Email |
| GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 | DCAMPBELL@GHCLAW.COM; CSCHROEDER@GHCLAW.COM | Email |
| JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 | JSHRUM@JSHRUMLAW.COM | Email |
| LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 | BMILLER@BARRYSMILLERESQ.COM | Email |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | KROSEN@LOWENSTEIN.COM | Email |
| MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 | VROLDAN@MBLAWFIRM.COM | Email |
| MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 | BCROWLEY@MCHFIRM.COM; JMCDONNELL@MCHFIRM.COM | Email |
| MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 | EMCDOWELL@MCDOWELLLEGAL.COM; JMCORMICK@MCDOWELLLEGAL.COM; PPFLUMM@MCDOWELLLEGAL.COM | Email |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 | SSTATON@LAW.GA.GOV | Email |
| PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 | FLORUSSO@PANSINILAW.COM | Email |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 | HJAFFE@PASHMANSTEIN.COM | Email |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 | JWEISS@PASHMANSTEIN.COM | Email |
| SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 | DEDELBERG@SH-LAW.COM | Email |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 | ROBERT.DRAIN@SKADDEN.COM; TANSY.WOAN@SKADDEN.COM; ANGELINE.HWANG@SKADDEN.COM | Email |
| SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 | MREYNOLDS@SWLAW.COM; ASTILL@SWLAW.COM | Email |
| SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 | NJ@DOR.MO.GOV | Email |
| STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 | RSCHROETER@STARK-KNOLL.COM | Email |
| THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 | COLLECTIONS@CGTLAW.COM | Email |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 | USTPREGION03.NE.ECF@USDOJ.GOV; FRAN.B.STEELE@USDOJ.GOV; ALEXANDRIA.NIKOLINOS@USDOJ.GOV | First Class Mail and Email |

**Notice Parties Service List**
Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| 26869859 | AFRUZ AKHUNDOVA | AFRUZ@BLGLEGAL.COM |
| 26869861 | BEN SANSONE | BEN@MISSOURILAWYERS.COM |
| 26869863 | CHRISTOPHER T. PHIPPS | CHRISTOPHER.PHIPPS@LANIERLAWFIRM.COM |
| 26869860 | KARINE BOGORAZ | KARINE@BLGLEGAL.COM |