Henry J. Jaffe
Alexis R. Gambale
**PASHMAN STEIN WALDER & HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
   agambale@pashmanstein.com

*Counsel to Helen of Troy L.P., KAZ Canada, Inc.,
KAZ USA, Inc. and OXO International, Ltd.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.* | Case Number: 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**OMNIBUS NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
NOS. 9352, 9589, 9607, 9611, 9705, 9708, 9782, 9814, 12442, 12455, 12476, 12524 & 12557**

  **PLEASE TAKE NOTICE** that Helen of Troy L.P., KAZ Canada, Inc., KAZ USA, Inc. and OXO International, Ltd., by and through their undersigned counsel, respectfully withdraw the Proofs of Claim filed on July 5, 2023 listed on the annexed Exhibit "A".

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Dated: February 10, 2025　　　　**PASHMAN STEIN WALDER & HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Henry J. Jaffe (admitted *pro hac vice*)
Alexis R. Gambale
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
　　　　agambale@pashmanstein.com

*Counsel to Helen of Troy L.P., KAZ Canada, Inc.,
KAZ USA, Inc. and OXO International, Ltd.*

# Exhibit 'A"

**Helen of Troy L.P.**

| Claim Number | Debtor | Case Number | Claim Amount |
|---|---|---|---|
| 9352 | Liberty Procurement Co. Inc. | 23-13428 | $ 390,384.69 |
| 9611 | Harmon Stores, Inc. | 23-13427 | $ 51,356.73 |
| 12476 | Bed Bath & Beyond Inc. | 23-13359 | $ 390,384.69 |
| 12524 | BBB Canada LP Inc. | 23-13361 | $ 157,106.02 |

**Kaz Canada, Inc.**

| Claim Number | Debtor | Case Number | Claim Amount |
|---|---|---|---|
| 9589 | Liberty Procurement Co. Inc. | 23-13428 | $ 68,000.02 |
| 9607 | BBB Canada LP Inc. | 23-13361 | $ 68,000.02 |
| 9814 | Bed Bath & Beyond Inc. | 23-13359 | $ 68,000.02 |

**Kaz USA, Inc.**

| Claim Number | Debtor | Case Number | Claim Amount |
|---|---|---|---|
| 9782 | Bed Bath & Beyond Inc. | 23-13359 | $ 721,894.23 |
| 12442 | Harmon Stores, Inc. | 23-13427 | $ 29,281.20 |
| 12455 | Liberty Procurement Co. Inc. | 23-13428 | $ 721,894.23 |

**OXO International, Ltd.**

| Claim Number | Debtor | Case Number | Claim Amount |
|---|---|---|---|
| 9705 | Buy Buy Baby, Inc. | 23-13400 | $ 285,231.12 |
| 9708 | Liberty Procurement Co. Inc | 23-13428 | $1,540,850.16 |
| 12557 | Bed Bath & Beyond Inc. | 23-13359 | $1,540,850.16 |