**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
John W. Weiss
Alexis R. Gambale
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
(201) 488-8200
jweiss@pashmanstein.com
agambale@pashmanstein.com

-and-

Henry J. Jaffe (admitted *pro hac vice*)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 592-6496
hjaffe@pashmanstein.com

*Counsel for Helen of Troy L.P., KAZ Canada, Inc., KAZ USA, Inc. and OXO International, Ltd.*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.* | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

1.     I, Gina C. Karnick, am the paralegal for Pashman Stein Walder & Hayden, P.C., counsel to Helen of Troy L.P., KAZ Canada, Inc., KAZ USA, Inc. and OXO International, Ltd. in the above referenced proceeding.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

2.      On February 10, 2025, I caused to be served the Omnibus Notice of Withdrawal of Proofs of Claim Nos. 9352, 9589, 9607, 9611, 9705, 9708, 9782, 9814, 12442, 12455, 12476, 12524 & 12557 [D.I. 3856] to the parties listed on the annexed "A" as indicated.

3.      I certify under penalty of perjury that the above document was served using the method of service indicated.

Dated: February 11, 2025                                        */s/ Gina C. Karnick*
                                                                Gina C. Karnick

**Exhibit "A"**

| Name and Address of Party Served | Relationship of Party to the Case | Method of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn.: Joshua A. Sussberg, Esq.<br>Emily E. Geier, Esq.<br>Derek I. Hunter, Esq.<br>Ross J. Fiedler, Esq.<br>Email: joshua.sussberg@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com<br>ross.fiedler@kirkland.com | Counsel for Debtors | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Email: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | Co-Counsel for Debtors | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |
| Office of the United States Trustee<br>District of New Jersey<br>1 Newark Center, Suite 21B<br>Newark, NJ 07102<br>Attn: Fran B. Steele, Esq.<br>Email: fran.b.steele@usdoj.gov | United States Trustee | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[ ] Email<br>[x] Other – Overnight Mail |
| Pachulski Stang Ziehl & Jones LLP<br>780 3rd Avenue #34<br>New York, NY 10017<br>Attn: Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Beth Levine, Esq.<br>Email: rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>blevine@pszjlaw.com | Counsel for the Official Committee of Unsecured Creditors | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |

| | | |
|---|---|---|
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Natasha Tsiouris, Esq.<br>  Adam Shpeen, Esq.<br>  Michael Pera, Esq.<br>Email: natasha.tsiouris@davispolk.com<br>  adam.shpeen@davispolk.com<br>  michael.pera@davispolk.com | Counsel to the Prepetition ABL Agent | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |
| Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Attn: David M. Hillman, Esq.<br>  Charles A. Dale, Esq.<br>Email: dhillman@proskauer.com<br>  cdale@proskauer.com | Counsel to the DIP Agent | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |
| Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd, Ste 1800<br>Newark, NJ 07102<br>Attn: Morris S. Bauer, Esq.<br>Email: msbauer@duanemorris.com | Counsel to the DIP Agent | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |
| Duane Morris LLP<br>1940 Route 70 East, Ste 100<br>Cherry Hill, NJ 08003<br>Attn: Sommer L. Ross, Esq.<br>Email: slross@duanemorris.com | Counsel to the DIP Agent | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |
| Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932<br>Attn: Alan Brody, Esq.<br>Email: brodya@gtlaw.com | Counsel to the Prepeittion ABL Agent | [ ] Hand-delivered<br>[ ] Regular Mail<br>[ ] Certified Mail/RR<br>[x] Email<br>[ ] Other |