| | |
|---|---|
| **BUTLER SNOW LLP** | **BUTLER SNOW LLP** |
| Paul S. Murphy | Candice M. Carson |
| P.O. Drawer 4248 | 2911 Turtle Creek Blvd., Suite 1400 |
| Gulfport, MS  39502 | Dallas, TX  75219 |
| 228.575.3033 | 469.680-5505 |
| Paul.murphy@butlersnow.com | Candice.carson@butlersnow.com |

*Attorneys for Creditor, Pittsburgh Hilton Head Associates L.P.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| BED BATH & BEYOND INC., et al. | Case No. 23-13359 (VFP) |
| Debtors.[1] | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
### TO BE REMOVED FROM NOTICE AND SERVICE LISTS OF CANDICE M. CARSON

**PLEASE TAKE NOTICE** that Butler Snow LLP ("Butler Snow") is counsel to Creditor Pittsburgh Hilton Head Associates L.P. ("PHHA") in the above-captioned Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that on July 6, 2023, the Court entered an Order permitting Candice M. Carson to be permitted to appear *pro hac vice on behalf of PHHA.  See* Docket No. 1212.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 04889.  A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's ta identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 cases is 640 Liberty Avenue, Union, New Jersey 07083.

**PLEASE TAKE FURTHER NOTICE** that Ms. Carson's appearance is hereby withdrawn and the undersigned respectfully requests that Ms. Carson's name be removed from the Court's mailing matrix and service list for this Chapter 11 case and all related adversary cases.

Dated: February 13, 2025.

        Respectfully submitted,

        **BUTLER SNOW LLP**

        /s/ Paul S. Murphy
        Paul S. Murphy
        P.O. Drawer 4248
        Gulfport, MS  39502
        228.575.3033
        Paul.murphy@butlersnow.com

        One of the *Attorneys for Pittsburgh Hilton Head Associates L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2025, the *Notice of Withdrawal of Appearance and Request to be Removed from Notice and Notice and Service Lists* was filed with the United States Bankruptcy Court for the District of New Jersey via CM/ECF and served on all counsel registered to receive notifications of such filings.

Dated February 13, 2025.

        /s/ Paul S. Murphy
        PAUL S. MURPHY

92306275.v1