| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY (NEWARK)<br><br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Derek J. Baker, Esquire (No. 016881998)<br>**REED SMITH LLP**<br>506 Carnegie Center<br>Suite 300<br>Princeton, New Jersey 08540<br>Telephone:  609-987-0050<br>Fax:  609-951-0824<br>dbaker@reedsmith.com<br>*Counsel for Edgewood Properties, Inc.* | |
| In Re:<br><br>**BED, BATH & BEYOND, INC. et al.**<br><br>                                         Debtors. | Chapter 11<br><br>Case No.: 23-13359 – VFP<br><br>Jointly Administered<br><br>Judge: Honorable Vincent F. Papalia |

## <u>WITHDRAWAL OF APPEARANCE</u>

**TO THE CLERK:**

Kindly withdraw my appearance on behalf of Edgewood Properties, Inc. (Cherry Hill Retail Partners LLC) in the above-captioned bankruptcy case and all associated adversary proceedings.

Respectfully submitted,

REED SMITH LLP

By:      s/ Derek J. Baker
         Derek J. Baker, Esq.
         Reed Smith LLP
         506 Carnegie Center
         Suite 300
         Princeton, NJ 08540
         (609) 987-0050
         (609) 951-0824 (telecopy)
         dbaker@reedsmith.com

Dated:  February 20, 2025

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY (NEWARK)<br><br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Derek J. Baker, Esquire (No. 016881998)<br>**REED SMITH LLP**<br>506 Carnegie Center<br>Suite 300<br>Princeton, New Jersey 08540<br>Telephone:  609-987-0050<br>Fax:  609-951-0824<br>dbaker@reedsmith.com<br>*Counsel for Edgewood Properties, Inc.* | |
| In Re:<br><br>**BED, BATH & BEYOND, INC. et al.**<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No.: 23-13359 – VFP<br><br>Jointly Administered<br><br>Judge: Honorable Vincent F. Papalia |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused a true and correct copy of the foregoing

Withdrawal of Appearance to be filed electronically using this Court's CM/ECF system and that

the same is available for viewing thereon.

s/ Derek J. Baker
Derek J. Baker, Esquire

Dated: February 20, 2025