UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Tucker Ellis LLP

Maha M. Kabbash, Esq. (MK-0163)

Diana Katz Gerstel, Esq. (DG-6038)

Cheska Tolentino, Esq. (CT-4204)

1776 On the Green

67 E. Park Place, Ste. 900

Morristown, NJ 07960

In Re:
In re Bed Bath & Beyond Inc.

Case No.: 23-13359-VFP

Chapter: 11

Judge: Papalia

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of World Distribution Services LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Diana Katz Gerstel, Esq. (DG-6038)
Tucker Ellis LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 2/25/2025

/s Diana Katz Gerstel
Signature

new.8/1/15