Maha M. Kabbash, Esq. (MK-0163)
Diana Katz Gerstel, Esq. (DG-6038)
Cheska Tolentino, Esq. (CT-4204)
Tucker Ellis LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960

*Attorneys for World Distribution Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond Inc.,<br><br>Debtor, | Case No.: 23-13359-VFP<br><br>Chapter: 11<br><br>Judge: Papalia<br><br>**CERTIFICATION OF SPONSORING COUNSEL MAHA M. KABBASH, ESQ., IN SUPPORT OF *PRO HAC VICE* ADMISSION OF BRIAN J. JACKIW, ESQ.** |

I, Maha M. Kabbash, Esq., make this certification in support of World Distribution Services LLC's Application for the admission *pro hac vice* of Brian J. Jackiw, Esq., in this matter before the United States Bankruptcy Court District of New Jersey.

1. I am a partner with Tucker Ellis LLP with an office at 1776 On the Green, 67 E. Park Place, Ste. 900, Morristown, NJ 07960, telephone number 862-261-2532, and am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey.

2. After a reasonable investigation, I believe that Brian J. Jackiw, Esq., is a reputable and competent attorney, and I am in a position to recommend the candidate's admission.

6807806.1

-2-

3.     I am acting as Brian J. Jackiw, Esq.'s sponsor in this case.  I am presently counsel of record for World Distribution Services LLC in this matter and will remain so throughout the course of this litigation.

I hereby affirm that the above facts are true to the best of my knowledge and belief.

*s/ Maha M. Kabbash*
Maha M. Kabbash, Esq.

Dated: February 26, 2025