Maha M. Kabbash, Esq. (MK-0163)
Diana Katz Gerstel, Esq. (DG-6038)
Cheska Tolentino, Esq. (CT-4204)
Tucker Ellis LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960

*Attorneys for World Distribution Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond Inc.,<br><br>Debtor., | Case No.: 23-13359-VFP<br><br>Chapter: 11<br><br>Judge: Papalia<br><br>**CERTIFICATION OF BRIAN J. JACKIW, ESQ., IN SUPPORT OF HIS APPLICATION FOR *PRO HAC VICE* ADMISSION** |

  I, Brian J. Jackiw, Esq., make this certification in support of my request for admission *pro hac vice* to appear in this matter before the United States Bankruptcy Court District of New Jersey.

  1. I am a partner with Tucker Ellis LLP with an office at 233 South Wacker Drive, Suite 6950, Chicago, IL 60606-6395, telephone number 312-256-9426.

  2. I am an attorney in good standing of the bar of Illinois (admitted 2008); the bars of the United District Courts Central District of Illinois (admitted 2015), Northern District of Illinois (admitted 2008), Southern District of Illinois (admitted 2018), Northern District of Indiana (admitted 2013), Eastern District of Wisconsin (admitted 2015), and Western District of Wisconsin (admitted 2017); and the bar of the United States Court of Appeals Seventh Circuit Court (admitted 2021).

6807803.1

3.      I am submitting this certification in support of World Distribution Services LLC's Application for my *Pro Hac Vice* Admission in this matter.

4.      I shall comply with the applicable statutes, case law, and procedural rules of the United States Bankruptcy Court District of New Jersey, including the New Jersey Rules of Professional Conduct.

5.      I shall submit to the jurisdiction of the United States Bankruptcy Court District of New Jersey and the New Jersey courts with respect to acts or omissions during my appearance in this matter.

6.      I am familiar with New Jersey R. 1:21-2 and attest that I will be associated with Maha M. Kabbash, Esq., of Tucker Ellis LLP at all stages of, and for the purposes limited to, this lawsuit.

7.      I consent to the appointment of the sponsoring attorney, Maha M. Kabbash, Esq., as the agent upon whom service of process shall be made for all actions, including disciplinary actions that may arise out of the practice of law in this matter.

8.      No disciplinary proceedings have been instituted against me or are pending against me in any jurisdiction.

9.      I am not currently suspended or disbarred in any Court.

10.     I have never been denied *pro hac vice* admission in New Jersey or any other jurisdiction.

11.     I shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of the

-3-

Order granted.

12. I shall make a payment of $250.00 on each admission, payable to the Clerk, USDC, within twenty (20) days of the date of the entry of the Order granted.

I hereby affirm that the above facts are true to the best of my knowledge and belief.

*s/ Brian J. Jackiw*
Brian J. Jackiw, Esq.

Dated: February 26, 2025

6807803.1