Maha M. Kabbash, Esq. (MK-0163)
Diana Katz Gerstel, Esq. (DG-6038)
Cheska Tolentino, Esq. (CT-4204)
Tucker Ellis LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960

*Attorneys for World Distribution Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Bed Bath & Beyond Inc.,<br><br>Debtor., | Case No.: 23-13359-VFP<br>Chapter: 11<br><br>Judge: Papalia<br><br>**APPLICATION OF WORLD DISTRIBUTION SERVICES LLC FOR *PRO HAC VICE* ADMISSION OF EDET D. NSEMO, ESQ.** |

World Distribution Services LLC, by and through its undersigned counsel, respectfully moves this Court pursuant to D.N.J. LBR 9010-1 and D.N.J. L. Civ. R. 101.1(c) for the admission *pro hac vice* of Edet D. Nsemo, Esq., in this matter.

In support of this Application, World Distribution Services LLC relies upon the accompanying Certifications of Edet D. Nsemo and Maha M. Kabbash. A proposed form of Order is submitted herewith.

WHEREFORE, World Distribution Services LLC respectfully requests that this Court specially admit Edet D. Nsemo, Esq. *pro hac vice* on his behalf in this matter.

6810351.1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TUCKER ELLIS LLP |
| Dated: March 3, 2025 | *s/ Maha M. Kabbash* |
|  | Maha M. Kabbash (MK-0163) |
|  | Maha.Kabbash@tuckerellis.com |
|  | Diana Katz Gerstel (DG-6038) |
|  | Diana.Gerstel@tuckerellis.com |
|  | Cheska Tolentino (CT-4204) |
|  | Cheska.Tolentino@tuckerellis.com |
|  | 67 E. Park Place |
|  | Morristown, New Jersey 07960 |
|  | Telephone: 862.261.2550 |

-2-

6810351.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 3, 2025, a true and correct copy of World Distribution Services LLC's Application for *Pro Hac Vice* Admission of Edet D. Nsemo, Esq., was electronically filed and was served via electronic mail upon the following:

Olivia F. Acuna
Kirkland and Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax : 212-446-4900
Email: olivia.acuna@kirkland.com

David M. Bass
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000
Fax : 201-678-6359
Email: dbass@coleschotz.com

Jacob E. Black
Kirkland and Ellis LLP,
3101 Old Jacksonville Road
Springfield, IL 62704
Email: jacob.black@kirkland.com

Ross Fiedler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Email: ross.fiedler@kirkland.com

Max M. Freedman
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Email: max.freedman@kirkland.com

6810351.1

Emily E. Geier
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Email: emily.geier@kirkland.com

Richard U.S. Howell, P.C
Kirkland & Ellis LLP
Kirkland & Ellis
International LLP
300 North LaSalle Street
Chicago, IL 60654

Derek I. Hunter
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Email: derek.hunter@kirkland.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Mark S. Lichtenstein
Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
212-259-8707
Email: mark.lichtenstein@akerman.com

Casey McGushin
3101 Old Jacksonville Road
Springfield, IL 62704
David Pizzica
Pansini & Pizzica
1525 Locust
Suite 1500
PHILADELPHIA
Philadelphia, PA 19102
215-720-5170
Fax : 215-732-7872
Email: dpizzica@pansinilaw.com

6810351.1

Michael D. Sirota
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601
(201) 489-3000
Email: msirota@coleschotz.com

Michael A. Sloman
Kirkland and Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Email: michael.sloman@kirkland.com

Noah Z. Sosnick
Kirkland and Ellis LLP
601 Lexington Avenue
New York, NY 10022
Email: noah.sosnick@kirkland.com

Charles B. Sterrett
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Email: charles.sterrett@kirkland.com

Joshua Sussberg
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
Email: joshua.sussberg@kirkland.com

Warren A. Usatine
Cole Schotz P.C.
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800
(201) 489-3000
Email: wusatine@coleschotz.com

Felice R. Yudkin
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07602
(201) 489-3000
Email: fyudkin@coleschotz.com

                                                  *s/ Maha M. Kabbash*
                                                  Maha M. Kabbash, Esq.

Dated: March 3, 2025

6810351.1