Maha M. Kabbash, Esq. (MK-0163)
Diana Katz Gerstel, Esq. (DG-6038)
Cheska Tolentino, Esq. (CT-4204)
Tucker Ellis LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960

*Attorneys for World Distribution Services LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.: 23-13359-VFP |
| Bed Bath & Beyond Inc., | Chapter: 11 |
| Debtor, | Judge: Papalia |
| | **CERTIFICATION OF SPONSORING COUNSEL MAHA M. KABBASH, ESQ., IN SUPPORT OF *PRO HAC VICE* ADMISSION OF EDET D. NSEMO, ESQ.** |

I, Maha M. Kabbash, Esq., make this certification in support of World Distribution Services LLC's Application for the admission *pro hac vice* of Edet D. Nsemo, Esq., in this matter before the United States Bankruptcy Court District of New Jersey.

1.  I am a partner with Tucker Ellis LLP with an office at 1776 On the Green, 67 E. Park Place, Ste. 900, Morristown, NJ 07960, telephone number 862-261-2532, and am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey.

2.  After a reasonable investigation, I believe that Edet D. Nsemo, Esq., is a reputable and competent attorney, and I am in a position to recommend the candidate's admission.

6810349.1

3. I am acting as Edet D. Nsemo, Esq.'s sponsor in this case. I am presently counsel of record for World Distribution Services LLC in this matter and will remain so throughout the course of this litigation.

I hereby affirm that the above facts are true to the best of my knowledge and belief.

*s/ Maha M. Kabbash*
Maha M. Kabbash, Esq.

Dated: March 3, 2025