# Exhibit A

| Defendant Name | Adversary No. |
| --- | --- |
| ABF Freight System, Inc. dba ABF Direct Deposit | 25-01052 |
| American Stock Transfer & Trust Company, LLC | 25-01053 |
| BVC Oakwood Commons LLC | 25-01044 |
| Celtic International LLC | 25-01054 |
| Central Transport LLC | 25-01055 |
| Cisco Systems Capital Corporation | 25-01045 |
| Conductor LLC | 25-01056 |
| Continental Web Press, Inc. | 25-01057 |
| Demar Logistics Inc. | 25-01058 |
| Distribution Technology Inc. | 25-01059 |
| East Coast/West Coast Logistics, LLC | 25-01060 |
| Experian Holdings, Inc. | 25-01061 |
| Freight Systems Inc. | 25-01062 |
| Global Bondholder Services Corp. | 25-01063 |
| GlobalTranz Enterprises, LLC dba GlobalTranz AR | 25-01064 |
| ICR, LLC | 25-01065 |
| Indo Count Global, Inc. | 25-01046 |
| International Warehouse Group Inc. dba International Distributors | 25-01066 |
| Keeco, LLC | 25-01047 |
| Keurig Green Mountain, Inc. | 25-01043 |
| Kids2, Inc. | 25-01048 |
| KPRS Construction Services, Inc. | 25-01067 |
| Manhattan Associates, Inc. | 25-01068 |
| Mediterranean Shipping Company (USA) Inc. | 25-01069 |
| MerchSource, LLC | 25-01049 |
| Merrill Lynch Professional Clearing Corp. | 25-01070 |
| Michael William Giebe Sr. | 25-01071 |
| Mohawk Industries, Inc. dba Mohawk Carpet | 25-01040 |
| Nectar Online Media, LLC | 25-01072 |
| Nuwest Logistics, LLC | 25-01073 |
| Oracle America, Inc. | 25-01074 |
| Ping Identity Corporation | 25-01075 |
| Place Services Incorporated | 25-01042 |
| R. M. Sullivan Transportation, Inc. | 25-01076 |
| Regional Integrated Logistics, Inc. | 25-01077 |
| Simplehuman, LLC | 25-01041 |
| St. Onge Company | 25-01078 |
| SwiftWin Solutions, LLC | 25-01079 |
| Tantara Transportation Group, Inc. | 25-01080 |
| Tealium Inc. | 25-01081 |
| Verifone, Inc. | 25-01082 |
| Versant Funding LLC | 25-01050 |
| Wesley Kraker Enterprises, Inc. dba Pathmark Transportation | 25-01084 |
| Western Express, Inc. | 25-01085 |

| | |
|---|---|
| White Oak Commercial Finance, LLC | 25-01086 |
| Willow Innovations, Inc. fdba Exploramed NC7, Inc. | 25-01051 |
| Zemoga, Inc. | 25-01087 |

*47 Adversary Proceedings