| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br><br>                      Plaintiff,<br><br>v.<br><br><br>Defendants Listed on Exhibit "A,"<br><br>                      Defendants. | |

# **CERTIFICATE OF SERVICE**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

1

2

1. I, Laurie Miskowiec:

   ☐ Represent _____ in this matter.

   X am the secretary/paralegal for <u>Brigette McGrath</u>, who represents <u>Michael Goldberg, Plan Administrator</u> in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>March 3, 2025</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date:   <u>March 3, 2025</u>              <u>/s/ Laurie Miskowiec</u>
                                              Signature

2

# Exhibit A

| Defendant Name | Adversary No. |
|---|---|
| ABF Freight System, Inc. dba ABF Direct Deposit | 25-01052 |
| American Stock Transfer & Trust Company, LLC | 25-01053 |
| BVC Oakwood Commons LLC | 25-01044 |
| Celtic International LLC | 25-01054 |
| Central Transport LLC | 25-01055 |
| Cisco Systems Capital Corporation | 25-01045 |
| Conductor LLC | 25-01056 |
| Continental Web Press, Inc. | 25-01057 |
| Demar Logistics Inc. | 25-01058 |
| Distribution Technology Inc. | 25-01059 |
| East Coast/West Coast Logistics, LLC | 25-01060 |
| Experian Holdings, Inc. | 25-01061 |
| Freight Systems Inc. | 25-01062 |
| Global Bondholder Services Corp. | 25-01063 |
| GlobalTranz Enterprises, LLC dba GlobalTranz AR | 25-01064 |
| ICR, LLC | 25-01065 |
| Indo Count Global, Inc. | 25-01046 |
| International Warehouse Group Inc. dba International Distributors | 25-01066 |
| Keeco, LLC | 25-01047 |
| Keurig Green Mountain, Inc. | 25-01043 |
| Kids2, Inc. | 25-01048 |
| KPRS Construction Services, Inc. | 25-01067 |
| Manhattan Associates, Inc. | 25-01068 |
| Mediterranean Shipping Company (USA) Inc. | 25-01069 |
| MerchSource, LLC | 25-01049 |
| Merrill Lynch Professional Clearing Corp. | 25-01070 |
| Michael William Giebe Sr. | 25-01071 |
| Mohawk Industries, Inc. dba Mohawk Carpet | 25-01040 |
| Nectar Online Media, LLC | 25-01072 |
| Nuwest Logistics, LLC | 25-01073 |
| Oracle America, Inc. | 25-01074 |
| Ping Identity Corporation | 25-01075 |
| Place Services Incorporated | 25-01042 |
| R. M. Sullivan Transportation, Inc. | 25-01076 |
| Regional Integrated Logistics, Inc. | 25-01077 |
| Simplehuman, LLC | 25-01041 |
| St. Onge Company | 25-01078 |
| SwiftWin Solutions, LLC | 25-01079 |
| Tantara Transportation Group, Inc. | 25-01080 |
| Tealium Inc. | 25-01081 |
| Verifone, Inc. | 25-01082 |
| Versant Funding LLC | 25-01050 |
| Wesley Kraker Enterprises, Inc. dba Pathmark Transportation | 25-01084 |
| Western Express, Inc. | 25-01085 |

| | |
|---|---|
| White Oak Commercial Finance, LLC | 25-01086 |
| Willow Innovations, Inc. fdba Exploramed NC7, Inc. | 25-01051 |
| Zemoga, Inc. | 25-01087 |

