| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>              bsandler@pszjlaw.com<br>              plabov@pszjlaw.com<br>              crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 4, 2025, AT 10:00 A.M. (ET)**

> Please note that this hearing is cancelled as all matters are resolved or adjourned.

I. **MATTER ADJOURNED TO APRIL 1, 2025, AT 10:00 A.M. (ET)**

    1.    Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

           Response Deadline: October 17, 2023.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Responses Received:

(a) Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

(b) HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

Related Documents:

(a) Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

(b) Notice of Hearing [Docket No. 2425].

(c) Determination of Adjournment Request [Docket No. 2531].

(d) Determination of Adjournment Request [Docket No. 2537].

(e) Determination of Adjournment Request [Docket No. 2772].

(f) Determination of Adjournment Request [Docket No. 2897].

(g) Determination of Adjournment Request [Docket No. 2926].

(h) Determination of Adjournment Request [Docket No. 2953].

(i) Determination of Adjournment Request [Docket No. 2982].

(j) Determination of Adjournment Request [Docket No. 3073].

(k) Determination of Adjournment Request [Docket No. 3297].

(l) Determination of Adjournment Request [Docket No. 3340].

(m) Determination of Adjournment Request [Docket No. 3469].

(n) Determination of Adjournment Request [Docket No. 3523].

(o) Determination of Adjournment Request [Docket No. 3673].

(p) Determination of Adjournment Request [Docket No. 3724].

(q) Determination of Adjournment Request [Docket No. 3762].

(r) Determination of Adjournment Request [Docket No. 3853].

(s) Determination of Adjournment Request [Docket No. 3926].

Status: This matter is adjourned for hearing on April 1, 2025, at 10:00 a.m. Eastern Time.

## II. MATTER ADJOURNED TO APRIL 8, 2025, AT 10:00 A.M. (ET)

2. Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3855].

    Response Deadline: Extended to April 1, 2025.

    Responses Received:

    (a) Objection of Safety National Casualty Corporation as to Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3919].

    Related Documents:

    (a) Stipulation by and Among the Plan Administrator, on Behalf of the Wind-Down Debtors, Safety National Casualty Corporation, and Laura Alevy and David Alevy Concerning Tolling [Docket No. 3922].

    Status: This matter is adjourned for hearing on April 8, 2025, at 10:00 a.m. Eastern Time.

## III. MATTER RESOLVED REGARDING GOLDBERG V. INTERNAL REVENUE SERVICE, ADVERSARY NO. 24-01533 (VFP)

3. Plaintiff's Agreed Motion for Leave to File Amended Complaint [Docket No. 30].

    Response Deadline: February 25, 2025.

    Responses Received: None.

    Related Documents:

    (a) Certification of No Objection Regarding Plaintiff's Agreed Motion for Leave to File Amended Complaint [Docket No. 32].

<u>Status</u>:  A certification of no objection has been filed.  A hearing will not be necessary unless the Court has any questions.

| | |
|---|---|
| Dated:  March 3, 2025 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:   (212) 561-7700 |
| | Facsimile:    (212) 561-7777 |
| | Email:          rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |