| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Judith Elkin, Esq. (admitted *pro hac vice*)<br>Hayley R. Winograd, Esq. (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jelkin@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Myra Kulick:

   ☐ represent the Plan Administrator in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
   ☐ am the _____ in this matter am representing myself.

2. On March 4, 2025, I caused a true and correct copy of the following documents to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

   - ***PLAN ADMINISTRATOR'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD TO OBJECT TO CLAIMS*** [Docket No 3928]; and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4871-8900-0191.2 08728.003

- ***NOTICE OF HEARING ON PLAN ADMINISTRATOR'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD TO OBJECT TO CLAIMS*** [Docket No. 3929];

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  March 4, 2025                            */s/ Myra Kulick*
                                                    Myra Kulick