**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

1.      I, Myra Kulick:

☐  represent the Plan Administrator in this matter.
☒  am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
☐  am the _____ in this matter am representing myself.

2.      On March 4, 2025, I caused a true and correct copy of the following documents to be served by email on the parties listed on the attached Exhibit A.

3.      On March 4, 2025, I caused a true and correct copy of the following documents to be served by via regular first class U.S. mail on the parties listed on the attached Exhibit B:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4871-8900-0191.2 08728.003

- ***PLAN ADMINISTRATOR'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD TO OBJECT TO CLAIMS*** [Docket No 3928]; and

- ***NOTICE OF HEARING ON PLAN ADMINISTRATOR'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD TO OBJECT TO CLAIMS*** [Docket No. 3929]

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  March 4, 2025

*/s/ Myra Kulick*
Myra Kulick

## EXHIBIT A

RIEMER & BRAUNSTEIN, LLP
Steven E. Fox
Times Square Tower
Seven Times Square, Suite 2506
New York, NY10036
Email: sfox@riemerlaw.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Douglas D. Herrmann
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Email: douglas.herrmann@troutman.com

THOMAS LAW OFFICE
Colleen G. Thomas, Esq. (pro hac vice pending)
30 North Western Avenue
Carpentersville, IL 60110
Telephone: (847) 426-7990
Email: collections@CGTLaw.com

Missouri Department of Revenue
Bankruptcy Unit
Attention: Don G. Cosper
PO Box 475
Jefferson City, MO 65105-0475
Email: nj@dor.mo.gov

4871-8900-0191.2 08728.003

## EXHIBIT B

BECKET & LEE LLP
ATTN: CHRISTOPHER CRAMER
PO BOX 3002
MALVERN, PA 19355-0702

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
ATTN: KEVIN M. CAPUZZI, DANIEL
N.
BROGAN, GREGORY W.
WERKHEISER
1313 NORTH MARKET STREET,
SUITE 1201

CIPRIANI & WERNER P.C.
ATTN: PATRICIA W. HOLDEN
155 GAITHER DRIVE, SUITE B
MT. LAUREL, NJ 08054

GIORDANO, HALLERAN & CIESLA,
P.C.
ATTN: DONALD F. CAMPBELL, JR.,
ESQ.,
COURTNEY G. SCHROEDER, ESQ.
125 HALF MILE ROAD SUITE 300
RED BANK, NJ 07701

JACK SHRUM, P.A.
ATTN: JACK SHRUM, P.A.
919 N. MARKET ST., STE. 1410
WILMINGTON, DE 19801

LAW BARRYS MILLER
ATTN: BARRY S MILLER ESQ
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATTN: JOHN KENDRICK TURNER
2777 N. STEMMONS
FREEWAY SUITE 1000
DALLAS, TX 75207

LOWENSTEIN SANDLER LLP
ATTN: KENNETH A. ROSEN, ESQ.
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

MANDELBAUM BARRETT PC
ATTN: VINCENT J. ROLDAN
3 BECKER FARM ROAD, SUITE 105
ROSELAND, NJ 07068

MCDONNELL CROWLEY LLC
ATTN: BRIAN T CROWLEY, JOHN M
MCDONNELL
115 MAPLE AVE
RED BANK, NJ 07701

MCDOWELL LAW, PC
ATTN: ELLEN M. MCDOWELL, ESQ.,
JOSEPH A. MCCORMICK, JR., ESQ.,
PAUL S. PFLUMM, ESQ.
46 W. MAIN STREET
MAPLE SHADE, NJ 08052

OFFICE OF THE ATTORNEY
GENERAL OF GEORGIA
ATTN: SHAWNA Y. STATON
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

PANSINI LAW FIRM, P.C.
ATTN: J. FRED LORUSSO
1525 LOCUST STREET - 15TH
FLOOR
PHILADELPHIA, PA 19102

PASHMAN STEIN WALDER
HAYDEN, P.C.
ATTN: HENRY J. JAFFE
1007 NORTH ORANGE STREET,
4TH FLOOR, SUITE 183
WILMINGTON, DE 19801

PASHMAN STEIN WALDER
HAYDEN, P.C.
ATTN: JOHN W. WEISS
101 CRAWFORDS CORNER ROAD,
SUITE 4202
HOLMDEL, NJ 07733

SCARINCI HOLLENBECK, LLC
ATTN: DAVID EDELBERG, ESQ.
150 CLOVE ROAD
LITTLE FALLS, NJ 07424

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
ATTN: ROBERT D. DRAIN, TANSY
WOAN, ANGELINE J. HWANG
ONE MANHATTAN WEST
NEW YORK, NY 10001-8602

SNELL & WILMER L.L.P.
ATTN: MICHAEL B. REYNOLDS,
ESQ.,
ANDREW B. STILL, ESQ.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CA 92626

SPECIAL ASSISTANT ATTORNEY
GENERAL
ATTN: DON G. COSPER
301 W. HIGH STREET, ROOM
670 PO BOX 475
JEFFERSON CITY, MO 65105-0475

STARK AND KNOLL CO. L.P.A.
ATTN: RICHARD P. SCHROETER JR.
3475 RIDGEWOOD RD.
AKRON, OH 44333

USDOJ, OFFICE OF THE UNITED
STATES TRUSTEE
ATTN: FRAN B. STEELE, ESQ. &
ALEXANDRIA NIKOLINOS, ESQ.
ONE NEWARK CENTER
1085 RAYMOND BLvD, SUITE 2100
NEWARK, NJ 07102

ENGLISH TEA SHOPS USA CORP.
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205