

US POSTAGE PITNEY BOWES

$ 000.65⁹
ZIP 08540
02 7H
0000655398
MAR 04 2025

FIRST-CLASS

H. Judge Vincent F. Papalia
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

FOR TRADE
GE ROAD EAST, SUITE 1110
N, NJ 08540

2025 MAR -6 P 3: 06

FILED
U.S. BANKRUPTCY COURT



February 20, 2025

Case N° 2305030007

**BUY BUY BABY, INC.**

**United States Bankruptcy Court**

**District of New Jersey**

H. Judge Vincent F. Papalia

United States Bankruptcy Court

50 Walnut Street

Newark, NJ 07102

RE: Change of Address in Case Number 2305030007

Acting as an authorized agent on behalf of the listed creditor *FISHER-PRICE, INC.* hereby we respectfully request a change of address in the case referenced above. The new address is described below:

*600 College Road East, Suite 1110*

*Princeton, New Jersey, 08540, USA*

Should you need additional information/documentation please communicate to the information described in this document.

Firmado por:

*luis Torres*

729F27489630434...

Luis Torres

Debt Collection Analyst

bankruptcy.legal.nar@coface.com