


H. Judge Vincent J. Papalia
50 Walnut Street
Newark, NJ 07102





February 20, 2025

Case N° 2302080429

**BED BATH & BEYOND INC.**

**United States Bankruptcy Court**

**District of New Jersey**

H. Judge Vincent F. Papalia

50 Walnut Street

Newark, NJ 07102

RE: Change of Address in Case Number 2302080429

Acting as an authorized agent on behalf of the listed creditor *IMUSA USA LLC.* hereby we respectfully request a change of address in the case referenced above. The new address is described below:

*600 College Road East, Suite 1110*

*Princeton, New Jersey, 08540, USA*

Should you need additional information/documentation please communicate to the information described in this document.

Firmado por:

Luis Torres

729F27489630434...

Luis Torres

Debt Collection Analyst

bankruptcy.legal.nar@coface.com

Coface North America Insurance Company
600 College Road East, Suite 1110 Princeton, New Jersey, 08540, USA