H. Judge Vincent J. Papalia
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102





February 20, 2025

Case N° 2303240382

BED BATH & BEYOND INC.

United States Bankruptcy Court

District of New Jersey

H. Judge Vincent F. Papalia
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

RE: Change of Address in Case Number 2303240382

Acting as an authorized agent on behalf of the listed creditor *JOSMO SHOES, INC.* hereby we respectfully request a change of address in the case referenced above. The new address is described below:

*600 College Road East, Suite 1110*
*Princeton, New Jersey, 08540, USA*

Should you need additional information/documentation please communicate to the information described in this document.

Firmado por:

*Luis Torres*

729F27489630434...

Luis Torres
Debt Collection Analyst  bankruptcy.legal.nar@coface.com

Coface North America Insurance Company
600 College Road East, Suite 1110 Princeton, New Jersey, 08540, USA