**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Judith Elkin, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jelkin@pszjlaw.com
hwinograd@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Myra Kulick:

    ☐ represent the Plan Administrator in this matter.
    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.
    ☐ am the _____ in this matter am representing myself.

2. On March 12, 2025, I caused a true and correct copy of the following documents to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

3. On March 12, 2025, I caused a true and correct copy of the following documents to be served by regular first class U.S. mail on the parties listed on the attached Exhibit A:.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4932-3754-8839.1 08728.003

- ***PLAN ADMINISTRATOR'S OBJECTION TO CLAIM FILED BY JASON COGGINS (Claim No. 2192 )*** [Docket No 3940]; and

- ***NOTICE OF OBJECTION TO YOUR CLAIM*** [Docket No. 3941]

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  March 12, 2025                    */s/ Myra Kulick*
                                                  Myra Kulick

## EXHIBIT A

*Jason Coggins*
Address redacted for privacy. Claimant was served at the address listed for notice on Claimant's proof of claim(s).

U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY
USDOJ, OFFICE OF THE UNITED STATES TRUSTEE
ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ.
ONE NEWARK CENTER
1085 RAYMOND BOULEVARD, SUITE 2100
NEWARK, NJ  07102

COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC.
PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN: JOHN W. WEISS
101 CRAWFORDS CORNER ROAD, SUITE 4202
HOLMDEL, NJ  07733

COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC.
PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN: HENRY J. JAFFE
1007 NORTH ORANGE STREET
4TH FLOOR, SUITE 183
WILMINGTON, DE  19801

COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER
1313 NORTH MARKET STREET, SUITE 1201
WILMINGTON, DE  19801

COUNSEL TO CONTINENTAL WEB PRESS, INC.
LOWENSTEIN SANDLER LLP
ATTN: KENNETH A. ROSEN, ESQ.
ONE LOWENSTEIN DRIVE
ROSELAND, NJ  07068

"COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT
THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS
THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS"
MANDELBAUM BARRETT PC
ATTN: VINCENT J. ROLDAN
3 BECKER FARM ROAD, SUITE 105
ROSELAND, NJ  07068

COUNSEL TO CONTINENTAL WEB PRESS, INC.
THOMAS LAW OFFICE
ATTN: COLLEEN G. THOMAS
30 NORTH WESTERN AVENUE
CARPENTERSVILLE, IL  60110

COUNSEL TO ENGLISH TEA SHOP USA CORP
LAW BARRYS MILLER
ATTN: BARRY S MILLER ESQ
1211 LIBERTY AVENUE
HILLSIDE, NJ  07205

COUNSEL TO BLAIR IMAGE ELEMENTS, INC.
MCDOWELL LAW, PC
ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ.
46 W. MAIN STREET
MAPLE SHADE, NJ  08052

COUNSEL TO CARLA COX SMITH
GIORDANO, HALLERAN & CIESLA, P.C.
ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ.
125 HALF MILE ROAD, SUITE 300
RED BANK, NJ  07701

COUNSEL TO MISSOURI DEPARTMENT OF REVENUE
SPECIAL ASSISTANT ATTORNEY GENERAL
ATTN: DON G. COSPER
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO  65105-0475

COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC.
MCDONNELL CROWLEY LLC
ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL
115 MAPLE AVE
RED BANK, NJ  07701

COUNSEL TO BABY TREND, INC.
JACK SHRUM, P.A.
ATTN: JACK SHRUM, P.A.
919 N. MARKET ST., STE. 1410
WILMINGTON, DE  19801

COUNSEL TO BABY TREND, INC.
SNELL & WILMER L.L.P.
ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CA  92626

COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI
PANSINI LAW FIRM, P.C.
ATTN: J. FRED LORUSSO
1525 LOCUST STREET - 15TH FLOOR
PHILADELPHIA, PA  19102

COUNSEL TO FOUNDATIONS WORLDWIDE, INC.
CIPRIANI & WERNER P.C.
ATTN: PATRICIA W. HOLDEN
155 GAITHER DRIVE, SUITE B
MT. LAUREL, NJ  08054

COUNSEL TO FOUNDATIONS WORLDWIDE, INC.
STARK AND KNOLL CO. L.P.A.
ATTN: RICHARD P. SCHROETER JR.
3475 RIDGEWOOD RD.
AKRON, OH  44333

COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: ROBET D. DRAIN, TANSY WOAN, ANGELINE J. HWANG
ONE MANHATTAN WEST
NEW YORK, NY  10001-8602

COUNSEL TO CROWLEY ISD
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN KENDRICK TURNER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

COUNSEL TO ACCERTIFY, INC
C/O BECKET & LEE LLP
ATTN: CHRISTOPHER CRAMER
PO BOX 3002
MALVERN, PA  19355-0702

COUNSEL TO SCARINCI HOLLENBECK
SCARINCI HOLLENBECK, LLC
ATTN: DAVID EDELBERG, ESQ.
150 CLOVE ROAD
LITTLE FALLS, NJ  07424

COUNSEL TO GEORGIA DEPARTMENT OF REVENUE
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: SHAWNA Y. STATON
40 CAPITOL SQUARE SW
ATLANTA, GA  30334

COUNSEL TO MARK TRITTON
SAUL EWING LLP
ATTN: CHRISTIE R. MCGUINNESS, ESQ.
1270 6TH AVENUE, #2800
NEW YORK, NY  10020

WORLD DISTRIBUTION SERVICES LLC
MAHA M. KABBASH, ESQ, DIANA KATZ GERSTEL, ESQ
TUCKER ELLIS LLP
1776 ON THE GREEN
67 E. PARK PLACE, STE. 900
MORRISTOWN, NJ  07960

ZERO TECHNOLOGIES, LLC
BAKER & HOSTETLER LLP
ELYSSA S. KATES
45 ROCKEFELLER PLAZA, 14TH FLOOR
NEW YORK, NY  10111-010