# Exhibit A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          plabov@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S**
**FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS**
**(Reclassify Bondholder Claims to Class 6 General Unsecured Claims)**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4900-7966-5440.2 08728.003

(Page | 2)

Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (Reclassify Bondholder Claims to Class 6 General Unsecured Claims)

---

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, seeking entry of an order (this "Order") reclassifying the claims identified on the attached **Exhibit 1** (the "Reclassified Claims" or "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. The Disputed Claims set forth on the attached **Exhibit 1** are hereby reclassified as Class 6 General Unsecured Claims.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (Reclassify Bondholder Claims to Class 6 General Unsecured Claims) |

---

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim, including the claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4900-7966-5440.2 08728.003

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (Reclassify Bondholder Claims to Class 6 General Unsecured Claims) |

---

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

**Exhibit 1 to Exhibit A**

**List of Disputed Claims**

1

4900-7966-5440.2 08728.003

Case 23-13359-VFP    Doc 3944-1    Filed 03/13/25    Entered 03/13/25 12:40:20    Desc
Exhibit A    Page 7 of 10

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Fifteenth Omnibus Objection (Reclassified Bondholder Claims)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Alan Powitz Trust | 5/19/2023 | 1814 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $4,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,000.00<br>$4,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 2 | Anderson, Lorrie R | 7/5/2023 | 9379 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $35,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,000.00<br>$35,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 3 | Avrashow, Wayne | 5/1/2023 | 76 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$28,000.00<br>$0.00<br>$28,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$28,000.00<br>$28,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 4 | Book, Alice Marie | 7/10/2023 | 13361 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $46,152.50<br>$0.00<br>$0.00<br>$0.00<br>$3,847.50<br>$50,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00<br>$50,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 5 | BOOK, ALICE MARIE | 7/7/2023 | 13646 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $46,152.50<br>$0.00<br>$0.00<br>$0.00<br>$3,847.50<br>$50,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00<br>$50,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 6 | Calm Spirit Investing Inc Solo 401(k) | 5/1/2023 | 140 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,058.80<br>$0.00<br>$5,058.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,058.80<br>$5,058.80 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 7 | Chehade, Monif k | 6/6/2023 | 3669 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$3,000.00<br>$0.00<br>$3,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,000.00<br>$3,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 8 | Chilumula, Aditi | 6/15/2023 | 4370 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$0.00<br>$15,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$15,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 9 | Chilumula, Anika | 6/15/2023 | 4843 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$0.00<br>$15,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$15,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 10 | Daffer, Kevin L | 9/12/2023 | 17176 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $73,597.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$73,597.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$73,597.00<br>$73,597.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 11 | Dobson, Brad | 5/30/2023 | 3057 | Bed Bath & Beyond Inc. | Secured<br>Admin | $5,000.00<br>$0.00 | Secured<br>Admin | $0.00<br>$0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the |

Case 23-13359-VFP    Doc 3944-1    Filed 03/13/25    Entered 03/13/25 12:40:20    Desc
Exhibit A    Page 8 of 10

