**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Robert D. Drain (admitted *pro hac vice*)
Tansy Woan (N.J. Bar No. 058732013)
Angeline J. Hwang (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: robert.drain@skadden.com
Email: tansy.woan@skadden.com
Email: angeline.hwang@skadden.com

*Counsel for Harriet Edelman, John E. Fleming,*
*Sue E. Gove, Jeffrey A. Kirwan, Virginia P.*
*Ruesterholz, Joshua E. Schechter, Andrea Weiss,*
*Mary A. Winston, and Ann Yerger*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| BED BATH & BEYOND, INC., *et al.*,[1] | Chapter 11 |
| Debtors. | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED**
**FROM NOTICE AND SERVICE LISTS OF ANGELINE J. HWANG**

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP is counsel to

certain former directors of Bed Bath & Beyond, Inc., Harriet Edelman, John E. Fleming, Sue E.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the web site of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Gove, Jeffrey A. Kirwan, Virginia P. Ruesterholz, Joshua E. Schechter, Andrea Weiss, Mary A. Winston, and Ann Yerger (the "Former Directors"), in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on July 1, 2024, the Court entered an Order permitting Angeline J. Hwang to be permitted to appear *pro hac vice* on behalf of Former Directors. *See* Docket No. 3339.

**PLEASE TAKE FURTHER NOTICE** that Ms. Hwang's appearance is hereby withdrawn and the undersigned respectfully requests that Ms. Hwang's name be removed from the Court's mailing matrix and service list for these chapter 11 cases and all related adversary cases.

**PLEASE TAKE FURTHER NOTICE** that notices and pleadings given or filed in these cases should continue to be given and served upon the undersigned.

Date: March 13, 2025

    */s/ Tansy Woan*
Robert D. Drain (*admitted pro hac vice*)
Tansy Woan (N.J. Bar No. 058732013)
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: robert.drain@skadden.com
Email: tansy.woan@skadden.com

*Counsel for Harriet Edelman, John E. Fleming,*
*Sue E. Gove, Jeffrey A. Kirwan,*
*Virginia P. Ruesterholz, Joshua E. Schechter,*
*Andrea Weiss, Mary A. Winston, and Ann Yerger*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of March, 2025, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request to be Removed from Notice and Service Lists of Angeline J. Hwang* was served via (a) electronic transmission using the Court's CM/ECF system, upon all parties registered to receive ECF notices in this chapter 11 case and (b) email, where available, on the parties listed on the master service list maintained by the Debtors' noticing agent in this chapter 11 case.

                                                      */s/ Tansy Woan*
                                                      Tansy Woan