| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Turner N. Falk, Esq.<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>Email: turner.falk@saul.com<br><br>*Counsel for Artsana USA, Inc.* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES [D.I. 3943]

Artsana USA, Inc. hereby withdraws *Defendant's Answer and Affirmative Defenses* [D.I. 3943] filed on March 13, 2025.

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esq.
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: turner.falk@saul.com

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.