

Brigette G. McGrath, Esq.
Direct Line 651 289 3845 | bmcgrath@askllp.com
2600 Eagan Woods Drive, Suite 400 | St. Paul, Minnesota | 55121
phone 651 406 9665 | fax 651 406 9676 | www.askllp.com

March 14, 2025

Honorable Judge Papalia
50 Walnut Street
Courtroom 3B
Newark, NJ 07102

    Re: In re: Bed Bath & Beyond, Inc. Case No. 23-13359 (VFP)

Dear Honorable Judge Papalia,

    On March 3, 2025, ASK LLP filed a Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 542, 547, 558, 549, and 550 of the Bankruptcy Code (the "Motion") [D.I. 3925]. Since the date of the filing, we noticed an error regarding the dates in paragraphs 20 and 21 of the proposed order attached to the Motion. The Motion was served on the parties listed on Exhibit A to the Motion.

The attached order has corrected deadlines in these paragraphs. I respectfully request entry of the revised order attached hereto.


Brigette G. McGrath
ASK LLP