Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  23−13359−VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
11−2250488

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 12, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 3939 − 3924
Order Granting Application To Allow Attorney Edet D. Nsemo to Appear Pro Hac Vice (Related Doc # 3924). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 3/12/2025. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 12, 2025
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13359-VFP |
| Bed Bath & Beyond Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 33 |
| Date Rcvd: Mar 12, 2025 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Edet D. Nsemo, Tucker Ellis LLP, 233 South Wacker Drive, Chicago, IL 60606-6395 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025                     Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Jeff Ifrah | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron Applebaum | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |

Aaron Applebaum
on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com
aaron--applebaum--3547@ecf.pacerpro.com

Aaron Applebaum
on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com

Aaron R. Cahn
on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com

Adam J Ruttenberg
on behalf of Defendant Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com

Adam J Ruttenberg
on behalf of Creditor Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com

Alan J. Brody
on behalf of Defendant Corvel Enterprise Comp  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com

Alan J. Brody
on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com

Alan J. Brody
on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com

Alan Stuart Maza
on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov  mazaa@sec.gov

Albert Anthony Ciardi, III
on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Alexander F. Barth
on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com

Alexandria Nikolinos
on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Alexis R. Gambale
on behalf of Interested Party Helen of Troy L.P. agambale@pashmanstein.com

Alexis R. Gambale
on behalf of Interested Party Kaz Canada  Inc. agambale@pashmanstein.com

Alexis R. Gambale
on behalf of Interested Party OXO International Ltd. agambale@pashmanstein.com

Alexis R. Gambale
on behalf of Interested Party Kaz USA  Inc. agambale@pashmanstein.com

Allen J Barkin
on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com

Allen Joseph Underwood, II
on behalf of Creditor 12535 SE 82nd AVE LLC aunderwood@litedepalma.com
ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison J. Arotsky
on behalf of Defendant Raymond Accounts Management  Inc. aarotsky@moritthock.com

Allison J. Arotsky
on behalf of Defendant Scentsible  LLC aarotsky@moritthock.com

Amanda Tomack
on behalf of Defendant Internal Revenue Service amanda.tomack2@usdoj.gov
eastern.taxcivil@usdoj.gov,jennifer.d.auchterlonie@usdoj.gov

Amish R. Doshi
on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Elizabeth Vulpio
on behalf of Creditor Salesforce.com  inc. avulpio@stradley.com

Amy Elizabeth Vulpio
on behalf of Creditor Google LLC avulpio@stradley.com

Andrew Braunstein

District/off: 0312-2 | User: admin | Page 3 of 33
Date Rcvd: Mar 12, 2025 | Form ID: orderntc | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Commission Junction LLC andrew.braunstein@troutman.com |
| Andrew B. Still | |
| | on behalf of Defendant Baby Trend  Inc. astill@swlaw.com, kcollins@swlaw.com |
| Andy Winchell | |
| | on behalf of Creditor River Park Properties II  LP andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | |
| | on behalf of Creditor Dong Koo Kim and Jong Ok Kim  Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996 andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Angela L Mastrangelo | |
| | on behalf of Interested Party Valley Square I  L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Angela L Mastrangelo | |
| | on behalf of Interested Party CTC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Angela L Mastrangelo | |
| | on behalf of Interested Party Christiana Town Center  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com |
| Anna Brook | |
| | on behalf of Defendant T-Mobile USA  Inc. abrook@cm.law |
| Anna Brook | |
| | on behalf of Counter-Claimant T-Mobile USA  Inc, abrook@cm.law |
| Anne Smith | |
| | on behalf of Creditor 200-220 West 26 LLC asmith@beckerglynn.com  aostrow@beckerglynn.com |
| Anne Smith | |
| | on behalf of Creditor TF Cornerstone Inc. asmith@beckerglynn.com  aostrow@beckerglynn.com |
| Anthony Sodono, III | |
| | on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com |
| Arthur Abramowitz | |
| | on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | |
| | on behalf of Creditor ALTO Northpoint  LP barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barry J. Roy | |
| | on behalf of Defendant Storflex Holdings  Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com;jcoleman@rltlawfirm.com |
| Barry Scott Miller | |
| | on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com  miller.barryb119091@notify.bestcase.com |
| Beth E Levine | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Brendan Scott | |
| | on behalf of Creditor Dream on Me Industries  Inc. bscott@klestadt.com |
| Brett D. Goodman | |
| | on behalf of Creditor KIR Brandon 011  LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor C T Center S.C.  LP brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |

on behalf of Creditor Airport Plaza  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KSI Cary 483  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Mooresville Crossing  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Franklin Park S.C.  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Flagler S.C.  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor CFH Realty III/Sunset Valley  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI Mueller  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR MONTGOMERY 049  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Kimco Riverview  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Redfield Promenade  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Conroe Marketplace S.C.  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

