| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**CERTIFICATION OF KARA E. CASTEEL, ESQUIRE IN
SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*__**

Pursuant to LBR 9010-1 and 7007-1, I, **Kara E. Casteel, Esquire** hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

1.      I am an attorney with the law firm ASK LLP, with my office located at 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121. My telephone number is (651) 289-3846, and my email address is kcasteel@askllp.com.

2.      I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

| State or Federal Jurisdiction | Admission Date |
|---|---|
| U.S. District Court, Minnesota | 2011 |

3. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

I declare under penalty that the foregoing is true and correct.

Dated: March 17, 2025

**ASK LLP**

By: /s/ *Kara E. Casteel*
Kara E. Casteel Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3846
Fax: (651) 406-9676
Email: kcasteel@askllp.com