| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: rfeinstein@pszjlaw.com<br>       bsandler@pszjlaw.com<br>       plabov@pszjlaw.com<br>       crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:    April 22, 2025**<br>**Hearing Time:    10:00 a.m. (ET)**<br>**Response Deadline:    April 15, 2025**<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

## NOTICE OF OBJECTION TO YOUR CLAIM

**TO:   MING CHE**

Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4933-2914-1032.1 08728.003

affiliated debtors (the "Debtors") has filed the enclosed *Plan Administrator's Objection to Claims Filed by Ming Che* (the "Objection") which seeks to alter your rights by (a) disallowing the following claims: (i) Claim 4443 (filed against BBBYCF LLC), (ii) Claim 4519 (filed against BBB Value Services Inc.), (iii) Claim 4520 (filed against BWAO LLC), (iv) Claim 4775 (filed against Chef C Holdings LLC), (v) Claim 4841 (filed against BBBY Management Corporation), (vi) Claim 4938 (filed against Buy Buy Baby, Inc.), (vii) Claim 5173 (filed against Bed Bath & Beyond of California Limited Liability Company), (viii) Claim 6149 (filed against Decorist, LLC), (ix) Claim 6171 (filed against Harmon Stores, Inc.), (x) Claim 6662 (filed against BBB Canada LP Inc.), (xi) Claim 7440 (filed against BBBYTF LLC), (xii) Claim 7441 (filed against bed 'n bath Stores Inc.), and (xiii) Claim 8492 (filed against Liberty Procurement Co. Inc.) in their entirety (the "Disallowed Claims"), and (b) reclassifying Claim 8343 (filed against Bed Bath & Beyond, Inc.) as a Class 6 General Unsecured Claim (the "Reclassified Claim"). (The Disallowed Claims and the Reclassified Claim are, collectively, the "Disputed Claims"). You should review the Objection carefully.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before **April 15, 2025.**

> Clerk of Court
> United States Bankruptcy Court
>   for the District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

---

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

4933-2914-1032.1 08728.003

At the same time, you must also serve a copy of the response upon the Plan Administrator's attorneys:

> Robert J. Feinstein, Esq.
> Bradford J. Sandler, Esq.
> Paul J. Labov, Esq.
> Colin R. Robinson, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 780 Third Avenue, 34th Floor
> New York, NY 10017

If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Vincent F. Papalia on **April 22, 2025, at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street Newark, New Jersey 07102.

**PLEASE TAKE NOTICE** that parties may make arrangements to appear telephonically by Court Solutions at http://www.court-solutions.com, no later than 3:00 p.m. the court day prior to the hearing.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: March 17, 2024 | */s/* Bradford J. Sandler, Esq. |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email:   rfeinstein@pszjlaw.com |
| |              bsandler@pszjlaw.com |
| |              plabov@pszjlaw.com |
| |              crobinson@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |