| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:     rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**PLAN ADMINISTRATOR'S THIRD MOTION FOR ENTRY OF AN ORDER**
**EXTENDING THE PERIOD TO OBJECT TO CLAIMS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received on the *Plan Administrator's Third Motion for Entry of an Order Extending the Period to Object to Claims* [Docket No. 3928] (the "Motion") filed on March 4, 2025. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Hearing on Plan Administrator's Third Motion for Entry of an Order Extending the*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

*Period to Object to Claims* [Docket No. 3929], objections to the Motion were to be filed and served no later than no later than March 18, 2025.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

Dated:  March 21, 2025                      */s/ Colin R. Robinson*
                                            Robert J. Feinstein, Esq. (admitted *pro hac vice*)
                                            Bradford J. Sandler, Esq.
                                            Paul J. Labov, Esq.
                                            Colin R. Robinson, Esq.
                                            **PACHULSKI STANG ZIEHL & JONES LLP**
                                            780 Third Avenue, 34th Floor
                                            New York, NY 10017
                                            Telephone:   (212) 561-7700
                                            Email:       rfeinstein@pszjlaw.com
                                                         bsandler@pszjlaw.com
                                                         plabov@pszjlaw.com
                                                         crobinson@pszjlaw.com

                                            *Counsel to the Plan Administrator*

2