| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          plabov@pszjlaw.com<br>          crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 25, 2025, AT 10:00 A.M. (ET)**

> **Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**
>
> **Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

**I.      MATTER RESOLVED**

1.      Plan Administrator's Third Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 3928].

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4908-3868-8557.1 08728.003

Response Deadline:  March 18, 2025.

Responses Received:  None.

Related Documents:

(a)    Notice of Hearing on Plan Administrator's Third Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 3929].

(b)    Certificate of Service [Docket No. 3930].

(c)    Supplemental Certificate of Service [Docket No. 3931].

(d)    Certification of No Objection Regarding Plan Administrator's Third Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 3958].

Status:  A certification of no objection has been filed. A hearing will not be necessary unless the Court has any questions.

Dated:  March 24, 2025

/s/ Colin R. Robinson

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:        rfeinstein@pszjlaw.com
              bsandler@pszjlaw.com
              plabov@pszjlaw.com
              crobinson@pszjlaw.com

*Counsel to the Plan Administrator*