U.S. Bankruptcy Court for the District of New Jersey

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number | Bed Bath & Beyond Inc.; Case No.: 23-13359 |
|---|---|
| Creditor Name and Address: | Hilco Merchant Resources, LLC<br>Attn: Sarah Baker<br>Vice President, Deputy General Counsel<br>5 Revere Drive<br>Suite 206<br>Northbrook, IL 60062<br>(847) 504-2462<br>SBaker@hilcoglobal.com |
| Court Claim Number (if known): | See attached Exhibit A. |
| Date Claim Filed: | See attached Exhibit A. |
| Total Amount of Claim Filed: | See attached Exhibit A. |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby (a) withdraw the Proofs of Claim listed in Exhibit A, (b) agree to the expungement of the Scheduled Claims listed on Exhibit A and (c) authorize the Clerk of this Court, or the duly appointed Claims Agent, to reflect the aforementioned on the official claims register for the above- referenced Debtor(s).

Dated:  March 25, 2025

_____

Print Name: Eric Kaup,

Title EVP, CCO & Special Counsel,

Managing Member

4921-8181-3291.1 08728.003

# Exhibit A

| Proofs of Claim to Be Withdrawn | | | |
|---|---|---|---|
| **Claim No.** | **Date Filed** | **Debtor** | **Amount** |
| 17360 | 09/14/2023 | Bed Bath & Beyond Inc. | unliquidated |
| 11434 | 07/07/2023 | Harmon Stores, Inc. | unliquidated |
| 11684 | 07/07/2023 | Buy Buy Baby, Inc. | unliquidated |
| 11779 | 07/07/2023 | Bed Bath & Beyond Inc. | unliquidated |
| 16241 | 08/15/2023 | Buy Buy Baby, Inc. | unliquidated |
| 16247 | 08/15/2023 | Harmon Stores, Inc. | unliquidated |
| 16253 | 08/15/2023 | Bed Bath & Beyond Inc. | unliquidated |
| 17382 | 09/14/2023 | Buy Buy Baby, Inc. | unliquidated |
| 17407 | 09/14/2023 | Harmon Stores, Inc. | unliquidated |
| 17818 | 10/13/2023 | Bed Bath & Beyond Inc. | unliquidated |
| 17820 | 10/13/2023 | Buy Buy Baby, Inc. | unliquidated |
| 17821 | 10/13/2023 | Harmon Stores, Inc. | unliquidated |
| 18389 | 11/15/2023 | Harmon Stores, Inc. | unliquidated |
| 18390 | 11/15/2023 | Buy Buy Baby, Inc. | unliquidated |
| 18396 | 11/15/2023 | Bed Bath & Beyond Inc. | unliquidated |
| 18871 | 12/15/2023 | Bed Bath & Beyond Inc. | unliquidated |
| 18872 | 12/15/2023 | Buy Buy Baby, Inc. | unliquidated |
| 18873 | 12/15/2023 | Harmon Stores, Inc. | unliquidated |

| Scheduled Claims to be Expunged | | |
|---|---|---|
| **Schedule No.** | **Debtor** | **Amount** |
| 5269680 | Bed Bath & Beyond Inc. | $16,885,952.40 |