# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 17, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) by the method set forth on the Post Effective Master Service List attached hereto as **Exhibit A**, and (2) via first class mail and email on the Affected Claimants Service List attached hereto as **Exhibit B**:

- Plan Administrator's Objection to Claims Filed by Ming Che [Docket No. 3954]

- Notice of Objection to Your Claim [Docket No. 3955]

Dated: March 25, 2025

                                                                        */s/ Engels Medina*
                                                                        Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 25, 2025, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 86908

**Exhibit A**

Exhibit A
Post Effective Master Service List
Served as set forth below

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 | | First Class Mail |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 | KCAPUZZI@BENESCHLAW.COM; DBROGAN@BENESCHLAW.COM; GWERKHEISER@BENESCHLAW.COM | Email |
| CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 | PHOLDEN@C-WLAW.COM | Email |
| GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 | DCAMPBELL@GHCLAW.COM; CSCHROEDER@GHCLAW.COM | Email |
| JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 | JSHRUM@JSHRUMLAW.COM | Email |
| LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 | BMILLER@BARRYSMILLERESQ.COM | Email |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | KROSEN@LOWENSTEIN.COM | Email |
| MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 | VROLDAN@MBLAWFIRM.COM | First Class Mail and Email |
| MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 | BCROWLEY@MCHFIRM.COM; JMCDONNELL@MCHFIRM.COM | Email |
| MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 | EMCDOWELL@MCDOWELLLEGAL.COM; JMCORMICK@MCDOWELLLEGAL.COM; PPFLUMM@MCDOWELLLEGAL.COM | Email |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 | SSTATON@LAW.GA.GOV | Email |
| PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 | FLORUSSO@PANSINILAW.COM | Email |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 | HJAFFE@PASHMANSTEIN.COM | Email |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 | JWEISS@PASHMANSTEIN.COM | Email |
| SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 | DEDELBERG@SH-LAW.COM | First Class Mail and Email |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 | ROBERT.DRAIN@SKADDEN.COM; TANSY.WOAN@SKADDEN.COM; ANGELINE.HWANG@SKADDEN.COM | Email |
| SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 | MREYNOLDS@SWLAW.COM; ASTILL@SWLAW.COM | Email |
| SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 | NJ@DOR.MO.GOV | Email |
| STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 | RSCHROETER@STARK-KNOLL.COM | Email |
| THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 | COLLECTIONS@CGTLAW.COM | Email |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 | USTPREGION03.NE.ECF@USDOJ.GOV; FRAN.B.STEELE@USDOJ.GOV; ALEXANDRIA.NIKOLINOS@USDOJ.GOV | First Class Mail and Email |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 1

**<u>Exhibit B</u>**

# Exhibit B

Affected Claimants Service List

Served via first class mail and email

| ADRID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| 12993379 | Che, Ming | ADDRESS ON FILE | | | | EMAIL ADDRESS ON FILE |
| 13057181 | Che, Ming | ADDRESS ON FILE | | | | EMAIL ADDRESS ON FILE |