| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Patricia W. Holden <br> CIPRIANI & WERNER P.C. <br> 155 Gaither Drive, Suite B <br> Mt. Laurel, NJ 08054 <br> Ph: (856) 761-3800 <br> Fx: (856) 437-7465 <br> PHolden@c-wlaw.com <br><br> and <br><br> Richard P. Schroeter Jr. (*pro hac vice pending*) <br> STARK AND KNOLL CO. L.P.A. <br> 3475 Ridgewood Rd. <br> Akron, OH 44333 <br> Ph: (330) 572-1339 <br> Fx: (330) 572-1264 <br> rschroeter@stark-knoll.com <br><br> *Counsel for Foundations Worldwide, Inc.* | |
| In re: <br><br> BED BATH & BEYOND, INC., *et al.*,[1] <br><br>         Debtor. | **Chapter 11** <br><br> **Case No. 23-13359-VFP** <br><br> **(Jointly Administered)** |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.), <br><br>         Plaintiff, <br><br> v. <br><br> Foundations Worldwide, Inc., <br><br>         Defendant. | **Adv. No. 24-01361-VFP** |

**REQUEST TO WITHDRAWAL APPEARANCES AS COUNSEL AND
TO BE REMOVED FROM ELECTRONIC & PAPER NOTICING MATRIX**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

PLEASE TAKE NOTICE that in accordance with D.N.J. LBR 9010-2(b), Cipriani & Werner, P.C., through its undersigned counsel, and Richard Schroeter, Esq., Admitted Pro Hac Vice, hereby respectfully request that their appearances be withdrawn in the above-captioned proceedings, the adversary matter filed under Adv. No. 24-01361-VFP having concluded, and further request that the Clerk of the United States Bankruptcy Court for the District of New Jersey, or any claims or noticing agent appointed in the above-captioned cases, remove Cipriani & Werner, P.C., and Patricia W. Holden, Esq., from the electronic and paper noticing matrix for the above captioned cases.

Respectfully submitted,

CIPRIANI & WERNER P.C.

s/ *Patricia W. Holden*
Patricia W. Holden (NJ# 029011989)
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
Ph: (856) 761-3800
Fx: (856) 437-7465
pholden@c-wlaw.com

*Counsel for Foundations Worldwide, Inc.*

s/ *Richard P. Schroeter Jr.*
Richard P. Schroeter Jr. (OH# 0089026)
Admitted Pro Hac Vice
STARK & KNOLL CO., L.P.A.
3475 Ridgewood Road
Akron, Ohio 44333
Ph: 330-572-1339
Fx:  330-572-1264
rschroeter@stark-knoll.com

Dated:  April 1, 2025

## CERTIFICATION OF FILING/SERVICE

I, Patricia W. Holden, do hereby certify that the within Request to Withdrawal Appearances and Request for Removal from Electronic and Paper Noticing Matrix was filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey and was served on all counsel of record this 1st day of April, 2025 through the Court's electronic filing system. I certify that the foregoing statement is true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

Respectfully submitted,

CIPRIANI & WERNER P.C.

s/ *Patricia W. Holden*
Patricia W. Holden (NJ# 029011989)
155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054
Ph: (856) 761-3800
Fx: (856) 437-7465
pholden@c-wlaw.com

*Counsel for Foundations Worldwide, Inc.*

Dated: April 1, 2025