| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:   (212) 561-7700<br>Facsimile:    (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          plabov@pszjlaw.com<br>          crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1.　　I, Colin R. Robinson, am the attorney for Michael Goldberg, Plan Administrator, and request adjournment of the following hearing for the reason set forth below:

- *Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* [Docket No. 3855].

---

[1]　The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4907-6719-8515.1 08728.003

    Current hearing date and time:  April 8, 2025, at 10:00 a.m.

    New date requested:  May 6, 2025, at 10:00 a.m.

    Reason for adjournment request:  The parties require additional time to pursue a resolution of Docket No. 3855.

2.     Consent to adjournment:

    [X]    I have the consent of all parties.

    [ ]    I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 7, 2025        */s/ Colin R. Robinson*
                                              Signature

COURT USE ONLY: _____

The request for adjournment is:

X    Granted    New hearing date: **5/6/2025 at 10am.**    Peremptory

    Granted over objection(s)    New hearing date: _____    Peremptory

    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4907-6719-8515.1 08728.003        2