| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:     rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 8, 2025, AT 10:00 A.M. (ET)

> **Please note that this hearing is cancelled as all matters are adjourned.**

I. **MATTERS ADJOURNED TO MAY 6, 2025, AT 10:00 A.M. (ET)**

  1. Plan Administrator's Third Omnibus Objection to Certain Claims (Duplicate Tax Claims Filed Against Multiple Debtors) [Docket No. 3529].

     Response Deadline:  October 22, 2024.

     Responses Received:  Informal responses received from the California Franchise Tax Board and the Texas Attorney General's Office.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4908-9403-7258.2 08728.003

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 3530].

    (b)    Certificate of Service [Docket No. 3531].

    (c)    Affidavit of Service [Docket No. 3551].

    (d)    Determination of Adjournment Request [Docket No. 3664].

    (e)    Determination of Adjournment Request [Docket No. 3716].

    (f)    Determination of Adjournment Request [Docket No. 3761].

    (g)    Determination of Adjournment Request [Docket No. 3847].

    (h)    Determination of Adjournment Request [Docket No. 3974].

Status:  This matter is adjourned for hearing on May 6, 2025, at 10:00 a.m. Eastern Time.

2.    Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3855].

Response Deadline:  Extended to April 1, 2025.

Responses Received:

    (a)    Objection of Safety National Casualty Corporation as to Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3919].

Related Documents:

    (a)    Stipulation by and Among the Plan Administrator, on Behalf of the Wind-Down Debtors, Safety National Casualty Corporation, and Laura Alevy and David Alevy Concerning Tolling [Docket No. 3922].

    (b)    Determination of Adjournment Request [Docket No. 3976].

<u>Status</u>:   This matter is adjourned for hearing on May 6, 2025, at 10:00 a.m. Eastern Time.

| | |
|---|---|
| Dated:  April 7, 2025 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:    (212) 561-7700 |
| | Facsimile:      (212) 561-7777 |
| | Email:            rfeinstein@pszjlaw.com |
| |                bsandler@pszjlaw.com |
| |                plabov@pszjlaw.com |
| |                crobinson@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |