## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Ali Hamza, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Post Effective Master Service List attached hereto as **Exhibit A**:

- Plan Administrator's Seventeenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 14) [Docket No. 3964] (the "***Seventeenth Omnibus Objection***")

On March 26, 2025, at my direction and under my supervision, employees of Kroll caused the Seventeenth Omnibus Objection and the following document to be served via first class mail on the Seventeenth Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 3965], customized to include the name of the claimant.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: April 2, 2025

/s/ Ali Hamza
Ali Hamza

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 2, 2025, by Ali Hamza, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 87155

**<u>Exhibit A</u>**

Exhibit A
Post Effective First Class Mail Master Service List
Served via first class mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| COUNSEL TO ACCERTIFY, INC | C/O BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |
| COUNSEL TO GEORGIA DEPARTMENT OF REVENUE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 |
| COUNSEL TO MARK TRITTON | SAUL EWING LLP | ATTN: CHRISTIE R. MCGUINNESS, ESQ. | 1270 6TH AVENUE, #2800 | | NEW YORK | NY | 10020 |
| WORLD DISTRIBUTION SERVICES LLC | MAHA M. KABBASH, ESQ, DIANA KATZ GERSTEL, ESQ | TUCKER ELLIS LLP | 1776 ON THE GREEN | 67 E. PARK PLACE, STE. 900 | MORRISTOWN | NJ | 07960 |
| ZERO TECHNOLOGIES, LLC | BAKER & HOSTETLER LLP | ELYSSA S. KATES | 45 ROCKEFELLER PLAZA | 14TH FLOOR | NEW YORK | NY | 10111-0100 |
| WORLD DISTRIBUTION SERVICES LLC | TUCKER ELLIS LLP | ATTN: BRIAN J. JACKIW | 233 SOUTH WACKER DRIVE | SUITE 6950 | CHICAGO | IL | 60606-6395 |

**<u>Exhibit B</u>**

## Exhibit B

Seventeenth Omnibus Objection Service List

Served via first class mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 12857718 | ABBASSI, SONJA | ADDRESS ON FILE | | | | |
| 16880498 | APTEKER, JOAN | ADDRESS ON FILE | | | | |
| 18990228 | AZOULAY, MAROUCHKA | ADDRESS ON FILE | | | | |
| 16825815 | BERNARD, BREANNE LEE | ADDRESS ON FILE | | | | |
| 20803338 | BUSSEL, ARI | ADDRESS ON FILE | | | | |
| 13079266 | CARRILLO, ESMERALDA | ADDRESS ON FILE | | | | |
| 13079268 | CARRILLO, ESMERALDA | ADDRESS ON FILE | | | | |
| 20639749 | CHEN, ZHANWEN | ADDRESS ON FILE | | | | |
| 18160727 | COOPER, MARY KAY | ADDRESS ON FILE | | | | |
| 26396860 | DESTEFANO, LAUREN | ADDRESS ON FILE | | | | |
| 27631632 | DEUTSCH-LINK, SASHA | ADDRESS ON FILE | | | | |
| 13057212 | DRAKE, DARIAN L | ADDRESS ON FILE | | | | |
| 12817708 | DREW, KARLEIGH | ADDRESS ON FILE | | | | |
| 13049182 | ERDEL, ALYSSA HINMAN | ADDRESS ON FILE | | | | |
| 12827949 | FANCH, RACHEL | ADDRESS ON FILE | | | | |
| 12867119 | FIALKOVSKAYA, MARINA | ADDRESS ON FILE | | | | |
| 12818397 | GALIT, MELISSA | ADDRESS ON FILE | | | | |
| 15707202 | GARGASZ, RENEE | ADDRESS ON FILE | | | | |
| 12915049 | GOMEZ, JENNIFER | ADDRESS ON FILE | | | | |
| 12819811 | GOUMMIH, MAJIDA | ADDRESS ON FILE | | | | |
| 15425325 | GRIGORYAN, LUSINE | ADDRESS ON FILE | | | | |
| 18190839 | GUIDERA, KAY SPARKS | ADDRESS ON FILE | | | | |
| 18190837 | GUIDERA, KAY SPARKS | ADDRESS ON FILE | | | | |
| 13082408 | HALTERMAN, ANGELA J | ADDRESS ON FILE | | | | |
| 13058558 | HAMILTON, ELIZABETH | ADDRESS ON FILE | | | | |
| 12867884 | HAN, SUMMER | ADDRESS ON FILE | | | | |
| 26869527 | HARTENBACH, MADISON | ADDRESS ON FILE | | | | |
| 27624655 | HOOVER, TERI | ADDRESS ON FILE | | | | |
| 13057086 | HORTON, KYLE | ADDRESS ON FILE | | | | |

