**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Post Effective Master Service List attached hereto as **Exhibit A**:

- Plan Administrator's Sixteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 13) [Docket No. 3956] (the "***Sixteenth Omnibus Objection***")

On March 19, 2025, at my direction and under my supervision, employees of Kroll caused the Sixteenth Omnibus Objection and the following document, customized to include the name of the claimant to be served via first class mail on the Sixteenth Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 3957]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: April 8, 2025

                                                */s/ Engels Medina*
                                                Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 8, 2025, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86960

**<u>Exhibit A</u>**

Exhibit A
Post Effective Master Service List
Served via first class mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| ZERO TECHNOLOGIES, LLC | BAKER & HOSTETLER LLP | ELYSSA S. KATES | 45 ROCKEFELLER PLAZA | 14TH FLOOR | NEW YORK | NY | 10111-0100 |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| COUNSEL TO ACCERTIFY, INC | C/O BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| WORLD DISTRIBUTION SERVICES LLC | MAHA M. KABBASH, ESQ, DIANA KATZ GERSTEL, ESQ | TUCKER ELLIS LLP | 1776 ON THE GREEN | 67 E. PARK PLACE, STE. 900 | MORRISTOWN | NJ | 07960 |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| COUNSEL TO GEORGIA DEPARTMENT OF REVENUE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| COUNSEL TO MARK TRITTON | SAUL EWING LLP | ATTN: CHRISTIE R. MCGUINNESS, ESQ. | 1270 6TH AVENUE, #2800 | | NEW YORK | NY | 10020 |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |
| WORLD DISTRIBUTION SERVICES LLC | TUCKER ELLIS LLP | ATTN: BRIAN J. JACKIW | 233 SOUTH WACKER DRIVE | SUITE 6950 | CHICAGO | IL | 60606-6395 |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 |

**Exhibit B**

Exhibit B

Sixteenth Omnibus Objection Service List

Served via first class mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 18289894 | ADEGBOYE, ADENIKE | ADDRESS ON FILE | | | | |
| 13058044 | ANNAYEVA, MARAL | ADDRESS ON FILE | | | | |
| 13058046 | ANNAYEVA, MARAL | ADDRESS ON FILE | | | | |
| 18989159 | ANTWI, DORITHA | ADDRESS ON FILE | | | | |
| 18289882 | ASHRAF, SAIRA | ADDRESS ON FILE | | | | |
| 12819734 | ATAOLLAHZADEH, NIYOSHA | ADDRESS ON FILE | | | | |
| 12824170 | ATKINS, CONNIE | ADDRESS ON FILE | | | | |
| 12873836 | BABAKITIS, DEBI | ADDRESS ON FILE | | | | |
| 20803428 | BADILLO, CINDY | ADDRESS ON FILE | | | | |
| 20803426 | BADILLO, CINDY | ADDRESS ON FILE | | | | |
| 13048565 | BAILON, JUAN DANIEL | ADDRESS ON FILE | | | | |
| 22120671 | BALDREE, MEGAN | ADDRESS ON FILE | | | | |
| 21941261 | BALDRIDGE, TAMIKO | ADDRESS ON FILE | | | | |
| 12819628 | BARRIOS, KAROLINA | ADDRESS ON FILE | | | | |
| 18239670 | BARTZOU, ANTONIA | ADDRESS ON FILE | | | | |
| 12965949 | BAUM, ANNEEN | ADDRESS ON FILE | | | | |
| 26955211 | BEAVER, ASHLEY | ADDRESS ON FILE | | | | |
| 18185053 | BECK, TANCY | ADDRESS ON FILE | | | | |
| 17120521 | BEGUM, ALIYA | ADDRESS ON FILE | | | | |
| 18190881 | BETHURUM, LYNN | ADDRESS ON FILE | | | | |
| 27246465 | BLACKMON, LYDIA | ADDRESS ON FILE | | | | |
| 13088510 | BOHN, DIANE | ADDRESS ON FILE | | | | |
| 18170317 | BOHN, DIANE | ADDRESS ON FILE | | | | |
| 13086251 | BRADEN, DIANNA | ADDRESS ON FILE | | | | |
| 15556861 | BREEDLOVE, TABBITHA | ADDRESS ON FILE | | | | |
| 20690593 | BREWER, KATT | ADDRESS ON FILE | | | | |
| 17116459 | BROWN, CHRISTYE YVONNE | ADDRESS ON FILE | | | | |
| 13113344 | CAMPOS, EDITH E | ADDRESS ON FILE | | | | |
| 15544720 | CHAHAL, PRABHJOT KAUR | ADDRESS ON FILE | | | | |

