| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            plabov@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF NO OBJECTION REGARDING PLAN ADMINISTRATOR'S SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS
#### (Reclassified Gift Card/Merchandise Credit Claims No. 13)

1.    On March 18, 2025, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors") filed the *Plan Administrator's Sixteenth*

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2]  Pursuant to the Certificate *of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

*Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 13)* [Docket No. 3956] (the "Omnibus Objection") and *Notice of Objection to Your Claim* [Docket No. 3957] (the "Notice").

2.      Kroll Restructuring Administration LLC served the Omnibus Objection and Notice on March 19, 2025, upon the parties listed in the *Affidavit of Service* [Docket No. 3981].

4.      Pursuant to the Notice, the deadline for parties to file responses to the Omnibus Objection was on April 15, 2025 (the "Objection Deadline").  No objections or responses to the Omnibus Objection were filed on the docket on or before the Objection Deadline.  As of the date hereof, the Plan Administrator has not received any informal responses to the Omnibus Objection.

5.      The proposed order (the "Proposed Order") that was appended to the Omnibus Objection is attached hereto as **Exhibit A**.  The Plan Administrator respectfully requests that the Court enter the attached Proposed Order at the earliest convenience of the Court.

Dated:  April 16, 2025

*/s/ Colin R. Robinson*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Email:         rfeinstein@pszjlaw.com
               bsandler@pszjlaw.com
               plabov@pszjlaw.com
               crobinson@pszjlaw.com
*Counsel to the Plan Administrator*

## Exhibit A

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          plabov@pszjlaw.com<br>          crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

<div align="center">

**ORDER SUSTAINING PLAN ADMINISTRATOR'S**
**SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS**
**(Reclassified Gift Card/Merchandise Credit Claims No. 13)**

</div>

The relief set forth on the following pages, numbered two (2) through four (4), is

**ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4908-4402-7932.2 08728.003

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (RECLASSIFIED GIFT CARD/MERCHANDISE CREDIT CLAIMS NO. 13) |

Upon the objection (the "Objection")[1] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, seeking entry of an order (this "Order") reclassifying the claims identified on the attached **Exhibit 1** (the "Reclassified Claims" or "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained.

2.      The Disputed Claims set forth on the attached **Exhibit 1** are hereby reclassified as Class 6 General Unsecured Claims.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4898-9694-6743.1 08728.003

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (RECLASSIFIED GIFT CARD/MERCHANDISE CREDIT CLAIMS NO. 13) |

3.     The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

4.     Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5.     Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim, including the claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6.     Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (RECLASSIFIED GIFT CARD/MERCHANDISE CREDIT CLAIMS NO. 13) |

such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7.    Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8.    The Court shall retain jurisdiction to construe and enforce this Order.

