| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          plabov@pszjlaw.com<br>          crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 22, 2025, AT 10:00 A.M. (ET)**

**Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**

**Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

**I.    RESOLVED MATTERS**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1. Plan Administrator's Objection to Claim Filed by Jason Coggins (Claim No. 2192) [Docket No. 3940].

   Response Deadline: April 15, 2025.

   Responses Received: None.

   Related Documents:

   (a) Notice of Objection to Your Claim [Docket No. 3941].

   (b) Certificate of Service [Docket No. 3942].

   (c) Certification of No Objection Regarding Plan Administrator's Objection to Claim Filed by Jason Coggins (Claim No. 2192) [Docket No. 3983].

   Status: A certification of no objection has been filed. A hearing will not be necessary unless the Court has any questions.

2. Plan Administrator's Fifteenth Omnibus Objection (Substantive) to Claims (Reclassify Bondholder Claims to Class 6 General Unsecured Claims) [Docket No. 3944].

   Response Deadline: April 15, 2025.

   Responses Received: None.

   Related Documents:

   (a) Notice of Objection to Your Claim [Docket No. 3945].

   (b) Affidavit of Service [Docket No. 3968].

   (c) Certification of No Objection Regarding Plan Administrator's Fifteenth Omnibus Objection (Substantive) to Claims (Reclassify Bondholder Claims to Class 6 General Unsecured Claims) [Docket No. 3985].

   Status: A certification of no objection has been filed. A hearing will not be necessary unless the Court has any questions.

3. Plan Administrator's Objection to Claims Filed by Ming Che (Claim No. 2192) [Docket No. 3954].

   Response Deadline: April 15, 2025.

   Responses Received: None.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 3955].

    (b)    Affidavit of Service [Docket No. 3972].

    (c)    Certification of No Objection Regarding Plan Administrator's Objection to Claims Filed by Ming Che (Claim No. 2192) [Docket No. 3984].

Status: A certification of no objection has been filed. A hearing will not be necessary unless the Court has any questions.

4. Plan Administrator's Sixteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 13) [Docket No. 3956].

Response Deadline: April 15, 2025.

Responses Received: None.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 3955].

    (b)    Affidavit of Service [Docket No. 3981].

    (c)    Certification of No Objection Regarding Plan Administrator's Sixteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 13) [Docket No. 3986].

Status: A certification of no objection has been filed. A hearing will not be necessary unless the Court has any questions.

| | |
|---|---|
| Dated: April 18, 2025 | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |