| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Mark Lichtenstein, Esq.<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>Facsimile: (212) 880-8965<br>Email: mark.lichtenstein@akerman.com | |
| In Re:<br><br>BED BATH & BEYOND, INC., et al | Case No.: 23-13359<br>Chapter: 11<br>Hearing Date:<br>Judge: VINCENT F. PAPALIA |

## CERTIFICATION CONCERNING PROPOSED ORDER

I, Mark S. Lichtenstein, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled APPLICATION IN LIEU OF MOTION WITH SUPPORTING LAW AND FACTS IN SUPPORT OF ENTRY OF STIPULATION AND CONSENT ORDER BETWEEN PLAN ADMINISTRATOR AND IRON MOUNTAIN filed on April 21, 2025 [ECF No. 3989]:

### Orders to be Submitted

1.) ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☐ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ☒ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

5.) ☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| | ☐ Trustee |
| Office of the United States Trustee | ☒ U.S. Trustee |
| Iron Mountain Management LLC | Creditor |
| | |
| | |

I certify under penalty of perjury that the foregoing is true.

Date: April 21, 2025                                    /s/Mark S. Lichtenstein
                                                        Signature

*new.8/1/2024*