| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mark Lichtenstein, Esq.<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>Facsimile: (212) 880-8965<br>Email: mark.lichtenstein@akerman.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Application in Lieu of Motion in Supporting Law and Facts in Support of Entry of Stipulation and Consent Order Between Plan Administrator and Iron Mountain* [ECF No. 3889] was served (a) on April 21, 2025 via electronic transmission using the Court's CM/ECF system, upon all parties registered to receive ECF notices in this chapter 11 case and (b) on April 22, 2025 via electronic mail and federal express upon Office of the United States Trustee, Attn: Fran B. Steele, Esq. and Alexandria Nikolinos, Esq., One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 [E-mail: Fran.B.Steele@Usdoj.Gov, Alexandria.Nikolinos@Usdoj.Gov] and Jacqueline M. Doyle, Esq., HACKETT FEINBERG, Counsel to Iron Mountain Management LLC, 155 Federal Street, 9th Floor, Boston, MA 02110 [E-mail: jmp@bostonbusinesslaw.com].

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

81070767;1

Dated: April 22, 2025

                                  AKERMAN LLP

                              By: *s/Mark S. Lichtenstein*
                                Mark S. Lichtenstein
                                1251 Avenue of the Americas, 37th Floor
                                New York, NY 10020
                                Telephone:     (212) 880-3800
                                Facsimile:      (212) 880-8965
                                Email: mark.lichtenstein@akerman.com

                                *Counsel to the Plan Administrator*