

Return address: 371 BURTON WAY #302, LA CA 90048

Clerk of Court
US Bankruptcy Court
for the District of NJ
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

07102

BBB/Ch 11 / Case No. 23-13359 (VFP)