| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         plabov@pszjlaw.com<br>         crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 29, 2025, AT 10:00 A.M. (ET)**

> **Please note that this hearing will be conducted in person or via Court Solutions before the Honorable Vincent F. Papalia, in the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102.**
>
> **Any parties wishing to participate telephonically must do so by making arrangements through Court Solutions (www.court-solutions.com).**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4933-3199-9291.1 08728.003

## I. MATTER GOING FORWARD

1. Plan Administrator's Seventeenth Omnibus Objection (Substantive) To Claims (Reclassified Gift Card/Merchandise Credit Claims No. 14) [Docket No. 3964].

   Response Deadline: April 22, 2025.

   Responses Received:

   (a) Letter to The Honorable Judge Vincent F. Papalia from Ari Bussel [Docket No. 4013].

   Related Documents:

   (a) Notice of Objection to Your Claim [Docket No. 3965].

   (b) Affidavit of Service [Docket No. 3978].

   Status: This matter is going forward.

Dated: April 28, 2025

/s/ Colin R. Robinson
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
             bsandler@pszjlaw.com
             plabov@pszjlaw.com
             crobinson@pszjlaw.com

*Counsel to the Plan Administrator*