April 19, 2025

Clerk of Court
United States Bankruptcy Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

RE:   20230930-DK-Butterfly, Inc. -23-13359
      f/k/a Bed Bath & Beyond

Clerk of Court,

Regarding the matter of f/k/a Bed Bath & Beyond Inc. I respectfully object to *Plan Administrator's Seventeenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 14)*.

Sincerely,

Holly Sherman
1308 Champagne Court
Naperville, Illinois 60563
630-709-7425

cc:

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017

April 19, 2025

Clerk of Court
United States Bankruptcy Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

RE: 20230930-DK-Butterfly, Inc. -23-13359
f/k/a Bed Bath & Beyond

Clerk of Court,

Regarding the matter of f/k/a Bed Bath & Beyond Inc. I respectfully object to *Plan Administrator's Seventeenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 14)*.

Sincerely,

Holly Sherman
1308 Champagne Court
Naperville, Illinois 60563
630-709-7425

cc:

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017

3563



PAWS CHICAGO

Mr. Robert J. Nelson
4308 Champagne Ct.
Naperville, IL 60563-1692

TAMPA FL 335
SAINT PETERSBURG FL
23 APR 2025 PM 7 L

XRAYED

Clerk of Court
United States Bankruptcy Court
for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
NEWARK NJ 07102