**VAISMAN LAW OFFICES**
**Edward N. Vaisman, Esq., 0015372003**
33 Wood Avenue South, Ste 600
Iselin, NJ 08830
(732) 925-6090
vaismanlaw@gmail.com

Attorney for John Mark McKenzie

---

## United States Bankruptcy Court
## District of New Jersey

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **BED BATH & BEYOND INC., et al.** | CASE NO. 23-13359 |
| **Debtors** | JUDGE: VINCENT F. PAPALIA |

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on **May 28, 2025 at 10:00 AM** in the forenoon or as soon after as counsel may be heard, the undersigned attorney for John Mark McKinzie will move before the Hon. Vincent F. Papalia., United States Bankruptcy Court at 50 Walnut Street, Courtroom 3B, Newark, NJ 07102 and/or via zoom meeting for an order granting relief from the automatic stay.

Movant shall rely upon the enclosed statement of counsel.

Movant requests oral argument if opposition is filed.

                                              **Vaisman Law Offices**
                                              **By: Edward N. Vaisman**
                                              Attorney for John Mark McKinzie

Date: May 1, 2025                                            /s/ Edward N. Vaisman