# Commercial General Liability

## Self-Insured Retention Program



| | |
|---|---|
| **Named Insured:** | BED BATH & BEYOND INC. |
| **Effective Date:** | 03/01/2021 |
| **Expiration Date:** | 03/01/2022 |

| Coverage | Limits of Liability |
|---|---|
| General Aggregate Limit (Other than Products Limit): | $ 6,000,000*(see below) |
| Products/Completed Operations Aggregate Limit: | $ 6,000,000 |
| Each Occurrence Limit: | $ 3,000,000 Combined BI & PD |
| Personal and Advertising Injury Limit: | $ 3,000,000 Any One Person or Org |
| Damages to Premises Rented to You Limit: | $ 1,000,000 including Fire Damage Legal |
| Medical Expense Limit: | Excluded |

\* **CG 25 04 Designated Location General Aggregate Limit:** $6,000,000 per location with a capped maximum annual general aggregate limit for the policy term of $50,000,000.

### Coverage- Employee Benefits Liability

| Claims Made Form | Limits of Liability |
|---|---|
| Aggregate Limit: | $ 2,000,000 |
| Each Employee Limit: | $ 1,000,000 |
| Retroactive Date: | 03/01/2001 |

| Coverage Retention | Amount | ALAE Treatment |
|---|---|---|
| CGL - Each Occurrence Limit: | $ 1,000,000 | See SNGL 024: ALAE erodes SIR, then |
| Personal and Advertising Injury Limit: | $ 1,000,000 | outside the limit |
| Damages to Premises Rented to You Limit: | $ 1,000,000 | |
| Medical Expense Limit: | N/A | |
| Employee Benefits Liability: | $ 1,000,000 | |

## General Liability Coverage/Endorsements

| | |
|---|---|
| **Mandatory State Endorsements** | As required by covered states. |
| **Self-Insured Retention** | SNGL 024 |
| **Total Pollution Exclusion With Bldg Heating & Cooling and Hostile Fire Exception** | CG 21 65 |
| **Nuclear Energy Liability Exclusion** | IL 00 21 |
| **Fungi or Bacteria Exclusion** | Per enclosed manuscript (GML 038) |
| **Silica Exclusion** | CG 21 96 |
| **Asbestos Exclusion** | SNGL 044 |
| **Lead Exclusion** | SNGL 043 – Not applicable in NJ on either the Schedule of Forms or the endorsement itself. |
| **Employment Related Practices Exclusion** | CG 21 47 |
| **Exclusion – Access or Disclosure of Confidential or personal Information and Data-Related Liability - With Limited Bodily Injury Exception** | CG 21 06 |
| **ERISA Exclusion** | SNGL 002 |
| **Composite Rating Plan Endorsement** | SNGL 045 |
| **Waiver of Subrogation** | CG 24 04 "Any person or entity with whom you have agreed in a written contract executed prior to loss, but only for the limits agreed to in such contract or the Limits of Liability provided by this policy, whichever is less" |
| **Amended Definition of Bodily Injury** | SNGL 004 |
| **Amended Definition of Personal & Advertising Injury** | Per enclosed manuscript |
| **Amended Definition of Damage to Rented Premises** | Per enclosed manuscript |
| **Exclusion – Coverage C – Medical Payments** | CG 21 35 |
| **90-Day Notice of Cancellation** | CG 02 24 |
| **Designated Location General Aggregate Limit** | CG 25 04 - $6,000,000 per location, subject to total $50,000,000 General Aggregate Limit for all locations – Primary policy only "All locations, whether named or unnamed, which the insured occupies or previously occupied in the conduct of the insured's |

| | |
|---|---|
| | business, and to the extent that GL coverage applies, subject to policy terms and conditions." |
| **Delete Fellow Employee Exclusion** | SNGL 012 |
| **Intercompany Products Suits Exclusion** | CG 21 41 |
| **Terrorism and NBC Exclusion** | CG 21 84 01 15 |
| **Liquor Liability – Delete Exclusion** | CG 24 08 |
| **Personal Injury – Contractual Exclusion Endorsement** | SNGL 035 |
| **Additional Insured – Primary Basis** | SNGL 023 |
| **Additional Insured – As required by written contract** | CG 20 05 Controlling Interest<br><br>CG 20 11 Managers or Lessors of Premises – MTA Railroad Right of Way-Ambrose Development Limited<br><br>CG 20 11 Managers or Lessors of Premises – MTA Railroad Right of Way-Los Angeles County MTA<br><br>CG 20 11 Managers or Lessors of Premises – 300 Robbins Land, Syosset, NY-Charleston Enterprises, LLC<br><br>CG 20 11 Managers or Lessors of Premises – 2667B Tapo Canyon Road, Simi Valley, CA – Simi Entertainment Plaza, LP<br><br>CG 20 11 Managers or Lessors of Premises – Store #401 – Gabrellian Associates<br><br>CG 20 11 Managers or Lessors of Premises – 27450 W.Lugonia Ave Redlands, CA – Redlands Joint Venture, LLC<br><br>CG 20 11 Managers or Lessors of Premises –The Irvine Company - Bed Bath & Beyond Store #122, 13692 Jamboree Road Irvine, CA<br><br>CG 20 11 Managers or Lessors of Premises – Downey Landing LLC<br><br>CG 20 15 Vendors – The Kroger Co. and all affiliates<br><br>CG 20 26 Designated Person or Organization-LaHabra Westbridge Partners, LP etal<br><br>CG 20 26 Designated Person or Organization-The Irvine Company<br><br>CG 20 26 Designated Person or Organization-The Prudential Insurance Company of America and Prizm Partners<br><br>CG 20 18 Additional Insured – Mortgagee, Assignee, or Receiver – RPI Interests II, LTD |

BedBathandBeyond 000149

| | |
|---|---|
| Additional Insured – Owners, Lessees or Contractors – Automatic Coverage When Required in Construction Agreement | CG 20 12 – Additional Insured – State or Governmental Agency – City of San Luis Obispo, A Municipal Corporation Public Works Department<br>CG 20 33 – Where required by contract |
| Additional Insured – Owners, Lessees or Contractors–Scheduled Person/Organization | CG 20 10 – CB Richard Ellis, Inc. |
| Additional Insured – Owners, Lessees or Contractors | CG 20 10 – Where required by contract |
| Fire, Smoke, Explosion and Sprinkler Leakage Damage Legal Liability Endorsement | Manuscript – Primary policy only |
| Incidental Medical Malpractice | Manuscript – Per expiring language |
| Batch Clause Endorsement | Per enclosed manuscript |
| Notice of Occurrence | SNGL 038 |
| Alienated Premises | SNGL 028 |
| Special Notice of Cancellation Service Provided to Identified Third Parties | SNGL 050 – Scheduled – Bank of America |
| Special Notice of Cancellation Service Provided to Identified Third Parties | SNGL 047 – Blanket where required by written contract |
| Knowledge of Occurrence | SNGL 020 – Sent to Vice President of Risk Management or equivalent |
| Boats | CG 24 12 – "Any boat you rent, up to 100 feet in length and that is not transporting passengers or property for a charge." |
| Recreation Endorsement | Per enclosed manuscript |
| Broadened Named Insured – Management & Control | Manuscript – Per expiring language |
| Unintentional Failure to Disclose Hazards or Occurrence | SNGL 021 |
| Policyholder Disclosure Notice of Terrorism Insurance Coverage | Per attached disclosure- Signed copy must be received prior to binding of coverage |