Case 23-13359-VFP    Doc 4099-5    Filed 05/01/25    Entered 05/01/25 18:38:41    Desc Certification Certification of State Court Counsel for the Movant    Page 1 of 2

1

**Yosha Law**
**by: Nicholas Tuttle, Esq**
9102 N. Meridian St., Ste 535 Indianapolis, IN 46260
Tel: 317.334.9200
Fax: 317.566.3578
Email: ntuttle@yoshalaw.com
Attorney for John Mark McKenzie

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **BED BATH & BEYOND INC., et al.** | CASE NO . 23-13359 |
| **Debtor/s** | JUDGE: VINCENT F. PAPALIA |

### CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION RELIEF

I, Nicholas Tuttle, Esquire, hereby certifie as follows:

1. I am an attorney duly licensed and admitted to practice law in the State of Indiana and an attorney with the law firm of Yosha Law. My firm and specifically Brandon Yosha, Esquire is counsel of record for the Plaintiff, John Mark McKinzie, with regards to a personal injury claim which has been filed in Hamilton Superior Court.

2. Attached hereto as **Exhibit** "A" is a true copy of the amended Complaint and Jury Demand filed in the Hamilton Superior Court in Hamilton County on October 06, 2022.

3. As indicated therein, it was asserted that the Plaintiff, John Mark McKinzie was injured on November 26, 2021 as a patron/business invitee in a Bed Bath & Beyond store located in Carmel, Indiana. At the time of the injury, it is believed that the Debtor maintained

Case 23-13359-VFP    Doc 4099-5    Filed 05/01/25    Entered 05/01/25 18:38:41    Desc
Certification Certification of State Court Counsel for the Movant    Page 2 of 2

2

certain insurance through Safety National Casualty Corp., for the subject property. Attached hereto as **Exhibit** "B" is a copy of the declaration page for the referenced policy believed to be applicable.

4. Despite efforts, as of the present moment, there has not been an ability to obtain a full copy of the underlying policy. It is therefore requested that the Debtor be compelled to provide a full copy of the policy referenced under the declaration page attached above.

5. As it is believed insurance coverage exists for the claims asserted on behalf of Mr. Mckinzie, it is further requested that the Court modify the automatic stay to allow the claims of John Mark McKinzie to resume in State Court with any Judgment against the Debtor being limited to the extent of available insurances.

6. I declare under penalty of perjury that the foregoing is true and correct.

       **Yosha Law**
       **Nicholas Tuttle, Esq**

Dated: April 22, 2025

       **/s/Nicholas Tuttle**
       Attorney for John Mark McKinzie