| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         plabov@pszjlaw.com<br>         crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the New York offices of Pachulski Stang Ziehl & Jones

LLP, counsel to the Plan Administrator, have relocated.  Notices and pleadings given or filed in

the above-captioned cases should now be given and served upon each of the following below:

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:      rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com
            plabov@pszjlaw.com
            crobinson@pszjlaw.com


Dated:  May 7, 2025                    */s/ Colin R. Robinson, Esq.*
                                       Robert J. Feinstein, Esq. (admitted *pro hac vice*)
                                       Bradford J. Sandler, Esq.
                                       Paul J. Labov, Esq.
                                       Colin R. Robinson, Esq.
                                       **PACHULSKI STANG ZIEHL & JONES LLP**
                                       1700 Broadway, 36th Floor
                                       New York, NY 10019
                                       Telephone:    (212) 561-7700
                                       Facsimile:    (212) 561-7777
                                       Email:        rfeinstein@pszjlaw.com
                                                     bsandler@pszjlaw.com
                                                     plabov@pszjlaw.com
                                                     crobinson@pszjlaw.com

                                       *Counsel to the Plan Administrator*