## **CERTIFICATE OF SERVICE**

I am not a party to this bankruptcy case or the associated adversary proceedings.  I certify that on this 9th day of May, 2025, a true and correct copy of the foregoing *Notice of Appearance* was served via electronic transmission using the Court's CM/ECF system, upon all parties registered to receive ECF notices in this chapter 11 case.

　　　　　　　　　　　　　　　　　　　　　*/s/ PJ Lucca*　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　PJ Lucca, Deputy Attorney General