**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
ROB BONTA
Attorney General of California
MATTHEW C. HEYN (*pro hac vice* pending)
PJ LUCCA (NJ SBN 019181998)
Deputy Attorneys General
300 So. Spring St., Suite 1702
Los Angeles, California 90013
Telephone: (213) 269-6000
PJ.Lucca@doj.ca.gov
Matthew.Heyn@doj.ca.gov

*Counsel for Franchise Tax Board and California*
*Department of Tax and Fee Administration*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | |

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF**
**MATTHEW C. HEYN, DEPUTY ATTORNEY GENERAL**

TO THE HONORABLE VINCENT F. PAPALIA:

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the

District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States

District Court for the District of New Jersey, Federal Rules of Civil Procedure 78, and the

attached certification, the undersigned hereby moves for the *pro hac vice* admission of Matthew

---

[1] Bed Bath & Beyond, Inc. changed its name to "20230930-DK-BUTTERFLY-1, INC." The last four digits of its tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent, https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

C. Heyn of the California Department of Justice, Office of the Attorney General, to represent the

Franchise Tax Board and the California Department of Tax and Fee Administration in the above-

captioned chapter 11 case and any related adversary proceedings.


Dated: May 9, 2025

ROB BONTA
Attorney General of California

By: */s/ PJ Lucca*
PJ Lucca, NJ SBN 019181998
Deputy Attorney General
300 So. Spring St., Suite 1702
Los Angeles, California 90013
Telephone: (213) 269-6000
Email:  PJ.Lucca@doj.ca.gov
*Counsel for Franchise Tax Board and California*
*Department of Tax and Fee Administration*

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
ROB BONTA
Attorney General of California
MATTHEW C. HEYN  (*pro hac vice pending*)
PJ LUCCA (NJ SBN019181998)
Deputy Attorneys General
300 So. Spring St., Suite 1702
Los Angeles, California 90013
Telephone: (213) 269-6000
PJ.Lucca@doj.ca.gov
Matthew.Heyn@doj.ca.gov

*Counsel for Franchise Tax Board and California
Department of Tax and Fee Administration*

</td></tr>
</table>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[2] | Case No. 23-13359 (VFP) |
| Debtors. | |

## CERTIFICATION OF MATTHEW C. HEYN, DEPUTY ATTORNEY GENERAL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to LBR 9010-1 and 7007-1, I, Matthew C. Heyn, Deputy Attorney General, hereby

certify as follows in support of the application for admission *pro hac vice* that has been filed on

my behalf:

      1.     I am a Deputy Attorney General with the California Department of Justice, with

my office located at 300 South Spring Street, Suite 1702, Los Angeles, California 90013. My

---

[2] Bed Bath & Beyond, Inc. changed its name to "20230930-DK-BUTTERFLY-1, INC." The
last four digits of its tax identification number are 0488. A complete list of the Debtors in these
chapter 11 cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' claims and noticing agent, https://restructuring.ra.kroll.com/bbby. The
location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors'
service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

telephone number is (213) 269-6000 and my email is matthew.heyn@doj.ca.gov.

2.      I am eligible for admission to this Court, am admitted to practice in and am a

member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Year |
|---|---|
| State of California | 2003 |
| U.S. District Court, C.D. of Calif. | 2003 |
| U.S. District Court, N.D. of Calif. | 2004 |
| U.S. District Court, S.D. of Calif. | 2006 |
| U.S. District Court, E.D. of Calif. | 2016 |
| U.S. Court of Appeal, Ninth Circuit | 2008 |
| U.S. Court of Appeals, Fifth Circuit | 2020 |

3.      There are no disciplinary proceedings pending against me and no discipline has

ever been imposed against me.

4.      I agree to be bound by the Local Rules of the United States District Court for the

District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New

Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged

misconduct during the course of this case.

5.      I will arrange with the New Jersey Lawyers' Fund for Client Protection for

payment of the annual fee, for this year and for any year in which I continue to represent a client

in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.L.

Civ. R. 101.1, as well as arranging for the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3)

for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20)

days of the date of the entry of an Order granting my Application.

I declare under penalty of perjury that the foregoing is true and correct

Dated: May 9, 2025

By: _____

Matthew C. Heyn, Deputy Attorney General
300 So. Spring St., Suite 1702
Los Angeles, California 90013
Telephone: (213) 269-6000
Email:  Matthew.Heyn@doj.ca.gov