## **CERTIFICATE OF SERVICE**

I am not a party to this bankruptcy case or the associated adversary proceedings. I certify that on this 9th day of May, 2025, a true and correct copy of the foregoing *Application for Pro Hac Vice Admission of Matthew C. Heyn, Deputy Attorney General* was served via electronic transmission using the Court's CM/ECF system, upon all parties registered to receive ECF notices in this chapter 11 case.

                                                      */s/ PJ Lucca*  
                                                      PJ Lucca, Deputy Attorney General