| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Shane G. Ramsey, Esq.**<br>**Nelson Mullins Riley & Scarborough LLP**<br>**1222 Demonbreun Street, Suite 1700**<br>**Nashville, TN 37203**<br>**Tel: (615) 664-5300**<br>**Email: shane.ramsey@nelsonmullins.com**<br><br>**Counsel for East Coast/West Coast Logistics, LLC** | |
| In Re:<br><br>**Bed Bath & Beyond Inc.,**<br><br>Debtor. | Case No. 23-13359<br><br>Chapter 11<br><br>Judge: Vincent F. Papalia |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

Please take notice that NELSON MULLINS RILEY & SCARBOROUGH LLP, by its undersigned counsel, hereby enters its appearance as counsel for East Coast/West Coast Logistics, LLC. Pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C. § 342, counsel requests copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

    Shane G. Ramsey, Esq.
    Nelson Mullins Riley & Scarborough LLP
    1222 Demonbreun Street, Suite 1700
    Nashville, TN 37203
    Tel: (615) 664-5300
    Fax: (615) 664-5399
    Email: shane.ramsey@nelsonmullins.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan, answer or response, whether formal or informal, written or oral, and whether transmitted or conveyed by

4922-5280-4138 v.2

mail, hand delivery, telephone, fax or otherwise filed with regard to the above case and any contested matter or adversary proceedings therein.

                                            Respectfully submitted,

                                            East Coast/West Coast Logistics, LLC

                                            By Counsel

                                            Shane G. Ramsey, Esq.
                                            Nelson Mullins Riley & Scarborough LLP
                                            1222 Demonbreun Street, Suite 1700
                                            Nashville, TN 37203
                                            Tel: (615) 664-5300
                                            Fax: (615) 664-5399
                                            Email: shane.ramsey@nelsonmullins.com

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on this 12th day of May, 2025, a copy of the foregoing Notice was sent by CM/ECF on all parties receiving such notice.


                                            */s/ Shane G. Ramsey*
                                            Shane G. Ramsey