# **EXHIBIT B**

**Redline**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:  rfeinstein@pszjlaw.com<br>        bsandler@pszjlaw.com<br>        plabov@pszjlaw.com<br>        crobinson@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S**
**SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS**
**(Reclassified Gift Card/Merchandise Credit Claims No. 13)**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (RECLASSIFIED GIFT CARD/MERCHANDISE CREDIT CLAIMS NO. 13) |

Upon the objection (the "Objection")[1] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, seeking entry of an order (this "Order") reclassifying the claims identified on the attached **Exhibit 1** (the "Reclassified Claims" or "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. The Disputed Claims set forth on the attached **Exhibit 1** are hereby reclassified as Class 6 General Unsecured Claims.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (RECLASSIFIED GIFT CARD/MERCHANDISE CREDIT CLAIMS NO. 13) |

reflect the relief granted by this Order.

4.   Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5.   Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim, including the claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6.   Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

| | |
|---|---|
| (Page \| 4) | |
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (RECLASSIFIED GIFT CARD/MERCHANDISE CREDIT CLAIMS NO. 13) |

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

4908-4402-7932.3 08728.003

# Exhibit 1

## List of Disputed Claims

4908-4402-7932.3 08728.003

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Adegboye, Adenike | 9/3/2023 | 16849 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br><br><br><br>$150.00<br>$150.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$150.00<br>$150.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 2 | Annayeva, Maral | 6/20/2023 | 6823 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$549.99<br>$549.99 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$549.99<br>$549.99 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3 | Antwi, Doritha | 9/17/2023 | 17475 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$1,000.00<br>$1,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$1,000.00<br>$1,000.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 4 | Ashraf, Saira | 9/2/2023 | 16844 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$37.14<br>Unliquidated<br><br><br>$37.14 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$37.14<br>$37.14 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 5 | Ataollahzadeh, Niyosha | 5/10/2023 | 519 | Buy Buy Baby of Totowa, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br>$500.00<br>Unliquidated<br><br>$500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$500.00<br>$500.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 6 | Atkins, Connie | 5/11/2023 | 770 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br>$175.39<br>Unliquidated<br><br>$175.39 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$175.39<br>$175.39 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 7 | Babakitis, Debi | 6/27/2023 | 9801 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$547.73<br>$547.73 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$547.73<br>$547.73 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8 | Badillo, Cindy | 7/22/2023 | 18837 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>$200.00<br>Unliquidated<br><br>$200.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$200.00<br>$200.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 9 | Bailon, Juan Daniel | 6/26/2023 | 6592 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br>Unliquidated<br><br><br>$25.00<br>$25.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$25.00<br>$25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B – Redline    Page 8 of 18

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 10 | Baldree, Megan | 2/1/2024 | 19378 | bed 'n bath Stores Inc. | Secured Admin 503(b)(9) Priority GUC Total | $150.00 $150.00 | Secured Admin 503(b)(9) Priority GUC Total | $150.00 $150.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

| | | | | | Asserted Claim Amount | | Reclassified Claim Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Reclassification |
| 11 | Baldridge, Tamiko | 1/23/2024 | 19294 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $50.00 Unliquidated $50.00 | Secured Admin 503(b)(9) Priority GUC Total | $50.00 $50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 12 | Barrios, Karolina | 5/10/2023 | 501 | Buy Buy Baby of Totowa, Inc. | Secured Admin 503(b)(9) Priority GUC Total | $800.00 $800.00 $800.00 | Secured Admin 503(b)(9) Priority GUC Total | $800.00 $800.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 13 | Bartzou, Antonia | 8/29/2023 | 16709 | BBB Canada LP Inc. | Secured Admin 503(b)(9) Priority GUC Total | $600.00 $600.00 | Secured Admin 503(b)(9) Priority GUC Total | $600.00 $600.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~14~~ | ~~Baum, Anneen~~ | ~~6/6/2023~~ | ~~12817~~ | ~~Bed Bath & Beyond Inc.~~ | ~~Secured Admin 503(b)(9) Priority GUC Total~~ | ~~$4,934.83 $4,934.83 $4,934.83~~ | ~~Secured Admin 503(b)(9) Priority GUC Total~~ | ~~$4,934.83 $4,934.83~~ | ~~Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim.~~ |
| ~~15~~14 | Beaver, Ashley | 11/8/2024 | 20396 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $100.00 $100.00 | Secured Admin 503(b)(9) Priority GUC Total | $100.00 $100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~16~~15 | Beck, Tancy | 8/15/2023 | 16246 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | Unliquidated $200.00 $200.00 | Secured Admin 503(b)(9) Priority GUC Total | $200.00 $200.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~17~~16 | Begum, Aliya | 7/27/2023 | 15133 | bed 'n bath Stores Inc. | Secured Admin 503(b)(9) Priority GUC Total | $25.00 $25.00 | Secured Admin 503(b)(9) Priority GUC Total | $25.00 $25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B – Redline    Page 9 of 18

