Maha M. Kabbash, Esq. (MK-0163)
Diana Katz Gerstel, Esq. (DG-6038)
Cheska Tolentino, Esq. (CT-4204)
Tucker Ellis LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960

*Attorneys for World Distribution Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*<br><br>　　*Debtors*. | Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond,<br>　　Plaintiff,<br><br>v.<br><br>World Distribution Services LLC<br><br>　　Defendant. | Adv. Case No. 24-01367 |

**NOTICE OF MOTION OF WORLD DISTRIBUTION SERVICES LLC FOR *PRO HAC VICE* ADMISSION OF THOMAS R. FAWKES, ESQ.**

　　World Distribution Services LLC, by and through its undersigned counsel, respectfully moves this Court pursuant to D.N.J. LBR 9010-1 and D.N.J. L. Civ. R. 101.1(c) for the admission *pro hac vice* of Thomas R. Fawkes, Esq., in this matter.

　　In support of this Motion, World Distribution Services LLC relies upon the accompanying Certifications of Thomas R. Fawkes and Maha M. Kabbash. A proposed form of Order is submitted herewith.

6917356.1

WHEREFORE, World Distribution Services LLC respectfully requests that this Court specially admit Thomas R. Fawkes, Esq. *pro hac vice* on his behalf in this matter.

Dated: May 21, 2025

Respectfully submitted,

TUCKER ELLIS LLP

*s/ Maha M. Kabbash*
Maha M. Kabbash (MK-0163)
Maha.Kabbash@tuckerellis.com
Diana Katz Gerstel (DG-6038)
Diana.Gerstel@tuckerellis.com
Cheska Tolentino (CT-4204)
Cheska.Tolentino@tuckerellis.com
67 E. Park Place
Morristown, New Jersey 07960
Telephone: 862.261.2550

6917356.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 21, 2025, a true and correct copy of World Distribution Services LLC's Motion for *Pro Hac Vice* Admission of Thomas R. Fawkes, Esq., was electronically filed and was served via electronic mail upon counsel of record in this proceeding.

Dated: May 21, 2025

*s/ Maha M. Kabbash*
Maha M. Kabbash, Esq.