Maha M. Kabbash, Esq. (MK-0163)
Diana Katz Gerstel, Esq. (DG-6038)
Cheska Tolentino, Esq. (CT-4204)
Tucker Ellis LLP
1776 On the Green
67 E. Park Place, Ste. 900
Morristown, NJ 07960

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*<br><br>    *Debtors*. | Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond,<br>    Plaintiff,<br><br>v.<br><br>World Distribution Services LLC<br><br>    Defendant. | Adv. Case No. 24-01367 |

**CERTIFICATION OF SPONSORING COUNSEL MAHA M. KABBASH, ESQ., IN SUPPORT OF *PRO HAC VICE* ADMISSION OF THOMAS R. FAWKES, ESQ.**

    I, Maha M. Kabbash, Esq., make this certification in support of World Distribution Services LLC's Application for the admission *pro hac vice* of Thomas R. Fawkes, Esq., in this matter before the United States Bankruptcy Court for the District of New Jersey.

    1.    I am a partner with Tucker Ellis LLP with an office at 1776 On the Green, 67 E. Park Place, Ste. 900, Morristown, NJ 07960, telephone number 862-261-2532, and am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey.

2. After a reasonable investigation, I believe that Thomas R. Fawkes, Esq., is a reputable and competent attorney, and I am in a position to recommend the candidate's admission.

3. I am acting as Thomas R. Fawkes, Esq.'s sponsor in this case. I am presently counsel of record for World Distribution Services LLC in this matter and will remain so throughout the course of this litigation.

I hereby affirm that the above facts are true to the best of my knowledge and belief.

*s/ Maha M. Kabbash*
Maha M. Kabbash, Esq.

Dated: May 21, 2025

6917361.1