

**EXHIBIT A**

P. 1/2 *JMK*

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108.2579.001.002.60
JEFFREY MEAD KURZON
REDACTED *JMK*
PETERBOROUGH NH 03458

| | |
|---|---|
| Company Number: | 08342 |
| Company Name: | BED BATH & BEYOND INC |
| CUSIP: | 075896100 |
| Company Ticker Symbol: | BBBYQ |
| Stock Exchange: | OTC |
| Account Number: | REDACTED *JMK* 00 |
| Statement Date: | September 26, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total |
|---|---|---|---|
| DRS/Book Entry Shares | | 58,008.000 | 58,008.000 |
| Plan Shares | | | |
| Certificated Shares | | | |
| Total Shares | | | 58,008.000 |

| Account Value | |
|---|---|
| Market Value Date | 09/26/2023 |
| Market Value Price | $0.075 |
| Total Market Value | $4,356.40 |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 09/26/2023 | BK*0014660 | BOOK SHARES CREDITED | 385.000 |

AST01083420000015343

EXHIBIT A P-1/2

## BED BATH & BEYOND INC Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

### Access your stock accounts online

Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
- View your account details including balances and transaction history
- Manage your payment method for dividends and sales proceeds
- Request check replacements
- Buy or sell shares
- Update your contact information
- Download statements and tax forms


EXHIBIT A
P. 2/2

**ONLINE ACCOUNT ACCESS:**
Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to www.astfinancial.com
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central** and complete the short registration process to create your unique login ID.  If you are a non – U.S. shareholder please select **Registration for Non-US Holders** on the top of the page and complete the short registration process. You will need to know the AST Company Number which is printed on the bottom right hand corner of this letter.  Your PIN number will then be mailed to the address of record for the account.
If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with AST. You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available at www.astfinancial.com/knowledge-center/forms. Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.

## Important Information

- If you have only fractional shares, they cannot be transferred.
- If you have at least one share:
    - If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.

    - If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.

EXHIBIT A P. 2/2