## STATEMENT WHY NO BRIEF IS NECESSARY

Pursuant to D.N.J. LBR 9013-1(a)(3), no brief is necessary because the legal basis for the requested relief is clear from the accompanying Certification and the record, including prior filings at Docket Nos. 10, 25, 219, 2160, 2631 (including attachments), 3452, and 3463.

The discrepancy in share counts is documented, unresolved, and material.

*Res ipsa loquitur.*

Executed on: May 19, 2025

/s/ Jeffrey Mead Kurzon
Jeffrey Mead Kurzon
*Pro Se, Pro Bono (not admitted; not pro hac vice), Pro Patria, Pro Publico*
P.O. Box 454
Peterborough, NH 03458