## CERTIFICATE OF SERVICE

I, Jeffrey Mead Kurzon, certify that on May 19, 2025, I submitted by **Priority Mail Express** the within *Motion to Compel Disclosure of Shareholder Ledger and Reconcile Share Discrepancy to Maximize Estate Value* to the Clerk of the United States Bankruptcy Court, District of New Jersey, and that I served copies via email immediately thereafter (or as soon as practicable) on the following parties of interest, together with the accompanying **Notice of Motion, Certification in Support, Statement of No Brief Necessity and Proposed Order**:

**By USPS Priority Mail Express to:**
• Clerk of the Court
United States Bankruptcy Court, District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**By Email (on May 19, 2025, or as soon as practicable thereafter):**

• **Plan Administrator:**
Michael Goldberg
michael.goldberg@akerman.com
(cc to counsel below)

• **Counsel for the Plan Administrator:**
Bradford J. Sandler – bsandler@pszjlaw.com
Robert J. Feinstein – rfeinstein@pszjlaw.com

• **Debtors' Lead Counsel:**
Kirkland & Ellis LLP – bbbyproject@kirkland.com
Joshua A. Sussberg – joshua.sussberg@kirkland.com
Emily Geier – emily.geier@kirkland.com

• **Debtors' Local Counsel:**
Michael D. Sirota, Esq.
COLE SCHOTZ P.C.
msirota@coleschotz.com

22

- **Office of the United States Trustee for Region 3:**
ustpregion03.ne.ecf@usdoj.gov
Fran B. Steele, Esq. – Fran.B.Steele@usdoj.gov
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2025
/s/ Jeffrey Mead Kurzon
Jeffrey Mead Kurzon
Pro Se, Pro Bono (Not Admitted; Not Pro Hac Vice), Pro Patria, Pro Publico
P.O. Box 454
Peterborough, NH 03458
Jeff@Kurzon.com | 212-203-8918

**Jeffrey Mead Kurzon**
P.O. Box 454
Peterborough, NH 03458
Jeff@Kurzon.com
(212) 203-8918

May 19, 2025

**Clerk of the Court**
United States Bankruptcy Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re: In re Bed Bath & Beyond Inc., et al.
Case No. 23-13359 (VFP) - Motion to Compel Disclosure of Shareholder Ledger and Reconcile Share Discrepancy

Dear Clerk,

Enclosed please find one original and one copy of the above-referenced motion, including all supporting documents. I respectfully request that you file the original and return a stamped copy to me in the enclosed self-addressed, prepaid envelope.

Thank you for your time and service.

Respectfully,

/s/ Jeffrey Mead Kurzon
Jeffrey Mead Kurzon
Pro Se

