UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In re:

Bed Bath & Beyond Inc., et al.,

Debtors.[2]

Case No. 23-13359 (VFP)

Chapter 11 (Jointly Administered)

**[AMENDED AND RESTATED PROPOSED ORDER]**
**GRANTING MOTION TO COMPEL DISCLOSURE AND RECONCILIATION OF SHAREHOLDER LEDGER**

Upon the motion of Jeffrey Mead Kurzon, pro se shareholder, and for good cause shown, it is hereby:

**ORDERED** that the Plan Administrator shall provide to the Court and the movant a copy of the full shareholder ledger for Bed Bath & Beyond Inc. as of September 29, 2023, the effective date of the confirmed Plan; and it is further

**ORDERED** that the Plan Administrator shall reconcile the total number of common shares and preferred shares reflected in the shareholder ledger as of September 29, 2023, with the share counts disclosed in the Form 8-K filed on September 20, 2023, and shall certify whether 782,005,210 common shares and zero preferred shares were outstanding on that date; and it is further

**ORDERED** that any discrepancies shall be explained in a sworn declaration filed within 14 days of entry of this Order.

**ORDERED FURTHER**, that nothing in this Order shall be construed to modify, vacate, or otherwise affect the terms of the confirmed Plan, the Confirmation Order, or any distributions made thereunder; this Order is entered solely for purposes of facilitating the reconciliation of the shareholder ledger and related disclosures as of the Plan's Effective Date.

---

[2] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

5

**ORDERED FURTHER**, that nothing in this Order shall waive or limit the rights of the Movant, or of any equity holder, to seek appropriate relief consistent with applicable law and the terms of the confirmed Plan.

**IT IS SO ORDERED.**
**Dated: _____**
**Newark, New Jersey**
**Hon. Vincent F. Papalia**
**United States Bankruptcy Judge**