## CERTIFICATE OF SERVICE

I, Jeffrey Mead Kurzon, certify that on May 20, 2025, I submitted by **Priority Mail Express** the within *Supplemental Evidence and Clarification in Support of Motion to Compel Disclosure and Reconcilliation of Shareholder Ledger to Compel Disclosure of Shareholder Ledger and Reconcile Share Discrepancy to Maximize Estate Value* to the Clerk of the United States Bankruptcy Court, District of New Jersey, and that I served copies via email immediately thereafter (or as soon as practicable) on the following parties of interest, together with the accompanying cover letter to the Clerk, Attachment 1 (Debtor 8-K September 20, 2023) and Amended and Restated Proposed Order:

**By USPS Priority Mail Express to:**
• Clerk of the Court
United States Bankruptcy Court, District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**By Email (on May 20, 2025, or as soon as practicable thereafter):**


• **Plan Administrator:**
Michael Goldberg
michael.goldberg@akerman.com
(cc to counsel below)

• **Counsel for the Plan Administrator:**
Bradford J. Sandler – bsandler@pszjlaw.com
Robert J. Feinstein – rfeinstein@pszjlaw.com

• **Debtors' Lead Counsel:**
Kirkland & Ellis LLP
Joshua A. Sussberg – joshua.sussberg@kirkland.com
Emily Geier – emily.geier@kirkland.com

• **Debtors' Local Counsel:**
Michael D. Sirota, Esq.
COLE SCHOTZ P.C.
msirota@coleschotz.com

• **Office of the United States Trustee for Region 3:**
ustpregion03.ne.ecf@usdoj.gov
Fran B. Steele, Esq. – Fran.B.Steele@usdoj.gov
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102

7

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2025
/s/ **Jeffrey Mead Kurzon**
Jeffrey Mead Kurzon
Pro Se, Pro Bono (Not Admitted; Not Pro Hac Vice), Pro Patria, Pro Publico
P.O. Box 454
Peterborough, NH 03458
Jeff@Kurzon.com | 212-203-8918

