Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23–13359–VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bed Bath & Beyond Inc.
  650 Liberty Avenue
  Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
  11–2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/17/25 at 10:00 AM

to consider and act upon the following:

*4126* – Motion re: NOTICE OF MOTION TO COMPEL DISCLOSURE OF SHAREHOLDER LEDGER AND RECONCILE SHARE DISCREPANCY TO MAXIMIZE ESTATE VALUE Filed by Jeffrey M Kurzon.. (Attachments: # 1 Certification in support of Motion # 2 Exhibit A # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (mcp)

*4127* – Supplemental Filing in support of Motion to Compel Disclosure (related document:4126 Motion re: NOTICE OF MOTION TO COMPEL DISCLOSURE OF SHAREHOLDER LEDGER AND RECONCILE SHARE DISCREPANCY TO MAXIMIZE ESTATE VALUE Filed by Jeffrey M Kurzon.. (Attachments: # 1 Certification in support of Motion # 2 Exhibit A # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order # 5 Certificate of Service) (mcp) filed by Stockholder Jeffrey M Kurzon) filed by Jeffrey M Kurzon. (Attachments: # 1 Proposed Order Amended and Restated Proposed Order # 2 Certificate of Service) (mcp) Modified on 5/22/2025 (mcp).

Dated: 5/22/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court