UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Borges & Associates, LLC

Sue L. Chin, Esq.

575 Underhill Blvd., Ste. 118

Syosset, NY 11791

Telephone: (516) 677-8200, ext. 224

Facsimile: (516) 677-0806

Email: schin@borgeslawllc.com

In Re:

Bed Bath & Beyond Inc.

Case No.: 23-13359-VFP

Chapter: 11

Judge: Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __ABF Freight System, Inc.__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Borges & Associates, LLC

Sue L. Chin, Esq.

575 Underhill Blvd., Ste. 118

Syosset, NY 11791

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 5/23/25

/s/ Sue L. Chin
Signature

*new.8/1/15*