**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on DN 4114 Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Seventeenth Omnibus Objection (Substantive) To Claims (Reclassified Gift Card/Merchandise Credit Claims No. 14) [Docket No. 4114]

On May 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on DN 4115 Affected Claimants Service List attached hereto as **Exhibit B**.

- Order Sustaining Plan Administrator's Fifteenth Omnibus Objection (Substantive) To Claims (Reclassify Bondholder Claims to Class 6 General Unsecured Claims) [Docket No. 4115]

On May 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on DN 4117 Affected Claimants Service List attached hereto as **Exhibit C**.

- Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Substantive) To Claims (Reclassified Gift Card/Merchandise Credit Claims No. 13) [Docket No. 4117]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: May 30, 2025

                                                          */s/ Amy Castillo*
                                                          Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 30, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A

DN 4114 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 12857718 | Abbassi, Sonja | Address on File |
| 16880498 | Apteker, Joan | Address on File |
| 18990228 | Azoulay, Marouchka | Address on File |
| 16825815 | Bernard, Breanne Lee | Address on File |
| 20803338 | Bussel, Ari | Address on File |
| 13079266 | Carrillo, Esmeralda | Address on File |
| 13079268 | Carrillo, Esmeralda | Address on File |
| 20639749 | Chen, Zhanwen | Address on File |
| 18160727 | Cooper, Mary Kay | Address on File |
| 26396860 | DeStefano, Lauren | Address on File |
| 27631632 | Deutsch-Link, Sasha | Address on File |
| 13057212 | Drake, Darian L | Address on File |
| 12817708 | Drew, Karleigh | Address on File |
| 13049182 | Erdel, Alyssa Hinman | Address on File |
| 12827949 | Fanch, Rachel | Address on File |

Exhibit A

DN 4114 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 12867119 | Fialkovskaya, Marina | Address on File |
| 12818397 | Galit, Melissa | Address on File |
| 15707202 | Gargasz, Renee | Address on File |
| 12915049 | Gomez, Jennifer | Address on File |
| 12819811 | Goummih, Majida | Address on File |
| 15425325 | Grigoryan, Lusine | Address on File |
| 18190837 | Guidera, Kay Sparks | Address on File |
| 18190839 | Guidera, Kay Sparks | Address on File |
| 13082408 | Halterman, Angela J | Address on File |
| 13058558 | Hamilton, Elizabeth | Address on File |
| 12867884 | Han, Summer | Address on File |
| 26869527 | Hartenbach, Madison | Address on File |
| 27624655 | Hoover, Teri | Address on File |
| 13057086 | Horton, Kyle | Address on File |
| 12959392 | Hussey, Gail | Address on File |

## Exhibit A

DN 4114 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 26279184 | Islam, Fatima | Address on File |
| 20803403 | Kapengut, Elie | Address on File |
| 18188389 | Kloss, Laurie | Address on File |
| 12826377 | Korn, Harris | Address on File |
| 20646010 | Krukowski, Elwira Maria | Address on File |
| 26789607 | Lapotsky, Cynthia A. | Address on File |
| 15418751 | Lee, Abbi M | Address on File |
| 16410737 | Liang, Judy | Address on File |
| 26790333 | Magalhaes, Flavia | Address on File |
| 12952757 | Martinez, Angelica | Address on File |
| 26279656 | Mendez, Yahaira | Address on File |
| 12827636 | Miller, Charla | Address on File |
| 26279186 | Mulligan, Aileesh | Address on File |
| 20640829 | Perazzolo, Natasha | Address on File |
| 13008512 | Punch, Christopher J | Address on File |

