USPS Priority Mail Express envelope.

FROM:
Jeffrey Mead Kurzon
P.O. Box 454
Peterborough, NH 03458
Phone: (212) 203-8918

TO:
Clerk of the Court
United States Bankruptcy Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut St, Newark, NJ 07102

Postage: $31.40
Total Postage & Fees: $31.40
PO ZIP Code: 03458
Scheduled Delivery Date: 6/4/25
Date Accepted: 6/3/25
Time Accepted: 3:40 PM
Weight: 14 oz
Tracking: EI 944 405 595 US