**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:     rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           plabov@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 10, 2025, AT 10:00 A.M. (ET)

> **Please note that this hearing is cancelled as matter is adjourned.**

I.   **MATTER ADJOURNED**

    1.   Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3855].

    Original Response Deadline:  Extended to April 1, 2025.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Responses Received:

(a)  Objection of Safety National Casualty Corporation as to Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3919].

Related Documents:

(a)  Stipulation by and Among the Plan Administrator, on Behalf of the Wind-Down Debtors, Safety National Casualty Corporation, and Laura Alevy and David Alevy Concerning Tolling [Docket No. 3922].

(b)  Determination of Adjournment Request [Docket No. 3976].

(c)  Determination of Adjournment Request [Docket No. 4102].

(d)  Determination of Adjournment Request [Docket No. 4133].

(e)  Determination of Adjournment Request [Docket No. 4144].

Status:  This matter is adjourned for hearing on June 24, 2025, at 10:00 a.m. Eastern Time.

Dated: June 9, 2025

/s/ Edward A. Corma
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        plabov@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*