| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Beth E. Levine (admitted *pro hac vice*)<br>Edward A. Corma<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, New York 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>blevine@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.  I, Lisa Petras:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

    ☐ am the _____ in this matter am representing myself.

2.  On June 10, 2025, I caused a true and correct copy of the *Plan Administrator's Opposition to Motion to Compel Disclosure of Shareholder Ledger and Reconcile Share Discrepancy to Maximize Estate Value* [Docket No. 4146] to be served via email and regular first class U.S. mail on the following:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

      Jeffrey Mead Kurzon
      P.O. Box 454
      Peterborough, NH  03458
      jeff@kurzon.com

3.      I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  June 10, 2025                                  */s/ Lisa Petras*
                                                                  Lisa Petras