**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 12, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Sixteenth Omnibus Objection Service List attached hereto as **Exhibit A**:

- Plan Administrator's Sixteenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 13) [Docket No. 3956] (the "***Sixteenth Omnibus Objection***")

- Notice of Objection to Your Claim, customized to include the name of the claimants [Docket No. 3957] (the "***Notice of Objection***")

On May 12, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Goummih, Majida, (ADRID: 128198110), at an address which has been redacted in the interest of privacy:

- Plan Administrator's Seventeenth Omnibus Objection (Substantive) to Claims (Reclassified Gift Card/Merchandise Credit Claims No. 14) [Docket No. 3964]

- Notice of Objection to Your Claim [Docket No. 3965], customized to include the name of the claimant.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

      On May 20, 2025, at my direction and under my supervision, employees of Kroll caused the Sixteenth Omnibus Objection and Notice of Objection, customized to include the name of the claimant to be served via First Class Mail on the on Sakharuk, Andrew, (ADRID: 13114384), at an address that has been redacted in the interest of privacy.

Dated: June 5, 2025

                                                                                                                   */s/ Paul Pullo*
                                                                                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 5, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 88314, 88317 & 88528

**<u>Exhibit A</u>**

# Exhibit A

Supplemental Sixteenth Omnibus Objection Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 13058044 | Annayeva, Maral | Address on File |
| 20803426 | Badillo, Cindy | Address on File |
| 18185053 | Beck, Tancy | Address on File |