# Exhibit A

## Proposed Order

4904-5841-4415.1 08728.003

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         plabov@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ORDER SUSTAINING PLAN ADMINISTRATOR'S
## TWENTIETH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS
## (503(b)(9) Claims No. 2)

The relief set forth on the following pages, numbered two (2) through four (4), is

**ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTIETH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS |

---

Upon the objection (the "<u>Objection</u>")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "<u>Disputed Claims</u>"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is hereby either (a) disallowed entirely or (b) reclassified as a Class 6 General Unsecured Claim.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4904-5841-4415.1 08728.003

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTIETH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS |

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4904-5841-4415.1 08728.003

(Page | 4)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTIETH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS

---

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

4904-5841-4415.1 08728.003

# **Exhibit 1**

## **List of Disputed Claims**

4904-5841-4415.1 08728.003

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Twentieth Omnibus Objection (503(b)(9) Claims No. 2)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 1 | Edge of Belgravia Limited | 8/28/2023 | 16647 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after 7/7/23, the bar date appliable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant failed to provide documentation that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $25,159.80 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $25,159.80 | Total | $0.00 DISALLOWED | |
| 2 | Edray 20/20, LLC | 7/7/2023 | 12620 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $69,836.29 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $68,641.57 | GUC | $138,477.86 | |
| | | | | | Total | $138,477.86 | Total | $138,477.86 | |
| 3 | Emedco | 6/30/2023 | 12280 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $2,647.27 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $2,647.27 | |
| | | | | | Total | $2,647.27 | Total | $2,647.27 | |
| 4 | EVERGRACE HOME INC | 5/31/2023 | 3145 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate primarily to goods that were received, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that any of the subject goods were actually received by the Debtors on or after April 3, 2023. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $116,408.16 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $116,408.16 | |
| | | | | | Total | $116,408.16 | Total | $116,408.16 | |
| 5 | Galaxy Relaxation LLC | 5/12/2023 | 1054 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that any of the subject goods were actually received by the Debtors on or after April 3, 2023. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $63,453.10 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $63,453.10 | |
| | | | | | Total | $63,453.10 | Total | $63,453.10 | |

Case 23-13359-VFP    Doc 4158-1    Filed 06/24/25    Entered 06/24/25 21:20:34    Desc
Exhibit A    Page 8 of 11

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Twenty-Eighth Omnibus Objection (503(b)(9) Claims No. 2)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 6 | Gatekeeper Systems, Inc. | 4/25/2023 | 4 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $14,172.61 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $14,172.61 | |
| | | | | | Total | $14,172.61 | Total | $14,172.61 | |
| 7 | GEO Marketing LLC | 7/6/2023 | 12443 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $18,503.68 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $18,503.68 | |
| 8 | Half Projects LLC | 7/1/2023 | 7913 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $550.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $550.00 | |
| | | | | | Total | $550.00 | Total | $550.00 | |
| 9 | Hush Brands Inc | 5/10/2023 | 589 | BBB Canada LP Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $5,766.89 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $5,766.89 | |
| | | | | | Total | $5,766.89 | Total | $5,766.89 | |
| 10 | HUSH BRANDS INC. | 5/10/2023 | 655 | BBB Canada LP Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $825.54 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $825.54 | |
| | | | | | Total | $825.54 | Total | $825.54 | |
| 11 | Jaipur Living, Inc | 5/8/2023 | 300 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $27,706.36 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $27,706.36 | |
| | | | | | Total | $27,706.36 | Total | $27,706.36 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Twentieth Omnibus Objection (503(b)(9) Claims No. 2)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 12 | KEECO, LLC | 7/7/2023 | 12077 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant failed to provide documentation that any of the subject goods were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $15,690.82 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,935,003.16 | GUC | $1,950,693.98 | |
| | | | | | Total | $1,950,693.98 | Total | $1,950,693.98 | |
| 13 | KING COOLING & HEATING | 4/26/2023 | 33 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $43,579.11 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $43,579.11 | |
| | | | | | Total | $43,579.11 | Total | $43,579.11 | |
| 14 | Klasfeld, Sheana | 5/10/2023 | 610 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) Claimant was not an employee of the Debtors, and claim is not for a sales commission earned by an independent contractor. Accordingly, claim is not entitled to priority under section 507(a)(4). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $4,600.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $4,600.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $4,600.00 | |
| | | | | | Total | $4,600.00 | Total | $4,600.00 | |
| 15 | Laurence Barton LLC | 6/23/2023 | 7275 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) Claimant was not an employee of the Debtors; claim is not for a sales commission earned by an independent contractor, and claim did not arise within 180 days of the Petition Date. Accordingly, claim is not entitled to priority under section 507(a)(4). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $4,000.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $4,000.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $4,000.00 | |
| | | | | | Total | $4,000.00 | Total | $4,000.00 | |
| 16 | Little Giant Ladder Systems, LLC | 5/23/2023 | 2289 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. (2) Claimant failed to provide documentation that any of the subject goods were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $8,423.52 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $8,423.52 | |
| | | | | | Total | $8,423.52 | Total | $8,423.52 | |

