> **THIS OMNIBUS OBJECTION SEEKS TO RECLASSIFY AND DISALLOW CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EXHIBIT 1 ATTACHED TO THE PROPOSED ORDER.**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Robert J. Feinstein, Esq. (admitted *pro hac vice*) <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Edward A. Corma, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 1700 Broadway, 36th Floor <br> New York, NY 10019 <br> Telephone: (212) 561-7700 <br> Facsimile:  (212) 561-7777 <br> Email:  rfeinstein@pszjlaw.com <br>          bsandler@pszjlaw.com <br>          plabov@pszjlaw.com <br>          ecorma@pszjlaw.com <br><br> *Counsel to the Plan Administrator* | |
| In re: <br><br> BED BATH & BEYOND INC., *et al.*,[1] <br><br>                  Debtors. | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) <br><br> **Hearing Date:**      **July 29, 2025** <br> **Hearing Time:**      **10:00 a.m. (ET)** <br> **Response Deadline:**  **July 22, 2025** <br><br> **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

## NOTICE OF OBJECTION TO YOUR CLAIM

**TO: EACH CLAIMANT LISTED ON EXHIBIT A TO THE OBJECTION**[2]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4927-2761-3008.1 08728.003

Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[3] and affiliated debtors (the "Debtors") has filed the enclosed *Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2)* (the "Objection"). Pursuant to the Objection, the Plan Administrator asks the Court to enter an order that each Disputed Claim is either (a) disallowed entirely or (b) reclassified as a Class 6 General Unsecured Claim. You should look for your name on **Exhibit 1** attached to the Proposed Order (Exhibit A to the Objection) enclosed herewith and review the Objection carefully.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before **July 22, 2025.**

> Clerk of Court
> United States Bankruptcy Court
>   for the District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

At the same time, you must also serve a copy of the response upon the Plan Administrator's attorneys:

> Robert J. Feinstein, Esq.
> Bradford J. Sandler, Esq.
> Paul J. Labov, Esq.
> Edward A. Corma, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 1700 Broadway, 36th Floor
> New York, NY 10019

---

[2] In accordance with Local Bankruptcy Rule 3007-2, the Claims Agent served a separate copy of this Notice that was specifically tailored to each individual identified on Exhibit A to the Objection.

[3] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

4927-2761-3008.1 08728.003

If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Vincent F. Papalia on **July 29, 2025, at 10:00 a.m. Eastern Time** at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street Newark, New Jersey 07102.

**PLEASE TAKE NOTICE** that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. one (1) business day prior to the scheduled hearing.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 24, 2025

*/s/ Bradford J. Sandler*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com
            plabov@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to the Plan Administrator*