| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 1, 2025, AT 10:00 A.M. (ET)**

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing. Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_ Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

I.  **MATTER ADJOURNED**

  1.  Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

      Original Response Deadline:  October 17, 2023.

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4918-2176-3409.1 08728.003

Responses Received:

    (a)    Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

    (b)    HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

Related Documents:

    (a)    Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

    (b)    Notice of Hearing [Docket No. 2425].

    (c)    Determination of Adjournment Request [Docket No. 2531].

    (d)    Determination of Adjournment Request [Docket No. 2537].

    (e)    Determination of Adjournment Request [Docket No. 2772].

    (f)    Determination of Adjournment Request [Docket No. 2897].

    (g)    Determination of Adjournment Request [Docket No. 2926].

    (h)    Determination of Adjournment Request [Docket No. 2953].

    (i)    Determination of Adjournment Request [Docket No. 2982].

    (j)    Determination of Adjournment Request [Docket No. 3073].

    (k)    Determination of Adjournment Request [Docket No. 3297].

    (l)    Determination of Adjournment Request [Docket No. 3340].

    (m)    Determination of Adjournment Request [Docket No. 3469].

    (n)    Determination of Adjournment Request [Docket No. 3523].

    (o)    Determination of Adjournment Request [Docket No. 3673].

    (p)    Determination of Adjournment Request [Docket No. 3724].

    (q)    Determination of Adjournment Request [Docket No. 3762].

    (r)    Determination of Adjournment Request [Docket No. 3853].

    (s)    Determination of Adjournment Request [Docket No. 3926].

  (t)  Determination of Adjournment Request [Docket No. 3973].

  (u)  Determination of Adjournment Request [Docket No. 4101].

  (v)  Determination of Adjournment Request [Docket No. 4134].

  (w)  Determination of Adjournment Request [Docket No. 4162].

Status:  This matter is adjourned for hearing on July 29, 2025, at 10:00 a.m. Eastern Time.

## II. MATTER GOING FORWARD

2. Plan Administrator's Eighteenth Omnibus Objection (Substantive) to Claims (Equity Claims) [Docket No. 4136].

Response Deadline: June 24, 2025.

Responses Received:

  (a)  Informal response received from Andrei Volikov related to Claim No. 16500.

  (b)  Letter to Court from Razaq Asmailzada related to Claim Nos. 18352 and 18817 [Docket No. 4160].

Related Documents:

  (a)  Notice of Objection to Your Claim [Docket No. 4137].

  (b)  Affidavit of Service [Docket No. 4151].

Status:  This matter is going forward.

| | |
|---|---|
| Dated: June 27, 2025 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin E. Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | egray@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |