| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### APPLICATION FOR PRO HAC VICE ADMISSION OF
### RICHARD J. REDING, ESQUIRE

To: The Honorable Vincent F. Papalia

    Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission *pro hac vice* of Richard J. Reding, Esquire of the law firm ASK LLP, to represent Michael Goldberg, as Plan Administrator

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

1

for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)  (the "Plaintiff" or "Trustee") in the above-captioned chapter 11 case and any related adversary proceedings.

Dated: July 2, 2025

**ASK LLP**

By: /s/ *Brigette McGrath*
Brigette McGrath Esq., NJ SBN 01000-2011
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3865
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq.
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Attorneys for Plaintiff*

2