| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR**<br>**9004-1(b)** Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Beth E. Levine (admitted *pro hac vice*)<br>Edward A. Corma<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, New York 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>blevine@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | Order Filed on July 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### ORDER DENYING JEFFREY MEAD KURZON'S MOTION TO COMPEL DISCLOSURE OF SHAREHOLDER LEDGER AND RECONCILE SHARE DISCREPANCY TO MAXIMIZE ESTATE VALUE

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 9, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

| | |
|---|---|
| Debtors: | Bed Bath & Beyond, Inc., et al. |
| Case No.: | 23-13359 (VFP) |
| Caption: | Order Denying Jeffrey Mead Kurzon's Motion to Compel Disclosure of Shareholder Ledger and Reconcile Share Discrepancy to Maximize Estate Value |

Upon the *Motion to Compel Disclosure of Shareholder Ledger and Reconcile Share Discrepancy to Maximize Estate Value* [Docket No. 4126] (the "Motion")[2] of Jeffrey Mead Kurzon; and the *Supplemental Evidence and Clarification in Support of Motion to Compel Disclosure and Reconciliation of Shareholder Ledger* [Docket No. 4127]; and the *Second Supplemental Filing in Support of Motion to Compel* [Docket No. 4143]; and the *Plan Administrator's Opposition to Motion to Compel Disclosure of Shareholder Ledger and Reconcile Share Discrepancy to Maximize Estate Value* [Docket No. 4146]; and the *Reply to Plan Administrator's Opposition* [Docket No. 4150] (the "Opposition"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, as amended on September 18, 2012 (Simandle, C.J.) and on June 5, 2025 (Bumb, C.J.); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the papers submitted in support of and in opposition to the Motion and having heard the statements in support of and in opposition to the relief requested therein at a hearing before this Court held on June 17, 2025 (the "Hearing"); and it appearing that the Plan provides, *inter alia*, that any and all Allowed and other Interests in the Debtors, including the Interests of Mr. Kurzon, were cancelled, released and

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Opposition.

extinguished, all as more particularly set forth in the Plan and Confirmation Order; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **DENIED** for all the reasons set forth by the Court on the record at the Hearing.