**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 25, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Post Effective First Class Mail Master Service List attached hereto as **Exhibit A**:

- Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No 1) [Docket No. 4156] (the "***Nineteenth Omnibus Objection***")

- Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No 1) [Docket No. 4158] (the "***Twentieth Omnibus Objection***")

On June 25, 2025, at my direction and under my supervision, employees of Kroll caused the Nineteenth Omnibus Objection and the following document to be served via first class mail on the Nineteenth Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 4157], customized to include the name of the claimant.

On June 25, 2025, at my direction and under my supervision, employees of Kroll caused the Twentieth Omnibus Objection and the following document to be served via first class mail on the Twentieth Omnibus Objection Service List attached hereto as **Exhibit C**:

- Notice of Objection to Your Claim [Docket No. 4159], customized to include the name of the claimant.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: July 3, 2025

*/s/ Ishrat Khan*
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 3, 2025, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 89503

**<u>Exhibit A</u>**

Exhibit A
Post Effective First Class Mail Master Service List
Served via first class mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| COUNSEL TO MICHAEL GOLDBERG | ASK LLP | ATTN: BRIGETTE MCGRATH ESQ | 2600 EAGAN WOODS DRIVE | SUITE 400 | ST. PAUL | MN | 55121 |
| ZERO TECHNOLOGIES, LLC | BAKER & HOSTETLER LLP | ELYSSA S. KATES | 45 ROCKEFELLER PLAZA | 14TH FLOOR | NEW YORK | NY | 10111-0100 |
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | ATTN: ALEC P. OSTROW, WALTER E. SWEARINGEN, ANNE N. SMITH, ESQ. | 299 PARK AVENUE | 16TH FLOOR | NEW YORK | NY | 10017 |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| COUNSEL TO ABF FREIGHT SYSTEM, INC | BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ. | 575 UNDERHILL BLVD. | STE. 118 | SYOSSET | NY | 11791 |
| COUNSEL TO ACCERTIFY, INC | C/O BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| WORLD DISTRIBUTION SERVICES LLC | MAHA M. KABBASH, ESQ, DIANA KATZ GERSTEL, ESQ | TUCKER ELLIS LLP | 1776 ON THE GREEN | 67 E. PARK PLACE, STE. 900 | MORRISTOWN | NJ | 07960 |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| COUNSEL TO EAST COAST/WEST COAST LOGISTICS, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: SHANE G. RAMSEY, ESQ. | 1222 DEMONBREUN STREET | SUITE 1700 | NASHVILLE | TN | 37203 |
| COUNSEL TO FTB AND CDTFA | OFFICE OF THE ATTORNEY GENERAL | ATTN: PJ LUCCA, DEPUTY ATTORNEY GENERAL | 300 S. SPRING ST., SUITE 1702 | | LOS ANGELES | CA | 90013 |
| COUNSEL TO GEORGIA DEPARTMENT OF REVENUE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | ATTN: MARK MINUTI, JOHN D. DEMMY | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 |
| COUNSEL TO MARK TRITTON | SAUL EWING LLP | ATTN: CHRISTIE R. MCGUINNESS, ESQ. | 1270 6TH AVENUE, #2800 | | NEW YORK | NY | 10020 |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |

Exhibit A
Post Effective First Class Mail Master Service List
Served via first class mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |
| WORLD DISTRIBUTION SERVICES LLC | TUCKER ELLIS LLP | ATTN: BRIAN J. JACKIW | 233 SOUTH WACKER DRIVE | SUITE 6950 | CHICAGO | IL | 60606-6395 |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 |

