BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:   dbrogan@beneschlaw.com

*Attorneys for MSC Mediterranean Shipping Company SA*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Jointly Administered<br><br>**Re: Claim Nos. 12591, 12603, 12608, 12612, 12623, 12912, 13589, and 17448.** |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that MSC Mediterranean Shipping Company SA ("MSC"), by

and through its undersigned counsel, hereby withdraws its proofs of claim, assigned Claim No.

12591, 12603, 12608, 12612, 12623, 12912, 13589, filed on July 6, 2023 and 17448, filed on

September 13, 2023.

*Signature page follows.*

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Date: July 18, 2025
Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

 _/s/ Daniel N. Brogan_
Daniel N. Brogan (NJ I.D. #042592012)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:   dbrogan@beneschlaw.com

*Attorneys for MSC Mediterranean Shipping
Company SA*