# COLLEEN G. THOMAS
# THOMAS LAW OFFICE

30 North Western Avenue (Route 31)
Carpentersville, Illinois 60110
(847) 426-7990
FAX (847) 426-8693
Collections@CGTLaw.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2025 JUL 23 P 1:22

JENNIFER R. CRICHTON

BY: Rob Heein
DEPUTY CLERK

July 22, 2025

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:  Bed Bath & Beyond, Inc., et al
     Continental Web Press, Inc. (Creditor)
     Case No. 23-13359

Dear Sir/Madam:

Enclosed please find an original and copy of Continental Web Press, Inc., Response to Plan Administrators' Nineteenth Omnibus Objection to Administrative Claim. Please be advised that I represent Continental Web Press, Inc., a creditor for the above referenced case. An order was entered in this case allowing me to appear pro hac vice. The local attorney who sponsored me has since retired. I was not aware of this until today, when I attempted to efile the response. Additionally, I did not know that I could not efile the response myself. I have attempted to locate another local counsel who can help me with this matter. As the deadline for filing is July 22, 2025, I am overnighting the document to you in case I cannot find a local counsel to efile for me. Please file my Response and return a file stamped copy to me in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter. If you need anything further, please do not hesitate to contact me.

Very truly yours,

Colleen G. Thomas

Colleen G. Thomas





