### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 8, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Post Effective First Class Mail Master Service List attached hereto as **Exhibit A**:

- Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No 3) [Docket No. 4169] (the "***Twenty-First Omnibus Objection***")

On July 8, 2025, at my direction and under my supervision, employees of Kroll caused the Twenty-First Omnibus Objection and the following document to be served via first class mail on the Twenty-First Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 4170], customized to include the name of the claimant.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: July 16, 2025

*/s/ Ishrat Khan*
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 16, 2025, by Ishrat Khan, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 89843

**<u>Exhibit A</u>**

Exhibit A
Post Effective First Class Mail Master Service List
Served via first class mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| COUNSEL TO MICHAEL GOLDBERG | ASK LLP | ATTN: BRIGETTE MCGRATH ESQ | 2600 EAGAN WOODS DRIVE | SUITE 400 | ST. PAUL | MN | 55121 |
| ZERO TECHNOLOGIES, LLC | BAKER & HOSTETLER LLP | ELYSSA S. KATES | 45 ROCKEFELLER PLAZA | 14TH FLOOR | NEW YORK | NY | 10111-0100 |
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | ATTN: ALEC P. OSTROW, WALTER E. SWEARINGEN, ANNE N. SMITH, ESQ. | 299 PARK AVENUE | 16TH FLOOR | NEW YORK | NY | 10017 |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| COUNSEL TO ABF FREIGHT SYSTEM, INC | BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ. | 575 UNDERHILL BLVD. | STE. 118 | SYOSSET | NY | 11791 |
| COUNSEL TO ACCERTIFY, INC | C/O BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| COUNSEL TO BABY TREND, INC | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| WORLD DISTRIBUTION SERVICES LLC | MAHA M. KABBASH, ESQ, DIANA KATZ GERSTEL, ESQ | TUCKER ELLIS LLP | 1776 ON THE GREEN | 67 E. PARK PLACE, STE. 900 | MORRISTOWN | NJ | 07960 |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| COUNSEL TO EAST COAST/WEST COAST LOGISTICS, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: SHANE G. RAMSEY, ESQ. | 1222 DEMONBREUN STREET | SUITE 1700 | NASHVILLE | TN | 37203 |
| COUNSEL TO FTB AND CDTFA | OFFICE OF THE ATTORNEY GENERAL | ATTN: PJ LUCCA, DEPUTY ATTORNEY GENERAL | 300 S. SPRING ST., SUITE 1702 | | LOS ANGELES | CA | 90013 |
| COUNSEL TO GEORGIA DEPARTMENT OF REVENUE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | ATTN: MARK MINUTI, JOHN D. DEMMY | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 |
| COUNSEL TO MARK TRITTON | SAUL EWING LLP | ATTN: CHRISTIE R. MCGUINNESS, ESQ. | 1270 6TH AVENUE, #2800 | | NEW YORK | NY | 10020 |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |

Exhibit A
Post Effective First Class Mail Master Service List
Served via first class mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |
| WORLD DISTRIBUTION SERVICES LLC | TUCKER ELLIS LLP | ATTN: BRIAN J. JACKIW | 233 SOUTH WACKER DRIVE | SUITE 6950 | CHICAGO | IL | 60606-6395 |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 |

