United States Bankruptcy Court for the District of New Jersey
Martin Luther King Jr. Federal Bldg.
50 Walnut St.
Newark, NJ 07012

Clerk of the Bankruptcy Court,

We, Comfort in the Sun, Inc., Claim #15870, Confirmation #3335-1-BIG-591624547, disagree with any objection to receiving the payment for our goods sold by BB&B.
Prior to BB&B filing for bankruptcy, this money was owed to us, and in fact a check was issued and sent by automatic payment. Due to a banking error by Chase, the payment did not post, and monies were returned to BB&B. We were assured they would reissue payment, which we have documentation of, and we never received it. We learned that they filed for bankruptcy during this time. We believe that BB&B, in good faith, paid the invoices owed.
We are asking for prompt payment, including the interest we have incurred due to lack of payment. We look forward to your response. Thank you.
Sincerely,
Penny Lindberg
Karen Burke

U.S. Bankruptcy Court for the District of N.J.
Martin Luther King Jr. Fed. Bldg.
50 Walnut Street
Newark, N.J. 07102

9589 0710 5270 3138 8230 05

RDC 99

Retail

07102

U.S. PO[STAGE]
FCM LE[TTER]
MAPLE[WOOD]
JUL 18,
$10
S2324P[...]

