UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

In re:

BED BATH & BEYOND INC., *et al.*,[1]

                    Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 29, 2025, AT 10:00 A.M. (ET)**

**Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing. Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_ Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

## I.    MATTERS ADJOURNED

1. Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

    Original Response Deadline:  October 17, 2023.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4931-7468-8855.1 08728.003

<u>Responses Received:</u>

(a) Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

(b) HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

<u>Related Documents:</u>

(a) Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

(b) Notice of Hearing [Docket No. 2425].

(c) Determination of Adjournment Request [Docket No. 2531].

(d) Determination of Adjournment Request [Docket No. 2537].

(e) Determination of Adjournment Request [Docket No. 2772].

(f) Determination of Adjournment Request [Docket No. 2897].

(g) Determination of Adjournment Request [Docket No. 2926].

(h) Determination of Adjournment Request [Docket No. 2953].

(i) Determination of Adjournment Request [Docket No. 2982].

(j) Determination of Adjournment Request [Docket No. 3073].

(k) Determination of Adjournment Request [Docket No. 3297].

(l) Determination of Adjournment Request [Docket No. 3340].

(m) Determination of Adjournment Request [Docket No. 3469].

(n) Determination of Adjournment Request [Docket No. 3523].

(o) Determination of Adjournment Request [Docket No. 3673].

(p) Determination of Adjournment Request [Docket No. 3724].

(q) Determination of Adjournment Request [Docket No. 3762].

(r) Determination of Adjournment Request [Docket No. 3853].

(s) Determination of Adjournment Request [Docket No. 3926].

   (t) Determination of Adjournment Request [Docket No. 3973].

   (u) Determination of Adjournment Request [Docket No. 4101].

   (v) Determination of Adjournment Request [Docket No. 4134].

   (w) Determination of Adjournment Request [Docket No. 4162].

   (x) Determination of Adjournment Request [Docket No. 4183].

Status: This matter is adjourned for hearing on August 12, 2025, at 10:00 a.m. Eastern Time.

2. Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3855].

Original Response Deadline: Extended to April 1, 2025.

Responses Received:

   (a) Objection of Safety National Casualty Corporation as to Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3919].

Related Documents:

   (a) Stipulation by and Among the Plan Administrator, on Behalf of the Wind-Down Debtors, Safety National Casualty Corporation, and Laura Alevy and David Alevy Concerning Tolling [Docket No. 3922].

   (b) Determination of Adjournment Request [Docket No. 3976].

   (c) Determination of Adjournment Request [Docket No. 4102].

   (d) Determination of Adjournment Request [Docket No. 4133].

   (e) Determination of Adjournment Request [Docket No. 4144].

   (f) Determination of Adjournment Request [Docket No. 4153].

Status: On July 28, 2025, the parties emailed a request to the Court for an adjournment of this matter to August 12, 2025, at 10:00 a.m. Eastern Time.

## II. MATTERS GOING FORWARD

3. Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4156].

    Response Deadline: July 22, 2025.

    Responses Received:

    (a) Continental Web Press, Inc. Response to Plan Administrators' Nineteenth Omnibus Objection to Administrative Claim [Docket No. 4185].

    (b) Informal Response Received from Comfort in the Sun, Inc. [Unfiled].

    Related Documents:

    (a) Notice of Objection to Your Claim [Docket No. 4157].

    (b) Affidavit of Service [Docket No. 4177].

    (c) Determination of Adjournment Request [Docket No. 4261].

    (d) Plan Administrator's Reply to Claimant's Response to Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4264].

    Status: This matter is going forward. An adjournment was granted in regard to Claim No. 17751 filed by Continental Web Press, Inc. and is scheduled for hearing on August 26, 2025, at 10:00 a.m. Eastern Time.

4. Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2) [Docket No. 4158].

    Response Deadline: July 22, 2025.

    Responses Received:

    (a) Letter to Court from Razaq Asmailzada Related to Claim Nos. 18352 and 18817 [Docket No. 4160].[2]

---

[2] The case docket linked Docket No. 4160 to the *Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2)* [Docket No. 4158]. However, Docket No. 4160 was addressed in the *Plan Administrator's Eighteenth Omnibus Objection (Substantive) to Claims (Equity Claims)* [Docket No. 4136].

      (b)    Informal Response Received from New Relic, Inc. Related to Claim No. 5752 [Unfiled].

Related Documents:

      (a)    Notice of Objection to Your Claim [Docket No. 4159].

      (b)    Affidavit of Service [Docket No. 4177].

      (c)    Determination of Adjournment Request [Docket No. 4182].

Status:  This matter is going forward. An adjournment was granted in regard to Claim No. 5752 filed by New Relic, Inc. and is scheduled for hearing on August 26, 2025, at 10:00 a.m. Eastern Time.

Dated: July 28, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:   rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com
       egray@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel to the Plan Administrator*