| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:     rfeinstein@pszjlaw.com<br>                bsandler@pszjlaw.com<br>                egray@pszjlaw.com<br>                ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1. I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2. The Plan Administrator requests adjournment of the below hearing **ONLY** as it relates to Claim No. 172 filed by Pem-America Inc.

    Matter:  Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4169].

    Current hearing date and time:  August 12, 2025, at 10:00 a.m.

    New date requested:  September 2, 2025, at 10:00 a.m.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4897-3080-5337.1 08728.003

       Reason for adjournment request: The parties require additional time to pursue a resolution of Docket No. 4169 as it relates to Claim No. 172 filed by Pem-America Inc.

3.    Consent to adjournment:

    [X]    I have the consent of all parties.

    [ ]    I do not have the consent of all parties (explain below):

4.    Please note that this adjournment request relates to only **one** claim (Claim No. 172 filed by Pem-America Inc.) on the *Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4169] (the "21st Omnibus Objection"). The Plan Administrator is **NOT** requesting an adjournment as to the remaining claims included in the 21st Omnibus Objection, which will go forward, as noticed, for hearing on August 12, 2025 at 10:00 a.m.

I certify under penalty of perjury that the foregoing is true.

Date: July 29, 2025                 */s/ Edward A. Corma*
                                          Signature

COURT USE ONLY:

The request for adjournment is:

[X]    Granted    New hearing date: 9/2/25 @ 10AM *    ☐ Peremptory

☐    Granted over objection(s)    New hearing date:    ☐ Peremptory

☐    Denied

    **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

\* **Soley as to Claim No. 172 filed by Pem-America Inc.**