UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HUSCH BLACKWELL LLP
Rebecca Starner (NJ I.D. #304872019)
1801 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.378.2300
Email: Rebecca.starner@huschblackwell.com

HUSCH BLACKWELL LLP
Caleb T. Holzaepfel, Esq.
Admitted pro hac vice
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone: 423.755.2654
Email: caleb.holzaepfel@huschblackwell.com

Attorneys for Safety National Casualty Corporation

In Re:

BED BATH & BEYOND INC., et al.,

Case No.: 23-13359

Chapter: 11

Judge: Vincent F. Papalia

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Rebecca Starner__ will be substituted as attorney of record for __Safety National Casualty Corporation and Safety Specialty Insurance Company__, __Interested Party__ in this case.[1]

Date: 8/1/2025

/s/ David Stauss
Signature of Former Attorney

Date: 8/1/2025

/s/ Rebecca Starner
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.