Caption in Compliance with D.N.J. LBR 9004-1(b)
Robert J. Feinstein, Esq. (admitted pro hac vice)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP 1700
Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**Order Filed on July 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

BED BATH & BEYOND INC., *et al.*,[1]

                Debtors.

-13359 (VFP)

(Jointly Administered)

**Hearing Date:** July 29, 2025
**Hearing Time:** 10:00 a.m. (ET)
**Response Deadline:** July 22, 2025

# ORDER SUSTAINING PLAN ADMINISTRATOR'S NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (503(b)(9) Claims No. 1)

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: July 31, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS |

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims") [Doc. No. 4156]; and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. 4157, 4177], and it appearing that no other or further notice need be provided; and the Court having considered the informal response of Comfort in the Sun, Inc. (the "Comfort Response") and the *Plan Administrator's Reply* [Doc. No. 4264] thereto[3] and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. As is set forth in the column entitled "Claim Amount & Classification if

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

[3] A copy of the Comfort Response is attached as Exhibit A to the Plan Administrator's reply.

2

4916-4013-1929.3 08728.003

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS |

Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is hereby either (a) disallowed entirely or (b) reclassified as a Class 6 General Unsecured Claim.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with

4916-4013-1929.3 08728.003

Debtors:            BED BATH & BEYOND INC., *et al.*
Case No.           23-13359-VFP
Caption of Order:  ORDER SUSTAINING PLAN ADMINISTRATOR'S NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS

---

respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

9. The hearing on the Objection, as it relates to Claim 17751 of Continental Web Press Inc. (which filed an Opposition [Doc. No. 4185]) has been continued to August 26, 2025 at 10:00 a.m. [Doc. 4261].

