**SCARINCI | HOLLENBECK** LLC
— ATTORNEYS AT LAW —

150 CLOVE ROAD, 9TH FLOOR
LITTLE FALLS, NJ 07424
201.896.4100 • sh-law.com

**DAVID EDELBERG** | Partner
dedelberg@sh-law.com
Phone: 201-896-7701

August 5, 2025

**(VIA ECF)**

Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

Re:   Bed Bath & Beyond, Inc.
      Case No.: 23-13359(VFP)
      Bed Bath's 21st Omnibus Claim Objection
      Hearing Date:  August 12, 2025

Dear Judge Papalia:

This firm represents Safavieh Intl LLC ("Safavieh") in the above referenced matter.  The Plan Administrator's 21st claim objection seeks to expunge Safavieh's priority claim in the amount of $67,427.79; and leaves undisturbed Safavieh's general unsecured claim ("GUC") in the amount of $878,701.01.

Safavieh respectfully requests the entry of an order:  (i) disallowing its priority claim;  (ii) adding the amount of the disallowed priority claim to its GUC, and (iii) allowing Safavieh's GUC in such increased amount.

Thank you for Your Honor's consideration in this matter.

Respectfully,

/s/ *David Edelberg*
DAVID EDELBERG
For the Firm

DE/mc

4925-5775-1130, v. 1

Honorable Vincent F. Papalia, U.S.B.J.
August 5, 2025
Page 2

cc:    Arash Yaraghi (email: arash.yaraghi@safavieh.com)
Robert J. Feinstein, Esq. (email: rfeinstein@pszjlaw.com)
J. Sandler, Esq. (email: bsandler@pszjlaw.com)
Edward A. Corma, Esq. (email: ecorma@pszjlaw.com)