**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 29, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Post Effective First Class Mail Master Service List attached hereto as **Exhibit A**:

- Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No 4) [Docket No. 4266] (the "***Twenty-Second Omnibus Objection***")

On July 29, 2025, at my direction and under my supervision, employees of Kroll caused the Twenty-Second Omnibus Objection and the following document to be served via First Class Mail on the Twenty-Second Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice of Objection to Your Claim [Docket No. 4267], customized to include the name of the claimant.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: August 5, 2025

/s/ Ishrat Khan
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 5, 2025, by Ishrat Khan, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Post Effective First Class Mail Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| COUNSEL TO MICHAEL GOLDBERG | ASK LLP | ATTN: BRIGETTE MCGRATH ESQ | 2600 EAGAN WOODS DRIVE | SUITE 400 | ST. PAUL | MN | 55121 |
| ZERO TECHNOLOGIES, LLC | BAKER & HOSTETLER LLP | ELYSSA S. KATES | 45 ROCKEFELLER PLAZA | 14TH FLOOR | NEW YORK | NY | 10111-0100 |
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | ATTN: ALEC P. OSTROW, WALTER E. SWEARINGEN, ANNE N. SMITH, ESQ. | 299 PARK AVENUE | 16TH FLOOR | NEW YORK | NY | 10017 |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, DANIEL N. BROGAN, GREGORY W. WERKHEISER | 1313 NORTH MARKET STREET | SUITE 1201 | WILMINGTON | DE | 19801 |
| COUNSEL TO ABF FREIGHT SYSTEM, INC | BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ. | 575 UNDERHILL BLVD. | STE. 118 | SYOSSET | NY | 11791 |
| COUNSEL TO ACCERTIFY, INC | C/O BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER | PO BOX 3002 | | MALVERN | PA | 19355-0702 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | CIPRIANI & WERNER P.C. | ATTN: PATRICIA W. HOLDEN | 155 GAITHER DRIVE, SUITE B | | MT. LAUREL | NJ | 08054 |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ. | 125 HALF MILE ROAD | SUITE 300 | RED BANK | NJ | 07701 |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A. | 919 N. MARKET ST., STE. 1410 | | WILMINGTON | DE | 19801 |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ | 1211 LIBERTY AVENUE | | HILLSIDE | NJ | 07205 |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY SUITE 1000 | | DALLAS | TX | 75207 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| WORLD DISTRIBUTION SERVICES LLC | MAHA M. KABBASH, ESQ, DIANA KATZ GERSTEL, ESQ | TUCKER ELLIS LLP | 1776 ON THE GREEN | 67 E. PARK PLACE, STE. 900 | MORRISTOWN | NJ | 07960 |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN | 3 BECKER FARM ROAD | SUITE 105 | ROSELAND | NJ | 07068 |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL | 115 MAPLE AVE | | RED BANK | NJ | 07701 |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. | 46 W. MAIN STREET | | MAPLE SHADE | NJ | 08052 |
| COUNSEL TO EAST COAST/WEST COAST LOGISTICS, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: SHANE G. RAMSEY, ESQ. | 1222 DEMONBREUN STREET | SUITE 1700 | NASHVILLE | TN | 37203 |
| COUNSEL TO FTB AND CDTFA | OFFICE OF THE ATTORNEY GENERAL | ATTN: PJ LUCCA, DEPUTY ATTORNEY GENERAL | 300 S. SPRING ST., SUITE 1702 | | LOS ANGELES | CA | 90013 |
| COUNSEL TO GEORGIA DEPARTMENT OF REVENUE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON | 40 CAPITOL SQUARE SW | | ATLANTA | GA | 30334 |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO | 1525 LOCUST STREET - 15TH FLOOR | | PHILADELPHIA | PA | 19102 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | 1007 NORTH ORANGE STREET | 4TH FLOOR, SUITE 183 | WILMINGTON | DE | 19801 |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS | 101 CRAWFORDS CORNER ROAD | SUITE 4202 | HOLMDEL | NJ | 07733 |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | ATTN: MARK MINUTI, JOHN D. DEMMY | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 |
| COUNSEL TO MARK TRITTON | SAUL EWING LLP | ATTN: CHRISTIE R. MCGUINNESS, ESQ. | 1270 6TH AVENUE, #2800 | | NEW YORK | NY | 10020 |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. | 150 CLOVE ROAD | | LITTLE FALLS | NJ | 07424 |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)

Page 1 of 2

Exhibit A
Post Effective First Class Mail Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ROBERT D. DRAIN, TANSY WOAN, ANGELINE J. HWANG | ONE MANHATTAN WEST | | NEW YORK | NY | 10001-8602 |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ. | 600 ANTON BLVD, SUITE 1400 | | COSTA MESA | CA | 92626 |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR. | 3475 RIDGEWOOD RD. | | AKRON | OH | 44333 |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS | 30 NORTH WESTERN AVENUE | | CARPENTERSVILLE | IL | 60110 |
| WORLD DISTRIBUTION SERVICES LLC | TUCKER ELLIS LLP | ATTN: BRIAN J. JACKIW | 233 SOUTH WACKER DRIVE | SUITE 6950 | CHICAGO | IL | 60606-6395 |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. | ONE NEWARK CENTER | 1085 RAYMOND BOULEVARD, SUITE 2100 | NEWARK | NJ | 07102 |

