# **EXHIBIT B**



July 30, 2025

Clerk of Court
United States Bankruptcy Court for the District of New Jersey
Martin Luther King Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Dear Plan Administrator Michael Goldberg.

With respect to 20230930-DK-Butterfly-1, Inc (f/k/a/ Bed Bath & Beyond Inc), I am writing you on behalf of OZERI to disagree with the reclassification of our claim as a Class 6 General Claim, lacking priority.

OZERI is a small business housewares provider, with less than $2 million in annual revenue. Due to many promises made by Bed Bath & Beyond, we prioritized our vendor account with Bed Bath & Beyond, providing them with preferred wholesale costs, access to limited inventory, and very fast drop-shipping times.

As a drop-ship vendor, the goods we sold to Bed Bath & Beyond may not have physically entered into the premises of Bed Bath & Beyond, but they legally become property of Bed Bath & Beyond with each shipment. Moreover, the goods that we drop shipped on behalf of Bed Bath & Beyond were labelled as shipped from Bed Bath & Beyond, which is standard practice for such drop ship arrangements.

Please understand that we bore a pick and pack cost, warehousing cost, and additional labor costs, in the drop ship fulfillment of each and every order we processed for Bed Bath & Beyond.

Please further consider that the unpaid inventory we had sold to Bed Bath & Beyond was inventory that we could have sold to another retailer, such as Macys or Walmart, both of whom continue to pay us without issue as of today.

The $161,477.49 owed to us by Bed Bath & Beyond has had an outsize negative impact on our business, and the financial impact was actually much larger due to all the other costs we absorbed on behalf of Bed Bath & Beyond.

We are not the typical large vendor who has the ability to manage such losses, and the recuperation of our claim or some portion thereof weighs heavily on whether we are able to survive as a business.

Ozeri  |  5963 Olivas Park Drive, Suite F, Ventura CA 93003  |  805 727-3338



Please consider this disagreement as an earnest appeal. I personally -- and others, have borrowed family money to keep OZERI running because of the Bed Bath & Beyond bankruptcy. Please allow our claim to maintain its priority.

Sincerely,

William Huckestein
Ozeri
5963 Olivas Park Drive, Suite F
Ventura CA 93003
USA


cc:
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019