| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         egray@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

<div align="center">

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 12, 2025, AT 10:00 A.M. (ET)**

</div>

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing. Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_ Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**I.      MATTER RESOLVED**

      1.    Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3855].

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4928-4152-3803.3 08728.003

Original Response Deadline: Extended to April 1, 2025.

Responses Received:

(a) Objection of Safety National Casualty Corporation as to Notice of Motion of Laura Alevy and David Alevy to Obtain an Order (I) Modifying the Automatic Stay and Plan Injunction to Allow Movants to Pursue Personal Injury Litigation Against the Debtor(s), (II) for Leave to File Proofs of Claim After the Bar Date and (III) Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 3919].

Related Documents:

(a) Stipulation by and Among the Plan Administrator, on Behalf of the Wind-Down Debtors, Safety National Casualty Corporation, and Laura Alevy and David Alevy Concerning Tolling [Docket No. 3922].

(b) Determination of Adjournment Request [Docket No. 3976].

(c) Determination of Adjournment Request [Docket No. 4102].

(d) Determination of Adjournment Request [Docket No. 4133].

(e) Determination of Adjournment Request [Docket No. 4144].

(f) Determination of Adjournment Request [Docket No. 4153].

(g) Determination of Adjournment Request [Docket No. 4269].

(h) Stipulation and Consent Order Between the Plan Administrator & Laura Alevy and David Alevy [Docket No. 4285].

Status: This matter has been resolved pursuant to the Stipulation and Consent Order between Plan Administrator and Laura Alevy and David Alevy which was filed on August 11, 2025 [Docket No. 4285]. No need for a hearing unless the Court has questions.

II. **MATTER ADJOURNED**

2. Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

Original Response Deadline: October 17, 2023.

Responses Received:

 (a) Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

 (b) HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

Related Documents:

 (a) Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

 (b) Notice of Hearing [Docket No. 2425].

 (c) Determination of Adjournment Request [Docket No. 2531].

 (d) Determination of Adjournment Request [Docket No. 2537].

 (e) Determination of Adjournment Request [Docket No. 2772].

 (f) Determination of Adjournment Request [Docket No. 2897].

 (g) Determination of Adjournment Request [Docket No. 2926].

 (h) Determination of Adjournment Request [Docket No. 2953].

 (i) Determination of Adjournment Request [Docket No. 2982].

 (j) Determination of Adjournment Request [Docket No. 3073].

 (k) Determination of Adjournment Request [Docket No. 3297].

 (l) Determination of Adjournment Request [Docket No. 3340].

 (m) Determination of Adjournment Request [Docket No. 3469].

 (n) Determination of Adjournment Request [Docket No. 3523].

 (o) Determination of Adjournment Request [Docket No. 3673].

 (p) Determination of Adjournment Request [Docket No. 3724].

 (q) Determination of Adjournment Request [Docket No. 3762].

 (r) Determination of Adjournment Request [Docket No. 3853].

 (s) Determination of Adjournment Request [Docket No. 3926].

  (t)  Determination of Adjournment Request [Docket No. 3973].

  (u)  Determination of Adjournment Request [Docket No. 4101].

  (v)  Determination of Adjournment Request [Docket No. 4134].

  (w)  Determination of Adjournment Request [Docket No. 4162].

  (x)  Determination of Adjournment Request [Docket No. 4183].

  (y)  Determination of Adjournment Request [Docket No. 4279].

Status: This matter is adjourned for hearing on August 26, 2025, at 10:00 a.m. Eastern Time.

### III. **MATTER GOING FORWARD**

3. Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4169].

Response Deadline: August 5, 2025.

Responses Received:

  (a)  Letter to Judge from Attorney David Edelberg on Behalf of Safavieh Intl LLC [Docket No. 4280].

  (b)  [Unfiled] Letter to Court from Ozeri Dated July 30, 2025.

Related Documents:

  (a)  Notice of Objection to Your Claim [Docket No. 4170].

  (b)  Affidavit of Service [Docket No. 4262].

  (c)  Determination of Adjournment Request (Solely as to Claim No. 172 Filed by Pem-America Inc.) [Docket No. 4271].

  (d)  Plan Administrator's Reply to Claimant's Response to Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4283].

  (e)  Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4284].

  (f)  Certificate of Service [Docket No. 4286].

<u>Status</u>:  This matter is going forward. An adjournment was granted solely as to Claim No. 172 filed by Pem-America Inc. and is scheduled for hearing on September 2, 2025, at 10:00 a.m. Eastern Time. Additionally, an adjournment was granted solely as to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC and is scheduled for hearing on September 3, 2025, at 10:00 a.m. Eastern Time.

Dated:  August 11, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*