# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 1, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Twentieth Omnibus Objection (Substantive) To Claims (503(b)(9) Claims No. 2) [Docket No. 4274]

Dated: August 8, 2025

/s/ Ishrat Khan
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 8, 2025, by Ishrat Khan, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 90549

**<u>Exhibit A</u>**

Exhibit A

Affected Claimants Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 18236443 | EDGE OF BELGRAVIA LIMITED | 128 ALDERSGATE STREET | DEPT 140 | 128 ALDERSGATE STREET, DEPT 140 | LONDON | | EC1A 4AE | UNITED KINGDOM |
| 13134082 | EDRAY 20/20, LLC | 1300 S MINT STREET | SUITE 200 | 2321 BLAKEFORD LN | CHARLOTTE | NC | 28203 | |
| 13089020 | EMEDCO | 2491 WEHRLE DRIVE | | | WILLIAMSVILLE | NY | 14221 | |
| 12899610 | EVERGRACE HOME INC | 23 CASPIAN | | | LAKE FOREST | CA | 92630 | |
| 12827259 | GALAXY RELAXATION LLC | 183 LAWSON RD | | | SCITUATE | MA | 02066 | |
| 12649855 | GATEKEEPER SYSTEMS, INC. | ATTN: KAZ UYESUGI | 90 ICON | | FOOTHILL RANCH | CA | 92610 | |
| 13113376 | GEO MARKETING LLC | 59 DEERFIELD LANE | | | UPPER SADDLE RIVER | NJ | 07458 | |
| 13077519 | HALF PROJECTS LLC | 233 FRANKLIN ST | APT 306 | | BROOKLYN | NY | 11222 | |
| 12753780 | HUSH BRANDS INC. | 98 WALKER DRIVE | | | BRAMPTON | ON | L6T 4H6 | CANADA |
| 12817676 | JAIPUR LIVING, INC | 1800 CHEROKEE PARKWAY | | | ACWORTH | GA | 30102 | |
| 12823713 | JAIPUR LIVING, INC | PO BOX 890626 | | | CHARLOTTE | NC | 28289 | |
| 13124038 | KEECO, LLC | ATTENTION TO: KEVIN F. LAWRENCE, CIO | 26460 CORPORATE AVENUE | SUITE 250 | HAYWARD | CA | 94545 | |
| 13124036 | KEECO, LLC | C/O STEPHEN P. BRUNNER, ATTORNEY AT LAW | 115 SANSOME STREET | SUITE 1250 | SAN FRANCISCO | CA | 94104 | |
| 12650841 | KING COOLING & HEATING | NATIONAL SWAMP COOLER | 3005 CONTRACT AVE. | | LAS VEGAS | NV | 89101 | |
| 12822724 | KLASFELD, SHEANA | ADDRESS ON FILE | | | | | | |
| 15514278 | LAURENCE BARTON LLC | 3408 S ATLANTIC AVE. | | | COCOA BEACH | FL | 32931 | |
| 13064051 | LAURENCE BARTON LLC | 4702 TENNYSON DRIVE | | | ROCKLEDGE | FL | 32955 | |
| 12876475 | LITTLE GIANT LADDER SYSTEMS, LLC | ATTN: MARGO BJARNSON | 1198 NORTH SPRING CREEK PLACE | | SPRINGVILLE | UT | 84663 | |
| 12828786 | MARATHON WATCH COMPANY LTD | 8355 JANE STREET | UNIT 1 | | VAUGHAN | ON | L4K5Y3 | CANADA |
| 18951698 | MENTHOLATUM CO. INC | BOX 347142 | | | PITTSBURGH | PA | 15251 | |
| 18956257 | MENTHOLATUM CO. INC | JEANINE SORTISIO | 707 STERLING DR. | | ORCHARD PARK | NY | 14127 | |
| 15549374 | MILBERG FACTORS, INC | ATTN: BARRY MACHOWSKY | 99 PARK AVENUE, 21F | | NEW YORK | NY | 10016 | |
| 15539813 | MIRACLE INTERNATIONAL INC. | 2650 SCOTLAND DRIVE | | | ALABASTER | AL | 35007 | |
| 12869926 | MITCHELL, ALTON ANTONIO | ADDRESS ON FILE | | | | | | |
| 12995972 | NEARLY NATURAL LLC | 3870 W 108TH STREET, SUITE 20 | | | HIALEAH | FL | 33018 | |
| 18990259 | NESPRESSO USA | ATTN: NANCY REYNOSO | 30500 BAINBRIDGE ROAD | | SOLON | OH | 44139 | |
| 18990261 | NESPRESSO USA | PO BOX 2425 | | | CAROL STREAM | IL | 60132 | |
| 12823771 | NORTHERN INDIANA PUBLIC SERVICE COMPANY | 801 E 86TH AVE. | | | MERRILLVILLE | IN | 46410 | |

In re: Bed Bath Beyond Inc., *et al.*

Case No. 23-13359 (VFP)

Page 1 of 1