**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
   bsandler@pszjlaw.com
   egray@pszjlaw.com
   ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

---

In re:

BED BATH & BEYOND INC., *et al.*,[1]

               Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**Original Hearing Date:**
**Hearing Date:**        September 2, 2025
**Hearing Time:**        10:00 a.m. (ET)
**Response Deadline:**   August 26, 2025

**Continued Hearing Date:**

**Hearing Date:**        September 3, 2025
**Hearing Time:**        10:00 a.m. (ET)
**Response Deadline:**   August 27, 2025

**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4937-0474-6334.1 08728.003

# NOTICE OF CONTINUED HEARING ON PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (503(B)(9) CLAIMS NO. 4)

**TO:     EACH CLAIMANT LISTED ON EXHIBIT A TO THE OBJECTION**[2]

**PLEASE TAKE NOTICE** that the hearing on the *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] (the "<u>Objection</u>") originally scheduled for September 2, 2025, at 10:00 a.m. Eastern Time has been continued to **<u>September 3, 2025, at 10:00 a.m. Eastern Time</u>**.

If you disagree with the Objection (which was previously served on you), you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 27, 2025.**

> Clerk of Court
> United States Bankruptcy Court
>   for the District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

At the same time, you must also serve a copy of the response upon the Plan Administrator's attorneys:

> Robert J. Feinstein, Esq.
> Bradford J. Sandler, Esq.
> Erin Gray, Esq.
> Edward A. Corma, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 1700 Broadway, 36th Floor
> New York, NY 10019

If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Vincent F. Papalia on **September 3, 2025, at 10:00 a.m.**

---

[2]   In accordance with Local Bankruptcy Rule 3007-2, the Claims Agent served a separate copy of this Notice that was specifically tailored to each individual identified on Exhibit A to the Objection.

**Eastern Time** at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street Newark, New Jersey 07102.

**PLEASE TAKE NOTICE** that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. one (1) business day prior to the scheduled hearing.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: August 18, 2025 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| |       bsandler@pszjlaw.com |
| |       egray@pszjlaw.com |
| |       ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |