<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

</td></tr>
</table>

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## ADJOURNMENT REQUEST

1.    I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.    The Plan Administrator requests adjournment of the below hearing as it relates to

Claim No. 8108 filed by MerchSource, LLC.

Matter:  Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4266].

Current hearing date and time:  September 3, 2025, at 10:00 a.m.

New date requested:  October 15, 2025, at 10:00 a.m.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Reason for adjournment request:  The parties require additional time to pursue a resolution of Docket No. 4266 as it relates to Claim No. 8108 filed by MerchSource, LLC.

3.    Consent to adjournment:

[X]    I have the consent of all parties.

[  ]    I do not have the consent of all parties (explain below):

4.    Please note that this adjournment request relates only to Claim No. 8108 filed by MerchSource, LLC regarding the *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] (the "22nd Omnibus Objection"). The Plan Administrator is not requesting an adjournment as to the remaining claims included in the 22nd Omnibus Objection, which will go forward, as noticed, for hearing on September 2, 2025 at 10:00 a.m.

I certify under penalty of perjury that the foregoing is true.

Date: August 20, 2025          */s/ Edward A. Corma*_____
                               Signature

COURT USE ONLY:_____

The request for adjournment is:              (Solely as to Claim No. 8108 filed by
                                             MerchSource, LLC)
                                             /

X    Granted    New hearing date:  **10/15/25 @ 10am** Peremptory

☐    Granted over objection(s)    New hearing date:          ☐    Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**