Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  23−13359−VFP
                Chapter:  11
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bed Bath & Beyond Inc.
   650 Liberty Avenue
   Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
   11−2250488

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/15/25 at 10:00 AM

to consider and act upon the following:

*4296* − AMENDED ORDER SUSTAINING PLAN ADMINISTRATORS NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO AND GRANTING RELATED RELIEF (related document:4277 Order (Generic)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/22/2025. (mcp)

Dated: 8/22/25

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court