| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Original Hearing Date and Time**<br>**July 29, 2025 at 10:00 a.m. (ET)**<br>**Response Deadline: July 22, 2025**<br><br>**Continued Hearing Date and Time**<br>**August 26, 2025 at 10:00 a.m. (ET)**<br>**Response Deadline: August 19, 2025** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**PLAN ADMINISTRATOR'S TWENTIETH OMNIBUS OBJECTION**
**(SUBSTANTIVE) TO CLAIMS(503(B)(9) CLAIMS NO. 2)**
**AS TO CLAIM 5752 OF NEW RELIC, INC.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1. On June 24, 2025, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors") filed the *Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2)* [Docket No. 4158] (the "Omnibus Objection") and the *Notice of Objection to Your Claim* [Docket No. 4159] (the "Notice").

2. Kroll Restructuring Administration LLC served the Omnibus Objection and Notice on June 25, 2025, upon the parties listed in the *Affidavit of Service* [Docket No. 4177].

3. Pursuant to the Notice, the deadline for parties to file responses to the Omnibus Objection was on July 22, 2025 (the "Objection Deadline"). The Plan Administrator received an informal response from New Relic, Inc. ("New Relic") in regard to its Claim No. 5752 (the "New Relic Claim"). No objections or responses to the Omnibus Objection were filed on the docket on or before the Objection Deadline.

4. On July 23, 2025, the Court granted an *Adjournment Request* [Docket No. 4182] adjourning the hearing on the Omnibus Objection from July 29, 2025, to August 26, 2025, solely as related to the New Relic Claim to allow the Plan Administrator and New Relic (the "Parties") additional time to pursue a resolution of the Omnibus Objection as related to the New Relic Claim.

5. On August 1, 2025, the Court entered the *Order Sustaining Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2)* [Docket No. 4274] (the "Omnibus Order") related the Disputed Claims listed on Exhibit 1 to the Omnibus Order. The

---

[2] Pursuant to the Certificate *of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

Omnibus Order did not include the New Relic Claim as the Parties were granted additional time to pursue a resolution.

6. Counsel to New Relic has advised counsel to the Plan Administrator that it has no objection to the relief requested in the Objection.

7. Accordingly, the Plan Administrator respectfully requests that the Court enter the *Supplemental Order Sustaining Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2) as to Claim 5752 of New Relic, Inc.* (the "Proposed Order") attached hereto as **Exhibit A**.

Dated: August 22, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
    bsandler@pszjlaw.com
    egray@pszjlaw.com
    ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

4911-5549-0146.1 08728.003