UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

---

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 26, 2025, AT 10:00 A.M. (ET)**

> Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.  Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_ Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.

**I.    MATTERS RESOLVED**

1. Continued hearing on Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4156] as to creditor Continental Web Press, Inc.

    Response Deadline:  July 22, 2025.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4911-3052-4001.3 08728.003

Responses Received:

    (a)    Continental Web Press, Inc. Response to Plan Administrators' Nineteenth Omnibus Objection to Administrative Claim [Docket No. 4185].

    (b)    Informal Response Received from Comfort in the Sun, Inc. [Unfiled].

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4157].

    (b)    Affidavit of Service [Docket No. 4177].

    (c)    Determination of Adjournment Request [Docket No. 4261].

    (d)    Plan Administrator's Reply to Claimant's Response to Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4264].

    (e)    [ENTERED] Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4277].

    (f)    [ENTERED] Amended Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4296].

    (g)    Notice of Hearing [Docket No. 4297].

Status: Claim No. 17751 filed by Continental Web Press, Inc. has been resolved, and the parties are in the process of preparing a Stipulation and Consent Order. In the event that the Stipulation and Consent Order is not filed prior to the hearing on this matter, the parties request an adjournment of the hearing to September 3, 2025, at 10:00 a.m. A hearing on Claim No. 17751 is not necessary unless the Court has any questions.[2]

2.    Continued hearing on Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2) [Docket No. 4158] as to creditor New Relic, Inc..

Response Deadline: July 22, 2025.

---

[2] The Objection as it relates to Claim No. 15870 filed by Comfort in the Sun, Inc. has been rescheduled for hearing on October 15, 2025, at 10:00 a.m. Eastern Time pursuant to Docket 4296.

Responses Received:

    (a)    Informal Response Received from New Relic, Inc. Related to Claim No. 5752 [Unfiled].

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4159].

    (b)    Affidavit of Service [Docket No. 4177].

    (c)    Determination of Adjournment Request [Docket No. 4182].

    (d)    [ENTERED] Order Sustaining Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2) [Docket No. 4274].

    (e)    Certification of No Objection Regarding Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims(503(b)(9) Claims No. 2) as to Claim 5752 of New Relic, Inc. [Docket No. 4298].

Status: This matter is resolved and the parties are awaiting entry of the Supplemental Order Sustaining Plan Administrator's Twentieth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 2) as to Claim No. 5752 of New Relic, Inc., which was attached as Exhibit A to the Certificate of No Objection [Docket No. 4298]. A hearing is not necessary unless the Court has questions.

Dated: August 25, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
      bsandler@pszjlaw.com
      egray@pszjlaw.com
      ecorma@pszjlaw.com

*Counsel to the Plan Administrator*