# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 4, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) To Claims (503(b)(9) Claims No. 2) [Docket No. 4277]

Dated: August 22, 2025

/s/ *Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 22, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 90576

**<u>Exhibit A</u>**

Exhibit A
Affected Claimants Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 15556747 | AMERICAN HOME FASHION INC. | 153 PINEHURST DR | | OAKVILLE | ON | L6J 4W7 | CANADA |
| 15556745 | AMERICAN HOME FASHION INC. | 171 MADISON AVE | SUITE 1008 | NEW YORK | NY | 10016 | |
| 12864443 | AVANCHY LLC | 10570 JOHN W ELLIOT DRIVE | SUITE 600 | FRISCO | TX | 75034 | |
| 12753172 | BAREBONES LIVING | 1215 E WILMINGTON AVE SUITE 140 | | SALT LAKE CITY | UT | 84106 | |
| 15513880 | BELLABU BEAR LLC | 1012 BRIOSO DRIVE, SUITE 102 | | COSTA MESA | CA | 92627 | |
| 13045058 | BELLABU BEAR LLC | 1048 SPINNAKER RUN | | COSTA MESA | CA | 92627 | |
| 12829918 | BLAIR IMAGE ELEMENTS | PO BOX 2566 | | ALTOONA | PA | 16603 | |
| 15529393 | BLUE BOX OPCO LLC | YAT MAN CHAN | 10025 MESA RIM RD | SAN DIEGO | CA | 92121 | |
| 13123954 | BRITAX CHILD SAFETY, INC. | BARNES & THORNBURG LLP | ATTN: GREGORY PLOTKO, 390 MADISON AVENUE, 12TH FLOOR | NEW YORK | NY | 10017-2509 | |
| 13123955 | BRITAX CHILD SAFETY, INC. | MARK AKINLADE, DIRECTOR | 4140 PLEASANT ROAD | FORT MILL | SC | 29708 | |
| 13123709 | BRITAX CHILD SAFETY, INC. | ATTN: GREGORY PLOTKO, BARNES & THORNBURG LLP | 390 MADISON AVENUE, 12TH FLOOR | NEW YORK | NY | 10017-2509 | |
| 16825548 | BRITE STAR MFGCO | 2900 S 20TH STREET | | PHILADELPHIA | PA | 19145 | |
| 12999092 | BROADLEAF COMMERCE LLC | 5700 TENNYSON PARKWAY | SUITE 300 | PLANO | TX | 75024 | |
| 20803411 | CERES CHILL CO. | ATTN: LISA MYERS | 10750 N. MADISON AVENUE NE | BAINBRIDGE ISLAND | WA | 98100 | |
| 20803394 | CERES CHILL CO. | PERKINS COIE LLP | C/O ALAN D. SMITH, 1201 THIRD AVENUE | SEATTLE | WA | 98101 | |
| 13112939 | CERULIUM CORPORATION | 221 BRONLOW DRIVE | | IRMO | SC | 29063 | |
| 12864522 | CGG HOME FASHIONS | 55 WEBSTER AVENUE | SUITE 202 | NEW ROCHELLE | NY | 10801 | |
| 12747040 | CHEFS CORNER STORE | 9800 E EASTER AVE STE 125 | | CENTENNIAL | CO | 80112 | |
| 18170075 | COMFORT IN THE SUN, INC. | 4957 W POSSE DRIVE | | ELOY | AZ | 85131 | |
| 12982588 | CONAIR LLC | 50 MILLSTONE ROAD | BLDG 100, SUITE 200 | EAST WINDSOR | NJ | 08520 | |
| 12875803 | CONCORD GLOBAL TRADING | 500 S MAIN STREET | | MOORESVILLE | NC | 28115 | |
| 13067359 | CONIMAR GROUP LLC | TAMMY E. HULSEY | OFFICE COORDINATOR/ACCOUNTS RECEIVABLE , 1724 NE 22 AVENUE | OCALA | FL | 34481 | |
| 13067358 | CONIMAR GROUP LLC | TAMMY HULSEY | P.O. BOX 1509 | OCALA | FL | 34478-1509 | |
| 12824348 | COOLA LLC | 6023 INNOVATION WAY | SUITE 110 | CARLSBAD | CA | 92009 | |
| 12899334 | COZY PRODUCTS, INC. | 845 N LARCH AVE | SUITE 2 | ELMHURST | IL | 60126 | |
| 12902578 | CS NORCAL INC DBA REDHAMMER BUILDING SERVICES | 3741 BUSINESS DRIVE SUITE 200 | | SACRAMENTO | CA | 95820 | |
| 18990038 | CUSTOM PERSONALIZATION SOLUTIONS | 21 S MITCHELL CT | | ADDISON | IL | 60101 | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1