# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ali Hamza, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) To Claims (503(b)(9) Claims No. 3) [Docket No. 4289]

Dated: August 25, 2025

*/s/ Ali Hamza*
Ali Hamza

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 25, 2025, by Ali Hamza, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 90903

**<u>Exhibit A</u>**

Exhibit A
Affected Claimants Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 13058579 | NUU GARDEN | 6366 CORLEY RD | | | NORCROSS | GA | 30071 | |
| 12908963 | ORIENTALIST HOME/OKL | 3901 LIBERTY AVE SECOND FLOOR | SUITE 13 | | NORTH BERGEN | NJ | 07047 | |
| 12754365 | OVER & BACK INC. | 350 MOTOR PARKWAY | SUITE 404 | | HAUPPAUGE | NY | 11788 | |
| 13116086 | OZERI | 5963 OLIVAS PARK DRIVE | SUITE F | | VENTURA | CA | 93003 | |
| 13048774 | PALM CONSOLIDATED PTY LTD | 704 SOUTH ROAD | | | MOORABBIN, VICTORIA | | 3189 | AUSTRALIA |
| 13056958 | PEAPODMATS BEDDING LTD. | PO BOX 72088 SASAMAT RPO | | | VANCOUVER | BC | V6R4P2 | CANADA |
| 12761131 | PEM- AMERICA INC. | STEVEN M, KAPLAN ESQ. | KAPLAN LEVINSON PC | 930 SYLVAN AVENUE, SUITE 100 | ENGLEWOOD CLIFFS | NJ | 07632 | |
| 12917112 | PENANG INTERNATIONAL INC. | ARCADIA GARDEN PRODUCTS | P O BOX 1634 | | APOPKA | FL | 32704 | |
| 15424483 | PENANG INTERNATIONAL INC. | KIMBERLY RODRIGUEZ, ACCOUNTS RECEIVABLE MANAGER | 4700 PLYMOUTH SORRENTO ROAD | | APOPKA | FL | 32712 | |
| 13088447 | PLAINVIEW HEALTH CORPORATION | 71 WELLINGTON ROAD | | | EAST BRUNSWICK | NJ | 08816 | |
| 12949076 | PRIMA USA TRAVEL INC | 2557 YATES AVENUE | | | COMMERCE | CA | 90040 | |
| 12915997 | REYES, LEIDY | ADDRESS ON FILE | | | | | | |
| 12754545 | ROCASUBA INC. | 168 INDUSTRIAL DRIVE BLDG 1 | | | MASHPEE | MA | 02649 | |
| 26953304 | SAFAVIEH INT'L | 40 HARBOR PARK DRIVE | | | PORT WASHINGTON | NY | 11050 | |
| 26953306 | SAFAVIEH INT'L | DAVID EDELBERG, ESQ. | SCARINCI HOLLENBECK | 150 CLOVE ROAD, 9TH FL | LITTLE FALLS | NJ | 07424 | |
| 12654987 | SAFAVIEH INTL LLC | LOCKBOX 10000 | P.O. BOX 70280 | | PHILADELPHIA | PA | 19176-0280 | |
| 12654800 | SAFAVIEH INTL LLC | SAFAVIEH | 40 HARBOR PARK DRIVE | | PORT WASHINGTON | NY | 11050 | |
| 12835191 | SHADYFACE, INC. | 3733 MACBETH DRIVE | | | SAN JOSE | CA | 95127 | |
| 12748305 | SPLINTEK INC. | 15555 WEST 108TH STREET | | | LENEXA | KS | 66219 | |
| 12927509 | SPRITE INDUSTRIES, INC. | 1791 RAILROAD ST | | | CORONA | CA | 92878-5011 | |
| 12880425 | SUNDOWN INDUSTRIES CORP | 15 WEST MALL | | | PLAINVIEW | NY | 11803 | |
| 13057758 | SWIFT AIR | 2101 LEOPARD ST | | | CORPUS CHRISTI | TX | 78408 | |
| 12867944 | SYMPHONY BEAUTY BOX CORP. | 43 GRAND BLVD. | | | BRENTWOOD | NY | 11717 | |
| 12829816 | T MERCHANDISING SERVICES PVT LTD. | C-171A | HOSIERY COMPLEX | PHASE - II | NOIDA, UTTAR PRADESH | | 201305 | INDIA |
| 13123989 | TEALIUM INC. | 9605 SCRANTON ROAD | SUITE 600 | | SAN DIEGO | CA | 92121 | |
| 12996542 | THE NORTHWEST GROUP LLC | 1535 W 139TH ST | | | GARDENA | CA | 90249 | |
| 15474777 | THE NORTHWEST GROUP LLC | TRACY L. KLESTADT - KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | 200 WEST 41 STREET | 17TH FLOOR | NEW YORK | NY | 10036 | |
| 13084237 | TOUCHLAND LLC | 100 SE 2ND ST | SUITE 2000 | | MIAMI | FL | 33131 | |
| 15553551 | TRAVEL CHAIR COMPANY | MONICA BELINDA WESTFALL-CASTRO | ACCOUNTING MANAGER | 5709 34TH AVENUE | GIG HARBOR | WA | 98335 | |
| 15544046 | TRAVEL CHAIR COMPANY | PO BOX 1757 | | | GIG HARBOR | WA | 98335 | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1