| | |
|---|---|
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Philip Gross, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: krosen@lowenstein.com<br>Email: mseymour@lowenstein.com<br>Email: pgross@lowenstein.com<br><br>*Co-Counsel to Michaels Stores, Inc* | **WHITE & CASE LLP**<br>Gregory F. Pesce, Esq. *(pro hac vice pending)*<br>Laura E. Baccash, Esq. *(pro hac vice pending)*<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606-4302<br>Telephone: (312) 881-5400<br>Email: gregory.pesce@whitecase.com<br>Email: laura.baccash@whitecase.com<br><br>-and-<br><br>Samuel P. Hershey, Esq. *(pro hac vice pending)*<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: sam.hershey@whitecase.com<br><br>-and-<br><br>Devin J. Rivero, Esq. *(pro hac vice pending)*<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>Telephone: (305) 371-2700<br>Email: devin.rivero@whitecase.com |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Lowenstein Sandler LLP and White & Case LLP hereby appear as counsel of record for Michaels Stores, Inc. ("Michaels") pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Michaels, by and through its undersigned counsel, hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

| LOWENSTEIN SANDLER LLP | WHITE & CASE LLP |
|---|---|
| Kenneth A. Rosen, Esq. | Gregory F. Pesce, Esq. *(pro hac vice pending)* |
| Mary E. Seymour, Esq. | Laura E. Baccash, Esq. *(pro hac vice pending)* |
| Philip J. Gross, Esq. | 111 South Wacker Drive, Suite 5100 |
| One Lowenstein Drive | Chicago, IL 60606-4302 |
| Roseland, NJ 07068 | Telephone: (312) 881-5400 |
| Telephone (973) 597-2500 | Email: gregory.pesce@whitecase.com |
| E-mail: krosen@lowenstein.com | Email: laura.baccash@whitecase.com |
| Email: mseymour@lowenstein.com | |
| E-mail: pgross@lowenstein.com | |

-and-

Samuel P. Hershey, Esq. *(pro hac vice pending)*
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: sam.hershey@whitecase.com

-and-

Devin J. Rivero, Esq. *(pro hac vice pending)*
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Email:  devin.rivero@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of Michaels, to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Michaels is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  July 17, 2023

**LOWENSTEIN SANDLER LLP**

By: /s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500
E-mail: krosen@lowenstein.com
Email: mseymour@lowenstein.com
E-mail: pgross@lowenstein.com

-and-

**WHITE & CASE LLP**
Gregory F. Pesce, Esq. *(pro hac vice pending)*
Laura E. Baccash, Esq. *(pro hac vice pending)*
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com
Email: laura.baccash@whitecase.com

-and-

Samuel P. Hershey, Esq. *(pro hac vice pending)*
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: sam.hershey@whitecase.com

-and-

Devin J. Rivero, Esq. *(pro hac vice pending)*
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Email:  devin.rivero@whitecase.com

*Co-Counsel to Michaels Stores, Inc.*