| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Original Hearing Date and Time**<br>**August 12, 2025 at 10:00 a.m. (ET)**<br>**Response Deadline: August 5, 2025**<br><br>**Continued Hearing Date and Time**<br>**September 3, 2025 at 10:00 a.m. (ET)**<br>**Response Deadline: August 27, 2025** |

**CERTIFICATION OF NO OBJECTION REGARDING
PLAN ADMINISTRATOR'S TWENTY-FIRST OMNIBUS OBJECTION
(SUBSTANTIVE) TO CLAIMS (503(B)(9) CLAIMS NO. 3)
AS TO CLAIM 172 OF PEM-AMERICA, INC.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1.      On July 7, 2025, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors") filed the *Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4169] (the "Omnibus Objection") and the *Notice of Objection to Your Claim* [Docket No. 4170] (the "Notice").

2.      Kroll Restructuring Administration LLC served the Omnibus Objection and Notice on July 8, 2025, upon the parties listed in the *Affidavit of Service* [Docket No. 4262].

3.      Pursuant to the Notice, the deadline for parties to file responses to the Omnibus Objection was on August 5, 2025 (the "Objection Deadline"). The Plan Administrator received an informal response from Pem-America, Inc. ("Pem-America") in regard to its Claim No. 172 (the "Pem-America Claim").

4.      On August 1, 2025, the Court granted an *Adjournment Request* [Docket No. 4271] adjourning the hearing on the Omnibus Objection from August 12, 2025 to September 2, 2005 (later changed by the Court to September 3, 2025), solely as related to the Pem-America Claim to allow the Plan Administrator and Pem-America additional time to pursue a resolution of the Omnibus Objection as related to the Pem-America Claim.

5.      On August 15, 2025, the Court entered the *Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4289] (the "Omnibus Order") related the Disputed Claims listed on Exhibit 1 to the Omnibus

---

[2] Pursuant to the Certificate *of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc*., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

Order. The Omnibus Order did not include the Pem-America Claim as the parties were granted

additional time to pursue a resolution.

6.        Counsel to Pem-America has advised counsel to the Plan Administrator that it has

no objection to the relief requested in the Objection.

7.        Accordingly, the Plan Administrator respectfully requests that the Court enter the

*Supplemental Order Sustaining Plan Administrator's Twenty-First Omnibus Objection*

*(Substantive) to Claims (503(b)(9) Claims No. 3) as to Claim 172 of Pem-America, Inc.* (the

"Proposed Order") attached hereto as **Exhibit A**.

Dated:  August 29, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         egray@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

4926-1312-1636.1 08728.003