# **EXHIBIT A**

**United States Bankruptcy Court, District of New Jersey (Newark)**

| Fill in this information to identify the case (Select only one Debtor per claim form): | | | |
|---|---|---|---|
| ☒ Bed Bath & Beyond Inc. (Case No. 23-13359) | ☐ Alamo Bed Bath & Beyond Inc. (Case No. 23-13360) | ☐ BBB Canada LP Inc. (Case No. 23-13361) | ☐ BBB Value Services Inc. (Case No. 23-13362) |
| ☐ BBBY Management Corporation (Case No. 23-13363) | ☐ BBBYCF LLC (Case No. 23-13364) | ☐ BBBYTF LLC (Case No. 23-13365) | ☐ bed 'n bath Stores Inc. (Case No. 23-13396) |
| ☐ Bed Bath & Beyond of Annapolis, Inc. (Case No. 23-13366) | ☐ Bed Bath & Beyond of Arundel Inc. (Case No. 23-13367) | ☐ Bed Bath & Beyond of Baton Rouge Inc. (Case No. 23-13368) | ☐ Bed Bath & Beyond of Birmingham Inc. (Case No. 23-13369) |
| ☐ Bed Bath & Beyond of Bridgewater Inc. (Case No. 23-13370) | ☐ Bed Bath & Beyond of California Limited Liability Company (Case No. 23-13371) | ☐ Bed Bath & Beyond of Davenport Inc. (Case No. 23-13372) | ☐ Bed Bath & Beyond of East Hanover Inc. (Case No. 23-13373) |
| ☐ Bed Bath & Beyond of Edgewater Inc. (Case No. 23-13374) | ☐ Bed Bath & Beyond of Falls Church, Inc. (Case No. 23-13375) | ☐ Bed Bath & Beyond of Fashion Center, Inc. (Case No. 23-13376) | ☐ Bed Bath & Beyond of Frederick, Inc. (Case No. 23-13377) |
| ☐ Bed Bath & Beyond of Gaithersburg Inc. (Case No. 23-13378) | ☐ Bed Bath & Beyond of Gallery Place L.L.C. (Case No. 23-13379) | ☐ Bed Bath & Beyond of Knoxville Inc. (Case No. 23-13380) | ☐ Bed Bath & Beyond of Lexington Inc. (Case No. 23-13381) |
| ☐ Bed Bath & Beyond of Lincoln Park Inc. (Case No. 23-13382) | ☐ Bed Bath & Beyond of Louisville Inc. (Case No. 23-13383) | ☐ Bed Bath & Beyond of Mandeville Inc. (Case No. 23-13384) | ☐ Bed, Bath & Beyond of Manhattan, Inc. (Case No. 23-13397) |
| ☐ Bed Bath & Beyond of Opry Inc. (Case No. 23-13385) | ☐ Bed Bath & Beyond of Overland Park Inc. (Case No. 23-13386) | ☐ Bed Bath & Beyond of Palm Desert Inc. (Case No. 23-13387) | ☐ Bed Bath & Beyond of Paradise Valley Inc. (Case No. 23-13388) |
| ☐ Bed Bath & Beyond of Pittsford Inc. (Case No. 23-13389) | ☐ Bed Bath & Beyond of Portland Inc. (Case No. 23-13390) | ☐ Bed Bath & Beyond of Rockford Inc. (Case No. 23-13391) | ☐ Bed Bath & Beyond of Towson Inc. (Case No. 23-13392) |
| ☐ Bed Bath & Beyond of Virginia Beach Inc. (Case No. 23-13393) | ☐ Bed Bath & Beyond of Waldorf Inc. (Case No. 23-13394) | ☐ Bed Bath & Beyond of Woodbridge Inc. (Case No. 23-13395) | ☐ Buy Buy Baby of Rockville, Inc. (Case No. 23-13398) |
| ☐ Buy Buy Baby of Totowa, Inc. (Case No. 23-13399) | ☐ Buy Buy Baby, Inc. (Case No. 23-13400) | ☐ BWAO LLC (Case No. 23-13401) | ☐ Chef C Holdings LLC (Case No. 23-13402) |
| ☐ Decorist, LLC (Case No. 23-13403) | ☐ Deerbrook Bed Bath & Beyond Inc. (Case No. 23-13404) | ☐ Harmon of Brentwood, Inc. (Case No. 23-13405) | ☐ Harmon of Caldwell, Inc. (Case No. 23-13406) |
| ☐ Harmon of Carlstadt, Inc. (Case No. 23-13407) | ☐ Harmon of Franklin, Inc. (Case No. 23-13408) | ☐ Harmon of Greenbrook II, Inc. (Case No. 23-13409) | ☐ Harmon of Hackensack, Inc. (Case No. 23-13410) |
| ☐ Harmon of Hanover, Inc. (Case No. 23-13411) | ☐ Harmon of Hartsdale, Inc. (Case No. 23-13412) | ☐ Harmon of Manalapan, Inc. (Case No. 23-13413) | ☐ Harmon of Massapequa, Inc. (Case No. 23-13414) |
| ☐ Harmon of Melville, Inc. (Case No. 23-13415) | ☐ Harmon of New Rochelle, Inc. (Case No. 23-13416) | ☐ Harmon of Newton, Inc. (Case No. 23-13417) | ☐ Harmon of Old Bridge, Inc. (Case No. 23-13418) |
| ☐ Harmon of Plainview, Inc. (Case No. 23-13419) | ☐ Harmon of Raritan, Inc. (Case No. 23-13420) | ☐ Harmon of Rockaway, Inc. (Case No. 23-13421) | ☐ Harmon of Shrewsbury, Inc. (Case No. 23-13422) |
| ☐ Harmon of Totowa, Inc. (Case No. 23-13423) | ☐ Harmon of Wayne, Inc. (Case No. 23-13424) | ☐ Harmon of Westfield, Inc. (Case No. 23-13425) | ☐ Harmon of Yonkers, Inc. (Case No. 23-13426) |
| ☐ Harmon Stores, Inc. (Case No. 23-13427) | ☐ Liberty Procurement Co. Inc. (Case No. 23-13428) | ☐ Of a Kind, Inc. (Case No. 23-13429) | ☐ One Kings Lane LLC (Case No. 23-13430) |
| ☐ San Antonio bed Bath & Beyond Inc. (Case No. 23-13431) | ☐ Springfield Buy Buy Baby, Inc. (Case No. 23-13432) | | |

