# **EXHIBIT B**



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

Tel:        855 255 5544
Fax:        214 550 4300
EIN No.:    81-1351264

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**OBJECTION OF WATER-STREAM LLC TO THE PLAN ADMINISTRATOR'S TENTH OMNIBUS OBJECTION TO CLAIMS**

1. Introduction
   Water-Stream LLC ("Creditor"), a small business vendor, respectfully submits this Objection to the Plan Administrator's Tenth Omnibus Objection to Claims (the "Objection," filed August 11, 2025, Doc. 4267). The Objection seeks to reclassify or disallow Creditor's timely and valid claim. This is improper and must be denied.

2. Basis of Claim
   - Water-Stream LLC delivered goods and services to Bed Bath & Beyond in the ordinary course of business under valid purchase orders.
   - Water-Stream issued invoices, all of which were acknowledged and flagged as "Approved for Payment" in the Debtors' vendor system.
   - The Debtors' own Vendor Relations Department confirmed that payments were initiated but never completed.
   - The Debtors further admitted in writing that no payments have been made since June 30, 2022.
   - Purchase orders and shipping records confirm delivery of water coolers and filters.

3. Rebuttal of the Plan Administrator's Excuse
   The Plan Administrator alleges "missing documentation." This is false.
   - Water-Stream holds complete invoice sets and proof of delivery.
   - Bed Bath & Beyond's own system marked these invoices "Approved for Payment."
   - Emails from BBBY staff confirm both receipt of documents and initiation of payment.
   The so-called "missing documentation" reflects only the Debtors' internal loss of records, not any deficiency by Water-Stream.

4. Amount Owed
   - Principal amount: $9930.86 (see Exhibit A).
   - Interest: 9% per annum under N.Y. CPLR §§ 5001, 5004, running from the date each invoice became due, unless a higher contractual late-payment rate applies.
   - Total claim (as of August 2025): Principal + accrued interest.

5. Hardship and Pro Se Representation
   Water-Stream is a small business. The prolonged nonpayment has caused severe hardship. We cannot afford legal counsel; the cost of hiring an attorney would exceed the claim itself and leave us with nothing.

We therefore appear pro se (without a lawyer) and respectfully ask the Court for protection and fairness.

6. **Relief Requested**
   For the reasons stated, Water-Stream LLC respectfully requests that the Court:
   - Deny the Plan Administrator's Objection as to Water-Stream LLC.
   - Allow Water-Stream's claim in full for the principal amount of $[insert], plus interest.
   - Grant such other and further relief as the Court deems just and proper.

7. **Exhibits**
   - Exhibit A: Invoice list / Open Payables report.
   - Exhibit B: Emails showing invoices marked "Approved for Payment."
   - Exhibit C: Emails confirming "Electronic Payment has been initiated" but never paid.
   - Exhibit D: Debtors' admission that "no payments have been made since June 30, 2022."
   - Exhibit E: Purchase Orders and shipping confirmations.

Respectfully submitted,

Dated: August 21, 2025

Mr. Gary Flax
Authorized Representative, Water-Stream LLC (Pro Se, Appearing by Zoom)
4923 Cape Coral Drive, Dalas TX 75287
+1 855 255 5544
gary@water-stream.com



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

Tel:   855 255 5544
Fax:   214 550 4300
EIN No.:   81-1351264

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT INDEX**

In Support of Objection of Water-Stream LLC to the Plan Administrator's Tenth Omnibus Objection to Claims (Doc. 4267)

| Exhibit | Description | Source / Notes |
|---|---|---|
| A | Invoice List / Open Payables report from Bed Bath & Beyond's Vendor Portal. We can collate the proof of deliveries but this is not necessary from receiving to processing and it was never disputed | Shows invoices issued to BBBY, total principal owed |
| B | Emails showing invoices marked "Approved for Payment" | Confirms BBBY acknowledged invoices were valid and payable |
| C | BBBY Accounts email admitting "No payments since June 30, 2022" | Direct admission of nonpayment by BBBY |

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025

**Exhibit A – Cover Sheet**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT A**
Invoice List / Open Payables Report

Showing invoices issued by Water-Stream LLC to Bed Bath & Beyond, and the total principal amount owed. This report was downloaded from the Bed Bath & Beyond Vendor Portal approved invoices for payment. On receipt of this we should have received our payment as it confirms delivery, confirms acceptance of goods and furthermore lists these invoices ready and due for payment, there can be no dispute about this.

