

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2025 AUG 25 P 12: 38

JEANNE A. HAUGHTON

BY:
DEPUTY CLERK

4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

| | |
|---|---|
| Tel: | 855 255 5544 |
| Fax: | 214 550 4300 |
| EIN No.: | 81-1351264 |

Mr. Gary Flax
4923 Cape Coral Drive
Dallas, TX 75287
+1 855 255 5544
gary@water-stream.com

Date: August 21, 2025

**Clerk of the Court**
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Re: In re Bed Bath & Beyond Inc., et al., Case No. 23-13359 (VFP) – Objection of Water-Stream LLC**

Dear Clerk of the Court,

Please find enclosed for filing **Water-Stream LLC's Objection to the Plan Administrator's Tenth Omnibus Objection to Claims** (Doc. 4267, filed August 11, 2025), together with my signed Declaration and supporting Exhibits A–E.

I am filing this matter **pro se (without a lawyer)** on behalf of Water-Stream LLC. I respectfully request that the Court accept this filing as timely, as it is submitted before the August 26, 2025 deadline set forth in the Notice.

Because I cannot travel to New Jersey, I respectfully request to attend the **September 2, 2025 hearing by Zoom**, as permitted by this Court's procedures.

Thank you for your assistance.

Respectfully,



Mr. Gary Flax
Authorized Representative
Water-Stream LLC



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

Tel:    855 255 5544
Fax:    214 550 4300
EIN No.:    81-1351264

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**OBJECTION OF WATER-STREAM LLC TO THE PLAN ADMINISTRATOR'S TENTH OMNIBUS OBJECTION TO CLAIMS**

1. Introduction
    Water-Stream LLC ("Creditor"), a small business vendor, respectfully submits this Objection to the Plan Administrator's Tenth Omnibus Objection to Claims (the "Objection," filed August 11, 2025, Doc. 4267). The Objection seeks to reclassify or disallow Creditor's timely and valid claim. This is improper and must be denied.

2. Basis of Claim
    - Water-Stream LLC delivered goods and services to Bed Bath & Beyond in the ordinary course of business under valid purchase orders.
    - Water-Stream issued invoices, all of which were acknowledged and flagged as "Approved for Payment" in the Debtors' vendor system.
    - The Debtors' own Vendor Relations Department confirmed that payments were initiated but never completed.
    - The Debtors further admitted in writing that no payments have been made since June 30, 2022.
    - Purchase orders and shipping records confirm delivery of water coolers and filters.

3. Rebuttal of the Plan Administrator's Excuse
    The Plan Administrator alleges "missing documentation." This is false.
    - Water-Stream holds complete invoice sets and proof of delivery.
    - Bed Bath & Beyond's own system marked these invoices "Approved for Payment."
    - Emails from BBBY staff confirm both receipt of documents and initiation of payment.
    The so-called "missing documentation" reflects only the Debtors' internal loss of records, not any deficiency by Water-Stream.

4. Amount Owed
    - Principal amount: $9930.86 (see Exhibit A).
    - Interest: 9% per annum under N.Y. CPLR §§ 5001, 5004, running from the date each invoice became due, unless a higher contractual late-payment rate applies.
    - Total claim (as of August 2025): Principal + accrued interest.

5. Hardship and Pro Se Representation
    Water-Stream is a small business. The prolonged nonpayment has caused severe hardship. We cannot afford legal counsel; the cost of hiring an attorney would exceed the claim itself and leave us with nothing.

We therefore appear pro se (without a lawyer) and respectfully ask the Court for protection and fairness.

6.  Relief Requested
    For the reasons stated, Water-Stream LLC respectfully requests that the Court:
    - Deny the Plan Administrator's Objection as to Water-Stream LLC.
    - Allow Water-Stream's claim in full for the principal amount of $[insert], plus interest.
    - Grant such other and further relief as the Court deems just and proper.

7.  Exhibits
    - Exhibit A: Invoice list / Open Payables report.
    - Exhibit B: Emails showing invoices marked "Approved for Payment."
    - Exhibit C: Emails confirming "Electronic Payment has been initiated" but never paid.
    - Exhibit D: Debtors' admission that "no payments have been made since June 30, 2022."
    - Exhibit E: Purchase Orders and shipping confirmations.

Respectfully submitted,

Dated: August 21, 2025

Mr. Gary Flax
Authorized Representative, Water-Stream LLC (Pro Se, Appearing by Zoom)
4923 Cape Coral Drive, Dalas TX 75287
+1 855 255 5544
gary@water-stream.com



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

| | |
|---|---|
| Tel: | 855 255 5544 |
| Fax: | 214 550 4300 |
| EIN No.: | 81-1351264 |

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Case No. 23-13359 (VFP)
Chapter 11 (Jointly Administered)

**DECLARATION OF Mr. Gary Flax**

**IN SUPPORT OF WATER-STREAM LLC'S OBJECTION TO THE AUGUST 11, 2025 OMNIBUS CLAIM OBJECTION**

I, Mr. Gary Flax, declare under penalty of perjury:

1. I am the representative of Water-Stream LLC, a small business creditor. I have personal knowledge of the deliveries, invoices, and correspondence with Bed Bath & Beyond.
2. Water-Stream delivered goods and services in good faith, invoiced properly, and our invoices were acknowledged in BBBY's own system as "Approved for Payment."
3. BBBY confirmed in writing that electronic payments had been initiated, but we never received funds. BBBY's Accounts Department further admitted: "We have not been paid since June 30, 2022."
4. We hold all invoices, purchase orders, and correspondence. The assertion that documents were "not received" is false and reflects only BBBY's internal failures.
5. We are a small business that has suffered serious hardship. We cannot afford legal counsel; if we hired one, the cost would exceed the value of the claim and leave us with nothing.
6. I understand this matter is set for hearing on September 2, 2025 before Judge Papalia. I cannot travel to New Jersey and therefore respectfully state that I will appear by Zoom on behalf of Water-Stream LLC.
7. With respect and sincerity, I ask the Court to deny the Plan Administrator's objection as to Water-Stream LLC, and to allow our claim in full for the principal amount plus statutory interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2025
Dallas, TX

Mr. Gary Flax
Authorized Representative, Water-Stream LLC



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

Tel:      855 255 5544
Fax:      214 550 4300
EIN No.:      81-1351264

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT INDEX**

In Support of Objection of Water-Stream LLC to the Plan Administrator's Tenth Omnibus Objection to Claims
(Doc. 4267)

| Exhibit | Description | Source / Notes |
|---|---|---|
| A | Invoice List / Open Payables report from Bed Bath & Beyond's Vendor Portal. We can collate the proof of deliveries but this is not necessary from receiving to processing and it was never disputed | Shows invoices issued to BBBY, total principal owed |
| B | Emails showing invoices marked "Approved for Payment" | Confirms BBBY acknowledged invoices were valid and payable |
| C | BBBY Accounts email admitting "No payments since June 30, 2022" | Direct admission of nonpayment by BBBY |

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025

**Exhibit A – Cover Sheet**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT A**
Invoice List / Open Payables Report

Showing invoices issued by Water-Stream LLC to Bed Bath & Beyond, and the total principal amount owed.
This report was downloaded from the Bed Bath & Beyond Vendor Portal approved invoices for payment. On
receipt of this we should have received our payment as it confirms delivery, confirms acceptance of goods
and furthermore lists these invoices ready and due for payment, there can be no dispute about this.

