UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 3, 2025, AT 10:00 A.M. (ET)**

> Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.  Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.

I.    **MATTER GOING FORWARD**

1.    Hearing on *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266].

Response Deadline:  August 26, 2025.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4925-9383-3060.2 08728.003

Responses Received:

    (a)    [UNFILED] Informal Response Received from MerchSource LLC Regarding Claim No. 8108.

    (b)    Objection of Water-Stream LLC [Docket No. 4312].

    (c)    [NOT YET ON DOCKET] Supplemental Objection of Water-Stream, LLC.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4267].

    (b)    Affidavit of Service [Docket No. 4282].

    (c)    Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].

    (d)    Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4295].

    (e)    Plan Administrator's Reply to Claimant's Response to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4310].

Status: This matter is going forward with respect to all creditors except: (i) MerchSource LLC (an adjournment was granted solely as to Claim No. 8108 filed by MerchSource LLC and is scheduled for hearing on October 15, 2025, at 10:00 a.m. Eastern Time); and (ii) Claim Nos. 9578 and 10740 filed by Eva Marie Beale (the "Beale Claims"). An adjournment request was submitted to the Court on August 29, 2025, solely as to the Beale Claims and the Plan Administrator requests that the Court rule on the adjournment request and schedule the Beale Claims for hearing on October 15, 2025, at 10:00 a.m. Eastern Time.

## II.    **MATTERS RESOLVED**

2.    Continued hearing on *Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1)* [Docket No. 4156] as to claimant Continental Web Press, Inc.

Response Deadline: July 22, 2025.

Responses Received:

(a)    Continental Web Press, Inc. Response to Plan Administrators' Nineteenth Omnibus Objection to Administrative Claim [Docket No. 4185].

(b)    [UNFILED] Informal Response Received from Comfort in the Sun, Inc.

Related Documents:

(a)    Notice of Objection to Your Claim [Docket No. 4157].

(b)    Affidavit of Service [Docket No. 4177].

(c)    Determination of Adjournment Request [Docket No. 4261].

(d)    Plan Administrator's Reply to Claimant's Response to Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4264].

(e)    [ENTERED] Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4277].

(f)    [ENTERED] Amended Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4296].

(g)    Notice of Hearing [Docket No. 4297].

(h)    Stipulation and Consent Order Between Plan Administrator and Continental Web Press, Inc. [Docket No. 4306].

Status:  This matter has been resolved pursuant to the Stipulation and Consent Order filed on August 29, 2025 [Docket No. 4306]. A hearing on this matter is not necessary unless the Court has any questions.[2]

3.    Continued hearing on *Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4169] as to creditor Pem-America.

Response Deadline:  August 5, 2025.

---

[2]    The Objection as it relates to Claim No. 15870 filed by Comfort in the Sun, Inc. has been rescheduled for hearing on October 15, 2025, at 10:00 a.m. Eastern Time pursuant to Docket No. 4296.

<u>Responses Received</u>:

(a)   Letter to Judge from Attorney David Edelberg on Behalf of Safavieh Intl LLC [Docket No. 4280].

(b)   [UNFILED] Letter to Court from Ozeri Dated July 30, 2025.

<u>Related Documents</u>:

(a)   Notice of Objection to Your Claim [Docket No. 4170].

(b)   Affidavit of Service [Docket No. 4262].

(c)   Determination of Adjournment Request (Solely as to Claim No. 172 Filed by Pem-America Inc.) [Docket No. 4271].

(d)   Plan Administrator's Reply to Claimant's Response to Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4283].

(e)   Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4284].

(f)   Certificate of Service [Docket No. 4286].

(g)   [ENTERED] Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4289].

(h)   Certification of No Objection Regarding Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) as to Claim 172 of Pem-America, Inc. [Docket No. 4309].

(i)   Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4311].

<u>Status</u>:  This matter has been resolved pursuant to the Certificate of No Objection (with supplemental order attached) filed by the Plan Administrator on August 29, 2025. There is no need for a hearing unless the Court has questions.

## III.   **MATTER ADJOURNED**

4.   Continued hearing on *Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4169] as to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC.

<u>Response Deadline</u>:  August 5, 2025.

4925-9383-3060.2 08728.003                                        4

Responses Received:

(a)     Notice of Objection to Your Claim [Docket No. 4170].

(b)     Affidavit of Service [Docket No. 4262].

(c)     Determination of Adjournment Request (Solely as to Claim No. 172 Filed by Pem-America Inc.) [Docket No. 4271].

(d)     Plan Administrator's Reply to Claimant's Response to Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4283].

(e)     Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4284].

(f)     Certificate of Service [Docket No. 4286].

(g)     [ENTERED] Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4289].

(h)     Certification of No Objection Regarding Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) as to Claim 172 of Pem-America, Inc. [Docket No. 4309].

(i)     Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4311].

Status:  An adjournment was granted solely as to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC and is scheduled for hearing on September 16, 2025, at 10:00 a.m. Eastern Time.

Dated:  September 2, 2025

*/s/ Edward A. Corma*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:        rfeinstein@pszjlaw.com
              bsandler@pszjlaw.com
              egray@pszjlaw.com
              ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

4925-9383-3060.2 08728.003                    6