| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>             bsandler@pszjlaw.com<br>             egray@pszjlaw.com<br>             ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 9, 2025, AT 10:00 A.M. (ET)**

> Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.
>
> Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.

I. **MATTER TO BE ADJOURNED**

    1.    Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

           <u>Original Response Deadline</u>: October 17, 2023.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4911-8220-6310.1 08728.003

Responses Received:

 (a) Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

 (b) HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

Related Documents:

 (a) Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

 (b) Notice of Hearing [Docket No. 2425].

 (c) Determination of Adjournment Request [Docket No. 2531].

 (d) Determination of Adjournment Request [Docket No. 2537].

 (e) Determination of Adjournment Request [Docket No. 2772].

 (f) Determination of Adjournment Request [Docket No. 2897].

 (g) Determination of Adjournment Request [Docket No. 2926].

 (h) Determination of Adjournment Request [Docket No. 2953].

 (i) Determination of Adjournment Request [Docket No. 2982].

 (j) Determination of Adjournment Request [Docket No. 3073].

 (k) Determination of Adjournment Request [Docket No. 3297].

 (l) Determination of Adjournment Request [Docket No. 3340].

 (m) Determination of Adjournment Request [Docket No. 3469].

 (n) Determination of Adjournment Request [Docket No. 3523].

 (o) Determination of Adjournment Request [Docket No. 3673].

 (p) Determination of Adjournment Request [Docket No. 3724].

 (q) Determination of Adjournment Request [Docket No. 3762].

 (r) Determination of Adjournment Request [Docket No. 3853].

 (s) Determination of Adjournment Request [Docket No. 3926].

  (t)  Determination of Adjournment Request [Docket No. 3973].

  (u)  Determination of Adjournment Request [Docket No. 4101].

  (v)  Determination of Adjournment Request [Docket No. 4134].

  (w)  Determination of Adjournment Request [Docket No. 4162].

  (x)  Determination of Adjournment Request [Docket No. 4183].

  (y)  Determination of Adjournment Request [Docket No. 4279].

  (z)  Determination of Adjournment Request [Docket No. 4294].

Status:  An adjournment request was submitted to the Court on September 8, 2025, and the Plan Administrator requests that the Court rule on the adjournment request and schedule the hearing for September 16, 2025, at 10:00 a.m. Eastern Time.

Dated: September 8, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
   bsandler@pszjlaw.com
   egray@pszjlaw.com
   ecorma@pszjlaw.com

*Counsel to the Plan Administrator*