| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP** Robert J. Feinstein (admitted *pro hac vice*) Bradford J. Sandler Erin Gray (admitted *pro hac vice*) Edward A. Corma<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Email: rfeinstein@pszjlaw.com<br><br>bsandler@pszjlaw.com<br>egray@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | **Order Filed on September 8, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey**<br><br>Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge: Vincent F. Papalia<br><br>(Jointly Administered) |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtors. | **Original Hearing Date and Time**<br>July 29, 2025 at 10:00 a.m. (ET) Response Deadline: July 22, 2025<br><br>**Continued Hearing Date and Time**<br>August 26, 2025 at 10:00 a.m. (ET) Response Deadline: August 19, 2025 |

**STIPULATION AND CONSENT ORDER BETWEEN PLAN ADMINISTRATOR & CONTINENTAL WEB PRESS, INC.**

**DATED: September 8, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This stipulation and consent order (the "Stipulation") dated August 22, 2025, is made by and between Continental Web Press, Inc ("Claimant") and Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases (collectively, the "Debtors" and each a "Debtor") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | STIPULATION AND CONSENT ORDER |

Inc.)[2] and affiliated debtors (the "Debtors" or the "Wind-Down Debtors") (together, the "Parties"), including, as applicable, by and through their duly authorized undersigned counsel.

## RECITALS

**WHEREAS**, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Debtors' chapter 11 cases were procedurally consolidated.

**WHEREAS**, on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date Order").

**WHEREAS**, the Bar Date Order established July 7, 2023 as the date by which all Claims against the Debtors must be filed (the "Bar Date").

**WHEREAS**, on September 14, 2023, this Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").[3]

**WHEREAS**, on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors

---

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

[3] Capitalized terms that are not defined herein have the meanings given to them in the Plan.

4936-6669-3472.4 08728.003                                  2

Debtors:          BED BATH & BEYOND INC., *et al*.
Case No.          23-13359-VFP
Caption of Order: STIPULATION AND CONSENT ORDER

and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[4]

**WHEREAS**, Debtor Bed Bath & Beyond, Inc. scheduled a general unsecured claim for Claimant in the amount of $889,917.99 (the "Scheduled Claim").[5]

**WHEREAS**, Claimant filed the following proofs of claim (the "Filed Claims") against the Debtors. (The Scheduled Claims and the Filed Claims are collectively, the "Claimant's Claims").

| Claim No. | Date Filed | Debtor | Amount/Priority |
|---|---|---|---|
| 11643 | 7/12/23 | Bed Bath & Beyond, Inc. | $917,258.93 (GUC) |
| 17751 | 10/9/23 | Bed Bath & Beyond, Inc. | $79,302.99 (ADMIN) |

**WHEREAS**, on or about October 12, 2023, Claimant filed a *Request for Payment of Administrative Expense* pursuant to which it sought $79,302.99 as an expense of administration (the "Administrative Claim Motion") [Doc. No.2430].

**WHEREAS**, on or about October 19, 2023, the Plan Administrator filed a *Limited Objection and Reservation of Rights* [Doc. No. 2513] with respect to, *inter alia*, Claimant's Administrative Claim Motion.

**WHEREAS**, on or about June 24, 2025, the Plan Administrator filed the *Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1)* (the "Omnibus Objection") pursuant to which he objected to, *inter alia*, Claim 17751 and the Administrative Claim Motion. The hearing on the Objection was scheduled for July 29, 2025 at 10:00 a.m. (the "Hearing").

---

[4] *See* Plan, Article IV, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").
[5] *See* Schedule 5269596

Debtors:         BED BATH & BEYOND INC., *et al*.
Case No.         23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

**WHEREAS**, on or about July 23, 2025, Claimant filed a response to the Objection (the "Response") [Doc. No. 4185].

**WHEREAS**, on or about July 25, 2025, the Bankruptcy Court granted an adjournment of the Hearing with respect to the Plan Administrator's objection to Claim 17751 and the Administrative Claim Motion [Doc. No. 4261]. The Hearing is currently scheduled for August 26, 2025 at 10:00 a.m.

**WHEREAS**, the Parties have negotiated in good faith and have agreed to settle their disputes with respect to the Claimant's Claims, the Omnibus Objection and the Administrative Claim Motion upon the terms set forth in this Stipulation.

## AGREEMENT

**NOW, THEREFORE,** in consideration of the foregoing recitals, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the Parties intending to be legally bound, the Parties agree that:

1. **Incorporation**. The Recitals set forth above are incorporated herein as though fully set forth at length.

2. **Authority**. The Parties warrant that they are authorized to enter into this Agreement and that by the signatures of counsel below, it will become a binding agreement.

3. **Allowed Claims**. Claim 11643 shall be Allowed in the total amount of $917,258,93, comprised of the following: (a) an Allowed Administrative Claim in the amount of $15,000.00 (the "Allowed Administrative Claim") and (b) an Allowed Class 6 General Unsecured Claim in the amount of $902,258.93 (the "Allowed General Unsecured Claim").

4. **Distributions on Allowed Claims**. (a) No distributions will be made on account of the Allowed General Unsecured Claim other than in accordance with the terms of the Plan and Confirmation Order. (b) Payment of the Claimant's Allowed Administrative Claim will be made

Debtors:            BED BATH & BEYOND INC., *et al*.
Case No.           23-13359-VFP
Caption of Order:  STIPULATION AND CONSENT ORDER

*pro rata* with all other Chapter 11 Allowed Administrative Claims and at the same time that distributions are made on all other Chapter 11 Allowed Administrative Claims in these cases. Claimant acknowledges that the Plan Administrator is not making distributions on Allowed Administrative Claims at this time, and that the Plan Administrator makes no representations as to the amount and/or timing of any such distributions.

5. **Disallowed Claims**. (a) The Scheduled Claim is disallowed. (b) Claim 17751 is disallowed.

6. **Full Resolution**. This Stipulation resolves all claims (whether Unsecured, Secured, Priority, Administrative or otherwise), demands and/or causes of action of Claimant against the Debtors and their estates, the Debtors-in-Possession, the Wind-Down Debtors and/or the Plan Administrator that arose prior to the effective date of this Stipulation, including but not limited to the Scheduled Claim, the Filed Claims and the Administrative Claim Motion (which is hereby withdrawn)

7. **Claims Agent**. The Plan Administrator and his agents and any third parties, (including the Claims and Noticing Agent Kroll Restructuring Administration) are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation including modifying the Official Claims Register in these cases.

8. **Third Parties**. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

9. **Effective Date**. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon full execution by the last Party, and the effective date of the Stipulation (the "Effective Date") shall be the date entered by the Bankruptcy Court.

Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: STIPULATION AND CONSENT ORDER

10. **No Oral Modifications**. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

11. **Jurisdiction**. The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

12. **Attorneys' Fees and Costs**. Each Party shall bear its own fees and costs in connection with these cases, the Objection and the Stipulation.

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Edward A. Corma*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**LOWENSTEIN SANDLER LLP**

*/s/ Michael Papandrea*
Michael Papandrea
One Lowenstein Drive
Roseland New Jersey 07068
Telephone: (973) 422-6410
Email: MPapandrea@lowenstein.com

*Counsel to Continental Web Press, Inc.*

4936-6669-3472.4 08728.003    6