**Caption in Compliance with D.N.J. LBR 004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**Order Filed on September 8, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Inre:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**Hearing Date: September 3, 2025**
**Hearing Time: 10:00 a.m. (ET)**

**ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS**
**(503(b)(9) Claims No. 4)**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: September 8, 2025**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS

---

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg* [Docket Nos. 4266, 4267]; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. 4267, 4282, 4293], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and having considered the response [Doc. No 4312] and arguments of Water-Stream LLC (the "Water-Stream Response") and the Plan Administrator's reply thereto [Doc. No. 4310], and after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained as set forth herein.

2. As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is hereby either (a)

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

4919-1529-6614.1 08728.003

(Page | 3)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS

disallowed entirely or (b) reclassified as a Class 6 General Unsecured Claim.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant

3

4919-1529-6614.1 08728.003

(Page | 4)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS

whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

9. As to claimant MerchSource, LLC (Claim No. 8108), the hearing on the Objection is continued to October 15, 2025 at 10:00 a.m.

10. As to claimant Eva Marie Beale (Claim Nos. 9578 and 10740), the hearing on the Objection is continued to October 15, 2025 at 10:00 a.m.

11. Claim 2654 filed by Water-Stream, LLC is not entitled to priority under Bankruptcy Code section 503(b)(9). Claim 2654 shall be reclassified as a Class 6 General Unsecured Claim and shall be Allowed in the amount of $10,166.04.

4

4919-1529-6614.1 08728.003

**Exhibit 1**

**List of Disputed Claims**

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 22nd Omnibus Objection (503(b)(9) Claims No. 4)

| | | | | | Claim As Filed | | Claim if Objection Granted | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount | Claim Class | Claim Amount | Grounds for Objection |
| 1 | Ataollahzadeh, Niyosha | 5/12/2023 | 1024 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$500.00<br>$0.00<br>$500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$500.00<br>$500.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) Claimant has provided no supporting documentation establishing priority under any provision of Section 507(a). |
| 2 | Dabney, Constance Clark | 7/7/2023 | 13699 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>unliquidated<br>unliquidated<br>unliquidated<br>$0.00<br>unliquidated | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) This claim is not entitled to administrative priority under Section 503(b)(1) because claimant has failed to establish that this claim (a) arose out a post-petition transaction with the debtor in possession and (b) directly and substantially benefitted the estate. (3) Claimant has failed to establish that the claim is entitled to priority under provision of Section 507(a)(4). |
| 3 | Hixson Utility District | 6/27/2023 | 12369 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$766.82<br>$0.00<br>$0.00<br>$766.82 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$766.82<br>$766.82 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition utility services (not goods sold to and received by the Debtors within 20 days of the Petition Dates). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 4 | ITA-MED CO./GABRIALLA | 5/16/2023 | 1493 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$467.25<br>$0.00<br>$0.00<br>$467.25 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$467.25<br>$467.25 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. (2) The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 5 | Lewis, Marcellus | 7/6/2023 | 9257 | BBBY Management Corporation | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$60,000.00<br>$60,000.00<br>$60,000.00<br>$0.00<br>$60,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00- Disallowed | This is a claim for severance pay, to which the Plan Administrator objects on the grounds that no severance benefits are owing to Claimant. Accordingly, the Plan Administrator asks that this claim be expunged and disallowed. To the extent the claim is Allowed in any amount, the Plan Administrator asks that the claim be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for severance pay (not goods sold to and received by the Debtors within 20 days of the Petition Dates). Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) This claim is not entitled to administrative priority under Section 503(b)(1) because claimant has failed to establish that this claim (a) arose out a post-petition transaction with the debtor in possession and (b) directly and substantially benefitted the estate. (3) Claimant has failed to establish that the claim is entitled to priority under Section 507(a)(4). |
| 6 | Lewis-Joyner, Erica | 7/25/2023 | 14982 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$2,500.00<br>Unliquidated<br>$0.00<br>$2,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 -Disallow | This is a claim for wages, to which the Plan Administrator objects on the grounds that no wages are owing to Claimant. Accordingly, the Plan Administrator asks that this claim be expunged and disallowed. To the extent the claim is Allowed in any amount, the Plan Administrator asks that the claim be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for wages (not goods sold to and received by the Debtors within 20 days of the Petition Dates). Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) Claimant has failed to establish that the claim is entitled to priority Section 507(a)(4). |
| 7 | Madison Suburban Utility Dist | 6/27/2023 | 11851 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$160.65<br>$0.00<br>$0.00<br>$160.65 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$160.65<br>$0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition utility services (not goods sold to and received by the Debtors within 20 days of the Petition Dates). Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 8 | Makinen, Kristin | 7/11/2023 | 12248 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$30.00<br>$0.00<br>$1,000.00<br>$1,030.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,030.00<br>$1,030.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 22nd Omnibus Objection (503(b)(9) Claims No. 4)

