| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## ADJOURNMENT REQUEST

1.  I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.  The Plan Administrator requests adjournment of the below hearing as it relates to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC.

    Matter:  Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4169].

    Current hearing date and time:  September 16, 2025, at 10:00 a.m.

    New date requested:  October 15, 2025, at 10:00 a.m.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

      Reason for adjournment request:  The parties require additional time to pursue a resolution of Docket No. 4169 as it relates to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC.

3.    Consent to adjournment:

    [X]    I have the consent of all parties.

    [ ]    I do not have the consent of all parties (explain below):

4.    Please note that this adjournment request relates only to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC regarding the *Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4169].

I certify under penalty of perjury that the foregoing is true.

Date: September 15, 2025       */s/ Edward A. Corma*
                                                  Signature

COURT USE ONLY:

The request for adjournment is:

☒    Granted    New hearing date: **10/15/25 @ 10am**\*    Peremptory Granted

☐    over objection(s)    New hearing date:    ☐    Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

\* **Adjournment request relates only to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC.**