| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Erin Gray (admitted *pro hac vice*)<br>Edward A. Corma<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Email: rfeinstein@pszjlaw.com<br>　　　　bsandler@pszjlaw.com<br>　　　　egray@pszjlaw.com<br>　　　　ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge: Vincent F. Papalia<br><br>(Jointly Administered)<br><br><br>**Continued Hearing Date and Time**<br>**September 16, 2025 at 11:00 a.m. (ET)** |

### *AMENDED* STIPULATION AND CONSENT ORDER BETWEEN PLAN ADMINISTRATOR AND HRTC I, LLC. RESOLVING HRTC I, LLC'S MOTION FOR LEAVE TO FILE LATE ADMINISTRATIVE CLAIM [DOC. NO. 2397]

This stipulation and consent order (the "Stipulation") dated September 5, 2025, is made by and between HRTC I, LLC ("Claimant") and Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases (collectively, the "Debtors" and each a "Debtor") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was

Debtors:         BED BATH & BEYOND INC., *et al*.
Case No.         23-13359-VFP
Caption of Order:    STIPULATION AND CONSENT ORDER

affiliated debtors (the "Debtors" or the "Wind-Down Debtors") (together, the "Parties"), including, as applicable, by and through their duly authorized undersigned counsel.

## RECITALS

**WHEREAS**, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Debtors' chapter 11 cases were procedurally consolidated.

**WHEREAS**, on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date Order").

**WHEREAS**, the Bar Date Order established July 7, 2023 as the date by which all Claims against the Debtors must be filed (the "Bar Date").

**WHEREAS**, on September 14, 2023, this Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").[3]

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[4]

---

filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].
3 Capitalized terms that are not defined herein have the meanings given to them in the Plan.
4  *See* Plan, Article IV, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any

Debtors:         BED BATH & BEYOND INC., *et al*.
Case No.         23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

**WHEREAS**, as of the Petition Date, Bed Bath & Beyond, Inc. ("BBB") and Claimant were parties to an unexpired lease for the premises located at 9315 Dorchester, Highlands Ranch, CO (Store No. 838) (the "HRTC I Lease").

**WHEREAS**, on August 15, 2023, the Court entered its *Seventh Order Approving the Rejection of Executory Contracts or Unexpired Leases* [Docket No. 1906] which authorized the rejection of the HRTC I Lease as of July 31, 2023 and required Claimant to file any claim arising from the rejection no later the 30 days thereafter.

**WHEREAS**, Debtor BBB scheduled a general unsecured claim for Claimant in the amount of $131,598.57(the "Scheduled Claim").[5]

**WHEREAS**, Claimant filed the following proof of claim (the "Filed Claim") against the Debtors. (The Scheduled Claim and the Filed Claim are collectively, the "Claimant's Claims").

| Claim No. | Date Filed | Debtor | Amount/Priority | Basis of Claim |
|---|---|---|---|---|
| 17411 | 9/14/23 | Bed Bath & Beyond, Inc. | $505,582.00 (GUC) | Lease rejection Damages |

**WHEREAS**, on or about October 2, 2023, Claimant filed a *Motion for Leave to File a Late Administrative Claim* pursuant to which it sought $122,973.00 as an expense of administration (the "Motion") [Doc. No.2397] for post-petition rent, CAM and real estate taxes it alleges are due and owing under the HRTC I Lease.

**WHEREAS**, on or about October 17, 2023, the Plan Administrator filed an *Objection* to the Motion [Doc. No. 2485].

---

requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").
5  *See* Schedule 5269178.

4905-7658-9158.3 08728.003                      3

Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: STIPULATION AND CONSENT ORDER

**WHEREAS**, the Court has granted numerous adjournments with respect to the Motion and the Objection and the current hearing is set for September 16, 2025 at 10:00 a.m. (the "Hearing").

