| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         egray@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 16, 2025, AT 11:00 A.M. (ET)**

> Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.
>
> Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.

I.   **MATTER RESOLVED**

   1.   Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2397].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4924-4479-2168.1 08728.003

<u>Status</u>:  This matter has been resolved pursuant to the Amended Stipulation and Consent Order Between Plan Administrator and HRTC I, LLC Resolving HRTC I, LLC's Motion for Leave to File Late Administrative Claim [Docket No. 4326]. The parties request entry of the Consent Order. There is no need for a hearing unless the Court has questions.

<u>Original Response Deadline</u>:  October 17, 2023.

<u>Responses Received</u>:

    (a)    Objection of the Plan Administrator to Motion of HRTC I, LLC for Leave to File a Late Administrative Claim [Docket No. 2485].

    (b)    HRTC I, LLC's Reply to Plan Administrator's Objection to Motion for Leave to File Administrative Claim [Docket No. 2918].

<u>Related Documents</u>:

    (a)    Notice of Motion of HRTC I, LLC For Leave to File a Late Administrative Claim [Docket No. 2400].

    (b)    Notice of Hearing [Docket No. 2425].

    (c)    Determination of Adjournment Request [Docket No. 2531].

    (d)    Determination of Adjournment Request [Docket No. 2537].

    (e)    Determination of Adjournment Request [Docket No. 2772].

    (f)    Determination of Adjournment Request [Docket No. 2897].

    (g)    Determination of Adjournment Request [Docket No. 2926].

    (h)    Determination of Adjournment Request [Docket No. 2953].

    (i)    Determination of Adjournment Request [Docket No. 2982].

    (j)    Determination of Adjournment Request [Docket No. 3073].

    (k)    Determination of Adjournment Request [Docket No. 3297].

    (l)    Determination of Adjournment Request [Docket No. 3340].

    (m)    Determination of Adjournment Request [Docket No. 3469].

    (n)    Determination of Adjournment Request [Docket No. 3523].

    (o)    Determination of Adjournment Request [Docket No. 3673].

    (p)    Determination of Adjournment Request [Docket No. 3724].

    (q)    Determination of Adjournment Request [Docket No. 3762].

    (r)    Determination of Adjournment Request [Docket No. 3853].

    (s)    Determination of Adjournment Request [Docket No. 3926].

    (t)    Determination of Adjournment Request [Docket No. 3973].

    (u)    Determination of Adjournment Request [Docket No. 4101].

    (v)    Determination of Adjournment Request [Docket No. 4134].

    (w)    Determination of Adjournment Request [Docket No. 4162].

    (x)    Determination of Adjournment Request [Docket No. 4183].

    (y)    Determination of Adjournment Request [Docket No. 4279].

    (z)    Determination of Adjournment Request [Docket No. 4294].

    (aa)    Determination of Adjournment Request [Docket No. 4316].

    (bb)    Stipulation and Consent Order Between Plan Administrator and HRTC I, LLC Resolving HRTC I, LLC's Motion for Leave to File Late Administrative Claim [Docket No. 4325].

    (cc)    Amended Stipulation and Consent Order Between Plan Administrator and HRTC I, LLC Resolving HRTC I, LLC's Motion for Leave to File Late Administrative Claim [Docket No. 4326].

## II.   <u>MATTER ADJOURNED</u>

2.    Continued hearing on *Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4169] as to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC.

<u>Status</u>:  An adjournment was granted solely as to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC and is scheduled for hearing on October 15, 2025, at 10:00 a.m. Eastern Time.

<u>Response Deadline</u>:  August 5, 2025.

<u>Response Received</u>:

    (a)    Letter to The Honorable Vincent F. Papalia from David Edelberg on Behalf of Safavieh Intl LLC [Docket No. 4280].

<u>Related Documents:</u>

    (a)    Notice of Objection to Your Claim [Docket No. 4170].

    (b)    Affidavit of Service [Docket No. 4262].

    (c)    Determination of Adjournment Request (Solely as to Claim No. 172 Filed by Pem-America Inc.) [Docket No. 4271].

    (d)    Plan Administrator's Reply to Claimant's Response to Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4283].

    (e)    Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4284].

    (f)    Certificate of Service [Docket No. 4286].

    (g)    [ENTERED] Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4289].

    (h)    Certification of No Objection Regarding Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) as to Claim 172 of Pem-America, Inc. [Docket No. 4309].

    (i)    Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4311].

    (j)    [ENTERED] Supplemental Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) as to Claim No. 172 of Pem-America, Inc. [Docket No. 4314].

    (k)    Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4324].

| | |
|---|---|
| Dated: September 15, 2025 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin E. Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | Email:  rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | egray@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |