# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) To Claims (503(b)(9) Claims No. 4) [Docket No. 4318]

Dated: September 17, 2025

                                                                 */s/ Amy Castillo*
                                                                 Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 17, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 91499

**Exhibit A**

Exhibit A
Affected Claimants Service List
Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12828253 | Ataollahzadeh, Niyosha | ADDRESS ON FILE | | | | | | | |
| 15668816 | Dabney, Constance Clark | ADDRESS ON FILE | | | | | | | |
| 15513825 | Dabney, Constance Clark | ADDRESS ON FILE | | | | | | | |
| 12656748 | Hixson Utility District | 5201 Hixson Pike | | | | Hixson | TN | 37343 | |
| 12856839 | ITA-MED CO./GABRIALLA | 25377 HUNTWOOD AVE | | | | HAYWARD | CA | 94544 | |
| 13093225 | Lewis, Marcellus | ADDRESS ON FILE | | | | | | | |
| 16825746 | Lewis-Joyner, Erica | ADDRESS ON FILE | | | | | | | |
| 12656648 | Madison Suburban Utility Dist | 108 West Webster Street | | | | Madison | TN | 37115 | |
| 15511848 | Makinen, Kristin | ADDRESS ON FILE | | | | | | | |
| 12763441 | Managed Business Communications, Inc. | 430 Sand Shore Rd | Ste 10 | | | Hackettstown | NJ | 07840 | |
| 19032134 | NEVADA POWER COMPANY D/B/A NV ENERGY | 6100 Neil Road M/S S1A20 | | | | RENO | NV | 89520 | |
| 13064909 | Newell Brands Distribution LLC | c/o Jamie S. Cassel, Esq. | Reno & Zahm LLP | 2902 McFarland Road | Suite 400 | Rockford | IL | 61107 | |
| 15554299 | Republic Services National Accounts, LLC | 18500 N Allied Way | | | | Phoenix | AZ | 85054 | |
| 15478563 | Republic Services National Accounts, LLC | P.O. Box 99917 | | | | Chicago | IL | 60696 | |
| 13124043 | Rosenthal & Rosenthal, Inc. | Attention: Melinda DeJesus | 1370 Broadway, 3rd Floor | | | New York | NY | 10018 | |
| 18140577 | Tradeguard LLC as Transferee of Trend Lab LLC | Attn: General Counsel | 1460 Broadway | | | New York | NY | 10036 | |
| 18140540 | TradeGuard LLC as Transferee of Trend Lab LLC | Attn: Steven Azarbad | 1460 Broadway | | | New York | NY | 10036 | |
| 22153664 | UMA Enterprises, Inc. | 350 West Apra Street | | | | Compton | CA | 90220 | |
| 22153197 | UMA Enterprises, Inc. | c/o Law Offices of John D. Monte | 35 North Lake Avenue - Suite 710 | | | Pasadena | CA | 91101 | |
| 13058304 | United National Closeout Stores dba United National Consumer Suppliers | 1471 NE 26th Street | Suite 200 | | | Fort Lauderdale | FL | 33305 | |
| 13083452 | US Foods, LLC. | 31100 Solon Road | Suite 16 | | | Solon | OH | 44139 | |
| 15614410 | WICKER BONANZA LIMITED | RM 1910-1912 19/F NEW COMMERCE CENTRE | 19 ON SUM STREET, | SIU LEK YUEN, | | SHATIN, NEW TERRITORIES | | 19 | HONG KONG |
| 16060269 | Wonder Design Corp. Huang | 5F, No.93, Sec. 4 Nanjing E Rd | | | | Taipei | | 10580 | Taiwan |
| 12876053 | Xtreme Mats LLC | 4306 Shader Road | Suite 900 | | | Orlando | FL | 32808 | |
| 12819942 | YiKai Co. Limited | 16/F, HeXing Bldg., No.8 | Nan'erli, Guichun Road | | | Nanning, Guangxi | | 530021 | China |
| 12857184 | YiKai Co. Limited | Bank of China, Guangxi Branch | 39 Gucheng Road, Nanning | | | Guangxi, P.R. | | | China |
| 12820064 | Yim, Sherry | ADDRESS ON FILE | | | | | | | |
| 20803366 | Zafar Projects Inc | 1047 Sunnydale Drive | | | | Clearwater | FL | 33755 | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1