| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrea L. Bonvicino<br>Carlton Fields, P.A.<br>New Jersey Bar No. 160132015<br>abonvicino@carltonfields.com<br>180 Park Avenue, Suite 106<br>Florham Park, New Jersey 07932<br>(973) 828-2600<br><br>*Counsel to Verifone, Inc.* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., et al., [1]<br><br>     Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond, Inc.), [2]<br><br>     Plaintiff,<br><br>v.<br><br>Verifone, Inc.<br><br>     Defendant. | Adv. No. 25-01082-VFP |

## NOTICE OF APPEARANCE

Andrea L. Bonvicino of Carlton Fields, P.A. enters her appearance as counsel for **Verifone, Inc.** Undersigned counsel respectfully request that copies of all future notices,

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restucturing.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond, Inc.,* which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond, Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

141289896.1

pleadings and orders served and/or filed in the above-styled and numbered cause be served upon

**Andrea L. Bonvicino, 180 Park Avenue, Florham Park, New Jersey, 07932.**