| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**POLSINELLI PC**<br>Brett D. Goodman, Esq. (Bar No. 034422006)<br>600 Third Avenue, 42nd Floor<br>New York, NY 10016<br>Telephone:  (212) 803-9911<br>Email: bgoodman@polsinelli.com<br><br>*Counsel to the Kimco Landlords* |

| | |
|---|---|
| In re: | Case No.        23-13359 (VFP) |
| BED BATH & BEYOND, et al.,[1] | Chapter:        11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Brett D. Goodman of Polsinelli PC ("Polsinelli") will be substituted as attorney of record for Airport Plaza, LLC; C T Center S.C., LP; CFH Realty III/Sunset Valley, L.P.; Chico Crossroads, L.P.; Conroe Marketplace S.C., L.P.; Flagler S.C., LLC; Franklin Park S.C., LLC; Kimco Realty OP, LLC; Kimco Riverview, LLC; KIR Brandon 011, LLC; KIR Bridgewater 573, LLC; KIR MONTGOMERY 049, LLC; KIR Pasadena II L.P.; KIR Soncy L.P.; KIR Tukwila L.P.; KSI Cary 483, LLC; Mooresville Crossing, LP; PL Dulles LLC; Price/Baybrook Ltd.; Refield Promenade, LP; Talisman Towson Limited Partnership; Weingarten Nostat, LLC; WRI Mueller, LLC; WRI/Raleigh L.P.; and WRI-URS South Hill, LLC (collectively, the "Kimco Landlords"), and the

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained at https://restructuring.ra.kroll.com/bbby.

law firm of ArentFox Schiff LLP will be withdrawing as counsel to the Kimco Landlords in these cases.

| | |
|---|---|
| Dated: September 12, 2025 | **ARENTFOX SCHIFF LLP**<br><br>By: */s/ Brett D. Goodman*<br>Brett D. Goodman<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>(212) 484-3939<br>Email: brett.goodman@afslaw.com<br><br>*Former Attorney* |
| Dated: September 18, 2025 | **POLSINELLI PC**<br><br>By: */s/ Brett D. Goodman*<br>Brett D. Goodman<br>600 Third Avenue, 42nd Floor<br>New York, NY 10016<br>(212) 803-9911<br>Email: bgoodman@polsinelli.com<br><br>*Substituted Attorney*<br><br>*Counsel to Kimco Landlords* |