| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**POLSINELLI PC**<br>Brett D. Goodman, Esq. (Bar No. 034422006)<br>600 Third Avenue, 42nd Floor<br>New York, NY 10016<br>Telephone:  (212) 803-9911<br>Email: bgoodman@polsinelli.com<br><br>*Counsel to the Kimco Landlords* | |
| In re:<br><br>BED BATH & BEYOND, et al.,[1]<br><br>Debtors. | Case No.        25-13359 (VFP)<br><br>Chapter:        11<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF ARENTFOX SCHIFF LLP AS ATTORNEYS OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that Brett D. Goodman, an attorney admitted to the United States Bankruptcy Court for the District of New Jersey, appeared in the above-captioned case on behalf of Airport Plaza, LLC; C T Center S.C., LP; CFH Realty III/Sunset Valley, L.P.; Chico Crossroads, L.P.; Conroe Marketplace S.C., L.P.; Flagler S.C., LLC; Franklin Park S.C., LLC; Kimco Realty OP, LLC; Kimco Riverview, LLC; KIR Brandon 011, LLC; KIR Bridgewater 573, LLC; KIR MONTGOMERY 049, LLC; KIR Pasadena II L.P.; KIR Soncy L.P.; KIR Tukwila L.P.; KSI Cary 483, LLC; Mooresville Crossing, LP; PL Dulles LLC; Price/Baybrook Ltd.; Refield Promenade, LP; Talisman Towson Limited Partnership; Weingarten Nostat, LLC; WRI Mueller, LLC; WRI/Raleigh L.P.; and WRI-URS South Hill, LLC (collectively, the "Kimco Landlords"), as a partner of the law firm ArentFox Schiff LLP.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained at https://restructuring.ra.kroll.com/bbby.

**PLEASE TAKE FURTHER NOTICE** that Brett D. Goodman left the law firm of ArentFox Schiff, LLP effective as of Friday, September 12, 2025. The law firm of ArentFox Schiff LLP requests to be removed as attorney of record for the Kimco Landlords or any other party from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that Brett D. Goodman with the law firm of Polsinelli PC has been substituted and will serve as counsel of record for the Kimco Landlords, and the Kimco Landlords will suffer no interruption in their representation in these cases.

Dated: September 12, 2025            **ARENTFOX SCHIFF LLP**

By:*/s/ Brett D. Goodman*
     Brett D. Goodman
     1301 Avenue of the Americas, 42nd Floor
     New York, NY 10019

     *Former Firm*

Dated: September 18, 2025            **POLSINELLI PC**

By:*/s/ Brett D. Goodman*
     Brett D. Goodman
     600 Third Avenue, 42nd Floor
     New York, NY 10016
     (212) 803-9911
     Email: bgoodman@polsinelli.com

     *Counsel to the Kimco Landlords*