UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 23-13359 |
| --- | --- | --- |
| BED BATH & BEYOND, INC., et al., | Chapter: | 11 |
| Debtors, | Hearing Date: | 9/16/2025 |
| | Judge: | Vincent F. Papalia |

AMENDED STIPULATION AND CONSENT ORDER BETWEEN
PLAN ADMINISTRATOR AND HRTC I, LLC. RESOLVING HRTC I, LLC'S MOTION FOR
LEAVE TO FILE LATE ADMINISTRATIVE CLAIM [DOC. NO.2397]

The relief set forth on the following pages, is hereby **ORDERED**.

**DATED: September 17, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Email:  rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com
            egray@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge:  Vincent F. Papalia<br><br>(Jointly Administered)<br><br><br>**Continued Hearing Date and Time**<br>**September 16, 2025 at 11:00 a.m. (ET)** |

### *AMENDED* STIPULATION AND CONSENT ORDER BETWEEN PLAN ADMINISTRATOR AND HRTC I, LLC. RESOLVING HRTC I, LLC'S MOTION FOR LEAVE TO FILE LATE ADMINISTRATIVE CLAIM [DOC. NO. 2397]

This stipulation and consent order (the "Stipulation") dated September 5, 2025, is made by and

between HRTC I, LLC ("Claimant") and Michael Goldberg, solely in his capacity as the Plan Administrator

(the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and

---

1  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases (collectively, the "Debtors" and each a "Debtor") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

2  Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was

Debtors:         BED BATH & BEYOND INC., *et al.*
Case No.         23-13359-VFP
Caption of Order:    STIPULATION AND CONSENT ORDER

affiliated debtors (the "Debtors" or the "Wind-Down Debtors") (together, the "Parties"), including, as

applicable, by and through their duly authorized undersigned counsel.

### RECITALS

**WHEREAS**, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition

for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Debtors' chapter 11 cases were procedurally consolidated.

**WHEREAS**, on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for Submitting*

*Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II) Establishing Amended*

*Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving*

*the Form, Manner, and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V)*

*Granting Related Relief* [Docket No. 584] (the "Bar Date Order").

**WHEREAS**, the Bar Date Order established July 7, 2023 as the date by which all Claims against

the Debtors must be filed (the "Bar Date").

**WHEREAS**, on September 14, 2023, this Court entered the *Findings of Fact, Conclusions of Law,*

*and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second*

*Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172]

(the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond*

*Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").[3]

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date").

On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors

and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting

to claims.[4]

---

filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known
as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID
315602].
3 Capitalized terms that are not defined herein have the meanings given to them in the Plan.
4   *See* Plan, Article IV, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any

Debtors:         BED BATH & BEYOND INC., *et al.*
Case No.         23-13359-VFP
Caption of Order:     STIPULATION AND CONSENT ORDER

**WHEREAS,** as of the Petition Date, Bed Bath & Beyond, Inc. ("BBB") and Claimant were parties

to an unexpired lease for the premises located at 9315 Dorchester, Highlands Ranch, CO (Store No. 838)

(the "HRTC I Lease").

**WHEREAS,** on August 15, 2023, the Court entered its *Seventh Order Approving the Rejection of*

*Executory Contracts or Unexpired Leases* [Docket No. 1906] which authorized the rejection of the HRTC

I Lease as of July 31, 2023 and required Claimant to file any claim arising from the rejection no later the

30 days thereafter.

**WHEREAS,** Debtor BBB scheduled a general unsecured claim for Claimant in the amount of

$131,598.57(the "Scheduled Claim").[5]

**WHEREAS,** Claimant filed the following proof of claim (the "Filed Claim") against the Debtors.

(The Scheduled Claim and the Filed Claim are collectively, the "Claimant's Claims").

| Claim No. | Date Filed | Debtor | Amount/Priority | Basis of Claim |
|-----------|-----------|--------|-----------------|----------------|
| 17411 | 9/14/23 | Bed Bath & Beyond, Inc. | $505,582.00 (GUC) | Lease rejection Damages |

**WHEREAS,** on or about October 2, 2023, Claimant filed a *Motion for Leave to File a Late*

*Administrative Claim* pursuant to which it sought $122,973.00 as an expense of administration (the

"Motion") [Doc. No.2397] for post-petition rent, CAM and real estate taxes it alleges are due and owing

under the HRTC I Lease.

**WHEREAS,** on or about October 17, 2023, the Plan Administrator filed an *Objection* to the Motion

[Doc. No. 2485].

---

requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator
or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole
authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in
consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise
resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle,
compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the
Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises
without any further notice to or action, order, or approval by the Bankruptcy Court.").
5  *See* Schedule 5269178.

Debtors:          BED BATH & BEYOND INC., *et al.*
Case No.          23-13359-VFP
Caption of Order:     STIPULATION AND CONSENT ORDER

**WHEREAS**, the Court has granted numerous adjournments with respect to the Motion and the Objection and the current hearing is set for September 16, 2025 at 10:00 a.m. (the "Hearing").

**WHEREAS**, the Parties have negotiated in good faith and have agreed to settle their disputes with respect to the Motion and the Objection upon the terms set forth in this Stipulation.

**AGREEMENT**

**NOW, THEREFORE,** in consideration of the foregoing recitals, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the Parties intending to be legally bound, the Parties agree that:

1.     **Incorporation**. The Recitals set forth above are incorporated herein as though fully set forth at length.

