| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:  rfeinstein@pszjlaw.com<br>       bsandler@pszjlaw.com<br>       egray@pszjlaw.com<br>       ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 23, 2025, AT 10:00 A.M. (ET)**

Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.

Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.

I.  **MATTER FOR WHICH A CERTIFICATE OF NO OBJECTION HAS BEEN FILED**

    1.  Plan Administrator's Fourth Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 4307].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4901-1309-7323.1 08728.003

<u>Response Deadline</u>:  September 16, 2025.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(a) Notice of Hearing on Plan Administrator's Fourth Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 4308].

(b) Affidavit of Service [Docket No. 4321].

(c) Certificate of No Objection Regarding Plan Administrator's Fourth Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 4334].

<u>Status</u>:  A certificate of no objection has been filed which would grant the relief requested. The Plan Administrator requests entry of the proposed order if acceptable to the Court. No hearing will be necessary unless the Court has any questions.

Dated:  September 22, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:     (212) 561-7777
Email:          rfeinstein@pszjlaw.com
                    bsandler@pszjlaw.com
                    egray@pszjlaw.com
                    ecorma@pszjlaw.com

*Counsel to the Plan Administrator*