**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | ) Case No. 23-13359 (VFP) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |

**AFFIDAVIT OF SERVICE**

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail mail on the ADRID: 12761131, Pem-America Inc., Steven M, Kaplan Esq, Kaplan Levinson PC, 930 Sylvan Avenue, Suite 100, Englewood Cliffs, NJ, 07632.

- Supplemental Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(B)(9) Claims No.3) As to Claim 172 of Pem-America. Inc. [Docket No. 4314]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: September 24, 2025

/s/ *Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 24, 2025, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028