Jeffrey S. Johnson Pro Se
249 S Farragut Street
Philadelphia PA, 19139
Email: jsfarranadan066@gmail
Telephone # 215-626-4679
Email: jeffrey.johnson066@smart.edu

Case No. 23-13359 (VFP)
Chapter 11

Civil action
1:22-cv-01887-KBH

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY
Clerk
Bankruptcy Court Subject Matter
Jurisdiction

This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

① 32 C.F.R § 536.63 -

§ Settlement Agreement Unconditional Agreement

The Settlement agreement must be Unconditional.

The Settlement agreement represents a meeting of the minds, any clauses to the agreement must be agreed upon by all parties. Enforcing settlement in Federal Civil action in federal district court may be subject to later judicial enforcement US Supreme Court 1994 Kokomen V. Guardian Life Insurance Co of America, any enforcement requires it's own basis for jurisdiction. Bed faith and bad breached the contract that was agreed upon six months before

② defendants bankruptcy filing in early 2023
Twenty Thousand dollars; The defendant used default
tactics example stated to me I owe college loans
and shall payments which was far from truth I
never attended college no children they refuse to
pay the settlement I gave up my "Rights to Trial"
by settlement ① Once the district court "so ordered"
the settlement agreement which included a provision
for sealing the case files it iB required to enforce
the terms of agreement furthermore defendant
lot off all communications and never gave me
a Receipt documentation of the settlement.

(B) Bankruptcy Judges, like federal magistrate judges, are Article I judges and like magistrate judges, bankruptcy judges generally derive their rights to exercise federal judiciary powers by way of a "Statutory Reference" of district court powers. For example for magistrate judges, the reference of federal judicial powers is found in 28 U.S.C. 636 and in many district courts local rules. On it's face the reference to bankruptcy judges of the district court power under § 157 is very broad, with a long list of "core matters" related to or arising in bankruptcy cases that are handed off to bankruptcy court, ostensibly without the need for consent

relating to the adjustment of debtor-creditor and equity security holder relationship. The rest for whether a bankruptcy judge has Constitution authority to hear and determine a proceeding is whether it is integral to the restructuring of the debtor-creditor relationship. Upon the "Founding Fathers" drafted the Constitution in 1787 empowering Congress to establish uniform laws on bankruptcy, the bankruptcy power in England was exercised by bankruptcy Commissioners. In 1787 those bankruptcy Commissioners collected debtors

property to resolve claims by creditors, ordering the distribution of assets and ultimate discharge of the debts. Mr Johnson 80 suffers from incurable cancer he's 64 years old. I pray the Courts have some understanding for my rights.

See Exhibits of Settlement Conferences

⑥

Closing

Bed Bath and Beyond used manipulative, coercive, or deceptive tactics denying Plaintiff of his right's to the 20,000$ Judgement.

September 25 2025

Jeffrey S Johnson
Jeff

Rev. S. Johnson
1728 Onesut Street
Philadelphia, PA 19139

TO:
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

UNITED STATES BANKRUPTCY
District of NEW JERSEY
Clerk




Retail
RDC 99
07102