**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 14, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on Ceres Chill Co., (ADRID: 20803394), Perkins Coie LLP, C/o Alan D. Smith, 1301 Second Avenue, Suite 4200, Seattle, WA, 98101-3804:

- Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No 1) [Docket No. 4156]

- Notice of Objection to Your Claim [Docket No. 4157], customized to include the name of the claimant.

On August 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Supplemental DN 4114 Affected Claimants Service List attached hereto as **<u>Exhibit A</u>**:

- Order Sustaining Plan Administrator's Seventeenth Omnibus Objection (Substantive) To Claims (Reclassified Gift Card/Merchandise Credit Claims No. 14) [Docket No. 4114]

On August 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Supplemental DN 4117 Affected Claimants Service List attached hereto as **<u>Exhibit B</u>**.

- Order Sustaining Plan Administrator's Sixteenth Omnibus Objection (Substantive) To Claims (Reclassified Gift Card/Merchandise Credit Claims No. 13) [Docket No. 4117]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: September 16, 2025

                                                */s/ Paul Pullo*
                                                Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 16, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 90834 & 90957

**<u>Exhibit A</u>**

# Exhibit A

Supplemental DN 4114 Affected Claimants Service List

Served via First-Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 12827949 | Fanch, Rachel | Address on file |
| 12870211 | Taylor, Unique | Address on file |

**Exhibit B**

## Exhibit B

Supplemental DN 4117 Affected Claimants Service List

Served via First-Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 13058046 | Annayeva, Maral | Address on file |
| 20803428 | Badillo, Cindy | Address on file |
| 13025438 | Hellbach, Aida | Address on file |