UNITED STATED BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1 (b)**
Thomas A. Pitta, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
Telephone: (212) 238-3148
tpitta@emmetmarvin.com

*Mediator*

In re:

BED BATH & BEYOND, INC., *et al.,*

Debtor.

Chapter 11

Case No. 23-13359 (VFP)

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath &
Beyond Inc.),

Plaintiff,

v.

Manhattan Associates, Inc.,

Defendant.

Adv. Pro. No. 25-01068

## MEDIATION REPORT

By order of this court dated April 24, 2025, this matter was referred to mediation.

1.      A settlement of this matter:

☒ was reached         ☐ was not reached

2.      The party designated to file the settlement document(s) is: **Michael Goldberg, as Plan Administrator**. The settlement document(s) will be filed on or before **October 17, 2025**.

2.      Resolution of Adversary Proceeding:

☒ All outstanding issues have been resolved and the parties are directed to file appropriate
documents to effectuate dismissal and closure of the case.

9055069v.1

☐ There are issues that have not been resolved and the case shall remain open.

☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: October 13, 2025

_/s/ Thomas A. Pitta_
Thomas A. Pitta
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
Tel 212.238.3148
_Mediator_