*Letter sent by our lawyer*

# Snell & Wilmer

ONE ARIZONA CENTER
400 E. VAN BUREN, SUITE 1900
PHOENIX, AZ  85004-2202
602.382.6000 P
602.382.6070 F

**Brian J. Burt**
**602.382.6317**
**bburt@swlaw.com**

December 5, 2022

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

Angela Aiken-Rodrigues
Accounting & Reporting Coordinator

Tosha Paquin
Manager, Vendor Management

Anu Gupta
Vice President, Chief Growth Officer

Laura Crossen
Interim Chief Financial Officer, Chief Account Officer

Arlene Hong
Executive Vice President, Chief Legal Officer

Sue Gove
Chief Executive Officer

Bed Bath & Beyond
650 Liberty Avenue
Union, New Jersey 07083

  Re: Comfort In The Sun, Inc. Outstanding Invoices

Dear [Mr.][Ms.] [  ]:

  Our firm represents Comfort In The Sun, Inc. ("**Comfort**").

  For three years, our client has had a positive and mutually beneficial vendor relationship with Bed Bath & Beyond ("**Bed Bath**"), with sales of Comfort's patent-pending "Pad Soleil" armrests in all 50 states. Historically, Bed Bath has made prompt payment to Comfort within [ ] days of its invoice date.

Case # 23-13359  CL # 15870

# Snell & Wilmer

November 5, 2022
Page 2

Unfortunately, the attached [and growing] list of invoices, currently totaling $[21,168.05] is overdue (many significantly so). While a small amount to Bed Bath, that balance is significant to Comfort, and the delay in receiving payment is causing Comfort substantial hardship.

Comfort has tried to connect with its contacts at Bed Bath, but unfortunately those inquiries have gone unanswered. The four founders of Comfort have worked very hard for many years to create, launch and grow their company. Having survived the pandemic, they want to avoid what may be a simple oversight cause unnecessary damage to their business.

We would greatly appreciate your help in remitting payment on these outstanding invoices, and look forward to hearing from you.

Regards,

Snell & Wilmer

Brian J. Burt

*Case # 23-13359   CL# 15870*

 **Gmail**

Karen Burke <comfortinthesun@gmail.com>

---

## RE:Re: RITM40023364 Re: Payment Info V#69067

**BBBY VRRepVendorgroup1** <vrrepvendorgroup1@bedbath.com>　　　　　　　　　Tue, Mar 14, 2023 at 12:05 PM
Reply-To: vrrepvendorgroup1@bedbath.com
To: Jenny.Klein@bedbath.com, comfortinthesun@gmail.com

Hello Team,

Thank you for your inquiry

Please find the attached reconciliation report which is showing the status of the invoices that BBB received from 11/21/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store. If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.
If you have any questions or concerns, please feel free to contact me.

Thanks & Regards
Nupur Roy | Vendor Relations Team
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083

----------------------------------------------------------------------------------------------------

To: Vendor Group1, Jennifer Klein, Lori.Manuelian@bedbath.com
From: comfortinthesun@gmail.com
CC:
Date: 2023-03-09 17:50:19
Subject: RE:Re: RITM40023364 Re: Payment Info V#69067

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

WE JUST WANT CHECK FROM NOVEMBER 2022 RE--ISSUED

COMFORT IN THE SUN, INC


On Thu, Mar 9, 2023 at 10:14 AM BBBY VRRepVendorgroup1 > wrote:
Hello Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 02/10/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your

account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store. If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal. If you have any questions or concerns, please feel free to contact me.

Thanks & Regards
Nupur Roy | Vendor Relations Team
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083

---------------------------------------------------------------------------------------------

To: Lori.Manuelian@bedbath.com
From: comfortinthesun@gmail.com
CC: Vendor Group1, Jennifer Klein
Date: 2023-03-08 20:38:27
Subject: RE:Re: Payment Info

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Lori, Jenny and all others

We have still not been paid and your accounting/vendor group is stalling with all of their responses. You are over $14,000 overdue and your vendor support people have assigned numerous complaint tags to us.
We will be charging you past due fees if the check is not deposited by 3-10-2023 at 18% since November 2022

