**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- ... name and address on the reverse ... can return the card to you.
- ... card to the back of the mailpiece, ... nt if space permits.

1. Article Addressed to:

   US Bankruptcy Ct.

   9590 9402 9137 4225 0524 42

2. Article Number (Transfer from service label)

   9589 0710 5270 3138 8230 05

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Rob Heim
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name): Rob Heim
C. Date of Delivery: 7/25/25

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

New York, NY 10019    0299

Certified Mail Fee    $5.30    10
$    $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery    $

Postage    $0.78

Postmark Here

07/18/2025

Total Postage and Fees    $10.48

Sent To: PACHULSKI STANG ZIEHL & Jones LLP
Street and Apt. No., or PO Box No.: 1700 Broadway, 36th FLOOR
City, State, ZIP+4: New York, NY 10019

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 3138 8230 05