---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

---

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

# CERTIFICATE OF SERVICE

1. I, Lisa Petras:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

    ☐ am the _____ in this matter am representing myself.

2. On October 13, 2025, I caused a true and correct copy of the *Plan Administrator's Reply to Claimant Safavieh Intl LLC's Response to Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4347] to be served via email on the following:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4930-0248-0498.1 08728.003

      David Edelberg, Esq.
      SCARINCI HOLLENBECK, LLC
      150 Clove Road, 9th Floor
      Little Falls, NJ  07424
      Email:  dedelberg@sh-law.com

3.    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  October 13, 2025                 */s/ Lisa Petras*
                                                             Lisa Petras

4930-0248-0498.1 08728.003