# EXHIBIT A

# United States Bankruptcy Court, District of New Jersey (Newark)

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☒ Bed Bath & Beyond Inc. (Case No. 23-13359) | ☐ Alamo Bed Bath & Beyond Inc. (Case No. 23-13360) | ☐ BBB Canada LP Inc. (Case No. 23-13361) | ☐ BBB Value Services Inc. (Case No. 23-13362) |
| ☐ BBBY Management Corporation (Case No. 23-13363) | ☐ BBBYCF LLC (Case No. 23-13364) | ☐ BBBYTF LLC (Case No. 23-13365) | ☐ bed 'n bath Stores Inc. (Case No. 23-13396) |
| ☐ Bed Bath & Beyond of Annapolis, Inc. (Case No. 23-13366) | ☐ Bed Bath & Beyond of Arundel Inc. (Case No. 23-13367) | ☐ Bed Bath & Beyond of Baton Rouge Inc. (Case No. 23-13368) | ☐ Bed Bath & Beyond of Birmingham Inc. (Case No. 23-13369) |
| ☐ Bed Bath & Beyond of Bridgewater Inc. (Case No. 23-13370) | ☐ Bed Bath & Beyond of California Limited Liability Company (Case No. 23-13371) | ☐ Bed Bath & Beyond of Davenport Inc. (Case No. 23-13372) | ☐ Bed Bath & Beyond of East Hanover Inc. (Case No. 23-13373) |
| ☐ Bed Bath & Beyond of Edgewater Inc. (Case No. 23-13374) | ☐ Bed Bath & Beyond of Falls Church, Inc. (Case No. 23-13375) | ☐ Bed Bath & Beyond of Fashion Center, Inc. (Case No. 23-13376) | ☐ Bed Bath & Beyond of Frederick, Inc. (Case No. 23-13377) |
| ☐ Bed Bath & Beyond of Gaithersburg Inc. (Case No. 23-13378) | ☐ Bed Bath & Beyond of Gallery Place L.L.C. (Case No. 23-13379) | ☐ Bed Bath & Beyond of Knoxville Inc. (Case No. 23-13380) | ☐ Bed Bath & Beyond of Lexington Inc. (Case No. 23-13381) |
| ☐ Bed Bath & Beyond of Lincoln Park Inc. (Case No. 23-13382) | ☐ Bed Bath & Beyond of Louisville Inc. (Case No. 23-13383) | ☐ Bed Bath & Beyond of Mandeville Inc. (Case No. 23-13384) | ☐ Bed, Bath & Beyond of Manhattan, Inc. (Case No. 23-13397) |
| ☐ Bed Bath & Beyond of Opry Inc. (Case No. 23-13385) | ☐ Bed Bath & Beyond of Overland Park Inc. (Case No. 23-13386) | ☐ Bed Bath & Beyond of Palm Desert Inc. (Case No. 23-13387) | ☐ Bed Bath & Beyond of Paradise Valley Inc. (Case No. 23-13388) |
| ☐ Bed Bath & Beyond of Pittsford Inc. (Case No. 23-13389) | ☐ Bed Bath & Beyond of Portland Inc. (Case No. 23-13390) | ☐ Bed Bath & Beyond of Rockford Inc. (Case No. 23-13391) | ☐ Bed Bath & Beyond of Towson Inc. (Case No. 23-13392) |
| ☐ Bed Bath & Beyond of Virginia Beach Inc. (Case No. 23-13393) | ☐ Bed Bath & Beyond of Waldorf Inc. (Case No. 23-13394) | ☐ Bed Bath & Beyond of Woodbridge Inc. (Case No. 23-13395) | ☐ Buy Buy Baby of Rockville, Inc. (Case No. 23-13398) |
| ☐ Buy Buy Baby of Totowa, Inc. (Case No. 23-13399) | ☐ Buy Buy Baby, Inc. (Case No. 23-13400) | ☐ BWAO LLC (Case No. 23-13401) | ☐ Chef C Holdings LLC (Case No. 23-13402) |
| ☐ Decorist, LLC (Case No. 23-13403) | ☐ Deerbrook Bed Bath & Beyond Inc. (Case No. 23-13404) | ☐ Harmon of Brentwood, Inc. (Case No. 23-13405) | ☐ Harmon of Caldwell, Inc. (Case No. 23-13406) |
| ☐ Harmon of Carlstadt, Inc. (Case No. 23-13407) | ☐ Harmon of Franklin, Inc. (Case No. 23-13408) | ☐ Harmon of Greenbrook II, Inc. (Case No. 23-13409) | ☐ Harmon of Hackensack, Inc. (Case No. 23-13410) |
| ☐ Harmon of Hanover, Inc. (Case No. 23-13411) | ☐ Harmon of Hartsdale, Inc. (Case No. 23-13412) | ☐ Harmon of Manalapan, Inc. (Case No. 23-13413) | ☐ Harmon of Massapequa, Inc. (Case No. 23-13414) |
| ☐ Harmon of Melville, Inc. (Case No. 23-13415) | ☐ Harmon of New Rochelle, Inc. (Case No. 23-13416) | ☐ Harmon of Newton, Inc. (Case No. 23-13417) | ☐ Harmon of Old Bridge, Inc. (Case No. 23-13418) |
| ☐ Harmon of Plainview, Inc. (Case No. 23-13419) | ☐ Harmon of Raritan, Inc. (Case No. 23-13420) | ☐ Harmon of Rockaway, Inc. (Case No. 23-13421) | ☐ Harmon of Shrewsbury, Inc. (Case No. 23-13422) |
| ☐ Harmon of Totowa, Inc. (Case No. 23-13423) | ☐ Harmon of Wayne, Inc. (Case No. 23-13424) | ☐ Harmon of Westfield, Inc. (Case No. 23-13425) | ☐ Harmon of Yonkers, Inc. (Case No. 23-13426) |
| ☐ Harmon Stores, Inc. (Case No. 23-13427) | ☐ Liberty Procurement Co. Inc. (Case No. 23-13428) | ☐ Of a Kind, Inc. (Case No. 23-13429) | ☐ One Kings Lane LLC (Case No. 23-13430) |
| ☐ San Antonio Bed Bath & Beyond Inc.(Case No. 23-13431) | ☐ Springfield Buy Buy Baby, Inc. (Case No. 23-13432) | | |

