# EXHIBIT D



(908) 8555-4074        650 LIBERTY AVENUE, UNION, NJ 07083        RICHARD.MCGUIRE@BEDBATH.COM

June 29, 2022

Richard E. Parke
Lief Parke LLP
Suite 1700
200 Park Avenue
New York, NY 10166

RE:    GREY GARDENS

Dear Mr. Parke:

Bed Bath & Beyond denies any infringement of your client's rights in GREY GARDENS and rejects the demands in your letter of June 24, 2022.

As an initial matter, it does not appear that any of the registrations cited in you letter cover the types of goods accused. Therefore, it is unclear that your client's rights extend to those goods.

Furthermore, Bed Bath & Beyond's use of GREY GARDENS was purely descriptive; each accused product is colored grey and bears a floral garden pattern.

Nevertheless, in an abundance of caution, Bed Bath & Beyond is taking active steps to change the wording on the advertising of its products. Going forward, products will be identified as a "garden pattern in grey" (or substantially similar language). For example, the shower curtain is now described as "Bee & Willow™ Garden Floral 72-Inch x 72-Inch



(908) 8555-4074        650 LIBERTY AVENUE, UNION, NJ 07083        RICHARD.MCGUIRE@BEDBATH.COM

Shower Curtain in Grey".  Similar changes are being made and published for all applicable goods.

We trust these efforts will resolve this matter.

Sincerely

Richard P. McGuire
Assistant General Counsel, Intellectual Property



(908) 855-4074          650 LIBERTY AVENUE, UNION, NJ 07083          RICHARD.MCGUIRE@BEDBATH.COM

August 1, 2022

Richard E. Parke
Lief Parke LLP
Suite 1700
200 Park Avenue
New York, NY 10166

RE:    GREY GARDENS

Dear Mr. Parke:

Bed Bath & Beyond continues to deny any infringement of your client's rights in GREY GARDENS and rejects the demands in your letter of June 24, 2022.

Your allegation that Bed Bath & Beyond's use of GREY GARDENS is "classic trademark use" is unsupported by the facts. Each product clearly bears the BEE & WILLOW brand with a TM. Grey Gardens is used to describe the design on the product; a garden design in a grey color.

Furthermore, there is no credible argument the products are closely related. Your client's rights in class 21 cover tea sets, dinnerware, and dishes. The accused products are all bathroom accessories. These products are unlikely to be seen as related by customers. Your clients' rights in class 24 relate to textiles to be used in the manufacture of commercial products, and not for commercial products themselves. Therefore, the target customers for these products are completely distinct. Your clients' covered goods



(908) 855-4074    650 LIBERTY AVENUE, UNION, NJ 07083    RICHARD.MCGUIRE@BEDBATH.COM

would be purchased by consumer product manufactures, not consumers. Therefore, there is no credible argument the products are closely related.

While we will continue to make the changes previously described, Bed Bath & Beyond will not be taking any further action on this matter.

Sincerely

Richard P. McGuire
Assistant General Counsel, Intellectual Property