| | |
|---|---|
| UNITED STATED BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1 (b)**<br>Thomas A. Pitta, Esq.<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>Telephone: (212) 238-3148<br>tpitta@emmetmarvin.com<br><br>*Mediator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.,*<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br>                  Plaintiff,<br><br>v.<br><br>International Warehouse Group Inc. dba International Distributors,<br>                  Defendant. | Adv. Pro. No. 25-01066 |

## MEDIATION REPORT

By order of this court dated April 24, 2025, this matter was referred to mediation.

1.     A settlement of this matter:

        ☒ was reached    ☐ was not reached

2.     The party designated to file the settlement document(s) is: **Michael Goldberg, as Plan Administrator**. The settlement document(s) will be filed on or before **October 21, 2025**.

9056209v.1

3. Resolution of Adversary Proceeding:

☒ All outstanding issues have been resolved and the parties are directed to file appropriate documents to effectuate dismissal and closure of the case.

☐ There are issues that have not been resolved and the case shall remain open.

☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: October 14, 2025

*/s/ Thomas A. Pitta*
Thomas A. Pitta
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
Tel 212.238.3148
*Mediator*

9056209v.1