| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           egray@pszjlaw.com<br>           ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 15, 2025, AT 10:00 A.M. (ET)**

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**
>
> **Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**I.     MATTERS GOING FORWARD**

      1.    Continued hearing on *Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1)* [Docket No. 4156] as to claimant Comfort in the Sun, Inc.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Response Deadline: July 22, 2025.

Responses Received:

(a) Continental Web Press, Inc. Response to Plan Administrators' Nineteenth Omnibus Objection to Administrative Claim [Docket No. 4185].

(b) [UNFILED] Informal Response Received from Comfort in the Sun, Inc.

(c) Letter Dated December 5, 2022, from Snell & Wilmer, Counsel to Comfort in the Sun, Inc., to Bed Bath & Beyond [Docket No. 4348].

Related Documents:

(a) Notice of Objection to Your Claim [Docket No. 4157].

(b) Affidavit of Service [Docket No. 4177].

(c) Determination of Adjournment Request [Docket No. 4261].

(d) Plan Administrator's Reply to Claimant's Response to Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4264].

(e) [ENTERED] Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4277].

(f) [ENTERED] Amended Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 1) [Docket No. 4296].

(g) Notice of Hearing [Docket No. 4297].

(h) Stipulation and Consent Order Between Plan Administrator and Continental Web Press, Inc. [Docket No. 4306].

(i) [ENTERED] Stipulation and Consent Order Between Plan Administrator and Continental Web Press, Inc. [Docket No. 4317].

Status: This matter is going forward with respect to Claim No. 15870 filed by Comfort in the Sun, Inc.

2. Continued hearing on *Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3)* [Docket No. 4169] as to claimant Safavieh Intl LLC.

Response Deadline:  August 5, 2025.

Responses Received:

    (a)    Letter to Judge from Attorney David Edelberg on Behalf of Safavieh Intl LLC [Docket No. 4280].

    (b)    [UNFILED] Letter to Court from Ozeri Dated July 30, 2025.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4170].

    (b)    Affidavit of Service [Docket No. 4262].

    (c)    Determination of Adjournment Request (Solely as to Claim No. 172 Filed by Pem-America Inc.) [Docket No. 4271].

    (d)    Plan Administrator's Reply to Claimant's Response to Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4283].

    (e)    Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4284].

    (f)    Certificate of Service [Docket No. 4286].

    (g)    [ENTERED] Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4289].

    (h)    Certification of No Objection Regarding Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) as to Claim 172 of Pem-America, Inc. [Docket No. 4309].

    (i)    Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4311].

    (i)    [ENTERED] Supplemental Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) as to Claim 172 of Pem-America, Inc. [Docket No. 4314].

    (j)    Determination of Adjournment Request (Solely as to Claim Nos. 50 and 20393 Filed by Safavieh Intl LLC) [Docket No. 4324].

    (k)    Plan Administrator's Reply to Claimant Safavieh Intl LLC's Response to Plan Administrator's Twenty-First Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 3) [Docket No. 4347].

    (l)    Certificate of Service [Docket No. 4349].

Status:  This matter is going forward with respect to Claim Nos. 50 and 20393 filed by Safavieh Intl LLC.

3.    Continued hearing on *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] as to claimant Eva Marie Beale.

Response Deadline:  August 26, 2025.

Responses Received:

    (a)    [UNFILED] Informal Response Received from MerchSource LLC Regarding Claim No. 8108.

    (b)    Objection of Water-Stream LLC [Docket No. 4312].

    (c)    [UNFILED] Supplemental Objection of Water-Stream, LLC.

    (d)    [UNFILED] Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1) (Received from Eva Marie Beale).

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4267].

    (b)    Affidavit of Service [Docket No. 4282].

    (c)    Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].

    (d)    Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4295].

    (e)    Plan Administrator's Reply to Claimant's Response to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4310].

    (f)    [ENTERED] Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4318].

 (g) Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4342].

 (h) Plan Administrator's Reply to Response of Eva Marie Beale to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4350].

 (i) Certificate of Service [Docket No. 4351].

Status: This matter is going forward with respect to Claim Nos. 9578 and 10740 filed by Eva Marie Beale.

## II. MATTER ADJOURNED

4. Continued hearing on *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] as to claimant MerchSource LLC.

Response Deadline: August 26, 2025.

Responses Received:

 (a) [UNFILED] Informal Response Received from MerchSource LLC Regarding Claim No. 8108.

 (b) Objection of Water-Stream LLC [Docket No. 4312].

 (c) [UNFILED] Supplemental Objection of Water-Stream, LLC.

 (d) [UNFILED] Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1) (Received from Eva Marie Beale).

Related Documents:

 (a) Notice of Objection to Your Claim [Docket No. 4267].

 (b) Affidavit of Service [Docket No. 4282].

 (c) Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].

 (d) Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4295].

 (e) Plan Administrator's Reply to Claimant's Response to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4310].

(f)     [ENTERED] Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4318].

(g)     Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4342].

(h)     Plan Administrator's Reply to Response of Eva Marie Beale to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4350].

(i)     Certificate of Service [Docket No. 4351].

Status: An adjournment was granted solely as to Claim No. 8108 filed by MerchSource LLC and is scheduled for hearing on November 18, 2025, at 10:00 a.m. Eastern Time.

Dated: October 14, 2025

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*