Memo
From: Eva Marie Beah (Pro Se)
    DBA: Grey Gardens ®

To: The Clerk of the Bankruptcy Court
    United States Bankruptcy Court
    for the District of New Jersey
    Martin Luther King, Jr. Federal Bldg
    50 Walnut Street
    Newark, NJ. 07102

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2025 OCT 14 P 12:02

Hearing Date: October 15, 2025.

Service to the PLAN Administrator's
                        Attorneys:
                    Completed by E-Mail
                    on Oct. 8, 2025

Thank You,
Sincerely, Eva Marie Beah