

PRESS FIRMLY



07102

RDC 07

PME
MILL VALLEY, CA 94941
OCT 09, 2025

**$33.40**

S2324Y502211-08



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®



ER 238 344 139 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 415 ) 609-9806
Eva Marie Beale
29 Renz Rd
Mill Valley, Ca 94941

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)  PHONE ( )
Clerk of the Court
United States Bankruptcy Court
50 Walnut Street
Newark, NJ
Martin Luther King Bldg
ZIP + 4® (U.S. ADDRESSES ONLY)
07102

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 94941
Scheduled Delivery Date (MM/DD/YY): 10/10
Postage: $33.40
Date Accepted (MM/DD/YY): 10/9
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 12:12 ☐AM ☒PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 33.40
Weight: ___ lbs ___ ozs  Flat Rate
Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐AM ☐PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐AM ☐PM  Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, NOVEMBER 2023  PSN 7690-02-000-9996

⇦ **PEEL FROM THIS CORNER**






UNITED STATES POSTAL SERVICE®

ober 2023
x 9 1/2