**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 1, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Affected Claimants Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) To Claims (503(b)(9) Claims No. 4) [Docket No. 4318]

On October 1, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Madison Suburban Utility Dist,(ADRID: 12656648), 721 Myatt Dr, Madison, TN, 37115-2169:

- Notice of Continued Hearing on Plan Administrator's Twenty-second Omnibus Objection (Substantive) to Claims (503(B)(9) Claims No. 4) [Docket No. 4293]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: October 15, 2025

                                                                                   */s/ Paul Pullo*
                                                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 15, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A

Supplemental Affected Claimants Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 16825746 | Lewis-Joyner, Erica | Address on File | | | |
| 12656648 | Madison Suburban Utility Dist | 721 Myatt Dr | Madison | TN | 37115-2169 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)                                          Page 1 of 1