UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

In re:  BWAO LLC   §   Case No.   23-13401
§
§   Lead Case No.   23-13359
§
Debtor(s)   §   ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2025    Petition Date: 04/23/2023

Plan Confirmed Date: 09/14/2023    Plan Effective Date: 09/29/2023

This Post-confirmation Report relates to:   ● Reorganized Debtor

○ Other Authorized Party or Entity:  BWAO LLC
Name of Authorized Party or Entity

/s/ Bradford J. Sandler    Bradford J. Sandler, Esq.
Signature of Responsible Party    Printed Name of Responsible Party

10/21/2025    Pachulski Stang Ziehl & Jones LLP
Date    1700 Broadway; 36th Floor
New York, NY 10019
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name BWAO LLC                                                                                        Case No. 23-13401

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                     2

Debtor's Name BWAO LLC                                                                                       Case No. 23-13401

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name BWAO LLC                                                                 Case No. 23-13401

|        |   |   |   |   |   |   |
|--------|---|---|---|---|---|---|
| lxxii  |   |   |   |   |   |   |
| lxxiii |   |   |   |   |   |   |
| lxxiv  |   |   |   |   |   |   |
| lxxv   |   |   |   |   |   |   |
| lxxvi  |   |   |   |   |   |   |
| lxxvii |   |   |   |   |   |   |
| lxxviii|   |   |   |   |   |   |
| lxxix  |   |   |   |   |   |   |
| lxxx   |   |   |   |   |   |   |
| lxxxi  |   |   |   |   |   |   |
| lxxxii |   |   |   |   |   |   |
| lxxxiii|   |   |   |   |   |   |
| lxxxiv |   |   |   |   |   |   |
| lxxxv  |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxvii|   |   |   |   |   |   |
| lxxxvii|   |   |   |   |   |   |
| lxxxix |   |   |   |   |   |   |
| xc     |   |   |   |   |   |   |
| xci    |   |   |   |   |   |   |
| xcii   |   |   |   |   |   |   |
| xciii  |   |   |   |   |   |   |
| xciv   |   |   |   |   |   |   |
| xcv    |   |   |   |   |   |   |
| xcvi   |   |   |   |   |   |   |
| xcvii  |   |   |   |   |   |   |
| xcviii |   |   |   |   |   |   |
| xcix   |   |   |   |   |   |   |
| c      |   |   |   |   |   |   |
| ci     |   |   |   |   |   |   |

|    |                                                                                        |           |                 | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|----------------------------------------------------------------------------------------|-----------|-----------------|------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    |           | Aggregate Total | $0               | $0                  | $0                   | $0              |
|    | *Itemized Breakdown by Firm*                                                           |           |                 |                  |                     |                      |                 |
|    |                                                                                        | Firm Name | Role            |                  |                     |                      |                 |
|    | i                                                                                      |           |                 | $0               | $0                  | $0                   | $0              |
|    | ii                                                                                     |           |                 |                  |                     |                      |                 |
|    | iii                                                                                    |           |                 |                  |                     |                      |                 |
|    | iv                                                                                     |           |                 |                  |                     |                      |                 |
|    | v                                                                                      |           |                 |                  |                     |                      |                 |
|    | vi                                                                                     |           |                 |                  |                     |                      |                 |

UST Form 11-PCR (12/01/2021)                                        4

Debtor's Name BWAO LLC    Case No. 23-13401

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name BWAO LLC                                                                 Case No. 23-13401

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name BWAO LLC                                                                                              Case No.  23-13401

|   | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                  Yes ○    No ⦿

   If yes, give date Final Decree was entered:  _____

   If no, give date when the application for Final Decree is anticipated:   12/31/2026

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

Debtor's Name BWAO LLC                                                                                                  Case No.  23-13401

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Michael Goldberg                                                               Michael Goldberg, as Plan Administrator
Signature of Responsible Party                                               Printed Name of Responsible Party
Solely in his capacity as Plan Administrator                           10/21/2025
Title                                                                                              Date

UST Form 11-PCR (12/01/2021)                                    8

Debtor's Name BWAO LLC                                                                                           Case No. 23-13401

[barcode]
Page 1

[barcode]
Other Page 1

[barcode]
Page 2 Minus Tables

[barcode]
Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                       9

| Debtor's Name BWAO LLC | Case No. 23-13401 |
|---|---|



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page