| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*) Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>             bsandler@pszjlaw.com<br>             egray@pszjlaw.com<br>             ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | Order Filed on October 23, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:  October 15, 2025**<br>**Hearing Time:  10:00 a.m. (ET)** |

## SUPPLEMENTAL ORDER PARTIALLY SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (503(B)(9) CLAIMS NO. 4) AS TO CLAIM NO. 9578 AND CLAIM NO. 10740 FILED BY EVA MARIE BEALE

The relief set forth on the following pages, numbered two (2) through five (5), is **ORDERED**.

**DATED: October 23, 2025**

                                                              **Honorable Vincent F. Papalia**
                                                              **United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Case 23-13359-VFP    Doc 4432    Filed 10/23/25    Entered 10/24/25 08:55:43    Desc Main
Document    Page 2 of 5

Page | 2

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | SUPPLEMENTAL ORDER PARTIALLY SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (503(B)(9) CLAIMS NO. 4) AS TO CLAIM NO. 9578 AND CLAIM NO. 10740 FILED BY EVA MARIE BEALE |

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on **Exhibit 1** (the "Disputed Claims") to Exhibit A of the Objection [Docket No. 4266] including Claim No. 10740 and Claim No. 9578 filed by Eva Marie Beale ("Claimant") and upon consideration of the record of these chapter 11 cases and the *Declarations of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; and consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Objection having been provided [Docket Nos. 4267, 4282, 4293]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and having considered the response of Claimant in her *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim* [Docket No. 4354] (the "Administrative Motion") and the Plan Administrator's preliminary response thereto [Docket No. 4350]; and after due deliberation and sufficient cause appearing therefor,

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | SUPPLEMENTAL ORDER PARTIALLY SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (503(B)(9) CLAIMS NO. 4) AS TO CLAIM NO. 9578 AND CLAIM NO. 10740 FILED BY EVA MARIE BEALE |

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained to the extent set forth below.

2. Claim No. 10740 is disallowed as duplicative.

3. Pursuant to Claim No. 9578, Claimant alleges that the Debtors infringed (the "Alleged Infringement") on certain trademark rights related to Grey Gardens® (the "Trademark Rights") both before April 23, 2023 (the "Prepetition Infringement Claim") and after April 23, 2023 (the "Postpetition Infringement Claim"). Claim No. 9578 asserts a total claim of $400,000.00, and Claimant also asserts that $400,000.00 is entitled to priority under "Bankruptcy Code section 507(a)(willful TM use)"; $400,000.00 is entitled to administrative priority as a pre-petition 20-day goods claim under Bankruptcy Code section 503(b)(9), and $500,000.00 is entitled to administrative priority as a post-petition claim pursuant to Bankruptcy Code section 503(b).

4. With respect to Claim 9578, the Court finds and orders as follows: (i) No amount of Claim No. 9578 is entitled to priority under Bankruptcy Code section 507. (ii) No amount of Claim No. 9578 is entitled to priority under Bankruptcy Code section 503(b)(9). (iii) All amounts of Claim No. 9578 attributable to acts of Alleged Infringement that took place before April 23, 2023 (i.e., the Prepetition Infringement Claim) are reclassified as Class 6 General Unsecured Claim, subject to the Plan Administrators' right to further object to the Prepetition Infringement Claim as reclassified. (iv) As is set forth below, the Court will hold further proceedings on what, if any, portion of Claim No. 9578 is entitled to priority as an administrative expense pursuant to section 503(b)(1)(A) of the Bankruptcy Code.

Page | 4)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No.: 23-13359-VFP
Caption of Order: SUPPLEMENTAL ORDER PARTIALLY SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (503(B)(9) CLAIMS NO. 4) AS TO CLAIM NO. 9578 AND CLAIM NO. 10740 FILED BY EVA MARIE BEALE

5. Claimant may submit a limited discovery request to counsel via email to the Plan Administrator on or before October 24, 2025 (the "Discovery Request"), the scope of which shall be limited to evidence of acts of Alleged Infringement by the Debtors on the Grey Gardens® trademark between April 23, 2023 (the Petition Date) through September 14, 2023 (the date on which the Debtors' Plan of Liquidation was confirmed). The scope of Discovery Request shall not include damages.

6. The Plan Administrator shall respond to the Discovery Request on or before November 24, 2025.

7. Should there be any disputes as to the Discovery Request, the parties will follow this Court's procedure as set forth below:

> Discovery Disputes: Judge Papalia prefers to resolve most discovery disputes without the filing of a formal motion. In most cases, the parties seeking relief should contact chambers to request permission to file a short letter (2-3 pages) outlining the issue(s). If granted, the opposing party may respond with a similar length letter and the Court will schedule a hearing (usually telephonic) to address the issue(s). The parties must state that they made a good faith effort to resolve the dispute prior to bringing it to the Court's attention. Parties should also be guided by D.N.J. LBR 7037-1.

8. The parties will file the aforementioned discovery dispute letter (if applicable) with the clerk of the Court on or before November 28, 2025.

9. The Court will hold a status conference on the Administrative Motion and the Objection on December 2, 2025, at 11:00 a.m. Eastern Time, the purpose of which will be to address any discovery disputes and to schedule further proceedings on the Administrative Motion and the Objection.

10. All other deadlines with respect to the Objection and/or the Administrative

Page | 5)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: SUPPLEMENTAL ORDER PARTIALLY SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (503(B)(9) CLAIMS NO. 4) AS TO CLAIM NO. 9578 AND CLAIM NO. 10740 FILED BY EVA MARIE BEALE

Motion will be held in abeyance pending the December 2, 2025 status conference.

11. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Supplemental Order.

12. Nothing in this Supplemental Order shall be deemed (i) an admission as to the validity of Claim No. 9578 and/or the alleged Prepetition Infringement Claim or the alleged Postpetition Infringement Claim (which the Plan Administrator denies); (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute and/or further object to Claim No. 9578 and/or the alleged Prepetition Infringement Claim or the alleged Postpetition Infringement Claim, on any grounds; (iii) a promise or requirement to pay Claim No. 9578; (iv) an implication or admission that Claim No. 9578 is of a type, defined in the Objection, the Administrative Motion or on the proof of claim; or (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law.

13. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Supplemental Order shall be effective immediately upon its entry.

14. The Court shall retain jurisdiction to construe and enforce this Supplemental Order.