**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 24, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Supplemental Order Sustaining Plan Administrator's Nineteenth Omnibus Objection (Substantive) To Claims (503(B)(9) Claims No. 1) As to Claim No. 15870 Filed by Comfort In The Sun, Inc. [Docket No. 4331]

- Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(B)(9) Claims No. 4) As to Claim No. 9578 And Claim No. 10740 Filed by Eva Marie Beale [Docket No. 4332]

- Supplemental Order Sustaining Plan Administrator's Twenty-First Omnibus Objection (Substantive) To Claims (503(B)(9) Claims No. 3) As to Claim No. 50 Filed by Safavieh Intl LLC And Claim No. 20393 Filed by Safavieh Int'l [Docket No. 4333]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: October 29, 2025

                                            */s/ Nelson Crespin*
                                            Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 29, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

2

SRF 92683

**Exhibit A**

# Exhibit A

Affected Claimants Service List

Served via First-Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 13136067 | Beale, Eva Marie | Address on File | | | | | |
| 18170075 | Comfort in the Sun, Inc. | 4957 W Posse Drive | | | Eloy | AZ | 85131 |
| 26953304 | Safavieh Int'l | 40 Harbor Park Drive | | | Port Washington | NY | 11050 |
| 26953305 | Safavieh Int'l | David Edelberg | 9th Fl | 150 Clove Road, 9th Fl | Little Falls | NJ | 07424 |
| 26953306 | Safavieh Int'l | David Edelberg, Esq. | Scarinci Hollenbeck | 150 Clove Road, 9th Fl | Little Falls | NJ | 07424 |
| 12654800 | Safavieh Intl LLC | Safavieh | 40 Harbor Park Drive | | Port Washington | NY | 11050 |
| 12654987 | Safavieh Intl LLC | Lockbox 10000 | P.O. Box 70280 | | Philadelphia | PA | 19176-0280 |