# Exhibit B

## Declaration of Michael Goldberg

4934-7139-0071.1 08728.003

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            egray@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:         December 16, 2025**<br>**Hearing Time:         10:00 a.m. (ET)**<br>**Response Deadline:  December 9, 2025**<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

### DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF PLAN ADMINISTRATOR'S TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF EMPLOYEE CLAIMS NO. 2)

Pursuant to 28 U.S.C. § 1746, I, Michael Goldberg, under penalty of perjury, declare as follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1

1. I am the Plan Administrator to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and 73 affiliated debtors (the "Debtors"). I give this declaration in support of the *Plan Administrator's Twenty-Fourth Omnibus Objection to Claims (Reclassification of Employee Claims No. 2)* (the "Objection").[3]

2. Except as otherwise indicated, the statements in this declaration are based on: (a) my personal knowledge of the Debtors' business operations since my appointment as Plan Administrator; (b) my review of relevant documents and the Objection; (c) information provided to me by, or discussions with, members of my management team, other employees, my Professionals (including the Claims Agent); and/or (d) my general experience and knowledge. I am authorized to submit this declaration. If called upon to testify, I can and will testify competently as to the facts set forth herein.

3. On April 23, 2023, (the "Petition Date"), each of the Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors continued to operate their businesses and manage their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code until the Effective Date of the Plan (each, as defined below).

4. On September 14, 2023 (the "Confirmation Date"), the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Doc. No. 2172] (the "Confirmation Order"), confirming

---

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection or in the Plan.

2

the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Doc. No. 2160] (the "Plan").

5. On September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). [Doc. No. 2311].

6. On the Effective Date, I became the sole representative of the Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.

7. The Claims Objection Bar Date is currently March 30, 2026.

8. The amount of alleged Administrative and Priority Class Claims greatly exceeds the amount of the Combined Reserve. Accordingly, in my business judgment, until I know the universe of Allowed Administrative and Priority Class Claims, I am not paying any of them to ensure that each Holder of an Allowed Administrative Claim, Allowed Priority Tax Claim, Allowed Other Secured Claim and Allowed Other Priority Claim eventually receives its appropriate *pro rata* share of the Combined Reserve.

9. In the ordinary course of business, including subsequent to the Petition Date, the Debtors maintained books and records (the "Books and Records") that reflect, among other things, the nature and amount of the liabilities owed to their creditors. My Professionals and I are in the process of reviewing, comparing, and reconciling proofs of claim (including any supporting documentation) with the Debtors' Schedules and its Books and Records. This reconciliation process includes identifying the particular Claims and categories of Claims that are subject to this Objection.

10. I am informed and believe that all Wage Claims owing to the Debtors' Employees (including Claimants) have been paid in full.

11. Attached to the Objection as Exhibit C is a copy of page 3 of the Summary Plan Document for the BBB 401(k)) Plan.

12. Attached to the Objection as Exhibit D is a copy of a March 2023 letter to employees regarding the BBB 401(k) Plan.

13. I am informed and believe that the Debtors made no matching 401(k) contribution for 2022 or 2023.

14. I am informed and believe that by February 2024, all of the BBB 401(k) Plan's assets were distributed and the plan was terminated.

15. I am informed and believe that the Debtors have no liability to any Claimant with respect to 401(k) Claim.

16. Attached to the Objection as Exhibit E is Article XII of the Incentive Plan.

17. I am informed and believe that the Debtors did not grant any Restricted Cash Awards after May of 2022.

18. I am informed and believe that by March of 2023, the Debtors had stopped offering Discretionary Severance due to the company's extreme financial distress, and that all Employees who were offered Discretionary Severance at the time of termination were paid.

19. I am informed and believe that the Debtors fully paid each Claimant who was entitled to NJ Severance.

20. For the reasons set forth on Exhibit 1 to the Proposed Order, none of the Disputed Claims are entitled to priority under Bankruptcy Code sections 507(a)(4) or (a)(5), and I ask this Court to reclassify each such Disputed Claim as a Class 6 General Unsecured Claim.

21. In addition, in a number of instances (identified on **Exhibit 1** to the Proposed Order), a Disputed Claim has been amended by (or is a duplicate of) another Disputed Claim. In those instances, I ask the Court to disallow the Disputed Claim in its entirety.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: November 6, 2025    /s/ Michael Goldberg
　　　　　　　　　　　　　　By: Michael Goldberg
　　　　　　　　　　　　　　In his capacity as Plan Administrator to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and 73 affiliated debtors