**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## ADJOURNMENT REQUEST

1.    I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.    The Plan Administrator requests adjournment of the below hearing as it relates to

Claim No. 8108 filed by MerchSource, LLC.

Matter:  Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to
Claims (503(b)(9) Claims No. 4) [Docket No. 4266].

                                              December 2, 2025
Current hearing date and time:  ~~November 18,~~ 2025, at 10:00 a.m.

New date requested:  December 9, 2025, at 10:00 a.m.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of
the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Reason for adjournment request:  The parties require additional time to pursue a resolution of Docket No. 4266 as it relates to Claim No. 8108 filed by MerchSource, LLC.

3.    Consent to adjournment:

[X]    I have the consent of all parties.

[ ]    I do not have the consent of all parties (explain below):

4.    Please note that this adjournment request relates only to Claim No. 8108 filed by MerchSource, LLC regarding the *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266].

I certify under penalty of perjury that the foregoing is true.

Date: November 7, 2025        */s/ Edward A. Corma*_____
                                Signature


COURT USE ONLY:_____

The request for adjournment is:

X    Granted        New hearing date: **12/9/25 @ 10AM** **- only as to Claim No. 8108 filed by MerchSource, LLC**

Granted over objection(s)    New hearing date:                Peremptory

Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**