**Exhibit D**

1

4907-7256-2552.2 08728.003



650 LIBERTY AVENUE, UNION, NJ 07083

March 2023

Re:   Bed Bath & Beyond Inc. 401(k) Savings Plan
      Company Matching Contribution Update

We are writing to provide an update on the Company-sponsored retirement plan matching contributions.

At the end of each calendar year, Bed Bath & Beyond Inc. (the "Company") reviews its annual Retirement Savings Plan matching contributions. As always, the matching contribution is discretionary and fully dependent on the ability of the Company to fund the match.

This year, due to the current financial position of the Company, we have diligently reviewed and analyzed the possibility of making matching contributions for the 2022 Plan Year (calendar year). Unfortunately, while we had hoped to be positioned to match, the Company determined that it will be unable to fund matching contributions to any of the Company-sponsored retirement plans, which includes:

- Bed Bath & Beyond Inc. 401(k) Savings Plan (the "BBB 401(k) Plan")
- Bed Bath & Beyond Inc. Puerto Rico Retirement Plan (the "BBB PR Plan")

Your contributions to the Plan and any vested portion of any Company match you have already received (as determined by the five-year vesting schedule) always belongs to you. In addition, your account balance is held in a trust, separate and apart from Company assets, and is protected under federal law. Therefore, you should feel comfortable in continuing your participation in the Plan.

For Plan Year 2023 (calendar year) and subsequent years, Company contributions will be determined at end of each calendar year. There is no guarantee that the Company will make a matching contribution for those who participate in the Plan. That said, the Plan continues to provide you with a valuable tool to build a retirement nest egg with your pre-tax contributions.

We know retirement plan savings are important to our Associates. Should you have any questions regarding your participation in the BBB 401(k) Plan or the BBB PR plan, please contact our retirement plan recordkeeper, Empower at 1-844-465-4455 (Monday through Friday, 8am – 10pm ET and Saturday from 9am – 5:30pm ET) or visit www.empower-retirement.com to access all plan features made available through Empower.

Thank you.