**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:     rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           egray@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 18, 2025, AT 10:00 A.M. (ET)

> **PLEASE NOTE THE HEARING IS CANCELLED WITH THE COURT'S PERMISSION AS THE MATTER HAS BEEN ADJOURNED.**

## I.    MATTER ADJOURNED

1.    Continued hearing on *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] as to claimant MerchSource LLC.

Response Deadline: August 26, 2025.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Responses Received:

(a)  [UNFILED] Informal Response Received from MerchSource LLC Regarding Claim No. 8108.

(b)  Objection of Water-Stream LLC [Docket No. 4312].

(c)  [UNFILED] Supplemental Objection of Water-Stream, LLC.

(d)  [UNFILED] Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1) (Received from Eva Marie Beale).

Related Documents:

(a)  Notice of Objection to Your Claim [Docket No. 4267].

(b)  Affidavit of Service [Docket No. 4282].

(c)  Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].

(d)  Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4295].

(e)  Plan Administrator's Reply to Claimant's Response to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4310].

(f)  [ENTERED] Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4318].

(g)  Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4342].

(h)  Plan Administrator's Reply to Response of Eva Marie Beale to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4350].

(i)  Certificate of Service [Docket No. 4351].

(j)  Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4446].

Status: An adjournment was granted solely as to Claim No. 8108 filed by MerchSource LLC and is scheduled for hearing on December 9, 2025, at 10:00 a.m. Eastern Time.

Dated:  November 17, 2025

/s/ Edward A. Corma

Robert J. Feinstein, Esq. (admitted *pro hac vice*)

Bradford J. Sandler, Esq.

Erin E. Gray, Esq. (admitted *pro hac vice*)

Edward A. Corma, Esq.

**PACHULSKI STANG ZIEHL & JONES LLP**

1700 Broadway, 36th Floor

New York, NY 10019

Telephone:     (212) 561-7700

Facsimile:      (212) 561-7777

Email:          rfeinstein@pszjlaw.com

                bsandler@pszjlaw.com

                egray@pszjlaw.com

                ecorma@pszjlaw.com

*Counsel to the Plan Administrator*