## Exhibit A

## Proposed Order

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            egray@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Hearing Date:          December 23, 2025<br>Hearing Time:         10:00 a.m. (ET)<br>Response Deadline:  December 16, 2025<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S
TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(Partially Satisfied Texas Tax Claims)**

The relief set forth on the following pages, numbered two (2) through three (3), is

**ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS |

---

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. Each of the Texas Tax Claims listed on Exhibit 1 hereto is, in accordance with the parties agreements, reduced and Allowed at the amount set forth in shaded row of Column G (Total Allowed Tax Claim) (the "Allowed Texas Tax Claims").

3. Each Allowed Texas Tax Claim has been satisfied such that the amount outstanding on each Allowed Texas Tax Claim, if any, is the amount set forth in the shaded

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS |

row under Column J (Total Outstanding Allowed Tax Claim) of Exhibit 1 hereto (the "Outstanding Allowed Texas Tax Claims").

4. In accordance with the 2022 Tax Stipulation, the Outstanding Allowed Texas Tax Claims in the amounts set forth in Column J of Exhibit 1 hereto constitute Allowed Priority Tax Claims.

5. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

6. Each Texas Tax Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Texas Tax Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

4924-5770-8391.3 08728.003

# Exhibit 1

## List of Disputed Claims

| COLUMN A<br>Claim No. | COLUMN B<br>Debtor | COLUMN C<br>Claimant Name | COLUMN D<br>Appraisal District | COLUMN E<br>Total Asserted | COLUMN F<br>Year | COLUMN G<br>Total Allowed | COLUMN H<br>Payments on | COLUMN I<br>Outstanding | COLUMN J<br>Total |
|---|---|---|---|---|---|---|---|---|---|
| 130 | BBB | Bexar County | Bexar County Appraisal District | $343,643.74 | | $212,195.78 | | $17,912.50 | $17,912.50 |
| | | | | | 2022 | $67,529.12 | $49,616.62 | $17,912.50 | |
| | | | | | 2023 | $144,666.66 | $144,666.66 | $0.00 | |
| 137 | Baby | Bexar County | Bexar County Appraisal District | $48,549.60 | | $31,249.84 | | $2,500.14 | $2,500.14 |
| | | | | | 2022 | $9,425.39 | $6,925.25 | $2,500.14 | |
| | | | | | 2023 | $21,824.45 | $21,824.45 | $0.00 | |
| 17872 | BBB | Bowie Central Appraisal District | Bowie Central Appraisal District | $15,702.22 | 2023 | $9,471.49 | $9,471.49 | $0.00 | $0.00 |
| 7444 | BBB | Brazoria County Municipal Utility District #6 | Brazoria Central Appraisal District | $7,456.58 | | $2,226.14 | | $400.13 | $400.13 |
| | | | | | 2022 | $1,508.48 | $1,108.35 | $400.13 | |
| | | | | | 2023 | $717.66 | $717.66 | $0.00 | |
| 6955 | BBB | Brazoria County Tax Office | Brazoria Central Appraisal District | $34,671.08 | | $20,270.47 | | $1,847.37 | $1,847.37 |
| | | | | | 2022 | $6,964.51 | $5,117.14 | $1,847.37 | |
| | | | | | 2023 | $13,305.96 | $13,305.96 | $0.00 | |
| 143 | BBB | Central Appraisal District of Taylor County | Central Appraisal District of Taylor County | $21,838.00 | | $12,113.23 | | $1,171.87 | $1,171.87 |
| | | | | | 2022 | $4,417.88 | $3,246.01 | $1,171.87 | |
| | | | | | 2023 | $7,695.35 | $7,695.35 | $0.00 | |
| 159 | BBB | City of Frisco | Collin Central Appraisal District | $12,350.28 | | $7,148.33 | | $628.14 | $628.14 |
| | | | | | 2022 | $2,368.06 | $1,739.92 | $628.14 | |
| | | | | | 2023 | $4,780.27 | $4,780.27 | $0.00 | |
| 149 | Baby | City of Frisco | Collin Central Appraisal District | $12,958.37 | | $5,804.80 | | $659.07 | $659.07 |
| | | | | | 2022 | $2,484.67 | $1,825.60 | $659.07 | |
| | | | | | 2023 | $3,320.13 | $3,320.13 | $0.00 | |

