**Exhibit C**

4924-5770-8391.3 08728.003

| Appraisal District | Date |
|---|---|
| Tax Appraisal District of Bell County | 4/30/2024 |
| Bexar County Appraisal District | 4/10/2024 |
| Bowie Central Appraisal District | 4/30/2024 |
| Brazoria Central Appraisal District | 5/2/2024 |
| Collin Central Appraisal District | 3/19/2024 |
| Dallas Central Appraisal District | 4/17/2024 |
| Denton Central Appraisal District  I | 4/14/2024 |
| Denton Central Appraisal District  II | 4/11/2024 |
| Fort Bend County Appraisal District | 4/30/2024 |
| Gregg County Appraisal District | 4/22/2024 |
| Harris Central Appraisal District | 4/23/2024 |
| Hays Central Appraisal District | 5/13/2024 |
| Lubbock Central Appraisal District | 3/11/2024 |
| McLennan Central Appraisal District | 4/24/2024 |
| Midland Central Appraisal District | 4/23/2024 |
| Nueces County Appraisal District | 4/18/2024 |
| Potter-Randall Appraisal District | 4/15/2024 |
| Tarrant Appraisal District | 4/15/2024 |
| Central Appraisal District of Taylor County | 4/23/2024 |
| Williams Central Appraisal District | 5/9/2024 |