**Exhibit D**

4924-5770-8391.3 08728.003

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   bsandler@pszjlaw.com
           plabov@pszjlaw.com
           crobinson@pszjlaw.com

*Counsel to the Plan Administrator*

</td></tr>
</table>



**Order Filed on September 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

---

**STIPULATION AND CONSENT ORDER RESOLVING JOINT MOTION OF TEXAS
TAXING AUTHORITIES TO COMPEL PAYMENT OF REMAINING AMOUNTS DUE
ON YEAR 2022 AD VALOREM BUSINESS PERSONAL PROPERTY TAXES
[DOCKET NO. 2664]**

---

        The relief set forth on the following pages, numbered two (2) through eight (8) is hereby

**ORDERED**.

**DATED: September 13, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the
Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website
of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.  The location of Debtor
Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is
650 Liberty Avenue, Union, New Jersey 07083.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

This Stipulation and Consent Order (the "Order") is entered into by the Texas Taxing Authorities[2] and Michael Goldberg, solely in his capacity as plan administrator (the "Plan Administrator"), and together, the "Parties" including, as applicable, by and through their duly authorized undersigned counsel.

## RECITALS

**WHEREAS**, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**WHEREAS**, on September 11, 2023, the Debtors filed their *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2160] (the "Plan"). On September 14, 2023, the Court entered an Order confirming the Plan (the "Confirmation Order") [Docket No. 2172].

---

[2] The Texas Taxing Authorities include all taxing authorities represented by Linebarger Goggan Blair & Sampson, Perdue Brandon Fielder Collins & Mott, and McCreary Veselka Bragg & Allen including but not limited to: Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, City of El Paso, Fort Bend County WCID #02, Fort Bend County, City of Frisco, Grayson County, Gregg County, Harris County, Hidalgo County, Jefferson County, Lewisville Independent School District, City of McAllen, McLennan County, City of Mesquite, Montgomery County, Nueces County, Parker CAD, Rockwall CAD, San Marcos CISD, Smith County, Tarrant County, Tom Green CAD, Victoria County, Wichita County Tax Office, Randall County Tax Office, Brazoria County, Brazoria County Special Road & Bridge, Alvin Independent School District, Alvin Community College, Brazoria County Drainage District #4, Pearland Municipal Management, Brazoria Municipal Utility District #06, Woodlands Metro Municipal Utility District, Woodlands Road Utility District, Clear Creek Independent School District, Humble Independent School District, Pasadena Independent School District, Spring Branch Independent School District, City of Houston, Lubbock Central Appraisal District, Midland County, City of Lake Worth, Crowley Independent School District, Grapevine-Colleyville Independent School District, Frisco Independent School District, Plano Independent School District, Bell County Tax Appraisal District, Bowie Central Appraisal District, Brazos County, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, Taylor County Central Appraisal District, City of Waco, Waco Independent School District and Williamson County.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

**WHEREAS**, on September 12, 2023, the Court held the plan confirmation hearing. At said hearing, the Debtors represented that the 2022 taxes due and owing to the Texas Taxing Authorities would be paid within forty-eight (48) hours of said hearing.

**WHEREAS,** the effective date of the Plan occurred on September 29, 2023 (the "Plan Effective Date"), pursuant to the *Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates and (II) Occurrence of Effective Date* [Docket No. 2311].

**WHEREAS**, after the confirmation hearing, the Debtors paid the base tax on the 2022 tax amounts, but not the pre-petition interest and penalties or post-petition interest thereon, which constituted amounts due on the claims. On November 6, 2023, the Texas Taxing Authorities filed their *Joint Motion to Compel Payment of Remaining Amounts Due on "Year 2022 Ad Valorem Business Personal Property Taxes* (the "Motion to Compel") [Docket No. 2664].

**WHEREAS**, the August 2024 balances remaining unpaid to the Texas Taxing Authorities for the portions of their claims attributable to year 2022 ad valorem business personal property taxes are: $195,819.42 for the entities represented by McCreary, Veselka, and Allen, PC; $118,882.24 for the entities represented by Perdue, Brandon, Fielder, Collins & Mott, LLP; and $706,061.88 for the entities represented by Linebarger Goggan Blair & Sampson, LLP (the "Tax Firms"). The August 2024 balance owed to each individual entity comprising the Texas Taxing Authorities is itemized on the attached **Exhibits A-C**.

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

**WHEREAS**, the Debtors have returned funds from the Professional Fee Escrow Account, with $600,000.00 earmarked for the Texas Taxing Authorities, to be divided pro-rata based on the August 2024 balances set forth in the following paragraphs[3], within three (3) business days of the Effective Date, defined below, for pro-rata disbursement to the Texas Taxing Authorities.

**WHEREAS**, the Plan Administrator has additionally agreed to remit a total of $150,000.00 from the Texas Reserve (as defined below) to the Tax Firms, to be divided pro-rata based on the August balances set forth herein, within three (3) business days of the Effective Date, defined below, for pro-rata disbursements to the Texas Taxing Authorities.

**WHEREAS**, the Plan Administrator and the Texas Taxing Authorities have agreed that the Texas Taxing Authorities shall have Allowed Priority Tax Claims for the unpaid 2022 tax balances following application of the $750,000 in payments from the Plan Administrator, which claims shall be paid in accordance with the Plan. Said amounts are itemized on the attached **Exhibits D-F** and are automatically allowed as Priority Tax Claims accordingly without need for further amendment of the Texas Taxing Authorities' claims by the Tax Firms. No further amounts, including without limitation, for interest and penalties shall be due and owing. Further, the claims agent shall be authorized to update the claims register accordingly.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

---

[3] The Tax Firms have each provided their clients' pro-rata share of tax payments set forth herein.

4891-4823-2146.4 08728.003

| (Page | 5) | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

1.      The recitals set forth above are hereby made an integral part of the Parties' Stipulation and are incorporated herein.

2.      Effective Date.  This Stipulation and Consent Order shall become Effective (the "Effective Date") upon becoming final and non-appealable.

3.      2022 ad valorem business personal property claim balances.  The Parties agree the 2024 balances remaining unpaid to the Texas Taxing Authorities for the portions of their claims attributable to year 2022 ad valorem business personal property taxes are:  $195,819.42 for the entities represented by McCreary, Veselka, Bragg and Allen, PC; $118,882.24 for the entities represented by Perdue, Brandon, Fielder, Collins & Mott, LLP; and $706,061.88 for the entities represented by Linebarger Goggan Blair & Sampson, LLP (the "Tax Firms"), as itemized on the attached **Exhibits A-C**.

