> **THIS OMNIBUS OBJECTION SEEKS TO DISALLOW OR PARTIALLY DISALLOW CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EXHIBIT 1 ATTACHED TO THE PROPOSED ORDER.**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            egray@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:        December 23, 2025**<br>**Hearing Time:        10:00 a.m. (ET)**<br>**Response Deadline:  December 16, 2025**<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     EACH CLAIMANT LISTED ON EXHIBIT A TO THE OBJECTION[2]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4937-8940-5050.1 08728.003

Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[3] and affiliated debtors (the "Debtors"), has filed the enclosed *Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims)* (the "Objection"). The purpose of the Objection is to reconcile the proofs of claim (the "Texas Tax Claims") listed on **Exhibit 1** to the proposed order granting the Objection (the "Proposed Order") to: (a) the agreed allowed amounts of the Texas Tax Claims pursuant to numerous agreements reached between the Plan Administrator and the applicable Texas appraisal district (the "Appraisal Districts") and/or the Texas Taxing Authorities (the "Claimants") with respect to ad valorem taxes owing for 2022 and 2023 (the "Texas Tax Agreements"); (b) payments made by the Debtors and the Plan Administrator pursuant to the Texas Tax Agreements, and (c) the remaining balances which are Allowed Priority Tax Claims.[4]

The Plan Administrator files the Objection purely for the purpose of giving direction to the Claims Agent so that it can update the Official Claims Register to reflect the reduction, allowance and partial satisfaction of the Texas Tax Claims pursuant to the Texas Tax Agreements.

Accordingly, the Plan Administrator asks that the Court enter the Proposed Order which finds, *inter alia*, that (a) each of the Texas Tax Claims listed on Exhibit 1 thereto has been reduced and Allowed at the amount set forth on the applicable shaded row under Column G

---

[2] In accordance with Local Bankruptcy Rule 3007-2, the Claims Agent served a separate copy of this Notice that was specifically tailored to each individual identified on Exhibit A to the Objection.

[3] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

[4] The Proposed Order is attached to the Objection as **Exhibit A**.

("Total Allowed Tax Claim") and that each Allowed Texas Tax Claim has been satisfied such that the amount outstanding on the Allowed Texas Tax Claim, if any, is the amount set forth on the applicable shaded row under Column J ("Total Outstanding Allowed Tax Claim").

You should look for your name on **Exhibit 1** attached to the Proposed Order (Exhibit A to the Objection) enclosed herewith and review the Objection carefully.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 16, 2025.**

> Clerk of Court
> United States Bankruptcy Court
>   for the District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

At the same time, you must also serve a copy of the response upon the Plan Administrator's attorneys:

> Robert J. Feinstein, Esq.
> Bradford J. Sandler, Esq.
> Erin Gray, Esq.
> Edward A. Corma, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 1700 Broadway, 36th Floor
> New York, NY 10019

If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Vincent F. Papalia on **December 23, 2025, at 10:00 a.m. Eastern Time** at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102.

**PLEASE TAKE NOTICE** that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. one (1) business day prior to the scheduled hearing.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: November 19, 2025 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | egray@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |

4937-8940-5050.1 08728.003