U.S. Bankruptcy Court for the District of New Jersey

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| **Debtor Name and Case Number** | Bed Bath & Beyond Inc.; Case No.: 23-13359 (VFP) |
| **Creditor Name and Address:** | See attached Exhibit A for creditor names.<br>c/o Douglas J. Fleisher, Esq.<br>Law Offices of Douglas J. Fleisher<br>2035 Kennedy Boulevard<br>North Bergen, NJ 07047<br>Phone: (201) 617-5777<br>Email: lawofficesdjf@gmail.com |
| **Court Claim Number (if known):** | See attached Exhibit A. |
| **Date Claim Filed:** | See attached Exhibit A. |
| **Total Amount of Claim Filed:** | See attached Exhibit A. |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby (a) withdraw the Proofs of Claim listed in Exhibit A, (b) agree to the expungement of the Scheduled Claims listed on Exhibit A and (c) authorize the Clerk of this Court, or the duly appointed Claims Agent, to reflect the aforementioned on the official claims register for the above- referenced Debtor(s).

Dated: 11/18/25

_Douglas J Fleisher_ (signature)

Print Name: DOUGLAS J FLEISHER

Title (if applicable) Attorney for workers