**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 1 | Adames, Orlando | 6/28/2023 | 7053 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 2 | Alania, Mercedes | 7/7/2023 | 11794 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 3 | Alvarenga, Lily | 6/29/2023 | 8734 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 4 | Anciany, Cesar | 6/29/2023 | 7050 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 5 | Apoliniario, Basilia | 6/29/2023 | 9130 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 6 | Argueta, Blanca | 6/29/2023 | 7778 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 7 | Argueta, Blanca | 6/29/2023 | 8643 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 8 | Asencios, Martha | 6/29/2023 | 8175 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 9 | Aspilcueta, Manuel J | 6/29/2023 | 8832 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 10 | Avila, Jessica | 6/29/2023 | 7860 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 11 | Batista, Ynosencia | 6/29/2023 | 8593 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 12 | Becerra, Jose J | 6/29/2023 | 8606 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 13 | Beco, Emenegildo J | 6/29/2023 | 8822 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 14 | Bracamonte , Milagro  J | 6/29/2023 | 7744 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 15 | Bustillos, Juan J | 6/29/2023 | 8091 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 16 | Cachay , Rita  J | 6/29/2023 | 7781 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 17 | Camara, Enrique J | 6/29/2023 | 8132 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 18 | Campelo, Alicia | 6/29/2023 | 7815 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 19 | Capois Radney , Romulo  J | 6/29/2023 | 7799 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 20 | Carias , Maria  J | 6/29/2023 | 7900 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 21 | Carias, Silvia | 6/29/2023 | 7836 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 22 | Carrillo , Carlos  J | 6/29/2023 | 8681 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 23 | Castaneda, Nelly J | 6/29/2023 | 8795 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 24 | Castillo , Gricelda  J | 6/29/2023 | 8617 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 25 | Castillo, Carolina J | 6/29/2023 | 7988 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 26 | Castillo, Maria J | 6/29/2023 | 8654 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 27 | Castillo, Paricio J | 6/29/2023 | 8264 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 28 | Castro, Mercedes J | 6/29/2023 | 8284 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 29 | Castro, Monica J | 6/29/2023 | 8026 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 30 | Cepeda , Lourdes J | 6/29/2023 | 7803 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 31 | Cepeda, Arturo J | 6/29/2023 | 8029 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 32 | Chambergo , Jose J | 6/30/2023 | 8578 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 33 | Chong, Cesar J | 6/29/2023 | 8664 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 34 | Crisante, Jorge J | 6/30/2023 | 7313 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 35 | Cruz, Asia J | 6/30/2023 | 8377 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 36 | de Rodriguez, Yecenia Vilorio | 7/5/2023 | 9358 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 37 | Diaz, Dora | 6/29/2023 | 7881 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 38 | Duarte De Lopez, Maricela | 6/29/2023 | 7896 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 39 | Elvir-Carrasco, Fanny | 6/29/2023 | 8726 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 40 | Erazo , Ana | 7/7/2023 | 10869 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 41 | Espinosa, Daniel | 6/29/2023 | 8647 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 42 | Estrada, Elmer | 6/29/2023 | 7916 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 43 | Fabio Rodriguez | 6/30/2023 | 7208 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 44 | Familia, Lucas J | 6/30/2023 | 8399 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 45 | Fleisher, Douglas | 6/30/2023 | 7325 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 46 | Flores, Edgar J | 6/30/2023 | 7269 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 47 | Flores, Graciela J | 6/30/2023 | 8598 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 48 | Florian de Luna, Jhovanny J | 6/30/2023 | 7277 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 49 | Florian, Eusebio | 7/7/2023 | 11740 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 50 | Gamarra, Gisselle | 6/30/2023 | 8602 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 51 | Gilber, Fidel J | 6/30/2023 | 7381 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 52 | Giraldo, Elmer J | 6/30/2023 | 8454 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 53 | Gomez, Gloria J | 6/30/2023 | 8457 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 54 | Goncalves, Maria J | 6/30/2023 | 8467 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 55 | Grullon, Bernardina J | 6/30/2023 | 8546 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 56 | Gutierrez, Margarita J | 6/30/2023 | 8551 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 57 | Gutierrez, Raul J | 6/30/2023 | 7175 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 58 | Guzman, Eleuterio J | 6/30/2023 | 7260 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 59 | Guzman, Francisco J | 6/30/2023 | 8442 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 60 | Guzman, Maria J | 6/30/2023 | 7179 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 61 | Hernandez, Jean Carlos | 6/30/2023 | 7384 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 62 | Ibarra, Esperanza | 7/7/2023 | 12021 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 63 | Jean, Hyppolite | 6/30/2023 | 7174 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 64 | Jimenez , Alejandro | 6/30/2023 | 7162 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 65 | Martinez, Alcides J | 6/30/2023 | 8661 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 66 | Martinez, Jesus J | 6/30/2023 | 7430 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 67 | Martinez, Vicente | 7/7/2023 | 11725 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 68 | Mateo, Faridez | 7/7/2023 | 11698 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 69 | Mercedes King, Juan J | 6/30/2023 | 7390 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 70 | Meza, Raydee J | 6/30/2023 | 7103 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 71 | Miller, Adela J | 6/30/2023 | 7427 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 72 | Moreno, Francis Mateo | 7/7/2023 | 10889 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 73 | Munoz, Teresa J | 6/30/2023 | 7368 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 74 | Nolasco, Digna J | 6/30/2023 | 7412 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 75 | Ortiz, Manuel J | 6/30/2023 | 7091 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 76 | Patel, Jyoti J | 6/30/2023 | 7228 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 77 | Perez, Altagracia J | 6/30/2023 | 6992 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 78 | Perez, Cristian J | 6/30/2023 | 7289 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 79 | Perez, Fernando J | 6/30/2023 | 7195 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 80 | Polanco, Ramiro J | 6/30/2023 | 7245 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 81 | Quelix, Fiordaliza | 7/7/2023 | 11712 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 82 | Ramirez, Monica | 6/30/2023 | 7184 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 83 | Ramos, Danilo | 6/30/2023 | 7288 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 84 | Rendon, Fatima | 6/30/2023 | 7290 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 85 | Rivas, Epifanio | 6/30/2023 | 7201 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 86 | Rivera, Carolina J | 6/30/2023 | 7204 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 87 | Rivera, Elpidio | 6/30/2023 | 7244 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 88 | Rivero, Francisco J | 6/30/2023 | 7065 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 89 | Robles, Carlos | 7/7/2023 | 11718 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 90 | Robles, Ubaldo J | 6/30/2023 | 7008 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 91 | Rodriguez, Eulogia Garcia | 7/7/2023 | 11690 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 92 | Rodriguez, Nuris J | 6/30/2023 | 7018 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 93 | Rojas, Orlando J | 7/5/2023 | 9252 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 94 | Roque, Maria J | 7/5/2023 | 9259 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 95 | Ruiz, Juan J | 7/5/2023 | 9261 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 96 | Salazar, Jorge J | 7/5/2023 | 9262 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 97 | Sanchez, Jonny J | 7/5/2023 | 9264 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 98 | Santel, Jose J | 7/5/2023 | 9266 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 99 | Santos, Luis J | 7/5/2023 | 9276 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 100 | Sarante, Antonio J | 7/5/2023 | 9279 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 101 | Serrano, Roberto J | 7/5/2023 | 9270 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 102 | Sosa de Jesus, Ernesto J | 7/5/2023 | 9296 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 103 | Sosa, Yvonne J | 7/5/2023 | 9300 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 104 | Suarez, Orlando J | 7/5/2023 | 9305 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 105 | Suarez, Ruth J | 7/5/2023 | 9311 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 106 | Taboada, Elmer J | 7/5/2023 | 9321 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 107 | Tavarez, Yveliset J | 7/5/2023 | 9331 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 108 | Valenzuela, Hernan | 7/7/2023 | 11746 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., CASE NO. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 109 | Vasquez, Yssel J | 7/5/2023 | 9333 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 110 | Vega, Luciano | 7/7/2023 | 11729 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 111 | Vega, Teresa | 7/7/2023 | 10264 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 112 | Vega, Zoila J | 7/5/2023 | 9336 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 113 | Velasquez, Cesar | 7/7/2023 | 11654 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 114 | Velasquez, Raul J | 7/5/2023 | 9308 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., CASE NO. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 115 | Ventura De Perez, Ramona J | 7/5/2023 | 9341 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 116 | Veras, Melvin J | 7/6/2023 | 11970 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 117 | Villacorta, Rooselbelt J | 7/5/2023 | 9323 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 118 | Viteri, Alcira J | 7/5/2023 | 9385 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 119 | Zevallos, Robert | 6/30/2023 | 7052 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |
| 120 | Zevallos, Robert J | 7/5/2023 | 9422 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |

**BED BATH BEYOND INC., Case No. 23-13359 (VFP)**

**Exhibit A**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Class | Claim Amount |
|---|---|---|---|---|---|---|
| 121 | Zuniga, Gina | 6/30/2023 | 7003 | Bed Bath & Beyond Inc. | Secured | $0.00 |
| | | | | | Admin | $0.00 |
| | | | | | 503(b)(9) | $0.00 |
| | | | | | Priority | Unliquidated |
| | | | | | GUC | $0.00 |
| | | | | | Total | $0.00 |