| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1.   I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.   The Plan Administrator requests adjournment of the below hearing as it relates to Claim No. 8108 filed by MerchSource, LLC.

3.   <u>Matter</u>:  Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4266].

4.   <u>Current hearing date and time</u>:  December 9, 2025, at 10:00 a.m.

5.   <u>New date requested</u>:  December 23, 2025, at 10:00 a.m.

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4924-6551-1009.1 08728.003

6. <u>Reason for adjournment request</u>:  The parties require additional time to pursue a resolution of Docket No. 4266 as it relates to Claim No. 8108 filed by MerchSource, LLC.

7. <u>Consent to adjournment</u>:

   [X]   I have the consent of all parties.
   [ ]   I do not have the consent of all parties (explain below).

8. Please note that this adjournment request relates only to Claim No. 8108 filed by MerchSource, LLC regarding the *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266].

I certify under penalty of perjury that the foregoing is true.

Date: November 26, 2025         */s/ Edward A. Corma*
                                Signature


COURT USE ONLY: _____

The request for adjournment is:

  X    Granted         New hearing date: **12/23/25 @ 10am** Peremptory

       Granted over objection(s)    New hearing date:              Peremptory

       Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**