| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1. I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2. The Plan Administrator requests adjournment of the below hearing, status conference, and related deadlines.

3. <u>Matters</u>: *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266]; *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1)* [Docket No. 4354]; and *Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale* [Docket No. 4432].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4927-7789-0430.1 08728.003

| Item | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline to Respond to Discovery Request | 12/08/25 | 01/05/26 |
| Deadline to File Discovery Dispute Letter (if any) | 12/12/25 | 01/09/26 |
| Status Conference [Docket No. 4432] | 12/16/25 at 10:00 a.m. | 01/13/26 at 10:00 a.m. |
| Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1) [Docket No. 4354] | 12/16/25 at 10:00 a.m. | 01/13/26 at 10:00 a.m. |

4. <u>Reason for adjournment request</u>: The parties require additional time to pursue a resolution.

5. <u>Consent to adjournment</u>:

   [X]  I have the consent of all parties.
   [ ]  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: December 4, 2025          /s/ Edward A. Corma
                                Signature

COURT USE ONLY:

The request for adjournment is:

☒      Granted         New hearing date: 1/13/26 @ 10      Peremptory

☐      Granted over objection(s)   New hearing date:       ☐     Peremptory

☐      Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4927-7789-0430.1 08728.003                    2