**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 9, 2025, AT 10:00 A.M. (ET)

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**
>
> **Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

## I.    MATTER GOING FORWARD

1.    Plan Administrator's Twenty-Third Omnibus Objection to Claims (Reclassification of Employee Claims No. 1) [Docket No. 4442].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Response Deadline:  December 2, 2025.

Responses Received:  None.

Related Documents:

>       (a)      Notice of Objection to Your Claim [Docket No. 4443].

>       (b)      Affidavit of Service [Docket No. 4457].

Status: This matter will go forward without objection.

## II.    **MATTER ADJOURNED**

>   2.    Continued hearing on *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] as to claimant MerchSource LLC.

Response Deadline:  August 26, 2025.

Responses Received:

>       (a)      [UNFILED] Informal Response Received from MerchSource LLC Regarding Claim No. 8108.

>       (b)      Objection of Water-Stream LLC [Docket No. 4312].

>       (c)      [UNFILED] Supplemental Objection of Water-Stream, LLC.

>       (d)      Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1) (Received from Eva Marie Beale) [Docket No. 4354].

Related Documents:

>       (a)      Notice of Objection to Your Claim [Docket No. 4267].

>       (b)      Affidavit of Service [Docket No. 4282].

>       (c)      Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].

>       (d)      Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4295].

>       (e)      Plan Administrator's Reply to Claimant's Response to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4310].

(f)     [ENTERED] Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4318].

(g)     Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4342].

(h)     Plan Administrator's Reply to Response of Eva Marie Beale to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4350].

(i)     Certificate of Service [Docket No. 4351].

(j)     Affidavit of Service [Docket No. 4355].

(k)     [ENTERED] Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale [Docket No. 4432].

(l)     Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4446].

(m)    Notice of Hearing [Docket No. 4447].

(n)     Determination of Adjournment Request (Solely as to (i) *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266]; (ii) *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1)* [Docket No. 4354]; and (iii) *Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale* [Docket No. 4432]) [Docket No. 4455].

(o)     Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4456].

Status: An adjournment was granted solely as to Claim No. 8108 filed by MerchSource LLC and is scheduled for hearing on December 23, 2025, at 10:00 a.m. Eastern Time.

Dated:  December 5, 2025

*/s/ Edward A. Corma*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:     (212) 561-7700
Facsimile:      (212) 561-7777
Email:          rfeinstein@pszjlaw.com
                bsandler@pszjlaw.com
                egray@pszjlaw.com
                ecorma@pszjlaw.com

*Counsel to the Plan Administrator*