**Exhibit B**

**Declaration of Michael Goldberg**

4898-5351-8718.1 08728.003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
　　　　bsandler@pszjlaw.com
　　　　egray@pszjlaw.com
　　　　ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

|  |  |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |
|  | **Hearing Date:** **January 13, 2026** |
|  | **Hearing Time:** **10:00 a.m. (ET)** |
|  | **Response Deadline:** **January 6, 2026** |
|  | **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

**DECLARATION OF MICHAEL GOLDBERG IN SUPPORT OF**
**PLAN ADMINISTRATOR'S TWENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS**
**(RECLASSIFIED LANDLORD CLAIMS NO. 1)**

Pursuant to 28 U.S.C. § 1746, I, Michael Goldberg, under penalty of perjury, declare as

follows:

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1.      I am the Plan Administrator to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath &

Beyond Inc.)[2] and 73 affiliated debtors (the "Debtors"). I give this declaration in support of the

*Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord*

*Claim No.1)* (the "Objection").[3]

2.      Except as otherwise indicated, the statements in this declaration are based on: (a)

my personal knowledge of the Debtors' business operations since my appointment as Plan

Administrator; (b) my review of relevant documents and the Objection; (c) information

provided to me by, or discussions with, members of my management team, other employees,

my Professionals (including the Claims Agent); and/or (d) my general experience and

knowledge. I am authorized to submit this declaration. If called upon to testify, I can and will

testify competently as to the facts set forth herein.

3.      On April 23, 2023, (the "Petition Date"), each of the Debtors commenced with

this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors continued to

operate their businesses and manage their assets as debtors in possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code until the Effective Date of the Plan (each, as defined

below).

4.      On September 14, 2023 (the "Confirmation Date"), the Court entered the

*Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a*

*Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath &*

*Beyond Inc. and its Debtor Affiliates* [Doc. No. 2172] (the "Confirmation Order"), confirming

---

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection or in the Plan.

the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Doc. No. 2160] (the "Plan").

5.      On September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). [Doc. No. 2311].

6.      On the Effective Date, I became the sole representative of the Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.

7.      The Claims Objection Bar Date is currently March 30, 2026.

8.      The amount of alleged Administrative and Priority Class Claims greatly exceeds the amount of the Combined Reserve. Accordingly, in my business judgment, until I know the universe of Allowed Administrative and Priority Class Claims, I am not paying any of them to ensure that each Holder of an Allowed Administrative Claim, Allowed Priority Tax Claim, Allowed Other Secured Claim and Allowed Other Priority Claim eventually receives its appropriate *pro rata* share of the Combined Reserve.

9.      In the ordinary course of business, including subsequent to the Petition Date, the Debtors maintained books and records (the "Books and Records") that reflect, among other things, the nature and amount of the liabilities owed to their creditors. My Professionals and I are in the process of reviewing, comparing, and reconciling proofs of claim (including any supporting documentation) with the Debtors' Schedules and its Books and Records. This reconciliation process includes identifying the particular Claims and categories of Claims that are subject to this Objection.

10.     Based upon a careful review and analysis of the Disputed Claims, the Debtors' books and records, the claims register and the court's docket, my Professionals and I have

4898-5351-8718.1 08728.003

determined that each Disputed Claim identified on **Exhibit 1** to the Proposed Order asserts (in whole or in part) an administrative claim pursuant to a lease of nonresidential real property (the "Leases") for a store location that was closed prior to the Petition Date and that each of the Leases that are the subject of the Disputed Claims were rejected effective as of the Petition Date pursuant to the *Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief* [Doc. No. 373] (the "Rejection Order").

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: December 8, 2025

*/s/ Michael Goldberg*
By: Michael Goldberg
In his capacity as Plan Administrator to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and 73 affiliated debtors

4898-5351-8718.1 08728.003