| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         egray@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 16, 2025, AT 10:00 A.M. (ET)**

> Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.
>
> Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.

**I.     MATTER GOING FORWARD**

   1.   Plan Administrator's Twenty-Fourth Omnibus Objection to Claims (Reclassification of Employee Claims No. 2) [Docket No. 4444].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4933-8232-2557.2 08728.003

Response Deadline: December 9, 2025.

Responses Received: None.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4445].

    (b)    Affidavit of Service [Docket No. 4457].

Status: This matter will go forward as uncontested.

## II. MATTER ADJOURNED

2. Status conference on (i) *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] as to Claimant Eva Marie Beale; and (ii) *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1)* Filed by Claimant Eva Marie Beale [Docket No. 4354].

Response Deadline: To be Determined at Hearing.

Responses Received with Respect to Item 2:

    (a)    Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1) (Received from Eva Marie Beale) [Docket No. 4354].

Related Documents with Respect to Item 2:

    (a)    Notice of Objection to Your Claim [Docket No. 4267].

    (b)    Affidavit of Service [Docket No. 4282].

    (c)    Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].

    (d)    Plan Administrator's Reply to Claimant's Response to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4310].

    (e)    [ENTERED] Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4318].

    (f)    Plan Administrator's Reply to Response of Eva Marie Beale to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4350].

  (g)  Certificate of Service [Docket No. 4351].

  (h)  Affidavit of Service [Docket No. 4355].

  (i)  [ENTERED] Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale [Docket No. 4432].

  (j)  Notice of Hearing [Docket No. 4447].

  (k)  Determination of Adjournment Request (Solely as to (i) *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266]; (ii) *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1)* [Docket No. 4354]; and (iii) *Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale* [Docket No. 4432]) [Docket No. 4455].

  (l)  Determination of Adjournment Request (Solely as to (i) *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266]; (ii) *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1)* [Docket No. 4354]; and (iii) *Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale* [Docket No. 4432]) (the "Beale Status Conference Matters") [Docket No. 4460].

Status: An adjournment was granted for the Beale Status Conference Matters and is scheduled for hearing on January 13, 2026, at 10:00 a.m. Eastern Time.

| | |
|---|---|
| Dated: December 15, 2025 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin E. Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | egray@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |