| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            egray@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | Order Filed on December 16, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:**          **December 9, 2025**<br>**Hearing Time:**          **10:00 a.m. (ET)**<br>**Response Deadline:**  **December 2, 2025**<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF EMPLOYEE CLAIMS NO.1)

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: December 16, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4910-5291-4027.5 08728.003

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS |

Upon the objection (the "<u>Objection</u>")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "<u>Disputed Claims</u>"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is hereby either (a) disallowed entirely or (b) reclassified as a Class 6 General Unsecured Claim.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS |

---

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4910-5291-4027.5 08728.003

(Page | 4)

Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS

---

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

**Exhibit 1**

**List of Disputed Claims**

4910-5291-4027.5 08728.003

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 23rd Omnibus Objection to Claims
(Reclassified Employee Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed (Claim As Filed) | | Claim Amount & Classification if Objection Granted (Claim if Objection Granted) | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 1 | Acosta, Brenda | 7/7/2023 | 14108 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$29,192.34<br>$0.00<br>$29,192.34 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$29,192.34<br>$29,192.34 | Claimant is a former employee of the Debtors who was terminanted prepetition. Claim is for severence. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that Claimant was not offered severance at termination and that all amounts owing to Claimant have been paid.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 2 | Andrisano, ToniAnne | 7/1/2023 | 8464 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$360,038.92<br>$0.00<br>$360,038.92 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$360,038.92<br>$360,038.92 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for severence. The Plan Administrator objects to the claim on the following grounds: (1) The Debtor's books and records indicate that the Debtors paid the required NJ Severance benefits to Claimant. (2) Claim is not entitled to  priority under section 507(a)(4). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 3 | Azoulay, Danielle | 5/12/2023 | 961 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,681.00<br>$10,212.62<br>$25,893.62 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,893.62<br>$25,893.62 | Claimant is a former employee of the Debtors who was terminanted prepetition. Claim is for severence. The Plan Administrator objects to the claim on the following grounds: (1) Claim is not for wages earned within the Priorty Period and is not entitled to priority under Bankruptcy Code section 507(a)(4). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 4 | Berrios-Jasper, Yamileth | 7/3/2023 | 13509 | Bed Bath & Beyond of California Limited Liability Company | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$24,952.46<br>$0.00<br>$24,952.46 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$24,952.46<br>$24,952.46 | Claimant is a former employee of the Debtors who was terminanted prepetition. Claim is for severence, PTO and witholding. Claim is for severence. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that Claimant was not offered severance at termination and that all amounts owing to Claimant have been paid.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 23rd Omnibus Objection to Claims
(Reclassified Employee Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 5 | BOXLEY, DARLENE | 7/25/2023 | 14983 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $696.08 / $0.00 / $696.08 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $696.08 / $696.08 | Claimant is a former employee of the Debtors. Claim is for contributions to and/or matching funds for Claimant's 401(k). The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 6 | Bradley, Kenneth | 5/31/2023 | 3185 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $4,000.00 / $0.00 / $4,000.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $4,000.00 / $4,000.00 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for matching funds for Claimant's 401(k). The Plan Administrator objects to the claim on the following grounds: (1) Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 7 | Bradley, Kenneth | 5/31/2023 | 3226 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $22,000.00 / $0.00 / $22,000.00 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $22,000.00 / $22,000.00 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for a Restriced Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any claim is a general unsecured claim. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. (3) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 8 | Breeden, Paula Cockerill | 6/19/2023 | 6361 | Bed Bath & Beyond Inc. | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $22,636.97 / $0.00 / $22,636.97 | Secured / Admin / 503(b)(9) / Priority / GUC / Total | $0.00 / $0.00 / $0.00 / $0.00 / $22,636.97 / $22,636.97 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 23rd Omnibus Objection to Claims
(Reclassified Employee Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim As Filed | | Claim if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 9 | Burrell, Brasha Jonae | 7/5/2023 | 9315 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$0.00<br>$5,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | Claimant is a former employee of the Debtors. Claim is for "services performed". The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 10 | Christmas, Christopher David | 5/25/2023 | 2535 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$10,340.15<br>$0.00<br>$10,340.15 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,340.15<br>$10,340.15 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Cash Award Claim is  a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 11 | Cokley, Nicole | 6/29/2023 | 8133 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$622,349.00<br>$637,499.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$637,499.00<br>$637,499.00 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for severence. The Plan Administrator objects to the claim on the following grounds: (1) The Debtor's books and records indicate that the Debtors paid the required NJ Severence benefits to Claimant. (2) Claim is not entitled to  priority under section 507(a)(4). (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 12 | Costa, Robert | 6/21/2023 | 11441 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$497.64<br>$0.00<br>$497.64 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$497.64<br>$497.64 | Claimant is a former employee of the Debtors. Claim is for  matching funds for Claimant's 401(k). The Plan Administrator objects to the claim on the following grounds: (1)  Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year. (2) Any 401(k) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5).  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 23rd Omnibus Objection to Claims
