| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         egray@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

<u>**AMENDED**</u> **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 23, 2025, AT 10:00 A.M. (ET)**

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**
>
> **Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**I.    MATTER RESOLVED**

    1.    Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4266] as to Claim No. 8108 filed by MerchSource LLC.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4933-1951-0403.3 08728.003

<u>Status</u>: This matter is resolved with respect to Claim No. 8108 filed by MerchSource LLC (the "<u>MerchSource Claim</u>"). The Plan Administrator withdrew his objection to the MerchSource Claim [Docket No. 4473], and no hearing is necessary.

<u>Response Deadline:</u>  August 26, 2025.

<u>Responses Received:</u>

- (a) [UNFILED] Informal Response Received from MerchSource LLC Regarding Claim No. 8108

<u>Related Documents:</u>

- (a) Notice of Objection to Your Claim [Docket No. 4267].
- (b) Affidavit of Service [Docket No. 4282].
- (c) Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].
- (d) Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4295].
- (e) [ENTERED] Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4318].
- (f) Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4342].
- (g) Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4446].
- (h) Determination of Adjournment Request (Solely as to Claim No. 8108 Filed by MerchSource LLC) [Docket No. 4456].
- (i) Notice of Withdrawal of Plan Administrator's Twenty-Second Omnibus Objection to Claims as it Relates to Claim No. 8108 Filed by MerchSource LLC [Docket No. 4473].

## II. MATTERS GOING FORWARD

2. Plan Administrator's Twenty-Fifth Omnibus Objection to Claims (Reclassification of Employee Claims No. 3) [Docket No. 4448].

<u>Status</u>: This matter will go forward without objection.

Response Deadline: December 16, 2025.

Responses Received: None.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4449].

    (b)    Affidavit of Service [Docket No. 4463].

3. Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4452].

Status: This matter will go forward without objection from the Claimants **not** included in the below list consisting of claims that have been adjourned for hearing on January 13, 2026, at 10:00 a.m. Eastern Time:

Bexar County (Claims 130 and 137)
City of Frisco (Claim 159 and 149)
City of Mesquite (Claim 163)
Crowley Independent School District (Claims 753 and 15)
Cypress-Fairbanks Independent School District (Claims 868 and 14)
Dallas County (Claims 142 and 100)
Fort Bend County WCID #02 (Claims 894 and 21)
Fort Bend County (Claims 887 and 22)
Harris County et al. (Claims 873 and 889)
Lewisville Independent School District (Claims 152 and 2767)
McLennan County (Claim 489)
Nueces County (Claim 477)
Rockwall CAD (Claim 162)
San Marcos CISD (Claim 442)
Smith County (Claim 305 and 154)
Tarrant County (Claims 158 and 97)

Response Deadline: December 16, 2025.

Responses Received: Informal Responses Received from Certain Taxing Agencies Referenced in Status Above.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4453].

    (b)    Affidavit of Service [Docket No. 4462].

    (c)    Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Below) [Docket No. 4474].

| | |
|---|---|
| Dated:  December 19, 2025 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin E. Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone:     (212) 561-7700 |
| | Facsimile:       (212) 561-7777 |
| | Email:             rfeinstein@pszjlaw.com |
| |                             bsandler@pszjlaw.com |
| |                             egray@pszjlaw.com |
| |                             ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |