# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 23, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the parties attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Twenty-fourth Omnibus Objection to Claims (Reclassification of Employee Claims No. 2) [Docket No. 4483]

Dated: December 26, 2025

/s/ *Sonia Akter*
Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 26, 2025, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 93879

**Exhibit A**

# Exhibit A

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 12740357 | Deprima, Paul | Address on File | | | | |
| 12817680 | Evans, Jennifer | Address on File | | | | |
| 12819730 | Finkelstein, Steven | Address on File | | | | |
| 12819949 | Fleming, Scott | Address on File | | | | |
| 12822233 | Foster, Ronnie | Address on File | | | | |
| 12822460 | Foster, Ronnie | Address on File | | | | |
| 12825770 | Francois, Ralph | Address on File | | | | |
| 12894775 | Fratanduono, Camille A | Address on File | | | | |
| 13051234 | Fredas, Bonnie | Address on File | | | | |
| 13070834 | Fuentes, Yunetsi | Address on File | | | | |
| 13085094 | Gannon, Scott | Address on File | | | | |
| 13091329 | Gove, Sue Ellen | Address on File | | | | |
| 13113348 | GRAHAM, BRIDGETTE | Address on File | | | | |
| 13120993 | Hacker, Elizabeth | Address on File | | | | |
| 15425056 | Haddad, Wadih Edward | Address on File | | | | |
| 15467779 | Harrington, Taniya | Address on File | | | | |
| 15554176 | Harrington, Taniya | Address on File | | | | |
| 15543001 | Hartmann, John R | Address on File | | | | |
| 18165338 | Hartsig, Joseph Gerard | Address on File | | | | |
| 18169633 | Hecht, Lemore | Address on File | | | | |
| 18169634 | Hiers, Alvarescha Michelle | Address on File | | | | |