| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  rfeinstein@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           egray@pszjlaw.com<br>           ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | Order Filed on December 31, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:**      December 23, 2025<br>**Hearing Time:**      10:00 a.m. (ET)<br>**Response Deadline:**    December 16, 2025<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S  TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS  (RECLASSIFICATION OF EMPLOYEE CLAIMS NO. 3)

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: December 31, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4907-7256-2552.2 08728.003

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS |

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is hereby either (a) disallowed entirely or (b) reclassified as a Class 6 General Unsecured Claim.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

4907-7256-2552.2 08728.003

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS |

---

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4907-7256-2552.2 08728.003

(Page | 4)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS

---

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

## Exhibit 1

## List of Disputed Claims

4907-7256-2552.2 08728.003

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 1 | HOOPER, BRITTNEI | 6/30/2023 | 6873 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$0.00<br>$25,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$25,000.00 | Claimant is a former employee of the Debtors. Claim is for "services performed". The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 2 | Karol, Gilbert | 5/24/2023 | 2515 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$26,968.16<br>$0.00<br>$26,968.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$26,968.16<br>$26,968.16 | Claimant is a former employee of the Debtors. Claim is for matching funds for Claimant's 401(k) and Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year. (2) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (3) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 3 | Kaszniak, Amanda | 7/10/2023 | 12697 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,454.58<br>$0.00<br>$5,454.58 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,454.58<br>$5,454.58 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds:(1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claimant was not offered severance at termination. (3) Claim is not entitled to priority under Bankruptcy Code section 507(a)(4). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 4 | Keate, Dawn | 5/30/2023 | 3133 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,508.98<br>$0.00<br>$7,508.98 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,508.98<br>$7,508.98 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 5 | Keate, Dawn | 7/6/2023 | 11178 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$6,500.00<br>$0.00<br>$6,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,500.00<br>$6,500.00 | Claimant is a former employee of the Debtors. Claim is for accrued vacation. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant for accrued vacation have been paid. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. (3) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 6 | Keate, Dawn M | 6/15/2023 | 6323 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$21,483.32<br>$0.00<br>$21,483.32 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$21,483.32<br>$21,483.32 | Claimant is a former employee of the Debtors. Claim is for PTO. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant for PTO have been paid. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. (3) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 7 | Keegan, Christine M | 6/27/2023 | 6392 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$28,818.43<br>$43,968.43 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$43,968.43<br>$43,968.43 | Claimant is a former employee of the Debtors. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 8 | Kim, Bong In | 6/9/2023 | 5785 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$4,286.00<br>$0.00<br>$4,286.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,286.00<br>$4,286.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 9 | Klak, Henry | 5/17/2023 | 1462 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$18,214.00<br>$25,714.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,714.00<br>$25,714.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 10 | KUDISH, MAXIM | 6/30/2023 | 12564 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$3,144.78<br>$18,294.78 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$18,294.78<br>$18,294.78 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 11 | LAMAR, JAMEA NICHELLE | 6/29/2023 | 8007 | Bed Bath & Beyond Inc. | Secured | $3,000.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for a" lease." The Plan Administrator objects to the claim on the following grounds: (1) Claimant has provided no evidence to establish that the Claim is secured. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $3,000.00 | |
| | | | | | Total | $3,000.00 | Total | $3,000.00 | |
| 12 | Leary, Angela M. | 5/10/2023 | 647 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $10,810.05 | Priority | $0.00 | |
| | | | | | GUC | $0.50 | GUC | $10,810.55 | |
| | | | | | Total | $10,810.55 | Total | $10,810.55 | |
| 13 | Leary, Angela M. | 5/26/2023 | 2753 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for matching funds for Claimant's 401(k). The Plan Administrator objects to the claim on the following grounds: (1) Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $3,425.84 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $3,425.84 | |
| | | | | | Total | $3,425.84 | Total | $3,425.84 | |
| 14 | LICK, NEIL | 6/22/2023 | 12359 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. The Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,150.00 | Priority | $0.00 | |
| | | | | | GUC | $63,329.80 | GUC | $78,479.80 | |
| | | | | | Total | $78,479.80 | Total | $78,479.80 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 15 | Lick, Neil David | 6/22/2023 | 6658 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This Claim is based on the same liabilities as Claim 12359; therefore, the Plan Administrator asks the Court to enter an order disallowing and expunging it. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,150.00 | Priority | $0.00 | |
| | | | | | GUC | $63,329.80 | GUC | $0.00 | |
| | | | | | Total | $78,479.80 | Total | 0-DISALLOW | |
| 16 | Long, Gloria | 7/6/2023 | 9648 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $8,000.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $8,000.00 | |
| | | | | | Total | $8,000.00 | Total | $8,000.00 | |
| 17 | Malley, Donna | 7/7/2023 | 11124 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. The Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $25,502.69 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $25,502.69 | |
| | | | | | Total | $25,502.69 | Total | $25,502.69 | |
| 18 | Masson, William | 8/23/2025 | 20852 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This Claim is for the value of shares of stock. There is no basis for priority under any section 507(a). Furthermore, the Claim was filed over 2 years after the Bar Date. Accordingly, the Plan Administrator asks that the Court disallow and expunge the Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $1,171,000.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,171,000.00 | Total | 0.00- Disallow | |
| 19 | McCoy, Brian James | 6/20/2023 | 6544 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $3,894.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $3,894.00 | |
| | | | | | Total | $3,894.00 | Total | $3,894.00 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 20 | Melnick, Gregg A | 5/2/2023 | 98 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$702,354.07<br>$717,504.07 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$717,504.07<br>$717,504.07 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 21 | Moeller, Dennis | 6/23/2023 | 7095 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$704.00<br>$0.00<br>$704.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$704.00<br>$704.00 | Claimant is a former employee of the Debtors. Claim is for PTO. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant for PTO have been paid. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 22 | Moeller, Dennis | 6/18/2023 | 4359 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$704.00<br>$0.00<br>$704.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>0.00-DISALLOW | This Claim is based on the same liabilities as Claim 7059; therefore, the Plan Administrator asks the Court to enter an order disallowing and expunging it. |
| 23 | ODonnell, Christopher Jordan | 7/25/2023 | 14906 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$335.98<br>$0.00<br>$335.98 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$335.98<br>$335.98 | Claimant is a former employee of the Debtors. Claim is for "unpaid wages". The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 24 | Onksen, William | 7/7/2023 | 13637 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$37,500.00<br>$0.00<br>$37,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$37,500.00<br>$37,500.00 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 25 | Paek, Diana | 7/5/2023 | 9163 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$387,500.00<br>$0.00<br>$387,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$387,500.00<br>$387,500.00 | Claimant is a former employee of the Debtors. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid.  (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |