| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## ADJOURNMENT REQUEST

1.    I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.    The Plan Administrator requests adjournment of the below hearing as it relates to Claim Nos. 17756 and 19111 filed by Ohio Department of Taxation.

3.    <u>Matter</u>:    Plan Administrator's Twenty-Eighth Omnibus Objection to Claims (Amended Claims) [Docket No. 4466].

4.    <u>Current hearing date and time</u>:  January 13, 2026, at 10:00 a.m.

5.    <u>New date requested</u>:  February 18, 2026, at 10:00 a.m.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

6.      <u>Reason for adjournment request</u>:  The parties require additional time to pursue a resolution of Docket No. 4466 as it relates to Claim Nos. 17756 and 19111 filed by Ohio Department of Taxation.

7.      <u>Consent to adjournment</u>:

        [X]    I have the consent of all parties.
        [  ]    I do not have the consent of all parties (explain below).

8.      Please note that this adjournment request relates only to Claim Nos. 17756 and 19111 filed by Ohio Department of Taxation regarding the *Plan Administrator's Twenty-Eighth Omnibus Objection to Claims (Amended Claims)* [Docket No. 4466].

I certify under penalty of perjury that the foregoing is true.

Date: December 31, 2025          */s/ Edward A. Corma*
                                 Signature

<u>COURT USE ONLY</u>:

The request for adjournment is:

X      Granted      New hearing date:  <u>2/18/2026 at 10:00am</u>

       Granted over objection(s)      New hearing date:

       Denied

       **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**