| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1. I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2. The Plan Administrator requests adjournment of the below hearing as it relates only to the following claims:

   Equity One (Florida Portfolio) LLC (Claim 11716)
   Equity One (Florida Portfolio) LLC (Claim 13356)
   Equity One (Northeast Portfolio) LLC (Claim 11972)
   Equity One (Northeast Portfolio) LLC (Claim 12236)
   Equity One (Southeast Portfolio) LLC (Claim 11942)

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4912-6842-7910.1 08728.003

    KRG Butler Kinnelon, LLC (Claim 12692)
    KRG Lakewood, LLC (Claim 13118)
    KRG Leesburg Fort Evans, LLC (Claim 11921)
    KRG Park Place, LLC (Claim 11406)
    Regency Realty Group, Inc. (Claim 11703)
    Regency Realty Group, Inc. (Claim 11993)

3. <u>Matter</u>: Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) [Docket No. 4464].

4. <u>Current hearing date and time</u>: January 13, 2026, at 10:00 a.m.

5. <u>New date requested</u>: February 18, 2026, at 10:00 a.m.

6. <u>Reason for adjournment request</u>: The parties require additional time to pursue a resolution of Docket No. 4464.

7. <u>Consent to adjournment</u>:

    [X]    I have the consent of all parties.
    [ ]    I do not have the consent of all parties (explain below).

8. Please note that this adjournment request relates only to the above-referenced claims in the *Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1)* [Docket No. 4464] (the "<u>Objection</u>"). The hearing will go forward with respect to all remaining Disputed Claims included in the Objection.

I certify under penalty of perjury that the foregoing is true.

Date: January 6, 2026        */s/ Edward A. Corma*
                                       Signature

COURT USE ONLY:

The request for adjournment is:

X    Granted    New hearing date: <u>2/18/2026 AT 10am</u>

     Granted over objection(s)    New hearing date:

     Denied

     **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**