**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

In re:

BED BATH & BEYOND INC., *et al.*,[1]

                              Debtors.

Order Filed on December 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**Hearing Date:** **December 23, 2025**
**Hearing Time:** **10:00 a.m. (ET)**
**Response Deadline:** **December 16, 2025**

**ORAL ARGUMENT WAIVED UNLESS
RESPONSES ARE TIMELY FILED**

### ORDER SUSTAINING PLAN ADMINISTRATOR'S  TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS  (RECLASSIFICATION OF EMPLOYEE CLAIMS NO. 3)

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: December 31, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS |

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Objection is sustained.

2.     As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is hereby either (a) disallowed entirely or (b) reclassified as a Class 6 General Unsecured Claim.

3.     The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4907-7256-2552.2 08728.003

(Page | 3)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS |

---

4.      Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5.      Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6.      Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4907-7256-2552.2 08728.003

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al.* |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS |

7.    Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8.    The Court shall retain jurisdiction to construe and enforce this Order.

4

**<u>Exhibit 1</u>**

**List of Disputed Claims**

1

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 1 | HOOPER, BRITTNEI | 6/30/2023 | 6873 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for "services performed". The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $25,000.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $25,000.00 | |
| | | | | | Total | $25,000.00 | Total | $25,000.00 | |
| 2 | Karol, Gilbert | 5/24/2023 | 2515 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for matching funds for Claimant's 401(k) and Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year. (2) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (3) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $26,968.16 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $26,968.16 | |
| | | | | | Total | $26,968.16 | Total | $26,968.16 | |
| 3 | Kaszniak, Amanda | 7/10/2023 | 12697 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds:(1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claimant was not offered severance at termination. (3) Claim is not entitled to priority under Bankruptcy Code section 507(a)(4). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $5,454.58 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $5,454.58 | |
| | | | | | Total | $5,454.58 | Total | $5,454.58 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim as Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 4 | Keate, Dawn | 5/30/2023 | 3133 | Buy Buy Baby, Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award.  The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is  a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $7,508.98 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $7,508.98 | |
| | | | | | Total | $7,508.98 | Total | $7,508.98 | |
| 5 | Keate, Dawn | 7/6/2023 | 11178 | Buy Buy Baby, Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for accrued vacation.  The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant for accrued vacation have been paid. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. (3) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $6,500.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $6,500.00 | |
| | | | | | Total | $6,500.00 | Total | $6,500.00 | |
| 6 | Keate, Dawn M | 6/15/2023 | 6323 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for PTO.  The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant for PTO have been paid. (2)  Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150.  (3) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $21,483.32 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $21,483.32 | |
| | | | | | Total | $21,483.32 | Total | $21,483.32 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 7 | Keegan, Christine M | 6/27/2023 | 6392 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid.  (2)  Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,150.00 | Priority | $0.00 | |
| | | | | | GUC | $28,818.43 | GUC | $43,968.43 | |
| | | | | | Total | $43,968.43 | Total | $43,968.43 | |
| 8 | Kim, Bong In | 6/9/2023 | 5785 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award.  The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is  a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $4,286.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $4,286.00 | |
| | | | | | Total | $4,286.00 | Total | $4,286.00 | |
| 9 | Klak, Henry | 5/17/2023 | 1462 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award.  The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is  a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $7,500.00 | Priority | $0.00 | |
| | | | | | GUC | $18,214.00 | GUC | $25,714.00 | |
| | | | | | Total | $25,714.00 | Total | $25,714.00 | |
| 10 | KUDISH, MAXIM | 6/30/2023 | 12564 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,150.00 | Priority | $0.00 | |
| | | | | | GUC | $3,144.78 | GUC | $18,294.78 | |
| | | | | | Total | $18,294.78 | Total | $18,294.78 | |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 11 | LAMAR, JAMEA NICHELLE | 6/29/2023 | 8007 | Bed Bath & Beyond Inc. | Secured: $3,000.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $0.00<br>GUC: $0.00<br>Total: $3,000.00 | | Secured: $0.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $0.00<br>GUC: $3,000.00<br>Total: $3,000.00 | | Claimant is a former employee of the Debtors. Claim is for a" lease." The Plan Administrator objects to the claim on the following grounds: (1) Claimant has provided no evidence to establish that the Claim is secured. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 12 | Leary, Angela M. | 5/10/2023 | 647 | Bed Bath & Beyond Inc. | Secured: $0.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $10,810.05<br>GUC: $0.50<br>Total: $10,810.55 | | Secured: $0.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $0.00<br>GUC: $10,810.55<br>Total: $10,810.55 | | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award.  The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is  a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 13 | Leary, Angela M. | 5/26/2023 | 2753 | Bed Bath & Beyond Inc. | Secured: $0.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $3,425.84<br>GUC: $0.00<br>Total: $3,425.84 | | Secured: $0.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $0.00<br>GUC: $3,425.84<br>Total: $3,425.84 | | Claimant is a former employee of the Debtors. Claim is for matching funds for Claimant's 401(k). The Plan Administrator objects to the claim on the following grounds: (1)  Claimant was not entitled to a matching 401(k) contribution for any year after the 2021 Plan Year. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. (3) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 14 | LICK, NEIL | 6/22/2023 | 12359 | Bed Bath & Beyond Inc. | Secured: $0.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $15,150.00<br>GUC: $63,329.80<br>Total: $78,479.80 | | Secured: $0.00<br>Admin: $0.00<br>503(b)(9): $0.00<br>Priority: $0.00<br>GUC: $78,479.80<br>Total: $78,479.80 | | Claimant is a former employee of the Debtors. The Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid.  (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim As Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 15 | Lick, Neil David | 6/22/2023 | 6658 | Bed Bath & Beyond Inc. | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $15,150.00 GUC $63,329.80 Total $78,479.80 | | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $0.00 GUC $0.00 Total 0-DISALLOW | | This Claim is based on the same liabilities as Claim 12359; therefore, the Plan Administrator asks the Court to enter an order disallowing and expunging it. |
| 16 | Long, Gloria | 7/6/2023 | 9648 | Bed Bath & Beyond Inc. | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $8,000.00 GUC $0.00 Total $8,000.00 | | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $0.00 GUC $8,000.00 Total $8,000.00 | | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 17 | Malley, Donna | 7/7/2023 | 11124 | Bed Bath & Beyond Inc. | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $25,502.69 GUC $0.00 Total $25,502.69 | | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $0.00 GUC $25,502.69 Total $25,502.69 | | Claimant is a former employee of the Debtors. The Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid. (2) Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 18 | Masson, William | 8/23/2025 | 20852 | Bed Bath & Beyond Inc. | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $1,171,000.00 GUC $0.00 Total $1,171,000.00 | | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $0.00 GUC $0.00 Total 0.00- Disallow | | This Claim is for the value of shares of stock. There is no basis for priority under any section 507(a). Furthermore, the Claim was filed over 2 years after the Bar Date. Accordingly, the Plan Administrator asks that the Court disallow and expunge the Claim. |
| 19 | McCoy, Brian James | 6/20/2023 | 6544 | Bed Bath & Beyond Inc. | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $3,894.00 GUC $0.00 Total $3,894.00 | | Secured $0.00 Admin $0.00 503(b)(9) $0.00 Priority $0.00 GUC $3,894.00 Total $3,894.00 | | Claimant is a former employee of the Debtors. Claim is for a Restricted Cash Award. The Plan Administrator objects to the claim on the following grounds: (1) Pursuant to the Restricted Cash Award plan documents, any Claim is a general unsecured claim. (2) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

