# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 30, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A** and **Exhibit B**:

- Order Sustaining Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4487]

Dated: January 7, 2026

/s/ Engels Medina
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 7, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 93961

**Exhibit A**

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12857718 | Abbassi, Sonja | ADDRESS ON FILE | | | | | |
| 12828075 | Alarcon, Erica | ADDRESS ON FILE | | | | | |
| 12855282 | Alvarez, Joanna | ADDRESS ON FILE | | | | | |
| 12820002 | Beckett, Christopher | ADDRESS ON FILE | | | | | |
| 12857751 | Belke, Jennifer | ADDRESS ON FILE | | | | | |
| 12839871 | Boileau, Ashley | ADDRESS ON FILE | | | | | |
| 13078115 | Bolda, Pashka | ADDRESS ON FILE | | | | | |
| 12760071 | Boss Pet Products, Inc. | 1221 Page St | | | Kewanee | IL | 61443 |
| 12857154 | Brown, David | ADDRESS ON FILE | | | | | |
| 12879984 | Buffington, Bliss | ADDRESS ON FILE | | | | | |
| 12760241 | Calm Spirit Investing Inc Solo 401(k) | 2772 Roosevelt | St #4307 | | Carlsbad | CA | 92008 |
| 12760895 | Calm Spirit Investing Inc Solo 401(k) | Charles Schwab FBO "Calm Spirit Inv Inc 401k" | PO Box 982600 | | El Paso | TX | 79998 |
| 12760896 | Calm Spirit Investing Inc Solo 401(k) | Donald E. Goddard, Trustee | 2772 Roosevelt | St #4307 | Carlsbad | CA | 92008 |
| 12764452 | Cardinal Technology Solutions Inc | 10 Waverly Place | | | Monmouth Jct | NJ | 08852 |
| 12858709 | Colbert, Jessica | ADDRESS ON FILE | | | | | |
| 12996678 | Commons at Issaquah, a Florida corporation | 301 Junipero Serra Blvd. | Suite 200 | | San Francisco | CA | 94127 |
| 12857385 | CPS Energy | Bankruptcy Section | 500 McCullough Ave., Mail Drop CT1201 | | San Antonio | TX | 78215 |
| 12992684 | Cruz, Marisol | ADDRESS ON FILE | | | | | |
| 12855052 | Cushner & Associates, P.C. | 399 Knollwood Road | | | White Plains | NY | 10603 |
| 12760198 | Diamond Contractors Inc | 4224 NE Port Dr | | | Lee's Summit | MO | 64064 |
| 12988026 | Diamond, Liliana | ADDRESS ON FILE | | | | | |
| 12856394 | Donald A Walsh, Inc dba Gondola Train | 135 Tennyson St | | | Potosi | WI | 53820 |
| 12762552 | Downtown Company | c/o Sarachek Law Firm | 670 White Plains Road, Fl. PH | | Scarsdale | NY | 10583 |
| 12763352 | Doyle, Jerry James | ADDRESS ON FILE | | | | | |
| 12817083 | Entergy Arkansas LLC | L-Jeff-359 | 4809 Jefferson Hwy Ste A | | New Orleans | LA | 70121-3138 |
| 12764372 | Etekcity Corporation | 1202 North Miller Street | Suite A | | Anaheim | CA | 92806 |
