**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 13, 2026, AT 10:00 A.M. (ET)

**Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

## I.    MATTER ADJOURNED

1.    Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4452].

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Status: This matter has been adjourned for hearing on February 18, 2026, at 10:00 a.m. Eastern Time for the following Claimants:

Bexar County (Claims 130 and 137)
City of Frisco (Claim 159 and 149)
City of Mesquite (Claim 163)
Crowley Independent School District (Claims 753 and 15)
Cypress-Fairbanks Independent School District (Claims 868 and 14)
Dallas County (Claims 142 and 100)
Fort Bend County WCID #02 (Claims 894 and 21)
Fort Bend County (Claims 887 and 22)
Harris County et al. (Claims 873 and 889)
Lewisville Independent School District (Claims 152 and 2767)
McLennan County (Claim 489)
Nueces County (Claim 477)
Rockwall CAD (Claim 162)
San Marcos CISD (Claim 442)
Smith County (Claim 305 and 154)
Tarrant County (Claims 158 and 97)

Response Deadline:  Extended to February 11, 2026, for the above Claimants.

Responses Received:  Informal responses received from Claimants referenced in status above.

Related Documents:

     (a)    Notice of Objection to Your Claim [Docket No. 4453].

     (b)    Affidavit of Service [Docket No. 4462].

     (c)    Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4474].

     (d)    [ENTERED] Order Sustaining Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4487].

     (e)    Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4494].

## II.    MATTERS GOING FORWARD ON ALL CLAIMS OTHER THAN THOSE CLAIMS ADJOURNED TO FEBRUARY 18, 2026, AT 10:00 A.M. (ET)

2.    Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) [Docket No. 4464].

<u>Status</u>: This matter will go forward without objection from the Claimants **not** included in the below list consisting of claims that have been adjourned for hearing on February 18, 2026, at 10:00 a.m. Eastern Time:

The Stop & Shop Supermarket Company (Claim 11426)
Equity One (Florida Portfolio) LLC (Claim 11716)
Equity One (Florida Portfolio) LLC (Claim 13356)
Equity One (Northeast Portfolio) LLC (Claim 11972)
Equity One (Northeast Portfolio) LLC (Claim 12236)
Equity One (Southeast Portfolio) LLC (Claim 11942)
KRG Butler Kinnelon, LLC (Claim 12692)
KRG Lakewood, LLC (Claim 13118)
KRG Leesburg Fort Evans, LLC (Claim 11921)
KRG Park Place, LLC (Claim 11406)
Regency Realty Group, Inc. (Claim 11703)
Regency Realty Group, Inc. (Claim 11993)

<u>Response Deadline</u>:  January 6, 2026, for the Claimants not included in status above. Extended to February 11, 2026, for the Claimants in status above.

<u>Responses Received</u>:  Informal responses received from the Claimants in status above.

<u>Related Documents</u>:

> (a)   Notice of Objection to Your Claim [Docket No. 4465].
>
> (b)   Affidavit of Service [Docket No. 4502].
>
> (c)   Determination of Adjournment Request [Docket No. 4493].
>
> (d)   Determination of Adjournment Request [Docket No. 4495].

3.   Plan Administrator's Twenty-Eighth Omnibus Objection to Claims (Amended Claims) [Docket No. 4466].

<u>Status</u>: This matter will go forward without objection from all Claimants, except Claim Nos. 17756 and 19111 filed by the Ohio Department of Taxation (the "<u>Ohio Claims</u>"). The Ohio Claims have been adjourned for hearing on February 18, 2026, at 10:00 a.m. Eastern Time.

<u>Response Deadline</u>:  January 6, 2026. Extended to February 11, 2026, for the Ohio Claims.

<u>Responses Received</u>:  Informal responses received from the Ohio Department of Taxation regarding Claim Nos. 17756 and 19111.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4467].

    (b)    Affidavit of Service [Docket No. 4502].

    (c)    Determination of Adjournment Request [Docket No. 4492].

4.    Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims) [Docket No. 4468].

Status: This matter will go forward without objection from all Claimants, except Claim Nos. 11972 and 12236 filed by Equity One (Northeast Portfolio) LLC (the "Equity One Claims"). The Equity One Claims have been adjourned for hearing on February 18, 2026, at 10:00 a.m. Eastern Time.

Response Deadline:  January 6, 2026. Extended to February 11, 2026, for the Equity One Claims.

Responses Received:  Informal response received from Equity One (Northeast Portfolio) LLC regarding Claim Nos. 11972 and 12236.

Related Documents:

    (a)    Notice of Objection to Your Claim [Docket No. 4469].

    (b)    Affidavit of Service [Docket No. 4502].

    (c)    Determination of Adjournment Request [Docket No. 4496].

Dated:  January 12, 2026

*/s/ Edward A. Corma*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*