| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1** <br> **McKOOL SMITH P.C.** <br> Jon Corey (*pro hac vice* pending) <br> 1717 K Street, NW, Suite 1000 <br> Washington, D.C. 20006 <br> 202-370-8300 <br><br> David I. Schiefelbein <br> Daniel I. Hendler (*pro hac vice* pending) <br> 1301 Avenue of the Americas <br> 32nd Floor <br> New York, NY 10019 <br> 212-402-9400 <br> E-mail:  jcorey@mckoolsmith.com <br>              dschiefelbein@mckoolsmith.com <br>              dhendler@mckoolsmith.com <br><br> *Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: <br><br> BED BATH & BEYOND INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |

## APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF AGREED QUALIFIED PROTECTIVE ORDER

TO:     HONORABLE VINCENT F. PAPALIA
        United States Bankruptcy Judge

Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.) (the "Plan Administrator") established pursuant to the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond, Inc. and its debtor affiliates, dated September 11, 2023, as confirmed by order [D.I. 2172] of this Court in the above-captioned bankruptcy cases, by and through his undersigned counsel, hereby submit this application in lieu of motion (the "Application"), pursuant to

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1

D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed Agreed Qualified Protective Order (the "Agreed Qualified Protective Order"),[2] a copy of which is attached hereto as Exhibit 1, and respectfully state as follows:

1. On April 23, 2023 (the "Petition Date"), BBBY and certain of its affiliates commenced cases under chapter 11 by filing voluntary petitions in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on April 24, 2023 [D.I. 75].

3. On September 14, 2023, the Bankruptcy Court entered its Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates (the "Confirmation Order") [D.I. 2172].

4. Exhibit A to the Confirmation Order is the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates (the "Bankruptcy Plan"). *See* D.I. 2172, Ex. A.

5. The Confirmation Order provides that "Article IV.F of the Plan appropriately provides for the preservation by the Debtors of certain Causes of Action in accordance with section 1123(b)(3)(B) of the Bankruptcy Code." *Id*., at ¶ 46; *see also* Bankruptcy Plan, Art. IV.F.

6. Paragraph 47 of the Confirmation Order provides in part that:

> ***The Plan provides that all Causes of Action shall automatically vest in the Wind-Down Debtors***, and the ***Plan Administrator***, subject to the oversight of the Oversight Committee, ***shall have the right and authority to investigate, commence, prosecute, or settle, as appropriate, any and all of the Non-Released Claims***, whether arising before or after the Petition Date ...

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the proposed Protective Order.

*Id.*, at ¶ 47 (emphasis added); *see also* Bankruptcy Plan, Article IV.F.7.

7. The Bankruptcy Plan's Effective Date occurred on September 29, 2023.

8. Following the occurrence of the Bankruptcy Plan's Effective Date, the Plan Administrator commenced his investigation regarding what he contends are Non-Released Claims. In one instance, the Plan Administrator requested that Aetna Life Insurance Co. provide documents responsive to a Bankruptcy Rule 2004 document subpoena, and Aetna Inc. and certain affiliated entities (collectively, "Aetna") have proposed to produce certain documents subject to the negotiation, execution, and entry of an Agreed Qualified Protective Order to, *inter alia*, protect certain material from public disclosure.

9. Accordingly, the Plan Administrator and Aetna negotiated the terms of the Agreed Qualified Protective Order to govern the exchange of certain documents.

10. This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the Plan Administrator's request that the Court enter the Agreed Qualified Protective Order as presented. The Plan Administrator submits that the Agreed Qualified Protective Order is in the best interests of the Wind Down Debtors and their estates as it will facilitate the prompt exchange and review of documents by the Plan Administrator in furtherance of the Plan Administrator's investigation, while maintaining any assertion that such documents are confidential.

11. No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Plan Administrator respectfully requests that the Court enter the proposed form of the Agreed Qualified Protective Order, and grant such other relief as the Court deems just and appropriate under the circumstances.

Dated: January 13, 2026

By: */s/David I. Schiefelbein*
David I. Schiefelbein

**McKOOL SMITH P.C.**
David I. Schiefelbein
Daniel Hendler (*pro hac vice* pending)
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
212-402-9400
E-mail: dschiefelbein@mckoolsmith.com
dhendler@mckoolsmith.com

Jon Corey (*pro hac vice* pending)
1717 K Street, NW, Suite 1000
Washington, D.C. 20006
202-370-8300
E-mail: jcorey@mckoolsmith.com

*Counsel to the Plan Administrator*