| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*) Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP 1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           egray@pszjlaw.com<br>           ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | <br><br>Order Filed on January 16, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:      January 13, 2026**<br>**Hearing Time:      10:00 a.m. (ET)**<br>**Response Deadline:   January 6, 2026**<br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED**<br>**Related Docket No. 4468** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S  TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: January 16, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS |

---

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims") [Doc. No. 4468]; and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. 4469, 4502], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. Each Disputed Claim set forth on Exhibit 1 is disallowed and expunged.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

4. Nothing in this Order shall affect any party's rights with respect to the Surviving

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

(Page | 3)
Debtors:         BED BATH & BEYOND INC., *et al*.
Case No.         23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS

---

Claims, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Surviving Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Surviving Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Surviving Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the

(Page | 4)
Debtors:            BED BATH & BEYOND INC., *et al*.
Case No.           23-13359-VFP
Caption of Order:    ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS

---

Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

9. The hearing has been continued to February 18, 2026, at 10:00 a.m. with respect to the Plan Administrator's objection to Claim Nos. 11972 and 12236 filed by Equity One (Northeast Portfolio) LLC [Doc. No. 4496].

# Exhibit 1

## List of Disputed Claims

1

4921-3688-1543.3 08728.003

**Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)**
**Exhibit 1 to Order Sustaining Plan Administrator's 29th Omnibus Objection to Claims**
**(Duplicate Claims)**

| | SECTION A – DISPUTED CLAIMS (DUPLICATE CLAIMS TO BE DISALLOWED) | | | | | | SECTION B – SURVIVING CLAIMS Surviving Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 1 | Bed Bath & Beyond Inc. | 14736 | 7/21/2023 | 28th Street Management Company, LLC c/o Osipov Bigelman, PC 20700 Civic Center Drive, Suite 420 Southfield, MI 48076 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $78,021.35 $0.00 $0.00 $0.00 $78,021.35 | Bed Bath & Beyond Inc. | 14559 | 7/21/2023 | 28th Street Management Company, LLC c/o Fox Realty LLC 2150 Franklin Road, Suite B Bloomfield Hills, MI 48302 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $78,021.35 $0.00 $0.00 $0.00 $78,021.35 |
