| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*) <br> Bradford J. Sandler, Esq. <br> Erin Gray, Esq. (admitted *pro hac vice*) <br> Edward A. Corma, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 1700 Broadway, 36th Floor <br> New York, NY 10019 <br> Telephone: (212) 561-7700 <br> Facsimile: (212) 561-7777 <br> Email: rfeinstein@pszjlaw.com <br>         bsandler@pszjlaw.com <br>         egray@pszjlaw.com <br>         ecorma@pszjlaw.com <br><br> *Counsel to the Plan Administrato* |  <br> Order Filed on January 20, 2026 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> BED BATH & BEYOND INC., *et al.*,[1] <br><br>                              Debtors. | Chapter 11 <br> Case No. 23-13359 (VFP) <br> (Jointly Administered) <br><br> **Hearing Date:     January 13, 2026** <br> **Hearing Time:    10:00 a.m. (ET)** <br> **Response Deadline:    January 6, 2026** <br><br> **ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** <br><br> **Related Docket No. 4466** |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (AMENDED CLAIMS)

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: January 20, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)
Debtors:         BED BATH & BEYOND INC., *et al*.
Case No.         23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims") [Doc. No. 4466]; and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. 4467, 4502], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. Each Disputed Claim set forth on Exhibit 1 is disallowed and expunged.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

4. Nothing in this Order shall affect any party's rights with respect to the Surviving

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page | 3)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS

---

Claims, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Surviving Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Surviving Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Surviving Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the

(Page | 4)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS

---

Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

9. The Objection is withdrawn without prejudice with respect to the Plan Administrator's Objection to Claim Nos. 17756 and 19111 filed by the Ohio Department of Taxation and the hearing as to those claims (which was previously adjourned to February 18, 2026, at 10:00 a.m. [Doc. No. 4492]) is taken off calendar.

10. The Plan Administrator reserves his rights to bring other and further objections with respect to Claims 17756 and 19111, and the Ohio Department of Taxation reserves its rights and defenses as to any such objections.

4925-4012-4039.3 08728.003

# Exhibit 1

## List of Disputed Claims

4925-4012-4039.3 08728.003

**Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)**
**Exhibit 1 to Order Sustaining Plan Administrator's 28th Omnibus Objection to Claims**
**(Amended Claims)**

| | SECTION A – DISPUTED CLAIMS (CLAIMS TO BE EXPUNGED) | | | | | SECTION B – SURVIVING CLAIMS Surviving Claims Remain Subject to Further Objection | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Claim No. | Date Filed | Claimant Name and Address | Priority | Asserted Claim Amount | Surviving Claim No. | Date Filed | Claimant Name and Address | Priority | Surviving Claim Amount |
| 1 | 319 | 5/8/2023 | Brevard Country Tax Collector<br>Lisa Cullen, CFC<br>P.O. Box 2500<br>Titusville, FL 32781-2500 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $482.37<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$482.37 | 18228 | 11/3/2023 | Brevard Country Tax Collector<br>PO Box 2500<br>Titusville, FL 32780 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $2,746.83<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,746.83 |
| 2 | 12537 | 7/6/2023 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$21,006.10<br>$56,582.38<br>$77,588.48 | 20021 | 6/5/2024 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$209.94<br>$56,582.38<br>$56,792.32 |
| 3 | 13913 | 7/5/2023 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$108,921.34<br>$0.00<br>$108,921.34 | 20022 | 6/5/2024 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$70,821.34<br>$0.00<br>$70,821.34 |
| 4 | 4041 | 6/6/2023 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc.,<br>its managing agent<br>Caleb Holzaepfel<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$11,082.96<br>$0.00<br>$0.00<br>$30,478.15<br>$41,561.11 | 15951 | 8/8/2023 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its managing agent<br>Caleb Holzaepfel<br>736 Georgia Avenue<br>Suite 300<br>Chattanooga, TN 37402 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$11,082.96<br>$0.00<br>$0.00<br>$846,653.20<br>$857,736.16 |
| 5 | 2644 | 5/25/2023 | Co-Reg Media, LLC<br>412A East 40th Street<br>Savannah, GA 31401 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$79,609.83<br>$0.00<br>$79,609.83 | 9158 | 6/23/2023 | Co-Reg Media, LLC<br>412A East 40th Street<br>Savannah, GA 31401 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$79,599.46<br>$79,599.46 |
| 6 | 254 | 5/8/2023 | Department of Treasury - Bankruptcy Section<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$444,661.32<br>$113,061.73<br>$557,723.05 | 20802 | 6/23/2025 | Department of Treasury - Bankruptcy Section<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$21,222.00<br>$40,784.00<br>$62,006.00 |
| 7 | 12285 | 7/7/2023 | Dick's Sporting Goods, Inc.<br>c/o Thomas D. Maxson, Esq., Dentons Cohen & Grigsby P.C.<br>625 Liberty Avenue<br>5th Floor<br>Pittsburgh, PA 15222 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$87,701.36<br>$87,701.36 | 18071 | 10/23/2023 | Dick's Sporting Goods, Inc.<br>Attn: Thomas D. Maxson, Esq.<br>Dentons Cohen & Grigsby P.C.<br>625 Liberty Avenue, 5th Floor<br>Pittsburgh, PA 15222 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 |
| 8 | 4233 | 6/12/2023 | Hillsborough County Tax Collector<br>Nancy C. Millan Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $11,428.37<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,428.37 | 20500 | 12/16/2024 | Hillsborough County Tax Collector<br>Nancy C. Millan, Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $5,131.21<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,131.21 |
| 9 | 5048 | 6/5/2023 | Hillsborough County Tax Collector<br>Nancy C. Millan Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $12,999.71<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$12,999.71 | 20502 | 12/16/2024 | Hillsborough County Tax Collector<br>Nancy C. Millan, Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $5,884.82<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,884.82 |

**Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)**
**Exhibit 1 to Order Sustaining Plan Administrator's 28th Omnibus Objection to Claims**
**(Amended Claims)**

| | SECTION A – DISPUTED CLAIMS (CLAIMS TO BE EXPUNGED) | | | | | SECTION B – SURVIVING CLAIMS<br>Surviving Claims Remain Subject to Further Objection | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Claim No. | Date Filed | Claimant Name and Address | Priority | Asserted Claim Amount | Surviving Claim No. | Date Filed | Claimant Name and Address | Priority | Surviving Claim Amount |
| 10 | 5215 | 6/5/2023 | Hillsborough County Tax Collector<br>Nancy C. Millan Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $2,092.14<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,092.14 | 20503 | 12/16/2024 | Hillsborough County Tax Collector<br>Nancy C. Millan Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $583.93<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$583.93 |
| 11 | 19177 | 1/10/2024 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$50,045,500.16<br>$0.00<br>$50,045,500.16 | 19643 | 3/13/2024 | Department of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$50,000,000.00<br>$0.00<br>$50,000,000.00 |
| 12 | 8561 | 6/30/2023 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$8,675,417.08<br>$469,702.70<br>$9,145,119.78 | 18932 | 12/20/2023 | Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$39,461.50<br>$39,461.50 |
| 13 | 1349 | 5/16/2023 | Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,594.89<br>$284.09<br>$7,878.98 | 20300 | 9/12/2024 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,651.65<br>$0.00<br>$1,651.65 |
| 14 | 17568 | 9/20/2023 | New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$931,602.51<br>$140,712.37<br>$1,092,314.88 | 20576 | 1/24/2025 | New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$931,431.08<br>$140,712.37<br>$1,072,143.45 |
| 15 | 3660 | 6/5/2023 | NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$40,127.84<br>$6,552.14<br>$46,679.98 | 20310 | 9/17/2024 | NM Taxation & Revenue Department<br>PO Box 8575<br>Albunquerque, NM 87198-8575 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,004.68<br>$6,547.14<br>$7,551.82 |
| 16 | 621 | 5/10/2023 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$100,358.97<br>$16,018.33<br>$116,377.30 | 17756 | 10/10/2023 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$100,358.97<br>$16,018.33<br>$116,377.30 |
| 17 | 12722 | 7/11/2023 | Okaloosa County Tax Collector<br>Attn: Kathryn Middleton<br>1250 N Eglin Pkwy Ste 101<br>Shalimar, FL 32579 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,959.32<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,959.32 | 20331 | 10/2/2024 | OKALOOSA COUNTY TAX COLLECTOR<br>ATTN CHERYL VACCARI<br>1250 N EGLIN PARKWAY STE 101<br>SHALIMAR, FL 32579 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $2,152.10<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,152.10 |
| 18 | 15415 | 7/28/2023 | RPT Realty, L.P.<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 501<br>New York, NY 10020 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$9,961.98<br>$0.00<br>$0.00<br>$0.00<br>$9,961.98 | 17445 | 9/13/2023 | RPT Realty, L.P.<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer, Esq.<br>1270 Avenue of the Americas, Suite 501<br>New York, NY 10020 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$12,361.75<br>$0.00<br>$0.00<br>$0.00<br>$12,361.75 |

