## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 20, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Order Sustaining Plan Administrator's Twenty-Eighth Omnibus Objection to Claims (Amended Claims) [Docket No. 4510]

Dated: January 21, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 21, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 94288

**<u>Exhibit A</u>**

Exhibit A

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 12817845 | Brevard Country Tax Collector | Alicia Foley - Bankruptcy Analyst | 400 South St. | 6th Floor | | Titusville | FL | 32780 |
| 12817804 | Brevard Country Tax Collector | Lisa Cullen, CFC | P.O. Box 2500 | | | Titusville | FL | 32781-2500 |
| 15542669 | California Department of Tax and Fee Administration | PO Box 942879 | | | | Sacramento | CA | 94279-0055 |
| 12982870 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | Caleb Holzaepfel | 736 Georgia Avenue, Suite 300 | | | Chattanooga | TN | 37402 |
| 15425603 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | Gary Roddy | 2030 Hamilton Place Blvd., Suite 500 | | | Chattanooga | TN | 37421 |
| 12884363 | Co-Reg Media, LLC | 412A East 40th Street | | | | Savannah | GA | 31401 |
| 12764454 | Department of Treasury - Bankruptcy Section | P.O. Box 9024140 | | | | San Juan | PR | 00902-4140 |
| 13133818 | Dick's Sporting Goods, Inc. | c/o Kristen Boscarino, Senior Manager of Real Estate Management | 345 Court Street | | | Coraopolis | PA | 15108 |
| 13133816 | Dick's Sporting Goods, Inc. | c/o Thomas D. Maxson, Esq., Dentons Cohen & Grigsby P.C. | 625 Liberty Avenue | 5th Floor | | Pittburgh | PA | 15222 |
| 12989400 | Hillsborough County Tax Collector | Nancy C. Millan Tax Collector | P.O. Box 30012 | | | Tampa | FL | 33630-3012 |
| 20830470 | Internal Revenue Service | 51 Haddonfield Road, Suite 300 | | | | Cherry Hill | NJ | 08002 |
| 20830468 | Internal Revenue Service | PO Box 7346 | | | | Philadelphia | PA | 19101-7346 |
| 13068070 | Michigan Department of Treasury | Bankruptcy Unit | PO Box 30168 | | | Lansing | MI | 48909 |
| 13068073 | Michigan Department of Treasury | Michigan Department of Treasury/Revenue/AG | PO Box 30456 | | | Lansing | MI | 48909-7955 |
| 13068071 | Michigan Department of Treasury | Moe Freedman | Assistant Attorney General | State of Michigan Attorney General | 3030 West Grand Blvd., Cadillac Place, Ste 10-200 | Detroit | MI | 48202 |
| 12835839 | Missouri Department of Revenue | P.O. Box 475 | | | | Jefferson City | MO | 65105 |
| 18989641 | New York State Department of Taxation and Finance | PO Box 5300 | | | | Albany | NY | 12205 |
| 12932185 | NM Taxation & Revenue Department | PO Box 8575 | | | | Albuquerque | NM | 87198-8575 |
| 19152016 | Ohio Department of Taxation | Attn: Attorney General of the State of Ohio | 30 E. Broad St. 14th Floor | | | Columbus | OH | 43215 |
| 19152014 | Ohio Department of Taxation | Attn: Bankruptcy Division | P.O. Box 530 | | | Columbus | OH | 43216 |
| 12819952 | Ohio Department of Taxation | P.O. Box 530 | | | | Columbus | OH | 43216 |
| 15513421 | Okaloosa County Tax Collector | Attn: Kathryn Middleton | 1250 N Eglin Pkwy Ste 101 | | | Shalimar | FL | 32579 |
| 17747493 | RPT Realty, L.P. | c/o Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas, Suite 501 | | New York | NY | 10020 |
| 15554591 | St Joseph County Treasurer | 227 W Jefferson Blvd-2nd Floor County City Bldg | | | | South Bend | IN | 46601 |
| 12650350 | State of Alabama, Department of Revenue | Attn: Legal Division | | | | Montgomery | AL | 36132-0001 |
| 20475223 | State of Minnesota, Department of Revenue | PO Box 64447 - BKY | PO Box 320001 | | | St Paul | MN | 55164-0447 |
| 19032125 | TDOR c/o Attorney General | PO Box 190665 | | | | Nashville | TN | 37219 |
| 19032123 | TDOR c/o Attorney General | PO Box 20207 | | | | Nashville | TN | 37202-0207 |
| 19032124 | TDOR c/o Attorney General | Sherry Grubbs | Tennessee Department of Revenue | 500 Deaderick Street | | Nashville | TN | 37242 |
| 12762567 | Tennessee Department of Revenue | c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| 12762786 | Tennessee Department of Revenue | c/o Bankruptcy Unit | PO Box 190665 | | | Nashville | TN | 37219-0665 |
| 12762787 | Tennessee Department of Revenue | Sherry Grubbs | Revenue Collection Specialist 2 | 500 Deaderick St | | Nashville | TN | 37242 |
| 19029569 | U.S. CUSTOMS AND BORDER PROTECTION | ATTN: REV-BANKRUPTCY-203JA | 8899 E. 56TH STREET | | | INDIANAPOLIS | IN | 46249 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B

