**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 20, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Order Sustaining Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims) [Docket No. 4509]

Dated: January 22, 2026

/s/ *Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 22, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 94271

**<u>Exhibit A</u>**

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 13069059 | 2180 Kings Highway DE, LLC | c/o Eric Goldstein | Shipman & Goodwin LLP | One Constitution Plaza | | Hartford | CT | 06103 | |
| 18240564 | 2180 Kings Highway DE, LLC | Jessica Signor | Shipman & Goodwin LLP | 300 Atlantic Street, 3rd Floor | | Stamford | CT | 06901 | |
| 13069060 | 2180 Kings Highway DE, LLC | Ronald Shaver | 1720 Post Road | | | Fairfield | CT | 06824 | |
| 15901038 | 28th Street Management Company, LLC | c/o Fox Realty LLC | 2150 Franklin Road, Suite B | | | Bloomfield Hills | MI | 48302 | |
| 15901036 | 28th Street Management Company, LLC | c/o Osipov Bigelman, PC | 20700 Civic Center Drive, Suite 420 | | | Southfield | MI | 48076 | |
| 18185256 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | Julie Beth Teicher | Attorney - Maddin, Hauser, Roth & Heller, P.C. | One Towne Square | Fifth Floor | Southfield | MI | 48076 | |
| 18185255 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | Kelly McCloskey, CFO | Wedgewood Hills, Inc. | 1325 Howard Ave. | #609 | Burlingame | CA | 94010 | |
| 20624271 | Almanzar, Altagracia Diaz | Address on File | | | | | | | |
| 20632885 | Almanzar, Altagracia Diaz | Address on File | | | | | | | |
| 13116080 | Bradenton I, LLC | Attn: Byron Z. Moldo, Esq. | 9401 Wilshire Blvd., 12th Floor | | | Beverly Hills | CA | 90212 | |
| 15465910 | Bradenton I, LLC | Attn: Karen Goss | P.O. Box 3607 | | | Seal Beach | CA | 90704 | |
| 13116078 | Bradenton I, LLC | c/o Landqwest Commercial Property Management Goss, Karen, Property Manager | 5601 Mariner Street, Suite 220 | | | Tampa | FL | 33907 | |
| 13116079 | Bradenton I, LLC | Kyle Weichert | 1234 East 17th Street | | | Santa Ana | CA | 92701 | |
| 13114829 | Central Transport, LLC | 12225 Stephens Rd. | | | | Warren | MI | 48089 | |
| 12652306 | Centric Software, Inc. | 655 Campbell Technology Pkwy, Suite 200 | | | | Campbell | CA | 95008 | |
| 18989448 | Congressional North Associates Limited Partnership | c/o McNamee Hosea et al. | Steven L. Goldberg | 6404 Ivy Lane | Suite 820 | Greenbelt | MD | 20770 | |
| 18989447 | Congressional North Associates Limited Partnership | c/o Michael Hollander | 121 Congressional Lane | Suite 200 | | Rockville | MD | 20852 | |
| 13052475 | CSM West Ridge, Inc. | c/o Patrick C. Summers | DeWitt LLP | 901 Marquette Avenue, Ste. 2100 | | Minneapolis | MN | 55402 | |
| 30909851 | Decatur Mall, LLC | c/o Hull Property Group, LLC | Attn: Ashley Dolce | 1190 Interstate Parkway | | Augusta | GA | 30909 | |
| 13135756 | Equity One (Northeast Portfolio) LLC | Ernst Bell, Associate General Counsel, Vice President - Legal | Regency Centers | One Independent Drive, Suite 114 | | Jacksonville | FL | 32202 | |
| 13135757 | Equity One (Northeast Portfolio) LLC | Kelley Drye & Warren LLP | Robert L. LeHane | 3 World Trade Center | 175 Greenwich St | New York | NY | 10007 | |
| 13112677 | Gerber Childrenswear, LLC | c/o Julio E. Mendoza, Jr., Esq. | Maynard Nexsen PC | 1230 Main Street, Suite 700 (29201) | PO Box 2426 | Columbia | SC | 29202 | |
| 12834236 | Halimi, Dardana | Address on File | | | | | | | |
