## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 16, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Order Sustaining Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) [Docket No. 4507] (the "***Twenty-Seventh Omnibus Order***")

On January 21, 2026, at my direction and under my supervision, employees of Kroll caused the Twenty-Seventh Omnibus Order to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit C**, and (2) email on the list of parties attached hereto as **Exhibit D**.

Dated: January 22, 2026

/s/ *Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 22, 2026, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 94252 & 94301

**<u>Exhibit A</u>**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 13125203 | Airport Plaza, LLC | ArentFox Schiff LLP | Attn: Brett D. Goodman | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 |
| 13125201 | Airport Plaza, LLC | c/o Kimco Realty Corporation | Attn: Raymond Edwards | 500 North Broadway | Suite 201 | Jericho | NY | 11753 |
| 15668937 | Grand Plaza Management, LLC | c/o Newmark Merrill Companies, Inc | 24025 PARK SORRENTO | STE 300 | | CALABASAS | CA | 91302-4001 |
| 15540522 | Grand Plaza Management, LLC | Ian S. Landsberg | 1880 Century Park East | Suite 300 | | Los Angeles | CA | 90067 |
| 15542195 | Hawthorne Investors 1, LLC | 1350 Treat Blvd. | Ste. 285 | | | Walnut Creek | CA | 94597 |
| 13136071 | IRT Partners, LP | Ernst Bell | Associate General Counsel, Vice President - Legal | Regency Centers | One Independent Drive, Suite 114 | Jacksonville | FL | 32202 |
| 13136072 | IRT Partners, LP | Robert L. LeHane | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich St | New York | NY | 10007 |
| 13052477 | Jubilee Square, LLC | P.O. Box 16167 | | | | Mobile | AL | 36616-0167 |
| 13133429 | KIR Brandon 011, LLC | ArentFox Schiff LLP | Attn: Brett D. Goodman | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 |
| 13133427 | KIR Brandon 011, LLC | c/o Kimco Realty Corporation | Attn: Raymond Edwards | 500 North Broadway | Suite 201 | Jericho | NY | 11753 |
| 13133799 | KIR Bridgewater 573, LLC | ArentFox Schiff LLP | Attn: Brett D. Goodman | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 |
| 13133797 | KIR Bridgewater 573, LLC | c/o Kimco Realty Corporation | Attn: Raymond Edwards | 500 North Broadway | Suite 201 | Jericho | NY | 11753 |
| 13133438 | KIR Montgomery 049, LLC | ArentFox Schiff LLP | Attn: Brett D. Goodman | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 |
| 13133436 | KIR Montgomery 049, LLC | c/o Kimco Realty Corporation | Attn: Raymond Edwards | 500 North Broadway | Suite 201 | Jericho | NY | 11753 |
| 18163229 | Lakes Mall Realty LLC | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 |
| 13115322 | Marketplace at Vernon Hills, LLC | c/o Principal Financial Group | Attn:  Susan Musich | 711 High Street | | Des Moines | IA | 50392 |
| 13124041 | R.K. Southington LLC | 50 Cabot Street, Ste 200 | | | | Needham Heights | MA | 02494 |
| 12917579 | Sunrise Mills (MLP) Limited Partnership | c/o Simon Property Group, Inc. | 225 West Washington Street | | | Indianapolis | IN | 46204 |
| 15425232 | Sunrise Mills (MLP) Limited Partnership | PO Box 277861 | | | | Atlanta | GA | 30384-7861 |
| 18164583 | The Colonies-Pacific, LLC | c/o Pacific Development Group | Attn: Mr. Arne K. Youngman | One Corporate Plaza, 2nd Floor | | Newport Beach | CA | 92660 |
| 18164581 | The Colonies-Pacific, LLC | c/o Winthrop Golubow Hollander, LLP | Attn: Richard H. Golubow | 1301 Dove Street Suite 500 | | Newport Beach | CA | 92660 |
| 18184562 | WWA Route 9 Company, LLC | c/o The Widewaters Group, Inc. | 5845 Widewaters Parkway | Suite 100 | | East Syracuse | NY | 13057 |

