**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 9, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the parties attached hereto as **Exhibit A**:

- Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4452]

- Notice of Objection to Your Claim [Docket No. 4453]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: January 21, 2026

                                                    */s/ Paul Pullo*
                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 21, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 94102

**<u>Exhibit A</u>**

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 12760750 | City of Frisco | Linebarger Goggan Blair & Sampson, LLP | 3500 Maple Ave | Ste 800 | | Dallas | TX | 75219-3959 |
| 12760732 | DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 3500 MAPLE AVE | STE 800 | | DALLAS | TX | 75219-3959 |
| 12760752 | LEWISVILLE ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 3500 MAPLE AVE | STE 800 | | DALLAS | TX | 75219-3959 |
| 12760792 | ROCKWALL CAD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 3500 MAPLE AVE | STE 800 | | DALLAS | TX | 75219-3959 |
| 12760801 | Smith County | c/o Linebarger Goggan Blair & Sampson, LLP | 3500 Maple Ave | Ste 800 | | Dallas | TX | 75219-3959 |
| 12656297 | Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Turner | 3500 Maple Ave | Ste 800 | Dallas | TX | 75219-3959 |
| 12760738 | Tarrant County | Linebarger Goggan Blair & Sampson, LLP | 3500 Maple Ave | Ste 800 | | Dallas | TX | 75219-3959 |

In re: Bed Bath Beyond Inc., et al.
Case No. 23-13359 (VFP)