| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            egray@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 27, 2026, AT 10:00 A.M. (ET)**

> **PLEASE NOTE THE HEARING IS ADJOURNED
> WITH THE COURT'S PERMISSION.**

I.   **MATTER ADJOURNED**

  1.   Status conference on (i) *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266] as to Claimant Eva Marie Beale; and (ii) *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1)* Filed by Claimant Eva Marie Beale [Docket No. 4354] (the "Beale Status Conference Matters").

  Status: An adjournment was granted for the Beale Status Conference Matters and is scheduled for hearing on March 24, 2026, at 10:00 a.m. Eastern Time.

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4933-8232-2557.2 08728.003

<u>Response Deadline</u>:  To be determined at hearing.

<u>Responses Received</u>:

(a) Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1) (Received from Eva Marie Beale) [Docket No. 4354].

<u>Related Documents</u>:

(a) Notice of Objection to Your Claim [Docket No. 4267].

(b) Affidavit of Service [Docket No. 4282].

(c) Notice of Continued Hearing on Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4293].

(d) [ENTERED] Order Sustaining Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4318].

(e) Plan Administrator's Reply to Response of Eva Marie Beale to Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4) [Docket No. 4350].

(f) Certificate of Service [Docket No. 4351].

(g) Affidavit of Service [Docket No. 4355].

(h) [ENTERED] Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale [Docket No. 4432].

(i) Notice of Hearing [Docket No. 4447].

(j) Determination of Adjournment Request (Solely as to (i) *Plan Administrator's Twenty-Second Omnibus Objection (Substantive) to Claims (503(b)(9) Claims No. 4)* [Docket No. 4266]; (ii) *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Under Sections 503(a) and 503(b)(1)* [Docket No. 4354]; and (iii) *Supplemental Order Partially Sustaining Plan Administrator's Twenty-Second Omnibus Objection to Claims (503(b)(9) Claims No. 4) as to Claim No. 9578 and Claim No. 10740 Filed by Eva Marie Beale* [Docket No. 4432]) [Docket No. 4455].

(k)     Determination of Adjournment Request as to the Beale Status Conference Matters [Docket No. 4460].

(l)     Determination of Adjournment Request as to the Beale Status Conference Matters [Docket No. 4486].

(m)     Determination of Adjournment Request as to the Beale Status Conference Matters [Docket No. 4506].

Dated: January 26, 2026

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*