# Exhibit B



**Department of the Treasury**
**Internal Revenue Service**
**Large Business & International**
1719 Route 10
Parsippany, NJ 07054

| | |
|---|---|
| **Date:** | 05/02/2025 |
| **Taxpayer ID number:** | 0488 |
| **Forms:** | 1120, 1120X, 1139 |
| **Tax periods:** | Source years: 202002, 202102<br>Refund years: 201502, 201602, 201702, 201802, 201902 |
| **Person to contact:** | Kimberly Spina |
| **Employee ID number:** | 1000705172 |
| **Contact telephone number:** | (973) 829-7445 |

20230930-DK-Butterfly-1, Inc. and Subsidiaries
(F/K/A Bed Bath & Beyond, Inc. and Subsidiaries)
P.O. Box 1596
Union, NJ  07083

Dear Taxpayer:

**Why the IRS is sending you this letter**
The congressional Joint Committee on Taxation completed its consideration of the IRS's special report (made to satisfy the Internal Revenue Code Section 6405 requirements) and concurred with the IRS's conclusions for the tax returns shown above.

The IRS previously sent you the examination report, and are processing the tax changes for refund or credit.

Sincerely,

Digitally signed by Kimberly R. Spina
Date: 2025.05.02 09:05:41 -04'00'

Kimberly R. Spina
Senior Internal Revenue Agent

cc: POA

**Letter 1574 (4-2023)**
Catalog Number 93679T