Case 23-13359-VFP

Re: Response to the objection

I am requesting the plan administrator's objection be denied for the following reasons. I the claimant meet the requirements of 507 (a)(4) due to my tenure and no offering of severance pay. My tenure began February 2004, which is beyond the 180-day notices. I should remain as a priority claimant and not be disallowed, expunged, or reclassified.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: 1/25/2026         Tamara Thorpe
                         525 Kellygreen Drive
                         Orlando, FL 32828

Sincerely,
Tamara Thorpe

