**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served on the date set forth via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No.1) [Docket No. 4464]

- Notice of Objection to Your Claim [Docket No. 4465]

On January 20, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Eckhardt, Robert, (ADRID: 12820076), at an address that has been redacted in the interest of privacy:

- Order Sustaining Plan Administrator's Twenty-Third Omnibus Objection to Claims (Reclassification of Employee Claims No.1) [Docket No. 4471]

On January 21, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the list of parties attached hereto as **Exhibit B**:

- Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims) [Docket No. 4468]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

- Notice of Objection to Your Claim [Docket No. 4469]

On January 30, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Hecht, Lemore, (ADRID: 15543001), at an address that has been redacted in the interest of privacy:

- Order Sustaining Plan Administrator's Twenty-fourth Omnibus Objection to Claims (Reclassification of Employee Claims No. 2) [Docket No. 4483]

Dated: February 4, 2026

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 4, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|---|
| 13122902 | KRG Butler Kinnelon, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 | January 21, 2026 |
| 13122862 | KRG Lakewood, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 | January 21, 2026 |
| 13123404 | KRG Leesburg Fort Evans, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 | January 21, 2026 |
| 13122824 | KRG Park Place, LLC | David J. Riski | Kite Realty Group | 30 South Meridian Street | Suite 1100 | Indianapolis | IN | 46204 | January 30, 2026 |

**Exhibit B**

Exhibit B

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 18185256 | Allan A. Sebanc and Beverly M. Seabone, Trustees and Kenneth D. McCloskey, Trustee | Julie Beth Teicher | Attorney - Maddin, Hauser, Roth & Heller, P.C. | One Towne Square | Fifth Floor | Southfield | MI | 48076 |
| 13112026 | Mindsinsync, Inc. | Iain Scorgie | 230 5th Ave | Ste 704 | | New York | NY | 10001-7854 |