| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>        bsandler@pszjlaw.com<br>        egray@pszjlaw.com<br>        ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTER SCHEDULED FOR
### HEARING ON FEBRUARY 10, 2026, AT 10:00 A.M. (ET)

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**
>
> **Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**I.    MATTER GOING FORWARD**

   1.   Plan Administrator's Thirtieth Omnibus Objection to Claims (Reclassification of Employee Claims No. 4) [Docket No. 4497].

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4928-0857-3837.1 08728.003

<u>Status</u>:  This matter will go forward.

<u>Response Deadline</u>:  February 3, 2026.

<u>Responses Received</u>:

    (a)    Response Letter from Claimant Tamara Thorpe Dated January 25, 2026 [Docket No. 4599].

    (b)    [UNFILED] Response Letter from Claimant Maria A. Perez Dated February 3, 2026.

<u>Related Documents</u>:

    (a)    Notice of Objection to Your Claim [Docket No. 4498].

    (b)    Affidavit of Service [Docket No. 4511].

    (c)    Plan Administrator's Reply to Claimants' Response to Thirtieth Omnibus Objection to Claims (Reclassification of Employee Claims No. 4) [Docket No. 4601].

Dated:  February 9, 2026

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:        rfeinstein@pszjlaw.com
              bsandler@pszjlaw.com
              egray@pszjlaw.com
              ecorma@pszjlaw.com

*Counsel to the Plan Administrator*