# Response to Objection Of Claim

**February 3rd 2026**

Claimant: Maria A Perez
1815 SW Campus Dr 26956 Federal Way Wa 98093

Regarding Case 23-13359-VFP

Claim No: 2932

Exhibit 1

To: Clerk of Court

United States Bankruptcy Court For District of New Jersey

Newark, NJ 07102

Martin Luther King, Jr Federal Building

50 Walnut Street

Claimant: Bed, Bath and Beyond Debtor.

Clerk o Court US Bankruptcy Court for the District of New Jersey Martin Luther King Jr. Federal Building 50 Walnut Street Newark, NJ 07102

I, Maria A Perez being a former employee for BBB employee no:136820 for 24 years disagree with the Objection of Claim responds and feel that I am rightfully due severance pay in the amount of $15,000 for my many years of loyal service with Bed Bath and Beyond. I started my employment with Bed Bath and Beyond approximately on Jan 2000, and remained a loyal employee until the company closed the store located in Tukwila Washington.

Please see copy of attached paystub and w2 form as evidence of employment.

Sincerely,

Maria A Perez

Signed _Maria A. Perez_   Dated _2/3/2026_

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 1NU | 036956 | WA0371 | 0000420440 | 038-0319 |

# Earnings Statement  ADP

BED BATH & BEYOND INC.
PO BOX 3759
UNION, NJ 07083-3759
ATTN: PAYROLL DEPT

Period Beginning: 09/18/2016
Period Ending: 10/01/2016
Pay Date: 10/06/2016

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 0
　WA: No State Income Tax

MARIA A PEREZ
1815 S.W.CAMPUS DR
RD #26956
FEDERAL WAY WA 98093

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6700 | 78.63 | 996.24 | 17,812.33 |
| Overtime | 19.0050 | .13 | 2.47 | 69.75 |
| Holiday | | | | 101.36 |
| Sick | | | | 384.43 |
| Vacation | | | | 1,514.40 |
| **Gross Pay** | | | **$998.71** | 19,882.27 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -59.91 | 1,203.01 |
| Social Security Tax | -57.54 | 1,153.09 |
| Medicare Tax | -13.45 | 269.67 |

Other
| | | |
|---|---|---|
| Life | -0.44 | |
| Medical | -68.26* | |
| Visionpretax | -2.48* | 47.12 |

| **Net Pay** | **$796.63** |
|---|---|
| Checking | -796.63 |
| **Net Check** | **$0.00** |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Total Hours | 78.76 | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 908-688-0888

* Excluded from federal taxable wages
Your federal taxable wages this period are $927.97

## 2019 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

**W-2 Wage and Tax Statement 2019**
Copy C for employee's records.    OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 036956 CL12/1NU | WA0371 | A | 32086 |

Employer's name, address, and ZIP code    601-393-81
BED BATH & BEYOND INC
P O BOX 3759
UNION NJ 07083-3759

Batch #02415

e/f Employee's name, address, and ZIP code
MARIA A PEREZ
1815 S.W.CAMPUS DR
RD #26956
FEDERAL WAY WA 98093

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 11-2250488 | 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 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 28358.62 | 1655.90 |
| 3 Social security wages | 4 Social security tax withheld |
| 28358.62 | 1758.23 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 28358.62 | 411.20 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
|  | W  1499.94 |
|  | 12b DD  4265.39 |
| 14 Other | 12c |
|  | 12d |
|  | 13 Stat emp  Ret. plan  3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| WA |  |  |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement and W-4 profile. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | WA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 30,039.78 | 30,039.78 | 30,039.78 | |
| Less Other Cafe 125 | 181.22 | 181.22 | 181.22 | |
| Less Cafe 125 HSA (W-Box 12) | 1,499.94 | 1,499.94 | 1,499.94 | |
| Reported W-2 Wages | 28,358.62 | 28,358.62 | 28,358.62 | |

2. Employee Current W-4 Profile. To make changes, file a new W-4 with your payroll department.

MARIA A PEREZ
1815 S.W.CAMPUS DR
RD #26956
FEDERAL WAY WA 98093

Social Security Number: 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
Taxable Marital Status: MARRIED

Exemptions/Allowances:
FEDERAL: 0
STATE:    No State Income Tax

© 2019 ADP, LLC

← Fold and Detach Here →

