| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         egray@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**<u>Original Hearing Date and Time</u>**<br>**January 13, 2026, at 10:00 a.m. (ET)**<br>**Response Deadline: January 5, 2026**<br><br>**<u>Continued Hearing Date and Time</u>**<br>**February 18, 2026, at 10:00 a.m. (ET)**<br>**Response Deadline: February 11, 2026**<br><br>**Related Docket No. 4468** |

**CERTIFICATION OF NO OBJECTION REGARDING PLAN ADMINISTRATOR'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) AS TO AS TO CLAIM 12236 FILED BY EQUITY ONE (NORTHEAST PORTFOLIO) LLC**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1. On December 8, 2025, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors") filed the *Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims)* [Docket No. 4468] (the "Omnibus Objection") and the *Notice of Objection to Your Claim* [Docket No. 4469] (the "Notice").

2. Kroll Restructuring Administration LLC served the Omnibus Objection and Notice on December 10, 2025, upon the parties listed in the *Affidavit of Service* [Docket No. 4502].

3. Pursuant to the Notice, the deadline for parties to file responses to the Omnibus Objection was on January 6, 2026 (the "Objection Deadline"). The Plan Administrator received an informal response from Equity One (Northeast Portfolio) LLC ("Equity One") in regard to its Claim Nos. 11972 and 12236 (the "Equity One Claims"). No objections or responses to the Omnibus Objection were filed on the docket on or before the Objection Deadline.

4. On January 6, 2026, the Court granted an *Adjournment Request* [Docket No. 4496] adjourning the hearing on the Omnibus Objection from January 13, 2026, to February 18, 2026, solely as related to the Equity One Claims to allow the Plan Administrator and Equity One (the "Parties") additional time to pursue a resolution of the Omnibus Objection as related to the Equity One Claims.

5. On January 19, 2026, the Court entered the *Order Sustaining Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims)* [Docket No. 4509] (the "Omnibus Order") related the Disputed Claims listed on Exhibit 1 to the Omnibus Order. The Omnibus Order

---

[2] Pursuant to the Certificate *of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

did not include the Equity One Claims as the Parties were granted additional time to pursue a resolution.

6. Counsel to Equity One has advised counsel to the Plan Administrator that it has no objection to the relief requested in the Objection.

7. Accordingly, the Plan Administrator respectfully requests that the Court enter the *Supplemental Order Sustaining Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims) as to Claim 12236 Filed by Equity One (Northeast Portfolio) LLC* (the "Proposed Order") attached hereto as **Exhibit A**.

Dated:  February 13, 2026

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           egray@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**<u>Exhibit A</u>**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:   rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            egray@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                             Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:**     **February 18, 2026**<br>**Hearing Time:**     **10:00 a.m. (ET)**<br><br>**Related Docket No. 4468** |

**SUPPLEMENTAL ORDER SUSTAINING PLAN ADMINISTRATOR'S**
**TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) AS**
**TO CLAIM 12236 FILED BY EQUITY ONE (NORTHEAST PORTFOLIO) LLC**

The relief set forth on the following pages, numbered two (2) through three (3), is

**ORDERED**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

(Page | 2)
Debtors:          BED BATH & BEYOND INC., *et al*.
Case No.          23-13359-VFP
Caption of Order: SUPPLEMENTAL ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS

---

Upon the objection (the "Objection")[2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims") [Doc. No. 4468]; and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. 4469, 4502], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. Claim 12236 filed by Equity One (Northeast Portfolio) LLC is disallowed and expunged. Claim 11972 filed by Equity One (Northeast Portfolio) LLC shall be deemed to be the "Surviving Claim" for the purpose of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4925-3113-8191.2 08728.003

(Page | 3)
Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: SUPPLEMENTAL ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS

3. The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

4. Nothing in this Order shall affect any party's rights with respect to the Surviving Claims, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Surviving Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Surviving Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Surviving Claims.

6. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

7. The Court shall retain jurisdiction to construe and enforce this Order.

4925-3113-8191.2 08728.003