| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Original Hearing Date and Time**<br>**January 13, 2026, at 10:00 a.m. (ET)**<br>**Response Deadline: January 6, 2026**<br><br>**Continued Hearing Date and Time**<br>**March 17, 2026, at 10:00 a.m. (ET)**<br>**Response Deadline: March 10, 2026**<br><br>**Related Docket No. 4464** |

**CERTIFICATION OF NO OBJECTION REGARDING PLAN ADMINISTRATOR'S TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED LANDLORD CLAIMS NO. 1) WITH RESPECT TO CLAIMS 12692, 13118, 11921, 11406**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

1. On December 8, 2025, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors") filed the *Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1)* [Docket No. 4464] (the "Omnibus Objection") and the *Notice of Objection to Your Claim* [Docket No. 4465] (the "Notice").

2. Kroll Restructuring Administration LLC served the Omnibus Objection and Notice on December 10, 2025, upon the parties listed in the *Affidavit of Service* [Docket No. 4502].

3. Pursuant to the Notice, the deadline for parties to file responses to the Omnibus Objection was on January 6, 2026 (the "Objection Deadline"). The Plan Administrator received informal responses from KRG Butler Kinnelon, LLC in regard to its Claim No. 12692; KRG Lakewood, LLC in regard to its Claim No. 13118; KRG Leesburg Fort Evans, LLC in regard to its Claim No. 11921; and KRG Park Place, LLC in regard to its Claim No. 11406 (the "KRG Claimants"). No objections or responses to the Omnibus Objection were filed on the docket on or before the Objection Deadline.

4. On January 6, 2026, the Court granted an *Adjournment Request* [Docket No. 4495] adjourning the hearing on the Omnibus Objection from January 13, 2026, to February 18, 2026, as related to the KRG Claimants to allow the Plan Administrator and the KRG Claimants (the "Parties") additional time to pursue a resolution of the Omnibus Objection as related to the KRG Claimants.

---

[2] Pursuant to the Certificate *of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

5.  On January 16, 2026, the Court entered the *Order Sustaining Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1)* [Docket No. 4507] (the "Omnibus Order") related the Disputed Claims listed on Exhibit 1 to the Omnibus Order. The Omnibus Order did not include the KRG Claimants as the Parties were granted additional time to pursue a resolution.

6.  Counsel to the KRG Claimants has advised counsel to the Plan Administrator that it has no objection to the relief requested in the Objection.

7.  Accordingly, the Plan Administrator respectfully requests that the Court enter the *Supplemental Order Sustaining Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) with Respect to Claims 12692, 13118, 11921, 11406* (the "Proposed Order") attached hereto as **Exhibit A**.

Dated: February 19, 2026

*/s/ Edward A. Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         egray@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

4930-9840-1680.1 08728.003