Case 23-13359-VFP Bed Bath & Beyond

Judge Vincent F. Papalia

Erin E. Gray, Esq.

Re: Response to the objection extended

I, Tamara M. Thorpe, am requesting the plan administrator's objection be denied for the following reasons. I the claimant believed there was a severance policy in place of one week's pay for each year worked, the maximum of sixteen weeks. My tenure began in February 2004. I was not made aware that the severance policy was terminated upon Bed Bath & Beyond filing for bankruptcy. My salary for two weeks was $2,408.46 after taxes; eight times pay periods amounted to $19,267.68 for the maximum of sixteen weeks.

Based on the foregoing, I respectfully request that the Court deny the plan administrator's objection and allow my claim of severance in the amount of $19, 267.68, representing sixteen weeks of pay. I devoted nearly two decades of service to Bed Bath & Beyond with the understanding that the established severance policy would apply. I ask the Court to consider my long tenure and the reasonable expectations created by the company's policy when ruling on this matter.

Thank you for your time and consideration of this request.

Respectfully submitted,

Tamara M. Thorpe

*/signature/*

Dated: 2/15/2026

Tamara M. Thorpe
525 Kellygreen Dr.
Orlando, FL. 32828