ra Thorpe
llygreen Dr.
o, FL 32828-8415

CERTIFIED MAIL

9589 0710 5270 3490 0728 13

Clerk of Courts
United States Bankruptcy Court
for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

07102-350855



Retail

RDC 99



07102

U.S. POSTAGE PAID
FCM LETTER
MAITLAND, FL 32751
FEB 18, 2026
$10.48
S2324Y502698-84

ra Thorpe
llygreen Dr.
o, FL 32828-8415

9589 0710 5270 3490 0728 13

CERTIFIED MAIL

Clerk of Courts
United States Bankruptcy Court
for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

07102-950655

RDC 99


Retail


U.S. POSTAGE PAID
FCM LETTER
MAITLAND, FL 32751
FEB 18, 2026
$10.48
S2324Y502098-84

07102

ra Thorpe
llygreen Dr.
o, FL 32828-8415

CERTIFIED MAIL

9589 0710 5270 3490 0728 13

Clerk of Courts
United States Bankruptcy Court
for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ. 07102




RDC 99

07102

Retail
U.S. POSTAGE PAID
FCM LETTER
MAITLAND, FL 32751
FEB 18, 2026
**$10.48**
S2324Y502098-84

07102-950655