**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 23, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto **Exhibit A**:

- Supplemental Order Sustaining Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) with Respect to Claims 12692, 13118, 11921, 11406 [Docket No. 4618]

On February 23, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto **Exhibit B**:

- Supplemental Order Sustaining Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Duplicate Claims) as to Claim 12236 Filed by Equity One (Northeast Portfolio) LLC [Docket No. 4619]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: March 1, 2026                                                                    /s/ *Alain B. Francoeur*
                                                                                        Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 1, 2026, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 13122902 | KRG Butler Kinnelon, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 |
| 13122904 | KRG Butler Kinnelon, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13122862 | KRG Lakewood, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 |
| 13122864 | KRG Lakewood, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13123404 | KRG Leesburg Fort Evans, LLC | David J. Riski | Kite Realty Group | 30 S Meridian St | Suite 1100 | Indianapolis | IN | 46204 |
| 13123406 | KRG Leesburg Fort Evans, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| 13122824 | KRG Park Place, LLC | David J. Riski | Kite Realty Group | 30 South Meridian Street | Suite 1100 | Indianapolis | IN | 46204 |
| 13122826 | KRG Park Place, LLC | Robert LeHane, Esq. | Kelley Drye & Warren LLP | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |

**Exhibit B**

Exhibit B

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 13135756 | Equity One (Northeast Portfolio) LLC | Ernst Bell, Associate General Counsel, Vice President - Legal | Regency Centers | One Independent Drive, Suite 114 | | Jacksonville | FL | 32202 |
| 13135757 | Equity One (Northeast Portfolio) LLC | Kelley Drye & Warren LLP | Robert L. LeHane | 3 World Trade Center | 175 Greenwich St | New York | NY | 10007 |