| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:     rfeinstein@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           egray@pszjlaw.com<br>           ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:      March 17, 2026**<br>**Hearing Time:      10:00 a.m. (ET)**<br>**Response Deadline: March 10, 2026**<br><br>**Related Docket No. 4596** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**PLAN ADMINISTRATOR'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS**
**(RECLASSIFICATION OF EMPLOYEE CLAIMS NO. 5)**

The undersigned hereby certifies that:

1.  On January 30, 2026, Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath &

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Beyond Inc.)[2] and affiliated debtors (the "Debtors") filed the *Plan Administrator's Thirty-First Omnibus Objection to Claims (Reclassification of Employee Claims No. 5)* [Docket No. 4596] (the "Omnibus Objection") and *Notice of Objection to Your Claim* [Docket No. 4597] (the "Notice").

2. Kroll Restructuring Administration LLC served the Omnibus Objection and Notice on February 3, 2026, upon the parties listed in the *Affidavit of Service* [Docket No. 4602].

3. Pursuant to the Notice, the deadline for parties to file responses to the Omnibus Objection was on March 10, 2026 (the "Objection Deadline"). No objections or responses to the Omnibus Objection were filed on the docket on or before the Objection Deadline. As of the date hereof, the Plan Administrator has not received any informal responses to the Omnibus Objection.

4. The proposed order (the "Proposed Order") that was appended to the Omnibus Objection is attached hereto as **Exhibit A**. The Plan Administrator respectfully requests that the Court enter the attached Proposed Order at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 13, 2026 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | egray@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |

---

[2] Pursuant to the Certificate *of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc*., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

2