**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         egray@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 17, 2026, AT 10:00 A.M. (ET)**

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**
>
> **Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**I.    MATTERS RESOLVED**

1. Plan Administrator's Thirtieth Omnibus Objection to Claims (Reclassification of Employee Claims No. 4) [Docket No. 4497] as to Claim No. 2932 filed by Maria A. Perez and Claim No. 13626 filed by Tamara Thorpe.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Status:  The Plan Administrator filed a notice of withdrawal as to his objections to Claim No. 2932 filed by Maria A. Perez and Claim No. 13626 filed by Tamara Thorpe. No hearing is necessary unless the Court has questions.

Response Deadline:  February 3, 2026.

Responses Received:

(a) Response Letter from Claimant Tamara Thorpe Dated January 25, 2026 [Docket No. 4599].

(b) Response Letter from Claimant Maria A. Perez Dated February 3, 2026 [Docket 4604].

(c) Response Letter from Claimant Maria A. Perez Dated February 3, 2026 [Docket 4605].

(d) Response Letter from Claimant Tamara Thorpe Dated February 15, 2026 [Docket No. 4622].

Related Documents:

(a) Notice of Objection to Your Claim [Docket No. 4498].

(b) Affidavit of Service [Docket No. 4511].

(c) Plan Administrator's Reply to Claimants' Response to Thirtieth Omnibus Objection to Claims (Reclassification of Employee Claims No. 4) [Docket No. 4601].

(d) [ENTERED] Order Sustaining Plan Administrator's Thirtieth Omnibus Objection to Claims (Reclassification of Employee Claims No. 4) [Docket No. 4612].

(e) Plan Administrator's Notice of Withdrawal of Thirtieth Omnibus Objection to Claims with Respect to Claim 2932 and Claim 13626 [Docket No. 4626].

2. Plan Administrator's Thirty-First Omnibus Objection to Claims (Reclassification of Employee Claims No. 5) [Docket No. 4596].

Status: A certificate of no objection has been filed which would grant the relief requested. The Plan Administrator requests entry of the proposed order if acceptable to the Court. No hearing will be necessary unless the Court has any questions.

Response Deadline:  March 10, 2026.

Responses Received:  None.

<u>Related Documents:</u>

    (a)    Notice of Objection to Your Claim [Docket No. 4597].

    (b)    Affidavit of Service [Docket No. 4602].

    (c)    Certificate of No Objection Regarding Plan Administrator's Thirty-First Omnibus Objection to Claims (Reclassification of Employee Claims No. 5) [Docket No. 4629].

3. Plan Administrator's Fifth Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 4614].

<u>Status</u>: A certificate of no objection has been filed which would grant the relief requested. The Plan Administrator requests entry of the proposed order if acceptable to the Court. No hearing will be necessary unless the Court has any questions.

<u>Response Deadline</u>:  March 10, 2026.

<u>Responses Received</u>:  None.

<u>Related Documents:</u>

    (a)    Notice of Hearing on Plan Administrator's Fifth Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 4615].

    (b)    Affidavit of Service [Docket No. 4620].

    (c)    Certificate of No Objection Regarding Plan Administrator's Fifth Motion for Entry of an Order Extending the Period to Object to Claims [Docket No. 4627].

## II. MATTERS ADJOURNED

4. Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4452].

<u>Status</u>: This matter has been adjourned for hearing on April 21, 2026, at 10:00 a.m. Eastern Time for the following Claimants:

Bexar County (Claims 130 and 137)
City of Frisco (Claim 159 and 149)
City of Mesquite (Claim 163)
Crowley Independent School District (Claims 753 and 15)
Cypress-Fairbanks Independent School District (Claims 868 and 14)
Dallas County (Claims 142 and 100)
Fort Bend County WCID #02 (Claims 894 and 21)

> Fort Bend County (Claims 887 and 22)
> Harris County et al. (Claims 873 and 889)
> Lewisville Independent School District (Claims 152 and 2767)
> McLennan County (Claim 489)
> Nueces County (Claim 477)
> Rockwall CAD (Claim 162)
> San Marcos CISD (Claim 442)
> Smith County (Claim 305 and 154)
> Tarrant County (Claims 158 and 97)
>
> Response Deadline:  Extended to April 14, 2026, for the above Claimants.
>
> Responses Received:  Informal responses received from Claimants referenced in status above.
>
> Related Documents:
>
> (a) Notice of Objection to Your Claim [Docket No. 4453].
>
> (b) Affidavit of Service [Docket No. 4462].
>
> (c) Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4474].
>
> (d) [ENTERED] Order Sustaining Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4487].
>
> (e) Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4494].
>
> (f) Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4606].
>
> (g) Determination of Adjournment Request [Docket No. 4630].

5. Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) [Docket No. 4464].

   Status: An adjournment request has been submitted to the Court continuing this matter for hearing on April 21, 2026, at 10:00 a.m. Eastern Time for the following Claimants:

   The Stop & Shop Supermarket Company (Claim 11426)
   Equity One (Florida Portfolio) LLC (Claim 11716)
   Equity One (Florida Portfolio) LLC (Claim 13356)
   Equity One (Northeast Portfolio) LLC (Claim 11972)
   Equity One (Southeast Portfolio) LLC (Claim 11942)

    Regency Realty Group, Inc. (Claim 11703)
    Regency Realty Group, Inc. (Claim 11993)

<u>Response Deadline</u>:  Extended to April 14, 2026, for the above Claimants.

<u>Responses Received</u>:  Informal responses received from the Claimants in status above.

<u>Related Documents</u>:

    (a)    Notice of Objection to Your Claim [Docket No. 4465].

    (b)    Determination of Adjournment Request [Docket No. 4493].

    (c)    Determination of Adjournment Request [Docket No. 4495].

    (d)    Affidavit of Service [Docket No. 4502].

    (e)    [ENTERED] Order Sustaining Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) [Docket No. 4507].

    (f)    Determination of Adjournment Request [Docket No. 4607].

    (g)    Determination of Adjournment Request [Docket No. 4611].

    (h)    Certification of No Objection Regarding Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) with Respect to Claims 12692, 13118, 11921, 11406 [Docket No. 4613].

    (i)    Supplemental Order Sustaining Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) with Respect to Claims 12692, 13118, 11921, 11406 [Docket No. 4618].

| | |
|---|---|
| Dated:  March 16, 2026 | */s/ Edward A. Corma* |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Bradford J. Sandler, Esq. |
| | Erin E. Gray, Esq. (admitted *pro hac vice*) |
| | Edward A. Corma, Esq. |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone:    (212) 561-7700 |
| | Facsimile:    (212) 561-7777 |
| | Email:    rfeinstein@pszjlaw.com |
| |         bsandler@pszjlaw.com |
| |         egray@pszjlaw.com |
| |         ecorma@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator* |