**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

----------------------------------------------------------------x
                                                                :
In re                                                           :     Chapter 11
                                                                :
BED BATH & BEYOND INC., *et al.*,                               :
                                                                :     Case No. 23-13359 (VFP)
                                                                :
Debtors.[1]                                                     :     (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## MEDIATOR'S IMPASSE NOTICE

Pursuant to the Stipulation and Consent Order Modifying the Plan Injunction entered on October 18, 2024 (ECF Docket No. 3581), made by and between Penelope and Joseph Duczkowski (the "Claimants"), Safety National Casualty Corporation ("Safety"), and Michael Goldberg, in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (the "Wind-Down Debtors") (f/k/a Bed Bath & Beyond Inc. and affiliated Debtors, the "Debtors") (collectively, the "Parties"), the Parties were authorized to engage in settlement discussions and participate in mediation concerning the personal injury action styled *Duczkowski, et al. v. Bed, Bath and Beyond Inc., et al.*, pending in the Superior Court of New Jersey, Law Division, Union County, New Jersey, under docket number L-580-22 (the "Lawsuit"), and Claim No. 18551 on the Debtors' claims register.

1.      On March 12, 2026, the undersigned served as mediator at an in-person mediation hearing pursuant to the Stipulation and the procedures established therein.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

2.      Despite good faith efforts by the Parties, the mediation did not result in a settlement and the matter concluded at an impasse.

3.      Consistent with the terms of the Stipulation, the filing of this Notice confirms that the mediation has concluded without resolution.

/s/ *Peter E. Doyne*

**Peter E. Doyne, A.J.S.C. (Ret.)**

**Dated: 3/16/2026**