| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         egray@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1.  I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.  <u>Matter</u>:  Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No. 1) [Docket No. 4464].

3.  The Plan Administrator requests adjournment of the above hearing as it relates to the following claims:

    The Stop & Shop Supermarket Company (Claim 11426)
    Equity One (Florida Portfolio) LLC (Claim 11716)
    Equity One (Florida Portfolio) LLC (Claim 13356)
    Equity One (Northeast Portfolio) LLC (Claim 11972)
    Equity One (Southeast Portfolio) LLC (Claim 11942)
    Regency Realty Group, Inc. (Claim 11703)
    Regency Realty Group, Inc. (Claim 11993)

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4936-9896-3096.1 08728.003

4.    Current hearing date and time:  March 17, 2026, at 10:00 a.m.

5.    New date requested:  April 21, 2026, at 10:00 a.m.

6.    Reason for adjournment request:  The parties require additional time to pursue a resolution of Docket No. 4464.

7.    Consent to adjournment:

[X]    I have the consent of all parties.
[  ]    I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: March 16, 2026                    /s/ Edward A. Corma
                                        Signature


COURT USE ONLY:

The request for adjournment is:

X       Granted       New hearing date:  **4/21/26 @ 10am**              Peremptory

        Granted over objection(s)    New hearing date:                   Peremptory

        Denied

        **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4936-9896-3096.1 08728.003                    2