UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge:  Vincent F. Papalia<br><br>(Jointly Administered)<br><br><br>**Continued Hearing Date and Time**<br>**March 17, 2026 at 10:00 a.m. (ET)**<br><br>**Related Doc. 4464** |

<u>**STIPULATION AND CONSENT ORDER BETWEEN**</u>
<u>**PLAN ADMINISTRATOR AND THE STOP & SHOP SUPERMARKET COMPANY**</u>
<u>**RESOLVING PLAN ADMINISTRATOR'S TWENTY-SEVENTH OMNIBUS OBJECTION TO**</u>
<u>**CLAIMS (RECLASSIFIED LANDLORD CLAIMS NO. 1)**</u>

This stipulation and consent order (the "<u>Stipulation</u>") dated March 10, 2026, is made by

and between The Stop & Shop Supermarket Company ("<u>Claimant</u>"), and Michael Goldberg, solely

---

1 The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases (collectively, the "<u>Debtors</u>" and each a "<u>Debtor</u>") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Debtors:              BED BATH & BEYOND INC., *et al.*
Case No.              23-13359-VFP
Caption of Order:     STIPULATION AND CONSENT ORDER

in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1,

Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors" or the "Wind-Down

Debtors") (together, the "Parties"), including, as applicable, by and through their duly authorized

undersigned counsel.

### RECITALS

**WHEREAS**, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Debtors' chapter 11 cases were procedurally consolidated.

**WHEREAS**, on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for*

*Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II)*

*Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative*

*Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim,*

*(IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date

Order").

**WHEREAS**, the Bar Date Order established July 7, 2023 as the date by which all Claims

against the Debtors must be filed (the "Bar Date").

**WHEREAS**, on September 14, 2023, this Court entered the *Findings of Fact, Conclusions*

*of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming*

*the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates*

[Docket No. 2172] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11*

---

2  Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was
filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known
as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID
315602].

Debtors:            BED BATH & BEYOND INC., *et al*.
Case No.            23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

*Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").[3]

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[4]

**WHEREAS,** as of the Petition Date, Debtor Bed, Bath & Beyond, Inc. ("BBB") and Claimant were parties to (a) a lease for the premises located at 35 Highland Avenue, Seekonk, MA (Store No. 836) (including all amendments and modifications thereto, the "836 Lease") and (b) a lease for the premises located at 3083 Jericho Turnpike, East North Port, New York (Store No. 770 ) (including all amendments and modifications thereto, the "770 Lease"). (The 836 Lease and the 770 Lease are collectively, the "Leases").

**WHEREAS,** Pursuant to the *Order (I) Authorizing (A) Rejection of Certain Unexpired Lease and Executory Contracts and (B) Abandonment of Any Personal Property as of the Rejection Date and (II) Granting Related Relief* [Docket No. 373], the Leases were rejected.

**WHEREAS**, the Claimant filed the following proofs of claim (the "Filed Claims") against the Debtors.

---

[3] Capitalized terms that are not defined herein have the meanings given to them in the Plan.

[4] *See* Plan, Article IV, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").

4907-2521-6918.3 08728.003            3

Debtors:        BED BATH & BEYOND INC., *et al.*
Case No.        23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

| Claim No. | Debtor | Amount | Priority | Lease |
|---|---|---|---|---|
| 11426 | Bed Bath & Beyond, Inc. | $53,669.11 $816,230.00 **$869,899.11** | administrative general unsecured **Total** | 836 Lease |
| 12547 | Bed Bath & Beyond, Inc. | $77,664.41 $878,148.30 **$955,812.71** | administrative general unsecured **Total** | 770 Lease |

**WHEREAS**, on or about December 28, 2025, the Plan Administrator filed his *Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No.1)* [Doc. No. 4464] pursuant to which he moved to reclassify Claim 11426 as a Class 6 General Unsecured Claim.

**WHEREAS**, the Court has granted numerous adjournments with respect to the Objection and the current hearing is set for March 17, 2026 at 10:00 a.m. (the "Hearing").

