Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−13359−VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bed Bath & Beyond Inc.
    650 Liberty Avenue
    Union, NJ 07083

Social Security No.:

Employer's Tax I.D. No.:
    11−2250488

### Notice That a Transcript Has Been Filed

       You are Noticed that a Transcript has been filed on 3/25/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: March 26, 2026
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-13359-VFP

Bed Bath & Beyond Inc.                                                              Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 41 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: tsntc | Total Noticed: 296 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | ASK LLP, ASK LLP, 60 East 42nd Street, 46th Floor, New York, NY 10165-0043 |
| aty | + | Adam J. Ruttenberg, Beacon Law Group, LLC, 100 Cambridge St., 14th Fl, Boston, MA 02114-2545 |
| aty | | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Alan S. Zimmet, Bryant Miller Olive P.A., 201 N. Franklin St., #2700, Tampa, FL 33602-5816 |
| aty | + | Alec P. Ostrow, Becker, Glynn, Muffly, et. al., 299 Park Avenue, 16th Floor, New York, NY 10171-0002 |
| aty | + | Alexander Hoehne, GOODWIN PROCTER LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Alexander J. Nicas, GOODWIN PROCTER LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Amish R. Doshi, Doshi Legal Group, P.C., 1979 Marcus Avenue, Ste 210e, Lake Success, NY 11042-1076 |
| aty | + | Anastasia Kazmina, ASK LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121-1169 |
| aty | + | Andrew K. Glenn, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Angeline J. Hwang, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Artem Skorostensky, GOODWIN PROCTER LLP, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Benjamin Taylor, Baker & Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801-3432 |
| aty | + | Brendan M Gage, Goulston & Storrs PC, 400 Atlantic Avenue, Boston, MA 02110-3331 |
| aty | + | Brooke Harwood Blackwell, KING & SPALDING LLP, 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309-7525 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Charles Dale, Proskauer Rose LLP, Eleven Time Square, New York, NY 10036-8299 |
| aty | + | Cristina A Fernandez Rodriguez, aw firm of MCD LAW LLC, 416 Ponce de Leon Avenue, Suite 1002, San Juan, PR 00918-3424 |
| aty | + | DC USA Operating Co. LLC, Scarinci Hollenbeck, 150 Clove Road, 9th Fl, Little Falls, NJ 07424-2139 |
| aty | + | Darren Neilson, Parsons Behle and Latimer, 201 S Main St reet, #1800, Salt Lake City, UT 84111-2218 |
| aty | + | Darwin H Bingham, Scalley Reading Bates, et al, 15 West South Temple, Ste 600, Salt Laake City, UT 84101-1536 |
| aty | + | David Ealy, Trevett Cristo, 45 Exchange Boulevard, Suite 888, Rochester, NY 14614-2011 |
| aty | + | David Hillman, Proskauer Rose LLP, 11 Time Square, New York, NY 10036-8299 |
| aty | + | David l. Kane, Vedder Price P.C., 222 North LaSalle Street,, Suite 2600, Chicago, IL 60601-1104 |
| aty | + | Delia Garza, Travis County Attorney, PO Box 1748, Austin, TX 78767-1748 |
| aty | + | Devin J. Rivero, WHITE & CASE LLP, Southeast Financial Center, 200 South Biscayne Blvd., Suite 4900, Miami, Fl 33131-2346 |
| aty | + | Douglas M Foley, McGuireWoods LLP, 800 East Canal Street, Richmond, VA 23219-3916 |
| aty | + | Erine Zachary Park, 13215 E. Penn St., Ste 510, Whitter, CA 90602-1776 |
| aty | + | Evan W. Rassman, Cohen Seglias Pallas Greenhall & Furman, 500 Delaware Avenue, Suite 730, Wilmington, DE 19801-7400 |
| aty | + | Francis J Brennan, Nolan Heller Kauffman LLP, 80 State Street, 11th Floor, Albany, NY 12207-5015 |
| aty | + | Gary D. Underdahl, ASK, LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121-1169 |
| aty | + | George Hoffman, Cohne Kinghorn, PC, 111 East Broadway, 11th Floor, Salt Lake City, UT 84111-5238 |
| aty | + | George R Calhoun, Ifrah PLLC, 1717 Pennsylvania Ave., NW, Ste 650, Washington, DC 20006-4626 |
| aty | | Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| aty | #+ | Hanna J. Redd, Locke Lord LLP, Brookfield Place, 200 Vesey St., New York, NY 10281-5512 |

District/off: 0312-2    User: admin    Page 2 of 41

Date Rcvd: Mar 26, 2026    Form ID: tsntc    Total Noticed: 296

| | | |
|---|---|---|
| aty | #+ | Hayley R. Winograd, Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Heath B. Kushnick, Greenberg Traurig LLP, One Vanderbilt Avenue, New York, NY 10017-3978 |
| aty | + | Henry J. Jaffe, Troutman Pepper Hamilton Sanders LLP, 1313 N. Market St.,, Hercules Plaza, Suite 5100, Wilmington, DE 19801-6101 |
| aty | + | Ian R. Winters, KLESTADT WINTERS JURELLER SOUTHARD & STE, 200 West 41st Street, 17th Floor, New Yok, NY 10036-7219 |
| aty | #+ | Ira D. Kharasch, Esq., Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Ivan Gold, ALLEN MATKINS LECK GAMBLE MALLORY &, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4003 |
| aty | + | J. Seth Moore, 1700 Pacific Avenue, Suite 4400, Dallas, TX 75201-7324 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob M Weiss, McGuireWoods LLP, 800 East Canal Street, Richmond, VA 23219-3916 |
| aty | | James A. Hunter, Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428 |
| aty | + | James H. Haithcock, III, Burr & Forman LLP, 420 N. 20th Street, Suite 3400, Birmingham, AL 35203-3284 |
| aty | + | Jason B. Curtin, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Floor 19, Boston, MA 02210-2209 |
| aty | + | Jeffrey A Dito, Valinoti, Specter & Dito, 301 Junipero Serra Blvd, Suite 200, San Francisco, CA 94127-2614 |
| aty | + | Jennifer D. Raviele, KELLEY DRYE & WARREN LLP, 3 World Trade Center 175, Greenwich Street, New York, NY 10007-0042 |
| aty | + | John M. Craig, Law Firm of Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103-2168 |
| aty | + | Jonathan W. Young, Locke Lord LLP, 701 8th Street N.W., Suite 500,, Washington, DC 20001-3965 |
| aty | + | Joseph A. Anesta, Cameron & Mittleman LLP, 301 Promenade Street, Providence, RI 02908-5720 |
| aty | #+ | Judith Elkin, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Julie Beth Teicher, Maddin, Hauser, Roth, & Heller, PC, 28400 Northwestern Highway, 2nd Floor, Southfield, MI 48034-8348 |
| aty | #+ | Julie Rome-Banks, Binder & Malter LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004 |
| aty | + | Justin T. Shay, Cameron & Mittleman LLP, 301 Promenade Street, Providence, RI 02908-5720 |
| aty | + | Kenneth A. Listwak, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801-6101 |
| aty | + | Kurt A. Mayr, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Laura E. Baccash, WHITE & CASE LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606-4418 |
| aty | + | Laurel D. Roglen, Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| aty | + | Lawerence J. Kotler, 30 South 17th St., Philadelphia, PA 19103-4001 |
| aty | + | Layden, Baker & Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801-3432 |
| aty | + | Lazarus & Lazarus, PC, Lazarus & Lazarus, PC, 240 Madison Avenue, 8th Floor, New York, NY 10016-2831 |
| aty | + | Lisa M. Peters, Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102-2186 |
| aty | + | M. Ryan Pinkston, Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105-2992 |
| aty | ++++ | MATTHEW R. BROOKS, TROUTMAN SANDERS LLP, 875 3RD AVE FL 15, NEW YORK NY 10022-7254 address filed with court:, Matthew R. Brooks, Troutman Sanders LLP, 875 Third Avenue, New York, NY 10022 |
| aty | + | Marcy J. McLaughlin Smith, Troutman Pepper Hamilton Sanders LLP, Hercules Plaza, 1313 N. Market Street, Suite 5100 Wilmington, DE 19801-6111 |
| aty | + | Mark Salzberg, Squire Patton Boggs (US) LLP, 2550 M Street, NW, Washington, DC 20037-1350 |
| aty | + | Marshall S. Huebner, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Matthew C. Heyn, Deputy Attorneys General, 300 So. Spring St., Suite 1702, Los Angeles, CA 90013-1256 |
| aty | + | Matthew Tepper, 700 Jeffrey Way, Suite 100, Round Rock,, TX 78665-2417 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | + | Megan Volin, Proskauer Rose LLP, Eleven Time Square, New York, NY 10036-8299 |
| aty | | Michael E. Banks, Haus, Roman and Banks, LLP, 146 East Wilson St., Madison, WI 53703-3992 |
| aty | | Michael Sapoznikow, 13001 Street, Suite 125, PO Box 944255, Sacramento, CA 94244-2550 |
| aty | + | Moe Freedman, Cadillac Place Building, 3030 W Grand Blvd Ste 10-200, Detroit, MI 48202-6030 |
| aty | + | Molly N Sigler, law firm Barnes & Thornburg LLP, 225 South Sixth Street, Suite 2800, Minneapolis, MN 55402-4662 |
| aty | + | Nicholas Goettsche, 700 Jeffrey Way, Round Rock, TX 78665-2413 |
| aty | + | Omar Jafri, POMERANTZ LLP, 10 South LaSalle Street, Suite 3505, Chicago, IL 60603-1049 |
| aty | #+ | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue,34th Floor, New York, NY 10017-2024 |
| aty | + | Peter Muthig, Civil Services Division, 225 W Madison Street, Phoenix, AZ 85003-2141 |
| aty | + | Philip A Goldstein, McGuireWoods, LLP, 1251 Avenue of the Americas, 20th floor, New York, NY 10020-1104 |
| aty | + | Philip A. Weintraub, Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2759 |
| aty | + | Rachel L. Smiley, Ferguson Braswell Fraser Kubasta, P.C., 2500 Dallas Parkway, Suite 600, Plano, TX 75093-4820 |
| aty | + | Richard C. Ramirez, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Ronald E Gold, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245 |
| aty | + | Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN 46204-3435 |
| aty | + | Ruchi Prasad, Kepler Group, LLC, 6 East 32nd St, 9th Floor, New York, NY 10016-5422 |
| aty | + | Sean C. Southard, KLESTADT WINTERS JURELLER SOUTHARD & STE, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| aty | + | Sheppard A. Guryan, Lasser Hochman, 75 Eisenhower Pkwy, Roseland, NJ 07068-1691 |
| aty | + | Snell & Wilmer, One Arizona Center, 400 East Van Buren, Phoenix, AZ 85004-2223 |
| aty | + | Stan D Smith, Mitchell, Williams, Selig et al, 425 West Capital Avenue, Ste 1800, Little Rock, AK 72201-3527 |
| aty | + | Steven E Fox, Reimer & Braunstein, LLP, Times Square Tower, Seven Times Square, Suite 2506 New York, NY 10036-6546 |
| aty | + | Stuart L. Kossar, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, NY 10017-6555 |
| aty | + | Tansy Woan, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |

