

## PACHULSKI STANG ZIEHL & JONES

Edward A. Corma                      April 6, 2026                      ecorma@pszjlaw.com

**LOS ANGELES**

10100 SANTA MONICA BLVD. 13TH FL.

LOS ANGELES, CALIFORNIA 90067-4003

310.277.6910

**NEW YORK**

780 THIRD AVENUE, 34TH FL.

NEW YORK, NEW YORK 10017-2024

212.561.7700

**WILMINGTON**

919 NORTH MARKET STREET, 17TH FLOOR,

P.O. BOX 8705

WILMINGTON, DELAWARE 19899-8705

302.652.4100

**HOUSTON**

700 LOUISIANA STREET, STE. 4500

HOUSTON, TEXAS 77002

713.691.9385

**SAN FRANCISCO**

ONE SANSOME STREET, 34TH FL. STE. 3430

SAN FRANCISCO, CALIFORNIA 94104

415.263.7000

<u>**Via ECF and Electronic Mail**</u>

The Honorable Vincent F. Papalia
United States Bankruptcy Judge
District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

> Re: **Bed Bath & Beyond, Inc.,**
> **Case No. 23-13359 (VFP) Motion of Penelope**
> **Duczkowski For Relief from Automatic Stay**
> **[Docket Nos. 2679 and 2723]**

Dear Judge Papalia:

This firm represents Michael Goldberg in his capacity as the Plan Administrator (the "<u>Plan Administrator</u>") to 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond, Inc.). Pursuant to the *Stipulation and Order Modifying Plan Injunction* which was entered by the Court on 10/21/24 [Docket No. 3588] (the "<u>Order</u>"), the plan injunction was modified to permit the Plan Administrator, Penelope and Joseph Duczkowski (the "<u>Claimants</u>") and the Debtors' insurance company Safety National Casualty Corporation ("<u>Safety National</u>") to participate in a mediation with respect to the Claimants' prepetition personal injury lawsuit. The Order abated the Claimants' *Motion for Relief from Stay/Plan Injunction* [Docket Nos. 2679 and 2723] pending the mediation.

The Order provides, "The Stay Relief Motion is hereby abated, *provided that* if the Mediation results in an impasse and following the filing of a notice of unsuccessful mediation on the Bankruptcy Court's docket by the mediator (the "<u>Impasse Notice</u>"), the Claimants shall be entitled to set the Stay Relief Motion for hearing on no less than 10 days' notice following the conclusion of the Mediation and the filing of the Impasse Notice." Order at § 4. On

4907-1616-3742.1 08728.003



The Honorable Vincent F. Papalia
April 6, 2026
Page 2

March 17, 2026, the mediator filed an Impasse Notice [Docket No. 4632].

Claimants' counsel has consulted with us, and we have agreed to have the *Motion for Relief from Stay* (and the Plan Administrator's and Safety National's opposition thereto) put back on the Court's calendar for May 12, 2026 at 10:00 a.m. if that date and time are acceptable to the Court.

Respectfully submitted,

*/s/ Edward A. Corma*

Edward Corma

EAC
cc:    Michael I. Goldberg, Esq. (*via email*)
       Laura Crossen (*via email*)
       Richard J. Corbi, Esq. (*via email*)
       Caleb T. Holzaepfel, Esq (*via email*)
       J. Fred Lorusso, Esq. (*via email)*
       Bradford J. Sandler, Esq. (*via email*)
       David B. Pizzica, Esq. (*via email*)
       Michael Miller, Esq. (*via email*)

4907-1616-3742.1 08728.003