**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 30, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Plan Administrator's Thirtieth Omnibus Objection to Claims (Reclassification of Employee Claims No. 4) [Docket No. 4497]

- Notice of Objection to Your Claim [Docket No. 4498]

Dated: April 8, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 8, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

---

[1]  The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 95516

**Exhibit A**

Case 23-13359-VFP   Doc 4652   Filed 04/08/26   Entered 04/08/26 14:10:41   Desc Main
Document     Page 3 of 3

Exhibit A

| ADRID | Name | Address |
|---|---|---|
| 13064419 | Eckhardt, Robert | Address on file |
| 12826565 | Ogof, Alexander | Address on file |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)                                    Page 1 of 1