UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

BED BATH & BEYOND, INC., et al.,

Debtors.

Case No.:        23-13359 (VFP)

Adversary No.:        _____

Chapter:              11

Judge:         Vincent F. Papalia

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:        National Realty & Development Corp., Middletown I Resources,
(Example: John Smith, creditor) L.P., Holmdel GT L.P. and GBR Holmdel Limited Liability Company,
                                                                                         creditors

Old address:        225 Liberty Street

31st Floor

New York, NY 10281

New address:        745 5th Avenue, 14th Floor

New York, NY 10151

_____

New phone no.: _____
(if debtor is filing and their phone number has changed).

❑ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    4/13/26_____        /s/ Scott L. Fleischer_____
                                      Signature

*rev.1/27/2025*