UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**PACHULSKI STANG ZIEHL & JONES LLP** Robert J. Feinstein (admitted *pro hac vice*) Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Email:  rfeinstein@pszjlaw.com

　　　　bsandler@pszjlaw.com
　　　　egray@pszjlaw.com
　　　　ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**Order Filed on April 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br>Case No. 23-13359 (VFP)<br>Judge:  Vincent F. Papalia<br>(Jointly Administered)<br>**Continued Hearing Date and Time**<br><br>**April 21, 2026 at 10:00 a.m.<br>(ET) Related Doc. 4464** |

**STIPULATION AND CONSENT ORDER BETWEEN
PLAN ADMINISTRATOR AND REGENCY REALTY GROUP, INC. RESOLVING PLAN
ADMINISTRATOR'S TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFIED LANDLORD CLAIMS NO. 1)**

The relief set forth on the following pages is hereby **ORDERED**

**DATED: April 15, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these Chapter 11 Cases (collectively, the "Debtors" and each a "Debtor") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Debtors:        BED BATH & BEYOND INC., *et al*.
Case No.        23-13359-VFP

Caption of Order:    STIPULATION AND CONSENT ORDER

This stipulation and consent order (the "Stipulation") dated March 3, 2026, is made by and between Regency Realty Group, Inc. ("Claimant"), and Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors" or the "Wind-Down Debtors") (together, the "Parties"), including, as applicable, by and through their duly authorized undersigned counsel.

## RECITALS

WHEREAS, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

WHEREAS, the Debtors' chapter 11 cases were procedurally consolidated. WHEREAS, on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date Order").

WHEREAS, the Bar Date Order established July 7, 2023 as the date by which all Claims against the Debtors must be filed (the "Bar Date").

WHEREAS, on September 14, 2023, this Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11*

---

2  Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc*., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

Debtors:        BED BATH & BEYOND INC., *et al*.
Case No.        23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

*Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").[3]

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[4]

**WHEREAS,** as of the Petition Date, Debtor Bed, Bath & Beyond, Inc. ("BBB") and Claimant were parties to a lease for the premises located at 10537 4S Commons Drive, San Diego, CA (Store No. 1047) (including all amendments and modifications thereto, the "San Diego Lease").

**WHEREAS,** Pursuant to the *Order (I) Authorizing (A) Rejection of Certain Unexpired Lease and Executory Contracts and (B) Abandonment of Any Personal Property as of the Rejection Date and (II) Granting Related Relief* [Docket No. 373], the San Diego Lease was rejected as of April 23, 2023.

**WHEREAS,** the Claimant filed the following proofs of claim (the "Filed Claims") against the Debtors.

---

3 Capitalized terms that are not defined herein have the meanings given to them in the Plan.

4  *See* Plan, Article IV, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").

Debtors:          BED BATH & BEYOND INC., *et al.*
Case No.          23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

| Claim No. | Debtor | Amount | Priority | Lease |
|---|---|---:|---|---|
| 11703 | Bed Bath & Beyond, Inc. | $13,221.10<br>$1,002,203.25<br>**$1,015,424.35** | administrative<br>general unsecured<br>**Total** | San Diego Lease |
| 11993 | Bed Bath & Beyond, Inc. | $13,221.10<br>$1,002,203.25<br>**$1,015,424.35** | administrative<br>general unsecured<br>**Total** | San Diego Lease |

**WHEREAS**, on or about December 8, 2025, the Plan Administrator filed his *Twenty-Seventh Omnibus Objection to Claims (Reclassified Landlord Claims No.1)* [Doc. No. 4464] pursuant to which he moved to reclassify each of the Filed Claims as a Class 6 General Unsecured Claim.

**WHEREAS**, the Court has granted numerous adjournments with respect to the Objection and the current hearing is set for April 21, 2026 at 10:00 a.m. (the "Hearing").

**WHEREAS**, the Parties have negotiated in good faith and have agreed to settle their disputes with respect to the Objection upon the terms set forth in this Stipulation.

## AGREEMENT

**NOW, THEREFORE,** in consideration of the foregoing recitals, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the Parties intending to be legally bound, the Parties agree that:

1.      **Incorporation**.  The Recitals set forth above are incorporated herein as though fully set forth at length.

2.      **Authority**. The Parties warrant that they are authorized to enter into this Agreement and that by the signatures of counsel below, it will become a binding agreement.

4899-9378-0887.4 08728.003                           4

Debtors:            BED BATH & BEYOND INC., *et al*.
Case No.            23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

3.      **Treatment**. The Filed Claims shall be treated as follows:

a.      Claim 11703: Claimant shall have an Allowed Administrative Claim in the amount of $13,221.10 (the "Allowed Administrative Claim"). The Plan Administrator reserves his rights to object to the general unsecured portion ($1,002,203.25) of Claim 11703.

b.      Claim 11993: Claim 11993 is disallowed as duplicative.

c.      Scheduled Claims: Any claims that were scheduled by the Debtors for Claimant are disallowed.

