| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein (admitted *pro hac vice*)<br>Bradford J. Sandler<br>Edward A. Corma<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING POST-CONFIRMATION QUARTERLY REPORT FOR DEBTORS LISTED ON EXHIBIT A FOR THE QUARTER ENDED MARCH 31, 2026

Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors") has filed the attached post-confirmation report (the "PCR") for the quarter January 1, 2026 – March 31, 2026 (the "Reporting Period"). These Global Notes apply to the PCRs filed on behalf of each Debtor listed on Exhibit A. The Plan Administrator prepared the PCR and these Global Notes with the assistance of and in reliance on his advisors, his professionals and certain of the Debtors' retained employees.[3] The PCR was prepared solely

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

[2]   Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

[3]   The Plan Administrator was appointed pursuant to the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan"), which was confirmed on

for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (see https://www.justice.gov/ust/chapter-11-operating-reports). The PCR should not be relied upon by any persons for any information concerning current or future financial conditions or events relating to the Debtors or their estates.

The financial information contained in the PCR is preliminary, unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with other applicable non-bankruptcy law. In preparing the PCR, the Plan Administrator relied on financial data from the limited books and records of the Debtors available to him during the preparation of the PCR, as well as certain filings on the docket in the chapter 11 cases. Although the Plan Administrator made commercially reasonable efforts to ensure the accuracy and completeness of the PCR, inadvertent errors or omissions may exist.[4] The Plan Administrator reserves the right to amend and supplement the PCR as may be necessary or appropriate.

**Part I: Summary of Post-Confirmation Transfers**

**1. Cash Disbursements**: The Plan Administrator did not make any cash disbursements during the Reporting Period.

**2. Non-Cash Securities Transferred**: The Plan Administrator did not transfer any non-cash securities (e.g., stocks or bonds) during the Reporting Period.

**3. Other Non-Cash Property Transferred**: The Plan Administrator did not transfer any other non-cash property (e.g., real estate or personal property) during the Reporting Period.

**Part II: Preconfirmation Professional Fees and Expenses:** Payments with respect to pre-confirmation professional fees and expenses are reported in the PCR filed in the case of 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) (the "Lead Debtor"). This Debtor did not make any payments of pre-confirmation professional fees and expenses during the Reporting Period.

**Part III: Recoveries to Holders of Claims and Interests Under Confirmed Plan**:

"Total Anticipated Payments Under Plan" are unknown at this time and will depend on, among other factors: (i) continuing claims reconciliation efforts and the resultant final allowed amount of such claims; (ii) the amount of collected receipts from litigation and liquidation of other miscellaneous assets; and (iii) the duration of the wind-down process and the resulting cumulative operating expenses of the estates. Accordingly, a figure of "$0" has been entered in

---

September 14, 2023. *See Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order"). On September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). As of the Effective Date, the Plan Administrator is authorized to implement the Plan and any applicable orders of the Bankruptcy Court.

[4]    The Plan Administrator and his agents, employees, advisors, attorneys, and other professionals, as applicable, do not guarantee or warrant the accuracy or completeness of the data that is provided in this PCR.

the PCR in the columns "Total Anticipated Payments Under Plan," although all distributions made during the current Reporting Period and on a cumulative basis are listed in Part 3.

The claims reconciliation process is ongoing and the Plan Administrator is not able to determine at this time the total amount of claims that will be allowed.  As such, reporting with respect to the anticipated total amount of "Allowed Claims" of all priority levels (or administrative or general unsecured levels) is not presently possible. Reported in Part 3 of the PCR under the heading "Allowed Claims" is information regarding claims (i) that are allowed and not subject to further objection and (ii) as to which distributions were sent prior to the close of the Reporting Period. Claims that are currently disputed, Claims that have not yet been reconciled, and/or Claims which have been Allowed but are as yet unpaid and/or whose holders have not provided requested tax identification documentation, are not reflected in the PCR as Allowed Claims or otherwise and, therefore, the final Allowed Claims pool likely will be higher than as reflected herein. Pursuant to the Plan, no distributions will be made on account of equity interests.

("Allowed Claims" and "% of Allowed Claims Paid" as reported in Part 3 refers only to Claims that have been "Allowed" and on which payments have been made after the Effective Date.)

**Part IV: Questionnaire**:

The Plan Administrator cannot currently anticipate, with any degree of certainty, when he will file an application for a Final Decree closing the Debtors' chapter 11 cases. Accordingly, the date of December 31, 2026 is being used merely a placeholder. This actual date of filing an application for a Final Decree depends on many factors, including but not limited to the duration of litigation and other asset collection and liquidation efforts, and the resolution and reconciliation of claims and the wind down process. The Plan Administrator reserves the right to amend or extend this tentative projected date.

