| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1.     I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.     The Plan Administrator requests adjournment of the below matter.

3.     Matter:  *Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362* [Docket No. 2679].

4.     Current hearing date and time:  May 12, 2026, at 10:00 a.m.

5.     New date requested:  June 9, 2026, at 10:00 a.m.

6.     Reason for adjournment request:  The parties require additional time to pursue a resolution of Docket No. 2679.

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4898-6316-0234.1 08728.003

7.      <u>Consent to adjournment</u>:

    [X]    I have the consent of all parties.

    [  ]    I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: May 11, 2026            */s/ Edward A. Corma*
                                      Signature

<u>COURT USE ONLY:</u>

The request for adjournment is:

X      Granted      New hearing date: <u>6/9/2026 at10am</u>

      Granted over objection(s)    New hearing date:

      Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**