UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 12, 2026 AT 10:00 A.M. (ET)

> **Please note the hearing is cancelled as the matters have been adjourned.**

I.    **MATTERS ADJOURNED**

1.    Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

      Status: This matter has been adjourned for hearing on June 9, 2026, at 10:00 a.m. Eastern Time.

      Responses Received:

      (a)    Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4938-7818-0776.2 08728.003

(b)   Supplemental Opposition of the Plan Administrator to Amended Motion for Relief from the Automatic Stay (11 U.S.C. § 362) [Docket No. 2987].

(c)   Safety National Casualty Corporation's Joinder to Plan Administrator's Supplemental Opposition to Amended Motion for Relief from Automatic Stay [Docket No. 3065].

Related Documents:

(a)   Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

(b)   Determination of Adjournment Request [Docket No. 2770].

(c)   Determination of Adjournment Request [Docket No. 2773].

(d)   Determination of Adjournment Request [Docket No. 2898].

(e)   Determination of Adjournment Request [Docket No. 2922].

(f)   Determination of Adjournment Request [Docket No. 2931].

(g)   Determination of Adjournment Request [Docket No. 2953].

(h)   Determination of Adjournment Request [Docket No. 2983].

(i)   Determination of Adjournment Request [Docket No. 3071].

(j)   Reply Brief in Support of Motion for Relief [Docket No. 3293].

(k)   Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

(l)   Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].

(m)   Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].

(n)   Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].

(o)   Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

(p)   Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3506].

(q)   Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3535].

(r)   Stipulation and Consent Order Modifying the Plan Injunction [Docket No. 3581].

(s)   Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3584].

(t)     Stipulation and Consent Order Modifying the Plan Injunction [Docket No. 3588].

(u)     Letter to The Honorable Vincent F. Papalia from Edward Corma on Behalf of the Plan Administrator [Docket No. 4650].

(v)     Determination of Adjournment Request [Docket No. 4739].

2.     Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4452].

Status: This matter has been adjourned for hearing on June 9, 2026, at 10:00 a.m. Eastern Time for the following Claimants:

Bexar County (Claims 130 and 137)
City of Frisco (Claim 159 and 149)
City of Mesquite (Claim 163)
Crowley Independent School District (Claims 753 and 15)
Cypress-Fairbanks Independent School District (Claims 868 and 14)
Dallas County (Claims 142 and 100)
Fort Bend County WCID #02 (Claims 894 and 21)
Fort Bend County (Claims 887 and 22)
Harris County et al. (Claims 873 and 889)
Lewisville Independent School District (Claims 152 and 2767)
McLennan County (Claim 489)
Nueces County (Claim 477)
Rockwall CAD (Claim 162)
San Marcos CISD (Claim 442)
Smith County (Claim 305 and 154)
Tarrant County (Claims 158 and 97)

Response Deadline:  Extended to June 2, 2026, for the above Claimants.

Responses Received:  Informal responses received from Claimants referenced in status above.

Related Documents:

(a)     Notice of Objection to Your Claim [Docket No. 4453].

(b)     Affidavit of Service [Docket No. 4462].

(c)     Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4474].

(d)     [ENTERED] Order Sustaining Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4487].

(e)     Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4494].

(f)     Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4606].

(g)     Determination of Adjournment Request [Docket No. 4630].

(h)     Determination of Adjournment Request [Docket No. 4657].

(i)     Determination of Adjournment Request [Docket No. 4737].

Dated:  May 11, 2026

/s/ Edward A. Corma

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:        rfeinstein@pszjlaw.com
              bsandler@pszjlaw.com
              egray@pszjlaw.com
              ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

4938-7818-0776.2 08728.003                         4