UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(b)*
BIELLI & KLAUDER, LLC
Angela L. Mastrangelo, Esquire
(No. 239652019)
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
Email: mastrangelo@bk-legal.com

*Counsel to Valley Square I, L.P., CTC Phase II, and Christiana Town Center LLC,*

| | |
|---|---|
| In re: | Case No.: 23-13359 |
| BED BATH & BEYOND, INC. et al., | Hon. Vincent F. Papalia |
| Debtors. | Chapter 11 |
| | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING

PLEASE TAKE NOTICE that Angela L. Mastrangelo, Esquire hereby withdraws her appearance as counsel of record for Valley Square I, L.P., CTC Phase II, and Christiana Town Center LLC in the above-captioned proceeding. Ms. Mastrangelo also withdraws her request for receipts of all notices including electronic notices of documents filed in the above-captioned matter.

Dated: May 27, 2026

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/ Angela L. Mastrangelo*
Angela L. Mastrangelo, Esquire (No. 239652019)
1905 Spruce Street
Philadelphia, PA 19103
(215) 642-8271
Email: mastrangelo@bk-legal.com

*Counsel to Valley Square I, L.P., CTC Phase II, and Christiana Town Center LLC*

2