**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 21, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Plan Administrator's Thirty-Second Omnibus Objection to Claims (Miscellaneous Reclassified Administrative Claims) [Docket No. 4741] (the "***Thirty-Second Omnibus Objection***")

- Notice of Objection to Your Claim [Docket No. 4742] (the "***Thirty-Second Omnibus Objection Notice***")

- Plan Administrator's Thirty-Third Omnibus Objection to Claims (Miscellaneous Disallowed Administrative Claims) [Docket No. 4743] (the "***Thirty-Third Omnibus Objection***")

- Notice of Objection to Your Claim [Docket No. 4744] (the "***Thirty-Third Omnibus Objection Notice***")

On May 21, 2026, at my direction and under my supervision, employees of Kroll caused the Thirty-Second Omnibus Objection and Thirty-Second Omnibus Objection Notice to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit B** and (2) email on the list of parties attached hereto as **Exhibit C**.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On May 21, 2026, at my direction and under my supervision, employees of Kroll caused the Thirty-Third Omnibus Objection and Thirty-Third Omnibus Objection Notice to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit D** and (2) email on the list of parties attached hereto as **Exhibit E**.

Dated: May 27, 2026

*/s/ Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 27, 2026, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

2

SRF 96473

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MICHAEL GOLDBERG | ASK LLP | ATTN: BRIGETTE MCGRATH ESQ<br>2600 EAGAN WOODS DRIVE<br>SUITE 400<br>ST. PAUL MN 55121 | BMCGRATH@ASKLLP.COM | Email |
| COUNSEL TO ZERO TECHNOLOGIES, LLC | BAKER & HOSTETLER LLP | ATTN: ELYSSA S. KATES<br>45 ROCKEFELLER PLAZA<br>14TH FLOOR<br>NEW YORK NY 10111-0100 | EKATES@BAKERLAW.COM | Email |
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | ATTN: ALEC P. OSTROW, WALTER E. SWEARINGEN, ANNE N. SMITH, ESQ.<br>299 PARK AVENUE<br>16TH FLOOR<br>NEW YORK NY 10017 | AOSTROW@BECKERGLYNN.COM<br>ASMITH@BECKERGLYNN.COM | Email |
| COUNSEL TO ACCERTIFY, INC | BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER<br>PO BOX 3002<br>MALVERN PA 19355-0702 | | First-Class Mail |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, GREGORY W. WERKHEISER<br>1313 NORTH MARKET STREET<br>SUITE 1201<br>WILMINGTON DE 19801 | KCAPUZZI@BENESCHLAW.COM | Email |
| COUNSEL TO ABF FREIGHT SYSTEM, INC | BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ.<br>575 UNDERHILL BLVD.<br>STE. 118<br>SYOSSET NY 11791 | SCHIN@BORGESLAWLLC.COM | Email |
| COUNSEL TO VERIFONE, INC | CARLTON FIELDS, P.A. | ATTN: ANDREA L. BONVICINO<br>180 PARK AVENUE, SUITE 106<br>FLORHAM PARK NJ 07932 | ABONVICINO@CARLTONFIELDS.COM | Email |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ.<br>125 HALF MILE ROAD<br>SUITE 300<br>RED BANK NJ 07701 | DCAMPBELL@GHCLAW.COM<br>CSCHROEDER@GHCLAW.COM | Email |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A.<br>919 N. MARKET ST., STE. 1410<br>WILMINGTON DE 19801 | JSHRUM@JSHRUMLAW.COM | Email |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ<br>1211 LIBERTY AVENUE<br>HILLSIDE NJ 07205 | BMILLER@BARRYSMILLERESQ.COM | Email |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: PRESIDENT OR GENERAL COUNSEL<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | | First-Class Mail |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN 3 BECKER FARM ROAD SUITE 105 ROSELAND NJ 07068 | VROLDAN@MBLAWFIRM.COM | Email |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL 115 MAPLE AVE RED BANK NJ 07701 | BCROWLEY@MCHFIRM.COM JMCDONNELL@MCHFIRM.COM | Email |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ. 46 W. MAIN STREET MAPLE SHADE NJ 08052 | EMCDOWELL@MCDOWELLLEGAL.COM JMCCORMICK@MCCORMICKNJLAW.COM PPFLUMM@MCDOWELLLEGAL.COM | Email |
| COUNSEL TO EAST COAST/WEST COAST LOGISTICS, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: SHANE G. RAMSEY, ESQ. 1222 DEMONBREUN STREET SUITE 1700 NASHVILLE TN 37203 | SHANE.RAMSEY@NELSONMULLINS.COM | Email |
| COUNSEL TO FTB AND CDTFA | OFFICE OF THE ATTORNEY GENERAL | ATTN: PJ LUCCA, DEPUTY ATTORNEY GENERAL 300 S. SPRING ST., SUITE 1702 LOS ANGELES CA 90013 | PJ.LUCCA@DOJ.CA.GOV | Email |
| COUNSEL TO GEORGIA DEPARTMENT OF REVENUE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON 40 CAPITOL SQUARE SW ATLANTA GA 30334 | SSTATON@LAW.GA.GOV | Email |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO 1525 LOCUST STREET - 15TH FLOOR PHILADELPHIA PA 19102 | FLORUSSO@PANSINILAW.COM | Email |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE 1007 NORTH ORANGE STREET 4TH FLOOR, SUITE 183 WILMINGTON DE 19801 | HJAFFE@PASHMANSTEIN.COM | Email |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS 101 CRAWFORDS CORNER ROAD SUITE 4202 HOLMDEL NJ 07733 | JWEISS@PASHMANSTEIN.COM | Email |
| COUNSEL TO AIRPORT PLAZA, LLC, C T CENTER S.C., LP, CFH REALTY III/SUNSET VALLEY, L.P., CHICO CROSSROADS, L.P., CONROE MARKETPLACE S.C., L.P., FLAGLER S.C., LLC, FRANKLIN PARK S.C., LLC, KIMCO REALTY OP, LLC, KIMCO RIVERVIEW, LLC, KIR BRANDON 011, LLC, KIR BRIDGEWATER 573, LLC, KIR MONTGOMERY 049, LLC, KIR PASADENA II L.P., KIR SONCY L.P., KIR TUKWILA L.P., KSI CARY 483, LLC, MOORESVILLE CROSSING, LP, PL DULLES LLC, PRICE/BAYBROOK LTD., | POLSINELLI PC | ATTN: BRETT D. GOODMAN, ESQ. 600 THIRD AVENUE 42ND FLOOR NEW YORK NY 10016 | BGOODMAN@POLSINELLI.COM | Email |
| COUNSEL TO MARK TRITTON | SAUL EWING LLP | ATTN: CHRISTIE R. MCGUINNESS, ESQ. 1270 6TH AVENUE, #2800 NEW YORK NY 10020 | CHRISTIE.MCGUINNESS@SAUL.COM | Email |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | ATTN: MARK MINUTI, JOHN D. DEMMY 1201 NORTH MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 | MARK.MINUTI@SAUL.COM JOHN.DEMMY@SAUL.COM | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ.<br>150 CLOVE ROAD<br>LITTLE FALLS NJ 07424 | DEDELBERG@SH-LAW.COM | Email |
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: TANSY WOAN<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001-8602 | TANSY.WOAN@SKADDEN.COM | Email |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ.<br>600 ANTON BLVD, SUITE 1400<br>COSTA MESA CA 92626 | MREYNOLDS@SWLAW.COM<br>ASTILL@SWLAW.COM | Email |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | NJ@DOR.MO.GOV | Email |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR.<br>3475 RIDGEWOOD RD.<br>AKRON OH 44333 | RSCHROETER@STARK-KNOLL.COM | Email |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | THE LAW OFFICES OF RICHARD J. CORBI PLLC | ATTN: RICHARD J CORBI<br>1501 BROADWAY<br>12TH FLOOR<br>NEW YORK NY 10036 | RCORBI@CORBILAW.COM | Email |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS<br>30 NORTH WESTERN AVENUE<br>CARPENTERSVILLE IL 60110 | COLLECTIONS@CGTLAW.COM | Email |
| COUNSEL TO WORLD DISTRIBUTION SERVICES LLC | TUCKER ELLIS LLP | ATTN: BRIAN J. JACKIW, EDET D. NSEMO<br>233 SOUTH WACKER DRIVE<br>SUITE 6950<br>CHICAGO IL 60606-6395 | BRIAN.JACKIW@TUCKERELLIS.COM<br>EDET.NSEMO@TUCKERELLIS.COM | Email |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ.<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK NJ 07102 | USTPREGION03.NE.ECF@USDOJ.GOV<br>FRAN.B.STEELE@USDOJ.GOV | Email |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

