**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:**        **June 23, 2026**<br>**Hearing Time:**       **10:00 a.m. (ET)**<br>**Response Deadline:**  **June 16, 2026**<br><br>**Related Docket No. 4743** |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S**
**THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(Miscellaneous Disallowed Administrative Claims)**

The undersigned hereby certifies that:

1. On May 19, 2026, Michael Goldberg, solely in his capacity as the Plan

Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath &

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Beyond Inc.)[2] and affiliated debtors (the "Debtors" or the "Wind-Down Debtors") filed the

*Plan Administrator's Thirty-Third Omnibus Objection to Claims (Miscellaneous Disallowed*

*Administrative Claims)* [Docket No. 4743] (the "Omnibus Objection")[3] and the *Notice of*

*Objection to Your Claim* [Docket No. 4744] (the "Notice").

2.      Kroll Restructuring Administration LLC served the Omnibus Objection and

Notice on May 21, 2026, upon the parties listed in the *Affidavit of Service* [Docket No. 4746].

3.      Pursuant to the Notice, the deadline for parties to file responses to the Omnibus

Objection was on June 16, 2026 (the "Objection Deadline"). No objections or responses to the

Omnibus Objection were filed on the docket on or before the Objection Deadline. The Plan

Administrator received an informal response from Brink's U.S. ("Brink's") in regard to its

Claim No. 12683 (the "Brink's Claim"). The Plan Administrator and counsel to Brink's

resolved the issue by removing the Brink's Claim from the exhibit and adding the language set

forth in paragraph 9 of the revised proposed Order attached hereto as **Exhibit A** (the "Order").

4.      The Plan Administrator respectfully requests that the Court enter the Order. A

redline of the revised Order showing the changes from version originally filed with the

Omnibus Objection is attached hereto as **Exhibit B**.

---

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

[3] Capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Omnibus Objection.

Dated:  June 18, 2026

*/s/ Edward A Corma*
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com
            egray@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**Exhibit A**

**Proposed Order**

4924-6712-2869.1 08728.003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:**   **June 23, 2026**<br>**Hearing Time:**   **10:00 a.m. (ET)**<br>**Response Deadline:** **June 16, 2026**<br><br>**Related Doc. No. 4743** |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S
### THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS

   The relief set forth on the following pages, numbered two (2) through four (4), is

**ORDERED.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4913-2592-0437.3 08728.003

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS |

Upon the objection (the "Objection") [Doc. No. 4743][2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. 4744, 4746], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Objection is sustained.

2.     As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is disallowed.

3.     The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

4913-2592-0437.3 08728.003

(Page | 3)
Debtors:          BED BATH & BEYOND INC., *et al*.
Case No.          23-13359-VFP
Caption of Order: ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-THIRD
                  OMNIBUS OBJECTION TO CLAIMS

4.        Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5.        Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6.        Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

3

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS |

7.      Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8.      The Court shall retain jurisdiction to construe and enforce this Order.

9.      Claim No. 12683 filed by Brink's U.S. against Bed Bath & Beyond, Inc. shall be treated as follows:   (a) the $42,019.80 alleged to be entitled to administrative priority is disallowed; and (b) $70,725.87 alleged to be a general unsecured claim remains subject to other and further objection.

4

4913-2592-0437.3 08728.003

## Exhibit 1

### List of Disputed Claims

1

Exhibit 1 to Order Granting Thirty-Third Omnibus Objection

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount & Classification as Filed | | Claim Amount & Classification if Objection Granted | | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim as Filed | | Claim if Objection Granted | | |
| | | | | | Claim Class | Claim Amount | Claim Class | Claim Amount | |
| 1 | Assessment Technologies, LTD, dba AT Tax Advisory | 9/8/2023 | 16900 | Bed Bath & Beyond Inc. | Secured $0.00<br>Admin $137,066.15<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $137,066.15 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |
| 2 | Central Telephone Company Nevada dba CenturyLink | 6/23/2023 | 8987 | Bed Bath & Beyond Inc. | Secured $0.00<br>Admin $50.83<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $50.83 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |
| 3 | CenturyTel of Montana Inc dba CenturyLink | 6/23/2023 | 9183 | Bed Bath & Beyond Inc. | Secured $0.00<br>Admin $1,670.10<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $1,670.10 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |
| 4 | GlobalTranz Enterprises, LLC | 9/7/2023 | 17026 | Bed Bath & Beyond Inc. | Secured $0.00<br>Admin $16,556.47<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $16,556.47 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |

**Exhibit B**

**Redline**

4924-6712-2869.1 08728.003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           egray@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:** **June 23, 2026** <br> **Hearing Time:** **10:00 a.m. (ET)** <br> **Response Deadline:** **June 16, 2026** <br><br> **Related Doc. No . 4743** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S**
**THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

The relief set forth on the following pages, numbered two (2) through four (4), is

**ORDERED.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4913-2592-0437.3 08728.003

(Page | 2)
Debtors:               BED BATH & BEYOND INC., *et al*.
Case No.              23-13359-VFP
Caption of Order:    ORDER  SUSTAINING  PLAN  ADMINISTRATOR'S  THIRTY-THIRD
OMNIBUS OBJECTION TO CLAIMS

2

(Page | 3)
Debtors:              BED BATH & BEYOND INC., *et al*.
Case No.              23-13359-VFP
Caption of Order:     ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-THIRD
                      OMNIBUS OBJECTION TO CLAIMS

Upon the objection (the "Objection") [Doc. No. ——]4743][2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. ——, ——],4744, 4746], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is sustained.

