**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 24, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Order Sustaining Plan Administrator's Thirty-Third Omnibus Objection to Claims [Docket No. 4753]

Dated: June 26, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 26, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 97130

**Exhibit A**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 18334753 | Assessment Technologies, LTD, dba AT Tax Advisory | Attn: John Lammert | 40 NE Loop 410 | Suite 607 | San Antonio | TX | 78216 |
| 13122818 | Brink's U.S., a Division of Brink's Incorporated | Attn: Corey Johnson | 555 Dividend Drive | | Coppell | TX | 75019 |
| 13122816 | Brink's U.S., a Division of Brink's Incorporated | Hirschler Fleischer, P.C. | Attn: Robert Westermann | 2100 East Cary Street | Richmond | VA | 23223 |
| 13057621 | Central Telephone Company Nevada dba CenturyLink | 220 N 5th ST | | | Bismarck | ND | 58501 |
| 13057620 | Central Telephone Company Nevada dba CenturyLink | Attn: Legal-BKY | 1025 EL Dorado Blvd | | Broomfiled | CO | 80021 |
| 13058256 | CenturyTel of Montana Inc dba CenturyLink | 1025 EL Dorado Blvd (Attn: Legal-BKY) | | | Broomfield | ND | 80021 |
| 13058257 | CenturyTel of Montana Inc dba CenturyLink | Jessie Schafer | Bmg Bankruptcy/Centurylink Communications, LLC. | 220 N 5th St | Bismarck | ND | 58501 |
| 18989320 | GlobalTranz Enterprises, LLC | c/o Jason D. Curry, Esq. | Quarles & Brady LLP | 2 North Central Avenue, Suite 600 | Phoenix | AZ | 85004 |
| 18989322 | GlobalTranz Enterprises, LLC | c/o Jeff Simmons | P.O. Box 735167 | | Chicago | IL | 60673 |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

**Exhibit B**

Exhibit B

| ADRID | NAME | EMAIL |
|---|---|---|
| 18334753 | Assessment Technologies, LTD, dba AT Tax Advisory | jlammert@attaxadvisory.com |
| 13122816 | Brink's U.S., a Division of Brink's Incorporated | rwestermann@hirschlerlaw.com |
| 13122818 | Brink's U.S., a Division of Brink's Incorporated | Corey.Frobisher@brinksinc.com |
| 13057620 | Central Telephone Company Nevada dba CenturyLink | bankruptcylegal@Lumen.com; jessie.schafer@lumen.com |
| 13057621 | Central Telephone Company Nevada dba CenturyLink | bmg.bankruptcy@Lumen.com |
| 13058256 | CenturyTel of Montana Inc dba CenturyLink | bankruptcylegal@Lumen.com; jessie.schafer@lumen.com |
| 13058257 | CenturyTel of Montana Inc dba CenturyLink | bmg.bankruptcy@Lumen.com |
| 18989320 | GlobalTranz Enterprises, LLC | jason.curry@quarles.com |
| 18989322 | GlobalTranz Enterprises, LLC | jeff.simmons@globbaltranz.com |

In re: Bed Bath Beyond Inc., *et al.*

Case No. 23-13359 (VFP)                                              Page 1 of 1