**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 25, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Order Sustaining Plan Administrator's Thirty-Second Omnibus Objection to Claims (Miscellaneous Reclassified Administrative Claims) [Docket No. 4754]

Dated: July 7, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 7, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 97151

**Exhibit A**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 13071808 | AMERICAN PLASTIC TOYS INC. | 799 LADD ROAD | | | WALLED LAKE | MI | 48390 |
| 12965949 | BAUM, ANNEEN | ADDRESS ON FILE | | | | | |
| 20475461 | CISCO SYSTEMS CAPITAL CORPORATION | C/O BIALSON, BERGEN & SCHWAB | ATTN: LAWRENCE SCHWAB/GAYE HECK | 830 MENLO AVE., SUITE 201 | MENLO PARK | CA | 94025 |
| 18240050 | CITY OF ANN ARBOR TREASURER | C/O ANN ARBOR CITY ATTORNEY'S OFFICE | 301 E. HURON STREET, 3RD FLOOR | | ANN ARBOR | MICHIGAN | 48104 |
| 19176038 | CITY OF HOUSTON PUBLIC WORKS | ATTN: EFFIE GREEN | 4200 LEELAND | | HOUSTON | TX | 77023 |
| 26283520 | CONSUMER ENERGY COMPANY | ONE ENERGY PLAZA | | | JACKSON | MI | 49201 |
| 16304316 | DESIGNER GREETING | PO BOX 1477 | | | EDISON | NJ | 08818-1477 |
| 18181832 | GODADDY CORPORATE DOMAINS, LLC | 100 S MILL AVE | SUITE 1600 | | TEMPE | AZ | 85281 |
| 13057738 | GODADDY CORPORATE DOMAINS, LLC | ATTN: GREENBERG TRAURIG P.A. (ARI NEWMAN, ESQ) | 333 S.E. 2ND AVENUE, SUITE 4400 | | MIAMI | FL | 33131 |
| 13057739 | GODADDY CORPORATE DOMAINS, LLC | ATTN: PHIL LODICO, SENIOR DIRECTOR | 100 S MILL AVE | SUITE 1600 | TEMPE | AZ | 85281 |
| 13077026 | HR DIRECT | CHRIS LINDEKUGEL | VICE PRESIDENT | 3300 GATEWAY DRIVE | POMPANO BEACH | FL | 33069 |
| 13077025 | HR DIRECT | PO BOX 669390 | | | POMPANO BEACH | FL | 33066 |
| 12996503 | ISOFF, MATERNST | ADDRESS ON FILE | | | | | |
| 13057080 | KIMES, DOBANIQUA | ADDRESS ON FILE | | | | | |
| 13063130 | SHAFTAL, MELANY | ADDRESS ON FILE | | | | | |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 1 of 1

**Exhibit B**

Exhibit B

| ADRID | NAME | EMAIL |
|---|---|---|
| 13071808 | AMERICAN PLASTIC TOYS INC. | ATOMPKINS@APTOYS.NET; CKONSTANDAS@APTOYS.NET |
| 12965949 | BAUM, ANNEEN | EMAIL ON FILE |
| 13089776 | BAUM, ANNEEN | EMAIL ON FILE |
| 20475461 | CISCO SYSTEMS CAPITAL CORPORATION | GHECK@BBSLAW.COM |
| 13071496 | CISCO SYSTEMS CAPITAL CORPORATION | GHECK@BBSLAW.COM; YESSENIA@BBSLAW.COM |
| 18240050 | CITY OF ANN ARBOR TREASURER | DBAGOZZI@A2GOV.ORG |
| 16304316 | DESIGNER GREETING | VANESSA.KIRKLAND@DESIGNERGREETINGS.COM |
| 13057738 | GODADDY CORPORATE DOMAINS, LLC | NEWMANAR@GTLAW.COM |
| 18181832 | GODADDY CORPORATE DOMAINS, LLC | PEREZAN@GTLAW.COM; PLODICO@GODADDY.COM |
| 13057739 | GODADDY CORPORATE DOMAINS, LLC | PLODICO@GODADDY.COM |
| 13077026 | HR DIRECT | CLINDEKUGEL@COMPLYRIGHT.COM |
| 13077025 | HR DIRECT | GSANCHEZ@COMPLYRIGHT.COM |
| 12996503 | ISOFF, MATERNST | EMAIL ON FILE |
| 13057080 | KIMES, DOBANIQUA | EMAIL ON FILE |
| 13063130 | SHAFTAL, MELANY | EMAIL ON FILE |