| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven R. Wirth, Esq.<br>Peter O. Larsen, Esq.<br>Raye Elliott, Esq.<br>AKERMAN LLP<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 223-7333<br>Email:  steven.wirth@akerman.com<br>          peter.larsen@akerman.com<br>          raye.elliott@akerman.com<br><br>*Counsel to Plaintiff / Plan Administrator* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## STIPULATION AND CONSENT ORDER ON
## CLAIMS 10424 AND 10291 OF ARCH INSURANCE COMPANY

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby

**ORDERED.**

(Page 2)

Debtors:            20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:           23-13359 (VFP)

Caption of Order:   Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                    Insurance Company

This Stipulation and Consent Order (the "Stipulation") is made by and between Michael

Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-

DK-Butterfly-1, Inc. f/k/a Bed Bath & Beyond, Inc. and affiliated debtors (the "Debtors" or the

"Wind-Down Debtors") and Arch Insurance Company ("Arch"), including, as applicable, by and

through their duly undersigned counsel (the parties to this Stipulation hereinafter referred to as the

"Parties").

**WHEREAS,** on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code")

in the Court.

**WHEREAS,** the Debtors' Chapter 11 cases have been procedurally consolidated.

**WHEREAS,** on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for*

*Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II)*

*Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative*

*Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim,*

*(IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date

Order").

**WHEREAS,** the Bar Date Order established July 7, 2023 as the date by which all Claims

against the Debtors must be filed (the "General Bar Date") and October 20, 2023 as the date by

which Claims by governmental units against the Debtors must be filed (the "Governmental Bar

Date").

(Page 3)

Debtors:          20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:        23-13359 (VFP)

Caption of Order:   Stipulation and Consent Order on Claims 10424 and 10291 of Arch Insurance Company

**WHEREAS**, on September 14, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[1]

**WHEREAS,** Debtor Bed Bath & Beyond, Inc. scheduled claims for Arch which were designated contingent claims with a claim value of $0.00 (the "Scheduled Claims").[2]

**WHEREAS,** Arch filed Proof of Claim 10424 ("Claim 10424") for Debtor Bed Bath & Beyond, Inc. as a fully secured claim in the amount of $2,216,660.00 based on a general indemnity agreement (the "Indemnity Agreement") for certain surety bonds (the "Bonds") executed by Arch

---

[1] *See* Plan, Article IX, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").

[2] *See* Schedules 5266172, 5266175, 5270915, 5270916, 5270920, 5270921.

(Page 4)

Debtors:            20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:           23-13359 (VFP)

Caption of Order:   Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                    Insurance Company

secured by an irrevocable letter of credit (the "Letter of Credit"). The Bonds executed by Arch,

which are subject to the Indemnity Agreement, included in Claim 10424 are as follows:

| Bond No. | Bond Type | Bond Principal | Obligee | Bond Amount |
|---|---|---|---|---|
| SU1168134 | Tax | Harmon Stores, Inc. | Nevada Department of Taxation | $14,670.00 |
| SU1168141 | Tax | Bed Bath & Beyond, Inc. | Nevada Department of Taxation | $1,178,833.62 |
| SU1168136 | Tax | Bed Bath & Beyond, Inc. | Puerto Rico Department of Treasury | $1,000,000.00 |
| SU1168142 | Tax | T-Y Group Mexico | State Directorate of Collection of the Tax Administration Service of the State of Quintana Roo, Mexico | $19,602.00 |

**WHEREAS,** by letter dated November 5, 2024, the Nevada Department of Taxation

released Bond No. SU1168141 in the amount of $1,178,833.62 and released Arch from all past,

present, and future claims under Bond No. SU1168141.

**WHEREAS,** by letter dated June 2, 2025, the Puerto Rico Department of Treasury

released Bond No. SU1168136 in the amount of $1,000,000.00 and released Arch from all past,

present, and future claims under Bond No. SU1168136.

**WHEREAS,** Arch terminated Bond No. SU1168134 in or about June 2023.

**WHEREAS,** Arch filed Proof of Claim 10291 ("Claim 10291") for Debtor Harmon

Stores, Inc. as a fully secured claim in the amount of $14,670.00 also based on the Indemnity

Agreement for Bond No. SU1168134 issued by Arch.

**WHEREAS**, the Parties have agreed upon the terms set forth in this Stipulation.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE**

**PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY STIPULATED**

(Page 5)

Debtors:              20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.:             23-13359 (VFP)
Caption of Order:     Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                      Insurance Company

**AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1.      **Recitals.**  The recitals set forth above are hereby made an integral part of the Parties' Stipulation and are incorporated herein.

2.      **Allowed Claim 10424.**  The Parties agree that the correct and total amount of Claim 10424 is $19,602.00, which Claim is hereby allowed as a fully secured claim in the amount of $19,602.00.

3.      **Payment of Claim 10424.**  Payment of Claim 10424 will be made by Arch drawing from the Letter of Credit. Claim 10424 will not otherwise receive any distribution from the Plan Administrator.

4.      **Disallowed Claim 10291.** Claim 10291 shall be disallowed and shall receive no distribution from the Plan Administrator.

5.      **Resolution of Claims.**  This Stipulation resolves Claim 10424 and Claim 10291, as well as claims as between the parties related to Bond Nos. SU1168134, SU1168141, and SU1168136. The Parties acknowledge and agree that the Stipulation shall neither have effect on their rights, obligations, and defenses, if any, in connection with Bond No. SU1168142, nor with respect to the Indemnity Agreement and the Letter of Credit (and the proceeds thereof, to the extent not previously returned to the Wind-Down Debtors) as they may relate to Bond No. SU1168142.

6.      **Adjustment of Claims Register.**  The Plan Administrator and his agents and any third parties are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation. Kroll Restructuring Administration, LLC is authorized to adjust the official claims

(Page 6)

Debtors:          20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:         23-13359 (VFP)

Caption of Order: Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                  Insurance Company

register to reflect the disposition of Claim 10424 and Claim 10291 referenced in this Stipulation without any further order from the Court or action by the parties.

7.      **Successors and Assigns.**  This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

8.      **Authority.**  Each of the Parties hereto represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

9.      **Enforceability.**  The terms and conditions of this Stipulation shall be immediately effective and enforceable upon entry of this Stipulation and Consent Order by the Court.

10.      **Amendment.**  This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

11.      **Retention of Jurisdiction.**  The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

(Page 7)

Debtors:            20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:           23-13359 (VFP)

Caption of Order:   Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                    Insurance Company

12.    **Attorneys' Fees and Costs.**    Each party shall bear its own fees and costs in

connection with the Stipulation to date.

AKERMAN LLP

By: /s/ *Steven R. Wirth*
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Peter O. Larsen, Esq.
Email: peter.larsen@akerman.com
Raye C. Elliott, Esq.
Email:  raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for the Plan Administrator*

CHIESA SHAHINIAN & GIANTOMASI
PC

By: /s/ *Brian Kantar*
Brian Kantar, Esq.
Email: bkantar@csglaw.com
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2112
Facsimile: (973) 530-2312

*Counsel for Arch Insurance Company*