**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>**Hearing Date:**    **August 11, 2026**<br>**Hearing Time:**    **10:00 a.m. (ET)**<br>**Response Deadline:**  **August 4, 2026**<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

**NOTICE OF PLAN ADMINISTRATOR'S MOTION
FOR ENTRY OF AN ORDER AUTHORIZING (I) THE
STIPULATION AND CONSENT ORDER BETWEEN THE PLAN
ADMINISTRATOR, SAFETY NATIONAL CASUALTY CORPORATION
& DARDANA HALIMI AND (II) GRANTING RELATED RELIEF**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4921-8002-2205.2 08728.003

**PLEASE TAKE NOTICE** that Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors"), has filed the enclosed motion (the "Motion") under section 105 of title 11 of the United States Code (the "Bankruptcy Code") and, to the extent applicable, Rule 9019(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and rule 9019-3(a) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Local Rules"), for entry of an order (I) authorizing and approving the Stipulation and Consent Order attached to the Motion as **Exhibit A** (the "Stipulation and Consent Order") between the Plan Administrator, Dardana Halimi ("Claimant"), and Safety National Casualty Corporation ("Safety National", and collectively with Claimant and the Plan Administrator, the "Parties").[3] The chart below contains a summary of certain key terms of the Settlement Agreement:

| Topic | Settlement Terms[4] |
|---|---|
| **Settlement Payment** | Safety National shall pay Claimant the Settlement Payment pursuant to the terms of the Halimi-Safety National Settlement Agreement. |
| **Plan Injunction Modification** | Plan Injunction shall be modified to permit Claimant to dismiss the State Court Lawsuit with prejudice following consummation of the Halimi-Safety National Settlement Agreement and receipt of the Settlement Payment from Safety National (the "Injunction Modification"). The Plan Injunction is not lifted for any other purpose. |

---

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

[3] Terms not defined herein shall be ascribed the same meaning as in the Stipulation and Consent Order.

[4] Capitalized terms used but not otherwise defined in this chart shall have the meanings set forth in the Stipulation and Consent Order. In the event of any inconsistency between this summary chart and the Stipulation and Consent Order, the latter controls.

| Topic | Settlement Terms[4] |
|---|---|
| **Settlement Payment Confirmation** | Counsel to Claimant shall notify the Plan Administrator in writing by email within 5 business days of the receipt of the payment of the Settlement Payment to Claimant to confirm that the Settlement Payment has been made in accordance with the Halimi-Safety National Settlement Agreement (the "Settlement Payment Confirmation"). |
| **Disallowance of Proofs of Claim** | Contingent on receipt of the Settlement Payment, Claimant's Proofs of Claim shall be disallowed.  The Plan Administrator and the Debtors' claims agent are authorized and directed to expunge the Proofs of Claim upon presentation of the Settlement Payment Confirmation without further notice to or approval from the Bankruptcy Court. |
| **Dismissal of the State Court Lawsuit** | Contingent on receipt of the Settlement Payment, Claimant shall dismiss the State Court Lawsuit with prejudice. |
| **Releases** | Contingent on receipt of the Settlement Payment, Safety National and Claimant shall release Plan Administrator for all claims and causes of action related to Claimant's Claims. |

If you disagree with the Motion, you must file a response to the Motion with the Clerk of

the Bankruptcy Court at the address below on or before **August 4, 2026.**

Clerk of Court
United States Bankruptcy Court
 for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

At the same time, you must also serve a copy of the response upon the Plan

Administrator's attorneys:

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Erin Gray, Esq.
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019

If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Vincent F. Papalia on **August 11, 2026, at 10:00 a.m. Eastern Time** at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102.

**PLEASE TAKE NOTICE** that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. one (1) business day prior to the scheduled hearing.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  July 15, 2026

/s/ Edward A. Corma
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

4921-8002-2205.2 08728.003