| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Judith Elkin, Esq. (admitted *pro hac vice*)<br>Hayley R. Winograd, Esq. (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jelkin@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| In re: | Chapter 11 |
|---|---|
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.  I, Myra Kulick:

☐ represent the Plan Administrator in this matter.

☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

☐ am the _____ in this matter am representing myself.

2.  On July 15, 2026, I caused true and correct copies of the below referenced documents to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in this case.

3.  On July 15, 2026, I caused a true and correct copy of the following documents to be served by First Class Mail on the parties listed on the attached Exhibit A.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4871-8900-0191.3 08728.003

- ***Plan Administrator's Motion For Entry Of An Order Authorizing (I) The Stipulation And Consent Order Between The Plan Administrator, Safety National Casualty Corporation & Dardana Halimi And (II) Granting Related Relief ]***Docket No. 4766**; and**

- ***Notice Of Plan Administrator's Motion For Entry Of An Order Authorizing (I) The Stipulation And Consent Order Between The Plan Administrator, Safety National Casualty Corporation & Dardana Halimi And (II) Granting Related Relief*** [Docket No. 4767]

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date:  July 15, 2026

*/s/ Myra Kulick*
Myra Kulick

4871-8900-0191.3 08728.003

## **EXHIBIT A**

**By U.S. Mail**

Attorneys for Safety National Casualty Corp
Caleb Holzaepfel
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 3 7 402

Attorneys for Claimant Dardana Halimi
Robert H. Wolff, Esq.
122 East 42nd Street, Suite 3800
New York, New York 10168