**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven R. Wirth, Esq.
Peter O. Larsen, Esq.
Raye Elliott, Esq.
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Email:  steven.wirth@akerman.com
         peter.larsen@akerman.com
         raye.elliott@akerman.com

*Counsel to Plaintiff / Plan Administrator*

**Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*, | Case No. 23-13359 (VFP) |
| | (Jointly Administered) |
| Debtors. | |

**STIPULATION AND CONSENT ORDER ON
CLAIMS 10424 AND 10291 OF ARCH INSURANCE COMPANY**

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby

**ORDERED.**

**DATED: July 16, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

Debtors:          20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:         23-13359 (VFP)

Caption of Order: Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                  Insurance Company

This Stipulation and Consent Order (the "Stipulation") is made by and between Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath & Beyond, Inc. and affiliated debtors (the "Debtors" or the "Wind-Down Debtors") and Arch Insurance Company ("Arch"), including, as applicable, by and through their duly undersigned counsel (the parties to this Stipulation hereinafter referred to as the "Parties").

**WHEREAS,** on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Court.

**WHEREAS,** the Debtors' Chapter 11 cases have been procedurally consolidated.

**WHEREAS,** on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date Order").

**WHEREAS,** the Bar Date Order established July 7, 2023 as the date by which all Claims against the Debtors must be filed (the "General Bar Date") and October 20, 2023 as the date by which Claims by governmental units against the Debtors must be filed (the "Governmental Bar Date").

(Page 3)

Debtors:              20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:             23-13359 (VFP)

Caption of Order:  Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                         Insurance Company

**WHEREAS**, on September 14, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[1]

**WHEREAS,** Debtor Bed Bath & Beyond, Inc. scheduled claims for Arch which were designated contingent claims with a claim value of $0.00 (the "Scheduled Claims").[2]

**WHEREAS,** Arch filed Proof of Claim 10424 ("Claim 10424") for Debtor Bed Bath & Beyond, Inc. as a fully secured claim in the amount of $2,216,660.00 based on a general indemnity agreement (the "Indemnity Agreement") for certain surety bonds (the "Bonds") executed by Arch

---

[1] *See* Plan, Article IX, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").

[2] *See* Schedules 5266172, 5266175, 5270915, 5270916, 5270920, 5270921.

(Page 4)

Debtors:         20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:        23-13359 (VFP)

Caption of Order:  Stipulation and Consent Order on Claims 10424 and 10291 of Arch
Insurance Company

secured by an irrevocable letter of credit (the "Letter of Credit"). The Bonds executed by Arch,

which are subject to the Indemnity Agreement, included in Claim 10424 are as follows:

| Bond No. | Bond Type | Bond Principal | Obligee | Bond Amount |
|---|---|---|---|---|
| SU1168134 | Tax | Harmon Stores, Inc. | Nevada Department of Taxation | $14,670.00 |
| SU1168141 | Tax | Bed Bath & Beyond, Inc. | Nevada Department of Taxation | $1,178,833.62 |
| SU1168136 | Tax | Bed Bath & Beyond, Inc. | Puerto Rico Department of Treasury | $1,000,000.00 |
| SU1168142 | Tax | T-Y Group Mexico | State Directorate of Collection of the Tax Administration Service of the State of Quintana Roo, Mexico | $19,602.00 |

**WHEREAS,** by letter dated November 5, 2024, the Nevada Department of Taxation released Bond No. SU1168141 in the amount of $1,178,833.62 and released Arch from all past, present, and future claims under Bond No. SU1168141.

**WHEREAS,** by letter dated June 2, 2025, the Puerto Rico Department of Treasury released Bond No. SU1168136 in the amount of $1,000,000.00 and released Arch from all past, present, and future claims under Bond No. SU1168136.

**WHEREAS,** Arch terminated Bond No. SU1168134 in or about June 2023.

**WHEREAS,** Arch filed Proof of Claim 10291 ("Claim 10291") for Debtor Harmon Stores, Inc. as a fully secured claim in the amount of $14,670.00 also based on the Indemnity Agreement for Bond No. SU1168134 issued by Arch.

**WHEREAS**, the Parties have agreed upon the terms set forth in this Stipulation.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY STIPULATED**

(Page 5)

Debtors:          20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*

Case No.:         23-13359 (VFP)

Caption of Order: Stipulation and Consent Order on Claims 10424 and 10291 of Arch
Insurance Company

**AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS**

**ORDERED THAT:**

1.      **Recitals.**   The recitals set forth above are hereby made an integral part of the

Parties' Stipulation and are incorporated herein.

2.      **Allowed Claim 10424.**  The Parties agree that the correct and total amount of Claim

10424 is $19,602.00, which Claim is hereby allowed as a fully secured claim in the amount of

$19,602.00.

3.      **Payment of Claim 10424.**  Payment of Claim 10424 will be made by Arch drawing

from the Letter of Credit. Claim 10424 will not otherwise receive any distribution from the Plan

Administrator.

4.      **Disallowed Claim 10291.** Claim 10291 shall be disallowed and shall receive no

distribution from the Plan Administrator.

5.      **Resolution of Claims.**  This Stipulation resolves Claim 10424 and Claim 10291,

as well as claims as between the parties related to Bond Nos. SU1168134, SU1168141, and

SU1168136. The Parties acknowledge and agree that the Stipulation shall neither have effect on

their rights, obligations, and defenses, if any, in connection with Bond No. SU1168142, nor with

respect to the Indemnity Agreement and the Letter of Credit (and the proceeds thereof, to the extent

not previously returned to the Wind-Down Debtors) as they may relate to Bond No. SU1168142.

6.      **Adjustment of Claims Register.**  The Plan Administrator and his agents and any

third parties are authorized and shall take all actions necessary to effectuate the relief provided by

this Stipulation. Kroll Restructuring Administration, LLC is authorized to adjust the official claims

(Page 6)

Debtors:          20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.:         23-13359 (VFP)
Caption of Order: Stipulation and Consent Order on Claims 10424 and 10291 of Arch
                  Insurance Company

register to reflect the disposition of Claim 10424 and Claim 10291 referenced in this Stipulation

without any further order from the Court or action by the parties.

7.    **Successors and Assigns.**  This Stipulation shall be binding upon and inure to the

benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate

representatives.

8.    **Authority.**  Each of the Parties hereto represents and warrants it is duly authorized

to enter into and be bound by this Stipulation.

9.    **Enforceability.**  The terms and conditions of this Stipulation shall be immediately

effective and enforceable upon entry of this Stipulation and Consent Order by the Court.

10.    **Amendment.**  This Stipulation shall not be modified, altered, amended or vacated

without the written consent of all Parties or an order of the Bankruptcy Court.

11.    **Retention of Jurisdiction.**  The Bankruptcy Court retains exclusive jurisdiction to

resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

(Page 7)
Debtors:    20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et. al.*
Case No.:    23-13359 (VFP)
Caption of Order:  Stipulation and Consent Order on Claims 10424 and 10291 of Arch
Insurance Company

12.    **Attorneys' Fees and Costs.**  Each party shall bear its own fees and costs in connection with the Stipulation to date.

**AKERMAN LLP**

By: /s/ *Steven R. Wirth*
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Peter O. Larsen, Esq.
Email: peter.larsen@akerman.com
Raye C. Elliott, Esq.
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for the Plan Administrator*

**CHIESA SHAHINIAN & GIANTOMASI PC**

By: /s/ *Brian Kantar*
Brian Kantar, Esq.
Email: bkantar@csglaw.com
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2112
Facsimile: (973) 530-2312

*Counsel for Arch Insurance Company*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-13359-VFP

Bed Bath & Beyond Inc.                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                    Page 1 of 34

Date Rcvd: Jul 17, 2026                  Form ID: pdf903                            Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, NJ 07083-8107 |
| aty | + | Casey McGushin, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Jacob E. Black, Kirkland and Ellis LLP,, 3101 Old Jacksonville Road, Springfield, IL 62704-6488 |
| aty | + | Max M Freedman, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Jul 17 2026 21:49:13 | Charles B. Sterrett, Kirkland & Ellis, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ MEBN | Jul 17 2026 21:48:04 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jul 17 2026 21:45:46 | Emily E. Geier, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jul 17 2026 21:49:05 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jul 17 2026 21:49:17 | Michael A. Sloman, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jul 17 2026 21:49:07 | Noah Z. Sosnick, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jul 17 2026 21:49:19 | Olivia F. Acuna, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jul 17 2026 21:49:11 | Richard U.S. Howell, P.C, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-3406 |
| aty | ^ MEBN | Jul 17 2026 21:49:06 | Ross Fiedler, Kirklnd & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-2                              User: admin                                         Page 2 of 34

