

**LOS ANGELES**

10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**

1700 BROADWAY, 36TH FL.
NEW YORK, NEW YORK 10019
212.561.7700

**WILMINGTON**

919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**

700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**

ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Edward A. Corma                July 24, 2026                302.652.4100
                                                              ecorma@pszjlaw.com

**Via ECF and Electronic Mail**

The Honorable Vincent F. Papalia
United States Bankruptcy Judge
District of New Jersey
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

> Re:    **Bed Bath & Beyond, Inc.,**
> **Case No. 23-13359 (VFP)**
> **Duczkowski Stay Relief**
> **Motion**

Dear Judge Papalia:

This firm represents Michael Goldberg in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond, Inc.). This letter **amends** the agreement (which is set forth in docket no. 4749), with Your Honor's assistance, between the Plan Administrator, Penelope & Joseph Duczkowski ("Movants"), and Safety National Casualty Corp. ("Safety National") regarding the *Motion of Penelope & Joseph Duczkowski for Relief from Stay* (the "Stay Motion") [Docs. 2679, 2723]. The only change is the bolded item in paragraph 2.

The agreed schedule is as follows:

1.    Movants shall file and serve their supplemental briefing, if any, no later than Monday, July 6, 2026.

2.    The Plan Administrator and Safety National Casualty Corp. ("Safety National") shall each file and serve their supplemental briefings, if any, no later than **Wednesday, July 29, 2026**.

3.    All parties shall file and serve their responsive pleadings to 1 and/or 2, if any, no later than Thursday, August 6, 2026.

4912-7913-5936.1 08728.003



The Honorable Vincent F. Papalia
July 24, 2026
Page 2

    4.    The Court will hold a hearing on the merits of the Stay Motion on Tuesday, August 11, 2026 at 11:00 a.m.

    5.    In connection with the briefings set forth above, the parties are authorized to file any private medical information under seal.

Very truly yours,

*/s/ Edward A. Corma*

Edward A. Corma

EEG
cc:    Michael I. Goldberg, Esq. (*via email*)
       Ms. Laura Crossen (*via email*)
       Bradford J. Sandler, Esq. (*via email*)
       Richard J. Corbi, Esq. (*via email*)
       Caleb T. Holzaepfel, Esq (*via email*)
       J. Fred Lorusso, Esq. (*via email)*
       David B. Pizzica, Esq. (*via email*)

4912-7913-5936.1 08728.003