| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| --- | --- |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            egray@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

## ADJOURNMENT REQUEST

1.     I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.     The Plan Administrator requests adjournment of the below hearing as it relates *only* to Claim Nos. 10696 and 16983 filed by Blue Yonder, Inc. The hearing scheduled for August 4, 2026, at 10:00 a.m. ET, on the below referenced matter will go forward on all other claim objections, unless a claim is subject to a separate adjournment order.

3.     Matter:  *Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims)* [Docket No. 4758].

4.     Current hearing date and time:  August 11, 2026, at 10:00 a.m.

5.     New date requested:  August 18, 2026, at 10:00 a.m.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

6.      <u>Reason for adjournment request</u>:   The parties require additional time to try to resolve.

7.      <u>Consent to adjournment</u>:

[X]     I have the consent of all parties.
[  ]     I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: July 24, 2026                             */s/ Edward A. Corma*

<u>COURT USE ONLY</u>:

The request for adjournment is:

X       Granted          New hearing date:  <u>8/18/26 at 10am</u>           Peremptory

        Granted over objection(s)      New hearing date:                       Peremptory

        Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4926-0475-2573.1 08728.003                        2