**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

### ADJOURNMENT REQUEST

1.    I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.    The Plan Administrator requests adjournment of the below hearing as it relates only to Claim No. 16180 filed by Acxiom LLC.  The hearing scheduled for August 4, 2026, at 10:00 a.m. ET, on the below referenced matter will go forward on all other claim objections, unless a claim is subject to a separate adjournment order.

3.    Matter:  *Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims)* [Docket No. 4758].

4.    Current hearing date and time:  August 11, 2026, at 10:00 a.m.

5.    New date requested:  August 18, 2026, at 10:00 a.m.

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4926-0475-2573.1 08728.003

6.      Reason for adjournment request:   The parties require additional time to try to resolve.

7.      Consent to adjournment:

[X]      I have the consent of all parties.
[  ]      I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: July 24, 2026                         /s/ Edward A. Corma

COURT USE ONLY:

The request for adjournment is:

X       Granted       New hearing date:  8/18/26 at 10am          Peremptory

        Granted over objection(s)      New hearing date:                Peremptory

        Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4926-0475-2573.1 08728.003                                          2