**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:     rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           egray@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered)<br><br>Hearing Date:   August 11, 2026<br>Hearing Time:   11:00 a.m.<br><br>Re: Docket Nos. 2679, 2723 |

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Edward A. Corma, certify that with respect to the proposed order submitted to the Court, the following is true and correct to the best of my knowledge.

For the *Stipulation and Consent Order Between Plan Administrator, Joseph & Penelope Duczkowski and Safety National Casualty Corporation,* filed on July 29, 2026:

☒ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| David B. Pizzica, Esq.<br>PANSINI LAW FIRM, P.C.<br>1525 Locust Street - 15th Floor<br>Philadelphia, PA 19102 | Counsel for Penelope Duczkowski and Joseph Duczkowski |
| J. Fred Lorusso, Esq.<br>PANSINI LAW FIRM, P.C.<br>1525 Locust Street - 15th Floor<br>Philadelphia, PA 19102 | Counsel for Penelope Duczkowski and Joseph Duczkowski |
| Richard J. Corbi, Esq.<br>THE LAW OFFICES OF<br>RICHARD J. CORBI PLLC<br>104 West 40th Street, 4th Floor<br>New York, NY 10018 | Counsel for Penelope Duczkowski and Joseph Duczkowski |
| Rebecca R. Starner<br>HUSCH BLACKWELL LLP<br>1801 Pennsylvania Ave., NW<br>Suite 1000<br>Washington, DC 20006 | Counsel for Safety National Casualty Corporation |
| Caleb T. Holzaepfel, Esq.<br>HUSCH BLACKWELL LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, Tennessee 37402 | Counsel for Safety National Casualty Corporation |

*[Remainder of Page Intentionally Left Blank]*

I certify under penalty of perjury that the foregoing is true.

Dated:  July 29, 2026

/s/ Edward A. Corma

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        egray@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to the Plan Administrator*