**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:     rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           egray@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 4, 2026 AT 10:00 A.M. (ET)**

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**
>
> **Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

---

[1]   The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4924-3404-7427.1 08728.003

I.    **MATTERS GOING FORWARD**

1.    Plan Administrator's Thirty-Second Omnibus Objection to Claims (Miscellaneous Reclassified Administrative Claims) [Docket No. 4741].

Status: This matter is going forward as to the Claims filed Annen Baum.

Response Deadline:  June 16, 2026.

Responses Received:  Informal response was submitted to the Court by Claimant Annen Baum via email and was forwarded by Mr. Filgueiras to Erin E. Gray on July 31, 2026.

Related Documents:

(a)    Notice of Objection to Your Claim [Docket No. 4742].

(b)    Affidavit of Service [Docket No. 4746].

(c)    Certification of Counsel Regarding Plan Administrator's Thirty-Second Omnibus Objection to Claims (Miscellaneous Reclassified Administrative Claims) [Docket No. 4750].

(d)    [ENTERED] Order Sustaining Plan Administrator's Thirty-Second Omnibus Objection to Claims (Miscellaneous Reclassified Administrative Claims) [Docket No. 4754].

(e)    Certificate of Service [Docket No. 4807].

2.    Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims) [Docket No. 4758].

Status: This matter will going forward on all Disputed Claims, except for the following claims that have been adjourned to August 18, 2026, at 10:00 a.m. Eastern Time:

Blue Yonder, Inc. (Claims Nos. 10696 and 16983)
Acxiom LLC (Claim No. 16180)
Salesforce, Inc. (Claim No. 18097)

Response Deadline:  July 28, 2026.

Responses Received:  Informal responses received from Blue Yonder, Inc., Acxiom LLC, and Salesforce, Inc.

Related Documents:

(a)    Notice of Objection to Your Claim [Docket No. 4759].

(b)      Affidavit of Service [Docket No. 4763].

(c)      Determination of Adjournment Request [Docket No. 4764].

(d)      Determination of Adjournment Request [Docket No. 4774].

(e)      Determination of Adjournment Request [Docket No. 4775].

(f)      Determination of Adjournment Request [Docket No. 4805].

Dated:  August 3, 2026

*/s/ Edward A. Corma*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:       rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com
            egray@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

4924-3404-7427.1 08728.003

3