**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 30, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Post Effective Master Service List attached hereto as **Exhibit A**:

- Stipulation and Consent Order Between Plan Administrator, Joseph & Penelope Duczkowski and Safety National Casualty Corporation [Docket No. 4777]

Dated: August 3, 2026

/s/ *Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 3, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

SRF 97917

**Exhibit A**

Exhibit A
Post Effective Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MICHAEL GOLDBERG | ASK LLP | ATTN: BRIGETTE MCGRATH ESQ<br>2600 EAGAN WOODS DRIVE<br>SUITE 400<br>ST. PAUL MN 55121 | BMCGRATH@ASKLLP.COM | Email |
| COUNSEL TO ZERO TECHNOLOGIES, LLC | BAKER & HOSTETLER LLP | ATTN: ELYSSA S. KATES<br>45 ROCKEFELLER PLAZA<br>14TH FLOOR<br>NEW YORK NY 10111-0100 | EKATES@BAKERLAW.COM | Email |
| COUNSEL TO TF CORNERSTONE INC. AND 200-220 WEST 26 LLC | BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | ATTN: ALEC P. OSTROW, WALTER E. SWEARINGEN, ANNE N. SMITH, ESQ.<br>299 PARK AVENUE<br>16TH FLOOR<br>NEW YORK NY 10017 | AOSTROW@BECKERGLYNN.COM<br>ASMITH@BECKERGLYNN.COM | Email |
| COUNSEL TO ACCERTIFY, INC | BECKET & LEE LLP | ATTN: CHRISTOPHER CRAMER<br>PO BOX 3002<br>MALVERN PA 19355-0702 | | First-Class Mail |
| COUNSEL TO INFOSYS LIMITED, AND PREP HOME RETAIL-OCEANSIDE LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, GREGORY W. WERKHEISER<br>1313 NORTH MARKET STREET<br>SUITE 1201<br>WILMINGTON DE 19801 | KCAPUZZI@BENESCHLAW.COM | Email |
| COUNSEL TO ABF FREIGHT SYSTEM, INC | BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ.<br>575 UNDERHILL BLVD.<br>STE. 118<br>SYOSSET NY 11791 | SCHIN@BORGESLAWLLC.COM | Email |
| COUNSEL TO VERIFONE, INC | CARLTON FIELDS, P.A. | ATTN: ANDREA L. BONVICINO<br>180 PARK AVENUE, SUITE 106<br>FLORHAM PARK NJ 07932 | ABONVICINO@CARLTONFIELDS.COM | Email |
| COUNSEL TO CARLA COX SMITH | GIORDANO, HALLERAN & CIESLA, P.C. | ATTN: DONALD F. CAMPBELL, JR., ESQ., COURTNEY G. SCHROEDER, ESQ.<br>125 HALF MILE ROAD<br>SUITE 300<br>RED BANK NJ 07701 | DCAMPBELL@GHCLAW.COM<br>CSCHROEDER@GHCLAW.COM | Email |
| COUNSEL TO BABY TREND, INC. | JACK SHRUM, P.A. | ATTN: JACK SHRUM, P.A.<br>919 N. MARKET ST., STE. 1410<br>WILMINGTON DE 19801 | JSHRUM@JSHRUMLAW.COM | Email |
| COUNSEL TO ENGLISH TEA SHOP USA CORP | LAW BARRYS MILLER | ATTN: BARRY S MILLER ESQ<br>1211 LIBERTY AVENUE<br>HILLSIDE NJ 07205 | BMILLER@BARRYSMILLERESQ.COM | Email |
| COUNSEL TO CROWLEY ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | LOWENSTEIN SANDLER LLP | ATTN: PRESIDENT OR GENERAL COUNSEL<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | | First-Class Mail |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, BOWIE CENTRAL APPRAISAL DISTRICT<br>THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF GUADALUPE, TEXAS<br>THE COUNTY OF HAYS, TEXAS, MCLENNAN CENTRAL APPRAISAL DISTRICT, MIDLAND CENTRAL APPRAISAL DISTRICT, CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, TEXAS, CITY OF WACO, TEXAS AND WACO INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON, TEXAS | MANDELBAUM BARRETT PC | ATTN: VINCENT J. ROLDAN<br>3 BECKER FARM ROAD<br>SUITE 105<br>ROSELAND NJ 07068 | VROLDAN@MBLAWFIRM.COM | Email |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | MCDONNELL CROWLEY LLC | ATTN: BRIAN T CROWLEY, JOHN M MCDONNELL<br>115 MAPLE AVE<br>RED BANK NJ 07701 | BCROWLEY@MCHFIRM.COM<br>JMCDONNELL@MCHFIRM.COM | Email |
| COUNSEL TO BLAIR IMAGE ELEMENTS, INC. | MCDOWELL LAW, PC | ATTN: ELLEN M. MCDOWELL, ESQ., JOSEPH A. MCCORMICK, JR., ESQ., PAUL S. PFLUMM, ESQ.<br>46 W. MAIN STREET<br>MAPLE SHADE NJ 08052 | EMCDOWELL@MCDOWELLLEGAL.COM<br>JMCCORMICK@MCCORMICKNJLAW.COM<br>PPFLUMM@MCDOWELLLEGAL.COM | Email |
| COUNSEL TO EAST COAST/WEST COAST LOGISTICS, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: SHANE G. RAMSEY, ESQ.<br>1222 DEMONBREUN STREET<br>SUITE 1700<br>NASHVILLE TN 37203 | SHANE.RAMSEY@NELSONMULLINS.COM | Email |
| COUNSEL TO FTB AND CDTFA | OFFICE OF THE ATTORNEY GENERAL | ATTN: PJ LUCCA, DEPUTY ATTORNEY GENERAL<br>300 S. SPRING ST., SUITE 1702<br>LOS ANGELES CA 90013 | PJ.LUCCA@DOJ.CA.GOV | Email |

