| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:    rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>          egray@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 11, 2026 AT 10:00 A.M. AND 11:00 A.M. (ET)**

> **Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**
>
> **Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

## I.    MATTERS RESOLVED

1.    Plan Administrator's Motion for Entry of an Order Authorizing (I) the Stipulation and Consent Order Between the Plan Administrator, Safety National Casualty Corporation & Dardana Halimi and (II) Granting Related Relief [Docket No. 4766].

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4904-3423-0213.1 08728.003

Status: This matter is resolved by stipulation and a certification of no objection and proposed order have been filed with the Court. The hearing set for August 11, 2026, at 10:00 a.m. Eastern Time will not go forward unless the Court has questions.

Response Deadline: August 4, 2026.

Responses Received: None.

Related Documents:

(a)     Notice of Plan Administrator's Motion for Entry of an Order Authorizing (I) the Stipulation and Consent Order Between the Plan Administrator, Safety National Casualty Corporation & Dardana Halimi and (II) Granting Related Relief [Docket No. 4767].

(b)     Certificate of Service [Docket No. 4768].

(c)     Affidavit of Service [Docket No. 4776].

(d)     Certification of No Objection Regarding Plan Administrator's Motion for Entry of an Order Authorizing (I) the Stipulation and Consent Order Between the Plan Administrator, Safety National Casualty Corporation & Dardana Halimi and (II) Granting Related Relief [Docket No. 4861].

2.     Motion of Penelope Duczkowski and Joseph Duczkowski for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 [Docket No. 2679].

Status: This matter is resolved and the hearing set for August 11, 2026, at 11:00 a.m. Eastern Time will not go forward unless the Court has questions.

Responses Received:

(a)     Limited Objection and Reservation of Rights of the Plan Administrator to Motion for Relief from Automatic Stay filed by Penelope Duczkowski [Docket No. 2760].

(b)     Supplemental Opposition of the Plan Administrator to Amended Motion for Relief from the Automatic Stay (11 U.S.C. § 362) [Docket No. 2987].

(c)     Safety National Casualty Corporation's Joinder to Plan Administrator's Supplemental Opposition to Amended Motion for Relief from Automatic Stay [Docket No. 3065].

Related Documents:

(a)     Amended Notice of Motion, Response Deadline and Hearing Date [Docket No. 2723].

(b)     Determination of Adjournment Request [Docket No. 2770].

(c)     Determination of Adjournment Request [Docket No. 2773].

(d)     Determination of Adjournment Request [Docket No. 2898].

(e)     Determination of Adjournment Request [Docket No. 2922].

(f)     Determination of Adjournment Request [Docket No. 2931].

(g)     Determination of Adjournment Request [Docket No. 2953].

(h)     Determination of Adjournment Request [Docket No. 2983].

(i)     Determination of Adjournment Request [Docket No. 3071].

(j)     Reply Brief in Support of Motion for Relief [Docket No. 3293].

(k)     Plan Administrator's Omnibus Sur-Reply to Zeve and Duczkowski Motion for Order Modifying the Automatic Stay and/or the Plan Injunction [Docket No. 3299].

(l)     Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3304].

(m)     Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3345].

(n)     Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3352].

(o)     Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3483].

(p)     Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3506].

(q)     Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3535].

(r)     Stipulation and Consent Order Modifying the Plan Injunction [Docket No. 3581].

(s)     Letter to The Honorable Vincent F. Papalia from Paul J. Labov on Behalf of the Plan Administrator [Docket No. 3584].

(t)     Stipulation and Consent Order Modifying the Plan Injunction [Docket No. 3588].

(u)     Letter to The Honorable Vincent F. Papalia from Edward Corma on Behalf of the Plan Administrator [Docket No. 4650].

(v)     Determination of Adjournment Request [Docket No. 4739].

(w)     Letter to The Honorable Vincent F. Papalia from Edward Corma on Behalf of the Plan Administrator [Docket No. 4749].

(x)     Letter to The Honorable Vincent F. Papalia from Edward Corma on Behalf of the Plan Administrator [Docket No. 4772].

(y)     Stipulation and Consent Order Between Plan Administrator, Joseph & Penelope Duczkowski and Safety National Casualty Corporation [Docket No. 4777].

(z)  Certification Concerning Order to be Submitted [Docket No. 4778].

(aa)  [ENTERED] Stipulation and Consent Order Between Plan Administrator, Joseph & Penelope Duczkowski and Safety National Casualty Corporation [Docket No. 4806].

Dated:  August 10, 2026

*/s/ Edward A. Corma*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:        rfeinstein@pszjlaw.com
              bsandler@pszjlaw.com
              egray@pszjlaw.com
              ecorma@pszjlaw.com

*Counsel to the Plan Administrator*