UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         egray@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to the Plan Administrator*



**Order Filed on August 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>Judge: Vincent F. Papalia<br><br>(Jointly Administered)<br><br>**Continued Hearing Date and Time<br>August 18, 2026 at 10:00 a.m. (ET)**<br><br>**Related Doc No.: 4758** |

<div align="center">

**STIPULATION AND CONSENT ORDER BETWEEN
PLAN ADMINISTRATOR AND ACXIOM LLC.**

</div>

**DATED: August 7, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

---

1 The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases (collectively, the "Debtors" and each a "Debtor") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Debtors:    BED BATH & BEYOND INC., *et al.*

Case No.    23-13359-VFP

Caption of Order:    STIPULATION AND CONSENT ORDER

This stipulation and consent order (the "Stipulation") dated July 30, 2026, is made by and between ACXIOM LLC ("Claimant") and Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.)[2] and affiliated debtors (the "Debtors" or the "Wind-Down Debtors") (together, the "Parties"), including, as applicable, by and through their duly authorized undersigned counsel.

## RECITALS

**WHEREAS**, on April 23, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**WHEREAS**, the Debtors' chapter 11 cases were procedurally consolidated.

**WHEREAS**, on May 31, 2023, the Court entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date, Rejection Damages Bar Date, and Administrative Claims Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, (IV) Approving Notice Thereof, and (V) Granting Related Relief* [Docket No. 584] (the "Bar Date Order").

**WHEREAS**, the Bar Date Order established July 7, 2023 as the date by which all Claims against the Debtors must be filed (the "Bar Date").

**WHEREAS**, on September 14, 2023, this Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and its Debtor Affiliates* [Docket No. 2172] (the "Confirmation Order"), confirming the *Second Amended Joint Chapter 11 Plan of Bed Bath & Beyond Inc. and Its Debtor Affiliates* [Docket No. 2160] (as amended, the "Plan").[3]

**WHEREAS,** on September 29, 2023, the effective date of the Plan occurred (the "Effective Date"). On the Effective Date, the Plan Administrator became the sole representative of the Wind-Down Debtors

---

2  Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

3 Capitalized terms that are not defined herein have the meanings given to them in the Plan.

4926-6730-5154.1 08728.003                    2

Debtors:   BED BATH & BEYOND INC., *et al.*
Case No.   23-13359-VFP
Caption of Order: STIPULATION AND CONSENT ORDER

and assumed responsibility for, *inter alia*, resolving claims, performing claims reconciliation, and objecting to claims.[4]

**WHEREAS,** Claimant alleges that as of the Petition Date, Bed Bath & Beyond, Inc. ("BBB") and Claimant were parties to that certain Acxiom Services Agreement as amended (the "Contract").

**WHEREAS,** post-petition the Debtors paid Claimant a total of $510,925.79 for services rendered pursuant to the Contract (the "Post-Petition Payments').

**WHEREAS,** the Contract expired on its own terms on or about August 19, 2023.

**WHEREAS,** assuming arguendo that the Contract had not expired, it was rejected on the Effective Date.

**WHEREAS,** Debtor BBB scheduled a general unsecured claim for Claimant in the amount of $892,974.07(the "Scheduled Claim").[5]

**WHEREAS,** Claimant filed the following proofs of claim (the "Filed Claims") against the Debtors. (The Scheduled Claim and the Filed Claims are collectively, the "Claimant's Claims").

| Claim No. | Date Filed | Debtor | Amount/Priority | Disposition |
|---|---|---|---|---|
| 13707 | 7/07/23 | Bed Bath & Beyond, Inc. | $874,048.95 (GUC) $317,169.56 (ADM) $1,191,218.51 | Deemed superseded and amended by Claim 16180 [Doc. No. 3493] |
| 16180 | 8/14/23 | Bed Bath & Beyond, Inc. | $769,690.94 (GUC) $463,556.45 (ADM) $1,233,247.37 | Subject to pending objection [Doc. No. 4758] |

---

4  *See* Plan, Article IV, at § B ("Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Plan Administrator or the Wind-Down Debtors, as applicable, in consultation with the DIP Agent or FILO Agent, shall have the sole authority to File and prosecute objections to Claims, and the Wind-Down Debtors shall have the sole authority, in consultation with the DIP Agent or FILO Agent, to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court.").
5  *See* Schedule 5269597.

