

homas Law Office
North Western Avenue
rpentersville, IL 60110

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

X-RAYED

07102-355099

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Colleen G. Thomas (Admitted *pro hac vice*)**
30 North Western Avenue
Carpentersville, IL 60110
Telephone: (847) 426-7990
Email: Colleen@CGTLaw.com

*Counsel for Continental Web Press, Inc.*

| In re: | Case No. | 25-13359 (VFP) |
|---|---|---|
| BED BATH & BEYOND, et al.,[1] | Chapter: | 11 |
| Debtors. | (Jointly Administered) | |

### REQUEST OF COLLEEN G. THOMAS TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that Colleen G. Thomas, an attorney admitted *pro hac vice* to the United States Bankruptcy Court for the District of New Jersey, appeared in the above-captioned case on behalf of Continental Web Press, Inc.

**PLEASE TAKE FURTHER NOTICE** that the adversary matters for Continental Web Press, Inc., have been settled and resolved and only await payment pursuant to the terms of the settlement agreement. While Attorney, Colleen G. Thomas, desires to remain as attorney for Continental Web Press, Inc. as it relates to its claims in the above cases, Attorney Thomas no longer desires or requires to receive electronic mailing and U.S. mailing notice of matters outside the terms of the settlement agreement with Continental Web Press, Inc.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained at https://restructuring.ra.kroll.com/bbby.

Dated: August 8, 2026

By:/s/ Colleen G. Thomas
Colleen G. Thomas,
Attorney for Continental Web Press, Inc.
30 North Western Avenue
Carpentersville, IL 60110
(847) 426-7990
Colleen@CGTLaw.com



# COLLEEN G. THOMAS
## THOMAS LAW OFFICE
**30 North Western Avenue (Route 31)**
**Carpentersville, Illinois 60110**
**(847) 426-7990**
**FAX (847) 426-8693**
**Collections@CGTLaw.com**

August 10, 2026

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Re:**   **Bed Bath & Beyond, Inc., et al**
**Continental Web Press, Inc. (Creditor)**
**Case No. 23-13359**

Dear Sir/Madam:

Enclosed please find an original and copy of a Request of Colleen G. Thomas to be Removed from Notice, Electronic Mailing and Service Lists under Local Bankruptcy Rule 9010-2. I do not have local counsel on this file any longer, and really do not want to hire an attorney solely to e-file this document. My client, Continental Web Press, Inc., has settled the adversary matters with the debtors, and I no longer need to receive all of the notices on this case. I only need to be contacted when the Trustee is ready to pay my client as a creditor per their settlement agreement.

Therefore, I kindly request that you file the enclosed Request for Removal of Notice and send me back a stamped copy in the enclosed self-addressed, stamped envelope.

Thank you for your assistance with this matter. If you need anything further, please do not hesitate to contact me.

Very truly yours,

Colleen G. Thomas

Colleen G. Thomas