**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          egray@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**ADJOURNMENT REQUEST RELATED SOLELY TO**
**CLAIMS 10696 & 16983  OF BLUE YONDER, INC.**

1.    I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2.    The Plan Administrator requests adjournment of the  hearing on the matter identified in paragraph 3 (the "Objection") solely as it relates to the following Disputed Claims filed by Blue Yonder, Inc. (Claims 10696 and 16983 )

      ***The hearing scheduled for August 18, 2026, at 10:00 a.m. ET, on the Objection identified in paragraph 3 will go forward as to all other Disputed Claims that are the subject of the Objection, unless a Disputed Claim is subject to a separate adjournment order.***

3.    <u>Matter</u>:    *Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims)* [Docket No. 4758].

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

4910-0651-6165.1 08728.003

4.       Current hearing date and time:  August 18, 2026, at 10:00 a.m.

5.       New date requested:  September 9, 2026, at 10:00 a.m.

6.       Reason for adjournment request:   The parties require additional time to try to resolve.

7.       Consent to adjournment:

[X]     I have the consent of all parties.
[  ]     I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: August 12, 2026                    /s/ Edward A. Corma
                                         Edward A. Corma


COURT USE ONLY:

The request for adjournment is:

X       Granted        New hearing date:  9/9/26 at 10am        Peremptory

        Granted over objection(s)     New hearing date:                    Peremptory

        Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4910-0651-6165.1 08728.003                    2