UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McDonnell Crowley, LLC
500 Hooper Avenue
Toms River, NJ 08723
(732) 383-7233

John M. McDonnell, Esquire
jmcdonnell@mchfirm.com

In Re:

Bed Bath & Beyond Inc.,

Debtor.

Case No.: 23-13359 (VFP)

Chapter: 11

Hearing Date: ____________________

Judge: Vincent F. Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Docket No. 2961 (Notice of Appearance and Request for Service of Notice).

Date: 8/17/2026

/s/ John M. McDonnell
Signature

*rev.8/1/15*