**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 10, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Stipulation and Consent Order Between Plan Administrator and Acxiom LLC [Docket No. 4864]

On August 10, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit C**, and (2) email on the list of parties attached hereto as **Exhibit D**:

- Order Sustaining Plan Administrator's Thiry-Fourth Omnibus Objection to Claims [Docket No. 4865]

[*Remainder of page intentionally left blank*]

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Dated: August 17, 2026

/s/ Nelson Crespin
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 17, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 15492470 | Acxiom LLC | C.B. Blackard III | 301 E. Dave ward drive | | | Conway | AR | 72032 |
| 31569356 | Acxiom LLC | C/O WRIGHT, LINDSEY & JENNINGS, LLP | Attn: Stan D. Smith, Esq. | 200 W. Capitol Avenue | Suite 2300 | Little Rock | AR | 72201 |
| 18185547 | Acxiom LLC | Michell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Stan D. Smith | 425 W. Capitol Ave | Suite 1800 | Little Rock | AR | 72201 |

**Exhibit B**

# Exhibit B

| ADRID | NAME | EMAIL |
|---|---|---|
| 31569356 | Acxiom LLC | SSmith@wlj.com |
| 15492470 | Acxiom LLC | c.b.blackard@acxiom.com |
| 15592766 | Acxiom LLC | ssmith@mwlaw.com |

**Exhibit C**

Exhibit C

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 18181696 | Acxiom LLC | C.B. Blackard III | 301 E. Dave Ward Drive | | | Conway | AR | 72032 | |
| 18185547 | Acxiom LLC | Michell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Stan D. Smith | 425 W. Capitol Ave | Suite 1800 | Little Rock | AR | 72201 | |
| 18989728 | Blue Yonder, Inc. | c/o Mark A. Salzberg, Esq. | Squire Patton Boggs (US) LLP | 2550 M Street, NW | | Washington | DC | 20037 | |
| 18989729 | Blue Yonder, Inc. | Daniel J. Maynard | President, Blue Yonder, Inc. | 15059 North Scottsdale Road, Suite 400 | | Scottsdale | AZ | 85254 | |
| 16825740 | IBM Corp | 2200 Camino A El Castillo | | | | Guadalajara, Jalisco | | 45680 | Mexico |
| 16825739 | IBM Corp | 500 First Avenue | | | | Pittsburgh | PA | 15219 | |
| 13112953 | Infosys Limited | c/o Kevin M. Capuzzi | Benesch, Friedlander, Coplan & Aronoff LLP | 1313 N. Market Street, Suite 1201 | | Wilmington | DE | 19801 | |
| 13112955 | Infosys Limited | Dinesh Rohara | 501 US-22 | | | Bridgewater | NJ | 08807 | |
| 13112693 | Infosys McCamish Systems LLC | Dinesh Rohara | Senior Engagement Manager | 501 US-22 | | Bridgewater | NJ | 08807 | |
| 13112691 | Infosys McCamish Systems LLC | Kevin M. Capuzzi | Benesch, Friedlander, Coplan & Aronoff LLP | 1313 N. Market Street, Suite 1201 | | Wilmington | DE | 19801 | |
| 18185090 | Manhattan Associates, Inc. | Attn: Bankruptcy Counsel | 2300 Windy Ridge Pkwy, 10th fl | | | Atlanta | GA | 30339 | |
| 18185901 | Manhattan Associates, Inc. | Kilpatrick Townsend & Stockton LLP | Colin M. Bernardino, Esq. | 1100 Peachtree Street, Suite 2800 | | Atlanta | GA | 30309 | |
| 18185092 | Manhattan Associates, Inc. | P.O. Box 405696 | | | | Atlanta | GA | 30384 | |
| 20475459 | Salesforce, Inc. | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab/Gaye Heck | 830 Menlo Ave., Suite 201 | | Menlo Park | CA | 94025 | |

**Exhibit D**

Exhibit D

| ADRID | NAME | EMAIL |
|---|---|---|
| 18181696 | Acxiom LLC | C.B.Blackard@acxiom.com |
| 18185547 | Acxiom LLC | ssmith@mwlaw.com |
| 15418606 | Blue Yonder, Inc. | dan.maynard@blueyonder.com |
| 15418605 | Blue Yonder, Inc. | mark.salzberg@squirepb.com |
| 16825742 | IBM Corp | arsupport@es.ibm.com |
| 16825740 | IBM Corp | esau.aceves@ibm.com |
| 13112955 | Infosys Limited | dinesh_rohara@infosys.com |
| 13112953 | Infosys Limited | kcapuzzi@beneschlaw.com; lmolinaro@beneschlaw.com |
| 13112693 | Infosys McCamish Systems LLC | dinesh_rohara@infosys.com |
| 13112691 | Infosys McCamish Systems LLC | kcapuzzi@beneschlaw.com |
| 18185092 | Manhattan Associates, Inc. | bankruptcy@manh.com |
| 18185090 | Manhattan Associates, Inc. | bankruptcy@manh.com; ccarter@manh.com |
| 18185901 | Manhattan Associates, Inc. | cbernardino@kilpatricktownsend.com |
| 20475459 | Salesforce, Inc. | gheck@bbslaw.com; yessenia@bbslaw.com |