| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>vroldan@mblawfirm.com<br><br>Attorneys for Entities on Exhibit A | Case No. 23-13359 (VFP)<br><br>Chapter 11 |
| In re<br><br>Bed Bath & Beyond, Inc.<br><br>Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JULIE ANNE PARSONS**

PLEASE TAKE NOTICE that Mandelbaum Barrett PC ("Mandelbaum Barrett") is counsel to the taxing authorities listed on Exhibit A in the above-captioned Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that on June 20, 2023, the Court entered an Order permitting Julie A. Parsons to be permitted to appear pro hac vice. See Docket No. 801-1.

PLEASE TAKE FURTHER NOTICE that Ms. Parsons' appearance is hereby withdrawn and the undersigned respectfully requests that Ms. Parsons' name be removed from the Court's mailing matrix and service list for these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the entities on Exhibit A continue to be represented by Mandelbaum Barrett in these chapter 11 cases.

Dated: August 28, 2026

Respectfully submitted,

Counsel for the entities on Exhibit A:

/s/ Vincent J. Roldan
Vincent J. Roldan
MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
Tel: 973.607.1269
Email: vroldan@mblawfirm.com

Co-Counsel for the entities on Exhibit A:

/s/ Julie Anne Parsons
Julie Anne Parsons
Texas State Bar No. 00790358
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P. O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

**Exhibit A - List of the Certain Texas Taxing Entities (Respondents)**

| Claim No | Taxing Entity | Location |
|---|---|---|
| 6955 | Brazoria County, *et al* | 2750 Smith Ranch Rd |
| 7444 | Brazoria Municipal Utility District #06 | 2750 Smith Ranch Rd |
| 490 | City of Houston | 10515 Katy Fwy Houston TX 77024 |
| 20 | City of Lake Worth | 6038 Azle Ave (Store #1158) |
| 497 | Clear Creek Independent School District | 19801 Gulf Fwy Webster TX 77598 |
| 541 | Clear Creek Independent School District | 19801 Gulf Fwy Webster TX 77598 |
| 15 | Crowley Independent School District | 4931 Overton Ridge Blvd (Store#330) |
| 753 | Crowley Independent School District | 4848 SW Loop 820 (Store #3054) |
| 19 | Frisco Independent School District | 2930 Preston Rd (Store #404) |
| 24 | Frisco Independent School District | 2930 Preston Rd |
| 17 | Grapevine-Colleyville Independent School District | 2930 E Southlake Blvd (Strore #341) |
| 17 | Grapevine-Colleyville Independent School District | 2800 State Hwy 121 #600 (Store#1212) |
| 31 | Grapevine-Colleyville Independent School District | 2901 E State Hwy 114 |
| 530 | Humble Independent School District | 20514 Eastex Fwy Humble 77338 |
| 494 | Humble Independent School District | 20416 Highway 59 N Humble TX 77338 |
| 246 | Lubbock Central Apppraisal District | 2624 W Loop 289, Lubbock 79407 |
| 247 | Midland County | 3001 W Loop 250 N, Midland 79705 |
| 510 | Pasadena Independent School District | 5636 Fairmont PKY, Pasadena TX 77505 |
| 25 | Plano Independent School District | 6400 W Plano Pkwy (Store #406) |
| 25 | Plano Independent School District | 801 W 15th St (Store #61) |
| 30 | Plano Independent School District | 2712 Central Expwy |
| 531 | Spring Branch Independent School District | 10515 Katy Fwy Houston TX 77024 |