<table>
<tr>
<td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>McCreary, Veslelka, Bragg & Allen, P.C.<br>Jessica L. Cousineau<br>Texas State Bar Number 00790358<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269<br>Telephone: (512) 323-3241<br>Fax: (512) 323-3205<br>Email: jparsons@mvbalaw.com<br>Counsel to Tax Appraisal District of Bell County; Bowie Central Appraisal District; The County of Brazos, Texas; The County of Denton, Texas; The County of Guadalupe, Texas; The County of Hays, Texas; Midland Central Appraisal District; Taylor County Central Appraisal District; City of Waco and/or Waco ISD; The County of Williamson, Texas</td>
<td>Chapter 11<br><br>Case No. 23-13359 (VFP)<br>(Jointly Administered)</td>
</tr>
<tr>
<td>In re:<br><br>BED BATH & BEYOND, et.al.,[1]<br><br>Debtors.</td>
<td></td>
</tr>
</table>

**REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

The following Texas Ad Valorem Creditors hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013:

Tax Appraisal District of Bell County
Bowie Central Appraisal District
The County of Brazos, Texas
The County of Denton, Texas
The County of Guadalupe, Texas

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

The County of Hays, Texas
Midland Central Appraisal District
Taylor County Central Appraisal District
City of Waco and/or Waco ISD
The County of Williamson, Texas

Said creditors request that such notice be given electronically to:

Jessica L. Cousineau
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

Dated: August 31, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar No. 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email:
jessica.cousineau@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the foregoing on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau