| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert J. Feinstein, Esq. (admitted *pro hac vice*)<br>Bradford J. Sandler, Esq.<br>Erin E. Gray, Esq. (admitted *pro hac vice*)<br>Edward A. Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>egray@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 9, 2026 AT 10:00 A.M. (ET)**

**Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

## I. SUMMARY

1. As is further detailed below, the hearing is no longer necessary because all matters have either been resolved, adjourned, or an adjournment has been requested.

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

## II. MATTER FOR WHICH AN ADJOURNMENT HAS BEEN REQUESTED

1. Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4452].

   Status: On September 4, 2026, the parties submitted an adjournment request that asked that this matter be reset for hearing on October 6, 2026, at 10:00 a.m. Eastern Time. As of the filing of this agenda, the adjournment has not been entered on the docket.

## III. MATTERS ADJOURNED

2. Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims) [Docket No. 4758].

   Status: Claim No. 18097 filed by Salesforce, Inc. has been adjourned to October 6, 2026, at 10:00 a.m. Eastern Time.

   Original Response Deadline: July 28, 2026.

   Extended Response Deadline: September 29, 2026, for Salesforce, Inc.

   Responses Received: Informal response received from Salesforce, Inc.

   Related Documents:

   (a) Notice of Objection to Your Claim [Docket No. 4759].

   (b) Affidavit of Service [Docket No. 4763].

   (c) Determination of Adjournment Request [Docket No. 4764].

   (d) Determination of Adjournment Request [Docket No. 4774].

   (e) Determination of Adjournment Request [Docket No. 4775].

   (f) Determination of Adjournment Request [Docket No. 4805].

   (g) Stipulation and Consent Order Between Plan Administrator and Acxiom LLC [Docket No. 4860].

   (h) [ENTERED] Stipulation and Consent Order Between Plan Administrator and Acxiom LLC [Docket No. 4864].

   (i) [ENTERED] Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims) [Docket No. 4865].

(j) Adjournment Request Related Solely to Claims 10696 and 16983 of Blue Yonder, Inc. [Docket No. 4870].

(k) Adjournment Request Related Solely to Claim 18097 of Salesforce, Inc. [Docket No. 4871].

(l) Stipulation and Consent Order Between Plan Administrator and Blue Yonder, Inc. [Docket No. 4877].

(m) [ENTERED] Stipulation and Consent Order Between Plan Administrator and Blue Yonder, Inc. [Docket No. 4880].

(n) Adjournment Request Related Solely to Claim 18097 of Salesforce, Inc. [Docket No. 4888].

Dated: September 4, 2026

*/s/ Edward A. Corma*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*