**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**ADJOURNMENT REQUEST**

1. I, Edward A. Corma, am the attorney for Michael Goldberg, Plan Administrator.

2. The Plan Administrator requests adjournment of the below hearing as it relates only to the following claims:

   Bexar County (Claims 130 and 137)
   City of Frisco (Claim 159 and 149)
   City of Mesquite (Claim 163)
   Crowley Independent School District (Claims 753 and 15)
   Cypress-Fairbanks Independent School District (Claims 868 and 14)
   Dallas County (Claims 142 and 100)
   Fort Bend County WCID #02 (Claims 894 and 21)
   Fort Bend County (Claims 887 and 22)
   Harris County et al. (Claims 873 and 889)
   Lewisville Independent School District (Claims 152 and 2767)

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

McLennan County (Claim 489)
Nueces County (Claim 477)
Rockwall CAD (Claim 162)
San Marcos CISD (Claim 442)
Smith County (Claim 305 and 154)
Tarrant County (Claims 158 and 97)

3. Matter: *Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims)* [Docket No. 4452].

4. Current hearing date and time: September 9, 2026, at 10:00 a.m.

5. New date requested: October 6, 2026, at 10:00 a.m.

6. Reason for adjournment request: The parties require additional time to pursue a resolution of Docket No. 4452.

7. Consent to adjournment:

[X] I have the consent of all parties.
[ ] I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: September 4, 2026 *<u>/s/ Edward A. Corma</u>*
Signature

COURT USE ONLY:

The request for adjournment is:

X Granted New hearing date: 10/6/26 @ 10am ☐ Peremptory

☐ Granted over objection(s) New hearing date: ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**