**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marianna Udem
Brigette McGrath
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com

*Special Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>Plaintiff,<br><br>v.<br><br>World Distribution Services LLC,<br>Defendant. | Adv. No. 24-01367 (VFP)<br><br>**Hearing Date: October 27, 2026**<br>**Hearing Time: 10:00 a.m.**<br>**Response Deadline: October 20, 2026**<br><br>**ORAL ARGUMENT WAIVED UNLESS RESPONSES ARE TIMELY FILED** |

# NOTICE OF PROPOSED COMPROMISE AND SETTLEMENT OF CONTROVERSY RELATED TO PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019(a)

1 The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

2 Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

**PLEASE TAKE NOTICE** that Michael Goldberg, solely in his capacity as the Plan Administrator (the "Plan Administrator") to 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and affiliated debtors (the "Debtors"), has filed a motion (the "Motion") pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and rule 9019-3(b) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), in the above-captioned adversary proceeding (the "Adversary Proceeding") seeking entry of an order substantially in the form attached to the Motion as **Exhibit A** (the "Proposed Order") authorizing and approving the settlement agreement attached to the Proposed Order as **Exhibit 1** (the "Settlement Agreement") between the Plan Administrator and World Distribution Services LLC ("WDS", and collectively with the Plan Administrator, the "Parties").

The chart below contains a summary of key terms of the Settlement Agreement:

| Topic | Settlement Terms[3] |
|---|---|
| **Settlement Payment** | WDS shall pay to the Plan Administrator $362,500.00 pursuant to the terms of the Settlement Agreement. |
| **Disallowance of Claims** | Contingent on receipt of the Settlement Payment, all claims of WDS including any proofs of claim shall be disallowed. |
| **Releases** | Contingent on receipt of the Settlement Payment, the Parties shall release each other for all claims and causes of action, including the Plan Administrator's claims and WDS' counterclaims in the Adversary Proceeding. |
| **Dismissal of Adversary Proceeding** | Contingent on receipt of the Settlement Payment, the Adversary Proceeding shall be dismissed with prejudice. |

[3] Capitalized terms not defined herein shall be ascribed the same meaning as in the Settlement Agreement. In the event of any inconsistency between this summary chart and the Settlement Agreement, the latter controls.

If you disagree with the Motion, you must file a response to the Motion with the Clerk of the Bankruptcy Court at the address below on or before **October 20, 2026.**

Clerk of Court
United States Bankruptcy
Court for the District of
New Jersey
Martin Luther King, Jr. Federal
Building 50 Walnut Street
Newark, NJ 07102

At the same time, you must also serve a copy of the response upon the Plan Administrator's attorneys:

Marianna Udem, Esq.
Brigette McGrath, Esq.
Nicholas C. Brown, Esq.
ASK LLP
2600 Eagan Woods Dr.
Suite 400
St. Paul, MN 55121

If you file a response, you or your attorney must appear at a hearing on the Objection that will be held before the Honorable Vincent F. Papalia on **October 27, 2026, at 10:00 a.m. Eastern Time** at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102.

**PLEASE TAKE NOTICE** that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. one (1) business day prior to the scheduled hearing.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 24, 2026

**ASK LLP**

By: <u>/s/ *Brigette McGrath*</u>
Brigette McGrath, Esq., NJ SBN 01000-2011
Nicholas C. Brown, Esq., VA SBN 99898, NC SBN 38054 (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
Email: bmgrath@askllp.com
nbrown@askllp.com

*-and-*

Edward E. Neiger, Esq.
ASK LLP
60 East 42nd Street, 46th Fl.
New York, New York 10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for the Plan Administrator*