**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 6, 2026 AT 10:00 A.M. (ET)**

**Please note that parties may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

**Parties wishing to participate telephonically only (i.e. without video) may request to appear by Zoom or telephonically by sending an email to Chambers_of_vfp@njb.uscourts.gov by no later than 3:00 p.m. Eastern Time one (1) business day prior to the scheduled hearing.**

## I. MATTER RESOLVED

1. Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4452].

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Status: There are no unresolved matters. Counsel will submit a revised form of order that reflects the Plan Administrator's agreement with all remaining Claimants.

Response Deadline: Extended to September 29, 2026, for certain Claimants.[2]

Responses Received: Informal responses received from certain Claimants.

Related Documents:

(a) Notice of Objection to Your Claim [Docket No. 4453].

(b) Affidavit of Service [Docket No. 4462].

(c) Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4474].

(d) [ENTERED] Order Sustaining Plan Administrator's Twenty-Sixth Omnibus Objection to Claims (Partially Satisfied Texas Tax Claims) [Docket No. 4487].

(e) Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4494].

(f) Determination of Adjournment Request (Solely as to Certain Taxing Agencies Referenced in Status Above) [Docket No. 4606].

(g) Determination of Adjournment Request [Docket No. 4630].

(h) Determination of Adjournment Request [Docket No. 4657].

(i) Determination of Adjournment Request [Docket No. 4737].

(j) Determination of Adjournment Request [Docket No. 4747].

(k) Determination of Adjournment Request [Docket No. 4752].

(l) Determination of Adjournment Request [Docket No. 4773].

(m) Determination of Adjournment Request [Docket No. 4872].

(n) Determination of Adjournment Request [Docket No. 4893].

---

[2] Bexar County (Claims 130 and 137), City of Frisco (Claim 159 and 149), City of Mesquite (Claim 163), Crowley Independent School District (Claims 753 and 15), Cypress-Fairbanks Independent School District (Claims 868 and 14), Dallas County (Claims 142 and 100), Fort Bend County WCID #02 (Claims 894 and 21), Fort Bend County (Claims 887 and 22), Harris County et al. (Claims 873 and 889), Lewisville Independent School District (Claims 152 and 2767), McLennan County (Claim 489), Nueces County (Claim 477), Rockwall CAD (Claim 162), San Marcos CISD (Claim 442), Smith County (Claim 305 and 154), Tarrant County (Claims 158 and 97).

## II. MATTER UNCONTESTED

2. Plan Administrator's Thirty-Fifth Omnibus Objection to Claims (Reclassified Priority Claims) [Docket No. 4882].

Status: There are no unresolved objections. Counsel will submit a revised form of order.

Response Deadline: September 29, 2026.

Responses Received: Informal response received from Sun Life and Health Insurance Company (U.S.).

Related Documents:

(a) Notice of Objection to Your Claim [Docket No. 4883].

(b) Affidavit of Service [Docket No. 4896].

(c) Stipulation and Consent Order Between Plan Administrator and Sun Life and Health Insurance Company (U.S.) [Docket No. 4901].

(d) [ENTERED] Stipulation and Consent Order Between Plan Administrator and Sun Life and Health Insurance Company (U.S.) [Docket No. 4904].

## III. MATTER ADJOURNED

3. Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims) [Docket No. 4758].

Status: Claim No. 18097 filed by Salesforce, Inc. has been adjourned to October 20, 2026, at 10:00 a.m. Eastern Time.

Original Response Deadline: July 28, 2026.

Extended Response Deadline: October 13, 2026, for Salesforce, Inc.

Responses Received: Informal response received from Salesforce, Inc.

Related Documents:

(a) Notice of Objection to Your Claim [Docket No. 4759].

(b) Affidavit of Service [Docket No. 4763].

(c) Determination of Adjournment Request [Docket No. 4764].

(d) Determination of Adjournment Request [Docket No. 4774].

(e) Determination of Adjournment Request [Docket No. 4775].

(f) Determination of Adjournment Request [Docket No. 4805].

(g) Stipulation and Consent Order Between Plan Administrator and Acxiom LLC [Docket No. 4860].

(h) [ENTERED] Stipulation and Consent Order Between Plan Administrator and Acxiom LLC [Docket No. 4864].

(i) [ENTERED] Plan Administrator's Thirty-Fourth Omnibus Objection to Claims (Reclassified Administrative Claims) [Docket No. 4865].

(j) Adjournment Request Related Solely to Claims 10696 and 16983 of Blue Yonder, Inc. [Docket No. 4870].

(k) Adjournment Request Related Solely to Claim 18097 of Salesforce, Inc. [Docket No. 4871].

(l) Stipulation and Consent Order Between Plan Administrator and Blue Yonder, Inc. [Docket No. 4877].

(m) [ENTERED] Stipulation and Consent Order Between Plan Administrator and Blue Yonder, Inc. [Docket No. 4880].

(n) Adjournment Request Related Solely to Claim 18097 of Salesforce, Inc. [Docket No. 4888].

(o) Adjournment Request Related Solely to Claim 18097 of Salesforce, Inc. [Docket No. 4902].

Dated: October 5, 2026

*/s/ Edward A. Corma*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Erin E. Gray, Esq. (admitted *pro hac vice*)
Edward A. Corma, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*