UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*) Bradford J. Sandler, Esq.
Erin Gray, Esq. (admitted *pro hac vice*) Edward A. Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP 1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
egray@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Plan Administrator*

**Order Filed on October 6, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

BED BATH & BEYOND INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

**Hearing Date:** **October 6, 2026**
**Hearing Time:** **10:00 a.m. (ET)**
**Response Deadline:** **September 29, 2026**

**Related Doc. No. 4882**

**ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(Reclassified Priority Claims)**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: October 6, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby.

Upon the objection (the "Objection") [Doc. No. 4882][2] of the Plan Administrator, pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, 3007-2, and 9013-1, objecting to the claims identified on the attached **Exhibit 1** (the "Disputed Claims"); and upon consideration of the record of these chapter 11 cases and the *Declaration of Michael Goldberg*; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Objection and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Objection having been provided [Doc. Nos. 4883, 4896], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. As is set forth in the column entitled "Claim Amount & Classification if Objection Granted" on **Exhibit 1** to this Order, each Disputed Claim is reclassified as a Class 6 General Unsecured Claim.

3. The Claims and Noticing Agent is authorized to modify the Claims Register to

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

reflect the relief granted by this Order.

4. Nothing in this Order shall affect any party's rights with respect to the Disputed Claims as reclassified, and all parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Plan Administrator's or any estate representative's rights to object in the future to any Disputed Claim on any grounds permitted by bankruptcy or nonbankruptcy law.

5. Nothing in this Order shall be deemed (i) an admission as to the validity of any claim or as an allowance of any claim; (ii) a waiver of the Debtors' or Plan Administrator's rights to dispute any claim or interest, including the Disputed Claims set forth on **Exhibit 1** hereto, on any grounds, including, but not limited to, pursuant to section 502(d) of the Bankruptcy Code; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any claim is of a type referenced or defined in this Objection; (v) a waiver or limitation of any of the Debtors' or Plan Administrator's rights under the Plan, the Bankruptcy Code, or applicable law; or (vi) a waiver of any other substantive objection to the Disputed Claims.

6. Each Disputed Claim and the objections by the Plan Administrator thereto, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007. This Order shall be deemed a separate Order with respect to each such Disputed Claim. Any stay of this Order pending appeal by any Claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other

contested matters listed in the Objection or this Order.

7. Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

8. The Court shall retain jurisdiction to construe and enforce this Order.

# Exhibit 1

## List of Disputed Claims

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | Claim as Filed | | Claim if Objection Granted | | |
|---|---|---|---|---|---|---|---|---|---|
| **#** | **Name of Claimant** | **Date Claim Filed** | **Claim No.** | **Debtor Name** | **Claim Class** | **Claim Amount** | **Claim Class** | **Claim Amount** | **Grounds for Objection** |
| 1 | ABC Works L.L.C. | 5/4/2023 | 189 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$6,370.00<br>$0.00<br>$6,370.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,370.00<br>$6,370.00 | Claim is for "services performed" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 2 | Albu, Madalina | 5/20/2023 | 1868 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$2,887.00<br>$0.00<br>$2,887.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,887.00<br>$2,887.00 | Claim is for "services performed" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 3 | Blue Label Systems, Inc. | 5/1/2023 | 96 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,550.00<br>$0.00<br>$11,550.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,550.00<br>$11,550.00 | Claim is for "services performed" from a third party vendor for services that were performed outside the Priority Period. The Plan Administrator objects to the Claim on the following grounds: (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 4 | Boyd, Judith | 5/24/2025 | 20758 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$0.00<br>$7,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | Claim is for "company bankruptcy." Claimant does not identify any basis for treatment as a priority claim under section 507(a). Nor does Claimant provide any supporting documentation. Claim is also late filed. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 5 | Chavez, Ramona | 7/15/2023 | 13131 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25.00<br>$0.00<br>$25.00<br>$25.00<br>$25.00<br>$25.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25.00<br>$25.00 | Claim is for "good sold" without any supporting documentation. The Plan Administrator objects to the Claim on the following grounds: (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5).(4),(2) Claim is not secured. (3) Claim is not related to goods received by the Debtor within 20 days before the Petition Date and is not entitled to administrative status pursuant to section 503(b)(9). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 6 | Cision US Inc. | 6/21/2023 | 6879 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$3,396.05<br>$56,725.43<br>$60,121.48 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$60,121.48<br>$60,121.48 | Claim is for "services performed" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | City of Largo | 1/31/2024 | 19374 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,207.21<br>$0.00<br>$15,207.21 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,207.21<br>$15,207.21 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8).. (2) Claim was late filed. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 8 | City of Seal Beach | 6/27/2023 | 12545 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$804.25<br>$0.00<br>$804.25 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$804.25<br>$804.25 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8).. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 9 | Consolidated Edison Company of New York, Inc. | 6/29/2023 | 12808 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,523.07<br>$0.00<br>$11,523.07 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,523.07<br>$11,523.07 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 10 | Creative Circle, LLC | 4/28/2023 | 83 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$188,274.00<br>$223,039.75<br>$411,313.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$411,313.75<br>$411,313.75 | Claim is made by a staffing agency. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4). *See In re GUE Liquidation Cos.* , No. 19-11240, 2021 Bankr. LEXIS 784, at *15 (Bankr. D. Del. Mar. 26, 2021)(holding that a claim of a staffing agency is not entitled to priority under section 507(a)(4) which only applies to claims of individuals) While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 11 | De Azevedo, Bruno Campos | 6/2/2026 | 20993 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$300.00<br>$300.00<br>$300.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$300.00<br>$300.00 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 12 | DeSousa, Adelia | 7/5/2023 | 9398 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$150.00<br>$0.00<br>$150.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$150.00<br>$150.00 | The basis of the claim is not identified. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(7), which applies to claims based on certain pre-petition deposits. To the extent Claimant is asserting a Claim based on a gift card, this Court has previously held that gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9).*See* Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117 .While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Easton Suburban Water Auth | 6/23/2023 | 12532 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$114.29<br>$0.00<br>$114.29 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$114.29<br>$114.29 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 14 | Eaton, Amber Skye | 7/5/2023 | 9256 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,650.00<br>$850.00<br>$2,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,500.00<br>$2,500.00 | Basis of the Claim is "rental lease" without any supporting documentation. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(7), which applies to claims based on certain pre-petition deposits. To the extent Claimant is asserting a Claim based on a gift card, this Court has previously held that gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 15 | Frew, Saylor | 6/27/2023 | 6643 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$200.00<br>$0.00<br>$200.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$200.00<br>$200.00 | Basis of the Claim is "good sold" without any supporting documentation. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(7), which applies to claims based on certain pre-petition deposits. To the extent Claimant is asserting a Claim based on a gift card, this Court has previously held that gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 16 | Garner, Chrystine | 3/23/2025 | 20668 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$100.00<br>$0.00<br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$100.00<br>$100.00 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 17 | Go Mama Go Designs LLC | 5/17/2023 | 1552 | BBBY Management Corporation | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$6,526.69<br>$0.00<br>$6,526.69 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,526.69<br>$6,526.69 | Claim is for "goods sold and shipped" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Graham, Driaella | 5/24/2023 | 2500 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$419.70<br>$0.00<br>$419.70 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$419.70<br>$419.70 | Basis of the Claim is services performed outside the Priority Period. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 19 | Greenville Utilities Commission | 6/30/2023 | 12262 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,558.58<br>$0.00<br>$5,558.58 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,558.58<br>$5,558.58 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 20 | HABIBI IMPORTS/OKL | 6/21/2023 | 12834 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$195.00<br>$0.00<br>$195.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$195.00<br>$195.00 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 21 | Hatcher Packs, LLC | 5/24/2023 | 2387 | BBB Canada LP Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$7,574.00<br>$22,724.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$22,724.00<br>$22,724.00 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 22 | Holder, Julie Anne | 4/1/2024 | 19736 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$116.81<br>$0.00<br>$116.81 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$116.81<br>$116.81 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 23 | Howard County Maryland | 6/13/2023 | 5195 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$448.56<br>$0.00<br>$448.56 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$448.56<br>$448.56 | Basis of the claim is a "disposable bag fee". The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24 | Hundley Lane Group | 7/19/2023 | 14265 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$13,720.00<br>$28,870.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$28,870.00<br>$28,870.00 | Claim is for "Store built, construction" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 25 | Hundley Lane Group | 7/19/2023 | 14278 | Buy Buy Baby, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$12,473.48<br>$27,623.48 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$27,623.48<br>$27,623.48 | Claim is for "Store built, construction" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 26 | Johnson, Melissa | 5/26/2023 | 2708 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,239.99<br>$0.00<br>$5,239.99 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,239.99<br>$5,239.99 | Claim is for "services performed" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 27 | Johnson , Melissa | 6/30/2023 | 13280 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,239.99<br>$0.00<br>$5,239.99 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim is a duplicate of claim 2708 and should be disallowed in full. |
