**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FILED JEANNE A. NAUGHTON, CLERK
OCT 19 2026
U.S. BANKRUPTCY COURT NEWARK, N.J.
BY DEPUTY

| | |
|---|---|
| In re:<br><br>**BED BATH & BEYOND INC., et al.,**<br><br>*Debtors.* | **Case No. 23-13359 (VFP)**<br>**Chapter 11**<br>**(Jointly Administered)**<br><br>**Claimant:** Texas Barcode Systems<br>**Claim No.:** 12811<br>**Related Doc. Nos.:** 4882, 4908 |

**MOTION OF TEXAS BARCODE SYSTEMS FOR RECONSIDERATION OF ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIM NO. 12811 PURSUANT TO 11 U.S.C. § 502(J) AND FED. R. BANKR. P. 3008 AND 9024**

Creditor Texas Barcode Systems ("Claimant"), appearing *pro se* through its President, David Edwards, respectfully files this Motion for Reconsideration of the *Order Sustaining Plan Administrator's Thirty-Fifth Omnibus Objection to Claims (Reclassified Priority Claims)* [Docket No. 4908] as it pertains to Claim No. 12811, and in support respectfully states as follows:

**1. Background and Timely Filed Claim.** On June 28, 2023, Claimant timely filed Proof of Claim No. 12811 in the aggregate amount of $1,792.38 against Debtor Bed Bath & Beyond Inc. As stated on the proof of claim, this total encompasses an unsecured priority claim of $133.17 and a general unsecured claim of $1,659.21.

**2. Basis for Priority Classification.** The $133.17 priority portion represents Texas State Sales Tax billed under Invoice No. 57997. Under applicable Texas law, sales tax collected by a vendor constitutes trust fund monies held for the benefit of the taxing authority. Claimant is legally obligated to remit these trust fund tax amounts to the Texas Comptroller of Public Accounts. Claimant asserted priority status strictly for this $133.17 sales tax component, while categorizing the remaining balance of $1,659.21 as general unsecured.

**3. Entry of the Omnibus Order.** On October 6, 2026, the Court entered an Order [Doc. No. 4908] sustaining the Plan Administrator's Thirty-Fifth Omnibus Objection [Doc. No. 4882], reclassifying the entire $1,792.38 balance of Claim No. 12811 as a Class 6 General Unsecured Claim on the basis that Claimant is not a governmental unit under 11 U.S.C. § 507(a)(8).

**4. Lack of Notice and Excusable Default.** Claimant did not receive timely notice of the Plan Administrator's Thirty-Fifth Omnibus Objection [Doc. No. 4882] or the September 29, 2026 response deadline. Because Claimant was neither served with nor alerted to the Objection, Claimant was deprived of notice and an opportunity to be heard prior to entry of the Order.

**5. Legal Standard for Reconsideration.** Under 11 U.S.C. § 502(j) and Federal Rule of Bankruptcy Procedure 3008, a claim that has been allowed or disallowed may be reconsidered for cause according to the equities of the case. Furthermore, Federal Rule of Bankruptcy Procedure 9024 (incorporating Fed. R. Civ. P. 60(b)) affords relief from a final order on grounds of mistake, excusable neglect, and failure of proper service. The failure to submit a written response by September 29, 2026, resulted strictly from lack of notice rather than lack of diligence.

**6. Equitable Relief Requested.** Because the priority portion covers trust fund sales tax liability rather than standard commercial debt, equity warrants reconsidering the reclassification so that the $133.17 priority component is preserved and allowed.

**WHEREFORE, Texas Barcode Systems respectfully requests that this Court:**

a. Grant this Motion for Reconsideration pursuant to 11 U.S.C. § 502(j) and Bankruptcy Rule 3008;

b. Vacate the reclassification of Claim No. 12811 set forth in Docket No. 4908;

c. Allow Claim No. 12811 in the amounts of $133.17 as a Priority Claim and $1,659.21 as a Class 6 General Unsecured Claim; and

d. Grant such other and further relief as the Court deems just and equitable.

Dated: October 7, 2026

Respectfully submitted,

**TEXAS BARCODE SYSTEMS**

**David Edwards**, President
P.O. Box 700637
Dallas, TX 75370-0637
Telephone: 972-267-7900
Email: dedwards@texasbarcode.com
*Claimant Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, a true and correct copy of the foregoing Motion for Reconsideration was served by First Class United States Mail (postage prepaid) and via electronic transmission upon the following:

| | |
|---|---|
| **Counsel to the Plan Administrator:**<br>Erin Gray, Esq. & Edward A. Corma, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>*Email: egray@pszjlaw.com, ecorma@pszjlaw.com* | **Clerk of the Court:**<br>United States Bankruptcy Court<br>District of New Jersey<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street, 3rd Floor<br>Newark, NJ 07102 |

David Edwards, President
Telephone: 972-267-7900
Email: dedwards@texasbarcode.com