# <u>Exhibit 1</u>

## List of Disputed Claims

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | Claim as Filed | | Claim if Objection Granted | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim No. | Debtor Name | Claim Class | Claim Amount | Claim Class | Claim Amount | Grounds for Objection |
| 1 | ABC Works L.L.C. | 5/4/2023 | 189 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$6,370.00<br>$0.00<br>$6,370.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,370.00<br>$6,370.00 | Claim is for "services performed" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 2 | Albu, Madalina | 5/20/2023 | 1868 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$2,887.00<br>$0.00<br>$2,887.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,887.00<br>$2,887.00 | Claim is for "services performed" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 3 | Blue Label Systems, Inc. | 5/1/2023 | 96 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,550.00<br>$0.00<br>$11,550.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,550.00<br>$11,550.00 | Claim is for "services performed" from a third party vendor for services that were performed outside the Priority Period. The Plan Administrator objects to the Claim on the following grounds: (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 4 | Boyd, Judith | 5/24/2025 | 20758 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$0.00<br>$7,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | Claim is for "company bankruptcy." Claimant does not identify any basis for treatment as a priority claim under section 507(a). Nor does Claimant provide any supporting documentation. Claim is also late filed. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 5 | Chavez, Ramona | 7/15/2023 | 13131 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $25.00<br>$0.00<br>$25.00<br>$25.00<br>$25.00<br>$25.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25.00<br>$25.00 | Claim is for "good sold" without any supporting documentation. The Plan Administrator objects to the Claim on the following grounds: (1) Claim does not relate to wages or benefits for services performed during the Priority Period. Accordingly, Claim is not entitled to priority under section 507(a)(4) or (a)(5).(4),(2) Claim is not secured. (3) Claim is not related to goods received by the Debtor within 20 days before the Petition Date and is not entitled to administrative status pursuant to section 503(b)(9). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 6 | Cision US Inc. | 6/21/2023 | 6879 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$3,396.05<br>$56,725.43<br>$60,121.48 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$60,121.48<br>$60,121.48 | Claim is for "services performed" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | City of Largo | 1/31/2024 | 19374 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,207.21<br>$0.00<br>$15,207.21 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,207.21<br>$15,207.21 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8).. (2) Claim was late filed. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 8 | City of Seal Beach | 6/27/2023 | 12545 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$804.25<br>$0.00<br>$804.25 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$804.25<br>$804.25 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8)., While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 9 | Consolidated Edison Company of New York, Inc. | 6/29/2023 | 12808 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,523.07<br>$0.00<br>$11,523.07 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,523.07<br>$11,523.07 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 10 | Creative Circle, LLC | 4/28/2023 | 83 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$188,274.00<br>$223,039.75<br>$411,313.75 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$411,313.75<br>$411,313.75 | Claim is made by a staffing agency. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4). *See In re GUE Liquidation Cos.* , No. 19-11240, 2021 Bankr. LEXIS 784, at *15 (Bankr. D. Del. Mar. 26, 2021)(holding that a claim of a staffing agency is not entitled to priority under section 507(a)(4) which only applies to claims of individuals) While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 11 | De Azevedo, Bruno Campos | 6/2/2026 | 20993 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$300.00<br>$300.00<br>$300.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$300.00<br>$300.00 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 12 | DeSousa, Adelia | 7/5/2023 | 9398 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$150.00<br>$0.00<br>$150.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$150.00<br>$150.00 | The basis of the claim is not identified. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(7), which applies to claims based on certain pre-petition deposits. To the extent Claimant is asserting a Claim based on a gift card, this Court has previously held that gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9).*See* Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117 .While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Case 23-13359-VFP Doc 4908 Filed 10/07/26 Entered 10/07/26 16:24:47 Desc Main Document Page 8 of 14

Exhibit 1 to Order Sustaining Plan Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Easton Suburban Water Auth | 6/23/2023 | 12532 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$114.29<br>$0.00<br>$114.29 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$114.29<br>$114.29 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 14 | Eaton, Amber Skye | 7/5/2023 | 9256 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,650.00<br>$850.00<br>$2,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,500.00<br>$2,500.00 | Basis of the Claim is "rental lease" without any supporting documentation. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(7), which applies to claims based on certain pre-petition deposits. To the extent Claimant is asserting a Claim based on a gift card, this Court has previously held that gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 15 | Frew, Saylor | 6/27/2023 | 6643 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$200.00<br>$0.00<br>$200.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$200.00<br>$200.00 | Basis of the Claim is "good sold" without any supporting documentation. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(7), which applies to claims based on certain pre-petition deposits. To the extent Claimant is asserting a Claim based on a gift card, this Court has previously held that gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 16 | Garner, Chrystine | 3/23/2025 | 20668 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$100.00<br>$0.00<br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$100.00<br>$100.00 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 17 | Go Mama Go Designs LLC | 5/17/2023 | 1552 | BBBY Management Corporation | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$6,526.69<br>$0.00<br>$6,526.69 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,526.69<br>$6,526.69 | Claim is for "goods sold and shipped" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plan Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Graham, Driaella | 5/24/2023 | 2500 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$419.70<br>$0.00<br>$419.70 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$419.70<br>$419.70 | Basis of the Claim is services performed outside the Priority Period. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 19 | Greenville Utilities Commission | 6/30/2023 | 12262 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$5,558.58<br>$0.00<br>$5,558.58 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,558.58<br>$5,558.58 | Claim is made by a utility provider. The Plan Administrator objects to the Claim on the following grounds: As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 20 | HABIBI IMPORTS/OKL | 6/21/2023 | 12834 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$195.00<br>$0.00<br>$195.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$195.00<br>$195.00 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 21 | Hatcher Packs, LLC | 5/24/2023 | 2387 | BBB Canada LP Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$7,574.00<br>$22,724.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$22,724.00<br>$22,724.00 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 22 | Holder, Julie Anne | 4/1/2024 | 19736 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$116.81<br>$0.00<br>$116.81 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$116.81<br>$116.81 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). *See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114,* 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 23 | Howard County Maryland | 6/13/2023 | 5195 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$448.56<br>$0.00<br>$448.56 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$448.56<br>$448.56 | Basis of the claim is a "disposable bag fee". The Plan Administrator objects to the Claim on the following grounds: (1) As the Claim is not an unsecured claim of a governmental unit for applicable taxes, Claim is not entitled to priority under section 507(a)(8). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Monsoon Impex Private Limited | 5/16/2023 | 1333 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$434,215.27<br>$0.00<br>$434,215.27 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$434,215.27<br>$434,215.27 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 31 | Morning Glamour LLC | 5/15/2023 | 1250 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$113,070.65<br>$128,220.65 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$128,220.65<br>$128,220.65 | Claim is for "goods" from a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent *contractors earned within 180 days of the Petition Date. While the Plan* Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 32 | Morris, Pamela | 7/6/2023 | 9918 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$0.00<br>$7,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | Claim is for "services performed" from a third party vendor for services that were performed outside the Priority Period. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 33 | Pasargad Carpets, Inc | 5/9/2023 | 316 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,500.00<br>$260.00<br>$1,760.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,760.00<br>$1,760.00 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 34 | PopYum LLC | 5/1/2023 | 126 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$14,841.80<br>$0.00<br>$14,841.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,841.80<br>$14,841.80 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 35 | Quality Export | 5/25/2023 | 2653 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,000.00<br>$104,527.98<br>$115,527.98 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$115,527.98<br>$115,527.98 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plan Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36 | RegistryFinder.com LLC | 5/25/2023 | 2565 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$4,347.58<br>$7,646.63<br>$11,994.21 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,994.21<br>$11,994.21 | Claim is for "services performed/referral commissions" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 37 | S. Guerriero Landscape Maintenance Contractors, Inc. | 5/10/2023 | 679 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$10,394.16<br>$25,544.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,544.16<br>$25,544.16 | Claim is for "services performed" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 38 | Sao Media Labs LLC | 5/10/2023 | 661 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$16,600.00<br>$1,551.13<br>$18,151.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$18,151.13<br>$18,151.13 | Claim is for "services performed" by a third party vendor. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 39 | Soji Health | 7/6/2023 | 9680 | Harmon Stores, Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,271.81<br>$0.00<br>$7,271.81 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,271.81<br>$7,271.81 | Claim is for "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 40 | Synthesis Home Textiles Private Limited | 5/20/2023 | 1891 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$379,962.11<br>$0.00<br>$379,962.11 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$379,962.11<br>$379,962.11 | Claim is for goods sold. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 41 | Synthesis Home Textiles Private Limited | 5/15/2023 | 1141 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$110,005.16<br>$0.00<br>$110,005.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$110,005.16<br>$110,005.16 | Claim is for "po cancelled-debit claim". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |

Exhibit 1 to Order Sustaining Plain Administrator's 35th Omnibus Objection to Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Wagner Service Solutions INC | 7/3/2023 | 12901 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$10,099.61<br>$0.00<br>$10,099.61 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,099.61<br>$10,099.61 | Claim is made by a staffing agency. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4). See In re GUE Liquidation Cos., No. 19-11240, 2021 Bankr. LEXIS 784, at *15 (Bankr. D. Del. Mar. 26, 2021)(holding that a claim of a staffing agency is not entitled to priority under section 507(a)(4) which only applies to claims of individuals) While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 48 | Wowkido LLC | 6/29/2023 | 9139 | Bed Bath & Beyond Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$43,500.00<br>$53,396.69<br>$96,896.69 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$96,896.69<br>$96,896.69 | Basis of the claim is "goods sold". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a)(4), which applies only to "wages, salaries or commissions . . . earned by an individual "or to certain sales commissions earned by independent contractors earned within 180 days of the Petition Date. (2) Nor is Claim entitled to priority under any other subsection of 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 49 | Xiamen Helios I/E CO. LTD | 6/17/2023 | 4674 | Liberty Procurement Co. Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$62,060.00<br>$0.00<br>$62,060.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,060.00<br>$62,060.00 | Basis of the claim is "cargos were ready but the order cancelled". The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 50 | Xiong, Pao | 6/30/2023 | 12267 | bed 'n bath Stores Inc. | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Basis of the Claim is not identified nor quantified nor supported. The Plan Administrator objects to the Claim on the following grounds: (1) Claim is not entitled to priority under section 507(a). While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |
| 51 | Zazai, Shoghla | 3/27/2025 | 20678 | Bed Bath & Beyond of California Limited Liability | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$307.00<br>$0.00<br>$307.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$307.00<br>$307.00 | The basis of the Claim appears to be gift cards. As this Court has previously held, gift cards do not qualify for priority pursuant to 11 U.S.C. §§ 507(a)(7), 503(b)(1) or 503(b)(9). See Doc. Nos. 3696, 3734, 3735, 3736, 3737, 3738, 3739, 4114, 4117. While the Plan Administrator reserves his right to further object to the Claim and/or seek its disallowance, at this time, he seeks only to have the Claim reclassified as Class 6 General Unsecured Claim. |