**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**BED BATH & BEYOND INC., *et al.*,**<br><br>Debtors. | **Case No. 23-13359 (VFP)**<br>Chapter 11<br>(Jointly Administered)<br><br>**Claimant:** Texas Barcode Systems<br>**Claim No.:** 12811<br>**Related Doc. No.:** 4911 |

**NOTICE OF WITHDRAWAL OF MOTION OF TEXAS BARCODE SYSTEMS FOR RECONSIDERATION OF ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIM NO. 12811 PURSUANT TO 11 U.S.C. § 502(J) AND FED. R. BANKR. P. 3008 AND 9024**

On October 20, 2026, Texas Barcode Systems (the "Movant") filed the *Motion of Texas Barcode Systems for Reconsideration of Order Sustaining Plan Administrator's Thirty-Fifth Omnibus Objection to Claim No. 12811 Pursuant to 11 U.S.C. § 502(j) and Fed. R. Bankr. P. 3008 and 9024* [Docket No. 4911] (the "Motion"). Movant withdraws the Motion and asks the Court to cancel the Hearing.

Dated: October 29, 2026

Respectfully submitted,

**TEXAS BARCODE SYSTEMS**

**David Edwards**, President
P.O. Box 700637
Dallas, TX 75370-0637
Telephone: 972-267-7900
Email: dedwards@texasbarcode.com
Claimant *Pro Se*

TEXAS BARCODE SYSTEMS
P.O. Box 700637
Dallas, TX 75370-0637

NORTH TEXAS TX P&DC
DALLAS TX 750
29 OCT 2026 PM 4 L

UNITED STATES OF AMERICA
FOREVER/USA

CLERK OF THE COURT
U.S. BANKRUPTCY COURT DIST. OF NEW JERSEY
MARTIN LUTHER KING JR. FEDERAL BUILDING
50 WALNUT ST. - 3rd FLOOR
NEWARK NJ 07102

07102-356903