**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 29, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served First-Class Mail on (ADRID: 12654963), Creative Circle, LLC, 18400 Von Karman Ave, Suite 610, Irvine, CA, 92612:

- Plan Administrator's Thirty-Fifth Omnibus Objection to Claims (Reclassified Priority Claims) [Docket No. 4882]
- Notice of Objection to Your Claim [Docket No. 4883]

On September 30, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on (ADRID: 13057739), GoDaddy Corporate Domains, LLC, Attn: Phil Lodico, Senior Director, 100 S Mill Ave, Suite 1600, Tempe, AZ, 85281:

- Plan Administrator's Thirty-Second Omnibus Objection to Claims (Miscellaneous Reclassified Administrative Claims) [Docket No. 4741]
- Notice of Objection to Your Claim [Docket No. 4742]

[*Remainder of page intentionally left blank*]

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

On September 30, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on (ADRID: 13057621), Central Telephone Company Nevada dba CenturyLink, 220 N 5th ST, Bismarck, ND, 58501:

- Plan Administrator's Thirty-Third Omnibus Objection to Claims (Miscellaneous Disallowed Administrative Claims) [Docket No. 4743]

- Notice of Objection to Your Claim [Docket No. 4744]

On September 30, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Thirty-Third Omnibus Objection to Claims [Docket No. 4753]

Dated: October 23, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 23, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ CINDY C. HOSEIN-MOHAN*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2029

**Exhibit A**

# Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 13057620 | Central Telephone Company Nevada dba CenturyLink | Attn: Legal-BKY | 100 CenturyLink Drive | Monroe | LA | 71201 |
| 13058256 | CenturyTel of Montana Inc dba CenturyLink | Attn: Legal-BKY | 100 CenturyLink Drive | Monroe | LA | 71201 |