*47 Adversary Proceedings

| Business Name | Attention Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| American Stock Transfer & Trust Company, LLC | Mark Healy, Officer | 6201 15th Avenue | | Brooklyn | New York | 11219 |
| Borges & Associates, LLC | Wanda Borges, Esq. | 575 Underhill Boulevard | | Syosset | New York | 11791 |
| BVC Oakwood Commons LLC | Officer, Managing or General Agent | 8149 Santa Monica Boulevard | | Los Angeles | California | 90046 |
| McManimon, Scotland & Baumann, LLC | Sari B. Placona, Esq. | 75 Livingston Avenue | 2nd Floor | Roseland | New Jersey | 07068 |
| Celtic International LLC | Bob Bayham, President | 3888 S. Sherwood Forest Boulevard | Celtic Centre Building 1 | Baton Rouge | Louisiana | 70816 |
| Cisco Systems Capital Corporation | Kristine A. Snow, President | 170 W. Tasman Drive | | San Jose | California | 95134 |
| Distribution Technology Inc. | Thomas W. Miralia, RegAgt/President | 1701 Continental Boulevard | | Charlotte | North Carolina | 28273 |
| Demar Logistics Inc. | Gene Doerr, RegAgt/President | 376 E. Lies Road | | Carol Stream | Illinois | 60188 |
| Freight Systems Inc. | Sanford Lobo, CEO | 230-59 International Airport Boulevard | | Jamaica | New York | 11413 |
| Michael William Giebe Sr. | | 424 1/2 W. Badillo Street | Apt. A | Covina | California | 91723-1801 |
| Global Bondholder Services Corp. | Harvey Eng, CEO | 65 Broadway | Suite 4047 | New York | New York | 10006 |
| Experian Holdings, Inc. | Officer, Managing or General Agent | 475 Anton Boulevard | | Costa Mesa | California | 92626 |
| East Coast/West Coast Logistics, LLC | Eric Mautner, Officer | 630 Mola Boulevard | Suite 2A | Elmwood Park | New Jersey | 07407 |
| Willow Innovations, Inc. fdba Exploramed NC7, Inc. | Laura Chambers, Officer | 1975 W. El Camino Real | Suite 306 | Mountain View | California | 94040 |
| GlobalTranz Enterprises, LLC dba GlobalTranz AR | Officer, Managing or General Agent | 7350 N. Dobson Road | | Scottsdale | Arizona | 85256 |
| Covington & Burling LLP | Dianne F. Coffino, Esq. | The New York Times Building | 620 Eight Avenue | New York | New York | 10018-1405 |
| ICR, LLC | Thomas M. Ryan, CEO | 761 Main Avenue | | Norwalk | Connecticut | 06851 |
| KPRS Construction Services, Inc. | Joel H. Stensby, President | 2850 Saturn Street | | Brea | California | 92821 |
| Keurig Green Mountain, Inc. | Robert Gamgort, President | 6425 Hall of Fame Lane | | Frisco | Texas | 75034 |
| Foley & Lardner LLP | Holland N. O'Neil, Esq. | 2021 McKinney Avenue | Suite 1600 | Dallas | Texas | 75201-3340 |
| McDonald Hopkins Co. LPA | Sean D. Malloy, Esq. | 600 Superior Ave East | Suite 2100 | Cleveland | Ohio | 44114 |
| Merrill Lynch Professional Clearing Corp. | Matthew R. Scott, President | One Bryant Park | | New York | New York | 10036 |
| Benesch Friedlander Coplan & Aronoff LLP | Daniel N. Brogan, Esq. | 1313 North Market Street | Suite 1201 | Wilmington | Delaware | 19801-6101 |
| Mohawk Industries, Inc. dba Mohawk Carpet | Jeffrey S. Lorberbau, CEO | 160 S. Industrial Boulevard | | Calhoun | Georgia | 30701 |
| Nectar Online Media, LLC | Amrit Kirpalani, CEO | 8614 Ironwood Drive | | Irving | Texas | 75063 |
| Buchalter | Khaled Tarazi, Esq. | 15279 N Scottsdale Road | Suite 400 | Scottsdale | Arizona | 85254-2659 |
| Nuwest Logistics, LLC | Emmanuel Casamassima, President | 190 East Main Street | | Huntington | New York | 11743 |
| MerchSource, LLC | Officer, Managing or General Agent | 7755 Irvine Center Drive | Suite 100 | Irvine | California | 92618 |
| Doherty, Wallace, Pillsbury and Murphy, P.C. | Gregory M. Schmidt, Esq. | One Monarch Place | 1414 Main Street, Suite 1900 | Springfield | Massachusetts | 01144 |
| Regional Integrated Logistics, Inc. | Robert E. Bingel, Jr., CEO | 9517 Lakestone Court | | Clarence | New York | 14031 |
| Scarinci Hollenbeck, LLC | David Edelberg, Esq. | 150 Clove Road | 9th Floor | Little Falls | New Jersey | 07424 |
| Robberson Schroedter LLP | Maggie E. Schroedter, Esq. | 501 West Broadway | Suite 1250 | San Diego | California | 92101 |
| Versant Funding LLC | Mark Weinberg, RegAgt/CEO | 2500 N. Military Trail | Suite 465 | Boca Raton | Florida | 33431 |
| Verifone, Inc. | Mike Pulli, President | 2744 North University Drive | 3rd Floor | Coral Springs | Florida | 33065 |
| ArentFox Schiff LLP | M. Douglas Flahaut, Esq. | 555 West Fifth Street | 48th Floor | Los Angeles | California | 90013 |
| Wolfson Bolton Kochis PLLC | Anthony J. Kochis, Esq. | 3150 Livernois | Suite 275 | Troy | Michigan | 48083 |
| St. Onge Company | P. Michael Jones, President | 1400 Williams Road | | York | Pennsylvania | 17402 |
| Thompson Coburn LLP | Joseph Orbach, Esq. | 488 Madison Avenue | | New York | New York | 10022 |
| Western Express, Inc. | Roland M. Lowell, RegAgt/Officer | 7135 Centennial Place | | Nashville | Tennessee | 37209 |
| Wesley Kraker Enterprises, Inc. dba Pathmark Transportation | Wesley Kraker, RegAgt/Officer | 5050 Poplar Avenue | Suite 900 | Memphis | Tennessee | 38157-0900 |
| Manhattan Associates, Inc. | Constancia Carter, Esq. | 2300 Windy Ridge Parkway | 10th Floor | Atlanta | Georgia | 30339 |
| Ping Identity Corporation | Andre Durand, RegAgt/CEO | 1001 17th Street | Suite 100 | Denver | Colorado | 80202 |
| Thomas Law Office | Colleen G. Thomas, Esq. | 30 North Western Avenue | | Carpentersville | Illinois | 60110 |
| Thompson LLP | Benjamin S. Thompson, Esq. | 75 Broad Street | Suite 2120 | New York | New York | 10004 |
| Conductor LLC | Seth Besmertnik, CEO | 2 Park Avenue | 9th Floor | New York | New York | 10016 |
| Bodner Law PLLC | Jonathan S. Bodner, Esq. | 55 Cherry Lane | Suite 101 | Carle Place | New York | 11514 |
| Chamberlain, Hrdlicka, White, Williams & Aughtry | Michael K. Riordan, Esq. | 1200 Smith Street | Suite 14000 | Houston | Texas | 77002 |