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Fifteenth Omnibus Objection (Reclassified Bondholder Claims)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $5,000.00 | |
| | | | | | Total | $5,000.00 | Total | $5,000.00 | |
| 12 | DuBrul, Jack B | 7/5/2023 | 13023 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $11,942.15 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $11,942.15 | |
| | | | | | Total | $11,942.15 | Total | $11,942.15 | |
| 13 | GIBSON, RONALD GENE | 7/5/2023 | 13409 | Bed Bath & Beyond Inc. | Secured | $36,710.80 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $3,289.20 | GUC | $40,000.00 | |
| | | | | | Total | $40,000.00 | Total | $40,000.00 | |
| 14 | Johnsson, Denise Karin | 6/21/2023 | 18809 | Bed Bath & Beyond Inc. | Secured | $20,000.00 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $20,000.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $40,000.00 | |
| | | | | | Total | $40,000.00 | Total | $40,000.00 | |
| 15 | Keeler, Jennifer Ann | 6/28/2023 | 7677 | Bed Bath & Beyond Inc. | Secured | $25,000.00 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,883.69 | GUC | $26,883.69 | |
| | | | | | Total | $26,883.69 | Total | $26,883.69 | |
| 16 | LeBlanc, John M. | 7/3/2023 | 12843 | Bed Bath & Beyond Inc. | Secured | $22,882.50 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $22,882.50 | |
| | | | | | Total | $22,882.50 | Total | $22,882.50 | |
| 17 | Merola, Sylvia | 5/19/2023 | 1749 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $73,440.80 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $73,440.80 | |
| | | | | | Total | $73,440.80 | Total | $73,440.80 | |
| 18 | Mettu, Archana | 6/14/2023 | 4382 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $473,000.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $473,000.00 | |
| | | | | | Total | $473,000.00 | Total | $473,000.00 | |
| 19 | Moncino, Daniel Joseph | 6/7/2023 | 3721 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $25,000.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $25,000.00 | |
| | | | | | Total | $25,000.00 | Total | $25,000.00 | |
| 20 | Moncino, Daniel Joseph | 8/14/2023 | 16213 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $20,000.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | Unliquidated | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $20,000.00 | |
| | | | | | Total | $20,000.00 | Total | $20,000.00 | |

Case 23-13359-VFP    Doc 3944-1    Filed 03/13/25    Entered 03/13/25 12:40:20    Desc
Exhibit A    Page 9 of 10

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Fifteenth Omnibus Objection (Reclassified Bondholder Claims)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 21 | Mount, Linda L | 6/14/2023 | 4254 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$30,495.00<br>$0.00<br>$30,495.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,495.00<br>$30,495.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 22 | R Gregory Sandra L. Heslop | 6/26/2023 | 11496 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $30,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,000.00<br>$30,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 23 | Robert H Frey jr. & Charlotte Frey TTEES the Frey Family Trust | 5/28/2023 | 2877 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $7,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,000.00<br>$7,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 24 | Shelton, Robert | 6/20/2023 | 12870 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$25,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 25 | Shelton, Shirley | 6/20/2023 | 9332 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$25,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 26 | Sims, Ronald Frank | 6/12/2023 | 5367 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$0.00<br>$5,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 27 | Steik Jr, Gerald Raymond | 9/30/2023 | 17289 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$5,000.00<br>$0.00<br>$0.00<br>$5,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 28 | Steinmetz, Keith | 5/30/2023 | 3002 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $5,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 29 | Storozum, Pamela | 12/16/2024 | 20481 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$0.00<br>$10,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |

Case 23-13359-VFP    Doc 3944-1    Filed 03/13/25    Entered 03/13/25 12:40:20    Desc
Exhibit A    Page 10 of 10

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Fifteenth Omnibus Objection (Reclassified Bondholder Claims)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 30 | Stratton, Yvonne E | 6/23/2023 | 9376 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$2,000.00<br>$0.00<br>$2,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,000.00<br>$2,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 31 | Stratton, Yvonne E | 6/23/2023 | 11511 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$2,000.00<br>$0.00<br>$2,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,000.00<br>$2,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 32 | Sun, Qiuxia | 8/15/2023 | 16279 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$13,350.00<br>$0.00<br>$13,350.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,350.00<br>$13,350.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 33 | Thomas, Norval Wade | 7/5/2023 | 13697 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$0.00<br>$10,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 34 | Thomas, Tonna L. | 7/5/2023 | 13456 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$9,000.00<br>$0.00<br>$9,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,000.00<br>$9,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 35 | William R. Russell Contributory IRA, Charles Schwab | 6/29/2023 | 12716 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$0.00<br>$25,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$25,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |
| 36 | ZIMMERMANN-GEISMAR, KATHY ANN | 6/19/2023 | 9018 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$24,580.52<br>$0.00<br>$24,580.52 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$24,580.52<br>$24,580.52 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a Class 6 General Unsecured Claim. |