District/off: 0312-2                                    User: admin                                    Page 5 of 33
Date Rcvd: Mar 12, 2025                                Form ID: orderntc                              Total Noticed: 1

Brett D. Goodman
                    on behalf of Creditor Chico Crossroads  L.P. brett.goodman@afslaw.com,
                    jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett S. Moore
                    on behalf of Creditor Englewood Construction  Inc. bsmoore@pbnlaw.com,
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian Moore
                    on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com  aglaubach@teamtogut.com;dperson@teamtogut.com

Brian Morgan
                    on behalf of Creditor Prologis brian.morgan@faegredrinker.com  cathy.greer@faegredrinker.com

Brian Morgan
                    on behalf of Creditor Prologis USLF NV II  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
                    on behalf of Creditor PRW Urban Renewal 1  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
                    on behalf of Creditor UG2 Solon OH  LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian I. Kantar
                    on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brigette G McGrath
                    on behalf of Plaintiff Goldberg Michael Goldberg bmcgrath@askllp.com

Brigette G McGrath
                    on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com

Brigette G McGrath
                    on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com

Brigette G McGrath
                    on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com

Brigid K Ndege
                    on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com  brigid-ndege-4743@ecf.pacerpro.com

Brittany B Falabella
                    on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Candice Marie Carson
                    on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@butlersnow.com

Carol L. Knowlton
                    on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Catherine E Youngman
                    on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Catherine E. Youngman
                    on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Christie Rita McGuinness
                    on behalf of Creditor Mark Tritton christie.mcguinness@saul.com

Christopher Perez
                    on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com

Christopher D Loizides
                    on behalf of Creditor David Alevy loizides@loizides.com  lisa.peters@kutakrock.com

Christopher D Loizides
                    on behalf of Interested Party NORTHWOODS III (SAN ANTONIO)  LLC loizides@loizides.com, lisa.peters@kutakrock.com

Christopher D Loizides
                    on behalf of Creditor Laura Alevy loizides@loizides.com  lisa.peters@kutakrock.com

Christopher P. Anton
                    on behalf of Defendant Caliber Americas LLC canton@gibbonslaw.com

Clayton Daniel Harvey
                    on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com

Colin R. Robinson
                    on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com

Colin R. Robinson
                    on behalf of Other Prof. Plan Administrator crobinson@pszjlaw.com

District/off: 0312-2                                     User: admin                                          Page 6 of 33
Date Rcvd: Mar 12, 2025                                  Form ID: orderntc                                    Total Noticed: 1

Colin R. Robinson
on behalf of Creditor Committee Official Committee Of Unsecured Creditors crobinson@pszjlaw.com

Conrad K. Chiu
on behalf of Transferee Evolution Credit Opportunity Master Fund II-B  L.P. cchiu@pryorcashman.com

Courtney Brown
on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael
on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney G. Schroeder
on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com

Craig G. Margulies
on behalf of Defendant Capital Brands Distribution  LLC craig@marguliesfaithlaw.com,
vicky@marguliesfaithlaw.com,angela@marguliesfaithlaw.com,amber@marguliesfaithlaw.com,drew@marguliesfaithlaw.com

Dana Lee Robbins-Boehner
on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com  mguerra@burr.com

Dana Lee Robbins-Boehner
on behalf of Creditor DS Properties 18 LP drobbins@burr.com  mguerra@burr.com

Dana S. Plon
on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Riverhead Centre Owners  LLC dplon@sirlinlaw.com

Daniel Brogan
on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Daniel Stolz
on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira
on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira
on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman
on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com,
foreclosure@kandfllp.com;jgladstone@kandfllp.com

Daniel R. Utain
on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg
on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Creditor County of Placer dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Gharkhany
on behalf of Defendant Demar Logistics Inc. dgharkhany@fbtlaw.com

David Graff
on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David Pizzica
on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David B Wheeler

on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David H. Pikus

on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein

on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein

on behalf of Creditor Levtex  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein

on behalf of Defendant Legacy Companies LLC dstein@wilentz.com  ciarkowski@wilentz.com

David H. Stein

on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com  ciarkowski@wilentz.com

David H. Stein

on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com  ciarkowski@wilentz.com

David H. Stein

on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com  ciarkowski@wilentz.com

David L. Bruck

on behalf of Creditor Chase Green Mountain LP bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Chenal Place Properties LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.
bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Almaden Plaza Shopping Center  Inc. bankruptcy@greenbaumlaw.com

David M Stauss

on behalf of Creditor CBL & Associates Management  Inc. david.stauss@huschblackwell.com,
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss

on behalf of Interested Party Safety National Casualty Corporation david.stauss@huschblackwell.com
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M Stauss

on behalf of Interested Party Safety Specialty Insurance Company david.stauss@huschblackwell.com
serena.gray@huschblackwell.com;david-stauss-2550@ecf.pacerpro.com

David M. Bass

on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com

David P. Primack

on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Coral North  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

District/off: 0312-2                                User: admin                                                  Page 8 of 33
Date Rcvd: Mar 12, 2025                        Form ID: orderntc                                        Total Noticed: 1

David P. Primack
    on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor Grand Mesa Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor Wedgewood Hills  Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor Carson Valley Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
    on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David S. Catuogno
    on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Dean Oswald
    on behalf of Creditor DPEG Fountains  LP dmoswald@pbnlaw.com, dmoswald@pbnlaw.com

Derek J. Baker
    on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diana Katz Gerstel
    on behalf of Interested Party World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

Diana Katz Gerstel
    on behalf of Defendant World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

Diane Sanders
    on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders
    on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

District/off: 0312-2                          User: admin                                    Page 9 of 33
Date Rcvd: Mar 12, 2025                       Form ID: orderntc                              Total Noticed: 1

Don A. Beskrone
                    on behalf of Defendant Retail Zipline  Inc. DBeskrone@ashbygeddes.com,
                    rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
                    eddes.com

Don A. Beskrone
                    on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com,
                    rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
                    eddes.com

Donald F. Campbell, Jr.
                    on behalf of Creditor Beverly Parrish dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                    on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Douglas G. Leney
                    on behalf of Defendant Securitas Electronic Security  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas J. McGill
                    on behalf of Creditor Ak-Sr-Ben Village  L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik
                    on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com,
                    rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Casto-Oakbridge Venture  Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com  rdalba@dttlaw.com

Drew S. McGehrin
                    on behalf of Defendant NP New Castle  LLC dsmcgehrin@duanemorris.com

Drew S. McGehrin
                    on behalf of Creditor NP New Castle  LLC dsmcgehrin@duanemorris.com

Edmond P O'Brien
                    on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com  jrich@cszlaw.com

Elisabeth Bruce
                    on behalf of Defendant Internal Revenue Service elisabeth.m.bruce@usdoj.gov
                    ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov;jennifer.d.auchterlonie@usdoj.gov

Ellen M. McDowell
                    on behalf of Creditor Avalara  Inc. emcdowell@mcdowelllegal.com,
                    kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamiso
                    n@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com

Elliot D. Ostrove
                    on behalf of Creditor Iris Software  Inc. E.ostrove@epsteinostrove.com

Elyssa Kates
                    on behalf of Defendant Zero Technologies  LLC ekates@bakerlaw.com

Elyssa Kates
                    on behalf of Creditor Zero Technologies  LLC ekates@bakerlaw.com

Eric Horn
                    on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com
                    g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
                    @notify.bestcase.com

Eric Horn
                    on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com
                    g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
                    @notify.bestcase.com

Eric Horn
                    on behalf of Defendant MagicLinks  Inc. ehorn@aystrauss.com,
                    g31738@notify.cincompass.com,lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343
                    @notify.bestcase.com

Eric S. Chafetz
                    on behalf of Interested Party Pagosa Partners III  Ltd. echafetz@lowenstein.com

Eric S. Chafetz
                    on behalf of Interested Party CPT Arlington Highlands 1  LP echafetz@lowenstein.com

District/off: 0312-2            User: admin            Page 10 of 33
Date Rcvd: Mar 12, 2025            Form ID: orderntc            Total Noticed: 1

Ericka Fredricks Johnson
     on behalf of Interested Party Burlington Stores  Inc. ejohnson@bayardlaw.com,
     rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson
     on behalf of Defendant Spectrum Brands  Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Teske
     on behalf of Creditor SRK Lady Lake 21 SPE  LLC eteske@csglaw.com

Erin Teske
     on behalf of Creditor Benchmark-Clarence Associates  LLC eteske@csglaw.com

Evan J. Zucker
     on behalf of Creditor 1019 Central Avenue Corp. evan.zucker@blankrome.com  nybankruptcydocketing@blankrome.com

Fabian Marriott
     on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law

Faye C Rasch
     on behalf of Creditor SHI Owner  LLC faye@wrlawgroup.com, tennille@wrlawgroup.com

Felice R. Yudkin
     on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com

Fernand L Laudumiey, IV
     on behalf of Creditor Richards Clearview  LLC laudumiey@chaffe.com

Fran B. Steele
     on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak
     on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci
     on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Frank F. Velocci
     on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott
     on behalf of Defendant Cellco Partnership glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
     on behalf of Creditor Verizon Entities glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
     on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com  lrestivo@mccarter.com

Gregory Pesce
     on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com, mco@whitecase.com

Gregory Plotko
     on behalf of Defendant Miele  Incorporated gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
     on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
     mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
     on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian
     on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth
     on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
     pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
     on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
     pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
     on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
     pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
     on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
     pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
     on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,

pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Howard Schub

on behalf of Defendant Data Networks of America  Inc. howard.schub@nelsonmullins.com, kathy.yurieff@nelsonmullins.com

Ilana Volkov

on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches

on behalf of Defendant Furniture Store Express  Inc. iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim

on behalf of Creditor Realty Income Corporation arhim@lakklawyers.com

Jack Shrum

on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum

on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke

on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com
jdopke@fleischerlaw.com

James McCartney

on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James Suozzo

on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James Suozzo

on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James C Vandermark

on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com  vandermark.jamesr106165@notify.bestcase.com

James C Vandermark

on behalf of Creditor Salesforce.com  inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman

on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James C. Thoman

on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com, rleek@hodgsonruss.com

James Frederick Lorusso

on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James Frederick Lorusso

on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James P Chou

on behalf of Counter-Claimant Mara Sirhal jchou@moritthock.com

James P Chou

on behalf of Creditor Mark Tritton jchou@moritthock.com

James S. Carr

on behalf of Creditor Ryder Integrated Logistics  Inc.
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu

on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu

on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff

on behalf of Creditor Mode Transportation  Inc. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff

on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jason Louis Libou

on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason Louis Libou

on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jaspreet S. Mayall

on behalf of Creditor 3600 Long Beach Road  LLC ,

jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall

on behalf of Creditor Serota Islip NC LLC
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon

on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin

on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein

on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein

on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com  eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Chubak

on behalf of Defendant SodaStream USA Inc. jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Kurtzman

on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman

on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Cooper

on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Lester

on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Rosenthal

on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Janet Barth jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Sue Gove jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Susie Kim jrosenthal@cgsh.com

Jeffrey C. Wisler

on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler

on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jenny R. Kasen

on behalf of Defendant R. M. Sullivan Transportation  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen

on behalf of Defendant Avanti Linens  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen

on behalf of Defendant Wesley Kraker Enterprises  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen

on behalf of Defendant Advanced Systems  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jenny R. Kasen

on behalf of Defendant Argo  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

Jeremy M. Campana

District/off: 0312-2

User: admin

Date Rcvd: Mar 12, 2025

Form ID: orderntc

Total Noticed: 1

|  | on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |
| --- | --- |
| Jeremy M. Campana | on behalf of Creditor InterDesign  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com |
| Jerrold S. Kulback | on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jesse M. Harris | on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Ollie's Bargain Outlet  Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| John Greco | on behalf of Creditor Evergreen Line jgreco@bge-law.com |
| John Greco | on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com |
| John O'Boyle | on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com, amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com |
| John C. Kilgannon | on behalf of Creditor Zadro Inc. john.kilgannon@stevenslee.com |
| John David Folds | on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com |
| John David Folds | on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com |
| John David Folds | on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com |
| John David Folds | on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com |
| John Kendrick Turner | on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Michael McDonnell | on behalf of Attorney Brian T. Crowley  Esq. jmcdonnell@mchfirm.com |
| John Michael McDonnell | on behalf of Attorney Richard J. Corbi  Esquire jmcdonnell@mchfirm.com |
| John Michael McDonnell | on behalf of Interested Party Taussig Risk Capital Advisors  Inc. jmcdonnell@mchfirm.com |
| John Michael McDonnell | on behalf of Attorney Richard J. Corbi  Esq. jmcdonnell@mchfirm.com |
| John Michael McDonnell | on behalf of Attorney John M. McDonnell  Esq. jmcdonnell@mchfirm.com |

District/off: 0312-2                                      User: admin                                      Page 14 of 33
Date Rcvd: Mar 12, 2025                              Form ID: orderntc                              Total Noticed: 1

John S. Mairo
    on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor U.S. 41 & I-285 Company LLC jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor DFW Lewisville Partners GP jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor DPEG Fountains  LP jmairo@gibbonslaw.com,
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor County of Riverside jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Defendant Sunham Home Fashions  LLC jmairo@gibbonslaw.com,
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor KMO-361 (Paramus) LLC jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor MLO Great South Bay LLC jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor County of Santa Clara jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor County of Fresno jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor County of Los Angeles jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor Siegen Lane Properties LLC jmairo@gibbonslaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John S. Mairo
    on behalf of Creditor Northway Mall Properties Sub  LLC jmairo@gibbonslaw.com,
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

John T. Carroll, III
    on behalf of Defendant HMM (America)  Inc. jcarroll@cozen.com,
    jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss
    on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com

John W. Weiss
    on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com

John W. Weiss
    on behalf of Interested Party Kaz Canada  Inc. jweiss@pashmanstein.com

John W. Weiss
    on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com

Jonathan S. Bodner
    on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Defendant Westwood Design  Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask
  on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
  on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
  on behalf of Defendant The Step2 Company  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
  on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
  on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.
  on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
  djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Joseph Charles Barsalona, II
  on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
  jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
  on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com

Joseph H Baldiga
  on behalf of Creditor Running Hill SP  LLC jbaldiga@miricklaw.com

Joseph H. Lemkin
  on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Defendant Drinkpod LLC jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Defendant Rackspace Technology Global  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joshua Sussberg
  on behalf of Debtor Bed Bath & Beyond Inc. joshua.sussberg@kirkland.com
  amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner
  on behalf of Creditor Texas Taxing Authorities hneumann@mblawfirm.com

Julie Anne Parsons
  on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com

Kate R. Buck
  on behalf of Counter-Claimant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Kate R. Buck
  on behalf of Defendant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy
  on behalf of Defendant Garda CL Atlantic  Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen
  on behalf of Creditor Continental Web Press  Inc. ken@kenrosenadvisors.com, dclaussen@lowenstein.com

Kenneth A. Rosen
  on behalf of Interested Party Michael's Stores  Inc. ken@kenrosenadvisors.com, dclaussen@lowenstein.com

Kenneth L. Baum
  on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
  on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Forum Lone Star L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm
on behalf of Creditor Hart TC I-III LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Bayer Development Company LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Hart Miracle Marketplace LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Cobb Place Property LLC kklemm@bakerdonelson.com

Keri P. Ebeck
on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun
on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor DoorDash Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant Concentric LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant OnPoint Capital LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party Flexport Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kristen Peters Watson
on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor DS Properties 18 LP kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly
on behalf of Defendant Caliber Americas LLC kmcevilly@gibbonslaw.com

Lauren M. Macksoud
on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Mishorim 255 LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com,
docket.general.lit.nyc@dentons.com

Lauren Rebecca Jacoby
on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton
                on behalf of Creditor HRTC 1 LLC lhilton@onellp.com lthomas@onellp.com

Lee Squitieri
                on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri
                on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee M. Tesser
                on behalf of Defendant US Maintenance ltesser@tessercohen.com

Leslie Carol Heilman
                on behalf of Creditor ARG PSALBNM001 LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor ARG SAABITX001 LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Defendant Maintenx International Service Management Group  Inc. heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor ARG FSBROWI001 LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor Deutsche Asset & Wealth Management heilmanl@ballardspahr.com
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor 209-261 Junction Road Madison Investors  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor 210 Development  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC heilmanl@ballardspahr.com
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor CVSC  LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor Agua Mansa Commerce Phase I  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor ARC ASANDSC001  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor Fairview Shopping Center  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor GC Ambassador Courtyard  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor CLPF Marketplace  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor UBS Realty Investors  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor PF Portfolio 2  LP heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor MGP XII Magnolia  LLC heilmanl@ballardspahr.com,
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com
                vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman

District/off: 0312-2                          User: admin                                    Page 18 of 33
Date Rcvd: Mar 12, 2025                       Form ID: orderntc                              Total Noticed: 1

on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Urban Edge Properties  L.P. heilmanl@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Heitman heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor UE 675 Route 1 LLC heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor EDENS heilmanl@ballardspahr.com  vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor ARC CLORLFL001  LLC heilmanl@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Congressional Plaza Associates  LLC heilmanl@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor ARC BHT-VCMI001  LLC heilmanl@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com

Lisa M. Solomon
                        on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

Loren L. Speziale
                        on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Maha Kabbash
                        on behalf of Defendant World Distribution Services LLC maha.kabbash@tuckerellis.com
                        Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash
                        on behalf of Interested Party World Distribution Services LLC maha.kabbash@tuckerellis.com
                        Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Marcella M. Jayne
                        on behalf of Defendant Fridababy  LLC mjayne@foley.com, marcella-jayne-8977@ecf.pacerpro.com

Marianna Udem
                        on behalf of Plaintiff Michael Goldberg mudem@askllp.com  lmiskowiec@askllp.com;vmartinez@askllp.com

Mark Minuti
                        on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico
                        on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
                        maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.
                        com

Mark E. Hall
                        on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein
                        on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                        on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                        on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                        on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Marshall Dworkin
                        on behalf of Defendant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
                        on behalf of Counter-Claimant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
                        on behalf of Creditor Studio City East 93K LLC Marshall.Dworkin@saul.com

Marshall Dworkin
                        on behalf of Counter-Defendant Bed Bath & Beyond Inc. Marshall.Dworkin@saul.com

Marshall Dworkin

District/off: 0312-2
Date Rcvd: Mar 12, 2025

User: admin
Form ID: orderntc

Page 19 of 33
Total Noticed: 1

on behalf of Unknown Role Type Mara Sirhal Marshall.Dworkin@saul.com

Martin A. Sosland

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. martin.sosland@butlersnow.com

Matthew E. Kaslow

on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena

on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa E. Valdez

on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick

on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien

on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik

on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski

on behalf of Creditor Florida Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

District/off: 0312-2                                    User: admin                                    Page 20 of 33
Date Rcvd: Mar 12, 2025                            Form ID: orderntc                                Total Noticed: 1

Michael Kwiatkowski
                    on behalf of Creditor Georgia Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Atlantic City Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor American Electric Power mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Tucson Electric Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com
                    crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor UNS Gas  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Ohio Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Toledo Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Arizona Public Service Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@cullenllp.com
                    crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor NV Energy  Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Pennsylvania Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Monongahela Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor PSEG Long Island mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael B. Reynolds
on behalf of Defendant Baby Trend Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael D. Sirota
on behalf of Debtor Harmon of New Rochelle Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Caldwell Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Decorist LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Hackensack Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Falls Church Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Totowa Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Of a Kind Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

District/off: 0312-2                          User: admin                          Page 25 of 33
Date Rcvd: Mar 12, 2025                    Form ID: orderntc                 Total Noticed: 1

Michael D. Sirota
    on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael R. Herz
    on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz
    on behalf of Defendant RXO Corporate Solutions  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael S Tucker
    on behalf of Creditor MLO Great South Bay LLC mtucker@ulmer.com

Michael S Tucker
    on behalf of Creditor Siegen Lane Properties LLC mtucker@ulmer.com

Michael S Tucker
    on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ulmer.com

Michael S Tucker
    on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ulmer.com

Michael S Tucker
    on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ulmer.com

Mollie Margaret Lerew
    on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino
    on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
    on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com

District/off: 0312-2                                   User: admin                                   Page 26 of 33
Date Rcvd: Mar 12, 2025                               Form ID: orderntc                             Total Noticed: 1

Morgan Virginia Manley

    on behalf of Defendant Federal Heath Sign Company  LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com

Morgan Virginia Manley

    on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com  nyoecf@sgrlaw.com

Morris J. Schlaf

    on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer

    on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com

Nancy Isaacson

    on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com

Naznen Rahman

    on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Nicole A. Leonard

    on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com  gbressler@mdmc-law.com

Nicole M. Nigrelli

    on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli

    on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,
    sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik

    on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com
    osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

    on behalf of Creditor Humble Independent School District osonik@pbfcm.com
    osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

    on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

    on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com
    osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

    on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
    osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond

    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden

    on behalf of Interested Party Foundations Worldwide  Inc. pholden@c-wlaw.com

Patricia W Holden

    on behalf of Defendant Foundations Worldwide  Inc. pholden@c-wlaw.com

Paul Rubin

    on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

    on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

    on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
    hhuynh@rubinlawllc.com

Paul Hans Schafhauser

    on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com,
    paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter

    on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter

    on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul John Labov

    on behalf of Other Prof. Plan Administrator plabov@pszjlaw.com  lsc@pszjlaw.com

Paul John Labov

    on behalf of Plaintiff Michael Goldberg plabov@pszjlaw.com  lsc@pszjlaw.com

Paul John Labov

District/off: 0312-2                                      User: admin                                      Page 27 of 33
Date Rcvd: Mar 12, 2025                              Form ID: orderntc                              Total Noticed: 1

on behalf of Other Prof. Michael Goldberg plabov@pszjlaw.com  lsc@pszjlaw.com

Paul S. Murphy

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

Paul Stadler Pflumm

on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com

Paul W Carey

on behalf of Creditor ISM Holdings  Inc. pcarey@miricklaw.com

Paul W Carey

on behalf of Creditor Running Hill SP  LLC pcarey@miricklaw.com

Raye Curry Elliott

on behalf of Plaintiff Michael Goldberg raye.elliott@akerman.com

Richard Corbi

on behalf of Interested Party Taussig Risk Capital Advisors  Inc. rcorbi@corbilaw.com

Richard Solow

on behalf of Defendant OXO International  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard Solow

on behalf of Defendant C & T International Inc. rsolow@reedsmith.com  rich-solow-3519@ecf.pacerpro.com

Richard Solow

on behalf of Defendant Riskified  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard D. Trenk

on behalf of Defendant IMC Companies  LLC rtrenk@trenkisabel.law, averdugo@tisslaw.com

Richard L Fuqua, II

on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com

Richard L Fuqua, II

on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com

Richard L. Zucker

on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Richard L. Zucker

on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Rick Aaron Steinberg

on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com

Rick Aaron Steinberg

on behalf of Defendant Tote Maritime Alaska  LLC rsteinberg@pricemeese.com

Robert Drain

on behalf of Interested Party John E. Fleming robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Sue Gove robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Harriet Edelman robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Andrea Weiss robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Joshua Schechter robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Mary A. Winston robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Ann Yerger robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Malone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com
nmitchell@gibbonslaw.com

Robert A. Rich
     on behalf of Defendant Le Creuset of America  Inc. rrich2@hunton.com, candonian@huntonak.com

Robert J Feinstein
     on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul
     on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane
     on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor DDRTC Marketplace at Mill Creek  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
     on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

| | |
|---|---|
| | on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Lerner Properties rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Equity One  Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert M. Marshall | |
| | on behalf of Defendant Devgiri Exports  LLC rmarshall@mqlaw.net |
| Robert S. Roglieri | |
| | on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law |
| Robert S. Roglieri | |
| | on behalf of Defendant IMC Companies  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law |
| Robert S. Westermann | |
| | on behalf of Creditor The Brink's Company rwestermann@hirschlerlaw.com  rhenderson@hirschlerlaw.com |
| Ronald S. Gellert | |
| | on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  abrown@gsbblaw.com |
| Ronald S. Gellert | |
| | on behalf of Defendant SASR Workforce Solutions  LLC rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Ronald S. Gellert | |
| | on behalf of Defendant Capital Brands Distribution  LLC rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Samuel P. Hershey | |
| | on behalf of Interested Party Michael's Stores  Inc. sam.hershey@whitecase.com, mco@whitecase.com |
| Sari Blair Placona | |
| | on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Interested Party Central Transport  LLC splacona@msbnj.com |
| Scott Fleischer | |
| | on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | |
| | on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | |
| | on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | |
| | on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |

Scott Fleischer

on behalf of Creditor RED Development  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com,
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott A. Shaffer

on behalf of Defendant Conair LLC sshaffer@olshanlaw.com

Scott A. Zuber

on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott H. Bernstein

on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Scott H. Bernstein

on behalf of Defendant Brink's  Incorporated scott@scottbernsteinlaw.com

Scott S. Rever

on behalf of Defendant Evenflo Company  Inc. srever@genovaburns.com,
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Creditor Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Unknown Role Type Evenflo Company Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Defendant Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Shai Schmidt

on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein

on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross

on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney

on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen Schwimmer, I

on behalf of Defendant M & L Enterprise Group Inc. sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen R. Catanzaro

on behalf of Defendant Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro

on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga

on behalf of Defendant Noritake Co.  Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;ntravostino@walsh.law

Steven A. Jayson

on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan

on behalf of Defendant Pem-America  Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman

on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven T Keppler

on behalf of Defendant US Maintenance skeppler@tessercohen.com

Stuart D. Gavzy

on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlaw
yer.com

Sunjae Lee

on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tansy Woan

on behalf of Interested Party Joshua E. Schechter tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party Harriet Edelman tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party Sue E. Gove tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party Ann Yerger tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party John E. Fleming tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party Jeffrey A. Kirwan tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party Andrea Weiss tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party Mary A. Winston tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tansy Woan

on behalf of Interested Party Virginia P. Ruesterholz tansy.woan@skadden.com
tansy-woan-6181@ecf.pacerpro.com;jay.kasner@skadden.com;nick.peiffer@skadden.com;DLMLCNYC@skadden.com;michael.
restey@skadden.com

Tara J. Schellhorn

on behalf of Creditor TPP Bryant  LLC tschellhorn@riker.com

Tara J. Schellhorn

on behalf of Creditor Dadeland Station Associates  Ltd. tschellhorn@riker.com

Thomas James Monroe

on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com

Thomas S. Onder

on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

District/off: 0312-2 | User: admin | Page 32 of 33
Date Rcvd: Mar 12, 2025 | Form ID: orderntc | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor North Village Associates tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com |
| Thomas S. Onder | |
| | on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com |
| Tina Moss | |
| | on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com |
| Tina Moss | |
| | on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com |
| Turner Falk | |
| | on behalf of Interested Party Loja WTP  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor College Plaza Station LLC turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Defendant American Textile Company  Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Defendant Artsana USA  Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Vahbiz Karanjia | |
| | on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor McCreary Entities vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com |
| Vincent J. Roldan | |
| | on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com |
| Walter E. Swearingen | |
| | on behalf of Creditor TF Cornerstone Inc. w_swearingen@yahoo.com |
| Walter E. Swearingen | |
| | on behalf of Creditor 200-220 West 26 LLC w_swearingen@yahoo.com |
| Warren A. Usatine | |
| | on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com |
| Wendy M Simkulak | |
| | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |

Wendy M Simkulak
     on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com

William G. Wright
     on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant
     on behalf of Creditor Consumer Centre Paramount 4  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
     on behalf of Creditor Consumer Centre Paramount 1  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
     on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
     on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
     on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
     on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
     on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III
     on behalf of Creditor DT-SGW  LLC wfirth@pashmanstein.com, ddanielson@cohenseglias.com


TOTAL: 755