# Exhibit B

Seventeenth Omnibus Objection Service List

Served via first class mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 12959392 | HUSSEY, GAIL | ADDRESS ON FILE | | | | |
| 26279184 | ISLAM, FATIMA | ADDRESS ON FILE | | | | |
| 20803403 | KAPENGUT, ELIE | ADDRESS ON FILE | | | | |
| 18188389 | KLOSS, LAURIE | ADDRESS ON FILE | | | | |
| 12826377 | KORN, HARRIS | ADDRESS ON FILE | | | | |
| 20646010 | KRUKOWSKI, ELWIRA MARIA | ADDRESS ON FILE | | | | |
| 26789607 | LAPOTSKY, CYNTHIA A. | ADDRESS ON FILE | | | | |
| 15418751 | LEE, ABBI M | ADDRESS ON FILE | | | | |
| 16410737 | LIANG, JUDY | ADDRESS ON FILE | | | | |
| 26790333 | MAGALHAES, FLAVIA | ADDRESS ON FILE | | | | |
| 12952757 | MARTINEZ, ANGELICA | ADDRESS ON FILE | | | | |
| 26279656 | MENDEZ, YAHAIRA | ADDRESS ON FILE | | | | |
| 12827636 | MILLER, CHARLA | ADDRESS ON FILE | | | | |
| 26279186 | MULLIGAN, AILEESH | ADDRESS ON FILE | | | | |
| 20640829 | PERAZZOLO, NATASHA | ADDRESS ON FILE | | | | |
| 13008512 | PUNCH, CHRISTOPHER J | ADDRESS ON FILE | | | | |
| 12857857 | RAD, ELIKA | ADDRESS ON FILE | | | | |
| 12827316 | RAMOTOWSKI, SUMIE | ADDRESS ON FILE | | | | |
| 22051995 | RIZVI, SYED | ADDRESS ON FILE | | | | |
| 12868027 | ROSENBLUM, JENNIFER | ADDRESS ON FILE | | | | |
| 15556473 | SANDOVAL, ENERI | ADDRESS ON FILE | | | | |
| 26798115 | SCOTT-JOHNSON, MELINDA | ADDRESS ON FILE | | | | |
| 20803401 | SHARON BRIDGES C/O BRIDGESTRUCKING | ADDRESS ON FILE | | | | |
| 13057141 | SHERMAN, HOLLY LYNN | ADDRESS ON FILE | | | | |
| 18990163 | SIMON, DANIELLE | ADDRESS ON FILE | | | | |
| 14557066 | SIPANI, SANJANA | ADDRESS ON FILE | | | | |
| 12819774 | SLEIMAN, SUSANA | ADDRESS ON FILE | | | | |

In re: Bed Bath Beyond Inc., *et al.*

Case No. 23-13359 (VFP)

Exhibit B

Seventeenth Omnibus Objection Service List

Served via first class mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 12869488 | SMITH, YOLANDA | ADDRESS ON FILE | | | | |
| 19175597 | SOLIMAN, TIANA M | ADDRESS ON FILE | | | | |
| 13093888 | SOMOYE, DELISA | ADDRESS ON FILE | | | | |
| 12996077 | SPADEA, NICOLE | ADDRESS ON FILE | | | | |
| 12823777 | STARCK, ANTHONY | ADDRESS ON FILE | | | | |
| 17747262 | SUFFIR, SARAH | ADDRESS ON FILE | | | | |
| 13071383 | SYROVOI, YULIYA | ADDRESS ON FILE | | | | |
| 12870211 | TAYLOR, UNIQUE | ADDRESS ON FILE | | | | |
| 12932362 | TERVO, DIANA | ADDRESS ON FILE | | | | |
| 27626645 | TRIFONOV, ALINE GIAMPIETRO | ADDRESS ON FILE | | | | |
| 18989354 | URQUIDI, KAREN A | ADDRESS ON FILE | | | | |
| 26358881 | VAEDEAN, IOANA FLORINA | ADDRESS ON FILE | | | | |
| 15422683 | VALERIE, POERIO | ADDRESS ON FILE | | | | |
| 13113381 | VELYS, JENNIFER | ADDRESS ON FILE | | | | |
| 12990394 | VONG, XUAN M | ADDRESS ON FILE | | | | |
| 12822893 | WAKEFIELD, HANNAH | ADDRESS ON FILE | | | | |
| 27486000 | WALKER, IUNISI | ADDRESS ON FILE | | | | |
| 12828162 | WARD, JANET | ADDRESS ON FILE | | | | |
| 26952464 | WENRICH, ANNA | ADDRESS ON FILE | | | | |
| 18208055 | WHITLEY, THERESA | ADDRESS ON FILE | | | | |
| 13057256 | WILLIAMS, GLADYS | ADDRESS ON FILE | | | | |
| 26385053 | ZIMMERMANN, CECELIA | ADDRESS ON FILE | | | | |