Exhibit B

Sixteenth Omnibus Objection Service List

Served via first class mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 12997150 | CLOUD V CLOUD, JC DEBORAH BARR | ADDRESS ON FILE | | | | |
| 18163043 | COMPTON, TRINITY | ADDRESS ON FILE | | | | |
| 22136916 | DAMO, LILIANA | ADDRESS ON FILE | | | | |
| 12827155 | DAVYDOVA, ANASTASIA | ADDRESS ON FILE | | | | |
| 12833474 | DEWANJEE, SATARUPA | ADDRESS ON FILE | | | | |
| 12818980 | DHEKAR, KIRTY | ADDRESS ON FILE | | | | |
| 13057238 | DHINGRA, JAISHREE | ADDRESS ON FILE | | | | |
| 27468336 | DONATELLI, FRANCES | ADDRESS ON FILE | | | | |
| 15986394 | DU VERNAY, MAGDA | ADDRESS ON FILE | | | | |
| 13009335 | EASTMAN, KRYSTAL ANN | ADDRESS ON FILE | | | | |
| 19034865 | EBRAHIM, NOUR | ADDRESS ON FILE | | | | |
| 15419278 | EDELSCHEIN, BARBARA ANN | ADDRESS ON FILE | | | | |
| 12957202 | FAUST, JODIE | ADDRESS ON FILE | | | | |
| 12985723 | FAUST, JODIE | ADDRESS ON FILE | | | | |
| 13004472 | FINCH, NICHOLE RAFFA | ADDRESS ON FILE | | | | |
| 12883632 | FREELS, NATALIE | ADDRESS ON FILE | | | | |
| 12955241 | FREITAS, JADIR | ADDRESS ON FILE | | | | |
| 13078279 | GLIBERT, CHRISTIAN | ADDRESS ON FILE | | | | |
| 12909150 | GOFF, KARINNA | ADDRESS ON FILE | | | | |
| 13091069 | GOMEZ, MARIA | ADDRESS ON FILE | | | | |
| 13092752 | GORDON, PAMELA C | ADDRESS ON FILE | | | | |
| 26354844 | GROVE, AARON | ADDRESS ON FILE | | | | |
| 12822849 | HAAS, MELISSA | ADDRESS ON FILE | | | | |
| 13058511 | HAND, DAVID JOHN | ADDRESS ON FILE | | | | |
| 12995945 | HARDIN, FRAZIER W | ADDRESS ON FILE | | | | |
| 12899686 | HARTSKY, THOMAS C | ADDRESS ON FILE | | | | |
| 13025438 | HELLBACH, AIDA | ADDRESS ON FILE | | | | |
| 26365645 | HELLINGA, CHRISTIANA | ADDRESS ON FILE | | | | |
| 26348884 | HOCHMAN, MELISSA | ADDRESS ON FILE | | | | |

Exhibit B
Sixteenth Omnibus Objection Service List
Served via first class mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 26348885 | HOCHMAN, MELISSA | ADDRESS ON FILE | | | | |
| 26378998 | HUDSON, PERLA M | ADDRESS ON FILE | | | | |
| 15978374 | HUECK, ROMMEL VON | ADDRESS ON FILE | | | | |
| 20646012 | HUTTASH, JORDAN | ADDRESS ON FILE | | | | |
| 27459997 | IMAM, SHEEMA | ADDRESS ON FILE | | | | |
| 12817715 | IRANI, JESSICA | ADDRESS ON FILE | | | | |
| 12986984 | JACKSON, ARIANA | ADDRESS ON FILE | | | | |
| 13123412 | JAUREGUI, MAYRA | ADDRESS ON FILE | | | | |
| 26796328 | KANSLER , SUSAN | ADDRESS ON FILE | | | | |
| 19034570 | KASSAM, MAHDI | ADDRESS ON FILE | | | | |
| 13121757 | LAPOINTE, CHRISTIANE | ADDRESS ON FILE | | | | |
| 13044500 | LIETEAU, HALLENE M | ADDRESS ON FILE | | | | |
| 12981507 | LO, JOSEPH CHIH-CHENG | ADDRESS ON FILE | | | | |
| 17115931 | MANGUM, TIFFANY MARIE | ADDRESS ON FILE | | | | |
| 18239656 | MARKOPOULOS REYES, CATHERINE | ADDRESS ON FILE | | | | |
| 13057449 | MAXIME, KERLYNE | ADDRESS ON FILE | | | | |
| 12818466 | MOMMER, BRETT | ADDRESS ON FILE | | | | |
| 18160975 | MUÑIZ, SAMANTHA | ADDRESS ON FILE | | | | |
| 18160974 | MUÑIZ, SAMANTHA | ADDRESS ON FILE | | | | |
| 27624768 | NEFF, AUSTIN | ADDRESS ON FILE | | | | |
| 15480453 | NESTLER, GENELYN | ADDRESS ON FILE | | | | |
| 15418011 | NGUYEN, MARGUERITE | ADDRESS ON FILE | | | | |
| 27246392 | NORRIS, SHAMMARRAH | ADDRESS ON FILE | | | | |
| 13123679 | OBEAKEMEH, PAULA | ADDRESS ON FILE | | | | |
| 13117815 | O'CONNOR, CHRISTOPHER | ADDRESS ON FILE | | | | |
| 14557263 | OH, CHRISTINA | ADDRESS ON FILE | | | | |
| 13063063 | OJEDA, CARLOS | ADDRESS ON FILE | | | | |
| 13001380 | OUADDAH, SELSEBILA | ADDRESS ON FILE | | | | |
| 13078202 | PATEL, NAYANA D | ADDRESS ON FILE | | | | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Exhibit B

Sixteenth Omnibus Objection Service List

Served via first class mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 12862132 | PIERCE, VANESSA | ADDRESS ON FILE | | | | |
| 18163545 | PONS, ALEJANDRO | ADDRESS ON FILE | | | | |
| 12820137 | POTHUGANTI, SANDEEP KUMAR | ADDRESS ON FILE | | | | |
| 13122347 | QUINN, DONNA | ADDRESS ON FILE | | | | |
| 22419779 | REMBERT, BRIDGET | ADDRESS ON FILE | | | | |
| 20803424 | RHODES, RACHELLE A | ADDRESS ON FILE | | | | |
| 12952621 | ROBY, JOSALYN S | ADDRESS ON FILE | | | | |
| 27632662 | ROE, MICHAEL DAVID MAILE | ADDRESS ON FILE | | | | |
| 13077803 | RURANGIRWA, JOSEPHINE | ADDRESS ON FILE | | | | |
| 20767082 | RUSHING, JANET | ADDRESS ON FILE | | | | |
| 13114384 | SAKHARUK, ANDREW | ADDRESS ON FILE | | | | |
| 12881218 | SALAZAR, REBECCA | ADDRESS ON FILE | | | | |
| 15978607 | SANDHU, NAVPREET KAUR | ADDRESS ON FILE | | | | |
| 26810081 | SANTANELLA, AMY | ADDRESS ON FILE | | | | |
| 26869142 | SENET, CATHERINE | ADDRESS ON FILE | | | | |
| 15425958 | SHAH, BHAVIN BHAVIN | ADDRESS ON FILE | | | | |