4898-9694-6743.1 08728.003

**<u>Exhibit 1 to Exhibit A</u>**

**List of Disputed Claims**

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's First Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Adegboye, Adenike | 9/3/2023 | 16849 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $150.00 $150.00 | Secured Admin 503(b)(9) Priority GUC Total | $150.00 $150.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 2 | Annayeva, Maral | 6/20/2023 | 6823 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $549.99 $549.99 | Secured Admin 503(b)(9) Priority GUC Total | $549.99 $549.99 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3 | Antwi, Doritha | 9/17/2023 | 17475 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $1,000.00 $1,000.00 | Secured Admin 503(b)(9) Priority GUC Total | $1,000.00 $1,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 4 | Ashraf, Saira | 9/2/2023 | 16844 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $37.14 Unliquidated $37.14 | Secured Admin 503(b)(9) Priority GUC Total | $37.14 $37.14 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 5 | Ataollahzadeh, Niyosha | 5/10/2023 | 519 | Buy Buy Baby of Totowa, Inc. | Secured Admin 503(b)(9) Priority GUC Total | $500.00 Unliquidated $500.00 | Secured Admin 503(b)(9) Priority GUC Total | $500.00 $500.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 6 | Atkins, Connie | 5/11/2023 | 770 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $175.39 Unliquidated $175.39 | Secured Admin 503(b)(9) Priority GUC Total | $175.39 $175.39 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 7 | Babakitis, Debi | 6/27/2023 | 9801 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $547.73 $547.73 | Secured Admin 503(b)(9) Priority GUC Total | $547.73 $547.73 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8 | Badillo, Cindy | 7/22/2023 | 18837 | Buy Buy Baby, Inc. | Secured Admin 503(b)(9) Priority GUC Total | $200.00 Unliquidated $200.00 | Secured Admin 503(b)(9) Priority GUC Total | $200.00 $200.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 9 | Bailon, Juan Daniel | 6/26/2023 | 6592 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | Unliquidated $25.00 $25.00 | Secured Admin 503(b)(9) Priority GUC Total | $25.00 $25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 10 | Baldree, Megan | 2/1/2024 | 19378 | bed 'n bath Stores Inc. | Secured Admin 503(b)(9) Priority GUC Total | $150.00 $150.00 $150.00 | Secured Admin 503(b)(9) Priority GUC Total | $150.00 $150.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's First Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 11 | Baldridge, Tamiko | 1/23/2024 | 19294 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>Unliquidated<br><br>$50.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>$50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 12 | Barrios, Karolina | 5/10/2023 | 501 | Buy Buy Baby of Totowa, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $800.00<br><br>$800.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $800.00<br>$800.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 13 | Bartzou, Antonia | 8/29/2023 | 16709 | BBB Canada LP Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $600.00<br><br>$600.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $600.00<br>$600.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 14 | Baum, Anneen | 6/6/2023 | 12817 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $4,934.83<br>$4,934.83<br><br>$4,934.83 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $4,934.83<br>$4,934.83 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 15 | Beaver, Ashley | 11/8/2024 | 20396 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $100.00<br><br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 16 | Beck, Tancy | 8/15/2023 | 16246 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>Unliquidated<br>$200.00<br>$200.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.00<br>$200.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 17 | Begum, Aliya | 7/27/2023 | 15133 | bed 'n bath Stores Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25.00<br><br>$25.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25.00<br>$25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 18 | Bethurum, Lynn | 6/1/2023 | 3370 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$1,147.94<br><br>$1,147.94 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,147.94<br>$1,147.94 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 19 | Bethurum, Lynn | 8/18/2023 | 16371 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$1,147.94<br><br>$1,147.94 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,147.94<br>$1,147.94 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 20 | BLACKMON, LYDIA | 11/26/2024 | 20434 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $63.85<br>Unliquidated<br><br>$63.85 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $63.85<br>$63.85 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Material Omnibus Objection (No. 13) (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 21 | Bohn, Diane | 8/7/2023 | 15859 | Bed Bath & Beyond Inc. | Secured | Unliquidated | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $72.00 | Admin | | |
| | | | | | 503(b)(9) | Unliquidated | 503(b)(9) | | |
| | | | | | Priority | $72.00 | Priority | | |
| | | | | | GUC | | GUC | $144.00 | |
| | | | | | Total | $144.00 | Total | $144.00 | |
| 22 | Bohn, Diane | 7/5/2023 | 9051 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $72.00 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $72.00 | |
| | | | | | Total | $72.00 | Total | $72.00 | |
| 23 | Braden, Dianna | 6/6/2023 | 9618 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $134.20 | Admin | | |
| | | | | | 503(b)(9) | $134.20 | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $134.20 | |
| | | | | | Total | $134.20 | Total | $134.20 | |
| 24 | Breedlove, Tabbitha | 7/18/2023 | 14214 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | $125.00 | Priority | | |
| | | | | | GUC | | GUC | $125.00 | |
| | | | | | Total | $125.00 | Total | $125.00 | |
| 25 | Brewer, Katt | 11/26/2023 | 18555 | Bed Bath & Beyond Inc. | Secured | $54.41 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $54.41 | |
| | | | | | Total | $54.41 | Total | $54.41 | |
| 26 | BROWN, CHRISTYE YVONNE | 7/27/2023 | 15181 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $0.00 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | $200.00 | GUC | $200.00 | |
| | | | | | Total | $200.00 | Total | $200.00 | |
| 27 | Campos, Edith E | 7/6/2023 | 11192 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $250.00 | Admin | | |
| | | | | | 503(b)(9) | Unliquidated | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $250.00 | |
| | | | | | Total | $250.00 | Total | $250.00 | |
| 28 | Chahal, Prabhjot Kaur | 7/14/2023 | 12994 | Buy Buy Baby, Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $0.00 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | $217.00 | GUC | $217.00 | |
| | | | | | Total | $217.00 | Total | $217.00 | |
| 29 | Cloud V Cloud, JC Deborah Barr | 6/15/2023 | 5007 | Bed Bath & Beyond Inc. | Secured | $25.00 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | $25.00 | GUC | $50.00 | |
| | | | | | Total | $50.00 | Total | $50.00 | |
| 30 | Compton, Trinity | 8/2/2023 | 15593 | Bed Bath & Beyond Inc. | Secured | Unliquidated | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | $50.00 | GUC | $50.00 | |
| | | | | | Total | $50.00 | Total | $50.00 | |

BED BATH & BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 31 | Damo, Liliana | 2/12/2024 | 19446 | Bed Bath & Beyond Inc. | Secured | $400.00 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $400.00 | |
| | | | | | Total | $400.00 | Total | $400.00 | |
| 32 | Davydova, Anastasia | 5/12/2023 | 971 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | $24.25 | Priority | | |
| | | | | | GUC | | GUC | $24.25 | |
| | | | | | Total | $24.25 | Total | $24.25 | |
| 33 | Dewanjee, Satarupa | 5/15/2023 | 1227 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | $400.00 | Priority | | |
| | | | | | GUC | | GUC | $400.00 | |
| | | | | | Total | $400.00 | Total | $400.00 | |
| 34 | Dhekar, Kirty | 5/10/2023 | 446 | Bed Bath & Beyond of Frederick, Inc. | Secured | $210.00 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | $210.00 | 503(b)(9) | | |
| | | | | | Priority | Unliquidated | Priority | | |
| | | | | | GUC | | GUC | $210.00 | |
| | | | | | Total | $210.00 | Total | $210.00 | |
| 35 | Dhingra, Jaishree | 6/28/2023 | 7835 | BBBY Management Corporation | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $96.00 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $96.00 | |
| | | | | | Total | $96.00 | Total | $96.00 | |
| 36 | Donatelli, Frances | 12/14/2024 | 20478 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | $160.00 | Priority | | |
| | | | | | GUC | | GUC | $160.00 | |
| | | | | | Total | $160.00 | Total | $160.00 | |
| 37 | Du Vernay, Magda | 7/23/2023 | 14723 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $141.82 | Admin | | |
| | | | | | 503(b)(9) | Unliquidated | 503(b)(9) | | |
| | | | | | Priority | Unliquidated | Priority | | |
| | | | | | GUC | | GUC | $141.82 | |
| | | | | | Total | $141.82 | Total | $141.82 | |
| 38 | Eastman, Krystal Ann | 6/20/2023 | 6612 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $549.99 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $549.99 | |
| | | | | | Total | $549.99 | Total | $549.99 | |
| 39 | Ebrahim, Nour | 10/6/2023 | 17698 | Bed Bath & Beyond Inc. | Secured | $238.13 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $238.13 | |
| | | | | | Total | $238.13 | Total | $238.13 | |
| 40 | Edelschein, Barbara Ann | 6/29/2023 | 13193 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $91.95 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $91.95 | |
| | | | | | Total | $91.95 | Total | $91.95 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount Claim Nature | Claim Amount | Reclassified Claim Amount Claim Nature | Claim Amount | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| 41 | Faust, Jodie | 6/8/2023 | 3955 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $381.61<br>$381.61 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $381.61<br>$381.61 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 42 | Finch, Nichole Raffa | 6/4/2023 | 5231 | Bed Bath & Beyond of Virginia Beach Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $340.00<br>$340.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $340.00<br>$340.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 43 | Freels, Natalie | 5/25/2023 | 2610 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $276.10<br>$276.10 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $276.10<br>$276.10 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 44 | Freitas, Jadir | 6/7/2023 | 3961 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $575.91<br>$575.91 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $575.91<br>$575.91 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 45 | Glibert, Christian | 7/2/2023 | 7750 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $789.00<br>$789.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $789.00<br>$789.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 46 | Goff, Karinna | 6/1/2023 | 3406 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.00<br>$200.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.00<br>$200.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 47 | GOMEZ, MARIA | 7/5/2023 | 9504 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $245.88<br>$245.88 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $245.88<br>$245.88 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 48 | Gordon, Pamela C | 7/5/2023 | 9984 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $23.13<br>$23.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $23.13<br>$23.13 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 49 | Grove, Aaron | 7/25/2024 | 20191 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $250.00<br>$250.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $250.00<br>$250.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 50 | Grove, Aaron | 7/25/2024 | 20190 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $100.00<br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 51 | Haas, Melissa | 5/10/2023 | 637 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $250.00 / $250.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $250.00 / $250.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 52 | Hand, David John | 6/21/2023 | 7571 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $89.99 / $89.99 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $89.99 / $89.99 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 53 | Hardin, Frazier W | 6/19/2023 | 4591 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $13.11 / $13.11 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $13.11 / $13.11 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 54 | Hartsky, Thomas C | 5/30/2023 | 3208 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $25.00 / $25.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $25.00 / $25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 55 | Hellbach, Aida | 6/23/2023 | 5740 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $54.55 / $54.55 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $54.55 / $54.55 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 56 | Hellinga, Christiana | 8/5/2024 | 20205 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $50.99 / $50.99 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $50.99 / $50.99 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 57 | Hochman, Melissa | 7/18/2024 | 20174 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $250.00 / $250.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $250.00 / $250.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 58 | Hudson, Perla M | 8/12/2024 | 20218 | Buy Buy Baby, Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $40.00 / $40.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $40.00 / $40.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 59 | Hueck, Rommel Von | 7/22/2023 | 14620 | Bed Bath & Beyond of California Limited Liability Company | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $65.54 / $65.54 / $65.54 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $65.54 / $65.54 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 60 | Huttash, Jordan | 11/15/2023 | 18395 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $127.19 / $127.19 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $127.19 / $127.19 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Material Omnibus Objection (No-Basis Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 61 | Imam, Sheema | 12/5/2024 | 20463 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $100.00 / $100.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $100.00 / $100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 62 | Irani, Jessica | 5/9/2023 | 310 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $145.27 / $145.27 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $145.27 / $145.27 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 63 | Jackson, Ariana | 6/11/2023 | 4875 | Buy Buy Baby, Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Unliquidated / $79.00 / $79.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $79.00 / $79.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 64 | Jauregui, Mayra | 7/7/2023 | 11960 | Buy Buy Baby, Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $450.00 / $450.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $450.00 / $450.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 65 | Kansler , Susan | 9/6/2024 | 20282 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $100.00 / $100.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $100.00 / $100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 66 | Kassam, Mahdi | 10/6/2023 | 17691 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $550.00 / $550.00 / $550.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $550.00 / $550.00 / $550.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 67 | Lapointe, Christiane | 7/7/2023 | 11991 | BBB Canada LP Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $398.80 / $398.80 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $398.80 / $398.80 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 68 | Lieteau, Hallene M | 6/23/2023 | 6593 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Unliquidated / $0.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 69 | Lo, Joseph Chih-Cheng | 6/9/2023 | 3919 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $65.72 / $65.72 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $65.72 / $65.72 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 70 | Mangum, Tiffany Marie | 7/27/2023 | 15189 | Buy Buy Baby, Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $93.52 / $93.52 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $93.52 / $93.52 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Fifth Non-Substantive Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount Claim Nature | Asserted Claim Amount Claim Amount | Reclassified Claim Amount Claim Nature | Reclassified Claim Amount Claim Amount | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| 71 | Markopoulos Reyes, Catherine | 8/29/2023 | 16689 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $395.36 / Total $395.36 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $395.36 / Total $395.36 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 72 | Maxime, Kerlyne | 6/28/2023 | 9020 | BBB Value Services Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $53.93 / Total $53.93 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $53.93 / Total $53.93 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 73 | Mommer, Brett | 5/9/2023 | 428 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $100.00 / Total $100.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $100.00 / Total $100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 74 | Muñiz, Samantha | 8/1/2023 | 15555 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $24.77 / Total $24.77 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $24.77 / Total $24.77 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 75 | Neff, Austin | 12/29/2024 | 20505 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $50.00 / Total $50.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $50.00 / Total $50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 76 | Nestler, Genelyn | 7/12/2023 | 11625 | Bed Bath & Beyond Inc. | Secured $50.00 / Admin / 503(b)(9) / Priority / GUC / Total | Total $50.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $50.00 / Total $50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 77 | Nguyen, Marguerite | 7/10/2023 | 10652 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $57.00 / Total $57.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $57.00 / Total $57.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 78 | Norris, Shammarrah | 11/26/2024 | 20432 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $50.00 / Total $50.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $50.00 / Total $50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 79 | Obeakemeh, Paula | 7/7/2023 | 11670 | Bed Bath & Beyond of Edgewater Inc. | Secured $499.99 / Admin / 503(b)(9) / Priority / GUC / Total | Total $499.99 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $499.00 / Total $499.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 80 | O'Connor, Christopher | 7/6/2023 | 9793 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | Priority $186.19 / Total $186.19 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | GUC $186.19 / Total $186.19 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

BED BATH BEYOND INC., (Case No. 23-13359 (VFP))
Exhibit 1 to Order Sustaining Plan Administrator's Eleventh Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 81 | Oh, Christina | 7/9/2023 | 10042 | Buy Buy Baby, Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $126.56 | Admin | | |
| | | | | | 503(b)(9) | Unliquidated | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $126.56 | |
| | | | | | Total | $126.56 | Total | $126.56 | |
| 82 | Ojeda, Carlos | 6/20/2023 | 11470 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $25.00 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $25.00 | |
| | | | | | Total | $25.00 | Total | $25.00 | |
| 83 | Ouaddah, Selsebila | 6/19/2023 | 5204 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | $132.97 | 503(b)(9) | | |
| | | | | | Priority | $132.97 | Priority | | |
| | | | | | GUC | | GUC | $132.97 | |
| | | | | | Total | $132.97 | Total | $132.97 | |
| 84 | Patel, Nayana D | 7/2/2023 | 7482 | Bed Bath & Beyond Inc. | Secured | $114.47 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $114.47 | |
| | | | | | Total | $114.47 | Total | $114.47 | |
| 85 | Pierce, Vanessa | 5/18/2023 | 1693 | Buy Buy Baby, Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | $298.07 | Priority | | |
| | | | | | GUC | | GUC | $298.07 | |
| | | | | | Total | $298.07 | Total | $298.07 | |
| 86 | Pons, Alejandro | 8/2/2023 | 15628 | Bed Bath & Beyond Inc. | Secured | $175.99 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $175.99 | |
| | | | | | Total | $175.99 | Total | $175.99 | |
| 87 | Pothuganti, Sandeep Kumar | 5/10/2023 | 572 | Buy Buy Baby, Inc. | Secured | $200.00 | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | Unliquidated | Priority | | |
| | | | | | GUC | | GUC | $200.00 | |
| | | | | | Total | $200.00 | Total | $200.00 | |
| 88 | Quinn, Donna | 7/7/2023 | 11675 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | | Admin | | |
| | | | | | 503(b)(9) | $78.98 | 503(b)(9) | | |
| | | | | | Priority | Unliquidated | Priority | | |
| | | | | | GUC | | GUC | $78.98 | |
| | | | | | Total | $78.98 | Total | $78.98 | |
| 89 | Rembert, Bridget | 6/3/2024 | 20005 | Buy Buy Baby, Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $1,800.00 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | | GUC | $1,800.00 | |
| | | | | | Total | $1,800.00 | Total | $1,800.00 | |
| 90 | Rhodes, Rachelle  A | 7/7/2023 | 18816 | Buy Buy Baby, Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $300.00 | Admin | | |
| | | | | | 503(b)(9) | Unliquidated | 503(b)(9) | | |
| | | | | | Priority | $300.00 | Priority | | |
| | | | | | GUC | | GUC | $300.00 | |
| | | | | | Total | $300.00 | Total | $300.00 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Fourth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 91 | Roby, Josalyn S | 6/7/2023 | 3765 | Bed Bath & Beyond of Lexington Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br><br><br><br>$250.00<br>$250.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$250.00<br>$250.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 92 | Roe, Michael David Maile | 1/14/2025 | 20555 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$100.00<br><br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 93 | Rurangirwa, Josephine | 7/2/2023 | 7786 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$41.11<br><br><br><br>$41.11 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$41.11<br>$41.11 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 94 | Rushing, Janet | 12/1/2023 | 18681 | Bed Bath & Beyond of Louisville Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$151.04<br><br>$151.04 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$151.04<br>$151.04 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 95 | Sakharuk, Andrew | 7/6/2023 | 9966 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br>$707.73<br><br>$707.73 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$707.73<br>$707.73 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 96 | Salazar, Rebecca | 5/25/2023 | 2488 | Bed Bath & Beyond of California Limited Liability Company | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25.00<br><br><br><br><br>$25.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$25.00<br>$25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 97 | Sandhu, Navpreet Kaur | 7/23/2023 | 14719 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $150.00<br><br><br><br><br>$150.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$150.00<br>$150.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 98 | Santanella, Amy | 10/15/2024 | 20354 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $100.00<br><br><br><br><br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 99 | Senet, Catherine | 10/24/2024 | 20372 | Bed Bath & Beyond of California Limited Liability Company | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$100.00<br><br><br><br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)

Exhibit 1 to Order Sustaining Plan Administrator's Thirteenth Omnibus Objection (Reclassified Giftcard/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 100 | Shah, Bhavin Bhavin | 7/11/2023 | 10985 | Bed Bath & Beyond Inc. | Secured | | Secured | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| | | | | | Admin | $0.00 | Admin | | |
| | | | | | 503(b)(9) | | 503(b)(9) | | |
| | | | | | Priority | | Priority | | |
| | | | | | GUC | $100.00 | GUC | $100.00 | |
| | | | | | Total | $100.00 | Total | $100.00 | |