RED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| ~~18~~17 | Bethurum, Lynn | 6/1/2023 | 3370 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $1,147.94 $1,147.94 | Secured Admin 503(b)(9) Priority GUC Total | $1,147.94 $1,147.94 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~19~~18 | Bethurum, Lynn | 8/18/2023 | 16371 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $1,147.94 $1,147.94 | Secured Admin 503(b)(9) Priority GUC Total | $1,147.94 $1,147.94 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~20~~19 | BLACKMON, LYDIA | 11/26/2024 | 20434 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $63.85 Unliquidated $63.85 | Secured Admin 503(b)(9) Priority GUC Total | $63.85 $63.85 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| ~~21~~20 | Bohn, Diane | 8/7/2023 | 15859 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | Unliquidated $72.00 Unliquidated $72.00 $144.00 | Secured Admin 503(b)(9) Priority GUC Total | $144.00 $144.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~22~~21 | Bohn, Diane | 7/5/2023 | 9051 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $72.00 $72.00 | Secured Admin 503(b)(9) Priority GUC Total | $72.00 $72.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~23~~22 | Braden, Dianna | 6/6/2023 | 9618 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $134.20 $134.20 $134.20 | Secured Admin 503(b)(9) Priority GUC Total | $134.20 $134.20 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~24~~23 | Breedlove, Tabbitha | 7/18/2023 | 14214 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $125.00 $125.00 | Secured Admin 503(b)(9) Priority GUC Total | $125.00 $125.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~25~~24 | Brewer, Katt | 11/26/2023 | 18555 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $54.41 $54.41 | Secured Admin 503(b)(9) Priority GUC Total | $54.41 $54.41 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| ~~26~~25 | BROWN, CHRISTYE YVONNE | 7/27/2023 | 15181 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $200.00 $200.00 | Secured Admin 503(b)(9) Priority GUC Total | $200.00 $200.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B - Redline    Page 10 of 18

BED BATH & BEYOND, INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 2726 | Campos, Edith E | 7/6/2023 | 11192 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $250.00 Unliquidated $250.00 | Secured Admin 503(b)(9) Priority GUC Total | $250.00 $250.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 2827 | Chahal, Prabhjot Kaur | 7/14/2023 | 12994 | Buy Buy Baby, Inc. | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $217.00 $217.00 | Secured Admin 503(b)(9) Priority GUC Total | $217.00 $217.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 2928 | Cloud V Cloud, JC Deborah Barr | 6/15/2023 | 5007 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $25.00 $25.00 $50.00 | Secured Admin 503(b)(9) Priority GUC Total | $50.00 $50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3029 | Compton, Trinity | 8/2/2023 | 15593 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | Unliquidated $50.00 $50.00 | Secured Admin 503(b)(9) Priority GUC Total | $50.00 $50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3130 | Damo, Liliana | 2/12/2024 | 19446 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $400.00 $400.00 | Secured Admin 503(b)(9) Priority GUC Total | $400.00 $400.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3231 | Davydova, Anastasia | 5/12/2023 | 971 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $24.25 $24.25 | Secured Admin 503(b)(9) Priority GUC Total | $24.25 $24.25 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3332 | Dewanjee, Satarupa | 5/15/2023 | 1227 | Bed Bath & Beyond Inc. | Secured Admin 503(b)(9) Priority GUC Total | $400.00 $400.00 | Secured Admin 503(b)(9) Priority GUC Total | $400.00 $400.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3433 | Dhekar, Kirty | 5/10/2023 | 446 | Bed Bath & Beyond of Frederick, Inc. | Secured Admin 503(b)(9) Priority GUC Total | $210.00 $210.00 Unliquidated $210.00 | Secured Admin 503(b)(9) Priority GUC Total | $210.00 $210.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 3534 | Dhingra, Jaishree | 6/28/2023 | 7835 | BBBY Management Corporation | Secured Admin 503(b)(9) Priority GUC Total | $96.00 $96.00 | Secured Admin 503(b)(9) Priority GUC Total | $96.00 $96.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B – Redline    Page 11 of 18

BED BATH & BEYOND, INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 36̶35 | Donatelli, Frances | 12/14/2024 | 20478 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $160.00<br>$160.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $160.00<br>$160.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 37̶36 | Du Vernay, Magda | 7/23/2023 | 14723 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $141.82<br>Unliquidated<br>Unliquidated<br>$141.82 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $141.82<br>$141.82 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 38̶37 | Eastman, Krystal Ann | 6/20/2023 | 6612 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $549.99<br>$549.99 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $549.99<br>$549.99 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 39̶38 | Ebrahim, Nour | 10/6/2023 | 17698 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $238.13<br>$238.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $238.13<br>$238.13 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 40̶39 | Edelschein, Barbara Ann | 6/29/2023 | 13193 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $91.95<br>$91.95 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $91.95<br>$91.95 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 41̶40 | Faust, Jodie | 6/8/2023 | 3955 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $381.61<br>$381.61 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $381.61<br>$381.61 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 42̶41 | Finch, Nichole Raffa | 6/4/2023 | 5231 | Bed Bath & Beyond of Virginia Beach Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $340.00<br>$340.00 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $340.00<br>$340.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 43̶42 | Freels, Natalie | 5/25/2023 | 2610 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $276.10<br>$276.10 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $276.10<br>$276.10 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 44̶43 | Freitas, Jadir | 6/7/2023 | 3961 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $575.91<br>$575.91 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $575.91<br>$575.91 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B - Redline    Page 12 of 18

BED BATH BEYOND, INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| 45~~44~~ | Glibert, Christian | 7/2/2023 | 7750 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $789.00<br>Total $789.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $789.00<br>Total $789.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 46~~45~~ | Goff, Karinna | 6/1/2023 | 3406 | Bed Bath & Beyond Inc. | Secured $200.00<br>Admin $200.00<br>503(b)(9)<br>Priority<br>GUC<br>Total | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $200.00<br>Total $200.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 47~~46~~ | GOMEZ, MARIA | 7/5/2023 | 9504 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total $245.88<br>$245.88 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $245.88<br>Total $245.88 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 48~~47~~ | Gordon, Pamela C | 7/5/2023 | 9984 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total $23.13<br>$23.13 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $23.13<br>Total $23.13 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 49~~48~~ | Grove, Aaron | 7/25/2024 | 20191 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total $250.00<br>$250.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $250.00<br>Total $250.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 50~~49~~ | Grove, Aaron | 7/25/2024 | 20190 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total $100.00<br>$100.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $100.00<br>Total $100.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

| | | | | | Asserted Claim Amount | | Reclassified Claim Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Reclassification |
| 51~~50~~ | Haas, Melissa | 5/10/2023 | 637 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $250.00<br>Total $250.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $250.00<br>Total $250.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 52~~51~~ | Hand, David John | 6/21/2023 | 7571 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $89.99<br>Total $89.99 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $89.99<br>Total $89.99 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 53~~52~~ | Hardin, Frazier W | 6/19/2023 | 4591 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $13.11<br>Total $13.11 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $13.11<br>Total $13.11 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B – Redline    Page 13 of 18

BED BATH BEYOND, INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| 54~~53~~ | Hartsky, Thomas C | 5/30/2023 | 3208 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $25.00<br>Total $25.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $25.00<br>Total $25.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 55~~54~~ | Hellbach, Aida | 6/23/2023 | 5740 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $54.55<br>Total $54.55 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $54.55<br>Total $54.55 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 56~~55~~ | Hellinga, Christiana | 8/5/2024 | 20205 | Bed Bath & Beyond Inc. | Secured $50.99<br>Admin $50.99<br>503(b)(9)<br>Priority<br>GUC<br>Total | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $50.99<br>Total $50.99 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 57~~56~~ | Hochman, Melissa | 7/18/2024 | 20174 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $250.00<br>Total $250.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $250.00<br>Total $250.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 58~~57~~ | Hudson, Perla M | 8/12/2024 | 20218 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $40.00<br>Total $40.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $40.00<br>Total $40.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 59~~58~~ | Hueck, Rommel Von | 7/22/2023 | 14620 | Bed Bath & Beyond of California Limited Liability Company | Secured $65.54<br>Admin $65.54<br>503(b)(9)<br>Priority<br>GUC<br>Total $65.54 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $65.54<br>Total $65.54 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 60~~59~~ | Huttash, Jordan | 11/15/2023 | 18395 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $127.19<br>Total $127.19 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $127.19<br>Total $127.19 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 61~~60~~ | Imam, Sheema | 12/5/2024 | 20463 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $100.00<br>Total $100.00 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $100.00<br>Total $100.00 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 62~~61~~ | Irani, Jessica | 5/9/2023 | 310 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $145.27<br>Total $145.27 | | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC $145.27<br>Total $145.27 | | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B - Redline    Page 14 of 18

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 63~~62~~ | Jackson, Ariana | 6/11/2023 | 4875 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | Unliquidated<br><br><br><br>$79.00<br>$79.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$79.00<br>$79.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 64~~63~~ | Jauregui, Mayra | 7/7/2023 | 11960 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$450.00<br>$450.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$450.00<br>$450.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 65~~64~~ | Kansler, Susan | 9/6/2024 | 20282 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$100.00<br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 66~~65~~ | Kassam, Mahdi | 10/6/2023 | 17691 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $550.00<br>$550.00<br>$550.00<br><br><br>$550.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $550.00<br>$550.00<br>$550.00<br><br><br>$550.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 67~~66~~ | Lapointe, Christiane | 7/7/2023 | 11991 | BBB Canada LP Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $398.80<br><br><br><br>$398.80<br>$398.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$398.80<br>$398.80 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 68~~67~~ | Lieteau, Hallene M | 6/23/2023 | 6593 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | Unliquidated<br><br><br><br><br>$0.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$0.00<br>$0.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 69~~68~~ | Lo, Joseph Chih-Cheng | 6/9/2023 | 3919 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $65.72<br>$65.72<br><br><br><br> | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$65.72<br>$65.72 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 70~~69~~ | Mangum, Tiffany Marie | 7/27/2023 | 15189 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$93.52<br>$93.52 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$93.52<br>$93.52 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 71~~70~~ | Markopoulos Reyes, Catherine | 8/29/2023 | 16689 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$395.36<br>$395.36 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | <br><br><br><br>$395.36<br>$395.36 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B - Redline    Page 15 of 18

BED BATH BEYOND, INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 72~~71~~ | Maxime, Kerlyne | 6/28/2023 | 9020 | BBB Value Services Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $53.93<br>$53.93 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $53.93<br>$53.93 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 73~~72~~ | Mommer, Brett | 5/9/2023 | 428 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $100.00<br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 74~~73~~ | Muñiz, Samantha | 8/1/2023 | 15555 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $24.77<br>$24.77 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $24.77<br>$24.77 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 75~~74~~ | Neff, Austin | 12/29/2024 | 20505 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>$50.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>$50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 76~~75~~ | Nestler, Genelyn | 7/12/2023 | 11625 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>$50.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>$50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 77~~76~~ | Nguyen, Marguerite | 7/10/2023 | 10652 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $57.00<br>$57.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $57.00<br>$57.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 78~~77~~ | Norris, Shammarrah | 11/26/2024 | 20432 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>$50.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $50.00<br>$50.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 79~~78~~ | Obeakemeh, Paula | 7/7/2023 | 11670 | Bed Bath & Beyond of Edgewater Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $499.99<br>$499.99 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $499.00<br>$499.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 80~~79~~ | O'Connor, Christopher | 7/6/2023 | 9793 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $186.19<br>$186.19 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $186.19<br>$186.19 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B - Redline    Page 16 of 18

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name | Date | Claim # | Debtor | Asserted | | Modified | | Reason |
|---|---|---|---|---|---|---|---|---|---|
| 8180 | Oh, Christina | 7/9/2023 | 10042 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $126.56<br>Unliquidated<br><br>$126.56 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $126.56<br>$126.56 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8281 | Ojeda, Carlos | 6/20/2023 | 11470 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25.00<br>$25.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25.00<br>$25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8382 | Ouaddah, Selsebila | 6/19/2023 | 5204 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $132.97 $132.97<br>$132.97<br>$132.97 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $132.97<br>$132.97 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8483 | Patel, Nayana D | 7/2/2023 | 7482 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $114.47<br>$114.47 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $114.47<br>$114.47 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8584 | Pierce, Vanessa | 5/18/2023 | 1693 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $298.07<br>$298.07 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $298.07<br>$298.07 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8685 | Pons, Alejandro | 8/2/2023 | 15628 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $175.99<br>$175.99 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $175.99<br>$175.99 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8786 | Pothuganti, Sandeep Kumar | 5/10/2023 | 572 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.00<br>Unliquidated<br>$200.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.00<br>$200.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8887 | Quinn, Donna | 7/7/2023 | 11675 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $78.98<br>Unliquidated<br>$78.98 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $78.98<br>$78.98 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 8988 | Rembert, Bridget | 6/3/2024 | 20005 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,800.00<br>$1,800.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,800.00<br>$1,800.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 9089 | Rhodes, Rachelle A | 7/7/2023 | 18816 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $300.00<br>Unliquidated<br>$300.00<br>$300.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $300.00<br>$300.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B – Redline    Page 17 of 18

BED BATH BEYOND, INC. Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Asserted Claim Amount | | Reclassified Claim Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 91<s>90</s> | Roby, Josalyn S | 6/7/2023 | 3765 | Bed Bath & Beyond of Lexington Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $0.00<br><br><br><br>$250.00<br>$250.00 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$250.00<br>$250.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 92<s>91</s> | Roe, Michael David Maile | 1/14/2025 | 20555 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$100.00<br>$100.00 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 93<s>92</s> | Rurangirwa, Josephine | 7/2/2023 | 7786 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$41.11<br>$41.11 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$41.11<br>$41.11 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 94<s>93</s> | Rushing, Janet | 12/1/2023 | 18681 | Bed Bath & Beyond of Louisville Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$151.04<br>$151.04 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$151.04<br>$151.04 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 95<s>94</s> | Sakharuk, Andrew | 7/6/2023 | 9966 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$707.73<br>$707.73 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$707.73<br>$707.73 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 96<s>95</s> | Salazar, Rebecca | 5/25/2023 | 2488 | Bed Bath & Beyond of California Limited Liability Company | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $25.00<br>$25.00<br><br><br> | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$25.00<br>$25.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 97<s>96</s> | Sandhu, Navpreet Kaur | 7/23/2023 | 14719 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $150.00<br>$150.00<br><br><br> | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$150.00<br>$150.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |
| 98<s>97</s> | Santanella, Amy | 10/15/2024 | 20354 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $100.00<br>$100.00<br><br><br> | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | <br><br><br>$100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

Case 23-13359-VFP    Doc 4112-2    Filed 05/16/25    Entered 05/16/25 13:26:56    Desc
Exhibit B – Redline    Page 18 of 18

BED BATH BEYOND, INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Reclassified Gift Card/Merchandise Credit Claims No. 13)

|   |   |   |   |   | Asserted Claim Amount | | Reclassified Claim Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Reclassification |
| 9998 | Senet, Catherine | 10/24/2024 | 20372 | Bed Bath & Beyond of California Limited Liability Company | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $100.00<br>$100.00 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |

|   |   |   |   |   | Asserted Claim Amount | | Reclassified Claim Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Reclassification |
| 10099 | Shah, Bhavin Bhavin | 7/11/2023 | 10985 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $0.00<br>$100.00<br>$100.00 | Secured<br>Admin<br>503(b)(9) Priority<br>GUC<br>Total | $100.00<br>$100.00 | Claim is not entitled to administrative, priority or secured status. The Plan Administrator asks the Court to reclassify the claim as a general unsecured claim. |