Exhibit A

DN 4114 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 12857857 | Rad, Elika | Address on File |
| 12827316 | Ramotowski, Sumie | Address on File |
| 22051995 | Rizvi, Syed | Address on File |
| 12868027 | Rosenblum, Jennifer | Address on File |
| 15556473 | Sandoval, Eneri | Address on File |
| 26798115 | Scott-Johnson, Melinda | Address on File |
| 20803401 | Sharon Bridges c/o Bridgestrucking | Address on File |
| 13057141 | Sherman, Holly Lynn | Address on File |
| 18990163 | Simon, Danielle | Address on File |
| 14557066 | Sipani, Sanjana | Address on File |
| 12819774 | Sleiman, Susana | Address on File |
| 12869488 | Smith, Yolanda | Address on File |
| 19175597 | Soliman, Tiana M | Address on File |
| 13093888 | Somoye, Delisa | Address on File |
| 12996077 | Spadea, Nicole | Address on File |

## Exhibit A
DN 4114 Affected Claimants Service List
Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 12823777 | Starck, Anthony | Address on File |
| 17747262 | Suffir, Sarah | Address on File |
| 13071383 | Syrovoi, Yuliya | Address on File |
| 12870211 | Taylor, Unique | Address on File |
| 12932362 | Tervo, Diana | Address on File |
| 27626645 | Trifonov, Aline Giampietro | Address on File |
| 18989354 | Urquidi, Karen A | Address on File |
| 26358881 | Vaedean, Ioana Florina | Address on File |
| 15422683 | Valerie, Poerio | Address on File |
| 13113381 | Velys, Jennifer | Address on File |
| 12990394 | Vong, Xuan M | Address on File |
| 12822893 | Wakefield, Hannah | Address on File |
| 27486000 | Walker, Iunisi | Address on File |
| 12828162 | Ward, Janet | Address on File |
| 26952464 | Wenrich, Anna | Address on File |

## Exhibit A

DN 4114 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 18208055 | Whitley, Theresa | Address on File |
| 13057256 | Williams, Gladys | Address on File |
| 26385053 | Zimmermann, Cecelia | Address on File |

**<u>Exhibit B</u>**

Exhibit B
DN 4115 Affected Claimants Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12868660 | Alan Powitz Trust | Address on File | | | | | |
| 13089446 | Anderson, Lorrie R | Address on File | | | | | |
| 12655163 | Avrashow, Wayne | Address on File | | | | | |
| 15540643 | Book, Alice Marie | Address on File | | | | | |
| 15478081 | BOOK, ALICE MARIE | Address on File | | | | | |
| 12760241 | Calm Spirit Investing Inc Solo 401(k) | 2772 Roosevelt | St #4307 | | Carlsbad | CA | 92008 |
| 12760896 | Calm Spirit Investing Inc Solo 401(k) | Donald E. Goddard, Trustee | 2772 Roosevelt | St #4307 | Carlsbad | CA | 92008 |
| 12760895 | Calm Spirit Investing Inc Solo 401(k) | Charles Schwab FBO "Calm Spirit Inv Inc 401k" | PO Box 982600 | | El Paso | TX | 79998 |
| 12948897 | Chehade, Monif k | Address on File | | | | | |
| 12989560 | Chilumula, Aditi | Address on File | | | | | |
| 12997439 | Chilumula, Anika | Address on File | | | | | |
| 18988921 | Daffer, Kevin L | Address on File | | | | | |
| 12899055 | Dobson, Brad | Address on File | | | | | |
| 13119144 | DuBrul, Jack B | Address on File | | | | | |
| 15423797 | GIBSON, RONALD GENE | Address on File | | | | | |

Exhibit B

DN 4115 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 20803317 | Johnsson, Denise Karin | Address on File | | | | | |
| 13057476 | Keeler, Jennifer Ann | Address on File | | | | | |
| 13118667 | LeBlanc, John M. | Address on File | | | | | |
| 12868294 | Merola, Sylvia | Address on File | | | | | |
| 12882823 | Merola, Sylvia | Address on File | | | | | |
| 12992682 | Mettu, Archana | Address on File | | | | | |
| 12952165 | Moncino, Daniel Joseph | Address on File | | | | | |
| 18184680 | Moncino, Daniel Joseph | Address on File | | | | | |
| 12989989 | Mount, Linda L | Address on File | | | | | |
| 13064357 | R Gregory Sandra L. Heslop | Address on File | | | | | |
| 12888346 | Robert H Frey jr. & Charlotte Frey TTEES the Frey Family Trust | Address on File | | | | | |
| 15543863 | Shelton, Robert | Address on File | | | | | |
| 13063265 | Shelton, Shirley | Address on File | | | | | |
| 12996791 | Sims, Ronald Frank | Address on File | | | | | |
| 19013462 | Steik Jr, Gerald Raymond | Address on File | | | | | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Exhibit B

DN 4115 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12893309 | Steinmetz, Keith | Address on File | | | | | |
| 27486093 | Storozum, Pamela | Address on File | | | | | |
| 13062820 | Stratton, Yvonne E | Address on File | | | | | |
| 13064019 | Stratton, Yvonne E | Address on File | | | | | |
| 18185335 | Sun, Qiuxia | Address on File | | | | | |
| 15529024 | Thomas, Norval Wade | Address on File | | | | | |
| 15429934 | Thomas, Tonna L. | Address on File | | | | | |
| 13093027 | William R. Russell Contributory IRA, Charles Schwab | 3130 Alpine Road | Suite 288, PMB 702 | | Portola Valley | CA | 94028 |
| 13057383 | ZIMMERMANN-GEISMAR, KATHY ANN | Address on File | | | | | |

**Exhibit C**

## Exhibit C
DN 4117 Affected Claimants Service List
Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 18289894 | Adegboye, Adenike | Address on File |
| 13058044 | Annayeva, Maral | Address on File |
| 13058046 | Annayeva, Maral | Address on File |
| 18989159 | Antwi, Doritha | Address on File |
| 18289882 | Ashraf, Saira | Address on File |
| 12819734 | Ataollahzadeh, Niyosha | Address on File |
| 12824170 | Atkins, Connie | Address on File |
| 12873836 | Babakitis, Debi | Address on File |
| 20803426 | Badillo, Cindy | Address on File |
| 20803428 | Badillo, Cindy | Address on File |
| 13048565 | Bailon, Juan Daniel | Address on File |
| 22120671 | Baldree, Megan | Address on File |
| 21941261 | Baldridge, Tamiko | Address on File |
| 12819628 | Barrios, Karolina | Address on File |
| 18239670 | Bartzou, Antonia | Address on File |
| 12965949 | Baum, Anneen | Address on File |
| 26955211 | Beaver, Ashley | Address on File |
| 18185053 | Beck, Tancy | Address on File |
| 17120521 | Begum, Aliya | Address on File |
| 12915893 | Bethurum, Lynn | Address on File |
| 27246465 | BLACKMON, LYDIA | Address on File |
| 18170317 | Bohn, Diane | Address on File |
| 13086251 | Braden, Dianna | Address on File |
| 15556861 | Breedlove, Tabbitha | Address on File |
| 20690593 | Brewer, Katt | Address on File |
| 17116459 | BROWN, CHRISTYE YVONNE | Address on File |
| 13113344 | Campos, Edith E | Address on File |
| 15544720 | Chahal, Prabhjot Kaur | Address on File |
| 12997150 | Cloud V Cloud, JC Deborah Barr | Address on File |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

## Exhibit C

DN 4117 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 18163043 | Compton, Trinity | Address on File |
| 22136916 | Damo, Liliana | Address on File |
| 12827155 | Davydova, Anastasia | Address on File |
| 12833474 | Dewanjee, Satarupa | Address on File |
| 12818980 | Dhekar, Kirty | Address on File |
| 13057238 | Dhingra, Jaishree | Address on File |
| 27468336 | Donatelli, Frances | Address on File |
| 15986394 | Du Vernay, Magda | Address on File |
| 13009335 | Eastman, Krystal Ann | Address on File |
| 19034865 | Ebrahim, Nour | Address on File |
| 15419278 | Edelschein, Barbara Ann | Address on File |
| 12957202 | Faust, Jodie | Address on File |
| 12985723 | Faust, Jodie | Address on File |
| 13004472 | Finch, Nichole Raffa | Address on File |
| 12883632 | Freels, Natalie | Address on File |
| 12955241 | Freitas, Jadir | Address on File |
| 13078279 | Glibert, Christian | Address on File |
| 12909150 | Goff, Karinna | Address on File |
| 13091069 | GOMEZ, MARIA | Address on File |
| 13092752 | Gordon, Pamela C | Address on File |
| 26354844 | Grove, Aaron | Address on File |
| 12822849 | Haas, Melissa | Address on File |
| 13058511 | Hand, David John | Address on File |
| 12995945 | Hardin, Frazier W | Address on File |
| 12899686 | Hartsky, Thomas C | Address on File |
| 13025438 | Hellbach, Aida | Address on File |
| 26365645 | Hellinga, Christiana | Address on File |
| 26348884 | Hochman, Melissa | Address on File |
| 26348885 | Hochman, Melissa | Address on File |

## Exhibit C

DN 4117 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 26378998 | Hudson, Perla M | Address on File |
| 15978374 | Hueck, Rommel Von | Address on File |
| 20646012 | Huttash, Jordan | Address on File |
| 27459997 | Imam, Sheema | Address on File |
| 12817715 | Irani, Jessica | Address on File |
| 12986984 | Jackson, Ariana | Address on File |
| 13123412 | Jauregui, Mayra | Address on File |
| 26796328 | Kansler , Susan | Address on File |
| 19034570 | Kassam, Mahdi | Address on File |
| 13121757 | Lapointe, Christiane | Address on File |
| 13044500 | Lieteau, Hallene M | Address on File |
| 12981507 | Lo, Joseph Chih-Cheng | Address on File |
| 17115931 | Mangum, Tiffany Marie | Address on File |
| 18239656 | Markopoulos Reyes, Catherine | Address on File |
| 13057449 | Maxime, Kerlyne | Address on File |
| 12818466 | Mommer, Brett | Address on File |
| 18160974 | Muñiz, Samantha | Address on File |
| 18160975 | Muñiz, Samantha | Address on File |
| 27624768 | Neff, Austin | Address on File |
| 15480453 | Nestler, Genelyn | Address on File |
| 15418011 | Nguyen, Marguerite | Address on File |
| 27246392 | Norris, Shammarrah | Address on File |
| 13123679 | Obeakemeh, Paula | Address on File |
| 13117815 | O'Connor, Christopher | Address on File |
| 14557263 | Oh, Christina | Address on File |
| 13063063 | Ojeda, Carlos | Address on File |
| 13001380 | Ouaddah, Selsebila | Address on File |
| 13078202 | Patel, Nayana D | Address on File |
| 12862132 | Pierce, Vanessa | Address on File |

# Exhibit C

DN 4117 Affected Claimants Service List

Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 18163545 | Pons, Alejandro | Address on File |
| 12820137 | Pothuganti, Sandeep Kumar | Address on File |
| 13122347 | Quinn, Donna | Address on File |
| 22419779 | Rembert, Bridget | Address on File |
| 20803424 | Rhodes, Rachelle  A | Address on File |
| 12952621 | Roby, Josalyn S | Address on File |
| 27632662 | Roe, Michael David Maile | Address on File |
| 13077803 | Rurangirwa, Josephine | Address on File |
| 20767082 | Rushing, Janet | Address on File |
| 13114384 | Sakharuk, Andrew | Address on File |
| 12881218 | Salazar, Rebecca | Address on File |
| 15978607 | Sandhu, Navpreet Kaur | Address on File |
| 26810081 | Santanella, Amy | Address on File |
| 26869142 | Senet, Catherine | Address on File |
| 15425958 | Shah, Bhavin Bhavin | Address on File |