Case 23-13359-VFP    Doc 4158-1    Filed 06/24/25    Entered 06/24/25 21:20:34    Desc
Exhibit A - Page 10 of 11

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Twentieth Omnibus Objection (503(b)(9) Claims No. 2)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 17 | Marathon Watch Company Ltd | 5/12/2023 | 1107 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $5,359.50 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $5,359.50 | |
| | | | | | Total | $5,359.50 | Total | $5,359.50 | |
| 18 | Mentholatum Co. Inc | 9/20/2023 | 16922 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after 7/7/23, the bar date appliable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $14,232.60 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $14,232.60 | Total | $0.00 DISALLOWED | |
| 19 | Milberg Factors, Inc | 7/6/2023 | 13890 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $51,580.16 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $8,715.88 | GUC | $60,296.04 | |
| | | | | | Total | $60,296.04 | Total | $60,296.04 | |
| 20 | Miracle International Inc. | 7/11/2023 | 12317 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after 7/7/23, the bar date appliable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $1,072.80 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $7,473.09 | GUC | $0.00 | |
| | | | | | Total | $8,545.89 | Total | $0.00 DISALLOWED | |

Case 23-13359-VFP    Doc 4158-1    Filed 06/24/25    Entered 06/24/25 21:20:34    Desc
Exhibit A - Page 11 of 11

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Twentieth Omnibus Objection (503(b)(9) Claims No. 2)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 21 | Mitchell, Alton Antonio | 5/21/2023 | 2031 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023).  Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) Claimant was not an employee of the Debtors, and claim is not for a sales commission earned by an independent contractor. Accordingly, claim is not entitled to priority under section 507(a)(4). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $15,000.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $24,000.00 | Priority | $0.00 | |
| | | | | | GUC | $36,000.00 | GUC | $75,000.00 | |
| | | | | | Total | $75,000.00 | Total | $75,000.00 | |
| 22 | Nearly Natural LLC | 6/12/2023 | 4626 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were received, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $167,946.91 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $167,946.91 | |
| | | | | | Total | $167,946.91 | Total | $167,946.91 | |
| 23 | Nespresso USA | 9/27/2023 | 17309 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after the 7/7/23 bar date applicable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $24,659.86 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $102,604.89 | GUC | $0.00 | |
| | | | | | Total | $127,264.75 | Total | $0.00 DISALLOWED | |
| 24 | New Relic, Inc. | 6/5/2023 | 5752 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023).  Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) This claim is also not entitled to administrative priority under Section 503(b) because claimant has failed to establish that this claim (based on a pre-petition services contract)   relates to an "actual, necessary, cost[] and expense[] of preserving the estate". |
| | | | | | Admin | $510,493.25 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $510,493.25 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $361,340.74 | GUC | $871,833.99 | |
| | | | | | Total | $871,833.99 | Total | $871,833.99 | |
| 25 | Northern Indiana Public Service Company | 5/11/2023 | 716 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $9,385.59 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $9,385.59 | |
| | | | | | Total | $9,385.59 | Total | $9,385.59 | |