**<u>Exhibit B</u>**

Exhibit B
Nineteenth Omnibus Objection Service List
Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 15556747 | AMERICAN HOME FASHION INC. | 153 PINEHURST DR | | | OAKVILLE | ON | L6J 4W7 | CANADA |
| 15556745 | AMERICAN HOME FASHION INC. | 171 MADISON AVE | SUITE 1008 | | NEW YORK | NY | 10016 | |
| 12864443 | AVANCHY LLC | 10570 JOHN W ELLIOT DRIVE | SUITE 600 | | FRISCO | TX | 75034 | |
| 12753172 | BAREBONES LIVING | 1215 E WILMINGTON AVE SUITE 140 | | | SALT LAKE CITY | UT | 84106 | |
| 15513880 | BELLABU BEAR LLC | 1012 BRIOSO DRIVE, SUITE 102 | | | COSTA MESA | CA | 92627 | |
| 13045058 | BELLABU BEAR LLC | 1048 SPINNAKER RUN | | | COSTA MESA | CA | 92627 | |
| 12829918 | BLAIR IMAGE ELEMENTS | PO BOX 2566 | | | ALTOONA | PA | 16603 | |
| 15529393 | BLUE BOX OPCO LLC | YAT MAN CHAN | 10025 MESA RIM RD | | SAN DIEGO | CA | 92121 | |
| 13123954 | BRITAX CHILD SAFETY, INC. | BARNES & THORNBURG LLP | ATTN: GREGORY PLOTKO | 390 MADISON AVENUE, 12TH FLOOR | NEW YORK | NY | 10017-2509 | |
| 13123955 | BRITAX CHILD SAFETY, INC. | MARK AKINLADE, DIRECTOR | 4140 PLEASANT ROAD | | FORT MILL | SC | 29708 | |
| 13123709 | BRITAX CHILD SAFETY, INC. | ATTN: GREGORY PLOTKO, BARNES & THORNBURG LLP | 390 MADISON AVENUE, 12TH FLOOR | | NEW YORK | NY | 10017-2509 | |
| 13123710 | BRITAX CHILD SAFETY, INC. | MARK AKINLADE | DIRECTOR, BRITAX CHILD SAFETY, INC. | 4140 PLEASANT ROAD | FORT MILL | SC | 29708 | |
| 16825548 | BRITE STAR MFGCO | 2900 S 20TH STREET | | | PHILADELPHIA | PA | 19145 | |
| 12999092 | BROADLEAF COMMERCE LLC | 5700 TENNYSON PARKWAY | SUITE 300 | | PLANO | TX | 75024 | |
| 20803411 | CERES CHILL CO. | ATTN: LISA MYERS | 10750 N. MADISON AVENUE NE | | BAINBRIDGE ISLAND | WA | 98100 | |
| 20803409 | CERES CHILL CO. | C/O ALAN D. SMITH | PERKINS COIE LLP | 1201 THIRD AVENUE | SEATTLE | WA | 98101 | |
| 20803394 | CERES CHILL CO. | PERKINS COIE LLP | C/O ALAN D. SMITH | 1201 THIRD AVENUE | SEATTLE | WA | 98101 | |
| 13112939 | CERULIUM CORPORATION | 221 BRONLOW DRIVE | | | IRMO | SC | 29063 | |
| 12864522 | CGG HOME FASHIONS | 55 WEBSTER AVENUE | SUITE 202 | | NEW ROCHELLE | NY | 10801 | |
| 12747040 | CHEFS CORNER STORE | 9800 E EASTER AVE STE 125 | | | CENTENNIAL | CO | 80112 | |
| 18170075 | COMFORT IN THE SUN, INC. | 4957 W POSSE DRIVE | | | ELOY | AZ | 85131 | |
| 12982588 | CONAIR LLC | 50 MILLSTONE ROAD | BLDG 100, SUITE 200 | | EAST WINDSOR | NJ | 08520 | |
| 12875803 | CONCORD GLOBAL TRADING | 500 S MAIN STREET | | | MOORESVILLE | NC | 28115 | |
| 13067359 | CONIMAR GROUP LLC | TAMMY E. HULSEY | OFFICE COORDINATOR/ACCOUNTS RECEIVABLE | 1724 NE 22 AVENUE | OCALA | FL | 34481 | |
| 13067358 | CONIMAR GROUP LLC | TAMMY HULSEY | P.O. BOX 1509 | | OCALA | FL | 34478-1509 | |
| 19149816 | CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | C/O COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | CARPENTERSVILLE | IL | 60110 | |
| 12824348 | COOLA LLC | 6023 INNOVATION WAY | SUITE 110 | | CARLSBAD | CA | 92009 | |
| 12899334 | COZY PRODUCTS, INC. | 845 N LARCH AVE | SUITE 2 | | ELMHURST | IL | 60126 | |
| 12902578 | CS NORCAL INC DBA REDHAMMER BUILDING SERVICES | 3741 BUSINESS DRIVE SUITE 200 | | | SACRAMENTO | CA | 95820 | |
| 18990038 | CUSTOM PERSONALIZATION SOLUTIONS | 21 S MITCHELL CT | | | ADDISON | IL | 60101 | |

**Exhibit C**

Exhibit C
Twentieth Omnibus Objection Service List
Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 18236443 | EDGE OF BELGRAVIA LIMITED | 128 ALDERSGATE STREET | DEPT 140 | 128 ALDERSGATE STREET, DEPT 140 | LONDON | | EC1A 4AE | UNITED KINGDOM |
| 13134082 | EDRAY 20/20, LLC | 1300 S MINT STREET | SUITE 200 | 2321 BLAKEFORD LN | CHARLOTTE | NC | 28203 | |
| 13089020 | EMEDCO | 2491 WEHRLE DRIVE | | | WILLIAMSVILLE | NY | 14221 | |
| 12899610 | EVERGRACE HOME INC | 23 CASPIAN | | | LAKE FOREST | CA | 92630 | |
| 12827259 | GALAXY RELAXATION LLC | 183 LAWSON RD | | | SCITUATE | MA | 02066 | |
| 12649855 | GATEKEEPER SYSTEMS, INC. | ATTN: KAZ UYESUGI | 90 ICON | | FOOTHILL RANCH | CA | 92610 | |
| 13113376 | GEO MARKETING LLC | 59 DEERFIELD LANE | | | UPPER SADDLE RIV | NJ | 07458 | |
| 13077519 | HALF PROJECTS LLC | 233 FRANKLIN ST | APT 306 | | BROOKLYN | NY | 11222 | |
| 12753780 | HUSH BRANDS INC. | 98 WALKER DRIVE | | | BRAMPTON | ON | L6T 4H6 | CANADA |
| 12817676 | JAIPUR LIVING, INC | 1800 CHEROKEE PARKWAY | | | ACWORTH | GA | 30102 | |
| 12823713 | JAIPUR LIVING, INC | PO BOX 890626 | | | CHARLOTTE | NC | 28289 | |
| 13124038 | KEECO, LLC | ATTENTION TO: KEVIN F. LAWRENCE, CIO | 26460 CORPORATE AVENUE | SUITE 250 | HAYWARD | CA | 94545 | |
| 13124036 | KEECO, LLC | C/O STEPHEN P. BRUNNER, ATTORNEY AT LAW | 115 SANSOME STREET | SUITE 1250 | SAN FRANCISCO | CA | 94104 | |
| 12650841 | KING COOLING & HEATING | NATIONAL SWAMP COOLER | 3005 CONTRACT AVE. | | LAS VEGAS | NV | 89101 | |
| 12822724 | KLASFELD, SHEANA | ADDRESS ON FILE | | | | | | |
| 15514278 | LAURENCE BARTON LLC | 3408 S ATLANTIC AVE. | | | COCOA BEACH | FL | 32931 | |
| 13064051 | LAURENCE BARTON LLC | 4702 TENNYSON DRIVE | | | ROCKLEDGE | FL | 32955 | |
| 12876475 | LITTLE GIANT LADDER SYSTEMS, LLC | ATTN: MARGO BJARNSON | 1198 NORTH SPRING CREEK PLACE | | SPRINGVILLE | UT | 84663 | |
| 12828786 | MARATHON WATCH COMPANY LTD | 8355 JANE STREET | UNIT 1 | | VAUGHAN | ON | L4K5Y3 | CANADA |
| 18951698 | MENTHOLATUM CO. INC | BOX 347142 | | | PITTSBURGH | PA | 15251 | |
| 18956257 | MENTHOLATUM CO. INC | JEANINE SORTISIO | 707 STERLING DR. | | ORCHARD PARK | NY | 14127 | |
| 15549374 | MILBERG FACTORS, INC | ATTN: BARRY MACHOWSKY | 99 PARK AVENUE, 21F | | NEW YORK | NY | 10016 | |
| 15539813 | MIRACLE INTERNATIONAL INC. | 2650 SCOTLAND DRIVE | | | ALABASTER | AL | 35007 | |
| 12869926 | MITCHELL, ALTON ANTONIO | ADDRESS ON FILE | | | | | | |
| 12995972 | NEARLY NATURAL LLC | 3870 W 108TH STREET, SUITE 20 | | | HIALEAH | FL | 33018 | |
| 18990259 | NESPRESSO USA | ATTN: NANCY REYNOSO | 30500 BAINBRIDGE ROAD | | SOLON | OH | 44139 | |
| 18990261 | NESPRESSO USA | PO BOX 2425 | | | CAROL STREAM | IL | 60132 | |
| 12984476 | NEW RELIC, INC. | 188 SPEAR ST | SUITE 1000 | | SAN FRANCISCO | CA | 94105 | |
| 15426125 | NEW RELIC, INC. | PO BOX 101812 | | | PASADENA | CA | 91189-1812 | |
| 12823771 | NORTHERN INDIANA PUBLIC SERVICE COMPANY | 801 E 86TH AVE. | | | MERRILLVILLE | IN | 46410 | |