**<u>Exhibit B</u>**

Exhibit B
Twenty-First Omnibus Objection Service List
Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|----------|----------|----------|------|-------|-------------|---------|
| 13058579 | NUU GARDEN | 6366 CORLEY RD | | | NORCROSS | GA | 30071 | |
| 12908963 | ORIENTALIST HOME/OKL | 3901 LIBERTY AVE SECOND FLOOR | SUITE 13 | | NORTH BERGEN | NJ | 07047 | |
| 12754365 | OVER & BACK INC. | 350 MOTOR PARKWAY | SUITE 404 | | HAUPPAUGE | NY | 11788 | |
| 13116086 | OZERI | 5963 OLIVAS PARK DRIVE | SUITE F | | VENTURA | CA | 93003 | |
| 13048774 | PALM CONSOLIDATED PTY LTD | 704 SOUTH ROAD | | | MOORABBIN, VICTORIA | | 3189 | AUSTRALIA |
| 13056958 | PEAPODMATS BEDDING LTD. | PO BOX 72088 SASAMAT RPO | | | VANCOUVER | BC | V6R4P2 | CANADA |
| 12761131 | PEM- AMERICA INC. | STEVEN M, KAPLAN ESQ. | KAPLAN LEVINSON PC | 930 SYLVAN AVENUE, SUITE 100 | ENGLEWOOD CLIFFS | NJ | 07632 | |
| 12917112 | PENANG INTERNATIONAL INC. | ARCADIA GARDEN PRODUCTS | P O BOX 1634 | | APOPKA | FL | 32704 | |
| 15424483 | PENANG INTERNATIONAL INC. | KIMBERLY RODRIGUEZ, ACCOUNTS RECEIVABLE MANAGER | 4700 PLYMOUTH SORRENTO ROAD | | APOPKA | FL | 32712 | |
| 13088447 | PLAINVIEW HEALTH CORPORATION | 71 WELLINGTON ROAD | | | EAST BRUNSWICK | NJ | 08816 | |
| 12949076 | PRIMA USA TRAVEL INC | 2557 YATES AVENUE | | | COMMERCE | CA | 90040 | |
| 12915997 | REYES, LEIDY | ADDRESS ON FILE | | | | | | |
| 12754545 | ROCASUBA INC. | 168 INDUSTRIAL DRIVE BLDG 1 | | | MASHPEE | MA | 02649 | |
| 26953304 | SAFAVIEH INT'L | 40 HARBOR PARK DRIVE | | | PORT WASHINGTON | NY | 11050 | |
| 26953305 | SAFAVIEH INT'L | DAVID EDELBERG | 9TH FL | 150 CLOVE ROAD, 9TH FL | LITTLE FALLS | NJ | 07424 | |
| 26953306 | SAFAVIEH INT'L | DAVID EDELBERG, ESQ. | SCARINCI HOLLENBECK | 150 CLOVE ROAD, 9TH FL | LITTLE FALLS | NJ | 07424 | |
| 12654987 | SAFAVIEH INTL LLC | LOCKBOX 10000 | P.O. BOX 70280 | | PHILADELPHIA | PA | 19176-0280 | |
| 12654800 | SAFAVIEH INTL LLC | SAFAVIEH | 40 HARBOR PARK DRIVE | | PORT WASHINGTON | NY | 11050 | |
| 12835191 | SHADYFACE, INC. | 3733 MACBETH DRIVE | | | SAN JOSE | CA | 95127 | |
| 12748305 | SPLINTEK INC. | 15555 WEST 108TH STREET | | | LENEXA | KS | 66219 | |
| 12927509 | SPRITE INDUSTRIES, INC. | 1791 RAILROAD ST | | | CORONA | CA | 92878-5011 | |

Exhibit B
Twenty-First Omnibus Objection Service List
Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 12880425 | SUNDOWN INDUSTRIES CORP | 15 WEST MALL | | | PLAINVIEW | NY | 11803 | |
| 13057758 | SWIFT AIR | 2101 LEOPARD ST | | | CORPUS CHRISTI | TX | 78408 | |
| 12867944 | SYMPHONY BEAUTY BOX CORP. | 43 GRAND BLVD. | | | BRENTWOOD | NY | 11717 | |
| 12829816 | T MERCHANDISING SERVICES PVT LTD. | C-171A | HOSIERY COMPLEX | PHASE - II | NOIDA, UTTAR PRADESH | | 201305 | INDIA |
| 13123989 | TEALIUM INC. | 9605 SCRANTON ROAD | SUITE 600 | | SAN DIEGO | CA | 92121 | |
| 12996542 | THE NORTHWEST GROUP LLC | 1535 W 139TH ST | | | GARDENA | CA | 90249 | |
| 15474777 | THE NORTHWEST GROUP LLC | TRACY L. KLESTADT - KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | 200 WEST 41 STREET | 17TH FLOOR | NEW YORK | NY | 10036 | |
| 13084237 | TOUCHLAND LLC | 100 SE 2ND ST | SUITE 2000 | | MIAMI | FL | 33131 | |
| 12858177 | TRAVEL CHAIR COMPANY | 5709 34TH AVENUE | | | GIG HARBOUR | WA | 98335 | |
| 15553551 | TRAVEL CHAIR COMPANY | MONICA BELINDA WESTFALL-CASTRO | ACCOUNTING MANAGER | 5709 34TH AVENUE | GIG HARBOR | WA | 98335 | |
| 15544046 | TRAVEL CHAIR COMPANY | PO BOX 1757 | | | GIG HARBOR | WA | 98335 | |