10. The Comfort Response is overruled.

## Exhibit 1

## List of Disputed Claims

4916-4013-1929.3 08728.003

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (503(b)(9) Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 1 | American Home Fashion Inc. | 7/18/2023 | 14189 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after 7/7/23, the bar date appliable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has also failed to provide documentation establishing that the goods were actually received by the Debtors. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $40,325.13 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $40,325.13 | Total | $0.00 DISALLOWED | |
| 2 | Avanchy LLC | 5/18/2023 | 1652 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase:  (1) Claimant failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) Claim is for goods sold and is not entitled to priority under Section 507(a)(4) (employee wages) or Section 507(a)(7) (consumer goods deposits). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $2,989.28 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $18,500.00 | Priority | $0.00 | |
| | | | | | GUC | $21,717.81 | GUC | $43,207.09 | |
| | | | | | Total | $43,207.09 | Total | $43,207.09 | |
| 3 | Barebones Living | 7/5/2023 | 13087 | BBBY Management Corporation | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase:  (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer.  Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $7,647.76 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $7,647.76 | |
| | | | | | Total | $7,647.76 | Total | $7,647.76 | |
| 4 | Bellabu Bear LLC | 6/23/2023 | 8831 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) Claimant failed to provide documentation that the goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) Claim is for goods sold and is not entitled to priority under Section 507(a)(4) (employee wages). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $130,832.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,150.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $145,982.00 | |
| | | | | | Total | $145,982.00 | Total | $145,982.00 | |
| 5 | Blair Image Elements | 5/15/2023 | 1148 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) Claim is for pre-petition services performed (not goods received by the Debtors on or after April 3, 2023).  Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $108,105.50 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $108,105.50 | |
| | | | | | Total | $108,105.50 | Total | $108,105.50 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (503(b)(9) Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 6 | Blue Box Opco LLC | 7/13/2023 | 13503 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $125,368.59 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $125,368.59 | |
| | | | | | Total | $125,368.59 | Total | $125,368.59 | |
| 7 | Britax Child Safety, Inc. | 7/7/2023 | 11668 | Buy Buy Baby, Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed because it asserts the same liabilities as Claim 9965. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $3,077.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $754,146.68 | GUC | $0.00 | |
| | | | | | Total | $757,223.68 | Total | $0.00 DISALLOWED | |
| 8 | Britax Child Safety, Inc. | 7/7/2023 | 9965 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant failed to provide documentation that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $3,077.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $3,077.00 | Priority | $0.00 | |
| | | | | | GUC | $751,069.68 | GUC | $757,223.68 | |
| | | | | | Total | $757,223.68 | Total | $757,223.68 | |
| 9 | Brite Star MfgCo | 7/25/2023 | 14977 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after 7/7/23, the bar date appliable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $30,361.76 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $30,361.76 | Total | $0.00 DISALLOWED | |
| 10 | Broadleaf Commerce LLC | 6/12/2023 | 4844 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for services performed (not goods received by the Debtors on or after April 3, 2023). Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) The prepetition services contract was with the debtor (not the debtor in possession) and Claimant has not established that the services, if any, directly and substantially benefitted the estates. Accordingly, the claim is not entitled to priority under Bankruptcy Code 503(b)(1)(A). |
| | | | | | Admin | $181,917.81 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $181,917.81 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $18,082.19 | GUC | $200,000.00 | |
| | | | | | Total | $200,000.00 | Total | $200,000.00 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (503(b)(9) Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 11 | Ceres Chill Co. | 7/6/2023 | 18815 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $2,777.90 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $4,960.57 | GUC | $7,738.47 | |
| | | | | | Total | $7,738.47 | Total | $7,738.47 | |
| 12 | Ceres Chill Co. | 7/6/2023 | 18818 | Buy Buy Baby, Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed because it asserts the same liabilities as Claim 18815. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $2,777.90 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $4,960.57 | GUC | $0.00 | |
| | | | | | Total | $7,738.47 | Total | $0.00 | |
| 13 | Cerulium Corporation | 7/6/2023 | 11351 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) Claim is for services performed (not goods received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) The prepetition services contract was with the debtor (not the debtor in possession) and Claimant has not extablished that the services, if any, directly and substantially benefitted the estates. Accordingly, the claim is not entitled to priority under Bankruptcy Code 503(b)(1)(A). |
| | | | | | Admin | $41,782.56 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $41,782.56 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $41,782.56 | |
| | | | | | Total | $41,782.56 | Total | $41,782.56 | |
| 14 | CGG Home Fashions | 5/18/2023 | 1706 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $17,551.10 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $17,551.10 | |
| | | | | | Total | $17,551.10 | Total | $17,551.10 | |
| 15 | Chefs Corner Store | 6/30/2023 | 13927 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $9,627.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $9,627.00 | |
| | | | | | Total | $9,627.00 | Total | $9,627.00 | |
| 16 | Comfort in the Sun, Inc. | 8/7/2023 | 15870 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after 7/7/23, the bar date appliable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $14,748.96 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $14,748.96 | |
| | | | | | Total | $14,748.96 | Total | $14,748.96 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (503(b)(9) Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 17 | Conair LLC | 6/8/2023 | 3980 | Buy Buy Baby, Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $1,519.69 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $1,519.69 | |
| | | | | | Total | $1,519.69 | Total | $1,519.69 | |
| 18 | CONAIR LLC | 6/8/2023 | 4139 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $204,882.74 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,126,000.02 | GUC | $1,330,882.76 | |
| | | | | | Total | $1,330,882.76 | Total | $1,330,882.76 | |
| 19 | Concord Global Trading | 5/23/2023 | 2225 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $14,645.90 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $14,645.90 | |
| | | | | | Total | $14,645.90 | Total | $14,645.90 | |
| 20 | Conimar Group LLC | 6/30/2023 | 8642 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $16,275.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $16,275.00 | |
| | | | | | Total | $16,275.00 | Total | $16,275.00 | |
| 21 | Coola LLC | 5/11/2023 | 838 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $15,134.71 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $15,134.71 | |
| | | | | | Total | $15,134.71 | Total | $15,134.71 | |
| 22 | Cozy Products, Inc. | 5/30/2023 | 3095 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim becuase: (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $29,020.22 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $70.00 | GUC | $29,090.22 | |
| | | | | | Total | $29,090.22 | Total | $29,090.22 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (503(b)(9) Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 23 | CS NORCAL INC dba RedHammer Building Services | 5/31/2023 | 3227 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claim should be reclassifed as a Class 6 General Unsecured Claim because:  (1) Claim is for services performed (not goods received by the Debtors on or after April 3, 2023). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $1,467.30 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $15,679.54 | GUC | $17,146.84 | |
| | | | | | Total | $17,146.84 | Total | $17,146.84 | |
| 24 | Custom Personalization Solutions | 9/15/2023 | 17429 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after 7/7/23, the bar date appliable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, should be reclassified as a Class 6 General Unsecured Claim becuase:  (1) The invoices attached to the proof of claim relate to goods that were delivered, if at all, before April 3, 2023. (2) Claimant has failed to provide documentation establishing that the goods were actually received by the Debtors. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $67,972.80 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $67,972.80 | Total | $0.00 DISALLOWED | |