**Exhibit B**

Exhibit B
Twenty-Second Omnibus Objection Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 12828253 | ATAOLLAHZADEH, NIYOSHA | ADDRESS ON FILE | | | | | | |
| 13136067 | BEALE, EVA MARIE | ADDRESS ON FILE | | | | | | |
| 15668816 | DABNEY, CONSTANCE CLARK | ADDRESS ON FILE | | | | | | |
| 15513825 | DABNEY, CONSTANCE CLARK | ADDRESS ON FILE | | | | | | |
| 12656748 | HIXSON UTILITY DISTRICT | 5201 HIXSON PIKE | | | HIXSON | TN | 37343 | |
| 12856839 | ITA-MED CO./GABRIALLA | 25377 HUNTWOOD AVE | | | HAYWARD | CA | 94544 | |
| 13093225 | LEWIS, MARCELLUS | ADDRESS ON FILE | | | | | | |
| 16825746 | LEWIS-JOYNER, ERICA | ADDRESS ON FILE | | | | | | |
| 12656648 | MADISON SUBURBAN UTILITY DIST | 108 WEST WEBSTER STREET | | | MADISON | TN | 37115 | |
| 15511848 | MAKINEN, KRISTIN | ADDRESS ON FILE | | | | | | |
| 12763441 | MANAGED BUSINESS COMMUNICATIONS, INC. | 430 SAND SHORE RD | STE 10 | | HACKETTSTOWN | NJ | 07840 | |
| 13065171 | MERCHSOURCE, LLC | ATTENTION : DAVE UNTER | 7755 IRVINE CENTER DRIVE, SUITE 100 | | IRVINE | CA | 92618 | |
| 19032134 | NEVADA POWER COMPANY D/B/A NV ENERGY | 6100 NEIL ROAD M/S S1A20 | | | RENO | NV | 89520 | |
| 13064909 | NEWELL BRANDS DISTRIBUTION LLC | C/O JAMIE S. CASSEL, ESQ. | RENO & ZAHM LLP | 2902 MCFARLAND ROAD, SUITE 400 | ROCKFORD | IL | 61107 | |
| 15554299 | REPUBLIC SERVICES NATIONAL ACCOUNTS, LLC | 18500 N ALLIED WAY | | | PHOENIX | AZ | 85054 | |
| 15478563 | REPUBLIC SERVICES NATIONAL ACCOUNTS, LLC | P.O. BOX 99917 | | | CHICAGO | IL | 60696 | |
| 13124043 | ROSENTHAL & ROSENTHAL, INC. | ATTENTION: MELINDA DEJESUS | 1370 BROADWAY, 3RD FLOOR | | NEW YORK | NY | 10018 | |
| 18140540 | TRADEGUARD LLC AS TRANSFEREE OF TREND LAB LLC | ATTN: STEVEN AZARBAD | 1460 BROADWAY | | NEW YORK | NY | 10036 | |
| 22153664 | UMA ENTERPRISES, INC. | 350 WEST APRA STREET | | | COMPTON | CA | 90220 | |
| 22153197 | UMA ENTERPRISES, INC. | C/O LAW OFFICES OF JOHN D. MONTE | 35 NORTH LAKE AVENUE - SUITE 710 | | PASADENA | CA | 91101 | |
| 13058304 | UNITED NATIONAL CLOSEOUT STORES DBA UNITED NATIONAL CONSUMER SUPPLIERS | 1471 NE 26TH STREET | SUITE 200 | | FORT LAUDERDALE | FL | 33305 | |
| 13083452 | US FOODS, LLC. | 31100 SOLON ROAD | SUITE 16 | | SOLON | OH | 44139 | |
| 12885548 | WATER-STREAM LLC | 4923 CAPE CORAL DRIVE | | | DALLAS | TX | 75287 | |
| 15614410 | WICKER BONANZA LIMITED | RM 1910-1912 19/F NEW COMMERCE CENTRE | 19 ON SUM STREET | SIU LEK YUEN | SHATIN, NEW TERRITORIES | | 19 | HONG KONG |

Exhibit B
Twenty-Second Omnibus Objection Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 16060269 | WONDER DESIGN CORP. HUANG | 5F, NO.93, SEC. 4 NANJING E RD | | | TAIPEI | | 10580 | TAIWAN |
| 12876053 | XTREME MATS LLC | 4306 SHADER ROAD | SUITE 900 | | ORLANDO | FL | 32808 | |
| 12819942 | YIKAI CO. LIMITED | 16/F, HEXING BLDG., NO.8 | NAN'ERLI, GUICHUN ROAD | | NANNING, GUANGXI | | 530021 | CHINA |
| 12857184 | YIKAI CO. LIMITED | BANK OF CHINA, GUANGXI BRANCH | 39 GUCHENG ROAD, NANNING | | GUANGXI, P.R. | | | CHINA |
| 12820064 | YIM, SHERRY | ADDRESS ON FILE | | | | | | |
| 20803366 | ZAFAR PROJECTS INC | 1047 SUNNYDALE DRIVE | | | CLEARWATER | FL | 33755 | |