**Claim Number: 2654**

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Water-Stream LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Water-Stream

**2. Has this claim been acquired from someone else?**

[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Address1: 4923 Cape Coral Drive,
Address2:
Address3:
Address4:
City: Dallas,
State: Texas,
Postal Code: 75287
Country:
Contact phone: 8552555544
Contact email: gary@water-stream.com

**Where should payments to the creditor be sent?** (if different)

Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:
Contact phone:
Contact email:

**4. Does this claim amend one already filed?**

[✓] No
[ ] Yes.   Claim number on court claims registry (if known) _____    Filed on ___ / ___ / ___
                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[✓] No
[ ] Yes. Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|
| 7. **How much is the claim?** | $ 10166.04 . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>Goods sold on Bed Bath and Beyond Website |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:                                  $ _____<br><br>**Amount of the claim that is secured:**         $ _____<br><br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ _____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    ☑ No
    ☐ Yes. *Check one:*

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    | | Amount entitled to priority |
    |---|---|
    | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
    | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
    | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
    | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
    | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
    | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

    \* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

    ☐ No
    ☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ 10166.04

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*    05/26/2023

Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name: Gary    Flax
        First name    Middle name    Last name

Title: Manager

Company: Water-Stream LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 4923 Cape Coral Drive,
         Number    Street
         Dallas,    Texas,    75287
         City    State    ZIP Code    Country

Contact phone: 8552555544    Email: gary@water-stream.com

## Additional Noticing Addresses (if provided):

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided

- [✓] Yes
- [ ] No

--------------------------------------------------------------------------------------------------

Attachment Filename:

OpenPayables from Bed Bath and Beyond Vendor Portal.pdf

**KROLL**

| Vendor Number | Vendor Name | Concept | Invoice# | Invoice Date | Date to Paid | PO# | Store | Notes | Status | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV382171 | 05/31/2022 | 05/31/2022 | | 990 | | APPROVE | -$4.50 | $0.00 | -$4.50 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV383502 | 06/06/2022 | 06/06/2022 | | 990 | | APPROVE | -$10.47 | $0.00 | -$10.47 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV384830 | 06/13/2022 | 06/13/2022 | | 990 | | APPROVE | -$8.17 | $0.00 | -$8.17 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV386157 | 06/20/2022 | 06/20/2022 | | 990 | | APPROVE | -$8.22 | $0.00 | -$8.22 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV387490 | 06/27/2022 | 06/27/2022 | | 990 | | APPROVE | -$7.96 | $0.00 | -$7.96 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV388803 | 07/05/2022 | 07/05/2022 | | 990 | | APPROVE | -$10.70 | $0.00 | -$10.70 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV390060 | 07/11/2022 | 07/11/2022 | | 990 | | APPROVE | -$21.07 | $0.00 | -$21.07 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV391325 | 07/18/2022 | 07/18/2022 | | 990 | | APPROVE | -$12.95 | $0.00 | -$12.95 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV392568 | 07/25/2022 | 07/25/2022 | | 990 | | APPROVE | -$2.25 | $0.00 | -$2.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV393761 | 08/01/2022 | 08/01/2022 | | 990 | | APPROVE | -$18.17 | $0.00 | -$18.17 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV394962 | 08/08/2022 | 08/08/2022 | | 990 | | APPROVE | -$13.67 | $0.00 | -$13.67 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV396140 | 08/15/2022 | 08/15/2022 | | 990 | | APPROVE | -$7.24 | $0.00 | -$7.24 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV397301 | 08/22/2022 | 08/22/2022 | | 990 | | APPROVE | -$2.74 | $0.00 | -$2.74 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV398398 | 08/29/2022 | 08/29/2022 | | 990 | | APPROVE | -$6.59 | $0.00 | -$6.59 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV399391 | 09/05/2022 | 09/05/2022 | | 990 | | APPROVE | -$3.62 | $0.00 | -$3.62 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV400320 | 09/12/2022 | 09/12/2022 | | 990 | | APPROVE | -$5.87 | $0.00 | -$5.87 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV401206 | 09/19/2022 | 09/19/2022 | | 990 | | APPROVE | -$7.70 | $0.00 | -$7.70 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV402065 | 09/26/2022 | 09/26/2022 | | 990 | | APPROVE | -$5.48 | $0.00 | -$5.48 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV402909 | 10/03/2022 | 10/03/2022 | | 990 | | APPROVE | -$2.25 | $0.00 | -$2.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV403701 | 10/10/2022 | 10/10/2022 | | 990 | | APPROVE | -$10.96 | $0.00 | -$10.96 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV404477 | 10/17/2022 | 10/17/2022 | | 990 | | APPROVE | -$5.71 | $0.00 | -$5.71 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV405207 | 10/24/2022 | 10/24/2022 | | 990 | | APPROVE | -$2.25 | $0.00 | -$2.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV406628 | 11/07/2022 | 11/07/2022 | | 990 | | APPROVE | -$1.76 | $0.00 | -$1.76 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV407316 | 11/14/2022 | 11/14/2022 | | 990 | | APPROVE | -$0.88 | $0.00 | -$0.88 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV408003 | 11/21/2022 | 11/21/2022 | | 990 | | APPROVE | -$0.44 | $0.00 | -$0.44 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV408666 | 11/28/2022 | 11/28/2022 | | 990 | | APPROVE | -$5.24 | $0.00 | -$5.24 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV409335 | 12/05/2022 | 12/05/2022 | | 990 | | APPROVE | -$1.32 | $0.00 | -$1.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV410014 | 12/12/2022 | 12/12/2022 | | 990 | | APPROVE | -$1.76 | $0.00 | -$1.76 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV410633 | 12/19/2022 | 12/19/2022 | | 990 | | APPROVE | -$0.44 | $0.00 | -$0.44 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV411279 | 12/26/2022 | 12/26/2022 | | 990 | | APPROVE | -$7.16 | $0.00 | -$7.16 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | INTV411827 | 01/03/2023 | 01/03/2023 | | 990 | | APPROVE | -$5.66 | $0.00 | -$5.66 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV91438741 | 05/26/2022 | 05/26/2022 | | 135 | RTV 9143 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV91540826 | 06/06/2022 | 06/06/2022 | | 273 | RTV 9154 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV91573810 | 06/09/2022 | 06/09/2022 | | 46 | RTV 9157 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV91658307 | 06/20/2022 | 06/20/2022 | | 658 | RTV 9165 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV91659190 | 06/20/2022 | 06/20/2022 | | 1194 | RTV 9165 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV91904362 | 07/15/2022 | 07/15/2022 | | 213 | RTV 9190 | APPROVE | -$48.74 | $0.00 | -$48.74 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92053457 | 07/28/2022 | 07/28/2022 | | 24 | RTV 9205 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92073911 | 08/01/2022 | 08/01/2022 | | 37 | RTV 9207 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92116594 | 08/04/2022 | 08/04/2022 | | 27 | RTV 9211 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92448922 | 09/06/2022 | 09/06/2022 | | 658 | RTV 9244 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92502236 | 09/13/2022 | 09/13/2022 | | 247 | RTV 9250 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92785734 | 10/13/2022 | 10/13/2022 | | 20 | RTV 9278 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92792012 | 10/13/2022 | 10/13/2022 | | 1093 | RTV 9279 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV92865151 | 10/25/2022 | 10/25/2022 | | 654 | RTV 9286 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | RTV93017940 | 11/13/2022 | 11/13/2022 | | 333 | RTV 9301 | APPROVE | -$76.32 | $0.00 | -$76.32 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | VINS4593325 | 12/07/2022 | 12/07/2022 | | 990 | | APPROVE | -$17.12 | $0.00 | -$17.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16362 | 05/05/2022 | 06/04/2022 | JL9H4PC00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16418 | 05/10/2022 | 06/09/2022 | JM2J6SS00 | 659 | EDI TRAN | APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16419 | 05/10/2022 | 06/09/2022 | JM2K5ZQ00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16436 | 05/11/2022 | 06/10/2022 | JM2N4EX00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16437 | 05/11/2022 | 06/10/2022 | JM2R9EJ00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16438 | 05/11/2022 | 06/10/2022 | JM2S2GF00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16446 | 05/12/2022 | 06/11/2022 | JM2W9RM00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16447 | 05/12/2022 | 06/11/2022 | JM2X3XR00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16448 | 05/12/2022 | 06/11/2022 | JM2X6MV00 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16449 | 05/12/2022 | 06/11/2022 | JM2Z4MA00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16471 | 05/16/2022 | 06/15/2022 | JM3F6AR00 659 | EDI TRAN APPROVE | $205.50 | $4.11 | $201.39 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16472 | 05/16/2022 | 06/15/2022 | JM3H2RW00 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16507 | 05/18/2022 | 06/17/2022 | JM3Z3UE00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16517 | 05/19/2022 | 06/18/2022 | JM4G7ZN00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16518 | 05/19/2022 | 06/18/2022 | JM4K3JW00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16527 | 05/20/2022 | 06/19/2022 | JM4N8RU00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16587 | 05/25/2022 | 06/24/2022 | JM5Q4UY00 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16588 | 05/25/2022 | 06/24/2022 | JM5U7GW00 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16625 | 05/27/2022 | 06/26/2022 | JM6C9DN00 659 | EDI TRAN APPROVE | $90.50 | $1.81 | $88.69 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16660 | 05/30/2022 | 06/29/2022 | JM6M6MA00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16661 | 05/30/2022 | 06/29/2022 | JM6U6KY00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16678 | 05/31/2022 | 06/30/2022 | JM7D4FZ00 659 | EDI TRAN APPROVE | $90.50 | $1.81 | $88.69 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16679 | 05/31/2022 | 06/30/2022 | JM7D8YD00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16690 | 06/01/2022 | 07/01/2022 | JM7M3CC00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16710 | 06/03/2022 | 07/03/2022 | JM7Q3CB00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16711 | 06/03/2022 | 07/03/2022 | JM7T9SM00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16712 | 06/03/2022 | 07/03/2022 | JM8B3NU00 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16746 | 06/06/2022 | 07/06/2022 | JM8C5FV00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16747 | 06/06/2022 | 07/06/2022 | JM8G3XS00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16748 | 06/06/2022 | 07/06/2022 | JM8K9HY00 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16749 | 06/06/2022 | 07/06/2022 | JM8L6NA00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16782 | 06/08/2022 | 07/08/2022 | JM9B9GC00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16794 | 06/09/2022 | 07/09/2022 | JM9H5PA00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16806 | 06/10/2022 | 07/10/2022 | JM9M8RP00 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16834 | 06/13/2022 | 07/13/2022 | JM9X7RH00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16835 | 06/13/2022 | 07/13/2022 | JM9X7VB00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16843 | 06/14/2022 | 07/14/2022 | JN2J6QA00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16844 | 06/14/2022 | 07/14/2022 | JN2J8WR00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16845 | 06/14/2022 | 07/14/2022 | JN2M4AW00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16861 | 06/17/2022 | 07/17/2022 | JN2Y8KA00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16925 | 06/20/2022 | 07/20/2022 | JN3L8TE00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16926 | 06/20/2022 | 07/20/2022 | JN3U7RG00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16948 | 06/21/2022 | 07/21/2022 | JN4A7KK00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16955 | 06/22/2022 | 07/22/2022 | JN4C3WP00 659 | EDI TRAN APPROVE | $112.50 | $2.25 | $110.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16965 | 06/23/2022 | 07/23/2022 | JN4P6RW00 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16998 | 06/27/2022 | 07/27/2022 | JN5H3ND00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 16999 | 06/27/2022 | 07/27/2022 | JN5N6PB00 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17007 | 06/28/2022 | 07/28/2022 | JN5P7TX00 659 | EDI TRAN APPROVE | $112.50 | $2.25 | $110.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17008 | 06/28/2022 | 07/28/2022 | JN5S6MV00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17018 | 06/29/2022 | 07/29/2022 | JN5W3HJ00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17026 | 06/30/2022 | 07/30/2022 | JN6A4ZW00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17027 | 06/30/2022 | 07/30/2022 | JN6D5VD00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17063 | 07/04/2022 | 08/03/2022 | JN6Q5SX00 659 | EDI TRAN APPROVE | $112.50 | $2.25 | $110.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17064 | 07/04/2022 | 08/03/2022 | JN6S2WB00 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17065 | 07/04/2022 | 08/03/2022 | JN6S4KP00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17066 | 07/04/2022 | 08/03/2022 | JN6S8ZZ00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17067 | 07/04/2022 | 08/03/2022 | JN6U2MB00 659 | EDI TRAN APPROVE | $112.50 | $2.25 | $110.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17079 | 07/04/2022 | 08/03/2022 | JN6E4TG00 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17080 | 07/04/2022 | 08/03/2022 | JN6G9PW00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17082 | 07/04/2022 | 08/03/2022 | JN6G9US00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17115 | 07/07/2022 | 08/06/2022 | JN7N2RB00 | 659 | EDI TRAN APPROVE | $112.50 | $2.25 | $110.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17116 | 07/07/2022 | 08/06/2022 | JN7D3DZ00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17117 | 07/07/2022 | 08/06/2022 | JN7E5MB00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17121 | 07/08/2022 | 08/07/2022 | JN7Q5TM00 | 659 | EDI TRAN APPROVE | $112.50 | $2.25 | $110.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17124 | 07/08/2022 | 08/07/2022 | JN7S7YX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17166 | 07/11/2022 | 08/10/2022 | JN7U7XM00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17167 | 07/11/2022 | 08/10/2022 | JN8B2WW00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17168 | 07/11/2022 | 08/10/2022 | JN8D2ZZ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17169 | 07/11/2022 | 08/10/2022 | JN8D6CT00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17170 | 07/11/2022 | 08/10/2022 | JN8E2NG00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17171 | 07/11/2022 | 08/10/2022 | JN8G3CD00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17179 | 07/12/2022 | 08/11/2022 | JN8M6FR00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17198 | 07/15/2022 | 08/14/2022 | JN9F3TB00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17199 | 07/15/2022 | 08/14/2022 | JN9G5EE00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17200 | 07/15/2022 | 08/14/2022 | JN9H2WY00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17250 | 07/19/2022 | 08/18/2022 | JN9X4VX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17251 | 07/19/2022 | 08/18/2022 | JN9Y3JD00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17291 | 07/25/2022 | 08/24/2022 | JP3C9MD00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17292 | 07/25/2022 | 08/24/2022 | JP3F5VX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17317 | 07/26/2022 | 08/25/2022 | JP3G9PP00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17318 | 07/26/2022 | 08/25/2022 | JP3H7JJ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17328 | 07/27/2022 | 08/26/2022 | JP3P6UY00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17329 | 07/27/2022 | 08/26/2022 | JP3S4JS00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17345 | 07/28/2022 | 08/27/2022 | JP3S8GN00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17346 | 07/28/2022 | 08/27/2022 | JP3S8KJ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17347 | 07/28/2022 | 08/27/2022 | JP3U5RE00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17348 | 07/28/2022 | 08/27/2022 | JP3U6QR00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17349 | 07/28/2022 | 08/27/2022 | JP3U9AE00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17350 | 07/28/2022 | 08/27/2022 | JP3V4AS00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17374 | 07/29/2022 | 08/28/2022 | JP3Z6HE00 | 659 | EDI TRAN APPROVE | $160.00 | $3.20 | $156.80 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17380 | 08/01/2022 | 08/31/2022 | JP4E6QJ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17381 | 08/01/2022 | 08/31/2022 | JP4P5CN00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17382 | 08/01/2022 | 08/31/2022 | JP4Q5HY00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17383 | 08/01/2022 | 08/31/2022 | JP4Q8RN00 | 659 | EDI TRAN APPROVE | $148.50 | $2.97 | $145.53 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17407 | 08/02/2022 | 09/01/2022 | JP4T5CT00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17446 | 08/03/2022 | 09/02/2022 | JP4Y5ZM00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17447 | 08/03/2022 | 09/02/2022 | JP4Y6RZ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17467 | 08/05/2022 | 09/04/2022 | JP5J2WN00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17479 | 08/05/2022 | 09/04/2022 | JP5R3QH00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17523 | 08/09/2022 | 09/08/2022 | JP6N2FF00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17526 | 08/09/2022 | 09/08/2022 | JP5X2EE00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17527 | 08/09/2022 | 09/08/2022 | JP6A2JY00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17533 | 08/10/2022 | 09/09/2022 | JP6T3RV00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17566 | 08/11/2022 | 09/10/2022 | JP7F5DX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17567 | 08/11/2022 | 09/10/2022 | JP6Y5AF00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17593 | 08/15/2022 | 09/14/2022 | JP7V9SU00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17626 | 08/16/2022 | 09/15/2022 | JP8E9XX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17663 | 08/22/2022 | 09/21/2022 | JP9J4YF00 | 659 | EDI TRAN APPROVE | $148.50 | $2.97 | $145.53 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17681 | 08/23/2022 | 09/22/2022 | JP9T6GT00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17687 | 08/24/2022 | 09/23/2022 | JP9X3GX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17693 | 08/25/2022 | 09/24/2022 | JQ2C4ZK00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17726 | 08/29/2022 | 09/28/2022 | JQ2V5YX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17727 | 08/29/2022 | 09/28/2022 | JQ2Z2KK00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17762 | 08/31/2022 | 09/30/2022 | JQ3J6PJ00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17839 | 09/08/2022 | 10/08/2022 | JQ5E6PZ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17864 | 09/12/2022 | 10/12/2022 | JQ5R4AS00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17865 | 09/12/2022 | 10/12/2022 | JQ5S9MC00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17866 | 09/12/2022 | 10/12/2022 | JQ5U6MZ00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17867 | 09/12/2022 | 10/12/2022 | JQ5U7FK00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17881 | 09/05/2022 | 10/05/2022 | JQ4A6HH00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17882 | 09/05/2022 | 10/05/2022 | JQ4B3KZ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17883 | 09/05/2022 | 10/05/2022 | JQ4F4XQ00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17884 | 09/05/2022 | 10/05/2022 | JQ4K5QL00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17922 | 09/15/2022 | 10/15/2022 | JQ6J2CM00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17923 | 09/15/2022 | 10/15/2022 | JQ6J8BT00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 17975 | 09/19/2022 | 10/19/2022 | JQ6Y2GY00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18001 | 09/21/2022 | 10/21/2022 | JQ7S5CX00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18002 | 09/21/2022 | 10/21/2022 | JQ7U3YB00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18003 | 09/21/2022 | 10/21/2022 | JQ7V8CL00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18060 | 09/26/2022 | 10/26/2022 | JQ9B3LD00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18078 | 09/28/2022 | 10/28/2022 | JQ9G5EE00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18154 | 10/03/2022 | 11/02/2022 | JR2H7EE00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18155 | 10/03/2022 | 11/02/2022 | JR2J9QS00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18156 | 10/03/2022 | 11/02/2022 | JR2M6CP00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18157 | 10/03/2022 | 11/02/2022 | JR2M8HN00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18168 | 10/04/2022 | 11/03/2022 | JR2R5YS00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18169 | 10/04/2022 | 11/03/2022 | JR2S6SB00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18213 | 10/05/2022 | 11/04/2022 | JR2U7KQ00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18232 | 10/07/2022 | 11/06/2022 | JR3P8KR00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18280 | 10/12/2022 | 11/11/2022 | JR4C2WE00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18305 | 10/14/2022 | 11/13/2022 | JR5F5YC00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18306 | 10/14/2022 | 11/13/2022 | JR5F6NJ00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18307 | 10/14/2022 | 11/13/2022 | JR5K5QF00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18356 | 10/17/2022 | 11/16/2022 | JR5T9PD00 | 659 | EDI TRAN APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18362 | 10/18/2022 | 11/17/2022 | JR5V9DX00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18474 | 10/31/2022 | 11/30/2022 | JR7Y9GB00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18490 | 11/01/2022 | 12/01/2022 | JR8F8YN00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18501 | 11/02/2022 | 12/02/2022 | JR8J7AN00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18510 | 11/03/2022 | 12/03/2022 | JR8T5HM00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18564 | 11/09/2022 | 12/09/2022 | JR9S6GW00 | 659 | EDI TRAN APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18622 | 11/16/2022 | 12/16/2022 | JS3H7PC00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18656 | 11/21/2022 | 12/21/2022 | JS4D4MJ00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18682 | 11/23/2022 | 12/23/2022 | JS4S9GT00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18693 | 11/24/2022 | 12/24/2022 | JS5D4TD00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18727 | 11/25/2022 | 12/25/2022 | JS5J2DX00 | 659 | EDI TRAN APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18762 | 11/28/2022 | 12/28/2022 | JS5R9BE00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18780 | 11/29/2022 | 12/29/2022 | JS7B3VE00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18791 | 11/30/2022 | 12/30/2022 | JS7M5LB00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18850 | 12/05/2022 | 01/04/2023 | JS8T3MW00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18883 | 12/07/2022 | 01/06/2023 | JS9Q3XE00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18894 | 12/08/2022 | 01/07/2023 | JS9R5TJ00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18906 | 12/09/2022 | 01/08/2023 | JS9X9WJ00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18907 | 12/09/2022 | 01/08/2023 | JT2B5SC00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18989 | 12/20/2022 | 01/19/2023 | JT4F7WV00 | 659 | EDI TRAN APPROVE | $22.00 | $0.44 | $21.56 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18990 | 12/20/2022 | 01/19/2023 | JT4H4YM00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 18991 | 12/20/2022 | 01/19/2023 | JT4J6VF00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19000 | 12/21/2022 | 01/20/2023 | JT4Z2YG00 | 659 | EDI TRAN | APPROVE | $110.00 | $2.20 | $107.80 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19001 | 12/26/2022 | 01/25/2023 | JT5A5YQ00 | 659 | EDI TRAN | APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19002 | 12/26/2022 | 01/25/2023 | JT5E4ET00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19003 | 12/26/2022 | 01/25/2023 | JT5G4SK00 | 659 | EDI TRAN | APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19010 | 12/26/2022 | 01/25/2023 | JT5M3EV00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19034 | 12/30/2022 | 01/29/2023 | JT6G6RV00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19035 | 12/30/2022 | 01/29/2023 | JT6H2YQ00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19036 | 12/30/2022 | 01/29/2023 | JT6H7SF00 | 659 | EDI TRAN | APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19037 | 12/30/2022 | 01/29/2023 | JT6J2AA00 | 659 | EDI TRAN | APPROVE | $90.50 | $1.81 | $88.69 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19095 | 01/01/2023 | 01/31/2023 | JT6K5UZ00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19111 | 01/04/2023 | 02/03/2023 | JT6T4TA00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19129 | 01/05/2023 | 02/04/2023 | JT6Z4BJ00 | 659 | EDI TRAN | APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19166 | 01/06/2023 | 02/05/2023 | JT7A9FF00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19167 | 01/06/2023 | 02/05/2023 | JT7C3AU00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19211 | 01/09/2023 | 02/08/2023 | JT7F8JN00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19212 | 01/09/2023 | 02/08/2023 | JT7J3AR00 | 659 | EDI TRAN | APPROVE | $44.00 | $0.88 | $43.12 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19213 | 01/09/2023 | 02/08/2023 | JT7K7BV00 | 659 | EDI TRAN | APPROVE | $80.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 19214 | 01/09/2023 | 02/08/2023 | JT7K7FS00 | 659 | EDI TRAN | APPROVE | $112.50 | $2.25 | $110.25 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 776927386145 | 05/24/2022 | 06/23/2022 | JM4U2CV00 | 659 | EDI TRAN | APPROVE | $68.50 | $1.37 | $67.13 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond | 776927441017 | 05/24/2022 | 06/23/2022 | JM4Y6BT00 | 659 | EDI TRAN | APPROVE | $22.00 | $0.44 | $21.56 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond Canada | RTV3394881 | 04/14/2021 | 04/14/2021 | | 2013 | RTV 33948 | APPROVE | -$85.14 | $0.00 | -$85.14 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond Canada | RTV3692289 | 07/14/2022 | 07/14/2022 | | 2001 | RTV 36922 | APPROVE | -$85.14 | $0.00 | -$85.14 |
| 56416 | WATER-STREAM LLC | Bed Bath and Beyond Canada | RTV3716210 | 08/26/2022 | 08/26/2022 | | 2001 | RTV 37162 | APPROVE | -$85.14 | $0.00 | -$85.14 |
| Total | | | | | | | | | | $10 166.04 | $235.18 | $9 930.86 |

Electronic Proof of Claim Confirmation: 3335-1-JRYFT-504568208

Claim Electronically Submitted on (UTC) : 2023-05-26T11:25:39.999Z

Submitted by: Water-Stream LLC
Gary@water-stream.com

KROLL