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025
_____

**Exhibit B – Cover Sheet**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT B**
Emails Confirming Invoices "Approved for Payment"

Bed Bath & Beyond's Vendor Relations records acknowledging Water-Stream invoices as valid and approved for payment.

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025
_____

**Exhibit C – Cover Sheet**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT C**
BBBY Admission: "No Payments Since June 30, 2022"

Written admission by Bed Bath & Beyond's Accounts Department that no payments have been made since June 30, 2022.

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025
_____



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

Tel:       855 255 5544
Fax:      214 550 4300
EIN No.:    81-1351264

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Case No. 23-13359 (VFP)
Chapter 11 (Jointly Administered)

**DECLARATION OF Mr. Gary Flax**

**IN SUPPORT OF WATER-STREAM LLC'S OBJECTION TO THE AUGUST 11, 2025 OMNIBUS CLAIM OBJECTION**

I, Mr. Gary Flax, declare under penalty of perjury:

1. I am the representative of Water-Stream LLC, a small business creditor. I have personal knowledge of the deliveries, invoices, and correspondence with Bed Bath & Beyond ("BBBY").
2. Water-Stream delivered goods and services in good faith, invoiced properly, and our invoices were acknowledged in BBBY's own system as "Approved for Payment."
3. BBBY confirmed in writing that electronic payments had been initiated, but we never received funds. BBBY's Accounts Department further admitted: "We have not been paid since June 30, 2022."
4. We hold all invoices, purchase orders, and correspondence. The assertion that documents were "not received" is false and reflects only BBBY's internal failures.
5. We are a small business that has suffered serious hardship. We cannot afford legal counsel; if we hired one, the cost would exceed the value of the claim and leave us with nothing.
6. I understand this matter is set for hearing on September 2, 2025 before Judge Papalia. I cannot travel to New Jersey and therefore respectfully state that I will appear by Zoom on behalf of Water-Stream LLC.
7. With respect and sincerity, I ask the Court to deny the Plan Administrator's objection as to Water-Stream LLC, and to allow our claim in full for the principal amount plus statutory interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2025
Dallas, TX

Mr. Gary Flax
Authorized Representative, Water-Stream LLC



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

Tel:      855 255 5544
Fax:     214 550 4300
EIN No.:   81-1351264

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**PROOF OF SERVICE**

I, Mr. Gary Flax, declare as follows:

1. I am over the age of 18 and am not a party to this case. I am authorized to act on behalf of Water-Stream LLC, a creditor in this matter.

2. On August 21, 2025, I caused a true and correct copy of the following documents to be served:

  - Objection of Water-Stream LLC to the Plan Administrator's Tenth Omnibus Objection to Claims (Doc. 4267)
  - Declaration of [Your Full Name] in Support of Objection
  - Exhibits A–E (invoices, approvals, payment confirmations, correspondence)
  - Cover Letter to Clerk of Court

3. Service was made as follows:

(a) By U.S. Mail/Overnight Delivery to the Bankruptcy Clerk:
Clerk of the Court
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, NJ 07102

(b) By Email and Overnight Delivery to Counsel for the Plan Administrator:
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019

  - Bradford J. Sandler (bsandler@pszjlaw.com)
  - Robert J. Feinstein (rfeinstein@pszjlaw.com)
  - Erin Gray (egray@pszjlaw.com)
  - Edward A. Corma (ecorma@pszjlaw.com)

(c) By Mail/Email to the United States Trustee:
Office of the United States Trustee
One Newark Center

1085 Raymond Blvd, Suite 2100
Newark, NJ 07102
Email: ustpregion03.ne.ecf@usdoj.gov

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 21, 2025
Dallas, TX

Mr. Gary Flax
Authorized Representative, Water-Stream LLC