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025

_____

| Vendor Number | Vendor Name | Concept | Invoice# | Invoice Date | Date to Paid | PO# | Store | Notes | Status | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0292171 | 05/31/2022 | 05/31/2022 | | 990 | | APPROVE | -$4.50 | $0.00 | -$4.50 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0383502 | 06/06/2022 | 06/06/2022 | | 990 | | APPROVE | -$10.47 | $0.00 | -$10.47 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0384630 | 06/10/2022 | 06/10/2022 | | 990 | | APPROVE | -$9.17 | $0.00 | -$9.17 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0385613 | 06/26/2022 | 06/26/2022 | | 990 | | APPROVE | -$53.32 | $0.00 | -$53.32 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0387490 | 06/27/2022 | 06/27/2022 | | 990 | | APPROVE | -$7.96 | $0.00 | -$7.96 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0388833 | 07/05/2022 | 07/05/2022 | | 990 | | APPROVE | -$10.70 | $0.00 | -$10.70 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0390609 | 07/11/2022 | 07/11/2022 | | 990 | | APPROVE | -$24.17 | $0.00 | -$24.17 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0391325 | 07/18/2022 | 07/18/2022 | | 990 | | APPROVE | -$12.95 | $0.00 | -$12.95 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0392368 | 07/25/2022 | 07/25/2022 | | 990 | | APPROVE | -$2.32 | $0.00 | -$2.32 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0393161 | 08/01/2022 | 08/01/2022 | | 990 | | APPROVE | -$18.17 | $0.00 | -$18.17 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0394062 | 08/08/2022 | 08/08/2022 | | 990 | | APPROVE | -$13.67 | $0.00 | -$13.67 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0396140 | 08/15/2022 | 08/15/2022 | | 990 | | APPROVE | -$27.24 | $0.00 | -$27.24 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0397301 | 08/22/2022 | 08/22/2022 | | 990 | | APPROVE | -$32.74 | $0.00 | -$32.74 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0398398 | 08/29/2022 | 08/29/2022 | | 990 | | APPROVE | -$56.59 | $0.00 | -$56.59 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0399391 | 09/06/2022 | 09/06/2022 | | 990 | | APPROVE | -$33.32 | $0.00 | -$33.32 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0405330 | 09/12/2022 | 09/12/2022 | | 995 | | APPROVE | -$5.87 | $0.00 | -$5.87 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0401006 | 09/19/2022 | 09/19/2022 | | 990 | | APPROVE | -$27.70 | $0.00 | -$27.70 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0402005 | 09/26/2022 | 09/26/2022 | | 990 | | APPROVE | -$14.48 | $0.00 | -$14.48 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0402900 | 10/03/2022 | 10/03/2022 | | 990 | | APPROVE | -$32.25 | $0.00 | -$32.25 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV0403791 | 10/10/2022 | 10/10/2022 | | 990 | | APPROVE | -$38.96 | $0.00 | -$38.96 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV404477 | 10/17/2022 | 10/17/2022 | | 990 | | APPROVE | -$5.71 | $0.00 | -$5.71 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV405207 | 10/24/2022 | 10/24/2022 | | 990 | | APPROVE | -$32.25 | $0.00 | -$32.25 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV405628 | 11/07/2022 | 11/07/2022 | | 990 | | APPROVE | -$51.76 | $0.00 | -$51.76 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV407316 | 11/14/2022 | 11/14/2022 | | 990 | | APPROVE | -$30.88 | $0.00 | -$30.88 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV408503 | 11/21/2022 | 11/21/2022 | | 990 | | APPROVE | -$9.44 | $0.00 | -$9.44 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV408605 | 11/28/2022 | 11/28/2022 | | 990 | | APPROVE | -$35.24 | $0.00 | -$35.24 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV409335 | 12/05/2022 | 12/05/2022 | | 990 | | APPROVE | -$51.32 | $0.00 | -$51.32 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV410614 | 12/12/2022 | 12/12/2022 | | 990 | | APPROVE | -$51.76 | $0.00 | -$51.76 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV410933 | 12/19/2022 | 12/19/2022 | | 990 | | APPROVE | -$9.44 | $0.00 | -$9.44 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV411279 | 12/26/2022 | 12/26/2022 | | 990 | | APPROVE | -$7.16 | $0.00 | -$7.16 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV11279 | 01/09/2023 | 01/09/2023 | | 990 | | APPROVE | -$9.16 | $0.00 | -$9.16 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV9110194 | 04/04/2022 | 04/04/2022 | | 990 | RTV 9143H APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV9114907 | 05/02/2022 | 05/02/2022 | | 135 | RTV 9154F APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90244892 | 05/09/2022 | 05/09/2022 | | 273 | RTV 9156C APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90165836 | 06/06/2022 | 06/06/2022 | | 24 | RTV 9157J APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV91581910 | 06/15/2022 | 06/15/2022 | | 46 | RTV 9178B APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV9165890 | 06/22/2022 | 06/22/2022 | | 658 | RTV 9185F APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV91659169 | 06/20/2022 | 06/20/2022 | | 1194 | RTV 9188V APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV9104062 | 07/05/2022 | 07/05/2022 | | 210 | RTV 9199r APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90203457 | 07/26/2022 | 07/26/2022 | | 24 | RTV 9205J APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90010633 | 08/01/2022 | 08/01/2022 | | 37 | RTV 9207F APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV910594 | 08/04/2022 | 08/04/2022 | | 27 | RTV 9211r APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90144922 | 09/06/2022 | 09/06/2022 | | 658 | RTV 9244F APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90229208 | 09/20/2022 | 09/20/2022 | | 247 | RTV 9256C APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90278724 | 09/13/2022 | 09/13/2022 | | 20 | RTV 9270F APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90279014 | 09/13/2022 | 09/13/2022 | | 608 | RTV 9278r APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90265513 | 11/13/2022 | 11/13/2022 | | 333 | RTV 9308F APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56445 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | RTV90307990 | 11/13/2022 | 11/13/2022 | | 659 | RTV 9301 APPROVE | APPROVE | -$376.32 | $0.00 | -$376.32 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | MI04593225 | 03/01/2022 | 03/01/2022 | AUH1FC20 | 655 | | APPROVE | -$17.72 | $0.00 | -$21.72 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16362 | 05/05/2022 | 05/05/2022 | AUH4FC20 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $322.06 | $0.44 | $321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16439 | 06/05/2022 | 06/05/2022 | JA01AE5339 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $144.00 | $0.88 | $143.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16419 | 06/06/2022 | 06/06/2022 | JA99AE3206 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.00 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16436 | 06/10/2022 | 06/10/2022 | JA02HAFC05 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16437 | 05/13/2022 | 05/13/2022 | JA00BE5360 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16438 | 05/11/2022 | 05/11/2022 | JA02MWK00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16446 | 05/12/2022 | 05/12/2022 | JA0Y0RM800 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16447 | 05/12/2022 | 05/12/2022 | JA020HAFC05 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $0.44 | $21.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16448 | 05/12/2022 | 05/12/2022 | JA02WMV00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $322.00 | $0.44 | $321.50 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16449 | 05/12/2022 | 05/12/2022 | JA02MAMC | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16471 | 06/16/2022 | 06/16/2022 | JA01AE5005 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $336.00 | $0.44 | $326.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16472 | 05/16/2022 | 05/16/2022 | JA3N0RW00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $322.00 | $0.44 | $21.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16507 | 05/18/2022 | 05/18/2022 | JA0E2AE00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16517 | 06/18/2022 | 06/18/2022 | JA8K1JW00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16518 | 05/19/2022 | 05/19/2022 | JA4N21W00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $322.00 | $0.44 | $321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16527 | 05/31/2022 | 05/31/2022 | JA4BEMU00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16597 | 05/22/2022 | 05/22/2022 | JA8E2AE00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $0.44 | $21.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16598 | 05/22/2022 | 05/22/2022 | JA8CG0W00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $322.00 | $0.44 | $386.09 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16625 | 05/22/2022 | 05/22/2022 | JA8K5GW00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $322.00 | $0.81 | $386.69 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16660 | 05/30/2022 | 05/30/2022 | JA8B8MA09 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16661 | 05/30/2022 | 05/30/2022 | JA8BKVX00 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $98.50 | $1.37 | $597.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | Bed Bath and Beyond | 16678 | 05/31/2022 | 05/31/2022 | JA1D4FJ20 | 659 | ED TRAN APPROVE | ED TRAN APPROVE | $599.50 | $0.81 | $598.69 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17282 | 08/01/2022 | JP40JHV100 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17283 | 08/01/2022 | JP40JBW000 | 699 | ED TRAN APPROVE | 148.50 | $2.97 | 148.65 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17407 | 08/02/2022 | JP41SCT00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17446 | 08/03/2022 | JP4FS2X00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17447 | 08/03/2022 | JP4HK9Z00 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17467 | 08/04/2022 | JP5J2W900 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17479 | 08/04/2022 | JP5HQ4Q00 | 699 | ED TRAN APPROVE | 868.50 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17523 | 08/08/2022 | JP4HJ4TF00 | 699 | ED TRAN APPROVE | 144.00 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17525 | 08/09/2022 | JP5X3EE00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17527 | 08/09/2022 | JP4X9A5V00 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17533 | 08/09/2022 | JP4T3KV00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17566 | 08/10/2022 | JP7T5DH00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17597 | 08/10/2022 | JP9V3W000 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17599 | 08/14/2022 | JP7V95300 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17620 | 08/15/2022 | JP8ES3000 | 699 | ED TRAN APPROVE | 148.50 | $2.97 | 1145.53 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17583 | 08/22/2022 | JP5FAF900 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17581 | 08/23/2022 | JP9F8GT00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17587 | 08/24/2022 | JP5X0X000 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17593 | 08/24/2022 | JD2C42V00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17726 | 08/29/2022 | JG2QV7R00 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17727 | 08/29/2022 | JA222V000 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17782 | 09/31/2022 | JP5XEE00 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17839 | 09/05/2022 | JP4A2V00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17964 | 09/08/2022 | JP5T3KV00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17965 | 09/12/2022 | JD5B9D000 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17966 | 09/12/2022 | JD5AA0D00 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.49 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17967 | 09/12/2022 | JD5U7F400 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17881 | 09/12/2022 | JD5V5KV00 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.12 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17882 | 09/15/2022 | J2AN5QL00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17883 | 09/12/2022 | J2H4K9X20 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17884 | 09/12/2022 | J2Q4A9D00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17898 | 09/15/2022 | J2QA56500 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 17923 | 09/15/2022 | J2K0J8TG0 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18301 | 09/19/2022 | J2C5SW000 | 699 | ED TRAN APPROVE | 868.50 | $1.60 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18302 | 09/16/2022 | J2X6SC500 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18303 | 09/21/2022 | J2D5U7F400 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18000 | 09/26/2022 | J2O81L000 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18678 | 09/28/2022 | J2X5EE00 | 699 | ED TRAN APPROVE | 144.00 | $0.88 | 543.17 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18614 | 10/03/2022 | J2KH73E00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18155 | 10/03/2022 | J2FZP0800 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18156 | 09/20/2022 | J2A3K6000 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18157 | 10/03/2022 | J2DK5300 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18168 | 10/04/2022 | J2QNY300 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18174 | 10/03/2022 | JP7Y9G800 | 699 | ED TRAN APPROVE | 122.00 | $1.60 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18313 | 10/04/2022 | JP2L3HG00 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18332 | 10/05/2022 | J85FY4000 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18501 | 10/07/2022 | J83PLWD00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18335 | 11/11/2022 | J83SLQ00 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18510 | 10/12/2022 | J8TSW4000 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18597 | 11/12/2022 | J8TUS000 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18507 | 11/15/2022 | J83F5VC00 | 699 | ED TRAN APPROVE | 868.50 | $1.60 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 18584 | 11/16/2022 | J83H7C000 | 699 | ED TRAN APPROVE | 868.50 | $1.37 | 567.13 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16656 | 11/16/2022 | J8AV8V000 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16682 | 11/21/2022 | J84QD4R00 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16683 | 11/22/2022 | J84SW100 | 699 | ED TRAN APPROVE | 588.00 | $1.60 | 378.40 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16727 | 11/25/2022 | J55U2000 | 699 | ED TRAN APPROVE | 588.00 | $0.44 | 378.40 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16762 | 11/28/2022 | J59F8V000 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16760 | 11/29/2022 | J51TV000 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16791 | 11/30/2022 | J51AT000 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16850 | 12/01/2022 | J881SHW00 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16884 | 12/05/2022 | J53UL000 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16883 | 12/05/2022 | J5S3W000 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16884 | 12/07/2022 | J59HT1M0 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |
| 56446 | WATER-STREAM LLC Bed Bath and Beyond | 16996 | 01/06/2023 | J599R9N20 | 699 | ED TRAN APPROVE | 122.00 | $0.44 | 321.56 |

| Acct | Vendor | Ref | Date 1 | Date 2 | Code | Description | Amt 1 | Amt 2 | Amt 3 |
|---|---|---|---|---|---|---|---|---|---|
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 18907 | 12/09/2022 | 01/09/2023 | J12835/COD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 18959 | 12/20/2022 | 01/19/2023 | J14575/WOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 18960 | 12/20/2022 | 01/19/2023 | J14447/WOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 18961 | 12/20/2022 | 01/19/2023 | J14365/FOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19000 | 12/20/2022 | 01/20/2023 | J14275/COD | 659 | EDI TRAN / APPROVE | $418.00 | $2.20 | $130.60 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19001 | 12/26/2022 | 01/25/2023 | J15457/QOD | 659 | EDI TRAN / APPROVE | $99.00 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19002 | 12/26/2022 | 01/25/2023 | J15457/EOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19003 | 12/26/2022 | 01/25/2023 | J15045/QOD | 659 | EDI TRAN / APPROVE | $180.00 | $1.60 | $178.40 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19010 | 12/29/2022 | 01/26/2023 | J15837/VOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19014 | 12/29/2022 | 01/26/2023 | J15857/QOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19035 | 12/30/2022 | 01/29/2023 | J15942/QOD | 659 | EDI TRAN / APPROVE | $88.50 | $1.37 | $587.13 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19036 | 12/30/2022 | 01/29/2023 | J16473/FOD | 659 | EDI TRAN / APPROVE | $88.50 | $1.60 | $78.40 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19037 | 12/30/2022 | 01/26/2023 | J16102/ANO | 659 | EDI TRAN / APPROVE | $88.50 | $1.81 | $188.69 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19095 | 01/01/2023 | 01/30/2023 | J18670/QOD | 659 | EDI TRAN / APPROVE | $88.50 | $1.37 | $587.13 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19111 | 01/04/2023 | 01/31/2023 | J19147/OD | 659 | EDI TRAN / APPROVE | $44.00 | 59.88 | $143.12 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19129 | 01/05/2023 | 02/03/2023 | J18243/OD | 659 | EDI TRAN / APPROVE | $88.50 | $1.37 | $587.13 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19166 | 01/06/2023 | 02/04/2023 | J17A97/FOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19167 | 01/06/2023 | 02/05/2023 | J17124/QOD | 659 | EDI TRAN / APPROVE | $22.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19211 | 01/09/2023 | 02/08/2023 | J17FB8/NO | 659 | EDI TRAN / APPROVE | $144.00 | 59.88 | $543.12 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19212 | 01/09/2023 | 02/08/2023 | J17J2M/HOD | 659 | EDI TRAN / APPROVE | $60.00 | $1.60 | $178.40 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19213 | 01/09/2023 | 02/08/2023 | J17K7E/NO | 659 | EDI TRAN / APPROVE | $112.50 | $3.25 | $110.25 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 19214 | 01/09/2023 | 02/08/2023 | J17K7F/560 | 659 | EDI TRAN / APPROVE | $88.50 | $1.37 | $597.13 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 7769273588145 | 02/24/2022 | 02/09/2023 | J5AHO5/VOD | 659 | EDI TRAN / APPROVE | $125.00 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond | 7700744117 | 02/24/2022 | 06/23/2023 | AN498300 | 2013 | EDI TRAN / APPROVE | -$85.14 | 59.44 | $21.56 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond Canada | RTV3394881 | 04/14/2021 | 04/14/2021 | | 2001 | RTV 33HU /APPROVE | -$85.14 | $0.00 | -$85.14 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond Canada | RTV3602289 | 07/14/2022 | 07/14/2022 | | 2001 | RTV 3602 /APPROVE | -$85.14 | $0.00 | -$85.14 |
| 56416 | WATER-STREAM LLC Bed Bath and Beyond Canada | RTV3740310 | 09/26/2022 | 09/26/2022 | | 2001 | RTV 3746 /APPROVE | -$85.14 | $0.00 | -$85.14 |
| Total | | | | | | | $60,160.04 | $225.18 | $9,350.86 |

**Exhibit B – Cover Sheet**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT B**
Emails Confirming Invoices "Approved for Payment"

Bed Bath & Beyond's Vendor Relations records acknowledging Water-Stream invoices as valid and approved for payment.

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025
_____

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+<br>20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29<br>_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-<br>ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Thursday, 01 December 2022 14:16 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM<br>34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| | |
| **Importance:** | High |

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have <u>Approved For Payment</u> next them, this amounts to **$10 456.00**. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300





**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1
**Sent:** Thursday, 01 December 2022 12:57
**To:** Accounts
**Cc:** Accounts
**Subject:** RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
---------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about

this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts

Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------------------

To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM
LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still
consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern
given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months,
we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set
days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still
consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments


Dear Bed Bath & Beyond Vendor,


Thank you for contacting the Vendor Relations team.


We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a

detailed response.


Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM 34925500.


Thank you,


Bed Bath & Beyond Vendor Relations

Ref:MSG106240164


Ref:MSG109708428

Ref:MSG110652280


</accounts@water-stream.com<>

Ref:MSG119506220

admin3

| From: | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
|---|---|
| Sent: | Friday, 30 December 2022 17:48 |
| To: | vrrepvendorgroup1@bedbath.com |
| Subject: | RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| Importance: | High |

HI There,

I keep getting generic emails I have 6 months' worth of invoices the have "Approved for Payment" but we have not been paid.

I need to talk to someone regarding this and not keep getting generic emails back and forward.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1
**Sent:** Wednesday, 21 December 2022 18:08
**To:** Accounts
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

1

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-14 05:35:58
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Tuesday, 13 December 2022 16:13
To: vrrepvendorgroup1@bedbath.com; Vendor Solutions
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 08 December 2022 17:01
To: vrrepvendorgroup1@bedbath.com; Vendor Solutions <vendor.solutions@bedbath.com>
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you for your email but I need a date when we will get paid. We have not been paid since 2022/06/30. I need to give my director an actual date not a generic email.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 08 December 2022 16:53
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V#

3

56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 15:26:48
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I keep getting a generic email when I have asked a the following:

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Please can I have answers.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544

Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Monday, 05 December 2022 16:59
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 01/20/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 05:10:53
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 01 December 2022 14:16
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 01 December 2022 12:57
To: Accounts <accounts@water-stream.com>

Cc: Accounts <accounts@water-stream.com>
Subject: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.


Thank you.
Kind Regards,


Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[cid:image001.jpg@01D8FFD2.7BF2E2C0]


CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[cid:image001.jpg@01D8FFD2.7BF2E2C0]


CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,

9

dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM
LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still
consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern
given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle

• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments


Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM 34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428

Ref:MSG110652280

Ref:MSG119506220

Ref:MSG120126793

Ref:MSG120657120

</accounts@water-stream.com<>

Ref:MSG122664971

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+<br>20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29<br>_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-<br>ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Thursday, 12 January 2023 10:21 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308<br>RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-<br>STREAM LLC |
| **Importance:** | High |

Hi There,

It is now the 12th January and I still have not heard back from you.

Please I really need feedback ASAP.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1
**Sent:** Tuesday, 03 January 2023 14:55
**To:** Accounts
**Subject:** RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

Thank you for your inquiry. We apologize for your inconvenience.

Your issue has been escalated to our merchant & senior leadership, they will look into this matter.

If you have any further questions, please reach out to me directly.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------

1

To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-12-30 15:49:02
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
HI There,

I keep getting generic emails I have 6 months' worth of invoices the have "Approved for Payment" but we have not been paid.

I need to talk to someone regarding this and not keep getting generic emails back and forward.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Wednesday, 21 December 2022 18:08
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
----------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-14 05:35:58
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V#
56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: Accounts
Sent: Tuesday, 13 December 2022 16:13
To: vrrepvendorgroup1@bedbath.com; Vendor Solutions
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V#
56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 08 December 2022 17:01
To: vrrepvendorgroup1@bedbath.com; Vendor Solutions <vendor.solutions@bedbath.com>
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you for your email but I need a date when we will get paid. We have not been paid since 2022/06/30. I need to give my director an actual date not a generic email.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 08 December 2022 16:53
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation

• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 15:26:48
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I keep getting a generic email when I have asked a the following:

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Please can I have answers.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Monday, 05 December 2022 16:59
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V#
56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern
given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 01/20/2022 to
present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and
it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If
your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the
store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 05:10:53
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V#
56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 01 December 2022 14:16
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 01 December 2022 12:57
To: Accounts <accounts@water-stream.com>
Cc: Accounts <accounts@water-stream.com>
Subject: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

10

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM

LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada

650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------

To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions

regarding this matter, please be sure to reply to this thread and reference RITM 34925500.


Thank you,


Bed Bath & Beyond Vendor Relations

Ref:MSG106240164


Ref:MSG109708428

Ref:MSG110652280


Ref:MSG119506220


Ref:MSG120126793


Ref:MSG120657120


Ref:MSG122664971


</accounts@water-stream.com<>

Ref:MSG124388386

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Thursday, 02 February 2023 16:09 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Cc:** | Gary |
| **Subject:** | RE: RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Attachments:** | OpenPayables.xls |

Hi Kamlesh,

I am getting desperate for our funds that Bed Bath and Beyond owes our company (attached is a recon from Bed Bath and Beyond portal with all APPROVED FOR PAYMENT transactions). We are a small company and we are reliant on the funds from the chains and we have not been paid by Bed Bath and Beyond and we are struggling to get by and pay our staff.

Please can you help in this regard.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Thursday, 26 January 2023 15:25
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

It is now the 26th January and I still have not heard back from you. We are a small company and we are desperate for your money in order to pay your staff.

Please I really need feedback ASAP.

Thank you

1

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Thursday, 19 January 2023 14:41
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

It is now the 19th January and I still have not heard back from you.

Please I really need feedback ASAP.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Thursday, 12 January 2023 10:21
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi There,

It is now the 12th January and I still have not heard back from you.

Please I really need feedback ASAP.

Thank you

Kind Regards,

2

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may
contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this
information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted
and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Tuesday, 03 January 2023 14:55
**To:** Accounts <accounts@water-stream.com>
**Subject:** RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated:
Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

Thank you for your inquiry. We apologize for your inconvenience.

Your issue has been escalated to our merchant & senior leadership, they will look into this matter.

If you have any further questions, please reach out to me directly.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-12-30 15:49:02
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V#
56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
HI There,

I keep getting generic emails I have 6 months' worth of invoices the have "Approved for Payment" but we have not
been paid.

I need to talk to someone regarding this and not keep getting generic emails back and forward.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Wednesday, 21 December 2022 18:08
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-14 05:35:58
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream

4

Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Tuesday, 13 December 2022 16:13
To: vrrepvendorgroup1@bedbath.com; Vendor Solutions
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 08 December 2022 17:01
To: vrrepvendorgroup1@bedbath.com; Vendor Solutions <vendor.solutions@bedbath.com>
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you for your email but I need a date when we will get paid. We have not been paid since 2022/06/30. I need to give my director an actual date not a generic email.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 08 December 2022 16:53
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 15:26:48
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I keep getting a generic email when I have asked a the following:

6

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Please can I have answers.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Monday, 05 December 2022 16:59
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 01/20/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------------------------

To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 05:10:53
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 01 December 2022 14:16
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 01 December 2022 12:57
To: Accounts <accounts@water-stream.com>
Cc: Accounts <accounts@water-stream.com>
Subject: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>

Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other

than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM 34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428

Ref:MSG110652280

Ref:MSG119506220

Ref:MSG120126793

Ref:MSG120657120

Ref:MSG122664971

</accounts@water-stream.com<>

Ref:MSG124388386

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Thursday, 02 February 2023 16:12 |
| **To:** | Gary |
| **Cc:** | Gary Flax; admin3 |
| **Subject:** | RE: Urgent and import  Fwd: Bed Bath & Beyond -No payment recovery |
| **Attachments:** | RE:RITM38133163 RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request ... (165 KB); RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Genera... (816 KB); RE: Water-Stream LLC (759 KB); OpenPayables.xls |

Hi Gary,

Please see attached email I have sent to 3 people to try and get this resolved. Also attached I the recon from Bed Bath and Beyond's portal for APPROVED FOR PAYMENT.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Gary
**Sent:** Thursday, 02 February 2023 15:23
**To:** Accounts
**Cc:** Gary Flax ; Admin3
**Subject:** Re: Urgent and import Fwd: Bed Bath & Beyond -No payment recovery

Resend

**From:** Gary <gary@water-stream.com>
**Date:** Thursday, 02 February 2023 at 06:54
**To:** Accounts <accounts@water-stream.com>
**Cc:** Gary Flax <gaflaxcorp@gmail.com>, Gary <gary@water-stream.com>, Admin3 <admin3@affordable-brands.com>
**Subject:** Urgent and import Fwd: Bed Bath & Beyond -No payment recovery

Hi Carly

1) please send me the last two emails you sent to Bed bath

2) have they paid ?

3)Hayley please see I follow up on BBB PAYMENT every day

Thanks ☺

iPhone

Begin forwarded message:

> **From:** "BBBYQCphoto.bedbath.com" <BBBYQCphoto@bedbath.com>
> **Date:** 01 February 2023 at 22:03:56 SAST
> **To:** Gary <gary@water-stream.com>
> **Subject: Bed Bath & Beyond - ***WATER-STREAM LLC***CommerceHub Inventory/ETA is Required (1st- Attempt)**

Hello,

**Immediate Action Required:**

The Item(s) below are showing out of stock and need to be addressed in Commerce Hub:

| SKU | UPC | JDA_LONG_DESCRIP | VENDOR | DEPT | SUB | Attempt # |
|---|---|---|---|---|---|---|
| 61058675 | 867707000203 | WATER COOLER&FILTER LLVF1 VDC | 56416-WATER-STREAM LLC | 550 | 930 | 1 |
| 69214578 | 867545000496 | LUXURY FILTER CARTRIDGE 6PKVDC | 56416-WATER-STREAM LLC | 550 | 930 | 1 |
| 69214561 | 867545000489 | LUXURY FILTER CARTRIDGE 3PKVDC | 56416-WATER-STREAM LLC | 550 | 930 | 1 |
| 69645540 | 850018502276 | LUXURY FILTR CARTRIDGE 12PKVDC | 56416-WATER-STREAM LLC | 550 | 930 | 1 |

**If inventory is not currently available, please follow the steps below:**
1). Item is Out of Stock - Feed zero inventory, Flip the status flag to Unavailable, and enter an ETA date in the **next available date field**.
2). Item is Discontinued - Zero out inventory and flip the status flag to Discontinued. This item does **not** need to be removed from the feed.

Pending New SKUs that are Out of Stock:
Add these items to your inventory feed with our BBB SKU number. Mark the items as available with inventory feeding.
*New SKUs will not move through our setup workflow's without inventory feeding*

Live SKUs that are Out of Stock:
Replenish inventory in Commerce Hub. If inventory is not currently available feed zero inventory, flip the status flag to Unavailable, and enter an ETA date. If an item needs to be discontinued, please notify your Buying Team with the SKU detail.
*SKUs that are out of stock with an ETA longer than 30 days will be removed from the site*

As detailed in the Vendor Direct to Customer Guide (Inventory Advice), you are responsible for maintaining, on a daily basis, current inventory and/or ETA information on Commerce Hub.

Thank you for your immediate attention.

2

Digital Assets Specialist | **BEDBATH & BEYOND**
Corporate Office, 650 Liberty Ave Union, NJ 07083

admin3

| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
|---|---|
| **Sent:** | Wednesday, 14 December 2022 07:31 |
| **To:** | Robert Dunsavage |
| **Subject:** | RE: Water-Stream LLC |
| | |
| **Importance:** | High |

Hi Robert,

Thank you for your email but as I have stated I am not getting a response from the email address you have suggested when I email. Please can you assist with an email address from an actual person so I am able to get a response.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300








**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Robert Dunsavage
**Sent:** Tuesday, 13 December 2022 17:05
**To:** Accounts
**Subject:** RE: Water-Stream LLC

Hi Carly,

Thanks for reaching out, unfortunately I'm not able to assist with invoice payments. All unpaid invoice inquiries need to be directed to the Vendor Relations mailbox (vrrepvendorgroup1@bedbath.com). You should also contact your Category Manager/Buyer to escalate past due invoices to the VR Team.

Please note, the Vendor Solutions mailbox (vendor.solutions@bedbath.com) is only able to assist with non-shortage disputes.


Thank you,
Rob

**From:** Accounts <accounts@water-stream.com>
**Sent:** Tuesday, December 13, 2022 9:54 AM
**To:** Robert Dunsavage <Robert.Dunsavage@bedbath.com>
**Subject:** Water-Stream LLC
**Importance:** High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Robert,

I have been trying to get in contact with someone at Bed Bath regarding nonpayment. I have been emailing: vrrepvendorgroup1@bedbath.com and vendor.solutions@bedbath.com and only receiving generic email responses and I need to give feedback to my Director regarding payment.

We have not been paid since 2022/06/30. Which means we have not been paid for six months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

I have looked at the attached document and I agree with the invoices that have Approved For Payment next to them, this amounts to **$10 588.00**. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

How can we not be paid for 6 months? **Please can I have a contact number so I am able to speak to Bed Bath about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

2

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Tuesday, 13 December 2022 16:54 |
| **To:** | robert.dunsavage@bedbath.com |
| **Subject:** | Water-Stream LLC |
| **Attachments:** | 2022.12.13_Payables.xls |
| **Importance:** | High |

Hi Robert,

I have been trying to get in contact with someone at Bed Bath regarding nonpayment. I have been emailing: vrrepvendorgroup1@bedbath.com and vendor.solutions@bedbath.com and only receiving generic email responses and I need to give feedback to my Director regarding payment.

We have not been paid since 2022/06/30. Which means we have not been paid for six months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

I have looked at the attached document and I agree with the invoices that have Approved For Payment next to them, this amounts to **$10 588.00**. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

How can we not be paid for 6 months? **Please can I have a contact number so I am able to speak to Bed Bath about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300







**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**Exhibit C – Cover Sheet**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**EXHIBIT C**
BBBY Admission: "No Payments Since June 30, 2022"

Written admission by Bed Bath & Beyond's Accounts Department that no payments have been made since
June 30, 2022.

Filing Party:
Water-Stream LLC (Creditor, Pro Se)
Mr. Gary Flax, Authorized Representative
4923 Cape Coral Drive, Dallas TX 75287
+1 855 255 5544
gary@water-stream.com

Dated: August 21, 2025
_____

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Monday, 13 February 2023 11:49 |
| **To:** | BBBYQCphoto@bedbath.com |
| **Subject:** | RE: Bed Bath & Beyond - ***WATER-STREAM LLC***CommerceHub Inventory/ETA is Required  (2nd- Attempt) |

Hi There,

We have not been paid since 2022/06/30, once we have payment we will gladly continue to supply. We are a small company and we can't keep supplying at our own cost.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

---

**From:** "BBBYQCphoto.bedbath.com" <BBBYQCphoto@bedbath.com>
**Date:** 09 February 2023 at 11:34:08 GMT-6
**To:** Gary <gary@water-stream.com>
**Subject: Bed Bath & Beyond - ***WATER-STREAM LLC***CommerceHub Inventory/ETA is Required (2nd- Attempt)**

Hello,

**Immediate Action Required:**

The Item(s) below are showing out of stock and need to be addressed in Commerce Hub:

| SKU | UPC | JDA_LONG_DESCRIP | VENDOR | DEPT | SUB | Attempt # |
|---|---|---|---|---|---|---|
| 69645540 | 850018502276 | LUXURY FILTR CARTRIDGE 12PKVDC | 56416-WATER-STREAM LLC | 550 | 930 | 2 |

**If inventory is not currently available, please follow the steps below:**

1). Item is Out of Stock - Feed zero inventory, Flip the status flag to Unavailable, and enter an ETA date in the **next available date field**.

2). Item is Discontinued - Zero out inventory and flip the status flag to Discontinued. This item does <u>not</u> need to be removed from the feed.

<u>Pending New SKUs that are Out of Stock:</u>
Add these items to your inventory feed with our BBB SKU number. Mark the items as available with inventory feeding.
*New SKUs will not move through our setup workflow's without inventory feeding*

<u>Live SKUs that are Out of Stock:</u>
Replenish inventory in Commerce Hub. If inventory is not currently available feed zero inventory, flip the status flag to Unavailable, and enter an ETA date. If an item needs to be discontinued, please notify your Buying Team with the SKU detail.
*SKUs that are out of stock with an ETA longer than 30 days will be removed from the site*

As detailed in the Vendor Direct to Customer Guide (Inventory Advice), you are responsible for maintaining, on a daily basis, current inventory and/or ETA information on Commerce Hub.

Thank you for your immediate attention.


Digital Assets Specialist | **BEDBATH & BEYOND**
Corporate Office, 650 Liberty Ave Union, NJ 07083

2

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Thursday, 24 November 2022 07:02 |
| **To:** | vrrepvendorgroup1@bedbath.com; vrreportrequest@bedbath.com; vrbackuprequest@bedbath.com; apcreditreference@bedbath.com; vendor.solutions@bedbath.com |
| **Subject:** | RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Attachments:** | OpenPayables.xls |
| **Importance:** | High |

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? **Please can I have contact number so I am able to speak to Bed Bath about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Wednesday, 23 November 2022 09:47
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? **Please can I have contact number so I am able to speak with you about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Monday, 07 November 2022 15:40
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? **Please can I have contact number so I am able to speak with you about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Monday, 17 October 2022 16:21
**To:** 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>

2

**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Friday, 07 October 2022 14:04
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Thursday, 06 October 2022 17:09

**To:** Accounts <accounts@water-stream.com>
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------
**To:** Vendor Group1
**From:** accounts@water-stream.com
**CC:**
**Date:** 2022-10-03 06:37:35
**Subject:** RE:RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,

dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
----------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544

Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM34925500 Generated: Payments


Dear Bed Bath & Beyond Vendor,


Thank you for contacting the Vendor Relations team.


We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.


Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM34925500.


Thank you,


Bed Bath & Beyond Vendor Relations

Ref:MSG106240164


Ref:MSG109708428


Ref:MSG110652280

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Wednesday, 14 December 2022 07:32 |
| **To:** | vrrepvendorgroup1@bedbath.com; Vendor Solutions |
| **Subject:** | RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

   

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Tuesday, 13 December 2022 16:13
**To:** vrrepvendorgroup1@bedbath.com; Vendor Solutions
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
**Accounts Department**

**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

  *Happy Holidays !*

  

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Thursday, 08 December 2022 17:01
**To:** vrrepvendorgroup1@bedbath.com; Vendor Solutions <vendor.solutions@bedbath.com>
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Mrunmayee,

Thank you for your email but I need a date when we will get paid. We have not been paid since **2022/06/30**. I need to give my director an actual date not a generic email.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

  *Happy Holidays !*

   

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Thursday, 08 December 2022 16:53
**To:** Accounts <accounts@water-stream.com>
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation o
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 15:26:48
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I keep getting a generic email when I have asked a the following:

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Please can I have answers.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

3

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Monday, 05 December 2022 16:59
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 01/20/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 05:10:53
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

4

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 01 December 2022 14:16
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 01 December 2022 12:57
To: Accounts <accounts@water-stream.com>
Cc: Accounts <accounts@water-stream.com>

Subject: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

6

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other

8

than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------------

To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM
LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still
consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern
given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months,

we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments


Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM 34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428

Ref:MSG110652280

Ref:MSG119506220

Ref:MSG120126793

</accounts@water-stream.com<>

Ref:MSG120657120

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Tuesday, 13 December 2022 16:13 |
| **To:** | vrrepvendorgroup1@bedbath.com; Vendor Solutions |
| **Subject:** | RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Mrunmayee,

I am following up on the email below.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Thursday, 08 December 2022 17:01
**To:** vrrepvendorgroup1@bedbath.com; Vendor Solutions
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Mrunmayee,

Thank you for your email but I need a date when we will get paid. We have not been paid since **2022/06/30**. I need to give my director an actual date not a generic email.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300




*Happy Holidays !*

little **luxury** Quality water filters and water coolers

**WATER STREAM**

☎ 855 255 5544   ✉ info@littleluxury.com
🎀 214 550 4300   🌐 www.littleluxury.com

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Thursday, 08 December 2022 16:53
**To:** Accounts <accounts@water-stream.com>
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 15:26:48
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Mrunmayee,

I keep getting a generic email when I have asked a the following:

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Please can I have answers.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Monday, 05 December 2022 16:59
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 01/20/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the

store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 05:10:53
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 01 December 2022 14:16
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be

paid.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 01 December 2022 12:57
To: Accounts <accounts@water-stream.com>
Cc: Accounts <accounts@water-stream.com>
Subject: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com

CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM
LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to
assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still
consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about
this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender

8

and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a
detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions
regarding this matter, please be sure to reply to this thread and reference RITM 34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428

Ref:MSG110652280

Ref:MSG119506220


Ref:MSG120126793


</accounts@water-stream.com<>

Ref:MSG120657120

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Thursday, 08 December 2022 17:01 |
| **To:** | vrrepvendorgroup1@bedbath.com; Vendor Solutions |
| **Subject:** | RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Mrunmayee,

Thank you for your email but I need a date when we will get paid. We have not been paid since **2022/06/30**. I need to give my director an actual date not a generic email.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

 

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1
**Sent:** Thursday, 08 December 2022 16:53
**To:** Accounts
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.

1

To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 15:26:48
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I keep getting a generic email when I have asked a the following:

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Please can I have answers.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain

copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Monday, 05 December 2022 16:59
To: Accounts
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 01/20/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 05:10:53
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544

3

Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 01 December 2022 14:16
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 01 December 2022 12:57
To: Accounts <accounts@water-stream.com>
Cc: Accounts <accounts@water-stream.com>
Subject: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

4

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com

Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com

CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM 34925500.


Thank you,


Bed Bath & Beyond Vendor Relations

Ref:MSG106240164


Ref:MSG109708428

Ref:MSG110652280


Ref:MSG119506220


Ref:MSG120126793


</accounts@water-stream.com<>

Ref:MSG120657120

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Monday, 05 December 2022 17:23 |
| **To:** | vrrepvendorgroup1@bedbath.com; Vendor Solutions |
| **Subject:** | RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Mrunmayee,

I keep getting a generic email when I have asked a the following:

*Hi Mrunmayee,*

*Thank you so much for your email.*

*I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.*

*Thank you*

Please can I have answers.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300








**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.



**From:** BBBY VRRepVendorgroup1
**Sent:** Monday, 05 December 2022 16:59
**To:** Accounts

**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 01/20/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------
To: Vendor Group1, Vendor Solution
From: accounts@water-stream.com
CC:
Date: 2022-12-05 05:10:53
Subject: RE:RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,

dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Thursday, 01 December 2022 14:16
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to $10 456.00. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[Text, letter Description automatically generated]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 01 December 2022 12:57
To: Accounts <accounts@water-stream.com>
Cc: Accounts <accounts@water-stream.com>
Subject: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM
LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream

4

Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or

clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1

8

From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM 34925500.

Thank you,


Bed Bath & Beyond Vendor Relations

Ref:MSG106240164


Ref:MSG109708428

Ref:MSG110652280


Ref:MSG119506220


</accounts@water-stream.com<>

Ref:MSG120126793

admin3

| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
|---|---|
| **Sent:** | Monday, 05 December 2022 07:06 |
| **To:** | vrrepvendorgroup1@bedbath.com; Vendor Solutions |
| **Subject:** | RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |

Hi Mrunmayee,

I have not had feedback from my email on Thursday. Please Can I have feedback.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300

    

**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Thursday, 01 December 2022 14:16
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Mrunmayee,

Thank you so much for your email.

I have looked at you documents and I agree with the invoices that have Approved For Payment next them, this amounts to **$10 456.00**. We have a ACH set up with Bed Bath. Please can you give me an indication when this will be paid.

1

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300




**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

---

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Thursday, 01 December 2022 12:57
**To:** Accounts <accounts@water-stream.com>
**Cc:** Accounts <accounts@water-stream.com>
**Subject:** RE:RITM37292344 FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 04/01/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store.

If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Mrunmayee Lambe | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------------

To: Vendor Group1
From: Vendor.Solutions@bedbath.com
CC: Marketting Water-Stream
Date: 2022-11-30 14:46:12
Subject: RE:FW: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM
LLC

Hi Vendor Relations Team,

Vendor is requesting for status on unpaid invoices, request you to refer the attached documents and below email to
assist the vendor.

Thank You
Saad Chogale
Bed Bath & Beyond – VM
Vendor Solution Analyst

From: Accounts
Sent: Thursday, November 24, 2022 12:02 AM
To: VRRepVendorGroup1 ; vrreportrequest ; vrbackuprequest ; APCreditReference ; Vendor Solutions
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or
clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still
consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak to Bed Bath about
this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[cid:image001.jpg@01D8FFD2.7BF2E2C0]


CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or
entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain
copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender
and destroy any copies of this information.

From: Accounts
Sent: Wednesday, 23 November 2022 09:47
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Monday, 07 November 2022 15:40
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? Please can I have contact number so I am able to speak with you about this.

Thank you.
Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender

and destroy any copies of this information.

From: Accounts
Sent: Monday, 17 October 2022 16:21
To: 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: Accounts
Sent: Friday, 07 October 2022 14:04
To: vrrepvendorgroup1@bedbath.com
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
Importance: High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8FFD2.7BF2E2C0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other

than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
Sent: Thursday, 06 October 2022 17:09
To: Accounts <accounts@water-stream.com>
Subject: RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544

6

Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM 35515308 RE: Request RITM 34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM 34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM 34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM 34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428

Ref:MSG110652280

</accounts@water-stream.com<>

Ref:MSG119506220

admin3

| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
|---|---|
| **Sent:** | Thursday, 29 September 2022 13:19 |
| **To:** | Auto_Response@bedbath.com; vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: Request RITM34925500 Generated: Payments |
| | |
| **Importance:** | High |

Hi Vendor Relations:

We have not been paid since <u>**2022/06/30.**</u> Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY Donotreply
**Sent:** Friday, 09 September 2022 07:00
**To:** Accounts
**Subject:** Request RITM34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

admin3

| From: | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| Sent: | Friday, 09 September 2022 06:55 |
| To: | vrrepvendorgroup1@bedbath.com |
| Subject: | Payments |
| Importance: | High |

Hi There,

We have not had a payment since 2022/06/30.

Please can you give me feedback why we are not getting payments.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Tuesday, 13 September 2022 08:02 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM34925500 Payments - V# 56416 - WATER-STREAM LLC |
| | |
| **Importance:** | High |

Hi Karan,

Thank you for your email.

I understand our terms are Terms = 2% 30 DAYS PROMPT.

We have not been paid since **2022/06/30**. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1
**Sent:** Monday, 12 September 2022 12:11
**To:** Accounts
**Subject:** RE:RITM34925500 Payments - V# 56416 - WATER-STREAM LLC

Hello Team,

Thank you for your inquiry.

All your approved for payment invoice(s) and or repay(s) will be paid on the next scheduled check run or according to payment terms for this account.

1

Vendor account is not on hold, nor in debit balance, once payment made you will be notified as earliest.

They will be processed for payment on an upcoming payment run.

Terms = 2% 30 DAYS PROMPT

If you have any questions or concerns, please feel free to contact me.

Thank you,
Karan Rohra | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083


--------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
Date: 2022-09-09 04:59:21
Subject: RE: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi There,

We have not had a payment since 2022/06/30.

Please can you give me feedback why we are not getting payments.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8C418.9AD502E0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.


Ref:MSG106602778

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Friday, 16 September 2022 09:47 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM34925500 Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Karan,

I still have not had feedback from my email below.

Please can I have feedback.

Thank you

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Tuesday, 13 September 2022 08:02
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM34925500 Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Karan,

Thank you for your email.

I understand our terms are Terms = 2% 30 DAYS PROMPT.

We have not been paid since **2022/06/30.** Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

1

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Monday, 12 September 2022 12:11
**To:** Accounts <accounts@water-stream.com>
**Subject:** RE:RITM34925500 Payments - V# 56416 - WATER-STREAM LLC

Hello Team,

Thank you for your inquiry.

All your approved for payment invoice(s) and or repay(s) will be paid on the next scheduled check run or according to payment terms for this account.

Vendor account is not on hold, nor in debit balance, once payment made you will be notified as earliest.

They will be processed for payment on an upcoming payment run.

Terms = 2% 30 DAYS PROMPT

If you have any questions or concerns, please feel free to contact me.

Thank you,
Karan Rohra | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083

-----------------------------------------------------------------------------------------

To: Vendor Group1
From: accounts@water-stream.com
Date: 2022-09-09 04:59:21
Subject: RE: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi There,

We have not had a payment since 2022/06/30.

Please can you give me feedback why we are not getting payments.

Thank you

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8C418.9AD502E0]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

Ref:MSG106602778

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F-ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Wednesday, 23 November 2022 09:47 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for five months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 5 months? **Please can I have contact number so I am able to speak with you about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Monday, 07 November 2022 15:40
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? **Please can I have contact number so I am able to speak with you about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Monday, 17 October 2022 16:21
**To:** 'vrrepvendorgroup1@bedbath.com' <vrrepvendorgroup1@bedbath.com>
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Friday, 07 October 2022 14:04
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Thursday, 06 October 2022 17:09
**To:** Accounts <accounts@water-stream.com>
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
---------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still

3

consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM34925500 Generated: Payments

4

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428

Ref:MSG110652280

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Monday, 07 November 2022 15:40 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

How can we not be paid for 4 months? **Please can I have contact number so I am able to speak with you about this.**

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Monday, 17 October 2022 16:21
**To:** 'vrrepvendorgroup1@bedbath.com'
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

1

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Friday, 07 October 2022 14:04
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Thursday, 06 October 2022 17:09
**To:** Accounts <accounts@water-stream.com>
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation

♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply

Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM34925500 Generated: Payments


Dear Bed Bath & Beyond Vendor,


Thank you for contacting the Vendor Relations team.


We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.


Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM34925500.


Thank you,


Bed Bath & Beyond Vendor Relations

Ref:MSG106240164


Ref:MSG109708428


Ref:MSG110652280

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Monday, 17 October 2022 16:21 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Accounts
**Sent:** Friday, 07 October 2022 14:04
**To:** vrrepvendorgroup1@bedbath.com
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC
**Importance:** High

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544

1

Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com>
**Sent:** Thursday, 06 October 2022 17:09
**To:** Accounts <accounts@water-stream.com>
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D702.BC8CF350]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
----------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM34925500 Generated: Payments


Dear Bed Bath & Beyond Vendor,


Thank you for contacting the Vendor Relations team.


We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.


Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM34925500.


Thank you,


Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

4

Ref:MSG109708428

Ref:MSG110652280

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Friday, 07 October 2022 14:04 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| | |
| **Importance:** | High |

Hi Kamlesh,

How can we not be paid for 3 months. Please can I have contact number so I am able to speak with you about this.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1
**Sent:** Thursday, 06 October 2022 17:09
**To:** Accounts
**Subject:** RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set

1

days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------------
To: Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-10-03 06:37:35
Subject: RE:RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300


[cid:image001.jpg@01D8D702.BC8CF350]


CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY VRRepVendorgroup1
Sent: Friday, 30 September 2022 17:36
To: Accounts
Subject: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation
• Once we complete our 3rd phase, we can get back to a set cycle
• While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428

Ref:MSG110652280

admin3

| | |
|---|---|
| **From:** | Accounts <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29 _CN=RECIPIENTS_CN=F301F57F353544248FF7D3119A73C68F- ACCOUNTS-WA@ZAFP275.PROD.OUTLOOK.COM> |
| **Sent:** | Monday, 03 October 2022 08:33 |
| **To:** | vrrepvendorgroup1@bedbath.com |
| **Subject:** | RE: RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC |
| **Importance:** | High |

Hi Kamlesh,

We have not been paid since 2022/06/30. Which means we have not been paid for three months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
**Accounts Department**
**For and on behalf of Water-Stream**
Tel: 855 255 5544
Fax: 214 550 4300



**CONFIDENTIALITY NOTE:** The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** BBBY VRRepVendorgroup1
**Sent:** Friday, 30 September 2022 17:36
**To:** Accounts
**Subject:** RE:RITM35515308 RE: Request RITM34925500 Generated: Payments - V# 56416 - WATER-STREAM LLC

Hi Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Please note that the Invoices listed as "Approved for Payment" are ready to pay.
To provide transparency on the status of our invoices – we have put the following process in place:
o We are running payments on a continuous cycle
o We are continuing our Finance Systems transformation and are in our 2nd phase of Oracle implementation

♣ Once we complete our 3rd phase, we can get back to a set cycle
♣ While you were accustomed to being paid on set days prior to our transformation – over the next several months, we cannot guarantee payment on set days due to some limitations on the system. In addition to limitations on set days, we are also fixed on the numbers of transactions we can run

Your partnership and patience are appreciated as we continue our Finance Systems transformation.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
--------------------------------------------------------------------------------------
To: BBBY Donotreply, Vendor Group1
From: accounts@water-stream.com
CC:
Date: 2022-09-29 11:22:20
Subject: RE:RE: Request RITM34925500 Generated: Payments

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Vendor Relations:

We have not been paid since 2022/06/30. Which means we have not been paid for two months and we are still consistently receiving and completing Purchase Orders but not receiving payment for these Purchase orders.

Please can you look into this for me.

Thank you.

Kind Regards,

Carly Smith
Accounts Department
For and on behalf of Water-Stream
Tel: 855 255 5544
Fax: 214 550 4300

[cid:image001.jpg@01D8D406.05CE2D40]

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. All concepts, ideas, strategies, drawings and technologies remain copyrighted and solely our independent intellectual property. If you received this in error, please contact the sender and destroy any copies of this information.

From: BBBY Donotreply
Sent: Friday, 09 September 2022 07:00
To: Accounts
Subject: Request RITM34925500 Generated: Payments

Dear Bed Bath & Beyond Vendor,

Thank you for contacting the Vendor Relations team.

We have received your inquiry, it will be answered in the order it was received. Please allow 3 business days for a detailed response.

Resolving your issues and answering your inquiries are our top priority. Should you have additional questions regarding this matter, please be sure to reply to this thread and reference RITM34925500.

Thank you,

Bed Bath & Beyond Vendor Relations

Ref:MSG106240164

Ref:MSG109708428



4923 Cape Coral Drive
Dallas, TX 75287-7234
United States of America

Tel:      855 255 5544
Fax:      214 550 4300
EIN No.:      81-1351264

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re: **Bed Bath & Beyond Inc., et al.**
Chapter 11, Case No. 23-13359 (VFP)
(Jointly Administered)

**PROOF OF SERVICE**

I, Mr. Gary Flax, declare as follows:

1. I am over the age of 18 and am not a party to this case. I am authorized to act on behalf of Water-Stream LLC, a creditor in this matter.

2. On August 21, 2025, I caused a true and correct copy of the following documents to be served:

  - Objection of Water-Stream LLC to the Plan Administrator's Tenth Omnibus Objection to Claims (Doc. 4267)
  - Declaration of [Your Full Name] in Support of Objection
  - Exhibits A–E (invoices, approvals, payment confirmations, correspondence)
  - Cover Letter to Clerk of Court

3. Service was made as follows:

(a) By U.S. Mail/Overnight Delivery to the Bankruptcy Clerk:
Clerk of the Court
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, NJ 07102

(b) By Email and Overnight Delivery to Counsel for the Plan Administrator:
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019

  - Bradford J. Sandler (bsandler@pszjlaw.com)
  - Robert J. Feinstein (rfeinstein@pszjlaw.com)
  - Erin Gray (egray@pszjlaw.com)
  - Edward A. Corma (ecorma@pszjlaw.com)

(c) By Mail/Email to the United States Trustee:
Office of the United States Trustee
One Newark Center

1085 Raymond Blvd, Suite 2100
Newark, NJ 07102
Email: ustpregion03.ne.ecf@usdoj.gov

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 21, 2025
Dallas, TX

Mr. Gary Flax
Authorized Representative, Water-Stream LLC