| | | | | | Claim As Filed | | Claim if Objection Granted | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount | Claim Class | Claim Amount | Grounds for Objection |
| 9 | Managed Business Communications, Inc. | 5/5/2023 | 218 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is not a claim for "goods" sold to the debtor in the ordinary course of the debtor's business and received by the debtor on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $520.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $330,314.34 | GUC | $0.00 | |
| | | | | | Total | $330,834.34 | Total | $330,834.34 | |
| 10 | Nevada Power Company d/b/a/ NV Energy | 10/4/2023 | 17675 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed and expunged because: (1) Claim is for utility services (not goods sold to and received by the Debtors within 20 days of the Petition Dates). Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) According to the Debtors' books and records, no post-petition invoices are outstanding to Claimant. Accordingly, claim, if any, is not entitled to priority under Section 503(b)(1). |
| | | | | | Admin | $49,103.60 | Admin | $0.00 | |
| | | | | | 503(b)(9) | Unliquidated | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $49,103.60 | Total | 0.00-DISALLOW | |
| 11 | Newell Brands Distribution LLC | 6/29/2023 | 7648 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed and expunged because the Plan Administrator is informed and believes that it has been satisfied. To the extent that the claim is allowed in any amount, it should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $8,598.02 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $4,946,724.67 | GUC | $0.00 | |
| | | | | | Total | $4,955,322.69 | Total | 0-DISALLOW | |
| 12 | Newell Brands Distribution LLC | 6/29/2023 | 7656 | Buy Buy Baby, Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed and expunged because it asserts the same liabilities as Claim 7648. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $8,598.02 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $4,946,724.67 | GUC | $0.00 | |
| | | | | | Total | $4,955,322.69 | Total | 0-DISALLOW | |
| 13 | Newell Brands Distribution LLC | 6/29/2023 | 8708 | Liberty Procurement Co. Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed and expunged because it asserts the same liabilities as Claim 7648. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $8,598.02 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $4,946,724.67 | GUC | $0.00 | |
| | | | | | Total | $4,955,322.69 | Total | 0-DISALLOW | |
| 14 | Newell Brands Distribution LLC | 6/29/2023 | 8909 | Bed Bath & Beyond of California Limited Liability Company | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed and expunged because it asserts the same liabilities as Claim 7648. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $8,598.02 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $4,946,724.67 | GUC | $0.00 | |
| | | | | | Total | $4,955,322.69 | Total | 0-DISALLOW | |
| 15 | Republic Services National Accounts LLC | 7/5/2023 | 12900 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be disallowed and expunged because it has been amended and superseded by Claim 13312. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $311,806.19 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $5,933.30 | GUC | $0.00 | |
| | | | | | Total | $317,739.49 | Total | 0-DISALLOW | |
| 16 | Republic Services National Accounts LLC | 7/5/2023 | 13312 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim is for pre-petition utility services (not goods sold to and received by the Debtors within 20 days of the Petition Dates). Accordingly, claim is not entitled to priority under Section 503(b)(9). (2) According to the Debtors' books and records, no post-petition invoices are outstanding to Claimant. Accordingly, claim, if any, is not entitled to priority under Section 503(b)(1). |
| | | | | | Admin | $266,313.27 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $266,313.27 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $266,313.27 | |
| | | | | | Total | $266,313.27 | Total | $266,313.27 | |
| 17 | Rosenthal & Rosenthal, Inc. | 7/7/2023 | 11724 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $143.75 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $407,801.03 | GUC | $407,944.78 | |
| | | | | | Total | $407,944.78 | Total | $407,944.78 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 22nd Omnibus Objection (503(b)(9) Claims No. 4)

| | | | | | Claim As Filed | | Claim if Objection Granted | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount | Claim Class | Claim Amount | Grounds for Objection |
| 18 | TradeGuard LLC as Transferee of Trend Lab LLC | 6/30/2023 | 13656 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$12,287.85<br>$12,287.85<br>$0.00<br>$171,666.75<br>$196,242.45 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$196,242.45<br>$196,242.45 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. (2) The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). (3) According to the Debtors' books and records, no post-petition invoices are outstanding to Claimant and Claim fails to establish any unpaid post-petition purchases. Accordingly, claim, if any, is not entitled to priority under Section 503(b)(1). |
| 19 | TradeGuard LLC as Transferee of Trend Lab LLC | 6/28/2023 | 8892 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$12,287.85<br>$0.00<br>$183,954.60<br>$196,242.45 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 DISALLOWED | This claim should be disallowed and expunged because: (1) the claim was amended and superseded by Claim 13656. |
| 20 | UMA Enterprises, Inc. | 2/28/2024 | 19570 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$25,328.58<br>$0.00<br>$0.00<br>$25,328.58 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 DISALLOWED | This claim was filed after the 7/7/23 bar date applicable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. (2) The Plan Administrator is informed and believes that the subject goods were "drop shipped" directly to the customer. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 21 | United National Closeout Stores dba United National Consumer Suppliers | 6/14/2023 | 10634 | Harmon Stores, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$8,592.00<br>$0.00<br>$0.00<br>$8,592.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$8,592.00<br>$8,592.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 22 | US Foods, LLC. | 7/3/2023 | 8444 | Harmon Stores, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$26,577.18<br>$0.00<br>$0.00<br>$26,577.18 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$26,577.18<br>$26,577.18 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 23 | WICKER BONANZA LIMITED | 7/20/2023 | 14394 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$91,889.28<br>$0.00<br>$0.00<br>$91,889.28 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 DISALLOWED | This claim was filed after the 7/7/23 bar date applicable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 24 | Wonder Design Corp. Huang | 7/24/2023 | 14761 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$413,960.80<br>$0.00<br>$0.00<br>$413,960.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$413,960.80<br>$413,960.80 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 25 | Xtreme Mats LLC | 5/23/2023 | 2254 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$18,825.45<br>$0.00<br>$0.00<br>$18,825.45 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$18,825.45<br>$18,825.45 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| 26 | YiKai Co. Limited | 5/9/2023 | 605 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$102,203.13<br>$0.00<br>$0.00<br>$102,203.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$102,203.13<br>$102,203.13 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 22nd Omnibus Objection (503(b)(9) Claims No. 4)

| | | | | | Claim As Filed | | Claim if Objection Granted | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount | Claim Class | Claim Amount | Grounds for Objection |
| 27 | Yim, Sherry | 5/10/2023 | 567 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim should be reclassified as a Class 6 General Unsecured Claim because: (1) Claim does not relate to goods sold by Claimant to the Debtor; and (2) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $199.61 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $199.61 | |
| | | | | | Total | $199.61 | Total | $199.61 | |
| 28 | Zafar Projects Inc | 8/22/2023 | 18855 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This claim was filed after the 7/7/23 bar date applicable to claims under section 503(b)(9) and should be disallowed. If the claim is not disallowed, it should be reclassified as a Class 6 General Unsecured Claim because: (1) Claimant has failed to provide documentation establishing that the subject goods, if any, were actually received by the Debtors on or after April 3, 2023. Accordingly, claim is not entitled to priority under Section 503(b)(9). |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $4,677.21 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $4,677.21 | Total | $0.00 DISALLOWED | |

United States Bankruptcy Court

District of New Jersey

In re:
Bed Bath & Beyond Inc.
Debtor

Case No. 23-13359-VFP
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 34
Date Rcvd: Sep 09, 2025 Form ID: pdf903 Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 09 2025 20:44:04 | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | Sep 09 2025 20:43:37 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 09 2025 20:42:53 | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 09 2025 20:43:45 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 09 2025 20:44:06 | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 09 2025 20:44:01 | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 09 2025 20:44:07 | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Sep 09 2025 20:44:02 | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | Sep 09 2025 20:43:59 | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Jeff Ifrah | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | on behalf of Creditor Select Consolidated Management LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor CR West Ashley LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor CR Mount Pleasant LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Adam J Ruttenberg | on behalf of Defendant Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Adam J Ruttenberg | on behalf of Creditor Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Agostino Angelo Zammiello | on behalf of Defendant Keurig Green Mountain Inc. azammiello@foxrothschild.com |
| Alan F. Kaufman | on behalf of Defendant East Coast/West Coast Logistics LLC alan.kaufman@nelsonmullins.com, crystal.revelle@nelsonmullins.com |
| Alan J. Brody | on behalf of Defendant Corvel Enterprise Comp Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor Alexander's Rego Shopping Center Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan Stuart Maza | on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov mazaa@sec.gov |
| Albert Anthony Ciardi, III | on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Rainier Colony Place Acquisitions LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

Albert Anthony Ciardi, III
on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Alexander F. Barth
on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com

Alexandria Nikolinos
on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Alexis R. Gambale
on behalf of Interested Party Helen of Troy L.P. agambale@pashmanstein.com

Alexis R. Gambale
on behalf of Interested Party Kaz Canada Inc. agambale@pashmanstein.com

Alexis R. Gambale
on behalf of Interested Party OXO International Ltd. agambale@pashmanstein.com

Alexis R. Gambale
on behalf of Interested Party Kaz USA Inc. agambale@pashmanstein.com

Allen J Barkin
on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com sandyr@sbmesq.com

Allen Joseph Underwood, II
on behalf of Creditor 12535 SE 82nd AVE LLC AUnderwood@barclaydamon.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison J. Arotsky
on behalf of Defendant Raymond Accounts Management Inc. aarotsky@moritthock.com

Allison J. Arotsky
on behalf of Defendant Scentsible LLC aarotsky@moritthock.com

Amanda Tomack
on behalf of Defendant Internal Revenue Service amanda.tomack2@usdoj.gov eastern.taxcivil@usdoj.gov,jennifer.d.auchterlonie@usdoj.gov

Amy Elizabeth Vulpio
on behalf of Creditor Salesforce.com inc. avulpio@stradley.com

Amy Elizabeth Vulpio
on behalf of Creditor Google LLC avulpio@stradley.com

Andrew Braunstein
on behalf of Creditor Commission Junction LLC andrew.braunstein@troutman.com

Andrew B. Still
on behalf of Defendant Baby Trend Inc. astill@swlaw.com, kcollins@swlaw.com

Andy Winchell
on behalf of Creditor Dong Koo Kim and Jong Ok Kim Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996 andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell
on behalf of Creditor River Park Properties II LP andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo
on behalf of Interested Party Valley Square I L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
on behalf of Interested Party CTC Phase II LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
on behalf of Interested Party Christiana Town Center LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anna Brook
on behalf of Defendant T-Mobile USA Inc, abrook@cm.law

Anna Brook
on behalf of Counter-Claimant T-Mobile USA Inc, abrook@cm.law

Anne Smith
on behalf of Creditor 200-220 West 26 LLC asmith@beckerglynn.com aostrow@beckerglynn.com

Anne Smith
on behalf of Creditor TF Cornerstone Inc. asmith@beckerglynn.com aostrow@beckerglynn.com

Anthony Sodono, III
on behalf of Creditor Salmar Properties LLC asodono@msbnj.com

Anthony Sodono, III
on behalf of Mediator Anthony Sodono III, Esq. (Mediator) asodono@msbnj.com

Arthur Abramowitz
on behalf of Other Prof. Golf & Tennis Pro Shops Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com

Barbra Rachel Parlin
on behalf of Creditor ALTO Northpoint LP barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barry J. Roy
on behalf of Defendant Storflex Holdings Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com;vmazzeo@rltlawfirm.com

Barry Scott Miller
on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com miller.barryb119091@notify.bestcase.com

Beth E Levine
on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler
on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1 Inc. f/k/a Bed Bath & Beyond, Inc. bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com

Brendan Scott
on behalf of Creditor Dream on Me Industries Inc. bscott@klestadt.com

Brett D. Goodman
on behalf of Creditor KIR Brandon 011 LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor PL Dulles LLC brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor KIR Pasadena II L.P. brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Airport Plaza LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Chico Crossroads L.P. brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor KSI Cary 483 LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor C T Center S.C. LP brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor WRI/Raleigh L.P. brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Mooresville Crossing LP brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Price/Baybrook Ltd. brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Franklin Park S.C. LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Kimco Realty OP LLC brett.goodman@afslaw.com,

jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor WRI-URS South Hill LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Weingarten Nostat LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor KIR Tukwila L.P. brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor KIR Bridgewater 573 LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor CFH Realty III/Sunset Valley L.P. brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Talisman Towson Limited Partnership brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor WRI Mueller LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor KIR MONTGOMERY 049 LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor KIR Soncy L.P. brett.goodman@afslaw.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Flagler S.C. LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Kimco Riverview LLC brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Redfield Promenade LP brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Conroe Marketplace S.C. L.P. brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett S. Moore
on behalf of Creditor Englewood Construction Inc. bsmoore@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian Moore
on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com aglaubach@teamtogut.com;dperson@teamtogut.com

Brian Morgan
on behalf of Creditor Prologis brian.morgan@faegredrinker.com cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor Prologis USLF NV II LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor PRW Urban Renewal 1 LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor UG2 Solon OH LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian I. Kantar
on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brian J. Jackiw
on behalf of Interested Party World Distribution Services LLC brian.jackiw@tuckerellis.com christine.cassidy@tuckerellis.com

Brigette G McGrath
on behalf of Plaintiff Goldberg Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigette G McGrath

on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigette G McGrath
on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigette G McGrath
on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigid K Ndege
on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com brigid-ndege-4743@ecf.pacerpro.com

Brittany B Falabella
on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com rhenderson@hirschlerlaw.com

Candice Marie Carson
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@butlersnow.com

Carol L. Knowlton
on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Catherine E Youngman
on behalf of Creditor Keurig Green Mountain Inc. cyoungman@foxrothschild.com, aedwards@foxrothschild.com

Catherine E. Youngman
on behalf of Creditor Keurig Green Mountain Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Christie Rita McGuinness
on behalf of Creditor Mark Tritton christie.mcguinness@saul.com

Christopher Perez
on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com

Christopher D Loizides
on behalf of Creditor Laura Alevy loizides@loizides.com lisa.peters@kutakrock.com

Christopher D Loizides
on behalf of Creditor David Alevy loizides@loizides.com lisa.peters@kutakrock.com

Christopher D Loizides
on behalf of Interested Party NORTHWOODS III (SAN ANTONIO) LLC loizides@loizides.com, lisa.peters@kutakrock.com

Christopher P. Anton
on behalf of Defendant Caliber Americas LLC canton@gibbonslaw.com

Clayton Daniel Harvey
on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com

Colin R. Robinson
on behalf of Plaintiff Michael Goldberg robinson@lrclaw.com

Colin R. Robinson
on behalf of Other Prof. Plan Administrator robinson@lrclaw.com

Colin R. Robinson
on behalf of Creditor Committee Official Committee Of Unsecured Creditors robinson@lrclaw.com

Colin R. Robinson
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1 Inc. f/k/a Bed Bath & Beyond, Inc. robinson@lrclaw.com

Colleen Thomas
on behalf of Creditor Continental Web Press Inc. colleen@cgtlaw.com

Conrad K. Chiu
on behalf of Transferee Evolution Credit Opportunity Master Fund II-B L.P. cchiu@pryorcashman.com

Courtney Brown
on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael
on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com

Courtney G. Schroeder
on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com

Craig G. Margulies
on behalf of Defendant Capital Brands Distribution LLC craig@marguliesfaithlaw.com, vicky@marguliesfaithlaw.com,angela@marguliesfaithlaw.com,amber@marguliesfaithlaw.com,drew@marguliesfaithlaw.com

Dana Lee Robbins-Boehner
on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com mguerra@burr.com

Dana Lee Robbins-Boehner
on behalf of Creditor DS Properties 18 LP drobbins@burr.com mguerra@burr.com

Dana S. Plon
on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Middletown Shopping Center I L.P. dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Riverhead Centre Owners LLC dplon@sirlinlaw.com

Daniel Brogan
on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Daniel Stolz
on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira
on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira
on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman
on behalf of Creditor W.B.P. Central Associates LLC dzinman@kandfllp.com, foreclosure@kandfllp.com;jgladstone@kandfllp.com

Daniel R. Utain
on behalf of Creditor Newtown/Bucks Associates L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg
on behalf of Defendant SwiftWin Solutions LLC dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Creditor County of Placer dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Gharkhany
on behalf of Defendant Demar Logistics Inc. dgharkhany@fbtlaw.com

David Graff
on behalf of Creditor Telegraph Marketplace Partners II LLC dgraff@graffsilversteinllp.com

David Pizzica
on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com vstafford@pansinilaw.com

David Pizzica
on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com vstafford@pansinilaw.com

David Pizzica
on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com vstafford@pansinilaw.com

David B Wheeler
on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David H. Pikus
on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein
on behalf of Creditor Enid Two LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein
on behalf of Creditor Levtex LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein

on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com ciarkowski@wilentz.com

David H. Stein
on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com ciarkowski@wilentz.com

David H. Stein
on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com ciarkowski@wilentz.com

David L. Bruck
on behalf of Creditor Chase Green Mountain LP bankruptcy@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Chenal Place Properties LLC bankruptcy@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Almaden Plaza Shopping Center Inc. bankruptcy@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc. bankruptcy@greenbaumlaw.com

David M. Banker
on behalf of Defendant Indo Count Global Inc. david.banker@wbd-us.com, Edward.Schnitzer@wbd-us.com;kim.cone@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

David M. Bass
on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com

David P. Primack
on behalf of Creditor THF Harrisonburg Crossing LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Paxton Towne Center Development LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Coral North LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor The Shoppes at Wilton LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Mountain View Plaza LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Grand Mesa Center LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Wedgewood Hills Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Epps Bridge Centre Property Co LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Carson Valley Center LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Biscayne LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor THF/MRP Tiger Town LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Woodmen Commons LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David S. Catuogno
on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Dean Oswald
on behalf of Creditor DPEG Fountains LP doswald@olshanlaw.com, dmoswald@pbnlaw.com

Derek J. Baker
on behalf of Creditor Cherry Hill Retail Partners LLC dbaker@reedsmith.com

Diana Katz Gerstel
on behalf of Interested Party World Distribution Services LLC diana.gerstel@tuckerellis.com sheri.rigas@tuckerellis.com

Diana Katz Gerstel
on behalf of Defendant World Distribution Services LLC diana.gerstel@tuckerellis.com sheri.rigas@tuckerellis.com

Diane Sanders
on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Don Stecker
on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don Stecker
on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don A. Beskrone
on behalf of Defendant Retail Zipline Inc. DBeskrone@ashbygeddes.com, rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbygeddes.com

Don A. Beskrone
on behalf of Creditor RetailMeNot Inc. DBeskrone@ashbygeddes.com, rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbygeddes.com

Donald F. Campbell, Jr.
on behalf of Creditor Beverly Parrish dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Douglas G. Leney
on behalf of Defendant Securitas Electronic Security Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas J. McGill
on behalf of Creditor Ak-Sr-Ben Village L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik
on behalf of Creditor Hanes M. Owner LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com rdalba@dttlaw.com

Douglas T Tabachnik

on behalf of Creditor Casto-Oakbridge Venture Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com rdalba@dttlaw.com

Drew S. McGehrin
on behalf of Defendant NP New Castle LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Drew S. McGehrin
on behalf of Creditor NP New Castle LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Edet David Nsemo
on behalf of Interested Party World Distribution Services LLC edet.nsemo@tuckerellis.com

Edmond P O'Brien
on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com jrich@cszlaw.com

Edward A. Corma
on behalf of Plaintiff Michael Goldberg ecorma@pszjlaw.com

Edward A. Corma
on behalf of Other Prof. Plan Administrator ecorma@pszjlaw.com

Edward Nathan Vaisman
on behalf of Creditor John Mark Mckinzie vaismanlaw@gmail.com Vaisman.EdwardB128387@notify.bestcase.com

Ellen M. McDowell
on behalf of Creditor Avalara Inc. emcdowell@mcdowelllegal.com, kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;McDowellER62202@notify.bestcas

Elliot D. Ostrove
on behalf of Creditor Iris Software Inc. e.ostrove@epsteinostrove.com

Elyssa Kates
on behalf of Defendant Zero Technologies LLC ekates@bakerlaw.com

Elyssa Kates
on behalf of Creditor Zero Technologies LLC ekates@bakerlaw.com

Eric Horn
on behalf of Defendant MagicLinks Inc. ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn
on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com mtjohnston@aystrauss.com

Eric Horn
on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com mtjohnston@aystrauss.com

Eric S. Chafetz
on behalf of Interested Party Pagosa Partners III Ltd. echafetz@lowenstein.com

Eric S. Chafetz
on behalf of Interested Party CPT Arlington Highlands 1 LP echafetz@lowenstein.com

Ericka Fredricks Johnson
on behalf of Interested Party Burlington Stores Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson
on behalf of Defendant Spectrum Brands Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Teske
on behalf of Creditor SRK Lady Lake 21 SPE LLC eteske@csglaw.com

Erin Teske
on behalf of Creditor Benchmark-Clarence Associates LLC eteske@csglaw.com

Evan J. Zucker
on behalf of Creditor 1019 Central Avenue Corp. evan.zucker@blankrome.com nybankruptcydocketing@blankrome.com

Fabian Marriott
on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law

Faye C Rasch
on behalf of Creditor SHI Owner LLC faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com

Felice R. Yudkin
on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com fpisano@coleschotz.com

Fernand L Laudumiey, IV
on behalf of Creditor Richards Clearview LLC laudumiey@chaffe.com

Fran B. Steele
on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak
on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci
on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Frank F. Velocci
on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott
on behalf of Defendant Cellco Partnership glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
on behalf of Creditor Verizon Entities glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com  lrestivo@mccarter.com

Gregory Pesce
on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com, mco@whitecase.com

Gregory Plotko
on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Defendant Miele  Incorporated gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian
on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth
on behalf of Defendant St. Onge Company ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Versant Funding LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Howard Schub
on behalf of Defendant Data Networks of America  Inc. howard.schub@nelsonmullins.com, kathy.yurieff@nelsonmullins.com

Ilana Volkov
on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches
on behalf of Defendant Furniture Store Express  Inc. iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim
on behalf of Creditor Realty Income Corporation arhim@lakklawyers.com

Jack Shrum
on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum
on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke
on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com jdopke@fleischerlaw.com

James McCartney
on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James Suozzo
on behalf of Interested Party 250 Hudson Street LLC james.suozzo@rivkin.com, matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James Suozzo
on behalf of Interested Party Case Snow Management LLC james.suozzo@rivkin.com, matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James C Vandermark
on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com vandermark.jamesr106165@notify.bestcase.com

James C Vandermark
on behalf of Creditor Salesforce.com inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman
on behalf of Creditor Benchmark-Clarence Associates LLC jthoman@hodgsonruss.com, mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James C. Thoman
on behalf of Creditor SRK Lady Lake 21 SPE LLC jthoman@hodgsonruss.com, mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James Frederick Lorusso
on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James Frederick Lorusso
on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James P Chou
on behalf of Counter-Claimant Mara Sirhal james.chou@saul.com

James P Chou
on behalf of Creditor Mark Tritton james.chou@saul.com

James S. Carr
on behalf of Creditor Ryder Integrated Logistics Inc. KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff
on behalf of Creditor Mode Transportation Inc. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
on behalf of Creditor Waldorf Shoppers' World LLC jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jason Louis Libou
on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason Louis Libou
on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jaspreet S. Mayall
on behalf of Creditor 3600 Long Beach Road LLC , jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
on behalf of Creditor Serota Islip NC LLC jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jeffrey Bernstein
on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein
on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com eberman@mdmc-law.com;csentman@mdmc-law.com

| | |
|---|---|
| Jeffrey Chubak | on behalf of Defendant Experian Holdings Inc. jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com |
| Jeffrey Chubak | on behalf of Defendant SodaStream USA Inc. jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com |
| Jeffrey Kurtzman | on behalf of Creditor Tamarack Village Shopping Center A Limited Partnership kurtzman@kurtzmansteady.com |
| Jeffrey Kurtzman | on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com |
| Jeffrey Ruderman | on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com |
| Jeffrey A. Cooper | on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey A. Lester | on behalf of Interested Party Western Carriers Inc. jlester@bllaw.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Janet Barth jrosenthal@cgsh.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Sue Gove jrosenthal@cgsh.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com |
| Jeffrey A. Rosenthal | on behalf of Interested Party Susie Kim jrosenthal@cgsh.com |
| Jeffrey C. Wisler | on behalf of Creditor IRC Prairie Crossings L.L.C. jwisler@connollygallagher.com |
| Jeffrey C. Wisler | on behalf of Creditor IRC Woodfield Plaza L.L.C. jwisler@connollygallagher.com |
| Jeremy M. Campana | on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com ECFDocket@thompsonhine.com |
| Jeremy M. Campana | on behalf of Creditor InterDesign Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com |
| Jerrold S. Kulback | on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor Hingham Launch Property LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor CP Venture Five - AV LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jesse M. Harris | on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Tiger Capital Group LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Ollie's Bargain Outlet Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Interested Party Gordon Brothers Retail Partners LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |
| Jessica Deborah Mikhailevich | on behalf of Other Prof. Hilco Merchant Resources LLC and Gordon Brothers Retail Partners, LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com |

Jessica Deborah Mikhailevich
on behalf of Interested Party B. Riley Retail Solutions LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party NPMC Retail LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco
on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco
on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle
on behalf of Creditor 101 & Scottsdale LLC joboyle@norgaardfirm.com, amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John C. Kilgannon
on behalf of Creditor Zadro Inc. john.kilgannon@stevenslee.com

John David Folds
on behalf of Creditor Bayer Development Company LLC dfolds@bakerdonelson.com

John David Folds
on behalf of Creditor Hart Miracle Marketplace LLC dfolds@bakerdonelson.com

John David Folds
on behalf of Creditor Cobb Place Property LLC dfolds@bakerdonelson.com

John David Folds
on behalf of Creditor Hart TC I-III LLC dfolds@bakerdonelson.com

John Kendrick Turner
on behalf of Creditor Smith County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
on behalf of Creditor Tom Green Cad john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Michael McDonnell
on behalf of Attorney Brian T. Crowley Esq. jmcdonnell@mchfirm.com

John Michael McDonnell
on behalf of Attorney Richard J. Corbi Esquire jmcdonnell@mchfirm.com

John Michael McDonnell
on behalf of Interested Party Taussig Risk Capital Advisors Inc. jmcdonnell@mchfirm.com

John Michael McDonnell
on behalf of Attorney Richard J. Corbi Esq. jmcdonnell@mchfirm.com

John Michael McDonnell
on behalf of Attorney John M. McDonnell Esq. jmcdonnell@mchfirm.com

John S. Mairo
on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor U.S. 41 & I-285 Company LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor DFW Lewisville Partners GP jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor DPEG Fountains LP jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor County of Riverside jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
on behalf of Defendant Sunham Home Fashions LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor KMO-361 (Paramus) LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor MLO Great South Bay LLC jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor County of Santa Clara jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor County of Fresno jmairo@gibbonslaw.com emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor County of Los Angeles jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor Siegen Lane Properties LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor Northway Mall Properties Sub  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John T. Carroll, III
    on behalf of Defendant HMM (America)  Inc. jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss
    on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

John W. Weiss
    on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss
    on behalf of Interested Party Kaz Canada  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss
    on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

Jonathan S. Bodner
    on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Defendant Westwood Design  Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Defendant International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
    on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask
    on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
    on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
    on behalf of Defendant The Step2 Company  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
    on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
    on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.
    on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Joseph Charles Barsalona, II
    on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
    on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com

Joseph H Baldiga
    on behalf of Creditor Running Hill SP  LLC jbaldiga@miricklaw.com

Joseph H. Lemkin
    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Drinkpod LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Rackspace Technology Global Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joseph M. Shapiro
on behalf of Defendant Michael William Giebe Sr. jshapiro@middlebrooksshapiro.com

Joshua Sussberg
on behalf of Debtor Bed Bath & Beyond Inc. jsussberg@kirkland.com
amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner
on behalf of Creditor Texas Taxing Authorities hneumann@mblawfirm.com

Julia E Duffy
on behalf of Defendant Verifone Inc. jduffy@carltonfields.com

Julie Anne Parsons
on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com

Kara E. Casteel
on behalf of Other Prof. Plan Administrator kcasteel@askllp.com
lmiskowiec@askllp.com;kbader@askllp.com;gunderdahl@askllp.com;agovze@askllp.com

Kate R. Buck
on behalf of Counter-Claimant Broadspire Services Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Kate R. Buck
on behalf of Defendant Broadspire Services Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy
on behalf of Defendant Garda CL Atlantic Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen
on behalf of Creditor Continental Web Press Inc. ken@kenrosenadvisors.com, dclaussen@lowenstein.com

Kenneth L. Baum
on behalf of Creditor Creekstone/Juban I LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Columbus Park Crossing LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Forum Lone Star L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm
on behalf of Creditor Hart TC I-III LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Bayer Development Company LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Hart Miracle Marketplace LLC kklemm@bakerdonelson.com

Kenneth M Klemm
on behalf of Creditor Cobb Place Property LLC kklemm@bakerdonelson.com

Keri P. Ebeck
on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun
on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
on behalf of Interested Party Flexport  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant Concentric  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant OnPoint Capital  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kristen Peters Watson
on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor DS Properties 18 LP kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor Comenity Capital Bank kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly
on behalf of Defendant Caliber Americas LLC kmcevilly@gibbonslaw.com

Lauren M. Macksoud
on behalf of Creditor Mishorim 255  LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com,
docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com  docket.general.lit.nyc@dentons.com

Lauren Rebecca Jacoby
on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton
on behalf of Creditor HRTC 1 LLC lhilton@onellp.com  lthomas@onellp.com

Lee Squitieri
on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri
on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee M. Tesser
on behalf of Defendant US Maintenance ltesser@tessercohen.com

Leslie Carol Heilman
on behalf of Defendant Maintenx International Service Management Group  Inc. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG FSBROWI001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Deutsche Asset & Wealth Management HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor 209-261 Junction Road Madison Investors  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG PSALBNM001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor 210 Development LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG SAABITX001 LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor CVSC LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Agua Mansa Commerce Phase I LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARC ASANDSC001 LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Fairview Shopping Center LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor GC Ambassador Courtyard LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor CLPF Marketplace LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor UBS Realty Investors LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor PF Portfolio 2 LP HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor MGP XII Magnolia LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Urban Edge Properties L.P. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Heitman HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor UE 675 Route 1 LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Congressional Plaza Associates LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor EDENS HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARC BHT-VCMI001 LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARC CLORLFL001 LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Lisa M. Solomon
on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

Loren L. Speziale
on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com jkacsur@grossmcginley.com

Maha Kabbash
on behalf of Defendant World Distribution Services LLC maha.kabbash@tuckerellis.com Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash
on behalf of Interested Party World Distribution Services LLC maha.kabbash@tuckerellis.com Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Marcella M. Jayne
on behalf of Defendant Fridababy LLC mjayne@foley.com, marcella-jayne-8977@ecf.pacerpro.com

Marianna Udem
on behalf of Plaintiff Michael Goldberg mudem@askllp.com lmiskowiec@askllp.com;vmartinez@askllp.com;kcasteel@askllp.com

Mark Magnozzi
on behalf of Defendant Oracle America Inc. mmagnozzi@magnozzilaw.com

Mark Minuti
on behalf of Interested Party Loja WTP LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico
on behalf of Interested Party Blue Yonder Inc. mark.errico@squirepb.com, maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mark E. Hall
on behalf of Creditor Silvertown Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein
on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Other Prof. Plan Administrator mark.lichtenstein@akerman.com Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com Reyko.delpino@akerman.com

Marshall Dworkin
on behalf of Defendant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Counter-Claimant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Counter-Defendant Bed Bath & Beyond Inc. Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Unknown Role Type Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Creditor Studio City East 93K LLC Marshall.Dworkin@saul.com

Martin A. Sosland
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. martin.sosland@butlersnow.com

Matthew E. Kaslow
on behalf of Creditor Willowbrook Town Center LLC mkaslow@blankrome.com

Melissa A. Pena
on behalf of Creditor CSHV Woodlands LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Defendant Place Services Incorporated mapena@norris-law.com pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Creditor San Antonio Central Park Associates LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Creditor Overton Park Plaza Associates LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Creditor Rushmore Crossing LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa E. Valdez
on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick
on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien
on behalf of Creditor F3 Metalworx Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik
on behalf of Creditor JMCR Sherman LP mkorik@gruenlaw.com

Michael Kwiatkowski
on behalf of Creditor Florida Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Potomac Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Consolidated Edison Company of New York Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Peoples Gas System Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Narragansett Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Georgia Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor American Electric Power mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Salt River Project mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Commonwealth Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Tucson Electric Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor UNS Gas Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Toledo Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Arizona Public Service Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor NStar Electric Company Western Massachusetts mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor NV Energy Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Tampa Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Monongahela Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael B. Reynolds
on behalf of Defendant Baby Trend Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael D. Sirota
on behalf of Debtor Harmon of New Rochelle Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Caldwell Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Decorist LLC msirota@coleschotz.com,

fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Hackensack Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Falls Church Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Totowa Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Of a Kind Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Plainview Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Hanover Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Fashion Center Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Carlstadt Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Springfield Buy Buy Baby Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Yonkers Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Newton Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota
on behalf of Debtor Harmon of Rockaway Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Melville Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Hartsdale Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Franklin Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Annapolis Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Manalapan Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Buy Buy Baby of Totowa Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Raritan Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Westfield Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

| | |
|---|---|
| | on behalf of Debtor Harmon of Brentwood Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Buy Buy Baby Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BWAO LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Old Bridge Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Buy Buy Baby of Rockville Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Shrewsbury Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Wayne Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Massapequa Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |

Michael D. Sirota
on behalf of Debtor Harmon Stores Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Frederick Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BBBYTF LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Greenbrook II Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael R. Herz
on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com cbrown@foxrothschild.com

Michael R. Herz
on behalf of Defendant RXO Corporate Solutions LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael S Tucker
on behalf of Creditor Siegen Lane Properties LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor MLO Great South Bay LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor Northway Mall Properties Sub LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ubglaw.com

Mollie Margaret Lerew
on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino
on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com robyn.warren@saul.com

Monique Bair DiSabatino
on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com robyn.warren@saul.com

Monique Bair DiSabatino
on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com robyn.warren@saul.com

Morgan Virginia Manley
on behalf of Defendant Federal Heath Sign Company LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com

Morgan Virginia Manley
on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com nyoecf@sgrlaw.com

Morris J. Schlaf
on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com mschlaf@recap.email

Morris S. Bauer
on behalf of Other Prof. Sixth Street Specialty Lending Inc. MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson
on behalf of Creditor Garfield-Southcenter LLC nisaacson@greenbaumlaw.com

Naznen Rahman

on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Neil B. Friedman

on behalf of Interested Party Estate of Gustavo Arnal nfriedma@hodgsonruss.com

Nicholas C. Brown

on behalf of Other Prof. Plan Administrator nbrown@askllp.com

Nicole A. Leonard

on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com  gbressler@mdmc-law.com

Nicole M. Nigrelli

on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli

on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik

on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Humble Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden

on behalf of Defendant Foundations Worldwide  Inc. pholden@c-wlaw.com

Paul Rubin

on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Paul Hans Schafhauser

on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com,
paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter

on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul John Labov

on behalf of Other Prof. Plan Administrator plabov@willkie.com  mao@willkie.com

Paul John Labov

on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
plabov@willkie.com, mao@willkie.com

Paul John Labov

on behalf of Plaintiff Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul John Labov

on behalf of Other Prof. Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul M. Rosenblatt

on behalf of Defendant Manhattan Associates  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul S. Murphy

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

| | |
|---|---|
| Paul Stadler Pflumm | on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com |
| Paul W Carey | on behalf of Creditor ISM Holdings Inc. pcarey@miricklaw.com |
| Paul W Carey | on behalf of Creditor Running Hill SP LLC pcarey@miricklaw.com |
| Peter Lucca | on behalf of Creditor California Department of Tax and Fee Administration pj.lucca@doj.ca.gov PJ.Lucca@doj.ca.gov |
| Peter Lucca | on behalf of Defendant Franchise Tax Board of the State of California pj.lucca@doj.ca.gov PJ.Lucca@doj.ca.gov |
| Peter Lucca | on behalf of Defendant California Department of Tax and Fee Administration pj.lucca@doj.ca.gov PJ.Lucca@doj.ca.gov |
| Peter Lucca | on behalf of Interested Party California Franchise Tax Board pj.lucca@doj.ca.gov PJ.Lucca@doj.ca.gov |
| Philip William Allogramento | on behalf of Defendant Western Express Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Raye Curry Elliott | on behalf of Plaintiff Michael Goldberg raye.elliott@akerman.com jennifer.meehan@akerman.com |
| Rebecca Starner | on behalf of Interested Party Safety National Casualty Corporation rebecca.starner@huschblackwell.com serena.gray@huschblackwell.com |
| Rebecca Starner | on behalf of Interested Party Safety Specialty Insurance Company rebecca.starner@huschblackwell.com serena.gray@huschblackwell.com |
| Rebecca Starner | on behalf of Creditor CBL & Associates Management Inc. rebecca.starner@huschblackwell.com, serena.gray@huschblackwell.com |
| Richard Corbi | on behalf of Interested Party Taussig Risk Capital Advisors Inc. rcorbi@corbilaw.com |
| Richard Solow | on behalf of Defendant OXO International Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com |
| Richard Solow | on behalf of Defendant C & T International Inc. rsolow@reedsmith.com rich-solow-3519@ecf.pacerpro.com |
| Richard Solow | on behalf of Defendant Riskified Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com |
| Richard D. Trenk | on behalf of Defendant IMC Companies LLC rtrenk@trenkisabel.law, averdugo@tisslaw.com |
| Richard James Reding | on behalf of Other Prof. Plan Administrator rreding@askllp.com |
| Richard L Fuqua, II | on behalf of Creditor PTCTX Holdings LLC fuqua@fuqualegal.com |
| Richard L Fuqua, II | on behalf of Creditor HCL Texas Avenue LLC fuqua@fuqualegal.com |
| Richard L. Zucker | on behalf of Creditor Taft Associates rzucker@lasserhochman.com |
| Richard L. Zucker | on behalf of Interested Party Taft Associates rzucker@lasserhochman.com |
| Rick Aaron Steinberg | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | on behalf of Defendant Tote Maritime Alaska LLC rsteinberg@pricemeese.com |
| Robert Drain | on behalf of Interested Party John E. Fleming robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com |
| Robert Drain | on behalf of Interested Party Sue Gove robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com |

Robert Drain
on behalf of Interested Party Harriet Edelman robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Andrea Weiss robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Joshua Schechter robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Mary A. Winston robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Ann Yerger robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Malone
on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robert A. Rich
on behalf of Defendant Le Creuset of America Inc. rrich@hunton.com, candonian@huntonak.com

Robert J Atras
on behalf of Defendant Internal Revenue Service robert.j.atras@usdoj.gov eastern.taxcivil@usdoj.gov

Robert J Feinstein
on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul
on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane
on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2 LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Hines Global REIT Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Blumenfeld Development Group Ltd rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor DDRTC Marketplace at Mill Creek LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Equity One  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert M. Marshall

on behalf of Defendant Devgiri Exports  LLC rmarshall@mqlaw.net

Robert S. Roglieri

on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Roglieri

on behalf of Defendant IMC Companies  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Westermann

on behalf of Creditor The Brink's Company rwestermann@spottsfain.com  rhenderson@hirschlerlaw.com

Ronald S. Gellert

on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant SASR Workforce Solutions LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Defendant Capital Brands Distribution LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Samuel P. Hershey
on behalf of Interested Party Michael's Stores Inc. sam.hershey@whitecase.com, mco@whitecase.com

Sari Blair Placona
on behalf of Defendant Central Transport LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Creditor Salmar Properties LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Interested Party Vista Property Company LLC and Rockwall Crossing SC, LP splacona@msbnj.com

Sari Blair Placona
on behalf of Interested Party Central Transport LLC splacona@msbnj.com

Scott Fleischer
on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor RPT Realty L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor RED Development LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Inland Commercial Real Estate Services L.L.C. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Rivercrest Realty Associates LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com

Scott A. Shaffer
on behalf of Defendant Conair LLC sshaffer@olshanlaw.com

Scott A. Zuber
on behalf of Creditor Arch Insurance Company szuber@csglaw.com ecf@csglaw.com

Scott H. Bernstein
on behalf of Creditor Brinks U.S. a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Scott H. Bernstein
on behalf of Defendant Brink's Incorporated scott@scottbernsteinlaw.com

Scott S. Rever
on behalf of Defendant Evenflo Company Inc. srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
on behalf of Creditor Columbus Trading-Partners USA Inc. srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
on behalf of Unknown Role Type Evenflo Company Inc. srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
on behalf of Defendant Columbus Trading-Partners USA Inc. srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Shai Schmidt
on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shane Ramsey
on behalf of Defendant East Coast/West Coast Logistics LLC shane.ramsey@nelsonmullins.com, linnea.hann@nelsonmullins.com;Jada.prendergast@nelsonmullins.com

Shawn M. Christianson
on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein
on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross
on behalf of Other Prof. Sixth Street Specialty Lending Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney
on behalf of Creditor Dream on Me Industries Inc. ssweeney@klestadt.com

Stephen Schwimmer, I
on behalf of Defendant M & L Enterprise Group Inc. sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen R. Catanzaro
on behalf of Defendant Gotham Technology Group LLC scatanzaro@daypitney.com, cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro
on behalf of Creditor Gotham Technology Group LLC scatanzaro@daypitney.com, cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga
on behalf of Defendant Noritake Co. Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Steven A. Jayson
on behalf of Creditor Farley Real Estate Associates LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan
on behalf of Defendant Pem-America Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman
on behalf of Creditor Farley Real Estate Associates LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven R. Wirth
on behalf of Plaintiff Michael Goldberg steven.wirth@akerman.com caren.deruiter@akerman.com;Jennifer.meehan@akerman.com

Steven R. Wirth
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1 Inc. f/k/a Bed Bath & Beyond, Inc. steven.wirth@akerman.com, caren.deruiter@akerman.com;Jennifer.meehan@akerman.com

Steven T Keppler
on behalf of Defendant US Maintenance skeppler@tessercohen.com

Stuart D. Gavzy
on behalf of Creditor Township of Rockaway stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlawyer.com

Sue Liu Chin
on behalf of Creditor ABF Freight System Inc. schin@borgeslawllc.com

Sue Liu Chin
on behalf of Defendant ABF Freight System Inc. schin@borgeslawllc.com

Sunjae Lee
on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tara J. Schellhorn
on behalf of Creditor TPP Bryant LLC tschellhorn@riker.com

Tara J. Schellhorn
on behalf of Creditor Dadeland Station Associates Ltd. tschellhorn@riker.com

Thomas James Monroe
on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com

Thomas Richard Fawkes
on behalf of Defendant World Distribution Services LLC thomas.fawkes@tuckerellis.com

Thomas S. Onder
on behalf of Creditor Bell Tower Shops LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Richards Clearview LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Tina Moss
on behalf of Creditor Workday Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Tina Moss
on behalf of Creditor Adobe Inc. tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk
on behalf of Interested Party Loja WTP LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor College Plaza Station LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor Phillips Edison & Company turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Defendant American Textile Company Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Defendant Artsana USA Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Vahbiz Karanjia
on behalf of Creditor Iris Software Inc. v.karanjia@epsteinostrove.com

Vincent J. Roldan
on behalf of Creditor Schnitzer Stephanie LLC vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor McCreary Entities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com

Walter E. Swearingen
on behalf of Creditor 200-220 West 26 LLC w_swearingen@yahoo.com

Walter E. Swearingen
on behalf of Creditor TF Cornerstone Inc. w_swearingen@yahoo.com

| | |
|---|---|
| Warren A. Usatine | on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com fpisano@coleschotz.com;ddelehanty@coleschotz.com |
| Wendy M Simkulak | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |
| Wendy M Simkulak | on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com |
| William G. Wright | on behalf of Creditor ARC International North America LLC wwright@capehart.com, jlafferty@capehart.com |
| William J. Levant | on behalf of Creditor Consumer Centre Paramount 4 LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | on behalf of Creditor Consumer Centre Paramount 1 LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | on behalf of Creditor Consumer Centre Paramount 7 LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | on behalf of Creditor Consumer Centre Paramount 6 LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | on behalf of Creditor Consumer Centre Paramount 5 LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | on behalf of Creditor Consumer Centre Paramount 2 LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William J. Levant | on behalf of Creditor Main Street at Exton II L.P. efile.wjl@kaplaw.com, wlevant@gmail.com |
| William R. Firth, III | on behalf of Creditor DT-SGW LLC william.firth@practus.com, ddanielson@cohenseglias.com |

TOTAL: 777