**WHEREAS**, the Parties have negotiated in good faith and have agreed to settle their disputes with respect to the Motion and the Objection upon the terms set forth in this Stipulation.

**AGREEMENT**

**NOW, THEREFORE,** in consideration of the foregoing recitals, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the Parties intending to be legally bound, the Parties agree that:

1. **Incorporation**. The Recitals set forth above are incorporated herein as though fully set forth at length.

2. **Authority**. The Parties warrant that they are authorized to enter into this Agreement and that by the signatures of counsel below, it will become a binding agreement.

3. **Allowed Claims**. Claimant shall have an Allowed Administrative Claim in the amount of $32,253.00 (the "Allowed Administrative Claim").

4. **Distributions on Allowed Claims**. Payment of the Claimant's Allowed Administrative Claim will be made *pro rata* with all other Chapter 11 Allowed Administrative Claims and at the same time that distributions are made on all other Chapter 11 Allowed Administrative Claims in these cases. Claimant acknowledges that the Plan Administrator is not making distributions on Allowed Administrative Claims at this time, and that the Plan Administrator makes no representations as to the amount and/or timing of any such distributions.

5. **Disallowed Claims**. The Scheduled Claim is disallowed as having been superseded by the Filed Claim. Nothing in the Stipulation shall affect the Filed Claim or the Plan Administrator's rights to object to the Filed Claim.

Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: STIPULATION AND CONSENT ORDER

6. **Full Resolution**. Other then with respect to the Filed Claim (which is specifically preserved under this Stipulation, as well as the Plan Administrator's rights to object thereto), this Stipulation resolves all of Claimant's claims (whether Unsecured, Secured, Priority, Administrative or otherwise), demands and/or causes of action of Claimant against the Debtors and their estates, the Debtors-in-Possession, the Wind-Down Debtors and/or the Plan Administrator that arose prior to the Stipulation Effective Date, and the Motion is hereby withdrawn.

7. **Claims Agent**. The Plan Administrator and his agents and any third parties, (including the Claims and Noticing Agent Kroll Restructuring Administration) are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation including modifying the Official Claims Register in these cases.

8. **Third Parties**. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

9. **Effective Date**. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon full execution by the last Party, and the effective date of the Stipulation (the "Stipulation Effective Date") shall be the date entered by the Bankruptcy Court.

10. **No Oral Modifications**. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

11. **Jurisdiction**. The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

12. **Attorneys' Fees and Costs**. Each Party shall bear its own fees and costs in connection with these cases, the Objection and the Stipulation.

Debtors:             BED BATH & BEYOND INC., *et al*.
Case No.             23-13359-VFP
Caption of Order:    STIPULATION AND CONSENT ORDER

| PACHULSKI STANG ZIEHL & JONES LLP | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP |
|---|---|
| */s/ Edward A. Corma* | */s/ Jeffrey Bernstein* |
| Robert J. Feinstein (admitted *pro hac vice*) | Jeffrey Bernstein, Esq. |
| Bradford J. Sandler | 570 Broad Street, Suite 1401 |
| Erin Gray (admitted *pro hac vice*) | Newark, NJ 07102 |
| Edward A. Corma | Telephone: (973) 565-2183 |
| 1700 Broadway, 36th Floor | Facsimile: (973) 622-5314 |
| New York, NY 10019 | E-mail: jbernstein@mdmc-law.com |
| Telephone: (212) 561-7700 | |
| Email: rfeinstein@pszjlaw.com | -and |
| bsandler@pszjlaw.com | |
| egray@pszjlaw.com | Lawrence J. Hilton, Esq. (admitted pro hac vice) |
| ecorma@pszjlaw.com | ONE LLP |
| | 23 Corporate Plaza, Suite 150-105 |
| *Counsel to the Plan Administrator* | Newport Beach, CA 92660 |
| | Telephone: (949) 502-2870 |
| | E-mail: lhilton@onellp.com |
| | |
| | *Attorneys for HRTC I, LLC* |