2.     **Authority**.    The Parties warrant that they are authorized to enter into this Agreement and that by the signatures of counsel below, it will become a binding agreement.

3.     **Allowed Claims**. Claimant shall have an Allowed Administrative Claim in the amount of $32,253.00 (the "Allowed Administrative Claim").

4.     **Distributions on Allowed Claims**. Payment of the Claimant's Allowed Administrative Claim will be made *pro rata* with all other Chapter 11 Allowed Administrative Claims and at the same time that distributions are made on all other Chapter 11 Allowed Administrative Claims in these cases. Claimant acknowledges that the Plan Administrator is not making distributions on Allowed Administrative Claims at this time, and that the Plan Administrator makes no representations as to the amount and/or timing of any such distributions.

5.     **Disallowed Claims**. The Scheduled Claim is disallowed as having been superseded by the Filed Claim.   Nothing in the Stipulation shall affect the Filed Claim or the Plan Administrator's rights to object to the Filed Claim.

4905-7658-9158.3 08728.003                    4

Debtors:          BED BATH & BEYOND INC., *et al.*
Case No.          23-13359-VFP
Caption of Order:    STIPULATION AND CONSENT ORDER

6.    **Full Resolution**. Other then with respect to the Filed Claim (which is specifically preserved under this Stipulation, as well as the Plan Administrator's rights to object thereto), this Stipulation resolves all of Claimant's claims (whether Unsecured, Secured, Priority, Administrative or otherwise), demands and/or causes of action of Claimant against the Debtors and their estates, the Debtors-in-Possession, the Wind-Down Debtors and/or the Plan Administrator that arose prior to the Stipulation Effective Date, and the Motion is hereby withdrawn.

7.    **Claims Agent**. The Plan Administrator and his agents and any third parties, (including the Claims and Noticing Agent Kroll Restructuring Administration) are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation including modifying the Official Claims Register in these cases.

8.    **Third Parties**. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

9.    **Effective Date**. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon full execution by the last Party, and the effective date of the Stipulation (the "Stipulation Effective Date") shall be the date entered by the Bankruptcy Court.

10.    **No Oral Modifications**. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

11.    **Jurisdiction**. The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

12.    **Attorneys' Fees and Costs**. Each Party shall bear its own fees and costs in connection with these cases, the Objection and the Stipulation.

4905-7658-9158.3 08728.003                    5

Debtors:          BED BATH & BEYOND INC., *et al*.
Case No.          23-13359-VFP
Caption of Order:     STIPULATION AND CONSENT ORDER

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Edward A. Corma*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*


**MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**

*/s/ Jeffrey Bernstein*
Jeffrey Bernstein, Esq.
570 Broad Street, Suite 1401
Newark, NJ 07102
Telephone: (973) 565-2183
Facsimile: (973) 622-5314
E-mail: jbernstein@mdmc-law.com

-and

Lawrence J. Hilton, Esq. (admitted pro hac
vice)
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
E-mail: lhilton@onellp.com

*Attorneys for HRTC I, LLC*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-13359-VFP

Bed Bath & Beyond Inc.                                                          Chapter 11

Verifone, Inc.

  Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 34

Date Rcvd: Sep 18, 2025       Form ID: pdf903          Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:44:54 | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:44:09 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:43:10 | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:44:20 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:44:55 | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:44:53 | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:44:56 | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:43:15 | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | | |
| | | | Sep 18 2025 20:44:53 | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

District/off: 0312-2                User: admin                        Page 2 of 34

Date Rcvd: Sep 18, 2025             Form ID: pdf903                    Total Noticed: 13

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025                     Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Jeff Ifrah | |
| | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | |
| | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron R. Cahn | |
| | on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com |
| Aaron S. Applebaum | |
| | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | |
| | on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | |
| | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | |
| | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | |
| | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Adam J Ruttenberg | |
| | on behalf of Defendant Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Adam J Ruttenberg | |
| | on behalf of Creditor Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Agostino Angelo Zammiello | |
| | on behalf of Defendant Keurig Green Mountain  Inc. azammiello@foxrothschild.com |
| Alan F. Kaufman | |
| | on behalf of Defendant East Coast/West Coast Logistics  LLC alan.kaufman@nelsonmullins.com, crystal.revelle@nelsonmullins.com |
| Alan J. Brody | |
| | on behalf of Defendant Corvel Enterprise Comp  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | |
| | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | |
| | on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan Stuart Maza | |
| | on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Albert Anthony Ciardi, III | |
| | on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com, |

District/off: 0312-2        User: admin        Page 3 of 34

Date Rcvd: Sep 18, 2025        Form ID: pdf903        Total Noticed: 13

sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**
on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Alexander F. Barth**
on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com

**Alexandria Nikolinos**
on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

**Alexis R. Gambale**
on behalf of Interested Party Helen of Troy L.P. agambale@pashmanstein.com

**Alexis R. Gambale**
on behalf of Interested Party Kaz Canada  Inc. agambale@pashmanstein.com

**Alexis R. Gambale**
on behalf of Interested Party OXO International Ltd. agambale@pashmanstein.com

**Alexis R. Gambale**
on behalf of Interested Party Kaz USA  Inc. agambale@pashmanstein.com

**Allen J Barkin**
on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com

**Allen Joseph Underwood, II**
on behalf of Creditor 12535 SE 82nd AVE LLC AUnderwood@barclaydamon.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

**Allison J. Arotsky**
on behalf of Defendant Raymond Accounts Management  Inc. aarotsky@moritthock.com

**Allison J. Arotsky**
on behalf of Defendant Scentsible  LLC aarotsky@moritthock.com

**Amanda Tomack**
on behalf of Defendant Internal Revenue Service amanda.tomack2@usdoj.gov eastern.taxcivil@usdoj.gov,jennifer.d.auchterlonie@usdoj.gov

**Amy Elizabeth Vulpio**
on behalf of Creditor Salesforce.com  inc. avulpio@stradley.com

**Amy Elizabeth Vulpio**
on behalf of Creditor Google LLC avulpio@stradley.com

**Andrea Bonvicino**
on behalf of Defendant Verifone  Inc. abonvicino@carltonfields.com

**Andrew Braunstein**
on behalf of Creditor Commission Junction LLC andrew.braunstein@troutman.com

**Andrew B. Still**
on behalf of Defendant Baby Trend  Inc. astill@swlaw.com, kcollins@swlaw.com

**Andy Winchell**
on behalf of Creditor Dong Koo Kim and Jong Ok Kim  Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated October 18, 1996 andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

**Andy Winchell**
on behalf of Creditor River Park Properties II  LP andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

**Angela L Mastrangelo**
on behalf of Interested Party Valley Square I  L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

**Angela L Mastrangelo**
on behalf of Interested Party CTC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

**Angela L Mastrangelo**
on behalf of Interested Party Christiana Town Center  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

**Anna Brook**
on behalf of Defendant T-Mobile USA  Inc, abrook@cm.law

**Anna Brook**
on behalf of Counter-Claimant T-Mobile USA  Inc, abrook@cm.law

**Anne Smith**
on behalf of Creditor 200-220 West 26 LLC asmith@beckerglynn.com  aostrow@beckerglynn.com

**Anne Smith**

District/off: 0312-2                                          User: admin                                          Page 4 of 34
Date Rcvd: Sep 18, 2025                                      Form ID: pdf903                                      Total Noticed: 13

| | |
|---|---|
| | on behalf of Creditor TF Cornerstone Inc. asmith@beckerglynn.com  aostrow@beckerglynn.com |
| Anthony Sodono, III | |
| | on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com |
| Anthony Sodono, III | |
| | on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com |
| Arthur Abramowitz | |
| | on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com |
| Barbra Rachel Parlin | |
| | on behalf of Creditor ALTO Northpoint  LP barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Barry J. Roy | |
| | on behalf of Defendant Storflex Holdings  Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com;vmazzeo@rltlawfirm.com |
| Barry Scott Miller | |
| | on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com  miller.barryb119091@notify.bestcase.com |
| Beth E Levine | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc. bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com |
| Brendan Scott | |
| | on behalf of Creditor Dream on Me Industries  Inc. bscott@klestadt.com |
| Brett D. Goodman | |
| | on behalf of Creditor KIR Brandon 011  LLC bgoodman@polsinelli.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor PL Dulles LLC bgoodman@polsinelli.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor KIR Pasadena II L.P. bgoodman@polsinelli.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor Airport Plaza  LLC bgoodman@polsinelli.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor Chico Crossroads  L.P. bgoodman@polsinelli.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor KSI Cary 483  LLC bgoodman@polsinelli.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor C T Center S.C.  LP bgoodman@polsinelli.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor WRI/Raleigh L.P. bgoodman@polsinelli.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor Mooresville Crossing  LP bgoodman@polsinelli.com, jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |
| | on behalf of Creditor Price/Baybrook Ltd. bgoodman@polsinelli.com jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com |
| Brett D. Goodman | |

on behalf of Creditor Franklin Park S.C. LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. bgoodman@polsinelli.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573 LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor CFH Realty III/Sunset Valley L.P. bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Talisman Towson Limited Partnership bgoodman@polsinelli.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor WRI Mueller LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR MONTGOMERY 049 LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Flagler S.C. LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor KIR Soncy L.P. bgoodman@polsinelli.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Kimco Riverview LLC bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Redfield Promenade LP bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman

on behalf of Creditor Conroe Marketplace S.C. L.P. bgoodman@polsinelli.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett S. Moore

on behalf of Creditor Englewood Construction Inc. bsmoore@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian Moore

on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com aglaubach@teamtogut.com;dperson@teamtogut.com

Brian Morgan

on behalf of Creditor Prologis brian.morgan@faegredrinker.com cathy.greer@faegredrinker.com

Brian Morgan

on behalf of Creditor Prologis USLF NV II LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan

on behalf of Creditor PRW Urban Renewal 1 LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan

on behalf of Creditor UG2 Solon OH LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian I. Kantar

on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brian J. Jackiw

on behalf of Interested Party World Distribution Services LLC brian.jackiw@tuckerellis.com christine.cassidy@tuckerellis.com

District/off: 0312-2 | User: admin | Page 6 of 34
Date Rcvd: Sep 18, 2025 | Form ID: pdf903 | Total Noticed: 13

Brigette G McGrath

on behalf of Plaintiff Goldberg Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigette G McGrath

on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigette G McGrath

on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigette G McGrath

on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com

Brigid K Ndege

on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com brigid-ndege-4743@ecf.pacerpro.com

Brittany B Falabella

on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com rhenderson@hirschlerlaw.com

Candice Marie Carson

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@butlersnow.com

Carol L. Knowlton

on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Catherine E Youngman

on behalf of Creditor Keurig Green Mountain Inc. cyoungman@foxrothschild.com, aedwards@foxrothschild.com

Catherine E. Youngman

on behalf of Creditor Keurig Green Mountain Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Christie Rita McGuinness

on behalf of Creditor Mark Tritton christie.mcguinness@saul.com

Christopher Perez

on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com

Christopher D Loizides

on behalf of Creditor Laura Alevy loizides@loizides.com lisa.peters@kutakrock.com

Christopher D Loizides

on behalf of Creditor David Alevy loizides@loizides.com lisa.peters@kutakrock.com

Christopher D Loizides

on behalf of Interested Party NORTHWOODS III (SAN ANTONIO) LLC loizides@loizides.com, lisa.peters@kutakrock.com

Christopher P. Anton

on behalf of Defendant Caliber Americas LLC canton@gibbonslaw.com

Clayton Daniel Harvey

on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com

Colin R. Robinson

on behalf of Plaintiff Michael Goldberg robinson@lrclaw.com kittinger@lrclaw.com

Colin R. Robinson

on behalf of Other Prof. Plan Administrator robinson@lrclaw.com kittinger@lrclaw.com

Colin R. Robinson

on behalf of Creditor Committee Official Committee Of Unsecured Creditors robinson@lrclaw.com kittinger@lrclaw.com

Colin R. Robinson

on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1 Inc. f/k/a Bed Bath & Beyond, Inc. robinson@lrclaw.com, kittinger@lrclaw.com

Colleen Thomas

on behalf of Creditor Continental Web Press Inc. colleen@cgtlaw.com

Conrad K. Chiu

on behalf of Transferee Evolution Credit Opportunity Master Fund II-B L.P. cchiu@pryorcashman.com

Courtney Brown

on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael

on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com

Courtney G. Schroeder

on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com

Craig G. Margulies

on behalf of Defendant Capital Brands Distribution LLC craig@marguliesfaithlaw.com,
vicky@marguliesfaithlaw.com,angela@marguliesfaithlaw.com,amber@marguliesfaithlaw.com,drew@marguliesfaithlaw.com

Dana Lee Robbins-Boehner

on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com  mguerra@burr.com

Dana Lee Robbins-Boehner

on behalf of Creditor DS Properties 18 LP drobbins@burr.com  mguerra@burr.com

Dana S. Plon

on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Riverhead Centre Owners  LLC dplon@sirlinlaw.com

Daniel Brogan

on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Daniel Stolz

on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira

on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira

on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman

on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com,
foreclosure@kandfllp.com;jgladstone@kandfllp.com

Daniel R. Utain

on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg

on behalf of Defendant SwiftWin Solutions  LLC dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Creditor County of Placer dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Gharkhany

on behalf of Defendant Demar Logistics Inc. dgharkhany@fbtlaw.com

David Graff

on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David Pizzica

on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David B Wheeler

on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David H. Pikus

on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein

on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein

District/off: 0312-2                                    User: admin                                    Page 8 of 34
Date Rcvd: Sep 18, 2025                              Form ID: pdf903                                Total Noticed: 13

|  |  |
|---|---|
|  | on behalf of Creditor Levtex  LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| David H. Stein |  |
|  | on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com  ciarkowski@wilentz.com |
| David H. Stein |  |
|  | on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com  ciarkowski@wilentz.com |
| David H. Stein |  |
|  | on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com  ciarkowski@wilentz.com |
| David L. Bruck |  |
|  | on behalf of Creditor Chase Green Mountain LP bankruptcy@greenbaumlaw.com |
| David L. Bruck |  |
|  | on behalf of Creditor Triple B Mission Viejo LLC bankruptcy@greenbaumlaw.com |
| David L. Bruck |  |
|  | on behalf of Creditor Chenal Place Properties LLC bankruptcy@greenbaumlaw.com |
| David L. Bruck |  |
|  | on behalf of Creditor Almaden Plaza Shopping Center  Inc. bankruptcy@greenbaumlaw.com |
| David L. Bruck |  |
|  | on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc. bankruptcy@greenbaumlaw.com |
| David M. Banker |  |
|  | on behalf of Defendant Indo Count Global  Inc. david.banker@wbd-us.com, Edward.Schnitzer@wbd-us.com;kim.cone@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com |
| David M. Bass |  |
|  | on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com |
| David P. Primack |  |
|  | on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Coral North  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Grand Mesa Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Wedgewood Hills  Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Carson Valley Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |

on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David S. Catuogno

on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Dean Oswald

on behalf of Creditor DPEG Fountains  LP doswald@olshanlaw.com, dmoswald@pbnlaw.com

Derek J. Baker

on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diana Katz Gerstel

on behalf of Interested Party World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

Diana Katz Gerstel

on behalf of Defendant World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

Diane Sanders

on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Don Stecker

on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Don Stecker

on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com

Don A. Beskrone

on behalf of Defendant Retail Zipline  Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
eddes.com

Don A. Beskrone

on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
eddes.com

Donald F. Campbell, Jr.

on behalf of Creditor Beverly Parrish dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.

on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Douglas G. Leney

on behalf of Defendant Securitas Electronic Security  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas J. McGill

on behalf of Creditor Ak-Sr-Ben Village  L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik

on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com,
rdalba@dttlaw.com

Douglas T Tabachnik

District/off: 0312-2
User: admin
Page 10 of 34

Date Rcvd: Sep 18, 2025
Form ID: pdf903
Total Noticed: 13

on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com rdalba@dttlaw.com

Douglas T Tabachnik

on behalf of Creditor Casto-Oakbridge Venture Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik

on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com rdalba@dttlaw.com

Drew S. McGehrin

on behalf of Defendant NP New Castle LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Drew S. McGehrin

on behalf of Creditor NP New Castle LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Edet David Nsemo

on behalf of Interested Party World Distribution Services LLC edet.nsemo@tuckerellis.com

Edmond P O'Brien

on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com jrich@cszlaw.com

Edward A. Corma

on behalf of Plaintiff Michael Goldberg ecorma@pszjlaw.com

Edward A. Corma

on behalf of Other Prof. Plan Administrator ecorma@pszjlaw.com

Edward Nathan Vaisman

on behalf of Creditor John Mark Mckinzie vaismanlaw@gmail.com Vaisman.EdwardB128387@notify.bestcase.com

Ellen M. McDowell

on behalf of Creditor Avalara Inc. emcdowell@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamiso
n@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;McDowellER62202@notify.bestcas

Elliot D. Ostrove

on behalf of Creditor Iris Software Inc. e.ostrove@epsteinostrove.com

Elyssa Kates

on behalf of Defendant Zero Technologies LLC ekates@bakerlaw.com

Elyssa Kates

on behalf of Creditor Zero Technologies LLC ekates@bakerlaw.com

Eric Horn

on behalf of Defendant MagicLinks Inc. ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com mtjohnston@aystrauss.com

Eric S. Chafetz

on behalf of Interested Party Pagosa Partners III Ltd. echafetz@lowenstein.com

Eric S. Chafetz

on behalf of Interested Party CPT Arlington Highlands 1 LP echafetz@lowenstein.com

Ericka Fredricks Johnson

on behalf of Interested Party Burlington Stores Inc. ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Defendant Spectrum Brands Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Teske

on behalf of Creditor SRK Lady Lake 21 SPE LLC eteske@csglaw.com

Erin Teske

on behalf of Creditor Benchmark-Clarence Associates LLC eteske@csglaw.com

Evan J. Zucker

on behalf of Creditor 1019 Central Avenue Corp. evan.zucker@blankrome.com nybankruptcydocketing@blankrome.com

Fabian Marriott

on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law

Faye C Rasch

on behalf of Creditor SHI Owner LLC faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com

Felice R. Yudkin

on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com fpisano@coleschotz.com

District/off: 0312-2                                User: admin                                Page 11 of 34
Date Rcvd: Sep 18, 2025                         Form ID: pdf903                         Total Noticed: 13

Fernand L Laudumiey, IV

on behalf of Creditor Richards Clearview  LLC laudumiey@chaffe.com

Fran B. Steele

on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak

on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci

on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Frank F. Velocci

on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott

on behalf of Defendant Cellco Partnership glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott

on behalf of Creditor Verizon Entities glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott

on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com  lrestivo@mccarter.com

Gregory Pesce

on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com, mco@whitecase.com

Gregory Plotko

on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Defendant Miele  Incorporated gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian

on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth

on behalf of Defendant St. Onge Company ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Versant Funding LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Howard Schub

on behalf of Defendant Data Networks of America  Inc. howard.schub@nelsonmullins.com, kathy.yurieff@nelsonmullins.com

Ilana Volkov

on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches

on behalf of Defendant Furniture Store Express  Inc. iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim

on behalf of Creditor Realty Income Corporation arhim@lakklawyers.com

Jack Shrum

on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum
        on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke
        on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com
jdopke@fleischerlaw.com

James McCartney
        on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James Suozzo
        on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James Suozzo
        on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James C Vandermark
        on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com  vandermark.jamesr106165@notify.bestcase.com

James C Vandermark
        on behalf of Creditor Salesforce.com  inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman
        on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com,
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James C. Thoman
        on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com,
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James Frederick Lorusso
        on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James Frederick Lorusso
        on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James P Chou
        on behalf of Counter-Claimant Mara Sirhal james.chou@saul.com

James P Chou
        on behalf of Creditor Mark Tritton james.chou@saul.com

James S. Carr
        on behalf of Creditor Ryder Integrated Logistics  Inc.
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
        on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
        on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff
        on behalf of Creditor Mode Transportation  Inc. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
        on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jason Louis Libou
        on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason Louis Libou
        on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jaspreet S. Mayall
        on behalf of Creditor 3600 Long Beach Road  LLC ,
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
        on behalf of Creditor Serota Islip NC LLC
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
        on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
        on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein
        on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com  eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein
on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Chubak
on behalf of Defendant Experian Holdings  Inc. jchubak@aminillc.com,
aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak
on behalf of Defendant SodaStream USA Inc. jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Kurtzman
on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman
on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Cooper
on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Lester
on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Rosenthal
on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Janet Barth jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Sue Gove jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Susie Kim jrosenthal@cgsh.com

Jeffrey C. Wisler
on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler
on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jeremy M. Campana
on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
ECFDocket@thompsonhine.com

Jeremy M. Campana
on behalf of Creditor InterDesign  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

Jerrold S. Kulback
on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jesse M. Harris
on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Ollie's Bargain Outlet  Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco

on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco

on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle

on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com, amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb 124931@notify.bestcase.com

John C. Kilgannon

on behalf of Creditor Zadro Inc. john.kilgannon@stevenslee.com

John David Folds

on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com

John Kendrick Turner

on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Michael McDonnell

on behalf of Attorney Brian T. Crowley  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney Richard J. Corbi  Esquire jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Interested Party Taussig Risk Capital Advisors  Inc. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney Richard J. Corbi  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney John M. McDonnell  Esq. jmcdonnell@mchfirm.com

John S. Mairo

on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor U.S. 41 & I-285 Company LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor DFW Lewisville Partners GP jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor DPEG Fountains  LP jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor County of Riverside jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo

on behalf of Defendant Sunham Home Fashions  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor KMO-361 (Paramus) LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor MLO Great South Bay LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor County of Santa Clara jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
                    on behalf of Creditor County of Fresno jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
                    on behalf of Creditor County of Los Angeles jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
                    on behalf of Creditor Siegen Lane Properties LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
                    on behalf of Creditor Northway Mall Properties Sub  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John T. Carroll, III
                    on behalf of Defendant HMM (America)  Inc. jcarroll@cozen.com,
                    jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss
                    on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Kaz Canada  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss
                    on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

Jonathan S. Bodner
                    on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Defendant Westwood Design  Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Defendant International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner
                    on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask
                    on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Defendant The Step2 Company  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask
                    on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.
                    on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
                    djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Joseph Charles Barsalona, II
                    on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
                    jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
                    on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com

Joseph H Baldiga
                    on behalf of Creditor Running Hill SP  LLC jbaldiga@mirricklaw.com

Joseph H. Lemkin
                    on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Defendant Drinkpod LLC jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Defendant Rackspace Technology Global  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joseph M. Shapiro
  on behalf of Defendant Michael William Giebe Sr. jshapiro@middlebrooksshapiro.com

Joshua Sussberg
  on behalf of Debtor Bed Bath & Beyond Inc. jsussberg@kirkland.com
  amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner
  on behalf of Creditor Texas Taxing Authorities hneumann@mblawfirm.com

Julia E Duffy
  on behalf of Defendant Verifone  Inc. jduffy@carltonfields.com

Julie Anne Parsons
  on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com

Kara E. Casteel
  on behalf of Other Prof. Plan Administrator kcasteel@askllp.com
  lmiskowiec@askllp.com;kbader@askllp.com;gunderdahl@askllp.com;agovze@askllp.com

Kate R. Buck
  on behalf of Counter-Claimant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Kate R. Buck
  on behalf of Defendant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy
  on behalf of Defendant Garda CL Atlantic  Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen
  on behalf of Creditor Continental Web Press  Inc. ken@kenroseadvisors.com, dclaussen@lowenstein.com

Kenneth L. Baum
  on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
  on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
  on behalf of Creditor Forum Lone Star  L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm
  on behalf of Creditor Hart TC I-III  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
  on behalf of Creditor Bayer Development Company  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
  on behalf of Creditor Hart Miracle Marketplace  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
  on behalf of Creditor Cobb Place Property  LLC kklemm@bakerdonelson.com

Keri P. Ebeck
  on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM
  btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
  btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun
  on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
  on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com
  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
on behalf of Interested Party Flexport  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant Concentric  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant OnPoint Capital  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kristen Peters Watson
on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor DS Properties 18 LP kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor Comenity Capital Bank kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly
on behalf of Defendant Caliber Americas LLC kmcevilly@gibbonslaw.com

Lauren M. Macksoud
on behalf of Creditor Mishorim 255  LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren Rebecca Jacoby
on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton
on behalf of Creditor HRTC 1 LLC lhilton@onellp.com  lthomas@onellp.com

Lee Squitieri
on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri
on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee M. Tesser
on behalf of Defendant US Maintenance ltesser@tessercohen.com

Leslie Carol Heilman
on behalf of Defendant Maintenx International Service Management Group  Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG FSBROWI001  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Deutsche Asset & Wealth Management HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor 209-261 Junction Road Madison Investors  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG PSALBNM001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor 210 Development  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor ARG SAABITX001  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC HeilmanL@ballardspahr.com
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor CVSC  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Agua Mansa Commerce Phase I  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor ARC ASANDSC001  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Fairview Shopping Center  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor GC Ambassador Courtyard  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor CLPF Marketplace  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor UBS Realty Investors  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor PF Portfolio 2  LP HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor MGP XII Magnolia  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Urban Edge Properties  L.P. HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Heitman HeilmanL@ballardspahr.com
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor UE 675 Route 1 LLC HeilmanL@ballardspahr.com
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor Congressional Plaza Associates  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor EDENS HeilmanL@ballardspahr.com
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                        on behalf of Creditor ARC BHT-VCMI001  LLC HeilmanL@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARC CLORLFL001 LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Lisa M. Solomon
on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

Loren L. Speziale
on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Maha Kabbash
on behalf of Defendant World Distribution Services LLC maha.kabbash@tuckerellis.com
Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash
on behalf of Interested Party World Distribution Services LLC maha.kabbash@tuckerellis.com
Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Marcella M. Jayne
on behalf of Defendant Fridababy  LLC mjayne@foley.com, marcella-jayne-8977@ecf.pacerpro.com

Marianna Udem
on behalf of Plaintiff Michael Goldberg mudem@askllp.com
lmiskowiec@askllp.com;vmartinez@askllp.com;kcasteel@askllp.com

Mark Magnozzi
on behalf of Defendant Oracle America  Inc. mmagnozzi@magnozzilaw.com

Mark Minuti
on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico
on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mark E. Hall
on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein
on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Other Prof. Plan Administrator mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Marshall Dworkin
on behalf of Defendant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Counter-Claimant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Counter-Defendant Bed Bath & Beyond Inc. Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Unknown Role Type Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
on behalf of Creditor Studio City East 93K LLC Marshall.Dworkin@saul.com

Martin A. Sosland
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. martin.sosland@butlersnow.com

Matthew E. Kaslow
on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena
on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Defendant Place Services Incorporated mapena@norris-law.com  pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

District/off: 0312-2
Date Rcvd: Sep 18, 2025

User: admin
Form ID: pdf903

Page 20 of 34
Total Noticed: 13

Melissa A. Pena

on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa E. Valdez

on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick

on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien

on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik

on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski

on behalf of Creditor Florida Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com,
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

|  |  |
|---|---|
|  | on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor American Electric Power mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tucson Electric Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor UNS Gas Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Toledo Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Arizona Public Service Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar Electric Company Western Massachusetts mkwiatkowski@moritthock.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NV Energy Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Monongahela Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com |
| Michael B. Reynolds | on behalf of Defendant Baby Trend Inc. mreynolds@swlaw.com, kcollins@swlaw.com |
| Michael D. Sirota | on behalf of Debtor Harmon of New Rochelle Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Harmon of Caldwell Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |

Michael D. Sirota

on behalf of Debtor Decorist  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota
on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael R. Herz
on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz
on behalf of Defendant RXO Corporate Solutions  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael S Tucker
on behalf of Creditor Siegen Lane Properties LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor MLO Great South Bay LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ubglaw.com

Michael S Tucker
on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ubglaw.com

Mollie Margaret Lerew
on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino
on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com

Morgan Virginia Manley
on behalf of Defendant Federal Heath Sign Company  LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com

Morgan Virginia Manley
on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com  nyoecf@sgrlaw.com

Morris J. Schlaf
on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer
on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson
on behalf of Creditor Garfield-Southcenter LLC nisaacson@greenbaumlaw.com

Naznen Rahman
on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Neil B. Friedman
on behalf of Interested Party Estate of Gustavo Arnal nfriedma@hodgsonruss.com

Nicholas C. Brown
on behalf of Other Prof. Plan Administrator nbrown@askllp.com

Nicole A. Leonard
on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com gbressler@mdmc-law.com

Nicole M. Nigrelli
on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli
on behalf of Creditor Rainier Colony Place Acquisitions LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik
on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Humble Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor City of Houston osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden
on behalf of Defendant Foundations Worldwide Inc. pholden@c-wlaw.com

Paul Rubin
on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor American Express Travel Related Services Company Inc. prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

Paul Hans Schafhauser
on behalf of Creditor IKEA Property Inc. schafhauserp@gtlaw.com, paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter
on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com cballasy@offitkurman.com

Paul J. Winterhalter
on behalf of Creditor Saul Holdings Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul John Labov
on behalf of Other Prof. Plan Administrator plabov@willkie.com mao@willkie.com

Paul John Labov
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1 Inc. f/k/a Bed Bath & Beyond, Inc. plabov@willkie.com, mao@willkie.com

Paul John Labov
on behalf of Plaintiff Michael Goldberg plabov@willkie.com mao@willkie.com

Paul John Labov
on behalf of Other Prof. Michael Goldberg plabov@willkie.com mao@willkie.com

Paul M. Rosenblatt
on behalf of Defendant Manhattan Associates Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul S. Murphy
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty_logan@butlersnow.com

Paul Stadler Pflumm
on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@
mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Paul W Carey
on behalf of Creditor ISM Holdings  Inc. pcarey@miricklaw.com

Paul W Carey
on behalf of Creditor Running Hill SP  LLC pcarey@miricklaw.com

Peter Lucca
on behalf of Creditor California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Defendant Franchise Tax Board of the State of California pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Defendant California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Interested Party California Franchise Tax Board pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Philip William Allogramento
on behalf of Defendant Western Express  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Raye Curry Elliott
on behalf of Plaintiff Michael Goldberg raye.elliott@akerman.com  jennifer.meehan@akerman.com

Rebecca Starner
on behalf of Interested Party Safety National Casualty Corporation rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com

Rebecca Starner
on behalf of Interested Party Safety Specialty Insurance Company rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com

Rebecca Starner
on behalf of Creditor CBL & Associates Management  Inc. rebecca.starner@huschblackwell.com,
serena.gray@huschblackwell.com

Richard Corbi
on behalf of Interested Party Taussig Risk Capital Advisors  Inc. rcorbi@corbilaw.com

Richard Solow
on behalf of Defendant OXO International  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard Solow
on behalf of Defendant C & T International Inc. rsolow@reedsmith.com  rich-solow-3519@ecf.pacerpro.com

Richard Solow
on behalf of Defendant Riskified  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard D. Trenk
on behalf of Defendant IMC Companies  LLC rtrenk@trenkisabel.law, mmassoud@trenkisabel.law

Richard James Reding
on behalf of Other Prof. Plan Administrator rreding@askllp.com

Richard L Fuqua, II
on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com

Richard L Fuqua, II
on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com

Richard L. Zucker
on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Richard L. Zucker
on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Rick Aaron Steinberg
on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com

Rick Aaron Steinberg
on behalf of Defendant Tote Maritime Alaska  LLC rsteinberg@pricemeese.com

Robert Drain
on behalf of Interested Party John E. Fleming robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Sue Gove robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Harriet Edelman robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Andrea Weiss robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Joshua Schechter robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Mary A. Winston robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Ann Yerger robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Malone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com
nmitchell@gibbonslaw.com

Robert A. Rich

on behalf of Defendant Le Creuset of America  Inc. rrich@hunton.com, candonian@huntonak.com

Robert J Atras

on behalf of Defendant Internal Revenue Service robert.j.atras@usdoj.gov  eastern.taxcivil@usdoj.gov

Robert J Feinstein

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul

on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane

on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor DDRTC Marketplace at Mill Creek  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com

KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1 LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Equity One Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Pinnacle Hills LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor HGREIT II Edmondson Road LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Daly City Serramonte Center LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert M. Marshall

on behalf of Defendant Devgiri Exports LLC rmarshall@mqlaw.net

Robert S. Roglieri

on behalf of Interested Party World Market LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Roglieri

on behalf of Defendant IMC Companies LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Westermann

on behalf of Creditor The Brink's Company rwestermann@spottsfain.com rhenderson@hirschlerlaw.com

Ronald S. Gellert

on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant SASR Workforce Solutions  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Capital Brands Distribution  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Samuel P. Hershey

on behalf of Interested Party Michael's Stores  Inc. sam.hershey@whitecase.com, mco@whitecase.com

Sari Blair Placona

on behalf of Defendant Central Transport LLC splacona@msbnj.com

Sari Blair Placona

on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com

Sari Blair Placona

on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com

Sari Blair Placona

on behalf of Interested Party Central Transport  LLC splacona@msbnj.com

Scott Fleischer

on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor RED Development  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com,
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott A. Shaffer

on behalf of Defendant Conair LLC sshaffer@olshanlaw.com

Scott A. Zuber

on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott H. Bernstein

on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Scott H. Bernstein

on behalf of Defendant Brink's  Incorporated scott@scottbernsteinlaw.com

Scott S. Rever

on behalf of Defendant Evenflo Company  Inc. srever@genovaburns.com,
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Creditor Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Unknown Role Type Evenflo Company Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Defendant Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Shai Schmidt

on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shane Ramsey
    on behalf of Defendant East Coast/West Coast Logistics  LLC shane.ramsey@nelsonmullins.com,
    linnea.hann@nelsonmullins.com;Jada.prendergast@nelsonmullins.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein
    on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
    bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross
    on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney
    on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen Schwimmer, I
    on behalf of Defendant M & L Enterprise Group Inc. sschwimmer@kbtlaw.com
    akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen R. Catanzaro
    on behalf of Defendant Gotham Technology Group  LLC scatanzaro@daypitney.com,
    cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro
    on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
    cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga
    on behalf of Defendant Noritake Co.  Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Steven A. Jayson
    on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan
    on behalf of Defendant Pem-America  Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman
    on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
    law.net

Steven R. Wirth
    on behalf of Plaintiff Michael Goldberg steven.wirth@akerman.com,
    caren.deruiter@akerman.com;Jennifer.meehan@akerman.com

Steven R. Wirth
    on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
    steven.wirth@akerman.com, caren.deruiter@akerman.com;Jennifer.meehan@akerman.com

Steven T Keppler
    on behalf of Defendant US Maintenance skeppler@tessercohen.com

Stuart D. Gavzy
    on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
    lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlaw
    yer.com

Sue Liu Chin
    on behalf of Creditor ABF Freight System  Inc. schin@borgeslawllc.com

Sue Liu Chin
    on behalf of Defendant ABF Freight System  Inc. schin@borgeslawllc.com

Sunjae Lee
    on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tara J. Schellhorn
    on behalf of Creditor TPP Bryant  LLC tschellhorn@riker.com

Tara J. Schellhorn
    on behalf of Creditor Dadeland Station Associates  Ltd. tschellhorn@riker.com

Thomas James Monroe
    on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com

Thomas Richard Fawkes
    on behalf of Defendant World Distribution Services LLC thomas.fawkes@tuckerellis.com

Thomas S. Onder
    on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Tina Moss

on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Tina Moss

on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk

on behalf of Interested Party Loja WTP  LLC turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Creditor College Plaza Station LLC turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Defendant American Textile Company  Inc. turner.falk@saul.com,
catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Defendant Artsana USA  Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com
catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vahbiz Karanjia

on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com

Vincent J. Roldan

on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor McCreary Entities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com

Walter E. Swearingen

on behalf of Creditor 200-220 West 26 LLC w_swearingen@yahoo.com

Walter E. Swearingen
                    on behalf of Creditor TF Cornerstone Inc. w_swearingen@yahoo.com

Warren A. Usatine
                    on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com;ddelehanty@coleschotz.com

Wendy M Simkulak
                    on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak
                    on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com

William G. Wright
                    on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 4  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 1  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III
                    on behalf of Creditor DT-SGW  LLC william.firth@practus.com, ddanielson@cohenseglias.com

TOTAL: 778