The only thing that needs to be done is to reissue the check BBB cut in November 2022. Below received 3-1-2023.
[https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fNA3.docusign.net%2fMember%2fImage.aspx%3fi%3dlogo%26I%
3d03c193a5-a65c-4f2e-a6b4-6fea72461817&c=E,1,3liLEOMK3WTfid-QSvE4CeqGlQHuGTpD5IpdSxZjV0BW5
tBFevDhh3jORfvBABT9XBCO7L_SdyCis9NNH-yzbKaKBMXM9m8vWL-3pXSQR80tqgo,&typo=0]
[https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fNA3.docusign.net%2fmember%2fImages%2femail%
2fdocComplete-white.png&c=E,1,jvZdH4EkinsnSUF1bnZdkeJ71W-7bgKSeXJ0grEoeJmBUNiqmhk8cvre6
xRRFhg360QX0UP3UwaRYfgI8DJIF-Q5mBhvzOvRQo0WABHVRYFO8QU5W7o4VmS4OQ,,&typo=0]
Your document has been completed
VIEW COMPLETED DOCUMENT
Shariffa Collins
Shariffa.Collins@bedbath.com

All parties have completed ACH UPDATE: S#10069067/ V#69067 COMFORT IN THE SUN INC. : Verbal ACH Acknowledgement Form.

Powered by
[DocuSign]

Please reply to this request by Thursday 3-9-2023.

Karen Burke
COMFORT IN THE SUN, INC

On Tue, Feb 28, 2023 at 1:37 PM Lori Manuelian > wrote:
Hi Karen,

You will need to reach out to your VR Rep Group. I have added them to this thread.

Hi VR Rep Group,

Please assist Karen with repayment inquiry.

69067 COMFORT IN THE SUN INC.

Thank You!

Lori Manuelian
Assistant, Vendor Management
Bed Bath•BEYOND Inc.
• 650 Liberty Avenue Union, NJ 07083
• Lori.Manuelian@bedbath.com

From: Karen Burke >
Sent: Tuesday, February 28, 2023 3:08 PM
To: Lori Manuelian >
Subject: Fwd: Payment Info

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Lori,

Please advise how we can get this payment resent. We have updated all of our banking information for ACH deposits. Please let me know if you have any questions.

Thank you,
CITS Team

---------- Forwarded message ---------

Subject: Payment Info
To: Karen Burke >

Sent from my iPhone
--
COMFORT IN THE SUN, INC

Ref:MSG134451717

Ref:MSG135183829

 **69067.zip**
5K

From: **Karen Burke** comfortinthesun@gmail.com
Subject: **For your information**
Date: **Aug 9, 2022 at 10:40:02 AM**
To: Jenny Klein Jenny.Klein@bedbath.com
Bcc: **teece694@gmail.com**

---

Hi Jenny,

I have attached a letter we sent to your accounts payable. We just want you to know what was sent Registered Mail.

Sincerely,

Karen Burke
**COMFORT IN THE SUN, INC**



Makers of *PAD SOLEIL*™ Armrest Covers

Comfort in the Sun, Inc.
4957 W Posse Drive
Eloy, AZ 85131



...s struggling financially. We are aware that the Company is focusing on large
...ng your small Vendors. In regards to getting paid. our BBB Buyer could only

Being a small vendor, we are also struggling.  Bed Bath & Beyond is our main source for sales to the public, so payment on your account is <u>extremely</u> important to us.   While this may be small to your company, it is our life blood.  We are a small company of 4 people and you are our main source of sales.

We signed up with BBB and your commitment of **Net 90 Days.**  We now have outstanding invoices from March 2022, which put these invoices at **5 months (150 days)**.  BBB owes over $3,000.00 in overdue invoices to Comfort in the Sun, Inc.

We respectfully request that BBB pay our past due invoices within 10 days so that we can maintain a good working relationship with Bed Bath & Beyond.  We will resort to an attorney as a last effort if we do not hear from your company.

Respectfully,


Karen Burke
COMFORT IN THE SUN, INC.
(509) 771-2474


Cc:      Jennifer Klein, Seasonal Buyer for BBB

Sent: Wednesday, October 26, 2022 10:50 AM
To: Karen Burke >
Cc: Jennifer Klein >
Subject: RE: Contract

Hi Karen,

Please see attached.

Thank You,

Lori Manuelian
Assistant, Vendor Management | Bed Bath & Beyond
650 Liberty Ave. Union, NJ 07083
Lori.Manuelian@bedbath.com

From: Jennifer Klein >
Sent: Tuesday, October 25, 2022 5:04 PM
To: Karen Burke >; Lori Manuelian >
Subject: RE: Contract

Hi @Lori Manuelian,

Are you able to send Comfort in the Suns onboarding signed

agreement?

Thanks,

Jenny Klein
Category Director- Seasonal
Bed Bath & Beyond
908.613.5290

From: Karen Burke >
Sent: Tuesday, October 25, 2022 2:25 PM
To: Jennifer Klein >
Subject: Contract

CAUTION: This email originated from outside your organization.
Exercise caution when opening attachments or clicking links,
especially from unknown senders.
Hi Jenny,

Our lawyer is asking for the contract paperwork when we originally
signed on with Bed Bath & Beyond. Can you please send us the
business agreement. We are confused about non communications
in regards to monies owed to us from April 2022, which we have

received neither email, or response to our several contacts.

Look forward to hearing something from you/Bed Bath & Beyond.
Thank you,

CITS TEAM


COMFORT IN THE SUN, INC




Ref:MSG125643027

From: **Karen Burke** comfortinthesun@gmail.com

Subject: **Re: RITM38355334 FW: Contract (Comfort in the Sun) and Vendor Demand Letter - RITM38355334 V# 69067 - SJ**

Date: **Jan 11, 2023 at 9:54:13 AM**

To: **vrrepvendorgroup1@bedbath.com, Jenny Klein** Jenny.Klein@bedbath.com

Bcc: **teece694@gmail.com**

---

**Payment information**

**Our bank account number has changed.  We would have updated it but we are unable to access the BBB vendor site.  Please advise what to do ASAP**

**Karen Burke**
**COMFORT IN THE SUN, INC**


On Wed, Jan 11, 2023 at 7:10 AM BBBY VRRepVendorgroup1 <vrrepvendorgroup1@bedbath.com> wrote:

Hello Karen,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt

Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store. If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Shweta Jaiswal | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada 650 Liberty Avenue | Union, NJ 07083
-----------------------------------------------------------------------------------
-------------------------------------------------
From: Lori Manuelian >

From: **Karen Burke** comfortinthesun@gmail.com
Subject: **Payments**
Date: **Jan 11, 2023 at 10:00:42 AM**
To: **Jenny Klein** Jenny.Klein@bedbath.com
Bcc: **teece694@gmail.com**

Hi Jenny,

I asked your people how to update our payment account ASAP. We changed bank accounts several months ago but we have not been able to access the BBB vendor site to update it.

Looks like your office has finally scheduled a payment and I am concerned about it going back to "lost land". Our login is not accessible, our password doesn't work.Can you please look at this today?

Thank you so much,

Karen Burke
509-771-2474
**COMFORT IN THE SUN, INC**

From: **Karen Burke** comfortinthesun@gmail.com

Subject: **Fwd: In re Bed Bath & Beyond Inc., et al., Case No. 23-13359, United States Bankruptcy Court for the District of New Jersey**

Date: Oct 3, 2023 at 3:43:05 PM

To: **Terry Cronin** teece694@gmail.com

---------- Forwarded message ----------

From: **Horman, Brian** <Brian.Horman@kroll.com>

Date: Tue, Oct 3, 2023 at 3:30 PM

Subject: In re Bed Bath & Beyond Inc., et al., Case No. 23-13359, United States Bankruptcy Court for the District of New Jersey

To: bbbyinfo <BBBYInfo@ra.kroll.com>

Please find below a link to the following important document recently filed in the bankruptcy proceedings of Bed Bath & Beyond Inc., *et al.*, Case No. 23-13359, United States Bankruptcy Court for the District of New Jersey:

- **Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates and (II) Occurrence of Effective Date (Related Document: 2160)** **[Docket No. 2311]**

For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.ra.kroll.com/bbby.

Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held.

--

COMFORT IN THE SUN, INC

 Gmail

Karen Burke <comfortinthesun@gmail.com>

---

## RE:Re: RITM40023364 Re: Payment Info V#69067

**BBBY VRRepVendorgroup1** <vrrepvendorgroup1@bedbath.com>    Tue, Mar 14, 2023 at 12:05 PM
Reply-To: vrrepvendorgroup1@bedbath.com
To: Jenny.Klein@bedbath.com, comfortinthesun@gmail.com

Hello Team,

Thank you for your inquiry

Please find the attached reconciliation report which is showing the status of the invoices that BBB received from 11/21/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store. If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.
If you have any questions or concerns, please feel free to contact me.

Thanks & Regards
Nupur Roy | Vendor Relations Team
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083

---------------------------------------------------------------------------------
To: Vendor Group1, Jennifer Klein, Lori.Manuelian@bedbath.com
From: comfortinthesun@gmail.com
CC:
Date: 2023-03-09 17:50:19
Subject: RE:Re: RITM40023364 Re: Payment Info V#69067

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

WE JUST WANT CHECK FROM NOVEMBER 2022 RE--ISSUED

COMFORT IN THE SUN, INC

On Thu, Mar 9, 2023 at 10:14 AM BBBY VRRepVendorgroup1 > wrote:
Hello Team,

We appreciate your partnership. The BBBY business continues to be healthy, however we appreciate your concern given the current external business environment.

Attached is the reconciliation report showing the status of the invoices that BBB received from 02/10/2022 to present. You can utilize this file to reconcile to your aging.

Please note that the Invoices listed as "Pending Receipt Verification" indicates that we have received the invoice and it is currently being worked by our team.

If an invoice number is not listed, BBB did not receive it and therefore it will need to be submitted for payment. If your

account is setup for EDI invoices, please retransmit the missing invoice(s) using the original invoice date.

If an asterisk is in the column next to the invoice number, that invoice was charged back with a shortage by the store. If you wish to dispute, a claim should be filed utilizing the instructions which can be found on the Vendor Portal.
If you have any questions or concerns, please feel free to contact me.

Thanks & Regards
Nupur Roy | Vendor Relations Team
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083

------------------------------------------------------------------------------------------------

To: Lori.Manuelian@bedbath.com
From: comfortinthesun@gmail.com
CC: Vendor Group1, Jennifer Klein
Date: 2023-03-08 20:38:27
Subject: RE:Re: Payment Info

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Lori, Jenny and all others

We have still not been paid and your accounting/vendor group is stalling with all of their responses. You are over $14,000 overdue and your vendor support people have assigned numerous complaint tags to us.
We will be charging you past due fees if the check is not deposited by 3-10-2023 at 18% since November 2022


The only thing that needs to be done is to reissue the check BBB cut in November 2022. Below received 3-1-2023.
[https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fNA3.docusign.net%2fMember%2fImage.aspx%3fi%3dlogo%26I%3d03c193a5-a65c-4f2e-a6b4-6fea72461817&c=E,1,3liLEOMK3WTfid-QSvE4CeqGlQHuGTpD5IpdSxZjV0BW5tBFevDhh3jORfvBABT9XBCO7L_SdyCis9NNH-yzbKaKBMXM9m8vWL-3pXSQR80tqgo,&typo=0]
[https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fNA3.docusign.net%2fmember%2fImages%2femail%2fdocComplete-white.png&c=E,1,jvZdH4EkinsnSUF1bnZdkeJ71W-7bgKSeXJ0grEoeJmBUNiqmhk8cvre6xRRFhg360QX0UP3UwaRYfgI8DJIF-Q5mBhvzOvRQo0WABHVRYFO8QU5W7o4VmS4OQ,,&typo=0]
Your document has been completed
VIEW COMPLETED DOCUMENT
Shariffa Collins
Shariffa.Collins@bedbath.com

All parties have completed ACH UPDATE: S#10069067/ V#69067 COMFORT IN THE SUN INC. : Verbal ACH Acknowledgement Form.

Powered by
[DocuSign]


Please reply to this request by Thursday 3-9-2023.

Karen Burke
COMFORT IN THE SUN, INC



On Tue, Feb 28, 2023 at 1:37 PM Lori Manuelian > wrote:
Hi Karen,

You will need to reach out to your VR Rep Group. I have added them to this thread.

Hi VR Rep Group,

Please assist Karen with repayment inquiry.

69067 COMFORT IN THE SUN INC.

Thank you,

Penny Lindberg

Karen Burke


COMFORT IN THE SUN, INC



---------- Forwarded message ---------
From: **Karen Burke** <comfortinthesun@gmail.com>
Date: Sun, Jul 27, 2025 at 8:26 PM
Subject: Request to appear by Zoom
To: <Chambers_of_vfp@njb.udcourts.gov>
Cc: <myrakulick@pszjlaw.com>


Honorable Vincent F. Papilia,


We,Comfort in the Sun, Inc.,CL #15870, are requesting to appear by zoom for our hearing on July 29th 2025, 10:00 AM ET.


Thank you,

Penny Lindberg

Karen Burke




COMFORT IN THE SUN, INC


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

From: **Karen Burke** comfortinthesun@gmail.com

Subject: **Re: Payables**

Date: **Aug 2, 2022 at 2:39:16 PM**

To: Jennifer Klein Jenny.Klein@bedbath.com

Bcc: **teece694@gmail.com**

---

We have many invoices from early March still outstanding

Here are a couple that are really late.  Al invoiced in March

392803832
392803833
392803834
392803835

We appreciate you checking on them.

Karen Burke
**COMFORT IN THE SUN, INC**


On Tue, Aug 2, 2022 at 2:32 PM Jennifer Klein
<Jenny.Klein@bedbath.com> wrote:

Hi Karen,


You are set up as net 90.

Thanks,

Jenny Klein

Category Director- Seasonal

Bed Bath & Beyond

908.613.5290

**From:** Karen Burke <comfortinthesun@gmail.com>
**Sent:** Tuesday, August 2, 2022 5:17 PM
**To:** Jennifer Klein <Jenny.Klein@bedbath.com>
**Subject:** Re: Payables

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi.  Second request!

**COMFORT IN THE SUN, INC**

On Fri, Jul 29, 2022 at 3:04 PM Karen Burke
<comfortinthesun@gmail.com> wrote:

Hi Jennifer,

IS BBB paying net 90 or 120?  We have invoices from April still
open

Thanks for Checking!

Karen Burke

# COMFORT IN THE SUN, INC

 Gmail

**Karen Burke <comfortinthesun@gmail.com>**

## RE:Re: RITM40272516 RE: Bank information S#10069067 / V#69067 Comfort in the Sun, Inc

1 message

**BBBY VRRepVendorgroup1** <vrrepvendorgroup1@bedbath.com>                      Fri, May 5, 2023 at 5:05 AM
Reply-To: vrrepvendorgroup1@bedbath.com
To: comfortinthesun@gmail.com

Hi Team,

Thank you for reaching out. Information regarding Bed Bath & Beyond Inc.'s Chapter 11 process, including instructions on how to file a claim, is available at https://restructuring.ra.kroll.com/bbby. If you have questions, please reach out to Kroll via email at BBBYInfo@ra.kroll.com or call (833) 570- 5355, or (646) 440-4806 if calling from outside the U.S. or Canada.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------
To: Vendor Group1
From: comfortinthesun@gmail.com
CC:
Date: 2023-03-20 17:34:09
Subject: RE:Re: RITM40272516 RE: Bank information S#10069067 / V#69067 Comfort in the Sun, Inc

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Who requests the stop payment? No check was ever received

Comfort in the Sun, Inc.
Vendor 69067+Check 820882
Dated 11/21/2022
$11,893.74
COMFORT IN THE SUN, INC

On Mon, Mar 20, 2023 at 7:52 AM BBBY VRRepVendorgroup1 > wrote:
Hi Team,

Thank you for your inquiry about not receiving the following check that has been outstanding for more than 30 days:

CHECK# AMOUNT DATE
820882 $ 11893.74 11/21/22

We will reissue the check once the bank confirms the stop payment. Once the check has been replaced, we will advise on the replacement check details.

If you have any questions or concerns, please feel free to contact me.

Thank you,
Kamlesh Dabade | Vendor Relations
Bed Bath & Beyond | Harmon | BuyBuyBABY | Liberty Procurement | Bed Bath & Beyond Canada
650 Liberty Avenue | Union, NJ 07083
-------------------------------------------------------------------------------------
To: Karen Burke, Vendor Group1
From: vraddresschanges@bedbath.com

CC:
Date: 2023-03-16 19:37:13
Subject: RE:RE: Bank information S#10069067 / V#69067 Comfort in the Sun, Inc

Hi Karen,

My team does not have involvement in payment of checks. I am looping in @VRRepVendorGroup1 to assist with reissuing a check.

Stephanie Rego
Assistant, Vendor Management
stephanie.rego@bedbath.com

welcome to parenthood™
buybuy BABY

From: Karen Burke
Sent: Thursday, March 9, 2023 12:13 PM
To: VRAddressChanges
Subject: Bank information


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Please see below. This has been provided to BBB on several occasions. Why is payment still held up? We just need BBB to reissue the check number 820882 dated 11/21/2022 to this new account information!!


Chase Bank
Routing 122100024
account 96998379
COMFORT IN THE SUN, INC


Ref:MSG136044786


Ref:MSG142890399