**Claim Number: 9578**

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **Eva Marie Beale** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor: **Grey Gardens** |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> ▮▮▮ (redacted) <br><br> Contact phone ▮▮▮    Contact email ▮▮▮ | **Where should payments to the creditor be sent?** (if different) <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on ____ / ____ / ____ <br>   MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

## Part 2:   Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. How much is the claim? | $ **400,000.00**    **Does this amount include interest or other charges?** <br> ☑ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> Illegal use of IP for the Mark Grey Gardens® BB&B website, brick-and-mortar, 3rd party retailers |

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: Trademark registrations Intellectual Property Grey Gardens

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(willful TM use) that applies. | $ $400,000 |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No <br> ☑ **Yes.** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 400,000.00 |
|---|---|---|

| 14. Is all or part of the claim being asserted as an administrative expense claim? | ☐ No <br> ☑ **Yes.** Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim.  If yes, please indicate when this claim was incurred: | |
|---|---|---|
| | ☑ **On or prior to June 27, 2023:** | $ $400,000.00 |
| | ☑ **After June 27, 2023:** | $ 100,000 |
| | **Total Administrative Expense Claim Amount:** | $ $500,000 |

THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE.

---

**Part 3:    Sign Below**

| The person completing this proof of claim must sign and date it. FRBP 9011(b). <br><br> If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. <br><br> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:* <br> ☑ I am the creditor. <br> ☐ I am the creditor's attorney or authorized agent. <br> ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. <br> I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br> I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. <br> I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

*Eva M Beale*                                          07/05/2023
_____
Signature

Name of the person who is completing and signing this claim:

| Name | Eva Marie Beale |
|---|---|
| | First name          Middle name          Last name |
| Title | Owner Grey Gardens |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| | ▮▮▮▮▮▮ |
| Address | |
| | Number        Street |
| | ▮▮▮▮▮▮▮▮ |
| | City                          State          ZIP Code |
| Contact phone | ▮▮▮▮▮▮               Email   ▮▮▮▮▮▮▮ |

## Additional Noticing Addresses (if provided):

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided

☑ Yes
☐ No

-----------------------------------------------------------------------------------------------------------

Attachment Filename:

2022-06-24 CD Ltr to BB&B with Exs (1).pdf

**KROLL**



**Lief Parke LLP**
200 Park Avenue, Suite 1700
New York, NY 10166
(646) 632-3744
*rparke@liefparke.com*

June 24, 2022

**VIA EMAIL (Richard.McGuire@bedbath.com)**

Richard McGuire, Esq.
Assistant General Counsel, Intellectual Property
Bed Bath & Beyond Inc.
650 Liberty Avenue.
Union, New Jersey 07083

     Re:    <u>Cease and Desist Use of GREY GARDENS®</u>

Dear Mr. McGuire:

We are intellectual property counsel for Eva Marie Beale, who owns federally registered trademarks in multiple classes for GREY GARDENS® and maintains the retail website www.greygardensoffical.com. We have discovered that Bed Bath & Beyond Inc. ("BB&B") has been selling various products using our client's mark, and this letter supplements Ms. Beale's recent communications to BB&B (both telephonic and email)—which for all intents and purposes have been ignored—detailing that unauthorized use.[1]

Ms. Beale has promoted and used the term "Grey Gardens" in commerce continuously since 2002. She has and continues to expend substantial resources in promoting and developing her online retail business and selling products under the GREY GARDENS® mark. Those goods are aimed at recreating and honoring the style and taste of Edith Bouvier Beale, a famous New York socialite in mid-20th century who was a first cousin of Jacqueline Bouvier Kennedy Onassis and Caroline Lee Bouvier Radziwill. Edith Bouvier Beale and her mother (Edith Ewing Bouvier Beale) were the subjects of the critically acclaimed documentary *Grey Gardens* (1975).

Ms. Beale currently holds fourteen United States federal trademark registrations for GREY GARDENS and owns domain names incorporating GREY GARDENS, including www.greygardensofficial.com and www.greygardenscollections.com. The table below lists the various GREY GARDENS® registrations, which first issued in 2009 and are in multiple classes covering a range of goods and services.

---

[1] A copy of Ms. Beale's email communications with you are attached as Exhibit A.

Richard McGuire, Esq.
June 24, 2022
Page 2

GREY GARDENS®

| U.S. Reg. No. | Reg. Date | International Class No. (Goods/Services) |
|---|---|---|
| 3599590 | 3/31/2009 | 24 (Fabrics) |
| 3599720 | 3/31/2009 | 14 (Jewelry); 24 (Fabrics); 35 (Online retail business) |
| 4139383 | 5/8/2012 | 21 (Dinnerware) |
| 4139384 | 5/8/2012 | 3 (Fragrances, lotions) |
| 4885280 | 1/12/2016 | 25 (Women's clothing) |
| 4992444 | 7/5/2016 | 35 (Online retail store service featuring home decorating products) |
| 5213903 | 5/3/2017 | 4 (Scented candles) |
| 5213906 | 5/30/2017 | 18 (Backpacks) |
| 5223336 | 6/13/2017 | 16 (Paper cards) |
| 5228564 | 6/20/2017 | 33 (Wines) |
| 5349127 | 12/5/2017 | 21 (Tea sets); 30 (Tea) |
| 6228912 | 12/22/2020 | 27 (Wallpaper) |
| 6283474 | 3/2/2021 | 28 (Dolls) |
| 6339340 | 5/4/2021 | 35 (Online retail store service featuring home decorating products) |

The GREY GARDENS® marks enjoy substantial recognition and goodwill in the marketplace.

As Ms. Beale related in her correspondence with you, she discovered that BB&B, in both its "brick-and-mortar" and online stores, has been commercially offering the "Grey Gardens Bath Collection"—comprising several separate products[2]—for approximately one year. Beyond offering these goods for sale on www.bedbathandbeyond, BB&B apparently has commercial arrangements with other vendors who likewise display these items for purchase on their websites, including www.fredmeyer.com, www.ralphs.com, www.shipt.com, and www.smithsfoodanddrug.com—establishing that the BB&B bath collection products bearing the GREY GARDENS mark are widely sold via numerous online marketplaces. All these uses are unauthorized by Ms. Beale and are thus infringements of the GREY GARDENS® trademark registrations.[3]

Ms. Beale is concerned that BB&B's unauthorized use of the GREY GARDENS® mark in connection with BB&B's bath collection products will create confusion among the public as to source, sponsorship, affiliation, and/or endorsement in violation of the federal Lanham Act, analogous state statutes, and common law principles of trademark infringement and unfair competition. In fact, as Ms. Beale related in her May 25, 2022 email, there has been at least one instance of actual confusion between a BB&B product offering and her registered mark.[4]

---

[2] Namely, shower curtains, wastebaskets, soap/lotion dispensers, toothbrush holders, bath tumblers, and vanity trays.

[3] Exhibit B is a set of photographs and screenshots showing but a sampling of BB&B's infringing use of the GREY GARDENS® mark on physical products and online stores (BB&B and Ralphs).

[4] Ex. A at 2.

Richard McGuire, Esq.
June 24, 2022
Page 3

Accordingly, we demand that you immediately cease all unauthorized use of the GREY GARDENS® mark and any other names and/or designations that are confusingly similar to Ms. Beale's aforementioned trademark on any BB&B product.

Now that BB&B is (again) formally advised of Ms. Beale's rights, we trust that this matter can be resolved quickly and amicably. Ms. Beale has consistently stated as much. But to do so, she requires written confirmation that BB&B:

    (a) has ceased any and all use of GREY GARDENS, or confusingly similar wording, unless authorized by Ms. Beale;

    (b) agrees, going forward, to never use or otherwise commercially promote any product or service under GREY GARDENS, or confusingly similar wording;

    (c) will agree to destroy any and all GREY GARDENS-named products, merchandise, and marketing materials;

    (d) will provide Ms. Beale with an accounting of all sales to date and existing inventory for GREY GARDENS-named products; and

    (e) will compensate Ms. Beale based on the figures provided in the accounting requested under item (d) above.

Accordingly, please provide us with your written assurances, no later than July 11, 2022, that BB&B has ceased all uses of the GREY GARDENS® mark and any confusingly similar names and will comply with the other demands in this letter.

Our proposal to resolve this matter, without resort to formal legal action, is for settlement purposes only. Nothing contained herein shall be deemed a waiver of or prejudice any of Ms. Beale's rights, all of which are expressly reserved.

Thank you, in advance, for your anticipated cooperation. Please contact me directly should you wish to discuss this matter.

Very truly yours,

LIEF PARKE LLP

Richard E. Parke

Attachments

# EXHIBIT A

**From:** ████████████████████████████████

**Sent:** Wednesday, June 1, 2022 3:07 PM

**To:** Rich McGuire <Richard.McGuire@bedbath.com>

**Subject:** Re: Intellectual Property Grey Gardens®

Dear Mr. McGuire,

I have not heard back from you regarding the ongoing infringement use of Grey Gardens for the Grey Gardens Collection at Bed Bath and Beyond.
I see that some of the names have been changed on some sites, but then the tag words still appear in some of the URLS which is not acceptable as a remedy.   The likelihood of confusion is my major concern  and I am asking that everything using the mark Grey Gardens is removed on all sites, all tag words etc.

As I mentioned in prior emails, it appears Bed Bath and Beyond has been using the mark for over a year.  As this  was done without a license, I can issue a retroactive license that would cover the period you were actively selling Grey Gardens without a valid license to sell.

Would you please contact me at ██████████ so we can discuss and settle this matter.
Thank you,
Eva Marie Beale
Grey Gardens
████████████████████

**From:** ████████████████████████████████

**Sent:** Friday, May 27, 2022 12:12 PM

**To:** Rich McGuire <Richard.McGuire@bedbath.com>

**Subject:** Re: Intellectual Property Grey Gardens®

Dear Mr. McGuire,
I noticed today that Bed Bath and Beyond started to change the name partially on your products using the name Grey Gardens that were sold for at least 1 year.

All meta tags must be removed also as they still appear on google searches and in the URL on your website.  In addition all stores that you sold to need to delete the item completely and not have the advertisement showing "unavailable."  Attached are examples of the online use.

The fact that your company has used my intellectual property for over about a year or more, and sold to many stores, and also listed on social media where is becomes permanent is clear evidence.

We offered you a license but have not heard anything and judging from the activity that you are changing the name, indicates you are not interested.  A remedy is still necessary.  We can have our attorneys handle this if you prefer, but we offer an amicable solution by asking that you send all sales information including other vendors - and pay us the 10% license fee retroactively and sign a release document.

Please send the information as soon as possible and continue to remove the items completely from your website and all vendors.

Thank you,
Eva Marie Beale
Owner
Grey Gardens®



**Grey Gardens® The Official Grey Gardens Brand & The Little Edie Legacy**
Enter the world of Grey Gardens® and discover the legacy of Little Edie Beale (Edith Bouvier Beale) in Fashion & Accessories, Fine Jewelry, Home Decor, & Books.
www.greygardensofficial.com

**From:**
**Sent:** Wednesday, May 25, 2022 10:58 AM
**To:** Rich McGuire <Richard.McGuire@bedbath.com>
**Subject:** Re: Intellectual Property Grey Gardens®

Hello Mr. McGuire,

Please reply to my emails regarding the infringement use of Grey Gardens mark.  There has been no change since my initial cease and desist and there has not been a reply on my proposal for a license agreement.

I received a call from a customer asking if the shower curtains were part of our line.  The confusion to the consumer is clear - so I would like to remedy the situation as soon as possible. Continued use is considered willful and I would prefer to get this resolved as soon as possible.

Thank you for your immediate attention to this matter,

Eva Marie Beale
Owner
Grey Gardens®
www.greygardensofficial.com



### Grey Gardens® The Official Grey Gardens Brand & The Little Edie Legacy

Enter the world of Grey Gardens® and discover the legacy of Little Edie Beale (Edith Bouvier Beale) in Fashion & Accessories, Fine Jewelry, Home Decor, & Books.

www.greygardensofficial.com

---

**From:** ████████████████████████████
**Sent:** Friday, May 20, 2022 3:06 PM
**To:** Rich McGuire <Richard.McGuire@bedbath.com>
**Subject:** Re: Intellectual Property Grey Gardens®

Hello Mr. McGuire,

Thanks for letting us know about your spam.  That explains it.

I wanted to mention that perhaps you have been selling these items for some time now.  The fact that the products are listed at other websites and shops indicates that the products are recognized with the Grey Gardens name.

My goal of course is to settle this amicably.  I would appreciate if you could send me the sales information from the start of your initial selling,  and who the vendors were and their location.  Please let me know the total sales in revenue and if you have remaining inventory so that my attorney can add a retroactive license for you that would allow you to sell the remaining inventory for a certain time period.   Our fees are a simple 10% license fee of the total amount of sales, or we have a minimum charge of $5000.00 to cover our legal fees for the contract for settlement agreement that we will require a signature on, whichever is higher.

Thank you,
Eva Marie Beale
Grey Gardens®
████████████████████████



### Grey Gardens® The Official Grey Gardens Brand & The Little Edie Legacy

Enter the world of Grey Gardens® and discover the legacy of Little Edie Beale (Edith Bouvier Beale) in Fashion & Accessories, Fine Jewelry, Home Decor, & Books.
www.greygardensofficial.com

---

**From:** Rich McGuire <Richard.McGuire@bedbath.com>
**Sent:** Wednesday, May 18, 2022 1:48 PM
**To:** ██████████████████████████
**Subject:** RE: Intellectual Property Grey Gardens®

Ms. Beale
My apologies: your emails were caught in my spam folder.  I will review this and respond as soon as possible.
Rich

_____

Richard ("Rich") P. McGuire
Assistant General Counsel, Intellectual Property
Bed Bath & Beyond Inc.
650 Liberty Avenue, Union, NJ 07083   F-616
Phone:  (908) 855-4074    Fax:  (908) 688-8385    Mobile:  (609) 410-5247
richard.mcguire@bedbath.com

**From:** ██████████████████████████
**Sent:** Friday, May 13, 2022 4:04 PM
**To:** Rich McGuire <Richard.McGuire@bedbath.com>
**Subject:** Re: Intellectual Property Grey Gardens®

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hello Mr. Mcguire,

I did not receive a response from you regarding the important intellectual property matter I informed you about via telephone and email.

I see that you have not removed any of the products and in fact it seems that the Bed Bath and Beyond Grey Gardens items are now available in more online locations.

I would appreciate a reply as I am sure you respect intellectual property as a representative of an important company like Bed Bath and Beyond.

I look forward to hearing from you on my proposal if you agree that it is a good option for Bed Bath and Beyond and Grey Gardens.


Thank you,
Eva Marie Beale
owner
Grey Gardens®

███████████

www.greygardensofficial.com


---

**From:** ████████████████████
**Sent:** Wednesday, May 4, 2022 10:05 AM
**To:** richard.mcguire@bedbath.com <richard.mcguire@bedbath.com>
**Subject:** Intellectual Property Grey Gardens®

Dear Mr. Mcguire,

I am writing to you as suggested by Kelly Del Sordi suggested.  I had written to her first as she was listed as the director of licensing for Bed Bath and Beyond.

This email is regarding the Grey Gardens mark.  Would you be available for a telephone call?

Grey Gardens® is a brand with a story(Documentary film by Albert Maysles) about two women who were related to Jacqueline Kennedy Onassis which brought fame to the story.  These two women were also my husband's aunt and grandmother, so after Edie Beale passed away in 2002, we started working on our brand.

While shopping at Bed Bath and Beyond, I came across a shower curtain named Grey Gardens and was surprised to see it actually.
As there is a likelihood of confusion using the same mark in commerce, I would like to discuss the possible remedies to retroactively make the use of our mark legal.  My first thought would be a potential license for Bed Bath and Beyond to continue the use of Grey Gardens® or at least until your inventory is sold out.

I believe that both of our companies would benefit from a license to continue selling, especially online due to the high search results for everything Grey Gardens.

Please let me know when you are available to discuss this matter.

Sincerely,

Eva Marie Beale
Owner
Grey Gardens®
[ww.greygardensofficial.com](ww.greygardensofficial.com)
███████████

# EXHIBIT B













21237

Lotion Pump
Grey Gardens

0  86569 44654  1

Made in China
Fabriqu en Chine
Hecho en China

Made Exclusively for
Bed Bath & Beyond, Inc.
650 Liberty Ave., Union, NJ 07083

IMPORTADORA BBBMEX,
S. DE R.L. DE C.V.
Blvd. Manuel A vila Camacho No. 3228
Col. Boulevares,
Naucalpan de Juez
Estado de Mico C.P . 53140 Mico
R.F.C. IBB-060425-DI8

**Toothbrush Holder**
**Grey Gardens**

0   86569 44655   8

Made in China
*Fabriqu en Chine*
*Hecho en China*

Made Exclusively for
Bed Bath & Beyond, Inc.
650 Liberty Ave., Union, NJ 07083

IMPORTADORA BBBMEX,
S. DE R.L. DE C.V .
Blvd. Manuel A vila Camacho No. 3228
Col. Boulevares,
Naucalpan de Juez
Estado de Mico C.P . 53140 Mico
R.F.C. IBB-060425-DI8

21185



**Tray**
**Grey Gardens**

0    86569 44660    2

Made in China
*Fabriqu en Chine*
Hecho en China

Made Exclusively for
Bed Bath & Beyond, Inc.
650 Liberty Ave., Union, NJ 07083

IMPORTADORA BBBMEX,
S. DE R.L. DE C.V.
Blvd. Manuel A vila Camacho No. 3228
Col. Boulevares,
Naucalpan de Juez
Estado de Mico C.P . 53140 Mico
R.F.C. IBB-060425-DI8

21144



**Wastebasket
Grey Gardens**



0   86569  44661   9

Made in China
*Fabriqu en Chine*
*Hecho en China*

Made Exclusively for
Bed Bath & Beyond, Inc.
650 Liberty Ave., Union, NJ 07083

IMPORTADORA BBBMEX,
S. DE R.L. DE C.V .
Blvd. Manuel A vila Camacho No. 3228
Col. Boulevares,
Naucalpan de Juez
Estado de Mico C.P . 53140 Mico
R.F.C. IBB-060425-DI8

21297



Electronic Proof of Claim Confirmation:  3335-1-MBESP-671613477

Claim Electronically Submitted on (UTC) :  2023-07-06T00:58:13.478Z

Submitted by:  Eva Marie Beale, Owner of Grey Gardens®

KROLL