| COLUMN A<br>Claim No. | COLUMN B<br>Debtor | COLUMN C<br>Claimant Name | COLUMN D<br>Appraisal District | COLUMN E<br>Total Asserted | COLUMN F<br>Year | COLUMN G<br>Total Allowed | COLUMN H<br>Payments on | COLUMN I<br>Outstanding | COLUMN J<br>Total |
|---|---|---|---|---|---|---|---|---|---|
| 490 | BBB | City of Houston | Harris Central Appraisal District | $15,714.70 | | $10,621.08 | | $843.28 | $843.28 |
| | | | | | 2022 | $3,179.12 | $2,335.84 | $843.28 | |
| | | | | | 2023 | $7,441.96 | $7,441.96 | $0.00 | |
| 20 | BBB | City of Lake Worth | Tarrant Appraisal District | $6,456.40 | | $1,530.67 | | $346.46 | $346.46 |
| | | | | | 2022 | $1,306.14 | $959.68 | $346.46 | |
| | | | | | 2023 | $224.53 | $224.53 | $0.00 | |
| 163 | BBB | City of Mesquite | Dallas Central Appraisal District | $35,245.59 | | $17,287.93 | | $1,196.33 | $1,196.33 |
| | | | | | 2022 | $4,510.10 | $3,313.77 | $1,196.33 | |
| | | | | | 2023 | $12,777.83 | $12,777.83 | $0.00 | |
| 26 | BBB | City of Sherman ** | Collin Central Appraisal District | $7,686.59 | | $3,617.00 | | $3,617.00 | $3,617.00 |
| | | | | | 2022 | $0.00 | $0.00 | $0.00 | |
| | | | | | 2023 | $3,617.00 | $0.00 | $3,617.00 | |
| 139 | BBB | City of Waco and/ or Waco Independent School District | McLennan Central Appraisal District | $24,619.29 | | $18,433.89 | | $1,199.46 | $1,199.46 |
| | | | | | 2022 | $4,521.91 | $3,322.45 | $1,199.46 | |
| | | | | | 2023 | $13,911.98 | $13,911.98 | $0.00 | |
| 497 | BBB | Clear Creek Independent School District | Harris Central Appraisal District | $26,283.42 | | $18,811.76 | | $851.76 | $851.76 |
| | | | | | 2022 | $3,211.09 | $2,359.33 | $851.76 | |
| | | | | | 2023 | $15,600.67 | $15,600.67 | $0.00 | |
| 541 | BBB | Clear Creek Independent School District | Harris Central Appraisal District | $21,122.43 | | $12,686.98 | | $684.51 | $684.51 |
| | | | | | 2022 | $2,580.57 | $1,896.06 | $684.51 | |
| | | | | | 2023 | $10,106.41 | $10,106.41 | $0.00 | |
| 10 | BBB | Collin County Tax Assessor/Collector ** | Collin Central Appraisal District | $138,705.15 | | $36,166.32 | | $36,166.32 | $36,166.32 |
| | | | | | 2022 | $0.00 | $0.00 | $0.00 | |
| | | | | | 2023 | $36,166.32 | $0.00 | $36,166.32 | |

| COLUMN A Claim No. | COLUMN B Debtor | COLUMN C Claimant Name | COLUMN D Appraisal District | COLUMN E Total Asserted | COLUMN F Year | COLUMN G Total Allowed | COLUMN H Payments on | COLUMN I Outstanding | COLUMN J Total |
|---|---|---|---|---|---|---|---|---|---|
| 753 | Baby | Crowley Independent School District | Tarrant Appraisal District | $43,151.88 | | $16,601.68 | | $2,315.61 | $2,315.62 |
| | | | | | 2022 | $8,729.73 | $6,414.12 | $2,315.61 | |
| | | | | | 2023 | $7,871.95 | $7,871.95 | $0.00 | |
| 15 | BBB | Crowley Independent School District | Tarrant Appraisal District | $37,557.31 | | $18,475.73 | | $2,015.51 | $2,015.51 |
| | | | | | 2022 | $7,598.35 | $5,582.84 | $2,015.51 | |
| | | | | | 2023 | $10,877.38 | $10,877.38 | $0.00 | |
| 868 | BBB | Cypress-Fairbanks ISD | Harris Central Appraisal District | $57,618.68 | | $41,159.70 | | $3,224.42 | $3,224.42 |
| | | | | | 2022 | $12,155.83 | $8,931.41 | $3,224.42 | |
| | | | | | 2023 | $29,003.87 | $29,003.87 | $0.00 | |
| 14 | Baby | Cypress-Fairbanks ISD | Harris Central Appraisal District | $20,131.08 | | $15,491.10 | | $1,126.60 | $1,126.60 |
| | | | | | 2022 | $4,247.21 | $3,120.61 | $1,126.60 | |
| | | | | | 2023 | $11,243.89 | $11,243.89 | $0.00 | |
| 142 | BBB | Dallas County | Dallas Central Appraisal District | $276,847.27 | | $116,987.19 | | $15,493.23 | $15,493.23 |
| | | | | | 2022 | $58,408.61 | $42,915.38 | $15,493.23 | |
| | | | | | 2023 | $58,578.58 | $58,578.58 | $0.00 | |
| 100 | Baby | Dallas County | Dallas Central Appraisal District | $92,561.03 | | $40,912.04 | | $5,180.00 | $5,180.00 |
| | | | | | 2022 | $19,528.32 | $14,348.32 | $5,180.00 | |
| | | | | | 2023 | $21,383.72 | $21,383.72 | $0.00 | |
| 894 | BBB | Fort Bend Co WCID #02 | Fort Bend County Appraisal District | $3,945.11 | | $2,622.86 | | $220.78 | $220.78 |
| | | | | | 2022 | $832.33 | $611.55 | $220.78 | |
| | | | | | 2023 | $1,790.53 | $1,790.53 | $0.00 | |
| 21 | Baby | Fort Bend Co WCID #02 | Fort Bend County Appraisal District | $2,526.46 | | $1,402.57 | | $141.39 | $141.39 |
| | | | | | 2022 | $533.02 | $391.63 | $141.39 | |
| | | | | | 2023 | $869.55 | $869.55 | $0.00 | |

| COLUMN A Claim No. | COLUMN B Debtor | COLUMN C Claimant Name | COLUMN D Appraisal District | COLUMN E Total Asserted | COLUMN F Year | COLUMN G Total Allowed | COLUMN H Payments on | COLUMN I Outstanding | COLUMN J Total |
|---|---|---|---|---|---|---|---|---|---|
| 887 | BBB | Fort Bend County | Fort Bend County Appraisal District | $30,559.74 | | $19,584.02 | | $1,710.22 | $1,710.22 |
| | | | | | 2022 | $6,447.42 | $4,737.20 | $1,710.22 | |
| | | | | | 2023 | $13,136.60 | $13,136.60 | $0.00 | |
| 22 | Baby | Fort Bend County | Fort Bend County Appraisal District | $19,570.49 | | $10,508.58 | | $1,095.22 | $1,095.22 |
| | | | | | 2022 | $4,128.93 | $3,033.71 | $1,095.22 | |
| | | | | | 2023 | $6,379.65 | $6,379.65 | $0.00 | |
| 19 | Baby | Frisco Independent School District | Collin Central Appraisal District | $37,596.89 | | $15,499.03 | | $2,017.52 | $2,017.52 |
| | | | | | 2022 | $7,605.95 | $5,588.43 | $2,017.52 | |
| | | | | | 2023 | $7,893.08 | $7,893.08 | $0.00 | |
| 24 | BBB | Frisco Independent School District | Collin Central Appraisal District | $35,832.65 | | $18,613.38 | | $1,922.85 | $1,922.85 |
| | | | | | 2022 | $7,249.04 | $5,326.19 | $1,922.85 | |
| | | | | | 2023 | $11,364.34 | $11,364.34 | $0.00 | |
| 17 | BBB | Grapevine-Colleyville Independent School District | Tarrant Appraisal District | $33,948.64 | | $14,281.36 | | $1,173.51 | $1,173.51 |
| | | | | | 2022 | $4,424.06 | $3,250.55 | $1,173.51 | |
| | | | | | 2023 | $9,857.30 | $9,857.30 | $0.00 | |
| 31 | Baby | Grapevine-Colleyville Independent School District | Tarrant Appraisal District | $28,278.33 | | $10,177.84 | | $1,517.47 | $1,517.47 |
| | | | | | 2022 | $5,720.79 | $4,203.32 | $1,517.47 | |
| | | | | | 2023 | $4,457.05 | $4,457.05 | $0.00 | |
| 873 | BBB | Harris County, et al | Harris Central Appraisal District | $236,985.59 | | $167,619.34 | | $10,452.54 | $10,452.54 |
| | | | | | 2022 | $39,405.53 | $28,952.99 | $10,452.54 | |
| | | | | | 2023 | $128,213.81 | $128,213.81 | $0.00 | |
| 889 | Baby | Harris County, et al | Harris Central Appraisal District | $95,650.13 | | $37,655.98 | | $2,096.69 | $2,096.69 |
| | | | | | 2022 | $7,904.40 | $5,807.71 | $2,096.69 | |
| | | | | | 2023 | $29,751.58 | $29,751.58 | $0.00 | |

| COLUMN A Claim No. | COLUMN B Debtor | COLUMN C Claimant Name | COLUMN D Appraisal District | COLUMN E Total Asserted | COLUMN F Year | COLUMN G Total Allowed | COLUMN H Payments on | COLUMN I Outstanding | COLUMN J Total |
|---|---|---|---|---|---|---|---|---|---|
| 530 | BBB | Humble Independent School District | Harris Central Appraisal District | $48,565.48 | | $24,451.20 | | $1,573.85 | $1,573.85 |
| | | | | | **2022** | $5,933.34 | $4,359.49 | $1,573.85 | |
| | | | | | **2023** | $18,517.86 | $18,517.86 | $0.00 | |
| 494 | BBB | Humble Independent School District | Harris Central Appraisal District | $18,294.84 | | $13,030.08 | | $592.88 | $592.88 |
| | | | | | **2022** | $2,235.11 | $1,642.23 | $592.88 | |
| | | | | | **2023** | $10,794.97 | $10,794.97 | $0.00 | |
| 152 | BBB | Lewisville Independent School District | Denton Central Appraisal District | $1,186,552.13 | | $338,799.03 | | $66,403.11 | $66,403.11 |
| | | | | | **2022** | $250,336.04 | $183,932.93 | $66,403.11 | |
| | | | | | **2023** | $88,462.99 | $88,462.99 | $0.00 | |
| 2767 | Baby | Lewisville Independent School District | Denton Central Appraisal District | $22,015.40 | **2023** | $11,996.01 | $11,996.01 | $0.00 | $0.00 |
| | | | | | | | | | |
| 246 | BBB | Lubbock Central Appraisal District | Lubbock Central Appraisal District | $39,533.07 | | $31,953.41 | | $2,121.42 | $2,121.42 |
| | | | | | **2022** | $7,997.65 | $5,876.23 | $2,121.42 | |
| | | | | | **2023** | $23,955.76 | $23,955.76 | $0.00 | |
| 489 | BBB | McLennan County | McLennan Central Appraisal District | $6,060.36 | | $4,727.40 | | $305.72 | $305.72 |
| | | | | | **2022** | $1,152.55 | $846.83 | $305.72 | |
| | | | | | **2023** | $3,574.85 | $3,574.85 | $0.00 | |

| COLUMN A<br>Claim No. | COLUMN B<br>Debtor | COLUMN C<br>Claimant Name | COLUMN D<br>Appraisal District | COLUMN E<br>Total Asserted | COLUMN F<br>Year | COLUMN G<br>Total Allowed | COLUMN H<br>Payments on | COLUMN I<br>Outstanding | COLUMN J<br>Total |
|---|---|---|---|---|---|---|---|---|---|
| 156 | BBB | Midland Central Appraisal District | Midland Central Appraisal District | $22,118.97 | | $17,374.60 | | $1,186.95 | $1,186.95 |
| | | | | | 2022 | $4,474.72 | $3,287.77 | $1,186.95 | |
| | | | | | 2023 | $12,899.88 | $12,899.88 | $0.00 | |
| 247 | BBB | Midland County | Midland Central Appraisal District | $2,026.20 | | $1,537.13 | | $108.73 | $108.73 |
| | | | | | 2022 | $409.91 | $301.18 | $108.73 | |
| | | | | | 2023 | $1,127.22 | $1,127.22 | $0.00 | |
| 477 | BBB | Nueces County | Nueces County Appraisal District | $59,168.41 | | $26,336.47 | | $3,311.25 | $3,311.25 |
| | | | | | 2022 | $12,483.21 | $9,171.96 | $3,311.25 | |
| | | | | | 2023 | $13,853.26 | $13,853.26 | $0.00 | |
| 510 | BBB | Pasadena Independent School District | Harris Central Appraisal District | $25,992.56 | | $18,235.76 | | $1,394.81 | $1,394.81 |
| | | | | | 2022 | $5,258.37 | $3,863.56 | $1,394.81 | |
| | | | | | 2023 | $12,977.39 | $12,977.39 | $0.00 | |
| 25 | BBB | Plano Independent School District | Collin Central Appraisal District | $89,512.05 | | $39,691.88 | | $4,628.91 | $4,268.91 |
| | | | | | 2022 | $17,450.73 | $12,821.82 | $4,628.91 | |
| | | | | | 2023 | $22,241.15 | $22,241.15 | $0.00 | |
| 30 | Baby | Plano Independent School District | Collin Central Appraisal District | $27,453.04 | | $12,423.25 | | $1,419.67 | $1,419.67 |
| | | | | | 2022 | $5,352.08 | $3,932.41 | $1,419.67 | |
| | | | | | 2023 | $7,071.17 | $7,071.17 | $0.00 | |
| 162 | BBB | Rockwall County Appraisal District | Rockwall County Appraisal District | $18,094.33 | | $19,281.94 | | $1,012.61 | $1,012.61 |
| | | | | | 2022 | $3,817.49 | $2,804.88 | $1,012.61 | |
| | | | | | 2023 | $15,464.45 | $15,464.45 | $0.00 | |
| 442 | BBB | San Marcos CISD | Hays Central Appraisal District | $8,771.25 | | $9,219.34 | | $297.72 | $297.72 |
| | | | | | 2022 | $1,122.39 | $824.67 | $297.72 | |
| | | | | | 2023 | $8,096.95 | $8,096.95 | $0.00 | |

| COLUMN A Claim No. | COLUMN B Debtor | COLUMN C Claimant Name | COLUMN D Appraisal District | COLUMN E Total Asserted | COLUMN F Year | COLUMN G Total Allowed | COLUMN H Payments on | COLUMN I Outstanding | COLUMN J Total |
|---|---|---|---|---|---|---|---|---|---|
| 305 | Baby | Smith County | Smith County Appraisal District | $64,839.99 | 2023 | $23,074.13 | $23,074.13 | $0.00 | $0.00 |
| 154 | BBB | Smith County | Smith County Appraisal District | $60,620.95 | | $29,910.19 | | $3,083.22 | $3,083.22 |
| | | | | | 2022 | $11,623.57 | $8,540.35 | $3,083.22 | |
| | | | | | 2023 | $18,286.62 | $18,286.62 | $0.00 | |
| 531 | BBB | Spring Branch Independent School District | Harris Central Appraisal District | $37,363.84 | | $23,023.54 | | $2,005.02 | $2,005.02 |
| | | | | | 2022 | $7,558.81 | $5,553.79 | $2,005.02 | |
| | | | | | 2023 | $15,464.73 | $15,464.73 | $0.00 | |
| 158 | BBB | Tarrant County | Tarrant Appraisal District | $187,221.95 | | $74,774.02 | | $9,481.70 | $9,481.70 |
| | | | | | 2022 | $35,745.45 | $26,263.75 | $9,481.70 | |
| | | | | | 2023 | $39,028.57 | $39,028.57 | $0.00 | |
| 97 | Baby | Tarrant County | Tarrant Appraisal District | $118,312.39 | | $48,369.15 | | $6,621.12 | $6,621.12 |
| | | | | | 2022 | $24,961.23 | $18,340.11 | $6,621.12 | |
| | | | | | 2023 | $23,407.92 | $23,407.92 | $0.00 | |
| 17870 | BBB | Tax Appraisal District of Bell County | Tax Appraisal District of Bell County | $28,653.19 | 2023 | $22,349.49 | $22,349.49 | $0.00 | $0.00 |
| 59 | BBB | Taxing Districts Collected by Randall County | Potter-Randall Appraisal District | $62,959.39 | | $30,538.32 | | $3,378.53 | $3,378.54 |
| | | | | | 2022 | $12,736.86 | $9,358.33 | $3,378.53 | |
| | | | | | 2023 | $17,801.46 | $17,801.46 | $0.00 | |
| 151 | BBB | The County of Denton, Texas | Denton Central Appraisal District | $703,242.14 | | $201,406.37 | | $37,481.29 | $37,481.29 |
| | | | | | 2022 | $141,302.43 | $103,821.14 | $37,481.29 | |
| | | | | | 2023 | $60,103.94 | $60,103.94 | $0.00 | |

| COLUMN A | COLUMN B | COLUMN C | COLUMN D | COLUMN E | COLUMN F | COLUMN G | COLUMN H | COLUMN I | COLUMN J |
|---|---|---|---|---|---|---|---|---|---|
| Claim No. | Debtor | Claimant Name | Appraisal District | Total Asserted | Year | Total Allowed | Payments on | Outstanding | Total |
| 145 | BBB | The County of Guadalupe, Texas | Bexar County Appraisal District | $4,773.54 | | $3,027.03 | | $232.56 | $232.56 |
| | | | | | 2022 | $876.77 | $644.21 | $232.56 | |
| | | | | | 2023 | $2,150.26 | $2,150.26 | $0.00 | |
| 147 | BBB | The County of Hays, Texas | Hays Central Appraisal District | $7,977.10 | | $8,900.64 | | $388.65 | $388.65 |
| | | | | | 2022 | $1,465.17 | $1,076.52 | $388.65 | |
| | | | | | 2023 | $7,435.47 | $7,435.47 | $0.00 | |
| 113 | Baby | The County of Williamson, Texas | Williamson Central Appraisal District | $34,736.93 | | $22,040.27 | | $1,692.40 | $1,692.40 |
| | | | | | 2022 | $6,380.24 | $4,687.84 | $1,692.40 | |
| | | | | | 2023 | $15,660.03 | $15,660.03 | $0.00 | |
| 136 | BBB | The County of Williamson, Texas | Williamson Central Appraisal District | $126,569.80 | | $59,393.25 | | $6,166.53 | $6,166.53 |
| | | | | | 2022 | $23,247.48 | $17,080.95 | $6,166.53 | |
| | | | | | 2023 | $36,145.77 | $36,145.77 | $0.00 | |
| 4241 | BBB | Wichita County Tax Office | Wichita County Appraisal District | $24,757.33 | 2022 | $9,144.59 | $6,718.93 | $2,425.66 | $2,425.66 |