4.      Payment from Plan Administrator.  The Parties agree that, within three (3) business days of the Effective Date, the Plan Administrator shall remit a total of $600,000.00 to the Tax Firms, which sum was previously earmarked by the Debtors from the Professional Fee Reserve for this purpose, pro-rated as follows:

$115,101.74 to McCreary, Veselka, Bragg and Allen, PC;

$69,878.42 to Perdue, Brandon, Fielder, Collins & Mott, LLP; and

$415,019.84 to Linebarger Goggan Blair & Sampson, LLP

for pro-rata distribution by the Tax Firms to the applicable Texas Taxing Authorities.

| (Page \| 6) | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

5.      Additional Payment from Plan Administrator.   Within three (3) business days of the Effective Date, the Plan Administrator shall remit a total of $150,000.00 from the Texas Reserve[4], to the Tax Firms, pro-rated as follows:

$28,775.43 to McCreary, Veselka, Bragg and Allen, PC;

$17,469.62 to Perdue, Brandon, Fielder, Collins & Mott, LLP; and

$103,754.95 to Linebarger Goggan Blair & Sampson, LLP

for pro-rata distribution by the Tax Firms to the applicable Texas Taxing Authorities.

6.       Allowed Priority Tax Claims.   The Texas Taxing Authorities shall have Allowed Priority Tax Claims for the unpaid balances as of August 2024 after application of the $750,000 in payments from the Plan Administrator.   These claim amounts are itemized on the attached **Exhibits D-F** and are automatically allowed as the remaining claim balances of the claims of the Texas Taxing Authorities without need for further amendment of claims by the Tax Firms, and such claims shall be paid in accordance with the Plan.   No further interest and/or penalties shall accrue on the remaining claims and this stipulation shall resolve all claims of the Texas Taxing Authorities with respect to 2022 *Ad Valorem* Taxes.   The claims agent shall update the claims register accordingly.

7.      The Parties further agree that the terms of this Stipulation and Consent Order resolve the Motion to Compel [Docket No. 2664].

---

4   The "Texas Reserve" is defined in the *Order (I) Authorizing the Settlement of Ad Valorem Tax Claims of Texas Taxing Authorities, (II) Authorizing the Use of $2.8 Million Set Aside to Satisfy Claims of Texas Taxing Authorities, and III) Granting Related Relief* [Docket. No. 2954].

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

8.      The Parties acknowledge and agree that the Court shall retain jurisdiction over all

disputes concerning or related to the subject matter of this Stipulation and Consent Order.

Dated:  September 11, 2024

*/s/ Paul J. Labov*
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777

*Counsel to the Plan Administrator*

Dated:  August 30, 2024

*/s/ Julie Anne Parsons*
Julie Anne Parsons, Esq.
McCreary Veselka Bragg & Allen PC
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
Telephone:  (512) 323-3200
Email:  julie.parsons@mvbalaw.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

Dated:  August 30, 2024

*/s/ Melissa E. Valdez*
Melissa E. Valdez, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008
Telephone:  (713) 862-1860
Facsimile:   (713) 862-1429
Email :  mvaldez@pbfcm.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

(Page | 8)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Joint Motion of Texas Taxing Authorities to Compel Payment of Remaining Amounts Due on Year 2022 Ad Valorem Business Personal Property Taxes [Docket No. 2664] |

Dated:  September 4, 2024

*/s/ Tara L. Grundemeier*

Tara L. Grundemeier, Esq.
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Dr., Suite 600
Houston, TX 77081
Telephone:  (713) 844-3478
Facsimile :  (713) 844-3503
Email:  tara.grundemeier@lgbs.com

*Counsel to Texas Taxing Authorities as set forth in FN2*

Dated:  September 11, 2024

*/s/ Vincent J. Roldan*

Vincent J. Roldan, Esq.
MANDELBAUM BARRETT PC
3 Becker Farm Rd., Suite 105
Roseland, NJ 07068
Telephone:  (973) 974-9815
Email :  vroldan@mblawfirm.com

*Local Counsel to the Texas Taxing Authorities as set forth in FN2*

# EXHIBIT A

| Taxing Entity | Account Number | 2022 Base Tax Amount Claimed | Claim (prepet) P&I | Total 2022 Claim Amt. | Postpet Interest May 2023-Aug 2024 (2022 Base Tax Amt. x .16) | Amount paid by Debtors | Total Still Due Through Aug 2024 | Amount Paid by Plan Administrator |
|---|---|---|---|---|---|---|---|---|
| Brazos | 335670 | $20,922.79 | $5,785.17 | $26,707.96 | $3,347.65 | $20,922.79 | $9,132.82 | $6,710.28 |
| Denton MVBA entities | 938862DEN | $6,142.18 | $2,039.21 | $8,181.39 | $982.75 | $6,142.18 | $3,021.96 | 2220.37 |
| | 655782DEN | $1,968.91 | $653.68 | $2,622.59 | $315.03 | $1,968.91 | $968.71 | 711.75 |
| | 696803DEN | $259,744.53 | $86,235.20 | $345,979.73 | $41,559.12 | $259,744.53 | $127,794.32 | 93896.14 |
| | 943191DEN | $21,804.00 | $6,028.80 | $27,832.80 | $3,488.64 | $21,804.00 | $9,517.44 | 6992.88 |
| Guadalupe County for City of Selma | P325420 | $2,008.64 | $555.39 | $2,564.03 | $321.38 | $2,008.64 | $876.77 | $644.21 |
| Hays County | P117965 | $3,356.65 | $928.11 | $4,284.76 | $537.06 | $3,356.65 | $1,465.17 | $1,076.52 |
| Midland CAD entities | P000027228 | $9,094.96 | $3,019.53 | $12,114.49 | $1,455.19 | $9,094.96 | $4,474.72 | $3,287.77 |
| Taylor County CAD | 972540 | $8,979.43 | $2,981.17 | $11,960.60 | $1,436.71 | $8,979.43 | $4,417.88 | $3,246.01 |
| City of Waco/Waco ISD | 48A139470 | $10,359.47 | $2,864.39 | $13,223.86 | $1,657.52 | $10,359.47 | $4,521.91 | $3,322.45 |
| Williamson County | P450420 | $25,616.23 | $7,082.88 | $32,699.11 | $4,098.60 | $25,616.23 | $11,181.48 | $8,215.53 |
| | P406323 | $27,642.66 | $7,643.17 | $35,285.83 | $4,422.83 | $27,642.66 | $12,066.00 | $8,865.42 |
| | P490204 (Buy Buy Baby) | $14,616.82 | $4,041.55 | $18,658.37 | $2,338.69 | $14,616.82 | $6,380.24 | $4,687.84 |
| | | | | | | | | |
| Totals | | $412,257.27 | $129,858.25 | $542,115.52 | $65,961.17 | $412,257.27 | $195,819.42 | $143,877.17 |

# EXHIBIT B

| Perdue Brandon Fielder Collins & Mott LLP - Exhibit B | | | | | | | |
|---|---|---|---|---|---|---|---|
| Taxing Entity | Account Number | 2022 Base Tax Amount Claimed | 2022 Claim P/I (prepetition) | 2022 Claim Total | Post Petition Interest (May 2023 - August 2024) | Amount paid by Debtors | Amount due through August 2024 |
| Alvin Comm College | 9100-0148-000 | $ 1,118.39 | $ 309.23 | $1,427.62 | $ 178.94 | $ 1,118.39 | $ 488.17 |
| Alvin ISD | 9100-0148-000 | $ 9,386.82 | $ 3,116.42 | $12,503.24 | $ 1,501.89 | $ 9,386.82 | $ 4,618.31 |
| Brazoria County | 9100-0148-000 | $ 1,983.42 | $ 658.50 | $2,641.92 | $ 317.35 | $ 1,983.42 | $ 975.85 |
| Brazoria County Drainage District #4 | 9100-0148-000 | $ 940.25 | $ 312.17 | $1,252.42 | $ 150.44 | $ 940.25 | $ 462.61 |
| Brazoria County Special Road & Bridge | 9100-0148-000 | $ 340.67 | $ 113.10 | $453.77 | $ 54.51 | $ 340.67 | $ 167.61 |
| Brazoria Municipal Utility District #06 | 9100-0148-000 | $ 3,066.03 | $ 1,017.92 | $4,083.95 | $ 490.56 | $ 3,066.03 | $ 1,508.48 |
| Pearland Municipal Management | 9100-0148-000 | $ 512.10 | $ 170.02 | $682.12 | $ 81.94 | $ 512.10 | $ 251.96 |
| Frisco Independent School District | P900020214071 | $ 14,733.82 | $ 4,891.63 | $19,625.45 | $ 2,357.41 | $ 14,733.82 | $ 7,249.04 |
| Frisco Independent School District | P900021130071 | $ 15,459.25 | $ 5,132.47 | $20,591.72 | $ 2,473.48 | $ 15,459.25 | $ 7,605.95 |
| Plano Independent School District | P900020211971 | $ 10,816.70 | $ 3,351.02 | $14,167.72 | $ 1,730.67 | $ 10,816.70 | $ 5,081.69 |
| Plano Independent School District | P900029504641 | $ 26,328.31 | $ 8,156.51 | $34,484.82 | $ 4,212.53 | $ 26,328.31 | $ 12,369.04 |
| Plano Independent School District | P900021010081 | $ 11,392.25 | $ 3,529.32 | $14,921.57 | $ 1,822.76 | $ 11,392.25 | $ 5,352.08 |
| City of Houston | *0712040 | $ 6,461.64 | $ 2,145.26 | $8,606.90 | $ 1,033.86 | $ 6,461.64 | $ 3,179.12 |
| Clear Creek Independent School District | *0651006 | $ 11,892.95 | $ 1,308.22 | $13,201.18 | $ 1,902.87 | $ 11,892.95 | $ 3,211.09 |
| Clear Creek Independent School District | 2169870 | $ 9,557.66 | $ 1,051.34 | $10,609.00 | $ 1,529.23 | $ 9,557.66 | $ 2,580.57 |
| Humble Independent School District | *0797999 | $ 21,975.29 | $ 2,417.29 | $24,392.62 | $ 3,516.05 | $ 21,975.29 | $ 5,933.34 |
| Humble Independent School District | 2310368 | $ 8,278.21 | $ 910.60 | $9,188.82 | $ 1,324.51 | $ 8,278.21 | $ 2,235.11 |
| Pasadena Independent School District | *0926033 | $ 10,687.73 | $ 3,548.33 | $14,236.06 | $ 1,710.04 | $ 10,687.73 | $ 5,258.37 |
| Spring Branch Independent School District | *0712040 | $ 15,363.42 | $ 5,100.66 | $20,464.07 | $ 2,458.15 | $ 15,363.42 | $ 7,558.81 |
| Lubbock Central Apppraisal District | P174914 | $ 16,255.37 | $ 5,396.79 | $21,652.17 | $ 2,600.86 | $ 16,255.37 | $ 7,997.65 |
| Midland County | P027228 | $ 833.14 | $ 276.61 | $1,109.75 | $ 133.30 | $ 833.14 | $ 409.91 |
| Woodlands Metro Municipal Utility District | 19-1001-93-25066 | $ 951.22 | $ 315.80 | $1,267.03 | $ 152.20 | $ 951.22 | $ 468.00 |
| Woodlands Road Utility District | 19-1001-93-25066 | $ 2,174.22 | $ 239.16 | $2,413.38 | $ 347.88 | $ 2,174.22 | $ 587.04 |
| Randall County Tax Office | 239573 | $ 25,887.90 | $ 8,594.80 | $34,482.70 | $ 4,142.06 | $ 25,887.90 | $ 12,736.86 |
| City of Lake Worth | 12200018 | $ 2,654.77 | $ 881.38 | $3,536.15 | $ 424.76 | $ 2,654.77 | $ 1,306.14 |
| Grapevine-Colleyville Independent School District | 12694096 | $ 8,992.00 | $ 2,985.34 | $11,977.34 | $ 1,438.72 | $ 8,992.00 | $ 4,424.06 |
| Grapevine-Colleyville Independent School District | 14383930 | $ 11,627.60 | $ 3,860.37 | $15,487.97 | $ 1,860.42 | $ 11,627.60 | $ 5,720.79 |
| Wichita County Tax Office | 443823 | $ 18,586.59 | $ 6,170.74 | $24,757.33 | $ 2,973.85 | $ 18,586.59 | $ 9,144.59 |
| | | | | | $ - | | |
| | | $ 268,257.72 | $ 75,961.00 | $ 344,218.79 | $ 42,921.24 | $ 268,257.72 | $ 118,882.24 |

# EXHIBIT C

Bed Bath Beyond, Inc
23-13359; 23-13400

## EXHIBIT C   LINEBARGER GOGGAN BLAIR & SAMPSON, LLP CLIENTS

| Entity Name | Bank Number | Account Number | POC Year | POC Amount | 2022 POC Amounts | 2022 Base Tax | 2022 Claim Shortfall | Post-Petition Interest | 2022 Total Due through August 31, 2024 | 2022 Payment Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Bexar County | 23-13359 | 000001142637 | 2022-2023 EST | $47,933.58 | $27,378.87 | $20,554.71 | $6,824.16 | $3,288.75 | $10,112.91 | $20,554.71 |
| Bexar County | 23-13359 | 000001328825 | 2022-2023 EST | $104,276.47 | $58,606.73 | $45,669.74 | $12,936.99 | $7,307.16 | $20,244.15 | $45,669.74 |
| Bexar County | 23-13359 | 902033105805 | 2022-2023 EST | $58,870.11 | $33,086.90 | $25,783.21 | $7,303.69 | $4,125.31 | $11,429.00 | $25,783.21 |
| Bexar County | 23-13359 | 902033105810 | 2022-2023 EST | $51,034.39 | $28,684.49 | $22,349.90 | $6,334.59 | $3,575.98 | $9,910.57 | $22,349.90 |
| Bexar County | 23-13359 | 902033106100 | 2022-2023 EST | $81,529.19 | $45,824.46 | $35,704.73 | $10,119.73 | $5,712.76 | $15,832.49 | $35,704.73 |
| Bexar County | 23-13400 | 000001328820 | 2022-2023 EST | $48,549.60 | $27,286.44 | $21,263.16 | $6,023.28 | $3,402.11 | $9,425.39 | $21,263.16 |
| | | | Total: | $392,193.34 | $220,867.89 | | | | $0.00 | |
| Crowley ISD | 23-13359 | 11091908 | 2022-2023 EST | $37,557.31 | $20,570.44 | $15,442.97 | $5,127.47 | $2,470.88 | $7,598.35 | $15,442.97 |
| Crowley ISD | 23-13359 | 13682342 | 2022-2023 EST | $43,151.80 | $23,634.17 | $17,743.37 | $5,890.79 | $2,838.94 | $8,729.73 | $17,743.38 |
| | | | Total: | $80,709.19 | $44,204.61 | | | | $0.00 | |
| Cypress-Fairbanks ISD | 23-13359 | 0594876 | 2022-2023EST | $37,936.47 | $21,668.69 | $16,267.78 | $5,400.91 | $2,602.84 | $8,003.75 | $16,267.78 |
| Cypress-Fairbanks ISD | 23-13359 | 2002542 | 2022-2023EST | $19,680.21 | $11,241.01 | $8,439.20 | $2,801.81 | $1,350.27 | $4,152.08 | $8,439.20 |
| Cypress-Fairbanks ISD | 23-13400 | 2196679 | 2022-2023EST | $20,131.08 | $11,498.54 | $8,632.54 | $2,866.00 | $1,381.21 | $4,247.21 | $8,632.54 |
| | | | Total: | $77,747.76 | $44,408.24 | | | | $0.00 | |
| Dallas County | 23-13359 | 9910011125000000000 | 2022-2023 EST | $104,185.56 | $59,509.08 | $44,676.48 | $14,832.60 | $7,148.24 | $21,980.84 | $44,676.48 |
| Dallas County | 23-13359 | 99200225200206350 | 2022-2023 EST | $11,622.46 | $6,638.56 | $4,983.90 | $1,654.66 | $797.42 | $2,452.08 | $4,983.90 |
| Dallas County | 23-13359 | 99952150000103700 | 2022-2023 EST | $161,039.25 | $91,982.97 | $69,056.28 | $22,926.69 | $11,049.00 | $33,975.69 | $69,056.28 |
| Dallas County | 23-13400 | 99100111240000000000 | 2022-2023 EST | $88,726.94 | $50,679.37 | $38,047.57 | $12,631.80 | $6,087.61 | $18,719.41 | $38,047.57 |
| Dallas County | 23-13400 | 9919112560000000000 | 2022-2023 EST | $3,834.09 | $2,189.97 | $1,644.12 | $545.85 | $263.06 | $808.91 | $1,644.12 |
| | | | Total: | $369,408.30 | $210,999.95 | | | | $0.00 | |
| El Paso | 23-13359 | 091399911161434 | 2022-2023 EST | $60,478.06 | $34,544.07 | $25,933.99 | $8,610.08 | $4,149.44 | $12,759.52 | $25,933.99 |
| El Paso | 23-13400 | 200299904730042 | 2022-2023 EST | $79,220.73 | $45,249.58 | $33,971.15 | $11,278.43 | $5,435.38 | $16,713.81 | $33,971.15 |
| | | | Total: | $139,698.79 | $79,793.65 | | | | $0.00 | |
| Fort Bend Co WCID # 02 | 23-13359 | 9960020970008910 | 2022-2023 EST | $3,945.11 | $2,253.38 | $1,691.73 | $561.65 | $270.68 | $832.33 | $1,691.73 |
| Fort Bend Co WCID # 02 | 23-13400 | 996002210072910 | 2022-2023 EST | $2,526.46 | $1,443.07 | $1,083.39 | $359.68 | $173.34 | $533.02 | $1,083.39 |
| | | | Total: | $6,471.57 | $3,696.45 | | | | $0.00 | |
| Fort Bend County | 23-13359 | 9960020970008910 | 2022-2023EST | $30,559.74 | $17,455.22 | $13,104.52 | $4,350.70 | $2,096.72 | $6,447.42 | $13,104.51 |
| Fort Bend County | 23-13400 | 996002210072910 | 2022-2023EST | $19,570.49 | $11,178.34 | $8,392.15 | $2,786.19 | $1,342.74 | $4,128.93 | $8,392.15 |
| | | | Total: | $50,130.23 | $28,633.56 | | | | $0.00 | |
| Frisco | 23-13359 | P900020214071 | 2022-2023 EST | $12,350.28 | $6,925.16 | $5,425.12 | $1,500.04 | $868.02 | $2,368.06 | $5,425.10 |
| Frisco | 23-13400 | P900021130071 | 2022-2023 EST | $12,958.37 | $7,266.14 | $5,692.23 | $1,573.91 | $910.76 | $2,484.67 | $5,692.23 |
| | | | Total: | $25,308.65 | $14,191.30 | | | | $0.00 | |
| Grayson County | 23-13359 | P304912 | 2022-2023 EST | $26,214.29 | $14,699.12 | $11,515.17 | $3,183.95 | $1,842.43 | $5,026.38 | $11,515.17 |
| | | | Total: | $26,214.29 | $14,699.12 | | | | $0.00 | |
| Harris County | 23-13359 | 2212213400000 | 2019, 2022-2023EST | $18.04 | $18.04 | $8.00 | | $9.18 | $10.46 | $0.00 |
| Harris County | 23-13359 | 2059487600000 | 2022-2023EST | $32,989.14 | $18,202.39 | $14,786.75 | $3,415.64 | $2,365.88 | $5,781.52 | $14,786.75 |
| Harris County | 23-13359 | 2065100600000 | 2022-2023EST | $21,131.78 | $11,526.20 | $9,605.58 | $1,920.62 | $1,536.89 | $3,457.51 | $9,605.58 |
| Harris County | 23-13359 | 2071204000000 | 2022-2023EST | $13,681.09 | $7,197.16 | $6,483.93 | $713.23 | $1,037.43 | $1,750.66 | $6,483.93 |
| Harris County | 23-13359 | 2079709900000 | 2022-2023EST | $33,448.88 | $18,239.01 | $15,209.87 | $3,029.14 | $2,433.58 | $5,462.72 | $15,209.87 |
| Harris County | 23-13359 | 2092275500000 | 2022-2023EST | $68,587.49 | $38,520.17 | $30,067.32 | $8,452.85 | $4,810.77 | $13,263.62 | $30,067.32 |
| Harris County | 23-13359 | 2092603300000 | 2022-2023EST | $18,330.93 | $10,062.31 | $8,268.62 | $1,793.69 | $1,322.98 | $3,116.67 | $8,268.62 |
| Harris County | 23-13359 | 2200254200000 | 2022-2023EST | $9,762.40 | $5,243.87 | $4,518.53 | $725.34 | $722.96 | $1,448.30 | $4,518.53 |
| Harris County | 23-13359 | 2225039700000 | 2022-2023EST | $38,719.31 | $20,455.59 | $18,263.72 | $2,191.87 | $2,922.20 | $5,114.07 | $18,263.72 |
| Harris County | 23-13400 | 2216987000000 | 2022-2023EST | $16,982.37 | $9,262.93 | $7,719.44 | $1,543.49 | $1,235.11 | $2,778.60 | $7,719.44 |
| Harris County | 23-13400 | 2219667900000 | 2022-2023EST | $17,505.75 | $9,659.13 | $7,846.62 | $1,812.51 | $1,255.46 | $3,067.97 | $7,846.62 |
| Harris County | 23-13400 | 2225040000000 | 2022-2023EST | $48,561.68 | $25,546.67 | $23,015.01 | $2,531.66 | $3,682.40 | $6,214.06 | $23,015.01 |

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Bank Number | Account Number | POC Year | POC Amount | 2022 POC Amounts | 2022 Base Tax | 2022 Claim Shortfall | Post-Petition Interest | 2022 Total Due through August 31, 2024 | 2022 Payment Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris County | 23-13400 | 2231036800000 | 2022-2023EST | $12,600.33 | $6,870.71 | $5,729.62 | $1,141.09 | $916.74 | $2,057.83 | $5,729.62 |
| Harris County | 23-13359 | 2225076400000 | 2020 | $316.53 | $0.00 | | | $0.00 | $0.00 | |
| | | | Total: | $332,635.72 | $180,795.32 | | | $0.00 | | |
| Hidalgo County | 23-13359 | M228099000000F06 | 2022-2023 EST | $29,572.12 | $15,939.36 | $13,632.76 | $2,306.60 | $2,181.24 | $4,487.84 | $13,632.76 |
| Hidalgo County | 23-13400 | E393199000004B16 | 2022-2023 EST | $85,787.07 | $46,733.45 | $39,053.62 | $7,679.83 | $6,248.58 | $13,928.41 | $39,053.62 |
| | | | Total: | $115,359.19 | $62,672.81 | | | $0.00 | | |
| Jefferson County | 23-13359 | 700000-000-058981-00000 | 2022-2023EST | $25,690.32 | $14,673.89 | $11,016.43 | $3,657.46 | $1,762.63 | $5,420.09 | $11,016.43 |
| Jefferson County | 23-13400 | 700000-000-058982-00000 | 2022-2023 EST | $27,954.13 | $15,966.94 | $11,987.19 | $3,979.75 | $1,917.95 | $5,897.70 | $11,987.19 |
| | | | Total: | $53,644.45 | $30,640.83 | | | $0.00 | | |
| Lewisville ISD | 23-13359 | 655782DEN | 2022-2023 EST | $26,104.11 | $14,910.24 | $11,193.87 | $3,716.37 | $1,791.02 | $5,507.39 | $11,193.87 |
| Lewisville ISD | 23-13359 | 696803DEN | 2022-2023 EST | $1,133,640.80 | $647,516.96 | $486,123.84 | $161,393.12 | $77,779.81 | $239,172.93 | $486,123.84 |
| | | | Total: | $1,159,744.91 | $662,427.20 | | | $0.00 | | |
| Lewisville ISD | 23-13359 | 938862DEN | 2022-2023 EST | $26,807.22 | $15,311.84 | $11,495.38 | $3,816.46 | $1,839.26 | $5,655.72 | $11,495.38 |
| | | | Total: | $26,807.22 | $15,311.84 | | | $0.00 | | |
| McAllen | 23-13359 | M228099000000F06 | 2022-2023 EST | $7,135.39 | $4,001.02 | $3,134.37 | $866.65 | $501.50 | $1,368.15 | $3,134.37 |
| | | | Total: | $7,135.39 | $4,001.02 | | | $0.00 | | |
| McLennan County | 23-13359 | 48A139470 | 2022-2023 EST | $6,060.36 | $3,393.07 | $2,667.29 | $725.78 | $426.77 | $1,152.55 | $2,643.38 |
| | | | Total: | $6,060.36 | $3,393.07 | | | $0.00 | | |
| Mesquite | 23-13359 | 99200225200206350 | 2022-2023 EST | $35,245.59 | $18,541.52 | $16,704.07 | $1,837.45 | $2,672.65 | $4,510.10 | $16,704.07 |
| | | | Total: | $35,245.59 | $18,541.52 | | | $0.00 | | |
| Montgomery County | 23-13359 | 1910018160454 | 2022-2023EST | $31,953.56 | $18,251.35 | $13,702.21 | $4,549.14 | $2,192.35 | $6,741.49 | $13,702.21 |
| Montgomery County | 23-13359 | 1910019325066 | 2022-2023EST | $58,048.30 | $33,156.23 | $24,892.07 | $8,264.16 | $3,982.73 | $12,246.89 | $24,892.07 |
| | | | Total: | $90,001.86 | $51,407.58 | | | $0.00 | | |
| Nueces County | 23-13359 | B00282180000 | 2022-2023 EST | $59,168.41 | $33,796.02 | $25,372.39 | $8,423.63 | $4,059.58 | $12,483.21 | $25,372.39 |
| | | | Total: | $59,168.41 | $33,796.02 | | | $0.00 | | |
| Parker CAD | 23-13359 | P013372 | 2022-2023 EST | $16,387.57 | $9,360.30 | $7,027.27 | $2,333.03 | $1,124.36 | $3,457.39 | $7,027.27 |
| | | | Total: | $16,387.57 | $9,360.30 | | | $0.00 | | |
| Rockwall CAD | 23-13359 | 64848 | 2022-2023 EST | $18,094.33 | $10,335.18 | $7,759.15 | $2,576.03 | $1,241.46 | $3,817.49 | $7,759.15 |
| | | | Total: | $18,094.33 | $10,335.18 | | | $0.00 | | |
| San Marcos CISD | 23-13359 | P117965 | 2022-2023 EST | $8,771.25 | $4,614.26 | $4,156.99 | $457.27 | $665.12 | $1,122.39 | $4,156.99 |
| | | | Total: | $8,771.25 | $4,614.26 | | | $0.00 | | |
| Smith County | 23-13359 | 40100143082000 | 2022-2023 EST | $60,620.95 | $33,991.94 | $26,629.01 | $7,362.93 | $4,260.64 | $11,623.57 | $26,629.01 |
| | | | Total: | $60,620.95 | $33,991.94 | | | $0.00 | | |
| Tarrant County | 23-13359 | 10601481 | 2022-2023 EST | $54,937.35 | $30,941.07 | $23,996.28 | $6,944.79 | $3,839.40 | $10,784.19 | $23,996.28 |
| Tarrant County | 23-13359 | 11091908 | 2022-2023 EST | $32,895.60 | $18,789.42 | $14,106.18 | $4,683.24 | $2,256.99 | $6,940.23 | $14,106.13 |
| Tarrant County | 23-13359 | 12200018 | 2022-2023 EST | $28,512.56 | $16,285.90 | $12,226.66 | $4,059.24 | $1,956.27 | $6,015.51 | $12,226.66 |
| Tarrant County | 23-13359 | 12694096 | 2022-2023 EST | $19,259.58 | $11,000.76 | $8,258.82 | $2,741.94 | $1,321.41 | $4,063.35 | $8,258.82 |
| Tarrant County | 23-13359 | 12716022 | 2022-2023 EST | $39,475.23 | $22,337.70 | $17,137.53 | $5,200.17 | $2,742.00 | $7,942.17 | $17,137.53 |
| Tarrant County | 23-13400 | 13682342 | 2022-2023 EST | $37,795.79 | $21,588.33 | $16,207.46 | $5,380.87 | $2,593.19 | $7,974.06 | $16,207.45 |
| Tarrant County | 23-13400 | 13701525 | 2022-2023 EST | $58,089.86 | $33,134.27 | $24,875.59 | $8,258.68 | $3,980.09 | $12,238.77 | $24,875.59 |
| Tarrant County | 23-13400 | 14383930 | 2022-2023 EST | $22,026.74 | $12,855.47 | $9,651.27 | $3,204.20 | $1,544.20 | $4,748.40 | $9,651.27 |
| | | | Total: | $293,392.71 | $166,932.92 | | | $0.00 | | |
| Tom Green CAD | 23-13359 | P000078818 | 2022-2023 EST | $15,751.77 | $8,997.15 | $6,754.62 | $8,997.15 | $1,080.74 | $10,077.89 | $0.00 |
| | | | Total: | $15,751.77 | $8,997.15 | | | $0.00 | | |
| Victoria County | 23-13359 | P303581 | 2022-2023 EST | $22,130.15 | $12,409.02 | $9,721.13 | $2,687.89 | $1,555.38 | $4,243.27 | $9,721.13 |
| | | | Total: | $22,130.15 | $12,409.02 | | | | | |

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Bank Number | Account Number | POC Year | POC Amount | 2022 POC Amounts | 2022 Base Tax | 2022 Claim Shortfall | Post-Petition Interest | 2022 Total Due through August 31, 2024 | 2022 Payment Received |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Grand Total: | $3,408,124.76 | $1,971,122.75 | $1,514,075.57 | $463,809.79 | $242,252.09 | $706,061.88 | $1,507,288.77 |

# EXHIBIT D

| Taxing Entity | Account Number | Total Still Due Through Aug 2024 | Amount Paid by Plan Administrator | Remaining Priority Claim Balance | Claim Number: Bed Bath & Beyond Inc. unless otherwise noted |
|---|---|---|---|---|---|
| Brazos | 335670 | $9,132.82 | $6,710.28 | $2,422.54 | 135 |
| Denton MVBA entities | 938862DEN | $3,021.96 | 2220.37 | $801.59 | 151 (total of the 4 amounts = $37,481.29) |
| | 655782DEN | $968.71 | 711.75 | $256.96 | " |
| | 696803DEN | $127,794.32 | 93896.14 | $33,898.18 | " |
| | 943191DEN | $9,517.44 | 6992.88 | $2,524.56 | " |
| Guadalupe County for City of Selma | P325420 | $876.77 | $644.21 | $232.56 | 145 |
| Hays County | P117965 | $1,465.17 | $1,076.52 | $388.65 | 147 |
| Midland CAD entities | P000027228 | $4,474.72 | $3,287.77 | $1,186.95 | 156 |
| Taylor County CAD | 972540 | $4,417.88 | $3,246.01 | $1,171.87 | 143 |
| City of Waco/Waco ISD | 48A139470 | $4,521.91 | $3,322.45 | $1,199.46 | 139 |
| Williamson County | P450420 | $11,181.48 | $8,215.53 | $2,965.95 | 136 (total of the 2 amounts = $6,166.53) |
| | P406323 | $12,066.00 | $8,865.42 | $3,200.58 | " |
| | P490204 (Buy Buy Baby) | $6,380.24 | $4,687.84 | $1,692.40 | 113 [Buy Buy Baby Inc.] |

**Totals**        $195,819.42      $143,877.17      $51,942.25

# EXHIBIT E

**Perdue Brandon Fielder Collins & Mott LLP - Exhibit E**

| Taxing Entity | Account Number | 2022 Claim Total | Post Petition Interest (May 2023 - August 2024) | Amount paid by Debtors | Amount due through August 2024 | Amount to be paid by Plan Administrator | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|---|---|---|
| Alvin Comm College | 9100-0148-000 | $1,427.62 | $ 178.94 | $ 1,118.39 | $ 488.17 | $ 358.68 | $ 129.49 |
| Alvin ISD | 9100-0148-000 | $12,503.24 | $ 1,501.89 | $ 9,386.82 | $ 4,618.31 | $ 3,393.28 | $ 1,225.03 |
| Brazoria County | 9100-0148-000 | $2,641.92 | $ 317.35 | $ 1,983.42 | $ 975.85 | $ 717.00 | $ 258.85 |
| Brazoria County Drainage District #4 | 9100-0148-000 | $1,252.42 | $ 150.44 | $ 940.25 | $ 462.61 | $ 339.90 | $ 122.71 |
| Brazoria County Special Road & Bridge | 9100-0148-000 | $453.77 | $ 54.51 | $ 340.67 | $ 167.61 | $ 123.15 | $ 44.46 |
| Brazoria Municipal Utility District #06 | 9100-0148-000 | $4,083.95 | $ 490.56 | $ 3,066.03 | $ 1,508.48 | $ 1,108.35 | $ 400.13 |
| Pearland Municipal Management | 9100-0148-000 | $682.12 | $ 81.94 | $ 512.10 | $ 251.96 | $ 185.12 | $ 66.83 |
| Frisco Independent School District | P900020214071 | $19,625.45 | $ 2,357.41 | $ 14,733.82 | $ 7,249.04 | $ 5,326.19 | $ 1,922.85 |
| Frisco Independent School District | P900021130071 | $20,591.72 | $ 2,473.48 | $ 15,459.25 | $ 7,605.95 | $ 5,588.43 | $ 2,017.52 |
| Plano Independent School District | P900020211971 | $14,167.72 | $ 1,730.67 | $ 10,816.70 | $ 5,081.69 | $ 3,733.74 | $ 1,347.95 |
| Plano Independent School District | P900029504641 | $34,484.82 | $ 4,212.53 | $ 26,328.31 | $ 12,369.04 | $ 9,088.08 | $ 3,280.96 |
| Plano Independent School District | P900021010081 | $14,921.57 | $ 1,822.76 | $ 11,392.25 | $ 5,352.08 | $ 3,932.41 | $ 1,419.67 |
| City of Houston | *0712040 | $8,606.90 | $ 1,033.86 | $ 6,461.64 | $ 3,179.12 | $ 2,335.84 | $ 843.28 |
| Clear Creek Independent School District | *0651006 | $13,201.18 | $ 1,902.87 | $ 11,892.95 | $ 3,211.09 | $ 2,359.33 | $ 851.76 |
| Clear Creek Independent School District | 2169870 | $10,609.00 | $ 1,529.23 | $ 9,557.66 | $ 2,580.57 | $ 1,896.06 | $ 684.51 |
| Humble Independent School District | *0797999 | $24,392.62 | $ 3,516.05 | $ 21,975.29 | $ 5,933.34 | $ 4,359.48 | $ 1,573.85 |
| Humble Independent School District | 2310368 | $9,188.82 | $ 1,324.51 | $ 8,278.21 | $ 2,235.11 | $ 1,642.24 | $ 592.88 |
| Pasadena Independent School District | *0926033 | $14,236.06 | $ 1,710.04 | $ 10,687.73 | $ 5,258.37 | $ 3,863.55 | $ 1,394.81 |
| Spring Branch Independent School District | *0712040 | $20,464.07 | $ 2,458.15 | $ 15,363.42 | $ 7,558.81 | $ 5,553.79 | $ 2,005.02 |
| Lubbock Central Appraisal District | P174914 | $21,652.17 | $ 2,600.86 | $ 16,255.37 | $ 7,997.65 | $ 5,876.23 | $ 2,121.42 |
| Midland County | P027228 | $1,109.75 | $ 133.30 | $ 833.14 | $ 409.91 | $ 301.18 | $ 108.73 |
| Woodlands Metro Municipal Utility District | 19-1001-93-25066 | $1,267.03 | $ 152.20 | $ 951.22 | $ 468.00 | $ 343.86 | $ 124.14 |
| Woodlands Road Utility District | 19-1001-93-25066 | $2,413.38 | $ 347.88 | $ 2,174.22 | $ 587.04 | $ 431.32 | $ 155.71 |
| Randall County Tax Office | 239573 | $34,482.70 | $ 4,142.06 | $ 25,887.90 | $ 12,736.86 | $ 9,358.34 | $ 3,378.53 |
| City of Lake Worth | 12200018 | $3,536.15 | $ 424.76 | $ 2,654.77 | $ 1,306.14 | $ 959.68 | $ 346.46 |
| Grapevine-Colleyville Independent School District | 12694096 | $11,977.34 | $ 1,438.72 | $ 8,992.00 | $ 4,424.06 | $ 3,250.55 | $ 1,173.51 |
| Grapevine-Colleyville Independent School District | 14383930 | $15,487.97 | $ 1,860.42 | $ 11,627.60 | $ 5,720.79 | $ 4,203.31 | $ 1,517.47 |
| Wichita County Tax Office | 443823 | $24,757.33 | $ 2,973.85 | $ 18,586.59 | $ 9,144.59 | $ 6,718.94 | $ 2,425.66 |
| | | | $ - | | | | |
| | $ 344,218.79 | $ 42,921.24 | $ 268,257.72 | $ 118,882.24 | $ 87,348.02 | $ 31,534.21 |

# EXHIBIT F

Bed Bath Beyond, Inc
23-13359; 23-13400

**EXHIBIT F    LINEBARGER GOGGAN BLAIR & SAMPSON, LLP CLIENTS**

| Entity Name | Account Number | 2022 Total Due through 8/31/24 | Amount Paid by Plan Administrator | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|
| Bexar County | 000001142637 | $10,112.91 | $7,430.40 | $2,682.51 |
| Bexar County | 000001328825 | $20,244.15 | $14,874.27 | $5,369.88 |
| Bexar County | 902033105805 | $11,429.00 | $8,397.39 | $3,031.61 |
| Bexar County | 902033105810 | $9,910.57 | $7,281.74 | $2,628.84 |
| Bexar County | 902033106100 | $15,832.49 | $11,632.83 | $4,199.66 |
| Bexar County | 000001328820 | $9,425.39 | $6,925.25 | $2,500.14 |
| | | | | |
| Crowley ISD | 11091908 | $7,598.35 | $5,582.84 | $2,015.51 |
| Crowley ISD | 13682342 | $8,729.73 | $6,414.12 | $2,315.61 |
| | | | | |
| Cypress-Fairbanks ISD | 0594876 | $8,003.75 | $5,880.69 | $2,123.06 |
| Cypress-Fairbanks ISD | 2002542 | $4,152.08 | $3,050.72 | $1,101.36 |
| Cypress-Fairbanks ISD | 2196679 | $4,247.21 | $3,120.61 | $1,126.60 |
| | | | | |
| Dallas County | 9910011125000000000 | $21,980.84 | $16,150.29 | $5,830.55 |
| Dallas County | 9920022520020635000 | $2,452.08 | $1,801.65 | $650.43 |
| Dallas County | 9995215000010370000 | $33,975.69 | $24,963.44 | $9,012.25 |
| Dallas County | 9910011124000000000 | $18,719.41 | $13,753.98 | $4,965.43 |
| Dallas County | 9919112560000000000 | $808.91 | $594.34 | $214.57 |
| | | | | |
| El Paso | 091399911161434 | $12,759.52 | $9,374.98 | $3,384.54 |
| El Paso | 200299904730042 | $16,713.81 | $12,280.38 | $4,433.44 |
| | | | | |
| Fort Bend Co WCID # 02 | 9960020970008910 | $832.33 | $611.55 | $220.78 |
| Fort Bend Co WCID # 02 | 9960022210072910 | $533.02 | $391.64 | $141.39 |
| | | | | |
| Fort Bend County | 9960020970008910 | $6,447.42 | $4,737.21 | $1,710.22 |
| Fort Bend County | 9960022210072910 | $4,128.93 | $3,033.71 | $1,095.22 |
| | | | | |
| Frisco | P900020214071 | $2,368.06 | $1,739.92 | $628.14 |
| Frisco | P900021130071 | $2,484.67 | $1,825.59 | $659.07 |
| | | | | |
| Grayson County | P304912 | $5,026.38 | $3,693.10 | $1,333.28 |

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Account Number | 2022 Total Due through 8/31/24 | Amount Paid by Plan Administraror | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|
| | | | | |
| Harris County | 2212213400000 | $10.46 | $7.69 | $2.77 |
| Harris County | 2059487600000 | $5,781.52 | $4,247.94 | $1,533.58 |
| Harris County | 2065100600000 | $3,457.51 | $2,540.39 | $917.13 |
| Harris County | 2071204000000 | $1,750.66 | $1,286.29 | $464.37 |
| Harris County | 2079799900000 | $5,462.72 | $4,013.70 | $1,449.02 |
| Harris County | 2092275500000 | $13,263.62 | $9,745.37 | $3,518.25 |
| Harris County | 2092603300000 | $3,116.67 | $2,289.95 | $826.71 |
| Harris County | 2200254200000 | $1,448.30 | $1,064.13 | $384.17 |
| Harris County | 2225039700000 | $5,114.07 | $3,757.53 | $1,356.54 |
| Harris County | 2216987000000 | $2,778.60 | $2,041.56 | $737.04 |
| Harris County | 2219667900000 | $3,067.97 | $2,254.17 | $813.80 |
| Harris County | 2225040000000 | $6,214.06 | $4,565.75 | $1,648.32 |
| Harris County | 2231036800000 | $2,057.83 | $1,511.98 | $545.85 |
| Harris County | 2225076400000 | $0.00 | $0.00 | $0.00 |
| | | | | |
| Hidalgo County | M228099000000F06 | $4,487.84 | $3,297.42 | $1,190.43 |
| Hidalgo County | E393199000004B16 | $13,928.41 | $10,233.82 | $3,694.59 |
| | | | | |
| Jefferson County | 700000-000-058981-00000 | $5,420.09 | $3,982.38 | $1,437.71 |
| Jefferson County | 700000-000-058982-00000 | $5,897.70 | $4,333.30 | $1,564.40 |
| | | | | |
| Lewisville ISD | 655782DEN | $5,507.39 | $4,046.52 | $1,460.87 |
| Lewisville ISD | 696803DEN | $239,172.93 | $175,730.91 | $63,442.03 |
| | | | | |
| Lewisville ISD | 938862DEN | $5,655.72 | $4,155.51 | $1,500.21 |
| | | | | |
| McAllen | M228099000000F06 | $1,368.15 | $1,005.24 | $362.91 |
| | | | | |
| McLennan County | 48A139470 | $1,152.55 | $846.83 | $305.72 |
| | | | | |
| Mesquite | 99200225200206350 | $4,510.10 | $3,313.77 | $1,196.33 |
| | | | | |
| Montgomery County | 1910018160454 | $6,741.49 | $4,953.27 | $1,788.22 |

Bed Bath Beyond, Inc
23-13359; 23-13400

| Entity Name | Account Number | 2022 Total Due through 8/31/24 | Amount Paid by Plan Administraror | Remaining Priority Tax Claim Balance |
|---|---|---|---|---|
| Montgomery County | 1910019325066 | $12,246.89 | $8,998.33 | $3,248.56 |
| Nueces County | B00282180000 | $12,483.21 | $9,171.97 | $3,311.25 |
| Parker CAD | P013372 | $3,457.39 | $2,540.30 | $917.09 |
| Rockwall CAD | 64848 | $3,817.49 | $2,804.88 | $1,012.61 |
| San Marcos CISD | P117965 | $1,122.39 | $824.67 | $297.72 |
| Smith County | 40100143082000 | $11,623.57 | $8,540.35 | $3,083.22 |
| Tarrant County | 10601481 | $10,784.19 | $7,923.62 | $2,860.57 |
| Tarrant County | 11091908 | $6,940.23 | $5,099.29 | $1,840.94 |
| Tarrant County | 12200018 | $6,015.51 | $4,419.86 | $1,595.65 |
| Tarrant County | 12694096 | $4,063.35 | $2,985.52 | $1,077.83 |
| Tarrant County | 12716022 | $7,942.17 | $5,835.47 | $2,106.71 |
| Tarrant County | 13682342 | $7,974.06 | $5,858.90 | $2,115.17 |
| Tarrant County | 13701525 | $12,238.77 | $8,992.37 | $3,246.41 |
| Tarrant County | 14383930 | $4,748.40 | $3,488.86 | $1,259.54 |
| Tom Green CAD | P000078818 | $10,077.89 | $7,404.67 | $2,673.22 |
| Victoria County | P303581 | $4,243.27 | $3,117.72 | $1,125.55 |
| | | $706,061.88 | $518,774.79 | $187,287.09 |