(Reclassified Employee Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 13 | Csigo, Jennifer | 6/27/2023 | 7326 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$139,850.00<br>$155,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$155,000.00<br>$155,000.00 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for for severance. The Plan Administrator objects to the claim on the following grounds: (1) The Debtor's books and records indicate that the Debtors paid the required NJ Severance benefits to Claimant. (2) Claim is not entitled to priority under section 507(a)(4). (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 14 | Cunniff, Richard | 5/10/2023 | 1133 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$12,856.00<br>$32,144.00<br>$45,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$45,000.00<br>$45,000.00 | Claimant is a former employee of the Debtors who was terminated postpetition. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Incentive Cash Award plan documents, any Restricted Cash Award Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5). (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 15 | Danzig, Mark | 5/12/2023 | 856 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$156,223.67<br>$171,373.67 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$171,373.67<br>$171,373.67 | Claimant is a former employee of the Debtors who was terminanted prepetition. Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 23rd Omnibus Objection to Claims
(Reclassified Employee Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed (Claim As Filed) | | Claim Amount & Classification if Objection Granted (Claim if Objection Granted) | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 16 | Dean, Janisse | 6/1/2023 | 3354 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$46,666.66<br>$0.00<br>$46,666.66 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$46,666.66<br>$46,666.66 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for severence. Claimant is a former employee of the Debtors who was terminated postpetition. Claim is for for severance. The Plan Administrator objects to the claim on the following grounds: (1) The Debtor's books and records indicate that the Debtors paid the required NJ Severence benefits to Claimant. (2) Claim is not entitled to priority under section 507(a)(4). (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 17 | Dean, Janisse | 6/1/2023 | 3415 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,685.87<br>$0.00<br>$7,685.87 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,685.87<br>$7,685.87 | Claimant is a former employee of the Debtors who was terminated postpetition. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any claim is a general unsecured claim. (2) Claimant has already been paid the section 507(a)(4) priority limit of $15,150. (3)  (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5).  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 18 | Dean, Janisse | 6/1/2023 | 3532 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$9,600.00<br>$0.00<br>$9,600.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,600.00<br>$9,600.00 | Claimant is a former employee of the Debtors who was terminated postpetition. Claim is for a bonus. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claimant was not entitled to a bonus under the 2023 STIP. (3) Claimant has already been paid the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 19 | Deason, Joshua Isaac | 7/5/2023 | 13712 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $500.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$500.00<br>$500.00 | Claimant is a former employee of the Debtors.  The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claimant has not established any basis for claim to be secured.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 23rd Omnibus Objection to Claims
(Reclassified Employee Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 20 | Deerey-Mach, Nancy | 7/27/2023 | 15365 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$435.81<br>$0.00<br>$435.81 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$435.81<br>$435.81 | Claim is a former employee of the Debtors. Claim is for wages from 2021. The Plan Administrator objects to the claim on the following grounds: (1) Claim is for wages outside the 180 days prior to the Petition Date, and is not entitled to priority under section 507(a)(4).  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 21 | Della Torre , Stacey | 6/26/2023 | 6351 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$10,716.00<br>$26,784.00<br>$37,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$37,500.00<br>$37,500.00 | Claimant is a former employee of the Debtors who was terminated postpetition. Claim is for a Restricted Cash Award.  The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any claim is  a general unsecured claim. (2) Claimant has already been paid the section 507(a)(4) priority limit of $15,150. (3)  Claim is not entitled to priority under section 507(a)(4) or 507(a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 22 | Eckhardt, Robert | 5/10/2023 | 556 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,944.94<br>$0.00<br>$7,944.94 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>0 DISALLOWED | Claim was amended by Claim 11498. The Plan Administrator requests that the Claim be disallowed. |
| 23 | Eckhardt, Robert | 5/10/2023 | 11498 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,944.94<br>$11,269.40<br>$19,213.84 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$19,213.84<br>$19,213.84 | Claimant is a former employee of the Debtors. Claim is for contributions to and/or matching funds for Claimant's 401(k). The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 23rd Omnibus Objection to Claims
(Reclassified Employee Claims No. 1)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 24 | Eustace, Tim | 8/7/2023 | 15837 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors who was terminanted postpetition. Claim is for severence. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claimant was not offerred severence at termination. (3) Claim is not entitled to priority under Bankruptcy Code section 507(a)(4).  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $13,339.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $13,339.00 | |
| | | | | | Total | $13,339.00 | Total | $13,339.00 | |
| 25 | Eustace, Timothy | 10/3/2023 | 17631 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claim sets forth the same liabilities as Claim 15837. The Plan Administrator asks the Court to disallow Claim as duplicative. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $13,315.20 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $13,315.20 | Total | 0 - DISALLOW | |