BED BATH BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Class | Claim As Filed / Claim Amount | Claim Class | Claim if Objection Granted / Claim Amount | |
| 20 | Melnick, Gregg A | 5/2/2023 | 98 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,150.00 | Priority | $0.00 | |
| | | | | | GUC | $702,354.07 | GUC | $717,504.07 | |
| | | | | | Total | $717,504.07 | Total | $717,504.07 | |
| 21 | Moeller, Dennis | 6/23/2023 | 7095 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for PTO. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant for PTO have been paid. While the Plan Administrator reserves his right to further object to the Claim and/or its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $704.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $704.00 | |
| | | | | | Total | $704.00 | Total | $704.00 | |
| 22 | Moeller, Dennis | 6/18/2023 | 4359 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | This Claim is based on the same liabilities as Claim 7059; therefore, the Plan Administrator asks the Court to enter an order disallowing and expunging it. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $704.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $704.00 | Total | 0.00-DISALLOW | |
| 23 | ODonnell, Christopher Jordan | 7/25/2023 | 14906 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for "unpaid wages". The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant have been paid. (2) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $335.98 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $335.98 | |
| | | | | | Total | $335.98 | Total | $335.98 | |
| 24 | Onksen, William | 7/7/2023 | 13637 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. Claim is for severance. The Plan Administrator objects to the claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4) or 507(a)(5) because it was not earned within the Priority Period. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $37,500.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $37,500.00 | |
| | | | | | Total | $37,500.00 | Total | $37,500.00 | |

BED BATH & BEYOND INC., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 25th Omnibus Objection
(Reclassified Employee Claims No. 3)

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification As Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Claim As Filed** | | **Claim if Objection Granted** | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 25 | Paek, Diana | 7/5/2023 | 9163 | Bed Bath & Beyond Inc. | Secured | $0.00 | Secured | $0.00 | Claimant is a former employee of the Debtors. The Plan Administrator objects to the claim on the following grounds: (1) The Debtors books and records indicate that all amounts owing to Claimant that would be entitled to priority under sections 507(a)(4) and (a)(5) have been paid.  (2)  Claimant has already been paid in excess of the section 507(a)(4) priority limit of $15,150.  While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $387,500.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $387,500.00 | |
| | | | | | Total | $387,500.00 | Total | $387,500.00 | |

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 23-13359-VFP |
|---|---|
| Bed Bath & Beyond Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 34 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: pdf903 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jan 05 2026 21:05:49 | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | Jan 05 2026 21:04:57 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Jan 05 2026 21:04:17 | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Jan 05 2026 21:05:10 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Jan 05 2026 21:05:50 | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Jan 05 2026 21:05:40 | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Jan 05 2026 21:05:52 | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Jan 05 2026 21:05:42 | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ | MEBN | Jan 05 2026 21:05:39 | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-2                     User: admin                                    Page 2 of 34
Date Rcvd: Jan 05, 2026                  Form ID: pdf903                            Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Jeff Ifrah | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Adam J Ruttenberg | on behalf of Defendant Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Adam J Ruttenberg | on behalf of Creditor Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Agostino Angelo Zammiello | on behalf of Defendant Keurig Green Mountain  Inc. azammiello@foxrothschild.com |
| Alan F. Kaufman | on behalf of Defendant East Coast/West Coast Logistics  LLC alan.kaufman@nelsonmullins.com, crystal.revelle@nelsonmullins.com |
| Alan J. Brody | on behalf of Defendant Corvel Enterprise Comp  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan Stuart Maza | on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Albert Anthony Ciardi, III | on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0312-2                     User: admin                              Page 3 of 34
Date Rcvd: Jan 05, 2026                  Form ID: pdf903                          Total Noticed: 13

Albert Anthony Ciardi, III

on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Alexander F. Barth

on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com

Alexandria Nikolinos

on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Alexis R. Gambale

on behalf of Interested Party Helen of Troy L.P. agambale@pashmanstein.com

Alexis R. Gambale

on behalf of Interested Party Kaz Canada  Inc. agambale@pashmanstein.com

Alexis R. Gambale

on behalf of Interested Party OXO International Ltd. agambale@pashmanstein.com

Alexis R. Gambale

on behalf of Interested Party Kaz USA  Inc. agambale@pashmanstein.com

Allen J Barkin

on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com

Allen Joseph Underwood, II

on behalf of Creditor 12535 SE 82nd AVE LLC AUnderwood@barclaydamon.com

Allison J. Arotsky

on behalf of Defendant Raymond Accounts Management  Inc. aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Defendant Scentsible  LLC aarotsky@moritthock.com

Amanda Tomack

on behalf of Defendant Internal Revenue Service amanda.tomack2@usdoj.gov
eastern.taxcivil@usdoj.gov,jennifer.d.auchterlonie@usdoj.gov

Amy Elizabeth Vulpio

on behalf of Creditor Salesforce.com  inc. avulpio@stradley.com

Amy Elizabeth Vulpio

on behalf of Creditor Google LLC avulpio@stradley.com

Andrew Braunstein

on behalf of Creditor Commission Junction LLC andrew.braunstein@troutman.com

Andrew B. Still

on behalf of Defendant Baby Trend  Inc. astill@swlaw.com, kcollins@swlaw.com

Andy Winchell

on behalf of Creditor Dong Koo Kim and Jong Ok Kim  Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated
October 18, 1996 andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell

on behalf of Creditor River Park Properties II  LP andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo

on behalf of Interested Party Valley Square I  L.P. mastrangelo@bk-legal.com, bhoffman@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party CTC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party Christiana Town Center  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anna Brook

on behalf of Defendant T-Mobile USA  Inc, abrook@cm.law

Anna Brook

on behalf of Counter-Claimant T-Mobile USA  Inc, abrook@cm.law

Anne Smith

on behalf of Creditor 200-220 West 26 LLC asmith@beckerglynn.com  aostrow@beckerglynn.com

Anne Smith

on behalf of Creditor TF Cornerstone Inc. asmith@beckerglynn.com  aostrow@beckerglynn.com

Anthony Sodono, III

on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com

Anthony Sodono, III

District/off: 0312-2

Date Rcvd: Jan 05, 2026

User: admin

Form ID: pdf903

Page 4 of 34

Total Noticed: 13

on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com

Arthur Abramowitz

on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com

Barbra Rachel Parlin

on behalf of Creditor ALTO Northpoint  LP barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barry J. Roy

on behalf of Defendant Storflex Holdings  Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com;nmarotta@rltlawfirm.com

Barry Scott Miller

on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com  miller.barryb119091@notify.bestcase.com

Beth E Levine

on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler

on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler

on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler

on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com
mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler

on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com

Brendan Scott

on behalf of Creditor Dream on Me Industries  Inc. bscott@klestadt.com

Brett D. Goodman

on behalf of Creditor KIR Brandon 011  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor PL Dulles LLC bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KIR Pasadena II L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Airport Plaza  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Chico Crossroads  L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KSI Cary 483  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor C T Center S.C.  LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor WRI/Raleigh L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Mooresville Crossing  LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Price/Baybrook Ltd. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Franklin Park S.C.  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor CFH Realty III/Sunset Valley  L.P. g.goodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Talisman Towson Limited Partnership bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor WRI Mueller  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR MONTGOMERY 049  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Flagler S.C.  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Soncy L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Kimco Riverview  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Redfield Promenade  LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Conroe Marketplace S.C.  L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett S. Moore
on behalf of Creditor Englewood Construction  Inc. bsmoore@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com;fesanchez@pbnlaw.com

Brian Moore
on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com  aglaubach@teamtogut.com;dperson@teamtogut.com

Brian Morgan
on behalf of Creditor Prologis brian.morgan@faegredrinker.com  cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor Prologis USLF NV II  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor PRW Urban Renewal 1  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor UG2 Solon OH  LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian I. Kantar
on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brian J. Jackiw
on behalf of Interested Party World Distribution Services LLC brian.jackiw@tuckerellis.com  christine.cassidy@tuckerellis.com

Brigette G McGrath
on behalf of Plaintiff Goldberg Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath
on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath
on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath
on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigid K Ndege
on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com  brigid-ndege-4743@ecf.pacerpro.com

Brittany B Falabella
on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Candice Marie Carson
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@butlersnow.com

Carol L. Knowlton
on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Catherine E Youngman
on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, aedwards@foxrothschild.com

Catherine E. Youngman
    on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Christie Rita McGuinness
    on behalf of Creditor Mark Tritton christie.mcguinness@saul.com

Christopher Perez
    on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com

Christopher D Loizides
    on behalf of Creditor Laura Alevy loizides@loizides.com  lisa.peters@kutakrock.com

Christopher D Loizides
    on behalf of Creditor David Alevy loizides@loizides.com  lisa.peters@kutakrock.com

Christopher D Loizides
    on behalf of Interested Party NORTHWOODS III (SAN ANTONIO)  LLC loizides@loizides.com, lisa.peters@kutakrock.com

Christopher P. Anton
    on behalf of Defendant Caliber Americas LLC canton@gibbonslaw.com

Clayton Daniel Harvey
    on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com

Colin R. Robinson
    on behalf of Plaintiff Michael Goldberg robinson@lrclaw.com  kittinger@lrclaw.com

Colin R. Robinson
    on behalf of Other Prof. Plan Administrator robinson@lrclaw.com  kittinger@lrclaw.com

Colin R. Robinson
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors robinson@lrclaw.com  kittinger@lrclaw.com

Colin R. Robinson
    on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
    robinson@lrclaw.com, kittinger@lrclaw.com

Colleen Thomas
    on behalf of Creditor Continental Web Press  Inc. colleen@cgtlaw.com

Conrad K. Chiu
    on behalf of Transferee Evolution Credit Opportunity Master Fund II-B  L.P. cchiu@pryorcashman.com

Courtney Brown
    on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
    ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael
    on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney G. Schroeder
    on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com

Craig G. Margulies
    on behalf of Defendant Capital Brands Distribution  LLC craig@marguliesfaithlaw.com,
    vicky@marguliesfaithlaw.com,angela@marguliesfaithlaw.com,amber@marguliesfaithlaw.com,drew@marguliesfaithlaw.com

Dana Lee Robbins-Boehner
    on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com  mguerra@burr.com

Dana Lee Robbins-Boehner
    on behalf of Creditor DS Properties 18 LP drobbins@burr.com  mguerra@burr.com

Dana S. Plon
    on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Riverhead Centre Owners  LLC dplon@sirlinlaw.com

Daniel Brogan
    on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@bayardlaw.com
    docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Daniel Stolz
    on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira
on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira
on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman
on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com,
foreclosure@kandfllp.com;jgladstone@kandfllp.com

Daniel R. Utain
on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg
on behalf of Defendant SwiftWin Solutions  LLC dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Creditor County of Placer dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Graff
on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David Pizzica
on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica
on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica
on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David B Wheeler
on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David G. Gharkhany
on behalf of Defendant Demar Logistics Inc. dgharkhany@fbtlaw.com

David H. Pikus
on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein
on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein
on behalf of Creditor Levtex  LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein
on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com
ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein
on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com  ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein
on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com  ciarkowski@wilentz.com;abroome@wilentz.com

David L. Bruck
on behalf of Creditor Chase Green Mountain LP dbruck@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Triple B Mission Viejo LLC dbruck@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Chenal Place Properties LLC dbruck@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Almaden Plaza Shopping Center  Inc. dbruck@greenbaumlaw.com

David L. Bruck
on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.

|  |  |
|---|---|
|  | dbruck@greenbaumlaw.com |
| David M. Banker |  |
|  | on behalf of Defendant Indo Count Global  Inc. david.banker@wbd-us.com, Edward.Schnitzer@wbd-us.com;kim.cone@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com;caitlin.halm@wbd-us.com |
| David M. Bass |  |
|  | on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com |
| David P. Primack |  |
|  | on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Coral North  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Grand Mesa Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Wedgewood Hills  Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Carson Valley Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com  scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack |  |
|  | on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David S. Catuogno |  |
|  | on behalf of Creditor Cartus Corporation david.catuogno@klgates.com |
| Dean Oswald |  |
|  | on behalf of Creditor DPEG Fountains  LP doswald@olshanlaw.com, dmoswald@pbnlaw.com |
| Derek J. Baker |  |

on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diana Katz Gerstel

on behalf of Interested Party World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

Diana Katz Gerstel

on behalf of Defendant World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

Diane Sanders

on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders

on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Don Stecker

on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com  don.stecker@ecf.courtdrive.com

Don Stecker

on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com  don.stecker@ecf.courtdrive.com

Don A. Beskrone

on behalf of Defendant Retail Zipline  Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
eddes.com

Don A. Beskrone

on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com,
rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
eddes.com

Donald F. Campbell, Jr.

on behalf of Creditor Beverly Parrish dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.

on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Douglas G. Leney

on behalf of Defendant Securitas Electronic Security  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas J. McGill

on behalf of Creditor Ak-Sr-Ben Village  L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik

on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com,
rdalba@dttlaw.com

Douglas T Tabachnik

on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik

on behalf of Creditor Casto-Oakbridge Venture  Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik

on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com  rdalba@dttlaw.com

Drew S. McGehrin

on behalf of Defendant NP New Castle  LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Drew S. McGehrin

on behalf of Creditor NP New Castle  LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Edet David Nsemo

on behalf of Interested Party World Distribution Services LLC edet.nsemo@tuckerellis.com

Edmond P O'Brien

on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com  jrich@cszlaw.com

Edward A. Corma

on behalf of Plaintiff Michael Goldberg ecorma@pszjlaw.com

Edward A. Corma

District/off: 0312-2
Date Rcvd: Jan 05, 2026

User: admin
Form ID: pdf903

Page 10 of 34
Total Noticed: 13

| | |
|---|---|
| | on behalf of Other Prof. Plan Administrator ecorma@pszjlaw.com |
| Edward Nathan Vaisman | on behalf of Creditor John Mark Mckinzie vaismanlaw@gmail.com Vaisman.EdwardB128387@notify.bestcase.com |
| Ellen M. McDowell | on behalf of Creditor Avalara Inc. emcdowell@mcdowelllegal.com, kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;McDowellER62202@notify.bestcas |
| Elliot D. Ostrove | on behalf of Creditor Iris Software Inc. e.ostrove@epsteinostrove.com |
| Elyssa Kates | on behalf of Defendant Zero Technologies LLC ekates@bakerlaw.com |
| Elyssa Kates | on behalf of Creditor Zero Technologies LLC ekates@bakerlaw.com |
| Eric Horn | on behalf of Defendant MagicLinks Inc. ehorn@aystrauss.com, mtjohnston@aystrauss.com |
| Eric Horn | on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com mtjohnston@aystrauss.com |
| Eric Horn | on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com mtjohnston@aystrauss.com |
| Eric S. Chafetz | on behalf of Interested Party Pagosa Partners III Ltd. echafetz@lowenstein.com |
| Eric S. Chafetz | on behalf of Interested Party CPT Arlington Highlands 1 LP echafetz@lowenstein.com |
| Ericka Fredricks Johnson | on behalf of Interested Party Burlington Stores Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| Ericka Fredricks Johnson | on behalf of Defendant Spectrum Brands Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| Erin Teske | on behalf of Creditor SRK Lady Lake 21 SPE LLC eteske@csglaw.com |
| Erin Teske | on behalf of Creditor Benchmark-Clarence Associates LLC eteske@csglaw.com |
| Evan J. Zucker | on behalf of Creditor 1019 Central Avenue Corp. evan.zucker@blankrome.com nybankruptcydocketing@blankrome.com |
| Fabian Marriott | on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law |
| Faye C Rasch | on behalf of Creditor SHI Owner LLC faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com |
| Felice R. Yudkin | on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com fpisano@coleschotz.com |
| Fernand L Laudumiey, IV | on behalf of Creditor Richards Clearview LLC laudumiey@chaffe.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Francis J. Ballak | on behalf of Creditor Phyllis Eichner francis@gmslaw.com |
| Frank F. Velocci | on behalf of Creditor Prologis frank.velocci@faegredrinker.com cathy.greer@faegredrinker.com |
| Frank F. Velocci | on behalf of Creditor Prologis USLF NV II LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com |
| Geoffrey Edward Lynott | on behalf of Defendant Cellco Partnership glynott@mccarter.com lrestivo@mccarter.com |
| Geoffrey Edward Lynott | on behalf of Creditor Verizon Entities glynott@mccarter.com lrestivo@mccarter.com |
| Geoffrey Edward Lynott | on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com lrestivo@mccarter.com |

Gregory Pesce
on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com, mco@whitecase.com

Gregory Plotko
on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Defendant Miele  Incorporated gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Defendant Miele Limited gplotko@btlaw.com  mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian
on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth
on behalf of Defendant St. Onge Company ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
on behalf of Defendant Versant Funding LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Howard Schub
on behalf of Defendant Data Networks of America  Inc. howard.schub@nelsonmullins.com, kathy.yurieff@nelsonmullins.com

Ilana Volkov
on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches
on behalf of Defendant Furniture Store Express  Inc. iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim
on behalf of Creditor Realty Income Corporation arhim@lakklawyers.com

Jack Shrum
on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum
on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke
on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke fleischercases@fleischerlaw.com
jdopke@fleischerlaw.com

James McCartney
on behalf of Creditor Caparra Center Associates LLC JMcCartney@mcwpc.com

James Suozzo
on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James Suozzo
on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James C Vandermark
on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com  vandermark.jamesr106165@notify.bestcase.com

James C Vandermark
 on behalf of Creditor Salesforce.com  inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman
 on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com,
 mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James C. Thoman
 on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com,
 mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James Frederick Lorusso
 on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James Frederick Lorusso
 on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James P Chou
 on behalf of Counter-Claimant Mara Sirhal james.chou@saul.com

James P Chou
 on behalf of Creditor Mark Tritton james.chou@saul.com

James S. Carr
 on behalf of Creditor Ryder Integrated Logistics  Inc.
 KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
 on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu
 on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff
 on behalf of Creditor Mode Transportation  Inc. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
 on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jason Louis Libou
 on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason Louis Libou
 on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jaspreet S. Mayall
 on behalf of Creditor 3600 Long Beach Road  LLC ,
 jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall
 on behalf of Creditor Serota Islip NC LLC
 jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon
 on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin
 on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein
 on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com  eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein
 on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com
 eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Chubak
 on behalf of Defendant Experian Holdings  Inc. jchubak@aminillc.com,
 aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak
 on behalf of Defendant SodaStream USA Inc. jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Kurtzman
 on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
 on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman
 on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Cooper

on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Lester
on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Rosenthal
on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Janet Barth jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Sue Gove jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com

Jeffrey A. Rosenthal
on behalf of Interested Party Susie Kim jrosenthal@cgsh.com

Jeffrey C. Wisler
on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallaher.com

Jeffrey C. Wisler
on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallaher.com

Jeremy M. Campana
on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
ECFDocket@thompsonhine.com

Jeremy M. Campana
on behalf of Creditor InterDesign  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

Jerrold S. Kulback
on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jesse M. Harris
on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Ollie's Bargain Outlet  Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC
jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco
on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco
on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle
on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com,
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
124931@notify.bestcase.com

District/off: 0312-2                          User: admin                                Page 14 of 34
Date Rcvd: Jan 05, 2026                       Form ID: pdf903                             Total Noticed: 13

John C. Kilgannon
    on behalf of Creditor Zadro Inc. john.kilgannon@stevenslee.com

John David Folds
    on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com

John David Folds
    on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com

John David Folds
    on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com

John David Folds
    on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com

John Kendrick Turner
    on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Michael McDonnell
    on behalf of Attorney Brian T. Crowley  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell
    on behalf of Attorney Richard J. Corbi  Esquire jmcdonnell@mchfirm.com

John Michael McDonnell
    on behalf of Interested Party Taussig Risk Capital Advisors  Inc. jmcdonnell@mchfirm.com

John Michael McDonnell
    on behalf of Attorney Richard J. Corbi  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell
    on behalf of Attorney John M. McDonnell  Esq. jmcdonnell@mchfirm.com

John S. Mairo
    on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor U.S. 41 & I-285 Company LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor DFW Lewisville Partners GP jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor DPEG Fountains  LP jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor County of Riverside jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Defendant Sunham Home Fashions  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor KMO-361 (Paramus) LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor MLO Great South Bay LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor County of Santa Clara jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor County of Fresno jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor County of Los Angeles jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor Siegen Lane Properties LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
    on behalf of Creditor Northway Mall Properties Sub  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John T. Carroll, III
    on behalf of Defendant HMM (America)  Inc. jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss
    on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party Kaz Canada  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

Jonathan S. Bodner

on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Defendant Westwood Design  Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Defendant International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jordan Seth Blask

on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Cintas Corporation jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Defendant The Step2 Company  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor WPG Legacy  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Select Consolidated Management  LLC jblask@fbtlaw.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.

on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Joseph Charles Barsalona, II

on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
jbarsalona@pashmanstein.com  kbeilin@pashmanstein.com

Joseph Charles Barsalona, II

on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com, kbeilin@pashmanstein.com

Joseph H Baldiga

on behalf of Creditor Running Hill SP  LLC jbaldiga@miricklaw.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Drinkpod LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Rackspace Technology Global  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joseph M. Shapiro

on behalf of Defendant Michael William Giebe Sr. jshapiro@middlebrooksshapiro.com

Joshua Sussberg

on behalf of Debtor Bed Bath & Beyond Inc. jsussberg@kirkland.com
amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner

on behalf of Creditor Texas Taxing Authorities hneumann@mblawfirm.com

Julia E Duffy

on behalf of Defendant Verifone Inc. jduffy@carltonfields.com

Julie Anne Parsons

on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com  kalexander@mvbalaw.com

Kara E. Casteel

on behalf of Other Prof. Plan Administrator kcasteel@askllp.com
lmiskowiec@askllp.com;kbader@askllp.com;gunderdahl@askllp.com;agovze@askllp.com

Kate R. Buck

on behalf of Counter-Claimant Broadspire Services Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Kate R. Buck

on behalf of Defendant Broadspire Services Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy

on behalf of Defendant Garda CL Atlantic Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen

on behalf of Creditor Continental Web Press Inc. ken@kenrosenadvisors.com, dclaussen@lowenstein.com

Kenneth L. Baum

on behalf of Creditor Creekstone/Juban I LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum

on behalf of Creditor Columbus Park Crossing LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum

on behalf of Creditor Forum Lone Star L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm

on behalf of Creditor Hart TC I-III LLC kklemm@bakerdonelson.com

Kenneth M Klemm

on behalf of Creditor Bayer Development Company LLC kklemm@bakerdonelson.com

Kenneth M Klemm

on behalf of Creditor Hart Miracle Marketplace LLC kklemm@bakerdonelson.com

Kenneth M Klemm

on behalf of Creditor Cobb Place Property LLC kklemm@bakerdonelson.com

Keri P. Ebeck

on behalf of Creditor Realty Income Corporation KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun

on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi

on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor DoorDash Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann

on behalf of Interested Party Flexport Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant Concentric  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant OnPoint Capital  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kristen Peters Watson
on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor DS Properties 18 LP kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor Comenity Capital Bank kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly
on behalf of Defendant Caliber Americas LLC kmcevilly@gibbonslaw.com

Lauren M. Macksoud
on behalf of Creditor Mishorim 255  LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com  docket.general.lit.nyc@dentons.com

Lauren Rebecca Jacoby
on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton
on behalf of Creditor HRTC 1 LLC lhilton@onellp.com  lthomas@onellp.com

Lee Squitieri
on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri
on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee M. Tesser
on behalf of Defendant US Maintenance ltesser@tessercohen.com

Leslie Carol Heilman
on behalf of Defendant Maintenx International Service Management Group  Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG FSBROWI001  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Deutsche Asset & Wealth Management HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor 209-261 Junction Road Madison Investors  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG PSALBNM001  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor 210 Development  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG SAABITX001  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor CVSC  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Agua Mansa Commerce Phase I  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC ASANDSC001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GC Ambassador Courtyard  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Marketplace  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UBS Realty Investors  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor PF Portfolio 2  LP HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XII Magnolia  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Urban Edge Properties  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Heitman HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UE 675 Route 1 LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Congressional Plaza Associates  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor EDENS HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC BHT-VCMI001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC CLORLFL001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Lisa M. Solomon

on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

Loren L. Speziale

on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Maha Kabbash

on behalf of Defendant World Distribution Services LLC maha.kabbash@tuckerellis.com
Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash

on behalf of Interested Party World Distribution Services LLC maha.kabbash@tuckerellis.com
Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Marcella M. Jayne

on behalf of Defendant Fridababy  LLC mjayne@foley.com, marcella-jayne-8977@ecf.pacerpro.com

Marianna Udem
    on behalf of Plaintiff Michael Goldberg mudem@askllp.com
lmiskowiec@askllp.com;vmartinez@askllp.com;kcasteel@askllp.com

Mark Magnozzi
    on behalf of Defendant Oracle America  Inc. mmagnozzi@magnozzilaw.com

Mark Minuti
    on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico
    on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.
com

Mark E. Hall
    on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein
    on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
    on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
    on behalf of Other Prof. Plan Administrator mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
    on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
    on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Marshall Dworkin
    on behalf of Defendant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
    on behalf of Counter-Claimant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
    on behalf of Counter-Defendant Bed Bath & Beyond Inc. Marshall.Dworkin@saul.com

Marshall Dworkin
    on behalf of Unknown Role Type Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
    on behalf of Creditor Studio City East 93K LLC Marshall.Dworkin@saul.com

Martin A. Sosland
    on behalf of Creditor Pittsburgh Hilton Head Associates L.P. Martin.Sosland@vhh.law

Matthew E. Kaslow
    on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena
    on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
    on behalf of Defendant Place Services Incorporated mapena@norris-law.com  pfreda@nmmlaw.com

Melissa A. Pena
    on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
    on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
    on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa E. Valdez
    on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick
    on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien
    on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik
    on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski
    on behalf of Creditor Florida Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com,
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor American Electric Power mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Commonwealth Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tucson Electric Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

District/off: 0312-2                                    User: admin                                    Page 21 of 34
Date Rcvd: Jan 05, 2026                          Form ID: pdf903                          Total Noticed: 13

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor UNS Gas  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Toledo Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Arizona Public Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NV Energy  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tampa Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Monongahela Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael B. Reynolds

on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael D. Sirota

on behalf of Debtor Harmon of New Rochelle  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Caldwell  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Decorist  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hackensack  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Falls Church  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

District/off: 0312-2                                  User: admin                              Page 24 of 34
Date Rcvd: Jan 05, 2026                            Form ID: pdf903                          Total Noticed: 13

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

.com

Michael D. Sirota

on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael R. Herz

on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz

on behalf of Defendant RXO Corporate Solutions  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael S Tucker

on behalf of Creditor Siegen Lane Properties LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor MLO Great South Bay LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ubglaw.com

Mollie Margaret Lerew

on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino

on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com

Morgan Virginia Manley

on behalf of Defendant Federal Heath Sign Company  LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com

Morgan Virginia Manley

on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com  nyoecf@sgrlaw.com

Morris J. Schlaf

on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer

on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson

on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com

Naznen Rahman

on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Neil B. Friedman

on behalf of Interested Party Estate of Gustavo Arnal nfriedma@hodgsonruss.com

Nicholas C. Brown

on behalf of Other Prof. Plan Administrator nbrown@askllp.com

Nicole A. Leonard

on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com  gbressler@mdmc-law.com

Nicole M. Nigrelli

on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli

on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,

sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik
on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Humble Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden
on behalf of Defendant Foundations Worldwide  Inc. pholden@c-wlaw.com

Paul Rubin
on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Paul Hans Schafhauser
on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com,
paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter
on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter
on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul John Labov
on behalf of Other Prof. Plan Administrator plabov@willkie.com  mao@willkie.com

Paul John Labov
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
plabov@willkie.com, mao@willkie.com

Paul John Labov
on behalf of Plaintiff Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul John Labov
on behalf of Other Prof. Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul M. Rosenblatt
on behalf of Defendant Manhattan Associates  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul S. Murphy
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

Paul Stadler Pflumm
on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@
mcdowelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Paul W Carey
on behalf of Creditor ISM Holdings  Inc. pcarey@miricklaw.com

Paul W Carey
on behalf of Creditor Running Hill SP  LLC pcarey@miricklaw.com

Peter Lucca
on behalf of Creditor California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Defendant Franchise Tax Board of the State of California pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Defendant California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Interested Party California Franchise Tax Board pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Philip William Allogramento
on behalf of Defendant Western Express  Inc. phil.allogramento@kennedyslaw.com, mcaggiano@connellfoley.com

Raye Curry Elliott
on behalf of Plaintiff Michael Goldberg raye.elliott@akerman.com  jennifer.meehan@akerman.com

Rebecca Starner
on behalf of Interested Party Safety National Casualty Corporation rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Rebecca Starner
on behalf of Interested Party Safety Specialty Insurance Company rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Rebecca Starner
on behalf of Creditor CBL & Associates Management  Inc. rebecca.starner@huschblackwell.com,
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Richard Corbi
on behalf of Interested Party Taussig Risk Capital Advisors  Inc. rcorbi@corbilaw.com

Richard Solow
on behalf of Defendant OXO International  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard Solow
on behalf of Defendant C & T International Inc. rsolow@reedsmith.com  rich-solow-3519@ecf.pacerpro.com

Richard Solow
on behalf of Defendant Riskified  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard D. Trenk
on behalf of Defendant IMC Companies  LLC rtrenk@trenkisabel.law, mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard James Reding
on behalf of Other Prof. Plan Administrator rreding@askllp.com

Richard L Fuqua, II
on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com

Richard L Fuqua, II
on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com

Richard L. Zucker
on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Richard L. Zucker
on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Rick Aaron Steinberg
on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com

Rick Aaron Steinberg
on behalf of Defendant Tote Maritime Alaska  LLC rsteinberg@pricemeese.com

Robert Drain
on behalf of Interested Party John E. Fleming robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Sue Gove robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Harriet Edelman robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Andrea Weiss robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Joshua Schechter robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Mary A. Winston robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
    on behalf of Interested Party Ann Yerger robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Malone
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@gibbonslaw.com
    nmitchell@gibbonslaw.com

Robert A. Rich
    on behalf of Defendant Le Creuset of America Inc. rrich@hunton.com, candonian@huntonak.com

Robert J Atras
    on behalf of Defendant Internal Revenue Service robert.j.atras@usdoj.gov eastern.taxcivil@usdoj.gov

Robert J Feinstein
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul
    on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
    ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane
    on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2 LLC rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Hines Global REIT Inc. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Blumenfeld Development Group Ltd rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor NNN REIT Inc. rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor DDRTC Marketplace at Mill Creek LLC rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1 LLC rlehane@kelleydrye.com,
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
    on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
    KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Equity One  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert M. Marshall
on behalf of Defendant Devgiri Exports  LLC rmarshall@mqlaw.net

Robert S. Roglieri
on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Defendant IMC Companies  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Westermann
on behalf of Creditor The Brink's Company rwestermann@spottsfain.com  rhenderson@hirschlerlaw.com

Ronald S. Gellert
on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Defendant SASR Workforce Solutions  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Defendant Capital Brands Distribution  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Samuel P. Hershey
on behalf of Interested Party Michael's Stores  Inc. sam.hershey@whitecase.com, mco@whitecase.com

Sari Blair Placona
on behalf of Defendant Central Transport LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com

Sari Blair Placona
on behalf of Interested Party Central Transport  LLC splacona@msbnj.com

District/off: 0312-2                                      User: admin                                      Page 31 of 34
Date Rcvd: Jan 05, 2026                                  Form ID: pdf903                                  Total Noticed: 13

Scott Fleischer

on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor RED Development  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com,
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott A. Shaffer

on behalf of Defendant Conair LLC sshaffer@olshanlaw.com

Scott A. Zuber

on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott H. Bernstein

on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Scott H. Bernstein

on behalf of Defendant Brink's  Incorporated scott@scottbernsteinlaw.com

Scott S. Rever

on behalf of Defendant Evenflo Company  Inc. srever@genovaburns.com,
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Creditor Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Unknown Role Type Evenflo Company Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Defendant Columbus Trading-Partners USA Inc. srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Shai Schmidt

on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shane Ramsey

on behalf of Defendant East Coast/West Coast Logistics  LLC shane.ramsey@nelsonmullins.com,
linnea.hann@nelsonmullins.com;Jada.prendergast@nelsonmullins.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein

on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross

on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney

on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen A. Schwimmer

on behalf of Defendant M & L Enterprise Group Inc. sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen R. Catanzaro

on behalf of Defendant Gotham Technology Group  LLC scatanzaro@daypitney.com,

cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro

on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga

on behalf of Defendant Noritake Co.  Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Steven A. Jayson

on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan

on behalf of Defendant Pem-America  Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman

on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven R. Wirth

on behalf of Plaintiff Michael Goldberg steven.wirth@akerman.com
caren.deruiter@akerman.com;Jennifer.meehan@akerman.com

Steven R. Wirth

on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
steven.wirth@akerman.com, caren.deruiter@akerman.com;Jennifer.meehan@akerman.com

Steven T Keppler

on behalf of Defendant US Maintenance skeppler@tessercohen.com

Stuart D. Gavzy

on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlaw
yer.com

Sue Liu Chin

on behalf of Creditor ABF Freight System  Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Defendant ABF Freight System  Inc. schin@borgeslawllc.com

Sunjae Lee

on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tara J. Schellhorn

on behalf of Creditor TPP Bryant  LLC tschellhorn@riker.com

Tara J. Schellhorn

on behalf of Creditor Dadeland Station Associates  Ltd. tschellhorn@riker.com

Thomas Pitta

on behalf of Mediator Thomas A. Pitta tpitta@emmetmarvin.com

Thomas James Monroe

on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Thomas Richard Fawkes

on behalf of Defendant World Distribution Services LLC thomas.fawkes@tuckerellis.com

Thomas S. Onder

on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Tina Moss
on behalf of Creditor Workday Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Tina Moss
on behalf of Creditor Adobe Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk
on behalf of Interested Party Loja WTP LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk
on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor College Plaza Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Phillips Edison & Company turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Defendant American Textile Company Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk
on behalf of Defendant Artsana USA Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk
on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Vahbiz Karanjia
on behalf of Creditor Iris Software Inc. v.karanjia@epsteinostrove.com

Vincent J. Roldan
on behalf of Creditor Schnitzer Stephanie LLC vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor McCreary Entities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com

Vincent J. Roldan
on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com

Walter E. Swearingen
on behalf of Creditor 200-220 West 26 LLC w_swearingen@yahoo.com

Walter E. Swearingen
on behalf of Creditor TF Cornerstone Inc. w_swearingen@yahoo.com

Warren A. Usatine
on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com fpisano@coleschotz.com;ddelehanty@coleschotz.com

Wendy M Simkulak
on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak
on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com

William G. Wright
on behalf of Creditor ARC International North America LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant
on behalf of Creditor Consumer Centre Paramount 4 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
on behalf of Creditor Consumer Centre Paramount 1 LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant
                    on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III
                    on behalf of Creditor DT-SGW  LLC william.firth@practus.com, ddanielson@cohenseglias.com


TOTAL: 779