| 12828271 | Gandhu, Jucy | ADDRESS ON FILE | | | | | |
| 12761030 | Geraghty, LLC dba M-CLIP Money Clip | 7001 Skidaway Rd | | | Savannah | GA | 31406 |
| 12854890 | Graupmann, Daniel D | ADDRESS ON FILE | | | | | |
| 12828789 | Hahn, Kristin | ADDRESS ON FILE | | | | | |
| 12862088 | Halpern, Lorraine | ADDRESS ON FILE | | | | | |
| 12817680 | Hartmann, John R | ADDRESS ON FILE | | | | | |
| 12999600 | Ibe, Tina | ADDRESS ON FILE | | | | | |
| 12881902 | Insight Direct USA Inc | c/o Michael L. Walker | 2701 E. Insight Way | | Chandler | AZ | 85286 |
| 13057581 | INTERMOUNTAIN GAS COMPANY | PO BOX 5600 | | | BISMARCK | ND | 58506 |
| 13057582 | INTERMOUNTAIN GAS COMPANY | SARA R SCHMIDT | | 400 N 4TH ST | BISMARCK | ND | 58501 |
| 13057351 | Iqbal, Azra | ADDRESS ON FILE | | | | | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 13065075 | J.C.S. APPAREL GROUP INC. | 1407 BROADWAY, SUITE 202 | | | NEW YORK | NY | 10018 |
| 12763548 | Kennedy International Inc. | Coface North America Insurance Company | 650 College Road East | Suite 2005 | Princeton | NJ | 08540 |
| 13000421 | Lee, Joohee | ADDRESS ON FILE | | | | | |
| 12835987 | Los, Elizabeth | ADDRESS ON FILE | | | | | |
| 12762542 | MCS Industries, Inc | 2280 Newlins Mill Rd | | | Easton | PA | 18045 |
| 12990081 | MWK Trust V/A DTd 9\|28\|1993, MIRIAM WINDER KELLY, TTE | ADDRESS ON FILE | | | | | |
| 12998503 | Nolan, Caleigh | ADDRESS ON FILE | | | | | |
| 13010182 | Patel, Dhir | ADDRESS ON FILE | | | | | |
| 12834416 | Range, Regina | ADDRESS ON FILE | | | | | |
| 13057977 | Rocky Mountain Power | Felicia Anna Haddenham | Customer Service | 4171 Lake Park Blvd | West Valley City | UT | 84120 |
| 13057976 | Rocky Mountain Power | PO BOX 25308 | | | Salt Lake City | UT | 84125 |
| 12858124 | Rodriguez, Eva | ADDRESS ON FILE | | | | | |
| 12817157 | Sessa, Heather | ADDRESS ON FILE | | | | | |
| 12856748 | Southern Connecticut Gas Company | 100 Marsh Hill Road | | | Orange | CT | 06477 |
| 12999522 | Sparks, Tana J | ADDRESS ON FILE | | | | | |
| 12855260 | Stafford, Sophia | ADDRESS ON FILE | | | | | |
| 13065143 | SwiftWIN Solutions Inc. | c/o Concord USA | Attn: Mark Himelfarb, CFO | 5099 Second Avenue S. | Hopkins | MN | 55243 |
| 13065145 | SwiftWIN Solutions Inc. | c/o Scarinci Hollenbeck | Attn: David Edelberg, Esq. | 150 Clove Road | Little Falls | NJ | 07424 |
| 12857387 | VIGIL, ANGELA | ADDRESS ON FILE | | | | | |
| 13005013 | Welliver, Heather Johnston | ADDRESS ON FILE | | | | | |
| 12899004 | Wilson, Lynn | ADDRESS ON FILE | | | | | |

**Exhibit B**

Exhibit B

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 30782768 | AUTHORIZED AGENT FOR FORT BEND COUNTY APPRAISAL DISTRICT | FORT BEND COUNTY APPRAISAL DISTRICT | ATTN: DANIEL FLORES, RPA, IAAO-P | 2801 B. F. TERRY BLVD. | | ROSENBERG | TX | 77471-5600 |
| 30782774 | AUTHORIZED SIGNATORY FOR BEXAR COUNTY APPRAISAL DISTRICT | C/O WILENTZ, GOLDMAN, & SPITZER, P.A. | ATTN: DAVID H. STEIN | 90 WOODBRIDGE CENTER DRIVE | SUITE 900 BOX 10 | WOODBRIDGE | NJ | 07095-0958 |
| 30782765 | BOWIE CENTRAL APPRAISAL DISTRICT | C/O MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: JULIE ANNE PARSONS, ESQ. | 700 JEFFREY WAY, SUITE 100 | | ROUND ROCK | TX | 78665 |
| 30782775 | BRAZORIA COUNTY APPRAISAL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: EMILY BROWN, ESQ. | 110 N. COLLEGE AVE. SUITE 1202 | | TYLER | TX | 75702-7226 |
| 30782773 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY | C/O MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: JULIE ANNE PARSONS, ESQ. | 700 JEFFREY WAY, SUITE 100 | | ROUND ROCK | TX | 78665 |
| 30782766 | COLLIN CENTRAL APPRAISAL DISTRICT | C/O SAUNDERS, WALSH & BEARD | ATTN: JENNIFER PETTIT, ESQ. | CRAIG RANCH PROFESSIONAL PLAZA | 6850 TPC DRIVE, SUITE 210 | MCKINNEY | TX | 75070 |
| 30782776 | DALLAS CENTRAL APPRAISAL DISTRICT | C/O NICHOLS, JACKSON, DILLARD, HAGER & SMITH, L.L.P. | ATTN: BRADEN METCALF, ESQ. | 500 N. AKARD, SUITE 1800 | | DALLAS | TX | 75201 |
| 30782767 | DENTON CENTRAL APPRAISAL DISTRICT | C/O NICHOLS, JACKSON, DILLARD, HAGER & SMITH, L.L.P. | ATTN: BRADEN METCALF, ESQ. | 500 N. AKARD, SUITE 1800 | | DALLAS | TX | 75201 |
| 30782777 | DENTON CENTRAL APPRAISAL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: DAVID B. TABOR, ESQ. | 1919 SOUTH SHILOH ROAD | SUITE 640 LB 40 | GARLAND | TX | 75042 |
| 30782778 | GREGG COUNTY APPRAISAL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: EMILY BROWN, ESQ. | 110 N. COLLEGE AVE. SUITE 1202 | | TYLER | TX | 75702-7226 |
| 30782769 | HARRIS CENTRAL APPRAISAL DISTRICT | C/O OLSON & OLSON, LLP | ATTN: CARLOS A. DEDIOS, ESQ. | WORTHAM TOWER | 2727 ALLEN PARKWAY, SUITE 600 | HOUSTON | TX | 77019 |
| 30782779 | HAYS CENTRAL APPRAISAL DISTRICT | C/O MARTINEC, WINN, VICKERS, P.C. | ATTN: LEE G. VICKERS, ESQ. | 611 S. CONGRESS AVENUE, SUITE 240 | | AUSTIN | TX | 78704 |
| 30782770 | LUBBOCK CENTRAL APPRAISAL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: SANDRA GRIFFIN, ESQ. | 3301 NORTHLAND DR., SUITE 505 | | AUSTIN | TX | 78731 |
| 30782780 | MCLENNAN CENTRAL APPRAISAL DISTRICT | C/O MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: JULIE ANNE PARSONS, ESQ. | 700 JEFFREY WAY, SUITE 100 | | ROUND ROCK | TX | 78665 |
| 30782771 | MIDLAND CENTRAL APPRAISAL DISTRICT | C/O MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: JULIE ANNE PARSONS, ESQ. | 700 JEFFREY WAY, SUITE 100 | | ROUND ROCK | TX | 78665 |
| 30782781 | NUECES COUNTY APPRAISAL DISTRICT | ATTN: BELINDA HINOJOSA-PERSOHN, ESQ. | 201 NORTH CHAPARRAL, SUITE 206 | | | CORPUS CHRISTI | TX | 78401-2503 |
| 30782772 | POTTER-RANDALL APPRAISAL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: DAVID B. TABOR, ESQ. | 1919 SOUTH SHILOH ROAD | SUITE 640 LB 40 | GARLAND | TX | 75042 |
| 30782782 | TARRANT APPRAISAL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: DAVID B. TABOR, ESQ. | 1919 SOUTH SHILOH ROAD | SUITE 640 LB 40 | GARLAND | TX | 75042 |
| 30782764 | TAX APPRAISAL DISTRICT OF BELL COUNTY | C/O MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: JULIE ANNE PARSONS, ESQ. | 700 JEFFREY WAY, SUITE 100 | | ROUND ROCK | TX | 78665 |
| 30782783 | WILLIAMSON CENTRAL APPRAISAL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: SANDRA GRIFFIN, ESQ. | 3301 NORTHLAND DR., SUITE 505 | | AUSTIN | TX | 78731 |