| 2 | Bed Bath & Beyond Inc. | 8609 | 6/30/2023 | 2180 Kings Highway DE, LLC c/o Eric Goldstein Shipman & Goodwin LLP One Constitution Plaza Hartford, CT 06103 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,127,254.62 $1,127,254.62 | Bed Bath & Beyond Inc. | 8735 | 6/29/2023 | 2180 Kings Highway DE, LLC c/o Eric Goldstein Shipman & Goodwin LLP One Constitution Plaza Hartford, CT 06103 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,127,254.62 $1,127,254.62 |
| 3 | Bed Bath & Beyond Inc. | 16278 | 8/15/2023 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee Kelly McCloskey, CFO Wedgewood Hills, Inc. 1325 Howard Ave. #609 Burlingame, CA 94010 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $11,387.24 $0.00 $0.00 $550,547.88 $561,935.12 | Bed Bath & Beyond Inc. | 16277 | 8/15/2023 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee c/o Kelly McCloskey, CFO Wedgewood Hills, Inc. 1325 Howard Ave. #609 Burlingame, CA 94010 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $11,387.24 $0.00 $0.00 $550,547.88 $561,935.12 |
| 4 | Bed Bath & Beyond Inc. | 18189 | 10/31/2023 | Almanzar, Altagracia Diaz *Address Redacted* | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,000,000.00 $1,000,000.00 | Bed Bath & Beyond Inc. | 17134 | 9/11/2023 | Almanzar, Altagracia Diaz *Address Redacted* | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,000,000.00 $1,000,000.00 |
| 5 | Bed Bath & Beyond Inc. | 18258 | 11/3/2023 | Almanzar, Altagracia Diaz *Address Redacted* | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,000,000.00 $1,000,000.00 | Bed Bath & Beyond Inc. | 17134 | 9/11/2023 | Almanzar, Altagracia Diaz *Address Redacted* | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,000,000.00 $1,000,000.00 |
| 6 | Bed Bath & Beyond Inc. | 11330 | 7/6/2023 | Bradenton I, LLC c/o Landqwest Commercial Property Management Goss, Karen, Property Manager 5601 Mariner Street, Suite 220 Tampa, FL 33907 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $34,428.83 $0.00 $0.00 $0.00 $34,428.83 | Bed Bath & Beyond Inc. | 11003 | 7/7/2023 | Bradenton I, LLC Landqwest Commercial Property Management Attn: Karen Goss Property Manager 5601 Mariner Street Suite 220 Tampa, FL 33907 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $34,428.83 $0.00 $0.00 $0.00 $34,428.83 |
| 7 | Bed Bath & Beyond Inc. | 10182 | 7/6/2023 | Central Transport, LLC 12225 Stephens Rd. Warren, MI 48089 | Secured Admin 503(b)(9) Priority GUC Total | $100,000.00 $0.00 $0.00 $0.00 $39,590.51 $139,590.51 | Bed Bath & Beyond Inc. | 9424 | 6/23/2023 | Central Transport, LLC 12225 Stephens Rd. Warren, MI 48089 | Secured Admin 503(b)(9) Priority GUC Total | $100,000.00 $0.00 $0.00 $0.00 $39,590.51 $139,590.51 |
| 8 | Bed Bath & Beyond Inc. | 66 | 4/28/2023 | Centric Software, Inc. 655 Campbell Technology Pkwy, Suite 200 Campbell, CA 95008 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,605,807.54 $1,605,807.54 | Bed Bath & Beyond Inc. | 54 | 4/28/2023 | Centric Software, Inc. 655 Campbell Technology Pkwy, Suite 200 Campbell, CA 95008 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,605,807.54 $1,605,807.54 |

Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 29th Omnibus Objection to Claims
**(Duplicate Claims)**

| | SECTION A – DISPUTED CLAIMS (DUPLICATE CLAIMS TO BE DISALLOWED) | | | | | | SECTION B – SURVIVING CLAIMS Surviving Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 9 | Bed Bath & Beyond Inc. | 17257 | 9/14/2023 | Congressional North Associates Limited Partnership c/o Michael Hollander 121 Congressional Lane Suite 200 Rockville, MD 20852 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $2,167,850.07 $2,167,850.07 | Bed Bath & Beyond Inc. | 17080 | 9/8/2023 | Congressional North Associates Limited Partnership c/o McNamee Hosea et al. 6404 Ivy Lane Suite 820 Greenbelt, MD 20770 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $2,167,850.07 $2,167,850.07 |
| 10 | Bed Bath & Beyond Inc. | 6797 | 6/14/2023 | CSM West Ridge, Inc. c/o Patrick C. Summers DeWitt LLP 901 Marquette Avenue, Ste. 2100 Minneapolis, MN 55402 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $557,795.91 $557,795.91 | Bed Bath & Beyond Inc. | 4126 | 6/14/2023 | CSM West Ridge, Inc. c/o Patrick C. Summers DeWitt LLP 901 Marquette Avenue Ste. 2100 Minneapolis, MN 55402 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $557,795.91 $557,795.91 |
| 11 | Bed Bath & Beyond Inc. | 9492 | 7/5/2023 | Decatur Mall, LLC c/o Hull Property Group, LLC Attn: Ashley Dolce 1190 Interstate Parkway Augusta, GA 30909 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $501,903.45 $501,903.45 | Bed Bath & Beyond Inc. | 8739 | 6/29/2023 | Decatur Mall, LLC c/o Hull Property Group, LLC Attn: Ashley Dolce 1190 Interstate Parkway Augusta, GA 30909 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $501,903.45 $501,903.45 |
| 12 | Buy Buy Baby, Inc. | 9905 | 7/6/2023 | Gerber Childrenswear, LLC c/o Julio E. Mendoza, Jr., Esq. Maynard Nexsen PC 1230 Main Street, Suite 700 (29201) PO Box 2426 Columbias, SC 29202 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,273,530.09 $1,273,530.09 | Buy Buy Baby, Inc. | 8682 | 6/29/2023 | Gerber Childrenswear, LLC Maynard Nexsen PC c/o Julio E. Mendoza, Jr., Esquire 1230 Main Street, Suite 700 Columbia, SC 29201 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,273,530.09 $1,273,530.09 |
| 13 | Bed Bath & Beyond Inc. | 1280 | 5/15/2023 | Halimi, Dardana *Address Redacted* | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $30,000,000.00 $30,000,000.00 | Bed Bath & Beyond Inc. | 417 | 5/8/2023 | Halimi, Dardana *Address Redacted* | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $30,000,000.00 $30,000,000.00 |
| 14 | Bed Bath & Beyond Inc. | 11195 | 6/20/2023 | IBM Corporation 2200 Camino A El Castillo Guadalajara, JAL 45680 Guadalajara, Jalisco 45680 Mexico | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,683,909.51 $1,683,909.51 | Bed Bath & Beyond Inc. | 4141 | 5/26/2023 | IBM Corporation 2200 Camino A El Castillo Guadalajara, JAL, 45680 Mexico | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,683,909.51 $1,683,909.51 |
| 15 | Bed Bath & Beyond Inc. | 13652 | 7/5/2023 | Kepler Group LLC Seward & Kissel LLP Attn: Robert J. Gayda One Battery Park Plaza New York, NY 10004 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $5,396,460.61 $5,396,460.61 | Bed Bath & Beyond Inc. | 12887 | 7/5/2023 | Kepler Group LLC Seward & Kissel LLP Attn: Robert J. Gayda One Battery Park Plaza New York, NY 10004 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $5,396,460.61 $5,396,460.61 |
| 16 | Liberty Procurement Co, Inc. | 13903 | 7/5/2023 | Kepler Group LLC Seward & Kissel LLP Attn: Robert J. Gayda One Battery Park Plaza New York, NY 10004 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $5,396,460.61 $5,396,460.61 | Liberty Procurement Co, Inc. | 12886 | 7/5/2023 | Kepler Group LLC Seward & Kissel LLP Attn: Robert J. Gayda One Battery Park Plaza New York, NY 10004 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $5,396,460.61 $5,396,460.61 |

Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 29th Omnibus Objection to Claims
(Duplicate Claims)

| | SECTION A – DISPUTED CLAIMS (DUPLICATE CLAIMS TO BE DISALLOWED) | | | | | | SECTION B – SURVIVING CLAIMS<br>Surviving Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 17 | Bed Bath & Beyond Inc. | 20175 | 7/18/2024 | Lafayette Parish Tax Collector<br>PO Box 92590<br>Lafayette, LA 70509 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$28,837.05<br>$0.00<br>$28,837.05 | Bed Bath & Beyond Inc. | 20144 | 7/10/2024 | LAFAYETTE PARISH TAX COLLECTOR<br>1010 LAFAYETTE STREET<br>SUITE 401<br>LAFAYETTE, LA 70501 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$28,837.05<br>$0.00<br>$28,837.05 |
| 18 | Bed Bath & Beyond Inc. | 20198 | 7/29/2024 | Lafayette Parish Tax Collector<br>PO Box 92590<br>Lafayette, LA 70509 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$28,837.05<br>$0.00<br>$28,837.05 | Bed Bath & Beyond Inc. | 20144 | 7/10/2024 | LAFAYETTE PARISH TAX COLLECTOR<br>1010 LAFAYETTE STREET<br>SUITE 401<br>LAFAYETTE, LA 70501 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$28,837.05<br>$0.00<br>$28,837.05 |
| 19 | Bed Bath & Beyond Inc. | 10675 | 7/6/2023 | Layton Hills Mall CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent<br>c/o Caleb T. Holzaepfel<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$595,583.05<br>$595,583.05 | Bed Bath & Beyond Inc. | 4044 | 6/6/2023 | Layton Hills Mall CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent<br>Caleb Holzaepfel<br>736 Georgia Avenue<br>Suite 300 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$595,583.05<br>$595,583.05 |
| 20 | Bed Bath & Beyond Inc. | 12660 | 6/29/2023 | Mindsinsync, Inc.<br>Iain Scorgie<br>261 5th Avenue<br>Suite 1610<br>New York, NY 10016 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,199,994.76<br>$5,199,994.76 | Bed Bath & Beyond Inc. | 6360 | 6/21/2023 | Mindsinsync, Inc.<br>Iain Scorgie<br>261 5th Avenue, Suite 1610<br>New York, NY 10016 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,199,994.76<br>$5,199,994.76 |
| 21 | Liberty Procurement Co. Inc. | 20876 | 9/4/2025 | State of Minnesota, Department of Revenue<br>PO Box 64447 - BKY<br>St. Paul, MN 55164-0447 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$177.65<br>$2,136.39<br>$2,314.04 | Liberty Procurement Co. Inc. | 20835 | 8/1/2025 | Minnesota Department of Revenue<br>PO Box 64447-BKY<br>St Paul, MN 551640447 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$177.65<br>$2,136.39<br>$2,314.04 |
| 22 | Bed Bath & Beyond Inc. | 19521 | 2/20/2024 | Mishorim Gold Jacksonville, LP<br>Dentons Sirote PC<br>c/o Steven Brickman<br>2311 Highland Ave South, Ste 500<br>Birmingham, AL 35205 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$587,184.62<br>$587,184.62 | Bed Bath & Beyond Inc. | 16011 | 8/10/2023 | Mishorim Gold Jacksonville, LP<br>c/o Thomas B. Humphries<br>2311 Highland Ave South, Suite 500<br>Birmingham, AL 35205 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$587,184.62<br>$587,184.62 |
| 23 | Bed Bath & Beyond Inc. | 16758 | 8/30/2023 | Northeast Holdings LLC<br>c/o W. Alexander Burnett<br>Williams Mullen<br>200 S. 10th Street, Suite 1600<br>Richmond, VA 23219 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$84,149.57<br>$0.00<br>$0.00<br>$16,604.76<br>$100,754.33 | Bed Bath & Beyond Inc. | 16755 | 8/30/2023 | Northeast Holdings LLC<br>c/o W. Alexander Burnett<br>Williams Mullen<br>200 S. 10th Street, Suite 1600<br>Richmond, VA 23219 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$84,149.57<br>$0.00<br>$0.00<br>$16,604.76<br>$100,754.33 |
| 24 | Bed Bath & Beyond Inc. | 6379 | 6/28/2023 | Pecker, Daniel<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$608.52<br>$0.00<br>$608.52 | Bed Bath & Beyond Inc. | 6474 | 6/25/2023 | Pecker, Daniel<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$608.52<br>$0.00<br>$608.52 |

Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)
Exhibit 1 to Order Sustaining Plan Administrator's 29th Omnibus Objection to Claims
(Duplicate Claims)

| | SECTION A – DISPUTED CLAIMS (DUPLICATE CLAIMS TO BE DISALLOWED) | | | | | | SECTION B – SURVIVING CLAIMS<br>Surviving Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 25 | Liberty Procurement Co, Inc. | 10793 | 7/10/2023 | Sauder Woodworking Co.<br>502 Middle St<br>PO Box 156<br>Archbold, OH 43502 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,644,353.74<br>$1,644,353.74 | Liberty Procurement Co, Inc. | 2576 | 5/25/2023 | Sauder Woodworking Co.<br>502 Middle St.<br>PO Box 156<br>Archbold, OH 43502 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,644,353.74<br>$1,644,353.74 |
| 26 | Buy Buy Baby, Inc. | 4762 | 6/16/2023 | Schenk, Brenda<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00<br>$1,000,000.00 | Buy Buy Baby, Inc. | 12813 | 6/13/2023 | Schenk, Brenda<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,000,000.00<br>$1,000,000.00 |
| 27 | Bed Bath & Beyond Inc. | 1110 | 5/12/2023 | Securitas Electronic Security<br>3800 Tabs Drive<br>Uniontown, OH 44685 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$539,683.00<br>$539,683.00 | Bed Bath & Beyond Inc. | 245 | 5/8/2023 | Securitas Electronic Security<br>3800 Tabs Drive<br>Uniontown, OH 44685 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$539,683.00<br>$539,683.00 |
| 28 | Bed Bath & Beyond Inc. | 6561 | 6/20/2023 | Sinclair Properties I, LLC, Sinclair Retail Associates, LLC dba F&H Sinclair Properties, c/o Thomas J. Polis Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Blvd, Suite 1000<br>Irvine, CA 92612 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,363,024.00<br>$1,363,024.00 | Bed Bath & Beyond Inc. | 4158 | 6/9/2023 | Sinclair Properties I, LLC, Sinclair Retail Associates, LLC dba F&H Sinclair Properties, c/o Thomas J. Polis Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Blvd, Suite 1000<br>Irvine, CA 92612 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,363,024.00<br>$1,363,024.00 |
| 29 | Bed Bath & Beyond Inc. | 12263 | 7/7/2023 | Sycamore Browns Valley, LLC<br>Attn: Jason E. Rios<br>Felderstein Fitzgerald et al.<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$38,402.78<br>$0.00<br>$0.00<br>$420,236.11<br>$458,638.89 | Bed Bath & Beyond Inc. | 11424 | 7/6/2023 | Sycamore Browns Valley, LLC<br>c/o Jason Rios<br>Felderstein Fitzgerald et al.<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$38,402.78<br>$0.00<br>$0.00<br>$420,236.11<br>$458,638.89 |
| 30 | Liberty Procurement Co. Inc. | 8754 | 6/27/2023 | Synthesis Home Textiles Private Limited<br>69-74 Athur SIDCO Industrial Estate<br>Salem By-Pass Road<br>Karur, TN, 639006<br>India | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$379,962.11<br>$0.00<br>$379,962.11 | Liberty Procurement Co. Inc. | 1891 | 5/20/2023 | Synthesis Home Textiles Private Limited<br>69-74 Athur SIDCO Industrial Estate<br>Salem By-Pass Road<br>Karur, Tamil Nadu, 639006<br>India | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$379,962.11<br>$0.00<br>$379,962.11 |
| 31 | Bed Bath & Beyond Inc. | 12798 | 7/11/2023 | Tinsley, Denice<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,927.00<br>$0.00<br>$11,927.00 | Bed Bath & Beyond Inc. | 11831 | 7/7/2023 | Tinsley, Denice<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,927.00<br>$0.00<br>$11,927.00 |
| 32 | Bed Bath & Beyond Inc. | 17504 | 9/15/2023 | Transaction Network Services, Inc.<br>10740 Parkridge Blvd, Suite 100<br>Reston, VA 20191 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$28,023.18<br>$0.00<br>$0.00<br>$0.00<br>$28,023.18 | Bed Bath & Beyond Inc. | 16272 | 8/15/2023 | Transaction Network Services, Inc.<br>10740 Parkridge Blvd<br>Suite 100<br>Reston, VA 20191 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$28,023.18<br>$0.00<br>$0.00<br>$0.00<br>$28,023.18 |

**Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)**
**Exhibit 1 to Order Sustaining Plan Administrator's 29th Omnibus Objection to Claims**
**(Duplicate Claims)**

| | SECTION A – DISPUTED CLAIMS (DUPLICATE CLAIMS TO BE DISALLOWED) | | | | | | SECTION B – SURVIVING CLAIMS<br>Surviving Claims Remain Subject to Further Objection | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount | Asserted Debtor | Claim No. | Date Filed | Claimant Name and Address | Priority | Claim Amount |
| 33 | Bed Bath & Beyond Inc. | 10559 | 6/12/2023 | Udisense Inc.<br>244 5th Avenue<br>Floor 2, #2702<br>New York, NY 10001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,065,509.00<br>$1,065,509.00 | Bed Bath & Beyond Inc. | 3351 | 6/1/2023 | Udisense Inc.<br>244 5th Avenue, Floor 2, #2702<br>New York, NY 10001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,065,509.00<br>$1,065,509.00 |
| 34 | Bed Bath & Beyond Inc. | 12511 | 6/28/2023 | Zervos, Eleni<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,000,000.00<br>$3,000,000.00 | Bed Bath & Beyond Inc. | 3930 | 6/7/2023 | Zervos, Eleni<br>*Address Redacted* | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,000,000.00<br>$3,000,000.00 |