**Bed Bath Beyond, Inc., Case No. 23-13359 (VFP)**
**Exhibit 1 to Order Sustaining Plan Administrator's 28th Omnibus Objection to Claims**
**(Amended Claims)**

| | SECTION A – DISPUTED CLAIMS (CLAIMS TO BE EXPUNGED) | | | | | | SECTION B – SURVIVING CLAIMS Surviving Claims Remain Subject to Further Objection | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Asserted Claim No. | Date Filed | Claimant Name and Address | Priority | Asserted Claim Amount | Surviving Claim No. | Date Filed | Claimant Name and Address | Priority | Surviving Claim Amount |
| 19 | 15420 | 7/28/2023 | RPT Realty, L.P.<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 501<br>New York, NY 10020 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$101,565.16<br>$0.00<br>$0.00<br>$0.00<br>$101,565.16 | 17181 | 9/13/2023 | RPT Realty, L.P.<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer, Esq.<br>1270 Avenue of the Americas, Suite 501<br>New York, NY 10020 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$101,579.93<br>$0.00<br>$0.00<br>$0.00<br>$101,579.93 |
| 20 | 14077 | 6/30/2023 | St Joseph County Treasurer<br>227 W Jefferson Blvd-2nd Floor<br>County City Bldg<br>South Bend, IN 46601 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$2,298.54<br>$0.00<br>$2,298.54 | 20116 | 6/21/2024 | St Joseph County Treasurer<br>227 W Jefferson Blvd-2nd Fl<br>County Bldg<br>South Bend, IN 46601 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$4,288.34<br>$0.00<br>$4,288.34 |
| 21 | 13 | 4/25/2023 | State of Alabama, Department of Revenue<br>Attn: Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$215,886.43<br>$31,941.00<br>$247,827.43 | 20906 | 10/31/2025 | State of Alabama, Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$177,903.19<br>$30,039.50<br>$207,942.69 |
| 22 | 23 | 4/25/2023 | State of Alabama, Department of Revenue<br>Attn: Legal Division PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$57,807.00<br>$19,741.81<br>$77,548.81 | 20596 | 1/22/2025 | State of Alabama, Department of Revenue<br>Attn: Legal Division PO Box 320001<br>Montgomery, AL 36132-0001 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$375.85<br>$19,741.81<br>$20,117.66 |
| 23 | 18082 | 10/23/2023 | State of Minnesota, Department of Revenue<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,327.11<br>$1,875.45<br>$9,202.56 | 20876 | 9/4/2025 | Minnesota Department of Revenue<br>PO Box 64447-BKY<br>St Paul, MN 551640447 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$177.65<br>$2,136.39<br>$2,314.04 |
| 24 | 17672 | 10/4/2023 | TDOR<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,264,716.30<br>$0.00<br>$1,264,716.30 | 20636 | 3/6/2025 | TDOR<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$408,291.47<br>$0.00<br>$0.00<br>$0.00<br>$408,291.47 |
| 25 | 208 | 5/4/2023 | Tennessee Department of Revenue<br>c/o Attorney General PO Box 20207<br>Nashville, TN 37202-0207 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$602,791.62<br>$41,349.65<br>$644,141.27 | 20548 | 1/7/2025 | Tennessee Department of Revenue<br>PO Box 20207<br>Nashville, TN 37202-0207 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$302,791.73<br>$41,349.65<br>$344,141.38 |
| 26 | 17643 | 10/3/2023 | U.S. CUSTOMS AND BORDER PROTECTION<br>ATTN: REV-BANKRUPTCY-<br>203JA 8899 E. 56TH STREET<br>INDIANAPOLIS, IN 46249 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$17,099.46<br>$186,523.34<br>$203,622.80 | 20697 | 3/31/2025 | U.S. Customs and Border Protection<br>Revenue Division, Bankruptcy Team<br>Attn: Mail Stop 203-Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $38,026.09<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$38,026.09 |