| ADRID | NAME | EMAIL |
|---|---|---|
| 12817804 | Brevard Country Tax Collector | alicia.foley@brevardtc.com |
| 12817845 | Brevard Country Tax Collector | alicia.foley@brevardtc.com |
| 15542669 | California Department of Tax and Fee Administration | legalsob@cdtfa.ca.gov |
| 15542669 | California Department of Tax and Fee Administration | legalsob@cdtfa.ca.gov |
| 12982870 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | caleb.holzaepfel@huschblackwell.com |
| 15425603 | Coastal Grand CMBS, LLC, by CBL & Associates Management, Inc., its managing agent | gary.roddy@cblproperties.com |
| 12884363 | Co-Reg Media, LLC | adam@co-regmedia.com |
| 13133818 | Dick's Sporting Goods, Inc. | Kristen.Boscarino@dcsg.com |
| 13133816 | Dick's Sporting Goods, Inc. | michelle.graeb@dentons.com<br>thomas.maxson@dentons.com |
| 12989496 | Hillsborough County Tax Collector | montesinoj@hillstax.net |
| 12989692 | Hillsborough County Tax Collector | montesinoj@hillstax.net |
| 20830470 | Internal Revenue Service | jessica.a.aichhorn@irs.gov |
| 13068070 | Michigan Department of Treasury | freedmanm1@michigan.gov |
| 13068071 | Michigan Department of Treasury | freedmanm1@michigan.gov |
| 12835839 | Missouri Department of Revenue | becky.henson@dor.mo.gov |
| 18989641 | New York State Department of Taxation and Finance | BankruptcyCourtMailing@tax.ny.gov |
| 12932185 | NM Taxation & Revenue Department | lisa.ela@tax.nm.gov |
| 19152014 | Ohio Department of Taxation | bankruptcydivision@tax.ohio.gov |
| 12819952 | Ohio Department of Taxation | bankruptcydivision@tax.state.oh.us |
| 15513421 | Okaloosa County Tax Collector | kmiddleton@okaloosatax.com |
| 17747374 | RPT Realty, L.P. | sfleischer@barclaydamon.com |
| 17747493 | RPT Realty, L.P. | sfleischer@barclaydamon.com |
| 12650347 | State of Alabama, Department of Revenue | sarah.harwell@revenue.alabama.gov |
| 12650350 | State of Alabama, Department of Revenue | sarah.harwell@revenue.alabama.gov |
| 19032124 | TDOR c/o Attorney General | Sherry.Grubbs@tn.gov |
| 19032125 | TDOR c/o Attorney General | TDOR.Bankruptcy@tn.gov |
| 12762567 | Tennessee Department of Revenue | sherry.grubbs@tn.gov |
| 12762787 | Tennessee Department of Revenue | Sherry.Grubbs@tn.gov |
| 12762786 | Tennessee Department of Revenue | TDOR.Bankruptcy@tn.gov |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Exhibit B

| ADRID | NAME | EMAIL |
|---|---|---|
| 19029569 | U.S. CUSTOMS AND BORDER PROTECTION | bankruptcyteam@cbp.dhs.gov |