| 13057467 | IBM Corp | 2200 Camino A El Castillo | Guadalajara, JAL 45680 | | | Guadalajara | Jalisco | 45680 | Mexico |
| 13057469 | IBM Corp | PO BOX 643600 | | | | PITTSBURGH | PA | 15264-3600 | |
| 15599804 | Kepler Group LLC | Attn: Ruchi Prasad | 6 East 32nd Street, 9th Floor | | | New York | NY | 10016 | |
| 14895085 | Kepler Group LLC | Seward & Kissel LLP | Attn: Robert J. Gayda | One Battery Park Plaza | | New York | NY | 10004 | |
| 15600611 | Kepler Group LLC | The Kepler Group LLC | Attn: Ruchi Prasad | 6 East 32 St. | 9th Floor | New York | NY | 10016 | |
| 26349847 | Lafayette Parish Tax Collector | Lafayette Parish Sheriff's Office | Ashley Ventroy | 1010 Lafayette Street | Suite 401 | Lafayette | LA | 70501 | |
| 26349846 | Lafayette Parish Tax Collector | PO Box 92590 | | | | Lafayette | LA | 70509 | |
| 13114347 | Layton Hills Mall CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent | c/o Caleb T. Holzaepfel | 736 Georgia Avenue, Suite 300 | | | Chattanooga | TN | 37402 | |
| 13114348 | Layton Hills Mall CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent | Gary Roddy | VP Collections, CBL & Associates Management | 2030 Hamilton Place Blvd., Suite 500 | | Chattanooga | TN | 37402 | |
| 13112026 | Mindsinsync, Inc. | Iain Scorgie | 230 5th Ave | Ste 704 | | New York | NY | 10001-7854 | |
| 15552635 | Mindsinsync, Inc. | Vincent J. Roldan, Esq. | Mandelbaum Barrett PC | 3 Becker Farm Road | | Roseland | NJ | 07079 | |
| 22141542 | Mishorim Gold Jacksonville, LP | c/o Forness Properties | 2221 Lee Road, Ste 11 | | | Winter Park | FL | 32789 | |
| 22140778 | Mishorim Gold Jacksonville, LP | Dentons Sirote PC | c/o Steven Brickman | 2311 Highland Ave South, Ste 500 | | Birmingham | AL | 35205 | |
| 18240096 | Northeast Holdings LLC | Attn: Rob Chesson | The Manakin Companies, LLC | P.O. Box 202 | | Manakin Sabot | VA | 23103 | |
| 18240094 | Northeast Holdings LLC | c/o W. Alexander Burnett | Williams Mullen | 200 S. 10th Street, Suite 1600 | | Richmond | VA | 23219 | |
| 13048545 | Pecker, Daniel | Address on File | | | | | | | |
| 15417648 | Sauder Woodworking Co. | 502 Middle St | PO Box 156 | | | Archbold | OH | 43502 | |
| 12996123 | Schenk, Brenda | Address on File | | | | | | | |
| 12827686 | Securitas Electronic Security | 3800 Tabs Drive | | | | Uniontown | OH | 44685 | |
| 15480137 | Sinclair Properties I, LLC, Sinclair Retail Associates, LLC | c/o Robert M. Sinclair | Agora Realty & Management, Inc | 4764 Park Granada | Suite 200 | Calabasas | CA | 91302 | |
| 13008506 | Sinclair Properties I, LLC, Sinclair Retail Associates, LLC | c/o Thomas J. Polis Esq. | Polis & Associates, APLC | 19800 MacArthur Blvd | Suite 1000 | Irvine | CA | 92612 | |
| 30657055 | State of Minnesota, Department of Revenue | PO Box 64447 - BKY | | | | St. Paul | MN | 55164-0447 | |
| 13124465 | Sycamore Browns Valley, LLC | Attn: Jason E. Rios | Felderstein Fitzgerald et al. | 500 Capitol Mall, Suite 2250 | | Sacramento | CA | 95814 | |
| 13124467 | Sycamore Browns Valley, LLC | Attn: Mark Engstrom, Manager | 168 Court Street | | | Woodland | CA | 95695 | |
| 13071805 | Synthesis Home Textiles Private Limited | 69-74 Athur SIDCO Industrial Estate | Salem By-Pass Road | | | Karur, TN | | 639006 | India |
| 15481750 | Tinsley, Denice | Address on File | | | | | | | |
| 18990044 | Transaction Network Services, Inc. | 10740 Parkridge Blvd, Suite 100 | | | | Reston | VA | 20191 | |
| 12989696 | Udisense Inc. | 244 5th Avenue | Floor 2, #2702 | | | New York | NY | 10001 | |
| 13095405 | Zervos, Eleni | Address on File | | | | | | | |

**Exhibit B**

Exhibit B

| AddressID | Name | Email |
|---|---|---|
| 13069059 | 2180 Kings Highway DE, LLC | egoldstein@goodwin.com; kheidel@goodwin.com |
| 18240564 | 2180 Kings Highway DE, LLC | kheidel@goodwin.com |
| 13069060 | 2180 Kings Highway DE, LLC | rshaver@ceruzzi.com |
| 15901038 | 28th Street Management Company, LLC | joe@fox-realty.com |
| 15901036 | 28th Street Management Company, LLC | am@osbig.com |
| 18185256 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | jteicher@maddinhauser.com |
| 18185255 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | wedgewoodhillsinc@gmail.com |
| 20624271 | Almanzar, Altagracia Diaz | Email on File |
| 20632885 | Almanzar, Altagracia Diaz | Email on File |
| 13116080 | Bradenton I, LLC | bmoldo@ecjlaw.com |
| 15465910 | Bradenton I, LLC | kgoss@lqcre.com |
| 13116078 | Bradenton I, LLC | kgoss@lqcre.com |
| 13116079 | Bradenton I, LLC | kweichert@RMRGinc.com |
| 13114829 | Central Transport, LLC | legal@centraltransport.com |
| 12652306 | Centric Software, Inc. | legal@centricsoftware.com |
| 18989448 | Congressional North Associates Limited Partnership | sgoldberg@mhlawyers.com |
| 18989447 | Congressional North Associates Limited Partnership | mhollander@csiinvestors.com |
| 13052475 | CSM West Ridge, Inc. | pcs@dewittllp.com |
| 13090851 | Decatur Mall, LLC | adolce@hullpg.com |
| 13135756 | Equity One (Northeast Portfolio) LLC | ernstbell@regencycenters.com; syachik@kelleydrye.com |
| 13135757 | Equity One (Northeast Portfolio) LLC | rlehane@kelleydrye.com |
| 13112677 | Gerber Childrenswear, LLC | rmendoza@maynardnexsen.com |
| 12834236 | Halimi, Dardana | Email on File |
| 13057467 | IBM Corp | askusar@ca.ibm.com; esau.aceves@ibm.com |
| 13057469 | IBM Corp | askusar@ca.ibm.com |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Exhibit B

| AddressID | Name | Email |
|---|---|---|
| 15599804 | Kepler Group LLC | ruchi.prasad@keplergrp.com |
| 14895085 | Kepler Group LLC | gayda@sewkis.com |
| 15600611 | Kepler Group LLC | ruchi.prasad@keplergrp.com |
| 26349847 | Lafayette Parish Tax Collector | ashley.ventroy@lafayettesheriff.com |
| 26349846 | Lafayette Parish Tax Collector | ashley.ventroy@lafayettesheriff.com |
| 13114347 | Layton Hills Mall CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent | caleb.holzaepfel@huschblackwell.com |
| 13114348 | Layton Hills Mall CMBS, LLC, by CBL & Associates Management, Inc., its Managing Agent | gary.roddy@cblproperties.com |
| 13112026 | Mindsinsync, Inc. | iainscorgie@mindsinsync.com |
| 15552635 | Mindsinsync, Inc. | vroldan@mblawfirm.com |
| 22140778 | Mishorim Gold Jacksonville, LP | steven.brickman@dentons.com |
| 18240096 | Northeast Holdings LLC | cirby@manakincos.com |
| 18240094 | Northeast Holdings LLC | aburnett@williamsmullen.com |
| 13048545 | Pecker, Daniel | Email on File |
| 15417648 | Sauder Woodworking Co. | brian.roth@sauder.com |
| 12996123 | Schenk, Brenda | Email on File |
| 12827686 | Securitas Electronic Security | bob.vry@securitases.com; cashapplications@securitases.co |
| 15480137 | Sinclair Properties I, LLC, Sinclair Retail Associates, LLC | bob@highpointranch.com |
| 13008506 | Sinclair Properties I, LLC, Sinclair Retail Associates, LLC | tom@polis-law.com |
| 13124465 | Sycamore Browns Valley, LLC | jrios@ffwplaw.com; lnlasley@ffwplaw.com |
| 13124467 | Sycamore Browns Valley, LLC | marke@epropinc.com |
| 13071805 | Synthesis Home Textiles Private Limited | hemanathan@synthesis.co.in |
| 15481750 | Tinsley, Denice | Email on File |
| 18990044 | Transaction Network Services, Inc. | jstreet@tnsi.com |
| 12989696 | Udisense Inc. | richard.sushner@nanit.com |
| 13095405 | Zervos, Eleni | Email on File |

In re: Bed Bath Beyond Inc., *et al.*

Case No. 23-13359 (VFP)

Page 2 of 2