**<u>Exhibit B</u>**

Exhibit B

| ADRID | NAME | EMAIL |
|---|---|---|
| 13125201 | Airport Plaza, LLC | redwards@kimcorealty.com |
| 13125203 | Airport Plaza, LLC | brett.goodman@afslaw.com |
| 15540522 | Grand Plaza Management, LLC | ilandsberg@sklarkirsh.com |
| 15542195 | Hawthorne Investors 1, LLC | rscribner@braddockfo.com |
| 13136071 | IRT Partners, LP | ErnstBell@regencycenters.com<br>syachik@kelleydrye.com |
| 13136072 | IRT Partners, LP | rlehane@kelleydrye.com |
| 13052477 | Jubilee Square, LLC | missty@burtonprop.com |
| 13133427 | KIR Brandon 011, LLC | alyssa.fiorentino@afslaw.com<br>redwards@kimcorealty.com |
| 13133429 | KIR Brandon 011, LLC | brett.goodman@afslaw.com |
| 13133797 | KIR Bridgewater 573, LLC | alyssa.fiorentino@afslaw.com<br>redwards@kimcorealty.com |
| 13133799 | KIR Bridgewater 573, LLC | brett.goodman@afslaw.com |
| 13133436 | KIR Montgomery 049, LLC | alyssa.fiorentino@afslaw.com<br>redwards@kimcorealty.com |
| 13133438 | KIR Montgomery 049, LLC | brett.goodman@afslaw.com |
| 18163229 | Lakes Mall Realty LLC | knewman@barclaydamon.com |
| 13115322 | Marketplace at Vernon Hills, LLC | musich.sue@principal.com |
| 13124041 | R.K. Southington LLC | jleary@rkcenters.com |
| 12917579 | Sunrise Mills (MLP) Limited Partnership | rtucker@simon.com |
| 18164581 | The Colonies-Pacific, LLC | rgolubow@wghlawyers.com |
| 18164583 | The Colonies-Pacific, LLC | ayoungman@pdgcenters.com |
| 18184562 | WWA Route 9 Company, LLC | jcummings@WIDEWATERS.COM<br>Legal@widewaters.com |

**Exhibit C**

Exhibit C

| Address ID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 13135746 | Equity One (Florida Portfolio) LLC | Ernst Bell | Associate General Counsel, Vice President - Legal | Regency Centers | One Independent Drive, Suite 114 | Jacksonville | FL | 32202 |
| 13135846 | Equity One (Florida Portfolio) LLC | Ernst Bell, Associate General Counsel, Vice President | Regency Centers | One Independent Drive | | Jacksonville | FL | 32202 |
| 13135747 | Equity One (Florida Portfolio) LLC | Robert L. LeHane | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich St | New York | NY | 10007 |
| 13135847 | Equity One (Florida Portfolio) LLC | Robert L. LeHane &  Jennifer D. Raviele | 3 World Trade Center | 175 Greenwich Street | | New York | NY | 10007 |
| 13135756 | Equity One (Northeast Portfolio) LLC | Ernst Bell, Associate General Counsel, Vice President - Legal | Regency Centers | One Independent Drive, Suite 114 | | Jacksonville | FL | 32202 |
| 13135757 | Equity One (Northeast Portfolio) LLC | Kelley Drye & Warren LLP | Robert L. LeHane | 3 World Trade Center | 175 Greenwich St | New York | NY | 10007 |
| 13134815 | Equity One (Northeast Portfolio) LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13134757 | Equity One (Southeast Portfolio) LLC | One Independent Drive | Suite 114 | | | Jacksonville | FL | 32202 |
| 13134758 | Equity One (Southeast Portfolio) LLC | Robert L. LeHane | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich St | New York | NY | 10007 |
| 13122902 | KRG Butler Kinnelon, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 |
| 13122904 | KRG Butler Kinnelon, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13122862 | KRG Lakewood, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 |
| 13122864 | KRG Lakewood, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13123404 | KRG Leesburg Fort Evans, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 |
| 13123406 | KRG Leesburg Fort Evans, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13122824 | KRG Park Place, LLC | David J. Riski | Kite Realty Group | 2021 Spring Road, Suite 300 | | Oak Brook | IL | 60523 |
| 13122826 | KRG Park Place, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13136040 | Regency Realty Group, Inc. | Attn To: Ernst Bell | Regency Centers | One Independent Drive, Ste 114 | | Jacksonville | FL | 32202 |
| 13135793 | Regency Realty Group, Inc. | Ernst Bell | Associate General Counsel, Vice President - Legal | Regency Centers | One Independent Drive, Ste 114 | Jacksonville | FL | 32202 |
| 13135794 | Regency Realty Group, Inc. | Kelley Drye & Warren LLP | Robert L. LeHane | 3 World Trade Center | 175 Greenwich St | New York | NY | 10007 |
| 13114130 | The Stop & Shop Supermarket Company | C/O Retail Business Services, Attn: Amanda Cutler | 2110 Executive Dr. | | | Salisbury | NC | 28147 |
| 13114132 | The Stop & Shop Supermarket Company | C/O Retail Business Services, Attn: Joseph Quinn | 1385 Hancock Street, 10th Floor | | | Quincy | MA | 02169 |
| 15553709 | The Stop & Shop Supermarket Company | HUNTON ANDREWS KURTH LLP | Brandon Bell | 600 Travis Street, Suite 4200 | | Houston | TX | 77002 |
| 15553706 | The Stop & Shop Supermarket Company | HUNTON ANDREWS KURTH LLP | Gregory G. Hesse | 1445 Ross Avenue, Suite 3700 | | Dallas | TX | 75202 |
| 15553704 | The Stop & Shop Supermarket Company | HUNTON ANDREWS KURTH LLP | Torsten M. Kracht | 2200 Pennsylvania Ave., NW Suite 900 | | Washington | DC | 20037 |

## **Exhibit D**

Exhibit D

| Address ID | Name | Email |
|---|---|---|
| 13135746 | Equity One (Florida Portfolio) LLC | ErnstBell@regencycenters.com<br>syachik@kelleydrye.com |
| 13135846 | Equity One (Florida Portfolio) LLC | ernstBell@regencycenters.com<br>syachik@kelleydrye.com |
| 13135847 | Equity One (Florida Portfolio) LLC | rlehane@kelleydrye.com |
| 13135747 | Equity One (Florida Portfolio) LLC | rlehane@kelleydrye.com |
| 13134814 | Equity One (Northeast Portfolio) LLC | ernstbell@regencycenters.com<br>gkarnick@kelleydrye.com |
| 13135756 | Equity One (Northeast Portfolio) LLC | ernstbell@regencycenters.com<br>syachik@kelleydrye.com |
| 13135757 | Equity One (Northeast Portfolio) LLC | rlehane@kelleydrye.com |
| 13134815 | Equity One (Northeast Portfolio) LLC | rlehane@kelleydrye.com |
| 13134757 | Equity One (Southeast Portfolio) LLC | syachik@kelleydrye.com |
| 13134758 | Equity One (Southeast Portfolio) LLC | rlehane@kelleydrye.com |
| 13122902 | KRG Butler Kinnelon, LLC | driski@kiterealty.com<br>gkarnick@kelleydrye.com |
| 13122904 | KRG Butler Kinnelon, LLC | rlehane@kelleydrye.com |
| 13122862 | KRG Lakewood, LLC | driski@kiterealty.com |
| 13122864 | KRG Lakewood, LLC | rlehane@kelleydrye.com |
| 13123404 | KRG Leesburg Fort Evans, LLC | driski@kiterealty.com<br>gkarnick@kelleydrye.com |
| 13123406 | KRG Leesburg Fort Evans, LLC | rlehane@kelleydrye.com |
| 13122824 | KRG Park Place, LLC | driski@kiterealty.com<br>gkarnick@kelleydrye.com |
| 13122826 | KRG Park Place, LLC | rlehane@kelleydrye.com |
| 13135793 | Regency Realty Group, Inc. | rlehane@kelleydrye.com<br>syachik@kelleydrye.com |

Exhibit D

| Address ID | Name | Email |
|---|---|---|
| 13135794 | Regency Realty Group, Inc. | rlehane@kelleydrye.com |
| 13136040 | Regency Realty Group, Inc. | ErnstBell@regencycenters.com<br>salceus@kelleydrye.com |
| 13114130 | The Stop & Shop Supermarket Company | amanda.cutler@retailbusinessservices.com<br>bbell@hunton.com |
| 13114132 | The Stop & Shop Supermarket Company | gstutz@stopandshop.com<br>joseph.quinn1@retailbusinessservices.com |
| 15553709 | The Stop & Shop Supermarket Company | bbell@HuntonAK.com |
| 15553706 | The Stop & Shop Supermarket Company | ghesse@HuntonAK.com |
| 15553704 | The Stop & Shop Supermarket Company | tkracht@HuntonAK.com |