**WHEREAS**, the Parties have negotiated in good faith and have agreed to settle their disputes with respect to the Objection upon the terms set forth in this Stipulation.

**AGREEMENT**

**NOW, THEREFORE,** in consideration of the foregoing recitals, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the Parties intending to be legally bound, the Parties agree that:

1.      **Incorporation**. The Recitals set forth above are incorporated herein as though fully set forth at length.

4907-2521-6918.3 08728.003                    4

Debtors:          BED BATH & BEYOND INC., *et al*.
Case No.          23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

2.      **Authority**. The Parties warrant that they are authorized to enter into this Agreement and that by the signatures of counsel below, it will become a binding agreement.

3.      **Treatment**. The Filed Claims shall be treated as follows:

a.      Claim 11426: Claimant shall have an Allowed Administrative Claim in the amount of $53,669.11 (the "Allowed Administrative Claim"). The Plan Administrator reserves his rights to object to the general unsecured portion ($816,230.00) of Claim 11426.

b.      Claim 12547: Claimant shall have an Allowed Administrative Claim in the amount of $77,664.41 (the "Allowed Administrative Claim"). The Plan Administrator reserves his rights to object to the general unsecured portion ($878,148.30) of Claim 12547.

c.      Scheduled Claims: Any claims that were scheduled by the Debtors for Claimant are disallowed.

4.      **Distributions on Allowed Claims**. Payment of the Allowed Administrative Claim will be made *pro rata* with all other Chapter 11 Allowed Administrative Claims and at the same time that distributions are made on all other Chapter 11 Allowed Administrative Claims in these cases. Claimant acknowledges that the Plan Administrator is not making distributions on Allowed Administrative Claims at this time, and that the Plan Administrator makes no representations as to the amount and/or timing of any such distributions.

5.      **Full Resolution**. This Stipulation resolves all of the Claimant's administrative, secured and priority claims (including but not limited to claims arising under Bankruptcy Code sections 365(d)(3), 507 and 503), demands and/or causes of action against the Debtors and their estates, the Debtors-in-Possession, the Wind-Down Debtors and/or the Plan Administrator related to the Leases (the "Released Claims"). Claimant shall not modify or amend Claim 11426 or Claim 12547.

Debtors:        BED BATH & BEYOND INC., *et al*.
Case No.        23-13359-VFP
Caption of Order:    STIPULATION AND CONSENT ORDER

6.    **Claims Agent**. The Plan Administrator and his agents and any third parties, (including the Claims and Noticing Agent Kroll Restructuring Administration) are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation including modifying the Official Claims Register in these cases.

7.    **Third Parties**. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

8.    **Effective Date**. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon full execution by the last Party, and the effective date of the Stipulation (the "Stipulation Effective Date") shall be the date entered by the Bankruptcy Court.

9.    **No Oral Modifications**. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

10.    **Jurisdiction**. The Bankruptcy Court retains jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

11.    **Attorneys' Fees and Costs**. Each Party shall bear its own fees and costs in connection with these cases, the Objection and the Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4907-2521-6918.3 08728.003                6

Debtors:            BED BATH & BEYOND INC., *et al*.
Case No.            23-13359-VFP
Caption of Order:    STIPULATION AND CONSENT ORDER

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Edward A. Corma*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**HUNTON ANDREWS KURTH LLP**

*/s/*
**Robert A. Rich**
Hunton Andrews Kurth LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202
Telephone: 214.468.3335
email: RRich@hunton.com

*Attorneys for Claimant*

4907-2521-6918.3 08728.003                                7

Debtors:          BED BATH & BEYOND INC., *et al.*
Case No.          23-13359-VFP
Caption of Order:  STIPULATION AND CONSENT ORDER


**PACHULSKI STANG ZIEHL & JONES LLP**


/s/
_____

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*


**HUNTON ANDREWS KURTH LLP**


/s/
_____

Robert A. Rich
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1132
email: rrich@hunton.com


*Attorneys for Claimant*