District/off: 0312-2        User: admin        Page 3 of 41

Date Rcvd: Mar 26, 2026        Form ID: tsntc        Total Noticed: 296

| | | |
|---|---|---|
| aty | + | Tara T LeDay, Chamberlain, Hrdlicka, et al, 1200 Smith St., Ste. 1400, Houston, TX 77002-4496 |
| aty | + | Thomas B Humphries, DENTONS SIROTE PC, 2311 Highland Avenue South, Birmingham, AL 35205-2972 |
| aty | | Thomas R. Fawkes, Tucker Ellis LLP, 233 South Wacker Drive, Suite 6950, Chicago, IL 60606-6395 |
| aty | + | Vincent Pisegna, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Floor 19, Boston, MA 02210-2209 |
| aty | + | W Austin Jowers, KING & SPALDING LLP, 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309-7525 |
| aty | + | William G Wright, Capehart & Scatchard PA, 8000 Midlantic Dr., Suite 300S, Mt. Laurel, NJ 08054-1543 |
| cr | + | 12535 SE 82nd AVE LLC, c/o Allen J. Underwood II, Esq., Lite DePalma Greenberg & Afanador LLC, 570 Broad Street, Suite 1201 Newark, NJ 07102-4601 |
| intp | + | 250 Hudson Street, LLC, c/o Rivkin Radler LLP, 25 Main Street, Court Plaza North, Suite 501, Hackensack, NJ 07601-9004 |
| cr | + | 3600 Long Beach Road, LLC, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| cr | + | ABF Freight System, Inc., c/o Borges & Associates, LLC, 575 Underhill Blvd., Ste. 118, Syosset, NY 11791, UNITED STATES 11791-3438 |
| op | + | AP Services, AP Services, 909 Third Avenue, 30th Floor, New York, NY 10022-5002 |
| cr | | ARC ASANDSC001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARC BHT-VCMI001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARG FSBROWI001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARG PSALBNM001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | | ARG SAABITX001, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Acxiom LLC, Mitchell, Williams, Selig, Gates & Woody, 425 W. Capitol Ave., Little Rock, AR 72201-3527 |
| cr | + | Alexander's Rego Shopping Center, Inc., c/o Alan Brody, Greenberg Traurig LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, UNITED STATES 07932-1024 |
| none | + | Alfred Zeve, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | Almaden Plaza Shopping Center, Inc., Att: David L. Bruck, Esq., Greenbaum Rowe Smith & Davis LLP, PO Box 5600, Woodbridge, NJ 07095-0988 |
| cr | + | American Express Travel Related Services Company,, c/o Rubin LLC; Attn Paul Rubin, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| cr | + | Arch Insurance Company, c/o CSG Law, 105 Eisenhower Parkway, Attn: Scott Zuber, Roseland, NJ 07068-1644 |
| cr | + | Ari Bussel, 8871 Burton Way, #302, Los Angeles, CA 90048-3732 |
| cr | + | Auditor-Controller Treasurer Tax Collector for the, 1055 Monterrey St, Suite D-290, Att: Justin Cooley, San Luis Obispo, CA 93408-1003 |
| stkhld | + | Bed Bath and Beyond Shareholder, 228 Park Avenue S. PMB932020, New York, NY 10003-0103 |
| cr | + | Bell Tower Shops, LLC, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Ben Rosenzweig, c/o Brigid Ndege, Bryan Cve Leighton Paisner LLP, 161 North Clark Street, Suite 4300 Chicago, IL 60601-3315 |
| cr | + | Benchmark-Clarence Associates, LLC, c/o Hodgson Russ LLP, 605 Third Avenue, Suite 2300, New York, NY 10158-0180 |
| cr | + | Beverly Parrish, 125 Half Mile, Suite 300, Red Bank, NJ 07701, US 07701-6777 |
| none | + | Bexar County Appraisal District, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| intp | + | Blair Image Elements, Inc., 5107 Kissell Avenue, Altoona, PA 16601-1050 |
| cr | + | Caparra Center Associates LLC, PO Box 19732, San Juan, PR 00910-1732 |
| cr | + | Cartus Corporation, c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor Newark, NJ 07102-5237 |
| intp | + | Case Snow Management, LLC, c/o Rivkin Radler LLP, 25 Main Street, Court Plaza North, Suite 501, Hackensack, NJ 07601-9004 |
| cr | + | Castle Ridge Plaza LLC, c/o Rubin LLC, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| cr | + | Casto-Oakbridge Venture, Ltd, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7408 |
| cr | + | ChannelAdvisor Corp., c/o Stradley Ronon Stevens & Young, LLP, Attn: Daniel M. Pereira, 2005 Market Street, Suite 2600 Philadelphia, PA 19103-7098 |
| cr | + | Chase Green Mountain LP, Att: David L. Bruck, Esq., Greenbaum, Rowe, Smith & Davis, PO Box 5600, Woodbridge, NJ 07095-0988 |
| cr | + | Chenal Place Properties LLC, Att: David L. Bruck, Esq., Greenbaum Rowe Smith & Davis, PO Box 5600, Woodbridge, NJ 07095-0988 |
| cr | | Christine Labib, H# Orchard Court, Clifton, NJ 07102 |
| cr | + | City of Philadelphia Law-Tax and Revenue Unit, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| cr | + | Coface for Trade, 600 Collage Rd East., Ste 1110, Princeton, NJ 08540-6880 |
| sp | + | Colleen G. Thomas, Thomas Law Office, 30 North Western Avenue, Carpentersville, IL 60110-1731 |
| cr | + | Commerce Technologies LLC, c/o Stradley Ronon Stevens & Young, LLP, Attn: Daniel M. Pereira, 2005 Market Street, Suite 2600 Philadelphia, PA 19103-7098 |
| cr | + | Commission Junction LLC, c/o Locke Lord LLP, Attn Jonathan W. Young / Michael B. Kind, 111 South Wacker Drive, Chicago, IL 60606 UNITED STATES 60606-4410 |
| cr | + | Conopco, Inc. dba Unilever United States, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Consumer Centre Paramount 1, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 2, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 4, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 5, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 6, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Consumer Centre Paramount 7, LLC, 1195 Route 70, Suite 2000, Lakewood, NJ 08701-6100 |
| cr | + | Continental Web Press, Inc., c/o Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1740 |
| cr | + | County of Sonoma Tax Collector, 585 Fiscal Drive, Suite 100, Att: Erick Roeser, Santa Rosa, CA 95403-2819 |

District/off: 0312-2                          User: admin                          Page 4 of 41

Date Rcvd: Mar 26, 2026                       Form ID: tsntc                       Total Noticed: 296

| | | |
|---|---|---|
| cr | + | DS Properties 18 LP, Burr & Forman LLP, 201 N. Franklin Street, Tampa, FL 33602-5182 |
| cr | + | Dadeland Station Associates, Ltd., c/o Riker Danzig LLP, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | | Deutsche Asset & Wealth Management, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Dong Koo Kim and Jong Ok Kim, Trustees of the Dong, Attn : Dong Koo Kim, 1332 Paseo Del Mar, Palos Verdes Estates, CA 90274-1850 |
| cr | | EDENS, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Enid Two, LLC, 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq., Woodbridge, NJ 07095 UNITED STATES 07095-1155 |
| cr | + | Eva Marie Beale, 29 Renz Road, Mill Valley, CA 94941-5030 |
| cr | + | Evergreen Line, c/o Evergreen Shipping Agency (America), One Evertrust Plaza, Jersey City, NJ 07302-3051 |
| trfee | + | Evolution Credit Opportunity Master Fund II-B, L.P, Gary Tripp, 28 State St., 23rd Fl., Boston, MA 02109-1775 |
| cr | | F3 Metalworx, Inc., 1209 E. Main Road, North East, PA 16428, UNITED STATES |
| cr | | Fairview Shopping Center, LLC, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| cr | + | Farley Real Estate Associates, LLC, 21 Partridge Lane, Long Valley, NJ 07853-3338 |
| cr | + | Federal Realty OP LP, c/o Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Federated Service Solutions c/o Jaclyn Scarduzio D, Four Green Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053 UNITED STATES 08053-3475 |
| intp | + | Foundations Worldwide, Inc., 5216 Portside Drive, Medina, OH 44256-5966 |
| cr | + | GFA Alabama Inc., 6211 Fairfax Bypass, Valley, AL 36854-4550 |
| intp | | Gabriel Rostom, 63 Rue de la Folie Regnault, 75011 Paris, France |
| cr | + | Gary Flax, 4923 Cape Coral Drive, Dallas, TX 75287-7234 |
| cr | + | Gator Investments, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| none | + | Gerald Strassberger, 8 Hollow Spring Road, Norwalk, CT 06854-3414 |
| cr | + | Google LLC, c/o White and Williams LLP, 1650 Market St., Fl. 18, Philadelphia, PA 19103-7304 |
| cr | + | Hanes M. Owner, LLC and Hanes Z. Owner, LLC, Joint, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7408 |
| cr | | Heitman, c/o Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915 |
| op | + | Holly F Etlin, AlixPartners, LLP, 909 Third Avenue, Floor 30, New York,, NY 10022-5002 |
| cr | + | Holly Sherman, 1308 Champagne Court, Naperville, IL 60563-1692 |
| cr | + | JPMorgan Chase Bank N.A., Greenberg Traurig, LLP, c/o Alan Brody, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 UNITED STATES 07932-1024 |
| intp | + | Jeffrey Johnson, 249 S Farrasut St, Philadelphia, PA 19139-4412 |
| stkhld | + | Jeffrey M Kurzon, P.O. Box 454, Peterborough, NH 03458-0454 |
| cr | + | John Mark Mckinzie, c/o Yosha Law, Nicholas Tuttle, Esq., 9102 N. Meridian St., Ste 535, Indianapolis, IN 46260-1861 |
| consult | + | Jones Lang LaSalle Americas, Inc, 101 Wood Avenue South, Suite 410, Iselin, NJ 08830-2755 |
| sp | + | Kathleen R. Cruickshank, Murphy & King, P.C., 28 State Street, Suite 3101, Boston, MA 02109-5705 |
| intp | + | Kelly Burt-Deasy, c/o Jaret & Jaret, 1016 Lincoln Avenue, San Rafael, CA 94901, UNITED STATES 94901-3226 |
| cr | + | Keurig Green Mountain, Inc., Attn: Nicholas Korbas, Esq., 53 South Ave., Burlington, MA 01803-4903 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| cr | + | LOGIXAL INC., Suite 135, 20 Commerce Drive, Cranford, NJ 07016-3614 |
| cr | + | Larina Peters, 808 Richer Court, Diamond Springs, CA 95619-9740 |
| op | | Lazard Frres & Co. LLC, Lazard Frres & Co. LLC, 300 N. LaSalle Street, 23 Floor, Chicago, IL 60654 |
| cr | + | Levtex, LLC, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| none | + | Luse Akdemir, 185 Route 17 South, Paramus, NJ 07652-2963 |
| cr | + | ML-MJW Port Chester SC Owner LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Main Street at Exton II, L.P., 120 West Germantown Pike, Suite 120, Plymouth Meeting, PA 19462-1420 |
| none | + | Mara Sirhal, c/o Moritt Hock & Hamroff LLP, 1407 Broadway, Suite 3900, New York, NY 10018-5139 |
| cr | + | Maricopa County Treasurer, Civil Services Division, 225 W. Madison Street, Phoenix, AZ 85003-2141 |
| cr | + | Mastic Associates of New York LLC, c/o Belkin Burden Goldman, LLP, Attn.: Jay B. Solomon, Esq., 60 E 42nd Street, 16th Floor, New York, NY 10165 UNITED STATES 10165-0020 |
| intp | + | Michael's Stores, Inc., c/o Lowenstein Sandler LLP, Attn: Kenneth A. Rosen, Esq., Attn: Mary Seymour and Philip Gross, One Lowenstein Drive Roseland, NJ 07068-1740 |
| cr | + | Middletown Shopping Center I, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Mission Valley Shoppingtown LLC, c/o Barclay Damon LLP, Attn: Niclas A. Ferland, 545 Long Wharf Drive, Ninth Floor New Haven, CT 06511-5960 |
| cr | + | NP New Castle, LLC, 3315 N. Oak Trfy, Kansas City, MO 64116-2775 |
| stkhld | + | Neelay Das, 4682 Chabot Dr, #10236, Pleasanton, CA 94588-6105 |
| cr | + | North Village Associates, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Office of the Tax Collector of San Bernardino Coun, 268 West Hospitality Lane, First Floor, San Bernardino, CA 92415-0901 |
| cr | + | Panama City Beach Venture II, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL 32789-7408 |
| cr | + | Park West Village Phase I, c/o Winderweedle, Haines, Ward & Woodman, 329 Park Avenue North, Second Floor, Winter Park, FL |

District/off: 0312-2        User: admin        Page 5 of 41

Date Rcvd: Mar 26, 2026        Form ID: tsntc        Total Noticed: 296

| | | |
|---|---|---|
| | | 32789-7408 |
| cr | + | Phyllis Eichner, 9400 Atlantic Avenue, Margate, NJ 08402-2322 |
| cr | + | Pittsburgh Hilton Head Associates L.P., c/o Martin Sosland, Butler Snow LLP, 2911 Turtle Creek Blvd., Ste. 1400, Dallas, TX 75219 UNITED STATES 75219-6258 |
| cr | + | Rachel Medrano County of Kern, State of California, Jordan Kaufman,Treasurer/Tax Collector, PO Box 579, Bakersfield, CA 93302-0579 |
| cr | + | Rainier Colony Place Acquisitions, LLC, c/o Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| cr | + | Regent Shopping Center Inc., c/o Rubin LLC, 11 Broadway, Suite 715, New York, NY 10004-1371 |
| cr | | RetailMeNot, Inc., c/o Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150 Wilmington, DE 19899-1150 |
| cr | + | Riverhead Centre Owners, LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | SF WH Property Owner LLC, Burr & Forman LLP, 201 N. Franklin Street, Tampa, FL 33602-5182 |
| cr | + | SRK Lady Lake 21 SPE, LLC, c/o Hodgson Russ LLP, 605 Third Avenue, Suite 2300, New York, NY 10158-0180 |
| cr | + | Sacramento County Tax Collector, 700 H Street, Room 1710, Sacramento, CA 95814-1285 |
| none | + | Safavieh Intl LLC, 40 Harbor Park Drive North, Port Washington, NY 11050-4602 |
| cr | + | Salesforce.com, inc., c/o Amy E. Vulpio, White and Williams LLP, 1650 Market St., Fl. 18, Philadelphia, PA 19103-7395 |
| cr | + | Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, Wilmington, DE 19801-1611 |
| cr | + | Saul Holdings, Limited Partnership, 7501 Wisconsin Avenue, Suite 1500E, Bethesda, MD 20814-6522 |
| cr | + | Select Consolidated Management, LLC, c/o A.J. Webb, Frost Brown Todd LLP, 301 E. Fourth Street, Suite 3300 Cincinnati, OH 45202-4257 |
| cr | + | Serota Islip NC LLC, Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| cr | + | Serota Islip NC LLC, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| stkhld | + | Shareholder, 228 Park Avenue S, PMB 932020, New York, NY 10003-0103 |
| cr | + | Sharmele Moore, c/o Brown, Lippert & Laite, 700 Walnut Street, Suite 500, Cincinnati , OH 45202-2015 |
| cr | + | Silvertown, Inc., c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| cr | + | Simsbury Commons LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Somerville Circle Partnership, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | Springfield Plaza Limited Partnership, c/o Stark & Stark, PC, P.O. Box 5315, Princeton, NJ 08543-5315 |
| cr | + | TFP Limited, c/o Carol L. Knowlton, Esquire, Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| cr | + | TPP Bryant, LLC, c/o Riker Danzig LLP, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | Tamara Thorpe, 525 Kellygreen Drive, Orlando, FL 32828-8415 |
| cr | + | The Anna Mscisz Trust, c/o Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| cr | + | The Morning Consult LLC, 1025 F Street NW, Ste 800, Washington, DC 20004-1432 |
| cr | | Township of Whitehall, c/o Loren L. Speziale, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| trfee | + | Tradeguard, LLC, Attn: Joseph Azarbad, 1460 Broadway, New York, NY 10036-7329 |
| cr | + | Treasurer Tax Coillector for the County of Santa C, 701 Ocean Street, Rm. 100, Santa Cruz, CA 95060-4007 |
| cr | | Treasurer-Tax Collector County of Orange, Shari L Freidenrich, CPA, PO Box 4515, Santa Ana, CA 92702-4515 |
| cr | + | Treasurer/Tax Collector for the County of Contra C, 625 CourtStreet, Room 100, Martinez, CA 94553-1231 |
| cr | | Treasurer/Tax Collector for the County of San Dieg, Attn: BK Desk, 1600 Pacific Highway, Room 162, San Diego, CA 92101-2469 |
| cr | + | UBS Realty Investors, LLC, c/o Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Urban Edge Properties, L.P., c/o Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | | Ventura County Tax Collector, Bankruptcy Section, 800 South Victoria Avenue, Ventura, CA 93009-1290 |
| none | + | Victoria Foster, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | Westfield LLC, c/o Barclay Damon LLP, Attn: Niclas A. Ferland, 545 Long Wharf Drive, Ninth Floor New Haven, CT 06511-5960 |
| intp | + | World Distribution Services LLC, 1340 Depot Street, 2nd Floor, Suite 400, Cleveland, OH 44116-1741 |
| cr | + | Zero Technologies, LLC, 9399 W Higgins Road, Rosemont, IL 60018-4940 |
| cr | | c/o Becket & Lee LLP Accertify, Inc, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 245

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Mar 26 2026 21:23:59 | Adam L. Shpeen, Davis Polk & Wardwell LLP,, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | ^ MEBN | Mar 26 2026 21:23:58 | Agustina G. Berro, Glenn Agre Bergman & Fuentes, LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + Email/Text: caleb.holzaepfel@huschblackwell.com | Mar 26 2026 21:26:00 | Caleb T. Holzaepfel, Husch Blackwell LLP, 736 Georgia Avenue, Suite 300, Chattanooga,, TN 37402-2059 |

District/off: 0312-2                          User: admin                                          Page 6 of 41

Date Rcvd: Mar 26, 2026                      Form ID: tsntc                                      Total Noticed: 296

| | | | | |
|---|---|---|---|---|
| aty | ^ MEBN | | Mar 26 2026 21:23:11 | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ MEBN | | Mar 26 2026 21:19:52 | Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| aty | ^ MEBN | | Mar 26 2026 21:23:10 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | | Mar 26 2026 21:20:51 | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | | Email/Text: jdoran@hinckleyallen.com | Mar 26 2026 21:26:00 | Jennifer V Doran, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, MA 02109 |
| aty | + | Email/Text: jacquelyn.choi@rimonlaw.com | Mar 26 2026 21:25:00 | Jacqueline H. Choi, RIMON PC, 2029 Century Park Ease, Suite 400N, Los Angeles, CA 90067-2901 |
| aty | + | Email/Text: jarrod.martin@chamberlainlaw.com | Mar 26 2026 21:26:00 | Jarrod B. Martin, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| aty | ^ MEBN | | Mar 26 2026 21:22:36 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Email/Text: lmbkr@pbfcm.com | Mar 26 2026 21:26:00 | Laura J Monroe, Perdue, Brandon,Fielder et al, PO Box 817, Lubbock, TX 79408-0817 |
| aty | ^ MEBN | | Mar 26 2026 21:23:56 | Margaret J. Lovric, GLENN AGRE BERGMAN & FUENTES LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | ^ MEBN | | Mar 26 2026 21:23:13 | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | | Mar 26 2026 21:22:52 | Michael T. Mervis, Proskauer Rose LLP, Eleven Time Square, New York, New York, NY 10036-6607 |
| aty | ^ MEBN | | Mar 26 2026 21:23:08 | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | | Mar 26 2026 21:23:15 | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Email/Text: rklein@proskauer.com | Mar 26 2026 21:26:00 | Reuven C Klein, Proskauer Rose LLP, Eleven Time Square, New York, NY 10036-8299 |
| aty | + | Email/Text: trustee@certilmanbalin.com | Mar 26 2026 21:27:00 | Richard J. McCord, Certilman, Balin, Adler & Hyman, LLP, 90 Merrick Ave., 9th Floor, East Meadow, NY 11554-1597 |
| aty | ^ MEBN | | Mar 26 2026 21:20:52 | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ MEBN | | Mar 26 2026 21:23:06 | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | | Mar 26 2026 21:21:25 | Sean C. Southard, KLESTADT WINTERS JURELLER SOUTHARD & STE, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| aty | + | Email/Text: houston_bankruptcy@LGBS.com | Mar 26 2026 21:26:00 | Tara L Grundemeier, Linebarger Goggan Blair & Samson LLP, PO Box 3064, Houston, TX 77253-3064 |
| aty | | Email/Text: houston_bankruptcy@LGBS.com | Mar 26 2026 21:26:00 | Tara L Grundermeier, Linebarger, Googan, Blair & Sampson, LLP, PO Box 3064, Houston, TX 77253-3064 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2026 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

User: admin
Date Rcvd: Mar 26, 2026
Form ID: tsntc
Total Noticed: 296

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2026 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Mar 26 2026 21:22:10 | 101 & Scottsdale, LLC, c/o Norgaard O'Boyle & Hannon, 184 Grand Avenue, Engelwood, NJ 07631-3578 |
| cr | | Email/Text: legal@avalara.com | Mar 26 2026 21:25:00 | Avalara, Inc., 255 S. King St., Suite 1800, Seattle, WA 98104 |
| cr | + | Email/Text: hareth.normart@acgov.org | Mar 26 2026 21:26:00 | Alameda County Tax Collector, 1221 Oak Street, Rm 131, Oakland, CA 94612-4223 |
| sp | ^ | MEBN | Mar 26 2026 21:23:53 | Christine Shang, Kirkland & Ellis, LLP, 609 Main Street, Houston, TX 77002-3167 |
| cr | ^ | MEBN | Mar 26 2026 21:22:54 | DLC Management Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 26 2026 21:25:00 | Duquesne Light Company, Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: kwillis@barclaydamon.com | Mar 26 2026 21:26:16 | Inland Commercial Real Estate Services, L.L.C., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| na | | Email/Text: EBN@primeclerk.com | Mar 26 2026 21:25:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| na | ^ | MEBN | Mar 26 2026 21:22:58 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007-0090 |
| cr | | Email/Text: legal@taxcollector.com | Mar 26 2026 21:25:00 | Ken Burton, Jr., Manatee County Tax Collector, c/o Michelle Leeson, CFCA, 1001 3rd Avenue W,, Ste. 240, Bradenton, FL 34205 |
| sp | | Email/Text: mgoldberg@glassgoldberg.com | Mar 26 2026 21:26:00 | Marshall Goldberg, Glass & Goldberg, 22917 Burbank Blvd., Woodland Hills, CA 91367-4203 |
| cr | + | Email/Text: rgaydos@rltlawfirm.com | Mar 26 2026 21:26:00 | Mad River Development LLC, c/o Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, NJ 07039-1711 |
| cr | + | Email/Text: dpapiez@foxrothschild.com | Mar 26 2026 21:26:00 | Microsoft Corporation, c/o Maria A. Milano, Fox Rothschild LLP, 1001 4th Ave, Suite 4400, Seattle, WA 98154-1192 |
| cr | ^ | MEBN | Mar 26 2026 21:22:24 | National Realty & Development Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | ^ | MEBN | Mar 26 2026 21:23:01 | RPT Realty, L.P., c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | + | Email/Text: kwillis@barclaydamon.com | Mar 26 2026 21:26:16 | Rivercrest Realty Associates, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| intp | ^ | MEBN | Mar 26 2026 21:23:21 | Securites and Exchange Commission, 100 Pearl Street, Suite 20-100, New York, NY 10004-6003 |
| cr | + | Email/Text: cmartin@simon.com | Mar 26 2026 21:26:00 | Simon Property Group, 225 West Washington Street, Indianapolis, IN 46204-3438 |
| cr | | Email/Text: bankruptcy@solanocounty.gov | Mar 26 2026 21:25:00 | Solano County Tax Collector, 675 Texas Street #1900, Fairfield, CA 94533-6337 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | | |

| | | | Mar 26 2026 21:26:00 | Tamarack Village Shopping Center, A Limited Partne, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | Mar 26 2026 21:26:00 | Tammy Jones, Oklahoma County Treasurer, 320 Robert S, Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 26 2026 21:26:00 | Texas Taxing Authorities, c/o Linebarger Goggan Blair & Sampson LL, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: TCBankruptcy@smcgov.org | Mar 26 2026 21:25:00 | Treasurer/Tax Collector for the County of San Mate, 555 County Senter, Redwood City, CA 94063 |
| cr | ^ | MEBN | Mar 26 2026 21:24:24 | Verizon Entities, c/o McCarter & English, LLP, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4062 |
| cr | + | Email/Text: WPGBankruptcy@fbtlaw.com | Mar 26 2026 21:26:00 | WPG Legacy, LLC, C/O Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 E. Fourth Street, Cincinnati, OH 45202-4257 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Mar 26 2026 21:26:00 | Water Tower Square Associates, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Avenue, Suite 4A, Margate, NJ 08402-1195 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| aty | | Alvarez & Marsal North America, LLC |
| aty | | Kirkland & Ellis LLP and Kirkland & Ellis Internat |
| aty | | Peretz Bronstein, BRONSTEIN, GEWIRTZ & GROSSMAN, LLC, 60 East 42nd Street, Suite 4600 |
| cr | | AJG Enterprises, LLC |
| op | | AP Services, LLC |
| op | | Alvarez & Marsal North America, LLC |
| op | | Alvarez & Marsal North America, LLC |
| none | | Anthony Mitchell |
| intp | | Candlewood Lake Road, LLC |
| intp | | Colin Anten, 53 Marwood Circle N.E Calgary, Alberta, CA T2A2RT |
| cr | | County of Kern Treasurer-Tax Collector |
| cr | | County of Placer, 175 Fulweiler Avenue, UNITED STATES |
| intp | | Creatable |
| intp | | Deloitte Tax LLP |
| op | | Lazard Freres and Co. LLC |
| cr | | Maria Perez |
| intp | | Nordstrom, Inc. |
| op | | Pachulski Stang Ziehl & Jones LLP |
| cr | | Pension Benefit Guaranty Corporation |
| intp | | R&F Garden City, LLC |
| cr | | RC Ventures, LLC |
| intp | | Razaq Asmailzada |
| cr | | Royal Packaging, LLC |
| cr | | Ryan Cohen |
| stkhld | * | Gabriel Rostom, 63 Rue de la Folie Regnault, 75011 Paris, France |
| op | *P++ | KROLL RESTRUCTURING ADMINISTRATION LLC, 1 WORLD TRADE CENTER, 31ST FLOOR, NEW YORK NY 10007-0090, address filed with court:, Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | *+ | Tradeguard, LLC, Attn: Joseph Azarbad, 1460 Broadway, New York, NY 10036-7329 |
| aty | ##+ | Vanessa P. Moody, Goulston 7 Storrs PC, 400 Atlantic Avenue, Boston, MA 02110-3331 |
| consult | ##+ | A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410, Melville, NY 11747-3601 |
| cr | ##+ | Columbus Trading-Partners USA Inc., 120 Royall Street, Suite 101, Canton, MA 02021-1028 |

| | | |
|---|---|---|
| cr | ##+ | Dream on Me Industries, Inc., 1532 S Washington Ave., Piscataway Township, NJ 08854-3947 |
| none | ##+ | No Place Like Home Corp, c/o Law Office of Shmuel Klein PA, 316 Prospect avenue, Suite 3J, Hackensack, NJ 07601-2590 |
| op | ##+ | Sixth Street Specialty Lending, Inc., c/o DUANE MORRIS LLP, One Riverfront PLaza, 1037 Raymond Blvd., Suite 1800, Newark, NJ 07102-5423 |

TOTAL: 24 Undeliverable, 3 Duplicate, 6 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                                    Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Jeff Ifrah | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Adam J Ruttenberg | on behalf of Defendant Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Adam J Ruttenberg | on behalf of Creditor Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Agostino Angelo Zammiello | on behalf of Defendant Keurig Green Mountain  Inc. azammiello@foxrothschild.com |
| Alan F. Kaufman | on behalf of Defendant East Coast/West Coast Logistics  LLC alan.kaufman@nelsonmullins.com, crystal.revelle@nelsonmullins.com |
| Alan J. Brody | on behalf of Defendant Corvel Enterprise Comp  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |

District/off: 0312-2 User: admin Page 10 of 41

Date Rcvd: Mar 26, 2026 Form ID: tsntc Total Noticed: 296

Alan J. Brody

on behalf of Creditor Alexander's Rego Shopping Center Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com

Alan Stuart Maza

on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov mazaa@sec.gov

Albert Anthony Ciardi, III

on behalf of Creditor Rainier Colony Place Acquisitions LLC aciardi@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Alexander F. Barth

on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com

Alexandria Nikolinos

on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Alexis R. Gambale

on behalf of Interested Party OXO International Ltd. agambale@pashmanstein.com

Alexis R. Gambale

on behalf of Interested Party Kaz USA Inc. agambale@pashmanstein.com

Alexis R. Gambale

on behalf of Interested Party Kaz Canada Inc. agambale@pashmanstein.com

Alexis R. Gambale

on behalf of Interested Party Helen of Troy L.P. agambale@pashmanstein.com

Allen J Barkin

on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com sandyr@sbmesq.com

Allen Joseph Underwood, II

on behalf of Creditor 12535 SE 82nd AVE LLC AUnderwood@barclaydamon.com

Allison J. Arotsky

on behalf of Defendant Raymond Accounts Management Inc. aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Defendant Scentsible LLC aarotsky@moritthock.com

Amanda Tomack

on behalf of Defendant Internal Revenue Service amanda.tomack2@usdoj.gov
eastern.taxcivil@usdoj.gov,jennifer.d.auchterlonie@usdoj.gov

Amy Elizabeth Vulpio

on behalf of Creditor Google LLC avulpio@stradley.com

Amy Elizabeth Vulpio

on behalf of Creditor Salesforce.com inc. avulpio@stradley.com

Andrew Braunstein

on behalf of Creditor Commission Junction LLC andrew.braunstein@troutman.com

Andrew B. Still

on behalf of Defendant Baby Trend Inc. astill@swlaw.com, kcollins@swlaw.com

Andy Winchell

on behalf of Creditor River Park Properties II LP andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell

on behalf of Creditor Dong Koo Kim and Jong Ok Kim Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated
October 18, 1996 andy@winchlaw.com,
awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo

on behalf of Interested Party Christiana Town Center LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party Valley Square I L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo

on behalf of Interested Party CTC Phase II LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anna Brook

on behalf of Counter-Claimant T-Mobile USA Inc, abrook@cm.law

Anna Brook
on behalf of Defendant T-Mobile USA  Inc, abrook@cm.law

Anne Smith
on behalf of Creditor TF Cornerstone Inc. asmith@beckerglynn.com  aostrow@beckerglynn.com

Anne Smith
on behalf of Creditor 200-220 West 26 LLC asmith@beckerglynn.com  aostrow@beckerglynn.com

Anthony Sodono, III
on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com

Anthony Sodono, III
on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com

Arthur Abramowitz
on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com

Barbra Rachel Parlin
on behalf of Creditor ALTO Northpoint  LP barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barry J. Roy
on behalf of Defendant Storflex Holdings  Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com;nmarotta@rltlawfirm.com

Barry Scott Miller
on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com  miller.barryb119091@notify.bestcase.com

Beth E Levine
on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler
on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com
mseidl@pszjlaw.com;abates@pszjlaw.com

Brendan Scott
on behalf of Creditor Dream on Me Industries  Inc. bscott@klestadt.com

Brett D. Goodman
on behalf of Creditor Redfield Promenade  LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Conroe Marketplace S.C.  L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Pasadena II L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Chico Crossroads  L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor C T Center S.C.  LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Flagler S.C.  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Brandon 011  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor PL Dulles LLC bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Airport Plaza  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KSI Cary 483  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor WRI/Raleigh L.P. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman

District/off: 0312-2                          User: admin                                    Page 12 of 41
Date Rcvd: Mar 26, 2026                       Form ID: tsntc                                 Total Noticed: 296

on behalf of Creditor Mooresville Crossing LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Price/Baybrook Ltd. bgoodman@polsinelli.com nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Franklin Park S.C. LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Kimco Realty OP LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor WRI-URS South Hill LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Weingarten Nostat LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KIR Tukwila L.P. bgoodman@polsinelli.com nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KIR Bridgewater 573 LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor CFH Realty III/Sunset Valley L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Talisman Towson Limited Partnership bgoodman@polsinelli.com nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor WRI Mueller LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KIR MONTGOMERY 049 LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor KIR Soncy L.P. bgoodman@polsinelli.com nydocketing@polsinelli.com

Brett D. Goodman

on behalf of Creditor Kimco Riverview LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett S. Moore

on behalf of Creditor Englewood Construction Inc. bsmoore@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com

Brian Moore

on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com aglaubach@teamtogut.com;dperson@teamtogut.com

Brian Morgan

on behalf of Creditor UG2 Solon OH LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan

on behalf of Creditor Prologis brian.morgan@faegredrinker.com cathy.greer@faegredrinker.com

Brian Morgan

on behalf of Creditor Prologis USLF NV II LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan

on behalf of Creditor PRW Urban Renewal 1 LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian I. Kantar

on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brian J. Jackiw

on behalf of Interested Party World Distribution Services LLC brian.jackiw@tuckerellis.com christine.cassidy@tuckerellis.com

Brigette G McGrath

on behalf of Plaintiff Goldberg Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath

on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath

on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath

on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigid K Ndege

District/off: 0312-2                                    User: admin                                      Page 13 of 41
Date Rcvd: Mar 26, 2026                              Form ID: tsntc                                   Total Noticed: 296

on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com  brigid-ndege-4743@ecf.pacerpro.com

Brittany B Falabella

on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Candice Marie Carson

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@vkhh.com

Carol L. Knowlton

on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Catherine E Youngman

on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, aedwards@foxrothschild.com

Catherine E. Youngman

on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Christie Rita McGuinness

on behalf of Creditor Mark Tritton christie.mcguinness@saul.com

Christopher Perez

on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com

Christopher D Loizides

on behalf of Creditor Laura Alevy loizides@loizides.com  lisa.peters@kutakrock.com

Christopher D Loizides

on behalf of Creditor David Alevy loizides@loizides.com  lisa.peters@kutakrock.com

Christopher D Loizides

on behalf of Interested Party NORTHWOODS III (SAN ANTONIO)  LLC loizides@loizides.com, lisa.peters@kutakrock.com

Christopher P. Anton

on behalf of Defendant Caliber Americas LLC canton@fbtgibbons.com

Clayton Daniel Harvey

on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com

Colin R. Robinson

on behalf of Plaintiff Michael Goldberg robinson@lrclaw.com  kittinger@lrclaw.com

Colin R. Robinson

on behalf of Other Prof. Plan Administrator robinson@lrclaw.com  kittinger@lrclaw.com

Colin R. Robinson

on behalf of Creditor Committee Official Committee Of Unsecured Creditors robinson@lrclaw.com  kittinger@lrclaw.com

Colin R. Robinson

on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
robinson@lrclaw.com, kittinger@lrclaw.com

Colleen Thomas

on behalf of Creditor Continental Web Press  Inc. colleen@cgtlaw.com

Conrad K. Chiu

on behalf of Transferee Evolution Credit Opportunity Master Fund II-B  L.P. cchiu@pryorcashman.com

Courtney Brown

on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael

on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com  mrogers@ashfordnjlaw.com

Courtney G. Schroeder

on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com

Craig G. Margulies

on behalf of Defendant Capital Brands Distribution  LLC craig@marguliesfaithlaw.com,
vicky@marguliesfaithlaw.com,angela@marguliesfaithlaw.com,amber@marguliesfaithlaw.com,drew@marguliesfaithlaw.com

Dana Lee Robbins-Boehner

on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com  mguerra@burr.com

Dana Lee Robbins-Boehner

on behalf of Creditor DS Properties 18 LP drobbins@burr.com  mguerra@burr.com

Dana S. Plon

on behalf of Creditor Riverhead Centre Owners  LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

District/off: 0312-2                                           User: admin                                           Page 14 of 41

Date Rcvd: Mar 26, 2026                                    Form ID: tsntc                                      Total Noticed: 296

Dana S. Plon

on behalf of Creditor Middletown Shopping Center I  L.P. dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Daniel Brogan

on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@bayardlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Daniel Stolz

on behalf of Interested Party Ad Hoc Committee of Bondholders dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Unsecured Noteholders Group dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel M Pereira

on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel M Pereira

on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel N. Zinman

on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com,
foreclosure@kandfllp.com;jgladstone@kandfllp.com

Daniel R. Utain

on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg

on behalf of Defendant SwiftWin Solutions  LLC dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Creditor County of Placer dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Graff

on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David Pizzica

on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Schiefelbein

on behalf of Other Prof. Michael Goldberg dschiefelbein@mckoolsmith.com

David B Wheeler

on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David G. Gharkhany

on behalf of Defendant Demar Logistics Inc. dgharkhany@fbtlaw.com

David H. Pikus

on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein

on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com
ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein

on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com  ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein

on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com  ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein

on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

District/off: 0312-2                              User: admin                                Page 15 of 41
Date Rcvd: Mar 26, 2026                          Form ID: tsntc                             Total Noticed: 296

David H. Stein
                   on behalf of Creditor Levtex  LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David L. Bruck
                   on behalf of Creditor Almaden Plaza Shopping Center  Inc. dbruck@greenbaumlaw.com

David L. Bruck
                   on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.
                   dbruck@greenbaumlaw.com

David L. Bruck
                   on behalf of Creditor Chase Green Mountain LP dbruck@greenbaumlaw.com

David L. Bruck
                   on behalf of Creditor Triple B Mission Viejo LLC dbruck@greenbaumlaw.com

David L. Bruck
                   on behalf of Creditor Chenal Place Properties LLC dbruck@greenbaumlaw.com

David M. Bass
                   on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com

David P. Primack
                   on behalf of Creditor Carson Valley Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG Coral North  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor Grand Mesa Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
                   on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

District/off: 0312-2                         User: admin                                   Page 16 of 41

Date Rcvd: Mar 26, 2026                      Form ID: tsntc                                Total Noticed: 296

|  |  |
|---|---|
|  | on behalf of Creditor Wedgewood Hills  Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack | on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David S. Catuogno | on behalf of Creditor Cartus Corporation david.catuogno@klgates.com |
| Dean Oswald | on behalf of Creditor DPEG Fountains  LP doswald@olshanlaw.com, dmoswald@pbnlaw.com |
| Derek J. Baker | on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com |
| Diana Katz Gerstel | on behalf of Interested Party World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com |
| Diana Katz Gerstel | on behalf of Defendant World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com |
| Diane Sanders | on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com |
| Diane Sanders | on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com |
| Don Stecker | on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com  don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com  don.stecker@ecf.courtdrive.com |
| Don A. Beskrone | on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com, rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbygeddes.com |
| Don A. Beskrone | on behalf of Defendant Retail Zipline  Inc. DBeskrone@ashbygeddes.com, rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbygeddes.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Beverly Parrish dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Douglas G. Leney | on behalf of Defendant Securitas Electronic Security  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas J. McGill | on behalf of Creditor Ak-Sr-Ben Village  L.L.C. dmcgill@webbermcgill.com |
| Douglas T Tabachnik | on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Douglas T Tabachnik | on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Douglas T Tabachnik | on behalf of Creditor Casto-Oakbridge Venture  Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Douglas T Tabachnik | on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Drew S. McGehrin | on behalf of Defendant NP New Castle  LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com |
| Drew S. McGehrin |  |

District/off: 0312-2                          User: admin                                    Page 17 of 41

Date Rcvd: Mar 26, 2026                     Form ID: tsntc                              Total Noticed: 296

on behalf of Creditor NP New Castle  LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Edet David Nsemo

on behalf of Interested Party World Distribution Services LLC edet.nsemo@tuckerellis.com

Edmond P O'Brien

on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com  jrich@cszlaw.com

Edward A. Corma

on behalf of Plaintiff Michael Goldberg ecorma@pszjlaw.com

Edward A. Corma

on behalf of Other Prof. Plan Administrator ecorma@pszjlaw.com

Edward Nathan Vaisman

on behalf of Creditor John Mark Mckinzie vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com

Ellen M. McDowell

on behalf of Creditor Avalara  Inc. emcdowell@mcdowelllegal.com,
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;r62202@notify.bestcase.com;McDowellER62202@notify.bestcas

Elliot D. Ostrove

on behalf of Creditor Iris Software  Inc. e.ostrove@epsteinostrove.com

Elyssa Kates

on behalf of Defendant Zero Technologies  LLC ekates@bakerlaw.com

Elyssa Kates

on behalf of Creditor Zero Technologies  LLC ekates@bakerlaw.com

Eric Horn

on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com  mtjohnston@aystrauss.com

Eric Horn

on behalf of Defendant MagicLinks  Inc. ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com  mtjohnston@aystrauss.com

Eric S. Chafetz

on behalf of Interested Party CPT Arlington Highlands 1  LP echafetz@lowenstein.com, elawler@lowenstein.com

Eric S. Chafetz

on behalf of Interested Party Pagosa Partners III  Ltd. echafetz@lowenstein.com, elawler@lowenstein.com

Ericka Fredricks Johnson

on behalf of Interested Party Burlington Stores  Inc. ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Defendant Spectrum Brands  Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Teske

on behalf of Creditor SRK Lady Lake 21 SPE  LLC eteske@csglaw.com

Erin Teske

on behalf of Creditor Benchmark-Clarence Associates  LLC eteske@csglaw.com

Evan J. Zucker

on behalf of Creditor 1019 Central Avenue Corp. evan.zucker@blankrome.com  nybankruptcydocketing@blankrome.com

Fabian Marriott

on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law

Faye C Rasch

on behalf of Creditor SHI Owner  LLC faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com

Felice R. Yudkin

on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com

Fernand L Laudumiey, IV

on behalf of Creditor Richards Clearview  LLC laudumiey@chaffe.com

Fran B. Steele

on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak

on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci

on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

District/off: 0312-2                          User: admin                                    Page 18 of 41

Date Rcvd: Mar 26, 2026                       Form ID: tsntc                                 Total Noticed: 296

Frank F. Velocci
      on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Geoffrey Edward Lynott
      on behalf of Creditor Verizon Entities glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
      on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott
      on behalf of Defendant Cellco Partnership glynott@mccarter.com  lrestivo@mccarter.com

Gregory Pesce
      on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com, mco@whitecase.com

Gregory Plotko
      on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
      on behalf of Defendant Miele  Incorporated gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
      on behalf of Defendant Miele Limited gplotko@btlaw.com  mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
      on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian
      on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth
      on behalf of Defendant St. Onge Company ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
      on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
      on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
      on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
      on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
      on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth
      on behalf of Defendant Versant Funding LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Howard Schub
      on behalf of Defendant Data Networks of America  Inc. howard.schub@nelsonmullins.com, kathy.yurieff@nelsonmullins.com

Ilana Volkov
      on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches
      on behalf of Defendant Furniture Store Express  Inc. iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim
      on behalf of Creditor Realty Income Corporation arhim@lakklawyers.com

Jack Shrum
      on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum
      on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke
      on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke jdopke@fleischerlaw.com
fleischercases@fleischerlaw.com

James McCartney
      on behalf of Creditor Caparra Center Associates LLC jmccartney@callahanfusco.com

James Suozzo

on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James Suozzo

on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

James C Vandermark

on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com  vandermark.jamesr106165@notify.bestcase.com

James C Vandermark

on behalf of Creditor Salesforce.com  inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman

on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com,
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James C. Thoman

on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com,
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James Frederick Lorusso

on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James Frederick Lorusso

on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James P Chou

on behalf of Creditor Mark Tritton james.chou@saul.com

James P Chou

on behalf of Counter-Claimant Mara Sirhal james.chou@saul.com

James S. Carr

on behalf of Creditor Ryder Integrated Logistics  Inc.
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu

on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu

on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff

on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@snbhlaw.com, cjones@bmnlawyers.com

Jami B. Nimeroff

on behalf of Creditor Mode Transportation  Inc. jnimeroff@snbhlaw.com, cjones@bmnlawyers.com

Jason Louis Libou

on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jason Louis Libou

on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jaspreet S. Mayall

on behalf of Creditor 3600 Long Beach Road  LLC ,
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall

on behalf of Creditor Serota Islip NC LLC
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon

on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin

on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein

on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein

on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com  eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Chubak

on behalf of Defendant Experian Holdings  Inc. jchubak@aminillc.com,
aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Defendant SodaStream USA Inc. jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

District/off: 0312-2                          User: admin                                   Page 20 of 41
Date Rcvd: Mar 26, 2026                      Form ID: tsntc                               Total Noticed: 296

Jeffrey Kurtzman

on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman

on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Cooper

on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Lester

on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

Jeffrey A. Rosenthal

on behalf of Interested Party Sue Gove jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Susie Kim jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Janet Barth jrosenthal@cgsh.com

Jeffrey A. Rosenthal

on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com

Jeffrey C. Wisler

on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler

on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeremy M. Campana

on behalf of Creditor InterDesign  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

Jeremy M. Campana

on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
ECFDocket@thompsonhine.com

Jerrold S. Kulback

on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jesse M. Harris

on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich

on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC
jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Ollie's Bargain Outlet  Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich

on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

District/off: 0312-2                              User: admin                                    Page 21 of 41

Date Rcvd: Mar 26, 2026                          Form ID: tsntc                                  Total Noticed: 296

John Greco
     on behalf of Creditor Evergreen Line jgreco@bge-law.com

John Greco
     on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bge-law.com

John O'Boyle
     on behalf of Creditor 101 & Scottsdale  LLC joboyle@norgaardfirm.com,
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
124931@notify.bestcase.com

John C. Kilgannon
     on behalf of Creditor Zadro Inc. john.kilgannon@stevenslee.com  constantine.pourakis@stevenslee.com

John David Folds
     on behalf of Creditor Cobb Place Property  LLC dfolds@bakerdonelson.com

John David Folds
     on behalf of Creditor Hart TC I-III  LLC dfolds@bakerdonelson.com

John David Folds
     on behalf of Creditor Bayer Development Company  LLC dfolds@bakerdonelson.com

John David Folds
     on behalf of Creditor Hart Miracle Marketplace  LLC dfolds@bakerdonelson.com

John Kendrick Turner
     on behalf of Creditor Smith County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
     on behalf of Creditor Tom Green Cad john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Michael McDonnell
     on behalf of Attorney John M. McDonnell  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell
     on behalf of Attorney Brian T. Crowley  Esq. jmcdonnell@mchfirm.com

John Michael McDonnell
     on behalf of Attorney Richard J. Corbi  Esquire jmcdonnell@mchfirm.com

John Michael McDonnell
     on behalf of Interested Party Taussig Risk Capital Advisors  Inc. jmcdonnell@mchfirm.com

John Michael McDonnell
     on behalf of Attorney Richard J. Corbi  Esq. jmcdonnell@mchfirm.com

John S. Mairo
     on behalf of Creditor Siegen Lane Properties LLC jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor Northway Mall Properties Sub  LLC jmairo@fbtgibbons.com, emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor U.S. 41 & I-285 Company LLC jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor DFW Lewisville Partners GP jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor DPEG Fountains  LP jmairo@fbtgibbons.com, emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor County of Riverside jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Defendant Sunham Home Fashions  LLC jmairo@fbtgibbons.com, emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor KMO-361 (Paramus) LLC jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor MLO Great South Bay LLC jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor County of Santa Clara jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo
     on behalf of Creditor County of Fresno jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John S. Mairo

on behalf of Creditor County of Los Angeles jmairo@fbtgibbons.com  emunera@gibbonslaw.com

John T. Carroll, III

on behalf of Defendant HMM (America)  Inc. jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss

on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com  gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party Kaz Canada  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

Jonathan S. Bodner

on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Defendant Westwood Design  Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Defendant International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jordan Blask

on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jordan Blask

on behalf of Creditor Select Consolidated Management  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jordan Blask

on behalf of Creditor Cintas Corporation jblask@fbtgibbons.com  rmccartney@fbtlaw.com

Jordan Blask

on behalf of Creditor WPG Legacy  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jordan Blask

on behalf of Defendant The Step2 Company  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.

on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Joseph Charles Barsalona, II

on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
jbarsalona@pashmanstein.com  kbeilin@pashmanstein.com

Joseph Charles Barsalona, II

on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com, kbeilin@pashmanstein.com

Joseph H Baldiga

on behalf of Creditor Running Hill SP  LLC jbaldiga@miricklaw.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Drinkpod LLC jlemkin@stark-stark.com

District/off: 0312-2                          User: admin                                    Page 23 of 41

Date Rcvd: Mar 26, 2026                       Form ID: tsntc                                 Total Noticed: 296

Joseph H. Lemkin
>             on behalf of Defendant Rackspace Technology Global  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
>             on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joseph M. Shapiro
>             on behalf of Defendant Michael William Giebe Sr. jshapiro@middlebrooksshapiro.com

Joshua Sussberg
>             on behalf of Debtor Bed Bath & Beyond Inc. jsussberg@kirkland.com
            amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner
>             on behalf of Creditor Texas Taxing Authorities hneumann@mblawfirm.com

Julia E Duffy
>             on behalf of Defendant Verifone  Inc. jduffy@carltonfields.com

Julie Anne Parsons
>             on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com  karla.alexander@mvbalaw.com

Justin M Gillman
>             on behalf of Defendant J. W. Logistics  LLC ecf@gillmancapone.com,
            GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kara E. Casteel
>             on behalf of Other Prof. Plan Administrator kcasteel@askllp.com
            lmiskowiec@askllp.com;kbader@askllp.com;gunderdahl@askllp.com;agovze@askllp.com

Kate R. Buck
>             on behalf of Counter-Claimant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Kate R. Buck
>             on behalf of Defendant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy
>             on behalf of Defendant Garda CL Atlantic  Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen
>             on behalf of Creditor Continental Web Press  Inc. ken@kenrosenadvisors.com, dclaussen@lowenstein.com

Kenneth L. Baum
>             on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
>             on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
>             on behalf of Creditor Forum Lone Star  L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm
>             on behalf of Creditor Cobb Place Property  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
>             on behalf of Creditor Hart TC I-III  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
>             on behalf of Creditor Bayer Development Company  LLC kklemm@bakerdonelson.com

Kenneth M Klemm
>             on behalf of Creditor Hart Miracle Marketplace  LLC kklemm@bakerdonelson.com

Keri P. Ebeck
>             on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com
            btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
>             on behalf of Creditor Realty Income Corporation kebeck@metzlewis.com
            btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun
>             on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi
>             on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com
            docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
>             on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
>             on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

District/off: 0312-2                          User: admin                          Page 24 of 41

Date Rcvd: Mar 26, 2026                       Form ID: tsntc                       Total Noticed: 296

Kevin M. Capuzzi
on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin S. Mann
on behalf of Interested Party Flexport  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin S. Mann
on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com smacdonald@crosslaw.com

Kevin S. Mann
on behalf of Defendant Concentric  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin S. Mann
on behalf of Defendant OnPoint Capital  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kristen Peters Watson
on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor Comenity Capital Bank kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson
on behalf of Creditor DS Properties 18 LP kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly
on behalf of Defendant Caliber Americas LLC kmcevilly@connellfoley.com

Lauren M. Macksoud
on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com  docket.general.lit.nyc@dentons.com

Lauren M. Macksoud
on behalf of Creditor Mishorim 255  LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren Rebecca Jacoby
on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton
on behalf of Creditor HRTC 1 LLC lhilton@onellp.com  lthomas@onellp.com

Lee Squitieri
on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri
on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee M. Tesser
on behalf of Defendant US Maintenance ltesser@tessercohen.com

Leslie Carol Heilman
on behalf of Creditor Congressional Plaza Associates  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARC BHT-VCMI001  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG PSALBNM001  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor ARG SAABITX001  LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
on behalf of Creditor EDENS HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

District/off: 0312-2                    User: admin                    Page 25 of 41

Date Rcvd: Mar 26, 2026                    Form ID: tsntc                    Total Noticed: 296

Leslie Carol Heilman

on behalf of Creditor ARC CLORLFL001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Defendant Maintenx International Service Management Group  Inc. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG FSBROWI001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Deutsche Asset & Wealth Management HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 209-261 Junction Road Madison Investors  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 210 Development  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CVSC  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Agua Mansa Commerce Phase I  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC ASANDSC001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GC Ambassador Courtyard  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Marketplace  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UBS Realty Investors  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor PF Portfolio 2  LP HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XII Magnolia  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Urban Edge Properties  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Heitman HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UE 675 Route 1 LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Lisa M. Solomon

on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

District/off: 0312-2                          User: admin                              Page 26 of 41

Date Rcvd: Mar 26, 2026                        Form ID: tsntc                          Total Noticed: 296

Loren L. Speziale
                    on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Maha Kabbash
                    on behalf of Interested Party World Distribution Services LLC maha.kabbash@tuckerellis.com
                    Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash
                    on behalf of Counter-Claimant World Distribution Services LLC maha.kabbash@tuckerellis.com
                    Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash
                    on behalf of Defendant World Distribution Services LLC maha.kabbash@tuckerellis.com
                    Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Marcella M. Jayne
                    on behalf of Defendant Fridababy  LLC mjayne@foley.com, marcella-jayne-8977@ecf.pacerpro.com

Marianna Udem
                    on behalf of Plaintiff Michael Goldberg mudem@askllp.com
                    lmiskowiec@askllp.com;vmartinez@askllp.com;kcasteel@askllp.com

Mark Magnozzi
                    on behalf of Defendant Oracle America  Inc. mmagnozzi@magnozzilaw.com

Mark Minuti
                    on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico
                    on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
                    maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.
                    com

Mark E. Hall
                    on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein
                    on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                    on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                    on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                    on behalf of Other Prof. Plan Administrator mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein
                    on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Marshall Dworkin
                    on behalf of Counter-Claimant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
                    on behalf of Creditor Studio City East 93K LLC Marshall.Dworkin@saul.com

Marshall Dworkin
                    on behalf of Defendant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin
                    on behalf of Counter-Defendant Bed Bath & Beyond Inc. Marshall.Dworkin@saul.com

Marshall Dworkin
                    on behalf of Unknown Role Type Mara Sirhal Marshall.Dworkin@saul.com

Martin A. Sosland
                    on behalf of Creditor Pittsburgh Hilton Head Associates L.P. martin.sosland@vkhh.com

Matthew E. Kaslow
                    on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena
                    on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
                    on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
                    on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
                    on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

District/off: 0312-2                              User: admin                                    Page 27 of 41
Date Rcvd: Mar 26, 2026                          Form ID: tsntc                                  Total Noticed: 296

Melissa A. Pena
                    on behalf of Defendant Place Services Incorporated mapena@norris-law.com  pfreda@nmmlaw.com

Melissa E. Valdez
                    on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick
                    on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien
                    on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

Michael Korik
                    on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski
                    on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Tampa Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Monongahela Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Florida Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Potomac Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com,
                    crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
                    on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

District/off: 0312-2                                   User: admin                                        Page 28 of 41
Date Rcvd: Mar 26, 2026                          Form ID: tsntc                                      Total Noticed: 296

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Narragansett Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Georgia Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor American Electric Power mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Salt River Project mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Commonwealth Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tucson Electric Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor UNS Gas  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Toledo Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Arizona Public Service Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NV Energy  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael B. Reynolds

on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael D. Sirota

on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com

District/off: 0312-2                         User: admin                                    Page 29 of 41

Date Rcvd: Mar 26, 2026                      Form ID: tsntc                                 Total Noticed: 296

fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Rockville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

District/off: 0312-2                                    User: admin                                    Page 30 of 41

Date Rcvd: Mar 26, 2026                          Form ID: tsntc                                Total Noticed: 296

Michael D. Sirota
on behalf of Debtor Harmon of Greenbrook II Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of New Rochelle Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Caldwell Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Decorist LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Hackensack Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Falls Church Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Totowa Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Of a Kind Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Plainview Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Harmon of Hanover Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

District/off: 0312-2                          User: admin                                    Page 31 of 41

Date Rcvd: Mar 26, 2026                       Form ID: tsntc                                  Total Noticed: 296

.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

District/off: 0312-2                                    User: admin                                    Page 32 of 41

Date Rcvd: Mar 26, 2026                              Form ID: tsntc                                    Total Noticed: 296

on behalf of Debtor Harmon of Newton Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Annapolis Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Manalapan Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

District/off: 0312-2                          User: admin                                   Page 33 of 41

Date Rcvd: Mar 26, 2026                      Form ID: tsntc                                Total Noticed: 296

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harmon of Wayne  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael R. Herz

on behalf of Defendant RXO Corporate Solutions  LLC mherz@foxrothschild.com, aedwards@foxrothschild.com

Michael R. Herz

on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  aedwards@foxrothschild.com

Michael S Tucker

on behalf of Creditor MLO Great South Bay LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor Siegen Lane Properties LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ubglaw.com

Mollie Margaret Lerew

on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino

on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com

Morgan Virginia Manley

on behalf of Defendant Federal Heath Sign Company  LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com

Morgan Virginia Manley

on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com  nyoecf@sgrlaw.com

Morris J. Schlaf

on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer

on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson

on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com

District/off: 0312-2

Date Rcvd: Mar 26, 2026

User: admin

Form ID: tsntc

Page 34 of 41

Total Noticed: 296

Naznen Rahman

on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Neil B. Friedman

on behalf of Interested Party Estate of Gustavo Arnal nfriedma@hodgsonruss.com

Nicholas C. Brown

on behalf of Other Prof. Plan Administrator nbrown@askllp.com

Nicole A. Leonard

on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com  gbressler@mdmc-law.com

Nicole M. Nigrelli

on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli

on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik

on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor Humble Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik

on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden

on behalf of Defendant Foundations Worldwide  Inc. pholden@c-wlaw.com

Paul Rubin

on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin

on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Paul Hans Schafhauser

on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com,
paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter

on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul John Labov

on behalf of Other Prof. Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul John Labov

on behalf of Plaintiff Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul John Labov

on behalf of Other Prof. Plan Administrator plabov@willkie.com  mao@willkie.com

Paul John Labov

on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
plabov@willkie.com, mao@willkie.com

Paul M. Rosenblatt

on behalf of Defendant Manhattan Associates  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul S. Murphy

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

Paul Stadler Pflumm

on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Paul W Carey

on behalf of Creditor ISM Holdings  Inc. pcarey@miricklaw.com

Paul W Carey

on behalf of Creditor Running Hill SP  LLC pcarey@miricklaw.com

Peter Lucca

on behalf of Creditor California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca

on behalf of Defendant Franchise Tax Board of the State of California pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca

on behalf of Defendant California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca

on behalf of Interested Party California Franchise Tax Board pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Philip William Allogramento

on behalf of Defendant Western Express  Inc. phil.allogramento@kennedyslaw.com, mcaggiano@connellfoley.com

Raye Curry Elliott

on behalf of Plaintiff Michael Goldberg raye.elliott@akerman.com  jennifer.meehan@akerman.com

Rebecca Starner

on behalf of Creditor CBL & Associates Management  Inc. rebecca.starner@huschblackwell.com,
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Rebecca Starner

on behalf of Interested Party Safety National Casualty Corporation rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Rebecca Starner

on behalf of Interested Party Safety Specialty Insurance Company rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Richard Corbi

on behalf of Interested Party Taussig Risk Capital Advisors  Inc. rcorbi@corbilaw.com

Richard Solow

on behalf of Defendant Riskified  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard Solow

on behalf of Defendant OXO International  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard Solow

on behalf of Defendant C & T International Inc. rsolow@reedsmith.com  rich-solow-3519@ecf.pacerpro.com

Richard D. Trenk

on behalf of Defendant IMC Companies  LLC rtrenk@trenkisabel.law,
mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Richard James Reding, Jr

on behalf of Other Prof. Plan Administrator rjr@redinglaw.net

Richard L Fuqua, II

on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com

Richard L Fuqua, II

on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com

Richard L. Zucker

on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Richard L. Zucker

on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Rick Aaron Steinberg

on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com

Rick Aaron Steinberg

on behalf of Defendant Tote Maritime Alaska  LLC rsteinberg@pricemeese.com

Robert Drain

on behalf of Interested Party Ann Yerger robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party John E. Fleming robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

District/off: 0312-2                                  User: admin                                      Page 36 of 41
Date Rcvd: Mar 26, 2026                              Form ID: tsntc                                   Total Noticed: 296

Robert Drain
                on behalf of Interested Party Sue Gove robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
                on behalf of Interested Party Harriet Edelman robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
                on behalf of Interested Party Andrea Weiss robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
                on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
                on behalf of Interested Party Joshua Schechter robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
                on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
                on behalf of Interested Party Mary A. Winston robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Malone
                on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com
                nmitchell@gibbonslaw.com

Robert A. Rich
                on behalf of Defendant Le Creuset of America  Inc. rrich@hunton.com, candonian@huntonak.com

Robert J Atras
                on behalf of Defendant Internal Revenue Service robert.j.atras@usdoj.gov  eastern.taxcivil@usdoj.gov

Robert J Feinstein
                on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul
                on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
                ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane
                on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com,
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com,
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com,
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2  LLC rlehane@kelleydrye.com,
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com,
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
                on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com,
                KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

Robert L. LeHane
on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor DDRTC Marketplace at Mill Creek  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Equity One  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert M. Marshall
on behalf of Defendant Devgiri Exports  LLC rmarshall@mqlaw.net

Robert S. Roglieri
on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Defendant IMC Companies  LLC rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Westermann
on behalf of Creditor The Brink's Company rwestermann@spottsfain.com  rhenderson@hirschlerlaw.com

Ronald S. Gellert
on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

District/off: 0312-2                         User: admin                                      Page 38 of 41
Date Rcvd: Mar 26, 2026                      Form ID: tsntc                                   Total Noticed: 296

|  |  |
|---|---|
|  | on behalf of Defendant SASR Workforce Solutions  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com |
| Ronald S. Gellert | on behalf of Defendant Capital Brands Distribution  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com |
| Samuel P. Hershey | on behalf of Interested Party Michael's Stores  Inc. sam.hershey@whitecase.com, mco@whitecase.com |
| Sari Blair Placona | on behalf of Interested Party Central Transport  LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Central Transport LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com |
| Scott Fleischer | on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor West Coast Highway LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor Mission Valley Shoppingtown LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor RPT Realty  L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor Westfield LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor RED Development  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott Fleischer | on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott A. Shaffer | on behalf of Defendant Conair LLC sshaffer@olshanlaw.com |
| Scott A. Zuber | on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com |
| Scott H. Bernstein | on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com |
| Scott H. Bernstein | on behalf of Defendant Brink's  Incorporated scott@scottbernsteinlaw.com |
| Scott S. Rever | on behalf of Defendant Evenflo Company  Inc. srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | on behalf of Creditor Columbus Trading-Partners USA Inc. srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | on behalf of Unknown Role Type Evenflo Company Inc. srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | on behalf of Defendant Columbus Trading-Partners USA Inc. srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Shai Schmidt | on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com |
| Shane Ramsey | on behalf of Defendant East Coast/West Coast Logistics  LLC shane.ramsey@nelsonmullins.com, linnea.hann@nelsonmullins.com;Jada.prendergast@nelsonmullins.com |

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein
on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross
on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney
on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen A. Schwimmer
on behalf of Defendant M & L Enterprise Group Inc. sschwimmer@kbtlaw.com
akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com

Stephen R. Catanzaro
on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro
on behalf of Defendant Gotham Technology Group  LLC scatanzaro@daypitney.com,
cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga
on behalf of Defendant Noritake Co.  Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Steven A. Jayson
on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net,
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan
on behalf of Defendant Pem-America  Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman
on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
law.net

Steven R. Wirth
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
steven.wirth@akerman.com, caren.deruiter@akerman.com;Jennifer.meehan@akerman.com;raye.elliott@akerman.com

Steven R. Wirth
on behalf of Plaintiff Michael Goldberg steven.wirth@akerman.com
caren.deruiter@akerman.com;Jennifer.meehan@akerman.com;raye.elliott@akerman.com

Steven T Keppler
on behalf of Defendant US Maintenance skeppler@tessercohen.com

Stuart D. Gavzy
on behalf of Creditor Township of Rockaway stuart@gavzylaw.com
lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlaw
yer.com

Sue Liu Chin
on behalf of Defendant ABF Freight System  Inc. schin@borgeslawllc.com

Sue Liu Chin
on behalf of Creditor ABF Freight System  Inc. schin@borgeslawllc.com

Sunjae Lee
on behalf of Creditor GFA Alabama Inc. sunjae@jcklaw.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tara J. Schellhorn
on behalf of Creditor TPP Bryant  LLC tjschellhorn@pbnlaw.com,
mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com;pnbalala@pbnlaw.com;kmdunn@pbnlaw.com

Tara J. Schellhorn
on behalf of Creditor Dadeland Station Associates  Ltd. tjschellhorn@pbnlaw.com,
mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com;pnbalala@pbnlaw.com;kmdunn@pbnlaw.com

Thomas Pitta
on behalf of Mediator Thomas A. Pitta tpitta@emmetmarvin.com

Thomas James Monroe
on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Thomas Richard Fawkes
on behalf of Defendant World Distribution Services LLC thomas.fawkes@tuckerellis.com

District/off: 0312-2                                    User: admin                                    Page 40 of 41
Date Rcvd: Mar 26, 2026                            Form ID: tsntc                              Total Noticed: 296

Thomas S. Onder

on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Gator Investments tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor North Village Associates tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Tina Moss

on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Tina Moss

on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk

on behalf of Defendant Artsana USA  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Interested Party Loja WTP  LLC turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Creditor College Plaza Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Creditor Phillips Edison & Company turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Defendant American Textile Company  Inc. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vahbiz Karanjia

on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com

Vincent J. Roldan

on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor McCreary Entities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com

Walter E. Swearingen

on behalf of Creditor 200-220 West 26 LLC w_swearingen@yahoo.com

District/off: 0312-2

User: admin

Page 41 of 41

Date Rcvd: Mar 26, 2026

Form ID: tsntc

Total Noticed: 296

Walter E. Swearingen

on behalf of Creditor TF Cornerstone Inc. w_swearingen@yahoo.com

Warren A. Usatine

on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com  fpisano@coleschotz.com;ddelehanty@coleschotz.com

Wendy M Simkulak

on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak

on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

William G. Wright

on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant

on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 4  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 1  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III

on behalf of Creditor DT-SGW  LLC william.firth@practus.com, ddanielson@cohenseglias.com

TOTAL: 781