4.      **Distributions on Allowed Claims**. Payment of the Allowed Administrative Claim shall be made *pro rata* with other Chapter 11 Allowed Administrative Claims at the same time distributions are made on Allowed Administrative Claims in accordance with the terms of the Plan and this Stipulation; provided, however, that the Plan Administrator makes no representations regarding the amount or timing of any such distributions.

5.      **Full Resolution**. This Stipulation fully resolves all of administrative, secured and priority claims of the Claimant solely as they relate to San Diego Lease, including, without limitation, claims arising under Bankruptcy Code sections 365(d)(3), 507 and 503, as well as any demands and/or causes of action against the Debtors and their estates, the Debtors-in-Possession, the Wind-Down Debtors and/or the Plan Administrator to the extent such claims related to the Filed Claims (the "Released Claims"). Claimants shall not modify or amend the Allowed Administrative Claim. For the avoidance of doubt, nothing in this Stipulation shall be deemed a waiver of the Claimant's rights or defenses (or the Plan Administrator's) with respect to the general unsecured portions of the Filed Claims, nor shall it affect any other claims filed by the Claimant that are not specifically addressed herein.

4899-9378-0887.4 08728.003                              5

Debtors:        BED BATH & BEYOND INC., *et al.*
Case No.        23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

6.      **Claims Agent**. The Plan Administrator and his agents and any third parties, (including the Claims and Noticing Agent Kroll Restructuring Administration) are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation including modifying the Official Claims Register in these cases.

7.      **Third Parties**. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

8.      **Effective Date**. The terms and conditions of this Stipulation shall be effective and enforceable upon entry of an order by the Bankruptcy Court of this Stipulation.

9.      **No Oral Modifications**. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

10.     **Attorneys' Fees and Costs**. Each Party to this Stipulation shall bear its own attorneys' fees and costs.

11.     **Governing Law**.  This Stipulation shall be governed by and construed in accordance with the laws of the State of New Jersey without regard to any law concerning the conflicts of laws.  The Bankruptcy Court retains jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

12.     **Original and Counterparts**.  This Stipulation may be executed in separate counterparts, each of which shall constitute an original, and all of which shall constitute a single agreement.  It shall not be necessary, in making proof of this Stipulation, to produce or account for more than one (1) complete set of counterparts.  Further, this Stipulation may be executed by transfer of a scanned signature by facsimile or e-mail in PDF format, each of which shall be as fully binding as an original document.

4899-9378-0887.4 08728.003                   6

Debtors:          BED BATH & BEYOND INC., *et al.*
Case No.          23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

13.     **No Waiver**.  The Parties agree that no breach of any provision hereof can be waived except in writing.  The waiver of a breach of any provision hereof shall not be deemed a waiver of any other breach of any provision hereof.

14.     **No Admissions**.  Except with respect to the enforcement of the terms of this Stipulation, nothing herein and no action taken by any of the Parties hereto shall be construed as an admission or concession with respect to the merits of the Filed Claims, or any other claims or causes of action.

15.     **Reservation of Rights**.  The Plan Administrator and the Claimant acknowledge that except as set forth herein, nothing in this Stipulation shall constitute a waiver or release of any rights or remedies of either Party under the applicable leases, applicable law, or with respect to any claims not addressed herein.

Dated: March 24, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**          **KELLEY DRYE & WARREN LLP**


*/s/ Edward A. Corma*                                          */s/*
Robert J. Feinstein (admitted *pro hac vice*)          Robert L. LeHane, Esq.
Bradford J. Sandler                                            Jennifer D. Raviele, Esq.
Erin Gray (admitted *pro hac vice*)                     Connie Choe, Esq.
Edward A. Corma                                              3 World Trade Center
1700 Broadway, 36th Floor                              175 Greenwich Street
New York, NY 10019                                        New York, NY 10007
Telephone:  (212) 561-7700                             Telephone: (212) 808-7763
Email: rfeinstein@pszjlaw.com                         E-mail: rlehane@kelleydrye.com
        bsandler@pszjlaw.com                                    jraviele@kelleydrye.com
        egray@pszjlaw.com                                       cchoe@kelleydrye.com
        ecorma@pszjlaw.com


*Counsel to the Plan Administrator*                  *Counsel for the Claimant*

Debtors: BED BATH & BEYOND INC., *et al*.
Case No. 23-13359-VFP
Caption of Order: STIPULATION AND CONSENT ORDER

/s/
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
      bsandler@pszjlaw.com
      egray@pszjlaw.com
      ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**KELLEY DRYE & WARREN LLP**

/s/ *Connie Y. Choe*
Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq.
Connie Choe, Esq.
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7763
E-mail: rlehane@kelleydrye.com
      jraviele@kelleydrye.com
      cchoe@kelleydrye.com

*Counsel for the Claimant*