### Exhibit A

| | |
|---|---|
| Alamo Bed Bath & Beyond Inc. | 23-13360 |
| BBB Canada LP Inc. | 23-13361 |
| BBB Value Services Inc. | 23-13362 |
| BBBY Management Corporation | 23-13363 |
| BBBYCF LLC | 23-13364 |
| BBBYTF LLC | 23-13365 |
| bed 'n bath Stores Inc. | 23-13396 |
| Bed Bath & Beyond of Annapolis, Inc. | 23-13366 |
| Bed Bath & Beyond of Arundel Inc. | 23-13367 |
| Bed Bath & Beyond of Baton Rouge Inc. | 23-13368 |
| Bed Bath & Beyond of Birmingham Inc. | 23-13369 |
| Bed Bath & Beyond of Bridgewater Inc. | 23-13370 |
| Bed Bath & Beyond of California Limited Liability Company | 23-13371 |
| Bed Bath & Beyond of Davenport Inc. | 23-13372 |
| Bed Bath & Beyond of East Hanover Inc. | 23-13373 |
| Bed Bath & Beyond of Edgewater Inc. | 23-13374 |
| Bed Bath & Beyond of Falls Church, Inc. | 23-13375 |
| Bed Bath & Beyond of Fashion Center, Inc. | 23-13376 |
| Bed Bath & Beyond of Frederick, Inc. | 23-13377 |
| Bed Bath & Beyond of Gaithersburg Inc. | 23-13378 |
| Bed Bath & Beyond of Gallery Place L.L.C. | 23-13379 |
| Bed Bath & Beyond of Knoxville Inc. | 23-13380 |
| Bed Bath & Beyond of Lexington Inc. | 23-13381 |
| Bed Bath & Beyond of Lincoln Park Inc. | 23-13382 |
| Bed Bath & Beyond of Louisville Inc. | 23-13383 |
| Bed Bath & Beyond of Mandeville Inc. | 23-13384 |
| Bed, Bath & Beyond of Manhattan, Inc. | 23-13397 |
| Bed Bath & Beyond of Opry Inc. | 23-13385 |
| Bed Bath & Beyond of Overland Park Inc. | 23-13386 |
| Bed Bath & Beyond of Palm Desert Inc. | 23-13387 |
| Bed Bath & Beyond of Paradise Valley Inc. | 23-13388 |
| Bed Bath & Beyond of Pittsford Inc. | 23-13389 |
| Bed Bath & Beyond of Portland Inc. | 23-13390 |
| Bed Bath & Beyond of Rockford Inc. | 23-13391 |
| Bed Bath & Beyond of Towson Inc. | 23-13392 |
| Bed Bath & Beyond of Virginia Beach Inc. | 23-13393 |
| Bed Bath & Beyond of Waldorf Inc. | 23-13394 |
| Bed Bath & Beyond of Woodbridge Inc. | 23-13395 |
| Buy Buy Baby of Rockville, Inc. | 23-13398 |

| | |
|---|---|
| Buy Buy Baby of Totowa, Inc. | 23-13399 |
| Buy Buy Baby, Inc. | 23-13400 |
| BWAO LLC | 23-13401 |
| Chef C Holdings LLC | 23-13402 |
| Decorist, LLC | 23-13403 |
| Deerbrook Bed Bath & Beyond Inc. | 23-13404 |
| Harmon of Brentwood, Inc. | 23-13405 |
| Harmon of Caldwell, Inc. | 23-13406 |
| Harmon of Carlstadt, Inc. | 23-13407 |
| Harmon of Franklin, Inc. | 23-13408 |
| Harmon of Greenbrook II, Inc. | 23-13409 |
| Harmon of Hackensack, Inc. | 23-13410 |
| Harmon of Hanover, Inc. | 23-13411 |
| Harmon of Hartsdale, Inc. | 23-13412 |
| Harmon of Manalapan, Inc. | 23-13413 |
| Harmon of Massapequa, Inc. | 23-13414 |
| Harmon of Melville, Inc. | 23-13415 |
| Harmon of New Rochelle, Inc. | 23-13416 |
| Harmon of Newton, Inc. | 23-13417 |
| Harmon of Old Bridge, Inc. | 23-13418 |
| Harmon of Plainview, Inc. | 23-13419 |
| Harmon of Raritan, Inc. | 23-13420 |
| Harmon of Rockaway, Inc. | 23-13421 |
| Harmon of Shrewsbury, Inc. | 23-13422 |
| Harmon of Totowa, Inc. | 23-13423 |
| Harmon of Wayne, Inc. | 23-13424 |
| Harmon of Westfield, Inc. | 23-13425 |
| Harmon of Yonkers, Inc. | 23-13426 |
| Harmon Stores, Inc. | 23-13427 |
| Liberty Procurement Co. Inc. | 23-13428 |
| Of a Kind, Inc. | 23-13429 |
| One Kings Lane LLC | 23-13430 |
| San Antonio Bed Bath & Beyond Inc. | 23-13431 |
| Springfield Buy Buy Baby, Inc. | 23-13432 |