**Exhibit B**

Exhibit B

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 13071808 | American Plastic Toys Inc. | 799 Ladd Road | | | Walled Lake | MI | 48390 |
| 12965949 | Baum, Anneen | Address on File | | | | | |
| 13089776 | Baum, Annneen | Address on File | | | | | |
| 13071496 | CISCO SYSTEMS CAPITAL CORPORATION | C/O BIALSON, BERGEN & SCHWAB | ATTN: LAWRENCE SCHWAB/GAYE HECK | 830 MENLO AVE., SUITE 201 | MENLO PARK | CA | 94025 |
| 18240050 | City of Ann Arbor Treasurer | c/o Ann Arbor City Attorney's Office | 301 E. Huron Street, 3rd Floor | | Ann Arbor | MI | 48104 |
| 19176038 | City of Houston Public Works | Attn: Effie Green | 4200 Leeland | | Houston | TX | 77023 |
| 26283520 | Consumer Energy Company | One Energy Plaza | | | Jackson | MI | 49201 |
| 16304316 | Designer Greeting | PO Box 1477 | | | Edison | NJ | 08818-1477 |
| 13057738 | GoDaddy Corporate Domains, LLC | Attn: Greenberg Traurig P.A. (Ari Newman, Esq) | 333 S.E. 2nd Avenue, Suite 4400 | | Miami | FL | 33131 |
| 13057739 | GoDaddy Corporate Domains, LLC | Attn: Phil Lodico, Senior Director | 2155 E. GoDaddy Way | | Tempe | AZ | 85284 |
| 18181832 | GoDaddy Corporate Domains, LLC | 2155 E. GoDaddy Way | | | Tempe | AZ | 85254 |
| 13077025 | HR Direct | PO Box 669390 | | | Pompano Beach | FL | 33066 |
| 13077026 | HR Direct | Chris Lindekugel | Vice President | 3300 Gateway Drive | Pompano Beach | FL | 33069 |
| 12996503 | Isoff, Maternst | Address on File | | | | | |
| 13057080 | Kimes, Dobaniqua | Address on File | | | | | |
| 13063130 | Shaftal, Melany | Address on File | | | | | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)                                    Page 1 of 1

**Exhibit C**

Exhibit C

| AddressID | Name | Email |
|---|---|---|
| 13071808 | American Plastic Toys Inc. | atompkins@aptoys.net; ckonstandas@aptoys.net |
| 12965949 | Baum, Anneen | Email on File |
| 13089776 | Baum, Annneen | Email on File |
| 13071496 | CISCO SYSTEMS CAPITAL CORPORATION | GHECK@BBSLAW.COM; YESSENIA@BBSLAW.COM |
| 18240050 | City of Ann Arbor Treasurer | dbagozzi@a2gov.org |
| 16304316 | Designer Greeting | vanessa.kirkland@designergreetings.com |
| 13057738 | GoDaddy Corporate Domains, LLC | newmanar@gtlaw.com |
| 13057739 | GoDaddy Corporate Domains, LLC | plodico@godaddy.com |
| 18181832 | GoDaddy Corporate Domains, LLC | perezan@gtlaw.com; plodico@godaddy.com |
| 13077025 | HR Direct | gsanchez@complyright.com |
| 13077026 | HR Direct | clindekugel@complyright.com |
| 12996503 | Isoff, Maternst | Email on File |
| 13057080 | Kimes, Dobaniqua | Email on File |
| 13063130 | Shaftal, Melany | Email on File |

**Exhibit D**

Exhibit D

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 1834753 | Assessment Technologies, LTD, dba AT Tax Advisory | Attn: John Lammert | 40 NE Loop 410 | Suite 607 | San Antonio | TX | 78216 |
| 13122816 | Brink's U.S., a Division of Brink's Incorporated | Attn: Corey Johnson | 555 Dividend Drive | | Coppell | TX | 75019 |
| 13122818 | Brink's U.S., a Division of Brink's Incorporated | Hirschler Fleischer, P.C. | Attn: Robert Westermann | 2100 East Cary Street | Richmond | VA | 23223 |
| 13057620 | Central Telephone Company Nevada dba CenturyLink | 220 N 5th ST | | | Bismarck | ND | 58501 |
| 13057621 | Central Telephone Company Nevada dba CenturyLink | Attn: Legal-BKY | 1025 EL Dorado Blvd | | Broomfiled | CO | 80021 |
| 13058256 | CenturyTel of Montana Inc dba CenturyLink | 1025 EL Dorado Blvd (Attn: Legal-BKY) | | | Broomfield | ND | 80021 |
| 13058257 | CenturyTel of Montana Inc dba CenturyLink | Jessie Schafer | Bmg Bankruptcy/Centurylink Communications, LLC. | 220 N 5th St | Bismarck | ND | 58501 |
| 18989320 | GlobalTranz Enterprises, LLC | c/o Jason D. Curry, Esq. | Quarles & Brady LLP | 2 North Central Avenue, Suite 600 | Phoenix | AZ | 85004 |
| 18989322 | GlobalTranz Enterprises, LLC | c/o Jeff Simmons | P.O. Box 735167 | | Chicago | IL | 60673 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1

**Exhibit E**

Exhibit E

| AddressID | Name | Email |
|---|---|---|
| 18334753 | Assessment Technologies, LTD, dba AT Tax Advisory | jlammert@attaxadvisory.com |
| 13122816 | Brink's U.S., a Division of Brink's Incorporated | rwestermann@hirschlerlaw.com |
| 13122818 | Brink's U.S., a Division of Brink's Incorporated | Corey.Frobisher@brinksinc.com |
| 13057620 | Central Telephone Company Nevada dba CenturyLink | bankruptcylegal@Lumen.com; jessie.schafer@lumen.com |
| 13057621 | Central Telephone Company Nevada dba CenturyLink | bmg.bankruptcy@Lumen.com |
| 13058256 | CenturyTel of Montana Inc dba CenturyLink | ankruptcylegal@Lumen.com; jessie.schafer@lumen.com |
| 13058257 | CenturyTel of Montana Inc dba CenturyLink | bmg.bankruptcy@Lumen.com |
| 18989320 | GlobalTranz Enterprises, LLC | jason.curry@quarles.com |
| 18989322 | GlobalTranz Enterprises, LLC | jeff.simmons@globbaltranz.com |

In re: Bed Bath Beyond Inc., *et al.*

Case No. 23-13359 (VFP)                                          Page 1 of 1