2.      As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is disallowed.

3.      The Claims and Noticing Agent is authorized to modify the Claims Register to reflect the relief granted by this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4913-2592-0437.13 08728.003

(Page | 4)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Case No. | 23-13359-VFP |
| Caption of Order: | ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS |

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4

4913-2592-0437.13 08728.003

(Page | 5)

Debtors:            BED BATH & BEYOND INC., *et al*.
Case No.            23-13359-VFP
Caption of Order:   ORDER  SUSTAINING  PLAN  ADMINISTRATOR'S  THIRTY-THIRD
                    OMNIBUS OBJECTION TO CLAIMS

7.      Notwithstanding  any  applicable  provisions  of  the  Bankruptcy  Code,  the

Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8.      The Court shall retain jurisdiction to construe and enforce this Order.

9.      Claim No. 12683 filed by Brink's U.S. against Bed Bath & Beyond, Inc. shall be

treated  as  follows:   (a)  the  $42,019.80  alleged  to  be  entitled  to  administrative  priority  is

disallowed;  and  (b)  $70,725.87  alleged  to  be  a  general  unsecured  claim  remains  subject  to

other and further objection.

5

4913-2592-0437.13 08728.003

## Exhibit 1

**List of Disputed Claims**

1

4913-2592-0437.~~1~~3 08728.003

Exhibit 1 to Order Granting Thirty-Third Omnibus Objection

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | | Claim as Filed | Claim Class | Claim Amount | | Claim if Objection Granted | Claim Class | Claim Amount | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Claim Amount & Classification as Filed** | | | | **Claim Amount & Classification if Objection Granted** | | | |
| 1 | Assessment Technologies, LTD, dba AT Tax Advisory | 9/8/2023 | 16900 | Bed Bath & Beyond Inc. | | Secured | $0.00 | | | Secured | $0.00 | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |
| | | | | | | Admin | $137,066.15 | | | Admin | $0.00 | |
| | | | | | | 503(b)(9) | $0.00 | | | 503(b)(9) | $0.00 | |
| | | | | | | Priority | $0.00 | | | Priority | $0.00 | |
| | | | | | | GUC | $0.00 | | | GUC | $0.00 | |
| | | | | | | Total | $137,066.15 | | | Total | $0.00 | |
| ~~2~~ | ~~Brink's U.S., a Division of Brink's Incorporated~~ | ~~7/7/2023~~ | ~~12683~~ | ~~Bed Bath & Beyond Inc.~~ | | ~~Secured~~ | ~~$0.00~~ | | | ~~Secured~~ | ~~$0.00~~ | ~~The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full.~~ |
| | | | | | | ~~Admin~~ | ~~$42,019.80~~ | | | ~~Admin~~ | ~~$0.00~~ | |
| | | | | | | ~~503(b)(9)~~ | ~~$0.00~~ | | | ~~503(b)(9)~~ | ~~$0.00~~ | |
| | | | | | | ~~Priority~~ | ~~$0.00~~ | | | ~~Priority~~ | ~~$0.00~~ | |
| | | | | | | ~~GUC~~ | ~~$70,725.87~~ | | | ~~GUC~~ | ~~$0.00~~ | |
| | | | | | | ~~Total~~ | ~~$112,745.67~~ | | | ~~Total~~ | ~~$0.00~~ | |
| 3 | Central Telephone Company Nevada dba CenturyLink | 6/23/2023 | 8987 | Bed Bath & Beyond Inc. | | Secured | $0.00 | | | Secured | $0.00 | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |
| | | | | | | Admin | $50.83 | | | Admin | $0.00 | |
| | | | | | | 503(b)(9) | $0.00 | | | 503(b)(9) | $0.00 | |
| | | | | | | Priority | $0.00 | | | Priority | $0.00 | |
| | | | | | | GUC | $0.00 | | | GUC | $0.00 | |
| | | | | | | Total | $50.83 | | | Total | $0.00 | |
| 4 | CenturyTel of Montana Inc dba CenturyLink | 6/23/2023 | 9183 | Bed Bath & Beyond Inc. | | Secured | $0.00 | | | Secured | $0.00 | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |
| | | | | | | Admin | $1,670.10 | | | Admin | $0.00 | |
| | | | | | | 503(b)(9) | $0.00 | | | 503(b)(9) | $0.00 | |
| | | | | | | Priority | $0.00 | | | Priority | $0.00 | |
| | | | | | | GUC | $0.00 | | | GUC | $0.00 | |
| | | | | | | Total | $1,670.10 | | | Total | $0.00 | |
| 5 | GlobalTranz Enterprises, LLC | 9/7/2023 | 17026 | Bed Bath & Beyond Inc. | | Secured | $0.00 | | | Secured | $0.00 | The Plan Administrator is informed and believes that any Claim related to goods or services provided by Claimant to the Debtors-In-Possession post-petition and pre-confirmation (if any) has been satisfied, and he asks the Court to disallow the Disputed Claim in full. |
| | | | | | | Admin | $16,556.47 | | | Admin | $0.00 | |
| | | | | | | 503(b)(9) | $0.00 | | | 503(b)(9) | $0.00 | |
| | | | | | | Priority | $0.00 | | | Priority | $0.00 | |
| | | | | | | GUC | $0.00 | | | GUC | $0.00 | |
| | | | | | | Total | $16,556.47 | | | Total | $0.00 | |