Date Rcvd: Jul 17, 2026                          Form ID: pdf903                                     Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Jeff Ifrah | on behalf of Interested Party Federal Insurance Company jeff@ifrahlaw.com |
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Aaron R. Cahn | on behalf of Creditor The Bank of New York Mellon cahn@clm.com  CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Creditor CR Mount Pleasant  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor CR West Ashley  LLC aaron.applebaum@us.dlapiper.com, aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Interested Party WM Sunset & Vine LLC aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Interested Party Continental Realty Corporation aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Aaron S. Applebaum | on behalf of Creditor Ridgeport Limited Partnership aaron.applebaum@us.dlapiper.com aaron--applebaum--3547@ecf.pacerpro.com |
| Adam J Ruttenberg | on behalf of Defendant Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Adam J Ruttenberg | on behalf of Creditor Columbus Trading-Partners USA Inc. aruttenberg@beaconlawgroup.com |
| Agostino Angelo Zammiello | on behalf of Defendant Keurig Green Mountain  Inc. azammiello@foxrothschild.com |
| Alan F. Kaufman | on behalf of Defendant East Coast/West Coast Logistics  LLC alan.kaufman@nelsonmullins.com, crystal.revelle@nelsonmullins.com |
| Alan J. Brody | on behalf of Defendant Corvel Enterprise Comp  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor JPMorgan Chase Bank N.A. brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Alan J. Brody | on behalf of Creditor Alexander's Rego Shopping Center  Inc. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alan Stuart Maza | on behalf of Interested Party Securites and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Albert Anthony Ciardi, III | on behalf of Creditor The Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Anna Mscisz Trust aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Rainier Colony Place Acquisitions  LLC aciardi@ciardilaw.com, |

District/off: 0312-2                       User: admin                                    Page 3 of 34

Date Rcvd: Jul 17, 2026                    Form ID: pdf903                          Total Noticed: 13

sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Alexander F. Barth
                    on behalf of Creditor The Chen Liu and Shu Fen Lie Revocable Trust abarth@cohenseglias.com

Alexandria Nikolinos
                    on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Alexis R. Gambale
                    on behalf of Interested Party Kaz Canada  Inc. agambale@pashmanstein.com

Alexis R. Gambale
                    on behalf of Interested Party Helen of Troy L.P. agambale@pashmanstein.com

Alexis R. Gambale
                    on behalf of Interested Party Kaz USA  Inc. agambale@pashmanstein.com

Alexis R. Gambale
                    on behalf of Interested Party OXO International Ltd. agambale@pashmanstein.com

Allen J Barkin
                    on behalf of Creditor LOGIXAL INC. abarkin@sbmesq.com  sandyr@sbmesq.com

Allen Joseph Underwood, II
                    on behalf of Creditor 12535 SE 82nd AVE LLC AUnderwood@barclaydamon.com

Allison J. Arotsky
                    on behalf of Defendant Scentsible  LLC aarotsky@moritthock.com

Allison J. Arotsky
                    on behalf of Defendant Raymond Accounts Management  Inc. aarotsky@moritthock.com

Amy Elizabeth Vulpio
                    on behalf of Creditor Google LLC avulpio@stradley.com

Amy Elizabeth Vulpio
                    on behalf of Creditor Salesforce.com  inc. avulpio@stradley.com

Andrew Braunstein
                    on behalf of Creditor Commission Junction LLC andrew.braunstein@troutman.com

Andrew B. Still
                    on behalf of Defendant Baby Trend  Inc. astill@swlaw.com, kcollins@swlaw.com

Andy Winchell
                    on behalf of Creditor Dong Koo Kim and Jong Ok Kim  Trustees of the Dong Koo Kim and Jong Ok Kim Family Trust, dated
                    October 18, 1996 andy@winchlaw.com,
                    awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell
                    on behalf of Creditor River Park Properties II  LP andy@winchlaw.com,
                    awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Angela L Mastrangelo
                    on behalf of Interested Party CTC Phase II  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
                    on behalf of Interested Party Valley Square I  L.P. mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Angela L Mastrangelo
                    on behalf of Interested Party Christiana Town Center  LLC mastrangelo@bk-legal.com, bhoffmann@bk-legal.com

Anna Brook
                    on behalf of Defendant T-Mobile USA  Inc, abrook@cm.law

Anna Brook
                    on behalf of Counter-Claimant T-Mobile USA  Inc, abrook@cm.law

Anne Smith
                    on behalf of Creditor TF Cornerstone Inc. asmith@beckerglynn.com  aostrow@beckerglynn.com

Anne Smith
                    on behalf of Creditor 200-220 West 26 LLC asmith@beckerglynn.com  aostrow@beckerglynn.com

Anthony Sodono, III
                    on behalf of Creditor Salmar Properties  LLC asodono@msbnj.com

Anthony Sodono, III
                    on behalf of Mediator Anthony Sodono  III, Esq. (Mediator) asodono@msbnj.com

Arthur Abramowitz
                    on behalf of Other Prof. Golf & Tennis Pro Shops  Inc. (d/b/a/ PGA TOUR Superstore) aabramowitz@shermansilverstein.com,
                    jbaugh@shermansilverstein.com

District/off: 0312-2  User: admin  Page 4 of 34
Date Rcvd: Jul 17, 2026  Form ID: pdf903  Total Noticed: 13

Barbra Rachel Parlin
on behalf of Creditor ALTO Northpoint LP barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Barry J. Roy
on behalf of Defendant Storflex Holdings Inc. broy@rltlawfirm.com, rgaydos@rltlawfirm.com;nmarotta@rltlawfirm.com

Barry Scott Miller
on behalf of Creditor English Tea Shop USA Corp. bmiller@barrysmilleresq.com miller.barryb119091@notify.bestcase.com

Beth E Levine
on behalf of Creditor Committee Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Bradford J. Sandler
on behalf of Other Prof. Michael Goldberg bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Other Prof. Plan Administrator bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Creditor Committee Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1 Inc. f/k/a Bed Bath & Beyond, Inc. bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Brendan Scott
on behalf of Creditor Dream on Me Industries Inc. bscott@klestadt.com

Brett D. Goodman
on behalf of Creditor CFH Realty III/Sunset Valley L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Conroe Marketplace S.C. L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Tukwila L.P. bgoodman@polsinelli.com nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KSI Cary 483 LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Brandon 011 LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Bridgewater 573 LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Soncy L.P. bgoodman@polsinelli.com nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor C T Center S.C. LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Kimco Riverview LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Flagler S.C. LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Chico Crossroads L.P. bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Airport Plaza LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Kimco Realty OP LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Redfield Promenade LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor WRI/Raleigh L.P. bgoodman@polsinelli.com nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Franklin Park S.C. LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR MONTGOMERY 049 LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor KIR Pasadena II L.P. bgoodman@polsinelli.com nydocketing@polsinelli.com

District/off: 0312-2                                    User: admin                                            Page 5 of 34
Date Rcvd: Jul 17, 2026                              Form ID: pdf903                                      Total Noticed: 13

Brett D. Goodman
on behalf of Creditor Weingarten Nostat  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Talisman Towson Limited Partnership bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Mooresville Crossing  LP bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor WRI Mueller  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor PL Dulles LLC bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor Price/Baybrook Ltd. bgoodman@polsinelli.com  nydocketing@polsinelli.com

Brett D. Goodman
on behalf of Creditor WRI-URS South Hill  LLC bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett S. Moore
on behalf of Creditor Englewood Construction  Inc. bsmoore@pbnlaw.com,
pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com

Brian Moore
on behalf of Defendant Simply Mommy LLC bmoore@teamtogut.com  aglaubach@teamtogut.com;dperson@teamtogut.com

Brian Morgan
on behalf of Creditor UG2 Solon OH  LP brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor PRW Urban Renewal 1 LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor Prologis brian.morgan@faegredrinker.com  cathy.greer@faegredrinker.com

Brian Morgan
on behalf of Creditor Prologis USLF NV II  LLC brian.morgan@faegredrinker.com, cathy.greer@faegredrinker.com

Brian I. Kantar
on behalf of Creditor Arch Insurance Company bkantar@csglaw.com

Brian J. Jackiw
on behalf of Interested Party World Distribution Services LLC brian.jackiw@tuckerellis.com  christine.cassidy@tuckerellis.com

Brigette G McGrath
on behalf of Counter-Defendant Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath
on behalf of Plaintiff Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath
on behalf of Plaintiff Goldberg Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigette G McGrath
on behalf of Other Prof. Michael Goldberg bmcgrath@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;vweber@askllp.com

Brigid K Ndege
on behalf of Creditor Ben Rosenzweig brigid.ndege@bclplaw.com  brigid-ndege-4743@ecf.pacerpro.com

Brittany B Falabella
on behalf of Creditor The Brink's Company bfalabella@hirschlerlaw.com  rhenderson@hirschlerlaw.com

Candice Marie Carson
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. candice.carson@vkhh.com

Carol L. Knowlton
on behalf of Creditor TFP Limited cknowlton@gorskiknowlton.com

Catherine E Youngman
on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, aedwards@foxrothschild.com

Catherine E. Youngman
on behalf of Creditor Keurig Green Mountain  Inc. cyoungman@foxrothschild.com, cbrown@foxrothschild.com

Christie Rita McGuinness
on behalf of Creditor Mark Tritton christie.mcguinness@saul.com

District/off: 0312-2                                    User: admin                                         Page 6 of 34
Date Rcvd: Jul 17, 2026                              Form ID: pdf903                                Total Noticed: 13

Christopher Perez
on behalf of Unknown Role Type Luse Akdemir cp@hannaperez.com

Christopher D Loizides
on behalf of Creditor Laura Alevy loizides@loizides.com lisa.peters@kutakrock.com

Christopher D Loizides
on behalf of Creditor David Alevy loizides@loizides.com lisa.peters@kutakrock.com

Christopher D Loizides
on behalf of Interested Party NORTHWOODS III (SAN ANTONIO) LLC loizides@loizides.com, lisa.peters@kutakrock.com

Christopher P. Anton
on behalf of Defendant Caliber Americas LLC canton@fbtgibbons.com

Clayton Daniel Harvey
on behalf of Creditor Federal Heath Sign Company LLC clayton.harvey@faegredrinker.com

Colin R. Robinson
on behalf of Other Prof. Plan Administrator robinson@lrclaw.com kittinger@lrclaw.com

Colin R. Robinson
on behalf of Creditor Committee Official Committee Of Unsecured Creditors robinson@lrclaw.com kittinger@lrclaw.com

Colin R. Robinson
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1 Inc. f/k/a Bed Bath & Beyond, Inc.
robinson@lrclaw.com, kittinger@lrclaw.com

Colin R. Robinson
on behalf of Plaintiff Michael Goldberg robinson@lrclaw.com kittinger@lrclaw.com

Colleen Thomas
on behalf of Creditor Continental Web Press Inc. colleen@cgtlaw.com

Conrad K. Chiu
on behalf of Transferee Evolution Credit Opportunity Master Fund II-B L.P. cchiu@pryorcashman.com

Courtney Brown
on behalf of Creditor CMR Limited Partnership cmbrown@vedderprice.com
ecfnydocket@vedderprice.com,courtney-brown-3667@ecf.pacerpro.com

Courtney A. Schael
on behalf of Creditor ShopperTrak RCT LLC cschael@ashfordnjlaw.com mrogers@ashfordnjlaw.com

Courtney G. Schroeder
on behalf of Creditor Carla Cox Smith cschroeder@ghclaw.com

Craig G. Margulies
on behalf of Defendant Capital Brands Distribution LLC craig@marguliesfaithlaw.com,
vicky@marguliesfaithlaw.com,angela@marguliesfaithlaw.com,amber@marguliesfaithlaw.com,drew@marguliesfaithlaw.com

Dana Lee Robbins-Boehner
on behalf of Creditor DS Properties 18 LP drobbins@burr.com mguerra@burr.com

Dana Lee Robbins-Boehner
on behalf of Creditor SF WH Property Owner LLC drobbins@burr.com mguerra@burr.com

Dana S. Plon
on behalf of Creditor Riverhead Centre Owners LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Simsbury Commons LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Middletown Shopping Center I L.P. dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor ML-MJW Port Chester SC Owner LLC dplon@sirlinlaw.com

Daniel Brogan
on behalf of Creditor MSC Mediterranean Shipping Company SA dbrogan@bayardlaw.com rhudson@bayardlaw.com

Daniel Stolz
on behalf of Interested Party Ad Hoc Committee of Bondholders daniel.stolz@stevenslee.com
daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com

Daniel Stolz
on behalf of Creditor Unsecured Noteholders Group daniel.stolz@stevenslee.com
daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com

Daniel M Pereira
on behalf of Creditor ChannelAdvisor Corp. dpereira@stradley.com

Daniel M Pereira

on behalf of Creditor Commerce Technologies LLC dpereira@stradley.com

Daniel N. Zinman

on behalf of Creditor W.B.P. Central Associates  LLC dzinman@kandfllp.com,
foreclosure@kandfllp.com;jgladstone@kandfllp.com

Daniel R. Utain

on behalf of Creditor Newtown/Bucks Associates  L.P. dutain@kaplaw.com, llapenna@kaplaw.com

David Edelberg

on behalf of Defendant Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Creditor County of Placer dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Unknown Role Type Safavieh Intl LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Attorney DC USA Operating Co. LLC dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Defendant SwiftWin Solutions  LLC dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

David Graff

on behalf of Creditor Telegraph Marketplace Partners II  LLC dgraff@graffsilversteinllp.com

David Pizzica

on behalf of Creditor Joseph Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Creditor Penelope Duczkowski dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Pizzica

on behalf of Debtor Bed Bath & Beyond Inc. dpizzica@pansinilaw.com  vstafford@pansinilaw.com

David Schiefelbein

on behalf of Other Prof. Michael Goldberg dschiefelbein@mckoolsmith.com

David B Wheeler

on behalf of Creditor Dominion Energy South Carolina davidwheeler@mvalaw.com

David G. Gharkhany

on behalf of Defendant Demar Logistics Inc. dgharkhany@fbtlaw.com

David H. Pikus

on behalf of Creditor Acxiom LLC dpikus@bressler.com

David H. Stein

on behalf of Creditor Enid Two  LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein

on behalf of Unknown Role Type Victoria Foster dstein@wilentz.com  ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein

on behalf of Creditor Levtex  LLC dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein

on behalf of Unknown Role Type Alfred Zeve dstein@wilentz.com  ciarkowski@wilentz.com;abroome@wilentz.com

David H. Stein

on behalf of Unknown Role Type Bexar County Appraisal District dstein@wilentz.com
ciarkowski@wilentz.com;abroome@wilentz.com

David L. Bruck

on behalf of Creditor Brothers International Holding Corporation and Almaden Plaza Shopping Center Inc.
dbruck@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Almaden Plaza Shopping Center  Inc. dbruck@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Chase Green Mountain LP dbruck@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Chenal Place Properties LLC dbruck@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Triple B Mission Viejo LLC dbruck@greenbaumlaw.com

David M. Bass

on behalf of Debtor Bed Bath & Beyond Inc. dbass@coleschotz.com

fpisano@coleschotz.com;tdumbroff@coleschotz.com;svc_courtalert@coleschotz.com

David P. Primack
on behalf of Creditor GKT Shoppes at Legacy Park dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Wedgewood Hills  Inc. dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor MCS-Lancaster DE LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Paxton Towne Center Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Coral North  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Biscayne  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor The Shoppes at Wilton  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Grand Mesa Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Epps Bridge Centre Property Co  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Mountain View Plaza  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor THF/MRP Tiger Town  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Monroe Louisiana 2 LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor GKT Gallatin Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG-Manchester Highland dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor SLO Promenade DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Carson Valley Center  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Shreve Center DE LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Logan Town Centre LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor THF Harrisonburg Crossing  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Manhattan Marketplace SC LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Woodmen Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack
on behalf of Creditor Dreamland Shopping Center dprimack@mgmlaw.com  scarney@mdmc-law.com

David S. Catuogno
on behalf of Creditor Cartus Corporation david.catuogno@klgates.com

Dean Oswald
on behalf of Creditor DPEG Fountains  LP doswald@olshanlaw.com, d@olshanlaw.com

Derek J. Baker
on behalf of Creditor Cherry Hill Retail Partners  LLC dbaker@reedsmith.com

Diana Katz Gerstel
on behalf of Interested Party World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

Diana Katz Gerstel
on behalf of Defendant World Distribution Services LLC diana.gerstel@tuckerellis.com  sheri.rigas@tuckerellis.com

District/off: 0312-2                                    User: admin                                    Page 9 of 34
Date Rcvd: Jul 17, 2026                                Form ID: pdf903                               Total Noticed: 13

Diane Sanders
                    on behalf of Creditor VICTORIA COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor CAMERON COUNTY austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Diane Sanders
                    on behalf of Creditor San Marcos CISD austin.bankruptcy@lgbs.com

Don Stecker
                    on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com  don.stecker@ecf.courtdrive.com

Don Stecker
                    on behalf of Creditor City of El Paso sanantonio.bankruptcy@lgbs.com  don.stecker@ecf.courtdrive.com

Don A. Beskrone
                    on behalf of Defendant Retail Zipline  Inc. DBeskrone@ashbygeddes.com,
                    rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
                    eddes.com

Don A. Beskrone
                    on behalf of Creditor RetailMeNot  Inc. DBeskrone@ashbygeddes.com,
                    rpalacio@ashbygeddes.com;gtaylor@ashbygeddes.com;adellose@ashbygeddes.com;kjones@ashbygeddes.com;bkeenan@ashbyg
                    eddes.com

Donald F. Campbell, Jr.
                    on behalf of Creditor Beverly Parrish dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                    on behalf of Creditor Carla Cox Smith dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Douglas G. Leney
                    on behalf of Defendant Securitas Electronic Security  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas J. McGill
                    on behalf of Creditor Ak-Sr-Ben Village  L.L.C. dmcgill@webbermcgill.com

Douglas T Tabachnik
                    on behalf of Creditor Panama City Beach Venture II dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Park West Village Phase I dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Hanes M. Owner  LLC and Hanes Z. Owner, LLC, Joint Tenants dtabachnik@dttlaw.com,
                    rdalba@dttlaw.com

Douglas T Tabachnik
                    on behalf of Creditor Casto-Oakbridge Venture  Ltd dtabachnik@dttlaw.com, rdalba@dttlaw.com

Drew S. McGehrin
                    on behalf of Creditor NP New Castle  LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Drew S. McGehrin
                    on behalf of Defendant NP New Castle  LLC dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Edet David Nsemo
                    on behalf of Interested Party World Distribution Services LLC edet.nsemo@tuckerellis.com

Edmond P O'Brien
                    on behalf of Creditor RXR 620 Master Lessee LLC eobrien@kuckermarino.com  jrich@cszlaw.com

Edward A. Corma
                    on behalf of Plaintiff Michael Goldberg ecorma@pszjlaw.com

Edward A. Corma
                    on behalf of Other Prof. Plan Administrator ecorma@pszjlaw.com

Edward Nathan Vaisman
                    on behalf of Creditor John Mark Mckinzie vaismanlaw@gmail.com  Vaisman.EdwardB128387@notify.bestcase.com

Ellen M. McDowell
                    on behalf of Creditor Avalara  Inc. emcdowell@mcdowelllegal.com,
                    kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd

District/off: 0312-2                          User: admin                                    Page 10 of 34

Date Rcvd: Jul 17, 2026                       Form ID: pdf903                              Total Noticed: 13

owelllegal.com;r62202@notify.bestcase.com;McDowellER62202@notify.bestcas

Elliot D. Ostrove

   on behalf of Creditor Iris Software  Inc. e.ostrove@epsteinostrove.com

Elyssa Kates

   on behalf of Creditor Zero Technologies  LLC ekates@bakerlaw.com

Elyssa Kates

   on behalf of Defendant Zero Technologies  LLC ekates@bakerlaw.com

Emily K. McClure

   on behalf of Defendant Internal Revenue Service emily.k.mcclure@usdoj.gov
eastern.taxcivil@usdoj.gov;jennifer.d.auchterlonie@usdoj.gov

Eric Horn

   on behalf of Creditor Leonard Feinstein ehorn@aystrauss.com  mtjohnston@aystrauss.com

Eric Horn

   on behalf of Defendant MagicLinks  Inc. ehorn@aystrauss.com, mtjohnston@aystrauss.com

Eric Horn

   on behalf of Creditor Warren Eisenberg ehorn@aystrauss.com  mtjohnston@aystrauss.com

Eric S. Chafetz

   on behalf of Interested Party Pagosa Partners III  Ltd. echafetz@lowenstein.com, elawler@lowenstein.com

Eric S. Chafetz

   on behalf of Interested Party CPT Arlington Highlands 1  LP echafetz@lowenstein.com, elawler@lowenstein.com

Ericka Fredricks Johnson

   on behalf of Interested Party Burlington Stores  Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com

Ericka Fredricks Johnson

   on behalf of Defendant Spectrum Brands  Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com

Erin Teske

   on behalf of Creditor SRK Lady Lake 21 SPE  LLC eteske@csglaw.com

Erin Teske

   on behalf of Creditor Benchmark-Clarence Associates  LLC eteske@csglaw.com

Evan J. Zucker

   on behalf of Creditor 1019 Central Avenue Corp. evan.zucker@blankrome.com
nybankruptcydocketing@blankrome.com;evan-zucker-9780@ecf.pacerpro.com

Fabian Marriott

   on behalf of Defendant Schindler Elevator Corporation fmarriott@walsh.law

Faye C Rasch

   on behalf of Creditor SHI Owner  LLC faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com

Felice R. Yudkin

   on behalf of Debtor Bed Bath & Beyond Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com;svc_courtalert@coleschotz.com

Fernand L Laudumiey, IV

   on behalf of Creditor Richards Clearview  LLC laudumiey@chaffe.com

Fran B. Steele

   on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Francis J. Ballak

   on behalf of Creditor Phyllis Eichner francis@gmslaw.com

Frank F. Velocci

   on behalf of Creditor Prologis USLF NV II  LLC frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Frank F. Velocci

   on behalf of Creditor Prologis frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Geoffrey Edward Lynott

   on behalf of Defendant Verizon Business Network Services LLC glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott

   on behalf of Defendant Cellco Partnership glynott@mccarter.com  lrestivo@mccarter.com

Geoffrey Edward Lynott

   on behalf of Creditor Verizon Entities glynott@mccarter.com  lrestivo@mccarter.com

Gregory Pesce

   on behalf of Interested Party Michael's Stores  Inc. gregory.pesce@whitecase.com, mco@whitecase.com

Gregory Plotko

District/off: 0312-2                                    User: admin                                    Page 11 of 34

Date Rcvd: Jul 17, 2026                             Form ID: pdf903                             Total Noticed: 13

on behalf of Interested Party Infor (US)  LLC gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Defendant Miele  Incorporated gplotko@btlaw.com, mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Defendant Miele Limited gplotko@btlaw.com  mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Defendant Britax Child Safety  Inc., gplotko@btlaw.com,
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory S. Kinoian

on behalf of Interested Party Ad Hoc Committee of Bondholders gkinoian@genovaburns.com

Gregory W. Hauswirth

on behalf of Defendant Thorley Industries LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Poly-Wood  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Gourmet Settings Inc. ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant M Design Village  LLC ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant The Haddad Apparel Group  Ltd. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant Versant Funding LLC ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Gregory W. Hauswirth

on behalf of Defendant St. Onge Company ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Howard Schub

on behalf of Defendant Data Networks of America  Inc. howard.schub@nelsonmullins.com, kathy.yurieff@nelsonmullins.com

Ilana Volkov

on behalf of Interested Party Dewar Capital  LLC ivolkov@mcgrailbensinger.com

Ira Deiches

on behalf of Defendant Furniture Store Express  Inc. iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com

J. Alexandra Rhim

on behalf of Creditor Realty Income Corporation arhim@laklawyers.com

Jack Shrum

on behalf of Creditor Baby Trend  Inc. jshrum@jshrumlaw.com

Jack Shrum

on behalf of Defendant Baby Trend  Inc. jshrum@jshrumlaw.com

Jaclyn Dopke

on behalf of Creditor Federated Service Solutions c/o Jaclyn Scarduzio Dopke jdopke@fleischerlaw.com
fleischercases@fleischerlaw.com

James McCartney

on behalf of Creditor Caparra Center Associates LLC jmccartney@callahanfusco.com

James Suozzo

on behalf of Interested Party 250 Hudson Street  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;colin.baker@rivkin.com

James Suozzo

on behalf of Interested Party Case Snow Management  LLC james.suozzo@rivkin.com,
matthew.spero@rivkin.com;stuart.gordon@rivkin.com;colin.baker@rivkin.com

James C Vandermark

on behalf of Creditor Google LLC vandermarkj@whiteandwilliams.com  vandermark.jamesr106165@notify.bestcase.com

James C Vandermark

on behalf of Creditor Salesforce.com  inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C. Thoman

District/off: 0312-2                                    User: admin                                    Page 12 of 34

Date Rcvd: Jul 17, 2026                              Form ID: pdf903                              Total Noticed: 13

on behalf of Creditor Benchmark-Clarence Associates  LLC jthoman@hodgsonruss.com,
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James C. Thoman

on behalf of Creditor SRK Lady Lake 21 SPE  LLC jthoman@hodgsonruss.com,
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com;courtmail@hodgsonruss.com

James Frederick Lorusso

on behalf of Creditor Joseph Duczkowski florusso@pansinilaw.com

James Frederick Lorusso

on behalf of Creditor Penelope Duczkowski florusso@pansinilaw.com

James P Chou

on behalf of Counter-Claimant Mara Sirhal james.chou@saul.com

James P Chou

on behalf of Creditor Mark Tritton james.chou@saul.com

James S. Carr

on behalf of Creditor Ryder Integrated Logistics  Inc.
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu

on behalf of Creditor CA 5-15 West 125th LLC jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

James S. Yu

on behalf of Creditor 36 Monmouth Plaza jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff

on behalf of Creditor Mode Transportation  Inc. jnimeroff@snbhlaw.com, cjones@bmnlawyers.com

Jami B. Nimeroff

on behalf of Creditor Waldorf Shoppers' World  LLC jnimeroff@snbhlaw.com, cjones@bmnlawyers.com

Jason Louis Libou

on behalf of Defendant Children's Products LLC jlibou@wmllp.com

Jason Louis Libou

on behalf of Defendant Delta Enterprise Corp. jlibou@wmllp.com

Jaspreet S. Mayall

on behalf of Creditor 3600 Long Beach Road  LLC ,
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jaspreet S. Mayall

on behalf of Creditor Serota Islip NC LLC
jmayall@certilmanbalin.com;rnosek@certilmanbalin.com;afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Jay B. Solomon

on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

Jay L. Lubetkin

on behalf of Creditor Mad River Development LLC jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com

Jeffrey Bernstein

on behalf of Creditor HRTC 1 LLC jbernstein@mdmc-law.com  eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Bernstein

on behalf of Defendant New Jersey Economic Development Authority jbernstein@mdmc-law.com
eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey Chubak

on behalf of Defendant SodaStream USA Inc. jchubak@aminillc.com  aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Defendant Experian Holdings  Inc. jchubak@aminillc.com,
aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Kurtzman

on behalf of Creditor Tamarack Village Shopping Center  A Limited Partnership kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Water Tower Square Associates kurtzman@kurtzmansteady.com

Jeffrey Ruderman

on behalf of Creditor RXR 620 Master Lessee LLC jruderman@cszlaw.com

Jeffrey A. Cooper

on behalf of Defendant IEnjoy LLC jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey A. Lester

on behalf of Interested Party Western Carriers  Inc. jlester@bllaw.com

District/off: 0312-2                          User: admin                                    Page 13 of 34
Date Rcvd: Jul 17, 2026                       Form ID: pdf903                                Total Noticed: 13

Jeffrey A. Rosenthal
                    on behalf of Interested Party Laura Crossen jrosenthal@cgsh.com

Jeffrey A. Rosenthal
                    on behalf of Interested Party Joshua Schechter jrosenthal@cgsh.com

Jeffrey A. Rosenthal
                    on behalf of Interested Party Andrea Weiss jrosenthal@cgsh.com

Jeffrey A. Rosenthal
                    on behalf of Interested Party Susie Kim jrosenthal@cgsh.com

Jeffrey A. Rosenthal
                    on behalf of Interested Party Sue Gove jrosenthal@cgsh.com

Jeffrey A. Rosenthal
                    on behalf of Interested Party Harriet Edelman jrosenthal@cgsh.com

Jeffrey A. Rosenthal
                    on behalf of Interested Party Janet Barth jrosenthal@cgsh.com

Jeffrey A. Rosenthal
                    on behalf of Interested Party Estate of Gustavo Arnal jrosenthal@cgsh.com

Jeffrey C. Wisler
                    on behalf of Creditor IRC Prairie Crossings  L.L.C. jwisler@connollygallagher.com

Jeffrey C. Wisler
                    on behalf of Creditor IRC Woodfield Plaza  L.L.C. jwisler@connollygallagher.com

Jeremy M. Campana
                    on behalf of Creditor InterDesign  Inc. jeremy.campana@thompsonhine.com, ECFDocket@thompsonhine.com

Jeremy M. Campana
                    on behalf of Creditor IMI Huntsville LLC a/k/a Bridge Street Town Centre jeremy.campana@thompsonhine.com
                    ECFDocket@thompsonhine.com

Jerrold S. Kulback
                    on behalf of Creditor HCL Technologies Limited jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
                    on behalf of Creditor Hingham Launch Property  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
                    on behalf of Creditor CP Venture Five - AV  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jesse M. Harris
                    on behalf of Creditor Microsoft Corporation jesseharris@foxrothschild.com

Jessica Deborah Mikhailevich
                    on behalf of Interested Party NPMC Retail  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
                    on behalf of Interested Party B. Riley Retail Solutions  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
                    on behalf of Interested Party Tiger Capital Group  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
                    on behalf of Other Prof. Hilco Merchant Resources  LLC and Gordon Brothers Retail Partners, LLC
                    jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
                    on behalf of Interested Party Ollie's Bargain Outlet  Inc. jessica.mikhailevich@troutman.com, wlbank@troutman.com

Jessica Deborah Mikhailevich
                    on behalf of Interested Party Gordon Brothers Retail Partners  LLC jessica.mikhailevich@troutman.com, wlbank@troutman.com

John Greco
                    on behalf of Creditor Evergreen Shipping Agency (America) Corporation jgreco@bgev-law.com

John Greco
                    on behalf of Creditor Evergreen Line jgreco@bgev-law.com

John O'Boyle
                    on behalf of Creditor 101 & Scottsdale LLC joboyle@norgaardfirm.com,
                    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
                    124931@notify.bestcase.com

John C. Kilgannon
                    on behalf of Creditor Zadro Inc. john.kilgannon@stevenslee.com  constantine.pourakis@stevenslee.com

John David Folds

District/off: 0312-2                           User: admin                                    Page 14 of 34
Date Rcvd: Jul 17, 2026                        Form ID: pdf903                              Total Noticed: 13

on behalf of Creditor Bayer Development Company LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Hart TC I-III LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Hart Miracle Marketplace LLC dfolds@bakerdonelson.com

John David Folds

on behalf of Creditor Cobb Place Property LLC dfolds@bakerdonelson.com

John Kendrick Turner

on behalf of Creditor Smith County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Tom Green Cad john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Michael McDonnell

on behalf of Attorney John M. McDonnell Esq. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney Brian T. Crowley Esq. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney Richard J. Corbi Esquire jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Attorney Richard J. Corbi Esq. jmcdonnell@mchfirm.com

John Michael McDonnell

on behalf of Interested Party Taussig Risk Capital Advisors Inc. jmcdonnell@mchfirm.com

John S. Mairo

on behalf of Creditor County of Riverside jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor KMO-361 (Paramus) LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor County of Santa Clara jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor DFW Lewisville Partners GP jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor MLO Great South Bay LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor Northway Mall Properties Sub LLC jmairo@fbtgibbons.com, emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor Siegen Lane Properties LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor U.S. 41 & I-285 Company LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor DPEG Fountains LP jmairo@fbtgibbons.com, emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor Sama Plastics Corp. and Sama Wood LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor County of Fresno jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Creditor County of Los Angeles jmairo@fbtgibbons.com emunera@fbtgibbons.com

John S. Mairo

on behalf of Defendant Sunham Home Fashions LLC jmairo@fbtgibbons.com, emunera@fbtgibbons.com

John T. Carroll, III

on behalf of Defendant HMM (America) Inc. jcarroll@cozen.com,
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

John W. Weiss

on behalf of Interested Party Kaz Canada Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party Helen of Troy L.P. jweiss@pashmanstein.com gkarnick@pashmanstein.com

John W. Weiss

on behalf of Interested Party OXO International Ltd. jweiss@pashmanstein.com gkarnick@pashmanstein.com

District/off: 0312-2      User: admin      Page 15 of 34

Date Rcvd: Jul 17, 2026      Form ID: pdf903      Total Noticed: 13

John W. Weiss

on behalf of Interested Party Kaz USA  Inc. jweiss@pashmanstein.com, gkarnick@pashmanstein.com

Jonathan S. Bodner

on behalf of Creditor BV Waco Central Texas Marketplace  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Defendant International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor International Warehouse Group Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Defendant Westwood Design  Inc. jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor BVCV Union Plaza  LLC jbodner@bodnerlawpllc.com

Jonathan S. Bodner

on behalf of Creditor International Distribution Group LLC jbodner@bodnerlawpllc.com

Jordan Blask

on behalf of Creditor Cintas Corporation jblask@fbtgibbons.com  rmccartney@fbtlaw.com

Jordan Blask

on behalf of Creditor Tempur Sealy International  Inc. jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jordan Blask

on behalf of Defendant The Step2 Company  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jordan Blask

on behalf of Creditor WPG Legacy  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Jordan Blask

on behalf of Creditor Select Consolidated Management  LLC jblask@fbtgibbons.com, rmccartney@fbtlaw.com

Joseph A McCormick, Jr.

on behalf of Interested Party Blair Image Elements  Inc. jmccormick@mcdowelllegal.com,
djamison@mcdowelllegal.com;jmiller@mcdowelllegal.com;ppflumm@mcdowelllegal.com;krhodes@mcdowelllegal.com

Joseph Charles Barsalona, II

on behalf of Creditor Gartner  Inc. jbarsalona@pashmanstein.com, kbeilin@pashmanstein.com

Joseph Charles Barsalona, II

on behalf of Interested Party Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Securities Action Plaintiffs
jbarsalona@pashmanstein.com  kbeilin@pashmanstein.com

Joseph H Baldiga

on behalf of Creditor Running Hill SP  LLC jbaldiga@miricklaw.com

Joseph H. Lemkin

on behalf of Defendant Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Riskified Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Springfield Plaza Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Richards Clearview  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Rackspace Technology Global  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Drinkpod LLC jlemkin@stark-stark.com

Joseph M. Shapiro

on behalf of Defendant Michael William Giebe Sr. jshapiro@middlebrooksshapiro.com

Joshua Sussberg

on behalf of Debtor Bed Bath & Beyond Inc. jsussberg@kirkland.com
amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua S. Bauchner

on behalf of Creditor Texas Taxing Authorities hneumann@mblawfirm.com

District/off: 0312-2          User: admin          Page 16 of 34

Date Rcvd: Jul 17, 2026          Form ID: pdf903          Total Noticed: 13

Julia E Duffy

on behalf of Defendant Verifone  Inc. jduffy@carltonfields.com

Julie Anne Parsons

on behalf of Creditor Texas Taxing Authorities jparsons@mvbalaw.com  karla.alexander@mvbalaw.com

Justin M Gillman

on behalf of Defendant J. W. Logistics  LLC ecf@gillmancapone.com,
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kara E. Casteel

on behalf of Other Prof. Plan Administrator kcasteel@askllp.com
lmiskowiec@askllp.com;kbader@askllp.com;gunderdahl@askllp.com;agovze@askllp.com

Kate R. Buck

on behalf of Counter-Claimant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Kate R. Buck

on behalf of Defendant Broadspire Services  Inc. kbuck@mccarter.com, lrestivo@mccarter.com

Keith Murphy

on behalf of Defendant Garda CL Atlantic  Inc. kmurphy@bakerlaw.com

Kenneth A. Rosen

on behalf of Creditor Continental Web Press  Inc. ken@kenrosenadvisors.com, dclaussen@lowenstein.com

Kenneth L. Baum

on behalf of Creditor Forum Lone Star  L.P. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum

on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum

on behalf of Creditor Creekstone/Juban I  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth M Klemm

on behalf of Creditor Bayer Development Company  LLC kklemm@bakerdonelson.com

Kenneth M Klemm

on behalf of Creditor Cobb Place Property  LLC kklemm@bakerdonelson.com

Kenneth M Klemm

on behalf of Creditor Hart TC I-III  LLC kklemm@bakerdonelson.com

Kenneth M Klemm

on behalf of Creditor Hart Miracle Marketplace  LLC kklemm@bakerdonelson.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Realty Income Corporation kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin C Calhoun

on behalf of Creditor Oaklad County Treasurer kevin@lawyermich.com

Kevin M. Capuzzi

on behalf of Creditor PREP Home Retail-Oceanside LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Defendant Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor MSC Mediterranean Shipping Company SA kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor DoorDash  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Infosys McCamish Systems LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin S. Mann

on behalf of Defendant Concentric  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin S. Mann

District/off: 0312-2      User: admin      Page 17 of 34

Date Rcvd: Jul 17, 2026      Form ID: pdf903      Total Noticed: 13

on behalf of Creditor NP Royal Ridge LLC kmann@crosslaw.com smacdonald@crosslaw.com

Kevin S. Mann

on behalf of Interested Party Flexport Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin S. Mann

on behalf of Defendant OnPoint Capital LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kimberly J. Salomon

on behalf of Plaintiff Michael Goldberg ksalomon@askllp.com vweber@askllp.com

Kristen Peters Watson

on behalf of Creditor DS Properties 18 LP kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor Comenity Capital Bank kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor Seritage SRC Finance LLC kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kristen Peters Watson

on behalf of Creditor SF WH Property Owner LLC kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com

Kyle McEvilly

on behalf of Defendant Caliber Americas LLC kmcevilly@connellfoley.com

Lauren M. Macksoud

on behalf of Defendant Best Chairs Incorporated lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Lauren M. Macksoud

on behalf of Creditor Mishorim 255 LLC and Mishorim Gold Houston, LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Lauren Rebecca Jacoby

on behalf of Interested Party Kelly Burt-Deasy lrjacoby@hootenandjacobylaw.com

Lawrence J Hilton

on behalf of Creditor HRTC 1 LLC lhilton@onellp.com lthomas@onellp.com

Lee Squitieri

on behalf of Creditor Judith Cohen lee@sfclasslaw.com

Lee Squitieri

on behalf of Plaintiff Judith Cohen lee@sfclasslaw.com

Lee M. Tesser

on behalf of Defendant US Maintenance ltesser@tessercohen.com

Leslie Carol Heilman

on behalf of Creditor ARC ASANDSC001 LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor GA Cobblestone Village St. Augustine LLC HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Agua Mansa Commerce Phase I LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Defendant Maintenx International Service Management Group Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG FSBROWI001 LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor EDENS HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Deutsche Asset & Wealth Management HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Marketplace LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UBS Realty Investors  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 210 Development  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC BHT-VCMI001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor PF Portfolio 2  LP HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XII Magnolia  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Heitman HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 209-261 Junction Road Madison Investors  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARC CLORLFL001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor UE 675 Route 1 LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CVSC  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG PSALBNM001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ARG SAABITX001  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Urban Edge Properties  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GC Ambassador Courtyard  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Congressional Plaza Associates  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;brothmanb@ballardspahr.com;williamsone@ballardspahr.com

Lisa M. Solomon

on behalf of Attorney DC USA Operating Co. LLC lisa.solomon@att.net

Loren L. Speziale

on behalf of Creditor Township of Whitehall lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Maha Kabbash

on behalf of Counter-Claimant World Distribution Services LLC maha.kabbash@tuckerellis.com
Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash

on behalf of Interested Party World Distribution Services LLC maha.kabbash@tuckerellis.com
Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Maha Kabbash

on behalf of Defendant World Distribution Services LLC maha.kabbash@tuckerellis.com
Cheska.tolentino@tuckerellis.com;Sheri.rigas@tuckerellis.com;christine.cassidy@tuckerellis.com

Marcella M. Jayne

on behalf of Defendant Fridababy  LLC mjayne@foley.com, marcella-jayne-8977@ecf.pacerpro.com

Marianna Udem

on behalf of Plaintiff Michael Goldberg mudem@askllp.com
lmiskowiec@askllp.com;vmartinez@askllp.com;kcasteel@askllp.com

Mark Magnozzi

on behalf of Defendant Oracle America  Inc. mmagnozzi@magnozzilaw.com

Mark Minuti

on behalf of Interested Party Loja WTP  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Christopher Errico

on behalf of Interested Party Blue Yonder  Inc. mark.errico@squirepb.com,
maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.
com

Mark E. Hall

on behalf of Creditor Silvertown  Inc. mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark S. Lichtenstein

on behalf of Other Prof. Michael Goldberg mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Plaintiff Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Debtor Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Counter-Defendant Bed Bath & Beyond Inc. mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Mark S. Lichtenstein

on behalf of Other Prof. Plan Administrator mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com

Marshall Dworkin

on behalf of Creditor Studio City East 93K LLC Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Counter-Claimant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Unknown Role Type Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Defendant Mara Sirhal Marshall.Dworkin@saul.com

Marshall Dworkin

on behalf of Counter-Defendant Bed Bath & Beyond Inc. Marshall.Dworkin@saul.com

Martin A. Sosland

on behalf of Creditor Pittsburgh Hilton Head Associates L.P. martin.sosland@vkhh.com

Matthew E. Kaslow

on behalf of Creditor Willowbrook Town Center  LLC mkaslow@blankrome.com

Melissa A. Pena

on behalf of Creditor Overton Park Plaza Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Defendant Place Services Incorporated mapena@norris-law.com  pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor CSHV Woodlands  LP mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Rushmore Crossing  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor San Antonio Central Park Associates  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa E. Valdez

on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com

Meredith Mitnick

on behalf of Creditor SharkNinja Operating LLC mmitnick@goodwinlaw.com

Merrill M. O'Brien

on behalf of Creditor F3 Metalworx  Inc. obrien@obrienthornton.com, meg.ohayon@obrienthornton.com

District/off: 0312-2                              User: admin                                            Page 20 of 34

Date Rcvd: Jul 17, 2026                          Form ID: pdf903                                        Total Noticed: 13

Michael Korik
on behalf of Creditor JMCR Sherman  LP mkorik@gruenlaw.com

Michael Kwiatkowski
on behalf of Creditor Arizona Public Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The Cleveland Electric Illuminating Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Salt River Project mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Florida Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Energy Delivery New York mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Georgia Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Commonwealth Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The East Ohio Gas Company d/b/a Dominion Energy Ohio mkwiatkowski@moritthock.com
crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor NV Energy  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Narragansett Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor NStar Electric Company  Western Massachusetts mkwiatkowski@moritthock.com,
crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Colonial Gas Cape Cod mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com
crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor New York State Electric and Gas Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Toledo Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

District/off: 0312-2                          User: admin                                    Page 21 of 34

Date Rcvd: Jul 17, 2026                      Form ID: pdf903                              Total Noticed: 13

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tucson Electric Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor American Electric Power mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor UNS Gas  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Tampa Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Peoples Gas System  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Monongahela Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Potomac Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Energy Delivery Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas & Electric Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Eversource Gas of Massachusetts mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael B. Reynolds

on behalf of Defendant Baby Trend  Inc. mreynolds@swlaw.com, kcollins@swlaw.com

Michael D. Sirota

on behalf of Debtor Of a Kind  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Alamo Bed Bath & Beyond Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Greenbrook II  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Virginia Beach Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Value Services Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Plainview  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Franklin  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBYCF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Caldwell  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Westfield  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Rockaway  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Annapolis  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Bridgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor San Antonio Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Carlstadt  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Massapequa  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gallery Place L.L.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Manalapan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Gaithersburg Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor bed 'n bath Stores Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Arundel Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc

District/off: 0312-2                                          User: admin                                          Page 23 of 34
Date Rcvd: Jul 17, 2026                                   Form ID: pdf903                                   Total Noticed: 13

hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hanover  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Birmingham Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Paradise Valley Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Old Bridge  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Pittsford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Palm Desert Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lincoln Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Frederick  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed  Bath & Beyond of Manhattan, Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Fashion Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BWAO LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Overland Park Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor One Kings Lane LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Baton Rouge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

District/off: 0312-2                                    User: admin                                    Page 24 of 34

Date Rcvd: Jul 17, 2026                                Form ID: pdf903                                Total Noticed: 13

on behalf of Debtor BBBYTF LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Waldorf Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hartsdale  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Woodbridge Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Melville  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Decorist  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Newton  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Towson Inc msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Yonkers  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Davenport Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBBY Management Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Brentwood  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Knoxville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of East Hanover Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Edgewater Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Shrewsbury  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

District/off: 0312-2                                    User: admin                                    Page 25 of 34

Date Rcvd: Jul 17, 2026                              Form ID: pdf903                              Total Noticed: 13

Michael D. Sirota

on behalf of Debtor Harmon of Wayne Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Rockville Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Lexington Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Buy Buy Baby of Totowa Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Opry Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Hackensack Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Liberty Procurement Co. Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Rockford Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of California Limited Liability Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Totowa Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Chef C Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Springfield Buy Buy Baby Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Portland Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BBB Canada LP Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Falls Church Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Louisville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc

District/off: 0312-2                          User: admin                          Page 26 of 34

Date Rcvd: Jul 17, 2026                      Form ID: pdf903                      Total Noticed: 13

hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Bed Bath & Beyond of Mandeville Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Deerbrook Bed Bath & Beyond Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of New Rochelle  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harmon of Raritan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;amilliaressis@coleschotz.com;lmorton@colesc
hotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael R. Herz

on behalf of Interested Party Whitestone Eldorado Plaza LLC mherz@foxrothschild.com  aedwards@foxrothschild.com

Michael R. Herz

on behalf of Defendant RXO Corporate Solutions  LLC mherz@foxrothschild.com, aedwards@foxrothschild.com

Michael S Tucker

on behalf of Creditor U.S. 41 & I-285 Company LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor Siegen Lane Properties LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor KMO-361 (Paramus) LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor MLO Great South Bay LLC mtucker@ubglaw.com

Michael S Tucker

on behalf of Creditor Northway Mall Properties Sub  LLC mtucker@ubglaw.com

Mollie Margaret Lerew

on behalf of Creditor Texas Taxing Authorities mlerew@pbfcm.com

Monique Bair DiSabatino

on behalf of Creditor Town & Country (CA) Station L.P. mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor College Plaza Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Phillips Edison & Company mdisabatino@saul.com  robyn.warren@saul.com

Morgan Virginia Manley

on behalf of Creditor Federal Heath Sign Company LLC mmanley@sgrlaw.com  nyoecf@sgrlaw.com

Morgan Virginia Manley

on behalf of Defendant Federal Heath Sign Company  LLC mmanley@sgrlaw.com, nyoecf@sgrlaw.com

Morris J. Schlaf

on behalf of Creditor Eleni Zervos mschlaf@saccofillas.com  mschlaf@recap.email

Morris S. Bauer

on behalf of Other Prof. Sixth Street Specialty Lending  Inc. MSBauer@duanemorris.com,
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson

on behalf of Creditor Garfield-Southcenter  LLC nisaacson@greenbaumlaw.com

Naznen Rahman

on behalf of Interested Party Ad Hoc Committee of Bondholders nrahman@glennagre.com

Neil B. Friedman

on behalf of Interested Party Estate of Gustavo Arnal nfriedma@hodgsonruss.com

Nicholas C. Brown

on behalf of Other Prof. Plan Administrator nbrown@askllp.com

Nicole A. Leonard

on behalf of Creditor HRTC 1 LLC nleonard@mdmc-law.com  gbressler@mdmc-law.com

District/off: 0312-2                       User: admin                                    Page 27 of 34
Date Rcvd: Jul 17, 2026                    Form ID: pdf903                                 Total Noticed: 13

Nicole M. Nigrelli
on behalf of Creditor The Anna Mscisz Trust nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli
on behalf of Creditor Rainier Colony Place Acquisitions  LLC nnigrelli@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Owen M. Sonik
on behalf of Creditor Clear Creek Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Spring Branch Independent School Dist. osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Humble Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor Pasadena Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen M. Sonik
on behalf of Creditor City of Houston osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Patricia W Holden
on behalf of Defendant Foundations Worldwide  Inc. pholden@c-wlaw.com

Paul Rubin
on behalf of Creditor Regent Shopping Center Inc. prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Paul Rubin
on behalf of Creditor Castle Ridge Plaza LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Hans Schafhauser
on behalf of Creditor IKEA Property  Inc. schafhauserp@gtlaw.com,
paul-schafhauser--9519@ecf.pacerpro.com,hammers@gtlaw.com

Paul J. Winterhalter
on behalf of Creditor Saul Holdings  Limited Partnership pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter
on behalf of Creditor Simon Property Group pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul John Labov
on behalf of Other Prof. Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul John Labov
on behalf of Other Prof. Plan Administrator plabov@willkie.com  mao@willkie.com

Paul John Labov
on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc.
plabov@willkie.com, mao@willkie.com

Paul John Labov
on behalf of Plaintiff Michael Goldberg plabov@willkie.com  mao@willkie.com

Paul M. Rosenblatt
on behalf of Defendant Manhattan Associates  Inc. prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Paul S. Murphy
on behalf of Creditor Pittsburgh Hilton Head Associates L.P. paul.murphy@butlersnow.com
ecf.notices@butlersnow.com,kitty.logan@butlersnow.com

Paul Stadler Pflumm
on behalf of Creditor Sharmele Moore ppflumm@mcdowelllegal.com
kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;cgetz@mcd
owelllegal.com;Pflumm.PaulR62202@notify.bestcase.com;krhodes@mcdowelllegal.com

Paul W Carey
on behalf of Creditor Running Hill SP  LLC pcarey@miricklaw.com

Paul W Carey
on behalf of Creditor ISM Holdings  Inc. pcarey@miricklaw.com

Peter Lucca
on behalf of Interested Party California Franchise Tax Board pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Defendant Franchise Tax Board of the State of California pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Creditor California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Peter Lucca
on behalf of Defendant California Department of Tax and Fee Administration pj.lucca@doj.ca.gov  PJ.Lucca@doj.ca.gov

Philip William Allogramento
on behalf of Defendant Western Express  Inc. phil.allogramento@kennedyslaw.com, andrea.viera@kennedyslaw.com

Raye Curry Elliott
on behalf of Plaintiff Michael Goldberg raye.elliott@akerman.com  jennifer.meehan@akerman.com

Rebecca Starner
on behalf of Interested Party Safety Specialty Insurance Company rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Rebecca Starner
on behalf of Creditor CBL & Associates Management  Inc. rebecca.starner@huschblackwell.com,
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Rebecca Starner
on behalf of Interested Party Safety National Casualty Corporation rebecca.starner@huschblackwell.com
serena.gray@huschblackwell.com;rebecca-starner-2254@ecf.pacerpro.com

Richard Corbi
on behalf of Interested Party Taussig Risk Capital Advisors  Inc. rcorbi@corbilaw.com

Richard Solow
on behalf of Defendant Riskified  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard Solow
on behalf of Defendant C & T International Inc. rsolow@reedsmith.com  rich-solow-3519@ecf.pacerpro.com

Richard Solow
on behalf of Defendant OXO International  Inc. rsolow@reedsmith.com, rich-solow-3519@ecf.pacerpro.com

Richard D. Trenk
on behalf of Defendant IMC Companies  LLC rtrenk@trenkisabel.law,
rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard James Reding, Jr
on behalf of Other Prof. Plan Administrator rjr@redinglaw.net

Richard L Fuqua, II
on behalf of Creditor HCL Texas Avenue  LLC fuqua@fuqualegal.com

Richard L Fuqua, II
on behalf of Creditor PTCTX Holdings  LLC fuqua@fuqualegal.com

Richard L. Zucker
on behalf of Interested Party Taft Associates rzucker@lasserhochman.com

Richard L. Zucker
on behalf of Creditor Taft Associates rzucker@lasserhochman.com

Rick Aaron Steinberg
on behalf of Defendant Tote Maritime Alaska  LLC rsteinberg@pricemeese.com

Rick Aaron Steinberg
on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com

Robert Drain
on behalf of Interested Party Andrea Weiss robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Jeffrey A. Kirwan robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Virginia P. Ruesterholz robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Joshua Schechter robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain
on behalf of Interested Party Sue Gove robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party John E. Fleming robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Mary A. Winston robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Harriet Edelman robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Drain

on behalf of Interested Party Ann Yerger robert.drain@skadden.com  robert-drain-8056@ecf.pacerpro.com

Robert Malone

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rmalone@connellfoley.com
nmitchell@gibbonslaw.com

Robert A. Rich

on behalf of Defendant Le Creuset of America  Inc. rrich@hunton.com, candonian@huntonak.com

Robert J Feinstein

on behalf of Creditor Committee Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com

Robert J Sproul

on behalf of Creditor County of Loudoun robert.sproul@loudoun.gov
ann.mccafferty@loudoun.gov;nicole.rodriguez@loudoun.gov

Robert L. LeHane

on behalf of Creditor EDISON BRMA 001 LLC and EDISON FLFL001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Equity One  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor EDISON BRMA 002 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Regency Centers  L.P rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail  Inc rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor ShopCore Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison NNVA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Basser Kaufman rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Nuveen Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SIPOC LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Real Estate rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor HGREIT II Edmondson Road  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Hines Global REIT  Inc. rlehane@kelleydrye.com,

KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Pinnacle Hills  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison TOCA001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor SITE Centers Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Daly City Serramonte Center  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-1  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Kite Realty Group rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison DENJ011 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison EHNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Blumenfeld Development Group  Ltd rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor DDRTC Marketplace at Mill Creek  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Oak Street Investment Grade Net Lease Fund Series 2021-2  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Edison UNNJ001 LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert M. Marshall

on behalf of Defendant Devgiri Exports  LLC rmarshall@mqlaw.net

Robert S. Roglieri

on behalf of Interested Party World Market  LLC rroglieri@trenkisabel.law, jreinhart@trenkisabel.law

Robert S. Roglieri

on behalf of Defendant IMC Companies  LLC rroglieri@trenkisabel.law, jreinhart@trenkisabel.law

Robert S. Westermann

on behalf of Creditor The Brink's Company rwestermann@spottsfain.com  rhenderson@hirschlerlaw.com

Ronald S. Gellert

on behalf of Defendant Capital Brands Distribution  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor Seritage SRC Finance LLC rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant SASR Workforce Solutions  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Samuel P. Hershey

on behalf of Interested Party Michael's Stores  Inc. sam.hershey@whitecase.com, mco@whitecase.com

Sari Blair Placona

on behalf of Interested Party Vista Property Company  LLC and Rockwall Crossing SC, LP splacona@msbnj.com

Sari Blair Placona

on behalf of Defendant Central Transport LLC splacona@msbnj.com

District/off: 0312-2                                    User: admin                                    Page 31 of 34

Date Rcvd: Jul 17, 2026                                    Form ID: pdf903                                    Total Noticed: 13

Sari Blair Placona

on behalf of Creditor Salmar Properties  LLC splacona@msbnj.com

Sari Blair Placona

on behalf of Interested Party Central Transport  LLC splacona@msbnj.com

Scott Fleischer

on behalf of Creditor Westfield LLC scott.fleischer@saul.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor RPT Realty  L.P. scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Mission Valley Shoppingtown LLC scott.fleischer@saul.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor RED Development  LLC scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Inland Commercial Real Estate Services  L.L.C. scott.fleischer@saul.com,
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Rivercrest Realty Associates  LLC scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor National Realty & Development Corp. scott.fleischer@saul.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor DLC Management Corp. scott.fleischer@saul.com  scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor West Coast Highway LLC scott.fleischer@saul.com  scott-fleischer-2734@ecf.pacerpro.com

Scott A. Shaffer

on behalf of Defendant Conair LLC sshaffer@olshanlaw.com

Scott A. Zuber

on behalf of Creditor Arch Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott H. Bernstein

on behalf of Defendant Brink's  Incorporated scott@scottbernsteinlaw.com

Scott H. Bernstein

on behalf of Creditor Brinks U.S.  a Division of Brinks, Incorporated scott@scottbernsteinlaw.com

Scott S. Rever

on behalf of Unknown Role Type Evenflo Company Inc. scott.rever@stevenslee.com
scott.rever@ecf.inforuptcy.com;denise.mendez@stevenslee.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Defendant Evenflo Company  Inc. scott.rever@stevenslee.com,
scott.rever@ecf.inforuptcy.com;denise.mendez@stevenslee.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Creditor Columbus Trading-Partners USA Inc. scott.rever@stevenslee.com
scott.rever@ecf.inforuptcy.com;denise.mendez@stevenslee.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

on behalf of Defendant Columbus Trading-Partners USA Inc. scott.rever@stevenslee.com
scott.rever@ecf.inforuptcy.com;denise.mendez@stevenslee.com;dmendez@ecf.inforuptcy.com

Shai Schmidt

on behalf of Interested Party Ad Hoc Committee of Bondholders sschmidt@glennagre.com

Shane Ramsey

on behalf of Defendant East Coast/West Coast Logistics  LLC shane.ramsey@nelsonmullins.com,
linnea.hann@nelsonmullins.com;Jada.prendergast@nelsonmullins.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein

on behalf of Unknown Role Type No Place Like Home Corp shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sommer Leigh Ross

on behalf of Other Prof. Sixth Street Specialty Lending  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Stephanie R Sweeney

on behalf of Creditor Dream on Me Industries  Inc. ssweeney@klestadt.com

Stephen A. Schwimmer

District/off: 0312-2      User: admin      Page 32 of 34

Date Rcvd: Jul 17, 2026      Form ID: pdf903      Total Noticed: 13

on behalf of Defendant M & L Enterprise Group Inc. sschwimmer@kbtlaw.com

Stephen R. Catanzaro

on behalf of Creditor Gotham Technology Group  LLC scatanzaro@daypitney.com, cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen R. Catanzaro

on behalf of Defendant Gotham Technology Group  LLC scatanzaro@daypitney.com, cparlapiano@daypitney.com;jcohen@daypitney.com

Stephen V. Falanga

on behalf of Defendant Noritake Co.  Inc. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Steven A. Jayson

on behalf of Creditor Farley Real Estate Associates  LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M. Kaplan

on behalf of Defendant Pem-America  Inc. smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven M. Kaplan

on behalf of Defendant Nectar Online Media  LLC smk@kaplev.com, yco@kkvpc.com;ess@kkvpc.com

Steven P. Kartzman

on behalf of Creditor Farley Real Estate Associates  LLC Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk law.net

Steven R. Wirth

on behalf of Plaintiff Michael Goldberg as Plan Administrator for 20230930-DK-Butterfly-1  Inc. f/k/a Bed Bath & Beyond, Inc. steven.wirth@akerman.com, caren.deruiter@akerman.com;Jennifer.meehan@akerman.com;raye.elliott@akerman.com

Steven R. Wirth

on behalf of Other Prof. Michael Goldberg steven.wirth@akerman.com caren.deruiter@akerman.com;Jennifer.meehan@akerman.com;raye.elliott@akerman.com

Steven R. Wirth

on behalf of Plaintiff Michael Goldberg steven.wirth@akerman.com caren.deruiter@akerman.com;Jennifer.meehan@akerman.com;raye.elliott@akerman.com

Steven T Keppler

on behalf of Defendant US Maintenance skeppler@tessercohen.com

Stuart D. Gavzy

on behalf of Creditor Township of Rockaway stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com;Tiffany@beaconlaw yer.com

Sue Liu Chin

on behalf of Defendant ABF Freight System  Inc. schin@borgeslawllc.com

Sue Liu Chin

on behalf of Creditor ABF Freight System  Inc. schin@borgeslawllc.com

Sunjae Lee

on behalf of Creditor GFA Alabama Inc. sunjaejcklaw@gmail.com  steve@jcklaw.com;john@jcklaw.com;debbie@jcklaw.com

Tara J. Schellhorn

on behalf of Creditor TPP Bryant  LLC tjschellhorn@pbnlaw.com, mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com;pnbalala@pbnlaw.com;kmdunn@pbnlaw.com

Tara J. Schellhorn

on behalf of Creditor Dadeland Station Associates  Ltd. tjschellhorn@pbnlaw.com, mpdermatis@pbnlaw.com;rlhemming@pbnlaw.com;pnbalala@pbnlaw.com;kmdunn@pbnlaw.com

Thomas Pitta

on behalf of Mediator Thomas A. Pitta tpitta@emmetmarvin.com

Thomas Benjamin Humphries

on behalf of Creditor Mishorim 255  LLC and Mishorim Gold Houston, LLC tbhumphries@csattorneys.com

Thomas James Monroe

on behalf of Creditor Serota Islip NC LLC tmonroe@certilmanbalin.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Thomas Richard Fawkes

on behalf of Defendant World Distribution Services LLC thomas.fawkes@tuckerellis.com

Thomas S. Onder

on behalf of Creditor Somerville Circle Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor North Village Associates tonder@stark-stark.com

District/off: 0312-2                          User: admin                                    Page 33 of 34
Date Rcvd: Jul 17, 2026                       Form ID: pdf903                            Total Noticed: 13

Thomas S. Onder

on behalf of Creditor Bell Tower Shops  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Richards Clearview  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Springfield Plaza Limited Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Gator Investments tonder@stark-stark.com

Tina Moss

on behalf of Creditor Workday  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Tina Moss

on behalf of Creditor Adobe  Inc. tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk

on behalf of Creditor Town & Country (CA) Station L.P. turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Interested Party Brown Ranch Properties LP turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor College Plaza Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Defendant American Textile Company  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Defendant Artsana USA  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor RAF Johnson City LLC and G&I IX Primrose Marketplace LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Interested Party Loja WTP  LLC turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vahbiz Karanjia

on behalf of Creditor Iris Software  Inc. v.karanjia@epsteinostrove.com

Vincent J. Roldan

on behalf of Creditor Schnitzer Stephanie  LLC vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Arrowhead Palms L.L.C. vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Taxing Districts Collected by Randall County vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Tax Appraisal District of Bell County Texas vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Texas Taxing Authorities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Texas Tax Authorities vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor McCreary Entities vroldan@mblawfirm.com

Walter E. Swearingen

on behalf of Creditor 200-220 West 26 LLC w_swearingen@yahoo.com

Walter E. Swearingen

on behalf of Creditor TF Cornerstone Inc. w_swearingen@yahoo.com

Warren A. Usatine

on behalf of Debtor Bed Bath & Beyond Inc. wusatine@coleschotz.com
fpisano@coleschotz.com;ddelehanty@coleschotz.com;svc_courtalert@coleschotz.com

District/off: 0312-2                          User: admin                                    Page 34 of 34

Date Rcvd: Jul 17, 2026                       Form ID: pdf903                                Total Noticed: 13

Wendy M Simkulak

    on behalf of Creditor The Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak

    on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

William G. Wright

    on behalf of Creditor ARC International North America  LLC wwright@capehart.com, jlafferty@capehart.com

William J. Levant

    on behalf of Creditor Consumer Centre Paramount 5  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

    on behalf of Creditor Consumer Centre Paramount 4  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

    on behalf of Creditor Consumer Centre Paramount 6  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

    on behalf of Creditor Main Street at Exton II  L.P. efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

    on behalf of Creditor Consumer Centre Paramount 7  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

    on behalf of Creditor Consumer Centre Paramount 1  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William J. Levant

    on behalf of Creditor Consumer Centre Paramount 2  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William R. Firth, III

    on behalf of Creditor DT-SGW  LLC william.firth@practus.com, ddanielson@cohenseglias.com


TOTAL: 784