Exhibit A
Post Effective Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO GEORGIA DEPARTMENT OF REVENUE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: SHAWNA Y. STATON<br>40 CAPITOL SQUARE SW<br>ATLANTA GA 30334 | SSTATON@LAW.GA.GOV | Email |
| COUNSEL TO MOVANTS/CREDITORS PENELOPE DUCZKOWSKI AND JOSEPH DUCZKOWSKI | PANSINI LAW FIRM, P.C. | ATTN: J. FRED LORUSSO<br>1525 LOCUST STREET - 15TH FLOOR<br>PHILADELPHIA PA 19102 | FLORUSSO@PANSINILAW.COM | Email |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE<br>1007 NORTH ORANGE STREET<br>4TH FLOOR, SUITE 183<br>WILMINGTON DE 19801 | HJAFFE@PASHMANSTEIN.COM | Email |
| COUNSEL TO OXO INTERNATIONAL LTD., HELEN OF TROY L.P., KAZ USA, INC. AND KAZ CANADA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS<br>101 CRAWFORDS CORNER ROAD<br>SUITE 4202<br>HOLMDEL NJ 07733 | JWEISS@PASHMANSTEIN.COM | Email |
| COUNSEL TO AIRPORT PLAZA, LLC, C T CENTER S.C., LP, CFH REALTY III/SUNSET VALLEY, L.P., CHICO CROSSROADS, L.P., CONROE MARKETPLACE S.C., L.P., FLAGLER S.C., LLC, FRANKLIN PARK S.C., LLC, KIMCO REALTY OP, LLC, KIMCO RIVERVIEW, LLC, KIR BRANDON 011, LLC, KIR BRIDGEWATER 573, LLC, KIR MONTGOMERY 049, LLC, KIR PASADENA II L.P., KIR SONCY L.P., KIR TUKWILA L.P., KSI CARY 483, LLC, MOORESVILLE CROSSING, LP, PL DULLES LLC, PRICE/BAYBROOK LTD., REDFIELD PROMENADE, LP, TALISMAN TOWSON LIMITED PARTNERSHIP, WEINGARTEN NOSTAT, LLC, WRI MUELLER, LLC, WRI/RALEIGH L.P., AND WRI-URS SOUTH HILL, LLC (COLLECTIVELY, THE "KIMCO LANDLORDS") | POLSINELLI PC | ATTN: BRETT D. GOODMAN, ESQ.<br>600 THIRD AVENUE<br>42ND FLOOR<br>NEW YORK NY 10016 | BGOODMAN@POLSINELLI.COM | Email |
| COUNSEL TO MARK TRITTON | SAUL EWING LLP | ATTN: CHRISTIE R. MCGUINNESS, ESQ.<br>1270 6TH AVENUE, #2800<br>NEW YORK NY 10020 | CHRISTIE.MCGUINNESS@SAUL.COM | Email |
| COUNSEL TO LOJA WTP, LLC | SAUL EWING LLP | ATTN: MARK MINUTI, JOHN D. DEMMY<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | MARK.MINUTI@SAUL.COM<br>JOHN.DEMMY@SAUL.COM | Email |
| COUNSEL TO SCARINCI HOLLENBECK | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ.<br>150 CLOVE ROAD<br>LITTLE FALLS NJ 07424 | DEDELBERG@SH-LAW.COM | Email |
| COUNSEL TO HARRIET EDELMAN, JOHN E. FLEMING, SUE E. GOVE, JEFFREY A. KIRWAN, VIRGINIA P. RUESTERHOLZ, JOSHUA E. SCHECHTER, ANDREA WEISS, MARY A. WINSTON, AND ANN YERGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: TANSY WOAN<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001-8602 | TANSY.WOAN@SKADDEN.COM | Email |
| COUNSEL TO BABY TREND, INC. | SNELL & WILMER L.L.P. | ATTN: MICHAEL B. REYNOLDS, ESQ., ANDREW B. STILL, ESQ.<br>600 ANTON BLVD, SUITE 1400<br>COSTA MESA CA 92626 | MREYNOLDS@SWLAW.COM<br>ASTILL@SWLAW.COM | Email |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | SPECIAL ASSISTANT ATTORNEY GENERAL | ATTN: DON G. COSPER<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | NJ@DOR.MO.GOV | Email |
| COUNSEL TO FOUNDATIONS WORLDWIDE, INC. | STARK AND KNOLL CO. L.P.A. | ATTN: RICHARD P. SCHROETER JR.<br>3475 RIDGEWOOD RD.<br>AKRON OH 44333 | RSCHROETER@STARK-KNOLL.COM | Email |
| COUNSEL TO TAUSSIG RISK CAPITAL ADVISORS, INC. | THE LAW OFFICES OF RICHARD J. CORBI PLLC | ATTN: RICHARD J CORBI<br>1501 BROADWAY<br>12TH FLOOR<br>NEW YORK NY 10036 | RCORBI@CORBILAW.COM | Email |
| COUNSEL TO CONTINENTAL WEB PRESS, INC. | THOMAS LAW OFFICE | ATTN: COLLEEN G. THOMAS<br>30 NORTH WESTERN AVENUE<br>CARPENTERSVILLE IL 60110 | COLLECTIONS@CGTLAW.COM | Email |
| COUNSEL TO UNITED STATES OF AMERICA | TRIAL ATTORNEY, CIVIL DIVISION | ATTN: MARIA E. RUWE<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. BOX 227<br>WASHINGTON DC 20044 | MARIA.E.RUWE@USDOJ.GOV | Email |
| COUNSEL TO WORLD DISTRIBUTION SERVICES LLC | TUCKER ELLIS LLP | ATTN: BRIAN J. JACKIW, EDET D. NSEMO<br>233 SOUTH WACKER DRIVE<br>SUITE 6950<br>CHICAGO IL 60606-6395 | BRIAN.JACKIW@TUCKERELLIS.COM<br>EDET.NSEMO@TUCKERELLIS.COM | Email |

Exhibit A
Post Effective Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: FRAN B. STEELE, ESQ. & ALEXANDRIA NIKOLINOS, ESQ. ONE NEWARK CENTER 1085 RAYMOND BOULEVARD, SUITE 2100 NEWARK NJ 07102 | USTPREGION03.NE.ECF@USDOJ.GOV FRAN.B.STEELE@USDOJ.GOV | Email |

In re: Bed Bath Beyond Inc., *et al.*
Case No. 23-13359 (VFP)

Page 3 of 3