Debtors:         BED BATH & BEYOND INC., *et al.*
Case No.         23-13359-VFP
Caption of Order:   STIPULATION AND CONSENT ORDER

**WHEREAS**, on or about June 29, 2026, pursuant to the *Thirty-Fourth Omnibus Objection to Claims* [Doc. No. 4758] (the "Objection"), the Plan Administrator objected to Claim 16180.

**WHEREAS**, the current hearing on the Objection is set for August 18, 2026 at 10:00 a.m. (the "Hearing").

**WHEREAS**, the Parties have negotiated in good faith and have agreed to settle their disputes with respect to the Objection upon the terms set forth in this Stipulation.

### AGREEMENT

**NOW, THEREFORE,** in consideration of the foregoing recitals, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and the Parties intending to be legally bound, the Parties agree that:

1.     **Incorporation**. The Recitals set forth above are incorporated herein as though fully set forth at length.

2.     **Authority**. The Parties warrant that they are authorized to enter into this Agreement and that by the signatures of counsel below, it will become a binding agreement.

3.     **Claim 16180**. Claim 16180 shall be reduced and reclassified as a Class 6 General Unsecured Claim in the amount of $769,690.94. No amount of Claim 16180 shall be entitled to administrative or other priority.

4.     **Scheduled Claim.** The Scheduled Claim is disallowed as having been superseded by Claim 16180.

5.     **Post-Petition Payments**. Claimant shall be entitled to retain the Post-Petition Payments. The Plan Administrator waives his rights, if any, to object to or seek recovery of the Post-Petition Payments.

4926-6730-5154.1 08728.003                    4

Debtors:           BED BATH & BEYOND INC., *et al.*
Case No.           23-13359-VFP
Caption of Order:  STIPULATION AND CONSENT ORDER

6.    **Reservation of Rights with Respect to Claim 16180**. Nothing in the Stipulation shall affect the Plan Administrator's rights to object to Claim 16180 as reduced and reclassified.

7.    **Full Resolution**. This Stipulation resolves all of Claimant's claims (whether Unsecured, Secured, Priority, Administrative or otherwise), demands and/or causes of action (whether known or unknown, contingent, unliquidated or liquidated) that Claimant holds against the Debtors and their Estates, the Debtors-in-Possession, the Wind-Down Debtors and their Estates, and/or the Plan Administrator that arose prior to the Stipulation Effective Date.

8.    **Claims Agent**. The Plan Administrator and his agents and any third parties, (including the Claims and Noticing Agent Kroll Restructuring Administration) are authorized and shall take all actions necessary to effectuate the relief provided by this Stipulation including modifying the Official Claims Register in these cases.

9.    **Third Parties**. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors, agents, assigns, including any bankruptcy trustees and estate representatives.

10.   **Effective Date**. The effective date of the Stipulation (the "Stipulation Effective Date") shall be the date entered by the Bankruptcy Court.

11.   **No Oral Modifications**. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or an order of the Bankruptcy Court.

12.   **Jurisdiction**. The Bankruptcy Court retains jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

13.   **Attorneys' Fees and Costs**. Each Party shall bear its own fees and costs in connection with these cases, the Objection and the Stipulation.

Debtors: BED BATH & BEYOND INC., *et al.*
Case No. 23-13359-VFP
Caption of Order: STIPULATION AND CONSENT ORDER

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Edward A. Corma*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler
Erin Gray (admitted *pro hac vice*)
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**WRIGHT, LINDSEY & JENNINGS, LLP**

*/s/*
Stan D. Smith, Esq.
200 W. Capitol Avenue
Suite 2300
Little Rock, AR 72201
Telephone: (501) 212-1240
E-mail: SSmith@wlj.com

*Attorneys for Claimant*

4926-6730-5154.1 08728.003                6