| 28 | KARUR GOLDLINE EXPORTS PVT LTD | 6/27/2023 | 8639 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$287,339.61<br>$0.00<br>$287,339.61 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$287,339.61<br>$287,339.61 | Claim is for "goods sold" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 29 | Mitchell, Alton Antonio | 6/21/2023 | 6627 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$150,000.00<br>$0.00<br>$150,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$150,000.00<br>$150,000.00 | Claim is for "services performed" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Monsoon Impex Private Limited | 5/16/2023 | 1333 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$434,215.27<br>$0.00<br>$434,215.27 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$434,215.27<br>$434,215.27 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 31 | Morning Glamour LLC | 5/15/2023 | 1250 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$113,070.65<br>$128,220.65 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$128,220.65<br>$128,220.65 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 32 | Morris, Pamela | 7/6/2023 | 9918 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$0.00<br>$7,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | Claim is for "services performed" from a third party vendor for services that were performed outside the Priority Period. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 33 | Pasargad Carpets, Inc | 5/9/2023 | 316 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,500.00<br>$260.00<br>$1,760.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,760.00<br>$1,760.00 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 34 | PopYum LLC | 5/1/2023 | 126 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$14,841.80<br>$0.00<br>$14,841.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,841.80<br>$14,841.80 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 35 | Quality Export | 5/25/2023 | 2653 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,000.00<br>$104,527.98<br>$115,527.98 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$115,527.98<br>$115,527.98 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36 | RegistryFinder.com LLC | 5/25/2023 | 2565 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$4,347.58<br>$7,646.63<br>$11,994.21 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,994.21<br>$11,994.21 | Claim is for "services performed/referral commissions" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 37 | S. Guerriero Landscape Maintenance Contractors, Inc. | 5/10/2023 | 679 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$10,394.16<br>$25,544.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,544.16<br>$25,544.16 | Claim is for "services performed" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 38 | Sao Media Labs LLC | 5/10/2023 | 661 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$16,600.00<br>$1,551.13<br>$18,151.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$18,151.13<br>$18,151.13 | Claim is for "services performed" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 39 | Soji Health | 7/6/2023 | 9680 | Harmon Stores, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,271.81<br>$0.00<br>$7,271.81 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,271.81<br>$7,271.81 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 40 | Synthesis Home Textiles Private Limited | 5/20/2023 | 1891 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$379,962.11<br>$0.00<br>$379,962.11 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$379,962.11<br>$379,962.11 | Claim is for goods sold. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 41 | Synthesis Home Textiles Private Limited | 5/15/2023 | 1141 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$110,005.16<br>$0.00<br>$110,005.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$110,005.16<br>$110,005.16 | Claim is for "po cancelled-debit claim". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Texas Barcode Systems. Ltd. | 6/28/2023 | 12811 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$133.17<br>$1,659.21<br>$1,792.38 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,792.38<br>$1,792.38 | Claim is for "goods and services provided" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 43 | Thompson, Monique Kathlene | 7/4/2023 | 8663 | BBBY Management Corporation | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$600.00<br>$0.00<br>$600.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$600.00<br>$600.00 | Claim is for "goods sold" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) To the extent Claimant is asserting a Claim based on a gift card, this Court has previously held that gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 44 | Valdez, Carla | 7/3/2023 | 8107 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$539.51<br>$0.00<br>$539.51 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$539.51<br>$539.51 | Basis of the Claim is services performed outside the Priority Period. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 45 | Vega, Moises | 2/13/2025 | 20609 | Bed Bath & Beyond of California Limited Liability Company | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,846.85<br>$0.00<br>$5,846.85 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,846.85<br>$5,846.85 | Claim is based on a judgment entered against the Debtors post-petition in violation of the automatic stay. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. (2) Claim is also late filed. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 46 | Vietze, Dan | 4/27/2025 | 20718 | BBB Value Services Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$50.00<br>$50.00<br>$0.00<br>$50.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50.00<br>$50.00 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Wagner Service Solutions INC | 7/3/2023 | 12901 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$10,099.61<br>$0.00<br>$10,099.61 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,099.61<br>$10,099.61 | Claim is made by a staffing agency. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4). See In re GUE Liquidation Cos., No. 19-11240, 2021 Bankr. LEXIS 784, at *15 (Bankr. D. Del. Mar. 26, 2021)(holding that a claim of a staffing agency is not entitled to priority under section 507(a)(4) which only applies to claims of individuals) While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 48 | Wowkido LLC | 6/29/2023 | 9139 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$43,500.00<br>$53,396.69<br>$96,896.69 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$96,896.69<br>$96,896.69 | Basis of the claim is "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. (2) Nor is Claim entitled to priority under any other subsection of 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 49 | Xiamen Helios I/E CO. LTD | 6/17/2023 | 4674 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$62,060.00<br>$0.00<br>$62,060.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,060.00<br>$62,060.00 | Basis of the claim is "cargos were ready but the order cancelled". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 50 | Xiong, Pao | 6/30/2023 | 12267 | bed 'n bath Stores Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Basis of the Claim is not identified nor quantified nor supported. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 51 | Zazai, Shoghla | 3/27/2025 | 20678 | Bed Bath & Beyond of California Limited Liability | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$307.00<br>$0.00<br>$307.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$307.00<br>$307.00 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |